AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Securities and Exchange Commission<br>*Plaintiff*<br>v.<br>Ripple Labs, Inc., Bradley Garlinghouse, and Christian A. Larsen<br>*Defendant* | Case No. 20-CV-10832-AT |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ripple Labs, Inc.

Date: January 11, 2021

/s/ Reid M. Figel
*Attorney's signature*

Reid M. Figel,  RF 8663
*Printed name and bar number*

Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.
1615 M Street, N.W.
Suite 400
Washington, DC 20036
*Address*

rfigel@kellogghansen.com
*E-mail address*

(202) 326-7918
*Telephone number*

(202) 326-7999
*FAX number*