AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York   🔽

| | |
|---|---|
| Securities and Exchange Commission | |
| *Plaintiff* | ) |
| v. | ) |
| Ripple Labs, Inc., Bradley Garlinghouse, and Christian A. Larsen | )    Case No.    20-CV-10832-AT |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ripple Labs, Inc.      .

Date:   January 11, 2021

/s/ Andrew E. Goldsmith

*Attorney's signature*

Andrew E. Goldsmith AG 7360

*Printed name and bar number*

Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.
1615 M Street, N.W.
Suite 400
Washington, DC 20036

*Address*

agoldsmith@kellogghansen.com

*E-mail address*

(202) 326-7945

*Telephone number*

(202) 326-7999

*FAX number*