AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   20 Civ. 10832 (AT)(SN) |
| Ripple Labs, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ripple Labs, Inc.                               .

Date:   01/11/2021

/s/ Andrew J. Ceresney
*Attorney's signature*

Andrew Ceresney
*Printed name and bar number*
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

*Address*

aceresney@debevoise.com
*E-mail address*

(212) 909-6000
*Telephone number*

*FAX number*