AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Securities and Exchange Commission ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 20 Civ. 10832 (AT)(SN) |
| Ripple Labs, Inc., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ripple Labs, Inc.       .

Date:   01/11/2021                                    /s/ Christopher S. Ford
                                                                        *Attorney's signature*

                                                                        Christopher Ford
                                                                        *Printed name and bar number*
                                                                        Debevoise & Plimpton LLP
                                                                        919 Third Avenue
                                                                        New York, NY 10022

                                                                        *Address*

                                                                        csford@debevoise.com
                                                                        *E-mail address*

                                                                        (212) 909-6000
                                                                        *Telephone number*

                                                                        *FAX number*