AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20 Civ. 10832 (AT)(SN) |
| Ripple Labs, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ripple Labs, Inc.

Date: 01/11/2021

/s/ Joy Guo
*Attorney's signature*

Joy Guo
*Printed name and bar number*
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

*Address*

jguo@debevoise.com
*E-mail address*

(212) 909-6000
*Telephone number*

*FAX number*