# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Securities and Exchange Commission,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>Ripple Labs, Inc., Bradley Garlinghouse,<br>and Christian A. Larsen,<br><br>　　　　　　　　　　　Defendants. | Case No.  20-cv-10832 (AT)<br><br>**ORDER FOR ADMISSION**<br>*PRO HAC VICE* |

The motion of Michael K. Kellogg for admission to practice *pro hac vice* in the above-captioned case is granted.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows:

　　Michael K. Kellogg
　　Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
　　1615 M Street, N.W., Suite 400
　　Washington, D.C. 20036
　　Tel: 202-326-7900/ Fax: 202-326-7999
　　MKellogg@kellogghansen.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Ripple Labs, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  January 11, 2021
　　　　New York, New York　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE ANALISA TORRES
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE