# EXHIBIT D

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities and Exchange Commission,<br><br>                    Plaintiff,<br><br>     -against-<br><br>Ripple Labs, Inc., Bradley Garlinghouse, and Christian A. Larsen,<br><br>                    Defendants. | Case No.  20-cv-10832 (AT)<br><br>**ORDER FOR ADMISSION**<br>*PRO HAC VICE* |

The motion of Lillian V. Smith for admission to practice *pro hac vice* in the above-captioned case is granted.

Applicant has declared that she is a member in good standing of the bars of the District of Columbia and the State of New York; and that her contact information is as follows:

   Lillian V. Smith
   Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
   1615 M Street, N.W., Suite 400
   Washington, D.C. 20036
   Tel: 202-326-7900/ Fax: 202-326-7999
   lsmith@kellogghansen.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Ripple Labs, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: January 11, 2021
       New York, New York

_____
HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE