# **EXHIBIT C**



**The Commonwealth of Massachusetts**
SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

MAURA S. DOYLE
CLERK
(617) 557-1180

ASSISTANT CLERKS
ERIC B. WETZEL        (617) 557-1186
AMY C. STEWART        (617) 557-1184
STEPHEN J. CRONIN     (617) 557-1185
FACSIMILE             (617) 557-1117

December 28, 2020

Gregory Gerber Rapawy
1615 M Street NW, Suite 400
Washington, DC 20036

IN RE:    **CERTIFICATE OF ADMISSION AND GOOD STANDING**

Attorney Gregory Gerber Rapawy:

    Enclosed please find the Certificate of Admission and Good Standing, which you have recently requested from this office. This certificate attests to your date of admission and good standing at the Bar of the Commonwealth of Massachusetts.

    If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either mb.countyattysrv@jud.state.ma.us or 617-557-1050 or visit https://www.mass.gov/guides/certificate-of-admission-and-good-standing.

Very truly yours,

*Maura S. Doyle*

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/ Magill, Jennifer
Clearance:  12/28/20
enclosure

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-fifth** day of **January** A.D. **2002**, said Court being the highest Court of Record in said Commonwealth:

## Gregory Gerber Rapawy

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-eighth** day of **December** in the year of our Lord **two thousand and twenty.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116