UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities and Exchange Commission,<br><br>　　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>Ripple Labs, Inc., Bradley Garlinghouse, and Christian A. Larsen,<br><br>　　　　　　　　　　Defendants. | Case No. 20-cv-10832 (AT)<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF ELIANA MARGO PFEFFER** |

　　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Eliana Margo Pfeffer, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Ripple Labs, Inc. in the above-captioned case.

　　　I am a member in good standing of the bar of the State of New York, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3, and a Certificate of Good Standing from the Bar of the State of New York as Exhibits A and B, respectively.

Dated: January 11, 2021

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Eliana Margo Pfeffer
　　　　　　　　　　　　　　　　　　　　　　　Eliana Margo Pfeffer*
　　　　　　　　　　　　　　　　　　　　　　　Kellogg, Hansen, Todd,
　　　　　　　　　　　　　　　　　　　　　　　Figel & Frederick, P.L.L.C.
　　　　　　　　　　　　　　　　　　　　　　　1615 M Street, N.W., Suite 400
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　　　　Tel: 202-326-7900
　　　　　　　　　　　　　　　　　　　　　　　epfeffer@kellogghansen.com
　　　　　　　　　　　　　　　　　　　　　　　*Not Admitted in the District of Columbia.*
　　　　　　　　　　　　　　　　　　　　　　　*Practice supervised by members of the firm.*