# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities and Exchange Commission,<br><br>       Plaintiff,<br><br> -against-<br><br>Ripple Labs, Inc., Bradley Garlinghouse, and Christian A. Larsen,<br><br>       Defendants. | Case No. 20-cv-10832 (AT)<br><br>**AFFIDAVIT OF ELIANA MARGO PFEFFER IN SUPPPORT OF MOTION FOR ADMISSION** *PRO HAC VICE* |

  I, Eliana Margo Pfeffer, declare under penalty of perjury that the following is true and correct:

1. I am an attorney at Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-referenced matter.

3. Per the Certificate of Good Standing attached as Exhibit A, I am a member in good standing of the Bar of the State of New York.

4. There are no disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I am not and have never been censured, suspended, disbarred, or denied admission or readmission by any court.

    Wherefore your affiant respectfully submits that she be permitted to appear as counsel *pro hac vice* in this case on behalf of Defendant Ripple Labs, Inc.

Dated: January 11, 2021

Respectfully submitted,

/s/ Eliana Margo Pfeffer

Eliana Margo Pfeffer*
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900
Fax: (202) 326-7999
epfeffer@kellogghansen.com
*Not Admitted in the District of Columbia.  Practice supervised by members of the firm.*