**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Securities and Exchange Commission,<br><br>                        Plaintiff,<br><br>  -against-<br><br>Ripple Labs, Inc., Bradley Garlinghouse,<br>and Christian A. Larsen,<br><br>                        Defendants. | Case No.  20-cv-10832 (AT)<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE* OF BRADLEY E.**<br>**OPPENHEIMER** |

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Bradley E. Oppenheimer, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Ripple Labs, Inc. in the above-captioned case.

      I am a member in good standing of the bars of the District of Columbia, the State of Maryland, and the Commonwealth of Massachusetts, and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3, and Certificates of Good Standing from the Bars of the District of Columbia, the State of Maryland, and the Commonwealth of Massachusetts as Exhibits A, B, C, and D, respectively.

Dated: January 11, 2021

                                                              Respectfully Submitted,

                                                              /s/ Bradley E. Oppenheimer
                                                             Bradley E. Oppenheimer
                                                             Kellogg, Hansen, Todd,
                                                             Figel & Frederick, P.L.L.C.
                                                             1615 M Street, N.W., Suite 400
                                                             Washington, D.C. 20036
                                                             Tel: 202-326-7900
                                                             boppenheimer@kellogghansen.com