UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS INC.,<br>BRADLEY GARLINGHOUSE,<br>and CHRISTIAN A. LARSEN,<br>Defendants. | No. 20-cv-10832 (AT) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alexander J. Janghorbani of the law firm Cleary Gottlieb Steen & Hamilton LLP hereby appears in the above-captioned action as counsel for Defendant Bradley Garlinghouse and requests that all papers in this action be served upon, and all communications directed to, the undersigned at the address provided below.

Dated: New York, New York
January 11, 2021

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:   /s/ Alexander J. Janghorbani
Alexander J. Janghorbani
*ajanghorbani@cgsh.com*
One Liberty Plaza
New York, New York 10006
Tel: (212) 225-2149

*Attorney for Bradley Garlinghouse*