UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                             Plaintiff,<br><br>            v.<br><br>RIPPLE LABS, INC.,<br>BRADLEY GARLINGHOUSE,<br>and CHRISTIAN A. LARSEN<br><br>                             Defendants. | No. 1:20-cv-10832 (AT)<br><br>**NOTICE OF APPEARANCE** |

Please take notice that Martin Flumenbaum of Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby enters his appearance as counsel in the above-captioned action for Defendant Christian A. Larsen and requests that all future correspondence and papers be served upon the undersigned.

Dated: January 11, 2021
         New York, New York

/s/ Martin Flumenbaum
Martin Flumenbaum
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Fax:            (212) 757-3990
mflumenbaum@paulweiss.com

*Counsel for Defendant Christian A. Larsen*