UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br>           v.<br><br>RIPPLE LABS, INC.,<br>BRADLEY GARLINGHOUSE,<br>and CHRISTIAN A. LARSEN<br><br>                              Defendants. | No. 1:20-cv-10832 (AT)<br><br>**NOTICE OF APPEARANCE** |

Please take notice that Michael E. Gertzman of Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby enters his appearance as counsel in the above-captioned action for Defendant Christian A. Larsen and requests that all future correspondence and papers be served upon the undersigned.

Dated: January 11, 2021
         New York, New York

                                        /s/ Michael E. Gertzman
                                            Michael E. Gertzman
                                        PAUL, WEISS, RIFKIND,
                                        WHARTON & GARRISON LLP
                                        1285 Avenue of the Americas
                                        New York, NY 10019-6064
                                        Telephone: (212) 373-3000
                                        Fax:          (212) 757-3990
                                        mgertzman@paulweiss.com

                                        *Counsel for Defendant Christian A. Larsen*