**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>       v.<br><br>RIPPLE LABS, INC.,<br>BRADLEY GARLINGHOUSE,<br>and CHRISTIAN A. LARSEN,<br><br>                              Defendants. | No. 1:20-cv-10832  (AT)<br><br>**NOTICE OF APPEARANCE** |

Please take notice that Kristina A. Bunting of Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby enters her appearance as counsel in the above-captioned action for Defendant Christian A. Larsen and requests that all future correspondence and papers be served upon the undersigned.

Dated: January 11, 2021
       New York, New York

/s/ Kristina A. Bunting
       Kristina A. Bunting
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Fax:        (212) 757-3990
kbunting@paulweiss.com

*Counsel for Defendant Christian A. Larsen*