**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>          v.<br><br>RIPPLE LABS, INC.,<br>BRADLEY GARLINGHOUSE,<br>and CHRISTIAN A. LARSEN,<br><br>                    Defendants. | No. 1:20-cv-10832 (AT)<br><br>**NOTICE OF APPEARANCE** |

Please take notice that Justin D. Ward of Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby enters his appearance as counsel in the above-captioned action for Defendant Christian A. Larsen and requests that all future correspondence and papers be served upon the undersigned.

Dated: January 11, 2021
          New York, New York

                                        /s/ Justin D. Ward
                                            Justin D. Ward
                                        PAUL, WEISS, RIFKIND, WHARTON
                                        & GARRISON LLP
                                        1285 Avenue of the Americas
                                        New York, NY 10019-6064
                                        Telephone:  (212) 373-3000
                                        Fax:           (212) 757-3990
                                        jward@paulweiss.com

                                        *Counsel for Defendant Christian A. Larsen*