**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

Securities and Exchange Commission,

                      Plaintiff,

               -against-

Ripple Labs, Inc., Bradley Garlinghouse,
and Christian A. Larsen,

                      Defendants.

Case No.  20-cv-10832 (AT)

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Meredith R. Dearborn, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Christian A. Larsen in the above-captioned action.

I am a member in good standing of the bar of the state of California, and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached a declaration pursuant to Local Rule 1.3.

Dated: January 15, 2021

                                                           Respectfully Submitted,

                                                           /s/ Meredith R. Dearborn
                                                           Meredith R. Dearborn
                                                           Paul, Weiss, Rifkind,
                                                           Wharton & Garrison LLP
                                                           943 Steiner St.
                                                          San Francisco, CA 94117
                                                          Tel:     (202) 223-7323
                                                          Email:  mdearborn@paulweiss.com