**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Securities and Exchange Commission,<br><br>                              Plaintiff,<br><br>-against-<br><br>Ripple Labs, Inc., Bradley Garlinghouse, and Christian A. Larsen,<br><br>                              Defendants. | Case No.  1:20-cv-10832 (AT)<br><br>**DECLARATION OF MEREDITH R. DEARBORN IN SUPPPORT OF MOTION TO APPEAR PRO HAC VICE** |

MEREDITH R. DEARBORN declares pursuant to 28 U.S.C. § 1746:

1. I submit this Declaration pursuant to Local Rule 1.3 in support of my motion to appear *pro hac vice* in the above-captioned case.

2. I am a partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP.  My business address is 943 Steiner St., San Francisco, California 94117; Tel: (202) 223-7323.  My email address is mdearborn@paulweiss.com.

3. I am an attorney at law and a member in good standing of the bar of the state of California. A true and correct copy of my Certificate of Good Standing issued by the Supreme Court of California within the past 30 days is attached hereto.

4. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. There are no pending disciplinary complaints against me and I have never been the subject of any disciplinary matter.

5. I declare under penalty of perjury that the foregoing is true and correct.

Dated: San Francisco, CA
            January 15, 2021                              Respectfully submitted,

                                                                        /s/ Meredith R. Dearborn
                                                                        Meredith R. Dearborn