**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Securities and Exchange Commission,

                            Plaintiff,

                  -against-

Ripple Labs, Inc., Bradley Garlinghouse,
and Christian A. Larsen,

                         Defendants.

Case No.  1:20-cv-10832 (AT)

**[PROPOSED] ORDER**
**GRANTING ADMISSION**
**PRO HAC VICE**

The motion of MEREDITH R. DEARBORN for admission to practice *pro hac vice* in the above-captioned case is GRANTED.

Applicant has declared that she is a member in good standing of the bar of California and that her contact information is as follows:

> Meredith R. Dearborn
> Paul, Weiss, Rifkind, Wharton & Garrison LLP
> 943 Steiner St.
> San Francisco, CA 94117
> Tel:    (202) 223-7323
> Email:  mdearborn@paulweiss.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Christian A. Larsen in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                           _____
                                           Honorable Analisa Torres
                                           United States District Judge