UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>Defendants. | 20-cv-10832 (AT) |

**DEFENDANT RIPPLE LABS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant Ripple Labs, Inc. ("Ripple") (a private non-governmental party), by and through its undersigned counsel, certifies the following:

1. Ripple is a Delaware corporation with its principal place of business in San Francisco, California.

*(Continued on next page)*

1

2.      Ripple has no parent corporation, and no publicly held company owns ten percent or more of Ripple's stock.

Dated: New York, New York
       January 29, 2021

        DEBEVOISE & PLIMPTON LLP

        By: /s/ *Andrew J. Ceresney*

        Mary Jo White
        Andrew J. Ceresney
        (aceresney@debevoise.com)
        Lisa Zornberg
        Christopher S. Ford
        Joy Guo

919 Third Avenue
New York, NY 10022
212-909-6000

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK PLLC

        Michael K. Kellogg
        Reid M. Figel

Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036
202-326-7900

*Attorneys for Defendant Ripple Labs, Inc.*