**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> RIPPLE LABS INC., <br> BRADLEY GARLINGHOUSE, <br> and CHRISTIAN A. LARSEN, <br> Defendants. | No. 20-cv-10832 (AT) |

### DECLARATION OF NOWELL D. BAMBERGER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, NOWELL D. BAMBERGER, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney with the law firm of Cleary Gottlieb Steen & Hamilton LLP.

2. I respectfully submit this declaration in support of my motion for admission to practice Pro Hac Vice in the above-captioned action.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. As shown in the attached Certificates of Good Standing, I am a member in good standing of the bars of Maryland and the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Washington, D.C.
       March 11, 2021

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: *[signature]*

Nowell D. Bamberger
*nbamberger@cgsh.com*
2112 Pennsylvania Ave NW
Washington, D.C. 20037
Tel: (202) 974-1752

*Attorney for Bradley Garlinghouse*