**Debevoise & Plimpton**

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

Joy Guo
Associate
jguo@debevoise.com
Tel + 1 212 909 6848

March 12, 2021

<u>Via ECF</u>

Hon. Sarah Netburn
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re: SEC v. Ripple Labs Inc., et al., No. 20 Civ. 10832 (S.D.N.Y.)

Dear Judge Netburn:

      We write on behalf of Defendants Ripple Labs Inc., Brad Garlinghouse, and Chris Larsen to seek the Court's permission to submit a combined letter motion, of 10 pages or less, by all three Defendants regarding several discovery issues on which we have currently reached an impasse with Plaintiff.

      Pursuant to Section II.C of the Court's Individual Practices in Civil Cases, "any party" may, after conferring in good faith in an effort to resolve the discovery dispute, submit an ECF letter-motion "no longer than five pages" explaining the dispute and seeking an informal conference.

      We believe that a combined letter from all three Defendants that exceeds five pages but is still below the five-page-per-party limit best serves the interests of judicial economy and makes the most sense given that a number of arguments are relevant for all Defendants (though each Defendant may also raise certain unique points).

      We conferred with Plaintiff on this issue on March 11, 2021, and they consent to our request, as long as they will be able to submit a responsive letter of the same number of pages, which is acceptable to Defendants.

      Thank you for your time and attention.

                                          Respectfully,
                                          /s/ Joy Guo
                                          DEBEVOISE & PLIMPTON LLP
                                          919 Third Avenue
                                          New York, NY 10022
                                          (212) 909-6000
                                          jguo@debevoise.com

                                          Attorney for Defendant Ripple Labs Inc.

CC: Counsel of Record