UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Security and Exchange Commission

                    Plaintiff,

-against-

Ripple Labs, Inc., Bradley Garlinghouse,
and Christian A. Larsen

                    Defendants.

Jordan Deaton, James LaMonte, Tyler LaMonte,
Mya LaMonte, Mitchell McKenna,
Kristiana Warner and all other similarly situated
XRP holders,

                  Proposed Intervenors.

Case No. 20-cv-10832 (AT)

AFFIDAVIT OF JOHN E. DEATON
IN SUPPORT OF MOTION
FOR ADMISSION PRO HAC VICE

---

I, John E. Deaton, declare under penalty of perjury that the following is true and correct:

1. I am an attorney at The Deaton Law Firm.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-referenced matter.

3. I am a member in good standing of the Bars of Connecticut, Iowa, Rhode Island, Massachusetts and the Federal Bar of Rhode Island.

4. There are no disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I am not and have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Wherefore your affiant respectfully submits that he be permitted to appear as counsel pro hac vice in this case on behalf of Proposed Intervenors.

Dated: March 13, 2021

*[Signature]*

EVA CHRISTIN KATZEN
Notary Public - Rhode Island
Notary ID 763922
My Commission Expires Mar 27, 2023

Respectfully submitted,

*[Signature]*

John E. Deaton
The Deaton Law Firm
450 North Broadway
East Providence, RI 02914
(401) 351-6400
(401) 351-6401 (fax)
All-Deaton@deatonlawfirm.com