**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br> v.<br><br>RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,<br>and CHRISTIAN A. LARSEN<br><br>          Defendants,<br><br>JORDAN DEATON, JAMES LAMONTE,<br>TYLER LAMONTE, MYA LAMONTE,<br>MITCHELL MCKENNA, KRISTIANA WARNER and<br>ALL SIMILARLY SITUATED XRP HOLDERS,<br><br>         Proposed<br>         Intervenors. | **MOTION TO**<br>**INTERVENE**<br>**PURSUANT TO**<br>**FEDERAL RULES OF**<br>**CIVIL PROCEDURE 24**<br><br><br>**20-cv-10832 (AT)** |

PLEASE TAKE NOTICE THAT Proposed Intervenors, Jordan Deaton, James Lamonte, Tyler Lamonte, Mya Lamonte, Mitchell Mckenna, Kristiana Warner and all other similarly situated XRP holders ("XRP Holders") respectfully move this Court for an Order granting leave to intervene in the above-captioned case as of right under Federal Rules of Civil Procedure 24(a), or in the alternative, as a matter of permissive intervention under Federal Rule of Civil Procedure 24(b). The matter will be set for a date and time to be determined by the Court.

XRP Holders seek intervention for the purpose of protecting their substantial interests that will be greatly impacted by the disposition of this action.

The grounds for intervention as of right by XRP Holders are as follows, as explained more fully in the accompanying Memorandum of Law in Support of Motion to Intervene ("Memorandum of Law"), filed herewith:

1. The Motion to Intervene is timely.

2. XRP Holders have an interest relating to the property that is the subject of the action – XRP.

3. XRP Holders are so situated that disposing of the action may as a practical matter impair or impede their ability to protect its interests.

4. The existing parties do not adequately represent the interests of XRP Holders.

The grounds for permissive intervention by XRP Holders are as follows, also as explained more fully in the accompanying Memorandum of Law:

1. The Motion to Intervene is timely.

2. XRP Holders have a claim or defense that shares with the main action a common question of law or fact.

3. The intervention of XRP Holders will not unduly delay or prejudice the adjudication of the original parties' rights.

4. If granted leave to intervene, XRP Holders will significantly contribute to the full development of the underlying factual issues in the case and to the just and equitable adjudication of the legal question presented.

For the reasons set forth above and in the accompanying Memorandum of Law, XRP Holders respectfully request that the Court grant the Motion to Intervene.

Dated: March 14, 2021                    Respectfully submitted,


John E. Deaton, Esq.
THE DEATON LAW FIRM
450 North Broadway
East Providence, R.I. 02914
Tel: (401) 351-6400
Fax: (401) 351-6401
Email: all-deaton@deatonlawfirm.com
Attorney for Proposed Intervenors