

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

March 15, 2021

**VIA ECF**
Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 219
New York, N.Y. 10007

Re:   *SEC v. Ripple Labs, Inc.* et al., No. 20-cv-10832 (AT) (S.D.N.Y.)

Dear Judge Netburn:

Pursuant to Rule I.G of this Court's Individual Practices in Civil Cases, Plaintiff Securities and Exchange Commission ("SEC") respectfully requests that the deadline for its response to Defendants' ten-page pre-motion conference letter (D.E. 67 ("Letter")), concerning their motion to compel, be extended two business days until Monday, March 22, 2021, on consent.

As background, Defendants filed their Letter today, seeking a pre-motion conference on their anticipated motion to compel the production of certain documents. The SEC's response is therefore currently due on Thursday, March 18, 2021, pursuant to the Court's Individual Practice Rule II.C. Given the length of Defendants' Letter and the SEC's March 18 deadline to file a response to certain defendants' letter motion to quash subpoenas for bank records (D.E. 59), the SEC respectfully requests a two-business-day extension to appropriately address the issues raised in the Defendants' Letter.

This is the SEC's first request for an extension. On March 15, 2021, I emailed counsel for Defendants to ask whether they would object to this request, and they stated that they consent to the SEC's request.

Respectfully submitted,

Jorge G. Tenreiro

cc:   All counsel (via ECF only)