# EXHIBIT B

| | |
|---|---|
| From: | Cameron Kinloch <cameron@ripple.com> on behalf of Cameron Kinloch <cameron@ripple.com> |
| To: | Brad Garlinghouse |
| Sent: | 10/27/2016 8:10:49 PM |
| Subject: | Re: rippleworks |

Sure - I had to get the download as well this morning from Peter on all the history.  When Rippleworks was set up, it was set up with a promise of a 7Bn XRP donation - 3.5bn XRP coming from Chris personally and 3.5bn from Ripple (as a match to Chris' donation).  This was approved by the Board a while ago and this committed XRP is already excluded from our publicly reported holdings of XRP.

To date, only 1Bn of XRP out of the 3.5Bn has been transferred to Rippleworks.  Chris is now looking to transfer another 1Bn XRP to RW.  The twist is that the Board approved transfers of XRP only as a match **after** Chris made his donation.  This time, Chris would like Ripple to transfer the 1Bn in advance of his donation since he already has enough charitable tax credits for this year (or something to that effect).   We will need to get the Board to sign off on this at the next Board meeting; Chris wants to move forward with that.


On Thu, Oct 27, 2016 at 7:25 PM, Brad Garlinghouse <brad@ripple.com> wrote:
Hey Cameron,

Caught up with Patrick tonight on a few things and he mentioned that "we" are giving Rippleworks 1 billion XRP?

Before asking Chris about this - I just wanted to get the update from you on what your undersatnding is on all things Rippleworks?

Thanks,
Brad



--

Cameron Kinloch
VP of Finance | Ripple
+1.310.733.7345
cameron@ripple.com | ripple.com

