UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2021

20 Civ. 10832 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' letters dated March 3, 9, 10, 12, and 16, 2021, ECF Nos. 49–50, 54–56, 63, 70. Accordingly,

1. Defendants Garlinghouse's and Larsen's requests for leave to file a motion to dismiss is GRANTED;
2. By **April 12, 2021**, Defendants Garlinghouse and Larsen shall file their motions to dismiss;
3. By **May 14, 2021**, Plaintiff shall file its opposition papers; and
4. By **June 4, 2021**, Defendants Garlinghouse and Larsen shall file their replies, if any.

Separately,

5. Plaintiff's request for leave to file a motion to strike is GRANTED;
6. By **April 22, 2021**, Plaintiff shall file its motion to strike;
7. By **May 13, 2021**, Defendant Ripple Labs shall file its opposition; and
8. By **May 27, 2021**, Plaintiff shall file its reply, if any.

      SO ORDERED.

Dated: March 18, 2021
         New York, New York

                                        ANALISA TORRES
                               United States District Judge