**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- --

Securities and Exchange Commission,

                          Plaintiff,

-against-

Ripple Labs, Inc., Bradley Garlinghouse,
and Christian A. Larsen,

                          Defendants,

Jordan Deaton, James Lamonte, Tyler Lamonte,
Mya Lamonte, Mitchell Mckenna, Kristiana
Warner, and all other similarly situated XRP holders,

                          Proposed Intervenors.

---------------------------------------------------------------- --

Case No. 20-cv-10832 (AT)

**MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN E. DEATON**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, I, John E. Deaton, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for the Proposed Intervenors in the above-captioned case.

I am a member in good standing of the bars of the states of Connecticut, Iowa, Rhode Island, the Commonwealth of Massachusetts and the U.S. District Court for the District of Rhode Island. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3. and Certificates of Good Standing from the states of Connecticut, Iowa, Rhode Island, the Commonwealth of Massachusetts and the U.S. District Court for the District of Rhode Island as Exhibits A, B, C, D, E and F respectively.

Dated: March 19, 2021

                                        Respectfully Submitted,

                                        */s/ John E. Deaton*
                                        John E. Deaton, Esq.
                                        Deaton Law Firm
                                        450 North Broadway
                                        East Providence, RI 02914
                                        (401) 351-6400
                                        (401) 351-6401(fax)
                                        All-Deaton@deatonlawfirm.com