# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

| | |
|---|---|
| Security and Exchange Commission, | Case No. 20-cv-10832 (AT) |
| Plaintiff, | |
| -against- | **AFFIDAVIT OF JOHN E. DEATON IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |
| RippleLabs, Inc., Bradley Garlinghouse and Christian A. Larsen, | |
| Defendants, | |
| Jordan Deaton, James Lamonte, Tyler Lamonte, Mya Lamonte, Mitchell Mckenna, Kristiana Warner, and all other similarly situated XRP holders. | |
| Proposed Intervenors. | |

-----------------------------------------------------------

I, John E. Deaton, declare under penalty of perjury that the following is true and correct:

1. I am the managing partner of The Deaton Law Firm.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-referenced matter.

3. As shown in the Certificates of Good Standing attached hereto, I am a member in good standing of the Bars of Connecticut, Iowa, Rhode Island, Commonwealth of Massachusetts, and the U.S. District Court for the District of Rhode Island.

4. There are no disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I am not and have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Wherefore your affiant respectfully submits that he be permitted to appear as counsel *pro hac vice* in this case on behalf of Proposed Intervenors, XRP holders and all others similarly situated.

Dated: March 19, 2021

Respectfully submitted,

John E. Deaton
The Deaton Law Firm
450 North Broadway
East Providence, RI 02914
(401) 351-6400
(401) 351-6401 (fax)
All-Deaton@deatonlawfirm.com

JORDAN L. SHARPE
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires On
October 31, 2025

2