# EXHIBIT B

# State of Connecticut
# Supreme Court

I, **Carolyn C. Ziogas**, *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

*Do hereby certify,* that, in the Superior Court at **Hartford** on the **05th** day of **December, 2005**

**John E. Deaton**

of

**Barrington, Rhode Island**

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.*

*In Testimony Whereof,* I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day **March 17, 2021**

Carolyn C. Ziogas
*Chief Clerk*

