# EXHIBIT F



**UNITED STATES DISTRICT COURT**
District of Rhode Island

**CERTIFICATE OF GOOD STANDING**

I, Hanorah Tyer-Witek, Clerk of the United States District Court for the District of Rhode Island, **DO HEREBY CERTIFY** that **John E. Deaton,** was duly admitted to practice in said Court on June 21, 2005 and is in good standing as a member of the bar of said Court.

Dated at Providence, RI
On March 17, 2021

Hanorah Tyer-Witek, Clerk

By: _____
Deputy Clerk

