**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------
Securities and Exchange Commission,

                      Plaintiff,

   -against-

Ripple Labs, Inc., Bradley Garlinghouse,
and Christian A. Larsen,

                      Defendants,

Jordan Deaton, James Lamonte, Tyler Lamonte,
Mya Lamonte, Mitchell Mckenna, Kristiana
Warner, and all other similarly situated XRP holders,

                      Proposed Intervenors.
--------------------------------------------------------------

Case No. 20-cv-10832 (AT)

**ORDER FOR ADMISSION**
**PRO HAC VICE**

      The motion of JOHN E. DEATON for admission to practice *pro hac vice* in the above-captioned case is GRANTED.

      Applicant has declared that he is a member in good standing of the bars of the states of Connecticut, Iowa, Rhode Island, the Commonwealth of Massachusetts and the U.S. District Court for the District of Rhode Island; and that his contact information is as follows:

    John E. Deaton
    Deaton Law Firm, LLC.
    450 North Broadway
    East Providence, RI 02914
    Tel: (401) 351-6400/ Fax: (401) 351-6401
    All-Deaton@deatonlawfirm.com

      Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Proposed Intervenors in the above-entitled action;

2

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                            HONORABLE ANALISA TORRES
                                            UNITED STATES DISTRICT JUDGE