# Exhibit E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                    Plaintiff,<br><br>        v.<br><br>RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>                                    Defendants. | Case No. 20-CV-10832 (AT) |

### DECLARATION OF MARTHA MITCHELL

I, Martha Mitchell, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I attest that an SEC eDiscovery search of 16 custodians identified by trial counsel in this case was conducted and recovered from the SEC Enterprise Vault Journal Archive on March 19, 2021 by SEC employee Valerie Vollmers.  The emails recovered from the Journal Archive have not been altered from the date of their receipt by SEC.

2.      The search found the following number of results for external communications (both incoming and outgoing):  29,754 using the search terms "Bitcoin" or "BTC"; 10,900 using the search terms "Ether" or "ETH"; and 6,364 using the search terms "XRP" or "Ripple".

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

Dated:          March 22, 2021

MARTHA MITCHELL
Digitally signed by MARTHA MITCHELL
Date: 2021.03.22 14:28:44 -04'00'

Martha Mitchell
Management and Program Analyst
Enterprise Infrastructure
eDiscovery Task Lead
Office of the Chief Information Officer
U.S. Securities and Exchange Commission