UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                              Plaintiff,                        20-CV-10832 (AT)(SN)

        -against-                                            **ORDER**

RIPPLE LABS, INC., et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A telephonic discovery conference is scheduled for Tuesday, April 6, 2021, at 2:00 p.m., to discuss the Defendants' joint motion to compel. See ECF No. 67. Members of the public interested in listening to the conference should dial (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. A dial-in number will be circulated to the parties before the conference.

      Separately, several unauthorized recordings were made of the previous discovery conference. The parties and the public are reminded that, pursuant to S.D.N.Y. Local Civil Rule 1.8(b), "no one other than Court officials engaged in the conduct of Court business shall . . . make an audio or video recording of any proceeding or any communication with the Court, an employee of the Court or any person acting at the direction of the Court, including a mediator."

**SO ORDERED.**

                                                              _____
                                                              SARAH NETBURN
                                                               United States Magistrate Judge

DATED:      March 24, 2021
                   New York, New York