UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                             Plaintiff,

-against-

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,

                             Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/2021

20 Civ. 10832 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has reviewed the parties' and proposed intervenors' letters dated March 19 and 26, 2021, ECF Nos. 75, 85–86. Accordingly,

1. The proposed intervenors' request for leave to file a motion to intervene is GRANTED;
2. By **April 19, 2021**, the proposed investors shall file their motion to intervene;
3. By **May 3, 2021**, Plaintiff shall file its opposition papers, and Defendants shall file their response papers, if any;
4. By **May 17, 2021**, the proposed intervenors shall file their reply to Plaintiff's opposition papers and Defendants' response papers, if any, and Plaintiff shall file a reply to Defendants' response papers, if any.

SO ORDERED.

Dated: March 29, 2021
       New York, New York

                                                            ANALISA TORRES
                                                 United States District Judge