| | |
|---|---|
| **From:** | ███████████████████████████████████████ |
| **To:** | Brad Garlinghouse |
| **Sent:** | 10/27/2016 8:10:49 PM |
| **Subject:** | Re: rippleworks |

Sure - I had to get the download as well this morning from Peter on all the history.  When Rippleworks was set up, it was set up with a promise of a ███ XRP donation - ████ XRP coming from Chris personally and ████ from Ripple (as a match to Chris' donation). ████████████████████████████████████████████████████████████████████████████████████████████████████████

To date, only ████ of XRP out of the ████ has been transferred to Rippleworks.  Chris is now looking to transfer another ████ XRP to RW. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

On Thu, Oct 27, 2016 at 7:25 PM, Brad Garlinghouse <brad@ripple.com> wrote:
Hey ████████

Caught up with Patrick tonight on a few things and he mentioned that "we" are giving Rippleworks ████████ XRP?

Before asking Chris about this - I just wanted to get the update from you on what your undersatnding is on all things Rippleworks?

Thanks,
Brad


--

██████████
██████████
██████████

ripple

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                      RPLI_SEC 0037319