AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Securities and Exchange Commission<br>*Plaintiff*<br>v.<br>Ripple Labs, Inc., et al.<br>*Defendant* | )<br>)<br>) Case No. 20 Civ. 10832<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Securities and Exchange Commission.

Date: 04/05/2021

/s Ladan F. Stewart
*Attorney's signature*

Ladan F. Stewart (NY8001)
*Printed name and bar number*

Brookfield Place
200 Vesey Street, Suite 400
New York, N.Y. 10281
*Address*

stewartla@sec.gov
*E-mail address*

212 336 0153
*Telephone number*

*FAX number*

Print    Save As...    Reset