UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                                                  Plaintiff,

            -against-

RIPPLE LABS, INC., et al.,

                                             Defendants.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/6/2021

20-CV-10832 (AT)(SN)

**IMPORTANT NOTICE**

**SARAH NETBURN, United States Magistrate Judge:**

      The telephonic discovery conference in this matter that is scheduled for today is not scheduled to take place until 2:00 p.m. EST. The Court is aware that many members of the public have been calling into the Court's telephone conference line many hours in advance of the conference. There are other court proceedings currently taking place prior to the conference in this matter, so for any member of the public that wishes to listen in to the conference in this matter, please do not call in until 2:00 p.m. EST.

**SO ORDERED.**

                                            _____
                                            SARAH NETBURN
                                            United States Magistrate Judge

DATED:       April 6, 2021
                  New York, New York