**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>            v.<br><br>RIPPLE LABS, INC.,<br>BRADLEY GARLINGHOUSE,<br>and CHRISTIAN A. LARSEN,<br><br>                              Defendants. | Case No. 20-cv-10832 (AT)<br><br>ORAL ARGUMENT REQUESTED |

**NOTICE OF DEFENDANT CHRISTIAN A. LARSEN'S**
**MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Christian A. Larsen's Motion to Dismiss the First Amended Complaint, and the Declaration of Martin Flumenbaum in Support of Defendant Christian A. Larsen's Motion to Dismiss the First Amended Complaint and the exhibits annexed thereto, the undersigned will move this Court, before the Honorable Judge Analisa Torres, United States District Judge, at a date and time to be determined by the Court, for an order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing with prejudice the claims asserted against Defendant Christian A. Larsen in the above-captioned action.

Dated: April 12, 2021
New York, NY

Respectfully Submitted,

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

By: /s/ *Martin Flumenbaum*
Martin Flumenbaum
Michael E. Gertzman
Meredith Dearborn
Justin D. Ward
Kristina A. Bunting
mflumenbaum@paulweiss.com
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990

*Attorneys for Defendant Christian A. Larsen*