UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN<br><br>Defendants. | 20 Civ. 10832 (AT) (SN)<br><br>ORAL ARGUMENT REQUESTED |

## NOTICE OF DEFENDANT BRADLEY GARLINGHOUSE'S MOTION TO DISMISS THE AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant Bradley Garlinghouse's Motion to Dismiss the Amended Complaint, the Declaration of Matthew C. Solomon, dated April 12, 2021, and its exhibits, the Notice of Motion, and such other and further papers and proceedings as may be filed or had, Defendant Bradley Garlinghouse, by his counsel, will move this Court before the Honorable Analisa Torres, United States District Judge, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15D, New York, New York 10007, at a time and date to be determined by this Court, for an Order dismissing the SEC's Amended Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order signed and dated on March 18, 2021 (ECF No. 73), opposition papers, if any, are to be filed by May 14, 2021, and reply papers, if any, are to be filed by June 4, 2021.

Dated: April 12, 2021

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ *Matthew C. Solomon*

Matthew C. Solomon
Nowell D. Bamberger
2112 Pennsylvania Avenue, NW
Washington, DC 20037
202-974-1500

Alexander Janghorbani
Lucas Hakkenberg
Samuel Levander
One Liberty Plaza
New York, NY 10006
212-225-2000

*Attorneys for Defendant Bradley Garlinghouse*