

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Brookfield Place, 200 Vesey Street, Suite 400
New York, NY 10281-1022

New York
Regional Office

April 14, 2021

VIA ECF AND EMAIL

Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re:   <u>SEC v. Ripple Labs, Inc. et al.</u>, No. 20 Civ. 10832 (AT) (SN) (S.D.N.Y.)

Dear Judge Torres:

Plaintiff Securities and Exchange Commission ("SEC") respectfully requests that its response, if any, to Defendant Christian A. Larsen's ("Larsen") motion to seal (D.E. 104) certain exhibits filed with Larsen's motion to dismiss (D.E. 105, 108, 109) be due on May 14, 2021, together with the SEC's opposition to Larsen's motion to dismiss, so that the Court may consider the motion to seal with a fully-developed record on the motions to dismiss.  Larsen's counsel has informed the SEC that it does not object to this request.

Respectfully submitted,

Jorge G. Tenreiro

cc:   All counsel (via ECF)