UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>       v.<br><br>RIPPLE LABS, INC.,<br>BRADLEY GARLINGHOUSE,<br>and CHRISTIAN A. LARSEN,<br><br>                    Defendants. | No. 20-cv-10832 (AT)<br><br>**NOTICE OF APPEARANCE** |

Please take notice that Robin A. Linsenmayer of Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby enters her appearance as counsel in the above-captioned action for Defendant Christian A. Larsen and requests that all future correspondence and papers be served upon the undersigned.

Dated: April 15, 2021
          Mountain View, CA

                                                            /s/ Robin A. Linsenmayer
                                                                Robin A. Linsenmayer
                                                            PAUL, WEISS, RIFKIND, WHARTON
                                                            & GARRISON LLP
                                                            943 Steiner Street
                                                            San Francisco, CA 94117
                                                            Telephone:  (212) 373-3000
                                                            Fax:             (212) 757-3990
                                                            rlinsenmayer@paulweiss.com

                                                            *Counsel for Defendant Christian A. Larsen*