PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS         NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3191

WRITER'S DIRECT FACSIMILE
(212) 492-0191

WRITER'S DIRECT E-MAIL ADDRESS
mflumenbaum@paulweiss.com

April 15, 2021

**By ECF**
Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    *Re: SEC v. Ripple Labs, Inc. et al.,* No. 20-cv-10832 (AT) (SN) (S.D.N.Y.)

Dear Judge Netburn,

    We write on behalf of Defendants Ripple Labs Inc., Bradley Garlinghouse, and Christian Larsen to seek the Court's permission to submit a combined letter motion, of 7 pages or fewer, by all three Defendants regarding a discovery dispute on which we have reached an impasse with Plaintiff.

    We believe that a combined letter of seven pages or fewer, which is below the five-page-per-party limit provided by Section II.C of the Court's Individual Practices in Civil Cases, best serves the interests of judicial economy and efficiency, given the overlapping nature of many of Defendants' arguments.

    We reached out to Plaintiff to seek the SEC's consent on April 15, 2021, but have not yet heard back. We consent to the SEC filing a response that falls within the same requested page limit.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

Thank you for your time and attention.

Respectfully Submitted,

*/s/ Martin Flumenbaum*
Martin Flumenbaum
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
*Counsel for Defendant Christian A. Larsen*

cc:  All Counsel of Record