# EXHIBIT B

Ex. B https://youtu.be/v0zAadukczY