# EXHIBIT H

Ex. H https://youtu.be/_qihfMbIk_g