# EXHIBIT I

From: 
Subject: Re: Ripple Stock on Linqto
Date: Apr 19, 2021 at 1:38:16 PM
To:
Cc: All-Deaton All-Deaton@deatonlawfirm.com

Thank you 

I've sent your email over to John Deaton's Office.

I am certain he and the XRP community appreciate your help and on very short notice.

Best,



Registered Collaborative Family Lawyer

**Confidentiality Notice:** The information contained in this message is confidential and subject to solicitor/client privilege. If the reader is not the intended recipient, or the authorized agent thereof, you are hereby notified that any disclosure, use of, distribution or copying is strictly prohibited.

If you have received this message in error, please notify us immediately by telephone and delete all copies of the original message. Email transmissions cannot be guaranteed to be secure or error-free. Information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete or may contain a virus.

 will not be responsible or accept liability for any errors, omissions or distribution of client privilege information in the contents of this message or in any message that you may send to our law firm by email. If you do not wish to receive or send confidential information via email, please advise us immediately in order that an alternative method of communication may be used. **Thank you.**

On Apr 19, 2021, at 11:22 AM, wrote:

Hello

I can confirm that we have purchased shares of Ripple stock through the Linqto platform on behalf of our company Ghazan Global Holding GmbH, a company under the laws of Austria, by using XRP from our Uphold wallet.
Please find attached a screenshot of the pertinent order, as depicted by the Linqto user interface.

Thanks again for reaching out and your service to the community.

Best regards,



 LINQTO

Products   About   Conference   Blog   Account

| Order Id | Status | Order Time | Last Updated At |
|---|---|---|---|
| 11279 | Completed | 11/12/2020 | 11/12/2020 |

## Ripple
Series 29

- Operating Agreement
- Subscription Agreement
- Membership Certificate



shares*

*You are purchasing the number of units in the series that represents the equivalent number of shares identified above.

| Share Price | |
|---|---|
| Payment Method | Uphold |
| Uphold Exchange Rate | 0.2360 |
| Uphold Fee | $0.00 |
| Uphold Commission | $281.50 |
| Uphold Account | XRP account |
| Uphold Currency | XRP |
| Linqto Fee | $0.00 |
| TOTAL | |

**Subject:** SEC Lawsuit
**Date:** Monday, March 1, 2021 at 1:57:32 PM Eastern Standard Time
**From:**
**To:** Ali-Deaton

Hi John,

My name ~~~~~~ I am from Bucharest, Romania and I have seen your recent post: https://twitter.com/JohnEDeaton1/status/1366081083129749507

I have owned XRP on Dec 22 2020. I have bought throughout the bear market and most of it during the March crash. I have invested all my savings from 2020, but fortunately not something that would change my life if I would have lost it all.
When I bought XRP I wasn't under the impression I was buying stock or "Ripple shares", not by any means. I was actually looking forward to the IPO to see if I can buy proper shares when it was listed. I actually looked into buying before the IPO, but I am not an accredited investor.

In any case, the unexpected SEC lawsuit bullied me out of my positions, mostly due to the fact xrp was delisted from US exchanges and because of the negative news that was attacking my asset in particular. If all the market would have gone down, I wouldn't have cared at all and I wouldn't have sold. I had to reorganize and accept my loss of opportunity, ruining my Christmas vacation and resulting in a lot of sleepless nights and stress. I managed to reorganize and have done well since then. I actually reinvested in xrp recently, because I believe in this asset. Not sure if I am crazy or anything else, but here I am.

 What surprised me the most was that from my perspective SEC failed at its job to protect investors. Let's say that their allegations were true, they have not done anything for more than half a decade. Not to say the circumstances of how and when the lawsuit was filed are very dubious from my perspective.

I appreciate all your are doing for the community and if it helps, I can join the lawsuit. What would be my responsibilities if I would join? How can I help?

Thank you,



Stephen Wolfram: "It is possible to make things of great complexity out of things that are very simple. There is no conservation of simplicity."

