# EXHIBIT J

4/19/2021



itter: "@JohnEDeaton1 @Ripple Paying for products &amp; services, investing &amp; trading." / Twitter

**John E Deaton** @JohnEDeaton1 · Mar 9

#XRPCOMMUNITY, I need help for our case.

If you're aware of any use case for #XRP that doesn't involve or depend on @Ripple, please describe that independent utility by replying to this tweet thread.

Your educating me so I can maybe educate the judge

Example: Staking for $

511       298       1.2K



Replying to @JohnEDeaton1 and @Ripple

**Paying for products & services, investing & trading.**

3:29 PM · Mar 9, 2021 · Twitter Web App

4/19/2021    

**John E Deaton** @JohnEDeaton1 · Mar 9

#XRPCOMMUNITY, I need help for our case.

If you're aware of any use case for #XRP that doesn't involve or depend on @Ripple, please describe that independent utility by replying to this tweet thread.

Your educating me so I can maybe educate the judge

Example: Staking for $

511          298          1.2K



Replying to @JohnEDeaton1 and @Ripple

## Use it to send money abroad P2P. Fast/cheap. I use it to send money to family in other countries.

3:26 PM · Mar 9, 2021 · Twitter Web App

1 Like

https://twitter.com/PaulDoh81266926/status/1369384000138133521

1/

4/19/2021 — @JohnEDeaton1 @Ripple transfering money from bitstamp to binance. Quick, cheap and instant" / Twitter





**John E Deaton** @JohnEDeaton1 · Mar 9

#XRPCOMMUNITY, I need help for our case.

If you're aware of any use case for #XRP that doesn't involve or depend on @Ripple, please describe that independent utility by replying to this tweet thread.

Your educating me so I can maybe educate the judge

Example:Staking for $

511   298   1.2K



Replying to @JohnEDeaton1 and @Ripple

## transfering money from bitstamp to binance. Quick, cheap and instant

3:22 PM · Mar 9, 2021 · Twitter for Android

What does @Ripple have to do with $XRP???
I can send $XRP across the world P2P in 4 seconds instead of using SEC's Swift which take 6 days and a success rate of 4%
 Whatever Ripple does is their business.
Also people can use it on Travala, just like Bitcoin & as a store of value

3:46 PM · Mar 9, 2021 · Twitter for Android

6 Likes

4/19/2021 @JohnEDeaton1 @Ripple You can book a room @backyardhotel with #XRP" / Twitter

Replying to @JohnEDeaton1 and @Ripple

You can book a room @backyardhotel with #XRP

3:48 PM · Mar 9, 2021 · Twitter for iPhone

https://twitter.com/brain_rocket/status/1369389659000893447

1/1

Replying to @JohnEDeaton1 and @Ripple

# We are paying a couple of our executives in #XRP.

3:51 PM · Mar 9, 2021 · Twitter for iPad


Replying to @JohnEDeaton1 and @Ripple

1/ Are you familiar with Good Souls Group (@GoodXrp) @JohnEDeaton1?
A group of us from #xrpcommunity gathered donations through @WietseWind fantastic XRP tipbot over a few years. @nixerFFM created a splitter that split the donations between several different charities.

3:52 PM · Mar 9, 2021 · Twitter for iPad

4/19/2021  @JohnEDeaton1 @Ripple Sbi holdings using xrp to pay their esports team" / Twitter

Replying to @JohnEDeaton1 and @Ripple

# Sbi holdings using xrp to pay their esports team

3:20 PM · Mar 9, 2021 · Twitter for iPhone

https://twitter.com/tonys0113/status/1369382663539265544 1/1

4/19/2021  @JohnEDeaton1 @Ripple @coil: You can connect a coil enabled website with an interledger payment p…

Replying to @JohnEDeaton1 and @Ripple

@coil: You can connect a coil enabled website with an interledger payment pointer which streams xrp payments from watcher's xrp account to the content creator's account in real time as they watch content. possible because of low xrp transaction fee.

3:28 PM · Mar 9, 2021 · Twitter Web App

4/19/2021 

**John E Deaton** @JohnEDeaton1 · Mar 9
#XRPCOMMUNITY, I need help for our case.

If you're aware of any use case for #XRP that doesn't involve or depend on @Ripple, please describe that independent utility by replying to this tweet thread.

Your educating me so I can maybe educate the judge

Example:Staking for $

    511                          298                        1.2K



Replying to @JohnEDeaton1 and @Ripple

## XRPL has a in-built DEX (Decentralised Exchange) where you can exchange issued tokens.

3:24 PM · Mar 9, 2021 · Twitter Web App

**14** Likes