# EXHIBIT K

# XRP directory

1300+ companies, stores , services accepting XRP as a payment. Find where to spend your XRP

Merchants    Discounts    Analytics    Map

| Shops, markets | 568 |
| Internet services | 394 |
| Offline Services | 67 |
| Tourism, Traveling, Renting | 37 |
| Crypto services | 576 |
| Business services | 155 |
| Web marketing / development | 85 |
| Gambling | 57 |
| Gaming | 41 |