# EXHIBIT L

# Instant Crypto Credit Lines

Borrow cash or Stablecoins from 5.9% APR, without selling your crypto.

**Start Borrowing**





 Litecoin
Credit Line

 BNB
Credit Line

 EOS
Credit Line

 Chainlink
Credit Line

 Stellar
Credit Line

 NEXO Token
Credit Line

 Tron
Credit Line

 PAXG
Credit Line

 Tether
Credit Line

 USD Coin
Credit Line

 PAX
Credit Line

 TrueUSD
Credit Line

 DAI
Credit Line

 HUSD
Credit Line

# $12B+

Assets under
management

# 100+

Nexo Exchange
currency pairs

# 1M+

Nexo
users

# 40+

Fiat currencies
available

# 18

Cryptocurrencies
accepted