# EXHIBIT M

| Logo | Name | URL | Type of organization |
|---|---|---|---|
| | 000Webhost | Homepage | Hosting Provider |
| | 1xBit | Homepage | Betting Platform |
| | 2sync | Homepage | Hosting Provider |
| | Advanced Cash | Homepage | Payments |
| | AirVPN | Homepage | VPN Hosting |
| | alfatop | Homepage | Mobile top-up |
| | Alphacat | Homepage | Robo-advisor Marketplace |
| | Amun | Homepage | Crypto ETP |
| | ANX Pro | Homepage | Wallet/Exchange |
| | Anypay | Homepage | Payment App |
| | Arrington XRP capital | Homepage | Digital asset management |
| | AsiaMTM Group | Homepage | Manufacturing, Trading, Marketing |
| | AstroPay | Homepage | Payments |
| | Atomic Wallet | Homepage | Wallet |
| | B1X | Homepage | Micropayments |
| | Balance | Homepage | Custody |

| Logo | Name | URL | Type of organization |
|------|------|-----|----------------------|
|  | BCB Group | Homepage | Broker and Custodian |
|  | Beachhead | Homepage | Game |
|  | Beeders | Homepage | Payments |
|  | Bichip | Homepage | Microchip |
|  | Bitcoin Superstore | Homepage | Marketplace |
|  | Bitgild | Homepage | Precious metals Marketplace |
|  | Bitnovo | Homepage | Card |
|  | BitPanda | Homepage | Wallet |
|  | Bitso | Homepage | ODL Exchange |
|  | Bitstamp | Homepage | ODL Exchange |
|  | BitStickers | Homepage | Marketplace |
|  | Bittrex | Homepage | ODL Exchange |
|  | Bitvolo | Homepage | Payments |
|  | Blockscart | Homepage | Marketplace |
|  | BookcoinShop | Homepage | Marketplace |
|  | Bpay | Homepage | Payments |

| Logo | Name | URL | Type of organization |
|---|---|---|---|
| | Bronn Travel | Homepage | Travel Agency |
| | Bullion79 | Homepage | Precious metals Marketplace |
| | BuyWithCoins | Homepage | Marketplace |
| | Catalyst Corporate Federal Credit Union (ODL) | Homepage | Financial Institution |
| | Celsius | Homepage | Crypto Backed loans |
| | CenterServ | Homepage | Networking and Cloud management |
| | Chainfront | Homepage | API |
| | Cinnamon | Homepage | Video streaming |
| | Codius | Homepage | Smart Contracts |
| | Coil | Homepage | Micropayments |
| | Coinbase Custody | Homepage | Custody |
| | Coingate | Homepage | Payments |
| | CoinJar | Homepage | Wallet |
| | CoinPayments | Homepage | Wallet and payment processor |
| | Coins.ph | Homepage | ODL Exchange |
| | CoinSpot | Homepage | Wallet/Exchange |

| Logo | Name | URL | Type of organization |
|---|---|---|---|
| | Cointree | Homepage | Payment/Trading |
| | Coolwallet | Homepage | Wallet |
| | Corda Settler | Homepage | Money Transfer |
| | Creative Click | Homepage | Video/animation Productions |
| | Cred | Homepage | Crypto Backed loans |
| | Crumbs App | Homepage | App |
| | Crypto Coffee | Homepage | Marketplace |
| | Crypto Emporium | Homepage | Marketplace |
| | Crypto Voucher | Homepage | Buy vouchers |
| | Crypto Whale Clothing | Homepage | Marketplace |
| | Crypto.com | Homepage | Wallet/Card |
| | Cryptojaunt | Homepage | Travel Booking Platform |
| | Cryptonator | Homepage | Wallet |
| | Cryptopay | Homepage | Wallet/Card |
| | Cryptopet | Homepage | Marketplace |
| | Cuallix (ODL) | Homepage | Money Transfer |

