# EXHIBIT P

CRYPTOCURRENCY

# Major reasons why XRP is better than Bitcoin

Ripple (XRP) plays dual roles as a payment platform and a currency.



Published 7 months ago on September 17, 2020
By **Olumide Adesina**



Ripple, the world's fast-growing crypto payment powerhouse and owner of the fourth most valuable crypto by market size, is showing some of its advantages over the flagship crypto token(Bitcoin).

A popularly known crypto analyst, with the pseudo name Crypto Whale, spoke on XRP's unique advantages over Bitcoin. Crypto Whale went on, saying;

1. XRP is x1000 faster than $BTC (3-4 seconds)
2. XRP is x1000 cheaper than $BTC (> $0.01)
3. XRP is better for the environment (no mining)
4. XRP is more scalable

**READ: Binance offers DeFi coders $100,000; DeFi market value hits $8 billion**

At the time this report was drafted the fourth most valuable crypto, XRP price traded at $0.249510 with a daily trading volume of $1,859,495,081. XRP price is up 2.4% in the last 24 hours.

**What you should know;** Ripple is a privately-held fintech company that provides a global payment solution via its patented payment network called Ripple Network (also known as RippleNet). XRP is the digital token that has a circulating supply of 45 Billion coins and a max supply of 100 Billion coins.



**READ: Nigeria total public debt hits N31 trillion as debt service gulp over N1.2 trillion in H1 2020**

Ripple (XRP) plays dual roles as a payment platform and a currency. It is an open-source platform that was created to allow quick and cheap transactions.



XRP still remains the only crypto gaining traction among global banks as Japan-based Mitsubishi UFJ Financial Group, with assets of more than USD 2.8 trillion, announced in November 2018 that, in cooperation with Ripple, it would provide an

international money transfer service on the payment corridor from Japan to Brazil.

**READ: Buying signs: Ethereum's total coin supply held off exchanges continues to rise**

Other leading global banks using Ripple include Europe's banking giant, HSBC Holdings Plc, with assets of about $2.5 trillion, which disclosed in 2019 that it would use the XRP payment solution.

Japan Post Bank with assets of USD 1.9 trillion, Sumitomo Mitsui Financial Group, and Mizuho Financial Group with trillions of dollars in assets, also have a close relationship with Ripple Asia. Others having a relationship with Ripple include Banco Santander, Barclays PLC, Royal Bank of Canada, and Toronto-Dominion Bank.

0

| Ripple opens 1,000,000,000 XRP | Ripple owners say XRP will be worth $100 | Ripple Whale transfers 20,000,000 XRP to Binance |

**RELATED TOPICS:**   BANCO SANTANDER    BARCLAYS PLC    CRYPTO
CRYPTO WHALE    HSBC HOLDINGS PLC
MITSUBISHI UFJ FINANCIAL GROUP    RIPPLENET)
ROYAL BANK OF CANADA    SUMITOMO MITSUI FINANCIAL GROUP    XRP



### Olumide Adesina

Olumide Adesina is a France-born Nigerian. He is a Certified Investment Trader, with more than 15 years of working expertise in Investment trading. Message Olumide on Twitter @tokunboadesina. He is a Member of the Chartered Financial Analyst Society.