# EXHIBIT Q

4/19/2021 XRP Is The Fastest Way To Send Bitcoin. There is Proof – The XRP Daily

Case 1:20-cv-10832-AT-SN   Document 124-17   Filed 04/19/21   Page 2 of 5

Monday, April 19, 2021    **Latest:** XRP + Crypto. Will It Make You Rich?

  

# The XRP Daily



-14%   -20%

**Outdoor Clothing & Gear**
Backcountry.com

 RIPPLE NEWS    XRP NEWS    COMMUNITY NEWS    XRP STORAGE    BUY XRP    CONTACT US    ABOUT US    PRIVACY POLICY



| | **XRP (XRP)** |
|---|---|
| | **1.36** USD **(0.44%)** |
| | 0.00002424 BTC |
| **RANK** 4 | **MARKET CAP** $61.93 B USD   **VOLUME** $18.20 B USD |

Powered by CoinMarketCap

**Latest Ripple Tweets**

FEATURED    XRP News

## XRP Is The Fastest Way To Send Bitcoin. There is Proof

August 4, 2019    calex960    news, ripple, xrp

The Bitcoin blockchain is very inefficient and is cost hefty when the network sees influxes in activity. Recently when Bitcoin surged to almost $14,000 the transaction fee reached a peak of $6 per transaction. I mean PayPal is usually cheaper to use than that. Not to mention the hours of wait time you will be experiencing with that expensive transaction fee. When Bitcoin peaked around $20,000 in 2017 the transaction fee was literally $40 and transaction time was about a day. I actually used Bitcoin during this time to make a purchase of a keyboard on amazon and had to pay that monstrous fee.

However you can actually use any asset on the XRP Ledger such as Bitcoin and you can indeed move Bitcoin through the XRP Ledger.

Take a look at this video from the 1:45 Mark and watch it for about a minute and you will see Ripple co-founder Chris Larsen sending Bitcoin instantly at no cost using the XRP Ledger.



Quite simply amazing how interoperable, instant, and efficient the XRP Ledger is, even when its not the native asset XRP. I would really like to see this trending in the Bitcoin community, because then if Bitcoiners have an alternative path that is cheaper it will create competitiveness among the miners and cause them to lower their fees. Also Bitcoiners would experience the benefits of the XRPL first hand. When Bitcoin can't handle its transactions the XRPL can handle them.

XRP: The best way to send Bitcoin.

← Federal Reserve To Give An Update On Faster Payments Live August 5th

Australian Banking Giant WestPac Added To Ripple Website Then Removed →

## 👍 You May Also Like


**7 Ripple Executives Attending The Largest Payment Conference (IMTC) In The U.S. Soon.**
📅 August 20, 2019


**Congresswoman Questions Federal Reserve On Ripple Inclusive "Faster Payments Task Force"**
📅 July 11, 2019


**XRP Most Likely to Rise in 2019, based on Japanese Internet Giant Survey Results**
📅 March 20, 2019

---

**Tweets** by @Ripple

**Ripple Retweeted**

**XRPL Labs**
@XRPLLabs

July 30th 2020 we announced our vision on the Hooks Amendment for the XRP Ledger to add business logic support (smart contracts) to the XRP Ledger.
We published blogs, insights, concepts & considerations along the way. We are really proud to present our PUBLIC BETA TESTNET today.



7h

**Ripple**
@Ripple

#ICYMI: @NovattiPayments has joined our global network to take advantage of #RippleNet's ODL service, allowing the #payments service to deliver on the promise of instant cross-border payments without the need for pre-funding. Learn more.
ripple.com/insights/novat…

Embed     View on Twitter



Support With XRP!





Open Tip Page



Overland

### About Us

Here at The XRP Daily it is our mission to provide consistent and quality content that consists of real and factual information with sources so that anyone looking for Ripple or XRP news won't be caught up in other cryptocurrency news media with poorly written, clickbait, and FUD.

### How Ripple Works


00:00   00:00


Extended Int...
00:00   02:21

### Hardware Wallet

### Support With XRP!







Copyright © 2021 The XRP Daily. All rights reserved.
Theme: ColorMag by ThemeGrill. Powered by WordPress.


