# EXHIBIT R

# XRP Use Cases To Explode With DeFi Crypto Integration, Says Wanchain CEO

Daily Hodl Staff    April 13, 2021    RIPPLE AND XRP



XRP could soon witness a burst in new use cases in the growing decentralized finance (DeFi) space.

Wanchain's (WAN) CEO and founder Jack Lu says XRP tokens will soon be available for DeFi integration through the blockchain interoperability platform.

"I'm so happy to announce that Wanchain's decentralized cross-chain bridges for XRP are about to go live on mainnet. This means that XRP tokens can now be used for liquidity mining and yield farming."

ADVERTISEMENT

Wanchain (WAN) is a cross-chain infrastructure that connects isolated public and private blockchains. It is designed to host decentralized applications for the financial industry and to enable the transfer of assets. Its suite of products includes automated market maker WanSwap, lending platform WanLend, and yield-farming DeFi dApp WanFarm.

Lu adds that XRP holders will not only be able to utilize more of DeFi's use cases on Wanchain's array of products, but they can also interact with other popular public blockchains using Ripple's native token.

"XRP holders can now engage with DeFi applications such as WanSwap, WanLand, WanFarm and many more on the Wanchain and the Ethereum and certainly on more blockchains in the future."

Besides XRP, other cryptocurrencies that have been integrated into Wanchain's list of DeFi applications include Ethereum (ETH), Bitcoin (BTC), and EOS.

At time of writing, the fourth-largest cryptocurrency is trading at $1.58, up 18% in the last 24 hours, according to CoinMarketCap.

Don't Miss a Beat – Subscribe to get crypto email alerts delivered directly to your inbox

Follow us on Twitter, Facebook and Telegram

Surf The Daily Hodl Mix