# EXHIBIT U


MENU






**Sarah Tran**
FXStreet

 Follow

# SEC v. Ripple: Exchanges that relist XRP would not violate securities regulation

**CRYPTOS** | 3/22/2021 10:36:35 AM GMT



- **Magistrate Judge Netburn said that her understanding of XRP is that it has utility and currency value.**
- **The SEC lawyer stated that only Ripple and its affiliates could have sold XRP illegally.**
- **Attorney John Deaton said that crypto exchanges have a case to relist the token legally.**

According to attorney Jeremy Hogan, the US Securities and Exchange Commission (SEC) lawyers have unintentionally implied that, by relisting and allowing trading of Ripple's **XRP**, exchanges would not violate any guidelines.



©2021 "FXStreet" All Rights Reserved

Disclaimer ▲

 MENU   

The recent discovery hearing was on the SEC's motion to receive the personal financial information of Ripple's executives — Brad Garlinghouse and Chris Larsen, as the agency stated that "only Ripple and affiliates of Ripple" could have illegally sold XRP.

Attorney Jeremy Hogan suggested that it was a common technique for the regulatory agency to obtain the defendants' financial records to either catch some level of discrepancy, which would lead to cross-examination or make the wealthy witnesses look bad.

However, Magistrate Judge Netburn dropped a bombshell statement by saying:

> *My understanding about XRP is not only does it have a currency value, but it has a utility, and that utility distinguishes it from Bitcoin and Ether."*

## Crypto exchanges could resume trading XRP

The judge further made a remark to the SEC attorney that based on his theory — everyone who sold XRP, including retail investors, is selling illegal securities. The SEC lawyer rejected this notion and responded on the record by saying:

> *No, under Section 4, only Ripple and affiliates of Ripple can have sold XRP illegally. Listen again, the SEC said that only Ripple and employees of Ripple can illegally sell XRP."*

This statement fundamentally means that the **crypto exchanges** that have previously

SEC v. Ripple: Exchanges that relist XRP would not violate securities regulation


MENU

  

## 10,000 XRP holders back motion to intervene

Attorney John Deaton refiled his letter once again to intervene in the lawsuit after being denied this motion less than a week ago. The attorney represented over 6,000 XRP token holders in the previous motion, and this time, over 10,000 XRP holders are getting involved.

The news went viral in the XRP community after attorney Deaton announced the turn of events on Twitter. Community members expect that any news leaks of exchanges listing XRP again could generate uptrend momentum for the cryptocurrency's price.

Also, XRP whales, the top 0.01% of XRP holders, have already added 37.5 million XRP reportedly in response to the news.

However, attorney Deaton further pointed out that if the SEC chooses to inform exchanges that they can resume trading XRP, its price could double, which means Ripple could have twice the money to defend the case.

Information on these pages contains forward-looking statements that involve risks and uncertainties. Markets and instruments profiled on this page are for informational purposes only and should not in any way come across as a recommendation to buy or sell in these assets. You should do your own thorough research before making any investment decisions. FXStreet does not in any way guarantee that this

Cryptos feed 

**LATEST CRYPTO NEWS & ANALYSIS**



 MENU   

## Dogecoin Price Forecast: DOGE base targets at least 30% upside

Dogecoin price declined almost 50% from the April 16 high to the April 17 low, reminding speculators that DOGE did have two sides. Since the price low, the altcoin rallied close to the all-time high at $0.4532 by April 19.

More Dogecoin News »

## Zilliqa Price Forecast: ZIL on the verge of a brutal fall

Zilliqa has lost 30% of its market capitalization in the past three days. The digital asset must hold a critical support level to avoid further downside action.

More Zilliqa News »

## Binance Coin price ready for new all-time highs, according to technicals

Binance Coin price had a 20% dive in the last 48 hours amid overall market weakness. However, the Ethereum rival has managed to recover faster than other coins and aims for new all-time highs.

More Binance Coin News »

## Top 3 Price Prediction Bitcoin, Ethereum, Ripple: XRP price takes point in recovering weekend crash losses

The entire cryptocurrency market tumbled this weekend due to rumors from unfounded sources circulating on Twitter. At the time of writing, most altcoins, especially DeFi coins, seem to be recovering quickly while Bitcoin and Ethereum, not so much.

More Cryptocurrencies News »

**BEST CRYPTO BROKERS/EXCHANGES**



SimpleFx    More info



©2021 "FXStreet" All Rights Reserved

Disclaimer ▲

 MENU   

pioneer cryptocurrency over the past week.

Read the weekly forecast »

## BTC

### Crypto market analysis: Ethereum hard fork sends price to record high
By **eToro Team** | 15:15 GMT

### Crypto roundup: Traders will be looking for a recovery towards all-time highs
By **eToro Team** | 15:13 GMT

### Weekend collapse for Bitcoin instead of the traditional rally
By **Alexander Kuptsekevich** | 13:24 GMT

## ETH

### Ethereum price stabilizes at critical support as bullish thesis is unchanged
By **Sheldon McIntyre, CMT** | 20:06 GMT

### Crypto market analysis: Ethereum hard fork sends price to record high
By **eToro Team** | 15:15 GMT

### Tether launches on Hermez rollup as Ethereum starts falling behind
By **Cointelegraph Team** | 13:00 GMT

## XRP

### Top 3 Price Prediction Bitcoin, Ethereum, Ripple: XRP price takes point in recovering weekend crash losses
By **Akash Girimath** | 09:55 GMT

### XRP Price Prediction: Ripple recovery in full force as key indicator flashes buy signals
By **Lorenzo Stroe** | 09:09 GMT

### XRP Price Prediction: Ripple bulls face extinction as profit-booking intensifies
By **Akash Girimath** | Apr 18, 04:57 GMT



©2021 "FXStreet" All Rights Reserved

Disclaimer ▲

 MENU