**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
___
(202) 326-7900

FACSIMILE:
(202) 326-7999

April 21, 2021

**VIA ECF**
Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *SEC v. Ripple Labs, Inc.* et al., No. 20-cv-10832 (AT)(SN) (S.D.N.Y.)

Dear Judge Netburn:

We write on behalf of Defendants Ripple Labs Inc., Bradley Garlinghouse, and Christian A. Larsen (collectively, "Defendants"), pursuant to Part I.G of the Court's Individual Practices, and with the consent of the SEC, to request that the deadline for Defendants' response to the SEC's April 21, 2021 letter be extended two business days from Monday, April 26, 2021 to Wednesday, April 28, 2021.

Ordinarily, Defendants' response would be due on Monday, April 26, 2021. Defendants respectfully request an additional two business days to fully respond to the SEC's letter. This is Defendants' first request for an extension of time. Defendants sought the SEC's consent by email on April 21, 2021, and received it later that day.

Respectfully submitted,

| | |
|---|---|
| /s/ Michael K. Kellogg | /s/ Mary Jo White |
| Michael K. Kellogg | Mary Jo White |
| (mkellogg@kellogghansen.com) | (mjwhite@debevoise.com) |
| Reid M. Figel | Andrew J. Ceresney |
| Gregory M. Rapawy | Lisa Zornberg |
| Collin R. White | Christopher S. Ford |
| Eliana Margo Pfeffer* | Joy Guo |
| KELLOGG, HANSEN, TODD, FIGEL, & FREDERICK PLLC | DEBEVOISE & PLIMPTON LLP |
| Sumner Square | 919 Third Avenue |
| 1615 M Street, NW, Suite 400 | New York, NY 10022 |
| Washington, DC 20036 | +1 (212) 909-6000 |
| +1 (202) 326-7900 | |

*Attorneys for Defendant Ripple Labs Inc.*

| | |
|---|---|
| /s/ Matthew C. Solomon | /s/ Martin Flumenbaum |
| Matthew C. Solomon | Martin Flumenbaum |
| (msolomon@cgsh.com) | (mflumenbaum@paulweiss.com) |
| Nowell D. Bamberger | Michael E. Gertzman |
| Alexander J. Janghorbani | Meredith Dearborn |
| Lucas Hakkenberg | Justin D. Ward |
| Samuel Levander | Kristina A. Bunting |
| CLEARY GOTTLIEB STEEN & HAMILTON | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2112 Pennsylvania Avenue NW | 1285 Avenue of the Americas |
| Washington, DC 20037 | New York, NY 10019 |
| +1 (202) 974-1680 | +1 (212) 373-3000 |
| *Attorneys for Defendant Bradley Garlinghouse* | *Attorneys for Defendant Christian A. Larsen* |

\*Not Admitted in the District of Columbia; practice supervised by members of the firm