UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,  :
                                     :
                        Plaintiff,   :     20 Civ. 10832 (AT) (SN)
                                     :
        - against -                  :
                                     :
RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, :
and CHRISTIAN A. LARSEN,             :
                                     :
                        Defendants.  :
                                     :
------------------------------------------------------------------------x

# NOTICE OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION TO STRIKE DEFENDANT RIPPLE LABS, INC.'S FOURTH AFFIRMATIVE DEFENSE

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiff Securities and Exchange Commission's Motion to Strike Defendant Ripple Labs, Inc.'s Fourth Affirmative Defense, the Declaration of Daphna A. Waxman and the exhibits attached thereto, and the allegations of the Complaint, the undersigned will move this Court, before the Honorable Judge Analisa Torres, United States District Judge, at a date and time to be determined by the Court, for an order, pursuant to Fed. R. Civ. P. 12(f), striking the fourth affirmative defense asserted by Defendants Ripple Labs, Inc., "lack of Due Process and fair notice," in the above-captioned action.

2

Dated: New York, New York
April 22, 2021

Respectfully Submitted,

_____
Jorge G. Tenreiro
Dugan Bliss
Daphna A. Waxman
Jon A. Daniels
Ladan F. Stewart

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
200 Vesey Street, Suite 400
New York, New York 10281
(212) 336-9145 (Tenreiro)
TenreiroJ@sec.gov