# Exhibit L

| | |
|---|---|
| **From:** | Tenreiro, Jorge |
| **To:** | "Bunting, Kristina" |
| **Cc:** | Guo, Joy; Flumenbaum, Martin; Gertzman, Michael E; Dearborn, Meredith; Solomon, Matthew; Janghorbani, Alexander; Hakkenberg, Lucas; Levander, Samuel; "Kellogg, Michael K."; "Figel, Reid M."; mjwhite@debevoise.com; Ceresney, Andrew J.; Zornberg, Lisa; Bliss, Dugan; Waxman, Daphna A.; Daniels, Jon; Gulay, Erol; Ward, Justin D; Pfeffer, Eliana M. |
| **Subject:** | RE: SEC v. Ripple Labs, Inc. et al., No. 20-cv-10832 (S.D.N.Y.) |
| **Date:** | Tuesday, March 23, 2021 6:58:24 PM |

Counsel:

Thank you for meeting and conferring earlier today on various pending discovery issues. We may follow-up to the below with a more comprehensive list of items we feel are important to be on the same page about in writing, but we thought we'd address a few discrete issues now in the interest of expedience.

1. In the context of meeting and conferring about the production of Tetragon discovery documents like deposition transcripts or interrogatories, will you produce a copy of the protective order governing that case to us?

2. We will not be able to respond to your letter below until sometime next week—we are gathering information about whatever privileges various agencies may assert, so that we can provide a complete and accurate response.

3. Having reviewed our files, we can confirm what we told you at our M&C — we did not discuss the issue of any privilege that applied to Coinbase documents with Coinbase prior to their letter alerting us that they were asking for a clawback. We have not heard from Coinbase as to how these documents were inadvertently produced.

4. We identified certain documents in connection with our efforts to continue meeting and conferring on the issue of Ripple's assertion of privilege over certain documents. I believe Daphna is going to follow-up to this email with additional documents. Thank you for considering them in the context of our conversation about the privilege issue.

Look forward to our next meet and confer.

Thanks,

Jorge

**From:** Bunting, Kristina
**Sent:** Monday, March 22, 2021 11:16 AM
**To:** Tenreiro, Jorge
**Cc:** Guo, Joy ; Flumenbaum, Martin ; Gertzman, Michael E ; Dearborn, Meredith ; Solomon, Matthew ; Janghorbani, Alexander ; Hakkenberg, Lucas ; Levander, Samuel ; 'Kellogg, Michael K.' ; 'Figel, Reid M.' ; mjwhite@debevoise.com; Ceresney, Andrew J. ; Zornberg, Lisa ; Bliss, Dugan ; Waxman, Daphna A. ; Daniels, Jon ; Gulay, Erol ; Ward, Justin D ; Pfeffer, Eliana M.
**Subject:** SEC v. Ripple Labs, Inc. et al., No. 20-cv-10832 (S.D.N.Y.)

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Counsel:

On behalf of all Defendants, please see the attached correspondence

Kind regards,

**Kristina Bunting** | Associate

**Paul, Weiss, Rifkind, Wharton & Garrison LLP**

1285 Avenue of the Americas | New York, NY 10019-6064

(212) 373-3503 (Direct Phone) | 212 757 3990 (Main Fax)

kbunting@paulweiss.com | www.paulweiss.com

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.