PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS      NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER

(212) 373-3191

WRITER'S DIRECT FACSIMILE

(212) 492-0191

WRITER'S DIRECT E-MAIL ADDRESS

mflumenbaum@paulweiss.com

April 29, 2021

**By ECF**
Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    *Re: SEC v. Ripple Labs, Inc. et al.,* No. 20-cv-10832 (AT) (SN) (S.D.N.Y.)

Dear Judge Netburn:

    Pursuant to Paragraph III.F of this Court's Individual Practices in Civil Cases and Paragraph 15 of the Protective Order the Court entered in this case (ECF 53), Defendants respectfully submit this letter regarding the filing under seal of a letter the SEC sent to Defendants on April 28, 2019, following the filing of Defendants' reply letter (ECF 140) on the parties' MOU dispute.

    The letter contains information that Defendants consider confidential, and which Defendants understand the SEC to consider confidential as well.  Given the timing of the SEC's letter, and the upcoming discovery conference, Defendants have not had the opportunity to meet and confer with the SEC to narrow the scope of potential confidential designations as required by Paragraph 15 of the Protective Order, but will do so as soon as possible.  Defendants have filed this exhibit under seal temporarily, to give the SEC and Defendants an opportunity to meet and confer, and file motions to seal or redact this document.

              Respectfully Submitted,

              /s/ *Martin Flumenbaum*
              Martin Flumenbaum
              *Counsel for Defendant Christian A. Larsen*

cc:  All counsel (via ECF)