```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
```

**SECURITIES AND EXCHANGE COMMISSION.,**

                    **Plaintiff,**           20-CV-10832 (AT)(SN)

        **-against-**                      **ORDER**

**RIPPLE LABS, INC., et al.,**

                    **Defendants.**

```
------------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

Due to an inadvertent typo in an earlier Order, the public Access Code for today's conference was incorrect. The April 30, 2021, 10:00 a.m. EDT (-4:00 GMT) conference dial in information is as follows:

            USA: (844) 291-4185
      International: (409) 207-6997
          Access Code: 7106935

As a reminder, unauthorized recording or rebroadcasting is strictly prohibited (including YouTube streams, Twitch streams, audio stream, etc.). Any identified violations will be investigated, and anyone found to have engaged in these behaviors may be subject to criminal sanctions.

**SO ORDERED.**

                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:     New York, New York
               April 30, 2021