

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

April 30, 2021

**VIA ECF AND EMAIL**
Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re:   *SEC v. Ripple Labs, Inc.*, et al., No. 20 Civ. 10832 (AT) (SN) (S.D.N.Y.)

Dear Judge Torres:

Plaintiff Securities and Exchange Commission ("SEC") respectfully seeks permission to file a single brief not exceeding 60 pages, rather than two separate briefs not exceeding 30 pages each, in response to Individual Defendants Christian A. Larsen and Bradley Garlinghouse's separate motions to dismiss (D.E. 106, 111). Pursuant to this Court's March 18, 2021 order (D.E. 73), the SEC's briefs in opposition to the motions are due on May 14, 2021. Pursuant to Rule III.D of this Court's Individual Practices, each of the SEC's two briefs may be up to 30 pages long. To avoid duplication in the SEC's opposition to the motions, which present certain overlapping issues (*compare, e.g.,* D.E. 106 at 22-28 *with* D.E. 111 at 20-29), the SEC respectfully requests that it be permitted to file a single brief in opposition, not to exceed 60 pages. Counsel for the Individual Defendants have informed the SEC that they do not consent to this request for reasons the SEC anticipates they will address in opposing this request.

Respectfully submitted,

Jorge G. Tenreiro

cc:   All counsel (via ECF)