

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

May 3, 2021

**VIA ECF**
Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square, Courtroom 219
New York, N.Y. 10007

Re:     *SEC v. Ripple Labs, Inc. et al.*, No. 20 Civ. 10832 (AT) (SN) (S.D.N.Y.)

Dear Judge Netburn:

Plaintiff Securities and Exchange Commission ("SEC") respectfully writes to correct its letter reply filed earlier today (Doc. 149). The letter reply stated that the "SEC has already produced approximately 21,300 documents pursuant to the Order." *Id.* at 3. That figure erroneously included 4,928 documents that were to be produced on Friday, April 30, but have not yet been produced due to a technical issue with some of the documents. We expect those documents to be produced very shortly.

Respectfully submitted,

Dugan Bliss

cc:     All counsel (via ECF)