UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,      :
:
                             Plaintiff,   :      20 Civ. 10832 (AT) (SN)
:
           - against -                    :      ECF Case
:
RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,   :
and CHRISTIAN A. LARSEN,   :
:
                          Defendants.   :
:
------------------------------------------------------------------------x

## DECLARATION OF LADAN F. STEWART

I, Ladan F. Stewart, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am a member of the Bar of the State of New York.

2.    I am employed as Senior Counsel in the New York Regional Office of Plaintiff Securities and Exchange Commission (the "SEC"). I submit this declaration in support of the SEC's Memorandum of Law in Opposition to the Motion to Intervene.

3.    Attached hereto as **Exhibit A** is a true and correct copy of the Petition for Writ of Mandamus, filed on January 1, 2021, in the U.S. District Court for the District of Rhode Island (No. 21 Civ. 000001).

4.    Attached hereto as **Exhibit B** is a true and correct copy of tweets from the Twitter account @johnedeaton,1 dated March 12, 2021, available at

https://twitter.com/JohnEDeaton1/status/1370286070135455744?s=2.

5.    Attached hereto as **Exhibit C** is a true and correct copy of tweets from the Twitter account @johnedeaton1, dated March 3, 2021, available at

https://twitter.com/JohnEDeaton1/status/1367167775123333126.

1

6. Attached hereto as **Exhibit D** is a true and correct copy of tweets from the Twitter account @johnedeaton1, dated March 9, 2021, available at https://twitter.com/JohnEDeaton1/status/1369278975210647553.

7. Attached hereto as **Exhibit E** is a true and correct copy of tweets from the Twitter account @johnedeaton1, dated February 28, 2021, available at https://twitter.com/JohnEDeaton1/status/1366081083129749507?s=20.

8. Attached hereto as **Exhibit F** is a true and correct copy of tweets from the Twitter account @johnedeaton1, dated March 2, 2021, available at https://twitter.com/JohnEDeaton1/status/1366892033755987972.

9. Attached hereto as **Exhibit G** is a true and correct copy of an excerpt of the official transcript of the April 6, 2021 conference before Magistrate Judge Netburn.

10. Attached hereto as **Exhibit H** is a true and correct copy of tweets from the Twitter account @johnedeaton1, dated April 22, 2021, available at https://twitter.com/JohnEDeaton1/status/1385231680873639939.

11. Attached hereto as **Exhibit I** is a true and correct copy of tweets from the Twitter account @johnedeaton1, dated May 1, 2021, available at https://twitter.com/JohnEDeaton1/status/1388608094012334085.

12. Attached hereto as **Exhibit J** is a true and correct copy of a post titled "Was there corrupt intent at the SEC?," available at https://www.crypto-law.us/was-there-corrupt-intent-at-the-sec/.

13. Attached hereto as **Exhibit K** is a true and correct copy of tweets from the Twitter account @johnedeaton1, dated March 15, 2021, available at https://twitter.com/JohnEDeaton1/status/1371466061338542081.

14. Attached hereto as **Exhibit L** is a true and correct copy of an excerpt of the official transcript of the April 30, 2021 conference before Magistrate Judge Netburn (transcript incorrectly dated March 30, 2021).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 3, 2021
New York, New York

*Ladan F. Stewart*

_____
Ladan F. Stewart