# Exhibit B

5/2/2021  John E Deaton on Twitter: "there is only one way to deal with a bully. 👊 PUNCH 👊 THAT MF IN HIS FACE I'm up at 3 am for a reason b…

Case 1:20-cv-10832-AT-SN   Document 154-2   Filed 05/03/21   Page 2 of 4



# Explore

⚙ Settings

**John E Deaton** @JohnEDeaton1 · Mar 12

This is a sign that @SEC_Enforcement is scared. Trust me. There is a famous saying that trial lawyers learn:

If you don't have the law on your side, pound the facts. If you don't have the facts on your side, pound the law. If you don't have either - pound the table.

But when

> 🇳🇱 M a c k A t t a c k XRP 🇳🇱 @MackAttackXRP · Mar 12
> SEC Wants 8 Years of Personal Financial Records from Ripple Executives
> financemagnates.com/cryptocurrency…

💬 47   🔁 231   ♡ 1.1K   ⬆

**John E Deaton** @JohnEDeaton1 · Mar 12

SEC Prosecutors don't have the law or facts on their side. they're taught to Pound the defendants.

Make life miserable for them and their families and their customers or partners.

THE @SEC_Enforcement IS SCARED. They are trying to bully.

← **Thread**

**John E Deaton**
@JohnEDeaton1

Replying to @JohnEDeaton1

there is only one way to deal with a bully.

 PUNCH  THAT MF IN HIS FACE

I'm up at 3 am for a reason bitch See you soon @SEC_News

3:10 AM · Mar 12, 2021 · Twitter for iPhone

**139** Retweets  **16** Quote Tweets  **1,433** Likes

💬   🔁   ♡   ⬆

**Mr. Nobody** 🇳🇱 @MrNobod79977306 · Mar 12
Replying to @JohnEDeaton1 and @SEC_News
Keep up the hard work.

💬   🔁   ♡ 2   ⬆

**McRo_XRP** @02Mcro · Mar 12
Replying to @JohnEDeaton1 and @SEC_News
Thanks Mr. Deaton

💬   🔁   ♡   ⬆

**Ali A.** @Crypto_AliX · Mar 12
Replying to @JohnEDeaton1 and @SEC_News

🔍 Search Twitter

### New to Twitter?
Sign up now to get your own per

Sign up

### Relevant people

**John E Deaton**
@JohnEDeaton1
Founder of Crypto-
ETH, XRP; Crypto e
entrepreneur

**SEC_News** ✓
@SEC_News
The SEC protects in
fair, orderly, and eff
facilitates capital fo
Disclaimer: ow.ly/5h

### What's happening

La Liga · 26 minutes ago
**Valencia vs Barcelona**
Trending with  Ter Stegen, Lengle

Crime drama · Trending
**#LineOfDuty**
Line of Duty fans tune in for
finale of the popular police

**Don't miss what's happening**
People on Twitter are the first to know.

Log in



Explore

Settings

:Kang-Common: Sinse @KangSinse · Mar 12
Replying to @JohnEDeaton1 and @SEC_News
👊

crypTony Soprano™ @TonySopranoTM · Mar 12
Replying to @JohnEDeaton1 and @SEC_News

4

CryptoAcoustic @maineguitarguy · Mar 12
Replying to @JohnEDeaton1 and @SEC_News
Savage!! Thanks for everything you've done so far and congratulations for making Forbes...prob for reasons you weren't expecting 😂

10

John Stevenson @StevoJW · Mar 12
Replying to @JohnEDeaton1 and @SEC_News
🥊💥

Search Twitter

COVID-19 · LIVE
**COVID-19: News and updat Virginia**

MLB · 10 minutes ago
**Cubs at Reds**
Trending with Reds, Castellanos

Show more

Terms of Service Privacy Policy Ads info More ··· © 2021 Twit

**Don't miss what's happening**
People on Twitter are the first to know.
Log in S

5/2/2021 John E Deaton on Twitter: "there is only one way to deal with a bully- 👊 PUNCH 👊 THAT MF IN HIS FACE I'm up at 3 am for a reason b…

Case 1:20-cv-10832-AT-SN Document 154-2 Filed 05/03/21 Page 4 of 4

