# Exhibit C

Explore

Settings

**John E Deaton** @JohnEDeaton1 · Mar 3
TO THE #XRPCOMMUNITY

I've been traveling 🧳 on the road for work and I decided to try and have some fun 🤩 in my downtime AND try and bring a smile 😃 to the #XRPCommunity, considering the overwhelming support you all have shown me.

## Thread

**John E Deaton**
@JohnEDeaton1

Replying to @JohnEDeaton1

Crypto World that deserves a smile and some joy - it's an #XRPHolder.

Some of the audio leaves a little to be desired, but I did the best I could with what I had and where I was. I hope you enjoy.

XRPHolders vs SEC | Jay Clayton
John Deaton provides a mock cross examination of former SEC Chairman, Jay Clayton, in the case of "XRP Holders vs ...
🔗 youtube.com

12:39 PM · Mar 3, 2021 · Twitter for iPhone

**47** Retweets **7** Quote Tweets **269** Likes

**steve**⚡ @steve46166200 · Mar 3
Replying to @JohnEDeaton1
Brilliant 😎👍
♡ 1

**NanniD** @NancyDiaferio · Mar 3
Replying to @JohnEDeaton1
Come visit Vermont I have a Airbnb 😉🥰☮️❤️☯️
💬 1

**NanniD** @NancyDiaferio · Mar 3
Take a little R&R😉

🚀🌔 **straight up** ❌®️🅿️🇩🇪🇬🇧🇳🇱 @StraightUpXRP · Mar 3
Replying to @JohnEDeaton1
Nice intro brother 😂 much love from the UK
💬 1 ♡ 4

**John E Deaton** @JohnEDeaton1 · Mar 3
😂 ty my friend

Search Twitter

**New to Twitter?**
Sign up now to get your own pers
Sign up

**Relevant people**

**John E Deaton**
@JohnEDeaton1
Founder of Crypto-
ETH, XRP; Crypto er
entrepreneur

**What's happening**

Television · Starts at 10:11 PM
**Pose airing on FX**
Trending with Jeremy Pope, #Pos

Video games · Trending
**GTA 6**
Gaming fans are getting exci
release of the highly anticipa
unannounced Grand Theft A
future after seeing develope
posting new job listings for g
4,130 Tweets

Trending in United States
**akatsuki**
11.1K Tweets

COVID-19 · LIVE
**COVID-19: News and upda
Virginia**

**British Vogue** · Earlier tod
**Billie Eilish Covers The Jun
Issue Of British Vogue**

Show more

Terms of Service Privacy Policy
Ads info More ··· © 2021 Twit

**Don't miss what's happening**
People on Twitter are the first to know.
Log in S

Explore

Settings

Search Twitter

Replying to @JohnEDeaton1
Your honour, we the jury, find Jay Clayton guilty of being the most useless chairman in SEC history.

1 2

**XRP D** @djs05088 · Mar 3
Replying to @JohnEDeaton1
I'm proud of you and thankful for you for doing the work you do Mr. Deaton. You have the xrp communities utmost respect!!💪🏽💪🏽💪🏽

1

**ThirtyCENT** @DeanofXrp · Mar 3
Replying to @JohnEDeaton1
Please make his deposition pay per view, I want to see a bulldog eat the lizard king for lunch. 😂

🚀🌕 𝖘𝖙𝖗𝖆𝖎𝖌𝖍𝖙 𝖚𝖕 ❌®️🅿️🇩🇪🇬🇧🇳🇱 @StraightUpXRP · Mar 3
Replying to @JohnEDeaton1
@G4MERX5 @KlausPe88447911

**Mr. Nobody** 🇳🇱 @MrNobod79977306 · Mar 3
Replying to @JohnEDeaton1
Nicely put together.
Had a big laugh out of this serious matter.

Well done.

3

**Don't miss what's happening**
People on Twitter are the first to know.
Log in S



