# Exhibit D



Explore

Settings

Search Twitter

**John E Deaton** @JohnEDeaton1 · Mar 9

charge and him saying that he was long #XRP is absolutely irrelevant to whether or not #XRP is a security or whether Brad believed it was a security.

The SEC put it in the complaint to make people dislike Brad and Ripple and not feel bad for them in anyway. People read or hear

2 3 41

**John E Deaton** @JohnEDeaton1 · Mar 9

that the CEO was secretly selling #XRP while telling the world he was long #XRP and people get pissed. And oh boy, does it provide a great sound bite for the people in the media that hate Ripple and #XRP like @laurashin.

How many times have you seen or heard the critics talk

1 3 38

**Don't miss what's happening**

People on Twitter are the first to know.   



Explore
Settings
Search Twitter

If people get mad then maybe people will believe that Brad and Ripple deserve the SEC going after them.

It's textbook DIVIDE and CONQUER strategy and perception manipulation.

If the Crypto community is
1 3 37

John E Deaton @JohnEDeaton1 · Mar 9
distracted by it's dislike or anger for the person or entity that the SEC is pursuing, then those same people won't be paying attention to what the SEC is actually doing.

Now the SEC is blaming the exchanges and telling lawyers like me to turn my attention away from the SEC and
1 2 33

John E Deaton @JohnEDeaton1 · Mar 9
to the exchanges. And guess what? People are asking "can we sue the exchanges for delisting or suspending #XRP?"

Further division is their goal. I've been saying from the day I read the SEC complaint against Ripple that there is only one of two logical explanations for the SEC
1 2 36

John E Deaton
@JohnEDeaton1
Replying to @JohnEDeaton1
filing this case the way it did. One, personal vendettas and/or elimination of competition. Two, the SEC is engaging in Regulation by Enforcement and, if successful against #XRP, it will be coming for ALL OF CRYPTO.

The SEC blaming the exchanges coupled with it's BS Risk Alert
8:28 AM · Mar 9, 2021 · Twitter for iPhone
3 Retweets 43 Likes

John E Deaton @JohnEDeaton1 · Mar 9
Replying to @JohnEDeaton1
tell you all you need to know about it's intent as an institution.

But back to @jespow's tweet.

You may disagree with him and you can certainly point out that @UpholdInc and @JpThieriot didn't suspend #XRP.

Thread

John E Deaton @JohnEDeaton1 · Mar 9
He is giving you his perspective as a founder and businessman. In business, you have to balance risk and make risk assessments. And, quite frankly, a lot

New to Twitter?
Sign up now to get your own pers
Sign up

Relevant people
John E Deaton
@JohnEDeaton1
Founder of Crypto-
ETH, XRP; Crypto er
entrepreneur

Don't miss what's happening
People on Twitter are the first to know.
Log in

**John E Deaton** @JohnEDeaton1 · Mar 9

Counsels will advise their CEO that the safest thing to do is to delist or halt the trading of #XRP.

Why is it the safest thing to do?

All you have to do is look at what the SEC just said in it's motion to dismiss against me. It literally blamed the exchanges for our losses.

 1  5 42 

**John E Deaton** @JohnEDeaton1 · Mar 9

Anyone actually believe that if the Court deems #XRP a security, the SEC won't go after all the exchanges for selling unregistered securities just as Jesse feared?

As far as I'm concerned, the SEC is a blood sucking innovation killing cesspool of corruption. Ask @elonmusk 👌

 2  5 66 

**John E Deaton** @JohnEDeaton1 · Mar 9

What's tragically ironic in Jesse's Tweet, is that he must assume that the enforcement action was done in good faith and since the SEC usually wins, he had to make a judgment call.

Can he grow his young company into what he envisions while at the same time fight the U.S.

> **John E Deaton** @JohnEDeaton1 · Mar 6
>
> This is a great example of why I started @CryptoLawUS. Why does the @SEC_Enforcement NOT provide regulatory clarity and guidance within the Digital Asset space?
>
> Why do the regulators leave it vague and open to interpretation?
>
> Without clear guidance it allows the government to twitter.com/jespow/status/…
>
> Show this thread

1 2 33

**John E Deaton** @JohnEDeaton1 · Mar 9

Government with its unlimited tax payer resources?

Trust me, I've witnessed what government agencies do when they come after a company or individual. They bully witnesses, interfere with business relationships by issuing subpoenas to costumers and make everyone's life miserable.

1 2 38

**John E Deaton** @JohnEDeaton1 · Mar 9

Look at the MoneyGram situation as an example.

If Ripple hadn't developed 80-90 percent of it's business relationships outside of the United States, I doubt that they could fight in the manner they can now.

We must not let the SEC or any government divide us as a community.

> **Brad Garlinghouse** @bgarlinghouse · Mar 8
>
> Today, we're announcing that Ripple and MGI have together decided to wind down our current partnership agreement, and are both committed to revisiting it in the future. See our full statement: 1/2 ripple.com/ripple-press/o…
>
> Show this thread

Search Twitter

Video games · Trending
**GTA 6**
Gaming fans are getting exci release of the highly anticipa unannounced Grand Theft A future after seeing develope posting new job listings for g
4,179 Tweets

Trending in United States
**akatsuki**
11.2K Tweets

COVID-19 · LIVE
**COVID-19: News and upda Virginia**

British Vogue · Earlier tod
**Billie Eilish Covers The Jun Issue Of British Vogue**

Show more

Terms of Service Privacy Policy Ads info More ··· © 2021 Twit

**Don't miss what's happening**
People on Twitter are the first to know.

Log in S

**John E Deaton** @JohnEDeaton1 · Mar 9

We need to stand in unity. We can still argue amongst ourselves. People can still claim that @JedMcCaleb and @chrislarsensf created #XRP to simply enrich themselves.

@VitalikButerin can still call #XRP a shit-coin, while @danheld @PeterMcCormack @APompliano call #ETH

1 1 37

**John E Deaton** @JohnEDeaton1 · Mar 9

a shit-coin.

As customers, if we sue an exchange it will be because it deserves to be sued for its own actions (market manipulation or other intentional or gross negligent conduct) but NOT because the SEC or other Gov't agency tell us to go after the exchanges.

1 1 40

**John E Deaton** @JohnEDeaton1 · Mar 9

The SEC already distracted and divided the Crypto community by implying the executives at @Ripple are bad actors even though they have absolutely zero proof of fraud or misrepresentation, and, thus, didn't charge it.

Let's not allow them to continue to divide the industry.

4 4 53

**John E Deaton** @JohnEDeaton1 · Mar 9

To the #Bitcoin ₿ Maxis, if all other coins are shit-coins, then the market and #Bitcoin ₿ superiority should prove it, not the government.

To all Altcoins, you need to realize that Ripple is fighting for your future as well as it's own.

7 9 77

**Don't miss what's happening**
People on Twitter are the first to know.
Log in



Don't miss what's happening
People on Twitter are the first to know.
Log in