# Exhibit E

5/2/2021 John E Deaton on Twitter: "#XRPHOLDERS vs. U.S. SECURITIES &amp; EXCHANGE COMMISSION NOTICE OF PENDING LEGAL A…

# Twitter

## Explore

## Settings

← Thread

🔍 Search Twitter


**John E Deaton** @JohnEDeaton1 · Feb 28

#XRPHOLDERS vs. U.S. SECURITIES & EXCHANGE COMMISSION

NOTICE OF PENDING LEGAL ACTION

#XRPCOMMUNITY PLEASE FORWARD TO ANY #XRPHOLDER WHO OWNS #XRP AND WISHES TO JOIN IN THE CLASS ACTION LAWSUIT TO BE FILED AGAINST THE SEC

Please be advised that, after I file the lawsuit

💬 269   🔁 855   ♡ 2.2K   ⬆️


**John E Deaton** @JohnEDeaton1 · Feb 28

I must demonstrate to the Court that I am able to notify the potential members of the class in order to have the case be certified as a class action lawsuit. Pursuant to the Federal Rules:

"The notice may be by one or more of the following: United States mail, electronic means,

💬 7   🔁 17   ♡ 270   ⬆️


**John E Deaton** @JohnEDeaton1 · Feb 28

or other appropriate means."

One viable means today is the use of social media. Obviously, Twitter is not going to serve as the only means of communicating to potential members of the class action. But it definitely serves as a good starting point. There are other means

💬 2   🔁 7   ♡ 193   ⬆️


**John E Deaton** @JohnEDeaton1 · Feb 28

available as well that I intend to use to notify all persons who qualify and want to be included in the lawsuit.

Most of the time a lawyer will file the class action and then attempt to identify the members of the class afterwards.

💬 1   🔁 6   ♡ 156   ⬆️


**John E Deaton** @JohnEDeaton1 · Feb 28

I want to have as many of the members identified as early as possible. Plus, there is strength in numbers and I want to demonstrate a strong united class of #XRPHolders at the very outset of the case.

The #XRPHolders that owned #XRP on December 22, 2020 are likely to be

💬 10   🔁 14   ♡ 218   ⬆️


**John E Deaton** @JohnEDeaton1 · Feb 28

considered the most relevant claimants in the lawsuit against the SEC.

At this point of the process we simply want to be able to demonstrate the ability to ascertain the potential members of the class. We are not at the point of determining, with certainty, who qualifies as an

💬 2   🔁 7   ♡ 163   ⬆️

Show this thread

## More Tweets


**Jeremy Hogan** @attorneyjeremy · Apr 30

AS PROMISED, I made it home for the day and here are my thoughts on the

### New to Twitter?

Sign up now to get your own pers

**Sign up**

### Relevant people

**John E Deaton**
@JohnEDeaton1
Founder of Crypto-ETH, XRP; Crypto en entrepreneur

### What's happening

La Liga · 32 minutes ago
**Valencia vs Barcelona**
Trending with Ter Stegen, Lengle

Politics · Trending
**Pledge of Allegiance**
3,765 Tweets

Trending in United States
**#WhenLifeGaveMeLemons**

MLB · 15 minutes ago
**Cubs at Reds**
Trending with Reds, Castellanos

COVID-19 · LIVE
**COVID-19: News and upda Virginia**

Show more

Terms of Service  Privacy Policy

---

**Don't miss what's happening**
People on Twitter are the first to know.    Log in



Explore

Settings

Search Twitter

215 606 3.8K

**Blockchain Backer** @BCBacker · 22h

I'm over here stuffing my face with pizza and watching my 9th episode of Workaholics today, and XRP is all like "Hey, that bed must be nice 😆 come look at me".

$1.65, testing 0.702 Fib 🧐

149 195 2.6K

**Ripple** @Ripple · 4h

Liquidity is key to exchanging any asset quickly, easily, and cheaply. Learn how Ripple's On-Demand Liquidity can help deliver instant cross-border #payments without pre-funding.

On-Demand Liquidity (ODL) Instant Global Settlement | Ripple
Deliver instant cross-border payments with On-Demand Liquidity on RippleNet. Financial institutions can use XRP to source liquidity withou...
ripple.com

77 502 1.9K

**The Bearable Bull** @thebearablebull · 22h

$2 is coming very soon

118 213 1.9K

**Don't miss what's happening**

People on Twitter are the first to know.

Log in

Case 1:20-cv-10832-AT-SN Document 154-5 Filed 05/03/21 Page 4 of 6



# Explore

# Settings

Don't miss what's happening

People on Twitter are the first to know.

Log in 

5/2/2021 John E Deaton on Twitter: "#XRPHOLDERS vs. U.S. SECURITIES &amp; EXCHANGE COMMISSION NOTICE OF PENDING LEGAL A…

Case 1:20-cv-10832-AT-SN Document 154-5 Filed 05/03/21 Page 5 of 6



# Explore

## Settings

Don't miss what's happening
People on Twitter are the first to know.

Log in 

