# Exhibit F

Explore

Settings

**John E Deaton** @JohnEDeaton1 · Mar 2

NOTICE TO #XRPHOLDERS
&.
#XRPCOMMUNITY

REGARDING NAMES FOR CLASS ACTION LAWSUIT AGAINST SEC

I can honestly say that I am more popular at the moment in the #XRPcommunity than I am at my own Law Firm.

As of this morning, I have received over TWO THOUSAND

53 170 1K

**John E Deaton**

## Thread

emails and DMs from #XRPHolders who are wanting to join in the fight against the SEC.

The 2 Thousand number may very well double during the next few days.

I'm also aware that some of you are disappointed that I have not acknowledged or confirmed that I've received your emails.

6:23 PM · Mar 2, 2021 · Twitter for iPhone

**12** Retweets **142** Likes

**John E Deaton** @JohnEDeaton1 · Mar 2

Replying to @JohnEDeaton1

I will. My staff has informed me that there is a more efficient method.

We have created a google form to ensure all participating #XRP holders will be included on the list and I will not mistakenly leave anyone off.

If you have already contacted my firm via email, you will be

4 7 142

**John E Deaton** @JohnEDeaton1 · Mar 2

receiving an email from us with
the link. Once you have completed the form, you will receive an automatic response that we have received your information. The link is below. It will be pinned to my account as well.

BTW, the SEC is in for a fight.

Contact Information for Class Action Lawsuit
Please fill in * ALL * questions to be able to submit.
docs.google.com

43 73 275

**New to Twitter?**

Sign up now to get your own pers

Sign up

**Relevant people**

**John E Deaton** @JohnEDeaton1
Founder of Crypto-
ETH, XRP; Crypto er
entrepreneur

**What's happening**

Premier League · 3 hours ago
**Tottenham Hotspur vs She United**
Trending with Bale, #COYS

Trending in United States
**LOVEJOY**
3,785 Tweets

Trending in United States
**Yazoo City**

COVID-19 · LIVE
**COVID-19: News and upda Virginia**

**British Vogue** · Earlier tod
**Billie Eilish Covers The Jun Issue Of British Vogue**

Show more

Terms of Service Privacy Policy

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

Explore

Settings

Bryantoff@comcast.net

1

**CryptoNistik.zil** @cryptonistik · Mar 3

Replying to @JohnEDeaton1 and @xrp334

If you're looking for the next game to play, Gods Unchained is giving away $20 to each person who completes some simple in-game missions. If you enter this code when signing up: mmlWdQDReF I get $5 too!

1

**Ruben Lopez Jr.** @RubenLo55414910 · Mar 3

Replying to @JohnEDeaton1

No worries we can imagine that it will be quite overwhelming!
Thanks again it is commendable what you are doing! 🙏

1

Show more replies

Search Twitter

**Don't miss what's happening**
People on Twitter are the first to know.
Log in



