# Exhibit G

L465secC

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

SECURITIES and EXCHANGE
COMMISSION,

                Plaintiff,

        v.                                  20 Civ. 10832 (AT)(SN)
                                            Remote Proceeding

RIPPLE LABS, INC., et al.,

                Defendants.

------------------------------x
                                            New York, N.Y.
                                            April 6, 2021
                                            2:00 p.m.

Before:

                    HON. SARAH NETBURN,

                                      U.S. Magistrate Judge

                         APPEARANCES


SECURITIES and EXCHANGE COMMISSION
     Attorneys for Plaintiff SEC
BY:  JORGE G. TENREIRO
     DUGAN BLISS
     DAPHNA A. WAXMAN
     JON A. DANIELS
     LADAN STEWART

CLEARY GOTTLIEB STEEN & HAMILTON, LLP
     Attorneys for Defendant Bradley Garlinghouse
BY:  MATTHEW SOLOMON

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
     Attorneys for Defendant Christian A. Larsen
BY:  MARTIN FLUMENBAUM
     MICHAEL GERTZMAN
     MEREDITH DEARBORN
```

1            (The Court and all parties appearing telephonically)
2            THE COURT:  Good afternoon, everybody.  This is Judge
3   Netburn.  Let's begin by calling the case and then I want to
4   address a few housekeeping matters before we address the motion
5   that's before me today.
6            This case is SEC v. Ripple Labs Incorporated, the
7   docket no. is 20 Civil 13832.  Let me first confirm that our
8   court reporter is on the line.
9            OFFICIAL REPORTER:  Good afternoon, your Honor.
10  Pamela Utter with Southern District Reporters.
11           THE COURT:  Wonderful.  Thank you.
12           On behalf of the SEC?
13           MR. BLISS:  Good afternoon, your Honor.  This is Dugan
14  Bliss.  Joining me are my colleagues, Jorge Tenreiro, Daphna
15  Waxman, Jon Daniels, and Ladan Stewart.
16           THE COURT:  Thank you.  And will you be speaking
17  primarily on behalf of the SEC?
18           MR. BLISS:  I will, your Honor.
19           THE COURT:  Thank you.
20           And on behalf of defendant Ripple Labs?
21           MR. KELLOGG:  Good afternoon, your Honor.  This is
22  Michael Kellogg.  With me on the phone are several colleagues,
23  but I will be the one speaking on behalf of Ripple Labs.
24           THE COURT:  Thank you.
25           On behalf of defendant Bradley Garlinghouse?

1    MR. SOLOMON:  Good afternoon, your Honor.  Matt
2 Solomon from Cleary Gottlieb and, like Mr. Kellogg, there is
3 other Cleary lawyers on the phone but I will be speaking on
4 behalf of Mr. Garlinghouse today.  Thank you.
5    THE COURT:  Thank you.
6    On behalf of defendant Christian Larsen?
7    MR. FLUMENBAUM:  Good afternoon, your Honor.  This is
8 Martin Flumenbaum from Paul Weiss.  With me are my colleagues,
9 Mike Gertzman and Meredith Dearborn, and Mr. Gertzman will be
10 the principal spokesperson for this hearing for Mr. Larsen.
11    MR. GERTZMAN:  Good afternoon, your Honor.  This is
12 Michael Gertzman.
13    THE COURT:  Thank you.  All right.  Good afternoon.
14    I hope everybody on the call is healthy and safe, as
15 well as our audience listening in.  Let me first address the
16 audience.  I understand that we have 500 people listening in.
17 I understand that we have maxed out our capacity to have people
18 listening to the conference.  We apologize for that.  We will
19 see if we can make arrangements to increase the limit from 500
20 but that is the full capacity for today's conference.  Related
21 to that, earlier this morning I was conducting other business
22 and approximately 175 individuals called in this morning --
23 into my conference line that I ordinarily use for court
24 conferences -- thinking that our 2:00 p.m. conference was
25 scheduled for this morning.  And that lasted for several hours

1   constantly interrupting my other cases.  I then issued an
2   emergency order which I think stemmed that flow of people
3   calling in during my other court conferences.  We will make
4   every effort to keep these conferences open to the public.  We
5   have every intention of accommodating as many people as we can
6   and doing everything that we can to facilitate an open hearing
7   as though we were in the court house but I do need everybody
8   who wants to participate to pay attention to when conferences
9   are held.  This is not my only case and having 175 people
10  calling in, interrupting my court conferences, was incredibly
11  disruptive this morning, and so I will request and urge that
12  anyone who wants to listen in is welcome to listen in but
13  please make sure that you are calling in at the right time.  I
14  know a number of you were calling in from abroad and so maybe
15  there was some confusion as to how to calculate the time.
16  Please, use the Internet or some way to make sure you are
17  calling at the right time that the conference is scheduled for
18  so that that problem that happened this morning, which as I
19  said, was incredibly disruptive to my morning conferences, does
20  not repeat itself.
21          The second housekeeping matter I want to raise is with
22  respect to recording or rebroadcasting of today's proceeding.
23  That is strictly prohibited.  Let me say that again.  It is
24  prohibited for anyone to record or rebroadcast today's
25  proceeding.  That has been the law in the Southern District of

L465secC

1   New York for as long as the court has been around and it is the
2   oldest court house in the country.  We have a court reporter
3   here, she is excellent, and she is transcribing every single
4   utterance and that record will be made available to the public
5   through the court's filing system but it is impermissible to
6   record the conference and post it on YouTube or any other
7   platform for the public to see.  That is a violation of our
8   court rules and it is a violation of my order directing
9   everybody not to record or rebroadcast today's proceeding.
10          So, I want to make those points as clear as possible
11  so that we don't find out, as we did after our last conference
12  that the conference was recorded and then it was broadcast onto
13  YouTube.
14          Okay.  With those housekeeping matters completed let's
15  turn to the reason that we are all here today which is the
16  application filed by the defendants and a letter filed on March
17  15 regarding discovery requests that were served on the SEC.  I
18  have received the defendant's letter, again filed March 15th,
19  the SEC's response filed on March 22nd, and the defendant's
20  reply which was filed on March 24th and I have reviewed all of
21  those in preparation for today's proceeding.
22          Why don't I turn first to the SEC, even though this is
23  defendant's motion, but since the defendants filed a reply
24  brief I would like to turn first to the SEC so I guess I will
25  address my questions to Mr. Bliss.