# Exhibit H



🐦

# Explore

⚙ Settings

🔍 Search Twitter



John E Deaton @JohnEDeaton1 · Apr 22    ···

Ask yourself this question:

Why would the @SEC_Enforcement object or get involved in this subpoena?

Clayton and his new employer are part of the private sector. @Ripple served a subpoena on them. I'm pretty sure that One River has lawyers that can move to quash the subpoena.

> WrathofKahneman @WKahneman · Apr 21
>
> Note this motion confirms #Ripple subpoenaed Clayton's subsequent employer to establish a financial motivation for the suit because they invest exclusively in BTC & ETH.  The SEC is protesting, but it has been introduced in court as a part of discovery.  twitter.com/CryptoLawUS/st...
>
> Show this thread

rty subpoena for documents relating to Former
EC.  See Ex. 5.  At the April 14 meet and confer,
d exclusively in Bitcoin and ether, this request
cision-makers" involved in the decision to bring
he full Commission and it is difficult to fathom
es is in any way appropriate under the Federal
as already ruled that there is no need to produce
de hundreds of millions of dollars from an illegal

💬 61          ⟲ 232          ♡ 852          

John E Deaton @JohnEDeaton1 · Apr 22    ···

Why would the SEC be involved in objecting to a third party subpoena?

← **Thread**

#ETH and #XRP must be turned over.  This subpoena is related to that.

💬 3          ⟲ 32          ♡ 175          ⬆

**John E Deaton**
@JohnEDeaton1                                    ···

Replying to @JohnEDeaton1

It's about the same issue that the judge said is relevant - it's only asking a third party to provide what's in their possession. Maybe Clayton sent emails from a private email account. It is absolutely appropriate to ask for this and it's consistent with the judge's ruling.

9:59 AM · Apr 22, 2021 · Twitter for iPhone

**38** Retweets  **319** Likes

💬          ⟲          ♡          ⬆

John E Deaton @JohnEDeaton1 · Apr 22    ···
Replying to @JohnEDeaton1
So why in the world would the SEC defend against a subpoena issued on a

**New to Twitter?**
Sign up now to get your own per

[ Sign up ]

**Relevant people**


**John E Deaton**
@JohnEDeaton1
Founder of Crypto-
ETH, XRP; Crypto er
entrepreneur

**What's happening**

La Liga · 42 minutes ago
**Valencia vs Barcelona**
Trending with Ter Stegen, Lengle

**Don't miss what's happening**
People on Twitter are the first to know.

[ Log in ]    S



WTH is the SEC afraid will be discovered?

It's shameful and on its face appears conspiratorial.

#seekthetruth

44            189            746

**Gordon Zhou** @ph8gordon · Apr 22
Replying to @JohnEDeaton1
The storm is coming for Clayton !

**Michael Di Filippo** @Crypt_Crusader · Apr 22
Replying to @JohnEDeaton1
I think Jay Clayton is actually a double agent working for Ripple.

**Call Home** @CallHome16 · Apr 22
Replying to @JohnEDeaton1
regarding discovery, is it the honor system? They give Ripple what they want and Ripple has to trust that they gave everything?

Show more replies