# Exhibit I

Explore

Settings

Tweet

**John E Deaton**
@JohnEDeaton1

One of the things I wish for:

To be in a deposition and ask Hinman: Why would you gratuitously give a speech providing regulatory clarity for #ETH?

Does he see any conflict with the fact that he was paid $15 million from his law firm that was a member of the Ethereum Alliance?

> **CryptoLaw** @CryptoLawUS · Apr 29
> JUST ADDED to CryptoLaw:
> ✅New blog post by @JohnEDeaton1 examining the documented facts on how Jay Clayton, William Hinman and Marc Berger have clear personal financial interests linked to their official acts while at the SEC.
> Read it here 👇
> crypto-law.us/was-there-corr...

5:35 PM · May 1, 2021 · Twitter for iPhone

**147** Retweets **6** Quote Tweets **584** Likes

**The Hunter** @naushad_hunter · May 1
Replying to @JohnEDeaton1

4

**AirForceDave** @AirForceDave7 · May 1
Replying to @JohnEDeaton1
You just want to hear him lie more? Because that stuff is foregone John.

** And in my opinion, bringing down a US product/company whilst promoting a non-US product is, borderline, treason.

18

**SilverBack** @Black_Sheep1979 · May 1
Replying to @JohnEDeaton1
Needs to throw this at them within court

Search Twitter

**New to Twitter?**
Sign up now to get your own pers

Sign up

**Relevant people**

**John E Deaton**
@JohnEDeaton1
Founder of Crypto-
ETH, XRP; Crypto er
entrepreneur

**CryptoLaw**
@CryptoLawUS
U.S. Legal and Regu
Digital Asset Holde
Hosted by John E. D

**What's happening**

NBA · 40 minutes ago
**Nets at Bucks**
Trending with Durant, Nets

**British Vogue** · 5 hours ag
**Billie Eilish Covers The June Issue Of British Vogue**

Trending in United States
**#ThingsHeardOnFauxNews**

Trending in United States
**billie**
American singer-songwriter
the June 2021 issue of Britis
Trending with Vogue

COVID-19 · LIVE
**COVID-19: News and upda Virginia**

Show more

Terms of Service Privacy Policy
Ads info More ··· © 2021 Twit

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

Explore

Settings

Salamander @Salamanderchat · May 1
Replying to @JohnEDeaton1
John is there a chance that the blatantly corrupt Hinman and Clayton can be sued?

1 1 5

**John E Deaton** @JohnEDeaton1 · May 1
They can be but because of qualified & sovereign immunity issues (similar to what police officers have when acting within the scope of duty), the case usually gets dismissed against them. If you can prove criminal conduct & intent then you can get over the immunity. It's not easy

4 2 19

Show replies

**Polo Gomez** @PoloGomez19 · May 1
Replying to @JohnEDeaton1
Hinman the corrupted definitely needs to answer that question John.

2

**I am No Body!!** @BridgeFunding1 · May 1
Replying to @JohnEDeaton1
#LockThemUp

2

**Nutjob Investor**⚡🇬🇧 @bambamxrp · May 1
Replying to @JohnEDeaton1
If EVER anybody

1

**ThirtyCENT** @DeanofXrp · May 1
Replying to @JohnEDeaton1
Make it pay per view and I'll watch! 🤓

1

Search Twitter

**Don't miss what's happening**
People on Twitter are the first to know.
Log in