# Exhibit K

Explore

Settings

## Thread

Search Twitter

**John E Deaton** @JohnEDeaton1 · Mar 15
WHY DO WE FIGHT?

I'm sure dozens of critics and "legal experts" will comment on our motion to intervene in @SEC_Enforcement v. @Ripple and try to tear it down.

The Writ of Mandamus was always a long shot and could even be legally described as a Hail Mary. That's not news.

81 162 1K

**John E Deaton** @JohnEDeaton1 · Mar 15
Does that mean we don't fight and try to win? Do we say to ourselves "the game's over, I give up?" Or, do we say "I won't quit until this game is over and throw the Hail Mary"?

Life and people will beat you down if you allow it. Trust me, I've been knocked down hard by life.

4 14 259

**John E Deaton** @JohnEDeaton1 · Mar 15
But there's only one option: get up and fight back. I've always said that if you put me in a ring with @MikeTyson three things will definitely happen: 1) I will step forward; 2) I will get knocked the f** out; and 3) IF I wake up, on wobbly legs, I will try to step forward again.

3 9 239

**John E Deaton** @JohnEDeaton1 · Mar 15
@SEC_News completely violated its mission to individual investors. The critics can say all they want about @chrislarsensf and @bgarlinghouse. I don't care.

I live in the U.S. and after 7 years of active duty, I was medically retired from the USMC due to a severe back injury.

5 16 231

**John E Deaton**
@JohnEDeaton1

Replying to @JohnEDeaton1

The SEC is my government, and it represents me and what it has done and the way it's leaders have acted are morally, ethically and, IMO, legally negligent.

I believe it's actions should not go unchallenged and whether the executives at Ripple did or didn't do anything wrong

10:19 AM · Mar 15, 2021 · Twitter for iPhone

**21** Retweets **1** Quote Tweet **288** Likes

**John E Deaton** @JohnEDeaton1 · Mar 15
Replying to @JohnEDeaton1
changes nothing related to the SEC's conduct.

So when I filed the Writ, I was very aware that our chances of having a judge

**New to Twitter?**
Sign up now to get your own pers

Sign up

**Relevant people**

**John E Deaton**
@JohnEDeaton1
Founder of Crypto-
ETH, XRP; Crypto er
entrepreneur

**What's happening**

La Liga · 48 minutes ago
**Valencia vs Barcelona**
Trending with Lenglet

Pop · Trending
**michael clifford**
2,271 Tweets

**Don't miss what's happening**
People on Twitter are the first to know.

Log in S



Twitter

# Explore

Settings

   2     9     194

 **John E Deaton** @JohnEDeaton1 · Mar 15

I'm aware of a little thing called separation of powers between the judiciary and the executive branches. I'm also aware that how to charge a company in an enforcement action is a discretionary act.

As I wrote in our motion to intervene, when I filed the Writ I was hoping the

   1     9     186

 **John E Deaton** @JohnEDeaton1 · Mar 15

SEC would see the damage it had done and come out and provide the market with clarity.

@HesterPeirce can go on a YouTube channel and say that the SEC is only claiming that the way Ripple sells #XRP is the issue.

THEN AMEND THE COMPLAINT so it's not so vague and over broad or

   4     22     232

 **John E Deaton** @JohnEDeaton1 · Mar 15

PROVIDE CLARITY so that the exchanges are not worried about being sued by the SEC instead of publishing Risk Alerts that make it even more concerning for the market participants.

I filed the Writ hoping the SEC would have the moral courage and leadership to acknowledge

   1     14     221

**John E Deaton** @JohnEDeaton1 · Mar 15

its misdoing.

The "legal experts" can continue to say that the Writ was easily dismantled by the SEC and that we will lose in the SDNY as well.

The Writ accomplished exactly what it was designed for. Not legally designed for, but strategically utilized for.

   2     8     203

**John E Deaton** @JohnEDeaton1 · Mar 15

It demonstrated the hypocrisy of the government's claims. It also demonstrated that the SEC is engaging in Regulation by Enforcement and is itself confused as to how
Digital Assets fit into our current regulatory framework.

The "legal experts"

   2     12     214

5/2/2021 John E Deaton on Twitter: "@SECGov is my government, it represents me and what it has done and the way it's leaders have acted are…

Case 1:20-cv-10832-AT-SN Document 154-11 Filed 05/03/21 Page 4 of 5



# Explore

# Settings

**Don't miss what's happening**
People on Twitter are the first to know.

Log in



Explore

Settings

Don't miss what's happening
People on Twitter are the first to know.

Log in