UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
SECURITIES AND EXCHANGE COMMISSION,

                       Plaintiff,

-against-

RIPPLE LABS, INC., BRADLEY
GARLINGHOUSE, and CHRISTIAN A.
LARSEN,

                       Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2021
```

20 Civ. 10832 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' letters dated April 30 and May 3 and 4, 2021. ECF Nos. 148, 150, 155. Accordingly, the Securities and Exchange Commission's (the "SEC") motion is GRANTED. The SEC shall be permitted to respond to the individual defendants' motions to dismiss in a single opposition brief, not to exceed 60 pages.

      The Clerk of Court is directed to terminate the motion at ECF No. 148.

      SO ORDERED.

Dated: May 4, 2021
       New York, New York

                                                    ANALISA TORRES
                                        United States District Judge