UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br>v.<br><br>RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>                Defendants. | 20-CV-10832 (AT)(SN)<br><br>MOTION FOR ADMISSION<br>*PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I hereby move this Court for an Order for admission to appear *Pro Hac Vice* in this matter as counsel for the United States Securities and Exchange Commission in the above-captioned action.

Pursuant to Local Rule 1.3, and as described in the attached declaration, I am in good standing of the bar of the State of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

Dated: May 4, 2021.    Respectfully Submitted,

<u>s/Robert M. Moye</u>

Robert M. Moye
United States Securities and Exchange Commission
Chicago Regional Office
175 W. Jackson Blvd. Suite 1450
Chicago, IL 60604
Phone: (312) 353-1051
Email: MoyeR@sec.gov