**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) |
|  | ) |
| **Plaintiff,** | ) |
| **v.** | ) |
|  | ) |
| **RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,** | ) ) ) |
|  | ) |
|  | ) |
| **Defendants.** | ) |

**20-CV-10832 (AT)(SN)**

**DECLARATION OF ROBERT M. MOYE IN SUPPORT OF MOTION FOR ADMISSION _PRO HAC VICE_**

_____

     1.     I am a government attorney with the United States Securities and Exchange Commission.

     2.     I submit this declaration in support of my motion for admission to practice _pro hac vice_ in the above-captioned matter.

     3.     As shown in the Certificate of Admission to the Bar of Illinois annexed hereto, I am a member in good standing of the Bar of the State of Illinois.

     4.     I have never been convicted of a felony.

     5.     I have never been censured, suspended, disbarred or denied admission or readmission by any court.

     6.     There are no disciplinary proceedings pending against me in any State or Federal court.

     7.     Wherefore I respectfully request that I be permitted to appear as counsel for Plaintiff, United States Securities and Exchange Commission in this case.

     I, Robert M. Moye, declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on May 4, 2021.                    ***s/Robert M. Moye***
                                            Robert M. Moye