**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) ) |
| **Plaintiff,** | ) **20-CV-10832 (AT)(SN)** |
| **v.** | ) |
|  | ) **ORDER FOR ADMISSION** |
| **RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,** | ) *PRO HAC VICE* ) ) |
|  | ) |
| **Defendants.** | ) ) |

The motion of Robert M. Moye for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Illinois; and that his contact information is as follows:

Robert M. Moye
United States Securities and Exchange Commission
Chicago Regional Office
175 W. Jackson Blvd. Suite 1450
Chicago, IL 60604
Phone: (312) 353-1051/ Fax: (312) 353-7398

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for the United States Securities and Exchange Commission in the above entitled action:

IT **IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:

United States District/Magistrate Judge