UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br>    v.<br><br>RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>        Defendants. | 20-CV-10832 (AT)(SN)<br><br>MOTION FOR ADMISSION<br>*PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Benjamin J. Hanauer, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the United States Securities and Exchange Commission in the above-captioned action.

I am in good standing of the bar of the State of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached a declaration attesting to these facts pursuant to Local Rule 1.3.

Dated: May 5, 2021

Respectfully Submitted,

s/Benjamin J. Hanauer

Benjamin J. Hanauer
IL Bar No. 6280156
United States Securities and Exchange Commission
Chicago Regional Office
175 W. Jackson Blvd. Suite 1450
Chicago, IL 60604
Phone: (312) 353-8642; Fax: (312) 353-7398;
Email: HanauerB@sec.gov