UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) | 20-CV-10832 (AT)(SN) |
| v. | ) ) | |
| RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN, | ) ) ) ) ) ) | DECLARATION OF BENJAMIN J. HANAUER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* |
| Defendants. | ) | |

I, Benjamin J. Hanauer, declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, as follows:

1. I am a government attorney with the United States Securities and Exchange Commission.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Admission to the Bar of Illinois attached hereto, I am a member in good standing of the Bar of the State of Illinois.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me in any State or Federal court.

7. Wherefore your declarant respectfully submits that he be permitted to appear as counsel for Plaintiff, United States Securities and Exchange Commission, in this case.

1

I, Benjamin Hanauer, declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

Respectfully submitted,

Dated: May 5, 2021

<u>s/Benjamin J. Hanauer</u>

Benjamin J. Hanauer
United States Securities and Exchange Commission
Chicago Regional Office
175 W. Jackson Blvd. Suite 1450
Chicago, IL 60604
Phone: (312) 353-8642; Fax: (312) 353-7398;
Email: HanauerB@sec.gov

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Benjamin J. Hanauer

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/06/2003 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 22nd day of April, 2021.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois