**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

| | | |
|---|---|---|
| 1285 AVENUE OF THE AMERICAS<br>TELEPHONE (212) 373-3000 | NEW YORK, NEW YORK 10019-6064 | UNIT 5201, FORTUNE FINANCIAL CENTER<br>5 DONGSANHUAN ZHONGLU<br>CHAOYANG DISTRICT, BEIJING 100020, CHINA<br>TELEPHONE (86-10) 5828-6300<br><br>SUITES 3601 – 3606 & 3610<br>36/F, GLOUCESTER TOWER<br>...NTRAL<br>...6-0300<br><br>...NITED KINGDOM<br>...367 1600<br><br>...DING<br>...-CHOME<br>...00-0011, JAPAN<br>TELEPHONE (81-3) 3597-8101<br><br>TORONTO-DOMINION CENTRE<br>77 KING STREET WEST, SUITE 3100<br>P.O. BOX 226<br>TORONTO, ONTARIO M5K 1J3<br>TELEPHONE (416) 504-0520<br><br>2001 K STREET, NW<br>WASHINGTON, DC 20006-1047<br>TELEPHONE (202) 223-7300<br><br>500 DELAWARE AVENUE, SUITE 200<br>POST OFFICE BOX 32<br>WILMINGTON, DE 19899-0032<br>TELEPHONE (302) 655-4410 |

WRITER'S DIRECT DIAL NUMBER

(212) 373-3191

WRITER'S DIRECT FACSIMILE

(212) 492-0191

WRITER'S DIRECT E-MAIL ADDRESS

mflumenbaum@paulweiss.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 5, 2021

May 4, 2021

**By ECF**

Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *SEC v. Ripple Labs, Inc. et al.*, No. 20-cv-10832 (AT) (SN) (S.D.N.Y.)

Dear Judge Netburn:

We write on behalf of Defendants Ripple Labs Inc., Bradley Garlinghouse, and Christian A. Larsen (collectively "Defendants") to respectfully request that the Court enter an order removing from the case file two exhibits, ECF Nos. 141-1 and ECF 141-2, that Defendants previously filed under seal in connection with their letter dated April 28, 2021 (ECF No. 141). After we filed these two exhibits, the SEC asserted that they were privileged and had been inadvertently produced, asking that Defendants destroy all copies of the exhibits pursuant to the Paragraph 30 of the Protective Order in this case (ECF No. 53). We accordingly make this request to avoid any noncompliance with our obligations under the Protective Order.

To be clear, Defendants do not agree with the SEC's assertion of privilege, which is baseless, and by making this request we are not conceding the validity of that assertion. Moreover, we note that Defendants requested last week that the SEC produce redacted versions of these documents as replacements to be filed with the Court, but the SEC has thus far failed to do so, without explanation.

---

Respectfully, the Clerk of Court is directed to delete the exhibits at ECF Nos. 141-1 and 141-2.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: May 5, 2021
       New York, New York