# Exhibit J
# To Be Filed Under Seal