UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                              Plaintiff,                        20-CV-10832 (AT) (SN)

         -against-                                      **ORDER**

**RIPPLE LABS, INC., et al.,**

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

     A telephonic conference is scheduled for May 21, 2021, at 2:00 p.m. to discuss the SEC's pending motion to compel at ECF No. 165. Credentialed members of the press should contact the SDNY media office in advance of the conference to obtain access. Members of the public may listen to the proceedings at the following numbers:

                        USA: (844) 291-4185
                   International: (409) 207-6997
                   Access Code: 4934010 #

Unauthorized recording and rebroadcasting of the conference (e.g., YouTube, Twitch, audio-only streams, etc.) is strictly prohibited. Any unauthorized recordings will be investigated, and anyone found to engage in such behaviors may be subject to criminal sanctions.

**SO ORDERED.**

                                                              SARAH NETBURN
                                                              United States Magistrate Judge

Dated:     New York, New York
             May 11, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/11/2021