AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York  ▼

SECURITIES AND EXCHANGE COMMISSION )
*Plaintiff* )
v. ) Case No.   20 Civ. 10832 (AT) (SN)
RIPPLE LABS, INC., et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Securities and Exchange Commission                                                              .

Date:     05/14/2021                                              /s/ Mark R. Sylvester
                                                                *Attorney's signature*

                                                          Mark R. Sylvester, MS5752
                                                          *Printed name and bar number*
                                                       Securities and Exchange Commission
                                                          New York Regional Office
                                                          200 Vesey St., Ste. 400
                                                          New York, NY 10281

                                                                *Address*

                                                          sylvesterm@sec.gov
                                                                *E-mail address*

                                                          (212) 336-0159
                                                                *Telephone number*

                                                          (301) 623-1193
                                                                *FAX number*