USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                 Plaintiff,

-against-

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,

                 Defendants.

20 Civ. 10832 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' letters dated April 22 and May 13, 2021. ECF Nos. 133, 170. Accordingly, concurrently with its reply to the motion to strike, the SEC may file a combined letter motion (1) opposing Ripple Labs' motion to seal Exhibits B and C of the Waxman Declaration, to the extent arguments not articulated in its opposition to Defendant Larsen's motion, ECF No. 104, apply, and (2) moving to seal the non-public SEC correspondence contained in Ripple Labs' opposition to the motion to strike, to the extent it wishes after meeting and conferring with Ripple Labs. By **June 10, 2021**, Ripple Labs may respond to the SEC's motion to seal, if it so wishes.

      SO ORDERED.

Dated: May 14, 2021
       New York, New York

                                              ANALISA TORRES
                                       United States District Judge