# Exhibit G
# Filed Under Seal

| | |
|---|---|
| From: | Brad Garlinghouse <brad@ripple.com> |
| To: | Brad Garlinghouse |
| BCC: | patrick@ripple.com |
| Sent: | 6/4/2017 4:41:09 PM |
| Subject: | Ripple's May Investor and Advisor Update |

Hi everyone,

I'll wanted to share a couple of notable events that took place in May that symbolize how we're doing. First, we moved into our new HQ in San Francisco, marking a milestone in our maturation as a company. Our new home represents the fruits of our continued labor in shipping market-leading products and driving real customer adoption. I hope you have a chance to visit us soon (in the meantime, see the pictures below)!

Secondly, just last week, more than 20 Ripplers (including) me had a very successful showing at Consensus, the biggest blockchain conference of the year. One of our company objectives is to build liquidity for the digital asset XRP so banks and payment providers can use it to significantly lower the costs of their cross-border payments. Our primary goal at Consensus was to advance deals with digital asset exchanges and payment providers that'll build XRP liquidity and payment volume. Mission accomplished - both leading into the event and coming out of the event we continue to have great momentum in adding exchanges and payment service providers as Ripple partners.

I came away from the show not only feeling good about our deal progress but also our market position. Our leadership and maturity in shipping enterprise-ready products, signing commercial contracts with customers and grounding XRP in a real use case made us stand out head-and-shoulders above anyone else in the world of blockchain.

We entered the show with the wind at our backs, having lined up a series of good news for XRP that'd make our conversations at Consensus as productive as possible. We proactively addressed two key objections to XRP, publishing our plans to further decentralize the XRP Ledger and announcing our commitment to lock up the lion's share of our XRP in a cryptographically-secured escrow account by the end of 2017.

Despite a proven track record of being good stewards of XRP, we had continued to hear concerns in the market that Ripple could (hypothetically) sell our 61 billion XRP at any time - a scenario that would certainly be bad for Ripple! So with the decision to lock up 55 billion XRP in escrow, we have given investors a predictable supply schedule and removed what skeptics have suggested has been a barrier to broad XRP adoption. Suffice it to say, the XRP ecosystem responded very positively to the news.

The bottom line is that we are committed to making XRP the best digital asset for payments. While I can't predict future market dynamics, this is a very exciting time for us as the market is recognizing XRP's real use case - liquidity for cross-border payments - and technical superiority compared to other digital assets.

This recognition has translated into significant improvements in both the liquidity (trading volume) and price of XRP. We saw nearly $6 billion in trading volume in May alone and XRP is now hovering around $.30, up approximately 500 percent in the last 30 days and over 5,000 percent from the beginning of 2017! As a result, XRP has overtaken Ethereum as the current number two digital asset by market capitalization and even eclipsed Bitcoin on more than one occasion. In fact, factoring in the ~$18 billion of XRP we own, Ripple is worth more than all but four U.S. start-ups — Uber, Airbnb, Palantir and WeWork. This gives us a tremendous advantage in the marketplace to leverage this strength in a multitude of ways - with the underlying vision of enabling an Internet of Value!

As always, feel feel to reach out with your perspectives or questions.

Best,
Brad

Reception Lobby/Desk

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.    RPLI_SEC 0026793



Entry



Board Room

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0026794



**All Hands**



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0026795