UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>Defendants,<br><br>and<br><br>JORDAN DEATON, JAMES LAMONTE,<br>TYLER LAMONTE, MYA LAMONTE,<br>MITCHELL MCKENNA, KRISTIANA WARNER and ALL SIMILARLY SITUATED XRP HOLDERS,<br><br>Proposed Intervenors. | 20-cv-10832 (AT) (SN)<br>(S.D.N.Y.) |

### **DECLARATION OF JOHN E. DEATON**

I, John E. Deaton, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an attorney admitted to practice before this Court *pro hac vice* and the managing partner of The Deaton Law Firm, LLC., and I am counsel to Proposed Intervenor-Defendants in the above-captioned action.

2. I respectfully submit this declaration in support of the Proposed Intervenors' Memorandum in reply to Plaintiff's Opposition to Proposed Intervenors' Motion to Intervene.

3. Attached hereto as Exhibit A is a true and correct copy of Media Criticism of SEC Leadership.

4. Attached hereto as Exhibit B is a true and correct copy of various Twitter posts by John Deaton

5. Attached hereto as Exhibit C is a true and correct copy of John Deaton's satirical mock examination of Jay Clayton available here

   https://www.youtube.com/watch?v=qawpQ-242WI

6. Attached hereto as Exhibit D is a true and correct copy of Media Criticism of SEC Enforcement Action

7. Attached hereto as Exhibit E is a true and correct copy of *Cambridge Dictionary* definition of incompetent in English.

Executed on May 17, 2021, in East Providence, Rhode Island.

Respectfully Submitted,

*/s/John E. Deaton*

John E. Deaton