# EXHIBIT B

← **Tweet**

 **John E Deaton**
@JohnEDeaton1

Great job #XRPCommunity making your presence known.

Please make sure we all comply with no recordings, etc.

If we are granted oral argument on our motion to intervene, I may write a letter to the Court asking for the number to be increased to at least 10k if needed.

> **Jeremy Hogan** @attorneyjeremy1 · Apr 30
> Congratulations XRP People. By the start of the hearing today the telephone system MAXED OUT at 4k listeners! The Court is very aware of the "High Interest" in the case (quote from Judge Netburn). MISSION ACCOMPLISHED! I need to finish up some pleadings and then home to video!

11:08 AM · Apr 30, 2021 · Twitter for iPhone

**269** Retweets   **8** Quote Tweets   **1,705** Likes

Exhibit 1 : https://twitter.com/JohnEDeaton1/status/1388148173558980610

← **Tweet**

**John E Deaton**
@JohnEDeaton1

#XRPCommunity

Judge Netburn and Judge Torres are very smart and very fair Judges.

@Ripple, #XRPHolders and the Crypto community are lucky that these two Judges were assigned a case of this magnitude.

Please do not release any recordings of this hearing, if it was recorded.

4:09 PM · Apr 6, 2021 · Twitter for iPhone

434 Retweets    8 Quote Tweets    2,283 Likes

Exhibit 2 :https://twitter.com/JohnEDeaton1/status/1379526682093232132



https://twitter.com/JohnEDeaton1/status/1379472373699776512
Exhibit 3:



**John E Deaton**
@JohnEDeaton1

#XRPHOLDERS:

It has been brought to my attention that several people may have contacted Judge Torres via email or letter to the Court.

AGAIN, PLEASE DO NOT CONTACT THE COURT OR ANY ATTORNEYS IN THIS CASE!

If you want your story included or told then please email my firm but

1:33 PM · Mar 31, 2021 · Twitter for iPhone

**490** Retweets    **44** Quote Tweets    **1,496** Likes

Exhibit 4: https://twitter.com/JohnEDeaton1/status/1377313103541587970



Exhibit 5: https://twitter.com/JohnEDeaton1/status/1377313104451805195