# EXHIBIT C

https://www.youtube.com/watch?v=qawpQ-242WI