# EXHIBIT E


  

*Meaning of **incompetent** in English*



# incompetent

*adjective*

**UK**  /ɪnˈkɒm.pɪ.tᵊnt/    **US** /ɪnˈkɑːm.pə.ṭənt/

➕ ☰

## not having the ability to do something as it should be done:

• *an incompetent teacher/doctor*

• *He has described the government as corrupt and incompetent.*

**Synonym**

inept

— **Thesaurus: synonyms, antonyms, and examples**

**bad at something**

   bad at *I was overweight and bad at sport.*

   hopeless *I'm completely hopeless in the kitchen.*

   useless *UK He's useless at maths.*

   rubbish *UK She's a pretty rubbish singer, really.*

   incompetent *The rules have made it hard to remove incompetent teachers.*

   **See more results »**

➕ **SMART Vocabulary: related words and phrases**

**Want to learn more?** 

Contents       To top ⊕