UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,        :
                                           :
                        Plaintiff,         :       20 Civ. 10832 (AT) (SN)
                                           :
            - against -                    :       ECF Case
                                           :
RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,   :
and CHRISTIAN A. LARSEN,                   :
                                           :
                        Defendants.        :
                                           :
------------------------------------------------------------------------x

## DECLARATION OF LADAN F. STEWART

I, Ladan F. Stewart, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a member of the Bar of the State of New York.

2. I am employed as Senior Counsel in the New York Regional Office of Plaintiff Securities and Exchange Commission (the "SEC"). I submit this declaration in support of the SEC's Reply Memorandum of Law in Further Opposition to the Motion to Intervene.

3. Attached hereto as **Exhibit A** is a true and correct copy of tweets from the Twitter account @johnedeaton, dated March 4, 2021, available at https://twitter.com/JohnEDeaton1/status/1367459717140918273.

4. Attached hereto as **Exhibit B** is a true and correct copy of tweets from the Twitter account @johnedeaton, dated May 10, 2021, available at https://twitter.com/JohnEDeaton1/status/1393303419423690756.

5. Attached hereto as **Exhibit C** is a true and correct copy of tweets from the Twitter account @johnedeaton, dated May 14, 2021, available at https://twitter.com/JohnEDeaton1/status/1367167775123333126.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 17, 2021
New York, New York

*Ladan F. Stewart*

_____
Ladan F. Stewart