# Exhibit A

Home
Explore
16 Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

SEC Division of En... @secenforcement

# Tweet

**John E Deaton** @JohnEDeaton1

Contact Information for Class Action Lawsuit
Please fill in * ALL * questions to be able to submit.
docs.google.com

7:59 AM · Mar 4, 2021 · Twitter for iPhone

**389** Retweets **80** Quote Tweets **1,247** Likes

Tweet your reply
Reply

**M a c k A t t a c k XRP** @MackAttackXRP · Mar 13
Replying to @JohnEDeaton1
I filled it in, but never got an answer back, is that correct?
15 4 45

**john strong** @housedoctorjr · Mar 4
Replying to @JohnEDeaton1
Awesome. When I click on the link, it shows that I have already responded. So glad you are on this.

I have XRP via my IRA account with Kingdom Trust. I was locked out of trading because of the SEC suit and Kraken's response to it. This investment is on absolute hold right now.
1 2

**Tammy** @TammyFanning5 · Mar 21
Replying to @JohnEDeaton1
I'm an xrp holder ... praying that xrp wins this case! Count me as another to your lawsuit!
4 1 17

**anomaly** @anomaly40637867 · May 9
Replying to @JohnEDeaton1
@RedEyedJedi77 this is the "We the people" lawsuit on the sec
1 2

**RedEyedJedi77** @RedEyedJedi77 · May 9
👍 I've already joined this lawsuit the one I need is the People vs Nexo
1 1

Show replies

**modemser** @modemser1 · May 9
Replying to @JohnEDeaton1
Consider the News from today I just signed the contract info , it is a bit off the top to claim that xrp in my wallet can be determined to be a security

**Wingmahn77** @RickKnowles11 · May 6
Replying to @JohnEDeaton1

Search Twitter

## Relevant people

**John E Deaton** @JohnEDeaton1
Founder of Crypto-
ETH, XRP; Crypto er
entrepreneur

## What's happening

World news · 35 minutes ago
**A video of rockets firing sh by a spokesperson for Israe prime minister is from 201 fact-checkers say**

**#TeamUpForExcellence** 🍷
Usher x Rémy Martin present
#TeamUpForExcellence the F
Promoted by Rémy Martin Co

NBCLX · This afternoon
**Why You (Probably) Won't Audited by the IRS This Yea**

The New York Times · Yes
**A Hindu sect paid Dalit wo $1 a day to build a massive temple in New Jersey, a ne lawsuit says**

Trending in United States
**#PalestineUnderAttack**
160K Tweets

Show more

Terms of Service Privacy Policy Ads info More ··· © 2021 Twit

Home
Explore
16 Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Search Twitter

Your trap worked John 👍 now how can these criminals be charged. Hinman and Clayton are crooks and everybody knows it now. I want to see them squirm over this and the XRP community deserves some payback.

**MC Buddha** @BuddhaMaine · 4h
Replying to @JohnEDeaton1
@JohnEDeaton1 I applied to be apart of the class action suit, when will we see any updates on that or how do we proceed?

**criptoripple** @criptoripple · Mar 6
Replying to @JohnEDeaton1
John its possible to jointo the class action from Europe?? Or eeuu population only
1 4

**John E Deaton** @JohnEDeaton1 · Mar 6
Right now everyone interested is signing up for possible inclusion, how the class is certified and or divided and what level of participation each international xrp holder has is too complicated to tweet etc so we are in the this is the total size and interest
2 2 33

Show replies

**SEC Division of En...**
@secenforcement



