# Exhibit B

5/12/2021 (16) John E Deaton on Twitter: "Some people think that these types of things make no difference. I disagree. #XRPHolders got the attenti…

Case 1:20-cv-10832-AT-SN Document 190-2 Filed 05/17/21 Page 2 of 4





5/12/2021 (16) John E Deaton on Twitter: Some people think that these types of things make no difference. I disagree. #XRPHolders got the attenti…

Case 1:20-cv-10832-AT-SN Document 190-2 Filed 05/17/21 Page 4 of 4

Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Search Twitter



SEC Division of En…
@secenforcement