# Exhibit C



# Tweet

Search Twitter

**John E Deaton**
@JohnEDeaton1

Great example of a community coming together to stand up against Injustice and Tyranny.  In addition to those already mentioned Thank you all who retweeted it as well.

Now back to the Reply Brief ( I heard a rumor it's due on Monday).

> **Crypto & Policy** @cryptolicy · May 14
> This petition couldn't have come so far without the support of @JohnEDeaton1 (@CryptoLawUS), Tony Edward (@ThinkingCrypto1), @attorneyjeremy1, @MoonLamboio, @thehodlreview, @RoslynLayton and so many others.  Thank you all! (2/2)
> change.org/p/gary-gensler...
> Show this thread

4:33 PM · May 14, 2021 · Twitter for iPhone

**157** Retweets **4** Quote Tweets **829** Likes

**Cryptolero** @Cryptolero1 · May 14
Replying to @JohnEDeaton1
Thanks for all your great hard work!
4

**Akhenaton** @xperiator · May 14
Replying to @JohnEDeaton1
Is there good news on Monday?
1

**Victor Portilla** @firstesla · May 14
Replying to @JohnEDeaton1
strong the xrp community.
1

**8bitsCrypto** @8bitsCrypto · May 14
Replying to @JohnEDeaton1
Another exciting day.
1

**iconxrp** @xrp_icon · May 14
Replying to @JohnEDeaton1
Word!
1

**Winston Buki** @bukiki1001 · May 14
Replying to @JohnEDeaton1

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**John E Deaton** Follow
@JohnEDeaton1
Founder of Crypto-Law.us; Bitcoin; ETH, XRP; Crypto enthusiast; lawyer; entrepreneur

**Crypto & Policy** Follow
@cryptolicy
Crypto is here. Policy is next. (Not professional investment advice. Seek advice.) Founded by Thomas Hodge.

**CryptoLaw** Follow
@CryptoLawUS
U.S. Legal and Regulatory News for Digital Asset Holders. Founded and Hosted by John E. Deaton.

## What's happening

World news · Yesterday
**Israeli airstrike destroys building housing The Associated Press, Al Jazeera offices**
Trending with The AP

Hadids · Trending
**Bella Hadid**
Trending with #Palestinian

Trending in United States
**Selena Gomez**
14.3K Tweets

COVID-19 · LIVE
**COVID-19: News and updates for Virginia**

Premier League · LIVE
**Tottenham Hotspur vs Wolves**
Trending with Dier

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

5/16/2021, John E. Deaton on Twitter: "Great example of a community coming together to stand up against injustice and tyranny. In addition to those…

Case 1:20-cv-10832-AT-SN Document 190-3 Filed 05/17/21 Page 3 of 3

