

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

May 19, 2021

**VIA ECF**

Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY  10007

**Re:  SEC v. Ripple Labs Inc., et al., No. 20-cv-10832(AT)(SN) (S.D.N.Y.)**

Dear Judge Netburn:

We write on behalf of Defendant Ripple Labs Inc., pursuant to Part I.G of the Court's Individual Practices, and with the consent of the SEC, to request that the deadline for Ripple's response to the SEC's May 18, 2021 letter-motion (ECF No. 191) ("Letter-Motion") be extended two business days from Friday, May 21, 2021 to Tuesday, May 25, 2021.

Ordinarily, Ripple's response would be due on Friday, May 21, 2021.  Ripple respectfully requests an additional two business days to fully respond to the Letter-Motion, particularly in light of the discovery conference being held on May 21.  This is Ripple's first request for an extension of time.  Ripple sought the SEC's consent by email on May 19, 2021, and received it later that day.

Both parties will address any sealing issues raised by the Letter-Motion in their subsequent submissions.

Respectfully submitted,


/s/ Andrew Ceresney_____
Mary Jo White
Andrew J. Ceresney
(ajceresney@debevoise.com)
Lisa Zornberg
Christopher S. Ford
Joy Guo

Hon. Sarah Netburn	2	May 19, 2021

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
+1 (212) 909-6000


/s/ Michael K. Kellogg
Michael K. Kellogg
(mkellogg@kellogghansen.com)
Reid M. Figel
Gregory M. Rapawy
Collin R. White
Eliana Margo Pfeffer*
KELLOGG, HANSEN, TODD, FIGEL,
& FREDERICK PLLC
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036
+1 (202) 326-7900

*Attorneys for Defendant Ripple Labs Inc.*



*\*Not Admitted in the District of Columbia; practice supervised by members of the firm*