KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
_____

(202) 326-7900

FACSIMILE:
(202) 326-7999

May 26, 2021

**VIA ECF**
Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *SEC v. Ripple Labs, Inc.* et al., No. 20-cv-10832 (AT)(SN) (S.D.N.Y.)

Dear Judge Netburn:

      We write on behalf of Defendant Ripple Labs Inc. ("Ripple"), pursuant to Part I.G of the Court's Individual Practices, and with the consent of the SEC, to request that the deadline for Ripple's response to the SEC's Letter Motion for Local Rule 37.2 Conference regarding Omnibus Discovery Matters be extended two business days from Friday, May 28, 2021 to Wednesday, June 2, 2021.

      Ordinarily, Ripple's response would be due on Friday, May 28, 2021.  Ripple respectfully requests an additional two business days to fully respond to the SEC's letter.  This is Ripple's first request for an extension of time.  Ripple sought the SEC's consent by email on May 26, 2021, and received it that day.

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

Hon. Sarah Netburn
May 26, 2021
Page 2

Respectfully submitted,

/s/ Michael K. Kellogg

Michael K. Kellogg
(mkellogg@kellogghansen.com)
Reid M. Figel
Gregory M. Rapawy
Collin R. White
Eliana Margo Pfeffer*
KELLOGG, HANSEN, TODD, FIGEL,
& FREDERICK PLLC
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036
+1 (202) 326-7900

/s/ Mary Jo White

Mary Jo White
(mjwhite@debevoise.com)
Andrew J. Ceresney
Lisa Zornberg
Christopher S. Ford
Joy Guo
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
+1 (212) 909-6000

*Attorneys for Defendant Ripple Labs Inc.*

*\*Not Admitted in the District of Columbia; practice supervised by members of the firm.*