UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,       :
                                          :
                        Plaintiff,        :
                                          :
           - against -                    :     20 Civ. 10832 (AT) (SN)
                                          :
RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,  :
and CHRISTIAN A. LARSEN,                  :
                                          :
                        Defendants.       :
                                          :
------------------------------------------------------------------------x

# MOTION FOR WITHDRAWAL OF ATTORNEY

Plaintiff Securities and Exchange Commission ("SEC") respectfully moves the Court for an order in the form attached hereto withdrawing Dugan Bliss as counsel of record in this action for Plaintiff. Mr. Bliss is leaving the SEC's employ. The SEC continues to be represented by the other counsel of record in this matter.

Dated:   New York, NY
         May 27, 2021

                                    /s/Dugan Bliss
                                    Jorge G. Tenreiro
                                    Dugan Bliss
                                    Robert Moye
                                    Benjamin Hanauer
                                    Mark Sylvester
                                    Daphna A. Waxman
                                    Jon A. Daniels
                                    Ladan F. Stewart

                                    Attorneys for Plaintiff
                                    SECURITIES AND EXCHANGE COMMISSION
                                    New York Regional Office
                                    200 Vesey Street, Suite 400
                                    New York, New York 10281-1022
                                    (212) 336-0971 (Bliss)
                                    blissd@sec.gov