UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,       :
                                          :
                              Plaintiff,  :
                                          :
            - against -                   :   20 Civ. 10832 (AT) (SN)
                                          :
RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,  :
and CHRISTIAN A. LARSEN,                  :
                                          :
                              Defendants. :
                                          :
-------------------------------------------------------------------------x

## ORDER REMOVING ATTORNEY

It is ORDERED that, for good cause shown, Dugan Bliss is removed as counsel of record for Plaintiff in this matter. The Clerk of Court is directed to note on the docket that his representation of Plaintiff is terminated.

SO ORDERED.

Dated: May ____, 2021

                                          _____
                                          The Honorable Analisa Torres, U.S.D.J.