KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

June 2, 2021

**VIA ECF**
Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *SEC v. Ripple Labs, Inc. et al.*, No. 20-cv-10832 (AT) (SN) (S.D.N.Y.)

Dear Judge Netburn:

    We write on behalf of Defendant Ripple Labs Inc. ("Ripple"), pursuant to Part I.G of the Court's Individual Practices, and with the consent of the SEC, to request extensions of two deadlines.

    First, we request that the deadline for Ripple to move to seal the redacted portions of the SEC's May 25, 2021 letter (ECF Nos. 197 and 198), and fifteen exhibits the SEC filed under seal in support (ECF Nos. 197-2–197-15, 197-17, and 198-1–198-15) be extended to Wednesday, June 9, 2021.  Ripple's response would otherwise be due today.  There is good cause for granting this motion:  the parties are continuing to meet and confer to discuss potential redactions and hope to avoid burdening the Court with unnecessary disputes by doing so, but will not be able to reach a final resolution today.  Accordingly, we respectfully request this short extension to allow the parties to resolve as many areas of disagreement as possible.

    Second, the Court today (ECF No. 212) ordered the parties to jointly propose redactions with respect to the SEC's May 7, 2021 letter and its accompanying exhibits (ECF No. 166), by June 7, 2021.  On behalf of both Ripple and the SEC, we request that this deadline also be extended to Wednesday, June 9, 2021, so that the parties may address the entirety of these issues relating to redactions in a single set of briefing to the Court rather than piecemeal.

    This is Ripple's first request for an extension of time on these deadlines.  Ripple sought the SEC's consent by email on June 2, 2021, and received it that day.

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

Hon. Sarah Netburn
June 2, 2021
Page 2

Respectfully submitted,

| | |
|---|---|
| /s/ Michael K. Kellogg | /s/ Mary Jo White |
| Michael K. Kellogg | Mary Jo White |
| (mkellogg@kellogghansen.com) | (mjwhite@debevoise.com) |
| Reid M. Figel | Andrew J. Ceresney |
| Gregory M. Rapawy | Lisa Zornberg |
| Collin R. White | Christopher S. Ford |
| Eliana Margo Pfeffer* | Joy Guo |
| KELLOGG, HANSEN, TODD, FIGEL, & FREDERICK PLLC | DEBEVOISE & PLIMPTON LLP |
| Sumner Square | 919 Third Avenue |
| 1615 M Street, NW, Suite 400 | New York, NY 10022 |
| Washington, DC 20036 | +1 (212) 909-6000 |
| +1 (202) 326-7900 | |

*Attorneys for Defendant Ripple Labs Inc.*

*Not Admitted in the District of Columbia; practice supervised by members of the firm.