# Exhibit A

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:    )
                     ) File No. NY-09875-A
RIPPLE LABS, INC.    )

WITNESS:   David Schwartz

PAGES:     1 through 303

PLACE:     Securities and Exchange Commission

           200 Vesey Street

           New York, New York

DATE:      Thursday, January 30, 2020

   The above entitled matter came on for hearing, pursuant to notice, at 10:05 a.m.

Diversified Reporting Services, Inc.

(202) 467-9200

Page 2

1  APPEARANCES:

2

3  On behalf of the Securities and Exchange Commission:

4      DAPHNA A. WAXMAN, ESQ.

5      JON DANIELS, ESQ.

6      MANDY STURMFELZ, ESQ. (via telephone)

7      Securities and Exchange Commission

8      Division of Enforcement

9      200 Vesey Street

10     New York, New York

11

12 On behalf of Witness:

13     ANDREW J. CERESNEY, ESQ.

14     JENNIFER R. COWAN, ESQ.

15     CHRISTOPHER S. FORD, ESQ.

16     Law Offices of Debevoise & Plimpton

17     919 Third Avenue

18     New York, New York

19

20 Also Present:

21     Stu Alderoty, Esq., Ripple

22

23

24

25

```
       ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓   ▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓▓▓▓▓▓▓▓▓
▓      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓      ▓▓▓
▓▓   ▓  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓   ▓  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓     ▓▓▓▓▓▓

14     Q    Do you have any involvement with any
15  Xpring initiatives?
16     A    I do.
17     Q    What is your involvement?
18     A    Ethan Beard is the head of Xpring. ▓
▓      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓     ▓  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
```