KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

June 4, 2021

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom 15D
New York, NY 10007-1312

Re:   *SEC v. Ripple Labs, Inc. et al.*, No. 20-cv-10832 (AT) (SN) (S.D.N.Y.)

Dear Judge Torres:

      We write on behalf of Defendants Ripple Labs, Inc., Bradley Garlinghouse, and Christian A. Larsen regarding the SEC's letter requesting an extension of the discovery deadline. Defendants respectfully wish to inform the Court that they intend to submit a letter in opposition to the SEC's request no later than June 9, 2021 (five business days after the SEC's filing).

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

Hon. Analisa Torres
June 4, 2021
Page 2

Respectfully submitted,

| /s/ Michael K. Kellogg | /s/ Mary Jo White |
|---|---|
| Michael K. Kellogg | Mary Jo White |
| (mkellogg@kellogghansen.com) | (mjwhite@debevoise.com) |
| Reid M. Figel | Andrew J. Ceresney |
| Gregory M. Rapawy | Lisa Zornberg |
| Lillian V. Smith | Christopher S. Ford |
| Collin R. White | Joy Guo |
| Eliana Margo Pfeffer* | DEBEVOISE & PLIMPTON LLP |
| KELLOGG, HANSEN, TODD, FIGEL, & FREDERICK PLLC | 919 Third Avenue |
| Sumner Square | New York, NY 10022 |
| 1615 M Street, NW, Suite 400 | +1 (212) 909-6000 |
| Washington, DC 20036 | |
| +1 (202) 326-7900 | |

*Attorneys for Defendant Ripple Labs Inc.*

| /s/ Matthew C. Solomon | /s/ Martin Flumenbaum |
|---|---|
| Matthew C. Solomon | Martin Flumenbaum |
| (msolomon@cgsh.com) | (mflumenbaum@paulweiss.com) |
| Nowell D. Bamberger | Michael E. Gertzman |
| Alexander J. Janghorbani | Meredith Dearborn |
| Lucas Hakkenberg | Justin D. Ward |
| Samuel Levander | Kristina A. Bunting |
| CLEARY GOTTLIEB STEEN & HAMILTON | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2112 Pennsylvania Avenue NW | 1285 Avenue of the Americas |
| Washington, DC 20037 | New York, NY 10019 |
| +1 (202) 974-1680 | +1 (212) 373-3000 |
| *Attorneys for Defendant Bradley Garlinghouse* | *Attorneys for Defendant Christian A. Larsen* |

*Not Admitted in the District of Columbia; practice supervised by members of the firm.*