# Exhibit K

Message

| | |
|---|---|
| From: | Antoinette O'Gorman [antoinette@ripple.com] |
| on behalf of | Antoinette O'Gorman <antoinette@ripple.com> [antoinette@ripple.com] |
| Sent: | 3/11/2017 3:32:05 PM |
| To: | Brad Garlinghouse [Brad Garlinghouse <brad@ripple.com>] |
| Subject: | Compliance Weekly Update as of 3/10/17 |

- AO'G and Ryan Z met with ▇▇▇▇ on 3/06 re: Ripple's position that XRP is not a security. Meeting went well; however, XRP certainly has some "securities-type" characteristics and we do need to hone our playbook / messaging
    - Next steps: Scheduling an "educational" meeting with XRP and MarComm teams this coming week on how to discuss XRP/RCL generally and in presentations, responses to inquiries, etc. (e.g., some language used in the XRP presentation at this week's bi-weekly meeting was not ideal).

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0270740
SEC-LIT-EPROD-000502078



Chief Compliance Officer | Ripple

antoinette@ripple.com | ripple.com

ripple

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0270741
SEC-LIT-EPROD-000502079