

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

June 7, 2021

**VIA ECF**
Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square, Courtroom 219
New York, N.Y. 10007

Re:   *SEC v. Ripple Labs, Inc., et al.*, No. 20 Civ. 10832 (AT) (SN) (S.D.N.Y.)

Dear Judge Netburn:

Plaintiff Securities and Exchange Commission ("SEC") respectfully requests that its response to the letter motion for a Local Rule 37.2 conference filed by Defendants Ripple Labs Inc., Bradley Garlinghouse, and Christian A. Larsen ("Defendants") (D.E. 220) be due on June 11, 2021. Defendants consent to the SEC's request.

Respectfully submitted,

/s/ Mark R. Sylvester

Mark R. Sylvester

cc:   All counsel (via ECF)