# Exhibit E

# Tenreiro, Jorge

| | |
|---|---|
| **From:** | Ceresney, Andrew J. <aceresney@debevoise.com> |
| **Sent:** | Monday, January 25, 2021 6:06 PM |
| **To:** | Tenreiro, Jorge |
| **Cc:** | Guo, Joy; Bliss, Dugan; Waxman, Daphna A.; Daniels, Jon; Kellogg, Michael K.; Figel, Reid M.; Zornberg, Lisa |
| **Subject:** | Re: Ripple SEC Conference |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jorge:

Here are responses to your two questions. Happy to talk it through at your convenience.

1. What does the proposed discovery schedule look like after the Court rules on the first set of motions for summary judgment?

Our proposal is that we would pause discovery while the SJ motion(s) are being considered, and following decision on the motion(s), we would set a schedule for any additional discovery that may be required.

2. Without prejudice to moving on other issues (and understanding that you may not have written out the motion for summary judgment yet!), what legal issue(s) or cause(s) of action would you propose be resolved by this motion?

Our current thinking is that we would propose to move for SJ after the 4 months of discovery on the issue of whether XRP as currently distributed by Ripple is a "security" such that an injunction should issue.

Andrew Ceresney
Partner
Debevoise & Plimpton
212-909-6947 (office)

On Jan 25, 2021, at 3:27 PM, Tenreiro, Jorge <tenreiroj@sec.gov> wrote:

1

Hi Andrew:

Thanks for outlining your discovery proposal this morning. Could you clarify a couple of questions we have, so that we may better evaluate the proposal?

1. What does the proposed discovery schedule look like after the Court rules on the first set of motions for summary judgment?
2. Without prejudice to moving on other issues (and understanding that you may not have written out the motion for summary judgment yet!), what legal issue(s) or cause(s) of action would you propose be resolved by this motion?

We would welcome clarity on the above questions in order to get you a fulsome substantive response in the next day or so.

Talk soon,

Jorge

---

**From:** Ceresney, Andrew J. <aceresney@debevoise.com>
**Sent:** Thursday, January 21, 2021 7:26 PM
**To:** Guo, Joy <jguo@debevoise.com>; Tenreiro, Jorge <tenreiroj@SEC.GOV>; Bliss, Dugan <BlissD@SEC.GOV>; Waxman, Daphna A. <WaxmanD@SEC.GOV>; Daniels, Jon <danielsj@SEC.GOV>; 'Flumenbaum, Martin' <mflumenbaum@paulweiss.com>; 'Bunting, Kristina' <kbunting@paulweiss.com>; 'Solomon, Matthew' <msolomon@cgsh.com>; 'Janghorbani, Alexander' <ajanghorbani@cgsh.com>; 'Kellogg, Michael K.' <mkellogg@kellogghansen.com>; 'Figel, Reid M.' <rfigel@kellogghansen.com>; Zornberg, Lisa <lzornberg@debevoise.com>
**Subject:** RE: Ripple SEC Conference

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi guys – does anyone object to starting this meeting at 830 rather than 9 am? If this is ok with everyone, we can change the invite.

-----Original Appointment-----
**From:** Guo, Joy
**Sent:** Tuesday, January 19, 2021 11:42
**To:** Guo, Joy; 'Tenreiro, Jorge'; 'BlissD@SEC.GOV'; 'Waxman, Daphna A.'; 'Daniels, Jon'; 'Flumenbaum, Martin'; 'Bunting, Kristina'; 'Solomon, Matthew'; 'Janghorbani, Alexander'; 'Kellogg, Michael K.'; 'Figel, Reid M.'; Ceresney, Andrew J.; Zornberg, Lisa
**Subject:** Ripple SEC Conference
**When:** Monday, January 25, 2021 9:00 AM-10:00 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** https://debevoise.zoom.us/j/99089420438?pwd=REt2cG5JV1VnWTlvNE9kZlN6bjBZUT09

Joy Guo is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://debevoise.zoom.us/j/99089420438?pwd=REt2cG5JV1VnWTlvNE9kZlN6bjBZUT09

Meeting ID: 990 8942 0438
Passcode: 728962

2

One tap mobile
+16465189805,,99089420438# US (New York)
+16465588656,,99089420438# US (New York)

Dial by your location
     +1 646 518 9805 US (New York)
     +1 646 558 8656 US (New York)
     +1 786 635 1003 US (Miami)
     +1 267 831 0333 US (Philadelphia)
     +1 301 715 8592 US (Washington D.C)
     +1 312 626 6799 US (Chicago)
     +1 470 250 9358 US (Atlanta)
     +1 470 381 2552 US (Atlanta)
     +1 651 372 8299 US (Minnesota)
     +1 720 928 9299 US (Denver)
     +1 971 247 1195 US (Portland)
     +1 206 337 9723 US (Seattle)
     +1 213 338 8477 US (Los Angeles)
     +1 253 215 8782 US (Tacoma)
     +1 346 248 7799 US (Houston)
     +1 602 753 0140 US (Phoenix)
     +1 669 219 2599 US (San Jose)
     +1 669 900 6833 US (San Jose)
     +44 208 080 6592 United Kingdom
     +44 330 088 5830 United Kingdom
     +44 131 460 1196 United Kingdom
     +44 203 481 5237 United Kingdom
     +44 203 481 5240 United Kingdom
     +44 208 080 6591 United Kingdom
     +49 695 050 2596 Germany
     +49 69 7104 9922 Germany
     +49 30 5679 5800 Germany
     +33 1 7095 0103 France
     +33 1 7095 0350 France
     +33 1 8699 5831 France
     +33 1 7037 2246 France
     +33 1 7037 9729 France
     +852 5803 3731 Hong Kong SAR
     +852 5808 6088 Hong Kong SAR
     +852 3012 6283 Hong Kong SAR
     +852 5803 3730 Hong Kong SAR
     +7 495 283 9788 Russian Federation
     +7 812 426 8988 Russian Federation
     +81 363 628 317 Japan
     +81 524 564 439 Japan
     +81 3 4578 1488 Japan
     +352 2786 1188 Luxembourg
     +352 2786 4277 Luxembourg
Meeting ID: 990 8942 0438
Find your local number: https://debevoise.zoom.us/u/addtndb2id

Join by SIP

99089420438@zoomcrc.com

Join by H.323
162.255.37.11 (US West)
162.255.36.11 (US East)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
213.19.144.110 (Amsterdam Netherlands)
213.244.140.110 (Germany)
103.122.166.55 (Australia)
209.9.211.110 (Hong Kong SAR)
64.211.144.160 (Brazil)
69.174.57.160 (Canada)
207.226.132.110 (Japan)
Meeting ID: 990 8942 0438
Passcode: 728962