UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION.,

                              **Plaintiff,**                    **20-CV-10832 (AT) (SN)**

                -against-                              **ORDER TO STRIKE**

RIPPLE LABS, INC., et al.,

                              **Defendants.**

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Respectfully, the Clerk of Court is directed to strike the documents at ECF No. 230 from the docket.

**SO ORDERED.**

                                                    _____
                                                    SARAH NETBURN
                                                    United States Magistrate Judge

Dated:        New York, New York
               June 9, 2021