Exhibit 2

REDACTED
Public Version



Message

**From:** Sameer Dhond [sdhond@ripple.com]
**Sent:** 5/31/2018 3:47:56 PM
**To:**
**CC:** Miguel Vias [miguel.vias@ripple.com]
**Subject:**

Hi

A couple of big firms have advised us on this.

Sameer

--

FOIA Confidential Treatment Requested by Bittrex, Inc.



FOIA Confidential Treatment Requested by Bittrex, Inc.

Bittrex-NY-9875_0008047

Message

**From:**          Chris Larsen [chris@ripple.com]
**on behalf of**   Chris Larsen <chris@ripple.com> [chris@ripple.com]
**Sent:**          11/29/2012 9:16:39 AM
**To:**
**CC:**
**Subject:**       Re: Nice to catch up
**Attachments:**                                                                                  Updated Ripple
                   Network Memorandum.pdf;

Great meeting you and thanks for your time as well. Attached please find:

3) Legal analysis

Please let me know if you have any questions on the above.

All the best,
Chris

On Wed, Nov 28, 2012 at 12:07 PM,                                    wrote:
Chris

Thanks for your time.

As part of the due diligence, it would be very helpful to see the note, any financials, and any market launch strategy material.

RPLI_SEC 0099397

Message

| | |
|---|---|
| **From**: | Chris Larsen [chris@ripple.com] |
| on behalf of | Chris Larsen <chris@ripple.com> [chris@ripple.com] |
| **Sent**: | 12/5/2012 9:26:31 AM |
| **To**: | |
| **CC**: | Anna See [Anna See <anna@ripple.com>] |
| **Subject**: | ripple.com |
| **Attachments**: | OC preso 3.3.pdf; Updated Ripple Network Memorandum.pdf |

Attached please find an investor preso and legal analysis for Ripple.com. Please let me know if you're interested in investing and in what amount.

All the best,
Chris

Message

| | |
|---|---|
| **From:** | Chris Larsen [chris@ripple.com] |
| on behalf of | Chris Larsen <chris@ripple.com> [chris@ripple.com] |
| **Sent:** | 2/20/2013 9:42:53 AM |
| **To:** | █████████████████████████████████████ |
| **CC:** | ███████████████████████████████████████████████; jed@ripple.com |
| **Subject:** | Re: update |
| **Attachments:** | Updated Ripple Network Memorandum.pdf |

Great. Attached is the legal analysis from October 2012. ███████████████████
████████████████████████████

**CHRIS LARSEN** | CEO
**OpenCoin, INC.**
chris@ripple.com | www.ripple.com

████████████████████

████████████████████████
████████████████████████

████████████

██

On Tue, Feb 19, 2013 at 12:46 PM, Chris Larsen <chris@ripple.com> wrote:
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████ On the legal and regulatory front, we can share our 28 page legal analysis either
before or after the GP meeting, which ever is most helpful for you.

████████████████████████████████████████████
████████████████████████████████████████████
███████████████

Chris Larsen | CEO
OpenCoin, Inc.
████████████████████████

████████████████████████████████████



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

Message

| | |
|---|---|
| **From**: | Chris Larsen [chris@ripple.com] |
| on behalf of | Chris Larsen <chris@ripple.com> [chris@ripple.com] |
| **Sent**: | 11/8/2012 2:36:06 PM |
| **To**: | |
| **Subject**: | ripple.com |
| **Attachments**: | Updated Ripple Network Memorandum.pdf; Ripple preso 3.0.pdf |

Attached is some information on Ripple including our current investor
preso and a detailed analysis of our regulatory path.

Al the best,
Chris

--
CHRIS LARSEN | CEO
chris@ripple.com | www.ripple.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

Message

| | |
|---|---|
| **From:** | ███████████████████ |
| **on behalf of** | ██████████████████████ |
| **Sent:** | 1/2/2013 2:27:10 PM |
| **To:** | ████████████████████ |
| **CC:** | Chris Larsen [Chris Larsen <chris@ripple.com>] |
| **Subject:** | Fwd: legal analysis on ripple |
| **Attachments:** | Updated Ripple Network Memorandum.pdf |

██

Please find the legal/regulatory analysis on Ripple, attached, forwarded with permission from Chris.

████████████████████

█████████████████████████

█████

---------- Forwarded message ----------
From: "Chris Larsen" <chris@ripple.com>
Date: Jan 2, 2013 1:29 PM
Subject: legal analysis on ripple
To: ████████████████████████

**CHRIS LARSEN** | CEO
chris@ripple.com | www.ripple.com

Message

| | |
|---|---|
| **From:** | Chris Larsen [chris@ripple.com] |
| **on behalf of** | Chris Larsen <chris@ripple.com> [chris@ripple.com] |
| **Sent:** | 2/2/2013 10:01:28 AM |
| **To:** | |
| **CC:** | Anna See [Anna See <anna@ripple.com>]; Jed McCaleb [Jed McCaleb <jed@ripple.com>] |
| **Subject:** | Re: ripple |
| **Attachments:** | Memorandum legal brief 2-12.pdf |

Hi

Nice speaking with you today. Attached please find the prior legal analysis referenced in the 9-12 memo.
Let's try to chat on Monday about final allocations and participants in possible.
Have a great weekend,
Chris

**CHRIS LARSEN | CEO**
**OpenCoin, INC.**
chris@ripple.com | www.ripple.com





Message

| | |
|---|---|
| **From:** | Chris Larsen [chris@ripple.com] |
| **on behalf of** | Chris Larsen <chris@ripple.com> [chris@ripple.com] |
| **Sent:** | 2/20/2013 1:03:22 PM |
| **To:** | ███████████████████████ |
| **CC:** | Jed McCaleb [Jed McCaleb <jed@ripple.com>]; Anna See [Anna See <anna@ripple.com>] |
| **Subject:** | Re: Intro |
| **Attachments:** | Ripple 4.2.pdf; Updated Ripple Network Memorandum.pdf |

Hi ████

It was great meeting you this last Monday. Would be great to have you meet my cofounder, Jed McCaleb, and the team next time you're in SF. In the meantime, attached and below are some materials on the Ripple network and OpenCoin Inc.

1. investor preso attached
2. legal analysis attached

███████████████████████████████████████████████████████████

All the best,
Chris


**CHRIS LARSEN | ** CEO
**OpenCoin, INC.**
chris@ripple.com | www.ripple.com





FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0098895