# Exhibit 3

# REDACTED
# Public Version

Message
───────────────────────────────────────────────────────────

Sent:     1/5/2015 6:15:21 AM
To:       Norman Reed [Norman Reed <reed@ripple.com>]; Chris Larsen [Chris Larsen <chris@ripple.com>]; phil@ripple.com
Subject:  FW: update

Team:

At some stage, for the protection of ourselves and our practices of selling XRP in the market, maybe looking into a letter from lawyer saying we do not think XRP is a security.

Best

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0096888



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0096889