# Exhibit 4

# REDACTED
# Public Version

| | |
|---|---|
| To: | [redacted] |
| From: | Phil Rapoport[phil@ripple.com] |
| Sent: | Sat 1/31/2015 6:44:02 PM (UTC) |
| Subject: | Fwd: Ripple Not A Security |

ATT00001.htm
Ripple - Memo re XRP is not a Security(80703728_12).DOCX

[redacted]

Here is a first draft from [redacted] on why XRP is *not* a security. [redacted]

Have a great weekend,
Phil

CONFIDENTIAL                                                                                           RPLI_SEC 0481363





CONFIDENTIAL

RPLI_SEC 0481365





CONFIDENTIAL

RPLI_SEC 0481366

CONFIDENTIAL                                                                                                                                           RPLI_SEC 0481367



RPLI_SEC 0481368





CONFIDENTIAL





CONFIDENTIAL
RPLI_SEC 0481371







CONFIDENTIAL

RPLI_SEC 0481373



CONFIDENTIAL

RPLI_SEC 0481374

TO: Ripple Labs







CONFIDENTIAL

RPLI_SEC 0481375