# Exhibit 5

# REDACTED
# Public Version

**From:** Danny Aranda <danny@ripple.com>
**Sent:** Friday, August 02, 2013 1:41 PM
**To:**
**Cc:** Patrick Griffin;Stefan Thomas;Arthur Britto;Arthur Britto
**Subject:**

Great speaking last week.  We're excited by the potential here.  As a next step, our counsel is available to speak with to do a deeper dive on compliance.

Any day Tuesday through Friday of next week at 3pm GMT would work well.

Best,
Danny

--
Daniel Aranda
Director, Business Development
OpenCoin, Inc.
(917) 744-9720 | ripple.com<http://ripple.com>

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                              RPLI_SEC 0055705



2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0055706



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                    RPLI_SEC 0055707