# Exhibit 6

# REDACTED
# Public Version



February 22, 2018



-1- Highly Confidential



The Company continually reviews the guidance provided by regulators, including the SEC, and has invested in, and received, a legal memorandum from a reputable law firm that supports a finding that XRP is not a security under U.S. law



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0072061



-3- HIGHLY CONFIDENTIAL



-4-Highly Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0072063



-5- Highly Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                    RPLI_SEC 0072064



Sincerely,

**RIPPLE LABS INC.**

Ron Will
Chief Financial Officer, Ripple Labs Inc.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                             RPLI_SEC 0072065