# Exhibit 7

# REDACTED
# Public Version



JANUARY 11, 2018

-1- Highly Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.     RPLI_SEC 0065738



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0065739

███████████████████████████████

3. Ripple has received a legal memorandum from a reputable law firm that supports a finding that XRP is not a security under U.S. law;

███████████████████████████████

-3- Highly Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                      RPLI_SEC 0065740



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                              RPLI_SEC 0065741



-5- Highly Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                  RPLI_SEC 0065742



-6-Highly Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.　　　　RPLI_SEC 0065743

■ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
■ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
■ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
■ ▬▬ ▬▬ ▬▬ ▬ ▬▬ ▬ ▬▬ ▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Sincerely,

**RIPPLE LABS INC.**



Brad Garlinghouse
Chief Executive Officer, Ripple Labs Inc.

-7- HIGHLY CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.    RPLI_SEC 0065744