# Exhibit 8

# REDACTED
# Public Version

```
                                                              1
 1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3   In the Matter of:   )
 4                       ) File No. NY-09875-A
 5   RIPPLE LABS, INC.   )
 6
 7   WITNESS:  Bradley Kent Garlinghouse, Jr.
 8   PAGES:    1 through 256
 9   PLACE:    Securities and Exchange Commission
10             100 F Street, N.E.
11             Washington, D.C. 20549
12   DATE:     Thursday, September 10, 2020
13
14       The above-entitled matter came on for hearing via
15   Webex, pursuant to notice, at 9:03 a.m.
16
17
18
19
20
21
22
23
24           Diversified Reporting Services, Inc.
25                    (202) 467-9200
```

248

```
1       █████████████████████████
2            BY MS. WAXMAN:
3       Q    And what is contain in Exhibit 175?
4       A    My understanding from preparation on this is
5  it's a legal analysis covering a whole bunch of
6  recommendations.  ████████████████████████████
7  ████████████████████████████████████████████████
8  ████████████████████████████████████████████████
9  █████████████████████████
10      Q    Did you have any discussions with anybody
11 regarding the recommendations in the memo, what's been
12 marked as 175?
13           MR. CERESNEY:  That's a yes or no or I don't
14 recall.
15           BY MS. WAXMAN:
16      Q    Other than conversations with counsel,
17 obviously.
18      A    Other than conversations with counsel, I don't
19 recall.
20                         ████████████████████████████
21                         ██████████████
22      █ ██████████████████████████
23      █ ████████████████
24      █ ████████████████████████████
25      █
```

[9/10/2020 9:03 AM] Garlinghouse_Bradley_20200910

256

```
1                CERTIFICATE OF REPORTER
2    UNITED STATES OF AMERICA     ) ss.:
3    THE COMMONWEALTH OF VIRGINIA )
4           I, MARY GRACE CASTLEBERRY, RPR, the officer
5    before whom the foregoing deposition was taken, do hereby
6    certify that the witness whose testimony appears in the
7    foregoing deposition was duly sworn by me; that the
8    testimony of said witness was taken by me to the best of
9    my ability and thereafter reduced to typewriting under my
10   direction; that I am neither counsel for, related to, nor
11   employed by any of the parties for the action in which
12   this deposition was taken, and further that I am not a
13   relative or employee of any attorney or counsel employed
14   by the parties thereto, nor financially or otherwise
15   interested in the outcome of the action.
16
17           _____
18           Notary Public in and for
19           The Commonwealth of Virginia
20           My commission expires: 07/31/2023
21
22
23
24
25
```