# Exhibit 9

# REDACTED
# Public Version



| | Page 1 |
|---|---|
| 1 | THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION |
| 2 | |
| 3 | In the Matter of:   ) |
| 4 | ) File No. NY-09875-A |
| 5 | RIPPLE LABS, INC.   ) |
| 6 | |
| 7 | WITNESS:  David Schwartz |
| 8 | PAGES:    1 through 303 |
| 9 | PLACE:    Securities and Exchange Commission |
| 10 | 200 Vesey Street |
| 11 | New York, New York |
| 12 | DATE:     Thursday, January 30, 2020 |
| 13 | |
| 14 | The above entitled matter came on for hearing, |
| 15 | pursuant to notice, at 10:05 a.m. |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | Diversified Reporting Services, Inc. |
| 25 | (202) 467-9200 |

| | Page 2 |
|---|---|
| 1 | APPEARANCES: |
| 2 | |
| 3 | On behalf of the Securities and Exchange Commission: |
| 4 | DAPHNA A. WAXMAN, ESQ. |
| 5 | JON DANIELS, ESQ. |
| 6 | MANDY STURMFELZ, ESQ. (via telephone) |
| 7 | Securities and Exchange Commission |
| 8 | Division of Enforcement |
| 9 | 200 Vesey Street |
| 10 | New York, New York |
| 11 | |
| 12 | On behalf of Witness: |
| 13 | ANDREW J. CERESNEY, ESQ. |
| 14 | JENNIFER R. COWAN, ESQ. |
| 15 | CHRISTOPHER S. FORD, ESQ. |
| 16 | Law Offices of Debevoise & Plimpton |
| 17 | 919 Third Avenue |
| 18 | New York, New York |
| 19 | |
| 20 | Also Present: |
| 21 | Stu Alderoty, Esq., Ripple |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

| | Page 3 |
|---|---|
| 1 | C O N T E N T S |
| 2 | |
| 3 | WITNESS:                    EXAMINATION |
| 4 | David Schwartz                  7 |
| 25 | |

| | Page 4 |
|---|---|
| 1 | P R O C E E D I N G S |

Page 45



Page 46

Page 47

Page 48

7     Q    Was there any concern that XRP --
8  was there any concern in connection with the
9  Federal Securities laws?
10        MR. CERESNEY:  Again, you are not
11  going to reveal any discussions with counsel.

Page 153

Page 155

Page 154

Page 156



Page 253



Page 255

Page 254

Page 256



Page 261

Page 263

Page 262

Page 264

Page 301



6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 303

1       C E R T I F I C A T E
2 STATE OF NEW YORK   )
3           :SS
4 COUNTY OF NASSAU   )
5       I, Elbia Merino, a Notary Public within and
6 for the State of New York, do hereby certify:
7       That the witness whose examination is
8 hereinbefore set forth was duly sworn and that such an
9 examination is a true record of the testimony given by
10 such witness.
11       I further certify that I am not related to
12 any of these parties to this action by blood or
13 marriage, and that I am not in any way interested in
14 the outcome of this matter.
15       IN WITNESS WHEREOF, I have hereunto set my
16 hand on this 7th day of February, 2020.
17       _signature_
18
19
20
21
22
23
24
25

Page 302

1       PROOFREADER'S CERTIFICATE
2
3 In The Matter of:   RIPPLE LABS, INC.
4 Witness:       David Schwartz
5 File Number:       NY-09875-A
6 Date:       Thursday, January 30, 2020
7 Location:       New York, NY
8
9       This is to certify that I, Maria E. Paulsen,
10 (the undersigned), do hereby certify that the
11 foregoing transcript is a complete, true and accurate
12 transcription of all matters contained on the recorded
13 proceedings of the investigative testimony.
14
15 _____   _____
16 (Proofreader's Name)       (Date)
17
18
19
20
21
22
23
24
25

[1/30/2020 10:05 AM] Schwartz_David_20200130

Pages 301 - 303