# Exhibit 17

# REDACTED
# Public Version

```
              IN THE UNITED STATES DISTRICT COURT

                 SOUTHERN DISTRICT OF NEW YORK


SECURITIES AND EXCHANGE        )
COMMISSION,                    )
                               )
           Plaintiff,          )
                               ) Case No.
      v.                       ) 20-Civ-10832(AT)(SN)
                               )
RIPPLE LABS, INC., BRADLEY     )
GARLINGHOUSE, and CHRISTIAN    )
LARSEN,                        )
                               )
           Defendants.         )
_____)




              **SUBJECT TO PROTECTIVE ORDER**



              REMOTE VIDEO DEPOSITION OF

                    BREANNE MADIGAN

                 Tuesday, May 18, 2021






Reported by:
BRIDGET LOMBARDOZZI,
CSR, RMR, CRR, CLR
Job No. 210518LO
```

1



49



50



```
16            How did Xpring support companies that
17    were looking at new use cases?  I assume you
18    mean new cases for XRP?
19         A.   Correct.
10:59:47 20   Q.   How did -- how did the group do that?
21         A.   Again, I'm not intimately familiar,
22    but I can give you my broad understanding --
23         Q.   Sure.
24         A.   -- which is that they -- that they
10:59:56 25   worked with --
```

60

<s>
</s>

```
                                           And I believe
    4    that our employees of Xpring were working with
11:00:12   5    those companies.  I don't know exactly in what
    6    capacity or how.
```



```
             22        Q.   Did you arrive at that more complete
             23   picture?
             24        A.   Not exactly.  I don't think I'd call
11:01:50     25   it a complete picture, but in talking to Ethan,
```

62

```
11:01:54   1   I learned a little bit more about what his group
           2   ████████████████████████████████████████
           3   ████████████████████████████████████████
           4   ████████████████████████████████████████
████████   5   ████████████████
           6       Q.   What do you mean by "leveraging XRP"?
           7       █    ████████████████████████████████
           8       ████████████████████████████         Again, I'm
           9   not intimately familiar.
11:02:14  10       Q.   Who is familiar with that?
          11       A.   Probably Ethan and perhaps others.
          12       █    ████████████████████████████████
          13   ████████████████████████████████████████
          14       █
████████  15       █    ████████████████████████████████
          16   ████████████████████████████████████████
          17   ████████████████████████████████████████
          18   ████████████████████████████████████████
          19   ████████████████
████████  20       █    ████████████████████████████████
          21   ████████████████████████████████
          22       █    ████████████████████████████████
          23   ████████████████████████████████████████
          24   ████████████████████████████████████████
████████  25   ████████████████████████████████████████
```

63



11:10:39 25        Q.   Did you come to learn whether any of

71

```
11:10:42   1  these companies were selling their XRPs to fund
           2  their operation?
           3       A.   I don't recall specifically.
           4       Q.   And where -- where would I have to
11:10:49   5  look to sort of refresh your memory as to
           6  whether you came to learn that?
           7       A.   Probably Ethan or somebody in Xpring.
```



72



[redacted content]

```
         19       Q.   Does Ripple earn revenues from ODL?
16:55:34 20       A.   I do not know.
         21       Q.   And who knows at Ripple?
         22       A.   Probably our CFO.
         23       Q.   Who is that?
         24       A.   It was Ron Will.  A new CFO was just
16:55:43 25   recently hired and I don't know her name.
```

314



387

```
 1   STATE OF NEW YORK      )
 2                          ) ss:
 3   COUNTY OF NEW YORK     )
```

 4         I hereby certify that the witness in the
 5   foregoing deposition, BREANNE MADIGAN, was by me
 6   remotely duly sworn to testify to the truth, the whole
 7   truth and nothing but the truth, in the within-entitled
 8   cause; that said deposition was taken at the time and
 9   place herein named; and that the deposition is a true
10   record of the witness's testimony as reported by me, a
11   duly certified shorthand reporter and a disinterested
12   person, and was thereafter transcribed into typewriting
13   by computer.
14         I further certify that I am not interested in
15   the outcome of the said action, nor connected with nor
16   related to any of the parties in said action, nor to
17   their respective counsel.
18         IN WITNESS WHEREOF, I have hereunto set my
19   hand this 20th day of May, 2021.
20         Reading and Signing was:
21   ___ requested   ___ waived   _X_ not requested.
22
23
24                    *[signature: Bridget Lombardozzi]*
25         BRIDGET LOMBARDOZZI, CSR, RMR, CRR

407