# Exhibit 18

# REDACTED
# Public Version



-1- Highly Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.     RPLI_SEC 0072060



The Company continually reviews the guidance provided by regulators, including the SEC, and has invested in, and received, a legal memorandum from a reputable law firm that supports a finding that XRP is not a security under U.S. law



-2-Highly Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.　　　　RPLI_SEC 0072061



-3- Highly Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.        RPLI_SEC 0072062



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.     RPLI_SEC 0072063



-5- Highly Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.    RPLI_SEC 0072064



-6-Highly Confidential