# Exhibit 19

# REDACTED
# Public Version

| | |
|---|---|
| To: | ▮ |
| From: | Phil Rapoport[phil@ripple.com] |
| Sent: | Sat 1/31/2015 6:44:02 PM (UTC) |
| Subject: | Fwd: Ripple Not A Security |

ATT00001.htm
Ripple - Memo re XRP is not a Security(80703728_12).DOCX

Hi ▮
Here is a first draft from ▮ on why XRP is *not* a security. We have asked for a few small edits/changes, so this is not a final draft, but I wanted to get something in your hands ASAP.

▮

Have a great weekend,
Phil

CONFIDENTIAL

RPLI_SEC 0481364

CONFIDENTIAL

RPLI_SEC 0481365

CONFIDENTIAL

RPLI_SEC 0481366

CONFIDENTIAL

RPLI_SEC 0481367

CONFIDENTIAL

RPLI_SEC 0481368

CONFIDENTIAL

RPLI_SEC 0481369

CONFIDENTIAL

RPLI_SEC 0481370

CONFIDENTIAL

RPLI_SEC 0481371

CONFIDENTIAL

RPLI_SEC 0481372

CONFIDENTIAL

RPLI_SEC 0481373

CONFIDENTIAL

RPLI_SEC 0481374

CONFIDENTIAL

RPLI_SEC 0481375