# Exhibit 20

# REDACTED
# Public Version

Message

**From:** Ryan Zagone [zagone@ripple.com]
**Sent:** 5/17/2017 10:21:06 AM
**To:** Miguel Vias [Miguel Vias <mvias@ripple.com>]; Vijay Chetty [Vijay Chetty <vijay@ripple.com>]; Shanna Leonard [Shanna Leonard <shanna@ripple.com>]; Monica Long [Monica Long <monica@ripple.com>]; Warren Paul Anderson [Warren Paul Anderson <warren@ripple.com>]; Tim Lewkow [Tim Lewkow <tim@ripple.com>]; Nikolaos Bougalis [Nikolaos Bougalis <nikb@ripple.com>]; Emi Yoshikawa [Emi Yoshikawa <emi@ripple.com>]
**Subject:** XRP Working Group Update

Hi XRP Team -

I haven't been able to attend the XRP working group meetings lately, but I want to share an update on the regulatory engagement being done in three key markets. [REDACTED]

[REDACTED]

- [REDACTED]
- [REDACTED]

[REDACTED]

- [REDACTED]
- [REDACTED]

[REDACTED]

- [REDACTED]
- [REDACTED]

[REDACTED]

Ryan

# Blank Page

Message

**From:** Ryan Zagone [zagone@ripple.com]
on behalf of Ryan Zagone <zagone@ripple.com> [zagone@ripple.com]
**Sent:** 9/4/2018 7:55:11 PM
**To:** Brad Garlinghouse [Brad Garlinghouse <brad@ripple.com>]
**CC:** Fidan Efendy [Fidan Efendy <fidan@ripple.com>]
**Subject:** Update on DC Trips

Hi Brad,

Attached is a prioritized list of meetings we are pursuing for your Sept 25 - 26 trip to DC. [REDACTED] with me going to DC the week before to cover other outreach. [REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

--

Ryan Zagone
Director of Regulatory Relations | Ripple
zagone@ripple.com | ripple.com