# Exhibit 21

# REDACTED
# Public Version



RPLI_SEC 0424646



RPLI_SEC 0424647



RPLI_SEC 0424648

Blank Page

Message



RPLI_SEC 0511563

███████

I've been thinking through the ███ discussion we had with ████████

████████████████████████████████████████████████████████████
███████████████████████████████████████████████████
████████████████████████████████████

████████████████████████████████████
████████████████████████████████████████████████

*Ryan*

--

Ryan Zagone
Director of Regulatory Relations | Ripple
zagone@ripple.com | ripple.com

ripple

--



--

RPLI_SEC 0511564



RPLI_SEC 0511565