Exhibit 22

REDACTED
Public Version



Highly Confidential Discovery Material



Highly Confidential Discovery Material



Thank you for Phil and Norman and Karen that you will get a letter on the fact XRP is not a security. Please forward to us once you get them. Privilege Material Redacted

Privilege Material Redacted



Blank Page

