# Exhibit 23

# REDACTED
# Public Version

| | |
|---|---|
| **Message** | |
| **From:** | Rachel Harbison [rharbison@thehatchagency.com] |
| **Sent:** | 1/7/2019 5:25:50 PM |
| **To:** | Ryan Zagone [zagone@ripple.com] |
| **CC:** | Rachel Struxness [rstruxness@ripple.com]; Comms [comms@ripple.com]; Ripple [ripple@thehatchagency.com] |
| **Subject:** | Re: Suggested Tweet 1.7.19 |

Thanks for sharing, we will keep this all in mind moving forward for the time being. Appreciate the insights!

On Mon, Jan 7, 2019 at 4:41 PM Ryan Zagone <zagone@ripple.com> wrote:



HIGHLY CONFIDENTIAL DISCOVERY MATERIAL                                                                                           HATCH0033295

[redacted content]

--

Ryan Zagone
Director of Regulatory Relations | Ripple
zagone@ripple.com | ripple.com

--

Rachel Struxness
Corporate Communications | Ripple

--

Ryan Zagone
Director of Regulatory Relations | Ripple
zagone@ripple.com | ripple.com

--

Rachel Harbison
The Hatch Agency
858.401.2122
rharbison@thehatchagency.com

HIGHLY CONFIDENTIAL DISCOVERY MATERIAL

HATCH0033296