# Exhibit 24

# REDACTED
# Public Version

| | |
|---|---|
| **From:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Sent:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **To:** | Cameron Kinloch <cameron@ripple.com> |
| **Cc:** | ▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Subject:** | ▓▓▓▓ |

Hi Cameron,

I´ve compiled a few ideas regarding our conversation last Friday on the impact of selling programs.



CONFIDENTIAL

GSR00012693