# Exhibit 26

# REDACTED
# Public Version

**From:** GSR ███████████████████
**Sent:** ███████████████████████████
**To:** ███████████████████████████
**Cc:** Phillip Rapoport <phil@ripple.com>
**Subject:** ████████████████████████

████

████████████████████████████████████

  ██████████████████████████████████████

  ██

  ██

    ████████████████████████████████████████████████████
    ███████████████████████████████████

    ████████████

    ██████████████████████████████████████

      ███████████████████████

      ██████████████████████████████

      ████████████████████████████████████████

      ████

      ██

      ████████████████████████████████████████████
      ██
      ████

        ██████████████████████

        ██████████████████████████

        ████████████████████████████████████████████

        ████████████

        ██
CONFIDENTIAL                                                                                          GSR00000208

<mark>
<mark>


<mark>CONFIDENTIAL	GSR00000209</mark>