# Exhibit 27

# REDACTED
# Public Version

Message

love this idea of making this a 3rd party and agree that helps validate the case.
only concern w/ [redacted] is whether it's perceived negatively given he is 'on the payroll' so to speak, i.e. the [redacted] effect on the cftc story



CONFIDENTIAL RPLI_SEC 0423326

CONFIDENTIAL RPLI_SEC 0423327