# Exhibit 28

# REDACTED
# Public Version

