UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES & EXCHANGE COMMISSION,

    Plaintiff,

v.

RIPPLE LABS INC.,
BRADLEY GARLINGHOUSE,
and CHRISTIAN A. LARSEN,
    Defendants.

No. 20-cv-10832 (AT)

---

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Nicole Tatz of the law firm Cleary Gottlieb Steen & Hamilton LLP hereby appears in the above-captioned action as counsel for Defendant Bradley Garlinghouse and requests that all papers in this action be served upon, and all communications directed to, the undersigned at the address provided below.

Dated: Washington, DC
       June 10, 2021

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:   /s/ Nicole Tatz
       Nicole Tatz
       ntatz@cgsh.com
       2112 Pennsylvania Avenue NW
       Washington, DC 20037
       Tel: (202) 974-1973

*Attorney for Bradley Garlinghouse*