# EXHIBIT A

| | |
|---|---|
| **From:** | Zornberg, Lisa |
| **To:** | Tenreiro, Jorge; Moye, Robert M.; Stewart, Ladan F; Daniels, Jon; Hanauer, Benjamin J.; Waxman, Daphna A.; Sylvester, Mark |
| **Cc:** | Ceresney, Andrew J.; "Kellogg, Michael K."; "Figel, Reid M."; "Flumenbaum, Martin"; "Gertzman, Michael E"; "Linsenmayer, Robin"; "Bunting, Kristina"; "Solomon, Matthew"; "nbamberger@cgsh.com"; "Levander, Samuel"; Guo, Joy; Gulay, Erol |
| **Subject:** | SEC Discovery Obligations |
| **Date:** | Thursday, June 03, 2021 11:05:43 AM |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mark, thank you for your letter last night.  Critically, however, it omits:
--  any commitment to produce the OIEA documents by a date certain
-- any commitment to produce internal memoranda by a date certain
-- any commitment to search the FinHub mailbox – an obvious repository of potentially relevant evidence which the SEC is obligated to search pursuant to the Court's April 6 Order to "[s]earch all of the relevant repositories for documents and discovery" for meetings and communications by the SEC with external third parties relating to XRP, bitcoin or ether.

Please respond to Ripple on these items today. We also encourage you to rethink your opposition to producing the SEC's trading policies on employee ownership/trading in XRP and other cryptocurrencies (RFP 26, 27, 28).

We are available to meet and confer on these items today if helpful.

Lisa


**Lisa Zornberg** │ Partner │ Debevoise & Plimpton LLP │ lzornberg@debevoise.com │ +1 212 909 6945 │ www.debevoise.com



This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.