# EXHIBIT D

| | |
|---|---|
| **From:** | Gulay, Erol |
| **To:** | Stewart, Ladan F; "Flumenbaum, Martin"; "Gertzman, Michael E"; "Linsenmayer, Robin"; "Bunting, Kristina"; "Solomon, Matthew"; "Janghorbani, Alexander"; "Bamberger, Nowell D."; "Levander, Samuel"; Ceresney, Andrew J.; Zornberg, Lisa; Guo, Joy; Ford, Christopher S.; Cowan, Jennifer R.; Gressel, Anna |
| **Cc:** | Tenreiro, Jorge; Bliss, Dugan; Sylvester, Mark; Waxman, Daphna A.; Daniels, Jon; Moye, Robert M.; Hanauer, Benjamin J. |
| **Subject:** | RE: SEC v. Ripple - discovery letter |
| **Date:** | Thursday, May 27, 2021 9:03:59 PM |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Counsel,

In your letter of May 26, you indicated that you are in the process of reviewing interagency communications for privilege and that the privilege review and logging process would "take some time." (Letter from Ladan F. Stewart, at 2.) You also proposed that the parties agree to exchange privilege logs by June 18. (*Id.*)

Ripple agrees to begin rolling productions of its privilege logs by June 18, and to complete its production of privilege logs by July 2, on the condition that the SEC produce on June 18 a privilege log of any interagency communications withheld or redacted for privilege, continue to produce privilege logs on a rolling basis thereafter, and complete its privilege log production by July 2. Let us know if the SEC will agree to that proposal.

Thanks,
Erol

**Debevoise & Plimpton**

**Erol Gulay**

egulay@debevoise.com
+1 212 909 6549 (Tel)

919 Third Avenue
New York, NY 10022

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Stewart, Ladan F [mailto:stewartla@SEC.GOV]
**Sent:** Wednesday, May 26, 2021 17:27
**To:** 'Flumenbaum, Martin'; 'Gertzman, Michael E'; 'Linsenmayer, Robin'; 'Bunting, Kristina'; 'Solomon, Matthew'; 'Janghorbani, Alexander'; 'Bamberger, Nowell D.'; 'Levander, Samuel'; Ceresney, Andrew J.; Zornberg, Lisa; Guo, Joy; Ford, Christopher S.; Gulay, Erol; Cowan, Jennifer R.; Gressel, Anna

**Cc:** Tenreiro, Jorge; Bliss, Dugan; Sylvester, Mark; Waxman, Daphna A.; Daniels, Jon; Moye, Robert M.; Hanauer, Benjamin J.
**Subject:** SEC v. Ripple - discovery letter

Counsel:

Please see attached correspondence.

Ladan

**Ladan F. Stewart**
U.S. Securities and Exchange Commission
Division of Enforcement | New York Regional Office
200 Vesey Street, Suite 400 | New York, NY 10281
212.336.0153 | stewartla@sec.gov