USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES & EXCHANGE COMMISSION,

Plaintiff,

v.

RIPPLE LABS INC.,
BRADLEY GARLINGHOUSE,
and CHRISTIAN A. LARSEN,
Defendants.

No. 20-cv-10832 (AT) (SN)

---

## ORDER GRANTING DEFENDANTS' BRADLEY GARLINGHOUSE AND CHRISTIAN A. LARSEN MOTION FOR THE ISSUANCE OF LETTERS OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

This matter having arisen upon motion by Defendants Bradley Garlinghouse and Christian A. Larsen (the "Individual Defendants") for this Court to issue the Letters of Request to the Central Authorities of the United Kingdom of Great Britain and Northern Ireland, the Cayman Islands, the British Virgin Islands, the Hong Kong Special Administrative Region of China, the Republic of Singapore, the Republic of Seychelles, the Republic of Korea, and the Republic of Malta, and it appearing that these Letters of Request are appropriate,

IT IS ORDERED, that this Court shall issue the Letters of Request in the form appearing at the Individual Defendants' motion for issuance of Letters of Request for International Judicial Assistance as Exhibits 2 through 17.

Dated: June 14, 2021

By: _____
United States Magistrate Judge

## List of Persons to Be Notified

*Counsel for Bradley Garlinghouse:*

**Cleary Gottlieb Steen & Hamilton LLP**
Matthew C. Solomon
Nowell D. Bamberger
2112 Pennsylvania Ave NW
Washington, D.C. 20037
United States of America
Telephone: (202) 974-1500

Alexander J. Janghorbani
Samuel L. Levander
Lucas D. Hakkenberg
One Liberty Plaza
New York, New York 10006
United States of America
Telephone: (212) 225-2000

*Counsel for Christian A. Larsen:*

**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
Martin Flumenbaum
Michael E. Gertzman
Justin D. Ward
Kristina A. Bunting
1285 Avenue of the Americas
New York, NY 10019
United States of America
Telephone: (212) 373-3000

Meredith R. Dearborn
Robin Linsenmayer
943 Steiner St.
San Francisco, CA 94117
United States of America
Telephone: (212) 373-3000

*Counsel for Ripple Labs, Inc.:*

**Debevoise & Plimpton, LLP**
Andrew J. Ceresney
Mary Jo White
Lisa R. Sornberg
Joy Guo

Christopher S. Ford
919 Third Avenue
New York, NY 10022
United States of America
Telephone: (212) 909-6000

**Kellogg, Hansen, Todd, Figel & Frederick: PLLC**
Michael K. Kellogg
Reid M. Figel
Lillian V. Smith
George G. Rapawy
Eliana M. Pfeffer
Collin White
Bradley E. Oppenheimer
1615 M Street, N.W.
Washington, DC 20036
United States of America
Telephone: (202) 326-7900

*Counsel for the Securities and Exchange Commission:*

Richard Best
Kristina Littman
Preethi Krishnamurthy
Jorge G. Tenreiro
Mark Sylvester
John O. Enright
Daphna A. Waxman
Jon A. Daniels
200 Vesey St #400
New York, NY 10281
United States of America
(212) 336-1100