

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

June 22, 2021

Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square, Courtroom 219
New York, N.Y. 10007

Re:   *SEC v. Ripple Labs, Inc., et al.*, No. 20-cv-10832 (AT) (SN) (S.D.N.Y.)

Dear Judge Netburn:

Plaintiff Securities and Exchange Commission ("SEC") respectfully requests the Court's approval of a briefing size and schedule, with Defendants' consent, for purposes of a discovery dispute on which the parties have reached an impasse.

The SEC intends to file a motion to quash a deposition subpoena served by Defendants ("Motion") on a former SEC official. The parties have agreed to the following briefing size and schedule with respect to the Motion.

- On June 24, 2021, the SEC would file the letter Motion, not to exceed eight pages.
- On July 1, 2021, Defendants would oppose the SEC's Motion, in a letter brief not to exceed eight pages.
- On July 8, 2021, the SEC would file its reply in further support of the Motion, in a letter brief not to exceed four pages.

The SEC respectfully requests that the Court approve the foregoing briefing size and schedule, which will permit the Court to fully consider the factual basis and legal issues raised in the Motion.

Respectfully submitted,

Jorge G. Tenreiro

cc: All parties (via ECF).