AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Securities and Exchange Commission )
*Plaintiff* )
v. ) Case No. 20 Civ. 10832
Ripple Labs, Inc., et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Securities and Exchange Commission .

Date: 06/23/2021

/s/ Daphna A. Waxman
*Attorney's signature*

Daphna Abrams Waxman, DW1140
*Printed name and bar number*

Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281
*Address*

waxmand@sec.gov
*E-mail address*

(212) 336-1012
*Telephone number*

*FAX number*