UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br>          v.<br><br>RIPPLE LABS, INC.,<br>BRADLEY GARLINGHOUSE,<br>and CHRISTIAN A. LARSEN,<br><br>                              Defendants. | No. 1:20-cv-10832 (AT)<br><br>**NOTICE OF APPEARANCE** |

Please take notice that Sarah J. Prostko of Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby enters her appearance as counsel in the above-captioned action for Defendant Christian A. Larsen and requests that all future correspondence and papers be served upon the undersigned.

Dated: June 25, 2021
         New York, New York

                                        /s/ Sarah J. Prostko
                                            Sarah J. Prostko
                                        PAUL, WEISS, RIFKIND, WHARTON
                                        & GARRISON LLP
                                        1285 Avenue of the Americas
                                        New York, NY 10019-6064
                                        Telephone:  (212) 373-3000
                                        Fax:            (212) 757-3990
                                        sprostko@paulweiss.com

                                        *Counsel for Defendant Christian A. Larsen*