```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION.,

                                                **Plaintiff,**                        **20-CV-10832 (AT) (SN)**

       -against-                                                  **ORDER**

RIPPLE LABS, INC., et al.,

                                            **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       A telephonic conference is scheduled for Thursday, July 15, 2021, at 3:00 p.m. to discuss the SEC's pending motion to quash. ECF No. 255. Members of the public and press may listen to the proceedings at the following numbers:

               USA:  (844) 291-5490
            International:  (409) 207-6993
            Access Code: 4917104 #

Unauthorized recording and rebroadcasting of the conference (e.g., YouTube, Twitch, audio-only streams, etc.) is strictly prohibited. Any unauthorized recordings will be investigated, and anyone found to engage in such behaviors may be subject to criminal sanctions.

**SO ORDERED.**

                                                           _____
                                                            SARAH NETBURN
                                                            United States Magistrate Judge

Dates: July 15, 2021
           New York, New York