KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

July 19, 2021

**VIA ECF**
Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *SEC v. Ripple Labs Inc. et al.*, No. 20-cv-10832 (AT)(SN) (S.D.N.Y.)

Dear Judge Netburn:

We write jointly on behalf of Plaintiff Securities and Exchange Commission ("SEC"), and Defendants Ripple Labs, Inc., Bradley Garlinghouse, and Christian A. Larsen (collectively, "Defendants") to update the Court on the progress of our meet-and-confer discussions regarding the deposition of William Hinman, scheduled for July 27, 2021.

The parties have made significant progress in discussing the claims and objections of privilege that may apply to Mr. Hinman's testimony. We have reached an understanding, reflecting a compromise by all parties, pursuant to which the Defendants may examine Mr. Hinman on various issues without triggering a privilege objection from the SEC. Based on our discussions, the parties do not currently believe it will be necessary to seek the Court's assistance prior to Mr. Hinman's the deposition.

All parties reserve, and do not waive, their respective rights with respect to Mr. Hinman's deposition, including but not limited to seeking further guidance from the Court in advance of the deposition, invoking rights under Fed. R. Civ. P. 72, posing questions to Mr. Hinman, making objections or giving instructions to Mr. Hinman during the deposition, and filing motions after the deposition. In addition, the parties reserve all rights with respect to the application of the deliberative process and other privileges as they may relate to the testimony of other witnesses, and to documents produced or withheld during discovery.

We thank the Court for its assistance, and for giving the parties additional time to meet and confer.

Hon. Sarah Netburn
July 19, 2021
Page 2

Respectfully submitted,

*/s/ Jorge G. Tenreiro*
Jorge G. Tenreiro

U.S. Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Suite 400
New York, NY 10281

*Counsel for Plaintiff Securities and Exchange Commission*

*/s/ Michael K. Kellogg*
Michael K. Kellogg

KELLOGG, HANSEN, TODD, FIGEL,
& FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036
+1 (202) 326-7900

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
+1 (212) 909-6000

*Counsel for Defendant Ripple Labs Inc.*

CLEARY GOTTLIEB STEEN & HAMILTON
2112 Pennsylvania Avenue NW
Washington, DC 20037
+1 (202) 974-1680

*Counsel for Defendant Bradley Garlinghouse*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
+1 (212) 373-3000

*Counsel for Defendant Christian A. Larsen*