AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Securities and Exchange Commission <br> *Plaintiff* <br> v. <br> Ripple Labs, Inc., et al. <br> *Defendant* | Case No. 20-cv-10832-AT-SN |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Securities and Exchange Commission.

Date: 07/30/2021

/s/ Pascale Guerrier
*Attorney's signature*

Pascale Guerrier - PG6763
*Printed name and bar number*

Securities and Exchange Commission
Brookfield Place
200 Vesey Street, Suite 400
New York, N.Y. 10281
*Address*

guerrierp@sec.gov
*E-mail address*

(212) 336-5473
*Telephone number*

*FAX number*