UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>RIPPLE LABS INC.,<br> BRADLEY GARLINGHOUSE,<br> and CHRISTIAN A. LARSEN,<br><br>  Defendants. | No. 20-cv-10832 (AT) |

## NOTICE OF MOTION TO OBTAIN INTERNATIONAL DISCOVERY

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and all prior proceedings in this case, Defendant Bradley Garlinghouse will move this Court to issue under its seal and signature the attached Letter of Request (Exhibit 2 to the enclosed Memorandum of Law) on behalf of Mr. Garlinghouse to obtain documents from the following foreign third parties:

Binance Holdings Limited
Govnrs Square Ste 5-204 23 Lime Tree Bay Ave.,
P.O. Box 2547
George Town, Grand Cayman, KY1-1104

For the reasons set forth in the attached supporting Memorandum of Law, Mr. Garlinghouse respectfully requests that the Court issue the attached Letter of Request for International Assistance pursuant to 28 U.S.C. § 1781(b)(2) compelling the above-listed entity to produce documents so that the Mr. Garlinghouse can receive evidence before the close of fact discovery.

We understand that the Plaintiff the Securities and Exchange Commission does not object to this motion.

Dated:  August 2, 2021

        Respectfully submitted,

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        */s/ Matthew C. Solomon*

        Matthew C. Solomon
        Nowell D. Bamberger
        Nicole Tatz
        2112 Pennsylvania Avenue, N.W.
        Washington, DC 20037
        202-974-1500

        Alexander Janghorbani
        Samuel Levander
        Lucas Hakkenberg
        One Liberty Plaza
        New York, NY 10006 212-225-2000

        *Attorneys for Bradley Garlinghouse*