UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

x

SECURITIES & EXCHANGE
COMMISSION v. RIPPLE LABS INC.,　　　Case No. 20-cv-10832 (AT)
BRADLEY GARLINGHOUSE, AND
CHRISTIAN A. LARSEN

x

**NOTICE OF MOTION OF LUCAS D. HAKKENBERG TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that, upon the accompanying Declaration, Lucas D. Hakkenberg will move this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a day and time to be determined by the Court, pursuant to this Court's Local Civil Rule 1.4, for leave to withdraw as counsel for Bradley Garlinghouse.

PLEASE TAKE FURTHER NOTICE that other attorneys at Cleary Gottlieb Steen & Hamilton LLP will continue to be counsel of record for Bradley Garlinghouse in this action.

Dated:　August 4, 2021
　　　　New York, New York

　　　　　　　　By:　/s/　Lucas D. Hakkenberg
　　　　　　　　　　　Lucas D. Hakkenberg
　　　　　　　　　　　lhakkenberg@cgsh.com
　　　　　　　　　　　CLEARY GOTTLIEB STEEN & HAMILTON LLP
　　　　　　　　　　　One Liberty Plaza
　　　　　　　　　　　New York, New York 10006
　　　　　　　　　　　Tel: (212) 225-2326