UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

x

SECURITIES & EXCHANGE
COMMISSION v. RIPPLE LABS INC.,
BRADLEY GARLINGHOUSE, AND
CHRISTIAN A. LARSEN

Case No. 20-cv-10832 (AT)

x

**DECLARATION OF LUCAS D. HAKKENBERG PURSUANT TO LOCAL RULE 1.4**

I, Lucas D. Hakkenberg, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a member of the bar of the State of New York and am admitted to practice before the United States District Court for the Southern District of New York. On January 11, 2021, I appeared in the above-captioned case.

2. I respectfully submit this declaration pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York in support of my motion for leave to withdraw as counsel for Bradley Garlinghouse in this action.

3. Following August 6, 2021, I will no longer be associated with Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb").

4. Matthew C. Solomon, Nowell D. Bamberger, Alexander J. Janghorbani, Nicole Tatz and Samuel Levander from Cleary Gottlieb have also appeared in this action on behalf of Bradley Garlinghouse and will continue to be counsel of record. Accordingly, no delay or prejudice to any party will result from my withdrawal.

5. No retaining or charging lien is being asserted.

Dated: August 4, 2021
     New York, New York                                          /s/ Lucas D. Hakkenberg
                                                                                Lucas D. Hakkenberg