UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

x

SECURITIES & EXCHANGE
COMMISSION v. RIPPLE LABS INC.,      Case No. 20-cv-10832 (AT)
BRADLEY GARLINGHOUSE, AND
CHRISTIAN A. LARSEN


x

**PROPOSED ORDER**

Upon the motion for Lucas D. Hakkenberg for leave to withdraw from this action as counsel for Bradley Garlinghouse, IT IS HEREBY ORDERED:

1. The motion is granted.

SO ORDERED.

Dated:

_____
United States District Judge