# EXHIBIT O

```
L465secC
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

SECURITIES and EXCHANGE
COMMISSION,

        Plaintiff,

   v.                                 20 Civ. 10832 (AT)(SN)
                                   Remote Proceeding

RIPPLE LABS, INC., et al.,

        Defendants.

------------------------------x

                                 New York, N.Y.
                                 April 6, 2021
                                 2:00 p.m.

Before:

                    HON. SARAH NETBURN,

                               U.S. Magistrate Judge

                        APPEARANCES

SECURITIES and EXCHANGE COMMISSION
    Attorneys for Plaintiff SEC
BY:  JORGE G. TENREIRO
     DUGAN BLISS
     DAPHNA A. WAXMAN
     JON A. DANIELS
     LADAN STEWART

CLEARY GOTTLIEB STEEN & HAMILTON, LLP
    Attorneys for Defendant Bradley Garlinghouse
BY:  MATTHEW SOLOMON

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
    Attorneys for Defendant Christian A. Larsen
BY:  MARTIN FLUMENBAUM
     MICHAEL GERTZMAN
     MEREDITH DEARBORN

|   |   |
|---|---|
| 1 | I am just looking at the actual requests themselves.  I know we |
| 2 | have been talking about requests 4, 7, 8, 11, and 14.  Search |
| 3 | all of the relevant repositories for documents and discovery |
| 4 | related to communications to third-parties.  In addition, I am |
| 5 | ordering that discovery be conducted of all 19 custodians.  I |
| 6 | don't think that the SEC's arguments, as set forth within their |
| 7 | letters and again today, are a legitimate basis given the |
| 8 | relevancy standard to preclude discovery here.  19 custodians |
| 9 | for an incredibly high-stakes, high-value litigation is not |
| 10 | unreasonable, and given the three different categories of |
| 11 | grounds not to produce documents, I don't think that that is a |
| 12 | legitimate basis so I am going to direct that the SEC search |
| 13 | all 19 custodians for relevant and responsive documents. |
| 14 | I am going to deny in part the request for discovery |
| 15 | that is internal, and specifically internal, for instance |
| 16 | e-mail communications between what I will call the SEC staff to |
| 17 | SEC staff.  I think that that communication both is less |
| 18 | relevant as it goes to how the outside world -- how the market |
| 19 | is considering XRP and how the individual defendants, how it |
| 20 | affects their reasonable belief, and I also think that there |
| 21 | are likely to be extensive privilege issues there and I think |
| 22 | it has the potential to seriously chill government |
| 23 | deliberations and so I am not going to require communications |
| 24 | to be produced that are internal e-mail communications within |
| 25 | the agency.  If you want the parties to meet and confer -- and |