# CLEARY GOTTLIEB STEEN & HAMILTON LLP

NEW YORK
PARIS
BRUSSELS
LONDON
FRANKFURT
COLOGNE
MOSCOW

2112 Pennsylvania Avenue, NW
Washington, DC 20037-3229
T: +1 202 974 1500
F: +1 202 974 1999

clearygottlieb.com

ROME
MILAN
HONG KONG
BEIJING
BUENOS AIRES
SÃO PAULO
ABU DHABI
SEOUL

**VIA ECF**　　　　　　　　　　　　　　　　　　　　　　　August 9, 2021
Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

　　　　　　　Re: <u>SEC v. Ripple Labs Inc. et al.,</u> No. 20-cv-10832 (AT) (SN) (S.D.N.Y.)

Dear Judge Netburn:

　　　On behalf of Defendants Bradley Garlinghouse, Christian Larsen, and Ripple Labs Inc. ("Defendants"), we anticipate filing a letter request for a Local Rule 37.2 conference to address a discovery dispute between Defendants and the SEC (collectively, the "Parties") regarding the latter's assertion of deliberative process privilege with respect to documents withheld in this litigation. The Parties have conferred and believe that a modest page-limit extension would facilitate the presentation of these issues for the Court's consideration. We therefore respectfully request that the Court grant the Parties leave (i) for each of Defendants and the SEC to file eight-page letters, and (ii) for the SEC to have five days to respond to Defendants' letter.

　　　We are available to respond to any questions the Court may have.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Matthew C. Solomon*