

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

August 9, 2021

**VIA ECF**

Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY  10007

**Re:  SEC v. Ripple Labs Inc., et al., No. 20-cv-10832(AT)(SN) (S.D.N.Y.)**

Dear Judge Netburn:

We write on behalf of Defendant Ripple Labs Inc., pursuant to Part I.G of the Court's Individual Practices, and with the consent of the SEC, to request that the deadline for Ripple's response to the SEC's August 9, 2021 letter-motion (ECF No. 282) ("Letter-Motion") be extended two business days from Thursday, August 12 to Monday, August 16.

Ordinarily, Ripple's response would be due on Thursday, August 12.  Ripple respectfully requests an additional two business days to fully respond to the Letter-Motion.  This is Ripple's first request for an extension of time.

Respectfully submitted,


/s/ Andrew Ceresney_____
Mary Jo White
Andrew J. Ceresney
(ajceresney@debevoise.com)
Lisa Zornberg
Christopher S. Ford
Joy Guo
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
+1 (212) 909-6000


*Attorneys for Defendant Ripple Labs Inc.*

www.debevoise.com