**Appendix A**
*Document filed under seal*