

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

August 11, 2021

Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square, Courtroom 219
New York, N.Y. 10007

Re:    *SEC v. Ripple Labs, Inc., et al.*, No. 20 Civ. 10832 (AT) (SN) (S.D.N.Y.)

Dear Judge Netburn:

Pursuant to Part I.G of the Court's Individual Practices, Plaintiff Securities and Exchange Commission ("SEC") respectfully requests that the deadline for the SEC to file a motion to seal, if any, with respect to the exhibits filed with Defendants' August 10, 2021 letter motion (D.E. 289) ("Motion") be extended two business days from Friday, August 13, to Tuesday, August 17, 2021. Any such motion to seal would then be filed together with the SEC's opposition on the merits to the Motion, *see* D.E. 286. This is the SEC's first request for an extension of time for this motion to seal. The SEC requested Defendants' consent to this request by email yesterday but has not received a response.

Respectfully submitted,

Jorge G. Tenreiro

cc: All parties (via ECF).

1