

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

August 11, 2021

**VIA ECF**

Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY  10007

**Re:  SEC v. Ripple Labs Inc., et al., No. 20-cv-10832(AT)(SN) (S.D.N.Y.)**

Dear Judge Netburn:

We write on behalf of Defendant Ripple Labs Inc., pursuant to Part I.G of the Court's Individual Practices, and with the consent of the SEC, to request that the deadline for Ripple to file a motion to seal, if any, with respect to the exhibits filed with the SEC's August 9, 2021 letter motion (ECF No. 282) ("Motion") be extended two business days from Thursday, August 12 to Monday, August 16.  Any such motion to seal would then be filed together with Ripple's opposition on the merits to the Motion.

This is Ripple's first request for an extension of time for this motion to seal.

Respectfully submitted,


/s/ Andrew Ceresney_____
Andrew J. Ceresney
(ajceresney@debevoise.com)
Mary Jo White
Lisa Zornberg
Christopher S. Ford
Joy Guo
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
+1 (212) 909-6000


*Attorneys for Defendant Ripple Labs Inc.*