# Motion Exhibit A Unredacted

Page 1

1  THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION
2
3  In the Matter of:   )
4                     ) File No. NY-09875-A
5  RIPPLE LABS, INC.   )
6
7  WITNESS:  David Schwartz
8  PAGES:   1 through 303
9  PLACE:   Securities and Exchange Commission
10          200 Vesey Street
11          New York, New York
12 DATE:    Thursday, January 30, 2020
13
14    The above entitled matter came on for hearing,
15 pursuant to notice, at 10 05 a.m.
16
17
18
19
20
21
22
23
24       Diversified Reporting Services, Inc.
25            (202) 467-9200

Page 2

1  APPEARANCES:
2
3  On behalf of the Securities and Exchange Commission:
4      DAPHNA A. WAXMAN, ESQ.
5      JON DANIELS, ESQ.
6      MANDY STURMFELZ, ESQ. (via telephone)
7      Securities and Exchange Commission
8      Division of Enforcement
9      200 Vesey Street
10     New York, New York
11
12 On behalf of Witness:
13     ANDREW J. CERESNEY, ESQ.
14     JENNIFER R. COWAN, ESQ.
15     CHRISTOPHER S. FORD, ESQ.
16     Law Offices of Debevoise & Plimpton
17     919 Third Avenue
18     New York, New York
19
20 Also Present:
21     Stu Alderoty, Esq., Ripple
22
23
24
25

Page 3

1                C O N T E N T S
2
3  WITNESS:                              EXAMINATION
4  David Schwartz                             7
5
6  EXHIBITS:   DESCRIPTION                IDENTIFIED
7  69    Background Questionnaire              7
8  70    Resume                                7
9  71    Post                                 75
10 72    Post                                 75
11 73    Document                             92
12 74    Spreadsheet                          99
13 75    Posts                               113
14 76    Thread                              113
15 77    Post                                140
16 78    Agreement                           141
17 79    Q4 2019 XRP Markets Reports         147
18 80    Document                            235
19 81    Table                               242
20 82    XRP Chat                            268
21 83    AMA Reddit                          276
22 84    Reddit post                         285
23 85    Reddit post                         295
24 86    E-mail                              298
25

Page 4

1              P R O C E E D I N G S
2       MS. WAXMAN:  We are on the record at
3  10:05 a.m. on January 30, 2020.
4       Mr. Schwartz, will you please raise
5  your right hand.
6       Do you swear or affirm to tell the
7  truth, the whole truth and nothing but the
8  truth?
9       MR. SCHWARTZ:  I do.
10 Whereupon,
11          DAVID SCHWARTZ
12 was called as a witness and, having been first
13 duly sworn, was examined and testified as
14 follows:
15      MS. WAXMAN:  Please state your full
16 name and spell your name for the record.
17      THE WITNESS:  My full name is David,
18 D-A-V-I-D, Joel, J-O-E-L, Lawrence,
19 L-A-W-R-E-N-C-E, Schwartz, S-C-H-W-A-R-T-Z.
20      MS. WAXMAN:  Thank you.  My name is
21 Daphna Waxman.  With me is Jon Daniels.  We
22 are officers of the Commission for the
23 purposes of this proceeding.  Mandy Sturmfelz
24 is participating by phone from the Washington
25 office.

Page 265

[redacted]

Page 266

17  Q  How often did you e-mail as compared
18  to use Slack?
19  A  I think Slack would have been the
20  preferred means of communication. E-mail
21  would have been more common if it was
22  something that needed to go to multiple people
23  if it required revisions and more
24  conversational. But for me, at least, Slack
25  was my primary means of communication.

[1/30/2020 10:05 AM] Schwartz, David Inv.Test. 1.30.2020

Page 267

1  Q  How widely was Slack used among
2  other employees at Ripple?
3  A  I think the vast majority of
4  employees used Slack as -- if not their
5  primary means, certainly as a very significant
6  means of communication.
7  Q  During what period of time?
8  A  Since very early. Since we first
9  switched to Slack. Probably in 2013. Perhaps
10 even earlier.

Page 268

[redacted]

Pages 265 - 268