# Motion Exhibit B
# Unredacted

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION, Plaintiff,

v.

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN LARSEN, Defendants.

Case No. 20-Civ-10832(AT)(SN)

**SUBJECT TO PROTECTIVE ORDER**

REMOTE VIDEO DEPOSITION OF
BREANNE MADIGAN
Tuesday, May 18, 2021

Reported by:
BRIDGET LOMBARDOZZI,
CSR, RMR, CRR, CLR
Job No. 210518LO

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION, Plaintiff,

v.

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN LARSEN, Defendants.

Case No. 20-Civ-10832(AT)(SN)

Remote Videotaped Deposition of BREANNE MADIGAN taken remotely on behalf of Plaintiff, commencing at 10:17 a.m. and ending at 6:52 p.m., EST, on Tuesday, May 18, 2021, before Bridget Lombardozzi, CCR, RMR, CRR, CLR, and Notary Public of the States of New York and New Jersey, pursuant to notice.

A P P E A R A N C E S (Via Remote where indicated):

For the Plaintiff:

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
BY: JORGE G. TENREIRO, ESQUIRE
DUGAN BLISS, ESQUIRE (Remote)
ROBERT MOYE, ESQUIRE (Remote)
BENJAMIN HANAUER, ESQUIRE (Remote)
DAPHNA A. WAXMAN, ESQUIRE (Remote)
JON A. DANIELS, ESQUIRE (Remote)
LADAN F. STEWART, ESQUIRE
New York Regional Office
200 Vesey Street
Suite 400
New York, New York 10281-1022
Telephone: 212.336.1060
Email: tenreiroj@sec.gov
blissd@sec.gov
moyer@sec.gov
hanauerb@sec.gov
danielsj@sec.gov
stewartl@sec.gov

A P P E A R A N C E S (Continued):

For Defendant Ripple Labs Inc.:

DEBEVOISE & PLIMPTON LLP
BY: LISA ZORNBERG, ESQUIRE
EROL GULAY, ESQUIRE
919 Third Avenue
New York, New York 10022
Telephone: 212.909.6000
E-Mail: Lzornberg@debevoisecom
EGulay@debevoise.com

-and-

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK PLLC
BY: BETHAN JONES, ESQUIRE (Remote)
REID M. FIGEL, ESQUIRE (Remote)
Sumner Square
1615 M Street, N.W.
Suite 400
Washington, D.C. 20036
Telephone: 202.326.7999
E-mail: bjones@kellogghansen.com
rfigel@kellogghansen.com



301

303

Q. And via what medium did you communicate to Mr. Garlinghouse or Zoe your concerns about the accuracy of supply numbers --

A. I'm not sure. Internally we used a lot of e-mail and Slack in most of our communications.

302

304

Breanne Madigan
5/18/2021

[redacted]

337

[redacted]

339

[redacted]

338

[redacted]

340

GRADILLAS COURT REPORTERS
(424) 239-2800

Breanne Madigan
5/18/2021

369
371
370
372