

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

August 20, 2021

**VIA ECF**

Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:  SEC v. Ripple Labs Inc., et al., No. 20-cv-10832(AT) (SN) (S.D.N.Y.)**

Dear Judge Netburn:

We write on behalf of Defendant Ripple Labs Inc. ("Ripple") to request the Court's permission to file the attached sur-reply to the Securities and Exchange Commission's ("SEC") reply in support of its letter-motion seeking an order to compel Ripple to search for and produce additional Slack communications.  *See* ECF No. 302.  "Motions for leave to file sur-reply information [] are subject to the sound discretion of the court," and are often granted where, as here, a party seeks to address new arguments raised in a reply. *See, e.g.*, *Barbour v. Colvin*, 993 F. Supp. 2d 284, 288 (E.D.N.Y. 2014) (internal quotation marks and citation omitted); *see also Stepski v. M/V Norasia Alya*, 2010 WL 11526765, at *1 (S.D.N.Y. Mar. 3, 2010).[1]

In its reply, the SEC has completely mischaracterized 1) Ripple's collection of Slack notification e-mails to date, extrapolating a potential responsiveness rate that is off by many multiples; and 2) a Slack message regarding Mr. Brad Garlinghouse.  Ripple seeks to file the attached sur-reply to correct those misstatements in the SEC's reply for the record.

Respectfully submitted,

Andrew J. Ceresney
(ajceresney@debevoise.com)
Mary Jo White
Lisa Zornberg
Christopher S. Ford
Joy Guo
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
+1 (212) 909-6000
*Attorneys for Defendant Ripple Labs Inc.*

---

[1]  The SEC has indicated that it does not oppose Ripple's motion to file a sur-reply on this issue, but reserves the right to file a response if necessary.

cc:     All parties (via ECF)