UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                                           **Plaintiff,**                        20-CV-10832 (AT) (SN)

       -against-                                                        **ORDER**

RIPPLE LABS, INC., et al.,

                                           **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A telephonic conference is scheduled for Tuesday, August 31, 2021, at 12:00 p.m. to discuss the Defendants' pending motion to compel the SEC to produce certain documents it designated as privileged. ECF No. 289. The Court will contact the parties to establish a conference line and will post a public dial-in number before the conference.

**SO ORDERED.**

                                                           _____
                                                           SARAH NETBURN
                                                           United States Magistrate Judge

Dated:  August 24, 2021
           New York, New York