UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,   :
                                       :
                         Plaintiff,   :   20 Civ. 10832 (AT) (SN)
                                       :
      - against -                    :   ECF Case
                                       :
RIPPLE LABS, INC.,                     :
BRADLEY GARLINGHOUSE, and              :
CHRISTIAN A. LARSEN,                   :
                                       :
                     Defendants,   :
                                       :
-----------------------------------------------------------------------x

**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT MOTION
TO EXTEND THE DEADLINES FOR DEPOSING CERTAIN WITNESSES,
COMPLETING EXPERT DISCOVERY AND POSTPONING
THE FILING OF RULE 56.1 STATEMENTS**

By agreement, Plaintiff Securities and Exchange Commission ("SEC"), and Defendants Ripple Labs, Inc., Bradley Garlinghouse, and Christian A. Larsen (together, "Defendants") jointly request that the Court modify several of the deadlines in this case, and have shown good cause for doing so.

IT IS HEREBY ORDERED THAT:  (1) the SEC may depose Defendants Garlinghouse and Larsen after the close of the August 31, 2021 fact discovery deadline; (2) the current expert discovery deadline will be extended to November 12, 2021; and (3) the date for the parties to exchange their respective Statements of Material Facts pursuant to Local Civil Rule 56.1 ("56.1 Statements") will be deferred, and the parties will submit and agreed or proposed dates for exchanging 56.1 Statements prior to the new expert discovery deadline.

Dated: _____, 2021    By: _____
                                                                        Judge

## List of Persons to Be Notified

*Counsel for Bradley Garlinghouse:*

**Cleary Gottlieb Steen & Hamilton LLP**
Matthew C. Solomon
Nowell D. Bamberger
2112 Pennsylvania Ave NW
Washington, D.C. 20037
Telephone: (202) 974-1500

Alexander J. Janghorbani
Samuel L. Levander
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000

*Counsel for Christian A. Larsen:*

**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
Martin Flumenbaum
Michael E. Gertzman
Justin D. Ward
Kristina A. Bunting
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000

Meredith R. Dearborn
Robin Linsenmayer
943 Steiner St.
San Francisco, CA 94117
Telephone: (212) 373-3000

*Counsel for Ripple Labs, Inc.:*

**Debevoise & Plimpton, LLP**
Andrew J. Ceresney
Mary Jo White
Lisa R. Zornberg
Joy Guo
Christopher S. Ford
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000

**Kellogg, Hansen, Todd, Figel & Frederick: PLLC**
Michael K. Kellogg
Reid M. Figel
Lillian V. Smith
George G. Rapawy
Eliana M. Pfeffer
Collin White
Bradley E. Oppenheimer
1615 M Street, N.W.
Washington, DC 20036
Telephone: (202) 326-7900

*Counsel for the Securities and Exchange Commission*:

Jorge G. Tenreiro
Mark R. Sylvester
Ladan F. Stewart
Pascale Guerrier
Daphna A. Waxman
200 Vesey St #400
New York, NY 10281
(212) 336-1100

Robert M. Moye
Benjamin J. Hanauer
175 W. Jackson Blvd., Suite 1450
Chicago, IL 60604
Telephone: (312) 353-7390