```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION.,

                                             **Plaintiff,**   20-CV-10832 (AT) (SN)

          -against-   **ORDER**

RIPPLE LABS, INC., et al.,

                                             **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       A telephonic conference is scheduled for Tuesday, August 31, 2021, at 12:00 p.m. to discuss the Defendants' pending motion to compel the SEC to produce certain documents it designated as privileged. ECF No. 289. Members of the public may listen to the proceedings at the following numbers:

        USA:  (844) 867-6163
        International:  (409) 207-6969
        Access Code: 9453921 #

Unauthorized recording and rebroadcasting of the conference (e.g., YouTube, Twitch, audio-only streams, etc.) is strictly prohibited. Any unauthorized recordings will be investigated, and anyone found to engage in such behaviors may be subject to criminal sanctions.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                  United States Magistrate Judge

Dates: August 30, 2021
       New York, New York