# EXHIBIT A

# Guerrier, Pascale

| | |
|---|---|
| **From:** | Guerrier, Pascale |
| **Sent:** | Thursday, August 26, 2021 4:40 PM |
| **To:** | 'Gulay, Erol' |
| **Cc:** | Tenreiro, Jorge; 'Guo, Joy'; 'Zornberg, Lisa'; 'Levander, Samuel'; 'Tatz, Nicole'; 'mflumenbaum@paulweiss.com'; 'mgertzman@paulweiss.com'; 'Dearborn, Meredith (mdearborn@paulweiss.com)'; 'Linsenmayer, Robin (rlinsenmayer@paulweiss.com)'; ''Bunting, Kristina' (kbunting@paulweiss.com)'; 'mkellogg@kellogghansen.com'; 'rfigel@kellogghansen.com'; 'Oppenheimer, Bradley E. <boppenheimer@kellogghansen.com> (boppenheimer@kellogghansen.com)'; 'Pfeffer, Eliana M. (epfeffer@kellogghansen.com)'; ''White, Collin R.' (cwhite@kellogghansen.com)'; 'Gressel, Anna'; 'Ford, Christopher S.'; 'Ceresney, Andrew J.'; 'Solomon, Matthew'; 'Janghorbani, Alexander'; 'Bamberger, Nowell D.'; Daniels, Jon; Moye, Robert M.; Hanauer, Benjamin J.; Stewart, Ladan F; Sylvester, Mark; Waxman, Daphna A. |
| **Subject:** | RE: SEC v Ripple; August 25 Meet and Confer-Revised List |
| **Importance:** | High |

Counsel,

We are submitting the revised list below to include additional categories of meetings (*e.g.,* sections 1.e., 1.g. and 2.e.iv.1-6) and exclude one category (section 2.g.v.) from the earlier email sent at 3:16 pm EST.

**Please produce:**

1. General Categories of All-Hands meetings referenced in Ripple's production:
    a. All quarterly All-Hands meeting beginning Q4, 2014
    b. xPring and RippleX All-Hands meetings
    c. Finance All Hands Meetings; *see e.g.*, RPLI SEC 0604994
    d. XRP markets All-Hands, *see e.g.*, RPLI SEC 0751796
    e. Quarterly and Weekly Engineering All-Hands meetings, *see e.g.,* RPLI SEC 0727953
    f. SBI Town Halls, *see e.g.,* Nov. 12, 2019 Town Hall referenced in RPLI SEC 0769901
    g. Quarterly Business Review, *see e.g.*, RPLI SEC 1013495 and RPLI SEC 1009443

2. The following specific meetings:
    a. Code of conduct All-Hands, RPLI SEC 0956199
    b. Wallet send and Prisma All-Hands, RPLI SEC 0629013
    c. 2019 GTM approach weekly All-Hands, RPLI SEC 0728181
    d. November All-Hands takeaways, RPLI SEC 0580449
    e. The following town halls:
        i. 12/22/20 – Meeting to specifically discuss the SEC investigation, RPLI SEC 0336844. <u>We also note that this meeting appears to have been open to third parties.</u>
        ii. 2/26/18 – Discussion of company outlook amid risk of a drop in XRP price, RPLI_SEC 0558519

1

    iii. 3/30/20 – Town hall w/ Brad Garlinghouse discussing XRP and centralized currencies, RPLI_SEC 0597486
    iv. Specific Town Halls referenced in the below emails:
      1. RPLI SEC 0691159
      2. RPLI SEC 06838550
      3. RPLI SEC 0680640
      4. RPLI SEC 0686311
      5. RPLI SEC 0686316
      6. RPLI SEC 1010895
  f. The following fireside chats:
    i. 2/18/18 – Stone ridge fireside chat, RPLI SEC 0742381
    ii. 10/4-7/19 Garlinghouse meetings in NY discussing his thoughts on the SEC looking into Crypto, HATCH0391644
  g. Other:
    i. 11/7/2016 – Compensation committee meeting, RPLI_SEC 0361988
    ii. 1/12/2014 – Thread on trading XRP for shares, RPLI_SEC 0327742
    iii. 1/12/2017 – Discussion of options structure for XRP, RPLI_SEC 0025740
    iv. 5/8/2020 – Market maker contracts for XRP, RPLI_SEC 0502428

Please let us know if you have any questions.

Sincerely,

Pascale Guerrier
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, New York 10281-1022
(212) 336-5473
GuerrierP@sec.gov

---

**From:** Guerrier, Pascale
**Sent:** Thursday, August 26, 2021 3:16 PM
**To:** 'Gulay, Erol' <egulay@debevoise.com>
**Cc:** Tenreiro, Jorge <tenreiroj@SEC.GOV>; Guo, Joy <jguo@debevoise.com>; Zornberg, Lisa <lzornberg@debevoise.com>; Levander, Samuel <slevander@cgsh.com>; Tatz, Nicole <ntatz@cgsh.com>; mflumenbaum@paulweiss.com; mgertzman@paulweiss.com; Dearborn, Meredith (mdearborn@paulweiss.com) <mdearborn@paulweiss.com>; Linsenmayer, Robin (rlinsenmayer@paulweiss.com) <rlinsenmayer@paulweiss.com>; 'Bunting, Kristina' (kbunting@paulweiss.com) <kbunting@paulweiss.com>; mkellogg@kellogghansen.com; rfigel@kellogghansen.com; Oppenheimer, Bradley E. <boppenheimer@kellogghansen.com> (boppenheimer@kellogghansen.com) <boppenheimer@kellogghansen.com>; Pfeffer, Eliana M. (epfeffer@kellogghansen.com) <epfeffer@kellogghansen.com>; 'White, Collin R.' (cwhite@kellogghansen.com) <cwhite@kellogghansen.com>; Gressel, Anna <argressel@debevoise.com>; Ford, Christopher S. <csford@debevoise.com>; Ceresney, Andrew J. <aceresney@debevoise.com>; Solomon, Matthew <msolomon@cgsh.com>; Janghorbani, Alexander <ajanghorbani@cgsh.com>; Bamberger, Nowell D. <nbamberger@cgsh.com>; Daniels, Jon <danielsj@SEC.GOV>; Moye, Robert M. <MoyeR@sec.gov>; Hanauer, Benjamin J. <HanauerB@sec.gov>; Stewart, Ladan F <stewartla@SEC.GOV>; Sylvester, Mark <SylvesterM@SEC.GOV>; Waxman,