# EXHIBIT C

Thanks again Joy. Those are the two documents we believe are related to Zagone.

---

**From:** Guo, Joy <jguo@debevoise.com>
**Sent:** Wednesday, July 7, 2021 6:55 PM
**To:** Waxman, Daphna A. <WaxmanD@SEC.GOV>
**Cc:** Gulay, Erol <egulay@debevoise.com>; Zornberg, Lisa <lzornberg@debevoise.com>; Ceresney, Andrew J. <aceresney@debevoise.com>; Gressel, Anna <argressel@debevoise.com>
**Subject:** RE: SEC v Ripple; Embedded Attachments

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Daphna – We read your request for "any attachments related to" Zagone to refer to the attachments in your earlier email (RPLI 0083483 (embedded attachments include a deck and recording) and RPLI SEC 0302509 (referenced deck)). We are reviewing now and will respond shortly.

Best,
Joy

-----Original Message-----
From: Waxman, Daphna A. [mailto:WaxmanD@SEC.GOV]
Sent: Wednesday, July 07, 2021 17:20
To: Guo, Joy
Cc: Gulay, Erol; Zornberg, Lisa; Ceresney, Andrew J.
Subject: Re: SEC v Ripple; Embedded Attachments

Joy - As a follow up to the below, we also request that you produce any attachments related to Ryan Zagone by Friday along with his other emails.

Thank you, and please let us know if this presents any issues.

Daphna

> On Jul 7, 2021, at 12:08 PM, Waxman, Daphna A. <WaxmanD@sec.gov> wrote:
>
> Hi Joy -
>
> We'd like to request that Ripple produce the embedded or referenced attachments in the following emails:
>
> RPLI SEC 0461847 (two embedded attachments titled "GTM xRapid" and "GTM Speculation")
> RPLI SEC 0662439 (embedded attachments "GTM Speculation")
> RPLI SEC 0441722 (embedded attachment titled "Key Messages, Fast Facts, and FAQs)

> RPLI 0083483 (embedded attachments include a deck and recording)
> RPLI SEC 0302509 (referenced deck)
>
> Thank you, and please confirm you will supplement the production with these documents.
>
> Daphna