

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

August 31, 2021

**VIA ECF**

Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY  10007

**Re:  SEC v. Ripple Labs Inc., et al., No. 20-cv-10832(AT) (SN) (S.D.N.Y.)**

Dear Judge Netburn:

We write on behalf of Defendant Ripple Labs Inc., pursuant to Part I.G of the Court's Individual Practices, and with the consent of the SEC, to request that the deadline for Ripple's response to the SEC's August 30, 2021 letter-motion (ECF No. 319) ("Letter-Motion") be extended two business days from Thursday, September 2 to Tuesday, September 7.  Ripple also requests, with the consent of the SEC, that the deadline for Ripple to file a motion to seal, if any, with respect to the exhibits filed with the Letter-Motion also be extended to September 7.

Ordinarily, Ripple's response would be due on Thursday, September 2.  Ripple respectfully requests an additional two business days to fully respond to the Letter-Motion and to address any outstanding sealing issues.  This is Ripple's first request for an extension of time.

Respectfully submitted,


/s/ Andrew Ceresney_____
Mary Jo White
Andrew J. Ceresney
(ajceresney@debevoise.com)
Lisa Zornberg
Christopher S. Ford
Joy Guo
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
+1 (212) 909-6000

*Attorneys for Defendant Ripple Labs Inc.*

www.debevoise.com