**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

———

(202) 326-7900

FACSIMILE:
(202) 326-7999

August 31, 2021

**VIA ECF**
Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *SEC v. Ripple Labs, Inc.* et al., No. 20-cv-10832 (AT)(SN) (S.D.N.Y.)

Dear Judge Netburn:

      We write on behalf of Defendants Ripple Labs Inc. and Christian A. Larsen (together, "Defendants"), to seek the Court's permission to submit a combined letter motion, of seven pages or fewer, by both Defendants regarding a discovery dispute on which we have reached an impasse with the Securities and Exchange Commission ("SEC").

      We believe that a combined letter of seven pages or fewer, which is below the five-page-per-party limit provided by Section II.C of the Court's Individual Practices in Civil Cases, best serves the interests of judicial economy and efficiency, given the overlapping nature of many of Defendants' arguments.

      The SEC consents to Defendants' request, and we consent to the SEC filing a response that falls within the same requested page limit.

Respectfully submitted,

/s/ Michael K. Kellogg
Michael K. Kellogg
(mkellogg@kellogghansen.com)
Reid M. Figel
Gregory M. Rapawy
KELLOGG, HANSEN, TODD, FIGEL,
& FREDERICK PLLC
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036
+1 (202) 326-7900

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
+1 (212) 909-6000

*Attorneys for Defendant Ripple Labs Inc.*

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

Hon. Sarah Netburn
August 31, 2021
Page 2

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
+1 (212) 373-3000

*Attorneys for Defendant Christian A. Larsen*