UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
SECURITIES AND EXCHANGE COMMISSION, :
: Case No. 1:20-cv-10832-AT-SN
Plaintiff, :
:
vs. : **MOTION FOR ADMISSION**
: **PRO HAC VICE**
RIPPLE LABS INC. et al., :
:
Defendants. :
:
---------------------------------------------------------------- X

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Lilya Tessler hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for *amicus curiae* the Chamber of Digital Commerce in the above-captioned action.

    I am in good standing of the bars of the states of New York and New Jersey and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony nor have I ever been censured, suspended, disbarred or denied admission or readmission by any court. Please find my declaration pursuant to Local Rule 1.3 attached hereto.

Dated: Dallas, Texas
       August 31, 2021

Respectfully submitted,

By: /s/ Lilya Tessler
    Lilya Tessler
    SIDLEY AUSTIN LLP
    2021 McKinney Avenue #2000
    Dallas, TX 75201
    Telephone: (214) 969-3510
    Facsimile: (214) 981-3300
    Email: ltessler@sidley.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X
                                                                   :

SECURITIES AND EXCHANGE COMMISSION,  :

                        Plaintiff,                    :    Case No. 1:20-cv-10832-AT-SN

                                                                    :

                           vs.                           :    **DECLARATION OF LILYA**

                                                                    :    **TESSLER IN SUPPORT OF**

RIPPLE LABS INC. et al.,                       :    **MOTION FOR ADMISSION**

                                                                    :    **PRO HAC VICE**

                        Defendants.              :

                                                                    :
----------------------------------------------------------------- X

I, Lilya Tessler, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a partner with the law firm of Sidley Austin LLP, and have personal knowledge of the facts stated herein.

2. I submit this declaration in support of my motion for admission to practice Pro Hac Vice in the above-captioned matter to appear as counsel and advocate fo*r amicus curiae* the Chamber of Digital Commerce.  As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bars of the states of New York and New Jersey.

3. I have never been convicted of a felony nor have I ever been censured, suspended, disbarred or denied admission or readmission by any court. Furthermore, there are no pending disciplinary proceedings against me in any state or federal court.

     I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information I have provided is true and accurate. I also understand that the Court retains the right to deny my admission based upon the content of the responses herein.

Executed on this  31st day of August 2021.

                    SIDLEY AUSTIN LLP

                    By: /s/ Lilya Tessler
                        Lilya Tessler
                        2021 McKinney Avenue #2000
                        Dallas, TX 75201
                        Telephone: (214) 969-3510
                        Facsimile:  (214) 981-3300
                        Email:  ltessler@sidley.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
SECURITIES AND EXCHANGE COMMISSION, :
: Case No. 1:20-cv-10832-AT-SN
Plaintiff, :
:
vs. :
: **[PROPOSED] ORDER FOR**
: **ADMISSION PRO HAC VICE**
RIPPLE LABS INC. et al., :
:
Defendants. :
:
---------------------------------------------------------------- X

The motion of Lilya Tessler, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Lilya Tessler has declared that she is a member in good standing of the bars of the states of New York and New Jersey and that her contact information is as follows:

Lilya Tessler
SIDLEY AUSTIN LLP
2021 McKinney Avenue #2000
Dallas, Texas 75201
Telephone: (214) 969-3510
Facsimile:  (214) 981-3300
Email: ltessler@sidley.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for *amicus curiae* the Chamber of Digital Commerce in the above entitled action;

**IT IS HEREBY ORDERED** that Lilya Tessler is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

2

Dated: _____

_____
Honorable Analisa Torres
United States District Judge



## Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Lilya Tessler

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 11, 2010**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on August 27, 2021.

*Susanna M. Rojas*
Clerk of the Court

CertID-00029652



# Supreme Court of the State of New York
## Appellate Division, First Department

ROLANDO T. ACOSTA
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Lilya Tessler** (No. **015912009**) was constituted and appointed an Attorney at Law of New Jersey on **December 2, 2009** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 17th day of August, 2021.

*Heather J. Baker*
Clerk of the Supreme Court