

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

September 1, 2021

**VIA ECF**
Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square, Courtroom 219
New York, N.Y. 10007

Re:     *SEC v. Ripple Labs, Inc.*, et al., No. 20 Civ. 10832 (AT) (SN) (S.D.N.Y.)

Dear Judge Netburn:

Pursuant to Part I.G of the Court's Individual Practices, Plaintiff Securities and Exchange Commission ("SEC") respectfully requests that the deadline to respond to the letter-motion for a Local Rule 37.2 conference filed by Defendants Ripple Labs, Inc. and Christian Larsen ("Defendants") on August 31, 2021 (D.E. 326) ("Motion") be extended two business days from Friday, September 3, 2021, to Wednesday, September 8, 2021.  This is the SEC's first request for an extension of time to respond to the Motion, and Defendants consent to this request.

Respectfully submitted,

/s/ Mark R. Sylvester

Mark R. Sylvester

cc:     All counsel (via ECF)