KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

———

(202) 326-7900

FACSIMILE:
(202) 326-7999

September 3, 2021

**VIA ECF**
Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *SEC v. Ripple Labs, Inc.* et al., No. 20-cv-10832 (AT)(SN) (S.D.N.Y.)

Dear Judge Netburn:

    We write on behalf of Defendants Ripple Labs, Inc. and Christian A. Larsen (collectively, "Defendants"), pursuant to Part I.G of the Court's Individual Practices, and with the consent of the SEC, to request that the deadline for Defendants' reply to the SEC's response to Defendants' August 31, 2021 letter-motion for a Local Rule 37.2 conference (ECF No. 326) be extended two business days from Monday, September 13, 2021 to Wednesday, September 15, 2021.

    Earlier today, the Court granted the SEC's request for an extension of the deadline for its response to Wednesday, September 8 (ECF Nos. 329, 330). Ordinarily, Defendants' reply would be due on Monday, September 13, 2021. Defendants respectfully request an additional two business days to fully respond to the SEC's response. This is Defendants' first request for an extension of time. Defendants sought the SEC's consent by email on September 2, 2021, and received it later that day.

Respectfully submitted,

| | |
|---|---|
| */s/ Michael K. Kellogg* | */s/ Andrew J. Ceresney* |
| Michael K. Kellogg | Andrew J. Ceresney |
| (mkellogg@kellogghansen.com) | (aceresney@debevoise.com) |
| Reid M. Figel | Lisa Zornberg |
| KELLOGG, HANSEN, TODD, FIGEL, | Christopher S. Ford |
| & FREDERICK PLLC | Joy Guo |
| Sumner Square | DEBEVOISE & PLIMPTON LLP |
| 1615 M Street, NW, Suite 400 | 919 Third Avenue |
| Washington, DC 20036 | New York, NY 10022 |
| +1 (202) 326-7900 | +1 (212) 909-6000 |

*Attorneys for Defendant Ripple Labs Inc.*

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

Hon. Sarah Netburn
September 3, 2021
Page 2

*/s/ Martin Flumenbaum*
Martin Flumenbaum
(mflumenbaum@paulweiss.com)
Michael E. Gertzman
Meredith Dearborn
Justin D. Ward
Kristina A. Bunting
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
+1 (212) 373-3000

*Attorneys for Defendant Christian A. Larsen*