UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

x

SECURITIES & EXCHANGE
COMMISSION v. RIPPLE LABS INC.,            Case No. 20-cv-10832 (AT)
BRADLEY GARLINGHOUSE, AND
CHRISTIAN A. LARSEN

x

**NOTICE OF MOTION OF JOY GUO TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that, upon the accompanying Declaration, Joy Guo will move this Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on a day and time to be determined by the Court, pursuant to this Court's Local Civil Rule 1.4, for leave to withdraw as counsel for Ripple Labs Inc.

PLEASE TAKE FURTHER NOTICE that other attorneys at Debevoise & Plimpton LLP will continue to be counsel of record for Ripple Labs Inc. in this action.

Dated: September 3, 2021
New York, New York

By:    /s/ Joy Guo
Joy Guo
jguo@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6848