# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

x

SECURITIES & EXCHANGE COMMISSION v. RIPPLE LABS INC., BRADLEY GARLINGHOUSE, AND CHRISTIAN A. LARSEN

Case No. 20-cv-10832 (AT)

x

## DECLARATION OF JOY GUO PURSUANT TO LOCAL RULE 1.4

I, Joy Guo, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a member of the bar of the State of New York and am admitted to practice before the United States District Court for the Southern District of New York. On January 11, 2021, I appeared in the above-captioned case.

2. I respectfully submit this declaration pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York in support of my motion for leave to withdraw as counsel for Ripple Labs Inc. in this action.

3. Following September 3, 2021, I will no longer be associated with Debevoise & Plimpton LLP ("Debevoise").

4. Mary Jo White, Andrew Ceresney, Lisa Zornberg, and Christopher Ford from Debevoise have also appeared in this action on behalf of Ripple Labs Inc. and will continue to be counsel of record. Accordingly, no delay or prejudice to any party will result from my withdrawal.

5. No retaining or charging lien is being asserted.

Dated: September 3, 2021
      New York, New York

/s/ Joy Guo
Joy Guo
