UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

x

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION v. RIPPLE LABS INC., BRADLEY GARLINGHOUSE, AND CHRISTIAN A. LARSEN | Case No. 20-cv-10832 (AT) |

x

**PROPOSED ORDER**

Upon the motion for Joy Guo for leave to withdraw from this action as counsel for Ripple Labs Inc., IT IS HEREBY ORDERED:

1. The motion is granted.

SO ORDERED.

Dated:

_____
United States Magistrate Judge