UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RIPPLE LABS INC., *et al.*,<br><br>　　　　　　　　　Defendants. | )<br>)<br>)<br>)  Case No. 20 CV 10832 (AT) (SN)<br>)  ECF Case<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

　　　　　　PLEASE TAKE NOTICE that Erol Gulay of Debevoise & Plimpton LLP hereby appears on behalf of Defendant Ripple Labs Inc. in the above captioned case.

Dated: New York, New York
　　　　September 3, 2021

　　　　　　　　　　　　　　　　　　　　DEBEVOISE & PLIMPTON LLP

　　　　　　　　　　　　　　　　　　　　By:  /s/ *Erol Gulay*
　　　　　　　　　　　　　　　　　　　　　　　Erol Gulay
　　　　　　　　　　　　　　　　　　　　919 Third Avenue
　　　　　　　　　　　　　　　　　　　　New York, New York  10022
　　　　　　　　　　　　　　　　　　　　(212) 909-6000
　　　　　　　　　　　　　　　　　　　　egulay@debevoise.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Ripple Labs Inc.*

TO:　　All Parties of Record