UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> RIPPLE LABS INC., *et al.*, <br><br> Defendants. | ) ) ) ) ) Case No. 20 CV 10832 (AT) (SN) ) ECF Case ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Anna Gressel of Debevoise & Plimpton LLP hereby appears on behalf of Defendant Ripple Labs Inc. in the above captioned case.

Dated: New York, New York
       September 3, 2021

                                                   DEBEVOISE & PLIMPTON LLP

                                                   By: /s/ *Anna Gressel*
                                                        Anna Gressel
                                                   919 Third Avenue
                                                   New York, New York  10022
                                                   (212) 909-6000
                                                   argressel@debevoise.com

                                                   *Attorney for Ripple Labs Inc.*

TO:    All Parties of Record