

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

September 21, 2021

**VIA ECF**
Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square, Courtroom 219
New York, N.Y. 10007

Re:   *SEC v. Ripple Labs, Inc.*, et al., No. 20 Civ. 10832 (AT) (SN) (S.D.N.Y.)

Dear Judge Netburn:

The SEC respectfully informs the Court that it does not oppose Defendant Ripple Labs, Inc.'s ("Ripple") motion to seal certain portions of Ripple's objections and responses to the SEC's second and third sets of interrogatories.  *See* Dkt. 353.  The documents were submitted by the SEC for the Court's consideration in support of the SEC's letter opposing Ripple and Individual Defendant Christian Larsen's letter motion to compel further responses to interrogatories they propounded to the SEC.  *See* Dkt. 344.  Although the SEC contends these documents are judicial documents, the SEC does not oppose the sealing of the portions Ripple seeks to seal.  In addition, the SEC intends to seek leave of Court to file by September 24, 2021 its own motion to seal with respect to these exhibits, pertaining to submissions to the SEC by third parties.

                        Respectfully submitted,

                        /s/ Pascale Guerrier
                        Pascale Guerrier

cc: All parties (via ECF)