

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

September 22, 2021

**VIA ECF**
Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York

Re:   *SEC v. Ripple Labs, Inc. et al.*, No. 20-cv-10832 (AT) (SN) (S.D.N.Y.)

Dear Judge Netburn:

The SEC respectfully requests leave to file by September 24, 2021, a motion to seal certain portions of Ripple's objections and responses to the SEC's second and third sets of interrogatories, submitted as exhibits for the Court's consideration in support of the SEC's letter opposing Defendants Ripple Labs, Inc.'s and Christian Larsen's letter motion to compel further responses to interrogatories (D.E. 345). As set forth in the SEC's letter yesterday to the Court (D.E. 355), the SEC does not oppose Defendants' proposed sealing requests as to these documents and seeks to present to the Court, after conferring with Defendants, additional portions of the documents—pertaining to third parties' submissions to the SEC—that the SEC believes may merit sealing. This is the SEC's first request for extension of time to file a motion to seal pertaining to these exhibits. The SEC requested Defendants' position as to this request on September 21, 2021, but has not received a response.

Respectfully submitted,

/s/ Mark R. Sylvester
Mark R. Sylvester

cc: All parties (via ECF)