

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Brookfield Place, 200 Vesey Street, Suite 400
New York, NY 10281-1022

**New York**
**Regional Office**

September 24, 2021

**VIA ECF**
Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York

Re:     *SEC v. Ripple Labs, Inc. et al.*, No. 20-cv-10832 (AT) (SN) (S.D.N.Y.)

Dear Judge Netburn:

The SEC respectfully requests that the Court order the sealing of portions of Exhibit C (D.E. 344-2) to the SEC's letter opposing Defendants Ripple Labs, Inc.'s and Christian Larsen's ("Defendants") letter motion to compel further responses to interrogatories ("Motion to Compel") (D.E. 326), in accordance with the proposed redactions set forth in Exhibit A to this letter.  As set forth in the SEC's September 21 letter to the Court (D.E. 355), Exhibit C (D.E. 344-2) is a judicial document, *see, e.g.*, *Brown v. Maxwell*, 929 F.3d 41, 49 (2d Cir. 2019), but the SEC agrees with Defendants that the identities of third parties are not relevant to the Court's decision regarding Defendants' Motion to Compel.  *See* D.E. 353 at 2; *In re SunEdison, Inc. Sec. Litig.*, 2019 WL 126069, at *2-4 (S.D.N.Y. Jan. 7, 2019) (permitting sealing of portions of documents revealing identities of individuals and entities where the public interest in such information was low).  Exhibit A to this letter reflects both the SEC's and Defendants' sealing requests.  *See* D.E. 353.  The SEC requested Defendants' position as to this request on September 23, 2021, but has not received a response.

Respectfully submitted,

/s/ Mark R. Sylvester
Mark R. Sylvester

cc: All parties (via ECF)