**APPENDIX A**

**DEFENDANTS' SUMMARY CHART OF DOCUMENTS SUBMITTED BY SEC FOR *IN CAMERA* REVIEW**

| Entry | Document Description | Attorney Work Product | Attorney-Client Comm. | Deliberative Process Privilege | Defendants' Argument |
|---|---|---|---|---|---|
| 1(A) | February 14, 2014 handwritten notes from Valerie Szczepanik re: meeting between SEC Commissioner and external parties including Prof. Joseph Grundfest. | | | ☑ | <ul><li>Does not tie meeting or notes to a policy process or agency decision.</li><li>Communications with third parties are not privileged.</li><li>There is no unique privilege for handwritten notes.</li><li>Collection of information is not privileged.</li></ul> |
| 1(B) | December 8, 2014 handwritten notes from Valerie Szczepanik re: meeting with FINRA. | ☑* | | ☑ | <ul><li>Does not tie meeting or notes to a policy process or agency decision.</li><li>Communications with third parties are not privileged.</li><li>There is no unique privilege for handwritten notes.</li><li>Failure to log other privileges constitutes waiver.</li><li>Collection of information is not privileged.</li></ul> |

---

\* Claimed for first time in September 14, 2021 brief. ECF No. 351.

| Entry | Document Description | Attorney Work Product | Attorney-Client Comm. | Deliberative Process Privilege | Defendants' Argument |
|---|---|---|---|---|---|
| 1(C) | June 20, 2017 handwritten notes from Valerie Szczepanik re: meeting with digital asset advocacy group. | ☑* | | ☑ | • Does not tie meeting or notes to a policy process or agency decision.<br>• Communications with third parties are not privileged.<br>• There is no unique privilege for handwritten notes.<br>• Failure to log other privileges constitutes waiver.<br>• Subsequent use in enforcement proceedings does not create work product protection.<br>• Collection of information is not privileged. |
| 1(D) | June 29, 2017 handwritten notes from Valerie Szczepanik re: meeting with digital asset advocacy group. | ☑* | | ☑ | • Does not tie meeting or notes to a policy process or agency decision.<br>• Communications with third parties are not privileged.<br>• There is no unique privilege for handwritten notes.<br>• Failure to log other privileges constitutes waiver.<br>• Subsequent use in enforcement proceedings does not create work product protection.<br>• Collection of information is not privileged. |

| Entry | Document Description | Attorney Work Product | Attorney-Client Comm. | Deliberative Process Privilege | Defendants' Argument |
|---|---|---|---|---|---|
| 1(E) | December 13, 2017 handwritten notes from Valerie Szczepanik re: meeting with Consensys. | ☑* |  | ☑ | <ul><li>Does not tie meeting or notes to a policy process or agency decision.</li><li>Communications with third parties are not privileged.</li><li>There is no unique privilege for handwritten notes.</li><li>Failure to log other privileges constitutes waiver.</li><li>Collection of information is not privileged.</li></ul> |
| 1(F) | April 6, 2018 handwritten notes from Valerie Szczepanik re: meeting with Prof. Christian Catalini. | ☑* |  | ☑ | <ul><li>Does not tie meeting or notes to a policy process or agency decision.</li><li>Communications with third parties are not privileged.</li><li>There is no unique privilege for handwritten notes.</li><li>Failure to log other privileges constitutes waiver.</li><li>Collection of information is not privileged.</li></ul> |
| 1(G) | April 10, 2018 handwritten notes from Valerie Szczepanik re: meeting with CFTC. | ☑* |  | ☑ | <ul><li>Does not tie meeting or notes to a policy process.</li><li>There is no unique privilege for handwritten notes.</li><li>Failure to log other privileges constitutes waiver.</li><li>Collection of information is not privileged.</li></ul> |

