KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

October 1, 2021

**VIA ECF**
Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *SEC v. Ripple Labs, Inc.* et al., No. 20-cv-10832 (AT)(SN) (S.D.N.Y.)

Dear Judge Netburn:

We write on behalf of Defendants Ripple Labs Inc., Bradley Garlinghouse, and Christian A. Larsen (collectively, "Defendants"), pursuant to Part I.G of the Court's Individual Practices, and with the consent of the SEC, to request that the deadline for Defendants' response to the SEC's Letter Motion for Conference to Seek a Protective Order against Excessive Requests for Admission be extended two business days from Tuesday, October 5, 2021 to Thursday, October 7, 2021.

Ordinarily, Defendants' response would be due on Tuesday, October 5, 2021. Defendants respectfully requests an additional two business days to fully respond to the SEC's letter. This is Defendants' first request for an extension of time. Defendants sought the SEC's consent by email on September 30, 2021, and received it that day.

Respectfully submitted,

| | |
|---|---|
| */s/ Michael K. Kellogg* | */s/ Andrew J. Ceresney* |
| Michael K. Kellogg | Andrew J. Ceresney |
| (mkellogg@kellogghansen.com) | (aceresney@debevoise.com) |
| Reid M. Figel | Lisa Zornberg |
| Bradley E. Oppenheimer | Christopher S. Ford |
| KELLOGG, HANSEN, TODD, FIGEL, | DEBEVOISE & PLIMPTON LLP |
| & FREDERICK PLLC | 919 Third Avenue |
| Sumner Square | New York, NY 10022 |
| 1615 M Street, NW, Suite 400 | +1 (212) 909-6000 |
| Washington, DC 20036 | |
| +1 (202) 326-7900 | |

*Attorneys for Defendant Ripple Labs Inc.*


Hon. Sarah Netburn
October 1, 2021
Page 2

| | |
|---|---|
| */s/ Matthew C. Solomon* | */s/ Martin Flumenbaum* |
| Matthew C. Solomon | Martin Flumenbaum |
| (msolomon@cgsh.com) | (mflumenbaum@paulweiss.com) |
| CLEARY GOTTLIEB STEEN & HAMILTON | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2112 Pennsylvania Avenue NW | 1285 Avenue of the Americas |
| Washington, DC 20037 | New York, NY 10019 |
| +1 (202) 974-1680 | +1 (212) 373-3000 |
| | |
| *Counsel for Defendant Bradley Garlinghouse* | *Counsel for Defendant Christian A. Larsen* |