# EXHIBIT C

**Guerrier, Pascale**

| | |
|---|---|
| **From:** | Waxman, Daphna A. |
| **Sent:** | Thursday, September 9, 2021 1:01 PM |
| **To:** | Gulay, Erol; Guerrier, Pascale; Zornberg, Lisa; 'Tatz, Nicole'; 'Levander, Samuel'; 'mflumenbaum@paulweiss.com'; 'mgertzman@paulweiss.com'; 'Dearborn, Meredith (mdearborn@paulweiss.com)'; 'Linsenmayer, Robin (rlinsenmayer@paulweiss.com)'; ''Bunting, Kristina' (kbunting@paulweiss.com)'; 'mkellogg@kelloghansen.com'; 'rfigel@kellogghansen.com'; 'Oppenheimer, Bradley E. <boppenheimer@kelloghansen.com> (boppenheimer@kelloghansen.com)'; 'Pfeffer, Eliana M. (epfeffer@kelloghansen.com)'; ''White, Collin R.' (cwhite@kelloghansen.com)'; Gressel, Anna; Ford, Christopher S.; Ceresney, Andrew J.; 'Solomon, Matthew'; 'Janghorbani, Alexander'; 'Bamberger, Nowell D.' |
| **Cc:** | Daniels, Jon; Moye, Robert M.; Hanauer, Benjamin J.; Stewart, Ladan F; Tenreiro, Jorge; Sylvester, Mark; Goody, Elizabeth |
| **Subject:** | RE: Document Production-Recordings |

Erol –The fact that RPLI_SEC 0866480 and other documents referencing recordings were produced on July 2 or earlier bears no relevance to whether Ripple's search for responsive recordings has been conducted appropriately. Ripple's failure to identify this recording as potentially responsive is concerning. Please immediately provide the name of the custodian for this recording and the recording title so we may better understand your criteria for identifying potentially responsive recordings. If you refuse to provide this information, please explain the basis for your refusal.

Thank you,
Daphna

---

**From:** Gulay, Erol <egulay@debevoise.com>
**Sent:** Thursday, September 9, 2021 9:52 AM
**To:** Guerrier, Pascale <guerrierp@SEC.GOV>; Zornberg, Lisa <lzornberg@debevoise.com>; 'Tatz, Nicole' <ntatz@cgsh.com>; 'Levander, Samuel' <slevander@cgsh.com>; 'mflumenbaum@paulweiss.com' <mflumenbaum@paulweiss.com>; 'mgertzman@paulweiss.com' <mgertzman@paulweiss.com>; 'Dearborn, Meredith (mdearborn@paulweiss.com)' <mdearborn@paulweiss.com>; 'Linsenmayer, Robin (rlinsenmayer@paulweiss.com)' <rlinsenmayer@paulweiss.com>; ''Bunting, Kristina' (kbunting@paulweiss.com)' <kbunting@paulweiss.com>; 'mkellogg@kelloghansen.com' <mkellogg@kelloghansen.com>; 'rfigel@kellogghansen.com' <rfigel@kellogghansen.com>; 'Oppenheimer, Bradley E. <boppenheimer@kelloghansen.com> (boppenheimer@kelloghansen.com)' <boppenheimer@kelloghansen.com>; 'Pfeffer, Eliana M. (epfeffer@kelloghansen.com)' <epfeffer@kelloghansen.com>; ''White, Collin R.' (cwhite@kelloghansen.com)' <cwhite@kelloghansen.com>; Gressel, Anna <argressel@debevoise.com>; Ford, Christopher S. <csford@debevoise.com>; Ceresney, Andrew J. <aceresney@debevoise.com>; 'Solomon, Matthew' <msolomon@cgsh.com>; 'Janghorbani, Alexander' <ajanghorbani@cgsh.com>; 'Bamberger, Nowell D.' <nbamberger@cgsh.com>
**Cc:** Daniels, Jon <danielsj@SEC.GOV>; Moye, Robert M. <MoyeR@sec.gov>; Hanauer, Benjamin J. <HanauerB@sec.gov>; Stewart, Ladan F <stewartla@SEC.GOV>; Waxman, Daphna A. <WaxmanD@SEC.GOV>; Tenreiro, Jorge <tenreiroj@SEC.GOV>; Sylvester, Mark <sylvesterm@SEC.GOV>; Goody, Elizabeth <GoodyE@SEC.GOV>; Augustini, Hope Hall <AugustiniH@SEC.GOV>
**Subject:** RE: Document Production-Recordings