# EXHIBIT E

# Guerrier, Pascale

| | |
|---|---|
| **From:** | Gulay, Erol <egulay@debevoise.com> |
| **Sent:** | Thursday, September 9, 2021 6:10 PM |
| **To:** | Sylvester, Mark; Waxman, Daphna A.; Guerrier, Pascale; Zornberg, Lisa; 'Tatz, Nicole'; 'Levander, Samuel'; 'mflumenbaum@paulweiss.com'; 'mgertzman@paulweiss.com'; 'Dearborn, Meredith (mdearborn@paulweiss.com)'; 'Linsenmayer, Robin (rlinsenmayer@paulweiss.com)'; ''Bunting, Kristina' (kbunting@paulweiss.com)'; 'mkellogg@kellogghansen.com'; 'rfigel@kellogghansen.com'; 'Oppenheimer, Bradley E. <boppenheimer@kellogghansen.com> (boppenheimer@kellogghansen.com)'; 'Pfeffer, Eliana M. (epfeffer@kellogghansen.com)'; ''White, Collin R.' (cwhite@kellogghansen.com)'; Gressel, Anna; Ford, Christopher S.; Ceresney, Andrew J.; 'Solomon, Matthew'; 'Janghorbani, Alexander'; 'Bamberger, Nowell D.' |
| **Cc:** | Daniels, Jon; Moye, Robert M.; Hanauer, Benjamin J.; Stewart, Ladan F; Tenreiro, Jorge; Goody, Elizabeth |
| **Subject:** | RE: Document Production-Recordings |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mark, we can confirm that "VC" stands for "videoconference."  Thanks.

---

**From:** Sylvester, Mark [mailto:sylvesterm@SEC.GOV]
**Sent:** Thursday, September 09, 2021 17:02
**To:** Gulay, Erol; Waxman, Daphna A.; Guerrier, Pascale; Zornberg, Lisa; 'Tatz, Nicole'; 'Levander, Samuel'; 'mflumenbaum@paulweiss.com'; 'mgertzman@paulweiss.com'; 'Dearborn, Meredith (mdearborn@paulweiss.com)'; 'Linsenmayer, Robin (rlinsenmayer@paulweiss.com)'; ''Bunting, Kristina' (kbunting@paulweiss.com)'; 'mkellogg@kellogghansen.com'; 'rfigel@kellogghansen.com'; 'Oppenheimer, Bradley E. <boppenheimer@kellogghansen.com> (boppenheimer@kellogghansen.com)'; 'Pfeffer, Eliana M. (epfeffer@kellogghansen.com)'; ''White, Collin R.' (cwhite@kellogghansen.com)'; Gressel, Anna; Ford, Christopher S.; Ceresney, Andrew J.; 'Solomon, Matthew'; 'Janghorbani, Alexander'; 'Bamberger, Nowell D.'
**Cc:** Daniels, Jon; Moye, Robert M.; Hanauer, Benjamin J.; Stewart, Ladan F; Tenreiro, Jorge; Goody, Elizabeth
**Subject:** RE: Document Production-Recordings

Erol, thanks for your email.  One quick follow-up:  does the "VC" in "Ripple VC" stand for "videoconference"?  Or do you understand "Ripple VC" to be a reference to an individual who is not one of the 33 custodians?

Thanks,
Mark

---

**From:** Gulay, Erol <egulay@debevoise.com>
**Sent:** Thursday, September 09, 2021 4:04 PM
**To:** Waxman, Daphna A. <WaxmanD@SEC.GOV>; Guerrier, Pascale <guerrierp@SEC.GOV>; Zornberg, Lisa <lzornberg@debevoise.com>; 'Tatz, Nicole' <ntatz@cgsh.com>; 'Levander, Samuel' <slevander@cgsh.com>; 'mflumenbaum@paulweiss.com' <mflumenbaum@paulweiss.com>; 'mgertzman@paulweiss.com' <mgertzman@paulweiss.com>; 'Dearborn, Meredith (mdearborn@paulweiss.com)' <mdearborn@paulweiss.com>; 'Linsenmayer, Robin (rlinsenmayer@paulweiss.com)' <rlinsenmayer@paulweiss.com>; ''Bunting, Kristina' (kbunting@paulweiss.com)' <kbunting@paulweiss.com>; 'mkellogg@kellogghansen.com' <mkellogg@kellogghansen.com>; 'rfigel@kellogghansen.com' <rfigel@kellogghansen.com>; 'Oppenheimer, Bradley E. <boppenheimer@kellogghansen.com> (boppenheimer@kellogghansen.com)' <boppenheimer@kellogghansen.com>;

1