

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

October 4, 2021

**VIA ECF**

Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY  10007

**Re:  SEC v. Ripple Labs Inc., et al., No. 20-cv-10832(AT) (SN) (S.D.N.Y.)**

Dear Judge Netburn:

We write on behalf of Defendant Ripple Labs Inc., pursuant to Part I.G of the Court's Individual Practices, and with the consent of the SEC, to request that the deadline for Ripple's response to the SEC's October 1, 2021 letter-motion (ECF No. 369) ("Letter-Motion") be extended two business days from Wednesday, October 6 to Friday, October 8. Ripple also requests, with the consent of the SEC, that the deadline for Ripple to file a motion to seal, if any, with respect to the exhibits filed with the Letter-Motion also be extended to October 8.

Ordinarily, Ripple's response would be due on Wednesday, October 6.  Ripple respectfully requests an additional two business days to fully respond to the Letter-Motion and to address any outstanding sealing issues.  This is Ripple's first request for an extension of time.

Respectfully submitted,


/s/ *Andrew Ceresney*
Andrew J. Ceresney
(ajceresney@debevoise.com)
Mary Jo White
Lisa Zornberg
Erol Gulay
Christopher S. Ford
Anna Gressel
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
+1 (212) 909-6000

*Attorneys for Defendant Ripple Labs Inc.*

www.debevoise.com