# **EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                    Plaintiff,<br><br>     v.<br><br>RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>                                    Defendants. | Case No. 20-CV-10832 (AT) |

# **[PROPOSED] ORDER**

Having considered the motion of Plaintiff Securities and Exchange Commission ("SEC") to extend the expert rebuttal report deadline to November 12, 2021, to which Defendant Ripple Labs, Inc. ("Ripple") consents, and to extend the expert discovery deadline to January 14, 2022, to which Ripple objects, and for good cause shown,

IT IS HEREBY ORDERED THAT:  (1) the current rebuttal report deadline will be extended to November 12, 2021; and (2) the current expert discovery deadline will be extended to January 14, 2022.


Dated: _____, 2021        By:  _____
                                          The Honorable Analisa Torres
                                          United States District Judge