# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

    v.

RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and
CHRISTIAN A. LARSEN,

        Defendants.

No. 20-cv-10832 (AT)

---

## [PROPOSED] ORDER

Having considered the motion of Plaintiff Securities and Exchange Commission ("SEC")

to extend the expert rebuttal report deadline to November 12, 2021, to which Defendant Ripple

Labs Inc. ("Ripple") consents, and to extend the expert discovery deadline to January 14, 2022,

to which Ripple objects and proposes an extension to December 10, 2021, and for good cause

shown,

IT IS HEREBY ORDERED THAT: (1) the current rebuttal report deadline will be

extended to November 12, 2021; and (2) the current expert discovery deadline will be extended

to December 10, 2021.

Dated: _____, 2021        By: _____

                                           The Honorable Analisa Torres
                                           United States District Judge