UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Securities and Exchange
Commission          Plaintiff,

Case No. 20-cv-10832(AT)

-against-

Ripple Labs., Inc., et al.          Defendant.

---

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Robin A. Linsenmayer
FILL IN ATTORNEY NAME

My SDNY Bar Number is: RL9395          My State Bar Number is 3034030

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Paul, Weiss, Rifkind, Wharton & Garrison, LLP
FIRM ADDRESS: 943 Steiner Street, San Francisco, CA 94117
FIRM TELEPHONE NUMBER: 628 432 5117
FIRM FAX NUMBER: 628 232 3079

NEW FIRM:   FIRM NAME: Paul, Weiss, Rifkind, Wharton & Garrison, LLP
FIRM ADDRESS: 535 Mission St., 24th Fl, San Francisco, CA 94105
FIRM TELEPHONE NUMBER: 628 432 5117
FIRM FAX NUMBER: 628 232 3079

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: October 19, 2021

ATTORNEY'S SIGNATURE