UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Securities and Exchange Commission

                     Plaintiff,

     -against-

Ripple Labs. Inc., et al.

                     Defendant.
--------------------------------------------------------

Case No. 20-cv-10832(AT)

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending       [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Meredith R. Dearborn**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: N/A     My State Bar Number is CA 268312

I am,
- [ ] An attorney
- [ ] A Government Agency attorney
- [✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Paul, Weiss, Rifkind, Wharton & Garrison, LLP
                     FIRM ADDRESS: 943 Steiner Street, San Francisco, CA 94117
                     FIRM TELEPHONE NUMBER: 650 208 2788
                     FIRM FAX NUMBER: N/A

NEW FIRM:    FIRM NAME: Paul, Weiss, Rifkind, Wharton & Garrison, LLP
                     FIRM ADDRESS: 535 Mission St., 24th Fl, San Francisco, CA 94105
                     FIRM TELEPHONE NUMBER: 628 432 5100
                     FIRM FAX NUMBER: 628 232 3101

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: October 20, 2021

_____
ATTORNEY'S SIGNATURE