UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                              Plaintiff,                        20-CV-10832 (AT) (SN)

         -against-                                   ORDER

RIPPLE LABS, INC., et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On November 29, 2021, the Court of Appeals issued a decision in <u>Nat. Res. Def. Council v. U.S. Env't Prot. Agency</u>, No. 20-cv-422, 2021 WL 5549405 (2d Cir. Nov. 29, 2021), addressing the scope of the deliberative process privilege. In light of this decision, by December 8, 2021, the parties shall simultaneously file letter briefs no longer than three pages to supplement their arguments concerning Defendants' motion to compel, ECF No. 289.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

Dates:  December 3, 2021
             New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2021