

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Brookfield Place, 200 Vesey Street, Suite 400
New York, NY 10281-1022

NEW YORK
REGIONAL OFFICE

December 10, 2021

**By ECF**
Hon. Analisa Torres
U.S. District Court
Southern District of New York

Re:     *SEC v. Ripple Labs, Inc.*, No. 20-cv-10832 (AT) (SN)

Dear Judge Torres:

Pursuant to Rule 29(b) of the Federal Rules of Civil Procedure and Rule I(C) of this Court's Individual Practices, Plaintiff Securities and Exchange Commission and Defendants Ripple Labs, Inc., Bradley Garlinghouse, and Christian A. Larsen jointly and respectfully request that the Court permit the parties to conduct one expert deposition on January 19, 2022, three business days after the existing close of expert discovery.

Expert discovery is currently scheduled to close on January 14, 2022. (D.E. 396). As part of that discovery, the parties have disclosed a total of 16 expert witnesses. Depositions for 15 of those 16 experts have been either completed or scheduled to occur by January 14. However, due to conflicts in the schedules of various experts and of the counsel responsible for those depositions, the parties request leave to take one final expert deposition by agreement on January 19. If granted, the requested relief would not impact any other deadline in this case.

For these reasons, the parties respectfully request that the Court grant their request to conduct an expert deposition on January 19, 2022, for good cause shown. The parties have submitted as Exhibit A hereto a Proposed Order reflecting this joint request.

Respectfully submitted,

_____/s/_____

Mark R. Sylvester
*Counsel for Plaintiff Securities and Exchange Commission*

_____/s/_____
Andrew Ceresney
*Counsel for Defendant Ripple Labs, Inc.*

_____/s/_____
Matthew Solomon

*Counsel for Defendant Bradley Garlinghouse*

\_\_\_\_/s/_____
Martin Flumenbaum
*Counsel for Defendant Christian A. Larsen*