UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>   v.<br><br>RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>                             Defendants. | Case No. 20-CV-10832 (AT) |

**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT MOTION
TO EXTEND THE DEADLINES FOR COMPLETING EXPERT DEPOSITIONS**

By agreement, Plaintiff Securities and Exchange Commission, and Defendants Ripple Labs, Inc., Bradley Garlinghouse, and Christian A. Larsen jointly request that the Court briefly extend the deadline for completing expert depositions in this case, and have shown good cause for doing so.

IT IS HEREBY ORDERED THAT:  The expert discovery schedule reflected in the Court's October 20, 2021 Order (D.E. 396) is modified solely to allow the parties to conduct a single expert deposition after January 14, 2022, with such deposition to occur on January 19, 2022.


Dated: _____, 2021        By: _____
                                                                              Honorable Analisa Torres
                                                                              United States District Judge