

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

January 12, 2022

**By ECF**
Hon. Analisa Torres
U.S. District Court
Southern District of New York

Re:   *SEC v. Ripple Labs, Inc.*, No. 20-cv-10832 (AT) (SN)

Dear Judge Torres:

Pursuant to Rule 29(b) of the Federal Rules of Civil Procedure and Rule I(C) of this Court's Individual Practices, Plaintiff Securities and Exchange Commission and Defendants Ripple Labs, Inc., Bradley Garlinghouse, and Christian A. Larsen jointly and respectfully request that the Court extend the close of expert discovery to February 28, 2022.

Expert discovery is currently scheduled to close on January 14, 2022 (D.E. 396), with the exception of one deposition to be taken on January 19, 2022 (D.E. 407). The parties have disclosed a total of 16 expert witnesses. Depositions for 8 of those 16 experts will have been completed by this week. However, due to the spike in COVID infections, particularly in New York City, related travel difficulties, and unanticipated personal matters for certain expert witnesses, the parties request leave to postpone the remaining expert depositions to February. The parties have agreed that the remaining expert depositions will take place in February regardless of the state of COVID. If granted, the requested relief would not impact any other deadline in this case.

For these reasons, the parties respectfully request that the Court grant their request to extend expert discovery to February 28, 2022, for good cause shown. The parties have submitted as Exhibit A hereto a Proposed Order reflecting this joint request.

Respectfully submitted,

_____/s/_____

Benjamin J. Hanauer
*Counsel for Plaintiff Securities and Exchange Commission*

_____/s/_____
Andrew Ceresney
*Counsel for Defendant Ripple Labs, Inc.*

_____/s/_____
Matthew Solomon
*Counsel for Defendant Bradley Garlinghouse*

_____/s/_____
Martin Flumenbaum
*Counsel for Defendant Christian A. Larsen*