UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                           Plaintiff,<br><br>      v.<br><br>RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>                                           Defendants. | Case No. 20-CV-10832 (AT) (SN) |

**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT MOTION
TO EXTEND THE DEADLINES FOR COMPLETING EXPERT DEPOSITIONS**

By agreement, Plaintiff Securities and Exchange Commission, and Defendants Ripple Labs, Inc., Bradley Garlinghouse, and Christian A. Larsen jointly request that the Court extend the deadline for completing expert depositions in this case, and have shown good cause for doing so.

IT IS HEREBY ORDERED THAT:  The close of expert discovery reflected in the Court's October 20, 2021 and December 13, 2021 Orders (D.E. 396, 407) is extended to February 28, 2022.


Dated: _____, 2022          By: _____
                                              Honorable Analisa Torres
                                              United States District Judge