UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS, INC., et al.,<br><br>Defendants. | Case No. 20-cv-10832 (AT)<br><br>**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL** |

Please take notice that, upon the annexed declaration, and subject to the approval of the Court, Robin A. Linsenmayer hereby withdraws as counsel for defendant Christian A. Larsen and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter.  Martin Flumenbaum, Michael Gertzman, Meredith Dearborn, Kristina Bunting, Justin Ward, and Sarah J. Prostko of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Mr. Larsen in this proceeding.

Dated: New York, New York
            January 14, 2022

                                            PAUL, WEISS, RIFKIND, WHARTON
                                            & GARRISON LLP

                                             /s/ Robin A. Linsenmayer
                                            Robin A. Linsenmayer
                                            535 Mission Street, 24th Floor
                                            San Francisco, CA 94105
                                            Phone: 628-432-5100
                                            Email: rlinsenmayer@paulweiss.com

                                            *Counsel for Defendant Christian A. Larsen*

SO ORDERED:

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS, INC., et al.,<br><br>Defendants. | Case No. 20-cv-10832 (AT) |

**DECLARATION OF ROBIN LINSENMAYER**

I, Robin Linsenmayer, declare and state as follows:

1. I am an attorney at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), an international law firm with its principal offices at 1285 Avenue of the Americas, New York, New York 10019, counsel for defendant Christian A. Larsen. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel for Mr. Larsen because I am leaving the employ of Paul, Weiss.

2. Martin Flumenbaum, Michael Gertzman, Meredith Dearborn, Kristina Bunting, Justin Ward, and Sarah J. Prostko will continue to represent Mr. Larsen in this proceeding.

3. My withdrawal will not delay the matter or prejudice any party.

4. I am not retaining a charging lien.

I certify under penalty of perjury that the foregoing is true and correct.

January 14, 2022
Mountain View, California

                                                   */s/ Robin A. Linsenmayer*
                                                   Robin A. Linsenmayer

## **CERTIFICATE OF SERVICE**

        I hereby certify that, on January 14, 2022, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system and upon Mr. Larsen by electronic mail.

January 14, 2022
Mountain View, California

                                            */s/ Robin A. Linsenmayer*
                                            Robin A. Linsenmayer