```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

    v.

RIPPLE LABS, INC., et al.,

    Defendants.

Case No. 20-cv-10832 (AT)

**NOTICE AND ORDER FOR WITHDRAWAL OF COUNSEL**

   Please take notice that, upon the annexed declaration, and subject to the approval of the Court, Robin A. Linsenmayer hereby withdraws as counsel for defendant Christian A. Larsen and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Martin Flumenbaum, Michael Gertzman, Meredith Dearborn, Kristina Bunting, Justin Ward, and Sarah J. Prostko of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Mr. Larsen in this proceeding.

Dated: New York, New York
   January 14, 2022

         PAUL, WEISS, RIFKIND, WHARTON
         & GARRISON LLP

         /s/ Robin A. Linsenmayer
         Robin A. Linsenmayer
         535 Mission Street, 24th Floor
         San Francisco, CA 94105
         Phone: 628-432-5100
         Email: rlinsenmayer@paulweiss.com

         *Counsel for Defendant Christian A. Larsen*

**SO ORDERED.**

         _____
         SARAH NETBURN
         United States Magistrate Judge

Dated: January 18, 2022
   New York, New YOrk