# Exhibit A

SEC v. Ripple Labs, Inc. et al., No. 20 Civ. 10832 (AT) (SN) (S.D.N.Y.)
SEC Privilege Log - January 20, 2022

**Confidential**

| Document Date | Author | Description | Privilege(s) |
| --- | --- | --- | --- |
| ~10/23/18 | Matthew Estabrook | Attorney notes reflecting telephonic conversation with Andrew Ceresney, counsel to Ripple Labs, Inc. | Deliberative Process |
| 11/9/18 | Matthew Estabrook | Attorney notes reflecting meeting with Commissioner Roisman and Bradley Garlinghouse. | Deliberative Process |