# Exhibit E

Message

| | |
|---|---|
| **From:** | Brad Garlinghouse [brad@ripple.com] |
| on behalf of | Brad Garlinghouse <brad@ripple.com> [brad@ripple.com] |
| **Sent:** | 11/14/2018 4:24:31 PM |
| **To:** | Glenn Hutchins [Glenn Hutchins <glenn@northisland.net>] |
| **Subject:** | quick update |

Hey Glenn,

I had very positive meetings with SEC Commissioners Roisman and Peirce last Friday in Washington DC.  They were separate meetings  - and Comm Roisman's staff was particularly engaged and seeking to be helpful in the current purgatory in which we find ourselves.

If at all valuable as you prep for your time on 11/27 - I'd be happy to jump on the phone and discuss further.

Best,
Brad

CONFIDENTIAL

RPLI_SEC 0766853