# Exhibit F

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

```
 1                 UNITED STATES DISTRICT COURT
 2                 SOUTHERN DISTRICT OF NEW YORK
 3
 4   SECURITIES AND EXCHANGE         )
     COMMISSION,                     )
 5                                   )
                     Plaintiff,      )
 6                                   ) Case No.
             v.                      ) 20-Civ-10832(AT)(SN)
 7                                   )
     RIPPLE LABS, INC., BRADLEY      )
 8   GARLINGHOUSE, and CHRISTIAN     )
     LARSEN,                         )
 9                                   )
                     Defendants.     )
10   _____)
11
12       **CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
13
14                  VIDEOTAPED DEPOSITION OF
15              BRADLEY KENT GARLINGHOUSE, JR.
16                 Monday, September 20, 2021
17
18
19
20
21
22
23
     Reported by:
24   BRIDGET LOMBARDOZZI,
     CSR, RMR, CRR, CLR
25   Job No. 210920BLO
```

                                                                   1

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF NEW YORK
 3
 4   SECURITIES AND EXCHANGE       )
     COMMISSION,                   )
 5                                 )
                  Plaintiff,       )
 6                                 ) Case No.
            v.                     ) 20-Civ-10832(AT)(SN)
 7                                 )
     RIPPLE LABS, INC., BRADLEY    )
 8   GARLINGHOUSE, and CHRISTIAN   )
     LARSEN,                       )
 9                                 )
                  Defendants.      )
10   _____)
11
12
13
14
15        Videotaped deposition of BRADLEY KENT GARLINGHOUSE,
16   JR. taken on behalf of Plaintiff, held at the offices of
17   Cleary Gottlieb Steen & Hamilton LLP, 1 Liberty Plaza,
18   New York, New York, commencing at 8:20 a.m. and ending
19   at 8:01 p.m., on Monday, September 20, 2021, before
20   Bridget Lombardozzi, CCR, RMR, CRR, CLR, and a Notary
21   Public of the States of New York and New Jersey,
22   pursuant to notice.
23
24
25
                                                            2
```

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

```
08:58:58   1    ever had meetings with sitting -- sitting SEC
           2    commissioners?
           3         A.   Not to my knowledge.
           4         Q.   Other than the meetings with Chair
08:59:04   5    Clayton, Commissioners Roisman and Pierce, other
           6    than those three meetings -- sorry.
           7              Did you meet with any of them more than
           8    once?
           9              MR. SOLOMON:  Objection to form.
08:59:16  10         A.   Sorry.  One recollection I just had is I
          11    did -- I don't remember when Commissioner Jackson
          12    left his tenure.  I think I may have met with him
          13    immediately before, within like the week before he
          14    exited his commissioner status.
08:59:31  15         Q.   Okay.  For what purpose did you meet
          16    with him?
          17         A.   I mean, similar to talk about what's
          18    going on in crypto, to talk about with what's
          19    going on with Ripple.  Evangelizing, you know,
08:59:41  20    what Ripple's up to and our views of, you know,
          21    U.S. regulatory dynamics.
          22         Q.   Did you meet with him at the SEC?
          23         A.   No.
          24         Q.   Where did you meet with him?
08:59:52  25         A.   Here in New York.
```

55

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

```
08:59:54   1            Q.   Where in New York?
           2            A.   I don't recall the name of the place, to
           3       be honest with you.  It was a coffee shop, I
           4       think.
09:00:02   5            Q.   In these meetings with the
           6       Commissioners, did any of the commissioners tell
           7       you that they did not believe that XRP is a
           8       security?
           9            A.   Yes.
09:00:14  10            Q.   Who?
          11            A.   I recall Commissioner Roisman very
          12       specifically saying "I'm sorry you've even had to
          13       come here."  I think that the confusion about the
          14       status of XRP he viewed as not healthy for the
09:00:31  15       market.  I -- I don't -- I recall less about the
          16       meeting with Commissioner Pierce.
          17            Q.   Okay.  Did the Chair tell you he did not
          18       believe XRP was a security?
          19            A.   No.
09:00:44  20            Q.   Okay. And Commissioner Roisman, you --
          21       you referenced he said he was sorry you had to
          22       come here, but did he tell you that he did not
          23       view XRP as a security?
          24                 MR. SOLOMON:  If you recall.
09:00:56  25            A.   Yeah.  I don't recall the exact words
```

56

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

```
09:00:57   1   that were used.  I -- I think -- I mean,
           2   understandably, you're asking me did I have
           3   clarity -- you're asking about each of these
           4   meetings and did someone make an affirmative
09:01:08   5   statement they didn't view XRP as a security.  In
           6   none of these meetings did everyone -- anyone ever
           7   say they viewed that XRP was a security.
           8        Q.   Okay.  So you recall that -- you recall
           9   that at none of these meetings anyone said that
09:01:21  10   they viewed that XRP was a security?  You recall
          11   that, is that fair?
          12        A.   I think I would certainly recall if a --
          13   if a -- and as I testified earlier in this
          14   deposition, if a SEC member, commissioner or
09:01:35  15   otherwise, had said they viewed XRP was a
          16   security, I would remember that.
          17        Q.   And would you remember if one of them
          18   had said they viewed it as not a security?
          19        A.   Well, I -- I recall Commissioner
09:01:46  20   Roisman, without knowing exactly the words that
          21   were said, making statements that in the -- you
          22   know, there may be contemporaneous emails,
          23   although those may have been internal with
          24   counsel, but said that, you know, having had these
09:02:03  25   meetings, I -- I think it's worth pointing out,
```

57