# Exhibit E

(Redacted)

**From:** Chris Larsen <chris@ripple.com>
**Sent:** Monday, May 26, 2014 1:43 PM
**To:** Ryan Fugger
**Subject:** Re: Jesse

Founders were issuers rather than RL so RL could be a user not an issuer. Founders assumed risk of bring issuers which persists today. This protected RL and was a key pt in our first convertible note w investors like ▆▆▆▆. 20% was comp for founders personally assuming this risk.
Also, analysis from Perkins Coie was that investors and employees could not receive XRP, could risk SEC designation of a security. Only founders could - Jed, Arthur and me.
Further - post march 2013 FinCEN guidance - the RL designation as a user rather than issuer is and continues to be key - reducing risk to RL holders like Jesse - increasing risk to founders/ issuers.
Further, the ledger was reset hundreds of times leading up to public launch in dec 2012 - nonetheless, the ledger simply reflects property ownership of XRP which was founders 20%, RL 80%.
Hope that helps.

Chris

Chris Larsen | CEO
Ripple Labs, Inc.
chris@ripple.com | ripple.com

> On May 26, 2014, at 12:50 PM, Ryan Fugger <arv@ryanfugger.com> wrote:
>
> So, just to get it straight -- what was the reason the founders kept 20% instead of giving it all to RL?

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                    RPLI_SEC 0057498