UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                       Plaintiff,

-against-

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,

                       Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2022
```

20 Civ. 10832 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendants Ripple Labs, Inc. and Christian A. Larsen's letter and proposed redactions to Exhibit E. *See* ECF Nos. 428, 428-1. Accordingly, the Clerk of Court is directed to unseal ECF Nos. 106, 108-1, 108-2, 130-1, 130-2, 131, 172, 179-1, 179-2, 183, and 222. The Clerk of Court is further directed to strike ECF No. 179-3 from the docket. The document at ECF No. 428-1 shall be considered ECF No. 179-3.

    SO ORDERED.

Dated: February 18, 2022
       New York, New York

                                                  ANALISA TORRES
                                         United States District Judge