UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br>  v.<br><br>RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>          Defendants. | Case No. 1:20-cv-10832-AT-SN |

## NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon the attached declaration, and subject to approval of the Court, Justin D. Ward hereby withdraws as counsel for Defendant Christian A. Larsen in the above-captioned action and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list. Martin Flumenbaum, Michael E. Gertzman, Meredith R. Dearborn, Kristina A. Bunting, and Sarah J. Prostko of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Mr. Larsen in this proceeding.

Dated: February 25, 2022
   New York, New York

Respectfully submitted,

**PAUL, WEISS, RIFKIND,**
 **WHARTON & GARRISON LLP**

*/s/ Justin D. Ward*
Justin D. Ward
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990
Email: jward@paulweiss.com

*Counsel for Defendant Christian A. Larsen*

SO ORDERED:

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RIPPLE LABS INC.,  BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>　　　　　　　　　　Defendants. | Case No. 1:20-cv-10832-AT-SN |

## DECLARATION OF JUSTIN D. WARD

I, Justin D. Ward, declare and state as follows pursuant to 28 U.S.C. § 1746:

1. I am an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), an international law firm with its principal office at 1285 Avenue of the Americas, New York, New York 10019-6064, counsel for Defendant Christian A. Larsen in the above-captioned action.  I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel for Mr. Larsen because I am leaving the employ of Paul, Weiss.

2. Martin Flumenbaum, Michael E. Gertzman, Meredith R. Dearborn, Kristina A. Bunting, and Sarah J. Prostko of Paul, Weiss will continue to represent Defendants in this proceeding.

3. My withdrawal will not delay the matter or prejudice any party.

4. I am not asserting a retaining or charging lien.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 25, 2022　　　　　　　　　*/s/ Justin D. Ward*
　　　　New York, New York　　　　　　　　Justin D. Ward

**CERTIFICATE OF SERVICE**

      I hereby certify that, on February 25, 2022, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system and upon Defendant Christian A. Larsen by email.

Dated: February 25, 2022            */s/ Justin D. Ward*
       New York, New York           Justin D. Ward