UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br> v.<br><br>RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>          Defendants. | Case No. 1:20-cv-10832-AT-SN |

## NOTICE AND ORDER FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon the attached declaration, and subject to approval of the Court, Justin D. Ward hereby withdraws as counsel for Defendant Christian A. Larsen in the above-captioned action and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list. Martin Flumenbaum, Michael E. Gertzman, Meredith R. Dearborn, Kristina A. Bunting, and Sarah J. Prostko of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Mr. Larsen in this proceeding.

Dated: February 25, 2022
   New York, New York

Respectfully submitted,

**PAUL, WEISS, RIFKIND,**
 **WHARTON & GARRISON LLP**

*/s/ Justin D. Ward*
Justin D. Ward
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990
Email: jward@paulweiss.com

Attorney Justin D. Ward terminated.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: February 28, 2022
   New York, New York