

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

March 14, 2022

**VIA ECF**
Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York

    Re:     <u>SEC v. Ripple Labs, Inc. et al.</u>, No. 20-cv-10832 (AT) (SN) (S.D.N.Y.)

Dear Judge Netburn:

    Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this motion to request that the Court permit the SEC to file a response to Defendants' motion to strike the supplemental expert report of Dr. Albert Metz (D.E. 439) on March 18, 2022 (a two-day extension of time) and Defendants to file a reply on March 24, 2022. Defendants consent to this request.

    Respectfully submitted,

    /s/ Mark R. Sylvester

    Mark R. Sylvester

cc: Counsel for All Defendants (*via* ECF)