UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                                    Plaintiff,                     20-CV-10832 (AT) (SN)

      -against-                                                    <u>ORDER</u>

RIPPLE LABS, INC., et al.,

                                  Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In light of the Court's March 11, 2022 order denying Defendant Larsen's and Defendant Garlinghouse's motions to dismiss, the parties are directed to meet and confer to determine what, if any, additional discovery is necessary. The parties shall file a joint letter by March 23, 2022, informing the Court of any additional discovery they intend to seek. The letter should propose a schedule for the efficient completion of this discovery.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dates: March 14, 2022
            New York, New York