# EXHIBIT B

L465secC

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x

3  SECURITIES and EXCHANGE
   COMMISSION,

4
                    Plaintiff,
5
              v.                        20 Civ. 10832 (AT)(SN)
6                                       Remote Proceeding

7  RIPPLE LABS, INC., et al.,

8                    Defendants.

9  ------------------------------x
                                        New York, N.Y.
10                                      April 6, 2021
                                        2:00 p.m.
11
   Before:
12
                        HON. SARAH NETBURN,
13
                                        U.S. Magistrate Judge
14

15                         APPEARANCES

16
   SECURITIES and EXCHANGE COMMISSION
17       Attorneys for Plaintiff SEC
   BY:  JORGE G. TENREIRO
18       DUGAN BLISS
         DAPHNA A. WAXMAN
19       JON A. DANIELS
         LADAN STEWART
20
   CLEARY GOTTLIEB STEEN & HAMILTON, LLP
21       Attorneys for Defendant Bradley Garlinghouse
   BY:  MATTHEW SOLOMON
22
   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
23       Attorneys for Defendant Christian A. Larsen
   BY:  MARTIN FLUMENBAUM
24       MICHAEL GERTZMAN
         MEREDITH DEARBORN
25

L465secC

1    clarity.

2            Okay.  Thank you everybody for your arguments.  I

3    appreciate them.  As I have come to expect from this group of

4    lawyers, they were excellent and the papers that you submitted

5    as well were excellent.  And I recognize that this is

6    high-stakes litigation and that people are quite invested in

7    the outcome of the issues including the individual defendants

8    who face serious individual liability.

9            I have reviewed the letters and have listened

10   carefully to the argument.  I am going to grant, in large part,

11   the defendant's motion.  I think that the discovery related to

12   Bitcoin and Ether is relevant.  I think it is relevant to the

13   Court's eventual analysis with respect to the *Howey* factors,

14   but I also think it is relevant as to the objective review of

15   defendants' understanding in thinking about the aiding and

16   abetting charge or aiding and abetting count.  I also think it

17   is relevant to the fair notice defense that Ripple is raising.

18   So, for all of those reasons, I think discovery into Bitcoin

19   and Ether is appropriate and I am going to authorize it.  I am

20   going to authorize discovery both as to exclusively Bitcoin or

21   Ether communications as well as XRP communications between the

22   SEC and third-parties, and by that I am excluding all market

23   participants and the other government agencies.  I am not

24   including SEC-to-SEC internal communications in that ruling.

25   And so, the SEC is obligated to review the discovery request.