# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| NEW YORK | 2112 Pennsylvania Avenue, NW | ROME |
| PARIS | Washington, DC 20037-3229 | MILAN |
| BRUSSELS | T: +1 202 974 1500 | HONG KONG |
| LONDON | F: +1 202 974 1999 | BEIJING |
| FRANKFURT | clearygottlieb.com | BUENOS AIRES |
| COLOGNE | | SÃO PAULO |
| MOSCOW | D: +1 202.974.1680 | ABU DHABI |
| | msolomon@cgsh.com | SEOUL |

**VIA ECF**          March 15, 2022

Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

        RE: *SEC v. Ripple Labs Inc. et al.,* No. 20-cv-10832 (AT)(SN) (S.D.N.Y.)

Dear Judge Netburn:

        Pursuant to Part I.G of the Court's Individual Practices, we write on behalf of Bradley Garlinghouse, Christian Larsen and Ripple Labs Inc. (collectively, "**Defendants**"), and with the consent of the SEC, to request that the deadline for Defendants to file a response to the SEC's letter regarding Pending Motions in Light of D.E. 441, *see* ECF No. 445, be extended two business days from Thursday, March 17 to Monday, March 21, 2022. This is Defendants' first request for an extension of time for this response.

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the cities listed above.

Respectfully Submitted,

| | |
|---|---|
| /s/ Matthew C. Solomon | PAUL, WEISS, RIFKIND, WHARTON & |
| Matthew C. Solomon | GARRISON LLP |
| (msolomon@cgsh.com) | 1285 Avenue of the Americas |
| CLEARY GOTTLIEB STEEN & HAMILTON | New York, NY 10019 |
| 2112 Pennsylvania Avenue NW | +1 (212) 373-3000 |
| Washington, DC 20037 | |
| +1 (202) 974-1680 | *Attorneys for Defendant Christian A. Larsen* |
| *Attorneys for Defendant Bradley Garlinghouse* | |
| KELLOGG, HANSEN, TODD, FIGEL, & FREDERICK PLLC | DEBEVOISE & PLIMPTON LLP |
| Sumner Square | 919 Third Avenue |
| 1615 M Street, NW, Suite 400 | New York, NY 10022 |
| Washington, DC 20036 | +1 (212) 909-6000 |
| +1 (202) 326-7900 | |

*Attorneys for Defendant Ripple Labs Inc.*