# EXHIBIT A

1

2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
3    - - - - - - - - - - - - - - - - -x
     SECURITIES AND EXCHANGE
4    COMMISSION,

5                    Plaintiff,
                                        Case No.
6        against                        20-cv-1(AT)(SN)

7    RIPPLE LABS, INC., BRADLEY
     GARLINGHOUSE, and CHRISTIAN A.
8    LARSEN,

9                    Defendants.
     - - - - - - - - - - - - - - - - -x
10

11

12     VIDEOTAPED DEPOSITION OF ALBERT METZ, Ph.D.

13              New York, New York

14            Friday, February 18, 2022

15

16

17

18

19

20

21

22

23    Reported by

24    JEFFREY BENZ, CRR, RMR

25    JOB NO. 206137

1 7 6 7 6 4 8 4 7 6

Page 2

February 18, 2022
9:16 a.m.

Videotaped Deposition of ALBERT METZ, Ph.D., taken at Debevoise & Plimpton LLP, 919 Third Avenue, New York, New York, before Jeffrey Benz, a Certified Realtime Reporter, Registered Merit Reporter and Notary Public of the State of New York.

Page 3

A P P E A R A N C E S :

FOR THE PLAINTIFF:
    U.S. SECURITIES AND EXCHANGE COMMISSION
        175 West Jackson
        Chicago, Illinois 60604
    BY:  ROBERT MOYE, ESQ.
            -and-
        200 Vesey Street
        New York, New York 10281
    BY:  MARK SYLVESTER, ESQ.
        BENJAMIN HANAUER, ESQ (remotely)
        DAPHNA WAXMAN, ESQ.  (remotely)

Page 4

A P P E A R A N C E S : (Ctd.)

FOR DEFENDANT RIPPLE LABS:
    KELLOGG, HANSEN, TODD, FIGEL & FREDERICK
        1615 M Street, NW
        Washington, District of Columbia 20036
    BY:  REID FIGEL, ESQ.
        CLAYTON MASTERMAN, ESQ.
        KYLIE KIM, ESQ.
        COLLIN WHITE, ESQ.  (remotely)
        BETHAN JONES, ESQ. (remotely)
        GAVAN GIDEON, ESQ. (remotely)
        ELIANA PFEFFER, ESQ. (remotely)
        JUSTIN BERG, ESQ.  (remotely)
            -and-
    DEBEVOISE & PLIMPTON
        919 Third Avenue
        New York, New York 10022
    BY:  DANIEL MARCUS, ESQ.  (remotely)
            -and-
        801 Pennsylvania Avenue NW
        Washington, District of Columbia 20004
    BY:  MATT HIRSCH, ESQ.

Page 5

A P P E A R A N C E S : (Ctd.)

FOR DEFENDANT BRADLEY GARLINGHOUSE:
    CLEARY GOTTLIEB STEEN & HAMILTON
        2112 Pennsylvania Avenue, NW
        Washington, District of Columbia 20037
    BY:  JORGE BONILLA LOPEZ, ESQ. (remotely)

FOR DEFENDANT CHRISTIAN A. LARSEN:
    PAUL, WEISS, RIFKIND, WHARTON & GARRISON
        1285 Avenue of the Americas
        New York, New York 10019
    BY:  MARTIN FLUMENBAUM , ESQ. (remotely)
        EMILY GLAVIN, ESQ. (remotely)

ALSO PRESENT:
    MATTHEW CHIN-QUEE, Videographer
    DEBORAH McCRIMMON, Ripple Labs, Inc. (remotely)
    KYLE E. CHERMAK, Debevoise & Plimpton (remotely)

Metz

1

2     THE VIDEOGRAPHER:  We're now on the
3  record.  This is the start of Tape Number 1
4  of the videotape deposition of Albert Metz,
5  in the matter Securities and Exchange
6  Commission v. Ripple Labs, Inc., et al., in
7  the United States District Court, Southern
8  District of New York, Number 20-CV-1
9  (AT)(SN).
10    The deposition's being held at
11  919 Third Avenue, New York, New York, on
12  February 18, 2022, at approximately
13  9:16 a.m.
14    My name is Matthew Chin-Quee, from
15  TSG Reporting, and I'm the legal video
16  specialist.  The court reporter is Jeffrey
17  Benz, in association with TSG Reporting.
18    Will counsel please introduce
19  yourselves.
20    MR. FIGEL:  Reid Figel, with Clayton
21  Masterman and Kylie Kim, representing
22  defendant, Ripple Labs, Incorporated.
23    MR. MOYE:  Robert Moye and Mark
24  Sylvester here for the SEC.
25    MR. FIGEL:  And we have an agreement

Metz

1

2     that counsel who's participating by video
3  conference, appearances are already noted
4  for the court reporter record, and the --
5  deemed included in the video record.
6     THE VIDEOGRAPHER:  Thank you.
7     Will the court reporter please swear
8  in the witness.
9  ALBERT METZ, Ph.D.,
10    called as a witness, having been first
11    duly sworn by Jeffrey Benz, a Notary
12    Public within and for the State of New
13    York, was examined and testified as
14    follows:
15  EXAMINATION BY MR. FIGEL:
16    Q.  Good morning.  Could you state your
17  name for the record, please.
18    A.  Albert Metz.
19    Q.  And, Mr. Metz, do you prefer to be
20  called Mr. Metz or Dr. Metz?
21    A.  I suppose for this setting, why don't
22  we say Dr. Metz.
23    Q.  You understand you're testifying under
24  the same oath that you would take if you were
25  testifying in a courtroom --

