**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON  (1946-1991)
RANDOLPH E. PAUL  (1946-1956)
SIMON H. RIFKIND  (1950-1995)
LOUIS S. WEISS  (1927-1950)
JOHN F. WHARTON  (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3191

WRITER'S DIRECT FACSIMILE

(212) 492-0191

WRITER'S DIRECT E-MAIL ADDRESS

mflumenbaum@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

March 23, 2022

<u>Via ECF</u>

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: *SEC* v. *Ripple Labs, Inc. et al.*, No. 20-cv-10832 (AT) (S.D.N.Y.)

Dear Judge Torres:

Pursuant to Part I.G of the Court's Individual Practices, we write on behalf of Defendants Christian Larsen and Bradley Garlinghouse (collectively, the "Individual Defendants"), and with the consent of the SEC, to request that the deadline for the Individual Defendants to file their answers to the SEC's First Amended Complaint, ECF No. 46, be extended two weeks from Friday, March 25 to Friday, April 8, 2022. This request is the Individual Defendants' first request for an extension of time to file their answers, and the SEC noted its consent to this request in its March 21, 2022 letter motion seeking an extension of a separate deadline. *See* ECF No. 449, at 1 ("The Individual Defendants further requested, to which the SEC consents, an extension of the March 25, 2022 deadline to file their Answers until April 8, 2022.").

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

Dated: March 23, 2022
New York, NY

Respectfully Submitted,

*/s/ Martin Flumenbaum*
Martin Flumenbaum
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
*Counsel for Defendant Christian A. Larsen*

*/s/ Matthew C. Solomon*
Matthew C. Solomon
CLEARY GOTTLIEB STEEN & HAMILTON
*Counsel for Defendant Bradley Garlinghouse*

cc: All Counsel (via ECF)