# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| WASHINGTON, D.C. | One Liberty Plaza | MILAN |
| PARIS | New York, NY 10006-1470 | HONG KONG |
| BRUSSELS | T: +1 212 225 2000 | BEIJING |
| LONDON | F: +1 212 225 3999 | BUENOS AIRES |
| FRANKFURT | clearygottlieb.com | SÃO PAULO |
| COLOGNE | | ABU DHABI |
| MOSCOW | D: +1 202-974-1680 | SEOUL |
| ROME | msolomon@cgsh.com | SILICON VALLEY |

March 25, 2022

**VIA ECF**

Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    RE: <u>SEC v. Ripple Labs Inc. et al., No. 20-cv-10832 (AT)(SN) (S.D.N.Y.)</u>

Dear Judge Netburn:

  Pursuant to Part I.G of the Court's Individual Practices, we write on behalf of Bradley Garlinghouse, Christian Larsen and Ripple Labs Inc. (collectively, "Defendants"), and with the consent of the SEC, to request an extension for the deadline for Defendants to file a response to the SEC's letter seeking leave to redact portions of four sets of notes.  *See* ECF No. 454.  Defendants requested that the SEC produce the notes with the requested material redacted so Defendants can assess whether and to what extent they have objections to the proposed redactions.  The SEC has represented that it will produce the documents by early next week.  The Parties have agreed, subject to the Court's approval, that Defendants would then file a response with the Court within three business days from the date on which the SEC produces to Defendants the documents containing the SEC's proposed redactions.  Defendants' response was originally due on March 28, 2022.  This is Defendants' first request for an extension of time for this response.

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the cities listed above.

Respectfully Submitted,

| | |
|---|---|
| /s/ Matthew C. Solomon<br>Matthew C. Solomon<br>(msolomon@cgsh.com)<br>CLEARY GOTTLIEB STEEN &<br>HAMILTON<br>2112 Pennsylvania Avenue NW<br>Washington, DC 20037<br>+1 (202) 974-1680<br><br>*Attorneys for Defendant Bradley Garlinghouse* | PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>+1 (212) 373-3000<br><br>*Attorneys for Defendant Christian A. Larsen* |
| KELLOGG, HANSEN, TODD, FIGEL,<br>& FREDERICK PLLC<br>Sumner Square<br>1615 M Street, NW, Suite 400<br>Washington, DC 20036<br>+1 (202) 326-7900 | DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, NY 10022<br>+1 (212) 909-6000 |

*Attorneys for Defendant Ripple Labs Inc.*