UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                                  Plaintiff,                    20-CV-10832 (AT) (SN)

        -against-                                  **ORDER**

RIPPLE LABS, INC., et al.,

                                  Defendants.

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Court has reviewed the SEC's letter requesting leave to redact portions of four sets of handwritten notes by SEC staff. The SEC is ORDERED to submit its proposed redactions for *in camera* review by April 8, 2022.

**SO ORDERED.**

                                                                    _____
                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

Dates:  March 14, 2022
           New York, New York