

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

DIVISION OF
ENFORCEMENT

April 6, 2022

**VIA ECF**
Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square, Courtroom 219
New York, N.Y. 10007

Re:   *SEC v. Ripple Labs, Inc., et al.*, No. 20 Civ. 10832 (AT) (SN) (S.D.N.Y.)

Dear Judge Netburn:

      Plaintiff Securities and Exchange Commission (the "SEC") respectfully submits this letter to correct a typographical error contained in the declaration of Valerie Szczepanik submitted in support of the SEC's letter motion of March 23, 2022, requesting leave to redact certain portions of handwritten notes taken by SEC Staff during meetings. (Dkt. 454). The declaration describes Ms. Szczepanik's notes of a meeting with Coin Center, a purported non-profit research and advocacy center focused on cryptocurrencies, on June 20, 2018. The notes are in fact dated June 20, 2017, and the meeting occurred on this date. Accordingly, attached is an amended declaration reflecting this correction.[1]

Respectfully submitted,

*/s/ Pascale Guerrier*
Pascale Guerrier

cc: All parties (via ECF)

.

---

[1] The SEC has informed Defendants that it would file this letter to correct the record.