UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                             Plaintiff,

-against-

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,

                             Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/28/2022_

20 Civ. 10832 (AT)(SN)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letter dated April 22, 2022. ECF No. 471. Accordingly,

1. By **July 12, 2022**, the parties shall file any motions to exclude expert testimony.[1] By **August 9, 2022**, the parties shall file their oppositions. By **August 30, 2022**, the parties shall file replies, if any. Each motion to exclude expert testimony and response will be limited to 15 pages per side. Either party may move the Court to file an omnibus motion and propose an appropriate page length.

2. By **September 13, 2022**, the parties shall file any motions for summary judgment and Rule 56.1 statements. By **October 18, 2022**, the parties shall file their oppositions and responses to Rule 56.1 statements. By **November 15, 2022**, the parties shall file replies, if any. If Defendants choose to file separate motions, their motions and oppositions will be limited to 30 pages, and their replies, if any, will be limited to 15 pages. If Defendants choose to file a joint motion, their motion and opposition will be limited to 75 pages, and their reply, if any, will be limited to 45 pages. The Securities and Exchange Commission's motion and opposition will be limited to 75 pages, and its reply will be limited to 45 pages.

SO ORDERED.

Dated: April 28, 2022
       New York, New York

                                                                  ANALISA TORRES
                                                          United States District Judge

---

[1] This deadline does not apply to any motion to exclude the expert testimony of Anthony M. Bracco. Any such motion shall be filed once the issue of remedies is ripe.