# CLEARY GOTTLIEB STEEN & HAMILTON LLP

NEW YORK · PARIS · BRUSSELS · LONDON · FRANKFURT · COLOGNE · MOSCOW · ROME · MILAN · HONG KONG · BEIJING · BUENOS AIRES · SÃO PAULO · ABU DHABI · SEOUL

2112 Pennsylvania Avenue, NW
Washington, DC 20037-3229
T: +1 202 974 1500
F: +1 202 974 1999

clearygottlieb.com

D: +1 202.974.1680
msolomon@cgsh.com

May 2, 2022

**VIA ECF**

Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE: *SEC v. Ripple Labs Inc. et al.,* No. 20-cv-10832 (AT)(SN) (S.D.N.Y.)

Dear Judge Netburn:

Pursuant to Part I.G of the Court's Individual Practices, we write on behalf of Bradley Garlinghouse, Christian Larsen and Ripple Labs Inc. (collectively, "Defendants"). Defendants respectfully request an extension to Friday May 13, 2022 of the time to respond to the SEC's letter brief setting forth its assertions that internal documents related to a speech given by a former SEC official, ECF No. 473, are protected from disclosure by the attorney-client privilege. Defendants' response would otherwise be due on Wednesday, May 4, 2022. This is Defendants' first request for an extension, and the SEC does not object.

Respectfully Submitted,

*/s/ Matthew C. Solomon*
Matthew C. Solomon