

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

May 3, 2022

**VIA ECF**
Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York

Re:     _SEC v. Ripple Labs, Inc. et al._, No. 20-cv-10832 (AT) (SN) (S.D.N.Y.)

Dear Judge Netburn:

In accordance with this Court's Orders of January 13, 2022 (D.E. 413) and April 11, 2022 (D.E. 465) and Judge Torres's Order of April 19, 2022 (D.E. 470), on April 29, 2022, the SEC filed its letter brief renewing its assertion that the attorney-client privilege protects internal documents related to a June 14, 2018 speech ("Speech") delivered by Bill Hinman, the then-Director of the SEC's Division of Corporation Finance (D.E. 473).  On May 2, 2022, Defendants asked this Court to extend their time to respond to the SEC's April 29, 2022 letter brief to May 13, 2022.  D.E. 474. The SEC did not object to this request and the Court has since granted the extension.  D.E. 475.

The SEC respectfully requests that it be permitted to file a reply brief in support of its assertion of attorney-client privilege over the Speech documents by May 20, 2022.  Defendants object to the SEC's request.

Respectfully submitted,

/s/ Pascale Guerrier

Pascale Guerrier

cc: Counsel for All Defendants (via ECF)