# Exhibit B

Case 1:20-cv-10832-AT-SN   Document 480-2   Filed 05/13/22   Page 2 of 5

7/27/2021                Securites and Exchange Commission v. Ripple Labs, Inc., et al.    William Hinman, Jr.

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------  )

SECURITIES AND EXCHANGE         )

COMMISSION,                     )

              Plaintiff,      )Case No.

   vs.                          )20 CV 10832 (AT)

RIPPLE LABS, INC.; BRADLEY      )

GARLINGHOUSE, and CHRISTIAN A.  )

LARSEN,                         )

              Defendants.     )

------------------------------  )


DEPOSITION OF WILLIAM HAROLD HINMAN, JR.

WASHINGTON, D.C.

JULY 27, 2021


REPORTED BY:  Tina Alfaro, RPR, CRR, RMR

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 1:20-cv-10832-AT-SN   Document 480-2   Filed 05/13/22   Page 3 of 5

7/27/2021         Securites and Exchange Commission v. Ripple Labs, Inc., et al.   William Hinman, Jr.

Page 267

1      Q.   And Mr. Bartels is from the division of
2   investment management?
3      A.   That's right.
4      Q.   And you distributed your speech to SEC
5   employees in each of those divisions, correct?
6           MR. TENREIRO:  Object to form.
7      A.   Yes.
8      Q.   Did you circulate the draft of your speech
9   to enable you to get reactions from these
10  individuals as to the content of your speech?
11          MR. TENREIRO:  Just answer yes or no for
12  now, and then we can take it from there.
13     A.   Yes.
14     Q.   Do you recall whether the e-mail had text
15  in it, the cover e-mail?
16     A.   I don't recall.
17     Q.   Do you recall in general what you
18  specifically asked of the recipients of this e-mail
19  to do in response to the speech, the draft of the
20  speech?
21          MR. TENREIRO:  Yes or no, please.
22     A.   No.

Case 1:20-cv-10832-AT-SN   Document 480-2   Filed 05/13/22   Page 4 of 5

7/27/2021        Securites and Exchange Commission v. Ripple Labs, Inc., et al.   William Hinman, Jr.

Page 268

1      Q.   In substance were you asking them to
2   review the speech for content?
3           MR. TENREIRO:  Yes or no.
4      A.   I don't recall the substance of the
5   e-mail.  So it's hard to know.
6      Q.   Do you recall receiving a response from
7   any of the recipients to your e-mail?
8      A.   I don't recall specifically receiving
9   them, but I'm sure many offered comments.
10     Q.   Do you recall any of the comments you
11  received from anyone in response to your June 4th,
12  2018 e-mail?
13     A.   Not specifically.
14     Q.   Do you recall generally that you received
15  edits to the draft of your speech?
16     A.   I believe so.
17     Q.   Do you recall any of the edits?
18     A.   No.
19     Q.   Based on the responses you received, did
20  you form an understanding in your own mind that the
21  substance of your remarks was not inconsistent with
22  any existing or contemplated policy of any of the

Case 1:20-cv-10832-AT-SN   Document 480-2   Filed 05/13/22   Page 5 of 5

7/27/2021        Securites and Exchange Commission v. Ripple Labs, Inc., et al.   William Hinman, Jr.

Page 356

1          MR. TENREIRO:  Go ahead.
2      A.   The first draft of that speech would have
3   been done by my counsel most likely.  I think I may
4   have outlined it for them or -- you know, I don't
5   remember the exact process.  So I wouldn't be
6   sitting down trying to pull together a bunch of
7   things.  I'd be reading the draft.
8      Q.   Which counsel do you recall drafted the
9   original?
10     A.   I think probably Michael Seaman.
11     Q.   And did he give you the draft after he
12  finished it?
13     A.   We exchanged drafts over a period of time.
14     Q.   And did he show you any document --
15  factual documents that formed the basis for
16  whatever draft he gave you?
17         MR. TENREIRO:  Answer yes or no, please.
18     A.   No.
19     Q.   And do you know if he had any factual
20  documents at the time he prepared his draft?
21     A.   What do you mean by a factual document
22  here?  I'm not quite sure.