

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

Lisa Zornberg
Partner
lzornberg@debevoise.com
Tel  +1 212 909 6945

May 17, 2022

<u>BY ECF</u>

Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 1000

**SEC v. Ripple Labs Inc., et al., No. 20-cv-10832 (AT) (SN) (S.D.N.Y.)**

Dear Judge Netburn:

  Defendants Ripple Labs Inc., Bradley Garlinghouse, and Christian Larsen respectfully request the Court's approval of a briefing size and schedule for purposes of a dispute concerning the SEC's responses to Defendants' Fourth Set of Requests for Admission ("RFA") on which the parties have reached an impasse. The SEC consents to this proposal. Defendants intend to file a letter motion to compel ("Motion"), and the parties have agreed to the following proposed schedule and page limits with respect to the Motion:

- Defendants' Motion would not exceed seven (7) pages.

- The SEC's letter in opposition to Defendants' Motion would not exceed seven (7) pages and would be filed within ten business days of the Motion.

- Defendants' reply in further support of the Motion would not exceed four (4) pages and would be filed within seven business days of the SEC's opposition.

  With respect to page limits, Defendants believe that a combined Motion of seven pages or fewer, which is below the five-page-per-party limit provided by Section II.C of the Court's Individual Practices in Civil Cases, will permit the Court to fully consider the factual basis and legal issues raised in the Motion and serve the interests of judicial economy and efficiency.

            Respectfully,

            <u>*s/ Lisa Zornberg*</u>
            Lisa Zornberg

cc: All Counsel of Record