# EXHIBIT 3



**Debevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
+1 212 909 6000

**Lisa Zornberg**
Partner
lzornberg@debevoise.com
Tel  +1 212 909 6945

May 5, 2022

<u>BY E-MAIL</u>

John Deaton
Deaton Law Firm
450 North Broadway
East Providence, RI 02914
Email:  all-deaton@deatonlawfirm.com

Re:    *SEC* v. *Ripple Labs Inc., et al.*, No. 20 Civ. 10832 (AT) (S.D.N.Y)

Dear Mr. Deaton:

      This letter is to confirm that Defendants are willing to meet and confer with you and the SEC about the access requests made in your letter dated April 27, 2022. Defendants also have no objection to you having access to the expert report of Patrick Doody that has been offered in this case by the SEC.  We note that the SEC did not designate Mr. Doody's report (dated October 4, 2021) as Confidential, such that there is no restriction on the parties sharing it with you and no court approval would be required. We would, however, expect you to agree to use the report for litigation purposes only. Judge Torres's Order dated October 4, 2021 acknowledged that, as *amicus curiae*, you may be able to offer the unique perspective of users and holders of XRP who purchased XRP in the secondary market.  We believe the opinions offered by Mr. Doody in this case could be relevant for your consideration in that he has offered views on the conduct of reasonable XRP purchasers.  Defendants take no position on your remaining access requests at this time.

      Sincerely,

      *Lisa Zornberg*

      Lisa Zornberg

cc:  Counsel of Record