# EXHIBIT 4

John E. Deaton ᐃ
Garrett L. Boatright °

# DEATONLAWFIRM, LLC

450 North Broadway, East Providence, Rhode Island 02914

ᐃ Admitted in RI, MA, CT & IA
° Admitted in RI

- *VIA EMAIL* -

May 5, 2022

Lisa Zornberg
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 (212) 909-6945
lzornberg@debevoise.com

**Re: Amicus Curiae in** *SEC v. Ripple Labs Inc., et al.***, No. 1:20-cv-10832-AT-SN (S.D.N.Y.)**

Dear Attorney Zornberg:

This letter is to confirm that I am in receipt of your May 5, 2022 letter in response to my April 27, 2022 letter requesting a Meet and Confer amongst the parties of record in preparation for filing my Amicus Brief to the court. Please be advised that I agree and stipulate to utilize the expert report of Patrick B. Doody ("Doody Report") **solely** for litigation purposes.

Thank you for your response.

Sincerely,

John E. Deaton, Esq.
Deaton Law Firm LLC
450 North Broadway
East Providence, RI 02914
Tel: (401) 351-6400
Fax: (401) 351-6401
all-deaton@deatonlawfirm.com

*Cc: All Counsel of Record*