# EXHIBIT 7



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

**DIVISION OF**
**ENFORCEMENT**

May 11, 2022

**Via Email**
John E. Deaton, Esq.
Deaton Law Firm
450 North Broadway
East Providence, RI 02914

Re:     Amicus Curiae in *SEC v. Ripple Labs Inc. et al., No. 20-cv-10832 (AT)(SN) (S.D.N.Y.)*

Dear Counsel:

As noted previously in our letter dated May 2, 2022, you have not obtained the Court's permission to submit an amicus brief, as required by the Court's Order denying your motion to intervene. (D.E. 372). Nor have you obtained such permission to participate in *Daubert* motion practice. Accordingly, we decline to produce discovery materials at this time. The SEC will oppose a request to participate in *Daubert* motion practice and reserves its rights to seek an extension of time for *Daubert* briefing should your proposed participation require additional time to respond.

Sincerely,

*/s/ Pascale Guerrier*
Pascale Guerrier

cc: All counsel (via email)