

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/2022

May 24, 2022

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *SEC v. Ripple Labs, Inc. et al.*, No. 20-cv-10832 (AT) (SN) (S.D.N.Y.)

Dear Judge Torres:

Pursuant to Rule I(C) of this Court's Individual Practices, Plaintiff Securities and Exchange Commission ("SEC") respectfully requests that the Court extend the SEC's time to file an opposition to the letter filed by counsel for six *amici curiae*, dated Saturday, May 21, 2022 (D.E. 489, the "Letter"), until June 7, 2022. Though the Letter was filed as a "letter motion," the SEC understands the Letter to be a pre-motion letter as required by Rule III(A) of the Court's Individual Practices. Ordinarily, the SEC's opposition to this pre-motion letter would be due on Tuesday, May 31, 2022. In light of the upcoming holiday and other briefing deadlines, the SEC respectfully requests an extension of this deadline until Tuesday, June 7, 2022. This is the SEC's first request for an extension of this deadline. Defendants have informed the SEC that they have no objection to this extension request, as long as the SEC agrees that any response by Defendants would be due by Friday, June 10, 2022; the SEC has no objection to this proposed deadline. Counsel for *amici curiae* has informed the SEC that they have no objection to the SEC's extension request.

Respectfully submitted,

/s Ladan F. Stewart
Ladan F. Stewart

cc: Counsel for All Defendants and *Amicus Curiae* (*via* ECF)

GRANTED.

SO ORDERED.

Dated: May 25, 2022
         New York, New York

ANALISA TORRES
United States District Judge