KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

———

(202) 326-7900

FACSIMILE:
(202) 326-7999

May 27, 2022

**VIA ECF**
Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *SEC v. Ripple Labs Inc.* et al., No. 20-cv-10832 (AT)(SN) (S.D.N.Y.)

Dear Judge Netburn:

   Pursuant to the Court's April 19, 2022 order, ECF No. 469, Defendant Ripple Labs Inc. and Plaintiff Securities and Exchange Commission ("SEC") have met, conferred, and agreed upon a fee award.  The SEC is working with Defendants to facilitate completion of the documentation needed to make the required payment.  However, if the federal payment process calls for an order of Court confirming the agreed fee amount, the parties will submit a joint request.

Respectfully submitted,

*/s/ Robert M. Moye*
Robert M. Moye
U.S. Securities and Exchange Commission
Chicago Regional Office
175 W. Jackson Blvd., Suite 1450
Chicago, IL 60604
+1 (312) 353-7390

*Counsel for Plaintiff Securities and Exchange Commission*

*/s/ Michael K. Kellogg*
Michael K. Kellogg
KELLOGG, HANSEN, TODD, FIGEL,
& FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
+1 (202) 326-7900

*Counsel for Defendant Ripple Labs Inc.*

May 27, 2022
Page 2

*/s/ Matthew C. Solomon*
Matthew C. Solomon
CLEARY GOTTLIEB STEEN
& HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
+1 (202) 974-1680

*Counsel for Defendant Bradley Garlinghouse*

*/s/ Martin Flumenbaum*
Martin Flumenbaum
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
+1 (212) 373-3000

*Counsel for Defendant Christian A. Larsen*