UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                                 Plaintiff,                           20-CV-10832 (AT) (SN)

                   -against-                               **ORDER**

RIPPLE LABS, INC., et al.,

                                 Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       A conference is scheduled for Tuesday, June 07, 2022, at 3:00 p.m. to discuss the SEC's renewed assertion of attorney-client privilege as to internal documents related to then-Director Hinman's June 14, 2018 speech. See ECF No. 473. The conference shall take place in Courtroom 23B, Daniel P. Moynihan Courthouse, 500 Pearl Street, New York, New York.

       The parties are required to comply with the Court's most recent COVID-19 safety guidance, including courtroom and entry protocols. Information about the Court's protocols is available at: https://nysd.uscourts.gov/covid-19-coronavirus. The parties should plan to arrive at least 30 minutes in advance to complete the entry screening process.

**SO ORDERED.**

                                                             _____
                                                             SARAH NETBURN
                                                             United States Magistrate Judge

Dates:  May 31, 2022
            New York, New York