```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                        Plaintiff,                  20-CV-10832 (AT) (SN)

    -against-                              **ORDER**

RIPPLE LABS, INC., et al.,

                        Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

A conference is scheduled for Tuesday, June 7, 2022, at 3:00 p.m. ECF No. 493.

Members of the public may listen to the proceedings at the following numbers:

          USA:  (877) 226-8215
      International:  (409) 207-6982
           Access Code: 4713826 #

Unauthorized recording and rebroadcasting of the conference (e.g., YouTube, Twitch, audio-only streams, etc.) is strictly prohibited. Any unauthorized recordings will be investigated, and anyone found to engage in such behaviors may be subject to criminal sanctions.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dates:  June 1, 2022
        New York, New York