**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

**SECURITIES AND EXCHANGE COMMISSION.,**

                              **Plaintiff,**

               -against-

**RIPPLE LABS, INC., et al.,**

                              **Defendants.**

------------------------------------------------------------------X

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __ 6/7/2022 |

**20-CV-10832 (AT) (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       Due to a scheduling conflict, the conference scheduled in this case for 3:00 p.m. is

RESCHEDULED for 3:30 p.m. The public is referred to the Order at ECF No. 495 for dial in

information, which remains the same.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dates:  June 7, 2022
        New York, New York