UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                        Plaintiff,

-against-

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2022

20 Civ. 10832 (AT)(SN)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the Securities and Exchange Commission's (the "SEC") motion to file its opposition brief under seal, *see* ECF Nos. 498 and 499, and Defendant's response, *see* ECF No. 501. Because only some of the information in the brief relates to the concerns raised by the SEC, the Court does not believe sealing of the brief in its entirety is warranted. Accordingly, by **June 14, 2022**, the SEC shall file a redacted version of the brief and its exhibits, under seal, that redacts information "only to the extent necessary to safeguard information sought to be filed under seal." Individual Practices in Civil Cases, Rule IV.A.ii. By **June 14, 2022**, the SEC shall also file a letter explaining its proposed redactions and specifying which exhibits it seeks to seal. "To be approved, any redaction or sealing of a court filing must be narrowly tailored to serve whatever purpose justifies the redaction or sealing and must be otherwise consistent with the presumption in favor of public access to judicial documents." *Id.*

      SO ORDERED.

Dated: June 9, 2022
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge