Debevoise & Plimpton

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

Andrew J. Ceresney
Partner
aceresney@debevoise.com
Tel +1 212 909 6947

June 10, 2022

VIA ECF

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**SEC v. Ripple Labs Inc., et al., No. 20-cv-10832 (AT) (SN) (S.D.N.Y.)**

Dear Judge Torres:

Pursuant to Rule IV(A)(ii) of this Court's Individual Rules, we write on behalf of Defendants Ripple Labs Inc., Bradley Garlinghouse, and Christian A. Larsen (collectively, "Defendants") regarding Defendants' filing under seal today of its response (D.E. 503) to the SEC's brief opposing the Movants' motion for leave to file an *amicus* brief (D.E. 489, 499).

Defendants respectfully request that our entire response letter (D.E. 503) be filed on the public docket (with the exception of a redaction of the expert's name in Exhibit 1 to Defendants' letter). We filed our response letter under seal today out of deference to the Court's forthcoming ruling on the SEC's still-unresolved motion to seal. The Court ordered the SEC to amend and justify its position on sealing by June 14, 2022. *See* D.E. 502.

Defendants are prepared to re-file their response letter publicly with the Court's consent, or once the Court ultimately rules on the SEC's pending motion to seal.

Respectfully submitted,

*/s/ Andrew J. Ceresney*
Andrew J. Ceresney
DEBEVOISE & PLIMPTON LLP
*Counsel for Defendant Ripple Labs Inc.*

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP

*Counsel for Defendant Christian A. Larsen*

KELLOGG, HANSEN, TODD, FIGEL, & FREDERICK PLLC
*Counsel for Defendant Ripple Labs Inc.*

CLEARY GOTTLIEB STEEN & HAMILTON LLP
*Counsel for Defendant Bradley Garlinghouse*

cc: All Counsel of Record (via ECF)