**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                              Plaintiff,                    20-CV-10832 (AT) (SN)

                 -against-                                  **ORDER**

RIPPLE LABS, INC., et al.,

                              Defendants.

-----------------------------------------------------------------X

```
┌──────────────────────────────────────┐
│ USDC SDNY                             │
│ DOCUMENT                              │
│ ELECTRONICALLY FILED                  │
│ DOC #: _____                 │
│ DATE FILED: __ 6/14/2022 __           │
└──────────────────────────────────────┘
```

**SARAH NETBURN, United States Magistrate Judge:**

     The Court previously permitted the SEC to submit 10 exemplar documents for *in camera* review in connection with its motion for partial reconsideration of the Court's January 13, 2022 order. See ECF No. 419. On the basis of attorney-client privilege, the SEC seeks to withhold these and other documents described in Attachment 1 to the SEC's February 17, 2022 motion for partial reconsideration. See ECF No. 429 at 12-18; ECF No. 473 at 2, 5. The Court has reviewed the 10 exemplar documents previously in the context of the deliberative process privilege but has not reviewed any other documents listed in Attachment 1.

     To facilitate the Court's review of the communications to which the SEC claims the attorney-client privilege applies, by June 16, 2022, the SEC may submit 10 additional documents listed in Attachment 1 for *in camera* review.

**SO ORDERED.**

                                              _____
                                              SARAH NETBURN
                                              United States Magistrate Judge

Dates:  June 14, 2022
        New York, New York