# ATTACHMENT 1

# SUMMARY CHART OF ENTRIES ON SEC PRIVILEGE LOGS RELATING TO HINMAN SPEECH

# UPDATED ON JUNE 16, 2022

| Draft[i] | Document Submitted *In Camera* | Date | Draft/Comments By[ii] | Description |
|---|---|---|---|---|
| *1* | K | *5/3/2018* | *Fredrickson* | *Email from Fredrickson to Hinman, Seaman, cc Ingram, Starr, attaching thoughts on issues to be addressed in Speech.* |
| **2** | **A** | **5/21/2018** | **Fredrickson** | **Email from Fredrickson to Seaman, attaching "first, rough draft" of Speech.** |
| *3* | L | *5/22/2018* | *Hinman* | *Email from Hinman to Fredrickson, Seaman, attaching comments on Fredrickson's May 21 draft.* |
| *4* | M | *5/24/2018* | *Fredrickson* | *Email from Fredrickson to Szczepanik, cc Seaman, attaching draft Speech.* |
| **5** | **B** | **5/25/2018** | **Szczepanik** | **Email from Szczepanik to Fredrickson, cc Seaman, attaching comments on Fredrickson's May 24 draft.** |
| *6* | N | *5/25/2018* | *Fredrickson* | *Email from Fredrickson to Seaman, cc Szczepanik, attaching draft Speech.* |
| 7 | | 5/29/2018 | Seaman | Email from Seaman to Fredrickson, attaching comments on Fredrickson's May 25 draft. |
| 8 | | 5/29/2018 | Fredrickson | Email from Fredrickson to Hinman, cc Szczepanik, Seaman, attaching draft of Speech. |

| | | | | |
|---|---|---|---|---|
| *9* | *O* | *5/29/2018* | *Szczepanik* | *Email from Szczepanik to Fredrickson, Hinman, cc Seaman, attaching comments on Fredrickson's May 29 draft.* |
| **10** | **C** | **5/30/2018** | **Hinman** | **Email from Hinman to Fredrickson, Szczepanik, Seaman, attaching comments on Fredrickson's May 29 draft.** |
| 11 | | 5/31/2018 | Fredrickson | Email from Fredrickson to Szczepanik, Seaman, attaching comments on top of Hinman's May 30 comments. |
| 12 | | 5/31/2018 | Szczepanik | Email from Szczepanik to Fredrickson, Seaman, attaching comments on top of Fredrickson's May 31 comments. |
| 13 | | 5/31/2018 | Seaman | Email from Seaman to Ingram, Starr, cc Hinman, attaching draft Speech. |
| 14 | | 5/31/2018 | Hinman | Email from Hinman to Fredrickson, cc Seaman, Ingram, Starr, attaching additional comments on top of Szczepanik's May 31 comments. |
| 15 | | 6/1/2018 | Hinman | Email from Hinman to Seaman, attaching additional comments on top of Hinman's May 31 comments. |
| 16 | | 6/1/2018 | Seaman | Email from Seaman to Hinman, Fredrickson, Szczepanik, attaching new draft of Speech and redline. |
| 17 | | 6/1/2018 | Hinman | Email from Hinman to Seaman, Fredrickson, Szczepanik, attaching comments on Seaman's June 1 draft. |
| 18 | | 6/3/2018 | Szczepanik | Email from Szczepanik to Hinman, Seaman, Fredrickson, attaching comments on top of Hinman's June 1 comments. |
| 19 | | 6/4/2018 | Fredrickson | Email from Fredrickson to Szczepanik, Hinman, Seaman, attaching comments on top of Szczepanik's June 3 comments. |

