UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/2022

20 Civ. 10832 (AT)(SN)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed Defendants' response to the Securities and Exchange Commission's (the "SEC's") opposition brief and their letter regarding the sealing of that response. *See* ECF Nos. 503, 504. Defendants state that they wish to file their entire response on the public docket, but that they filed it under seal because of the Court's pending ruling on the SEC's motion to seal. ECF No. 504. Accordingly, by **June 23, 2022**, the SEC shall file any proposed redactions to Defendants' response and a letter explaining its proposal.

      SO ORDERED.

Dated: June 21, 2022
       New York, New York

                                                  ANALISA TORRES
                                          United States District Judge