UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities and Exchange Commission,<br><br>                              Plaintiff,<br><br>  -against-<br><br>Ripple Labs Inc., Bradley Garlinghouse, and Christian A. Larsen,<br><br>                              Defendants. | Case No.  20-cv-10832 (AT) (SN)<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF CHISEUL KIM** |

Pursuant to Local Civil Rule 1.3 of the United States District Courts for the Southern and Eastern Districts of New York, I, Chiseul Kim, hereby move this Court for an Order for admission to practice *pro hac vice* as counsel for Defendant Ripple Labs, Inc. in the above-captioned case.

I am a member in good standing of the Bars of the District of Columbia and the State of New York, and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.  I have attached the affidavit pursuant to Local Civil Rule 1.3 as Exhibit A.  Certificates of Good Standing from the Bars of the District of Columbia and the State of New York are attached as Exhibit B.

Dated: July 5, 2022

                                        Respectfully Submitted,

                                         */s/ Chiseul Kim*
                                        Chiseul Kim
                                        Kellogg, Hansen, Todd,
                                        Figel & Frederick, P.L.L.C.
                                        1615 M Street, N.W., Suite 400
                                        Washington, D.C. 20036
                                        Tel: 202-326-7924
                                        kkim@kellogghansen.com