# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Securities and Exchange Commission,<br><br>                           Plaintiff,<br><br>   -against-<br><br>Ripple Labs Inc., Bradley Garlinghouse, and Christian A. Larsen,<br><br>                           Defendants. | Case No. 20-cv-10832 (AT) (SN)<br><br>**AFFIDAVIT OF CHISEUL KIM IN SUPPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Chiseul Kim, declare under penalty of perjury that the following is true and correct:

1. I am an attorney at Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned case.

3. As shown in the Certificates of Good Standing attached hereto, I am a member in good standing of the Bars of the District of Columbia and the State of New York.

4. There are no disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I am not and have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Wherefore your affiant respectfully submits that she be permitted to appear as counsel *pro hac vice* in this case on behalf of Defendant Ripple Labs, Inc.

|  |  |
|---|---|
| Dated:  July 5, 2022 | Respectfully submitted,<br>*/s/ Chiseul Kim*<br>Chiseul Kim<br>KELLOGG, HANSEN, TODD,<br>FIGEL & FREDERICK, P.L.L.C.<br>Sumner Square<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Phone: (202) 326-7924<br>Fax: (202) 326-7999<br>kkim@kellogghansen.com |