UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities and Exchange Commission,<br><br>                           Plaintiff,<br><br>  -against-<br><br>Ripple Labs Inc., Bradley Garlinghouse,<br>and Christian A. Larsen,<br><br>                         Defendants. | Case No.  20-cv-10832 (AT) (SN)<br><br>**ORDER FOR ADMISSION**<br>*PRO HAC VICE* |

The motion of Chiseul Kim for admission to practice *pro hac vice* in the above-captioned case is granted.

Applicant has declared that she is a member in good standing of the Bars of the District of Columbia and the State of New York, and that her contact information is as follows:

    Chiseul Kim
    Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
    1615 M Street, N.W., Suite 400
    Washington, D.C. 20036
    Tel: 202-326-7924/ Fax: 202-326-7999
    kkim@kelloghansen.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Ripple Labs, Inc. in the above-captioned case;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2022
      New York, New York

                                                  _____
                                                  HONORABLE ANALISA TORRES
                                                  UNITED STATES DISTRICT JUDGE