# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities and Exchange Commission,<br><br>        Plaintiff,<br><br> -against-<br><br>Ripple Labs Inc., Bradley Garlinghouse, and Christian A. Larsen,<br><br>        Defendants. | Case No. 20-cv-10832 (AT) (SN)<br><br>**AFFIDAVIT OF CLAYTON J. MASTERMAN IN SUPPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

 I, Clayton J. Masterman, declare under penalty of perjury that the following is true and correct:

1. I am an attorney at Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned case.

3. Per the Certificate of Good Standing attached hereto, I am a member in good standing of the Bar of the District of Columbia.

4. There are no disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I am not and have never been censured, suspended, disbarred, or denied admission or readmission by any court.

 Wherefore your affiant respectfully submits that he be permitted to appear as counsel *pro hac vice* in this case on behalf of Defendant Ripple Labs Inc.

|  |  |
|---|---|
| Dated: July 5, 2022 | Respectfully submitted,<br>*/s/ Clayton J. Masterman*<br>Clayton J. Masterman<br>Kellogg, Hansen, Todd, Figel &<br>Frederick, P.L.L.C.<br>Sumner Square<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Phone: (202) 326-7943<br>Fax: (202) 326-7999<br>cmasterman@kellogghansen.com |