UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities and Exchange Commission,<br><br>         Plaintiff,<br><br> -against-<br><br>Ripple Labs Inc., Bradley Garlinghouse,<br>and Christian A. Larsen,<br><br>         Defendants. | Case No. 20-cv-10832 (AT) (SN)<br><br>**ORDER FOR ADMISSION**<br>*PRO HAC VICE* |

  The motion of Clayton J. Masterman for admission to practice *pro hac vice* in the above-captioned case is granted.

  Applicant has declared that he is a member in good standing of the Bar of the District of Columbia, and that his contact information is as follows:

  Clayton J. Masterman
  Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
  1615 M Street, N.W., Suite 400
  Washington, D.C. 20036
  Tel: 202-326-7943 / Fax: 202-326-7999
  cmasterman@kellogghansen.com

  Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Ripple Labs Inc. in the above entitled action;

  **IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2022       _____
   New York, New York          HONORABLE ANALISA TORRES
                        UNITED STATES DISTRICT JUDGE