UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities and Exchange Commission,<br><br>        Plaintiff,<br><br>-against-<br><br>Ripple Labs Inc., Bradley Garlinghouse, and Christian A. Larsen,<br><br>        Defendants. | Case No. 20-cv-10832 (AT) (SN)<br><br>**MOTION FOR ADMISSION PRO HAC VICE OF CHISEUL KIM** |

Pursuant to Local Civil Rule 1.3 of the United States District Courts for the Southern and Eastern Districts of New York, I, Chiseul Kim, hereby move this Court for an Order for admission to practice *pro hac vice* as counsel for Defendant Ripple Labs, Inc. in the above-captioned case.

I am a member in good standing of the Bars of the District of Columbia and the State of New York, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Civil Rule 1.3 as Exhibit A. Certificates of Good Standing from the Bars of the District of Columbia and the State of New York are attached as Exhibit B.

Dated: July 6, 2022

                     Respectfully Submitted,

                     _/s/ Chiseul Kim_
                     Chiseul Kim
                     Kellogg, Hansen, Todd,
                     Figel & Frederick, P.L.L.C.
                     1615 M Street, N.W., Suite 400
                     Washington, D.C. 20036
                     Tel: 202-326-7924
                     kkim@kellogghansen.com