# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities and Exchange Commission,<br><br>                    Plaintiff,<br><br> -against-<br><br>Ripple Labs Inc., Bradley Garlinghouse, and Christian A. Larsen,<br><br>                    Defendants. | Case No.  20-cv-10832 (AT) (SN)<br><br>**AFFIDAVIT OF CHISEUL KIM IN SUPPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Chiseul Kim, declare under penalty of perjury that the following is true and correct:

1. I am an attorney at Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned case.

3. As shown in the Certificates of Good Standing attached hereto, I am a member in good standing of the Bars of the District of Columbia and the State of New York.

4. There are no disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I am not and have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Wherefore your affiant respectfully submits that she be permitted to appear as counsel *pro hac vice* in this case on behalf of Defendant Ripple Labs, Inc.

Dated: July 6, 2022

District of Columbia
Signed and sworn to (or affirmed) before me
on 7/6/22 by Chiseul Kim

*[Notary signature, seal, and commission expiration 11/30/2025 — Tanya R. Slaughter, Notary Public, District of Columbia]*

My commission expires: 11/30/2025

Respectfully submitted,

*/s/ Chiseul Kim*

Chiseul Kim
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7924
Fax: (202) 326-7999
kkim@kellogghansen.com