UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities and Exchange Commission,<br><br>      Plaintiff,<br><br>-against-<br><br>Ripple Labs Inc., Bradley Garlinghouse, and Christian A. Larsen,<br><br>      Defendants. | Case No. 20-cv-10832 (AT) (SN)<br><br>**MOTION FOR ADMISSION PRO HAC VICE OF CLAYTON J. MASTERMAN** |

Pursuant to Local Civil Rule 1.3 of the United States District Courts for the Southern and Eastern Districts of New York, I, Clayton J. Masterman, hereby move this Court for an Order for admission to practice *pro hac vice* as counsel for Defendant Ripple Labs Inc. in the above-captioned case.

I am a member in good standing of the Bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Civil Rule 1.3 as Exhibit A. A Certificate of Good Standing from the Bar of the District of Columbia is attached as Exhibit B.

Dated: July 6, 2022

                     Respectfully Submitted,

                     _____
                     Clayton J. Masterman
                     Kellogg, Hansen, Todd,
                     Figel & Frederick, P.L.L.C.
                     1615 M Street, N.W., Suite 400
                     Washington, D.C. 20036
                     Tel: 202-326-7943
                     cmasterman@kellogghansen.com