# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities and Exchange Commission,<br><br>                              Plaintiff,<br><br>   -against-<br><br>Ripple Labs Inc., Bradley Garlinghouse, and Christian A. Larsen,<br><br>                              Defendants. | Case No.  20-cv-10832 (AT) (SN)<br><br>**AFFIDAVIT OF CLAYTON J. MASTERMAN IN SUPPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Clayton J. Masterman, declare under penalty of perjury that the following is true and correct:

1. I am an attorney at Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned case.

3. Per the Certificate of Good Standing attached hereto, I am a member in good standing of the Bar of the District of Columbia.

4. There are no disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I am not and have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Wherefore your affiant respectfully submits that he be permitted to appear as counsel *pro hac vice* in this case on behalf of Defendant Ripple Labs Inc.

Dated: July 6, 2022

District of Columbia
Signed and sworn to (or affirmed) before me
on _____ by Clayton J. Masterman
   Date          Name(s) of Individual(s) making Statement

_____
Signature of Notarial Officer

Notary
Title of Office

My commission expires: 11/30/2025

[Notary Seal: TAIIYAR. SLAUGHTER, NOTARY PUBLIC, DISTRICT OF COLUMBIA, MY COMMISSION EXPIRES 11/30 2025]

Respectfully submitted,

_____
Clayton J. Masterman
Kellogg, Hansen, Todd, Figel &
Frederick, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7943
Fax: (202) 326-7999
cmasterman@kellogghansen.com