UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-against-

RIPPLE LABS, INC., BRADLEY
GARLINGHOUSE, and CHRISTIAN A.
LARSEN,

Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/2022
```

20 Civ. 10832 (AT)(SN)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters dated July 10 and 11, 2022. ECF Nos. 527–28.
Accordingly,

1. By **July 12, 2022**, as previously ordered, *see* ECF No. 472, the parties shall file their motions to exclude expert testimony under seal.

2. By **July 22, 2022**, the parties shall file any motions to seal their motions to exclude expert testimony. If the Court does not receive motions to seal by that date, it shall order the unsealing of the motions to exclude expert testimony. The parties also reminded that they must sufficiently justify <u>all</u> proposed sealings and redactions, even those to which both parties agree, because "bargained-for confidentiality does not overcome the presumption of access to judicial documents." *Bernsten v. O'Reilly*, 307 F. Supp. 3d 161, 168 (S.D.N.Y. 2018).

3. By **July 25, 2022**, the parties shall file any oppositions to the sealing motions.

SO ORDERED.

Dated: July 12, 2022
New York, New York

ANALISA TORRES
United States District Judge