UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/2022
```

20 Civ. 10832 (AT)(SN)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters proposing redactions filed on July 15, 2022, ECF Nos. 550–53, and finds them to be "narrowly tailored" to preserve the "higher values" identified by the parties, *see Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006). Accordingly, by **July 19, 2022**, the parties shall publicly file versions of the SEC's opposition to Movants' request (the "SEC Letter"), ECF No. 509, Defendants' response to the SEC Letter (the "Defendants' Letter"), ECF No. 503, and the exhibits submitted in support of both letters, ECF Nos. 509-1–17, 503-1, that comply with the Court's order dated July 11, 2022, and that include the redactions discussed in ECF Nos. 550–53. By **July 25, 2022**, Movants shall file their response to the SEC Letter.

    SO ORDERED.

Dated: July 18, 2022
       New York, New York

ANALISA TORRES
United States District Judge