# Exhibit 1

# Gulay, Erol

| From: | Zornberg, Lisa |
|---|---|
| Sent: | Thursday, May 5, 2022 1:58 PM |
| To: | 'Guerrier, Pascale' |
| Cc: | 'Sylvester, Mark'; 'Tenreiro, Jorge' |
| Subject: | RE: SEC v Ripple - Amicus Curiae Ltr., |

Receipt of your email acknowledged. We will hold off while the SEC considers its position.

Lisa

**From:** Guerrier, Pascale <guerrierp@SEC.GOV>
**Sent:** Thursday, May 5, 2022 1:48 PM
**To:** Zornberg, Lisa <lzornberg@debevoise.com>
**Cc:** Sylvester, Mark <sylvesterm@SEC.GOV>; Tenreiro, Jorge <tenreiroj@SEC.GOV>
**Subject:** RE: SEC v Ripple - Amicus Curiae Ltr.,
**Importance:** High

Lisa,

Please hold off on sharing ▮▮▮▮▮▮▮ report. We believe the failure to mark it confidential was an oversight and we intend to do so immediately.

Thanks,
Pascale

**From:** Zornberg, Lisa <lzornberg@debevoise.com>
**Sent:** Thursday, May 5, 2022 12:55 PM
**To:** Guerrier, Pascale <guerrierp@SEC.GOV>; rbourk@deatonlawfirm.com; Ceresney, Andrew J. <aceresney@debevoise.com>; mkellogg@kellogghansen.com; Reid Figel <rfigel@kellogghansen.com>; msolomon@cgsh.com; mflumenbaum@paulweiss.com; mgertzman@paulweiss.com; All-Deaton@deatonlawfirm.com
**Cc:** Sylvester, Mark <sylvesterm@SEC.GOV>; Moye, Robert M. <MoyeR@sec.gov>; Tenreiro, Jorge <tenreiroj@SEC.GOV>; Hanauer, Benjamin J. <HanauerB@sec.gov>; Goody, Elizabeth <GoodyE@SEC.GOV>; Daniels, Jon <danielsj@SEC.GOV>; Stewart, Ladan F <stewartla@SEC.GOV>; Waxman, Daphna A. <WaxmanD@SEC.GOV>; Augustini, Hope Hall <AugustiniH@SEC.GOV>; Gulay, Erol <egulay@debevoise.com>; 'Dearborn, Meredith' <mdearborn@paulweiss.com>; Bamberger, Nowell D. <nbamberger@cgsh.com>; 'Bunting, Kristina' <kbunting@paulweiss.com>
**Subject:** RE: SEC v Ripple - Amicus Curiae Ltr.,

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Counsel, please see the attached correspondence on behalf of Defendants.

Lisa Zornberg

1

**Lisa Zornberg** | Partner | Debevoise & Plimpton LLP | lzornberg@debevoise.com | +1 212 909 6945 | www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

---

**From:** Guerrier, Pascale <guerrierp@SEC.GOV>
**Sent:** Monday, May 2, 2022 7:41 PM
**To:** rbourk@deatonlawfirm.com; Zornberg, Lisa <lzornberg@debevoise.com>; Ceresney, Andrew J. <aceresney@debevoise.com>; mkellogg@kellogghansen.com; Reid Figel <rfigel@kellogghansen.com>; msolomon@cgsh.com; mflumenbaum@paulweiss.com; mgertzman@paulweiss.com; All-Deaton@deatonlawfirm.com
**Cc:** Sylvester, Mark <sylvesterm@SEC.GOV>; Moye, Robert M. <MoyeR@sec.gov>; Tenreiro, Jorge <tenreiroj@SEC.GOV>; Hanauer, Benjamin J. <HanauerB@sec.gov>; Goody, Elizabeth <GoodyE@SEC.GOV>; Daniels, Jon <danielsj@SEC.GOV>; Stewart, Ladan F <stewartla@SEC.GOV>; Waxman, Daphna A. <WaxmanD@SEC.GOV>; Augustini, Hope Hall <AugustiniH@SEC.GOV>
**Subject:** SEC v Ripple - Amicus Curiae Ltr.,

Counsel-

Please see attached correspondence.

Sincerely,

Pascale Guerrier
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
(212) 336-5473
GuerrierP@sec.gov