# Exhibit B
# (Redacted)

| | |
|---|---|
| From: | Jordan Sharpe |
| To: | Zornberg, Lisa; Guerrier, Pascale; Rachel Bourk; Ceresney, Andrew J.; mkellogg@kellogghansen.com; Reid Figel; msolomon@cgsh.com; mflumenbaum@paulweiss.com; mgertzman@paulweiss.com; All-Deaton; John Deaton |
| Cc: | Sylvester, Mark; Moye, Robert M.; Tenreiro, Jorge; Hanauer, Benjamin J.; Goody, Elizabeth; Daniels, Jon; Stewart, Ladan F; Waxman, Daphna A.; Augustini, Hope Hall; Gulay, Erol; "Dearborn, Meredith"; Bamberger, Nowell D.; "Bunting, Kristina" |
| Subject: | Re: SEC v Ripple - Amicus Curiae Ltr., |
| Date: | Thursday, May 5, 2022 1:43:07 PM |
| Attachments: | Ltr response to Atty Zornberg re- Meet & Confer (May 5, 2022).pdf |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

This message was sent securely using Zix®

Dear Attorney Zornberg,

Please see the attached letter on behalf of Attorney John Deaton in response to your May 5, 2022 letter regarding the meet and confer request dated April 27, 2022.

Sincerely,

Jordan Sharpe
*Paralegal*
DEATONLawFirm, LLC
450 North Broadway
East Providence, RI 02914
O: (401) 351-6400
F: (401) 351-6401
www.deatonlawfirm.com

CONFIDENTIALITY STATEMENT

This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain Attorney-Client privilege or confidential information. Do not read, copy or disseminate if you receive this e-mail in error or you are not the intended recipient. Anyone who receives an e-mail relating to the representation of a client and knows or reasonably should know that the e-mail was inadvertently sent shall promptly delete it and notify the sender. The Deaton Law Firm is not responsible for any reliance on e-mails received by unintended recipients and will seek all available recourse for the dissemination of confidential or privileged information.

---

**From:** "Zornberg, Lisa" <lzornberg@debevoise.com>
**Date:** Thursday, May 5, 2022 at 12:55 PM
**To:** "'Guerrier, Pascale'" <guerrierp@SEC.GOV>, Rachel Bourk <rbourk@deatonlawfirm.com>, "Ceresney, Andrew J." <aceresney@debevoise.com>, "mkellogg@kellogghansen.com" <mkellogg@kellogghansen.com>, Reid Figel <rfigel@kellogghansen.com>, "msolomon@cgsh.com" <msolomon@cgsh.com>, "mflumenbaum@paulweiss.com" <mflumenbaum@paulweiss.com>, "mgertzman@paulweiss.com" <mgertzman@paulweiss.com>, "All-Deaton@deatonlawfirm.com" <All-Deaton@deatonlawfirm.com>
**Cc:** "Sylvester, Mark" <sylvesterm@SEC.GOV>, "Moye, Robert M." <MoyeR@sec.gov>, "Tenreiro, Jorge" <tenreiroj@SEC.GOV>, "Hanauer, Benjamin J." <HanauerB@sec.gov>, "Goody, Elizabeth" <GoodyE@SEC.GOV>, "Daniels, Jon" <danielsj@SEC.GOV>, "Stewart, Ladan

F" <stewartla@SEC.GOV>, "Waxman, Daphna A." <WaxmanD@SEC.GOV>, "Augustini, Hope Hall" <AugustiniH@SEC.GOV>, "Gulay, Erol" <egulay@debevoise.com>, "'Dearborn, Meredith'" <mdearborn@paulweiss.com>, "Bamberger, Nowell D." <nbamberger@cgsh.com>, "'Bunting, Kristina'" <kbunting@paulweiss.com>
**Subject:** RE: SEC v Ripple - Amicus Curiae Ltr.,

Counsel, please see the attached correspondence on behalf of Defendants.

Lisa Zornberg

**Lisa Zornberg** | Partner | Debevoise & Plimpton LLP | lzornberg@debevoise.com | +1 212 909 6945 |
www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Guerrier, Pascale <guerrierp@SEC.GOV>
**Sent:** Monday, May 2, 2022 7:41 PM
**To:** rbourk@deatonlawfirm.com; Zornberg, Lisa <lzornberg@debevoise.com>; Ceresney, Andrew J. <aceresney@debevoise.com>; mkellogg@kellogghansen.com; Reid Figel <rfigel@kellogghansen.com>; msolomon@cgsh.com; mflumenbaum@paulweiss.com; mgertzman@paulweiss.com; All-Deaton@deatonlawfirm.com
**Cc:** Sylvester, Mark <sylvesterm@SEC.GOV>; Moye, Robert M. <MoyeR@sec.gov>; Tenreiro, Jorge <tenreiroj@SEC.GOV>; Hanauer, Benjamin J. <HanauerB@sec.gov>; Goody, Elizabeth <GoodyE@SEC.GOV>; Daniels, Jon <danielsj@SEC.GOV>; Stewart, Ladan F <stewartla@SEC.GOV>; Waxman, Daphna A. <WaxmanD@SEC.GOV>; Augustini, Hope Hall <AugustiniH@SEC.GOV>
**Subject:** SEC v Ripple - Amicus Curiae Ltr.,

Counsel-

Please see attached correspondence.

Sincerely,

Pascale Guerrier
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
100 Pearl Street, Suite 20-100

New York, NY 10004-2616
(212) 336-5473
GuerrierP@sec.gov

This message was secured by Zix®.

John E. Deaton ᐃ
Garrett L. Boatright °

# DEATONLAWFIRM, LLC

450 North Broadway, East Providence, Rhode Island 02914

ᐃ Admitted in RI, MA, CT & IA
° Admitted in RI

- *VIA EMAIL* -

May 5, 2022

Lisa Zornberg
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 (212) 909-6945
lzornberg@debevoise.com

**Re: Amicus Curiae in** *SEC v. Ripple Labs Inc., et al.*, **No. 1:20-cv-10832-AT-SN (S.D.N.Y.)**

Dear Attorney Zornberg:

This letter is to confirm that I am in receipt of your May 5, 2022 letter in response to my April 27, 2022 letter requesting a Meet and Confer amongst the parties of record in preparation for filing my Amicus Brief to the court. Please be advised that I agree and stipulate to utilize the expert report of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ **solely** for litigation purposes.

Thank you for your response.

Sincerely,

*[signature]*

John E. Deaton, Esq.
Deaton Law Firm LLC
450 North Broadway
East Providence, RI 02914
Tel: (401) 351-6400
Fax: (401) 351-6401
all-deaton@deatonlawfirm.com

Cc: All Counsel of Record