# Exhibit C
# (Redacted)

