# Exhibit K



Explore

Settings

Tweet

**Stuart Alderoty**
@s_alderoty

XRP holders have always said that the SEC's lawsuit is a direct attack on them. Now it's official. The Court's ruling permits John Deaton to share his "meaningful perspective" to help the Court "reach a proper decision." Yet another important (and positive) development.

> **CryptoLaw** @CryptoLawUS · Oct 4, 2021
> 🚨BREAKING: Judge Torres grants amici status to @JohnEDeaton1 and Movants, and Denies Motion to Intervene in @Ripple v. @SECGov
>
> ADDED to our Document Library:
> ✅Text of the Order from Judge Torres 👇
> crypto-law.us/wp-content/upl...

2:32 PM · Oct 4, 2021 · Twitter Web App

**1,564** Retweets **113** Quote Tweets **6,265** Likes

**Andrew** @seinjewCrypto · Oct 4, 2021
Replying to @s_alderoty
Damn straight and the 22000 others 😀
1 71

**MAVERICK** 🏳️‍🌈 @web3_maverick · Oct 4, 2021
Replying to @s_alderoty
We're in it together more than ever 🙌 #xrparmy #ripple
1 1 64

**ProtonDanMan** @DanDataDude · Oct 4, 2021
In Full Pursuit of Truth,Justice and the Good Will of the Honorable Women and Men that HELP and NEVER HINDER(GINSLER) or SECtion Off or SECretive, What Humans Create to Unite Us as a Total Sum. FWD MARCH .•.•.•.
1 6

Show more replies

## More Tweets

**The Bearable Bull** @thebearablebull · 22h
Lawsuit Ends

XRP Gets Relisted

XLS 20 & NFTs

Liquidity Hub

CBDCs

ON Demand Liquidity

Search Twitter

## New to Twitter?

Sign up now to get your own pers

Sign up with G

Sign up with A

Sign up with phone

By signing up, you agree to the Te Privacy Policy, including Cookie U

## Relevant people

**Stuart Alderoty**
@s_alderoty
General Counsel @ years of legal exper expertise in regulat complex litigation.

**CryptoLaw**
@CryptoLawUS
U.S. Legal and Regu Digital Asset Holde Hosted by John E. D youtube.com/c/Cry

**John E Deaton**
@JohnEDeaton1
Founder of Crypto- ETH, XRP; Crypto e entrepreneur

## What's happening

Sports · Last night
**2022 NASCAR Xfinity Seri**

Politics · Trending
**Fulani**
40.3K Tweets

Globalnews.ca · 2 hours
**How 3D printers are buildi better world**

Metro Lifestyle · 5 hours
**The Big Happiness Intervie How embracing our sadnes the key to happiness ☀️**

Sports · Trending
**Dave Roberts**
Dodgers fans assess manag performance after LA's loss
Trending with Buck

**Don't miss what's happening**
People on Twitter are the first to know.

Log in S

Federated Sidechains

Codius

Flare Network

Trustlines

3 Seconds & Less Than .01c

Ripple IPOs

XRP Reaches New All Time Highs

What Did I Miss? 🤔

💬 305  🔁 546  ♡ 2,253  ↑

**MASON VERSLUIS** 🏆 ✓  @MasonVersluis · 21h

I will never stop covering / talking about $XRP.

💬 117  🔁 95  ♡ 1,459  ↑

**Ripple** ✓  @Ripple · 17h

The demand for cross-border payment solutions is on the ⬆ among small and medium-sized enterprises.

We outline the barriers to success and how financial institutions can address these obstacles—and better serve SMEs—by leveraging #blockchain and #crypto.

ripple.com
Big Opportunity In Small Business Payments | Ripple
The SME whitepaper gives a deeper look at the growing, underserved global SME market and how ...

💬 81  🔁 301  ♡ 1,112  ↑

**Leonidas** @LeoHadjiloizou · 16h

It's sad that so many blockchain/crypto companies are letting a lot of people go. Meanwhile, Ripple, in the middle of a multi-million dollar lawsuit, has 200 open positions. 💁

💬 51  🔁 220  ♡ 1,099  ↑

**mickle.xrp** ✓  @MarketsMickle · 20h

🚨BOOOOM!!🚨

THIS IS WHY THE SEC IS DESPERATELY TRYING TO SAY XRP HAS NO UTILITY!

THIS ENTIRE CASE IS A SHAM AND THE SEC KNOWS IT!

#XRP #Ripple #xrpsec #sec



Twitter

# Explore

⚙ Settings

🔍 Search Twitter

© 2022 Twitter, Inc.

Don't miss what's happening
People on Twitter are the first to know.

Log in

Explore

Settings

Show this thread

Search Twitter

Don't miss what's happening
People on Twitter are the first to know.

Log in

Explore

Settings

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

Explore

Settings

Search Twitter

Don't miss what's happening
People on Twitter are the first to know.

Log in

Search Twitter

Explore

Settings

Don't miss what's happening
People on Twitter are the first to know.

Log in