# Exhibit N

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

      v.

                                   20-cv-10832 (AT)

RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and
CHRISTIAN A. LARSEN,

                Defendants.

## EXPERT REPORT OF PETER ADRIAENS

*Designated Confidential Pursuant to the Protective Order Filed March 9, 2021*

**TABLE OF CONTENTS**

I.      **Introduction** ...................................................................................................... 1

    A.      **Relevant Expertise in Blockchain Technology and Entrepreneurship in Digital Industries** ....................................................................................... 1

    B.      **Relationship to Ripple Through UBRI** .......................................................... 5

    C.      **Summary of Opinions** .................................................................................... 8

II.     **Blockchain Innovations Have Revolutionized Numerous Fields** .............................. 11

    A.      **Blockchain Technology is an Innovative Way To Regulate and Maintain Administrative Control Over Contracts, Transactions, and Their Records** ........ 11

    B.      **Cryptocurrency Represents a Particularly Successful Application of Blockchain Technology** .................................................................................. 15

        1.   Bitcoin Was the First Successful Cryptocurrency ........................................... 15

        2.   Alternative Cryptocurrencies – Many Built Atop Alternative Means of Validating Transactions – Have Since Emerged To Rival Bitcoin ........................... 16

        3.   The XRP Ledger Represented a Substantial Innovation in Blockchain Technology (a "better bitcoin") ................................................................................ 19

        4.   Certain Characteristics Reliably Distinguish Successful Cryptocurrencies From Unsuccessful Cryptocurrencies ............................................................ 25

    C.      **The Cryptocurrency Industry Is Composed of Exchanges, Institutional and Retail Users, and E-Commerce Providers** .................................................. 28

        1.   Exchanges Facilitate Market Liquidity, Allowing Customers To Trade Cryptocurrencies for Other Assets ......................................................... 28

        2.   High-Volume Trading by Institutional and Retail Users Also Drives Liquidity in the Cryptocurrency Industry ......................................................... 30

        3.   The Existence of Viable, Scalable Use Cases Also Drives Usage of a Cryptocurrency ................................................................................. 32

    D.      **The Cryptocurrency Industry Is Massive and Dynamic** ..................................... 35

III.    **Ripple's Business Model Development Is Consistent With That of a Startup in a High Technology Industry** ........................................................................ 37

    A.      **Business Innovation in High Technology Industries Entails an Iterative Process** .................................................................................................... 37

        1.   Innovative Applications of Blockchain Technology are Being Developed Iteratively ...................................................................................... 37

        2.   A High-Tech Business's Initial Value Proposition Will Change Over Time in Response to Customer (Market) Input ................................................ 39

3.  A High-Technology Startup's Business and Revenue Model Also Will Change Over Time, Often Over Several Years ........................................................... 41

4.  A High-Technology Startup Must Adopt Entrepreneurial Market Practices To Overcome Technological, Governance, Organizational, and Even Societal Barriers to Scale ........................................................................................................ 43

B.  **Ripple's Funding and Development of a Commercial Application for XRP and the XRP Ledger Are Consistent with That of a Startup in a High-Technology Industry** ...................................................................................................... **45**

1.  Ripple's Vision To Transform Transaction Settlements with an Innovation That Leverages XRP and the XRP Ledger ...................................................... 45

2.  Ripple's Funding by Equity Investment Rounds Based on Ripple's Vision ................ 47

3.  Ripple's Iterative Development of Software Products Using the XRP Ledger and XRP Exemplifies How High-Technology Companies Develop Products Using Innovative Technologies ...................................................................... 52

IV.  **The Ecosystem of the XRP Ledger and XRP Is Decentralized, and Has Many Different Uses and Potential Uses** ................................................................ **59**

A.  **Products Developed by Ripple** ................................................................ **59**

B.  **Products Enabled by Ripple** ................................................................... **62**

C.  **Other Products and Use Cases** ................................................................ **63**

*Confidential*