# Exhibit O
# (Redacted)

From:
Sent: Mon, 08 Jan 2018 20:22:58 +0000
Subject: [Slack Retention]ripple - dm- : Shared Private Im
To:

| Date Sent (UTC) | Sender | Message |
|---|---|---|
| 2018-01-08T20:15:24.0000000Z | | Can I ask you something, confidentially? Did someone approach you about <#C8KUYQ6DP\|corrections>? |
| 2018-01-08T20:16:23.0000000Z | | Yes - it seemed to have opened pandora's box |
| 2018-01-08T20:16:31.0000000Z | | *sigh*... |
| 2018-01-08T20:16:40.0000000Z | | The more things change, the more they stay the same. |
| 2018-01-08T20:16:56.0000000Z | | Don't be discouraged. I appreciated the initiative and we _need_ it. |
| 2018-01-08T20:17:45.0000000Z | | made a form for people to submit so we would have more of a procedure in place but again, it creates a culture that we are going to respond to every issue which is not sustainable |
| 2018-01-08T20:18:35.0000000Z | | i'd like to see our PR agencies put more � under the misinformants but … media is a beast i do not understand. |
| 2018-01-08T20:18:42.0000000Z | | It's not sustainable to not have a central place where we can flag issues so that they can be rapidly escalated. |
| 2018-01-08T20:19:08.0000000Z | | agree (but it's also a full time job to manage!) |
| 2018-01-08T20:19:24.0000000Z | | Anyways, thanks � Again, I appreciate the initiative. |
| 2018-01-08T20:19:42.0000000Z | | Bank analysts have taken very well to corrections and eager to get the right information in front of folks that matter with deep pockets |
| 2018-01-08T20:20:14.0000000Z | | � |
| 2018-01-08T20:20:32.0000000Z | | If I can get the language nailed down on how we'd like to be perceived - what XRP is from an unbiased perspective. It will definitely help institutional minds from getting wrapped up in FUD. |
| 2018-01-08T20:20:51.0000000Z | | If I can help in any way, feel free to reach out to me. |

CONFIDENTIAL



| | |
|---|---|
| 2018-01-08T20:21:03.0000000Z | I know it's not easy to write about this stuff. I've tried. |
| 2018-01-08T20:21:34.0000000Z | great - really appreciate it! Oh man - plus the ramifications for making a public comment about the company, have to look about 4 years in advance before deciding to push send |
| 2018-01-08T20:22:04.0000000Z | Haha. I hear you. I agonize every time I submit on xrpchat or Twitter. |
| 2018-01-08T20:22:23.0000000Z | And I end up being a lot more conservative than I otherwise would be. |
| 2018-01-08T20:22:43.0000000Z | what a blessing it is to have the "XRP-army" to say the things we legally shouldnt ha |
| 2018-01-08T20:22:58.0000000Z | Ha. |

CONFIDENTIAL

RPLI_SEC 1108318