# Exhibit Q



**+1 (817) 934-8385**

Text Message
Thu, May 19, 6:01 AM



What are you guy's smoking over there

Today 6:00 PM

Blah blah blah.....you guys are so fucked Jorge




Text Message