

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

**NEW YORK**
**REGIONAL OFFICE**

July 21, 2022

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York

Re:   *SEC v. Ripple Labs, Inc. et al.*, No. 20-cv-10832 (AT) (SN) (S.D.N.Y.)

Dear Judge Torres:

The SEC respectfully submits this application for leave to file (1) a 30-page opening brief and (2) a 10-page reply brief in support of the SEC's objections to three orders (D.E. 413, 465 & 531) issued by Magistrate Judge Netburn compelling the disclosure of drafts of a 2018 speech by the former Director of the SEC's Division of Corporation Finance (the "Speech Drafts"). Defendants oppose both these requests.

The SEC previously sought leave to file objections to all orders relating to the Speech Drafts in a single brief. D.E. 467. The Court granted the SEC's application and ordered that the SEC file any objections to the orders within 14 days of Magistrate Judge Netburn's order on the SEC's outstanding motion relating to the Speech Drafts. D.E. 470. Magistrate Judge Netburn issued her latest order on July 12, 2022 (D.E. 531), and the SEC's objections are due on July 26, 2022.

Because the SEC is filing objections to three separate orders in a single omnibus brief, the SEC respectfully seeks leave to file a 30-page memorandum of law in support of its objections (10 pages more than the Court's Individual Practices otherwise allow (*see* Section III.D)). The SEC further seeks leave to file a 10-page reply brief within seven days of Defendants' response to the SEC's upcoming objections.

Respectfully submitted,

/s Ladan F. Stewart

Ladan F. Stewart

cc: Counsel for All Defendants (*via* ECF)