# Exhibit A

Proposed Order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

       v.

RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,

                Defendants.

Case No.:
20-cv-10832 (AT)(SN)

---

### [PROPOSED] ORDER FOR ALL NON-PARTY RESPONSES TO PENDING MOTIONS TO SEAL PARTIES' MOTIONS TO EXCLUDE EXPERT TESTIMONY

Plaintiff Securities and Exchange Commission ("SEC") and Defendants Ripple Labs Inc., Bradley Garlinghouse, and Christian A. Larsen (collectively, the "Parties") jointly request that the Court establish a deadline of July 28, 2022, by which all non-parties that have been given notification under the Protective Order must submit any letters to seal or redact information in the Parties' *Daubert* Motions (ECF Nos. 532-549).

IT IS HEREBY ORDERED THAT: any non-parties that (*i*) have not already given consent to one of the Parties for their proposed redactions of the non-parties' confidential information appearing in the *Daubert* Motions; and (*ii*) seek additional or different redactions, must file, by **July 28, 2022**, a letter explaining the need for such redactions. If no such letter is received by July 28, 2022, the non-party will have waived their right to object to the Court's ultimate ruling on the Parties' motions to seal or redact the *Daubert* Motions.

Dated: _____, 2022        By: _____
                                                 Honorable Analisa Torres
                                                 United States District Judge