# Appendix A

**Appendix A:  *Daubert* Motion Filings & Defendants' Redactions**

| ECF No. | Exhibit Number | Filing Name | Proposed Redactions (Yes/No) |
|---|---|---|---|
| 532 | | Defs.' Motion to Exclude SEC Expert No. 2 | No |
| 533 | | Defs.' Mem. of Law re: SEC Expert No. 2 | No |
| 534 | | Gressel Declaration | No |
| 534-1 | | Exhibit 1 | No |
| 534-2 | | Exhibit 2 | No |
| 537 | | Defs.' Motion to Exclude SEC Expert No. 3 | No |
| 538 | | Defs.' Mem. of Law re: SEC Expert No. 3 | No |
| 539 | | Ceresney Declaration | No |
| **539-1** | **J** | **Exhibit 1[1]** *[Duplicate of ECF No. 548-1]* | **Yes** |
| **539-2** | **L** | **Exhibit 2** | **Yes** |
| 539-3 | | Exhibit 3 | No |
| **539-4** | **G** | **Exhibit 4** *[Duplicate of ECF No. 548-22]* | **Yes** |
| 540 | | Defs.' Motion to Exclude SEC Expert No. 4 | No |
| 541 | | Defs.' Mem. of Law re: SEC Expert No. 4 | No |
| 542 | | Ford Declaration | No |
| 542-1 | | Exhibit A | No |
| 542-2 | | Exhibit B | No |
| 542-3 | | Exhibit C | No |
| 542-4 | | Exhibit D | No |
| 542-5 | | Exhibit E | No |
| 542-6 | | Exhibit F | No |
| 542-7 | | Exhibit G | No |
| 542-8 | | Exhibit H | No |
| 542-9 | | Exhibit I | No |
| 543 | | Defs.' Motion to Exclude SEC Expert No. 1 | No |
| 544 | | Defs.' Mem. of Law re: SEC Expert No. 1 | No |
| 545 | | Oppenheimer Declaration | No |
| 545-1 | | Exhibit A | No |

---

[1]   Certain exhibits attached to the Defendants' *Daubert* Motions are identical to the exhibits attached to the SEC's *Daubert* Motion, and vice versa; those exhibits are indicated in this Appendix.  *See, e.g.*, ECF Nos. 539-1 & 548-1 (Amended Expert Report of SEC Expert No. 3).  For exhibits that were attached by both parties to their *Daubert* Motions, Defendants have submitted one exhibit with proposed redactions as to both ECF-filed documents.  For example, Defendants' proposed redactions to the Amended Expert Report of SEC Expert No. 3, at **Exhibit J**, applies to ECF No. 539-1 and ECF No. 548-1, which are the same document.

| ECF No. | Exhibit Number | Filing Name | Proposed Redactions (Yes/No) |
|---------|----------------|-------------|------------------------------|
| 545-2 | | Exhibit B | No |
| 545-3 | | Exhibit C | No |
| **545-4** | **F** | **Exhibit D** *[Duplicate of ECF No. 548-21]* | **Yes** |
| 545-5 | | Exhibit E | No |
| **545-6** | **M** | **Exhibit F** | **Yes** |
| **545-7** | **N** | **Exhibit G** *[Duplicate of ECF No. 548-3]* | **Yes** |
| 545-8 | | Exhibit H | No |
| 545-9 | | Exhibit I | No |
| 546 | | Defs.' Motion to Exclude SEC Expert No. 5 | No |
| 547 | | Defs.' Mem. of Law re: SEC Expert No. 5 | No |
| 549 | | Kim Declaration | No |
| 549-1 | | Exhibit A | No |
| **549-2** | **O** | **Exhibit B** *[Duplicate of ECF No. 548-35]* | **Yes** |
| 549-3 | | Exhibit C | No |
| 549-4 | | Exhibit D | No |
| 549-5 | | Exhibit E | No |
| 549-6 | | Exhibit F | No |
| 549-7 | | Exhibit G | No |
| 535 | | SEC's Omnibus Motion to Exclude | No |
| 536 | | SEC's Mem. of Law | No |
| 548 | | Guerrier Declaration | No |
| **548-1** | **J** | **Exhibit 1** *[Duplicate of ECF No. 539-1]* | **Yes** |
| 548-2 | | Exhibit 2 | No |
| **548-3** | **N** | **Exhibit 3** *[Duplicate of ECF No. 545-7]* | **Yes** |
| 548-4 | | Exhibit 4 | No |
| 548-5 | | Exhibit 5 | No |
| 548-6 | | Exhibit 6 | No |
| 548-7 | | Exhibit 7 | No |
| **548-8** | **B** | **Exhibit 8** | **Yes** |
| **548-9** | **A** | **Exhibit 9** | **Yes** |
| 548-10 | | Exhibit 10 | No |
| 548-11 | | Exhibit 11 | No |
| 548-12 | | Exhibit 12 | No |
| 548-13 | | Exhibit 13 | No |
| 548-14 | | Exhibit 14 | No |
| 548-15 | | Exhibit 15 | No |
| **548-16** | **E** | **Exhibit 16** | **Yes** |

| ECF No. | Exhibit Number | Filing Name | Proposed Redactions (Yes/No) |
|---|---|---|---|
| **548-17** | **C** | **Exhibit 17** | **Yes** |
| **548-18** | **D** | **Exhibit 18** | **Yes** |
| 548-19 | | Exhibit 19 | No |
| 548-20 | | Exhibit 20 | No |
| **548-21** | **F** | **Exhibit 21** *[Duplicate of ECF No. 545-4.]* | **Yes** |
| **548-22** | **G** | **Exhibit 22** *[Duplicate of ECF No. 539-4.]* | **Yes** |
| **548-23** | **H** | **Exhibit 23** | **Yes** |
| **548-24** | **I** | **Exhibit 24** | **Yes** |
| 548-25 | | Exhibit 25 | No |
| 548-26 | | Exhibit 26 | No |
| 548-27 | | Exhibit 27 | No |
| 548-28 | | Exhibit 28 | No |
| 548-29 | | Exhibit 29 | No |
| 548-30 | | Exhibit 30 | No |
| 548-31 | | Exhibit 31 | No |
| **548-32** | **K** | **Exhibit 32** | **Yes** |
| 548-33 | | Exhibit 33 | No |
| 548-34 | | Exhibit 34 | No |
| **548-35** | **O** | **Exhibit 35** *[Duplicate of ECF No. 549-2]* | **Yes** |
| 548-36 | | Exhibit 36 | No |
| 548-37 | | Exhibit 37 | No |
| 548-38 | | Exhibit 38 | No |
| 548-39 | | Exhibit 39 | No |
| 548-40 | | Exhibit 40 | No |
| 548-41 | | Exhibit 41 | No |
| 548-42 | | Exhibit 42 | No |
| 548-43 | | Exhibit 43 | No |
| 548-44 | | Exhibit 44 | No |
| 548-45 | | Exhibit 45 | No |