# Appendix A to Campbell Declaration Table of Proposed Redactions

**Appendix A to Declaration of Kristina Campbell**

| Proposed Redaction | Basis |
|---|---|
| Ex. C ¶¶ 49, 53, 55 n.63, 59 n.71, 61, 64, 66 (ECF No. 548-17) | Ripple's Financial Statements |
| Ex. D ¶¶ 27–28 (ECF No. 548-18) | Ripple's Financial Statements |
| Ex. E at 137:9-14 (ECF No. 548-16) | Ripple's Financial Statements |
| Ex. F ¶¶ 31–32 (ECF Nos. 545-4, 548-21) | Ripple's Financial Statements |
| Ex. F at 82, Ex. 1 (ECF Nos. 545-4, 548-21) | Ripple's Financial Statements |
| Ex. J ¶¶ 45–47 (ECF Nos. 539-1, 548-1) | Ripple's Financial Statements |
| Ex. J at 35, Fig. 10; 36, Fig. 11; 37, Fig. 12 (ECF Nos. 539-1, 548-1) | Ripple's Financial Statements |
| Ex. O at 58:11-15, 60:5-11 (ECF Nos. 549-2, 548-35) | Ripple's Financial Statements |
|  |  |
| Ex. A ¶¶ 69, 76, 93, 108, 117, 161, 210 (ECF No. 548-9) | Contract Terms & Business Information |
| Ex. B at 101:9, 121:22, 134:25, 144:23, 145:2-21, 146:7-8, 150:16-17, 152:3 (ECF No. 548-8) | Contract Terms & Business Information |
| Ex. F ¶¶ 37, 37 n.57, 38–39, 43, 46, 46 n.72, 50, 55, 60, 66–67, 69, 71, 74, 79, 79 n.138, 122–123, 123 n.204 (ECF Nos. 545-4, 548-21) | Contract Terms & Business Information |
| Ex. J ¶¶ 42–43 (ECF Nos. 539-1, 548-1) | Contract Terms & Business Information |
| Ex. M ¶¶ 41, 49, 117, 138 (ECF No. 545-6) <br> Ex. N ¶¶ 41, 49, 117, 138 (ECF Nos. 545-7, 548-3) | Contract Terms & Business Information |
| Ex. M at 33, Table 5; 53, Table 7 (ECF No. 545-6) <br> Ex. N at 34, Table 5; 53, Table 7 (ECF Nos. 545-7, 548-3) | Contract Terms & Business Information |
|  |  |
| Ex. A ¶¶ 18, 32, 38, 56–71, 75–85, 89–101, 105–12, 116–31, 160–65, 170–75, 188, 204–05, 210–12, 219 (ECF No. 548-9) | Name of Third Party |
| Ex. A at 79, 108, 124, 126, 129; Exs. C, D, E, F (ECF No. 548-9) | Name of Third Party |
| Ex. B at 5, 115:7-14, 124:5–125:14, 142:7-14, 144:23, 145:3-20, 146:6-8, | Name of Third Party |

1

| **Proposed Redaction** | **Basis** |
|---|---|
| 150:16-17, 151:22–152:6, 159:12–165:6, 175:6-21, 178:18–179:25; Index *passim* (ECF No. 548-8) | |
| Ex. F *passim* (ECF Nos. 545-4, 548-21) | Name of Third Party |
| Ex. G *passim* (ECF Nos. 539-4, 548-22) | Name of Third Party |
| Ex. J ¶¶ 29, 29 n.27, 32–34, 34 n.42, 42, 42 n.52–56, 43, 43 n.57–58 (ECF Nos. 539-1, 548-1) | Name of Third Party |
| Ex. J at 26, Table 1; 54–58, App'x C (ECF Nos. 539-1, 548-1) | Name of Third Party |
| Ex. K ¶¶ 60, 60 n.85–86, 65 n.89, 77, 79 n.108 (ECF No. 548-32) | Name of Third Party |
| Ex. K at 61–64, Appendix C (ECF No. 548-32) | Name of Third Party |
| Ex. L *passim* (ECF No. 539-2) | Name of Third Party |
| Ex. M ¶¶ 28 n.25, 41, 93, 103 n.164, 117, 117 n.199–200, 120–121, 123, 126, 135, 135 n.241, 137 n.244, 138, 138 n.246–47, 142–143, 150 (ECF No. 545-6)<br><br>Ex. N ¶¶ 28 n.25, 41, 93, 103 n.165, 117, 117 n.200–01, 120–121, 123, 126, 135, 135 n.242, 137 n.245, 138, 138 n.247–48, 142–143, 150 (ECF Nos. 545-7, 548-3) | Name of Third Party |
| Ex. M at 77 n.213; 78, Fig. 17; 91, Fig. 21; 108–24, App'x D (ECF No. 545-6)<br><br>Ex. N at 77 n.214; 78, Fig. 17; 91, Fig. 21; 108–24, App'x D (ECF Nos. 545-7, 548-3) | Name of Third Party |