UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>v.<br><br>RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>                              Defendants, | 20-cv-10832 (AT) (SN)<br>(S.D.N.Y.) |

### DECLARATION OF JOHN E. DEATON

I, John E. Deaton, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an attorney admitted to practice before this Court *pro hac vice* and the managing partner of The Deaton Law Firm, LLC., and I am counsel for amici curiae in the above-captioned action.

2. I respectfully submit this declaration in support of amici's reply to Plaintiff's opposition to amici's application to file an amicus brief regarding the opinions of one of the SEC's experts.

3. Attached hereto as Exhibit A is a true and accurate copy of John Deaton Tweets.

4. Attached hereto as Exhibit B are true and accurate copies of William Hinman emails (Hinman) indicating Hinman was informed by the SEC Ethics Office that he was barred by criminal statute from contacting his law firm, Simpson Thacher, along with emails establishing that Hinman continued to have contact thereafter.

Executed on July 25, 2022, in East Providence, Rhode Island.

Respectfully Submitted,

*/s/John E. Deaton*
John E. Deaton