# EXHIBIT A


**John E Deaton**
@JohnEDeaton1

#XRPHOLDERS:

It has been brought to my attention that several people may have contacted Judge Torres via email or letter to the Court.

AGAIN, PLEASE DO NOT CONTACT THE COURT OR ANY ATTORNEYS IN THIS CASE!

If you want your story included or told then please email my firm but

1:33 PM · Mar 31, 2021 · Twitter for iPhone

**490** Retweets   **44** Quote Tweets   **1,496** Likes

← **Thread**

 **John E Deaton**
@JohnEDeaton1

Replying to @JohnEDeaton1

PLEASE – I BEG YOU – DO NOT CONTACT THE JUDGE OR THE MAGISTRATE OR THE COURT OR THE @SEC_Enforcement ATTORNEYS OR THE @Ripple ATTORNEYS.

My firm reads your emails. I know that many of you have suffered economic hardships.

But no good can come from disturbing the process.  

1:33 PM · Mar 31, 2021 · Twitter for iPhone

**298** Retweets   **10** Quote Tweets   **1,286** Likes

← **Thread**



**John E Deaton** @JohnEDeaton1 · Apr 6

IMPORTANT NOTICE:
The Court is aware that many members of the public have been calling into the Court's telephone conference line many hours in advance of the conference. There are other court proceedings currently taking place prior to the conference in this matter, so for any

💬 39     🔁 106     ♡ 508     ⬆️



**John E Deaton**
@JohnEDeaton1

Replying to @JohnEDeaton1

member of the public that wishes to listen in to the conference in this matter, please do not call in until 2:00 p.m. EST. SO ORDERED.

Please do not call before 2.

12:33 PM · Apr 6, 2021 · Twitter for iPhone

**60** Retweets   **3** Quote Tweets   **410** Likes

← **Tweet**


**John E Deaton**
@JohnEDeaton1

#XRPCommunity

Judge Netburn and Judge Torres are very smart and very fair Judges.

@Ripple, #XRPHolders and the Crypto community are lucky that these two Judges were assigned a case of this magnitude.

Please do not release any recordings of this hearing, if it was recorded.

4:09 PM · Apr 6, 2021 · Twitter for iPhone

**434** Retweets   **8** Quote Tweets   **2,283** Likes

← **Tweet**

**John E Deaton**
@JohnEDeaton1

Great job #XRPCommunity making your presence known.

Please make sure we all comply with no recordings, etc.

If we are granted oral argument on our motion to intervene, I may write a letter to the Court asking for the number to be increased to at least 10k if needed.

> **Jeremy Hogan** @attorneyjeremy1 · Apr 30
> Congratulations XRP People. By the start of the hearing today the telephone system MAXED OUT at 4k listeners! The Court is very aware of the "High Interest" in the case (quote from Judge Netburn). MISSION ACCOMPLISHED! I need to finish up some pleadings and then home to video!

11:08 AM · Apr 30, 2021 · Twitter for iPhone

**269** Retweets  **8** Quote Tweets  **1,705** Likes

**John E Deaton (207K Followers Beware Imposters)**
@JohnEDeaton1

Please be advised that the @SECGov has already complained about #XRPHolders listening on the phone. 👇 That was early on and there haven't been any issues since.

Let's max out the conference call but give them zero to complain about.

> nderlying actions to a halt." *Bear Stearns*, 2003 WL 22000340, at *4. Given the high level of inter
>
> this litigation, participation by thousands of investors has already proven "incredibly disruptive"
>
> Judge Netburn's court conferences. Ex. G (Tr. of Apr. 6, 2021 Hrg.) at 3:13–4:20.[5] Thus,
>
> XRP investors, both those who agree with the SEC's litigation position and those who do not, appear to follow this igation closely. Routine discovery hearings are attended by thousands of participants, and Judge Netburn has lmonished some of them for posting recordings of the conferences online, in contravention of the Court's rules. Ex 4:21–5:13. While it is understandable that these individuals wish to protect the vitality of their investments (or to h countable parties who they believe have harmed them), allowing an army of investors with competing viewpoints to ter this enforcement action would result in significant logistical burdens for the Court and the parties.

> **CryptoLaw** @CryptoLawUS · Aug 30, 2021
> 🚨 BREAKING: Judge Netburn has published the dial-in for tomorrow's discovery hearing (8/31) at 12:00pm EST (16:00 UTC):
>
> USA: (844) 867-6163
> INTL: (409) 207-6969
> Access Code: 9453921#
>
> **Recording and/or broadcasting the hearing is STRICTLY PROHIBITED.

9:52 PM · Aug 30, 2021 · Twitter for iPhone

**322** Retweets   **14** Quote Tweets   **1,226** Likes



**John E Deaton (207K Followers Beware Imposters)**
@JohnEDeaton1

# Considering this issue ultimately relates to the pending motion I filed as amicus counsel, I will resist the temptation to comment.

> **James K. Filan 🇺🇸🇮🇪 106k (beware of imposters)** @FilanLaw · Jul 10
> #XRPCommunity #SECGov v. #Ripple #XRP BREAKING: Defendants and SEC in brawl over expert reports. SEC is taking the "extreme position . . . that the names of its experts and any substantive criticism of their reports should be kept from public view." Expedited briefing requested.

12:25 AM · Jul 11, 2022 · Twitter for iPhone

**139** Retweets   **4** Quote Tweets   **795** Likes

← **Tweet**

 **John E Deaton (207K Followers Beware Imposters)**
@JohnEDeaton1

In short: @Ripple has asked for the @SEC_News to produce its non-public internal policies governing SEC employees' purchases or sales of digital assets.

The SEC claims that these documents are irrelevant.

Because our motion is pending, I won't comment, but you sure can!

> 🇺🇸 **James K. Filan** 🇺🇸🇮🇪 **106k (beware of imposters)** @FilanLaw · Jun 11, 2021
> #XRPCommunity #SEC_NEWS v. #Ripple #XRP The SEC has filed its Response to Ripple's Motion to Compel the SEC to turn over the internal BTC, ETH and XRP documents Judge Netburn has already twice told them to turn over.
>
> dropbox.com/s/h1k93xz090sh...

7:09 PM · Jun 11, 2021 · Twitter for iPhone

**158** Retweets   **12** Quote Tweets   **820** Likes

← **Tweet**

 **John E Deaton (207K Followers Beware Imposters)**
@JohnEDeaton1

As I tweeted before since this involves a pending motion I filed, I won't comment.

> 🧑 **James K. Filan** 🇺🇸🇮🇪 **106k (beware of imposters)** @FilanLaw · Jun 14
>
> #XRPCommunity #SEC v. #Ripple #XRP The SEC has filed under seal a redacted version of the brief and its exhibits opposing the amici motion to participate in the Daubert challenge. It's now up to District Judge Torres to decide what will be public and what will remain under seal.

8:45 PM · Jun 14, 2022 · Twitter for iPhone

**52** Retweets   **1** Quote Tweet   **411** Likes