# EXHIBIT B

**To:**       Hinman, William ██████████ ]
**Cc:**       Serrano, Danae ██████████ ]
**From:**   Minton, Shira
**Sent:**    2018-01-25T09:44:41-05:00
**Importance:**     Normal
**Subject:**  RE: AdHoc mtg in London
**Received:**     2018-01-25T09:44:41-05:00

Happy to talk live - my outlook is up to date if you want to schedule something.  However, the analysis is the same for Simpson as it's always been - you have a bar under the criminal financial conflict with Simpson because you have an ongoing financial interest in the firm. meeting with them while having such a conflict is not permitted.  As we discussed during your briefing - even calls with them are not permitted.

It's also a serious optics issue - you can't be seen to be granting special access to a firm you have a financial interest in.  this meeting is small enough to raise concerns.

As for Rob - I will coordinate with him and his staff on whether this presents any conflicts for him.

**To:**       Minton, Shira[
**From:**     Hinman, William
**Sent:**     2018-01-24T16:32:50-05:00
**Importance:**        Normal
**Subject:**   Re: AdHoc mtg in London
**Received:**          2018-01-24T16:32:50-05:00

It's law firms only. His old firm and mine are likely to attend.

Sent from my iPhone


**To:**       Hinman, William[
**From:**     Minton, Shira
**Sent:**     2018-01-24T16:36:48-05:00
**Importance:**        Normal
**Subject:**   RE: AdHoc mtg in London
**Received:**          2018-01-24T16:36:48-05:00

if it will be less than a dozen, please provide the names so I can vet for
Rob


**To:**       Minton, Shira[                    ]
**From:**     Hinman, William
**Sent:**     2018-01-24T16:59:57-05:00
**Importance:**        Normal
**Subject:**   Re: AdHoc mtg in London
**Received:**          2018-01-24T16:59:58-05:00

Do you need the individuals partners or just the law firms?

Sent from my iPhone


**To:**       Hinman, William(b) (6)              ]
**Cc:**       Serrano, Danae ▓▓▓▓▓▓▓▓▓▓▓▓]
**From:**     Minton, Shira
**Sent:**     2018-01-24T17:09:42-05:00
**Importance:**        Normal
**Subject:**   RE: AdHoc mtg in London
**Received:**          2018-01-24T17:09:42-05:00

The firms - but Bill, it occurs to us that you have a full financial conflict with your old firm, not just an
impartiality one.  hence, you should not be having any meetings with your old firm.  even group
meetings.


**To:**       Minton, Shira(b) (6)          ]
**Cc:**       Serrano, Danae(b) (6)         ]
**From:**     Hinman, William
**Sent:**     2018-01-25T09:33:27-05:00
**Importance:**        Normal
**Subject:**   Re: AdHoc mtg in London
**Received:**          2018-01-25T09:33:28-05:00

Cleary, Cravath, Davis Polk, Shearman, Simpson and Sullivan.
Let's talk live about my restrictions. Thanks

> -----Original Message-----
> From: Hinman, William
> Sent: Wednesday, January 24, 2018 4:08 PM
> To: Minton, Shira
> Subject: AdHoc mtg in London
>
> Shira
> Rob and I have been invited to attend a meeting of the London arm of the Ad Hoc group of securities law firms when we are over there for the PLI conference. Assuming we pay our share of any meal- not sure if there will be dinner- are you okay with us attending?  It's a good way for us to educate and learn from the private bar. Jay and I will likely visit with the NYC arm of the group this spring.
>
> Thanks
> Bill
>
>
>
> Sent from my iPhone


> On Jan 24, 2018, at 4:10 PM, Minton, Shira <██(b) (6)██████████> wrote:
>
> ████████████████████████████████████████████████████████
████████████████████████████████████████████████

| | |
|---|---|
| **To:** | Minton, Shira[                    ] |
| **From:** | Hinman, William |
| **Sent:** | 2018-01-24T16:22:14-05:00 |
| **Importance:** | Normal |
| **Subject:** | Re: AdHoc mtg in London |
| **Received:** | 2018-01-24T16:22:14-05:00 |

A number of firms other than STB and S&S will be present. Probably about a dozen. ██(b) (5)█████
██████████████████████████████████████████████████
████████████████████████████████████████

Sent from my iPhone

| | |
|---|---|
| **To:** | Hinman, William[██(b) (6)███████████] |
| **From:** | Minton, Shira |
| **Sent:** | 2018-01-24T16:30:56-05:00 |
| **Importance:** | Normal |
| **Subject:** | RE: AdHoc mtg in London |
| **Received:** | 2018-01-24T16:30:56-05:00 |

██(b)███████████████████████████████████████████████
█████████████████████████████████████████████████

**To:**      Hinman, William[hinmanw@SEC.GOV]
**From:**   Bonnie, Joshua F.
**Sent:**    2017-06-30T11:26:44-04:00
**Importance:**      Normal
**Subject:**   Congratulations!
**Received:**      2017-06-30T11:26:47-04:00

On what I am sure will be only the first of your brilliant moves!

