UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
SECURITIES AND EXCHANGE COMMISSION,

                       Plaintiff,

-against-

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,

                       Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/2022
```

20 Civ. 10832 (AT)(SN)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has reviewed the letters addressing a request by Movants, six individual XRP holders, for leave to file an amicus brief concerning a motion to exclude one of the experts put forward by the Securities and Exchange Commission (the "SEC"). *See* ECF Nos. 489, 555, 556, 567.

       On October 4, 2021, the Court permitted Movants "to act as amici curiae" and "brief legal issues relevant to the case as approved in advance by the Court." ECF No. 372 at 11. In that order, the Court stated that "such assistance will be most beneficial during briefing on dispositive motions." *Id.* Here, the Court finds that it would not benefit from Movants' assistance in evaluating the qualifications of the SEC's expert. Movants may file an application to brief their concerns regarding the SEC's expert, and other relevant and helpful matters, with respect to the parties' contemplated motions for summary judgment. Accordingly, Movants' request is DENIED.

       SO ORDERED.

Dated: July 26, 2022
       New York, New York

                                                              ANALISA TORRES
                                                      United States District Judge