

**Debevoise & Plimpton**

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

Andrew J. Ceresney
Partner
aceresney@de
Tel  +1 212 90

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/2022

July 26, 2022

VIA ECF

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**SEC v. Ripple Labs Inc., et al., No. 20-cv-10832 (AT) (SN) (S.D.N.Y.)**

Dear Judge Torres:

     Defendants Ripple Labs Inc. ("Ripple"), Bradley Garlinghouse, and Christian A. Larsen, respectfully move for leave to file a short reply letter in support of their sealing motion (ECF No. 562). Defendants seek to file the reply letter to correct certain factual mischaracterizations in the SEC's opposition to Defendants' sealing motion (ECF No. 570). The Court would benefit from the reply letter because it will clarify the issues in dispute and allow the Court to rule on an accurate record. The proposed reply letter is attached hereto as Exhibit A. The SEC does not object to this request.

Respectfully submitted,

GRANTED.

SO ORDERED.

Dated: July 28, 2022
      New York, New York

_____
ANALISA TORRES
United States District Judge