

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

August 8, 2022

**VIA ECF**
Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York

Re:   *SEC v. Ripple Labs, Inc. et al.*, No. 20-cv-10832 (AT) (SN) (S.D.N.Y.)

Dear Judge Netburn:

    Plaintiff Securities and Exchange Commission (the "SEC") respectfully takes no position on Defendants' motion to reopen fact discovery in order to serve non-party subpoenas for the purpose of obtaining video recordings "for authentication." (D.E. 583).

Respectfully submitted,

*/s/ Pascale Guerrier*
Pascale Guerrier

cc: All counsel (via email)