

**UNITED STATES
SECURITIES AND EXCHANGE COMM**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/2022

August 8, 2022

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York

Re:   *SEC v. Ripple Labs, Inc. et al.*, No. 20-cv-10832 (AT) (SN) (S.D.N.Y.)

Dear Judge Torres:

The parties respectfully submit this joint application to request a briefing schedule for motions to seal portions of the parties' filings in connection with their motions to exclude expert testimony (the "Exclusion Motions"). Oppositions to the Exclusion Motions are due on August 9, 2022, and replies are due on August 30, 2022. In line with the procedure used in connection with opening briefs pursuant to the Court's July 12, 2022 order (D.E. 530), the parties propose that: (1) all briefing and supporting documents be filed under seal on August 9 (for Exclusion Motion oppositions) and August 30 (for Exclusion Motion replies); (2) that the parties move to seal any portions of those filings, along with proposed redactions filed under seal, by August 19 (for Exclusion Motion oppositions) and by September 9 (for Exclusion Motion replies); and (3) any responses to motions to seal be filed by August 26 (for Exclusion Motion oppositions) and September 16 (for Exclusion Motion replies).

Respectfully submitted,

GRANTED.

SO ORDERED.

Dated: August 9, 2022
       New York, New York

ANALISA TORRES
United States District Judge