

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

NEW YORK
REGIONAL OFFICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/2022

August 24, 2022

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York

Re:   *SEC v. Ripple Labs, Inc. et al.*, No. 20-cv-10832 (AT) (SN) (S.D.N.Y.)

Dear Judge Torres:

Pursuant to this Court's Order of April 28, 2022 (the "Order") (D.E. 472), Plaintiff Securities and Exchange Commission ("SEC") respectfully seeks leave to file one omnibus reply, in further support of its Omnibus Motion to Exclude the Testimony of Defendants' Expert Witnesses (D.E. 535, the "Motion"), that is up to 90 pages in length. The Court previously granted the SEC's request to file an opening brief in support of its Motion of up to 120 pages in length. (D.E. 526.)

The Motion seeks to exclude or limit the testimony of ten experts retained by Defendant Ripple Labs, Inc. and/or Individual Defendants Christian A. Larsen and Bradley Garlinghouse. Although the Order does not expressly specify a page limit for replies, it provides that motions and responses shall be limited to 15 pages (D.E. 472), and the Court's Individual Practices in Civil Cases impose a 15-page limit for replies. Rule III.D. The SEC's proposed 90-page limit for an omnibus reply is 60 pages shorter than it otherwise would be at 15 pages per expert, 30 pages shorter than the page limit the Court granted for the SEC's opening omnibus brief, and 26 pages shorter than Defendants' omnibus brief in opposition to the Motion.

Defendants do not object to the SEC's request and respectfully request 11 pages for each reply brief in further support of Defendants' motions to exclude the SEC's five experts. The SEC does not object to Defendants' request.

For these reasons, the SEC respectfully requests that the Court grant this Motion.

Respectfully submitted,

/s/ Mark R. Sylvester

Mark R. Sylvester

GRANTED.

SO ORDERED.

Dated: August 25, 2022
New York, New York

ANALISA TORRES
United States District Judge