

**Debevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
+1 212 909 6000

**Andrew J. Ceresney**
Partner
aceresney@debevoise.com
+1 212 909 6947

September 12, 2022

<u>**VIA ECF**</u>

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**SEC v. Ripple Labs Inc., et al., No. 20-cv-10832-AT-SN (S.D.N.Y.)**

Dear Judge Torres:

We write on behalf of Defendants Ripple Labs Inc., Bradley Garlinghouse, and Christian A. Larsen (together, "Defendants") in response to Plaintiff Securities and Exchange Commission's September 9, 2022, letter requesting to seal those portions of the parties' *Daubert* reply briefs that identify the SEC's proposed expert witnesses.  (D.E. 618.)

For the reasons set forth in Defendants' prior submission relating to sealing (D.E. 569), Defendants oppose the SEC's request to seal the identities of its proposed experts in connection with the parties' *Daubert* motions, including the parties' reply briefs.  As further set forth in Defendants' prior submission, the SEC has not made the necessary particularized demonstration of fact to establish that sealing is appropriate as to the identities of the proposed experts who are the subject of the *Daubert* motions.  (*See* Order, D.E. 529, at 2.)

Respectfully submitted,

*/s/ Andrew Ceresney*
Andrew Ceresney
DEBEVOISE & PLIMPTON LLP
*Counsel for Defendant Ripple Labs Inc.*

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
*Counsel for Defendant Christian A. Larsen*

KELLOGG, HANSEN, TODD, FIGEL,
& FREDERICK PLLC
*Counsel for Defendant Ripple Labs Inc.*

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
*Counsel for Defendant Bradley Garlinghouse*

cc:     All Counsel of Record (via ECF)