UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>    vs.<br><br>RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>      Defendants. | Case No. 1:20-cv-10832 |

## NOTICE OF MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

PLEASE TAKE NOTICE that upon the accompanying Declaration of Lilya Tessler and the proposed brief *amicus curiae* attached thereto, and upon the accompanying Memorandum of Law, The Chamber of Digital Commerce shall move this Court, before the Honorable Analisa Torres, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for leave to file the attached *amicus curiae* brief and granting such and further relief as the Court deems just and proper.

Dated: Dallas, Texas
September 14, 2022

Respectfully submitted,

By: /s/ Lilya Tessler
Lilya Tessler
Sidley Austin LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
Email: ltessler@sidley.com

*Attorney for Amicus Curiae The Chamber of Digital Commerce*