UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

  vs.

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,
and CHRISTIAN A. LARSEN,

      Defendants.

Case No. 1:20-cv-10832

---

## DECLARATION OF LILYA TESSLER

   I, Lilya Tessler, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the

following is true and correct:

   1.  I am admitted to practice before this Court and am a partner in the law firm of

Sidley Austin LLP, counsel to The Chamber of Digital Commerce (the "Chamber").

   2.  I submit this Declaration on behalf of the Chamber in order to provide the Court

with a copy of the *amicus curiae* brief that the Chamber seeks to file in this case.

   3.  The Chamber's proposed *amicus* brief is attached hereto as Exhibit A.

Executed this 14th day of September 2022.

       By: */s/  Lilya Tessler*_____
          Lilya Tessler
          Sidley Austin LLP
          2021 McKinney Avenue, Suite 2000
          Dallas, TX 75201
          Telephone: (214) 981-3300
          Email: ltessler@sidley.com

          *Attorney for Amicus Curiae*
          *The Chamber of Digital Commerce*