# KASOWITZ BENSON TORRES LLP

MICHAEL A. HANIN
DIRECT DIAL: (212) 506-1788
DIRECT FAX: (212) 835-5058
MHanin@kasowitz.com

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

September 14, 2022

**Via ECF**
Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   **Re:**  *Securities and Exchange Commission v. Ripple Labs, Inc., et al.*, No. 20 Civ. 10832 (AT) (SN) (S.D.N.Y.) ("Action"):  Third-Party Application to Seal

Dear Judge Torres:

  Pursuant to the Court's September 12, 2022 Order (Dkt. 620) and Section IV(A)(ii) of Your Honor's Individual Practices in Civil Cases, we write on behalf of Third-Party A[1] to propose a limited number of targeted redactions to Defendants' memorandum of law in support of their motion for summary judgment (Dkt. 622) (the "SJ Motion").

  On July 28, 2022, Third-Party A filed a letter motion (the "July 28 Letter") seeking redactions to exhibits filed in connection with the parties' *Daubert* motions (Dkt. 582).  The SJ Motion, like the *Daubert* motions, references the names of certain Third-Party A employees. Accordingly, for the reasons articulated in our July 28 Letter, we request redaction of the references to Third-Party A employees in connection with the SJ Motion.

  The proposed redactions are annexed hereto as <u>Exhibit A</u> (filed under seal).

  We thank the Court for its consideration of this matter.

               Respectfully submitted,

                 */s/ Michael A. Hanin*
                Michael A. Hanin

Enclosures

---

[1]  Third-Party A refers to a non-party subpoenaed for documents and testimony in the Action.