UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,      :
                                                                           Plaintiff,      :      20 Civ. 10832 (AT) (SN)

                                - against -      :      ECF Case

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,   :    NOTICE OF MOTION
and CHRISTIAN A. LARSEN,      :      FOR SUMMARY
                                                                        Defendants.      :      JUDGMENT
-------------------------------------------------------------------------x

**NOTICE OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION
FOR SUMMARY JUDGMENT ON LIABILITY AGAINST ALL DEFENDANTS**

**PLEASE TAKE NOTICE** that, on September 13, 2022, Plaintiff Securities and Exchange Commission ("SEC") hereby respectfully moves for an order from the Court granting summary judgment on liability as to all claims against Defendants Ripple Labs, Inc., Bradley Garlinghouse, and Christian A. Larsen. Upon the accompanying Plaintiff SEC's Local Civil Rule 56.1 Statement of Undisputed Material Facts, dated September 13, 2022, Plaintiff SEC's Memorandum of Law in Support, the Declaration of Ladan F. Stewart, dated September 13, 2022, with the exhibits thereto; the Declaration of Mark R. Sylvester, dated September 13, 2022, with the exhibits thereto; the Declaration of Jorge Gerardo Tenreiro, dated September 13, 2022, with the exhibits thereto; the Declaration of Daphna A. Waxman, dated September 13, 2022, with the exhibits thereto; and all prior proceedings and pleadings in this action, Plaintiff SEC makes the motion before the Honorable Analisa Torres, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated December 20, 2020 (D.E. 472), Defendants' response, if any, shall be filed no later than October 18, 2022.

Dated: September 13, 2022
      New York, New York

Respectfully submitted,

/s/ Jorge Tenreiro

Jorge Gerardo Tenreiro
Ladan F. Stewart
Mark. R. Sylvester
Daphna A. Waxman
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, New York 10281-1022
(212) 336-9145 (Tenreiro)
TenreiroJ@sec.gov