

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

September 19, 2022

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York

Re:   *SEC v. Ripple Labs, Inc. et al.*, No. 20-cv-10832 (AT) (SN) (S.D.N.Y.)

Dear Judge Torres:

The SEC respectfully submits this response to the motion by the Chamber of Digital Commerce for leave to file an *amicus curiae* brief (D.E. 632, the "Motion"). The SEC takes no position on the Motion, but respectfully requests that, in the event the Motion is granted, the SEC be able to respond to the Motion as part of its brief in opposition to Defendants' motion for summary judgment (D.E. 621) on October 18, 2022. The SEC may seek further relief from the Court (including additional time for its response and/or additional pages for its October 18 opposition brief) in the event additional *amicus curiae* briefs are allowed.

Respectfully submitted,

/s/ Ladan F. Stewart

Ladan F. Stewart

cc: Counsel for All Defendants (*via* ECF)