

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

September 19, 2022

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York

Re:  *SEC v. Ripple Labs, Inc. et al.*, No. 20-cv-10832 (AT) (SN) (S.D.N.Y.)

Dear Judge Torres:

The parties respectfully submit this joint application to request that any motions by third-parties to seal portions of the parties' summary judgment filings be subject to the Court's September 12, 2022 order (D.E. 620), such that (1) any motions to seal by third-parties would be due by December 9, 2022, and (2) any oppositions to those motions would be due by December 22, 2022.

            Respectfully submitted,

            /s Ladan F. Stewart
            Ladan F. Stewart
            U.S. Securities and Exchange Commission
            New York Regional Office
            100 Pearl Street, Suite 20-100
            New York, NY 1004
            (212) 336-0153
            *Counsel for Plaintiff Securities and Exchange Commission*

            /s Andrew J. Ceresney
            Andrew J. Ceresney
            DEBEVOISE & PLIMPTON LLP
            919 Third Avenue
            New York, NY 10022
            (212) 909-6000
            *Counsel for Defendant Ripple Labs Inc.*

            /s Matthew C. Solomon
            Matthew C. Solomon
            CLEARY GOTTLIEB STEEN & HAMILTON LLP
            2112 Pennsylvania Avenue, NW
            Washington, DC 20037
            (202) 974-1680
            *Counsel for Defendant Bradley Garlinghouse*

Hon. Analisa Torres
September 19, 2022
Page 2

/s Martin Flumenbaum
Martin Flumenbaum
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
*Counsel for Defendant Christian A. Larsen*

cc: All Counsel of Record (via ECF)