UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/2022

20 Civ. 10832 (AT) (SN)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the request by the Chamber of Digital Commerce for leave to file an *amicus curiae* brief, ECF No. 632, and the parties' responses, ECF Nos. 644, 646. Accordingly, the request is GRANTED. By **September 26, 2022**, the Chamber of Digital Commerce shall file its brief.

    The Clerk of Court is directed to terminate the motion at ECF No. 632.

    SO ORDERED.

Dated: September 21, 2022
       New York, New York

                                      ANALISA TORRES
                                 United States District Judge