

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/2022

September 19, 2022

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York

Re:   <u>SEC v. Ripple Labs, Inc. et al.</u>, No. 20-cv-10832 (AT) (SN) (S.D.N.Y.)

Dear Judge Torres:

The parties respectfully submit this joint application to request that any motions by third-parties to seal portions of the parties' summary judgment filings be subject to the Court's September 12, 2022 order (D.E. 620), such that (1) any motions to seal by third-parties would be due by December 9, 2022, and (2) any oppositions to those motions would be due by December 22, 2022.

Respectfully submitted,

GRANTED.

SO ORDERED.

Dated: September 21, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge