UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities and Exchange Commission,<br><br>                              Plaintiff,<br><br>     -against-<br><br>Ripple Labs, Inc., Bradley Garlinghouse,<br>and Christian A. Larsen,<br><br>                              Defendants. | Case No.  20-cv-10832 (AT) (SN)<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE* OF BETHAN**<br>**RHIAN JONES** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Bethan Rhian Jones, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Ripple Labs, Inc. in the above-captioned case.

I am a member in good standing of the Bars of the District of Columbia, the State of New Jersey, and the Commonwealth of Pennsylvania and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the affidavit pursuant to Local Rule 1.3 as Exhibit A.  Certificates of good standing from the Bars of the District of Columbia, the State of New Jersey, and the Commonwealth of Pennsylvania are attached as Exhibit B.

Dated: September 23, 2022

                                                            Respectfully Submitted,

                                                             /s/ Bethan Rhian Jones
                                                            Bethan Rhian Jones
                                                            Kellogg, Hansen, Todd,
                                                            Figel & Frederick, P.L.L.C.
                                                            1615 M Street, N.W., Suite 400
                                                            Washington, D.C. 20036
                                                            Tel: (202) 326-7900
                                                            bjones@kellogghansen.com