# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Security and Exchange Commission,<br><br>                        Plaintiff,<br><br>   -against-<br><br>Ripple Labs, Inc., Bradley Garlinghouse, and Christian A. Larsen,<br><br>                        Defendants. | Case No.  20-cv-10832 (AT) (SN)<br><br>**AFFIDAVIT OF BETHAN RHIAN JONES IN SUPPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Bethan Rhian Jones, declare under penalty of perjury that the following is true and correct:

1. I am an attorney at Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-referenced matter.

3. As shown in the Certificates of Good Standing attached hereto, I am a member in good standing of the Bars of the District of Columbia, the State of New Jersey, and the Commonwealth of Pennsylvania.

4. There are no disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I am not and have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Wherefore your affiant respectfully submits that she be permitted to appear as counsel *pro hac vice* in this case on behalf of Defendant Ripple Labs, Inc.

Dated: September 23, 2022

Respectfully submitted,

/s/ Bethan Rhian Jones
Bethan Rhian Jones
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900
Fax: (202) 326-7999
bjones@kellogghansen.com

District of Columbia
Signed and sworn to (or affirmed) before me
on __9/23/22__ by __Bethan Jones__
    Date           Name(s) of Individual(s) making Statement

__Maurleen R Williams__
Signature of Notarial Officer

__Notary Public__
Title of Office

My commission expires: __9/30/2025__

[Notary Seal: MARILYN R. W...]

2