UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities and Exchange Commission,<br><br>                                       Plaintiff,<br><br> -against-<br><br>Ripple Labs, Inc., Bradley Garlinghouse,<br>and Christian A. Larsen,<br><br>                                       Defendants. | Case No.  20-cv-10832 (AT) (SN)<br><br>**ORDER FOR ADMISSION**<br>*PRO HAC VICE* |

The motion of Bethan Rhian Jones for admission to practice *pro hac vice* in the above-captioned case is granted.

Applicant has declared that she is a member in good standing the Bars of the District of Columbia, the State of New Jersey, and the Commonwealth of Pennsylvania; and that her contact information is as follows:

> Bethan Rhian Jones
> Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
> 1615 M Street, N.W., Suite 400
> Washington, D.C. 20036
> Tel: 202-326-7900/ Fax: 202-326-7999
> bjones@kellogghansen.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Ripple Labs, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2022                    _____
          New York, New York                                   HONORABLE ANNALISE TORRES
                                                                               UNITED STATES DISTRICT JUDGE