**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>        v.<br><br>RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN.<br><br>                Defendants. | Case No. No. 20 Civ. 10832 (AT)<br><br>**NOTICE OF MOTION FOR LEAVE TO FILE** *AMICUS CURIAE* **BRIEF** |

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Brian Farkas, Esq. and the proposed *Amicus Curiae* Brief attached as Exhibit A thereto, and upon the accompanying Memorandum of Law, I-Remit, Inc. shall move this Court, before the Honorable Analisa Torres, U.S.D.J., at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for leave to file its *Amicus Curiae* Brief and granting such and further relief as the Court deems just and proper.

Dated:    September 30, 2022
             New York, New York

ARENTFOX SCHIFF LLP

*/s/ Brian Farkas*
Brian Farkas, Esq.
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
(212) 492-3297
brian.farkas@afslaw.com

Karen Ellis Carr, Esq.
(not admitted in S.D.N.Y.)
1717 K Street NW
Washington, DC 20006
(202) 715-8531
Karen.Carr@afslaw.com

*Attorneys for Amicus Curiae I-Remit, Inc.*