UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                           Plaintiff,<br><br>              v.<br><br>RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN.<br><br>                           Defendants. | Case No. No. 20 Civ. 10832 (AT)<br><br>**DECLARATION IN SUPPORT OF MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF** |

I, Brian Farkas, declare pursuant to 28 U.S.C. § 1746:

1.  I am an attorney admitted to the Bar of the State of New York and the U.S. District Court for the Southern District of New York.

2.  I am associated with the law firm ArentFox Schiff LLP, attorneys for I-Remit, Inc.

3.  I submit this Declaration in support of I-Remit's Motion for Leave to File an *Amicus Curiae* Brief.

4.  I-Remit's proposed *Amicus Curiae* Brief is attached hereto as **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   September 30, 2022
             New York, New York

                                                           */s/ Brian Farkas*
                                                             BRIAN FARKAS