UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | | |
| | Plaintiff, | 20 Civ. 10832 |
| v. | | |
| RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN, | | MOTION FOR ADMISSION PRO HAC VICE |
| | Defendants. | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Debra L. Fein hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for TapJets, Inc. in the above captioned action.

I know I am in good standing of the bar of the state of Florida and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have an attached I an affidavit pursuant to Local Rule 1.3.

Dated: September 30, 2022

                                                  Respectfully Submitted,
                                                    /s/ Debra L. Fein
                                                Debra L. Fein, Esq.
                                                ATTORNEY FOR ATTORNEY FOR *AMICI CURIAE* TAPJETS, INC.
                                                Stratford Law Firm, LLC
                                                401 East Las Olas Blvd.; Suite 1400
                                                Fort Lauderdale, FL. 33301
                                                954-995-5400
                                                debra@slglf.com