UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,
                        Plaintiff,                   20 Civ. 10832

v.

RIPPLE LABS, INC., BRADLEY
GARLINGHOUSE, and CHRISTIAN A.        RULE 1.3 AFFIDAVIT
LARSEN,
                      Defendants.

### AFFIDAVIT OF DEBRA L. FEIN

DEBRA L. FEIN, being duly sworn, hereby deposes and says as follows:

1. I am the owner of Stratford Law Firm, LLC and attorney.

2. I submit this affidavit in support of my motion for admission to practice Pro Hac Vice in the above-captioned matter.

3. As shown in the annexed Certificate of Good Standing, I am a member in good standing of the Bar of the State of Florida.

4. There are no pending disciplinary proceedings against me in any State or Federal court, nor have there ever been such proceedings brought against me in any jurisdiction in which I am licensed.

5. In an abundance of caution, I am disclosing that there are currently two (2) meritless complaints in the intake and investigation process with the Florida Bar, which have been pending for more than 3 years and 2.5 years. Not only are these not matters of public record in Florida but also pursuant to the Rules Regulating the Florida Bar both are subject to confidentiality.

6. I have not been convicted of a felony.

7. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

8. Wherefore, your affiant respectfully submits that he is permitted to appear as counsel and advocate pro hac vice in this one case for *Amici Curiae*, TapJets, Inc.

Dated: September 30, 2022
Fort Lauderdale, FL

Respectfully Submitted,

Debra L. Fein, Esq.
ATTORNEY FOR *AMICI CURIAE* TAPJETS, INC.
Stratford Law Firm, LLC
401 East Las Olas Blvd.; Suite 1400
Fort Lauderdale, FL. 33301
954-995-5400
debra@slgfl.com

STATE OF FLORIDA
COUNTY OF BROWARD

The foregoing instrument was acknowledged before me in physical presence this 30th day of September 2022 by Debra L. Fein who is personally known to me.

(NOTARY SEAL)  _____
                    NOTARY



Notary Public State of Florida
Ana J Ortiz
My Commission HH 071560
Expires 12/13/2024