UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                          Plaintiff,                  20 Civ. 10832

  v.

RIPPLE LABS, INC., BRADLEY
GARLINGHOUSE, and CHRISTIAN A.     **[PRPOSED] ORDER FOR ADMISSION**
LARSEN,                                                         **PRO HAC VICE**
                       Defendants.

The motion of Debra L. Fein, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of Florida; and that her contact information is as follows:

|  |  |
|---|---|
| Applicant's Name: | Debra L. Fein |
| Firm Name: | Stratford Law Firm, LLC |
| Address: | 401 E. Las Olas Blvd., Suite 1400 |
| City/State/Zip: | Fort Lauderdale, FL. 33301 |
| Telephone/email: | 954-995-5400/debra@slgfl.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for TapJets, Inc in the above title action; It is hereby ordered that applicant is admitted to practice Pro Hac Vice in the above captioned case in the United states District Court for the Southern District of New York. All attorneys appearing before this court are subject to the local rules of the court, including the rules governing discipline of attorneys.

Dated: _____                                 _____
                                                                         U.S. District/Magistrate Judge