UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/2022

20 Civ. 10832 (AT) (SN)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the requests by I-Remit, Inc. and TapJets, Inc. for leave to file *amicus curiae* briefs dated September 30, 2022, ECF Nos. 653, 656, and the parties' letters dated October 4, 2022, ECF No. 657, and October 5, 2022, ECF No. 658. Accordingly, the requests are GRANTED. By **October 14, 2022**, I-Remit, Inc. and TapJets, Inc. shall file their briefs. *Amici* are reminded that their briefs must comply with the requirements set forth in Section III.D of the Court's Individual Practices in Civil Cases.

    The Clerk of Court is directed to terminate the motions at ECF Nos. 653, 656.

    SO ORDERED.

Dated: October 11, 2022
       New York, New York

                                      ANALISA TORRES
                              United States District Judge