**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

New York
Regional Office

October 21, 2022

**VIA ECF**
Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York

Re: <u>SEC v. Ripple Labs, Inc. et al.</u>, No. 20-cv-10832 (AT) (SN) (S.D.N.Y.)

Dear Judge Netburn:

Pursuant to the Court's July 12, 2022 order (D.E. 531 at 9), the SEC respectfully submits for *in camera* review proposed redactions to two drafts of Director Bill Hinman's June 2018 speech that discuss pending determinations before the Commission.

The Court's April 11, 2022 order provided that "the SEC may seek leave to redact" communications between staff discussing "how [Director Hinman's speech] implicates other, separate agency deliberations." D.E. 465 at 10. In its April 29, 2022 filing, the SEC requested leave to redact two documents, found in Entries 29 and 35 of Attachment 1 to the SEC's February 17, 2022 filing (D.E. 429). D.E. 473 at 5. The Court ordered the SEC to submit the two proposed redactions for *in camera* review. D.E. 531 at 9.

The SEC is hereby submitting these two documents with its proposed redactions highlighted in yellow on page 6 of Entry 29 and page 5 of Entry 35. Two additional documents (Entries 30 and 31) contain the same language the SEC seeks to redact from Entry 29, and the SEC therefore seeks leave to make corresponding redactions to those two documents.

Respectfully submitted,

/s Ladan F. Stewart

Ladan F. Stewart

cc: Counsel for All Defendants (*via* ECF), w/o attachments