

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

October 26, 2022

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York

Re:    *SEC v. Ripple Labs, Inc. et al.*, No. 20-cv-10832 (AT) (SN) (S.D.N.Y.)

Dear Judge Torres:

The SEC respectfully submits this response to the motions ("Motions") by Phillip Goldstein and the Investor Choice Advocates Network (D.E. 666) and SpendTheBits, Inc. (D.E. 676). Both Motions seek leave to file an *amicus curiae* brief. The SEC takes no position on either Motion, but respectfully requests that, in the event that either Motion is granted, the SEC be able to respond to the Motions as part of its reply brief in support of the SEC's motion for summary judgment on November 15, 2022.

                                              Respectfully submitted,

                                              /s/ Ladan F. Stewart

                                              Ladan F. Stewart

cc: Counsel for All Defendants (*via* ECF)