UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---
SECURITIES AND EXCHANGE COMMISSION,

                        Plaintiff,

-against-

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,

                        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2022
```

20 Civ. 10832 (AT) (SN)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the requests by Phillip Goldstein and the Investor Choice Advocates Network ("ICAN") and SpendTheBits, Inc. for leave to file *amicus curiae* briefs dated October 18 and 21, 2022, ECF Nos. 666, 676, and Plaintiff's letter dated October 26, 2022, ECF No. 678. Accordingly, the requests are GRANTED. By **November 2, 2022**, Phillip Goldstein and ICAN and SpendTheBits, Inc. shall file their briefs. *Amici* are reminded that their briefs must comply with the requirements set forth in Section III.D of the Court's Individual Practices in Civil Cases. Plaintiff may respond to *amici* in its reply brief in support of its motion for summary judgment.

    The Clerk of Court is directed to terminate the motions at ECF Nos. 666, 676.

    SO ORDERED.

Dated: October 28, 2022
       New York, New York

                                              ANALISA TORRES
                                       United States District Judge