UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

    -against-

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,

        Defendants.

Case No. 20-cv-10832 (AT) (SN)

**NOTICE OF MOTION**

---

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Jason Gottlieb dated October 28, 2022 and the exhibit thereto, and the Memorandum of Law dated October 28, 2022, The Blockchain Association will move before the Honorable Analisa Torres, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, Courtroom 15D, at such date as the Court will determine, for an Order granting the Blockchain Association leave to file an *amicus curiae* brief.

Dated: New York, New York
       October 28, 2022

MORRISON COHEN LLP

By:   /s/ Jason Gottlieb
       Jason Gottlieb
       Michael Mix
       Daniel C. Isaacs
       909 Third Avenue
       New York, New York 10022
       (212) 735-8600

*Attorneys for Amicus Curiae The Blockchain Association*

TO: All counsel of record (via ECF)