UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>Defendants. | Case No. 20-cv-10832 (AT) (SN)<br><br>**DECLARATION OF JASON GOTTLIEB** |

JASON GOTTLIEB declares the following to be true under penalty of perjury:

1.      I am a member of Morrison Cohen LLP, attorneys for The Blockchain Association (the "Association").

2.      I am admitted to practice before the courts of the State of New York and the United States District Court for the Southern District of New York.

3.      I respectfully submit this declaration in support of the Association's motion for leave to file an *amicus curiae* brief.  A true and correct copy of the *amicus curiae* brief that the Association seeks to file is attached hereto as **Exhibit 1**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of October, 2022

 /s/ Jason Gottlieb
JASON GOTTLIEB