# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| HELENE R. BANKS | ARIEL GOLDMAN | TELEPHONE: (212) 701-3000 | BRIAN T. MARKLEY | ANTHONY K. TAMA |
| ANIRUDH BANSAL | PATRICK GORDON | WWW.CAHILL.COM | MEGHAN N. McDERMOTT | JONATHAN D. THIER |
| DAVID L. BARASH | JASON M. HALL | ———————— | WILLIAM J. MILLER | JOHN A. TRIPODORO |
| LANDIS C. BEST | STEPHEN HARPER | | EDWARD N. MOSS | GLENN J. WALDRIP, JR. |
| BRADLEY J. BONDI | WILLIAM M. HARTNETT | 1990 K STREET, N.W. | NOAH B. NEWITZ | HERBERT S. WASHER |
| BROCKTON B. BOSSON | NOLA B. HELLER | WASHINGTON, DC 20006-1181 | WARREN NEWTON § | MICHAEL B. WEISS |
| JONATHAN BROWNSON * | CRAIG M. HOROWITZ | (202) 862-8900 | DAVID R. OWEN | DAVID WISHENGRAD |
| JOYDEEP CHOUDHURI * | DOUGLAS S. HOROWITZ | | JOHN PAPACHRISTOS | C. ANTHONY WOLFE |
| JAMES J. CLARK | TIMOTHY B. HOWELL | CAHILL GORDON & REINDEL (UK) LLP | LUIS R. PENALVER | COREY WRIGHT |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | 20 FENCHURCH STREET | KIMBERLY PETILLO-DÉCOSSARD | ELIZABETH M. YAHL |
| LISA COLLIER | ELAI KATZ | LONDON EC3M 3BY | SHEILA C. RAMESH | JOSHUA M. ZELIG |
| AYANO K. CREED | JAKE KEAVENY | +44 (0) 20 7920 9800 | MICHAEL W. REDDY | |
| PRUE CRIDDLE ± | BRIAN S. KELLEHER | ———————— | OLEG REZZY | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| SEAN M. DAVIS | RICHARD KELLY | | THORN ROSENTHAL | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| STUART G. DOWNING | CHÉRIE R. KISER ‡ | WRITER'S DIRECT NUMBER | TAMMY L. ROY | |
| ADAM M. DWORKIN | JOEL KURTZBERG | | JONATHAN A. SCHAFFZIN | ‡ ADMITTED IN DC ONLY |
| ANASTASIA EFIMOVA | TED B. LACEY | | DARREN SILVER | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| JENNIFER B. EZRING | MARC R. LASHBROOK | | JOSIAH M. SLOTNICK | |
| HELENA S. FRANCESCHI | ALIZA R. LEVINE | | RICHARD A. STIEGLITZ JR. | |
| JOAN MURTAGH FRANKEL | JOEL H. LEVITIN | | ROSS E. STURMAN | |
| JONATHAN J. FRANKEL | GEOFFREY E. LIEBMANN | | SUSANNA M. SUH | |

(212) 701-3008

October 31, 2022

The Honorable Analisa N. Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     *SEC* v. *Ripple Labs Inc., et al.*, 20 Civ. 10832 (AT) (SN)

Dear Judge Torres:

We write on behalf of our client, Coinbase, Inc. ("Coinbase"), to respectfully request the Court's permission to file an amicus brief addressing the defendants' motion for summary judgment in the above-captioned case. Ripple Labs, Inc. ("Ripple") consents to the filing of our brief, and the SEC has informed us that it will determine its position on the filing of Coinbase's brief after the filing of this letter. A copy of the amicus brief is attached hereto as Exhibit A.

"There is no governing standard, rule or statute prescribing the procedure for obtaining leave to file an *amicus* brief in the district court." *Lehman XS Trust, Series 2006-GP2* v. *Greenpoint Mortgage Funding, Inc.*, 2014 WL 265784, *1 (S.D.N.Y. Jan. 23, 2014). Accordingly, the Court has "broad discretion" in deciding whether to allow a party to do so. *Automobile Club of N.Y., Inc.* v. *Port Auth. of N.Y. and N.J.*, 2011 WL 5865296, *2 (S.D.N.Y. Nov. 22, 2011). Courts typically allow amicus briefs to be filed when they "are of aid to the court and offer insights not available from the parties," *United States* v. *El-Gabrowny*, 844 F. Supp. 955, 957 n.1 (S.D.N.Y. 1994). As this Court noted when permitting another amicus brief in this matter, amici can "provide the Court with a meaningful perspective, and will help ensure complete and plenary presentation of difficult issues so that the Court may reason a proper decision." *SEC* v. *Ripple Labs, Inc.*, 2021 WL 4555352, *5 (S.D.N.Y. Oct. 4, 2021).

CAHILL GORDON & REINDEL LLP

-2-

As the largest cryptocurrency trading platform in the United States by trading volume, Coinbase has a unique perspective on the issues at stake in this matter. Specifically, after this action was filed, multiple U.S. exchanges delisted XRP, causing its market value to decline by $15 billion, resulting in significant losses to Coinbase's customers. Coinbase has formally petitioned the SEC to engage in rulemaking for the U.S. digital asset industry so that market participants can have a better idea of what to expect in the future and avoid losses such as those that occurred in this matter. In the absence of a regulatory framework governing digital assets, Coinbase believes that parties like Ripple must be permitted to pursue fair notice defenses in matters where they are facing surprise enforcement actions like this one.

We respectfully request that the Court allow Coinbase to file the attached amicus brief, and consider its position on the significant legal issues at stake in this matter, which affect Coinbase and its millions of customers.

Respectfully Submitted,

/s/
Nola B. Heller
Samson Enzer
*Counsel for Coinbase, Inc.*

cc: All counsel of record (via ECF)