UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

SECURITIES AND EXCHANGE
COMMISSION,

       Plaintiff,

vs.

RIPPLE LABS INC. et al.,

       Defendants.

      :
      :
      :    Case No. 1:20-cv-10832-AT-SN
      :
      :    **MOTION FOR ADMISSION**
           **PRO HAC VICE – BENJAMIN**
      :    **TOMPKINS**
      :
      :
      :

------------------------------------------------------X

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Benjamin Tompkins hereby move this Court for an Order for admission to practice pro hac vice to appear as counsel for *amicus curiae* Veri DAO, LLC in the above-captioned action.

I am in good standing of the bars of the states of Kansas, Missouri, Virginia, California, as well as in the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony nor have I ever been censured, suspended, disbarred or denied admission or readmission by any court. Please find my declaration pursuant to Local Rule 1.3 attached hereto.

          **KENNYHERTZ PERRY, LLC**

          _____

          Benjamin Tompkins
          Kennyhertz Perry, LLC
          2000 Shawnee Mission Parkway, Ste. 210
          Mission Woods, KS 66205
          Phone: 816-527-9447
          Fax: 855-844-2914
          ben@kennyhertzperry.com