UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

RIPPLE LABS INC. et al.,

    Defendants.

-------------------------------------------------------X

Case No. 1:20-cv-10832-AT-SN

**AFFIDAVIT OF BENJAMIN TOMPKINS IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

1. My name is Benjamin Tompkins. I am an attorney with the law firm of Kennyhertz Perry, LLC, and have personal knowledge of the facts stated herein.

2. I submit this declaration in support of my motion for admission to practice pro hac vice in the above-captioned matter to appear as counsel and advocate for *amicus curiae* Veri DAO, LLC. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bars of the states of Kansas, Missouri, Virginia, California, as well as in the District of Columbia.

3. I have never been convicted of a felony nor have I ever been censured, suspended, disbarred or denied admission or readmission by any court. Furthermore, there are no pending disciplinary proceedings against me in any state or federal court.

4. I understand that the Court retains the right to deny my admission based upon the content of the responses herein.

Date:  November 3, 2022

_____
Benjamin Tompkins

The above and foregoing Affidavit was subscribed and sworn to or affirmed before me this 3 day of November, 2022, by  Benjamin Tompkins , who is personally known to me.

*Chloe Burkhead*

Notary Public in and for the State of Kansas



CHLOE BURKHEAD
My Appointment Expires
September 27, 2025