**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SECURITIES AND EXCHANGE COMMISSION**   Plaintiff,

-against-

**RIPPLE LABS, INC., et al.**   Defendant.

1:20 cv 10832 (    )

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Benjamin Tompkins, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Kansas, Missouri, California, Virginia and District of Columbia; and that his/her contact information is as follows (please print):

Applicant's Name: Benjamin Tompkins

Firm Name: Kennyhertz Perry, LLC

Address: 2000 Shawnee Mission Parkway, Suite 210

City / State / Zip: Mission Woods, Kansas 66205

Telephone / Fax: T: 816-527-9447   F: 855-844-2914

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Veri DAO, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge