**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK ——**

**SECURITIES AND**
**EXCHANGE COMMISSION**   Plaintiff,

-against-

**RIPPLE LABS, INC., et al.**   Defendant.

1:20—cv 10832       (       )

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The  motion of  Jeffrey Donoho _____ , for admission to

practice Pro Hac Vice in the above captioned action is granted.

Applicant  has declared that he/she is a member  in good standing of the bar(s) of the state(s) of
Kansas, Missouri _____; and that his/her contact information is as follows

(please print):

Applicant's Name: _____ Jeffrey Donoho _____

Firm Name: Kennyhertz Perry, LLC _____

Address: 2000 Shawnee Mission Parkway, Suite 210 _____

City / State / Zip: Mission Woods, Kansas 66205 _____

Telephone / Fax: T: 816-527-9447  F: 855-844-2914 _____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for
Veri DAO, LLC
_____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated:_____                _____

United States District / Magistrate Judge