

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/2022

November 3, 2022

**Via ECF**
Hon. Analisa Torres
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  *SEC v. Ripple Labs, Inc.*, No. 20-cv 10832 (AT) (SN)

Dear Judge Torres:

In accordance with Rule I.C of Your Honor's Individual Rules of Practice in Civil Cases, the SEC respectfully requests that the Court modify, as set forth below, the Orders for filing reply briefs to the parties' motions for summary judgment and for filing motions to seal the summary judgment materials (D.E. 472, 620). This is the first request to extend these deadlines. Defendants consent to the below requests for modifications to the pending scheduling orders.

This request is based on the recent filings made by *amici* and proposed *amici*. The SEC takes no position with respect to the pending applications to file briefs by purported *amici* at D.E. 680, 685, 687, 688, 689, and 690. However, in light of those pending motions and the *amici* briefs already filed, *see also* D.E. 691, 692, the SEC requests that: (1) the date for the parties to file their sealed reply briefs be extended from November 15 to **November 30**, the page limit for parties' reply briefs be modified from 45 to **55 pages**, and that any response to the *amici* be contained in the reply briefs; (2) the date for the parties to meet and confer to identify redactions to the reply briefs be extended from November 17 to **December 2**; (3) the date to file public, redacted reply briefs be extended from November 21 to **December 5**; (4) the date to file omnibus motions to seal all proposed redactions to all summary judgment materials be extended from December 9 to **December 22**; and (5) the date to file oppositions to the omnibus motions to seal be extended from December 22 to **January 9, 2023**.

To prevent the need for additional extension requests, the SEC further requests, with Defendants' consent, that the Court order that any additional *amicus* motions be filed no later than November 11, 2022.

GRANTED.

SO ORDERED.

Dated: November 4, 2022
New York, New York

**ANALISA TORRES
United States District Judge**