UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X   Docket No.: 1:20-cv-10832-AT-SN

SECURITIES AND EXCHANGE COMMISSION,

                 Plaintiff,

**MOTION FOR ADMISSION PRO HAC VICE**

     v.

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,

                 Defendants.
-------------------------------------------------------------X

      Pursuant to Rule 1.3 of the Local Rules of the United Sates Courts for the Southern and Eastern Districts of New York, Frederick A. Rispoli hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Reaper Financial, LLC in the above captioned action.

      I know I am in good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Attached to this motion is my affidavit required by Local Rule 1.3

DATED: November 9, 2022          HODL LAW CALI, APC

                                          By: /s/ *Frederick A. Rispoli*

                                          Frederick A. Rispoli (Cal. Bar No. 321794)
                                          fred@hodllaw.org
                                          27762 Antonio Parkway
                                          Suite L-1, No. 232
                                          Ladera Ranch, CA 92694
                                          Telephone: (602) 284-5520

                                          *Counsel for Reaper Financial, LLC*