UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X   Docket No.: 1:20-cv-10832-AT-SN

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,  **LOCAL RULE 1.3 AFFIDAVIT**

      v.

RIPPLE LABS, INC., BRADLEY
GARLINGHOUSE, and CHRISTIAN A. LARSEN,

                Defendants.
-------------------------------------------------------------X

FREDERICK A. RISPOLI, being duly sworn, hereby deposes and says as follows:

    1.    I am an attorney and the owner of Hodl Law Cali, APC.

    2.    I submit this affidavit in support of my Motion For Admission Pro Hac Vice in the above captioned matter.

    3.    As shown in the accompanying Certificate of Good Standing, I am a member in good standing of the State Bar of California as certified by the Supreme Court of California.

    4.    There are no pending disciplinary proceedings against me in any State or Federal court, nor have there ever been such proceedings brought against me in any jurisdiction in which I am licensed.

    5.    I have not been convicted of a felony.

    6.    I have not been censured, suspended, disbarred or denied admission or readmission by any court.

    7.    Wherefore, Affiant respectfully submits that he is permitted to appear as counsel and advocate pro hac vice in this one case as *amicus curiae* counsel for Reaper Financial, LLC.

//
//
//

DATED: November 9, 2022

Ladera Ranch, CA

HODL LAW CALI, APC

By: _____

Frederick A. Rispoli (Cal. Bar No. 321794)
filing@hodllaw.org
27762 Antonio Parkway
Suite L-1, No. 232
Ladera Ranch, CA 92694
Telephone: (602) 284-5520

*Counsel for Reaper Financial, LLC*

**SEE ATTACHED Notarial Certificate**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ORANGE

Subscribed and sworn to (or affirmed) before me on this 9TH day of NOVEMBER, 2022, by FREDERICK A. RISPOLI, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

KRISTEN R. MURPHY
Comm. #2394503
Notary Public · California
Orange County
Comm. Expires Feb. 19, 2026

Signature _____