UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X   Docket No.: 1:20-cv-10832-AT-SN

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

      v.

RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,

                Defendants.
-------------------------------------------------------------X

**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE**

The motion of Frederick A. Rispoli, for admission to practice Pro Hac Vice in the above captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the State of California and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Frederick A. Rispoli |
| Firm Name: | Hodl Law Cali, APC |
| Address: | 27762 Antonio Parkway |
| | Suite L-1, No. 232 |
| | Ladera Ranch, CA 92694 |
| Telephone/Email: | 602.284.5520/filing@hodllaw.org |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Reaper Financial, LLC in the above titled action, it is hereby ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the local rules of the Court, including the rules governing discipline of attorneys.

DATED: _____

                                                                                   U.S. District/Magistrate Judge