AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

SECURITIES AND EXCHANGE COMMISSION )
*Plaintiff* )
v. ) Case No. 1:20-cv-10832(AT)(SN)
RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae Paradigm Operations LP.

Date: 11/11/2022

/s/ Kayvan B. Sadeghi
*Attorney's signature*

Kayvan B. Sadeghi (4250163)
*Printed name and bar number*

Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036
*Address*

ksadeghi@jenner.com
*E-mail address*

(212) 891-1600
*Telephone number*

(212) 891-1699
*FAX number*