AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| SECURITIES AND EXCHANGE COMMISSION | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-10832(AT)(SN) |
| RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae Paradigm Operations LP.

Date: 11/11/2022

/s/ Shailee Diwanji Sharma
*Attorney's signature*

Shailee Diwanji Sharma (5292206)
*Printed name and bar number*

Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036
*Address*

ssharma@jenner.com
*E-mail address*

(212) 891-1600
*Telephone number*

(212) 891-1699
*FAX number*