UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
SECURITIES AND EXCHANGE COMMISSION,

                        Plaintiff,

    -against-

RIPPLE LABS, INC., BRADLEY
GARLINGHOUSE, and CHRISTIAN A.
LARSEN,

                        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2022
```

20 Civ. 10832 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the requests by the Blockchain Association (the "Association"), Jordan Deaton, James LaMonte, Mya LaMonte, Tyler LaMonte, Mitchell McKenna, and Kristiana Warner (collectively, the "six XRP holders"), Coinbase, Inc. ("Coinbase"), the Crypto Council for Innovation (the "CCI"), Valhil Capital, LLC ("Valhil"), Cryptillian Payment Systems, LLC ("Cryptillian"), Veri DAO, LLC ("Veri DAO"), Reaper Financial, LLC ("Reaper Financial"), Accredify, Inc DBA InvestReady ("InvestReady"), the New Sports Economy Institute (the "NSEI"), and Paradigm Operations LP ("Paradigm"), for leave to file *amicus curiae* briefs dated October 28 and 31, and November 2, 3, 9, 10, and 11, 2022, ECF Nos. 680, 685, 687, 688, 689, 690, 694, 697, 698, 699, 700, and 701, and Plaintiff's letter dated November 3, 2022, ECF No. 693.

      Accordingly, the requests to file *amicus curiae* briefs are GRANTED. By **November 18, 2022**, the Association, the six XRP holders, Coinbase, the CCI, Valhil, Cryptillian, Veri DAO, Reaper Financial, InvestReady, the NSEI, and Paradigm shall file their briefs. *Amici* are reminded that their briefs must comply with the requirements set forth in Section III.D of the Court's Individual Practices in Civil Cases.

      The Clerk of Court is directed to terminate the motions at ECF Nos. 680, 685, 687, 688, 689, 690, 694, 697, 698, 699, 700, and 701.

      SO ORDERED.

Dated: November 14, 2022
       New York, New York

                                                      ANALISA TORRES
                                              United States District Judge