# Exhibit J

FORBES DIGITAL ASSETS

# Ripple (XRP) Overtakes Ethereum As Second Largest Cryptocurrency On CEO's Bullish Bet

**Billy Bambrough** Senior Contributor ⓘ
*I write about how bitcoin, crypto and blockchain can change the world.*

Follow

Sep 26, 2018, 08:29am EDT

🕒 This article is more than 4 years old.

Ripple (XRP) has powered back to retake its position as the world's second largest cryptocurrency by total market capitalization — a spot it briefly took from ethereum at the end of last week before falling back.

Ripple has risen more than 100% so far this month as investors bet it will become the defacto way the world's established banks and financial services firms move money across borders.





A visual representation of the digital cryptocurrency, ripple. (Photo by S3studio/Getty Images)

Ripple (the informal name of the XRP digital token) now boasts a market capitalisation of $22.2 billion, slightly beating out ethereum's $22.1 billion, according to CoinMarketCap data at 8:30am New York time. Bitcoin, the original cryptocurrency, still holds the top spot by a wide margin however, with a total market value of $113 billion.

Ethereum, which is traded through the digital token ether, has been heavily sold off this year. Many believe this is because of the huge number of so-called altcoins that were built on the ethereum blockchain last year, only to be sold off throughout 2018.

**Top 100 Cryptocurrencies By Market Capitalization**

| # | Name | Market Cap | Price | Volume (24h) | Circulating Supply | Change (24h) | Price Graph (7d) |
|---|---|---|---|---|---|---|---|
| 1 | Bitcoin | $112,978,106,958 | $6,534.48 | $4,277,679,534 | 17,289,525 BTC | 1.58% | |
| 2 | XRP | $22,358,939,931 | $0.560783 | $2,036,255,250 | 39,870,907,279 XRP * | 23.66% | |
| 3 | Ethereum | $22,142,642,380 | $216.67 | $1,747,265,719 | 102,197,546 ETH | 3.18% | |
| 4 | Bitcoin Cash | $7,745,782,101 | $445.95 | $342,737,911 | 17,369,300 BCH | 1.92% | |
| 5 | EOS | $4,909,755,432 | $5.42 | $664,933,551 | 906,245,118 EOS * | 4.67% | |

Ripple (XRP) has now become the second biggest cryptocurrency in the world, according to... [+]   COINMARKETCAP

Ethereum is down some 84% so far this year, falling from around $1,400 to just $215. Ripple meanwhile has decreased by about the same amount, peaking at $3.71 at the beginning of the year and dropping as low as $0.26 earlier this month. Ripple began 2017 at just $0.006.

Today's latest surge, which has pushed ripple up by almost 25% in 24 hours, was sparked by the announcement U.S. cryptocurrency

exchange and wallet provider Coinbase is considering listing more cryptocurrencies.

"Today we're announcing a new process that will allow us to rapidly list most digital assets that are compliant with local law, by satisfying listing requests in a jurisdiction-by-jurisdiction manner," Coinbase said in a blog post. "In practice, this means some new assets listed on our platform may only be available to customers in select jurisdictions for a period of time."

Many have taken this to mean ripple could be listed on the platform, though it is far from guaranteed, opening up a whole new segment of the market to trade the token on what is the number one U.S. cryptocurrency exchange.

The price was given a further boost by Nigel Green, founder and CEO of investment advisor deVere Group, predicting ripple will rise to $1 per token by the end of 2018.

Green said:

> Cryptocurrencies are the future of money and, clearly, XRP is proving to be one of the most useful cryptocurrencies for businesses, organizations, and individuals. The use of XRP is set to increase, and naturally, this will positively impact its price. I think it is likely that we'll see it hit the $1.00 price level before year-end. It could even be double this in 12 months' time as XRP adoption and usage soars.

"XRP has been cleverly positioning itself to become a leading international facilitator of global remittances and inflows," Green added. "This is a huge and growing market, especially in the emerging economies of Latin America, Asia and Africa."



The ripple price fell earlier in the week after more than doubling in price last week.
COINDESK

Last week's more than doubling of the ripple price was brought on by the company behind the tradable token, Ripple Labs, saying it's close to launching a new product that could help banks speed up transactions using XRP — amongst other developments that boosted sentiment.

Ripple, which was created back in 2012 by Ripple Labs (making it one of the oldest cryptocurrencies), sets itself apart from many other major digital tokens by working directly with the established financial services sector.

*Follow me on Twitter.*

 **Billy Bambrough**     Follow

I am a journalist with significant experience covering technology, finance, economics, and business... **Read More**

Editorial Standards                               Reprints & Permissions

ADVERTISEMENT