# Exhibit K



LAUNCH IN
0 0 DAYS HOURS
0 0 MIN SEC

ENTER HERE

**CoinMarketCap**(/web/20180103125710/https://coinmarketcap.com/)

Market Cap: **$385,601,968,891**(/web/20180103125710/https://coinmarketcap.com/charts/)

USD ▾

Next 100 →(2)    View All(/web/20180103125710/https://coinmarketcap.com/all/views/all/)

All ▾    Coins ▾    Tokens ▾

| # | Name | Market Cap | |
|---|---|---|---|
| 1 | **BTC**(/web/20180103125710/https://coinmarketcap.com/currencies/bitcoin/)<br>Bitcoin(/web/20180103125710/https://coinmarketcap.com/currencies/bitcoin/) | $250,838,606,480 | $14949.20(/web/20180103125710/https://coin... |
| 2 | **XRP**(/web/20180103125710/https://coinmarketcap.com/currencies/ripple/)<br>Ripple(/web/20180103125710/https://coinmarketcap.com/currencies/ripple/) | $106,286,267,368 | $2.74(/web/20180103125710/https://coin... |
| 3 | **ETH**(/web/20180103125710/https://coinmarketcap.com/currencies/ethereum/)<br>Ethereum(/web/20180103125710/https://coinmarketcap.com/currencies/ethereum/) | $84,850,009,375 | $877.06(/web/20180103125710/https://coinmar... |
| 4 | **BCH**(/web/20180103125710/https://coinmarketcap.com/currencies/bitcoin-cash/)<br>Bitcoin Cash(/web/20180103125710/https://coinmarketcap.com/currencies/bitcoin-cash/) | $46,453,671,504 | $2750.17(/web/20180103125710/https://coinmarket... |
| 5 | **ADA**(/web/20180103125710/https://coinmarketcap.com/currencies/cardano/)<br>Cardano(/web/20180103125710/https://coinmarketcap.com/currencies/cardano/) | $25,763,781,848 | $0.993702(/web/20180103125710/https://coinma... |
| 6 | **LTC**(/web/20180103125710/https://coinmarketcap.com/currencies/litecoin/)<br>Litecoin(/web/20180103125710/https://coinmarketcap.com/currencies/litecoin/) | $13,626,722,189 | $249.59(/web/20180103125710/https://coinm... |
| 7 | **XLM**(/web/20180103125710/https://coinmarketcap.com/currencies/stellar/)<br>Stellar(/web/20180103125710/https://coinmarketcap.com/currencies/stellar/) | $13,529,659,757 | $0.756811(/web/20180103125710/https://coin... |
| 8 | **XEM**(/web/20180103125710/https://coinmarketcap.com/currencies/nem/)<br>NEM(/web/20180103125710/https://coinmarketcap.com/currencies/nem/) | $11,508,659,999 | $1.28(/web/20180103125710/https://coi... |
| 9 | **MIOTA**(/web/20180103125710/https://coinmarketcap.com/currencies/iota/)<br>IOTA(/web/20180103125710/https://coinmarketcap.com/currencies/iota/) | $11,210,985,239 | $4.03(/web/20180103125710/https://co... |
| 10 | **DASH**(/web/20180103125710/https://coinmarketcap.com/currencies/dash/)<br>Dash(/web/20180103125710/https://coinmarketcap.com/currencies/dash/) | $9,064,199,101 | $1162.70(/web/20180103125710/https://coin... |
| 11 | **XMR**(/web/20180103125710/https://coinmarketcap.com/currencies/monero/)<br>Monero(/web/20180103125710/https://coinmarketcap.com/currencies/monero/) | $6,224,316,910 | $400.07(/web/20180103125710/https://coinm... |
| 12 | **NEO**(/web/20180103125710/https://coinmarketcap.com/currencies/neo/)<br>NEO(/web/20180103125710/https://coinmarketcap.com/currencies/neo/) | $6,043,004,500 | $92.97(/web/20180103125710/https://co... |
| 13 | **TRX**(/web/20180103125710/https://coinmarketcap.com/currencies/tron/)<br>TRON(/web/20180103125710/https://coinmarketcap.com/currencies/tron/) | $5,402,542,125 | $0.082170(/web/20180103125710/https://co... |

