# Exhibit Q



Crypto trading is offered through eToro USA LLC. Securities trading is offered to customers by eToro USA Securities Inc, and Exchange Commission (SEC). Investments are subject to market risk, including the possible loss of principal.

#### Policy

# Gensler Says Most Crypto Trading Platforms Need to Register With SEC

**The SEC chairman said that securities have likely been traded on the platforms.**

By Nelson Wang

Sep 13, 2021 at 2:42 p.m. EDT
Updated Sep 13, 2021 at 5:50 p.m. EDT



DeFi and crypto lending may pose issues for investors, SEC Chair Gary Gensler said.

**CORRECTION** *(Sept. 13, 19:54 UTC): A previous version of this story incorrectly stated that Gensler's testimony was given on Monday. It is to be given on Tuesday.*

U.S. Securities and Exchange Commission Chairman Gary Gensler will emphasize that almost all crypto trading platforms need to register with the SEC in testimony he plans to give before the Senate Committee on Banking, Housing and Urban Affairs on Tuesday. A copy of his prepared remarks was released on Monday.

- Gensler wrote that while not every crypto token qualified as a security, the fact that platforms have allowed the trading of so many tokens means it is highly likely that at least some securities are being offered on the platforms.
- "Make no mistake: To the extent that there are securities on these trading platforms, under our laws they have to register with the commission unless they qualify for an exemption," Gensler wrote.
- Gensler wrote that as a result, he has suggested that crypto platforms and projects talk to the SEC.
- With his latest remarks, Gensler has added to his position that many areas of the crypto industry need more regulation by the SEC.
- Gensler added that regarding investor protection, the SEC is working with its sister agency, the Commodity Futures Trading Commission (CFTC), with which it has relevant and sometimes overlapping jurisdictions in the crypto markets.
- "Currently, we just don't have enough investor protection in crypto finance, issuance, trading or lending," Gensler wrote. "Frankly, at this time, it's more like the Wild West or the old world of 'buyer beware' that existed before the securities laws were enacted."

**UPDATE** *(Sept. 13, 18:50 UTC): Added an additional quote in the sixth bullet point.*

**Read more about**

SEC   Gary Gensler   Trading Platform

| | | | | |
|---|---|---|---|---|
| BTC | $20,650.96 | ▼ 1.11% | → |
| ETH | $1,590.27 | ▼ 2.86% | → |
| BNB | $311.66 | ▲ 1.88% | → |
| XRP | $0.46129199 | ▼ 3.12% | → |
| BUSD | $0.99997225 | ▼ 0.05% | → |

View All Prices

Sign up for Money Reimagined, our weekly newsletter exploring the transformation of value in the digital age.

Email address

Sign Up

By signing up, you will receive emails about CoinDesk product updates, events and marketing and you agree to our terms of services and privacy policy.

## DISCLOSURE

Please note that our privacy policy, terms of use, cookies, and do not sell my personal information has been updated.

The leader in news and information on cryptocurrency, digital assets and the future of money, CoinDesk is a media outlet that strives for the highest journalistic standards and abides by a strict set of editorial policies. CoinDesk is an independent operating subsidiary of Digital Currency Group, which invests in cryptocurrencies and blockchain startups. As part of their compensation, certain CoinDesk employees, including editorial employees, may receive exposure to DCG equity in the form of stock appreciation rights, which vest over a multi-year period. CoinDesk journalists are not allowed to purchase stock outright in DCG.



**Nelson Wang**

Nelson Wang is CoinDesk's news editor for the East Coast. He holds BTC and ETH above CoinDesk's disclosure threshold of $1,000.

Follow @NelWang on Twitter

# Trending

**1** Business

Can You Believe It? Bitcoin Looks Stable – Green, Even – as Big Tech Stocks Fall Apart

Oct 30, 2022



**2** The Breakdown, With NLW

What Bitcoin and the Stock Market's Correlation Really Means

Oct 30, 2022



**3** Markets Daily Crypto Roundup

Weekend Story: Hodlonaut Wins Norwegian Lawsuit Against Self-Proclaimed 'Satoshi' Craig Wright

Oct 30, 2022



**4** Business

Dogecoin Replaces Cardano as 6th Largest Cryptocurrency

Oct 29, 2022





## About

About
Masthead
Contributors
Careers

## Stay Updated

Consensus
Newsletters
Follow

Company News

## Get In Touch

Contact Us
Advertise
Accessibility Help
Sitemap

## The Fine Print

Ethics Policy
Privacy
Terms Of Use
Do Not Sell My Personal Information

Please note that our privacy policy, terms of use, cookies, and do not sell my personal information has been updated.

The leader in news and information on cryptocurrency, digital assets and the future of money, CoinDesk is a media outlet that strives for the highest journalistic standards and abides by a strict set of editorial policies. CoinDesk is an independent operating subsidiary of Digital Currency Group, which invests in cryptocurrencies and blockchain startups. As part of their compensation, certain CoinDesk employees, including editorial employees, may receive exposure to DCG equity in the form of stock appreciation rights, which vest over a multi-year period. CoinDesk journalists are not allowed to purchase stock outright in DCG.

©2022 CoinDesk                                                                                                                                          English