# Exhibit R

Markets

Crypto

# SEC's Gensler Steps Up Push to Get Crypto Exchanges to Register With Regulator



Photographer: Al Drago/Bloomberg

By Lydia Beyoud
July 28, 2022, 1:36 PM EDT

From **Crypto**

US Securities and Exchange Commission Chair Gary Gensler is stepping up his push to get crypto trading platforms to register with the Wall Street regulator.

Gensler said in a video released on Thursday that he's asked the agency's staff to work with digital-asset exchanges so that they are "regulated much like securities exchanges." Officials at the markets watchdog are also developing ways to get certain coins to be registered as securities, he said.

"Look, there's no reason to treat the crypto market differently just because a different technology is used," he said.

Agency staff are also considering whether to address potential conflicts of interest when crypto platforms also serve as market-makers, he said. Gensler has previously raised concerns that some platforms are shirking rules and may be betting against their own customers.

Bloomberg News reported earlier this week that SEC has been investigating Coinbase Global Inc., the US's biggest crypto exchange, for potentially listing unregistered securities.

Terms of Service   Do Not Sell My Info (California)   Trademarks   Privacy Policy
©2022 Bloomberg L.P. All Rights Reserved
Careers   Made in NYC   Advertise   Ad Choices      Help