# Exhibit U

Sign up today for our latest deep dive newsletters, Pro Blockchain Ecosystems and Pro Deals. Complimentary access is available for a limited time.

**BITCOIN** • APRIL 19, 2021, 12:49PM EDT

# Time Magazine now accepts bitcoin and other cryptocurrencies for digital subscriptions

by Yogita Khatri



Drop of Light/ Shutterstock

Want a new way to trade digital assets?

SOMA.finance bridges the best of DeFi and TradFi with access to tokenized equities, digital assets, NFTs, and more.

Advertisement

This website uses cookies to ensure you get the best experience on our website. Click here to view our Privacy Policy    OK



The 98-year old publication Time Magazine now accepts bitcoin and other cryptocurrencies for digital subscription payments.

Announcing the news on Monday, Time said it has partnered with Crypto.com for the feature, which is currently only available in the U.S. and Canada. Global access is expected to be rolled out "in the next several months."

Time will accept all cryptocurrencies currently supported by Crypto.com Pay, a Crypto.com spokesperson told The Block. These include bitcoin, ether, dogecoin, XRP and litecoin, as well as DeFi tokens Uniswap, Aave, Balancer, and Compound.

Subscribers who pay with Crypto.com's native token CRO will get rewards of up to 10%, said Time.

### SIGN UP FOR OUR DAILY NEWSLETTERS

Enter email address →

☑ Also receive our FREE weekly Data & Insights Newsletter

By signing-up you agree to our Terms of Service and Privacy Policy

Time will keep accepted cryptocurrencies from subscribers. "Cryptocurrency payments for digital

**Want a new way to trade digital assets?**
SOMA.finance bridges the best of DeFi and TradFi with access to tokenized equities, digital assets, NFTs, and more.

Advertisement


THE BLOCK


This website uses cookies to ensure you get the best experience on our website. Click here to view our Privacy Policy   OK

The publication is also partnering with crypto asset manager Grayscale on a new video series on the crypto space. Time will receive payment in the form of bitcoin and then hold the funds on its balance sheet, according to Grayscale CEO Michael Sonnenshein.

**ABOUT AUTHOR**

Yogita is a senior reporter at The Block and covers all things crypto. Before joining The Block, Yogita worked for CoinDesk and The Economic Times. She can be reached at ykhatri@theblock.co. Follow her on Twitter @Yogita_Khatri5.

**MORE BY YOGITA KHATRI**

# THE BLOCK

**CONTENT**

News
Data
Research
Newsletters

**MULTIMEDIA**

Events
Reports
Podcasts

**CONNECT**

Twitter
LinkedIn
Instagram
Telegram
Facebook
Spotify

**COMPANY**

About Us
Advertise
Careers
Conflicts of interest
Disclosures

© 2022 THE BLOCK. ALL RIGHTS RESERVED.



**Want a new way to trade digital assets?**

SOMA.finance bridges the best of DeFi and TradFi with access to tokenized equities, digital assets, NFTs, and more.

Advertisement

This website uses cookies to ensure you get the best experience on our website. Click here to view our Privacy Policy    OK