# Exhibit V



BTC $20,664 | ETH $1,591 | LTC $56 | BCH $117 | DOGE $0.1161 | DASH $42 | XRP $0.46 | XMR $147 | USDT $1.0000 | ETC $24.7

# XRP directory

1500+ companies, stores, services accepting XRP as a payment. Find where to spend your XRP

| PRICE | MERCHANTS | RATING |
|---|---|---|
| **$0.4610** | **1658** +9 | **19.24%** |
| ▼ -3.02% | October 2022 | 7 rank |

Merchants | Discounts | Analytics | Map | Market

|  |  |
|---|---|
| 🛒 Shops, markets | 688 |
| 🌐 Internet services | 507 |
| 🏪 Offline Services | 119 |
| 🛏 Tourism, Traveling, Renting | 46 |
| ⚛ Crypto services | 739 |
| 💼 Business services | 214 |
| 💻 Web marketing / development | 113 |
| 💳 Gambling | 89 |
| 🎮 Gaming | 31 |

## Top companies accepting XRP



**Hostry**  4.9
Domains   Email   + 3 more
10 reviews

The history of Hostry started in 2006 with a simple question: How can we make deploying and managing infrastructure less painful? We found out that it was possible if we find new ways to automate...

**PLAYFINA**  4.7
Casino   Dice
2 reviews

Being an affiliate, you're most probably spending a lot of time making an input to your business to ensure the maximum profit from your traffic, to find secure partners, opportunities for...



**Alfa-coin**  3.8
Fast Exchanges   Trading
1 review

Our advantages Maximum ease of exchange and the ability to choose your exchange strategy will allow you to make a profitable exchange. Using our fast processing and clever interface, you will...



**ServerWhere.com**  3.8
Cloud   Hosting
1 review

ServerWhere.com (SW) is a cryptocurrencies based business platform for provisioning of Cloud infrastructure & Dedicated server hosting. We deliver services in 44 data centers and 34 countries...



**ALT 5 SIGMA**  3.8
Payment gateways   Trading

ALT 5 Pay overcomes digital asset volatility for merchants by incorporating payments directly into exchange platform networks for instant liquidity, best rates and the lowest fees in the market....


### cryptostorm.is VPN
Security   VPN

3.4
6 reviews

The VPN provider for the truly paranoid. Our anonymous token authentication system keeps us from knowing who you are, and our encryption algorithms rival most "military-grade" standards. Flexible...


### Alfacash Store
Fast Exchanges

4.0
14 reviews

Alfacash Store is a non-custodial cryptocurrency exchange especially focused on the Eurozone. Properly regulated and registered in Estonia since 2019, this brand is part of the much older Alfacash...


### Rock'n'Block
Different   Blockchain   + 4 more

4.8
3 reviews

Official Enterprise Ethereum Alliance member Since 2017, we have been engaged in custom development and implementation of software based on blockchain technologies for businesses and startups....

## Payment gateways accepting XRP


**CoinPayments**


**NOWPayments**

**CoinGate**


**Salamantex**


**Binance Pay**


**CryptocurrencyCheckout**

Show more →

  Indian Online Casino  

## Spend XRP on fresh special deals

| Save 5% With Cryptocurrency | Buy Paypal Gift Cards Online with Bitcoin Or Crypt | Giftcardsify discounts and special offers |
|---|---|---|
| N/A | giftcardsus | giftcardsus |
| Socratic Solutions Kratom | Giftcardsify | Giftcardsify |
| Automatically save 5% off all orders paid for with cryptocurrency and get free shipping. Applies to everything including sale items. No code needed. | Buy Paypal Gift Cards Online with Bitcoin Or Crypto | Giftcardsify discounts and special offers for Paysafecard |

### 10% Sitewide
36N4XQ5

Socratic Solutions Kratom

Save 10% on entire inventory, no minimums, and get free shipping. No exclusions.

### FIFA 23 Coins 15% discount code for new customers
FIFA23Launch

WhatsGaming

The launch of the new season of FIFA comes with lots of hot events and discounts, especially for the eager customers of WhatsGaming. FIFA 23 Coins 15% discount code is one-time use for new customers. Unprecedented! You can't find a bigger discount for FUT 23 Coins anywhere. Claim your discount at Wh

### VPN 50% Off First Month
VPN50OFF

COIN.HOST Privacy-infused crypto hosting

Get 50% off your first month payment for a premium VPN service with a dedicated Swiss IP and server.

