# Exhibit Y

# FTX Partners With Visa To Offer XRP And BTC To Millions Of Users

procoinnews.com/ftx-partners-with-visa-to-offer-xrp-and-btc-to-millions-of-users/

October 8, 2022

Not financial advice. We may receive compensation from affiliate partners and advertisers. Read our full Disclosure here.



October 8, 2022 12:36 pm
The credit card firm Visa just announced that they will be partnering with the popular crypto exchange FTX in order to provide debit cards to around 40 nations across three continents.

This is significant because the debit cards that FTX provides is directly linked with the account holder's FTX investing account.

This means that digital assets like XRP and Bitcoin are now available to Visa's large customer base to conduct transactions without having to convert crypto to fiat or actually having to withdraw the crypto from the exchange.

**Trending:** Ripple Now Holds Less Than Half Of Total XRP Supply

As a result, this is a significant milestone that will boost the adoption of crypto assets like XRP to be used for every day transactions.

The decision to pursue such a partnership indicates that there is still strong demand among investors to spend digital assets despite the crypto bear market.

> 🔥FTX VISA HUGE CRYPTO PARTNERSHIP👀
>
> WATCH ▶️ https://t.co/E5A7VVVtXy#ftx #visa #crypto #cryptocurrency #huobi #binance #cbdc #celsius #bitcoin #ethereum #xrp #cardano #ada pic.twitter.com/uwdrXaCIBX
>
> — Tony Edward (Thinking Crypto Podcast) (@ThinkingCrypto1) October 8, 2022

Crypto-news-flash.com reports:

> VISA's CFO, Vasant Prabhu, said the partnership would enable users to conduct transactions with crypto without needing to convert their cryptos to fiat or withdraw from the crypto exchange platform. Prabhu also said there is still a strong interest in crypto despite the drop in values.
>
> As a company, we have no control over the value of digital currencies or whether it has a long-term positive effect. We want to simplify payment processes for people even when they want to process payments with crypto.
>
> VISA's new partnership with FTX adds to its multiple crypto collaborations. The Credit Card firm has collaborations with Binance and Coinbase, which are FTX's fiercest competitors. Another leader in the credit card space, MasterCard, has also been involved in several crypto partnership deals.
>
> Two notable MasterCard crypto partnerships are with Coinbase and Bakkt. The former is to ease NFT payment transactions, while the latter allows banks and small business owners in the Bakkt network to provide crypto services. Another credit card firm, American Express, said it is developing a way to link its cards and network with stablecoins.

FTX CEO Sam Bankman-Fried commented on the recent development and shared that a lot of the traditional payment companies are not against crypto.

In fact, many are now starting to embrace and incorporate blockchain technology into their existing business which indicates that long term growth will most certainly happen.

This trend will also allow crypto assets to be more than just store of value assets, but will actually provide them with real use cases which will result in further market growth.

With this new partnership between Visa and FTX, all businesses that already accept Visa would be able to accept crypto for payments without having to do any additional work which will likely accelerate adoption given Visa's wide international payments network.

> Big for Bitcoin adoption: FTX partners with VISA to offer #Bitcoin and #Ripple (#XRP) to millions of users in 40 countrieshttps://t.co/jWJm408h90
>
> — Crypto News Flash (@CryptoNewsFlas3) October 8, 2022

CoinTelegraph reports:

> Spending cryptocurrency may become a lot easier. FTX, one of the world's largest crypto exchanges, has partnered with payments giant Visa to roll out debit cards in 40 countries worldwide.
>
> The move would allow FTX users to pay for goods and services using debit cards that boast "zero fees." Plus, card ownership is free, according to the company website.
>
> Sam Bankman-Fried, the most influential person in crypto according to Cointelegraph's Top 100 in 2022, has long touted his desire to unveil an FTX debit card.
>
> His company's decision to partner with legacy payment rails — as opposed to crypto payment rails such as the Lightning Network — aligns with his views that the future of Bitcoin as a payments network is not viable.
>
> The FTX token, the native cryptocurrency of the FTX trading platform, spiked 7% on the news, reaching highs of $25.62. The token's all-time high is some way off, however, at almost $80.

> #crypto #bitcoin #altcoin #NFTs #btc #eth #xrp
> FTT Spiked to 3-Week High as Visa, FTX Revealed Crypto Debit Card
> Source : https://t.co/dAgoZwtcLQ
> Link : https://t.co/14VWfiSXwf
> For latest crypto news press Follow!
>
> — Crypto News (@SirDuCutj) October 7, 2022

## Join the conversation!

We have no tolerance for comments containing violence, racism, profanity, vulgarity, doxing, or discourteous behavior. If a comment is spam, instead of replying to it please click the



icon below and to the right of that comment. Thank you for partnering with us to maintain fruitful conversation.