# Exhibit BB

coinbase

Products ˅     Prices     Company ˅     Sign In     Get started

# Send money internationally for free

- **Fast** - Send money across borders virtually instantly using XRP or USDC[1]
- **Free** - No fees to send or receive XRP or USDC to another Coinbase account[2]
- **Global** - Available to Coinbase users in any supported country, including India, Mexico, and the Philippines[3]



[1] This is not a money remittance; rather, it is a cryptocurrency transaction with conversion into local currency after receipt.

[2] Network fees charged on transfers to non-Coinbase accounts; purchases and sales of XRP are subject to a Coinbase fee.

[3] In countries where Coinbase does not support the local currency, recipients need to transfer their XRP/USDC to an exchange that supports exchanges from XRP/USDC to local currency.





