# Exhibit EE

# XRP Can Now Be Easily Bought in Europe Straight from Bank Account, Here's How

Wed, 10/12/2022 - 08:51



**Gamza Khanzadaev**

"XRP for EUR" solution becomes available in XRPL's Xumm wallet





Cover image via www.freepik.com

Read U.TODAY on          Google News

XRP Ledger's lead developer, Wietse Wind, reports that an on-ramp solution has been added to the Xumm Wallet. With the innovation, users will be able to buy XRP for fiat through Xumm directly from their bank accounts.

At the moment, the new product is only available in the Netherlands, the home country of the Xumm Wallet developers. However, according to Wind, there are plans to expand to Belgium, Germany and the UK. Among other things, an off-ramp solution will be added later to the wallet to allow the process of selling XRP for fiat currencies.

## Too exclusive option

Interestingly, in order to use the innovation, Xumm users will have to sign up for two subscriptions: first for the pro version of the wallet, and then separately for €5 per year to connect the ramp functions. On the other hand, there are no further commissions or charges for deposits or withdrawals.

In addition, you must have a Dutch bank account, a residential address in the kingdom and a Dutch passport in order to complete the necessary verifications. On this side, it seems that using Xumm in terms of purchases for fiat is still limited for many.

Ads

**Related**
Here Is Why XRP Doesn't Need Centralized Crypto Exchanges

One may recall the experience of another XRPL project, onXRP, which previously introduced an on-ramp solution with Banxa which, while also having some restrictions for users from certain countries, seems simpler at the moment.

#XRP    #XRPL



About the author

**Gamza Khanzadaev**

Financial analyst, trader and crypto enthusiast.

Gamza graduated with a degree in finance and credit with a specialization in securities and financial derivatives. He then also completed a master's program in banking and asset management.

He wants to have a hand in covering economic and fintech topics, as well as educate more people about cryptocurrencies and blockchain.

10/30/2022 - 16:49

   Ethereum's Vitalik Buterin Says He's Glad ETFs Are Being Delayed

   Alex Dovbnya

10/30/2022 - 15:39

   Dogecoin Addresses in Profit Rise to 65% as Price Reaches Five-month High

   Tomiwabold Olajide

10/30/2022 - 14:35




DOGE Finally Has Use Case, Says Cardano Founder; Dogecoin Creator Hits Back

Gamza Khanzadaev

# Ethereum's Vitalik Buterin Says He's Glad ETFs Are Being Delayed

Sun, 10/30/2022 - 16:49



**Alex Dovbnya**

Ethereum's Vitalik Buterin has weighed in on cryptocurrency regulations in a lengthy post on Twitter





Cover image via stock.adobe.com

Read U.TODAY on          Google News

Ethereum co-founder Vitalik Buterin has weighed in on cryptocurrency regulation in a recent Twitter thread, arguing that the industry shouldn't put too much effort into attracting institutional capital "at full speed."

Buterin is not overly concerned by the U.S. Securities and Exchange refusal to greenlight a spot-based exchange-traded fund. In fact, he is glad that U.S. regulators have so far blocked all the attempts to launch such a product. Buterin is convinced that the cryptocurrency ecosystem has to become more mature before this becomes a possibility.

**Related**
**Dogecoin Addresses in Profit Rise to 65% as Price Reaches Five-month High**

He believes that regulations that prevent cryptocurrencies from reaching the mainstream are now as bad as those regulations that hurt crypto projects internally.

Ads

At the same time, he believes that the idea of imposing know-your-customer rules on decentralized finance frontends is not very "pointful" since it would "annoy" users while doing little to deter hackers. Buterin explains that bad actors actually write custom code in order to interact with smart contracts.

Buterin is in favor of moderate DeFi regulations that would include limits on possible leverage, stringent audit requirements as well as other measures.

FTX CEO Sam Bankman-Fried praised Buterin's suggestions, describing them as "pretty reasonable" in his tweet.

Regulations remain a hot-button issue for the entire cryptocurrency industry, with many executives persistently clamoring for clarity.

#Ethereum News



About the author
**Alex Dovbnya**

Alex Dovbnya (aka AlexMorris) is a cryptocurrency expert, trader and journalist with extensive experience of covering everything related to the burgeoning industry — from price analysis to Blockchain disruption. Alex authored more than 1,000 stories for U.Today, CryptoComes and other fintech media outlets. He's particularly interested in regulatory trends around the globe that are shaping the future of digital assets, can be contacted at alex.dovbnya@u.today.