# Exhibit GG







details about each product.

XRP

All Products

Protected High Yield Auto-Invest New

**Principal Protected**

The same number of tokens deposited to Savings and Staking will be returned to you along with yields paid out in the same type of token. See our Terms & Conditions and FAQs for more details.

Popular Coins Best for Beginners BNB Chain Zone Polka Zone Solana Zone

| Coin | Est. APR | Duration |
|---|---|---|
| XRP Simple Earn | 1.11% | Flexible |

## Calculate your crypto earnings

I have 1000 XRP

and I am interested in

Flexible Fixed investment.

## Products on offer

Simple Earn
1.11%

Flexible DeFi Staking Advanced
1.39%

Estimated Earnings

**+ 33.79511594 XRP**

Auto-Subscribe



1 year    2 years    3 years    5 years

Subscribe Now

This calculation is an estimate of rewards you will earn in cryptocurrency over the selected timeframe. It does not display the actual or predicted APR in any fiat currency. APR is adjusted daily and the estimated earnings may be different from the actual earnings generated.

Subscribe to receive notifications and updates

Enter your E-mail

Subscribe

# FAQ

1. What is Binance Earn?

2. How does Binance Earn work?

3. Which cryptocurrencies are supported?

