# Exhibit JJ

Gary Gensler, *Ethics and Governance in the Blockchain Era, Gary Gensler, MIT, April 23, 2018*
htttps://www.youtube.com/watch?v=Bx4Q19xA7Oc