# Exhibit LL



**XRP Ledger Services**

Support this project: 

 XRPL Transactions    XRPL Tokens    XRPL NFTs   XRPL Tools   XRPL Stats    Website Statistics   

### General XRPL Statistics

| | |
|---|---:|
| Ledger Index: | 75,417,422 |
| Ledger Close Time: | 10/30/2022, 12:59:52 PM |
| Ledger Size: | 5,410.21 MB |
| Total # of Object: | 14,773,093 |
| Total XRP: | 99,989,147,319 XRP |

### Accounts

| | |
|---|---:|
| Count: | 4,345,437 |
| % of total Objects: | 29.41 % |
| Total size: | 753 MB |
| % of total Ledger size: | 13.92 % |
| Message Key: | 171,102 |
| Regular Key: | 21,382 |
| Domain: | 15,008 |
| Email Hash: | 5,325 |
| Ticket: | 4,977 |

### Accounts Additional

| | |
|---|---:|
| With 0 Balance: | 952 |
| Total XRP in Accounts: | 55,683,379,811 XRP |
| Total Account Reserves: | 43,454,370 XRP |
| Total Owner Reserves: | 16,134,872 XRP |
| Require DestinationTag: | 75,736 |
| Disabled Masterkey: | 84,712 |
| Default Ripple: | 15,542 |
| Global Freeze: | 280 |

### Trustlines (RippleState)

| | |
|---|---:|
| Count: | 7,722,086 |
| % of total Objects: | 52.27 % |
| Total size: | 3,182.4 MB |
| % of total Ledger size: | 58.82 % |
| Balance greater 0: | 4,003,280 |

### Escrows

| | |
|---|---:|
| Count: | 8,633 |
| % of total Objects: | 0.06 % |
| Total size: | 2 MB |
| % of total Ledger size: | 0.04 % |
| Total XRP in Escrow: | 44,305,767,508 XRP |
| With Condition: | 598 |
| With Cancel Date: | 253 |
| With DestinationTag: | 95 |

### Offers

| | |
|---|---:|
| Count: | 150,292 |
| % of total Objects: | 1.02 % |
| Total size: | 54.9 MB |
| % of total Ledger size: | 1.01 % |
| With Expiration Date: | 27,595 |
| Sell Offers: | 121,716 |
| Passive Offers: | 412 |
| XRP offered on DEX: | 17,535,020,593,441 XRP |
| (NOT ALL OFFERS ARE FUNDED!) | |

### Signer Lists

| | |
|---|---:|
| Count: | 72,169 |
| % of total Objects: | 0.49 % |
| Total size: | 21.2 MB |
| % of total Ledger size: | 0.39 % |
| OneOwnerCount Flag: | 59,965 |

### Payment Channels

| | |
|---|---:|
| Count: | 2,392 |
| % of total Objects: | 0.02 % |
| Total size: | 0.8 MB |
| % of total Ledger size: | 0.01 % |
| OneOwnerCount Flag: | 59,965 |

### Tickets

| | |
|---|---:|
| Count: | 53,548 |
| % of total Objects: | 0.36 % |
| Total size: | 8.7 MB |
| % of total Ledger size: | 0.16 % |

### Checks

| | |
|---|---:|
| Count: | 13 |
| % of total Objects: | 0.0001 % |
| Total size: | 0.004 MB |
| % of total Ledger size: | 0.00007 % |

| | |
|---|---|
| SendMax Total in XRP: | 1,801,423 XRP |

### Deposit Preauth

| | |
|---|---|
| Count: | 50 |
| % of total Objects: | 0.0003 % |
| Total size: | 0.01 MB |
| % of total Ledger size: | 0.000179 % |

### Directory Nodes

| | |
|---|---|
| Count: | 2,417,319 |
| % of total Objects: | 16.36 % |
| Total size: | 1,368.7 MB |
| % of total Ledger size: | 25.3 % |
| Owner Directories: | 2,306,658 |
| Offer Directories: | 110,661 |

### Ledger Hashes Objects

| | |
|---|---|
| Count: | 1,152 |
| % of total Objects: | 0.01 % |
| Total size: | 18.5 MB |
| % of total Ledger size: | 0.34 % |

### Fee Settings Objects

| | |
|---|---|
| Count: | 1 |
| % of total Objects: | 0.00001 % |
| Total size: | 70 Bytes |
| % of total Ledger size: | 0.000001 % |

### Amendment Objects

| | |
|---|---|
| Count: | 1 |
| % of total Objects: | 0.00001 % |
| Total size: | 2,930 Bytes |
| % of total Ledger size: | 0.00005 % |