## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>   v.<br><br>RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>        Defendants. | Case No. 1:20-cv-10832-AT-SN<br><br>Judge Analisa N. Torres<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Brandon Duke of Winston & Strawn LLP, a member of this Court in good standing, hereby respectfully enters an appearance for Valhil Capital, LLC in the above-captioned action, and requests that copies of all pleadings, notices, orders, correspondence and other papers in connection with the action be served upon the undersigned.

Dated: Houston, Texas
      November 18, 2022

                      **WINSTON & STRAWN LLP**

                By: */s/ Brandon Duke*
                    Brandon Duke
                    800 Capitol Street, Suite 2400
                    Houston, TX 77008
                    Tel.: (713) 651-2600
                    Fax: (713) 651-2700
                    BDuke@winston.com

                    *Counsel for Valhil Capital, LLC*