UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>Defendants. | Case No. 1:20-cv-10832-AT-SN<br><br>Judge Analisa N. Torres<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that George Mastoris of Winston & Strawn LLP, a member of this Court in good standing, hereby respectfully enters an appearance for Valhil Capital, LLC in the above-captioned action, and requests that copies of all pleadings, notices, orders, correspondence and other papers in connection with the action be served upon the undersigned.

Dated: New York, New York
       November 18, 2022

**WINSTON & STRAWN LLP**

By: /s/ *George Mastoris*
    George Mastoris
    200 Park Avenue
    New York, NY 10166
    Tel.: (212) 294-6700
    Fax: (212) 294-4700
    GMastoris@winston.com

*Counsel for Valhil Capital, LLC*