## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>　　　　　　Defendants. | Case No. 1:20-cv-10832-AT-SN<br><br>Judge Analisa N. Torres<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Kerry C. Donovan of Winston & Strawn LLP, a member of this Court in good standing, hereby respectfully enters an appearance for Valhil Capital, LLC in the above-captioned action, and requests that copies of all pleadings, notices, orders, correspondence and other papers in connection with the action be served upon the undersigned.

Dated: New York, New York
　　　　November 18, 2022

　　　　　　　　　　　　　　　　　　　　**WINSTON & STRAWN LLP**

　　　　　　　　　　　　　　　　　　　By: /s/ *Kerry C. Donovan*
　　　　　　　　　　　　　　　　　　　　　Kerry C. Donovan
　　　　　　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　　　　　　New York, NY 10166
　　　　　　　　　　　　　　　　　　　　　Tel.: (212) 294-6700
　　　　　　　　　　　　　　　　　　　　　Fax: (212) 294-4700
　　　　　　　　　　　　　　　　　　　　　KCDonovan@winston.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Valhil Capital, LLC*