

**Debevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
+1 212 909 6000

**Andrew J. Ceresney**
Partner
aceresney@debevoise.com
Tel +1 212 909 6947

December 9, 2022

<u>VIA ECF</u>

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**SEC v. Ripple Labs Inc., et al., No. 20-cv-10832-AT-SN (S.D.N.Y.)**

Dear Judge Torres:

      Plaintiff Securities and Exchange Commission ("SEC") and Defendants Ripple Labs Inc., Bradley Garlinghouse, and Christian A. Larsen (collectively, the "Parties") respectfully request that the Court issue an order directing all non-parties to submit any motions to seal or redact information in the Parties' Motions for Summary Judgment and related materials ("Summary Judgment Materials," ECF Nos. 621-629, 662-665, 667-670, 723-728) by January 4, 2023.

      In advance of the omnibus motions to seal the Parties are due to file on December 22, 2022, the Parties will endeavor to provide notice to all non-parties whose confidential discovery material appears in the Summary Judgment Materials to give them an opportunity to move to seal or redact those documents. *See* Court's Practice Rules, Rule IV(A)(ii); Protective Order ¶ 15 (ECF No. 53). This process is contemplated by the Court's Practice Rules and the Protective Order entered in this action, and will facilitate a more streamlined and efficient resolution of requests to seal or redact Summary Judgment Materials, since it will permit the Court to consider arguments by each of the Parties and non-parties as to why their discovery material should be treated as confidential. The Parties further note that the Court approved a similar process for addressing non-party sealing motions in connection with the Parties' *Daubert* Motions. *See* ECF No. 564 (Order establishing deadline for all non-party sealing motions).

      Given the Parties' desire to reach an expeditious resolution of all sealing-related issues concerning the Summary Judgment Materials, the Parties respectfully request that the Court set a deadline of January 4, 2023 by which any non-parties must move to seal portions of the Summary Judgment Materials or else waive any objections to the Court's ultimate ruling on the Parties' sealing applications; and January 18, 2023 by which any Parties or non-parties may file oppositions to non-party sealing motions. The Parties have submitted as Exhibit A hereto a Proposed Order reflecting this joint request.

Hon. Analisa Torres　　　　　　　　　　　　2　　　　　　　　　　　　December 9, 2022

Respectfully submitted,

/s/ Ladan F. Stewart
Ladan F. Stewart
U.S. Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Suite 400
New York, NY 10281
(212) 336-0159

*Counsel for Plaintiff Securities and Exchange Commission*

/s/ Andrew J. Ceresney
Andrew J. Ceresney
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000

*Counsel for Defendant Ripple Labs Inc.*

/s/ Matthew C. Solomon
Matthew C. Solomon
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 974-1680

*Counsel for Defendant Bradley Garlinghouse*

/s/ Martin Flumenbaum
Martin Flumenbaum
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

*Counsel for Defendant Christian A. Larsen*

cc:　　All Counsel of Record (via ECF)