USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/12/2022__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SECURITIES AND EXCHANGE COMMISSION,

            Plaintiff,

v.

RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,

            Defendants.

Case No.:
20-cv-10832 (AT)(SN)

# ORDER FOR ALL NON-PARTY MOTIONS TO SEAL PARTIES' MOTIONS FOR SUMMARY JUDGMENT AND RELATED MATERIALS

Plaintiff Securities and Exchange Commission ("SEC") and Defendants Ripple Labs Inc., Bradley Garlinghouse, and Christian A. Larsen (collectively, the "Parties") jointly request that the Court establish a deadline of January 4, 2023 by which any non-parties must move to seal portions of the Summary Judgment Materials or else waive any objections to the Court's ultimate ruling on the Parties' sealing applications; and January 18, 2023 by which any Parties or non-parties may file oppositions to non-party sealing motions.

IT IS HEREBY ORDERED THAT: any non-parties must file, by **January 4, 2023**, a motion to seal any Summary Judgment Materials to the extent the non-party seeks additional or different sealing treatment or redactions than requested by the Parties; and, by **January 18, 2023,** all Parties and non-parties must file oppositions, if any, to the non-party motions to seal. If no such motion is received by **January 4, 2023**, the non-party will have waived their right to object to the Court's ultimate ruling on the Parties' motions to seal or redact the Summary Judgment Materials.

Dated: December 12, 2022      By: _____
                                                    Honorable Analisa Torres
                                                    United States District Judge