UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN<br><br>Defendants. | Case No. 1:20-cv-10832(AT)(SN) |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Rodrigo Seira, respectfully move this Court for an order for admission to appear *pro hac vice* as counsel for Amicus Curiae, Paradigm Operations LP ("Paradigm") in the above-captioned matter. In support of this motion, I state as follows:

1. I am an attorney at Paradigm Operations LP, 548 Market Street, San Francisco, California 94104.

2. I am a member in good standing of the bars of the States of Washington and New York.

3. There are no pending disciplinary proceedings against me in any state or federal court and no discipline has previously been imposed on me in any jurisdiction. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

1

2

4. Pursuant to Local Rule 1.3, I have attached the affidavit and the certificates of good standing from each state court in which I am a member of the bar.

Dated: December 15, 2022

Respectfully submitted,

By: /s/ *Rodrigo Seira*
Rodrigo Seira
PARADIGM OPERATIONS LP
548 Market Street
San Francisco, CA 94104
Tel.: (415) 986-9283
rodrigo@paradigm.xyz

*Attorney for Amicus Curiae Paradigm Operations LP*