UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN<br><br>Defendants. | Case No. 1:20-cv-10832(AT)(SN)<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Rodrigo Seira, declare and state as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney at Paradigm Operations LP, 548 Market Street, San Francisco, California 94104.

2. I submit this declaration in support of my motion for admission to appear as counsel *pro hac vice* to Amicus Curiae, PARADIGM OPERATIONS LP ("Paradigm") in the above-captioned case.

3. As shown in the attached certificates of good standing, I am a member in good standing of the State Bars of Washington and New York.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings pending against me in any state or federal court.

1

I declare under penalty of perjury that the foregoing is true and accurate.

Executed on December 15, 2022, in San Francisco, California.

                                              By: /s/ *Rodrigo Seira*
                                              Rodrigo Seira
                                              PARADIGM OPERATIONS LP
                                              548 Market Street
                                              San Francisco, CA 94104
                                              Tel.: (415) 986-9283
                                              rodrigo@paradigm.xyz

                                              *Attorney for Amicus Curiae Paradigm*
                                              *Operations LP*