UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN<br><br>Defendants. | Case No. 1:20-cv-10832(AT)(SN)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

The motion of Rodrigo Seira for admission to practice *pro hac vice* in the above-captioned action is granted.

Rodrigo Seira has declared that he is an active member in good standing of the State Bars of Washington and New York, and that his contact information is as follows:

Rodrigo Seira
Paradigm Operations LP
San Francisco, CA 94104
Tel.: (415) 986-9283
rodrigo@paradigm.xyz

Having requested admission *pro hac vice* to appear for all purposes as counsel for Amicus Curiae Paradigm Operations LP, in the above-captioned matter, **IT IS HEREBY ORDERED** that Rodrigo Seira is admitted to practice *pro hac vice* in the above-captioned matter in the United States District Court for the Southern District of New York.

1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

IT IS SO ORDERED:

Dated: _____, 2022       By: _____
                       The Honorable Analisa Torres
                       United States District Judge