UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>  v.<br><br>RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>         Defendants. | Case No. 20-CV-10832 (AT) (SN) |

## NOTICE OF MOTION OF NICOLE TATZ TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, upon the accompanying Declaration, Nicole Tatz will move this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a day and time to be determined by the Court, pursuant to this Court's Local Civil Rule 1.4, for leave to withdraw as counsel for Bradley Garlinghouse.

PLEASE TAKE FURTHER NOTICE that other attorneys at Cleary Gottlieb Steen & Hamilton LLP will continue to be counsel of record for Bradley Garlinghouse in this action.

Dated: December 16, 2022
   Washington, District of Columbia

      By: /s/ Nicole Tatz
         Nicole Tatz
         ntatz@cgsh.com
         CLEARY GOTTLIEB STEEN & HAMILTON LLP
         2112 Pennsylvania Ave NW
         Washington, DC 20037
         Tel: (202) 974-1973