UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>Defendants. | Case No. 20-CV-10832 (AT) (SN) |

## DECLARATION OF NICOLE TATZ PURSUANT TO LOCAL RULE 1.4

I, Nicole Tatz, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a member of the bar of the District of Columbia and am admitted to practice before the United States District Court for the Southern District of New York. On June 10, 2021, I appeared in the above-captioned case.

2. I respectfully submit this declaration pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York in support of my motion for leave to withdraw as counsel for Bradley Garlinghouse in this action.

3. Following December 31, 2022, I will no longer be associated with Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb").

4. Matthew C. Solomon, Nowell D. Bamberger, Alexander J. Janghorbani, and Samuel Levander from Cleary Gottlieb have also appeared in this action on behalf of Bradley Garlinghouse and will continue to be counsel of record. Accordingly, no delay or prejudice to any party will result from my withdrawal.

5. No retaining or charging lien is being asserted.

6.    Copies of this motion have been provided to Mr. Garlinghouse.


Dated: December 16, 2022
       Washington, District of Columbia          /s/ Nicole Tatz
                                                 Nicole Tatz