UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br> v.<br><br>RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>          Defendants. | Case No. 20-CV-10832 (AT) (SN) |

**PROPOSED ORDER**

Upon the motion for Nicole Tatz for leave to withdraw from this action as counsel for Bradley Garlinghouse, IT IS HEREBY ORDERED:

1. The motion is granted.

SO ORDERED.

Dated:

_____
United States District Judge