# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN<br><br>Defendants. | Case No. 1:20-cv-10832(AT)(SN) |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Michelle Kallen, respectfully move this Court for an order for admission to appear *pro hac vice* as counsel for Amicus Curiae, Paradigm Operations LP ("Paradigm") in the above-captioned matter. In support of this motion, I state as follows:

1. I am an attorney at Jenner & Block LLP, 1099 New York Avenue, NW, Suite 900, Washington, DC 20001.

2. I am a member in good standing of the bars of the States of Virginia and California, as well as the District of Columbia.

3. There are no pending disciplinary proceedings against me in any state or federal court and no discipline has previously been imposed on me in any jurisdiction. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

1

4. Pursuant to Local Rule 1.3, I have attached the affidavit and the certificates of good standing from each state court in which I am a member of the bar.

Dated: December 19, 2022

Respectfully submitted,

By: /s/ *Michelle Kallen*
Michelle Kallen
JENNER & BLOCK LLP
1099 New York Avenue, NW
Washington, DC 20001
Tel.: (202) 639-6000
MKallen@jenner.com

*Attorney for Amicus Curiae Paradigm Operations LP*