# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **MICHELLE SHANE KALLEN** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MS. KALLEN** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **SEPTEMBER 13, 2018**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued December 16, 2022

*DaVida M. Davis*
**Director of Regulatory Compliance**