UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN<br><br>Defendants. | Case No. 1:20-cv-10832(AT)(SN)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

The motion of Michelle Kallen for admission to practice *pro hac vice* in the above-captioned action is granted.

Michelle Kallen has declared that she is an active member in good standing of the State Bars of Virginia and California, as well as the District of Columbia, and that her contact information is as follows:

> Michelle Kallen
> JENNER & BLOCK LLP
> 1099 New York Avenue, NW
> Washington, DC 20001
> Tel.: (202) 639-6000
> MKallen@jenner.com

Having requested admission *pro hac vice* to appear for all purposes as counsel for Amicus Curiae Paradigm Operations LP, in the above-captioned matter, **IT IS HEREBY ORDERED** that Michelle Kallen is admitted to practice *pro hac vice* in the above-captioned matter in the United States District Court for the Southern District of New York.

1

Case 1:20-cv-10832-AT-SN   Document 738-5   Filed 12/19/22   Page 2 of 2

2

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

IT IS SO ORDERED:

Dated: _____, 2022         By: _____
                                                    The Honorable Analisa Torres
                                                    United States District Judge