USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/20/2022__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN, <br><br> Defendants. | Case No. 20-CV-10832 (AT) (SN) |

## NOTICE OF MOTION OF NICOLE TATZ TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, upon the accompanying Declaration, Nicole Tatz will

move this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street,

New York, New York, on a day and time to be determined by the Court, pursuant to this

Court's Local Civil Rule 1.4, for leave to withdraw as counsel for Bradley Garlinghouse.

PLEASE TAKE FURTHER NOTICE that other attorneys at Cleary Gottlieb Steen

& Hamilton LLP will continue to be counsel of record for Bradley Garlinghouse in this action.

Dated: December 16, 2022
　　　Washington, District of Columbia


By:　/s/　Nicole Tatz

GRANTED.  The Clerk of Court is directed
to terminate Nicole Tatz from the docket.

SO ORDERED.

Dated: December 20, 2022
　　　New York, New York

_____
ANALISA TORRES
United States District Judge