December 20, 2022

**VIA ECF**

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**SEC v. Ripple Labs Inc., et al., No. 20-cv-10832-AT-SN (S.D.N.Y.)**

Dear Judge Torres:

  Plaintiff Securities and Exchange Commission ("SEC") and Defendants Ripple Labs Inc., Bradley Garlinghouse, and Christian A. Larsen (collectively, the "Parties") jointly request that the Court order that the Parties must file the *Daubert* Motions and accompanying exhibits on the public docket with redactions consistent with the Court's December 19, 2022 sealing ruling on **January 13, 2023.** *See* ECF No. 737.  This date is respectfully requested in light of the upcoming holidays and attorney schedules, the complexity and number of redactions requested by the Parties and certain third parties, and the Parties' upcoming sealing briefing schedule.

Respectfully submitted,

 */s/ Ladan F. Stewart*_____
 Ladan F. Stewart
 U.S. Securities and Exchange Commission
 New York Regional Office
 200 Vesey Street, Suite 400
 New York, NY 10281
 (212) 336-0159

 *Counsel for Plaintiff Securities and Exchange Commission*


 */s/ Andrew J. Ceresney*_____
 Andrew J. Ceresney
 DEBEVOISE & PLIMPTON LLP
 919 Third Avenue

New York, NY 10022
(212) 909-6000

*Counsel for Defendant Ripple Labs Inc.*

/s/ Matthew C. Solomon
Matthew C. Solomon
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 974-1680

*Counsel for Defendant Bradley Garlinghouse*

/s/ Martin Flumenbaum
Martin Flumenbaum
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

*Counsel for Defendant Christian A. Larsen*

cc: All Counsel of Record (via ECF)