USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/2022

December 20, 2022

**VIA ECF**

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**SEC v. Ripple Labs Inc., et al., No. 20-cv-10832-AT-SN (S.D.N.Y.)**

Dear Judge Torres:

     Plaintiff Securities and Exchange Commission ("SEC") and Defendants Ripple Labs Inc., Bradley Garlinghouse, and Christian A. Larsen (collectively, the "Parties") jointly request that the Court order that the Parties must file the *Daubert* Motions and accompanying exhibits on the public docket with redactions consistent with the Court's December 19, 2022 sealing ruling on **January 13, 2023.** *See* ECF No. 737. This date is respectfully requested in light of the upcoming holidays and attorney schedules, the complexity and number of redactions requested by the Parties and certain third parties, and the Parties' upcoming sealing briefing schedule.

Respectfully submitted,

GRANTED.

SO ORDERED.

Dated: December 21, 2022
       New York, New York

ANALISA TORRES
United States District Judge