UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN<br><br>Defendants. | Case No. 1:20-cv-10832(AT)(SN) |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Lewis Rinaudo Cohen, respectfully move this Court for an order for admission to appear *pro hac vice* as counsel for Amicus Curiae, Paradigm Operations LP ("Paradigm") in the above-captioned matter. In support of this motion, I state as follows:

1. I am an attorney at CohenWilson LLP dba DLx Law, 331 Park Avenue South, New York, NY 10010, which represents Paradigm in the above-captioned matter.

2. I am a member in good standing of the bars of the States of New York and DC.

3. There are no pending disciplinary proceedings against me in any state or federal court and no discipline has previously been imposed on me in any jurisdiction. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. Pursuant to Local Rule 1.3, I have attached the affidavit and the certificates of good standing from each state court in which I am a member of the bar.

Dated: December 23, 2022                Respectfully submitted,

By: /s/ Lewis Cohen
Lewis Rinaudo Cohen
CohenWilson LLP dba DLx Law
331 Park Avenue South
New York, NY 10010
Tel.: 202-754-2012
Lewis.cohen@dlxlaw.com

*Attorney for Amicus Curiae Paradigm Operations LP*