UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN<br><br>Defendants. | Case No. 1:20-cv-10832(AT)(SN)<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Lewis Cohen, declare and state as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney at CohenWilson LLP dba DLx Law, 331 Park Avenue South, New York, NY 10010.

2. I submit this declaration in support of my motion for admission to appear as counsel *pro hac vice* to Amicus Curiae, PARADIGM OPERATIONS LP ("Paradigm") in the above-captioned case.

3. As shown in the attached certificates of good standing, I am a member in good standing of the State Bars of New York and DC.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings pending against me in any state or federal court.

1

2

I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and accurate.

Executed on December 23, 2022, in New York, NY.

By: /s/ *Lewis Cohen*
Lewis Rinaudo Cohen
CohenWilson LLP dba DLx Law
331 Park Avenue South
New York, NY 10010
Tel.: (202) 754-2012
Lewis.cohen@dlxlaw.com

*Attorney for Amicus Curiae Paradigm Operations LP*