UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN<br><br>Defendants. | Case No. 1:20-cv-10832(AT)(SN)<br><br>**[PROPOSED] ORER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

The motion of Lewis Rinaudo Cohen for admission to practice *pro hac vice* in the above-captioned action is granted.

Lewis Rinaudo Cohen has declared that he is an active member in good standing of the State Bars of New York and DC, and that his contact information is as follows:

> Lewis Rinaudo Cohen
> CohenWilson LLP dba Dlx Law
> 331 Park Avenue South
> New York, NY 10010
> Tel.: (202) 754-2012
> Lewis.cohen@dlxlaw.com

Having requested admission *pro hac vice* to appear for all purposes as counsel for Amicus Curiae Paradigm Operations LP, in the above-captioned matter, **IT IS HEREBY ORDERED** that Lewis Rinaudo Cohen is admitted to practice *pro hac vice* in the above-captioned matter in the United States District Court for the Southern District of New York.

1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

IT IS SO ORDERED:

Dated: _____, 2022        By: _____
                                             The Honorable Analisa Torres
                                             United States District Judge