UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN<br><br>Defendants. | Case No. 1:20-cv-10832(AT)(SN)<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Michelle Kallen, declare and state as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney at Jenner & Block LLP, 1099 New York Avenue, NW, Suite 900, Washington, DC 20001.

2. I submit this declaration in support of my motion for admission to appear as counsel *pro hac vice* to Amicus Curiae, PARADIGM OPERATIONS LP ("Paradigm") in the above-captioned case.

3. As shown in the attached certificates of good standing, I am a member in good standing of the State Bars of Virginia and California, as well as the District of Columbia.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings pending against me in any state or federal court.

1

I declare under penalty of perjury that the foregoing is true and accurate.

Executed on December 29, 2022, in Washington, DC.

By: /s/ *Michelle Kallen*
Michelle Kallen
JENNER & BLOCK LLP
1099 New York Avenue, NW
Washington, DC 20001
Tel.: (202) 639-6000
MKallen@jenner.com

*Attorney for Amicus Curiae Paradigm Operations LP*
