**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Case No. 1:20-cv-10832(AT)(SN) |
| v. | **[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |
| RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN | |
| Defendants. | |

The motion of Michelle Kallen for admission to practice *pro hac vice* in the above-captioned action is granted.

Michelle Kallen has declared that she is an active member in good standing of the State Bars of Virginia and California, as well as the District of Columbia, and that her contact information is as follows:

Michelle Kallen
JENNER & BLOCK LLP
1099 New York Avenue, NW
Washington, DC 20001
Tel.: (202) 639-6000
MKallen@jenner.com

Having requested admission *pro hac vice* to appear for all purposes as counsel for Amicus Curiae Paradigm Operations LP, in the above-captioned matter, **IT IS HEREBY ORDERED** that Michelle Kallen is admitted to practice *pro hac vice* in the above-captioned matter in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

IT IS SO ORDERED:

Dated: _____          By: _____
                                           The Honorable Analisa Torres
                                           United States District Judge