UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>  Defendants. | Case No. 1:20-cv-10832-AT-SN<br><br>Judge Analisa Torres<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE THAT Alyssa M. Hasbrouck of Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, a member of this Court in good standing, hereby respectfully enters an appearance for Investment Banker Declarant[1] in the above-captioned action. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated: New York, New York
       January 4, 2023

**SIDLEY AUSTIN LLP**

By:  /s/ *Alyssa M. Hasbrouck*
     Alyssa M. Hasbrouck
     787 Seventh Avenue
     New York, New York 10019
     Telephone: (212) 839-8537
     Fax: (212) 839-5599
     ahasbrouck@sidley.com

*Counsel for Investment Banker Declarant*

---

[1] In conformity with Section IV.A.ii of Your Honor's Individual Practices in Civil Cases, this Notice of Appearance refers to our client—the signatory of Declaration PX 447 (ECF No. 627-45)—as "Investment Banker Declarant" so as to avoid revealing the confidential information that is the subject of a forthcoming Letter Motion to Redact.