IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Plaintiff,<br>　- against -<br><br>RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSON<br><br>　　　　　　　　Defendants. | Case No. 20-CV-10832 (AT) (SN)<br><br>**NOTICE OF APPEARANCE** |

TO:　The Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned is admitted to practice in this Court and hereby enters his appearance in this case as counsel for Non-Party D, and requests that copies of all notices and other papers in the above-captioned action be served upon the undersigned as indicated below.

Dated: New York, New York
　　　　January 4, 2023

　　　　　　　　　　　　　　　　　　　PRYOR CASHMAN LLP

　　　　　　　　　　　　　　　　　　　By: */s/ E. Scott Schirick*
　　　　　　　　　　　　　　　　　　　　　E. Scott Schirick
　　　　　　　　　　　　　　　　　　　　　7 Times Square
　　　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　　　Tel: 212-421-4100
　　　　　　　　　　　　　　　　　　　　　SSchirick@PRYORCASHMAN.com
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Non-Party D*