UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>Defendants. | Case No. 1:20-cv-10832-AT-SN<br><br>Judge Analisa Torres<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE THAT James Q. Walker of Perkins Coie LLP, 1155 Avenue of the Americas, 22nd Floor, New York, New York 10036, a member of this Court in good standing, hereby respectfully enters an appearance for Cryptocurrency Exchange Declarant[1] in the above-captioned action. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated: New York, New York
January 4, 2023

**SIDLEY AUSTIN LLP**

By:  /s/ James Q. Walker
James Q. Walker
1155 Avenue of the
Americas, 22nd Floor
New York, New York 10036
Telephone: (212) 261-6864
Fax: (212) 399-8070
JamesWalker@perkinscoie.com

*Counsel for Cryptocurrency Exchange Declarant*

---

[1] In conformity with Section IV.A.ii of Your Honor's Individual Practices in Civil Cases, this Notice of Appearance refers to our client—the signatory of Declaration ECF No. 762—as "Cryptocurrency Exchange Declarant" so as to avoid revealing the confidential information that is the subject of a forthcoming Letter Motion to Redact.