███████ (617829)

March 9, 2017, 8:18 a.m.

None

"Dear Bradley, thank you for your reply and for providing the requested information and documentation. Glad to inform you that you have successfully concluded the procedure. Thank you for your cooperation. We have also instructed our Payments department to further process your deposit. According to our logs the funds were already credited to your account balance. Please be advised that we may contact you if additional KYC checking might be necessary. Should you have any questions or require any assistance in the future, please do not hesitate to contact our Support team by opening a new support ticket, by calling our support line: ███████████ or via support email: ███████ ███████ Thank you for using our services. Kind regards, ███████

6.  134262

███████████ (592503)

May 3, 2017, 6:54 a.m.

None

"Dear Bradley, we have received your withdrawal request and instructed our payment department to further process it. You should receive an email notification as soon as the funds are sent to the specified bank account. To process your future transfers without any unnecessary delays as well, we would however kindly ask you to provide the following: 1. Is your███████ account in any way being used in connection with a business or commercial related activity? If so, please clarify how? 2. What is the source of the XRP deposited to your███████ account? Please provide us with some supporting documentation which can confirm how XRP deposited to your███████ account were acquired. Thank you for your cooperation and we look forward to your reply. If you have any questions, please feel free to ask. Best regards, ███████████"

7.  134262

Bradley Kent Jr Garlinghouse (457379)

May 3, 2017, 3:42 p.m.

206.80.4.190

"1) . No. My███████ account is 100% for my personal use 2) The XRP that I recently deposited are associated with my personal incentive compensation from Ripple. Given that these are (by the US IRS) considered wages, I am selling some XRP to cover the tax bill. (the IRS doesn't accept XRP, yet ;) On #2 - as far as supporting documentation, I'd be happy to have the appropriate person at███████ talk to our General Counsel here at Ripple as required. "

8.  134262

CONFIDENTIAL TREATMENT REQUESTED BY ███████ ███████00000005

███████████ (592503)

May 8, 2017, 9:45 a.m.

None

"Dear Bradley, thank you for your reply and provided information. We also apologize for not getting back to you sooner however due to recent price increase and holidays a huge backlog has occurred on our end. We are pleased to inform you that our due-diligence procedures have been concluded however note that we may further contact you should any additional checking become necessary. Should you require any further assistance or information from our end, we remain at your service. Thank you for your cooperation and we wish you a pleasant day. Best regards, ███████████"

9. 455972

███████████ (647563)

Aug. 24, 2018, 7:13 a.m.

None

"Dear Bradley, I am writing in regard to your withdrawal ID 510414 and 5017036. As you are aware, we are currently dealing with an ongoing switch to a new payment service provider on our end, which is causing significant delays with processing USD withdrawals. While we are now doing our best to expedite the process, unfortunately such large withdrawals as yours are not doable at the moment. Therefore we kindly suggest one of the following options: 1.) You can submit several withdrawals with smaller amounts (up to 200,000.00 USD) and we will process them one by one, a few days/week difference in between. 2.) You can withdraw any other currency than USD and we will process your withdrawal using an unmodified rate from our bank's treasury. 3.) We can make an exception and process your WIRE withdrawals in EUR currency. Also processed with our bank's treasury rate. Please let me know if any of the suggestions seem viable for you and how you would like to proceed. Thank you for your patience regarding the matter and apologies for the inconvenience caused. Best regards, ███████████"

IP report

- IP Used Country
- 206.217.70.9 (3) United States
- 73.222.245.197 (108) United States
- 206.80.4.190 (39) United States
- 216.253.226.66 (249) United States
- 50.161.69.34 (2) United States
- 173.239.219.11 (1) United States
- 216.253.226.70 (7) United States
- 216.9.110.8 (1) United States
- 12.133.141.235 (146) United States
- 64.38.174.131 (298) United States
- 66.214.212.149 (5) United States
- 107.77.213.153 (7) United States
- 72.221.88.49 (5) United States
- 98.210.185.110 (17) United States
- 12.130.117.108 (1) United States
- 107.77.213.123 (1) United States

CONFIDENTIAL TREATMENT REQUESTED BY ███████████ ███████████ 00000006

- 24.120.53.37 (3) United States
- 75.104.69.152 (2) United States
- 12.130.117.201 (2) United States
- 104.36.133.110 (4) United States
- 104.153.224.168 (4) United States
- 160.79.218.130 (4) United States
- 127.0.0.1 (3) N/A
- 104.153.224.169 (7) United States
- 80.169.244.83 (3) Spain
- 91.126.137.50 (10) Spain
- 104.153.224.166 (8) United States
- 207.237.159.111 (6) United States
- 12.133.141.236 (2) United States
- 199.167.24.143 (1) Canada
- 62.6.133.95 (4) United Kingdom
- 24.130.15.170 (59) United States
- 75.104.70.251 (2) United States
- 216.80.7.242 (13) United States
- 65.210.89.2 (13) United States
- 38.109.65.27 (9) United States
- 4.78.252.19 (84) United States
- 107.77.213.235 (5) United States
- 24.103.92.132 (1) United States
- 12.130.118.26 (3) United States
- 24.51.76.91 (69) Bahamas
- 76.102.0.50 (32) United States
- 12.130.124.153 (9) United States
- 50.74.179.194 (1) United States
- 195.192.6.93 (6) Austria
- 98.179.179.223 (7) United States
- 64.245.136.99 (1) United States
- 205.153.95.177 (1) United States
- 12.27.65.223 (4) United States
- 136.179.21.70 (4) United States
- 12.130.124.12 (6) United States
- 86.157.171.24 (1) United Kingdom
- 129.250.204.182 (19) United States
- 208.184.161.156 (4) United States
- 107.77.216.29 (1) United States
- 208.184.161.160 (4) United States
- 195.68.21.20 (4) France
- 107.77.223.12 (1) United States
- 205.169.173.137 (5) United States
- 107.77.224.14 (1) United States
- 40.131.75.174 (4) United States
- 128.64.161.195 (1) United States
- 4.53.82.195 (13) United States
- 208.184.161.184 (4) United States
- 82.3.55.76 (4) United Kingdom
- 104.220.240.146 (1) United States

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮00000007

- 72.130.100.249 (1) United States
- 98.210.100.7 (1) United States
- 128.64.160.66 (5) United States
- 73.162.199.15 (1) United States
- 136.24.144.173 (29) United States
- 50.193.40.217 (1) United States
- 50.232.176.41 (4) United States
- 24.217.18.186 (1) United States
- 108.30.215.146 (14) United States
- 69.84.125.170 (1) United States
- 67.162.142.158 (4) United States
- 208.116.184.225 (5) United States
- 24.5.49.172 (14) United States

Trading Volume Report

- Year Month Volume
- 2017 February $0.00
- 2017 March $24,901.75
- 2017 April $424,980.13
- 2017 May $4,269,990.57
- 2017 June $2,338,207.22
- 2017 July $272,296.48
- 2017 August $2,634,841.66
- 2017 September $322,113.56
- 2017 October $1,632,898.72
- 2017 November $772,066.17
- 2017 December $29,599,840.22
- 2018 January $0.00
- 2018 February $0.00
- 2018 March $0.00
- 2018 April $0.00
- 2018 May $0.00
- 2018 June $0.00
- 2018 July $0.00
- 2018 August $0.00
- 2018 September $0.00
- 2018 October $0.00
- 2018 November $0.00
- 2018 December $0.00
- 2019 January $0.00
- 2019 February $0.00
- 2019 March $0.00
- 2019 April $0.00
- 2019 May $0.00
- 2019 June $0.00
- 2019 July $0.00
- 2019 August $0.00
- 2019 September $0.00
- 2019 October $0.00
- 2019 November $0.00

- 2019 December $0.00
- 2020 January $0.00
- 2020 February $0.00
- 2020 March $0.00
- 2020 April $0.00
- 2020 May $0.00
- 2020 June $0.00
- 2020 July $0.00
- 2020 August $0.00
- 2020 September $10,945.26
- 2020 October $0.00
- 2020 November $0.00
- 2020 December $0.00
- 2021 January $0.00
- 2021 February $0.00

Bank transactions

1. Status Date Amount From To Message Category
2. CRDT 03.02.2017 USD 49980.00 SVB PRIVATE BANK
   3301079024
   3003 TASMAN DRIVE SANTA CLARA CA 95054

   THE OAK STREET TRUST / 100003597939 LABURNUM RD
   ATHERTON CA 94027MESSAGE: 002457379599 BENEFICIARYACT NO            Closed
3. DBIT 05.03.2017 USD 249775.00

   THE OAK STREET TRUST

   1000035979
   39 LABURNUM 94027 ATHERTON US 457379 WIRE WITHDRAWAL 1522153 Closed
4. DBIT 05.08.2017 USD 499550.00

   THE OAK STREET TRUST

   1000035979
   US 39 LABURNUM 94027 ATHERTON, US NOTPROVIDED 457379 WIRE WITHDRAWAL 1536021 SI99
   Closed
5. DBIT 05.17.2017 USD 1498650.00

   THE OAK STREET TRUST

   1000035979
   39 LABURNUM 94027 ATHERTON US 457379 WIRE WITHDRAWAL 1550546 Closed
6. DBIT 05.25.2017 USD 1498650.00

   THE OAK STREET TRUST

   1000035979
   39 LABURNUM 94027 ATHERTON US 457379 WIRE WITHDRAWAL 1588189 Closed
7. DBIT 06.07.2017 USD 1498650.00

   THE OAK STREET TRUST

   1000035979
   US 39 LABURNUM 94027 ATHERTON, US NOTPROVIDED 457379 WIRE WITHDRAWAL 1639208 SI99
   Closed



8.  DBIT 06.27.2017 USD 1498650.00

    THE OAK STREET TRUST
    1000035979
    US 39 LABURNUM 94027 ATHERTON, US NOTPROVIDED 457379 WIRE WITHDRAWAL 1707452 SI99
    Closed
9.  DBIT 08.09.2017 USD 999100.00

    THE OAK STREET TRUST
    1000035979
    US 39 LABURNUM 94027 ATHERTON, US NOTPROVIDED 457379 WIRE WITHDRAWAL 1865293 SI99
    Closed
10. DBIT 08.24.2017 USD 999100.00

    THE OAK STREET TRUST
    1000035979
    US 39 LABURNUM 94027 ATHERTON, US NOTPROVIDED 457379 WIRE WITHDRAWAL 1940436 SI99
    Closed
11. DBIT 08.31.2017 USD 999100.00