April 17, 2021

To whom it may concern,

My name  I am a crypto researcher and influencer on social media. As of October 2020, I am now paid in XRP, based on an agreement with my business partners.

Many companies around the world are giving their employees salary options with digital currency.

I have a traditional IRA in XRP only (converted my retirement account / 401K of 30 years last July 2020.)

I use XRP to purchase things as a substitute for fiat and I use it to buy groceries, fuel, clothing and outlets that accept MasterCard.

I also purchase things online with XRP (Amazon) and leave tips in YouTube Chats with XRP.

On Christmas 2020, I sent my sister XRP as a gift.

XRP is NOT a security.

Thank you,

**Subject:** Deaton Law Website Form
**Date:** Tuesday, March 16, 2021 at 7:01:07 AM Eastern Daylight Time
**From:** Deaton Law Firm
**To:** All-Deaton

I have some photos of how I use my Xrp on my Uphold card. The photos go back to my first use August 07 2020, covers Dec 12 2020 and ends with March 15 2021. they show that I use my Xrp via my Uphold frequently.
When the SEC filed the law suit I lost at least 50-60 percent of my funds. I did not sell off my Xrp and still hold today. I use this to buy groceries, pay bills and to do everyday purchases. I usually put about 75 percent of my income into Xrp and use it through my Uphold acct. The SEC caused exchanges to panic and de-list or suspend trading with Xrp. This cause my ability to function financially to falter and fail. I worked with Uphold and Bitrue because they continued to offer Xrp but Uphold placed Limits on what I could acquire. All of this prevented me from operating and transacting financially as I did prior to the SEC's filing.
I would like to join you in this fight to right the wrong brought down on me and others by the SEC
Whats the best way to send these photos to you?



**Subject:** XRP
**Date:** Tuesday, March 2, 2021 at 9:50:52 AM Eastern Standard Time
**From:** 
**To:** All-Deaton

Hi,

I would like to be included in the law suite.
Due to fear caused by the sec I lost approximately $21k (I can get you the exact number). I went from having 105k xrp to 63k xrp. This was because uphold fees and trading fees are outrageous. I would say I lost atleast 20k xrp in just trading. Granted this is my choice but sec left me with no other choice and caused unnecessary fear. Xrp cannot be a security because Ripple the company has so many partners and clients and that had no impact on xrp price. I was invested into xrp because it provides cheap cross border payments. This is huge to me because I have family India I send money to every month.

4/19/2021 

## Tweet

**John E Deaton** @JohnEDeaton1 · Mar 9

#XRPCOMMUNITY, I need help for our case.

If you're aware of any use case for #XRP that doesn't involve or depend on @Ripple, please describe that independent utility by replying to this tweet thread.

Your educating me so I can maybe educate the judge

Example:Staking for $

511      298      1.2K



Replying to @JohnEDeaton1 and @Ripple

I use @TransferGo when I send money abroad. They utilize #XRP to send the payments.

3:23 PM · Mar 9, 2021 · Twitter for Android

3 Likes

**Subject:** Website Contact form from ▆▆▆▆
**Date:** Saturday, April 10, 2021 at 1:13:09 PM Eastern Daylight Time
**From:** Deaton Law Firm
**To:** All-Deaton

I am a 71 year old retired dentist in a small Kansas town. I own 4800 XRP in a nano x hard wallet. I saw your interview with Angie this week. I wanted to thank you from the bottom of my heart for fighting for me. I was unaware and concerned until I saw the YouTube video.

After retiring in 2012, I went to Ethiopia for 3 years teaching nurses in the north to remove teeth as there were few if any dentists there and suffering was a problem, The friends I have made there are in trouble today as civil war between the north and south is going on. MSM does not carry this much. I am in XRP so I could get money to them without going thru international banks. I do not give much but that is a big deal to them. XRP is a hope for me to help them more than is possible thru NGO's and the reason should be obvious as corruption is the rule there.

That is why I thank you from my heart with tears. I am OK financially if I lose all I put into XRP but getting life saving money to my dear friends there is difficult and goes thru many hands and may or my not reach them. Blessings, Randy Grill You can use my name and story if needed. It is true and verifiable as I blogged while there.