| Logo | Name | URL | Type of organization |
|---|---|---|---|
| | Eat me! | Homepage | Marketplace |
| | Edge | Homepage | Wallet |
| | ElectroCat | Homepage | Marketplace |
| | Elite Card | Homepage | Wallet/Card |
| | Ellipal | Homepage | Wallet |
| | EnterBillions | Homepage | Spam Blocker |
| | EO.Finance | Homepage | Fiat and Crypto Wallet |
| | Eroscoin | Homepage | Payment Gateway |
| | Euro Exim Bank (ODL) | Homepage | Bank |
| | Evident Proof | Homepage | Data Verification/Proof Service |
| | Exarpy | Homepage | Wallet |
| | Exodus | Homepage | Wallet |
| | Ferrum Network | Homepage | Interconnectivity Network |
| | Frank & Beans | Homepage | Marketplace |
| | Freewallet | Homepage | Wallet |
| | Intergiro (ODL) | Homepage | Money Transfer |

XRP ecosystem | XRP Arcade

| Logo | Name | URL | Type of organization |
|---|---|---|---|
| | Game Servers Today | Homepage | Game server hosting |
| | Gatehub | Homepage | Exchange/Wallet |
| | GCBIB | Homepage | Crypto Bank |
| | Giacobbe & Co. | Homepage | Jewelery |
| | Ginco | Homepage | Wallet |
| | Globee | Homepage | Payments |
| | Gobbill | Homepage | Bill Payments |
| | Guarda | Homepage | Wallet |
| | Harbor | Homepage | Wallet |
| | Helio Lending | Homepage | Crypto Backed Loans |
| | Hide.me | Homepage | VPN |
| | HostBlock | Homepage | Web Hosting Provider |
| | Hostiso | Homepage | Hosting Provider |
| | Hostwinds | Homepage | Web Hosting Provider |
| | HubrisOne | Homepage | Wallet/Payments |
| | IDT (ODL) | Homepage | Money Transfer |

| Logo | Name | URL | Type of organization |
|---|---|---|---|
| | Instimatch | Homepage | Interbank Trading |
| | JNFX (ODL) | Homepage | Money Transfer |
| | Keys4coins | Homepage | Marketplace |
| | LavaVPS | Homepage | VPN Hosting |
| | Ledger | Homepage | Wallet |
| | Living Room of Satoshi | Homepage | Bill Payments |
| | Marketing Empire | Homepage | Digital Marketing Agency |
| | Mental Market | Homepage | Marketplace |
| | MercuryFX (ODL) | Homepage | Money Transfer |
| | Metal Pay | Homepage | Payments |
| | Mileata | Homepage | Watch manufacturer |
| | Mobi | Homepage | Payments/Wallet |
| | Morph | Homepage | Wallet |
| | MVIS and ITI Fund | Homepage | Crypto Fund |
| | MyCryptoCard | Homepage | Card/Wallet |
| | Nebeus | Homepage | Wallet |

| Logo | Name | URL | Type of organization |
|---|---|---|---|
| | Neteller | Homepage | E-money transfer service |
| | Nexo | Homepage | Crypto Backed loans |
| | NordVPN | Homepage | VPN |
| | NYDIG | Homepage | Custody |
| | OffshoreDedicated | Homepage | Hosting Provider |
| | Paid By Coins | Homepage | Bill Payments |
| | Paybis | Homepage | Card |
| | Paycent | Homepage | Payment platform |
| | PayKassa | Homepage | Payment Processing Services |
| | PexPeppers | Homepage | Marketplace |
| | Polysign | Homepage | Custody |
| | PPC Protect | Homepage | Fraud Prevention |
| | Propy | Homepage | Marketplace |
| | Revolut | Homepage | Card |
| | Rights | Homepage | Digital Market |
| | Raised In Space | Homepage | Investment |