| Entry | Document Description | Attorney Work Product | Attorney-Client Comm. | Deliberative Process Privilege | Defendants' Argument |
|---|---|---|---|---|---|
| 1(H) | April 6, 2018 handwritten notes from Michael Seaman re: meeting with Prof. Christian Catalini. | | | ☑ | • Does not tie meeting or notes to a policy process or agency decision.<br>• Communications with third parties are not privileged.<br>• There is no unique privilege for handwritten notes.<br>• Collection of information is not privileged. |
| 1(I) | April 23, 2018 handwritten notes from Michael Seaman re: meeting with Consensys. | | | ☑ | • Does not tie meeting or notes to a policy process or agency decision.<br>• Communications with third parties are not privileged.<br>• There is no unique privilege for handwritten notes.<br>• Collection of information is not privileged. |
| 1(J) | June 8, 2018 handwritten notes from Michael Seaman re: meeting with Consensys. | | | ☑ | • Does not tie meeting or notes to a policy process or agency decision.<br>• Communications with third parties are not privileged.<br>• There is no unique privilege for handwritten notes.<br>• Collection of information is not privileged. |

| Entry | Document Description | Attorney Work Product | Attorney-Client Comm. | Deliberative Process Privilege | Defendants' Argument |
|---|---|---|---|---|---|
| 1(K) | June 24, 2016 handwritten notes from Michael Seaman re: meeting with Consensys. | ☑* | | ☑ | <ul><li>Does not tie meeting or notes to a policy process or agency decision.</li><li>Communications with third parties are not privileged.</li><li>There is no unique privilege for handwritten notes.</li><li>Failure to log other privileges constitutes waiver.</li><li>Collection of information is not privileged.</li></ul> |
| 1(L) | July 19, 2018 handwritten notes from Valerie Szczepanik re: meeting with CFTC. | ☑* | | ☑ | <ul><li>Does not tie meeting or notes to a policy process or agency decision.</li><li>There is no unique privilege for handwritten notes.</li><li>Failure to log other privileges constitutes waiver.</li><li>Collection of information is not privileged.</li></ul> |
| 1(M) | August 22, 2018 handwritten notes from Valerie Szczepanik re: meeting with CFTC. | ☑* | | ☑ | <ul><li>Does not tie meeting or notes to a policy process or agency decision.</li><li>There is no unique privilege for handwritten notes.</li><li>Failure to log other privileges constitutes waiver.</li><li>Collection of information is not privileged.</li></ul> |

| Entry | Document Description | Attorney Work Product | Attorney-Client Comm. | Deliberative Process Privilege | Defendants' Argument |
|---|---|---|---|---|---|
| 1(N) | August 28, 2018 handwritten notes from Valerie Szczepanik re: meeting with digital asset platform. | ☑* | | ☑ | <ul><li>Does not tie meeting or notes to a policy process or agency decision.</li><li>Communications with third parties are not privileged.</li><li>There is no unique privilege for handwritten notes.</li><li>Failure to log other privileges constitutes waiver.</li><li>Collection of information is not privileged.</li></ul> |
| 1(O) | September 18, 2018 handwritten notes from Michael Seaman re: meeting with Ripple. | ☑* | | ☑ | <ul><li>Does not tie meeting or notes to a policy process or agency decision.</li><li>Communications with third parties are not privileged.</li><li>There is no unique privilege for handwritten notes.</li><li>Failure to log other privileges constitutes waiver.</li><li>Collection of information is not privileged.</li></ul> |
| 1(P) | November 28, 2018 handwritten notes from Valerie Szczepanik re: meeting with staff for Senator Tom Cotton. | | | ☑ | <ul><li>Does not tie meeting or notes to a policy process or agency decision.</li><li>Communications with third parties are not privileged.</li><li>There is no unique privilege for handwritten notes.</li><li>Collection of information is not privileged.</li></ul> |