Metz

1

2     A.  I understand.
3     Q.  And you also understand that the
4  two reports that you submitted in this
5  litigation are also submitted under oath?
6     A.  I understand.
7     Q.  Any reason today that you can't give
8  your best truthful and accurate testimony?
9     A.  No reason.
10    Q.  Have you ever been deposed before?
11    A.  Yes, I have.
12    Q.  How many times?
13    A.  One time.
14    Q.  In what matter?
15    A.  SEC versus Rio Tinto.
16    Q.  And have you ever testified in any
17  other proceeding in any context?
18    A.  No.  I've submitted written testimony
19  in that matter, I've been deposed, but that's
20  the extent of my testimony experience.
21    Q.  No personal litigation in which you
22  were a testifying witness?
23    A.  Correct.
24    Q.  You submitted both an expert report
25  and a rebuttal report in connection with this

Metz

1

2  case.  Is that correct?
3     A.  Yes, that's correct.
4     Q.  I'd like to show you what's been
5  marked as -- we'll start with Exhibit 1.
6     (Amended expert report of Albert Metz
7  was marked Exhibit 1 for identification, as
8  of this date.)
9     MR. FIGEL:  This is for the court
10  reporter.
11    THE COURT REPORTER:  That's very nice
12  but it's not necessary.
13    MR. FIGEL:  All right.
14    MR. FLUMENBAUM:  Excuse me.  It's hard
15  to hear Dr. Metz, if he could speak up,
16  please.
17    THE WITNESS:  Is this mic doing
18  anything?
19    THE VIDEOGRAPHER:  It's just for the
20  video.
21    MR. FIGEL:  Why don't we --
22    THE VIDEOGRAPHER:  Maybe I can put
23  that --
24    THE WITNESS:  Is this better?
25    MR. FIGEL:  Mr. Flumenbaum, are you

Page 10

```
                      Metz
1
2       able to hear Dr. Metz now?
3              MR. FLUMENBAUM:  Is he talking now?
4              THE WITNESS:  Testing, testing.  Is
5       this satisfactory?
6              MR. FLUMENBAUM:  Thank you.
7        Q.  I show you what's been marked as Metz
8    Exhibit 1.  Do you recognize that document?
9        A.  I do.  It appears to be my opening
10   report in this matter.
11       Q.  And does Exhibit 1 set forth all the
12   affirmative opinions you intend to offer in this
13   case?
14       A.  I believe so, yes.
15       Q.  And does it contain the bases for all
16   of the opinions that you intend to offer?
17       A.  Well, I have opinions also expressed
18   in my rebuttal report.
19       Q.  We'll get to that.  I'm just talking
20   about in your open report.
21       A.  My opening report represents the
22   opinions of my opening report.
23       Q.  And you understand that that Exhibit 1
24   is also submitted under penalty of perjury,
25   correct?
```

Page 11

```
                      Metz
1
2        A.  Yes, I understand.
3        Q.  And nothing was omitted from that
4    report that you deemed to be necessary to
5    support the opinions that you express in that
6    report; is that correct?
7        A.  I believe that's correct.  Yes.
8        Q.  I'd like to now show you what we'll
9    mark as Metz Exhibit 2.
10             (Rebuttal report of Albert Metz was
11        marked Exhibit 2 for identification, as of
12        this date.)
13       Q.  Do you recognize this document,
14   Dr. Metz?
15       A.  I do.  This appears to be my rebuttal
16   report in this matter.
17       Q.  And does your rebuttal report include
18   all the rebuttal opinions you intend to offer in
19   connection with this litigation?
20       A.  Well, I have been directed by the SEC
21   to do some additional analysis in response to
22   the reports of Dr. Marais and Professor Fischel.
23   Those are not yet contained in this rebuttal
24   report.
25             MR. FIGEL:  Let me inquire of
```

Page 12

```
                      Metz
1
2    Mr. Moye.  Do you intend to seek leave of
3    the court to submit additional expert
4    reports from Dr. Metz?
5         MR. MOYE:  The plan, what we expect to
6    do is to supplement within the expert
7    discovery period, so in other words, the
8    few additional comments that we believe are
9    appropriate to make based on the rebuttal
10   report will be included in a very short
11   supplement under 26(e).
12        MR. FIGEL:  All right.  Just so the
13   record's clear, we have not yet been
14   provided with a copy of any supplemental
15   reports of Dr. Metz.  I don't think it's
16   fair for us to be expected to examine him
17   based on his prognostication about what may
18   be included in those reports so we --
19        MR. MOYE:  We agree.
20        MR. FIGEL:  -- we reserve our rights
21   to call Dr. Metz back in the event you
22   submit a supplemental report.
23        MR. MOYE:  We agree, and we'll discuss
24   that, and we'll be happy to make him
25   available for a reasonable amount of time.
```

Page 13

```
                      Metz
1
2        Q.  With respect to your rebuttal report,
3    Dr. Metz, as you sit here today, do you have any
4    opinions about the matters contained in your
5    rebuttal report, other than what's set forth in
6    the report?
7        A.  No.  The rebuttal report stands
8    complete as of today.
9        Q.  Okay.  And your rebuttal report
10   includes all the facts and data that you
11   considered in support of the opinions you
12   expressed in Exhibit 2, correct?
13       A.  I believe so, yes.
14       Q.  All right.  Other than --
15             MR. FIGEL:  And, Mr. Moye, what I
16        propose that we do is we will treat
17        whatever engagement that he is working on
18        now as postdating the dates of his
19        two reports.
20             MR. MOYE:  Sure.
21             MR. FIGEL:  So none of my questions
22        are going to go to any other opinions you
23        may be working on now.  Fair enough?
24             But we reserve our rights with respect
25        to any supplemental or subsequent opinions
```