| 20 | | 6/4/2018 | Seaman | Email from Seaman to Hinman, Fredrickson, Szczepanik, attaching new draft of Speech and redline. |
|---|---|---|---|---|
| 21 | | 6/4/2018 | Seaman | Email from Seaman to Fredrickson, attaching draft Speech and distribution list for other divisions/offices. |
| 22 | | 6/4/2018 | Fredrickson | Email from Fredrickson to Seaman, attaching comments on Seaman's June 4 draft and on distribution list for other divisions/offices. |
| 23 | | 6/4/2018 | Seaman | Email from Seaman to Hinman, cc Fredrickson, attaching draft Speech along with distribution list for other divisions/offices. |
| 24 | | 6/4/2018 | Hinman | Email from Hinman to: Moskowitz, Memon, Fox (Office of the Chair); Avakian, Peikin, Karp (Enforcement); Stebbins, Jarsulic, Morris (OGC); Blass, McHugh, Bartels (IM); Redfearn, Goldsholle, Seidel (TM), attaching draft Speech and requesting comments. |
| 25* | | 6/4/2018 | | Email from Seaman to Corp Fin staff (Parratt, Ingram, Starr, Henseler, Long, Hardiman), cc Hinman, attaching June 4 draft circulated to other divisions/offices by Hinman. |
| 26* | | 6/4/2018 | | Email from Fredrickson to Ingram, forwarding Hinman's June 4 email to divisions/offices. |
| 27* | | 6/5/2018 | | Email from Seaman to Corp Fin staff (Davis, Garrison), forwarding Hinman's June 4 email to divisions/offices. |
| **28*** | **Entry 9** | **6/5/2018** | | **Email from Memon (Office of Chair) to Chair Clayton, cc Moskowitz (Office of Chair), forwarding Hinman's June 4 email to divisions/offices.** |
| **29** | **D** | **6/6/2018** | **Greiner** | **Email from Greiner (TM) to Fredrickson, Szczepanik, Seaman, cc Redfearn (TM Director) and TM staff (Seidel, Goldsholle,** |

|  |  |  |  | Maitra, Bergoffen, Orr), attaching TM's comments on June 4 draft. |
|---|---|---|---|---|
| 30* |  | 6/7/2018 |  | Email from Seaman to Hinman, forwarding TM's comments on June 4 draft. |
| 31 |  | 6/7/2018 | Fredrickson | Email from Fredrickson to Szczepanik, Seaman, attaching comments in response to TM's June 7 comments. |
| 32 |  | 6/7/2018 | McHugh | Email from McHugh to Fredrickson, cc Szczepanik, Seaman, McGinnis (IM), Bartels (IM), attaching IM's comments on June 4 draft. |
| **33** | **E** | **6/7/2018** | **McHugh** | **Email from McHugh to Fredrickson, cc Szczepanik, Seaman, McGinnis (IM), Bartels (IM), attaching amended set of IM's comments on June 4 draft.** |
| 34* |  | 6/8/2018 |  | Email from Seaman to Hinman, forwarding IM's comments on June 4 draft. |
| **35** | **F** | **6/8/2018** | **Jarsulic** | **Email from Jarsulic (OGC) to Seaman, Lisitza, Cappoli (OGC), cc Hinman, Fredrickson, Szczepanik, attaching OGC's comments on June 4 draft.** |
| **36** | **G** | **6/8/2018** | **Fredrickson** | **Email from Fredrickson to Hinman, Szczepanik, Seaman, attaching revised draft incorporating comments from OGC, TM, and IM.** |
| **37** | **H** | **6/11/2018** | **Hinman** | **Email from Hinman to Szczepanik, Seaman, Fredrickson, attaching comments on Fredrickson's June 8 draft.** |
| 38* |  | 6/11/2018 |  | Email from Seaman to Hinman, Fredrickson, Szczepanik, attaching Hinman's June 11 comments. |

| 39 |   | 6/11/2018 | Fredrickson | Email from Fredrickson to Szczepanik, Seaman, attaching comments on top of Hinman's June 11 comments. |
|---|---|---|---|---|
| 40 |   | 6/11/2018 | Hinman | Email from Hinman to Fredrickson, Seaman, attaching additional comments on top of Fredrickson's June 11 comments. |
| 41* |   | 6/11/2018 |   | Email from Fredrickson to Seaman, attaching redline of Hinman's two sets of June 11 comments. |
| 42 |   | 6/11/2018 | Szczepanik | Email from Szczepanik to Seaman, attaching comments on top of Hinman's second set of June 11 comments. |
| 43 | *P* | *6/11/2018* | *Seaman* | *Email from Seaman to Hinman, Fredrickson, Szczepanik, attaching new draft of Speech and redline.* |
| 44 |   | 6/11/2018 | Seaman | Email from Seaman to Hinman, Fredrickson, Szczepanik, attaching a second new draft of Speech and redline. |
| 45 | *Q* | *6/11/2018* | *Hinman* | *Email from Hinman to: Moskowitz, Memon, Fox (Office of the Chair); Avakian, Peikin, Karp (Enforcement); Stebbins, Jarsulic, Lisitza, Morris (OGC); Blass, McHugh, Bartels (IM); Redfearn, Goldsholle, Seidel, Greiner (TM), attaching draft Speech and requesting comments.* |
| 46* |   | 6/11/2018 |   | Email from Fredrickson to Ingram, forwarding Hinman's June 11 email to divisions/offices. |
| 47 |   | 6/11/2018 | Fredrickson | Email from Fredrickson to Seaman, attaching comments on June 11 draft. |
| 48* |   | 6/12/2018 |   | Email from Seaman to Corp Fin staff (Parratt, Davis, Brightwell, Garrison), attaching June 11 draft circulated to other divisions/offices by Hinman. |