I hope things are going well for you here in DC!  If you were willing to do it would be great if we could each buy ourselves lunch together sometime?


Joshua Ford Bonnie
Simpson Thacher & Bartlett LLP
T: +1-212-455-3986/+1-202-636-5804
jbonnie@stblaw.com
CONFIDENTIALITY NOTE:
The information contained in this email message and any attachments is legally privileged and confidential information intended only for the use of the individual or entity to whom it is addressed.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this message or its attachments is strictly prohibited.  If you have received this email in error, please immediately notify us by telephone, fax, or email and delete the message.  Thank you.




**To:**      Bonnie, Joshua F.[jbonnie@stblaw.com]
**From:**   Hinman, William
**Sent:**    2017-06-30T12:59:42-04:00
**Importance:**      Normal
**Subject:**   Re: Congratulations!
**Received:**      2017-06-30T12:59:43-04:00

Thanks Josh. Hope you are well. It's good to get something out quickly. I think the year one aspect may be particularly valuable. Would be great to buy ourselves lunch together sometime. Send me some dates!
Best
Bill

Sent from my iPhone

**To:**    Hinman, William[hinmanw@SEC.GOV]
**From:**    Bonnie, Joshua F.
**Sent:**    2017-06-30T18:18:48-04:00
**Importance:**    Normal
**Subject:**   RE: Congratulations!
**Received:**      2017-06-30T18:18:51-04:00

Super valuable.  I literally was advising a client earlier in the week about the process for a follow-on during the first year and we were lamenting being hung up publicly while the Staff undertakes its protocols to decide whether or not to review....

Here are some dates – if one of these doesn't suit I can send more!  July 12, 13, 17. 24. 25 or 26......

Would you be willing to give me a five minute tour?  Apart from coming over that one time to do a presentation on IPOs with the Hilton team moderated by Keith in that auditorium on the first floor I have never seen where it all happens!  Kind of weird when you think about it how little back and forth there is between the Wall Street firms and the SEC in some respects....

---

**To:**    Bonnie, Joshua F.[jbonnie@stblaw.com]
**From:**    Hinman, William
**Sent:**    2017-06-30T21:09:04-04:00
**Importance:**    Normal
**Subject:**   Re: Congratulations!
**Received:**      2017-06-30T21:09:05-04:00

Let me pick a date when I am back next week. Had a good session with the society of corporate secretaries and governance professionals this morning at their annual meeting in San Francisco. Laid out some key themes for my tenure, which will be increased collaboration, transparency and efficiency. So I guess that means I will give you a tour!  Should be fun.

Sent from my iPhone

On Jun 30, 2017, at 3:18 PM, Bonnie, Joshua F. <jbonnie@stblaw.com> wrote:

**From:** Bonnie, Joshua F. [mailto:jbonnie@stblaw.com]
**Sent:** Friday, August 25, 2017 2:44 PM
**To:** Hinman, William
**Subject:** RE: Congratulations!

This stalled out!  Do you want me to send some dates in September/October?

**To:**       Bonnie, Joshua F.[jbonnie@stblaw.com]
**From:**    Hinman, William
**Sent:**     2017-08-25T14:46:53-04:00
**Importance:**      Normal
**Subject:**   RE: Congratulations!
**Received:**          2017-08-25T14:46:54-04:00

Soory- my fault. Out next week, but please send some dates--thanks


**To:**       Hinman, William[hinmanw@SEC.GOV]
**From:**    Bonnie, Joshua F.
**Sent:**     2017-09-05T21:13:35-04:00
**Importance:**      Normal
**Subject:**   RE: Congratulations!
**Received:**          2017-09-05T21:13:42-04:00

Welcome back from vacay to both of us!

1.  Here are some dates – if you don't like any of them just say the word and I will come up with more:

September 13, 14
September 25, 26, 27, 28
October 5
October 10, 11, 12
October 17, 18, 19

2.  Would you be willing to have dinner with the Ad Hoc group up in NY?  I have been asked to extend the invitation.  As you may (or may not!) recall we generally meet on the first Monday evening of each month (although this month it was tonight).  So, for the rest of the year, we are slated for October 2, November 6 and December 4.