| # | Name | Market Cap | Price |
|---|------|------------|-------|
| 14 | EOS(/web/20180103125710/https://coinmarketcap.com/currencies/eos/) <br> EOS(/web/20180103125710/https://coinmarketcap.com/currencies/eos/) | $5,205,513,340 | $8.96(/web/20180103125710/https://co |
| 15 | BTG(/web/20180103125710/https://coinmarketcap.com/currencies/bitcoin-gold/) <br> Bitcoin Gold(/web/20180103125710/https://coinmarketcap.com/currencies/bitcoin-gold/) | $4,600,774,234 | $274.79(/web/20180103125710/https://coinmarke |
| 16 | QTUM(/web/20180103125710/https://coinmarketcap.com/currencies/qtum/) <br> Qtum(/web/20180103125710/https://coinmarketcap.com/currencies/qtum/) | $4,329,273,198 | $58.68(/web/20180103125710/https://coin |
| 17 | ETC(/web/20180103125710/https://coinmarketcap.com/currencies/ethereum-classic/) <br> Ethereum Classic(/web/20180103125710/https://coinmarketcap.com/currencies/ethereum-classic/) | $3,380,372,551 | $34.20(/web/20180103125710/https://coinmarketcap. |
| 18 | XRB(/web/20180103125710/https://coinmarketcap.com/currencies/raiblocks/) <br> RaiBlocks(/web/20180103125710/https://coinmarketcap.com/currencies/raiblocks/) | $3,333,579,050 | $25.02(/web/20180103125710/https://coinma |
| 19 | BCC(/web/20180103125710/https://coinmarketcap.com/currencies/bitconnect/) <br> BitConnect(/web/20180103125710/https://coinmarketcap.com/currencies/bitconnect/) | $2,627,995,483 | $426.78(/web/20180103125710/https://coinmark |
| 20 | ICX(/web/20180103125710/https://coinmarketcap.com/currencies/icon/) <br> ICON(/web/20180103125710/https://coinmarketcap.com/currencies/icon/) | $2,488,206,580 | $6.59(/web/20180103125710/https://co |
| 21 | LSK(/web/20180103125710/https://coinmarketcap.com/currencies/lisk/) <br> Lisk(/web/20180103125710/https://coinmarketcap.com/currencies/lisk/) | $2,451,205,040 | $21.02(/web/20180103125710/https://co |
| 22 | XVG(/web/20180103125710/https://coinmarketcap.com/currencies/verge/) <br> Verge(/web/20180103125710/https://coinmarketcap.com/currencies/verge/) | $2,079,545,736 | $0.144155(/web/20180103125710/https://coin |
| 23 | BTS(/web/20180103125710/https://coinmarketcap.com/currencies/bitshares/) <br> BitShares(/web/20180103125710/https://coinmarketcap.com/currencies/bitshares/) | $2,069,037,685 | $0.793784(/web/20180103125710/https://coinma |
| 24 | SNT(/web/20180103125710/https://coinmarketcap.com/currencies/status/) <br> Status(/web/20180103125710/https://coinmarketcap.com/currencies/status/) | $1,993,279,305 | $0.574352(/web/20180103125710/https://coin |
| 25 | OMG(/web/20180103125710/https://coinmarketcap.com/currencies/omisego/) <br> OmiseGO(/web/20180103125710/https://coinmarketcap.com/currencies/omisego/) | $1,991,911,427 | $19.52(/web/20180103125710/https://coinma |
| 26 | ARDR(/web/20180103125710/https://coinmarketcap.com/currencies/ardor/) <br> Ardor(/web/20180103125710/https://coinmarketcap.com/currencies/ardor/) | $1,924,522,577 | $1.93(/web/20180103125710/https://coin |
| 27 | STEEM(/web/20180103125710/https://coinmarketcap.com/currencies/steem/) <br> Steem(/web/20180103125710/https://coinmarketcap.com/currencies/steem/) | $1,733,938,182 | $7.04(/web/20180103125710/https://coin |
| 28 | ZEC(/web/20180103125710/https://coinmarketcap.com/currencies/zcash/) <br> Zcash(/web/20180103125710/https://coinmarketcap.com/currencies/zcash/) | $1,703,496,676 | $572.46(/web/20180103125710/https://coin |
| 29 | PPT(/web/20180103125710/https://coinmarketcap.com/currencies/populous/) <br> Populous(/web/20180103125710/https://coinmarketcap.com/currencies/populous/) | $1,585,700,261 | $42.85(/web/20180103125710/https://coinmar |
| 30 | STRAT(/web/20180103125710/https://coinmarketcap.com/currencies/stratis/) <br> Stratis(/web/20180103125710/https://coinmarketcap.com/currencies/stratis/) | $1,517,130,441 | $15.37(/web/20180103125710/https://coin |
| 31 | USDT(/web/20180103125710/https://coinmarketcap.com/currencies/tether/) <br> Tether(/web/20180103125710/https://coinmarketcap.com/currencies/tether/) | $1,385,026,789 | $1.01(/web/20180103125710/https://coin |