### AstroPay Prepaid Card special offers
giftcardsus

Giftcardsify

AstroPay Prepaid Card special offers

### Cryptwerk 10% discount
PAYCRYPTO22

La Escribana

Get 10% discount when you book directly with the owners.
For available dates see https://la-escribana.com/en/booking
Valid for bookings made before September 2023.

**Browse all discounts for XRP**

---

## New companies accepting XRP

| skinorac | 1.2 | Seenfinity | 3.9 |
|---|---|---|---|
| Pharmacy | | Marketing, Ads, PR  SMM | |
| skinorac- 10% discount for crypto payments | | Seenfinity Marketing always looking to infinity | |

| Helendor | 3.9 | Crypto.am | 1.7 |
|---|---|---|---|
| Fast Exchanges  Trading | | Fast Exchanges  Offline exchanges | |
| Instant exchange in automatic mode, within 1-2 minutes, No AML / KYC required for the exchange, Full anonymity, no verification is required for the exchange. | | Secure and fast cryptocurrency exchange services. | |

| VCCPRO | 3.4 | Socratic Solutions Kratom | 3.8 |
|---|---|---|---|
| Accounts  GiftCards | | Health  Pharmacy | |
| We offer Virtual Visa card / MasterCard , 100% Legal & Safe | | Trusted retailer of fresh, lab tested, small batch kratom since 2018 | |

---

## Latest reviews

**Bull Miners**

★★★★★  Ben Walton

Yesterday, at 09:54 pm

Recommended. Best mining device retailer in the market

**Apple Bitcoin Store**

★★★★★  Roy Astley

Yesterday, at 09:46 pm

Just a great service..Bought an iPhone 14 with Dogecoin last week.got it today

**Giftcardsify**

★★★★★  Sally J Spencer

Yesterday, at 05:42 pm

The first order I actually completed all parts of the confirmation process and had my gift card within 30 minutes
Thank u

**Seenfinity**

★★★★★  Pixel Fantasy CEO

Yesterday, at 03:27 pm

Time Square Billboard sucess, Excellent work

**Socratic Solutions Kratom**

★★★★★  Jake L

Oct 27, 2022, at 10:03 pm

Excellent company for fresh kratom!

**HostZealot**

★★★★★  DiGiTaL

Oct 24, 2022, at 08:32 am

A good provider. Support is available 24 hours a day by phone or through the contact form on the website. I also like the fact that the servers are not just anywhere, but in a large data center.... Read more



XRP Coinmap    XRP Merchants Rating    XRP Price Chart

The biggest online directory with fresh special offers and products from merchants where you can pay with XRP. Find where to spend your crypto.

At the moment your can find 1000+ companies, shops, stores, merchants and services accepting XRP as a payment.

Use Cryptwerk to live on cryptocurrencies and pay less.

## Cryptwerk provide several services for holders who want to spend XRP

**1658**
Merchants database

**324**
Collection of discounts and special offers

**6121**



Marketplace with products and services from stores accepting XRP

World map with merchants

Updated: October 2022

**Cryptwerk** is online directory with companies, websites, shops, services where you can pay with Bitcoin and other popular cryptocurrencies.

Bitcoin, Litecoin, Ethereum, Dash, Monero, Bitcoin Cash, Zcash, Dogecoin, Ripple and other altcoins accepted here.

Cryptwerk is useful for people who wants to spend cryptocurrency directly, without exchanges or banking cards. Registration is free.

### USERS
- For users
- Register
- FAQ

### COMPANIES
- For companies
- Add company
- Register
- FAQ
- Promotions
- Claim your company
- Listing plans
- Widgets

### COINS
- For coins
- Add your coin
- FAQ
- Cryptwerk Coins Rating
- All coins

### CRYPTWERK
- Blog
- About
- Advertisement
- Analytics
- Contact us

© 2022, All rights reserved   Terms of service  |  Privacy policy