    THE OAK STREET TRUST
    1000035979
    US 39 LABURNUM 94027 ATHERTON, US NOTPROVIDED 457379 WIRE WITHDRAWAL 1975541 SI99
    Closed
12. DBIT 08.04.2020 USD 9975.00

    Brad Garlinghouse
    1000035979
    39 Laburnum 94027 Atherton US 457379 WIRE WITHDRAWAL 8240082 8D8384689271A91 IMAD:
    20200804MMQFMPUR000012 Closed
13. DBIT 09.08.2020 USD 1198800.00

    Brad Garlinghouse
    1000035979
    39 Laburnum 94027 Atherton US 457379 WIRE WITHDRAWAL 8443899 8D854294352626A IMAD:
    20200908MMQFMPUR000993 Closed
14. DBIT 09.16.2020 USD 549450.00

    Brad Garlinghouse
    1000035979
    39 Laburnum 94027 Atherton US 457379 WIRE WITHDRAWAL 8483438 8D85A6F5FB9A4BC IMAD:
    20200916MMQFMPUR000428 Closed
15. DBIT 09.23.2020 USD 599400.00

    Brad Garlinghouse
    1000035979
    39 Laburnum 94027 Atherton US 457379 WIRE WITHDRAWAL 8515522 8D85FF20CF02BB5 IMAD:
    20200923MMQFMPUR000450 Closed
16. DBIT 09.29.2020 USD 549450.00

    Brad Garlinghouse
    1000035979

39 Laburnum 94027 Atherton US 457379 WIRE WITHDRAWAL 8542501 8D864AB237EEBA5 IMAD:
20200929MMQFMPUR000708 Closed

17. DBIT 10.13.2020 USD 1198800.00 ▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Brad Garlinghouse

1000035979
39 Laburnum 94027 Atherton US 457379 WIRE WITHDRAWAL 8608062 8D86FA5508C3447 IMAD:
20201013MMQFMPUR000879 Closed

18. DBIT 10.22.2020 USD 549450.00 ▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ BRADLEY KENT JR GARLINGHOUSE

1000035979
39 LABURNUM ATHERTON 94027 US 457379 WIRE WITHDRAWAL 8646455 4027840694 IMAD:
20201022MMQFMPUR000058 Closed

19. DBIT 11.12.2020 USD 419580.00 ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Bradley Kent Jr Garlinghouse

1000035979
39 Laburnum Atherton 94027 US 457379 WIRE WITHDRAWAL 8764853 8D886190EE1FF24 IMAD:
20201112MMQFMPUR000024 Closed

20. DBIT 12.09.2020 USD 4695300.00 ▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Kent Jr Garlinghouse

1000035979
39 Laburnum Atherton 94027 US 457379 WIRE WITHDRAWAL 9035486 8D89C35EACC5528 IMAD:
20201209MMQFMPUR000193 Closed

21. DBIT 01.11.2021 USD 99900.00 ▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Bradley Kent Jr Garlinghouse

1000035979
39 Laburnum 94027 Atherton US 457379 WIRE WITHDRAWAL 9437281 8D8B6665A7F62DF IMAD:
20210111MMQFMPUR001662 Closed

Withdrawals

1. ID Date and time Type Amount User name Customer data Status
2. 1436581 03.09.2017 18:23:53 Bitcoin (BTC) 20.75000000 BTC 457379
   1LM6aZhXptUqMRiyNJZSv8tcKH9xdsLxkK Finished
3. 1436596 03.09.2017 18:30:37 Ripple payment $24990.00 457379
   18098D358E2251C461A5BDC64169B4718A772D7970B86122959E4C553E092CB4 Finished
4. 1522153 04.30.2017 22:41:30 International wire transfer $250000.00 457379 Currency: USD
   THE OAK STREET TRUST

   Address:
   39 Laburnum
   94027 Atherton
   US

   Bank:
   Silicon Valley Bank
   3003 Tasman Drive
   95054
   Santa Clara

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮▮▮▮▮▮▮                                    ▮▮▮▮▮▮▮▮ 00000011

US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
For Further Credit to:
The Oak Street Trust, 100035979
Finished

5. 1536021 05.07.2017 00:19:14 International wire transfer $500000.00 457379 Currency: USD
THE OAK STREET TRUST

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 Tasman Drive
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

6. 1550546 05.12.2017 12:19:07 International wire transfer $1500000.00 457379 Currency: USD
THE OAK STREET TRUST

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 Tasman Drive
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

7. 1588189 05.24.2017 13:38:23 International wire transfer $1500000.00 457379 Currency: USD
   THE OAK STREET TRUST

   Address:
   39 Laburnum
   94027 Atherton
   US

   Bank:
   Silicon Valley Bank
   3003 TASMAN DRIVE
   95054
   Santa Clara
   US

   IBAN: 1000035979
   BIC: SVBKUS6S

   Comment:
   Finished

8. 1639208 06.06.2017 22:56:26 International wire transfer $1500000.00 457379 Currency: USD
   THE OAK STREET TRUST

   Address:
   39 Laburnum
   94027 Atherton
   US

   Bank:
   Silicon Valley Bank
   3003 TASMAN DRIVE
   95054
   Santa Clara
   US

   IBAN: 1000035979
   BIC: SVBKUS6S

   Comment:
   Finished

9. 1707452 06.23.2017 17:03:48 International wire transfer $1500000.00 457379 Currency: USD
   THE OAK STREET TRUST

   Address:
   39 Laburnum
   94027 Atherton
   US

   Bank:
   Silicon Valley Bank

CONFIDENTIAL TREATMENT REQUESTED BY

00000013

3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S


Comment:
Finished

10. 1865293 08.08.2017 13:09:09 International wire transfer $1000000.00 457379 Currency: USD
THE OAK STREET TRUST

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S


Comment:
Finished

11. 1940436 08.24.2017 01:01:09 International wire transfer $1000000.00 457379 Currency: USD
THE OAK STREET TRUST

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

12. 1975541 08.30.2017 23:11:10 International wire transfer $1000000.00 457379 Currency: USD
THE OAK STREET TRUST

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

13. 2172387 10.08.2017 16:03:58 International wire transfer $1000000.00 457379 Currency: USD
THE OAK STREET TRUST

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Failed

14. 2176958 10.09.2017 14:39:56 International wire transfer $1000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S


Comment:
Finished

15. 2318855 11.02.2017 12:55:17 International wire transfer $1000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S


Comment:
Finished

16. 2759951 12.11.2017 04:11:00 International wire transfer $1000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

17. 2903218 12.17.2017 09:24:24 International wire transfer $2000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

18. 2945818 12.19.2017 05:17:49 International wire transfer $3000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

19. 2972120 12.20.2017 01:39:21 International wire transfer $2000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

CONFIDENTIAL TREATMENT REQUESTED BY

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished
20. 3138286 12.27.2017 20:59:01 International wire transfer $5000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished
21. 3167562 12.29.2017 04:45:28 International wire transfer $3000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

22. 3202544 12.30.2017 03:54:56 International wire transfer $9000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S


Comment:
Finished

23. 3277880 01.02.2018 15:17:14 International wire transfer $5400000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S


Comment:
Canceled

24. 3280002 01.02.2018 16:24:05 International wire transfer $5400000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton

US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished
25. 3513597 01.09.2018 15:38:46 International wire transfer $7000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished
26. 3718797 01.17.2018 15:18:31 International wire transfer $5000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979

BIC: SVBKUS6S

Comment:
Finished

27. 3925771 02.01.2018 13:01:17 International wire transfer $3000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

28. 4082297 02.14.2018 16:48:19 International wire transfer $6500000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

29. 4213650 03.02.2018 04:49:33 International wire transfer $3000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum

94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

30. 4340201 03.19.2018 15:10:26 International wire transfer $2100000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

31. 4392491 03.27.2018 19:08:40 International wire transfer $1400000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

CONFIDENTIAL TREATMENT REQUESTED BY

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished
32. 4496455 04.14.2018 18:10:34 International wire transfer $1500000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished
33. 4547258 04.23.2018 21:55:03 International wire transfer $2000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished
34. 4591680 05.01.2018 12:37:42 International wire transfer $4000000.00 457379 Currency: USD
Brad Garlinghouse

Address:

CONFIDENTIAL TREATMENT REQUESTED BY

39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

35. 4680305 05.17.2018 14:16:09 International wire transfer $1800000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

36. 4775703 06.06.2018 15:23:11 International wire transfer $1900000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

CONFIDENTIAL TREATMENT REQUESTED BY

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished
37. 4865445 06.25.2018 21:39:46 International wire transfer $1900000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished
38. 4958538 07.19.2018 20:53:03 International wire transfer $1300000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished
39. 5017036 08.03.2018 16:26:13 International wire transfer $1800000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Failed

40. 5104146 08.23.2018 13:13:27 International wire transfer $1200000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Failed

41. 5129871 08.30.2018 14:30:13 Ripple payment $750000.00 457379
6FB61D10C5FE0291CC2B502DFAC0FB52E2434057B53E56DFF7F083079F90CBA5 Finished
42. 5141163 09.02.2018 13:44:51 Ripple payment $2400000.00 457379
00A1F5F031F17B0B8AA3ABDAA94C511C335BAB6CB0E34C09A774B6598F389BCF Finished
43. 5145542 09.03.2018 17:36:53 Ripple payment $600000.00 457379
FCD9E3A8B0FF9C6E14A7B559F3640ACECE257A373ED6867DB570C17603BAD45E Finished
44. 5301775 10.07.2018 16:04:20 International wire transfer $2300000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

 00000026

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145


Comment:
Finished

45. 5352250 10.19.2018 14:27:16 International wire transfer $2200000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145


Comment:
Finished

46. 5401373 11.02.2018 18:01:56 International wire transfer $1500000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

CONFIDENTIAL TREATMENT REQUESTED BY

00000027

Comment:
Finished

47. 5459725 11.16.2018 00:21:35 International wire transfer $2000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

48. 5504245 11.24.2018 18:36:14 International wire transfer $1700000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

49. 5568937 12.07.2018 01:28:30 International wire transfer $1800000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton

CONFIDENTIAL TREATMENT REQUESTED BY 00000028

US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145


Comment:
Finished

50. 5633278 12.20.2018 14:41:37 International wire transfer $1500000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145


Comment:
Finished

51. 5689713 01.04.2019 06:32:06 International wire transfer $2400000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979

CONFIDENTIAL TREATMENT REQUESTED BY

BIC: 121145145

Comment:
Finished

52. 5772354 01.26.2019 00:10:32 International wire transfer $1800000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