**Subject:** SEC Ripple lawsuit
**Date:** Wednesday, March 3, 2021 at 6:55:37 AM Eastern Standard Time
**From:** ❌
**To:** All-Deaton

I owned significant amounts of xrp at the time the lawsuit was announced. I own less now BECAUSE of the harm the lawsuit has brought but I do still own some. I have also been negatively affected by not being able to exchange among exchanges with xrp pairings as xrp was the cheapest, fastest, easiest way to move coins within and among many exchanges. Both the collapse in price and the delisting of xrp from exchanges caused by this lawsuit, as opposed to a fair warning, have cost me considerably.

My name is ❌
I am a US citizen living abroad
I would like to be included in the class action lawsuit

Thank you for your hard and righteous work
Zach Hessler

Sorry I don't have a twitter account but I'll get one if it's important

--
"Once in awhile you get shown the light
in the strangest of places
if you look at it right."
            Garcia/Hunter

Monday, April 19, 2021 at 3:33:09 PM Eastern Daylight Time

**Subject:** XRP Holders Lawsuit
**Date:** Sunday, February 28, 2021 at 12:57:39 PM Eastern Standard Time
**From:**
**To:** All-Deaton
**CC:**

Hi there,

Please include me in the xrp holders lawsuit.

I had 20k xrp and lost half its value when SEC brought out their ludicrous lawsuit against Ripple.

I have no interest or shares in Ripple. I'm only concerned about my XRP investment.

Kind regards,



**Subject:** Re: XRP SEC Class Action Lawsuit
**Date:** Monday, March 8, 2021 at 11:43:07 AM Eastern Standard Time
**From:** QUASAR PORTFOLIO MANAGEMENT
**To:** All-Deaton

Good morning,

Just following up on this to be sure we were added to the suit. I have seen that there is a form that could be filled out, but was not sent this form so double checking that you have received the information you needed. Can you please advise.

Thank you!

On Tue, Mar 2, 2021 at 10:31 AM QUASAR PORTFOLIO MANAGEMENT <quasarportfoliomanagement@gmail.com> wrote:

> Good morning,
>
> I had just spoken to Nina at your law office regarding becoming part of this class action lawsuit, which we would like to be a part of.
>
> We are three mid-fifty-year-old women, who started an investment company, QPM, for philanthropic and charity reasons.
> Our portfolio was suddenly liquidated in XRP's market reaction to the recent illegal SEC actions against the company Ripple.
>
> We want you to know what our intents were and what kind of people were invested in XRP, the digital asset for philanthropic purposes. Our precious XRP was more than an investment, it was the impetus to change the world through giving.
>
> XRP was our everything, the establishment for the global philanthropy foundations. We are hard-working, honest women and we will rebuild our company QPM for the good of all mankind.
>
> Our Investment company is Quasar Portfolio Management(QPM) and our nonprofit company(charity) is Guardians of the Quasar.
>
> We can be contacted via this email: quasarportfoliomanagement.
> Founder:
> Co-Founder:
> Co-Founder and Director
> Address:



> If you need any additional information, please don't hesitate to ask.
> We are here to help as we can in any way.
>
> We do appreciate your due diligence on this matter and taking the time to include the XRP Community in this lawsuit.
>
> Thank you,

Monday, April 19, 2021 at 10:48:55 AM Eastern Daylight Time

**Subject:** Class action
**Date:** Monday, March 1, 2021 at 6:15:20 AM Eastern Standard Time
**From:** C.B.
**To:** All-Deaton

I own 110,000 xrp. I owned approximately 60,000 on Dec 22.

I am Canadian. I also own a commercial lending business, my hopes was to be the first Canadian commercial lender that used xrp to lend to my commercial clients.(justcapital.ca)

I would like to be added to the class action if there is to be one.

Thank you.



Subject: Re: XRP Holders Lawsuit
Date: Thursday, March 11, 2021 at 3:34:34 PM Eastern Standard Time
From:
To:
CC: All-Deaton
Attachments: image.png

Hi Nina,

Hope you are well.