| Logo | Name | URL | Type of organization |
|---|---|---|---|
|  | SADAD (ODL) | Homepage | Money Transfer |
|  | SatoWallet | Homepage | Multi-accet exchange/wallet |
|  | Search Candy | Homepage | Digital Marketing |
|  | Secalot | Homepage | Wallet |
|  | Secure Trading Group | Homepage | Payments |
|  | Selly | Homepage | E-Commerce |
|  | SendFriend (ODL) | Homepage | Money Transfer |
|  | Sesocio | Homepage | Investment platform |
|  | Shopify | Homepage | Marketplace |
|  | Skrill | Homepage | Online Payments/Money Transfer |
|  | Snel | Homepage | Hosting Provider |
|  | Sony CSL | Homepage | Wallet |
|  | Soulful Essence | Homepage | Marketplace |
|  | Spend | Homepage | Wallet/Card |
|  | SpendAcoin | Homepage | Marketplace |
|  | SpotOn | Homepage | Payment Processing Services |

| Logo | Name | URL | Type of organization |
|---|---|---|---|
| | SSL Dragon | Homepage | SSL Certificate Marketplace |
| | Sugi | Homepage | Wallet/Card |
| | Suisse Gold | Homepage | Precious metals Marketplace |
| | Swiss Crypto Vault | Homepage | Crypto storage |
| | TapJets | Homepage | Travel |
| | ti&m | Homepage | IT service provider |
| | Toast | Homepage | Wallet |
| | Toca Coffee | Homepage | Marketplace |
| | TokenAd | Homepage | Advertising |
| | Torguard | Homepage | Encryption Services |
| | Transfer4cheap | Homepage | Travel |
| | Transpaygo (ODL) | Homepage | Money Transfer |
| | Travala | Homepage | Travel Booking Platform |
| | Trezor | Homepage | Wallet |
| | Ultimez | Homepage | Web Design |
| | Unicef | Homepage | Charity |

| Logo | Name | URL | Type of organization |
|---|---|---|---|
| | Upvotes Club | Homepage | Marketplace |
| | VeePN | Homepage | VPN |
| | Viamericas (ODL) | Homepage | Money Transfer |
| | W.Hamond | Homepage | Jewelry Store |
| | WeMakePrice | Homepage | Mall |
| | Wirex | Homepage | Card |
| | Worldcore | Homepage | Online Payment Service Provider |
| | xCryptoCrash | Homepage | Gambling site |
| | Xeeda | Homepage | Wallet |
| | XRP Text | Homepage | Money Transfer |
| | XRPL Labs | Homepage | Tech |
| | XRPTipBot | Homepage | Social Tipping App |
| | YouHodler | Homepage | Crypto Backed Loans |
| | Hodl Finance | Homepage | Crypto Backed Loans |
| | Mixort | Homepage | Tech |
| | PlasmaPay | Homepage | Payments |

| Logo | Name | URL | Type of organization |
|------|------|-----|----------------------|
|  | BitSure | Homepage | Payments |
|  | Trippki | Homepage | Hotel Booking Platform |
|  | AavePay | Homepage | Bill Payments |
|  | SubscribeStar | Homepage | Crowdfunding |
|  | Celtic Gold | Homepage | Precious metals Marketplace |
|  | BitBounce | Homepage | Paid email service |
|  | BookMauritiusHotels | Homepage | Hotel Booking |
|  | Antalya Homes | Homepage | Real Estate |
|  | PayGlobal | Homepage | Money Transfer |
|  | Digitec | Homepage | Marketplace |
|  | Galaxus | Homepage | Marketplace |
|  | Trust Wallet | Homepage | Wallet |
|  | Forte | Homepage | Gaming |
|  | Bitfi | Homepage | Wallet |
|  | Xago | Homepage | Payments |
|  | Tegiwa | Homepage | Imports |