| Entry | Document Description | Attorney Work Product | Attorney-Client Comm. | Deliberative Process Privilege | Defendants' Argument |
|---|---|---|---|---|---|
| 1(Q) | August 2019 handwritten notes from Richard Gabbert re: meeting with SBI. | | | ☑ | <ul><li>Does not tie meeting or notes to a policy process or agency decision.</li><li>Communications with third parties are not privileged.</li><li>There is no unique privilege for handwritten notes.</li><li>Collection of information is not privileged.</li></ul> |
| 2 | June 13, 2018 email and attached memorandum from Office of Chief Counsel of the Division of Corporation Finance to staff of the Division of Enforcement re: legal analysis of XRP. | ☑ | ☑* | ☑ | <ul><li>Does not tie memorandum to a policy process or agency decision.</li><li>DPP applies to agency decisionmaking, not decisions of individual agency staff.</li><li>Attorney-client privilege attaches only to confidential information concerning the SEC.</li><li>Subsequent use in enforcement proceedings does not create work product protection.</li><li>Failure to log other privileges constitutes waiver.</li></ul> |
| 3 | June 21, 2017 email chain between Valerie Szczepanik and staff from the U.S. Department of Treasury re: digital assets. | | | ☑ | <ul><li>Does not tie email chain or attachments to a policy process or agency decision. Only insufficiently describes documents as "characterization and analysis of various activities in the digital asset space . . . in furtherance of overlapping regulatory activities."  ECF No. 351 at 11.</li></ul> |

| Entry | Document Description | Attorney Work Product | Attorney-Client Comm. | Deliberative Process Privilege | Defendants' Argument |
|---|---|---|---|---|---|
| 4 | June 22, 2017 email chain between Valerie Szczepanik and staff from the U.S. Department of Treasury re: digital assets. | | | ☑ | • Does not tie email chain or attachments to a policy process or agency decision. Only insufficiently describes documents as "characterization and analysis of various activities in the digital asset space . . . in furtherance of overlapping regulatory activities." ECF No. 351 at 11. |
| 5 | August 14, 2017 email chain between Valerie Szczepanik and staff from the U.S. Department of Treasury re: digital assets. | | | ☑ | • Does not tie email chain or attachments to a policy process or agency decision. Only insufficiently describes documents as "characterization and analysis of various activities in the digital asset space . . . in furtherance of overlapping regulatory activities." ECF No. 351 at 11. |
| 6 | October 17, 2017 meeting invite and attached presentation from staff of the Division of Enforcement to the staff of the Division of Investment Management | | | ☑ | • Does not tie redacted portions of presentation to a policy process or agency decision. |
| 7 | Document not submitted for *in camera* inspection. | | | | |

| Entry | Document Description | Attorney Work Product | Attorney-Client Comm. | Deliberative Process Privilege | Defendants' Argument |
|---|---|---|---|---|---|
| 8 | January 6, 2018 email from Valerie Szczepanik attaching presentation to SEC Commissioner re: digital assets. | | ☑ | ☑ | • "Bitcoin & Blockchain" presentation not tied to any policy process or agency decision.<br>• DPP applies to agency decisionmaking, not decisions of individual agency staff.<br>• Attorney-client privilege attaches only to confidential information concerning the SEC. |
| 9 | June 5, 2018 email to SEC personnel attaching draft of Hinman Speech. | | | ☑ | • The SEC asserts the speech reflected only personal views of Mr. Hinman, so it is not tied to any policy process or agency decision.<br>• Contents of the speech are not an agency decision.<br>• DPP applies to agency decisionmaking, not decisions of individual agency staff. |
| 10 | June 7, 2018 email from Treasury staff member to FSOC Working Group. | | | ☑ | • "[C]onsider[ation] of issues related to digital assets" reflected in email not tied to policy process or agency decision. |
| 11 | October 25, 2018 email attaching draft presentation material for Director Bill Hinman. | | | ☑ | • Talking points and Q&A not tied to policy process or agency decision.<br>• DPP applies to agency decisionmaking, not decisions of individual agency staff. |
| 12 | November 20, 2018 email attaching draft presentation material for SEC Chair. | | | ☑ | • Talking points and Q&A not tied to policy process or agency decision.<br>• Contents of talking points and Q&A document are not an agency decision. |
| 13 | November 24, 2018 email attaching draft presentation material for SEC Chair. | | | ☑ | • Talking points and Q&A not tied to policy process or agency decision.<br>• Contents of talking points and Q&A document are not an agency decision. |

| Entry | Document Description | Attorney Work Product | Attorney-Client Comm. | Deliberative Process Privilege | Defendants' Argument |
|---|---|---|---|---|---|
| 14 | November 24, 2018 email attaching draft presentation material for SEC Chair. | | | ☑ | <ul><li>Talking points and Q&A not tied to policy process or agency decision.</li><li>Contents of talking points and Q&A document are not an agency decision.</li></ul> |