| 49 |   | 6/12/2018 | Redfearn | Email from Redfearn (TM Director) to Hinman, Seaman, cc TM staff (Goldsholle, Seidel, Bergoffen), attaching TM's comments on June 11 draft. |
|---|---|---|---|---|
| 50 |   | 6/12/2018 | Fredrickson | Email from Fredrickson to Seaman, attaching additional comments on top of Fredrickson's June 11 comments. |
| 51* |   | 6/12/2018 |   | Email from Seaman to Fredrickson, Szczepanik, forwarding TM's June 12 comments. |
| 52 |   | 6/12/2018 | McHugh | Email from McHugh (IM) to Seaman, cc Fredrickson and IM staff (Bartels, Hunter-Ceci, Haghshenas, Harke, McGinnis), attaching IM's comments on June 11 draft. |
| *53* | *R* | *6/12/2018* | *Hinman* | *Email from Hinman to Seaman, attaching revised draft addressing comments by TM and IM.* |
| 54 |   | 6/12/2018 | Seaman | Email from Seaman to Fredrickson, attaching revised draft and redline. |
| 55* |   | 6/12/2018 |   | Email from Seaman to Fredrickson, resending Seaman's June 12 revised draft and redline. |
| *56* | *S* | *6/12/2018* | *Fredrickson* | *Email from Fredrickson to Seaman, attaching comments on Seaman's June 12 draft.* |
| **57** | **I** | **6/12/2018** | **Seaman** | **Email from Seaman to Hinman, Fredrickson, Szczepanik, attaching revised draft and redline.** |
| **58** | **J** | **6/12/2018** | **Jarsulic** | **Email from Szczepanik to Seaman, Fredrickson, Hinman, forwarding June 12, 2018 email from Jarsulic (OGC) to Szczepanik, attaching OGC's comments on June 11 draft.** |
| *59* | *T* | *6/13/2018* | *Fredrickson* | *Email from Fredrickson to Seaman, attaching revised draft.* |

| 60 |  | 6/13/2018 | Seaman | Email from Seaman to Fredrickson, attaching revised draft and redline. |
| 61 |  | 6/13/2018 | Fredrickson | Email from Fredrickson to Seaman, attaching revised draft. |
| 62 |  | 6/13/2018 | Seaman | Email from Seaman to Hinman, Fredrickson, Szczepanik, attaching revised draft. |
| 63 |  | 6/13/2018 | Fredrickson | Email from Fredrickson to Seaman, Hinman, Szczepanik, attaching revised draft. |
| 64 |  | 6/13/2018 | Fredrickson | Email from Fredrickson to Seaman, attaching revised draft. |

---

[i] Four of the 68 relevant entries on the SEC's privilege logs were duplicative. Attachment 1 includes the 64 non-duplicative documents reflected on the SEC's privilege logs.

An asterisk (*) signifies Drafts that are not unique, but rather are forwards or re-attachments of other, unique drafts. For this reason, the 12 entries where Drafts are marked with an asterisk do not have an entry in the "Drafts/Comments By" column. In total, there are 52 unique drafts reflected in Attachment 1.

[ii] The titles in May/June 2018 of certain of the individuals listed in Attachment 1 are as follows:

1. Bill Hinman: Director, Corp Fin
2. David Fredrickson: Chief Counsel, Corp Fin
3. Valerie Szczepanik: Assistant Director in Enforcement's Cyber Unit until June 9, 2018, and then Senior Advisor for Digital Assets and Innovation and Associate Director in Corp Fin
4. Michael Seaman: Counsel to Director Hinman, Corp Fin
5. Amy Starr: Chief, Office of Capital Market Trends, Corp Fin
6. Jonathan Ingram: Deputy Chief Counsel, Corp Fin
7. Laura Jarsulic: Associate General Counsel, OGC
8. Brett Redfearn: Director, TM
9. Natasha Greiner: Assistant Chief Counsel, TM
10. Jennifer McHugh: Senior Special Counsel, IM