**To:**       Bonnie, Joshua F.[jbonnie@stblaw.com]
**From:**    Hinman, William
              2017-09-06T09:39:49-04:00
**Importance:**      Normal
**Subject:**   RE: Congratulations!
**Received:**          2017-09-06T09:39:51-04:00

Josh,
Thanks for following up the Sept 25 date works for lunch for me.
Both Jay and I would like to go to an Ad Hoc dinner-- Can you give me some Mondays in 2018 that might work for the group?  I think that 2018 is more likely to be possible.
Thanks!
Bill

**To:**        Hinman, William[hinmanw@SEC.GOV]
**From:**      Bonnie, Joshua F.
**Sent:**      2017-09-06T14:31:47-04:00
**Importance:**        Normal
**Subject:**   RE: Congratulations!
**Received:**          2017-09-06T14:32:19-04:00

We are on for the 25th! I will reconfirm as the date approaches.

On Ad Hoc, that would be great to have Jay too! January 8, Feb 5, March 5 and April 2 are the dates we would ordinarily be meeting in the first part of 2018, but if any other night is better just let us know!


**To:**        Hinman, William[hinmanw@SEC.GOV]
**From:**      Bonnie, Joshua F.
**Sent:**      2017-09-21T12:23:31-04:00
**Importance:**        Normal
**Subject:**   RE: Congratulations!
**Received:**          2017-09-21T12:23:55-04:00

Is the 25th still OK for you? I made us a rezzie at Bistro Cacao over near there for 12:30 on Monday, but neither that venue nor time is magical. And, I want to get the nickel tour!


**To:**        Bonnie, Joshua F.[jbonnie@stblaw.com]
**From:**      Hinman, William
**Sent:**      2017-09-21T17:43:37-04:00
**Importance:**        Normal
**Subject:**   RE: Congratulations!
**Received:**          2017-09-21T17:43:38-04:00

Sure - can we do it at 12:45? Thanks for arranging, I am looking forward to seeing you then


**To:**        Hinman, William[hinmanw@SEC.GOV]
**From:**      Bonnie, Joshua F.
**Sent:**      2017-09-22T15:34:14-04:00
**Importance:**        Normal
**Subject:**   RE: Congratulations!
**Received:**          2017-09-22T15:34:18-04:00

Of course. Shall I meet you at restaurant or come by the office?

**To:**       Bonnie, Joshua F.[jbonnie@stblaw.com]
**From:**     Hinman, William
**Sent:**     2017-09-22T18:11:39-04:00
**Importance:**     Normal
**Subject:**  Re: Congratulations!
**Received:**       2017-09-22T18:11:40-04:00

I want to give you a quick tour but Tuesday may be tight. Let's meet at cacao and if we have time after bring you in for a visit. Otherwise we can schedule another time to have lunch in.

Sent from my iPhone


**To:**       Hinman, William[hinmanw@SEC.GOV]
**From:**     Bonnie, Joshua F.
**Sent:**     2017-09-22T18:13:33-04:00
**Importance:**     Normal
**Subject:**  RE: Congratulations!
**Received:**       2017-09-22T18:13:55-04:00

OK!  See you at cacao at 12:45 on Monday.  Can't wait to hear how it is going?


**To:**       Bonnie, Joshua F.[jbonnie@stblaw.com]
**From:**     Hinman, William
**Sent:**     2017-09-25T11:00:09-04:00
**Importance:**     Normal
          Re: Congratulations!
**Received:**       2017-09-25T11:00:11-04:00

It's turning out to be a tough day. Do you mind if we reschedule?

Sent from my iPhone


**To:**       Hinman, William[hinmanw@SEC.GOV]
**From:**     Bonnie, Joshua F.
**Sent:**     2017-09-25T11:01:59-04:00
**Importance:**     Normal
**Subject:**  Re: Congratulations!
**Received:**       2017-09-25T11:02:10-04:00

Of course not.  Duty first.  Remember you owe me dates for ad hoc to host you and Jay.....

**To:**      Bonnie, Joshua F.[jbonnie@stblaw.com]
**From:**  Hinman, William
**Sent:**    2017-11-06T13:00:16-05:00
**Importance:**      Normal
**Subject:**  RE: Congratulations!
**Received:**      2017-11-06T13:00:16-05:00

Yes  lets still do lunch.  Checking with the boss on Ad Hoc dates.  Lunch on 27th or 28th?



**To:**      Hinman, William[hinmanw@SEC.GOV]
**From:**  Bonnie, Joshua F.
**Sent:**    2017-11-06T18:10:56-05:00
**Importance:**      Normal
**Subject:**  RE: Congratulations!
**Received:**      2017-11-06T18:11:00-05:00

28th is good!  I will put it in my calendar and ping you a few days before.

Lmk what the Boss says about the field trip to the Links Club next year....



**From:** Bonnie, Joshua F. [mailto:jbonnie@stblaw.com]
**Sent:** Monday, November 27, 2017 1:13 PM
**To:** Hinman, William
**Subject:** RE: Congratulations!

Bill,

PING!  I made us a rezzie at Bistro Cacao for 12:15 tomorrow (the 28th) but let me know if that is not good?