| # | Name | Market Cap | |
|---|---|---|---|
| 32 | WAVES(/web/20180103125710/https://coinmarketcap.com/currencies/waves/)<br>Waves(/web/20180103125710/https://coinmarketcap.com/currencies/waves/) | $1,269,490,000 | $12.69(/web/20180103125710/https://coin |
| 33 | BCN(/web/20180103125710/https://coinmarketcap.com/currencies/bytecoin-bcn/)<br>Bytecoin(/web/20180103125710/https://coinmarketcap.com/currencies/bytecoin-bcn/) | $1,123,335,004 | $0.006130(/web/20180103125710/https://coinmarketc |
| 34 | HSR(/web/20180103125710/https://coinmarketcap.com/currencies/hshare/)<br>Hshare(/web/20180103125710/https://coinmarketcap.com/currencies/hshare/) | $1,039,729,380 | $24.49(/web/20180103125710/https://coin |
| 35 | DOGE(/web/20180103125710/https://coinmarketcap.com/currencies/dogecoin/)<br>Dogecoin(/web/20180103125710/https://coinmarketcap.com/currencies/dogecoin/) | $1,021,497,131 | $0.009071(/web/20180103125710/https://coinmar |
| 36 | KMD(/web/20180103125710/https://coinmarketcap.com/currencies/komodo/)<br>Komodo(/web/20180103125710/https://coinmarketcap.com/currencies/komodo/) | $1,000,220,808 | $9.63(/web/20180103125710/https://coinma |
| 37 | SC(/web/20180103125710/https://coinmarketcap.com/currencies/siacoin/)<br>Siacoin(/web/20180103125710/https://coinmarketcap.com/currencies/siacoin/) | $946,317,521 | $0.030141(/web/20180103125710/https://coinm |
| 38 | GNT(/web/20180103125710/https://coinmarketcap.com/currencies/golem-network-tokens/)<br>Golem(/web/20180103125710/https://coinmarketcap.com/currencies/golem-network-tokens/) | $891,267,122 | $1.07(/web/20180103125710/https://coinmarketcap.com/ |
| 39 | BNB(/web/20180103125710/https://coinmarketcap.com/currencies/binance-coin/)<br>Binance Coin(/web/20180103125710/https://coinmarketcap.com/currencies/binance-coin/) | $865,617,023 | $8.74(/web/20180103125710/https://coinmarket |
| 40 | REP(/web/20180103125710/https://coinmarketcap.com/currencies/augur/)<br>Augur(/web/20180103125710/https://coinmarketcap.com/currencies/augur/) | $838,248,400 | $76.20(/web/20180103125710/https://coin |
| 41 | VEN(/web/20180103125710/https://coinmarketcap.com/currencies/vechain/)<br>VeChain(/web/20180103125710/https://coinmarketcap.com/currencies/vechain/) | $773,996,055 | $2.79(/web/20180103125710/https://coinm |
| 42 | VERI(/web/20180103125710/https://coinmarketcap.com/currencies/veritaseum/)<br>Veritaseum(/web/20180103125710/https://coinmarketcap.com/currencies/veritaseum/) | $742,954,000 | $364.79(/web/20180103125710/https://coinmark |
| 43 | ARK(/web/20180103125710/https://coinmarketcap.com/currencies/ark/)<br>Ark(/web/20180103125710/https://coinmarketcap.com/currencies/ark/) | $721,578,267 | $7.36(/web/20180103125710/https://co |
| 44 | KCS(/web/20180103125710/https://coinmarketcap.com/currencies/kucoin-shares/)<br>KuCoin Shares(/web/20180103125710/https://coinmarketcap.com/currencies/kucoin-shares/) | $675,508,669 | $7.42(/web/20180103125710/https://coinmarketc |
| 45 | DCR(/web/20180103125710/https://coinmarketcap.com/currencies/decred/)<br>Decred(/web/20180103125710/https://coinmarketcap.com/currencies/decred/) | $656,271,754 | $101.21(/web/20180103125710/https://coin |
| 46 | SALT(/web/20180103125710/https://coinmarketcap.com/currencies/salt/)<br>SALT(/web/20180103125710/https://coinmarketcap.com/currencies/salt/) | $646,767,567 | $11.86(/web/20180103125710/https://co |
| 47 | DGB(/web/20180103125710/https://coinmarketcap.com/currencies/digibyte/)<br>DigiByte(/web/20180103125710/https://coinmarketcap.com/currencies/digibyte/) | $637,040,396 | $0.066060(/web/20180103125710/https://coinm |
| 48 | DRGN(/web/20180103125710/https://coinmarketcap.com/currencies/dragonchain/)<br>Dragonchain(/web/20180103125710/https://coinmarketcap.com/currencies/dragonchain/) | $622,123,905 | $2.61(/web/20180103125710/https://coinmarket |
| 49 | PIVX(/web/20180103125710/https://coinmarketcap.com/currencies/pivx/)<br>PIVX(/web/20180103125710/https://coinmarketcap.com/currencies/pivx/) | $607,023,073 | $10.98(/web/20180103125710/https://co |