53. 5857416 02.18.2019 15:16:57 International wire transfer $2000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

54. 5930488 03.08.2019 02:11:43 International wire transfer $4500000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum

94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

55. 5982209 03.22.2019 22:21:49 International wire transfer $2500000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

56. 6040039 04.05.2019 09:19:14 International wire transfer $3000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

CONFIDENTIAL TREATMENT REQUESTED BY

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

57. 6093533 04.18.2019 15:21:35 International wire transfer $2800000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

58. 6246381 05.20.2019 16:27:29 International wire transfer $1300000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

59. 6345063 06.07.2019 17:17:05 International wire transfer $2000000.00 457379 Currency: USD
Brad Garlinghouse

Address:

CONFIDENTIAL TREATMENT REQUESTED BY 00000032

39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

60. 6437253 06.25.2019 15:58:16 International wire transfer $3300000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

61. 6522575 07.09.2019 13:42:29 International wire transfer $4700000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮▮▮ ▮▮▮▮00000033

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

62. 6608960 07.25.2019 19:26:42 International wire transfer $4100000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

63. 6721528 08.19.2019 14:39:55 International wire transfer $1900000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

64. 6765332 08.31.2019 17:58:58 International wire transfer $1300000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145


Comment:
Finished
65. 6852511 09.26.2019 19:03:37 International wire transfer $2800000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145


Comment:
Finished
66. 6983449 10.29.2019 20:25:53 International wire transfer $3000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara

US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

67. 7231754 01.07.2020 15:43:41 International wire transfer $200000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

68. 8240082 08.03.2020 20:26:43 International wire transfer $10000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

69. 8331527 08.19.2020 16:14:35 International wire transfer $1700000.00 457379 Currency: USD
Brad Garlinghouse

CONFIDENTIAL TREATMENT REQUESTED BY

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145


Comment:
Finished
70. 8362436 08.25.2020 16:07:53 International wire transfer $1200000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145


Comment:
Finished
71. 8404359 09.01.2020 19:29:35 International wire transfer $750000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054

CONFIDENTIAL TREATMENT REQUESTED BY █████████ █████████00000037

Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

72. 8443899 09.08.2020 16:10:18 International wire transfer $1200000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

73. 8483438 09.16.2020 17:44:28 International wire transfer $550000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮▮▮ ▮▮▮▮00000038

74. 8495295 09.19.2020 00:12:43 Bitcoin (BTC) 0.01050000 BTC 457379
3NPS7d3oAN6pjV13VTN7MezyqCQoMi2n1R Finished
75. 8495365 09.19.2020 00:48:46 Bitcoin (BTC) 0.99050000 BTC 457379
3NPS7d3oAN6pjV13VTN7MezyqCQoMi2n1R Finished
76. 8515522 09.23.2020 18:20:16 International wire transfer $600000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145


Comment:
Finished
77. 8542501 09.29.2020 18:49:45 International wire transfer $550000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145


Comment:
Finished
78. 8608062 10.13.2020 13:41:56 International wire transfer $1200000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton

US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

79. 8646455 10.21.2020 16:52:13 International wire transfer $550000.00 457379 Currency: USD
Bradley Kent Jr Garlinghouse

Address:
39 Laburnum
Atherton 94027
US

Bank:
SVB Private Bank
3003 Tasman Drive,

Santa Clara 95054
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

80. 8678211 10.27.2020 19:25:15 International wire transfer $650000.00 457379 Currency: USD
Bradley Kent Jr Garlinghouse

Address:
39 Laburnum
Atherton 94027
US

Bank:
SVB Private Bank
3003 Tasman Drive,

Santa Clara 95054
US

IBAN: 1000035979

BIC: 121145145

Comment:
Finished

81. 8718242 11.03.2020 18:56:02 International wire transfer $515000.00 457379 Currency: USD
Bradley Kent Jr Garlinghouse

Address:
39 Laburnum
Atherton 94027
US

Bank:
SVB Private Bank
3003 Tasman Drive,

Santa Clara 95054
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

82. 8764853 11.10.2020 19:31:20 International wire transfer $420000.00 457379 Currency: USD
Bradley Kent Jr Garlinghouse

Address:
39 Laburnum
Atherton 94027
US

Bank:
SVB Private Bank
3003 Tasman Drive,

Santa Clara 95054
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

83. 9035486 12.08.2020 22:49:45 International wire transfer $4700000.00 457379 Currency: USD
Bradley Kent Jr Garlinghouse

Address:
39 Laburnum

Atherton 94027
US

Bank:
SVB Private Bank
3003 Tasman Drive,

Santa Clara 95054
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

84. 9437281 01.11.2021 17:02:35 International wire transfer $100000.00 457379 Currency: USD
Bradley Kent Jr Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
SVB Private Bank
3003 Tasman Drive,
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

CONFIDENTIAL TREATMENT REQUESTED BY

00000042

# PX 394

# Christian Anton Larsen

| | |
|---|---|
| Verified | YES |
| Customer ID | 46904 |
| Deposit reference | 59146904007 |
| First and last name | Christian Anton Larsen |
| Address | 2621 Larkin St. |
| Postal code and city | 94109 San Francisco |
| Country of residence | United States of America |
| Nationality | United States of America |
| State | California |
| Date of birth (day.month.year) | REDACTED - PII |
| Document ID | **REDACTED - PII** |
| Document type | Passport |
| Expiry date | Nov. 14, 2027 |
| Tax ID | |
| SSN | **REDACTED - PII** |
| E-mail address | Chris@ripple.com |
| Date joined | Jan. 8, 2013, 8:20 a.m. |
| Last login | Dec. 15, 2020, 9:58 p.m. |
| Account value | 187480.00 USD |
| USD balance | 100.07 USD |
| BCH balance | 5.15585174 BCH |
| XRP balance | 19018.72883609 XRP |
| BTC balance | 5.10535174 BTC |
| Bank Deposits | 6000.00 USD |
| Astropay Deposits | 0.00 USD |
| Vogogo Echeck Deposits | 0.00 USD |
| Vogogo Credit Cards Deposits | 0.00 USD |
| Ripple USD Deposits | 291256452.36 USD |
| Credit Card USD Deposits | 0.00 USD |
| Ripple BTC Deposits | 0.00000000 BTC |
| Bank withdrawals | 283958997.00 USD |

| Intercash withdrawals | 0.00 USD |
|---|---|
| Ripple USD Withdrawals | 7904067.94 USD |
| Gold Withdrawals | 0.00 USD |
| XRP purchases made | 0.00000000 XRP |
| All Deposit Addresses | 1. BTC - 18bH9kij7pDYn8ZLPqCvNybPtFxc96HYvd (Created: Jan. 8. 2013)<br>2. BTC - 34jTbfDp2NEkrNX9yi5LDyuP7GjHNpw6w6 (Created: Mar. 13. 2020)<br>3. BTC - 3MNtsp88wH7dpCZ3VXYyfcVntwiSxZ5SA5 (Created: May. 3. 2017)<br>4. XRP - rDsbeomae4FXwgQTJp9Rs64Qg9vDiTCdBv?dt=78062512 (Created: Oct. 14. 2020)<br>5. LTC - MDxPB21D864oPoVosFFuCRQDk5GyBcwaEf (Created: Mar. 13. 2020)<br>6. BCH - 32xjav4vX93dG7huVzVW414fV7BHjUeW1x (Created: Mar. 13. 2020) |
| BTC deposits SUM | 85.00000000 BTC |
| BTC withdrawals SUM | 30.65000000 BTC |
| BTC withdrawal addresses | **XRP:**<br><br>1. 458AC7A2154991B0495DFFF7F1D6BE5812C5979AA5C5D134D4C4C8C0FC863FF2 (1.00000000)<br>2. D020C71F48E1C800840A234361E6FEAEDEF6ABEEEB5F92554477AE5BB2C4E93D (4.40000000)<br>3. 3CA48D5069A3F78F9B849282CE1FFA46E59988AA76B46138A5E456C409653AAA (10.00000000)<br>4. 5B0D344A0A4CF4F47B57315403624C2A96E7AC415DEE2D546B691969353B9831 (5.00000000)<br>5. 7B2F5CB7CE590A84896C26C69778F43680C3AF1550F4A1F404CA3F6C8FADB0F3 (4.60000000)<br><br>**BTC:**<br><br>1. 14QGCdhiiKPsJmqXawsj4DZoPKW5EqheBy (10.00000000)<br>2. 18Nqk6VuBX5Sy1coH1Y38fwzEZasHeo3mn (0.05050000) |
| XRP deposits SUM | 2030.00000000 XRP |
| XRP withdrawals SUM | 7220023.14000000 XRP |
| XRP withdrawal addresses | **XRP:**<br><br>1. r4sL7JrJFJY2HDF8ZVCnDK1a7hkLvq6wPE (5200000.00000000) chris larsen<br>2. rwSYxsmP1GBgtoBn8Dsh1dfPaTovzg3vEf (2000000.00000000) XRPCHAT<br>3. rLABzEhmPukcVzN3YvrpJhdZ4ivz6MMZht (10000.00000000) Todd Gillum<br>4. rkGQ4yb3Xgv1JWHuqVjJ1UoVkZ4ryijEh (10000.00000000) |

CONFIDENTIAL TREATMENT REQUESTED BY

| | 5.   rNU7Mv4srMMUYLrF3yJAGR1q7K9k3mYHZp (23.14000000) |
|---|---|
| LTC deposits SUM | 0.00000000 LTC |
| LTC withdrawals SUM | 0.00000000 LTC |
| LTC withdrawal addresses | |
| ETH deposits SUM | 0.00000000 ETH |
| ETH withdrawals SUM | 0.00000000 ETH |
| ETH withdrawal addresses | |
| BCH deposits SUM | 5.15585174 BCH |
| BCH withdrawals SUM | 0.00000000 BCH |
| BCH withdrawal addresses | |
| XLM deposits SUM | 0.00000000 XLM |
| XLM withdrawals SUM | 0.00000000 XLM |
| XLM withdrawal addresses | |
| PAX deposits SUM | 0.00000000 PAX |
| PAX withdrawals SUM | 0.00000000 PAX |
| PAX withdrawal addresses | |
| LINK deposits SUM | 0.00000000 LINK |
| LINK withdrawals SUM | 0.00000000 LINK |
| LINK withdrawal addresses | |
| OMG deposits SUM | 0.00000000 OMG |
| OMG withdrawals SUM | 0.00000000 OMG |
| OMG withdrawal addresses | |
| USDC deposits SUM | 0.00000000 USDC |
| USDC withdrawals SUM | 0.00000000 USDC |

CONFIDENTIAL TREATMENT REQUESTED BY

| USDC withdrawal addresses | |
|---|---|
| KYC Q&A | |
| Your current occupation: | Employed |
| Your current profession: | Financial services - Other |
| Your annual income: | More than $300,000 |
| Your net worth: | More than $1,000,000 |
| Your source of funds: | Investment proceeds |
| Your annual deposit estimation: | |
| Your annual transaction number estimation: | 5 to 10 |
| What are your intended activities on our platform? | Trading |
| Do you intend to cash out at ▆▆▆? | Yes |
| What is the origin of your crypto assets? | Investment/trading proceeds |

Support tickets

1. 101877

   Christian Anton Larsen (46904)

   Dec. 11, 2015, 6:05 p.m.