John recently asked on Twitter for use cases for XRP. My telecommunications business uses XRP as a method for purchasing equipment from the online store.

https://www.northernvoip.co.uk/voip-store/

Customers can select XRP as their currency choice when checking out. The XRP gets sent to my XRP account held on a Ledger Nano X for safe keeping.

The backend of my website uses the Woocommerce XRP plugin. See https://os.wordpress.org/plugins/woo-xrp/ for details.

Here is an image showing the XRP option available on my website checkout.

**Subject:** My XRP Story
**Date:** Tuesday, March 9, 2021 at 2:23:31 PM Eastern Standard Time
**From:**
**To:**

Hello,
My name is ▇▇▇▇▇▇ I'm a single mother. My son is Austistic. For years I have struggled with the question of "when I die, what happens to my boy? What can I leave him to where I know I gave him his best chance?" One day I decided to invest in crypto. I did my research and discovered XRP's potential. XLM as well. I figured this would be a perfect investment. I invested what little money I could into these two coins and a little bit in REN too. I have kept a poker face throughout much of the bear market activity because I knew what I was invested in. I got super excited when I saw XRP rise to 90 cents. Then I woke up one morning and the SEC was dragging Ripple to court and their reason? I too stupid to realize I'm invested in securities for Ripple? That's what they are telling us in a round about way. Which is funny because I could have sworn I was invested in crypto. LOL My frustrations rose as my XRP investment took a nose dive along with my XLM. I don't believe for one second the SEC did this to "protect me." They are in an arm wrestling match with Ripple and people like me are collateral damage. Those of us who invested in XRP. I invested for my son's future. I highly doubt they care about his potential investments, either. So my XRP is currently locked up on Coinbase. In their statement, they say that in light of the SEC's lawsuit, they decided to halt activity for XRP. I'm sure that's for my own good as well. HA! I don't have very nice things to say about any of this but I do know investors like me aren't feeling very protected right now.

From: 
Subject: Re:
Date: Apr 19, 2021 at 10:43:00 AM
To: All-Deaton All-Deaton@deatonlawfirm.com

To whom it may concern,

Adding to the document I sent.
Last year I sent $10,000 USD of XRP from Uphold to LINQTO to purchase Ripple Stock.

Best wishes,

CEO

On Saturday, April 17, 2021, 08:09:22 AM CDT

Letter attached.

Best wishes,

CEO

Monday, April 19, 2021 at 10:47:08 AM Eastern Daylight Time

**Subject:** XRP Holders v. SEC
**Date:** Thursday, March 18, 2021 at 11:15:24 AM Eastern Daylight Time
**From:** SEC
**To:** All-Deaton

Attorney Deaton,

I have reached out to Attorney Hogan that host the Legal Briefs series on YouTube and he mentioned that we should get in contact with you. Currently, I have Jeremy's consent to add his content to our website www.savingxrp.com and we would like to link and or embed content from your site to help the XRP community.

One of the questions we asked Jeremy and he thought I should ask you as well was the concept of having a place where live use cases could be submitted showing the active use for our digital currency.

On the home page, we have a statement for people to Contribute to the Cause....

"By sending **5 XRP** to the Wallet Address located in this section, It will help us compile a long list of current wallet addresses who utilize the XRP digital asset as a currency and to provide validity for the US Securities Exchange & Commission to recognize that the individual investor/consumer sees the currency utilization for purposes such as tipping, purchasing merchandise/food, as a store of value, or a long term savings asset like physical gold bullion.

By submitting the 5 XRP, you are also letting the judge know that, "We The People" are tired of the years of inept dereliction of duty caused by the S.E.C. which has directly harmed us the individual consumer of this digital currency."

Would you be willing to consent for use of materials on the Crypto-Law.us site including linking to any petition forms on your site?

Also, would this concept of giving a place where people can "put their money where their mouth is" to send 5 XRP tokens to without claim or promise of anything in return except for the addition of their transaction amount being added to the list for the case against the SEC?

Thank you for your time and considerations

Sincerely,