| Logo | Name | URL | Type of organization |
|------|------|-----|----------------------|
| | Cryptolife | Homepage | Marketplace |
| | Coin Island | Homepage | Payment platform |
| | B2BinPay | Homepage | Payment Provider |
| | Vontobel Investment Banking | Homepage | Wealth management, active asset management, investment solutions |
| | Standing Ovation | Homepage | Event Service Provider |
| | imove | Homepage | Wallet |
| | BitKeep | Homepage | Wallet |
| | Bidali | Homepage | Payments |
| | NOWpayments | Homepage | Payments |
| | Salamantex | Homepage | Payments |
| | Puma | Homepage | Browser |
| | MoneyMessage | Homepage | Extension/AddIn |
| | Stark Payments | Homepage | Payments |
| | Opu Labs | Homepage | Healthcare e-commerce |
| | Velocity Markets Inc | Homepage | Marketplace |
| | WeCashUp | Homepage | Payments |

| Logo | Name | URL | Type of organization |
|---|---|---|---|
| | PayC | [Homepage] | Payments |
| | Equilibrium Labs | [Homepage] | Technology |
| | Blockdaemon | [Homepage] | Networking |
| | Cambridge Global Payments | [Homepage] | Money Transfer |
| | CoinMe | [Homepage] | Financial Services |
| | Swipe | [Homepage] | Wallet |
| | BitPay | [BitPay] | Payment processing |
| | BRD | [Homepage] | Wallet |
| | Anchorage | [Homepage] | Custody |
| | Chainalysis | [Homepage] | Blockchain Analysis |
| | GoLance (ODL) | [Homepage] | Online Workforce Platform |
| | TransferGO (ODL) | [Homepage] | Money Transfer |
| | Nium (ODL) Former Instarem | [Homepage] | Money Transfer |
| | Sologenic | [Homepage] | Tokenization |
| | SafePal | [Homepage] | Wallet |
| | Ternio | [Homepage] | Crypto Card |

| Logo | Name | URL | Type of organization |
|---|---|---|---|
| | BeeTech (ODL) | Homepage | Money Transfer |
| | BTC Markets | Homepage | ODL Exchange |
| | FlashFX (ODL) | Homepage | Money Transfer |
| | Interbank (ODL) | Homepage | Bank |
| | NetCents | Homepage | Payment Gateway |
| | Flare Networks | Homepage | Blockchain |
| | LidiaPay | Homepage | Software |
| | Coinbase Card | Homepage | Crypto Card |
| | Moneygram (ODL) | Homepage | Money Transfer |
| | STYRA Technologies | Homepage | Interledger gateway provider |
| | Quantoz (Nexus) | Homepage | Transaction processing |
| | Salt | Homepage | Crypto backed loans |
| | Luckbox | Homepage | E-sports betting |
| | BiKi exchange | Homepage | Crypto Backed Loans |
| | FinNexus | Homepage | Tokenization of assets |
| | Refundo | Homepage | Tax refund |

| Logo | Name | URL | Type of organization |
|---|---|---|---|
| | Crypterium | Homepage | Wallet |
| | General Bytes | Homepage | ATMs |
| | BelcoBTM | Homepage | ATMs |
| | Coin Cloud | Homepage | ATMs |
| | Intermex (ODL) | Homepage | Money Transfer |
| | PumaPay | Homepage | Payments |
| | Azimo (ODL) | Homepage | Money Transfer |
| | Oveit | Homepage | Event/venue payments |
| | Bitcasino | Homepage | Gambling |
| | Sygnum Bank | Homepage | Custody, Trading |
| | Bank Frick | Homepage | Custody, Trading |
| | Beliani | Homepage | Furniture |
| | Alfacoins | Homepage | Payments processor |
| | Fliqpay | Homepage | Payment Gateway |
| | uConektPAY | Homepage | Payments processor |
| | FinFreeOTC | Homepage | P2P Cryptocurrency Marketplace |

| Logo | Name | URL | Type of organization |
|---|---|---|---|
| | KeepKey | Homepage | Hardware wallet |
| | Maerki Baumann & Co. AG | Homepage | Custody, Trading |
| | InCore Bank AG | Homepage | Custody, Trading |
| | CoinLoan | Homepage | Crypto Backed Loans |
| | Hacker Noon | Homepage | Publication |
| | DEV | Homepage | Online community |

Showing 1 to 262 of 262 entries