Josh



**To:**      Bonnie, Joshua F.[jbonnie@stblaw.com]
**From:**  Hinman, William
**Sent:**    2017-11-28T09:32:48-05:00
**Importance:**      Normal
**Subject:**  RE: Congratulations!
**Received:**      2017-11-28T09:32:49-05:00

Josh,
I made a res at Bistro Bis at 12:15  as an alternative.  They tend to do a better job of getting you in and out and it's a bit closer for you. Hope that's okay, but I am a bit tight on time .  Thanks

**To:**       Bonnie, Joshua F.[jbonnie@stblaw.com]
**From:**     Hinman, William
**Sent:**     2017-12-05T13:19:42-05:00
**Importance:**       Normal
**Subject:**  RE: Congratulations!
**Received:**         2017-12-05T13:19:42-05:00

Great seeing you for lunch.  Thanks for making time.  How about April 2 for the Ad Hoc group?

**To:**       Hinman, William[hinmanw@SEC.GOV]
              Bonnie, Joshua F.
**Sent:**     2017-12-05T15:06:40-05:00
**Importance:**       Normal
**Subject:**  RE: Congratulations!
**Received:**         2017-12-05T15:07:18-05:00

I don't think I am going out on a limb by saying that we will all be honored to have you and Jay on April 2.  Lets book it!  Thank you for getting back to me.  Will let the rest of the gang know.

It was great to have lunch.    Lets not make it so infrequent!

**To:**       Bonnie, Joshua F.[jbonnie@stblaw.com]
              Hinman, William
**Sent:**     2018-02-28T09:31:45-05:00
              Normal
**Subject:**  RE: Congratulations!
**Received:**         2018-02-28T09:31:45-05:00

Any more thoughts about [ ███████████████ ]

**From:** Bonnie, Joshua F.
**Sent:** Wednesday, February 28, 2018 11:51 AM
**To:** Hinman, William <hinmanw@SEC.GOV>
**Subject:** RE: Congratulations! [EXT]

Sorry for delay!! ███████████████  ███████████████
███████████████  ███████████████  ███████████████
██hat are next steps!

You and Jay are still coming up to ad hoc early April right?

**To:**        Hinman, William[hinmanw@SEC.GOV]
**From:**    Bonnie, Joshua F.
**Sent:**     2018-03-07T15:28:03-05:00
**Importance:**        Normal
**Subject:**   RE: Congratulations!
**Received:**            2018-03-07T15:28:31-05:00

Bill – I got promoted to be (co) head of the DC office.  Not sure what an office head does but I guess I will find out.  I am sure you are very interested in our internal BS over here (not).

Is there a headache for you coming to ad hoc next month if folks from Simpson are there?  We can sit out a month if it makes your life easier.  Not really sure what I am talking about (and may have it completely wrong) but I heard that there could be hassle for you.....

On Mar 7, 2018, at 5:15 PM, Hinman, William <hinmanw@SEC.GOV> wrote:

Josh
Thanks for your note and Congrats to you!!

Lets discuss ad-hoc.  Our ethics folks were resisting my attending if STB was going to be present—I don't like the idea of STB having to miss the meeting because of me but we can talk about it.

**To:**        Hinman, William[hinmanw@SEC.GOV]
**From:**    Bonnie, Joshua F.
**Sent:**     2018-03-11T09:13:58-04:00
**Importance:**        Normal
**Subject:**   RE: Congratulations!
**Received:**            2018-03-11T09:14:07-04:00

Maybe we could implement a protocol where we would not speak or ask questions so that our presence was purely passive?  I am not intuitively grasping what the issue is, however, so that may be a completely stupid idea.  In any event we are happy to sit on the bench this month to make things easy if need be.  Does Jay have the same issue with S&C?

**To:**        Hinman, William[hinmanw@SEC.GOV]
**From:**    Bonnie, Joshua F.
**Sent:**     2018-03-22T10:53:58-04:00
**Importance:**        Normal
**Subject:**   RE: Congratulations!
**Received:**            2018-03-22T10:54:11-04:00

Bill – Any further thoughts on ad hoc?  Sorry to bug on this – trying to make travel plans (or not!) and also tell Davis Polk whether they need to do the work to put together an actual agenda if you and Jay won't be able to make it!

**To:**      Hinman, William[hinmanw@SEC.GOV]
**From:**   Bonnie, Joshua F.
**Sent:**    2018-03-22T12:57:54-04:00
**Importance:**     Normal
**Subject:**  RE: Congratulations!
**Received:**       2018-03-22T12:58:16-04:00

Bill – So…. Do you think you would be able to come up separately to a different ad hoc dinner in the near term (May 7, June 4, July 9)?  If so, we might go ahead and show our faces in April without fear that we were depriving everyone else of your august presence and take a pass on that later dinner.  If that is not realistic, however (and I am guessing given how busy you are that it certainly will not be), we will more than gladly just take a knee in April and make things easier for everyone….