| # | Name | Market Cap | |
|---|---|---|---|
| 50 | NXT(/web/20180103125710/https://coinmarketcap.com/currencies/nxt/) Nxt(/web/20180103125710/https://coinmarketcap.com/currencies/nxt/) | $596,516,851 | $0.597114(/web/20180103125710/https://co |
| 51 | AION(/web/20180103125710/https://coinmarketcap.com/currencies/aion/) Aion(/web/20180103125710/https://coinmarketcap.com/currencies/aion/) | $562,714,287 | $9.18(/web/20180103125710/https://co |
| 52 | FCT(/web/20180103125710/https://coinmarketcap.com/currencies/factom/) Factom(/web/20180103125710/https://coinmarketcap.com/currencies/factom/) | $560,472,713 | $64.09(/web/20180103125710/https://coinn |
| 53 | MONA(/web/20180103125710/https://coinmarketcap.com/currencies/monacoin/) MonaCoin(/web/20180103125710/https://coinmarketcap.com/currencies/monacoin/) | $553,841,717 | $9.81(/web/20180103125710/https://coinmar |
| 54 | GBYTE(/web/20180103125710/https://coinmarketcap.com/currencies/byteball/) Byteball Bytes(/web/20180103125710/https://coinmarketcap.com/currencies/byteball/) | $549,653,053 | $851.88(/web/20180103125710/https://coinm |
| 55 | BAT(/web/20180103125710/https://coinmarketcap.com/currencies/basic-attention-token/) Basic Attenti...(/web/20180103125710/https://coinmarketcap.com/currencies/basic-attention-token/) | $548,472,000 | $0.548472(/web/20180103125710/https://coinmarketcap.com |
| 56 | MAID(/web/20180103125710/https://coinmarketcap.com/currencies/maidsafecoin/) MaidSafeCoin(/web/20180103125710/https://coinmarketcap.com/currencies/maidsafecoin/) | $502,278,871 | $1.11(/web/20180103125710/https://coinmarketc |
| 57 | ENG(/web/20180103125710/https://coinmarketcap.com/currencies/enigma-project/) Enigma(/web/20180103125710/https://coinmarketcap.com/currencies/enigma-project/) | $494,322,845 | $6.61(/web/20180103125710/https://coinmarketca |
| 58 | REQ(/web/20180103125710/https://coinmarketcap.com/currencies/request-network/) Request Network(/web/20180103125710/https://coinmarketcap.com/currencies/request-network/) | $489,712,707 | $0.764245(/web/20180103125710/https://coinmarketcap |
| 59 | XZC(/web/20180103125710/https://coinmarketcap.com/currencies/zcoin/) ZCoin(/web/20180103125710/https://coinmarketcap.com/currencies/zcoin/) | $486,770,513 | $128.05(/web/20180103125710/https://coir |
| 60 | POWR(/web/20180103125710/https://coinmarketcap.com/currencies/power-ledger/) Power Ledger(/web/20180103125710/https://coinmarketcap.com/currencies/power-ledger/) | $458,323,778 | $1.28(/web/20180103125710/https://coinmarketc |
| 61 | XP(/web/20180103125710/https://coinmarketcap.com/currencies/experience-points/) Experience Po...(/web/20180103125710/https://coinmarketcap.com/currencies/experience-points/) | $457,253,575 | $0.002306(/web/20180103125710/https://coinmarketcap.c |
| 62 | BTCD(/web/20180103125710/https://coinmarketcap.com/currencies/bitcoindark/) BitcoinDark(/web/20180103125710/https://coinmarketcap.com/currencies/bitcoindark/) | $455,925,976 | $353.74(/web/20180103125710/https://coinmark |
| 63 | ETN(/web/20180103125710/https://coinmarketcap.com/currencies/electroneum/) Electroneum(/web/20180103125710/https://coinmarketcap.com/currencies/electroneum/) | $434,227,427 | $0.086889(/web/20180103125710/https://coinmarket |
| 64 | CVC(/web/20180103125710/https://coinmarketcap.com/currencies/civic/) Civic(/web/20180103125710/https://coinmarketcap.com/currencies/civic/) | $427,113,822 | $1.25(/web/20180103125710/https://coi |
| 65 | PAY(/web/20180103125710/https://coinmarketcap.com/currencies/tenx/) TenX(/web/20180103125710/https://coinmarketcap.com/currencies/tenx/) | $424,426,731 | $4.06(/web/20180103125710/https://coi |
| 66 | KNC(/web/20180103125710/https://coinmarketcap.com/currencies/kyber-network/) Kyber Network(/web/20180103125710/https://coinmarketcap.com/currencies/kyber-network/) | $418,704,603 | $3.12(/web/20180103125710/https://coinmarketca |