   None

   "Please be advise that I made a withdrawal request of $176,000 to my Citibank Account. All KYC information should have cleared but should you need anything, please let us know. My EA, Anna See can provide anything you need. Thanks! Chris Larsen"

2. 101877

   ▆▆▆ (732427)

   Dec. 12, 2015, 8:40 a.m.

None

"Dear Chris, Thank you for letting us know. We will process your withdrawal request as soon as possible and get in touch with you/your EA in case we need any additional information. I would also like to inform you that the withdrawal will be reviewed on Monday. I remain available in case you have any further questions. Best regards, "

3.  101877

    ▇▇▇▇ (617829)

    Dec. 14, 2015, 9:47 a.m.

    None

    "Dear Chris, your withdrawal should be processed as soon as possible according to the procedures of our payments department. We kindly ask you to provide the following information regarding your withdrawal request: 1. What is the reason for your withdrawal? 2. What is the source of funds that were deposited via ripple? 3. Does Mrs. Anna See have full access to this account? If yes, please provide a signed and dated authorization along with an image of her ID and stated residential address. Thank you for your cooperation. Should you have any questions or require any assistance in the meantime, please do not hesitate to ask. Looking forward to hearing from you. Best regards,▇▇▇▇▇▇

4.  101877

    Christian Anton Larsen (46904)

    Feb. 11, 2016, 5:51 p.m.

    206.80.4.190

    "1. Just needed the USD proceeds from my XRP trades. 2. Funds were deposited from GSR, the agent that manages my XRP trades. 3. Yes, Anna See does have full access to my account and I have attached the requested documents. "

5.  101877

    ▇▇▇▇ (617829)

    Feb. 12, 2016, 3:13 p.m.

    None

    "Dear Chris, thank you for your reply, provided information and documentation. We are glad to inform you that the procedure is concluded. Thank you for your cooperation. Should you have any questions or require any assistance, please do not hesitate to ask. Best regards,▇▇▇▇▇▇

6.  101877

█████ (240487)

April 5, 2016, 8:51 a.m.

None

"Dear Christian, we have received your withdrawal request and instructed our payment department to further process it. You will receive an e-mail notification as soon as the process is concluded and funds sent to the designated account. However, we kindly ask you to provide us with some financial document that will confirm the source of funds that are being deposited to your ███████ account. Please note that you may omit any sensitive information on your document. We thank you for your cooperation and look forward to hearing from you. Best regards, █████████

7. 101877

████████622793)

Aug. 3, 2016, 7:52 a.m.

None

"Dear Christian, we have received your withdrawal request and instructed our payment department to further process it. You will receive an e-mail notification as soon as the process is concluded and funds sent to the designated account. As instructed by my colleague in the previous ticket, we kindly ask you to provide us with any financial documentation which can confirm how the funds sent to your████████ account were acquired. Should you have any additional questions in the meantime, please feel free to ask. We look forward to your reply. Best regards, █████████

8. 149588

████████████ (335350)

May 22, 2017, 8:23 a.m.

None

"Dear Christian Anton, we received your withdrawal request and instructed the payments department to further process the outstanding transaction in accordance with their procedures as soon as possible. We do however kindly ask you to provide any relevant financial documents that disclose the origin of the funds which you have been withdrawing from your account in the past 2 months. Looking forward to your reply. Best regards, █████████████

9. 149588

Christian Anton Larsen (46904)

May 22, 2017, 4:02 p.m.

71.198.225.23

CONFIDENTIAL TREATMENT REQUESTED BY ██████████                    ███████00000076

"Hello███ I am one of the 3 founders and previous CEO of Ripple. Attached is a document (article) from the American Banker, one of the most respected journals in the banking industry, that confirms my name and photo as cofounder, CEO and executive Chairman. As a founder I was originally given a large amount of XRP (9 billion) when the technology was created in 2012.

https://www.americanbanker.com/news/chris-larsen-stepping-down-as-ceo-at-ripple Thank you, Chris Larsen 1-650-740-3518"

10. 149588

███████ (335350)

May 27, 2017, 11:20 a.m.

None

"Dear Chris, we apologize for the late reply. Do the Fiat deposits via the ripple network originate from the sale of XRP on another market place? If so please provide a screenshot of the withdrawal. Have a nice weekend. Best regards,███████

11. 149588

Christian Anton Larsen (46904)

May 30, 2017, 3:39 p.m.

71.198.225.23

"Yes, the fiat deposits to███ originate from sales of XRP through the Market Maker and XRP sales contract from GSR. Please see GSR XRP sales statement attached. Thank you"

12. 149588

███████ (335350)

May 31, 2017, 2:24 p.m.

None

"Dear Christian Anton, thank you for the email, we do however kindly ask you to provide a screenshot or any relevant documents which confirm that the XRP which are being liquidated are your personal assets. Thank you for your patience and understanding. Best regards,███████

13. 149588

Christian Anton Larsen (46904)

June 6, 2017, 4:06 p.m.

CONFIDENTIAL TREATMENT REQUESTED BY ███████                                    ███00000077

216.253.226.70

"Please discuss with ███ and close this ticket as soon as you can. Thank you!"

14. 149588

   ███████████ (335350)

   June 7, 2017, 8:07 a.m.

   None

   "Dear Christian Anton, already discussed this with ███ As the provided trading report does not state that the XRP which are being liquidated are personal assets or that you have a personal account/contract with GSR, please provide any relevant document which shows that you have a personal account/contract with GSR for liquidating the XRP which you received as a founder of XRP. Note that the transactions are being processed normally without any delays on our side. Looking forward to your reply. Best regards, ███
   ███

15. 149588

   Christian Anton Larsen (46904)

   June 9, 2017, 6:22 p.m.

   98.207.147.66

   "Dear ███ Attached is the first page and the signature pages of the agreement for your review. Thanks, Chris "

IP report

- IP Used Country
- 67.169.77.232 (20) United States
- 50.0.103.34 (12) United States
- 127.0.0.1 (8) N/A
- 12.201.135.66 (2) United States
- 64.206.235.200 (1) United States
- 208.90.215.186 (58) United States
- 67.180.198.218 (1) United States
- 208.176.200.227 (1) United States
- 67.203.147.98 (1) United States
- 72.215.80.76 (1) United States
- 72.215.80.190 (2) United States
- 72.215.81.7 (1) United States
- 70.199.195.255 (1) United States
- 72.215.83.243 (1) United States
- 70.199.195.56 (1) United States
- 69.12.158.130 (1) United States
- 216.239.55.193 (1) United States
- 207.21.121.130 (1) United States

CONFIDENTIAL TREATMENT REQUESTED BY ███████████ ████00000078

- 65.115.226.27 (1) United States
- 208.72.12.4 (1) United States
- 171.64.223.21 (1) United States
- 24.104.69.2 (1) United States
- 209.251.202.167 (1) United States
- 64.79.114.50 (1) United States
- 74.85.5.93 (1) United States
- 206.80.4.190 (118) United States
- 98.207.151.18 (5) United States
- 50.185.57.171 (1) United States
- 38.99.24.2 (5) United States
- 201.144.24.210 (5) Mexico
- 73.15.103.50 (7) United States
- 73.162.120.36 (36) United States
- 70.197.65.104 (4) United States
- 70.197.8.23 (1) United States
- 71.198.225.23 (116) United States
- 81.171.85.138 (3) Germany
- 12.236.254.246 (60) United States
- 174.238.141.48 (5) United States
- 98.207.147.66 (34) United States
- 114.160.49.199 (1) Japan
- 104.153.224.168 (3) United States
- 70.214.14.180 (1) United States
- 70.213.5.54 (1) United States
- 72.215.80.171 (2) United States
- 216.253.226.70 (3) United States
- 69.167.27.130 (1) United States
- 208.91.66.200 (7) United States
- 12.133.141.235 (73) United States
- 73.223.255.162 (31) United States
- 71.202.47.30 (9) United States
- 166.216.158.11 (2) United States
- 174.214.11.52 (7) United States
- 98.207.102.220 (77) United States
- 67.188.200.163 (5) United States
- 66.70.216.122 (11) Canada
- 4.78.252.19 (126) United States
- 35.167.133.144 (1) United States
- 192.99.114.244 (4) Canada
- 64.79.119.162 (4) United States
- 73.71.242.104 (5) United States
- 98.210.255.202 (101) United States
- 174.214.16.28 (4) United States
- 174.215.40.195 (1) United States
- 174.214.10.113 (4) United States
- 103.40.150.146 (8) Thailand
- 98.210.96.83 (4) United States

Trading Volume Report

CONFIDENTIAL TREATMENT REQUESTED BY 00000079

- Year Month Volume
- 2013 January $0.00
- 2013 February $149.25
- 2013 March $3,763.57
- 2013 April $0.00
- 2013 May $0.00
- 2013 June $4,001.20
- 2013 July $0.00
- 2013 August $0.00
- 2013 September $0.00
- 2013 October $0.00
- 2013 November $0.00
- 2013 December $0.00
- 2014 January $0.00
- 2014 February $0.00
- 2014 March $0.00
- 2014 April $0.00
- 2014 May $0.00
- 2014 June $0.00
- 2014 July $0.00
- 2014 August $0.00
- 2014 September $0.00
- 2014 October $0.00
- 2014 November $0.00
- 2014 December $0.00
- 2015 January $0.00
- 2015 February $0.00
- 2015 March $0.00
- 2015 April $0.00
- 2015 May $0.00
- 2015 June $0.00
- 2015 July $0.00
- 2015 August $0.00
- 2015 September $0.00
- 2015 October $0.00
- 2015 November $0.00
- 2015 December $0.00
- 2016 January $0.00
- 2016 February $0.00
- 2016 March $0.00
- 2016 April $0.00
- 2016 May $0.00
- 2016 June $0.00
- 2016 July $0.00
- 2016 August $0.00
- 2016 September $0.00
- 2016 October $0.00
- 2016 November $0.00
- 2016 December $0.00
- 2017 January $5,486.28