Josh


**To:**      Hinman, William[hinmanw@SEC.GOV]
**From:**   Bonnie, Joshua F.
**Sent:**    2018-03-26T15:34:13-04:00
**Importance:**     Normal
**Subject:**  Re: Congratulations!
**Received:**       2018-03-26T15:34:38-04:00

This seems like a giant hassle.  We will cut the cord so you and Jay can do together.


**From:** Hinman, William [mailto:hinmanw@SEC.GOV]
**Sent:** Monday, March 26, 2018 5:18 PM
**To:** Bonnie, Joshua F. <jbonnie@stblaw.com>
**Subject:** RE: Congratulations! [EXT]

Okay—lets plan on that.  If I get stuck down here I will let you know so STB can show up.  Thanks


**To:**      Hinman, William[hinmanw@SEC.GOV]
**From:**   Bonnie, Joshua F.
**Sent:**    2018-04-02T11:07:01-04:00
**Importance:**     Normal
**Subject:**  RE: Congratulations!
**Received:**       2018-04-02T11:15:32-04:00

Is it true you are bailing (so we should show up)?

**To:**       Bonnie, Joshua F.[jbonnie@stblaw.com]
**From:**     Hinman, William
**Sent:**     2018-04-02T11:31:14-04:00
**Importance:**      Normal
**Subject:**   RE: Congratulations!
**Received:**          2018-04-02T11:31:15-04:00

That rumor is false.  Sorry but I will be there.


**To:**       Hinman, William[hinmanw@SEC.GOV]
**From:**     Bonnie, Joshua F.
**Sent:**     2018-04-02T11:35:34-04:00
**Importance:**      Normal
**Subject:**   RE: Congratulations!
**Received:**          2018-04-02T11:36:32-04:00

LOL.  OK!  Enjoy!  I think the food is surprisingly good, actually.

**To:**       Hinman, William[hinmanw@SEC.GOV]
**From:**     Bonnie, Joshua F.
**Sent:**     2018-08-20T14:08:59-04:00
**Subject:**  RE: Congratulations!
**Received:**         2018-08-20T14:09:34-04:00

How is it going?? Crazy busy as usual? Want to have lunch again some time?

**To:**       Bonnie, Joshua F.[jbonnie@stblaw.com]
**From:**     Hinman, William
**Sent:**     2018-08-27T09:50:05-04:00
**Importance:**       Normal
**Subject:**  RE: Congratulations!
**Received:**         2018-08-27T09:50:05-04:00

Hey
Thanks for reaching out. I'm around next week for lunch if that sounds good

**To:**       Hinman, William[hinmanw@SEC.GOV]
**From:**     Bonnie, Joshua F.
**Sent:**     2018-08-29T09:13:33-04:00
**Subject:**  RE: Congratulations!
**Received:**         2018-08-29T09:14:04-04:00

Sounds good! Do any Tuesday (4th) or Thursday (6th) or even Friday (7th) work?

**To:**       Bonnie, Joshua F.[jbonnie@stblaw.com]
**From:**     Hinman, William
**Sent:**     2018-08-30T10:08:15-04:00
**Importance:**       Normal
**Subject:**  Re: Congratulations!
**Received:**         2018-08-30T10:08:15-04:00

Let's shoot for Thursday. Where would you like to meet?

**To:**       Hinman, William[hinmanw@SEC.GOV]
**From:**     Bonnie, Joshua F.
**Sent:**     2018-08-30T10:14:38-04:00
**Subject:**  RE: Congratulations!
**Received:**         2018-08-30T10:31:54-04:00

OK. You pick!

**To:**      Hinman, William[hinmanw@SEC.GOV]
**From:**    Bonnie, Joshua F.
**Sent:**    2018-09-05T18:28:36-04:00
**Subject:** Re: Congratulations!
**Received:**        2018-09-05T18:29:30-04:00


Is we is? Or is we ain't?


**To:**      Bonnie, Joshua F.[jbonnie@stblaw.com]
**From:**    Hinman, William
**Sent:**    2018-09-05T18:37:45-04:00
**Importance:**       Normal
**Subject:** RE: Congratulations!
**Received:**        2018-09-05T18:37:46-04:00


We is. Booked Bistro Bis again at 12:15


**To:**      Hinman, William[hinmanw@SEC.GOV]
**From:**    Bonnie, Joshua F.
**Sent:**    2018-09-05T18:50:18-04:00
**Subject:** Re: Congratulations!
**Received:**        2018-09-05T18:50:35-04:00

See you then and there, Boss!