| # | Name | Market Cap | |
|---|---|---|---|
| 67 | RDD(/web/20180103125710/https://coinmarketcap.com/currencies/reddcoin/) ReddCoin(/web/20180103125710/https://coinmarketcap.com/currencies/reddcoin/) | $418,213,960 | $0.014566(/web/20180103125710/https://coinma |
| 68 | ZRX(/web/20180103125710/https://coinmarketcap.com/currencies/0x/) 0x(/web/20180103125710/https://coinmarketcap.com/currencies/0x/) | $410,552,295 | $0.861628(/web/20180103125710/https://c |
| 69 | SYS(/web/20180103125710/https://coinmarketcap.com/currencies/syscoin/) Syscoin(/web/20180103125710/https://coinmarketcap.com/currencies/syscoin/) | $408,319,759 | $0.770434(/web/20180103125710/https://coinm |
| 70 | WAX(/web/20180103125710/https://coinmarketcap.com/currencies/wax/) WAX(/web/20180103125710/https://coinmarketcap.com/currencies/wax/) | $397,266,639 | $0.805889(/web/20180103125710/https://co |
| 71 | FUN(/web/20180103125710/https://coinmarketcap.com/currencies/funfair/) FunFair(/web/20180103125710/https://coinmarketcap.com/currencies/funfair/) | $392,081,866 | $0.092257(/web/20180103125710/https://coin |
| 72 | SAN(/web/20180103125710/https://coinmarketcap.com/currencies/santiment/) Santiment Net...(/web/20180103125710/https://coinmarketcap.com/currencies/santiment/) | $387,554,599 | $6.40(/web/20180103125710/https://coinmar |
| 73 | RHOC(/web/20180103125710/https://coinmarketcap.com/currencies/rchain/) RChain(/web/20180103125710/https://coinmarketcap.com/currencies/rchain/) | $382,918,182 | $2.09(/web/20180103125710/https://coin |
| 74 | ETHOS(/web/20180103125710/https://coinmarketcap.com/currencies/ethos/) Ethos(/web/20180103125710/https://coinmarketcap.com/currencies/ethos/) | $375,893,109 | $4.99(/web/20180103125710/https://coin |
| 75 | BTM(/web/20180103125710/https://coinmarketcap.com/currencies/bytom/) Bytom(/web/20180103125710/https://coinmarketcap.com/currencies/bytom/) | $357,805,266 | $0.362518(/web/20180103125710/https://coin |
| 76 | KIN(/web/20180103125710/https://coinmarketcap.com/currencies/kin/) Kin(/web/20180103125710/https://coinmarketcap.com/currencies/kin/) | $345,225,073 | $0.000457(/web/20180103125710/https://c |
| 77 | DGD(/web/20180103125710/https://coinmarketcap.com/currencies/digixdao/) DigixDAO(/web/20180103125710/https://coinmarketcap.com/currencies/digixdao/) | $339,498,000 | $169.75(/web/20180103125710/https://coinma |
| 78 | QASH(/web/20180103125710/https://coinmarketcap.com/currencies/qash/) QASH(/web/20180103125710/https://coinmarketcap.com/currencies/qash/) | $337,943,200 | $0.965552(/web/20180103125710/https://coi |
| 79 | AE(/web/20180103125710/https://coinmarketcap.com/currencies/aeternity/) Aeternity(/web/20180103125710/https://coinmarketcap.com/currencies/aeternity/) | $322,553,928 | $1.38(/web/20180103125710/https://coinma |
| 80 | XBY(/web/20180103125710/https://coinmarketcap.com/currencies/xtrabytes/) XTRABYTES(/web/20180103125710/https://coinmarketcap.com/currencies/xtrabytes/) | $320,381,390 | $0.745073(/web/20180103125710/https://coinmar |
| 81 | GAS(/web/20180103125710/https://coinmarketcap.com/currencies/gas/) Gas(/web/20180103125710/https://coinmarketcap.com/currencies/gas/) | $317,507,210 | $34.75(/web/20180103125710/https://co |
| 82 | VTC(/web/20180103125710/https://coinmarketcap.com/currencies/vertcoin/) Vertcoin(/web/20180103125710/https://coinmarketcap.com/currencies/vertcoin/) | $301,478,161 | $7.12(/web/20180103125710/https://coinm |
| 83 | GAME(/web/20180103125710/https://coinmarketcap.com/currencies/gamecredits/) GameCredits(/web/20180103125710/https://coinmarketcap.com/currencies/gamecredits/) | $299,018,133 | $4.65(/web/20180103125710/https://coinmarket |
| 84 | GNO(/web/20180103125710/https://coinmarketcap.com/currencies/gnosis-gno/) Gnosis(/web/20180103125710/https://coinmarketcap.com/currencies/gnosis-gno/) | $289,624,603 | $262.20(/web/20180103125710/https://coinmark |