CONFIDENTIAL TREATMENT REQUESTED BY ████████████ ████████ 00000080

- 2017 February $0.00
- 2017 March $152,344.12
- 2017 April $400,259.68
- 2017 May $571,397.84
- 2017 June $0.00
- 2017 July $0.00
- 2017 August $0.00
- 2017 September $0.00
- 2017 October $0.00
- 2017 November $0.00
- 2017 December $0.00
- 2018 January $0.00
- 2018 February $0.00
- 2018 March $0.00
- 2018 April $0.00
- 2018 May $0.00
- 2018 June $0.00
- 2018 July $0.00
- 2018 August $0.00
- 2018 September $0.00
- 2018 October $0.00
- 2018 November $0.00
- 2018 December $0.00
- 2019 January $0.00
- 2019 February $0.00
- 2019 March $0.00
- 2019 April $0.00
- 2019 May $0.00
- 2019 June $0.00
- 2019 July $0.00
- 2019 August $0.00
- 2019 September $0.00
- 2019 October $0.00
- 2019 November $0.00
- 2019 December $0.00
- 2020 January $0.00
- 2020 February $0.00
- 2020 March $0.00
- 2020 April $0.00
- 2020 May $0.00
- 2020 June $0.00
- 2020 July $0.00
- 2020 August $0.00
- 2020 September $0.00
- 2020 October $0.00
- 2020 November $0.00
- 2020 December $0.00
- 2021 January $0.00
- 2021 February $0.00

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮▮▮▮                                  ▮▮▮▮00000081

Bank transactions

1. Status Date Amount From To Message Category
2. CRDT 02.18.2013 USD 1000.00 CHRISTIAN LARSEN TTEE FBO
   5V 26510

   /RFB/00657720130215PW 59146904007 Closed
3. CRDT 02.22.2013 USD 5000.00 CHRISTIAN LARSEN TTEE FBO
   5V 26510

   /RFB/00655720130221PW 59146904007 Closed
4. DBIT 12.14.2015 USD 175841.60 ▮▮▮▮▮▮▮▮▮▮▮

   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ , BERKSHIRE CHRISTIAN ANTON LARSEN
   0050547918
   US 2621 LARKIN ST. 94109 SAN FRANCISCO NOTPROVIDED 46904 WIRE WITHDRAWAL 945365 SI99
   Closed
5. DBIT 02.16.2016 USD 80427.55 ▮▮▮▮▮▮▮▮▮▮

   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ CHRISTIAN ANTON LARSEN
   0050547918
   US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1002540 SI99
   Closed
6. DBIT 03.03.2016 USD 120391.55 ▮▮▮▮▮▮▮▮▮▮

   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ CHRISTIAN ANTON LARSEN
   0050547918
   US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1022734 SI99
   Closed
7. DBIT 04.05.2016 USD 99910.00 ▮▮▮▮▮▮▮▮▮▮

   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮CHRISTIAN ANTON LARSEN
   0050547918
   US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1053982 SI99
   Closed
8. DBIT 05.04.2016 USD 113897.40 ▮▮▮▮▮▮▮▮▮▮

   ▮▮▮▮▮▮▮▮▮▮▮▮▮CHRISTIAN ANTON LARSEN
   0050547918
   2621 LARKIN ST. 94109 SAN FRANCISCO US 46904 WIRE WITHDRAWAL 1078277 Closed
9. DBIT 06.07.2016 USD 85922.60 ▮▮▮▮▮▮▮▮▮

   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮E CHRISTIAN ANTON LARSEN
   0050547918
   US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1109698 SI99
   Closed
10. DBIT 06.21.2016 USD 106903.70 ▮▮▮▮▮▮▮▮▮

    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ CHRISTIAN ANTON LARSEN
    0050547918

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ 00000082

US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1124960 SI99
Closed

11. DBIT 07.07.2016 USD 104905.50 ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮ CHRISTIAN ANTON LARSEN

0050547918
US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1142436 SI99
Closed

12. DBIT 08.03.2016 USD 115895.60 ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮ CHRISTIAN ANTON LARSEN

0050547918
US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1168119 SI99
Closed

13. DBIT 08.22.2016 USD 54950.50 ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮ CHRISTIAN ANTON LARSEN

0050547918
US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1186038 SI99
Closed

14. DBIT 10.06.2016 USD 119892.00 ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮ CHRISTIAN ANTON LARSEN

0050547918
US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1236321 SI99
Closed

15. DBIT 10.24.2016 USD 100309.64 ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮ CHRISTIAN ANTON LARSEN

0050547918
US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1254530 SI99
Closed

16. DBIT 10.25.2016 USD 99910.00 ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮ CHRISTIAN ANTON LARSEN

0050547918
US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1257210 SI99
Closed

17. DBIT 11.07.2016 USD 99910.00 ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮ CHRISTIAN ANTON LARSEN

0050547918
US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1272843 SI99
Closed

18. DBIT 11.15.2016 USD 99910.00 ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮CHRISTIAN ANTON LARSEN

0050547918
US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1282557 SI99
Closed

19. DBIT 11.23.2016 USD 99910.00 ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮00000083

CHRISTIAN ANTON LARSEN

0050547918
US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1292992 SI99
Closed

20. DBIT 12.06.2016 USD 88320.44

CHRISTIAN ANTON LARSEN

0050547918
US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1308329 SI99
Closed

21. DBIT 12.23.2016 USD 99910.00

CHRISTIAN ANTON LARSEN

0050547918
US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1331989 SI99
Closed

22. DBIT 01.10.2017 USD 94414.95

CHRISTIAN ANTON LARSEN

0050547918
US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1352973 SI99
Closed

23. DBIT 02.13.2017 USD 99910.00

CHRISTIAN ANTON LARSEN

0050547918
US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1399124 SI99
Closed

24. DBIT 04.04.2017 USD 599460.00

CHRISTIAN ANTON LARSEN

0050547918
2621 LARKIN ST. 94109 SAN FRANCISCO US 46904 WIRE WITHDRAWAL 1478291 Closed

25. DBIT 04.06.2017 USD 308721.90

CHRISTIAN ANTON LARSEN

0050547918
US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1483641 SI99
Closed

26. DBIT 04.24.2017 USD 299730.00

CHRISTIAN ANTON LARSEN

0050547918
US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1508049 SI99
Closed

27. DBIT 05.04.2017 USD 182835.30

CHRISTIAN ANTON LARSEN

0050547918
US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1528208 SI99
Closed

28. DBIT 05.08.2017 USD 1498650.00 █████████████████

█████████ ████████████████████ CHRISTIAN ANTON LARSEN
0050547918
US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1537581 SI99
Closed

29. DBIT 05.09.2017 USD 999100.00 ███████████████

█████████ ████████████████████ CHRISTIAN ANTON LARSEN
0050547918
US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1541533 SI99
Closed

30. DBIT 05.11.2017 USD 1448695.00 ███████████████

█████████ ████████████████████ CHRISTIAN ANTON LARSEN
0050547918
US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1546109 SI99
Closed

31. DBIT 05.17.2017 USD 1698470.00 ████████████

████████████████████████ CHRISTIAN ANTON LARSEN
0050547918
2621 LARKIN ST. 94109 SAN FRANCISCO US 46904 WIRE WITHDRAWAL 1556188 Closed

32. DBIT 05.18.2017 USD 3057246.00 ████████████

████████████████████████ CHRISTIAN ANTON LARSEN
0050547918
2621 LARKIN ST. 94109 SAN FRANCISCO US 46904 WIRE WITHDRAWAL 1559107 Closed

33. DBIT 05.22.2017 USD 3996400.00 ██████████████████

█████████ ████████████████████ CHRISTIAN ANTON LARSEN
0050547918
US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1569019 SI99
Closed

34. DBIT 05.22.2017 USD 6993700.00 ████████████

█████████ ████████████████████ CHRISTIAN ANTON LARSEN
0050547918
US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1571886 SI99
Closed

35. DBIT 06.02.2017 USD 4795680.00 ███████████

█████████ ████████████████████ CHRISTIAN ANTON LARSEN
0050547918
US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1612059 SI99
Closed

36. DBIT 06.09.2017 USD 3696670.00 ███████████

█████████ ████████████████████ CHRISTIAN ANTON LARSEN
0050547918
US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1646235 SI99
Closed

CONFIDENTIAL TREATMENT REQUESTED BY ████████████ ████████ 00000085



37. DBIT 06.27.2017 USD 494254.77 ███████████
   ███████████████████████████ CHRISTIAN ANTON LARSEN
   0050547918
   US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1717793 SI99
   Closed

38. DBIT 07.10.2017 USD 499550.00 ███████████
   ███████████████████████████ CHRISTIAN ANTON LARSEN
   0050547918
   US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1763086 SI99
   Closed

39. DBIT 07.28.2017 USD 499550.00 ███████████
   ███████████████████████████ CHRISTIAN ANTON LARSEN
   0050547918
   US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1825636 SI99
   Closed

40. DBIT 08.02.2017 USD 249775.00 ███████████
   ███████████████████████████ CHRISTIAN ANTON LARSEN
   0050547918
   US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1843735 SI99
   Closed

41. DBIT 08.08.2017 USD 299730.00 ███████████
   ███████████████████████████ CHRISTIAN ANTON LARSEN
   0050547918
   US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1861809 SI99
   Closed

42. DBIT 08.16.2017 USD 499550.00 ███████████
   ███████████████████████████ CHRISTIAN ANTON LARSEN
   0050547918
   US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1898465 SI99
   Closed

43. DBIT 08.24.2017 USD 474572.50 ███████████
   ███████████████████████████ CHRISTIAN ANTON LARSEN
   0050547918
   US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1940057 SI99
   Closed

44. DBIT 08.25.2017 USD 349685.00 ███████████
   ███████████████████████████ CHRISTIAN ANTON LARSEN
   0050547918
   US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1943735 SI99
   Closed