**To:**         Bonnie, Joshua F.[jbonnie@stblaw.com]
**From:**       Hinman, William
**Sent:**       2019-02-12T12:33:02-05:00
**Importance:**         Normal
**Subject:**    RE: Lobrano
**Received:**           2019-02-12T12:33:03-05:00


You going to the dinner tonight? I may go up on the 3pm Acela, work and weather permitting.


**To:**         Hinman, William[hinmanw@SEC.GOV]
**From:**       Bonnie, Joshua F.
**Sent:**       2019-02-12T13:27:05-05:00
**Subject:**    RE: Lobrano
                2019-02-12T13:27:45-05:00


Now you have shamed me. I was not planning to go. Having retirement dinner fatigue….
I bet it is still quite a situation there digging out of the shutdown mess.


**To:**         Bonnie, Joshua F.[jbonnie@stblaw.com]
**From:**       Hinman, William
**Sent:**       2019-02-12T14:20:47-05:00
**Importance:**         Normal
**Subject:**    RE: Lobrano
**Received:**           2019-02-12T14:20:47-05:00


No need for shame—I'm thinking of bailing out.
Shutdown backlog is manageable, but real.
Hope you are well.


**To:**         Hinman, William[hinmanw@SEC.GOV]
**From:**       Bonnie, Joshua F.
**Sent:**       2019-02-12T14:23:30-05:00
**Subject:**    RE: Lobrano
**Received:**           2019-02-12T14:24:34-05:00


All good here. Lets get together again at some point? Maybe next month…. but not the last week –
███████████████████ . Do you want to toss out dates?

**To:**        Hinman, William[hinmanw@SEC.GOV]
**From:**   Bonnie, Joshua F.
**Sent:**     2019-08-15T13:15:45-04:00
**Subject:**  After the summer is over, do you want to....
**Received:**        2019-08-15T13:16:37-04:00

᠁
**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Buy yourself lunch while you are sitting at the same table as me also buying myself lunch? If so, let me know if it would be easier for me to toss out dates or you?
Then I can commend you in person for keeping the hits coming with the modernization of the reporting regime!

Joshua Ford Bonnie
Simpson Thacher & Bartlett LLP
900 G Street, N.W.
Washington, D.C. 20001

T: +1-202-636-5804
jbonnie@stblaw.com

CONFIDENTIALITY NOTE:
The information contained in this email message and any attachments is legally privileged and confidential information intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this message or its attachments is strictly prohibited. If you have received this email in error, please immediately notify us by telephone, fax, or email and delete the message. Thank you.

**To:**        Bonnie, Joshua F.[jbonnie@stblaw.com]
**From:**   Hinman, William
**Sent:**     2019-08-20T09:28:02-04:00
**Importance:**      Normal
**Subject:**  RE: After the summer is over, do you want to....
**Received:**        2019-08-20T09:28:02-04:00

Thanks Josh. Buying my lunch to watch you eat a lunch you bought for yourself sound perfect. I'm generally around next week. Any day you prefer?
**From:** Bonnie, Joshua F. [mailto:jbonnie@stblaw.com]

**To:** Hinman, William[hinmanw@SEC.GOV]
**From:** Bonnie, Joshua F.
**Sent:** 2019-08-20T09:50:03-04:00
**Subject:** RE: After the summer is over, do you want to....
**Received:** 2019-08-20T09:50:12-04:00

,,,,,,,,,,,,
CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ugghh. Next week I am going to your favorite state – Montana! ███████████████

███████████████   ███████████████   ███████████████

███████████████   ███████████████   ███████████████

Any other times good? I am around this week and, apart from a couple of trips to NY during the first couple of weeks of September, all that month too?
**From:** Hinman, William

**To:** Bonnie, Joshua F.[jbonnie@stblaw.com]
**From:** Hinman, William
**Sent:** 2019-08-20T11:43:22-04:00
**Importance:** Normal
**Subject:** RE: After the summer is over, do you want to....
**Received:** 2019-08-20T11:43:23-04:00

Let's shoot for September. I am generally around that month

**To:** Bonnie, Joshua F.[jbonnie@stblaw.com]
**From:** Hinman, William
**Sent:** 2019-09-03T18:20:33-04:00
**Importance:** Normal
**Subject:** Re: After the summer is over, do you want to....
**Received:** 2019-09-03T18:20:33-04:00

Thanks for following up. Glad to hear you like Montana. It's a great place. 18th, 19th and 23rd could work. You choose.

Sent from my iPhone

**To:** Hinman, William[hinmanw@SEC.GOV]
**From:** Bonnie, Joshua F.
**Sent:** 2019-09-03T18:24:35-04:00
**Subject:** Re: After the summer is over, do you want to....
**Received:** 2019-09-03T18:24:50-04:00

AUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

12:30pm on the 18th! That Bistro Bis place again or do you want to try something else?