| # | Name | Market Cap | |
|---|---|---|---|
| 85 | GXS(/web/20180103125710/https://coinmarketcap.com/currencies/gxshares/)<br>GXShares(/web/20180103125710/https://coinmarketcap.com/currencies/gxshares/) | $284,532,113 | $7.02(/web/20180103125710/https://coinma |
| 86 | ICN(/web/20180103125710/https://coinmarketcap.com/currencies/iconomi/)<br>Iconomi(/web/20180103125710/https://coinmarketcap.com/currencies/iconomi/) | $280,203,591 | $2.81(/web/20180103125710/https://coinma |
| 87 | STORJ(/web/20180103125710/https://coinmarketcap.com/currencies/storj/)<br>Storj(/web/20180103125710/https://coinmarketcap.com/currencies/storj/) | $279,324,278 | $2.11(/web/20180103125710/https://coi |
| 88 | QSP(/web/20180103125710/https://coinmarketcap.com/currencies/quantstamp/)<br>Quantstamp(/web/20180103125710/https://coinmarketcap.com/currencies/quantstamp/) | $278,413,012 | $0.451007(/web/20180103125710/https://coinmarke |
| 89 | DENT(/web/20180103125710/https://coinmarketcap.com/currencies/dent/)<br>Dent(/web/20180103125710/https://coinmarketcap.com/currencies/dent/) | $274,026,423 | $0.025816(/web/20180103125710/https://coi |
| 90 | SUB(/web/20180103125710/https://coinmarketcap.com/currencies/substratum/)<br>Substratum(/web/20180103125710/https://coinmarketcap.com/currencies/substratum/) | $273,577,436 | $1.21(/web/20180103125710/https://coinmarke |
| 91 | UBQ(/web/20180103125710/https://coinmarketcap.com/currencies/ubiq/)<br>Ubiq(/web/20180103125710/https://coinmarketcap.com/currencies/ubiq/) | $271,845,181 | $6.97(/web/20180103125710/https://coi |
| 92 | MANA(/web/20180103125710/https://coinmarketcap.com/currencies/decentraland/)<br>Decentraland(/web/20180103125710/https://coinmarketcap.com/currencies/decentraland/) | $270,556,459 | $0.118991(/web/20180103125710/https://coinmarket |
| 93 | ELF(/web/20180103125710/https://coinmarketcap.com/currencies/aelf/)<br>aelf(/web/20180103125710/https://coinmarketcap.com/currencies/aelf/) | $265,567,500 | $1.06(/web/20180103125710/https://co |
| 94 | SKY(/web/20180103125710/https://coinmarketcap.com/currencies/skycoin/)<br>Skycoin(/web/20180103125710/https://coinmarketcap.com/currencies/skycoin/) | $263,682,178 | $38.58(/web/20180103125710/https://coinm |