45. DBIT 08.25.2017 USD 3147165.00 ███████████
   ███████████████████████████ CHRISTIAN ANTON LARSEN
   0050547918

US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1943768 SI99 Closed

46. DBIT 08.28.2017 USD 4296130.00 █████████████████

█████████████████ CHRISTIAN ANTON LARSEN

0050547918

US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 1957134 SI99 Closed

47. DBIT 09.12.2017 USD 2897390.00 █████████████

█████████████████ CHRISTIAN ANTON LARSEN

0050547918

US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 2044163 SI99 Closed

48. DBIT 09.13.2017 USD 1198920.00 █████████████

█████████████████ CHRISTIAN ANTON LARSEN

0050547918

US 2621 LARKIN ST. 94109 SAN FRANCISCO, US NOTPROVIDED 46904 WIRE WITHDRAWAL 2050683 SI99 Closed

Withdrawals

1. ID Date and time Type Amount User name Customer data Status
2. 1341877 01.02.2017 20:59:00 Bitcoin (BTC) 10.00000000 BTC 46904 14QGCdhiiKPsJmqXawsj4DZoPKW5EqheBy Finished
3. 7043957 11.15.2019 20:01:39 Bitcoin (BTC) 0.05050000 BTC 46904 18Nqk6VuBX5Sy1coH1Y38fwzEZasHeo3mn Finished
4. 96829 06.14.2013 17:43:32 International wire transfer $4000.00 46904 Currency: USD Chris Larsen

   Address:
   268 Bush St. #2724
   94104 San Francisco
   United States of America

   Bank:
   Citibank, N.A.
   580 Green Street
   94133
   San Francisco
   United States of America

   IBAN: 0050547918
   BIC: CITIUS33


   Comment:
   Finished
5. 945365 12.11.2015 18:04:09 International wire transfer $176000.00 46904 Currency: USD Christian Anton Larsen

   Address:

CONFIDENTIAL TREATMENT REQUESTED BY ███████████                                    ██████00000087

2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33


Comment:
Finished

6. 1002540 02.10.2016 21:52:48 International wire transfer $80500.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33


Comment:
Finished

7. 1022734 03.02.2016 17:38:38 International wire transfer $120500.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

8.  1053982 04.04.2016 23:48:12 International wire transfer $100000.00 46904 Currency: USD
    Christian Anton Larsen

    Address:
    2621 Larkin St.
    94109 San Francisco
    US

    Bank:
    Citibank, N.A.
    580 Green Street
    94133
    San Francisco
    US

    IBAN: 0050547918
    BIC: CITIUS33

    Comment:
    Finished

9.  1078277 05.02.2016 20:16:33 International wire transfer $114000.00 46904 Currency: USD
    Christian Anton Larsen

    Address:
    2621 Larkin St.
    94109 San Francisco
    US

    Bank:
    Citibank, N.A.
    580 Green Street
    94133
    San Francisco
    US

    IBAN: 0050547918
    BIC: CITIUS33

    Comment:
    Finished

10. 1109698 06.06.2016 20:03:33 International wire transfer $86000.00 46904 Currency: USD
    Christian Anton Larsen

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮▮▮▮                                    ▮▮▮▮▮00000089

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

11. 1124960 06.20.2016 16:48:06 International wire transfer $107000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

12. 1142436 07.06.2016 18:06:46 International wire transfer $105000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮▮▮▮                            ▮▮▮00000090

US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

13. 1168119 08.02.2016 18:57:27 International wire transfer $116000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

14. 1186038 08.19.2016 16:29:28 International wire transfer $55000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

15. 1236321 10.05.2016 15:36:22 International wire transfer $120000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

16. 1254530 10.21.2016 21:31:06 International wire transfer $100400.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

17. 1257210 10.24.2016 17:31:04 International wire transfer $100000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133

San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

18. 1272843 11.06.2016 16:12:09 International wire transfer $100000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

19. 1282557 11.14.2016 19:26:09 International wire transfer $100000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

CONFIDENTIAL TREATMENT REQUESTED BY 00000093

20. 1292992 11.23.2016 05:31:11 International wire transfer $100000.00 46904 Currency: USD
    Christian Anton Larsen

    Address:
    2621 Larkin St.
    94109 San Francisco
    US

    Bank:
    Citibank, N.A.
    580 Green Street
    94133
    San Francisco
    US

    IBAN: 0050547918
    BIC: CITIUS33


    Comment:
    Finished

21. 1308329 12.05.2016 18:44:57 International wire transfer $88400.00 46904 Currency: USD
    Christian Anton Larsen

    Address:
    2621 Larkin St.
    94109 San Francisco
    US

    Bank:
    Citibank, N.A.
    580 Green Street
    94133
    San Francisco
    US

    IBAN: 0050547918
    BIC: CITIUS33


    Comment:
    Finished

22. 1331989 12.22.2016 20:08:01 International wire transfer $100000.00 46904 Currency: USD
    Christian Anton Larsen

    Address:
    2621 Larkin St.
    94109 San Francisco
    US

    Bank:
    Citibank, N.A.

CONFIDENTIAL TREATMENT REQUESTED BY

580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

23. 1352973 01.09.2017 16:59:23 International wire transfer $94500.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

24. 1399124 02.09.2017 19:48:40 International wire transfer $100000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮00000095

Comment:
Finished

25. 1478291 04.03.2017 04:37:08 International wire transfer $600000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

26. 1483641 04.05.2017 20:15:40 International wire transfer $309000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

27. 1508049 04.22.2017 18:07:46 International wire transfer $300000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33


Comment:
Finished

28. 1528208 05.03.2017 20:56:24 International wire transfer $183000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33


Comment:
Finished

29. 1537581 05.07.2017 18:28:44 International wire transfer $1500000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

CONFIDENTIAL TREATMENT REQUESTED BY                      00000097

Comment:
Finished

30. 1541533 05.08.2017 23:52:14 International wire transfer $1000000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

31. 1546109 05.10.2017 18:04:49 International wire transfer $1450000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

32. 1556188 05.15.2017 16:14:02 International wire transfer $1700000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

CONFIDENTIAL TREATMENT REQUESTED BY ⬛⬛⬛⬛⬛⬛ 00000098

Bank:
Citibank, N.A.
451 Montgomery
94104
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33


Comment:
Finished
33. 1559107 05.16.2017 17:02:35 International wire transfer $3060000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33


Comment:
Finished
34. 1569019 05.19.2017 16:31:48 International wire transfer $4000000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮▮▮▮▮▮ 00000099

Comment:
Finished

35. 1571886 05.20.2017 15:17:19 International wire transfer $7000000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

36. 1612059 05.30.2017 15:44:07 International wire transfer $4800000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
451 Montgomery Street
94104
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

37. 1646235 06.08.2017 16:54:16 International wire transfer $3700000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮▮▮▮▮ 00000100

US

Bank:
Citibank, N.A.
451 Montgomery Street
94104
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33


Comment:
Finished

38. 1717793 06.26.2017 16:30:22 International wire transfer $494700.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33


Comment:
Finished

39. 1763086 07.10.2017 05:07:17 International wire transfer $500000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918

CONFIDENTIAL TREATMENT REQUESTED BY ⬛⬛⬛ ⬛⬛00000101

BIC: CITIUS33

Comment:
Finished

40. 1825636 07.27.2017 22:59:40 International wire transfer $500000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

41. 1843735 08.01.2017 18:41:03 International wire transfer $250000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

42. 1861809 08.07.2017 17:01:35 International wire transfer $300000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.

94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33


Comment:
Finished

43. 1898465 08.15.2017 17:27:14 International wire transfer $500000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33


Comment:
Finished

44. 1940057 08.23.2017 22:39:46 International wire transfer $475000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

CONFIDENTIAL TREATMENT REQUESTED BY

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

45. 1943735 08.24.2017 15:47:39 International wire transfer $350000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

46. 1943768 08.24.2017 15:55:33 International wire transfer $3150000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

47. 1957134 08.27.2017 17:28:33 International wire transfer $4300000.00 46904 Currency: USD
Christian Anton Larsen

Address:

CONFIDENTIAL TREATMENT REQUESTED BY

2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

48. 2044163 09.11.2017 19:09:23 International wire transfer $2900000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

49. 2050683 09.12.2017 21:46:08 International wire transfer $1200000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

50. 2099321 09.21.2017 16:18:12 International wire transfer $2100000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

51. 2120298 09.27.2017 00:25:03 International wire transfer $400000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

52. 2188966 10.11.2017 17:24:02 International wire transfer $4800000.00 46904 Currency: USD
Christian Anton Larsen

CONFIDENTIAL TREATMENT REQUESTED BY ⬛⬛⬛⬛⬛⬛                                    ⬛00000106

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished
53. 2231064 10.18.2017 16:19:15 International wire transfer $3800000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished
54. 2320660 11.02.2017 16:23:45 International wire transfer $2600000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco

US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished
55. 2376341 11.09.2017 23:14:48 International wire transfer $1400000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished
56. 2434201 11.16.2017 20:08:09 International wire transfer $1400000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished
57. 2597236 11.30.2017 19:01:05 International wire transfer $5600000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

58. 2933434 12.18.2017 17:52:32 International wire transfer $9900000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

59. 2933461 12.18.2017 17:53:14 International wire transfer $9900000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133

San Francisco
US

IBAN: 0050547918
BIC: CITIUS33


Comment:
Finished

60. 2933500 12.18.2017 17:54:33 International wire transfer $4700000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33


Comment:
Finished

61. 3165525 12.29.2017 00:51:31 International wire transfer $9999900.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33


Comment:
Finished

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮▮▮▮▮▮▮▮    ▮▮▮▮00000110

62. 3165574 12.29.2017 00:55:58 International wire transfer $300000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33


Comment:
Finished

63. 3484211 01.08.2018 18:55:34 International wire transfer $9999900.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33


Comment:
Finished

64. 3484259 01.08.2018 18:57:03 International wire transfer $9900000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.

00000111

580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

65. 3484272 01.08.2018 18:57:29 International wire transfer $9900000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

66. 3484299 01.08.2018 18:58:05 International wire transfer $5100000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

CONFIDENTIAL TREATMENT REQUESTED BY ██████████

Comment:
Finished

67. 3696370 01.16.2018 17:44:21 International wire transfer $9999900.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

68. 3696507 01.16.2018 17:49:05 International wire transfer $8200000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

69. 3900967 01.30.2018 18:08:43 International wire transfer $9999900.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

70. 3900976 01.30.2018 18:09:07 International wire transfer $3050000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

71. 4098889 02.16.2018 05:19:13 International wire transfer $9900000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

CONFIDENTIAL TREATMENT REQUESTED BY ███████ ███00000114

Comment:
Finished

72. 4098895 02.16.2018 05:19:52 International wire transfer $5590000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33


Comment:
Finished

73. 4160615 02.22.2018 23:18:28 International wire transfer $6120000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33


Comment:
Finished

74. 4206031 03.01.2018 04:11:14 International wire transfer $5330000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

CONFIDENTIAL TREATMENT REQUESTED BY

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33


Comment:
Finished

75. 4273778 03.09.2018 18:13:12 International wire transfer $5140397.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33


Comment:
Finished

76. 4322713 03.16.2018 21:42:47 International wire transfer $2570000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished
77. 4370185 03.24.2018 00:17:12 International wire transfer $5130000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished
78. 4406075 03.29.2018 17:01:51 International wire transfer $2280000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished
79. 4450079 04.05.2018 23:06:56 International wire transfer $2360000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco

US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

80. 4486486 04.12.2018 22:27:51 International wire transfer $1520000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

81. 4545611 04.23.2018 16:46:12 International wire transfer $4630000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918

CONFIDENTIAL TREATMENT REQUESTED BY

BIC: CITIUS33

Comment:
Finished

82. 4599082 05.02.2018 20:22:30 International wire transfer $7870000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

83. 4612110 05.04.2018 23:04:28 International wire transfer $4570000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

84. 4643413 05.10.2018 21:24:29 International wire transfer $3320000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.