**To:**        Bonnie, Joshua F.[jbonnie@stblaw.com]
**From:**      Hinman, William
**Sent:**      2019-09-04T09:30:16-04:00
**Importance:** Normal
**Subject:**   RE: After the summer is over, do you want to....
**Received:**          2019-09-04T09:30:16-04:00

Sounds good bistro bis is fine thanks

**From:**      Bonnie, Joshua F.
**Location:**              Bistro Bis
**Importance:**            Normal
**Subject:**   Bill/Josh Lunch
**Start Date/Time:**       2019-09-18T12:30:00-04:00
**End Date/Time:**         2019-09-18T14:00:00-04:00

.....
>>>>>

CAUTION: This email originated from outside of the organization. Do not click links or open attachments
unless you recognize the sender and know the content is safe.

When: Wednesday, September 18, 2019 12:30 PM-2:00 PM (UTC-05:00) Eastern Time (US & Canada).
Where: Bistro Bis
Note: The GMT offset above does not reflect daylight saving time adjustments.
*~*~*~*~*~*~*~*~*~*

**To:**        Hinman, William[hinmanw@SEC.GOV]
**From:**    Bonnie, Joshua F.
**Sent:**     2020-02-06T14:53:13-05:00
**Subject:**  Lunch again?
**Received:**              2020-02-06T14:53:23-05:00

;;;;;

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Wanna buy yourself lunch next to me again? Name dates?
Also, look what I have!



**To:**        Bonnie, Joshua F.[jbonnie@stblaw.com]
**From:**      Hinman, William
**Sent:**      2020-02-10T12:06:27-05:00
**Importance:**      Normal
**Subject:**   RE: Lunch again?
**Received:**       2020-02-10T12:06:27-05:00

"" ███████████████████ . Congrats!! Lunch sounds good. Thursday?


**To:**        Hinman, William[hinmanw@SEC.GOV]
**From:**      Bonnie, Joshua F.
**Sent:**      2020-02-11T15:31:43-05:00
**Subject:**   RE: Lunch again?
**Received:**       2020-02-11T15:31:53-05:00


CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks! ████████████  ████████████  █████████████████
████████████████ at 11:30 on Thursday which makes lunch downtown
tough, unless you wanted to make it a pretty late lunch…. Alternatively, do any of Tuesday,
Wednesday or Thursday next week work, by chance?


**To:**        Bonnie, Joshua F.[jbonnie@stblaw.com]
**From:**      Hinman, William
**Sent:**      2020-02-11T17:58:25-05:00
**Importance:**      Normal
**Subject:**   RE: Lunch again?
**Received:**       2020-02-11T17:58:25-05:00


Next Thursday could work.

**To:**        Hinman, William[hinmanw@SEC.GOV]
**From:**      Bonnie, Joshua F.
**Sent:**      2020-02-12T06:01:41-05:00
**Subject:**   Re: Lunch again?
**Received:**       2020-02-12T06:02:16-05:00


CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Great! Next Thursday it is…..

**From:**    Bonnie, Joshua F.
**Location:**    Bistro Bis 15 E Street, NW
**Importance:**    Normal
**Subject:**    Josh/Bill Lunch
**Start Date/Time:**    2020-02-20T12:30:00-05:00
**End Date/Time:**    2020-02-20T14:30:00-05:00

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

When: Thursday, February 20, 2020 12:30 PM-2:30 PM (UTC-05:00) Eastern Time (US & Canada).
Where: Bistro Bis 15 E Street, NW

Note: The GMT offset above does not reflect daylight saving time adjustments.

*~*~*~*~*~*~*~*~*~*

This reservation is for 12:30 PM, local time at the restaurant.

Bistro Bis is a contemporary French Bistro by Chef/Owner Jeffrey Buben.  Please note that our menus do change frequently and online menu might not reflect the changes.
2026612700
Confirmation Number: 2110450090
Special Requests:
Map: https://protect2.fireeye.com/v1/url?k=a99bf8bf-f510e650-a99b1c09-0cc47ad9c0ae-
f97bcd52d4261298&q=1&e=198510d1-ba2e-432c-a2a2-
bc2529f99181&u=http%3A%2F%2Fmaps.google.com%2F%3Fhl%3Den-US%26ie%3DUTF-8%26oe%3DUTF-
8%26q%3D15%2BE%2BStreet%252c%2BNW%2B%2CWashington%2CDC%2C20001

**To:**        Hinman, William[hinmanw@SEC.GOV]
**From:**      Bonnie, Joshua F.
**Sent:**      2020-02-20T12:03:26-05:00
**Subject:**   RE: Josh/Bill Lunch
**Received:**              2020-02-20T12:03:44-05:00

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

See you soon.....!