| 95 | CTR(/web/20180103125710/https://coinmarketcap.com/currencies/centra/)<br>Centra(/web/20180103125710/https://coinmarketcap.com/currencies/centra/) | $261,064,240 | $3.84(/web/20180103125710/https://coin |
| 96 | WTC(/web/20180103125710/https://coinmarketcap.com/currencies/walton/)<br>Walton(/web/20180103125710/https://coinmarketcap.com/currencies/walton/) | $257,758,388 | $10.35(/web/20180103125710/https://coinn |
| 97 | RDN(/web/20180103125710/https://coinmarketcap.com/currencies/raiden-network-token/)<br>Raiden Networ...(/web/20180103125710/https://coinmarketcap.com/currencies/raiden-network-token/) | $251,547,564 | $5.02(/web/20180103125710/https://coinmarketcap.com |
| 98 | BNT(/web/20180103125710/https://coinmarketcap.com/currencies/bancor/)<br>Bancor(/web/20180103125710/https://coinmarketcap.com/currencies/bancor/) | $241,663,251 | $5.93(/web/20180103125710/https://coinn |
| 99 | BAY(/web/20180103125710/https://coinmarketcap.com/currencies/bitbay/)<br>BitBay(/web/20180103125710/https://coinmarketcap.com/currencies/bitbay/) | $237,155,318 | $0.235095(/web/20180103125710/https://coinn |
| 100 | POE(/web/20180103125710/https://coinmarketcap.com/currencies/poet/)<br>Po.et(/web/20180103125710/https://coinmarketcap.com/currencies/poet/) | $232,631,091 | $0.105905(/web/20180103125710/https://coi |

\* *Not Mineable*

Next 100 →(2)    View All(/web/20180103125710/https://coinmarketcap.com/all/views/all/)

**Total Market Cap: $693,639,125,841**

Last updated: Jan 03, 2018 12:55 PM UTC

© 2018 CoinMarketCap | Advertise(/web/20180103125710/https://coinmarketcap.com/advertising/) | API(/web/20180103125710/https://coinmarketcap.com/api/) | FAQ(/web/20180103125710/https://coinmarketcap.com/faq/) | Request Form(/web/20180103125710/https://coinmarketcap.com/request/)

Night Mode: | Off | On |

(https://web.archive.org/web/20180103125710/https://www.facebook.com/CoinMarketCap) (https://web.archive.org/web/20180103125710/https://twitter.com/CoinMarketCap)

Donate BTC: 3CMCRgEm8HVz3DrWaCCid3vAANE42jcEv9
Donate LTC: LTdsVS8VDw6syvfQADdhf2PHAm3rMGJvPX
Donate ETH: 0x0074709077B8AE5a245E4ED161C971Dc4c3C8E2B