94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished
85. 4698584 05.21.2018 21:18:43 International wire transfer $2700000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished
86. 4716171 05.24.2018 17:10:18 International wire transfer $1060000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished
87. 4750086 05.31.2018 18:23:16 International wire transfer $1090000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished
88. 4785564 06.08.2018 23:01:16 International wire transfer $2140000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished
89. 4819291 06.14.2018 20:37:23 International wire transfer $1570000.00 46904 Currency: USD
Christian Anton Larsen

Address:

CONFIDENTIAL TREATMENT REQUESTED BY 00000121

2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

90. 4852833 06.22.2018 18:56:55 International wire transfer $1210000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

91. 4893289 07.02.2018 15:03:04 International wire transfer $980000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

92. 4928565 07.11.2018 21:57:05 International wire transfer $1170000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

93. 4932785 07.12.2018 22:41:44 International wire transfer $1330000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

94. 4973926 07.24.2018 00:30:49 International wire transfer $1840000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

95. 4990782 07.27.2018 18:54:39 International wire transfer $1240000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Finished

96. 5306989 10.08.2018 22:54:29 International wire transfer $6050000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
First Republic Bank
101 Pine Street
94111
San Francisco

US

IBAN: 80006739355
BIC: 321081669

Comment:
Finished
97. 5320487 10.11.2018 19:19:26 International wire transfer $3000000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
United Missouri Bank
1008 Oak Street
64106
Kansas City
US

IBAN: 39900001663002909
BIC: 101205681

Comment:
Finished
98. 5356079 10.20.2018 22:19:09 International wire transfer $3280000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
First Republic Bank
101 Pine Street
94111
San Francisco
US

IBAN: 80006739355
BIC: 321081669

Comment:
Finished
99. 5373031 10.25.2018 17:31:52 International wire transfer $2120000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
First Republic Bank
101 Pine Street
94111
San Francisco
US

IBAN: 80006739355
BIC: 321081669

Comment:
Finished
100.5426351 11.08.2018 22:50:35 International wire transfer $4350000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
First Republic Bank
101 Pine Street
94111
San Francisco
US

IBAN: 80006739355
BIC: 321081669

Comment:
Finished
101.5468225 11.18.2018 03:39:37 International wire transfer $2400000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
First Republic Bank
101 Pine Street
94111

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮00000126

San Francisco
US

IBAN: 80006739355
BIC: 321081669

Comment:
Finished
102.5517849 11.26.2018 23:22:58 International wire transfer $4930000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
First Republic Bank
101 Pine Street
94111
San Francisco
US

IBAN: 80006739355
BIC: 321081669

Comment:
Finished
103.5533519 11.29.2018 18:08:57 International wire transfer $3530000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
First Republic Bank
101 Pine Street
94111
San Francisco
US

IBAN: 80006739355
BIC: 321081669

Comment:
Finished

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮▮▮▮▮▮                                    00000127

104. 5630507 12.20.2018 02:21:02 International wire transfer $2000000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
First Republic Bank
101 Pine Street
94111
San Francisco
US

IBAN: 80006739355
BIC: 321081669


Comment:
Finished

105. 25738 02.20.2013 20:19:53 Ripple payment $54.56 46904
EFC47BCE57693F266DCBB41C1AA18BDD66E3287200FDE0B7D00D99B82B3C9AEF Finished
106. 37815 03.27.2013 23:54:42 Ripple payment $1.06 46904
CDBCFF1C52D86B639C266870E717E9FD281E924B1E9CDF213690CF6DC55B29F4 Finished
107. 40252 04.02.2013 23:50:08 Ripple payment $10.60 46904
60E1CC1F62AEFD22E5C79A61123F6A1419FC4DC334B82BBCEA774528D6CFF161 Finished
108. 40940 04.03.2013 22:47:51 Ripple payment $10.59 46904
D7357F5AFDFB0E8628CECD9A6B6248A1C1C68431749D0270338B76DFF4A55915 Finished
109. 43462 04.08.2013 17:35:24 Ripple payment $10.73 46904
799CAE85515FBF74AFE61DE6125B5A61CC3C6B002D5129412001844FDB2E3F41 Finished
110. 47360 04.12.2013 03:03:03 Ripple payment $10.80 46904
5BF951E3B38207SFFF97DDAF2C42787AED1A60245A3162ABF3C315F8C1181472 Finished
111. 25947 02.21.2013 18:11:10 Ripple payment $6.65 46904
954C4B852CAB35CB42B95159C5FFF1760F91697AD324D1FD0DD190A015419594 Finished
112. 26369 02.22.2013 19:45:23 Ripple payment $26.52 46904
2D6F86B1B722582BE9CAF1A899743A6F2C3535027833E994858EE665D1DD5733 Finished
113. 74534 05.15.2013 20:27:01 Ripple payment $10.00 46904
D44735D83680BEDB59F736E93A3BEFE18F1DE4CD337B324662934C06FD0BCC27 Finished
114. 82126 05.23.2013 21:48:05 Ripple payment $10.00 46904
EB4C8A022ACB505BB872E3A753936736183D7538996189322C7D64B3316A46CA Finished
115. 65186 05.02.2013 14:43:35 Ripple payment $776.87 46904
B02E6FCC8A4F996B75A9245C17FDFACF88BD016FB6CA92F7F4CDAFBFB989613B Finished
116. 25951 02.21.2013 18:20:58 Ripple payment $107.36 46904
8AA3EDC1D866C73D210BEF8C8C6120768102752182C72BA464096B2069AC07CF Finished
117. 43621 04.08.2013 21:08:55 Ripple payment $0.02 46904
C2B8185002DE75D6C3C983C54CB8E9F0EE312C28F6645B34FC8DBC7FC547C837 Finished
118. 57227 04.22.2013 19:43:13 Ripple payment $0.11 46904
B31CF1384C995C300CF1CE3EF175373B46B6B7ABCCB5DE08F280C91E6EC64BD5 Finished
119. 60539 04.25.2013 18:38:06 Ripple payment $0.11 46904
0E20827DD82D1756A46C8EB59F6784EF6F672DE181F5A115CDCE1B0B21826CDF Finished

CONFIDENTIAL TREATMENT REQUESTED BY

120. 60619 04.25.2013 20:28:34 Ripple payment $0.11 46904
429E59B2655629923DB1B4D0CA47FA8824196B371973AAE9E6842AA29709D4FB Finished
121. 63301 04.29.2013 23:28:53 Ripple payment $10.25 46904
76FABC431E917148D1550C3493B93ED15CC8E269DB711895873F77A9234B7F61 Finished
122. 79278 05.20.2013 21:59:20 Ripple payment $100.00 46904
93AD113C5B8E10F27A23989AD97CAEAE86A7C364CA1F70E18D67C60E12F037FE Finished
123. 90966 06.06.2013 00:14:08 Ripple payment $100.00 46904
58A2F8794D9BDC43A1AA251B2231DED04F5BEA641864D480F74A43B4C6CA6D08 Finished
124. 25736 02.20.2013 20:14:31 Ripple payment $500.00 46904
3BD2888A98461D569D8AEA6BCFBD460B4AE1D6898AD3558420DA227E6D0ABE04 Finished
125. 26013 02.22.2013 00:03:09 Ripple payment $10.00 46904
83113360A3DB553F59F8AE8E409A7B659B1322D0582C42020EB3C693D6EE63BF Finished
126. 26738 02.24.2013 22:53:23 Ripple payment $10.00 46904
C91597E192F08C674DE07E2D762BF05CDD18A5E5AF2DAD77F85200DC04266B3E Finished
127. 27402 02.26.2013 22:05:51 Ripple payment $500.00 46904
C382914D59147E16587E90B9410ACF882381B52DFFF10B05EE53C39386D4A99E Finished
128. 31355 03.11.2013 20:07:06 Ripple payment $100.00 46904
AC4FA7E4D4EA42353022ED5762C2603ECD19592646B83B05795067104E41A511 Finished
129. 36541 03.25.2013 14:39:30 Ripple payment $5000.00 46904
5CD59237E2DF342C3959D4397DB60DE9C1018CA2602872F4C1C9A8AA499D87F2 Finished
130. 37151 03.26.2013 19:18:03 Ripple payment $100.00 46904
C0C94AA0ED8F6189BA68EB743BE78D85F856FA589693B0B81B37C30847206D23 Finished
131. 37785 03.27.2013 22:03:09 Ripple payment $1.00 46904
D7ED10FA42F1E6B42209C410AED09544AB97913B0DDE69FBAE9048649A20EAAF Finished
132. 37813 03.27.2013 23:53:16 Ripple payment $1.00 46904
CDBAC27FB1A1CA0DAD855561D488CF4F0C8769E43CAF2FDBB82A101A81347030 Finished
133. 38393 03.29.2013 02:48:32 Ripple payment $10.00 46904
649031EEA815CE63F17A9393987F73C2CD3637BA30984858E9D919FECBE9EB5E Finished
134. 40179 04.02.2013 20:12:47 Ripple payment $10.00 46904
F22B1D442A6491883D434809A1DC8B5E4CD4BF102609D01C0211B884B4A91470 Finished
135. 45929 04.10.2013 23:17:22 Ripple payment $1.00 46904
B486C3DAD7CCE46D68E13928F66EF9F2D6BCDF0D291F9BBDDAEBC3E0F4087BB3 Finished
136. 47246 04.12.2013 00:23:57 Ripple payment $1.00 46904
D4AC577DE6CB8BDDF1C974C277F03E7B2DAA93E8B5DE6A6A82CCA20B9AE2E1F7 Finished
137. 63876 04.30.2013 22:27:20 Ripple payment $10.00 46904
12BDC1B58B1CD43454E80F140D521B13DD0771EFDFDAAC6D7DD47E569FCBAFC8 Finished
138. 64534 05.01.2013 18:34:19 Ripple payment $10.00 46904
9727F3C38BBCD9C15E1956D8E67E7233C48F3B017701294723CF5B8FF6ED7B78 Finished
139. 65326 05.02.2013 18:18:28 Ripple payment $10.00 46904
45AB589F9E1D8E4E461E66CC071291686493B61E71542A1612854E92BA908FFE Finished
140. 68351 05.06.2013 17:44:52 Ripple payment $10.00 46904
C1A65672C2602CFAD5DFD846E6D1F4C4E05ACEED62839CA066E1D2BB3115498F Finished
141. 68353 05.06.2013 17:45:28 Ripple payment $10.00 46904
D43CC0846F52F414253A7A8D15C381572D8FFC5941E073F0DB17855C2E030242 Finished
142. 70068 05.09.2013 02:10:03 Ripple payment $10.00 46904
724D857821E9BBD06E0419D88D2A38285A6227A56AC21FE1FC95AF2981F670C3 Finished
143. 70069 05.09.2013 02:10:13 Ripple payment $10.00 46904
E9A9A4863D1DE19859528C18CBCC8D747D67D2B40F2ED7CD9D69376D2C0E7F60 Finished
144. 71424 05.10.2013 21:22:27 Ripple payment $10.00 46904
847B7E1DDAA53D812FF312119C34F6555D7CA2DB7D07A3A2C76659D054D2051E Finished
145. 79943 05.21.2013 18:09:00 Ripple payment $10.00 46904
82C9255F9D45A7205BEEDB63DAD403396CAD8C6493836BEC9F6B906BBF892053 Finished