-----Original Appointment-----
From: Bonnie, Joshua F.
Sent: Wednesday, February 12, 2020 9:23 AM
To: Hinman, William
Subject: Josh/Bill Lunch
When: Thursday, February 20, 2020 12:30 PM-2:30 PM (UTC-05:00) Eastern Time (US & Canada).
Where: Bistro Bis 15 E Street, NW

This reservation is for 12:30 PM, local time at the restaurant.

Bistro Bis is a contemporary French Bistro by Chef/Owner Jeffrey Buben.  Please note that our menus do change frequently and online menu might not reflect the changes.
2026612700
Confirmation Number: 2110450090
Special Requests:
Map: https://protect2.fireeye.com/v1/url?k=beeb8034-e260a082-beeb6482-0cc47ad9c14e-
24f1614f729b43b5&q=1&e=1d8be463-792f-4b6f-8202-
83b0c899b8b6&u=http%3A%2F%2Fmaps.google.com%2F%3Fhl%3Den-US%26ie%3DUTF-
8%26oe%3DUTF-
8%26q%3D15%2BE%2BStreet%252c%2BNW%2B%2CWashington%2CDC%2C20001

**To:**      Hinman, William[hinmanw@SEC.GOV]
**From:**    Bonnie, Joshua F.
**Sent:**    2020-09-09T14:49:51-04:00
**Subject:** Is lunch still a thing?
**Received:**        2020-09-09T14:50:10-04:00

;;;;;;;
CAUTION: This email originated from outside of the organization. Do not click links or open attachments
unless you recognize the sender and know the content is safe.

If so, wanna buy your own lunch with me? Or, if not, find some other medium of social interaction?

Joshua Ford Bonnie
Simpson Thacher & Bartlett LLP
900 G Street, N.W.
Washington, D.C. 20001

T: +1-202-636-5804
jbonnie@stblaw.com

CONFIDENTIALITY NOTE:
The information contained in this email message and any attachments is legally privileged and
confidential information intended only for the use of the individual or entity to whom it is
addressed. If the reader of this message is not the intended recipient, you are hereby notified
that any dissemination, distribution or copy of this message or its attachments is strictly
prohibited. If you have received this email in error, please immediately notify us by telephone, fax,
or email and delete the message. Thank you.

**To:**      Bonnie, Joshua F.[jbonnie@stblaw.com]
**From:**    Hinman, William
**Sent:**    2020-09-11T21:26:55-04:00
**Importance:**      Normal
**Subject:** Re: Is lunch still a thing?
**Received:**        2020-09-11T21:26:55-04:00

;;;;;;;
Lunch would be great. I may be coming into the city next week - probably 17th. Would that
work?

William H Hinman
Director, Division of Corporation Finance
hinmanw@sec.gov
(202) 551-3110

**To:**       Hinman, William[hinmanw@SEC.GOV]
**From:**     Bonnie, Joshua F.
**Sent:**     2020-09-12T05:21:01-04:00
**Subject:**  RE: Is lunch still a thing?
**Received:**          2020-09-12T05:21:40-04:00

,,,,,,,,,,,
CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

It would! It looks like Bistro Bis is actually open for business. Do you want to just go back to the well? Noon?

**From:**    Bonnie, Joshua F.
**Location:**            15 E St NW, Washington, DC, US 20001
**Importance:**          Normal
**Subject:**   Was this OK?  Reservation at Bistro Bis
**Start Date/Time:**     2020-09-17T12:00:00-04:00
**End Date/Time:**       2020-09-17T13:30:00-04:00

.....
;;;;;
CAUTION: This email originated from outside of the organization. Do not click links or open attachments
unless you recognize the sender and know the content is safe.

When: Thursday, September 17, 2020 12:00 PM-1:30 PM (UTC-05:00) Eastern Time (US & Canada).
Where: 15 E St NW, Washington, DC, US 20001
Note: The GMT offset above does not reflect daylight saving time adjustments.
*~*~*~*~*~*~*~*~*~*

**To:**      Bonnie, Joshua F.[jbonnie@stblaw.com]
**From:**   Hinman, William
**Sent:**    2020-09-16T14:41:51-04:00
**Importance:**    Normal
**Subject:**   RE: Was this OK?  Reservation at Bistro Bis
**Received:**     2020-09-16T14:41:52-04:00

;;;;;;
  Yes thanks see you there
  -----Original Appointment-----
**From:** Bonnie, Joshua F.
**Sent:** Wednesday, September 16, 2020 12:38 PM
**To:** Hinman, William
**Subject:** Was this OK? Reservation at Bistro Bis
**When:** Thursday, September 17, 2020 12:00 PM-1:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** 15 E St NW, Washington, DC, US 20001

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

When: Thursday, September 17, 2020 12:00 PM-1:30 PM (UTC-05:00) Eastern Time (US & Canada).
Where: 15 E St NW, Washington, DC, US 20001
Note: The GMT offset above does not reflect daylight saving time adjustments.
*~*~*~*~*~*~*~*~*~*