CONFIDENTIAL TREATMENT REQUESTED BY

146.89643 06.03.2013 22:20:50 Ripple payment $10.00 46904
0B262262F019CCFCF3102B3842828BF620322FDA4413A1A5A801ED9645C1D83F Finished
147.90122 06.04.2013 17:08:32 Ripple payment $10.00 46904
ECA48B19BB134B32E1EF90513958086F6B6D097A132266EF0A6830C82DE25140 Finished
148.117400 07.16.2013 23:11:40 Ripple payment $800.00 46904
D996C4F3E9BF811D160CDF36B07459D445F6A030F001FA1967116O7CA50D13CC Finished
149.1541600 05.09.2017 00:58:15 Ripple payment $52175.00 46904
C0CEC577FAD6228C2C9AD21396C76085BCCB5B7AFE9902ABE0FC107AB0F46E70 Finished
150.2020458 09.06.2017 22:53:17 Ripple payment $575546.47 46904
3B68EDC20DF09CF4DE8FC8AD8DB816823841C17B3D1C227454A448DFED61F98C Finished
151.2020541 09.06.2017 23:23:22 Ripple payment $575546.47 46904
E0C663364050E37EEDA9905A708B7812C38B15A437C372517646B11ED7E9F708 Finished
152.5118643 08.27.2018 21:57:11 Ripple payment $900000.00 46904
5C45C5FD4122A2556F80EE3B98BFAD7A99A6EAAF3CE103019ADEC32FD2B537E7 Finished
153.5119256 08.28.2018 04:01:40 Ripple payment $3000000.00 46904
2C942AB40F51A438B426421A44DABF417CD3F4EA6CF51C262A8632077DC8031B Finished
154.5121001 08.28.2018 13:11:37 Ripple payment $1400000.00 46904
F2BD908F4BBF9622A8FD1398912FCF3037430A8AE0705E0F9A76F46904EE4CB6 Finished
155.5121705 08.28.2018 15:48:13 Ripple payment $1400000.00 46904
214D9C712306CDDA759532F319558134A2C44AC4F45678D8689BEF7F73EF3E8E Finished
156.25949 02.21.2013 18:12:59 Ripple payment $4.60 46904
7B2F5CB7CE590A84896C26C69778F43680C3AF1550F4A1F404CA3F6C8FADB0F3 Finished
157.31078 03.10.2013 18:58:06 Ripple payment $10.00 46904
3CA48D5069A3F78F9B849282CE1FFA46E59988AA76B46138A5E456C409653AAA Finished
158.40213 04.02.2013 21:30:21 Ripple payment $5.00 46904
5B0D344A0A4CF4F47B57315403624C2A96E7AC415DEE2D546B691969353B9831 Finished
159.80924 05.22.2013 21:08:20 Ripple payment $1.00 46904
458AC7A2154991B0495DFFF7F1D6BE5812C5979AA5CD5D134D4C4C8C0FC863FF2 Finished
160.857664 09.01.2015 20:41:13 Ripple payment $4.40 46904
D020C71F48E1C800840A234361E6FEAEDEF6ABEEEB5F92554477AE5BB2C4E93D Finished
161.1646216 06.08.2017 16:49:17 XRP $2000000.00 46904 rwSYxsmP1GBgtoBn8Dsh1dfPaTovzg3vEf Finished
162.1957128 08.27.2017 17:26:28 XRP $5000000.00 46904 r4sL7JrJFJY2HDF8ZVCnDK1a7hkLvq6wPE Finished
163.2223275 10.17.2017 14:04:36 XRP $200000.00 46904 r4sL7JrJFJY2HDF8ZVCnDK1a7hkLvq6wPE Finished
164.3089578 12.24.2017 18:37:24 XRP $10000.00 46904 rkGQ4yb3Xgv1JWHuqVjJ1UoVkZ4ryijEh Finished
165.4274979 03.09.2018 21:19:06 XRP $10000.00 46904 rLABzEhmPukcVzN3YvrpJhdZ4ivz6MMZht Finished
166.4698896 05.21.2018 22:48:56 XRP $23.14 46904 rNU7Mv4srMMUYLrF3yJAGR1q7K9k3mYHZp Finished
167.1341792 01.02.2017 19:24:23 Bitcoin (BTC) 10.00000000 BTC 46904
14QGCdhiiKPsJmqXawsj4DZoPKW5EqheBy Canceled
168.940415 12.07.2015 18:23:54 International wire transfer $100000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Canceled
169.2018725 09.06.2017 17:09:53 International wire transfer $1700000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Canceled
170.2527909 11.27.2017 05:51:55 International wire transfer $3100000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33

Comment:
Canceled
171.5042818 08.09.2018 17:14:39 International wire transfer $1520000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33


Comment:
Canceled
172.5397585 11.01.2018 18:55:32 International wire transfer $1500000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
First Republic Bank
101 Pine Street
94111
San Francisco
US

IBAN: 80006739355
BIC: 321081669


Comment:
Canceled
173.98319 06.17.2013 21:59:54 Ripple payment $10.00 46904 rB5TihdPbKgMrkFqrqUC3yLdE8hhv4BdeY
Canceled
174.98958 06.18.2013 21:36:36 Ripple payment $10.00 46904 rB5TihdPbKgMrkFqrqUC3yLdE8hhv4BdeY
Canceled
175.107547 07.02.2013 20:38:18 Ripple payment $10.00 46904 rB5TihdPbKgMrkFqrqUC3yLdE8hhv4BdeY
Canceled
176.127073 07.31.2013 22:56:47 Ripple payment $10.00 46904 rB5TihdPbKgMrkFqrqUC3yLdE8hhv4BdeY
Canceled
177.148414 08.30.2013 16:54:53 Ripple payment $10.00 46904 r3MeEnYZY9fAd5pGjAWf4dfJsQBVY9FZRL
Canceled
178.5118715 08.27.2018 22:23:50 Ripple payment $5000000.00 46904
rfnMQNZaJLAXDinU8EGSQ2ynmtABqLeYW6 Canceled

CONFIDENTIAL TREATMENT REQUESTED BY 00000132

179. 9066540 12.11.2020 22:25:36 XRP $1000.02 46904
    rw2ciyaNshpHe7bCHo4bRWq6pqqynnWKQg?dt=238290965 Canceled
180. 5028096 08.07.2018 01:21:52 International wire transfer $1520000.00 46904 Currency: USD
    Christian Anton Larsen

    Address:
    2621 Larkin St.
    94109 San Francisco
    US

    Bank:
    Citibank, N.A.
    580 Green Street
    94133
    San Francisco
    US

    IBAN: 0050547918
    BIC: CITIUS33

    Comment:
    Failed
181. 5042896 08.09.2018 17:35:22 International wire transfer $500000.00 46904 Currency: USD
    Christian Anton Larsen

    Address:
    2621 Larkin St.
    94109 San Francisco
    US

    Bank:
    Citibank, N.A.
    580 Green Street
    94133
    San Francisco
    US

    IBAN: 0050547918
    BIC: CITIUS33

    Comment:
    Failed
182. 5047927 08.10.2018 20:37:57 International wire transfer $500000.00 46904 Currency: USD
    Christian Anton Larsen

    Address:
    2621 Larkin St.
    94109 San Francisco
    US

CONFIDENTIAL TREATMENT REQUESTED BY

Bank:
Citibank, N.A.
580 Green Street
94133
San Francisco
US

IBAN: 0050547918
BIC: CITIUS33


Comment:
Failed
183. 5048030 08.10.2018 20:54:10 International wire transfer $2170000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
FIRST REPUBLIC BANK
101 Pine Street
94111
San Francisco
US

IBAN: 80006739355
BIC: FRBBUS6S


Comment:
Failed
184. 5091295 08.20.2018 15:39:57 International wire transfer $1630000.00 46904 Currency: USD
Christian Anton Larsen

Address:
2621 Larkin St.
94109 San Francisco
US

Bank:
First Republic Bank
101 Pine Street
94111
San Francisco
US

IBAN: 80006739355
BIC: FRBBUS6S

CONFIDENTIAL TREATMENT REQUESTED BY ▇▇▇▇▇▇▇

Comment:

Failed

185. 5118388 08.27.2018 20:31:43 Ripple payment $937000.00 46904
    rfnMQNZaJLAXDinU8EGSQ2ynmtABqLeYW6 Failed

186. 5118746 08.27.2018 22:35:44 Ripple payment $4997500.00 46904
    rfnMQNZaJLAXDinU8EGSQ2ynmtABqLeYW6 Failed

187. 5119063 08.28.2018 01:40:45 Ripple payment $4980000.00 46904
    rfnMQNZaJLAXDinU8EGSQ2ynmtABqLeYW6 Failed

CONFIDENTIAL TREATMENT REQUESTED BY