# Exhibit 147

**By Email Only**

14 September 2021

Dear Sirs,

**Securities & Exchange Commission v (1) Ripple Labs Inc., (2) Bradley Garlinghouse and (3) Christian A. Larsen and ▇▇▇▇▇▇ (Third Party Respondent)**

1.  We refer to your letter dated 8 September 2021 and to the Disclosure Order dated 16 July 2021 directing ▇▇▇▇ to produce certain information. We are instructed to provide this documentation, and also to explain the context in pursuit of the overriding objective.

2.  Documents required under points 1-4 of Schedule A to the Order have been assembled by ▇▇▇▇ and are available at: ▇▇▇▇▇▇▇▇▇▇
    ▇▇▇▇▇▇▇▇

3.  With regards to the remaining documents, the position is as follows:

    **Documents required under Point 5 of Schedule A**

4.  ▇▇▇▇ does not operate a trading policy pursuant to which ▇▇▇▇ 's users purchase, sale, trade, hold or otherwise transact in XRP through ▇▇▇▇ 's services, platforms or products. Instead, the trading is governed by ▇▇▇▇ 's Terms of Use (provided to you under point 4 of Schedule A; see below) and, spetically, a section titled "Trading with ▇▇▇▇ ". Other trading related aspects, including trading, deposit and withdrawal options, are further described in a FAQ tab on the ▇▇▇▇ 's website (https://www.▇▇▇▇.net/faq).

    **Documents required under Point 6 of Schedule A**

HIGHLY CONFIDENTIAL

▇▇▇▇ 00000005

5.  ████'s API documentation is available on the ████ website as follows:

    5.1   HTTP API ████████████

    5.2   Websocket API v2 - ████████████; and

    5.3   Public FIX interface ████████████

6.  ████ has been using TRADExpress Trading System provided by Nasdaq (previously Cinober) for XRP orders and trades since January 22, 2020. TRADExpress Trading System is a fully developed, modular, multi-asset and multi-market trading platform for high-volume trading venues. Prior to that, ████ used an internal trading and matching engine solution. All TRADExpress products run on the same TRADExpress platform.

    The business functions in TRADExpress Trading System handle orders and quotes that are received either directly from trading clients or via APIs such as FIX or EMAPI (External Messaging API). The system matches orders and quotes according to trading schedules and order books. Once the order or quote has been matched (executed), the trade can be sent for posttrade processing.

**Documents required under Point 7 of Schedule A:**

**Point 7. a.)**

7.  As explained above, the trading aspect is governed by ████'s Terms of Use.

8.  In terms of processing trades between exchange customers, the order management component captures all incoming order actions and validates, processes, and responds to them. Orders can be entered in a single order book or in a combination of order books. TRADExpress Trading System provides a variety of order actions, types, combinations, etc. that support a vast range of trading strategies.

9.  With regards to how these are reflected in ████s internal account management system, this is done by way of updating the internal ledger where seller's ████ account is debited and buyer's ████ account is credited with cryptocurrency subject to trade.

HIGHLY CONFIDENTIAL



**Point 7.b.)**

10.  ████ does not differentiate between "stages" of a trade. ████'s Terms of Use at section "Your ████ Account", subsection "Refund Policy" say that all sales and purchases of virtual assets and other digital assets made with any payment method are final. In other words, there is no stage at which the customer is able to cancel the trade. There is no cooling off period. ████ does not accept any returns or provide refunds for purchase of virtual assets or any other digital assets from ████ except for the cases provided in ████ Terms of Use, see section "Your ████ Account", subsection "Closing Your Account".

11.  In the event the exchange of fiat currency to virtual assets or other digital assets is not processed because of any technical issues or high price volatility during the card purchase procedure, ████ credits the client's account with fiat currency.

**Point 7.c.)**

12.  Trading confirmations and transaction history are available for each ████ customer within the customer's own account on the ████ website/platform under the "Activity" tab.

**Point 7.d.)**

13.  ████ does not operate customers' wallets nor does it have custody over crypto assets. Instead, wallets are operated by ████ which is also a custodian of ████'s customers' crypto assets contained in wallets ████ holds such wallets in the name of ████ which acts as an agent for its customers. Terms governing the custody of wallets are set out at: ████████████████████

14.  In practical terms, ████'s customers transfer their crypto assets directly to the wallet(s) held by ████ Due to the "multi-signature" protection for all wallets, two private keys are required to accomplish each transfer from or to the ████ wallets. ████ and ████ individually hold one private key each, whilst the third key is physically stored in a vault. Consequently, a single party (be it a customer or not) is unable to make any transfer of crypto assets from or to ████ wallet(s).

15.  Wallet(s) held by ████ are omnibus wallet(s) and are not opened for each customer. ████ does not possess any customers' personal data. The sub-depository is established and maintained by ████

HIGHLY CONFIDENTIAL



*Virtual Currencies ("VCs") Deposits*

16. Unlike fiat transactions, in which the currency is held in a bank account, ███████ serves as the repository system for VC transactions. ██████ customers are able to deposit BTC and other VCs with ██████ from their digital wallets.

17. ██████ uses 3-layer wallets setup, hot wallet (the "**Hot Wallet**"), warm wallet (the "**Warm Wallet**") and cold wallet (the "**Cold Wallet**").

18. Each customer has a unique VC public key available in their account information when they log on the ██████ website, which they can use to deposit VC to their ██████ account. Customers initiate the VC deposit from their private VC wallet and ██████ receives the VC in its online Hot Wallet.

19. The Hot Wallet is exposed to external parties and holds 3-5% of specific crypto asset. It serves as a gateway for ██████ automatic crypto deposit and crypto withdrawals processing, meaning direct client interaction. If availability of crypto asset decreases below a certain threshold, this crypto asset needs to be topped up from the Warm Wallet. If availability of crypto asset exceeds a certain threshold, the amount in excess needs to be transferred to the Cold Wallet.

20. The Warm Wallet serves as a staging wallet between the Hot Wallet and Cold Wallet and is completely offline.

21. The Cold Wallet Cold wallet is holding 90% of crypot assets and is completely offline.

*Hot Wallet Safeguards*

22. ██████ has "multi-signature" protection for all Hot Wallet balances. ██████ has contracted with ██████ as its multi-signature vendor, and has installed software requiring that each and every transaction must be reviewed and processed by ██████, holding one of the crypto "keys" needed to accomplish each transaction. ██████ holds private keys for Hot, Warm and Cold Wallets held in the name of ██████ in the U.S.

23. All VC stored in ██████ Hot Wallet is covered by sufficient capital reserves to cover any loss and are insured with a comprehensive crime policy in the amount of $50 million.



24. Notwithstanding the above, ███████ use their own Ripple hot wallet for holding XRP in a hot wallet.

25. ███████ periodically rebalances its Hot Wallet to move funds into its offline Warm/Cold Wallet. In the event a deposit of VC causes the Hot/Warm Wallet to exceed the funds ██████ needs to meet expected order flows, ██████ will rebalance the Wallet by transferring VC to its offline Warm/Cold Wallet.

*Warm and Cold Wallet Safeguards*

26. ███████ has taken the step of contracting with a third-party wallet provider to assist them in safely storing VC on behalf of ███████'s customers. All VC stored in a Warm/Cold Wallet with ██████ is covered by insurance.

### Documents required under Point 8 of Schedule A

27. The account opening information sent to a new ██████ customer is divided into three tranches of emails, namely:

   27.1   "Complete your registration" email, which reads as follows:

   *"Your* ██████ *account registration is almost complete. Please click the button below to* **confirm your email and create a password**.

   \*\*\**Complete your registration*\*\*\*

   **The confirmation link will expire in 2 hours,** *after which point you will have to register again."*

   27.2   "Welcome to ██████ email, which reads as follow:

   *"Welcome to* ██████

   *To activate your account,* **log in and follow the steps on the page**.
   *You will have to verify your identity and set up some additional security before you can start trading.*

   \*\*\**Get started*\*\*\*

   *Your User ID is* **<user1234>**
   *This ID functions as your* ██████ *username. You can use either your* **email** *or* **User ID** *to log in."*

   27.3   "Verification successful" email, which reads as follows:

   *"Your verification request has been* **confirmed**. *You can now start buying and selling crypto at*
   ██████

██████00000009

*\*\*Log in\*\**



**Documents required under Point 9 of Schedule A**

**Point 9.a.)**

28.  Whilst registered in the United Kingdom, ▨ has principal financial functions and operational control of the activities in ▨ see page 3 of the attached Annual Report and Financial Statements for 2020 for ▨ downloaded directly from the Companies House.

**Point 9.b.)**

29.  ▨'s place of incorporation is the United Kingdom. Please see attached the Certificate of Incorporation downloaded directly from Companies House's website.

**Point 9.c.)**

30.  The registered office address of ▨ is ▨ United Kingdom. An extract from Companies House's website is attached.

**Point 9.d.)**

31.  As explained above, ▨ does not use/does not have control/custody over crypto wallets. ▨ is not involved in asset trading. Instead it provides an exchange platform for its customers.

32.  XRP warm and cold wallets are hosted on ▨, while XRP hot wallet is managed by ▨.

**Point 9.e.)**

33.  All of ▨'s production servers run at AWS Frankfurt and AWS Ireland.

HIGHLY CONFIDENTIAL

▨ 00000010

**General remarks**

34.   In April 2020, all accounts opened with ███ (including accounts belonging to Ripple Labs Inc., Bradley Garlinghouse and Christian A. Larsen) were migrated to ███████ ██ in accordance with Business Transfer Agreement signed between Bitstamp and ████████ ██ As such, all records and accounts history have, since April 2020, been in control of ██████████. Nevertheless, in the spirit of co-operation, ███████ has obtained the requested documents to the extent possible.

35.   Further, whilst ███████ is willing to remain co-operative and respects its obligations under the Order, it needs to be recognised that there certain categories of documents, such as, for example, formal policies or manuals required under points 5-7 of Schedule A, do not exist. Instead, thorough explanations and descriptions of issues at hand have been provided above to assist your clients and the Court.

36.   Please confirm safe receipt.

Yours faithfully,

# Exhibit 272



**By Email Only**

14 September 2021

Dear Sirs,

**Securities & Exchange Commission v (1) Ripple Labs Inc., (2) Bradley Garlinghouse and (3) Christian A. Larsen and ██████████████ Third Party Respondent)**

1.  We refer to your letter dated 8 September 2021 and to the Disclosure Order dated 16 July 2021 directing ████ to produce certain information. We are instructed to provide this documentation, and also to explain the context in pursuit of the overriding objective.

2.  Documents required under points 1-4 of Schedule A to the Order have been assembled by ████ and are available at: ████████████ ██████████

3.  With regards to the remaining documents, the position is as follows:

    **Documents required under Point 5 of Schedule A**

4.  ████ does not operate a trading policy pursuant to which ████ users purchase, sale, trade, hold or otherwise transact in XRP through ████ services, platforms or products. Instead, the trading is governed by ████ Terms of Use (provided to you under point 4 of Schedule A; see below) and, spefically, a section titled "Trading with ████". Other trading related aspects, including trading, deposit and withdrawal options, are further described in a FAQ tab on the ████ website (https://www██████t/faq).

    **Documents required under Point 6 of Schedule A**

HIGHLY CONFIDENTIAL                                                    ██████00000005

5.      ███████ API documentation is available on the ██████ website as follows:

    5.1    HTTP API - https://www ██████ net/api/;

    5.2    Websocket API v2 - https://www ██████ net/websocket/v2/; and

    5.3    Public FIX interface - https://www ██████ fix/

6.      ███████ has been using TRADExpress Trading System provided by Nasdaq (previously Cinober) for XRP orders and trades since January 22, 2020. TRADExpress Trading System is a fully developed, modular, multi-asset and multi-market trading platform for high-volume trading venues. Prior to that, ██████ used an internal trading and matching engine solution. All TRADExpress products run on the same TRADExpress platform.

The business functions in TRADExpress Trading System handle orders and quotes that are received either directly from trading clients or via APIs such as FIX or EMAPI (External Messaging API). The system matches orders and quotes according to trading schedules and order books. Once the order or quote has been matched (executed), the trade can be sent for posttrade processing.

**Documents required under Point 7 of Schedule A:**

**Point 7. a.)**

7.      As explained above, the trading aspect is governed by ██████ Terms of Use.

8.      In terms of processing trades between exchange customers, the order management component captures all incoming order actions and validates, processes, and responds to them. Orders can be entered in a single order book or in a combination of order books. TRADExpress Trading System provides a variety of order actions, types, combinations, etc. that support a vast range of trading strategies.

9.      With regards to how these are reflected in ██████ internal account management system, this is done by way of updating the internal ledger where seller's ██████ account is debited and buyer's ██████ account is credited with cryptocurrency subject to trade.

HIGHLY CONFIDENTIAL

**Point 7.b.)**

10.  ████ does not differentiate between "stages" of a trade. ████ Terms of Use at section "Your ████ Account", subsection "Refund Policy" say that all sales and purchases of virtual assets and other digital assets made with any payment method are final. In other words, there is no stage at which the customer is able to cancel the trade. There is no cooling off period. ████ does not accept any returns or provide refunds for purchase of virtual assets or any other digital assets from ████, except for the cases provided in ████ Terms of Use, see section "Your ████ Account", subsection "Closing Your Account".

11.  In the event the exchange of fiat currency to virtual assets or other digital assets is not processed because of any technical issues or high price volatility during the card purchase procedure, ████ credits the client's account with fiat currency.

**Point 7.c.)**

12.  Trading confirmations and transaction history are available for each ████ customer within the customer's own account on the ████ website/platform under the "Activity" tab.

**Point 7.d.)**

13.  ████ does not operate customers' wallets nor does it have custody over crypto assets. Instead, wallets are operated by ████, which is also a custodian of ████ customers' crypto assets contained in wallets. ████ holds such wallets in the name of ████, which acts as an agent for its customers. Terms governing the custody of wallets are set out at: https://www.████.net/████customer_terms/.

14.  In practical terms, ████ customers transfer their crypto assets directly to the wallet(s) held by ████. Due to the "multi-signature" protection for all wallets, two private keys are required to accomplish each transfer from or to the ████ wallets. ████ and ████ individually hold one private key each, whilst the third key is physically stored in a vault. Consequently, a single party (be it a customer or not) is unable to make any transfer of crypto assets from or to ████ wallet(s).

15.  Wallet(s) held by ████ are omnibus wallet(s) and are not opened for each customer. ████ does not possess any customers' personal data. The sub-depository is established and maintained by ████

HIGHLY CONFIDENTIAL

████00000007

*Virtual Currencies ("VCs") Deposits*

16. Unlike fiat transactions, in which the currency is held in a bank account, ███ serves as the repository system for VC transactions. ███ customers are able to deposit BTC and other VCs with ███ from their digital wallets.

17. ███ uses 3-layer wallets setup, hot wallet (the "**Hot Wallet**"), warm wallet (the "**Warm Wallet**") and cold wallet (the "**Cold Wallet**").

18. Each customer has a unique VC public key available in their account information when they log on the ███ website, which they can use to deposit VC to their ███ account. Customers initiate the VC deposit from their private VC wallet and ███ receives the VC in its online Hot Wallet.

19. The Hot Wallet is exposed to external parties and holds 3-5% of specific crypto asset. It serves as a gateway for ███ automatic crypto deposit and crypto withdrawals processing, meaning direct client interaction. If availability of crypto asset decreases below a certain threshold, this crypto asset needs to be topped up from the Warm Wallet. If availability of crypto asset exceeds a certain threshold, the amount in excess needs to be transferred to the Cold Wallet.

20. The Warm Wallet serves as a staging wallet between the Hot Wallet and Cold Wallet and is completely offline.

21. The Cold Wallet Cold wallet is holding 90% of crypot assets and is completely offline.

*Hot Wallet Safeguards*

22. ███ has "multi-signature" protection for all Hot Wallet balances. ███ has contracted with ███ as its multi-signature vendor, and has installed software requiring that each and every transaction must be reviewed and processed by ███ holding one of the crypto "keys" needed to accomplish each transaction. ███ holds private keys for Hot, Warm and Cold Wallets held in the name of ███ in the U.S.

23. All VC stored in ███ Hot Wallet is covered by sufficient capital reserves to cover any loss and are insured with a comprehensive crime policy in the amount of ███

HIGHLY CONFIDENTIAL

24. Notwithstanding the above, ███ use their own Ripple hot wallet for holding XRP in a hot wallet.

25. ███ periodically rebalances its Hot Wallet to move funds into its offline Warm/Cold Wallet. In the event a deposit of VC causes the Hot/Warm Wallet to exceed the funds ███ needs to meet expected order flows, ███ will rebalance the Wallet by transferring VC to its offline Warm/Cold Wallet.

*Warm and Cold Wallet Safeguards*

26. ███ has taken the step of contracting with a third-party wallet provider to assist them in safely storing VC on behalf of ███ s customers. All VC stored in a Warm/Cold Wallet with ███ is covered by insurance.

**Documents required under Point 8 of Schedule A**

27. The account opening information sent to a new ███ customer is divided into three tranches of emails, namely:

27.1 "Complete your registration" email, which reads as follows:

*"Your* ███ *account registration is almost complete. Please click the button below to* **confirm your email and create a password***.*

*\*\*\*Complete your registration\*\*\**

**The confirmation link will expire in 2 hours,** *after which point you will have to register again."*

27.2 "Welcome to ███" email, which reads as follow:

*"Welcome to* ███*!*

*To activate your account,* **log in and follow the steps on the page***.*
*You will have to verify your identity and set up some additional security before you can start trading.*

*\*\*\*Get started\*\*\**

*Your User ID is* **<user1234>**
*This ID functions as your* ███ *username. You can use either your* **email** *or* **User ID** *to log in."*

27.3 "Verification successful" email, which reads as follows:

*"Your verification request has been* **confirmed***. You can now start buying and selling crypto at* ███*.*

*\*\*Log in\*\*"*



**Documents required under Point 9 of Schedule A**

**Point 9.a.)**

28.   Whilst registered in the United Kingdom, ▮▮▮▮ has principal financial functions and operational control of the activities in Slovenia, see page 3 of the attached  Annual Report and Financial Statements for 2020 for ▮▮▮▮ downloaded directly from the Companies House.

**Point 9.b.)**

29.   ▮▮▮▮ place of incorporation is the United Kingdom. Please see attached the Certificate of Incorporation downloaded directly from Companies House's website.

**Point 9.c.)**

30.   The registered office address of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ An extract from Companies House's website is attached.

**Point 9.d.)**

31.   As explained above, ▮▮▮▮ does not use/does not have control/custody over crypto wallets. ▮▮▮▮ is not involved in asset trading. Instead it provides an exchange platform for its customers.

32.   XRP warm and cold wallets are hosted on ▮▮▮▮ while XRP hot wallet is managed by ▮▮▮▮.

**Point 9.e.)**

33.   All of ▮▮▮▮ production servers run at AWS Frankfurt and AWS Ireland.

HIGHLY CONFIDENTIAL

▮▮▮▮00000010

**General remarks**

34.   In April 2020, all accounts opened with ████ (including accounts belonging to Ripple Labs Inc., Bradley Garlinghouse and Christian A. Larsen) were migrated to ████ ██, ██ in accordance with Business Transfer Agreement signed between ████ and ████ ██. As such, all records and accounts history have, since April 2020, been in control of ████. Nevertheless, in the spirit of co-operation ████ has obtained the requested documents to the extent possible.

35.   Further, whilst ████ is willing to remain co-operative and respects its obligations under the Order, it needs to be recognised that there certain categories of documents, such as, for example, formal policies or manuals required under points 5-7 of Schedule A, do not exist. Instead, thorough explanations and descriptions of issues at hand have been provided above to assist your clients and the Court.

36.   Please confirm safe receipt.

Yours faithfully,

# Exhibit 273

# Bradley Kent Jr Garlinghouse

| | |
|---|---|
| Verified | YES |
| Customer ID | 457379 |
| Deposit reference | 002457379599 |
| First and last name | Bradley Kent Jr Garlinghouse |
| Address | 39 Laburnum |
| Postal code and city | 94027 Atherton |
| Country of residence | United States of America |
| Nationality | United States of America |
| State | California |
| Date of birth (day.month.year) | REDACTED - PII |
| Document ID | REDACTED - PII |
| Document type | Driver's License |
| Expiry date | Feb. 6, 2021 |
| Tax ID | None |
| SSN | **REDACTED - PII** |
| E-mail address | brad@garlinghouse.org |
| Date joined | Feb. 23, 2017, 8:45 p.m. |
| Last login | Jan. 18, 2021, 7:31 p.m. |
| Account value | 115022.53 USD |
| USD balance | 110083.55 USD |
| BCH balance | 0.00902590 BCH |
| XRP balance | 12015.48000000 XRP |
| BTC balance | 0.00967770 BTC |
| Bank Deposits | 49980.00 USD |
| Astropay Deposits | 0.00 USD |
| Vogogo Echeck Deposits | 0.00 USD |
| Vogogo Credit Cards Deposits | 0.00 USD |
| Ripple USD Deposits | 117497475.20 USD |
| Credit Card USD Deposits | 0.00 USD |
| Ripple BTC Deposits | 0.00000000 BTC |
| Bank withdrawals | 155845000.00 USD |
| Intercash withdrawals | 0.00 USD |
| Ripple USD Withdrawals | 3774990.00 USD |
| Gold Withdrawals | 0.00 USD |
| XRP purchases made | 0.00000000 XRP |

| All Deposit Addresses | 1. BTC - 3Ko5goh8tQrUh1TcmuWbDpD6eGkTepnrFv (Created: Aug. 17, 2020)<br>2. XRP - rDsbeomae4FXwgQTJp9Rs64Qg9vDiTCdBv?dt=59198988 (Created: Oct. 14, 2020) |
|---|---|
| BTC deposits SUM | 0.00000000 BTC |
| BTC withdrawals SUM | 21.75000000 BTC |
| BTC withdrawal addresses | BTC:<br><br>1. 3NPS7d3oAN6pjV13VTN7MezyqCQoMl2n1R (1.00100000)<br>2. 1LM6aZhXptUqMRiyNJZSv8tcKH9xdsLxkK (20.75000000) |
| XRP deposits SUM | 93046951.80999000 XRP |
| XRP withdrawals SUM | 0.00000000 XRP |
| XRP withdrawal addresses | |
| LTC deposits SUM | 0.00000000 LTC |
| LTC withdrawals SUM | 0.00000000 LTC |
| LTC withdrawal addresses | |
| ETH deposits SUM | 0.00000000 ETH |
| ETH withdrawals SUM | 0.00000000 ETH |
| ETH withdrawal addresses | |
| BCH deposits SUM | 0.00902590 BCH |
| BCH withdrawals SUM | 0.00000000 BCH |
| BCH withdrawal addresses | |
| XLM deposits SUM | 0.00000000 XLM |
| XLM withdrawals SUM | 0.00000000 XLM |
| XLM withdrawal addresses | |
| PAX deposits SUM | 0.00000000 PAX |
| PAX withdrawals SUM | 0.00000000 PAX |
| PAX withdrawal addresses | |
| LINK deposits SUM | 0.00000000 LINK |
| LINK withdrawals SUM | 0.00000000 LINK |
| LINK withdrawal addresses | |
| OMG deposits SUM | 0.00000000 OMG |
| OMG withdrawals SUM | 0.00000000 OMG |
| OMG withdrawal addresses | |
| USDC deposits SUM | 0.00000000 USDC |
| USDC withdrawals SUM | 0.00000000 USDC |
| USDC withdrawal addresses | |
| KYC Q&A | |
| Your current occupation: | Employed |

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮▮▮                    ▮▮▮▮▮▮_00000002

| Your current profession: | Other |
|---|---|
| Your annual income: | More than $300,000 |
| Your net worth: | More than $1,000,000 |
| Your source of funds: | Savings |
| Your annual deposit estimation: | |
| Your annual transaction number estimation: | More than 50 |
| What are your intended activities on our platform? | Investing |
| Do you intend to cash out at ▇▇? | Yes |
| What is the origin of your crypto assets? | Investment/trading proceeds, Salary/dividends received in crypto |

Support tickets

1. 134262

     (21460)

    March 2, 2017, 9:22 a.m.

    None

    "Dear Bradley, we have received a deposit from "THE OAK STREET TRUST" that seems to be intended for your ▇▇ account. We kindly ask you to provide documentation confirming that you are the originator of the arrived funds. Please make sure that your name, account number and amount are clearly visible. Thank you for your cooperation. Should you have any questions or require any assistance in the meantime, please do not hesitate to ask. I look forward to your reply. Best regards, ▇▇

2. 134262

    Bradley Kent Jr Garlinghouse (457379)

    March 6, 2017, 3:10 a.m.

    73.222.245.197

    "Hi there... I am a Trustee of the Oak Street Trust and you received these funds as directed by me. What kind of documentation are you seeking? here is the email I sent to my bank to execute the wire: ---------- Forwarded message --------- From: Brad Garlinghouse <bgarlinghouse@gmail.com> Date: Tue, Feb 28, 2017 at 4:29 PM Subject: Re: wire request (int,l) To: Gabriela Ponce-Gomez <GPonce-Gomez@svb.com> Cc: Otila Dominguez-Estrada <ODominguez-E@svb.com> apologies!! adding those details here: Bank name: GORENJSKA BANKA d.d. Address: Bleiweisova cesta 1 City: 4000 Kranj Country: Slovenia BIC (SWIFT): GORESI2X On Tue, Feb 28, 2017 at 4:16 PM, Gabriela Ponce-Gomez <GPonce-Gomez@svb.com> wrote: Hi Brad, I am happy to assist with your outgoing wire transfer. I am in the process of populating your DocuSign wire form, however I will need additional information. Please confirm the bank name and SWIFT code. Very Best, Gabriela Ponce-Gomez Relationship Advisor, Private Bank Private Bank Customer Service 866.238.0872 ext.60480 Email: privatebank@svb.com 2770 Sand Hill Road Menlo Park 94025

CONFIDENTIAL TREATMENT REQUESTED BY ▇▇▇▇▇                          ▇▇▇▇▇ 00000003

cid:image001.png@01D229EA.DAB421D0cid:image002.png@01D229EA.DAB421D0 cid:image003.png@01D229EA.DAB421D0 cid:image004.png@01D229EA.DAB421D0 cid:image001.png@01D05688.5935B800 From: Otila Dominguez-Estrada Sent: Tuesday, February 28, 2017 4:05 PM To: brad@garlinghouse.org Cc: Gabriela Ponce-Gomez <GPonce-Gomez@svb.com> Subject: RE: wire request (int;l) Hi Brad, I am looping in Gaby whom will send you the wire via DocuSign as I am currently in a meeting. Thank you, cid:image007.png@01D20F66.E2DEF8B0 Otila Dominguez-Estrada Relationship Advisor, Private Bank 2770 Sand Hill Road Menlo Park 94025 Direct Line 866-238-0872 ext. 60152| Private Bank 866-238-0872| Fax 650 275 9152 Privatebank@svb.com Odominguez@svb.com cid:image008.png@01D20F66.E2DEF8B0 cid:image009.png@01D20F66.E2DEF8B0 cid:image010.png@01D20F66.E2DEF8B0 cid:image011.png@01D20F66.E2DEF8B0 The Private Bank Team hours are M-F 6AM PT - 8PM PT, Saturday & Sunday 8 AM -5 PM PT and we can be reached at 866.238.0872 or Privatebank@svb.com From: Brad Garlinghouse [mailto:bgarlinghouse@gmail.com] Sent: Tuesday, February 28, 2017 3:58 PM To: Otila Dominguez-Estrada <ODominguez-E@svb.com> Subject: wire request (int;l) Otila, Can you please wire $50,000 from the account for The Oak Street Trust (ending *5979) to the following: Account owner: ▮▮▮▮ Address: ▮▮▮▮ ▮▮▮▮ United Kingdom Account number: ▮▮▮▮ IBAN: ▮▮▮▮ Message: 002457379599 Please let me know if questions. Brad "

3.  134262

    ▮▮▮ (617829)

    March 8, 2017, 8:18 a.m.

    None

    "Dear Brad, apologies for not getting back to you sooner. In order to proceed we kindly ask you to provide the following information and documentation: 1. Please provide Trust agreement documentation where trustees, beneficiaries and other individuals are clearly visible. 2. What is the source of funds? Please describe how were the funds acquired. 3. Please describe your intended ▮▮▮ account usage. 4. How much do you intend to deposit in the next coming months? 5. Please provide a recent trust bank account statement. Thank you for your cooperation. Should you have any questions or require any assistance in the meantime, please do not hesitate to ask. Looking forward to hearing from you. Best regards, ▮▮▮ ▮▮▮

4.  134262

    Bradley Kent Jr Garlinghouse (457379)

    March 8, 2017, 7:30 p.m.

    206.80.4.190

    "1, attached 2. The trust is a pass through trust and the $50,000 USD represents personal funds from investments and salary 3. I plan to buy / sell XRP 4. I expect I may deposit another $100,000 USD 5. attached"

5.  134262

████ (617829)

March 9, 2017, 8:18 a.m.

None

"Dear Bradley, thank you for your reply and for providing the requested information and documentation. Glad to inform you that you have successfully concluded the procedure. Thank you for your cooperation. We have also instructed our Payments department to further process your deposit. According to our logs the funds were already credited to your account balance. Please be advised that we may contact you if additional KYC checking might be necessary. Should you have any questions or require any assistance in the future, please do not hesitate to contact our Support team by opening a new support ticket, by calling our support line: ████████ or via support email: █████████ Thank you for using our services. Kind regards, ████"

6. 134262

████ (592503)

May 3, 2017, 6:54 a.m.

None

"Dear Bradley, we have received your withdrawal request and instructed our payment department to further process it. You should receive an email notification as soon as the funds are sent to the specified bank account. To process your future transfers without any unnecessary delays as well, we would however kindly ask you to provide the following: 1. Is your ████ account in any way being used in connection with a business or commercial related activity? If so, please clarify how? 2. What is the source of the XRP deposited to your ████ account? Please provide us with some supporting documentation which can confirm how XRP deposited to your ████ account were acquired. Thank you for your cooperation and we look forward to your reply. If you have any questions, please feel free to ask. Best regards, ████"

7. 134262

Bradley Kent Jr Garlinghouse (457379)

May 3, 2017, 3:42 p.m.

206.80.4.190

"1) . No. My ████ account is 100% for my personal use 2) The XRP that I recently deposited are associated with my personal incentive compensation from Ripple. Given that these are (by the US IRS) considered wages, I am selling some XRP to cover the tax bill. (the IRS doesn't accept XRP, yet ;) On #2 - as far as supporting documentation, I'd be happy to have the appropriate person at ████ talk to our General Counsel here at Ripple as required. "

8. 134262

CONFIDENTIAL TREATMENT REQUESTED BY ████████           ████████_00000005

██████████ (592503)

May 8, 2017, 9:45 a.m.

None

"Dear Bradley, thank you for your reply and provided information. We also apologize for not getting back to you sooner however due to recent price increase and holidays a huge backlog has occurred on our end. We are pleased to inform you that our due-diligence procedures have been concluded however note that we may further contact you should any additional checking become necessary. Should you require any further assistance or information from our end, we remain at your service. Thank you for your cooperation and we wish you a pleasant day. Best regards ██████████

9.  455972

██████████ (647563)

Aug. 24, 2018, 7:13 a.m.

None

"Dear Bradley, I am writing in regard to your withdrawal ID 510414 and 5017036. As you are aware, we are currently dealing with an ongoing switch to a new payment service provider on our end, which is causing significant delays with processing USD withdrawals. While we are now doing our best to expedite the process, unfortunately such large withdrawals as yours are not doable at the moment. Therefore we kindly suggest one of the following options: 1.) You can submit several withdrawals with smaller amounts (up to 200,000.00 USD) and we will process them one by one, a few days/week difference in between. 2.) You can withdraw any other currency than USD and we will process your withdrawal using an unmodified rate from our bank's treasury. 3.) We can make an exception and process your WIRE withdrawals in EUR currency. Also processed with our bank's treasury rate. Please let me know if any of the suggestions seem viable for you and how you would like to proceed. Thank you for your patience regarding the matter and apologies for the inconvenience caused. Best regards, ██████████

IP report
- IP Used Country
- 206.217.70.9 (3) United States
- 73.222.245.197 (108) United States
- 206.80.4.190 (39) United States
- 216.253.226.66 (249) United States
- 50.161.69.34 (2) United States
- 173.239.219.11 (1) United States
- 216.253.226.70 (7) United States
- 216.9.110.8 (1) United States
- 12.133.141.235 (146) United States
- 64.38.174.131 (298) United States
- 66.214.212.149 (5) United States
- 107.77.213.153 (7) United States
- 72.221.88.49 (5) United States
- 98.210.185.110 (17) United States
- 12.130.117.108 (1) United States
- 107.77.213.123 (1) United States

CONFIDENTIAL TREATMENT REQUESTED BY ██████████                    ██████████_00000006

- 24.120.53.37 (3) United States
- 75.104.69.152 (2) United States
- 12.130.117.201 (2) United States
- 104.36.133.110 (4) United States
- 104.153.224.168 (4) United States
- 160.79.218.130 (4) United States
- 127.0.0.1 (3) N/A
- 104.153.224.169 (7) United States
- 80.169.244.83 (3) Spain
- 91.126.137.50 (10) Spain
- 104.153.224.166 (8) United States
- 207.237.159.111 (6) United States
- 12.133.141.236 (2) United States
- 199.167.24.143 (1) Canada
- 62.6.133.95 (4) United Kingdom
- 24.130.15.170 (59) United States
- 75.104.70.251 (2) United States
- 216.80.7.242 (13) United States
- 65.210.89.2 (13) United States
- 38.109.65.27 (9) United States
- 4.78.252.19 (84) United States
- 107.77.213.235 (5) United States
- 24.103.92.132 (1) United States
- 12.130.118.26 (3) United States
- 24.51.76.91 (69) Bahamas
- 76.102.0.50 (32) United States
- 12.130.124.153 (9) United States
- 50.74.179.194 (1) United States
- 195.192.6.93 (6) Austria
- 98.179.179.223 (7) United States
- 64.245.136.99 (1) United States
- 205.153.95.177 (1) United States
- 12.27.65.223 (4) United States
- 136.179.21.70 (4) United States
- 12.130.124.12 (6) United States
- 86.157.171.24 (1) United Kingdom
- 129.250.204.182 (19) United States
- 208.184.161.156 (4) United States
- 107.77.216.29 (1) United States
- 208.184.161.160 (4) United States
- 195.68.21.20 (4) France
- 107.77.223.12 (1) United States
- 205.169.173.137 (5) United States
- 107.77.224.14 (1) United States
- 40.131.75.174 (4) United States
- 128.64.161.195 (1) United States
- 4.53.82.195 (13) United States
- 208.184.161.184 (4) United States
- 82.3.55.76 (4) United Kingdom
- 104.220.240.146 (1) United States

CONFIDENTIAL TREATMENT REQUESTED BY ███████████        ███████████ .00000007

- 72.130.100.249 (1) United States
- 98.210.100.7 (1) United States
- 128.64.160.66 (5) United States
- 73.162.199.15 (1) United States
- 136.24.144.173 (29) United States
- 50.193.40.217 (1) United States
- 50.232.176.41 (4) United States
- 24.217.18.186 (1) United States
- 108.30.215.146 (14) United States
- 69.84.125.170 (1) United States
- 67.162.142.158 (4) United States
- 208.116.184.225 (5) United States
- 24.5.49.172 (14) United States

Trading Volume Report
- Year Month Volume
- 2017 February $0.00
- 2017 March $24,901.75
- 2017 April $424,980.13
- 2017 May $4,269,990.57
- 2017 June $2,338,207.22
- 2017 July $272,296.48
- 2017 August $2,634,841.66
- 2017 September $322,113.56
- 2017 October $1,632,898.72
- 2017 November $772,066.17
- 2017 December $29,599,840.22
- 2018 January $0.00
- 2018 February $0.00
- 2018 March $0.00
- 2018 April $0.00
- 2018 May $0.00
- 2018 June $0.00
- 2018 July $0.00
- 2018 August $0.00
- 2018 September $0.00
- 2018 October $0.00
- 2018 November $0.00
- 2018 December $0.00
- 2019 January $0.00
- 2019 February $0.00
- 2019 March $0.00
- 2019 April $0.00
- 2019 May $0.00
- 2019 June $0.00
- 2019 July $0.00
- 2019 August $0.00
- 2019 September $0.00
- 2019 October $0.00
- 2019 November $0.00

CONFIDENTIAL TREATMENT REQUESTED BY ▇▇▇▇▇▇          ▇▇▇▇▇▇_00000008

- 2019 December $0.00
- 2020 January $0.00
- 2020 February $0.00
- 2020 March $0.00
- 2020 April $0.00
- 2020 May $0.00
- 2020 June $0.00
- 2020 July $0.00
- 2020 August $0.00
- 2020 September $10,945.26
- 2020 October $0.00
- 2020 November $0.00
- 2020 December $0.00
- 2021 January $0.00
- 2021 February $0.00

Bank transactions

1. Status Date Amount From To Message Category
2. CRDT 03.02.2017 USD 49980.00 SVB PRIVATE BANK
   3301079024
   3003 TASMAN DRIVE SANTA CLARA CA 95054 ███████████
   ████████████ THE OAK STREET TRUST / 100003597939 LABURNUM RD
   ATHERTON CA 94027MESSAGE: 002457379599 BENEFICIARYACT NO 07000-0002199468 Closed
3. DBIT 05.03.2017 USD 249775.00 ██████
   ███████████ THE OAK STREET TRUST
   1000035979
   39 LABURNUM 94027 ATHERTON US 457379 WIRE WITHDRAWAL 1522153 Closed
4. DBIT 05.08.2017 USD 499550.00 ██████
   ██████████████ THE OAK STREET TRUST
   1000035979
   US 39 LABURNUM 94027 ATHERTON, US NOTPROVIDED 457379 WIRE WITHDRAWAL 1536021 SI99
   Closed
5. DBIT 05.17.2017 USD 1498650.00 ████████
   ██████████ THE OAK STREET TRUST
   1000035979
   39 LABURNUM 94027 ATHERTON US 457379 WIRE WITHDRAWAL 1550546 Closed
6. DBIT 05.25.2017 USD 1498650.00 ██████
   █████████ THE OAK STREET TRUST
   1000035979
   39 LABURNUM 94027 ATHERTON US 457379 WIRE WITHDRAWAL 1588189 Closed
7. DBIT 06.07.2017 USD 1498650.00 ██████
   █████████ THE OAK STREET TRUST
   1000035979
   US 39 LABURNUM 94027 ATHERTON, US NOTPROVIDED 457379 WIRE WITHDRAWAL 1639208 SI99
   Closed

8. DBIT 06.27.2017 USD 1498650.00 ████████████

   ████████████████████████ THE OAK STREET TRUST

   1000035979
   US 39 LABURNUM 94027 ATHERTON, US NOTPROVIDED 457379 WIRE WITHDRAWAL 1707452 SI99
   Closed

9. DBIT 08.09.2017 USD 999100.00 ████████████

   ████████████████████████ THE OAK STREET TRUST

   1000035979
   US 39 LABURNUM 94027 ATHERTON, US NOTPROVIDED 457379 WIRE WITHDRAWAL 1865293 SI99
   Closed

10. DBIT 08.24.2017 USD 999100.00 ████████████

    ████████████████████████ THE OAK STREET TRUST

    1000035979
    US 39 LABURNUM 94027 ATHERTON, US NOTPROVIDED 457379 WIRE WITHDRAWAL 1940436 SI99
    Closed

11. DBIT 08.31.2017 USD 999100.00 ████████████

    ████████████████████████ THE OAK STREET TRUST

    1000035979
    US 39 LABURNUM 94027 ATHERTON, US NOTPROVIDED 457379 WIRE WITHDRAWAL 1975541 SI99
    Closed

12. DBIT 08.04.2020 USD 9975.00 ████████████

    ████████████████████████ Brad Garlinghouse

    1000035979
    39 Laburnum 94027 Atherton US 457379 WIRE WITHDRAWAL 8240082 8D8384689271A91 IMAD:
    20200804MMQFMPUR000012 Closed

13. DBIT 09.08.2020 USD 1198800.00 ████████████

    ████████████████████████ Brad Garlinghouse

    1000035979
    39 Laburnum 94027 Atherton US 457379 WIRE WITHDRAWAL 8443899 8D854294352626A IMAD:
    20200908MMQFMPUR000993 Closed

14. DBIT 09.16.2020 USD 549450.00 ████████████

    ████████████████████████ Brad Garlinghouse

    1000035979
    39 Laburnum 94027 Atherton US 457379 WIRE WITHDRAWAL 8483438 8D85A6F5F89A4BC IMAD:
    20200916MMQFMPUR000428 Closed

15. DBIT 09.23.2020 USD 599400.00 ████████████

    ████████████████████████ Brad Garlinghouse

    1000035979
    39 Laburnum 94027 Atherton US 457379 WIRE WITHDRAWAL 8515522 8D85FF20CF02BB5 IMAD:
    20200923MMQFMPUR000450 Closed

16. DBIT 09.29.2020 USD 549450.00 ████████████

    ████████████████████████ Brad Garlinghouse

    1000035979

CONFIDENTIAL TREATMENT REQUESTED BY ████████████ ████████████_00000010

39 Laburnum 94027 Atherton US 457379 WIRE WITHDRAWAL 8542501 8D864AB237EEBA5 IMAD:
20200929MMQFMPUR000708 Closed

17. DBIT 10.13.2020 USD 1198800.00 ███████

███████████████████████████ Brad Garlinghouse

1000035979
39 Laburnum 94027 Atherton US 457379 WIRE WITHDRAWAL 8608062 8D86FA5508C3447 IMAD:
20201013MMQFMPUR000879 Closed

18. DBIT 10.22.2020 USD 549450.00 ███████

█████████████████████████ BRADLEY KENT JR GARLINGHOUSE

1000035979
39 LABURNUM ATHERTON 94027 US 457379 WIRE WITHDRAWAL 8646455 4027840694 IMAD:
20201022MMQFMPUR000058 Closed

19. DBIT 11.12.2020 USD 419580.00 ███████

██████████████████████ Bradley Kent Jr Garlinghouse

1000035979
39 Laburnum Atherton 94027 US 457379 WIRE WITHDRAWAL 8764853 8D886190EE1FF24 IMAD:
20201112MMQFMPUR000024 Closed

20. DBIT 12.09.2020 USD 4695300.00 ███████

██████████████████████ Bradley Kent Jr Garlinghouse

1000035979
39 Laburnum Atherton 94027 US 457379 WIRE WITHDRAWAL 9035486 8D89C35EACC5528 IMAD:
20201209MMQFMPUR000193 Closed

21. DBIT 01.11.2021 USD 99900.00 ███████

██████████████████████ Bradley Kent Jr Garlinghouse

1000035979
39 Laburnum 94027 Atherton US 457379 WIRE WITHDRAWAL 9437281 8D8B6665A7F62DF IMAD:
20210111MMQFMPUR001662 Closed

Withdrawals

1. ID Date and time Type Amount User name Customer data Status
2. 1436581 03.09.2017 18:23:53 Bitcoin (BTC) 20.75000000 BTC 457379
   1LM6aZhXptUqMRiyNJZSv8tcKH9xdsLxkK Finished
3. 1436596 03.09.2017 18:30:37 Ripple payment $24990.00 457379
   18098D358E2251C461A58DC64169B4718A772D7970B86122959E4C553E092CB4 Finished
4. 1522153 04.30.2017 22:41:30 International wire transfer $250000.00 457379 Currency: USD
   THE OAK STREET TRUST

   Address:
   39 Laburnum
   94027 Atherton
   US

   Bank:
   Silicon Valley Bank
   3003 Tasman Drive
   95054
   Santa Clara

US

IBAN: 1000035979
BIC: SVBKUS6S


Comment:
For Further Credit to:
The Oak Street Trust, 100035979
Finished

5. 1536021 05.07.2017 00:19:14 International wire transfer $500000.00 457379 Currency: USD
THE OAK STREET TRUST

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 Tasman Drive
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S


Comment:
Finished

6. 1550546 05.12.2017 12:19:07 International wire transfer $1500000.00 457379 Currency: USD
THE OAK STREET TRUST

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 Tasman Drive
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S


Comment:
Finished

7. 1588189 05.24.2017 13:38:23 International wire transfer $1500000.00 457379 Currency: USD
   THE OAK STREET TRUST

   Address:
   39 Laburnum
   94027 Atherton
   US

   Bank:
   Silicon Valley Bank
   3003 TASMAN DRIVE
   95054
   Santa Clara
   US

   IBAN: 1000035979
   BIC: SVBKUS6S

   Comment:
   Finished

8. 1639208 06.06.2017 22:56:26 International wire transfer $1500000.00 457379 Currency: USD
   THE OAK STREET TRUST

   Address:
   39 Laburnum
   94027 Atherton
   US

   Bank:
   Silicon Valley Bank
   3003 TASMAN DRIVE
   95054
   Santa Clara
   US

   IBAN: 1000035979
   BIC: SVBKUS6S

   Comment:
   Finished

9. 1707452 06.23.2017 17:03:48 International wire transfer $1500000.00 457379 Currency: USD
   THE OAK STREET TRUST

   Address:
   39 Laburnum
   94027 Atherton
   US

   Bank:
   Silicon Valley Bank

3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

10. 1865293 08.08.2017 13:09:09 International wire transfer $1000000.00 457379 Currency: USD
THE OAK STREET TRUST

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

11. 1940436 08.24.2017 01:01:09 International wire transfer $1000000.00 457379 Currency: USD
THE OAK STREET TRUST

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

12. 1975541 08.30.2017 23:11:10 International wire transfer $1000000.00 457379 Currency: USD
THE OAK STREET TRUST

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

13. 2172387 10.08.2017 16:03:58 International wire transfer $1000000.00 457379 Currency: USD
THE OAK STREET TRUST

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Failed

14. 2176958 10.09.2017 14:39:56 International wire transfer $1000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S


Comment:
Finished
15. 2318855 11.02.2017 12:55:17 International wire transfer $1000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S


Comment:
Finished
16. 2759951 12.11.2017 04:11:00 International wire transfer $1000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

17. 2903218 12.17.2017 09:24:24 International wire transfer $2000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

18. 2945818 12.19.2017 05:17:49 International wire transfer $3000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

19. 2972120 12.20.2017 01:39:21 International wire transfer $2000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

CONFIDENTIAL TREATMENT REQUESTED BY ███████████

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

20. 3138286 12.27.2017 20:59:01 International wire transfer $5000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

21. 3167562 12.29.2017 04:45:28 International wire transfer $3000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

22. 3202544 12.30.2017 03:54:56 International wire transfer $9000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

23. 3277880 01.02.2018 15:17:14 International wire transfer $5400000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Canceled

24. 3280002 01.02.2018 16:24:05 International wire transfer $5400000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton

US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S


Comment:
Finished
25. 3513597 01.09.2018 15:38:46 International wire transfer $7000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S


Comment:
Finished
26. 3718797 01.17.2018 15:18:31 International wire transfer $5000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979

BIC: SVBKUS6S

Comment:
Finished

27. 3925771 02.01.2018 13:01:17 International wire transfer $3000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

28. 4082297 02.14.2018 16:48:19 International wire transfer $6500000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

29. 4213650 03.02.2018 04:49:33 International wire transfer $3000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum

CONFIDENTIAL TREATMENT REQUESTED BY ██████████

94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

30. 4340201 03.19.2018 15:10:26 International wire transfer $2100000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

31. 4392491 03.27.2018 19:08:40 International wire transfer $1400000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

CONFIDENTIAL TREATMENT REQUESTED BY ███████████     ███████_00000022

IBAN: 1000035979
BIC: SVBKUS6S


Comment:
Finished

32. 4496455 04.14.2018 18:10:34 International wire transfer $1500000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S


Comment:
Finished

33. 4547258 04.23.2018 21:55:03 International wire transfer $2000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S


Comment:
Finished

34. 4591680 05.01.2018 12:37:42 International wire transfer $4000000.00 457379 Currency: USD
Brad Garlinghouse

Address:

39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

35. 4680305 05.17.2018 14:16:09 International wire transfer $1800000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

36. 4775703 06.06.2018 15:23:11 International wire transfer $1900000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

37. 4865445 06.25.2018 21:39:46 International wire transfer $1900000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

38. 4958538 07.19.2018 20:53:03 International wire transfer $1300000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Finished

39. 5017036 08.03.2018 16:26:13 International wire transfer $1800000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Failed

40. 5104146 08.23.2018 13:13:27 International wire transfer $1200000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: SVBKUS6S

Comment:
Failed

41. 5129871 08.30.2018 14:30:13 Ripple payment $750000.00 457379
6FB61D10C5FE0291CC2B502DFAC0FB52E2434057B53E56DFF7F083079F90CBA5 Finished

42. 5141163 09.02.2018 13:44:51 Ripple payment $2400000.00 457379
00A1F5F031F17B088AA3ABDAA94C511C335BAB6CB0E34C09A774B6598F389BCF Finished

43. 5145542 09.03.2018 17:36:53 Ripple payment $600000.00 457379
FCD9E3A8B0FF9C6E14A7B559F3640ACECE257A373ED6867DB570C17603BAD45E Finished

44. 5301775 10.07.2018 16:04:20 International wire transfer $2300000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

45.  5352250 10.19.2018 14:27:16 International wire transfer $2200000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

46.  5401373 11.02.2018 18:01:56 International wire transfer $1500000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

47. 5459725 11.16.2018 00:21:35 International wire transfer $2000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

48. 5504245 11.24.2018 18:36:14 International wire transfer $1700000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

49. 5568937 12.07.2018 01:28:30 International wire transfer $1800000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton

US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished
50. 5633278 12.20.2018 14:41:37 International wire transfer $1500000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished
51. 5689713 01.04.2019 06:32:06 International wire transfer $2400000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979

BIC: 121145145

Comment:
Finished

52. 5772354 01.26.2019 00:10:32 International wire transfer $1800000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

53. 5857416 02.18.2019 15:16:57 International wire transfer $2000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

54. 5930488 03.08.2019 02:11:43 International wire transfer $4500000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum

94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

55. 5982209 03.22.2019 22:21:49 International wire transfer $2500000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

56. 6040039 04.05.2019 09:19:14 International wire transfer $3000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

57. 6093533 04.18.2019 15:21:35 International wire transfer $2800000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

58. 6246381 05.20.2019 16:27:29 International wire transfer $1300000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

59. 6345063 06.07.2019 17:17:05 International wire transfer $2000000.00 457379 Currency: USD
Brad Garlinghouse

Address:

39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

60. 6437253 06.25.2019 15:58:16 International wire transfer $3300000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

61. 6522575 07.09.2019 13:42:29 International wire transfer $4700000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

62. 6608960 07.25.2019 19:26:42 International wire transfer $4100000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

63. 6721528 08.19.2019 14:39:55 International wire transfer $1900000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

64. 6765332 08.31.2019 17:58:58 International wire transfer $1300000.00 457379 Currency: USD
Brad Garlinghouse

CONFIDENTIAL TREATMENT REQUESTED BY ███████████          ███████_00000034

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145


Comment:
Finished

65. 6852511 09.26.2019 19:03:37 International wire transfer $2800000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145


Comment:
Finished

66. 6983449 10.29.2019 20:25:53 International wire transfer $3000000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara

CONFIDENTIAL TREATMENT REQUESTED BY █████████ ███████_00000035

US

IBAN: 1000035979
BIC: 121145145


Comment:
Finished
67. 7231754 01.07.2020 15:43:41 International wire transfer $200000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145


Comment:
Finished
68. 8240082 08.03.2020 20:26:43 International wire transfer $10000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145


Comment:
Finished
69. 8331527 08.19.2020 16:14:35 International wire transfer $1700000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

70. 8362436 08.25.2020 16:07:53 International wire transfer $1200000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

71. 8404359 09.01.2020 19:29:35 International wire transfer $750000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054

Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished
72. 8443899 09.08.2020 16:10:18 International wire transfer $1200000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished
73. 8483438 09.16.2020 17:44:28 International wire transfer $550000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

74. 8495295 09.19.2020 00:12:43 Bitcoin (BTC) 0.01050000 BTC 457379
3NPS7d3oAN6pjV13VTN7MezyqCQoMi2n1R Finished

75. 8495365 09.19.2020 00:48:46 Bitcoin (BTC) 0.99050000 BTC 457379
3NPS7d3oAN6pjV13VTN7MezyqCQoMi2n1R Finished

76. 8515522 09.23.2020 18:20:16 International wire transfer $600000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

77. 8542501 09.29.2020 18:49:45 International wire transfer $550000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

78. 8608062 10.13.2020 13:41:56 International wire transfer $1200000.00 457379 Currency: USD
Brad Garlinghouse

Address:
39 Laburnum
94027 Atherton

US

Bank:
Silicon Valley Bank
3003 TASMAN DRIVE
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

79. 8646455 10.21.2020 16:52:13 International wire transfer $550000.00 457379 Currency: USD
Bradley Kent Jr Garlinghouse

Address:
39 Laburnum
Atherton 94027
US

Bank:
SVB Private Bank
3003 Tasman Drive,

Santa Clara 95054
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

80. 8678211 10.27.2020 19:25:15 International wire transfer $650000.00 457379 Currency: USD
Bradley Kent Jr Garlinghouse

Address:
39 Laburnum
Atherton 94027
US

Bank:
SVB Private Bank
3003 Tasman Drive,

Santa Clara 95054
US

IBAN: 1000035979

CONFIDENTIAL TREATMENT REQUESTED BY ██████████        ██████████_00000040

BIC: 121145145

Comment:
Finished

81. 8718242 11.03.2020 18:56:02 International wire transfer $515000.00 457379 Currency: USD
Bradley Kent Jr Garlinghouse

Address:
39 Laburnum
Atherton 94027
US

Bank:
SVB Private Bank
3003 Tasman Drive,

Santa Clara 95054
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

82. 8764853 11.10.2020 19:31:20 International wire transfer $420000.00 457379 Currency: USD
Bradley Kent Jr Garlinghouse

Address:
39 Laburnum
Atherton 94027
US

Bank:
SVB Private Bank
3003 Tasman Drive,

Santa Clara 95054
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

83. 9035486 12.08.2020 22:49:45 International wire transfer $4700000.00 457379 Currency: USD
Bradley Kent Jr Garlinghouse

Address:
39 Laburnum

Atherton 94027
US

Bank:
SVB Private Bank
3003 Tasman Drive,

Santa Clara 95054
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

84. 9437281 01.11.2021 17:02:35 International wire transfer $100000.00 457379 Currency: USD
Bradley Kent Jr Garlinghouse

Address:
39 Laburnum
94027 Atherton
US

Bank:
SVB Private Bank
3003 Tasman Drive,
95054
Santa Clara
US

IBAN: 1000035979
BIC: 121145145

Comment:
Finished

CONFIDENTIAL TREATMENT REQUESTED BY ██████████ ██████████_00000042

# PX 686

# Two Rivers Trading Group, LLC

| | |
|---|---|
| Verified | YES |
| Corporation verified | YES |
| Customer ID | 415787 |
| Deposit reference | 724415787289 |
| Company | Two Rivers Trading Group, LLC |
| Company Type | Limited Liability Company (LLC) (Risk level: 4.0) |
| Company Country | United States of America |
| Company Industry | Foreign exchange traders (Risk level: 7) |
| Address Type | Bussiness address |
| Address | 14 Wall Street Ste 8B |
| Postal Code | 10005 |
| City | New York |
| State | New York |
| Country | United States of America |
| Address Type | Registered address |
| Address | 14 Wall Street Ste 8B |
| Postal Code | 10005 |
| City | New York |
| State | New York |
| Country | United States of America |
| Tax ID | 26-1429883 |
| E-mail address | myaccounts@tworiverstrading.com |
| Date joined | Dec. 20, 2013, 9:18 p.m. |
| Last login | Jan. 6, 2020, 7:23 p.m. |
| Account value | 1.13 USD |
| USD balance | 0.00 USD |
| EUR balance | 0.59 EUR |
| XRP balance | 0.86695010 XRP |
| Bank Deposits | 1497000.00 USD |

| | |
|---|---|
| Astropay Deposits | 0.00 USD |
| Vogogo Echeck Deposits | 0.00 USD |
| Vogogo Credit Cards Deposits | 0.00 USD |
| Ripple USD Deposits | 4151579.52 USD |
| Credit Card USD Deposits | 0.00 USD |
| Ripple BTC Deposits | 327.40658474 BTC |
| Bank withdrawals | 6353012.28 USD |
| Intercash withdrawals | 0.00 USD |
| Ripple USD Withdrawals | 3748236.67 USD |
| Gold Withdrawals | 0.00 USD |
| XRP purchases made | 0.00000000 XRP |
| All Deposit Addresses | 1. BTC - 1LsrMJnHnScA8bWRd1qpewuhHcaWxJ5cCw (Created: Mar. 17. 2014)<br>2. BTC - 3EtRHfA6tjVmZYNWiDdS4ffsXiSReLbdEF (Created: Jan. 13. 2015)<br>3. XRP - rDsbeomae4FXwgQTJp9Rs64Qg9vDiTCdBv?dt=93926369 (Created: Oct. 14. 2020)<br>4. ETH - 0x92e545088f43583d5d7036b0e3eac672d27ab1d9 (Created: Aug. 17. 2017)<br>5. BCH - 35nnxMZhcdKAcyXFhdKoQbzxgnjHbQe6QP (Created: Jan. 25. 2019) |
| BTC deposits SUM | 504.89676857 BTC |
| BTC withdrawals SUM | 685.33563415 BTC |
| BTC withdrawal addresses | **XRP:** |

CONFIDENTIAL TREATMENT REQUESTED BY ███████

1. E4C056E7E7561813E43BB33AB872B07C597281C6DB959080317FB C42667495FA (1.33000000)
2. 08D44000173168F73E42DBADAAC7C131B74CB1A729B327D3E33 7D1BEE7F2B104 (3.00000000)
3. C5FE1BE16E2EB671E3E986C7D988DFA8806CA9D6FF98CE7B07E5 AC90ECEF193B (2.00000000)
4. 0A4A65A30439B9AE00F9AFD76EFED0A28671EC8E0DD199A9E6 C9A90814C867C3 (6.00000000)
5. 07EC3FBF7B8F336D46314C472480E9FFD08222B9B9B87EF9650D 3DFD7D30CCDB (5.48000000)
6. CB8E400D7B5ECE7065ABE3D5DF8C4B0E1F8EA07B90F71564029 7A84255B38FF0 (0.33810000)
7. 3124089B3D9DCE299098FA6DFE67ADB9753634CDEBBE9806675 CF45E8D77B2C8 (5.00000000)
8. 5DB46A1B74F8B134DC6C06BEDDC21552D6E944454A0C262794 AAC6547CD044CB (3.00000000)
9. E596611C5C6D4B65DCE066387929E086BE508E0F9E9DB41815E6 77D72B6FD3CC (11.00000000)
10. 04A49E8CF064F5AB3301C163A3D7A215ADF7A2D25C7AB98A69 67A26F1A742842 (2.00000000)
11. 8BC587CB07CA452EBE3809F62334658C4AD6100FC021AC46B3C F4A8D5BF86174 (3.00000000)
12. 12AD0CF7E08D2F7D6A8A5AAC18E51E3DD836095CCDE56346D9 F2BECADDA0C77C (2.43000000)
13. 840737AF10129BBCFF5F7292B3ED0BDEA4CBEED01810583F5082 EF298CDF6E61 (10.50000000)
14. 2CB1A6F9523E6370917DCF46E547FB52B916F40F233F869282B8B 326CC76A3EB (3.26700000)
15. 3C605E79794E5DE0B12310C997DF8CC4BF01CEDE796FE1F5A0B5 908297D7E2B4 (0.65000000)
16. 3BE7F7EFB52A499D1A79EF4DEF9DB558BEB744708D537893E9A 79E318F905FFB (3.70000000)
17. B6FB2BE7C5E664A4A8FC3921970FB270C29200F3E0EB6A5327A9 2E142DCD6E08 (0.28500000)
18. D02B7520D9BA994E2E53C648427003A2E37B65924A0BE92C6C B2425A1675293F (0.63000000)
19. C7EB472730DD5E789F4908963B7566ACECF20EA2E2B27C2ACD CEA66D753E4560 (20.00000000)
20. 491F4E16FC85230FEC1BF6BF0A811A312F7D077D32C7FD5323308 442B58E5433 (5.00000000)
21. 58335B8448539EC375B3D29AD00C76054DAFDC84C5226AF68A 47F0D6A25A5F71 (4.00000000)

CONFIDENTIAL TREATMENT REQUESTED BY

22. 61F1BC5DE6FEFFDBC8213B3ADA7563878ECD4FC34154417B76E9
    31C45A098EDA (1.30000000)
23. 0A2A300F91288EF2E068DBF60680E175E022F91128BAD152E4D8A
    E5243D0CB3A (8.00000000)
24. 8E049434B72AADDB7F02DE6CE2249DB2184069923BF76C86169
    1B7C7FB47CECA (8.00000000)
25. 8C8B372B7656A3A1012C5DCB4AF8916695AFA47D6D238012E91F
    2859B8023F16 (10.00000000)
26. 86A07F0FCA43BCA0C6559015F1D2FCC8469A80C4877991D2B1D
    545A0CA2D5B97 (4.00000000)
27. 545CAC452B21EF3A2D562B7F8B33925DFEB679612C1AB349E3D
    0C4280D081412 (5.00000000)
28. F75FA24904A8785D4B19F66CE6C27F488A028AEA25F0F36E8AB
    8EB0D88BD02C3 (12.00000000)
29. 03CAE52DB1866277B1BE7D1A185201303B9DE8ACB834C46B263
    DFADD972CFD38 (2.00000000)
30. 757DD878CC31B1396D7330E0D579211A6A0B46401B7C63C26C9
    74A57C343F838 (4.00000000)
31. 13110C8E675499A3FD0C8EED57484B4E200FA58AC5E7A51A12D
    D79CEE8003C38 (10.00000000)
32. 990DF18CC20E901C168EF74F8841F485244BAFB6E82B840CE771F
    4F518E28B0F (5.00000000)
33. C6729EC9D553C85CA91B68E9605C9451D60146A1B51C8D96F9E3
    9074C03AA01B (8.50000000)
34. E2151EB1014CCADDF7ED0805A2919C9B2EFD199289A15F9723C3
    412A7F47E25F (5.14348838)
35. 31581EE454BBED47E71930512BA2DF8EAD70A8DA7868DA82FC4
    8CF8D63376182 (5.00000000)
36. 4DC528810FC5C57ADDC3F8C02B2E8A4C997E231F2A174C22E05
    9FF4CBEC413D8 (0.50000000)
37. CE4BE215082A5B4CBCBCDA917AC374242ABAE8099CC8B9BD7E
    0AF86FFC8F1651 (10.00000000)
38. 18875EB2EF4FE49ECDC1FF27C8A1C524B0CE70178096D21D873D
    B2C20AF093C3 (3.12000000)
39. 146143F31BE0A9D856EC3E44F20FE97FFE78B3F7B35C28573CE8E
    61B56DEC08D (1.30000000)
40. 26A260F7AA5665BC4FC7E398C6709868C6CDDB920168847B00E
    AE342950FA476 (10.00000000)
41. 8E364E98E5A72029DAC748702A3E1AF07FEC9FD90E24D33F0F9
    3CB741E4E745E (5.00000000)
42. 839272AD2878B566FC312E5BB42E7AAFF76A6DC20FD25957C47
    744F12B6297C2 (2.00000000)

CONFIDENTIAL TREATMENT REQUESTED BY

| | |
|---|---|
| | **BTC:**<br><br>1. 1NsfBJfcrYXPKqqx4QMR6MEc4gzN3dNCTF (25.00000000)<br>2. 1CE1hLq8e2doV4iqjDZwthvJxipmK2po5v (0.02500000) Trezor<br>3. 15jtoMMoCArBf97D1Nknn1e9b36LJ6vX1E (0.05000000) Gemini<br>4. 137UNn1cyhR82LbZ1xJgoc2EJGaD7A1MFp (0.02500000) Trezor<br>5. 14QV5tzye9H165K9vHwb71eJn9Ton5dFbB (86.61538418)<br>6. 1MjLMK7yrJtTFyrzDr4f2XB4VFhNLC9Mb4 (1.00000000)<br>7. 1JsWBjLAYQwyhJ9uGrvz1wsFWrD1Bnv1sM (40.00000000) Trezor<br>8. 18aV98z35pENuA45QMyEbNNWarQfX6f3QB (65.00000000) Trezor<br>9. 1KqrWFfoKhF6GV64EjUuJchVuRbSTfiEL6 (10.00000000) Trezor<br>10. 179wnabNoagXq58YM2vQcNpmmjzRTEyxwW (18.10000000)<br>11. 1DZdC624Xn32yeTM856CGRpchViw9dtggL (65.00000000) Trezor<br>12. 1HLayte2b8kk5MSC8n1qzzLADd1Bfa5fV6 (2.00000000)<br>13. 1Ku6jXGkfwBTWAWpNhqNf8pxQnWTYmrmU4 (1.89000000) Gatehub Fifth<br>14. 1KFXqZKv66scdVmvBexPv38sgXwpVqLk2z (20.00000000) Trezor<br>15. 1Lr9D8jXUAvciBJ1DAmmYvwSAj7d4fFr1X (117.17154997)<br>16. 17SrKD5g4vBQWUBJtippMWpSDeHvAUvN7d (0.35000000) newTREZ<br>17. 16gDStfLTJqMRw3JTrbWjdo57ihG26qxaD (0.05000000) Bittrex<br>18. 14i79of3UkvrdfARZ7AK6PHsCa4zZFxdd6 (24.00000000)<br>19. 1HfxXBLncVAVsB29jipiP8BJQEg8vPHPR2 (2.94000000) gatehub5algo<br>20. 3498kshSyFTeC8KgLg1pcSSM34S3XWC7E3 (42.50000000) Kraken<br>21. 3DYJqJT1LxGEEB1SEa1opsmg6QDMDHC6Ld (131.10000000) Kraken<br>22. 11SAsbVSZv9avqyzpVYapskJBnTKEbGm3 (21.51870000)<br>23. 3GxR65TQW7gq5pjX9kqzsKoUm8UbRth2SA (11.00000000) |
| XRP deposits SUM | 109230726.39000000 XRP |
| XRP withdrawals SUM | 3936820.00000000 XRP |
| XRP withdrawal addresses | **XRP:**<br><br>1. rEEUym1oU5N846HdDBxVTvyNnx2DycH1tz (1000000.00000000) testWRCL |

CONFIDENTIAL TREATMENT REQUESTED BY █████

|  | 2. rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr (1000100.00000000) Ripple Algo Wallet<br>3. rPcPHcZG4uYk2woCQ1YCjH2C1DgFrto1FX (744900.00000000) NJreserv<br>4. rH9B5S1eG5sJNbBw3sVdnP9Md51q4H6jJY (1111000.00000000) gh algo<br>5. rQ98Y86FfiPeYL1BHDzX2joq3SRL3Nw8gv (80820.00000000) gh ny |
|---|---|
| LTC deposits SUM | 0.00000000 LTC |
| LTC withdrawals SUM | 0.00000000 LTC |
| LTC withdrawal addresses |  |
| ETH deposits SUM | 1269.98500000 ETH |
| ETH withdrawals SUM | 1344.98500000 ETH |
| ETH withdrawal addresses | **ETH:**<br><br>1. 0x6aaba0b6bb5233b0d77b258fb6f5b981e0d1ce0a (269.98500000) nj firm reserve<br>2. 0x53C06ea736e3ff2a29A862f315ae7C20500Fb75b (500.00000000) coinbaseprime<br>3. 0x7558ba908489ee182b69424409d5aa38c9388257 (575.00000000) bin trtg |
| BCH deposits SUM | 0.14448838 BCH |
| BCH withdrawals SUM | 0.14448838 BCH |
| BCH withdrawal addresses | **BCH:**<br><br>1. 12nDy83ATDJWVDStFe3Nb9nwjfdNdTEjwc (0.14448838) bittrex |

| | |
|---|---|
| XLM deposits SUM | 0.00000000 XLM |
| XLM withdrawals SUM | 0.00000000 XLM |
| XLM withdrawal addresses | |
| PAX deposits SUM | 0.00000000 PAX |
| PAX withdrawals SUM | 0.00000000 PAX |
| PAX withdrawal addresses | |
| LINK deposits SUM | 0.00000000 LINK |
| LINK withdrawals SUM | 0.00000000 LINK |
| LINK withdrawal addresses | |
| OMG deposits SUM | 0.00000000 OMG |
| OMG withdrawals SUM | 0.00000000 OMG |
| OMG withdrawal addresses | |
| USDC deposits SUM | 0.00000000 USDC |
| USDC withdrawals SUM | 0.00000000 USDC |
| USDC withdrawal addresses | |

Support tickets

1. 37910

   Dinuka Youssis (415787)

   Dec. 20, 2013, 9:25 p.m.

   None

   "I would like to set this up as a corporate account for my firm that would like to trade Bitcoins. Please let me know the steps to do so. Also, do you have any further information about the trading API for bitcoins? Thank you."

2. 37910

   ▮▮▮▮ (89915)

   Dec. 23, 2013, 9:37 a.m.

   None

   "Dear Dinuka, since you are depositing from a corporate bank account we would kindly ask you to open a corporate account with us. In order to do so please indicate your Company name and its Tax / VAT ID in your Settings of your Account, at the bottom, along with the personal information of an executive person and the company bank account information above. Further, to prevent fraud and money laundering for first time customers with deposits from a corporate bank account we require identity verification before being able to credit deposits or process withdrawals. We would kindly ask you to please provide us with a high resolution image of your international passport and one recent proof of your residency. Next, please provide the following documents and information: (I) Certificate of incorporation and Memorandum & Articles of Association (II) Annual return which details who are the directors and the beneficial shareholders of your company as of the last fiscal year (III) Resolution of the Board of Directors to open an account with ▮▮▮▮ and identification of those who have authority to operate the account (IV) Authorization for other persons to manage your account (if applicable) (V) Copy of a company telephone bill or a recent bank account statement (VI) A high resolution image of international passport and a proof of residency of at least two members of the board of directors, and any owners with a share of 25% or more A proof of residency can be a scanned image of one the following paper documents: (I) bank statement (II) utility bill for utilities consumed at your home address (III) tax return, council tax (IV) certificate of residency issued by a government or a local government authority (V)you can also submit other documents to serve as proof of residency such as; government-

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮                                                    00002218

issued documents, judicial authority-issued documents, documents issued by a public agency / authority, utility service company, or similar regulated service providing companies These documents must be provided as high resolution images and proof of residency must be scanned images of paper documents. Finally we would ask you to please help us better understand the nature of your business by answering the following questionnaire: 1. What is the name of the company and its Tax / VAT ID? 2. What is your company url? 3. What is your company's business activity? 4. Who is(are) the owner(s) of your company? Please provide the beneficial share ownership information including the percentage of shares. For trusts all parties with beneficial voting rights need to be identified 5. Which bank are you using? Please provide the complete address and SWIFT code. 6. What is the purpose of your trading on ██████ 7. What type of trading will be conducted? Buying/selling/both? Estimated trade volume per month? 8. Do you have established relationship with any other bitcoin exchange? 9. Will your company serve ██████ s customers by providing services related to their ██████ accounts? If so, how? 10. Estimated amount that you would be depositing to your ██████ account per month (in USD and BTC)? 11. Is your business listed on a recognized stock exchange? If so what is your unique membership ID? 12. Is your business regulated for AML? If so, what is your specific policy? Specifically how do you perform KYC for your customers? You can find all the required API information in our API section: ██████████████ / If you should have any further questions please feel free to ask. Best regards ██████ ██████

3. 37910

   Dinuka Youssis (415787)

   Dec. 24, 2013, 5:34 p.m.

   None

   "Hi ██ Attached please find the information you requested. Please let me know if you need anything further. "

4. 37910

   Dinuka Youssis (415787)

   Dec. 24, 2013, 5:55 p.m.

   None

"Hi, One last file for today. This is the legal name change from Zone Equity Group, LLC to Two Rivers Trading Group, LLC. "

5. 37910

Dinuka Youssis (415787)

Dec. 26, 2013, 3:18 p.m.

None

"Stephen Ardizzone's Passport is attached."

6. 37910

███████(89915)

Dec. 29, 2013, 1:02 p.m.

None

"Dear Dinuka, thank you for providing us with your corporate documentation. We have informed our administration of your corporate verification request; they will look into it and process it accordingly. Should you require any additional assistance in the meantime, please feel free to ask. Best regards, ███████"

7. 37910

Dinuka Youssis (415787)

Dec. 30, 2013, 2:46 p.m.

None

" Thank you. Looking forward to hearing from you. Dinuka"

8. 37910

███████335350)

Jan. 14, 2014, 12:36 p.m.

None

"Dear Dinuka, Provide documentation that states the ownership shares of the company and the following documents: - Memorandum & Articles of Association

CONFIDENTIAL TREATMENT REQUESTED BY ███████



- Annual tax return Proof of residence documents of all four authorized ▮▮▮▮▮ account operators. -Dinuka Samarasinghe -Amos Zhang -Stephen Ardizzone - Constantinos Youssis Passports or social security numbers of: -Dinuka Samarasinghe -Amos Zhang Please provide a financial document that states how the funds which you will be depositing were acquired. Bet regards, ▮▮▮▮▮ ▮▮▮▮▮

9.  37910

    Dinuka Youssis (415787)

    Jan. 17, 2014, 3:58 p.m.

    None

    " Hi ▮▮▮ We are working on putting this all to you. The fiscal year, 2013 has ended, however, our tax return for 2013 will not be completed for two months or so. Is there any other documentation you can accept in lieu of this? Also, I understand that ▮▮▮▮ is a Ripple Gateway as well. We are working with Phil Rapoport from Ripple Labs to become an official Ripple market maker. Can I set up with you connectivity to the Ripple Gateway as well? Thank you. Dinuka"

10. 37910

    ▮▮▮▮▮▮ (335350)

    Jan. 20, 2014, 12:27 p.m.

    None

    "Dear Dinuka, Provide documentation that states the ownership shares of the company and the other documents requested in the previous response. Once your account is verified for corporate use you will be able to use all the functions available in your account profile. If you require further assistance in the meantime please do not hesitate to contact us. Best regards, ▮▮▮▮▮▮▮

11. 37910

    Dinuka Youssis (415787)

    Feb. 19, 2014, 8:10 p.m.

    None

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮▮▮                                            ▮▮▮▮▮ 00002221

"Attached please find the proof of residences for Stephen Ardizzone, Amos Zhang, Constantinos Youssis and Dinuka Samarasinghe."

12. 37910

Dinuka Youssis (415787)

Feb. 19, 2014, 8:11 p.m.

None

"Attached please find the Articles of Organization."

13. 37910

Dinuka Youssis (415787)

Feb. 19, 2014, 8:12 p.m.

None

"Attached please find the passports for Dinuka and Amos. "

14. 37910

Dinuka Youssis (415787)

Feb. 19, 2014, 8:13 p.m.

None

"Files attached"

15. 37910

Dinuka Youssis (415787)

Feb. 25, 2014, 7:36 p.m.

None

"Attached please find the 2012 tax return for Two Rivers Trading Group, LLC. The password to the pdf is our account number. Our 2013 tax return has not been filed as of today and do not anticipate it to be filed for several months. Please let me know what information is still outstanding. "

CONFIDENTIAL TREATMENT REQUESTED BY ███████                    ███████00002222

16. 37910

Dinuka Youssis (415787)

Feb. 26, 2014, 4:16 p.m.

None

" I believe that we have submitted all requested documentation. Please let me know if there are any additional steps we need to complete for corporate verification. Thank you. Dinuka"

17. 37910

▮▮▮▮▮▮▮ (335350)

March 5, 2014, 2:05 p.m.

None

"Dear Dinuka, We apologize for not getting back to you sooner. We have reviewed your corporate verification request. Question 4 of the questionnaire was skipped: "Who is(are) the owner(s) of your company? Please provide the beneficial share ownership information including the percentage of shares. " According to the documentation you provided MR.STEPHEN ARDIZZONE owns 51.62% of the LLC. Please provide a document that shows who the owner(s) of the remaining share of the company is(are). Also please provide a document that list the current director/manager of the company. (iii) - please provide a document signed by the managers/directors that you wish to open a corporate account at ▮▮▮▮ Also we have not yet received Memorandum & Articles of Association Please provide a financial document that states how the funds which you will be depositing were acquired. Best regards, ▮▮▮▮▮▮"

18. 37910

Dinuka Youssis (415787)

March 7, 2014, 8:20 p.m.

None

"Attached please find the answer to question #4. Also, please find the articles of organization. "

19. 37910

Dinuka Youssis (415787)

March 7, 2014, 8:36 p.m.

None

"Attached please find the answers to (iii) and the answer to how the funds were acquired. "

20. 37910

███████ (335350)

March 11, 2014, 8:56 a.m.

None

"Dear Dinuka, As the 49% owner of the company is: VV TRT Investment LLC We also require you to submit the following documents of the company: (I) Certificate of incorporation and Memorandum & Articles of Association (II) Annual return which details who are the directors and the beneficial shareholders of your company as of the last fiscal year (V) Copy of a company telephone bill or a recent bank account statement (VI) A high resolution image of international passport and a proof of residency of at least two members of the board of directors, and any owners with a share of 25% or more Best regards, ███████
███████

21. 37910

Jure Bežan (617829)

Oct. 14, 2015, 8:38 a.m.

None

"Dear Dinuka, we have noticed that you have note concluded this business verification procedure as instructed in a ticket sent to you form my colleague. We kindly ask you to provide the requested documentation. Please note that the account status will not change during this procedure and remains verified. In addition, please provide your SSN. Please additionally provide some information regarding your company: (1) Did the ownership structure of the company change from the structure provided during the verification procedure. (2) Did the directorship structure of the company change from the structure provided during

CONFIDENTIAL TREATMENT REQUESTED BY ███████                    ███████00002224

the verification procedure. (3) Did the ▮▮▮▮ account usage change in any way. Thank you for your cooperation. Should you have any questions or require any assistance in the meantime, please do not hesitate to ask. Looking forward to hearing from you. Best regards, ▮▮▮▮

22. 37910

Dinuka Youssis (415787)

Oct. 28, 2015, 5:24 p.m.

8.12.245.15

"Hello▮▮ Sorry, I never received any business verification question from your colleague. 1. The ownership structure did not change during the verification procedure. 2. The directorship structure of the company has not changed since the verification procedure. 3. The ▮▮▮▮ account usage changed in that we trade less, and have fewer incoming and outgoing transfers. Two Rivers Trading Group LLC's ID number is 26-1429883, which we have previously provided. Should you have any further questions, please feel free to contact me. Dinuka"

23. 37910

▮▮▮▮ (617829)

Oct. 29, 2015, 11:02 a.m.

None

"Dear Dinuka, thank you for your reply and provided information. Please describe current ownership structure of the company. In addition, please provide your personal SSN. Additional verification questions/requests from my colleague: As the 49% owner of the company is: VV TRT Investment LLC We also require you to submit the following documents of the company: (I) Certificate of incorporation and Memorandum & Articles of Association (II) Annual return which details who are the directors and the beneficial shareholders of your company as of the last fiscal year (III) A high resolution image of international passport and a proof of residency of at least two members of the board of directors, and any owners with a share of 10% or more Thank you for your cooperation. Should you have any questions or require any assistance in the meantime, please do not hesitate to ask. Looking forward to hearing from you. Best regards, ▮▮▮▮▮

24. 52998

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮ ▮▮▮▮00002225

Dinuka Youssis (415787)

March 5, 2014, 6:43 a.m.

None

"I would like to change my email address on this account to dinuka@tworiversfx.com. Thank you. Dinuka"

25. 52998

███████ (384972)

March 6, 2014, 1:40 p.m.

None

"Dear Dinuka, As email security of our users is of paramount importance since our last withdrawal confirmation feature was implemented, we shall have to kindly ask you to provide a high resolution image of your government issued ID along with a hand written date of when the image was submitted, following the example bellow. EXAMPLE: "12.January.2014 For ███████ only" Please note that the ID and the image need to be submitted as one image. Attach the document in a reply to this ticket, so we can check your identity and proceed with your request. Best regards, ███████

26. 52998

Dinuka Youssis (415787)

March 6, 2014, 7:08 p.m.

None

"Hello ███ I very much appreciate the added security steps. Thank you. Dinuka"

27. 52998

███████ (384972)

March 11, 2014, 9:04 a.m.

None

CONFIDENTIAL TREATMENT REQUESTED BY ███████                    ███████ 00002226

"Dear Dinuka, Your email address has been changed. If you should have any further questions, please feel free to contact us again. Best regards, ▓▓▓▓▓▓▓

28. 55122

Dinuka Youssis (415787)

March 17, 2014, 5:05 p.m.

None

"We would like to do an international wire transfer into our account. Are there detailed wire instructions for us to follow? Thank you."

29. 55122

▓▓▓▓▓ (89915)

March 18, 2014, 8:50 a.m.

None

"Dear Dinuka, to send an International wire transfer to ▓▓▓▓▓ go to "Deposit" and select "International bank" from the side menu. Fill out the form as required and click on "Deposit". You will be provided with our full banking details and your message number. Use this information when you initiate a transfer from your bank to ▓▓▓▓▓ Please note that the message number has to be included into the transfer. If you have any additional questions, please feel free to contact us again. Best regards, ▓▓▓▓▓▓

30. 55184

Dinuka Youssis (415787)

March 18, 2014, 3:56 a.m.

None

" Hi, We are doing a ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ). I am using a simple script, as below, to generate wget commands, such as: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Any ideas what is going wrong? Thanks.
#!/usr/bin/env python import sys, os from time import time client_id = "415787"

CONFIDENTIAL TREATMENT REQUESTED BY ▓▓▓▓▓▓▓ ▓▓▓▓▓▓00002227

31. 55184

Dinuka Youssis (415787)

March 18, 2014, 2:12 p.m.

None

"We believe we have resolved this issue on our own. Thank you. Dinuka"

32. 55184

████████ (384972)

March 19, 2014, 6:48 a.m.

None

"Dear Dinuka, Thank you for informing us. We are glad to hear that your issue was resolved. If you should have any additional issues or questions, in the future, please feel free to contact us again. Best regards, ████████

33. 55901

Dinuka Youssis (415787)

March 24, 2014, 2:11 p.m.

None

"We deposited a little less than $5000 USD into our ████████ account, and have purchased some Bitcoin with this money. However, I am not seeing any data from our Ripple wallet saying that we have any balances in our Ripple Wallet. We should see IOUs from ████████ for USD and BTC. Can you please check on this, please? Thank you. Dinuka"

CONFIDENTIAL TREATMENT REQUESTED BY ████████                    ████████00002228



34. 55901

    █████ (89915)

    March 24, 2014, 3:23 p.m.

    None

    "Dear Dinuka, if you wish to transfer funds between Ripple and █████ please make sure the trust line between the two accounts is set high enough to allow these transfers. You can track all the finished transactions done on you █████ account from the "Transactions" section:
█████████████████████████████ Should you require any additional assistance, please feel free to ask. Best regards, █████ "

35. 55901

    Dinuka Youssis (415787)

    March 25, 2014, 3:05 p.m.

    None

    "My understanding is that since we have a █████ account, and we trust the █████ gateway, we should see our balances on █████ on our Ripple Wallet. My Ripple wallet trusts █████ for 5005.00 USD and also trusts █████ for 10.0 BTC. I see a little over $561 USD in my █████ account, and also around 7.5 BTC, so I should be seeing these in my wallet. Can you please check for me? Thank you. Dinuka"

36. 55901

    Dinuka Youssis (415787)

    March 25, 2014, 3:06 p.m.

    None

    "BTC balance:7.32103100 BTCUSD balance:$571.45 And my Ripple wallet address is: rUVarwZCovdngR2JSSViq1YuabxuWqm8es "

37. 55901

    █████ (89915)

CONFIDENTIAL TREATMENT REQUESTED BY █████      █████00002229

March 26, 2014, 7:12 a.m.

None

"Dear Dinuka, please note that trusting the link between your Ripple wallet and your ▮▮▮▮▮ account does not mirror the balances from one service to another. You will have to send funds from Ripple to ▮▮▮▮▮ or vice-versa before they will appear in the receiving wallet's balance. If you have any additional questions, please feel free to contact us again. Best regards, ▮▮▮▮

38. 55901

Dinuka Youssis (415787)

March 26, 2014, 1:53 p.m.

None

"Thank you ▮▮▮ Can you please instruct me how to send balances from ▮▮▮▮▮ to Ripple and vice versa? Thanks again. D"

39. 55901

Dinuka Youssis (415787)

March 26, 2014, 5:29 p.m.

None

"I have tried to withdraw Bitcoin to a ripple wallet. I click the confirmation email, but the link still says that email confirmation is needed. I did a test trade for $0.15, and this appeared to go through correctly."

40. 55901

▮▮▮▮▮ (89915)

March 27, 2014, 8:21 a.m.

None

"Dear Dinuka, yes, a confirmation e-mail security system is active by default for all users. When you make a withdrawal request, an e-mail is sent to your account's e-mail address asking you to confirm the request. If you do not click on the link within 1 hour, the request will expire. Once the request is confirmed (and the trust

link between your Ripple account and ▮▮▮▮▮ set high enough), the funds will be sent to the Ripple address specified. Sending funds from Ripple will also require a trusted link and your ▮▮▮▮▮ Ripple destination address with the addition of your "Destination Tag". Please note that the following tag example "?dt=XXXXXX" included in the Ripple address at:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ represents your ▮▮▮▮▮▮ account destination tag. If you have any additional questions, please feel free to ask. Best regards, ▮▮▮▮▮

41. 61265

Dinuka Youssis (415787)

May 8, 2014, 8:54 p.m.

None

"I have an accounting question. I believe that I am missing a transaction, as the "All Transactions" page does not quite reconcile with the balances that I see. It appears that I am missing a sell of 0.232879 BTC at price about 440.186. Going through all my transactions, on the All Transactions page, I calculate that I should have a cash reserve of 7,075.35, with Bitcoin holding of about 4.21. Please find the attached spreadsheet to see my calculations. I understand that it does not seem like a big deal, however, due to regulatory concerns, I do need complete accounting. Would you mind looking into why we do not have all our transactions? Thanks. Dinuka"

42. 61265

Dinuka Youssis (415787)

May 8, 2014, 8:54 p.m.

None

"If it is an issue locating the missing transaction, I believe we were completely matched before April 14th."

43. 61265

Dinuka Youssis (415787)

May 8, 2014, 8:55 p.m.

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮▮▮                                    00002231

None

"Correction, our balance appears to be correct through May 1st."

44. 61265

Dinuka Youssis (415787)

May 8, 2014, 9:44 p.m.

None

"I apologize, but the accounting does match. Sorry for the disturbance."

45. 61265

████████ (50489)

May 9, 2014, 8:08 a.m.

None

"Dear Dinuka, We are glad to hear that your issue was resolved. Should you require any additional assistance, please feel free to contact us again. Best regards, ████████

46. 62240

Dinuka Youssis (415787)

May 20, 2014, 6:24 p.m.

None

"I would like to deposit Bitcoins to this account. I will be sending Bitcoins from my ripple wallet. I see an address to send my Bitcoins to under Deposit->Bitcoin. Is this address unique to my account? Can I make sure that deposits to this address go to my account? Thank you. Dinuka "

47. 62240

Dinuka Youssis (415787)

May 20, 2014, 8:08 p.m.

CONFIDENTIAL TREATMENT REQUESTED BY ████████     ████████00002232

None

"I tried sending a small amount of Bitcoins from my ripple wallet to ▬▬▬ after sending them to the Bitcoin deposit address. I sent 0.001 to the address on the Deposit->Bitcoin page. This was sent at 2:46PM, and has not appeared in my account. How long is this supposed to take? Thank you. Dinuka"

48. 62240

Dinuka Youssis (415787)

May 20, 2014, 8:10 p.m.

None

"The Bitcoins came through to my account just as I sent the support ticket. Thank you!"

49. 62240

▬▬▬ (592503)

May 21, 2014, 7:36 a.m.

None

"Dear Dinuka, We apologize for not getting back to you sooner. We are glad to hear your issue has been solved. Please note that Bitcoin address on your ▬▬▬ account is unique and generated for your account only. Should you require any additional assistance, please do not hesitate to contact us again. Best regards, ▬▬▬

50. 62512

Dinuka Youssis (415787)

May 22, 2014, 1:57 p.m.

None

"I tried a bank withdrawal but got rejected due to the below reason: Reason: Third party requests are prohibited. Please only request to bank accounts held in the name of the verified entity. If you have any questions regarding ▬▬▬ exchange service please read our FAQ or use our support form ▬▬▬/). Our support staff will be more than happy to

CONFIDENTIAL TREATMENT REQUESTED BY ▬▬▬

assist you. Two Rivers Trading Group is an official market maker on the Ripple network. We have passed a large amount of KYC protocols with ████████ and we need to ensure easy flow between ████████ and Snapswap gateways so that we have sufficient reserves for making quotes. The rejected withdrawal was trying to withdraw USD from our account with ██████ into our account at Snapswap. Can we have verification so that we can withdraw funds from our ████████ account into our Snapswap account? Thank you. Dinuka"

51. 62512

     ████████ (61419_deleted)

     May 23, 2014, 12:09 p.m.

     None

     "Dear Dinuka, We confirm that your account is corporate verified however we are unable to process withdrawal requests which are designated for bank accounts which are not held by your company. We kindly ask you to please only request withdrawals to such bank accounts, i.e. to the bank account from which you have made deposits to your ████████ account. Best regards, ████████

52. 63073

     Dinuka Youssis (415787)

     May 27, 2014, 9:12 p.m.

     None

     "Hi, I submitted a $15,000 international wire transfer to our bank account. How long do these wire transfers typically take to occur? Thank you. Dinuka"

53. 63073

     ████████ (592503)

     May 28, 2014, 7:51 a.m.

     None

     "Dear Dinuka, Thank you for contacting us. Please note withdrawals which have already been processed and are marked as "Finished" should arrive at your bank account in up to 5 business days via an international wire transfer. If you have any

CONFIDENTIAL TREATMENT REQUESTED BY ████████

further questions or require additional assistance, please feel free contact us again. Best regards, █████████

54. 63075

Dinuka Youssis (415787)

May 27, 2014, 9:22 p.m.

None

"I did a test ripple deposit of Bitcoin from our ripple wallet to our █████████ account. However, I do not see any transaction in our █████████ account to say that the amount got deposited. Please see the following details of the trade. (The time stamp is in ET.) Tue, May 27, 1:29:20 PMYou sent 0.00001 BTC to █████████ Address sent from:rUVarwZCovdngR2JSSViq1YUabxuWqm8es Address sent to:█████████Amount received:0.00001 BTCCurrency received:BTC - Bitcoin Can you please let me know if this transaction came through, and why it does not appear on transactions? Thanks. Dinuka"

55. 63075

█████████ (89915)

May 28, 2014, 8:41 a.m.

None

"Dear Dinuka, thank you for contacting us. We have notified our system administrator about your case; he will look into it and resolve it accordingly. If you have any questions in the meantime, please feel free to ask. Best regards, ████ █████████"

56. 63075

Dinuka Youssis (415787)

May 29, 2014, 1:53 p.m.

None

"Hi Rok, We tried a similar transaction, sending $1.00 USD:█████████from our Ripple wallet to █████████ It appeared to clear our Ripple Wallet fine, like the BTC sent from our wallet. However, this also does not appear in our transaction history. Can you please check on this as well? Thu, May 29, 9:07:30 AM You sent 1

CONFIDENTIAL TREATMENT REQUESTED BY █████████

USD to [redacted] Transaction
#5A1761A5CF90B56CF9423F9D92F5E879CCE5013E425F17E5629E14D62DD458F0
Transaction type: Payment Address sent
from:rUVarwZCovdngR2JSSViq1YUabxuWqm8esAmount sent:n/a Currency
sent:Address sent [redacted] Amount received:1
USDCurrency received:USD - US Dollar Network fee paid:0.00001 XRP Ledger
number:6899184 Amount: 1 USD Issuer: rvYAfWj5gh67oV6fW32ZzP3Aw4Eubs59B
Path: rUVarwZCovdngR2JSSViq1YUabxuWqm8es →
rvYAfWj5gh67oV6fW32ZzP3Aw4Eubs59B Result: tesSUCCESS XRP change:
1,465,615.990909 XRP → 1,465,615.990899 XRP (–0.00001 XRP) Destination tag:
93926369 Hash:
5A1761A5CF90B56CF9423F9D92F5E879CCE5013E425F17E5629E14D62DD458F0
Ledger: 6899184 Signing key:
02381827DCCD2842C9D202F629405B544464AF9F461FC5DA228A900BCDF01C29
CB Signature:
3045022100C109EADF04BB75E4C31FD2307BAA4234A343D7FEA9FAAB76F75B46
E1B270283D02205C80E84E5BAF6274123DC5237F8936E712C7D25A32454B382AB
68F75AD65451F"

57. 63075

   [redacted] (66666)

   May 30, 2014, 1:18 p.m.

   None

   "Dear Dinuka, I have manually processed your deposit. We reject deposits that
   have custom flags. Best regards, [redacted]

58. 63075

   Dinuka Youssis (415787)

   May 30, 2014, 1:40 p.m.

   None

   "Hi [redacted] What is the custom flag on this deposit? We wrote a script to allow
   us to deposit from our ripple wallet. As far as I understand, we only set our wallet
   address and key, the recipiant wallet, the destination tag, the currency, amount,
   and issuer. Can you please let me know what custom flag you see? Thanks.
   Dinuka"

CONFIDENTIAL TREATMENT REQUESTED BY [redacted] 00002236

59. 63075

    ███████ (66666)

May 30, 2014, 1:42 p.m.

None

"Dear Dinuka, use this tool to check your transaction:
https://ripple.com/tools/info/ the Flags settings was set to: "Flags : 2147483648"
Best regards, ███████

60. 64773

Dinuka Youssis (415787)

June 12, 2014, 5:05 p.m.

None

"We moved our computer to a new IP address last night, and now are unable to
connect to the ██████ API. We are not sure why. Can you verify the IP address
and port for me so that I can trouble shoot why we are unable to connect? Also,
can you check to see if we exceeded our number of API requests in 10 minutes?
We are unclear why this might have happened today, unlike other days."

61. 64773

    ████ (89915)

June 13, 2014, 7:16 a.m.

None

"Dear Dinuka, thank you for informing us. We kindly ask you to please provide us
with the IP address which you use for your access to ██████, so we are able to
better assist you. If you require any additional assistance during this time, please
feel free to ask. Best regards, ███████

62. 64773

Dinuka Youssis (415787)

June 13, 2014, 2:13 p.m.

CONFIDENTIAL TREATMENT REQUESTED BY ██████

None

"We were able to generate a new API address, and this appears to have solved the issue. Thank you for your help."

63. 64906

Dinuka Youssis (415787)

June 13, 2014, 6:52 p.m.

None

"I am trying to withdraw USD from my ▋▋▋▋ account to my Ripple wallet. After I enter the Ripple address, the quantity and currency, my 2-factor code, and press withdraw, the website goes to the web site of the ripple wallet. (We needed to migrate our wallets to the rippletrade.com client.) So, I cannot seem to withdraw USD from ▋▋▋▋ to our Ripple wallet. Can you please assist me with this? Thank you. "

64. 64906

▋▋▋▋ (89915)

June 16, 2014, 6:28 a.m.

None

"Dear Dinuka, we apologize for not getting back to you sooner. The links on our site are currently still set to the original Ripple wallet. If you wish to transfer funds from ▋▋▋▋ to your Rippletrade account you will have to manually set the trust between your Rippletrade wallet and ▋▋▋▋. Afterwards you can transfer between Rippletrade and ▋▋▋▋ as you would have done with the original Ripple account. Should you require any further assistance, please feel free to ask. Best regards, ▋▋▋▋

65. 65224

Dinuka Youssis (415787)

June 18, 2014, 2:20 p.m.

None

CONFIDENTIAL TREATMENT REQUESTED BY ▋▋▋▋ ▋▋▋▋00002238

"We have another small deposit issue. We sent .0001 BTC from our Ripple wallet, but it has not been recorded as a deposit yet on ▮▮▮ I believe this is an issue with a flag on the transaction. Please check. Here are the transaction details: Transaction #C16990DFBD853980EA0243B3765D599AF476365658C6CD8AF7F3C974E39AE80 A Show in graph Transaction type: Payment Address sent from:rUVarwZCovdngR2JSSViq1YUabxuWqm8esAmount sent:n/a Currency sent:Address sent to:▮▮▮▮▮Amount received:0.0001 BTCCurrency received:BTC – Bitcoin Network fee paid:0.00001 XRP Ledger number:7265070"

66. 65224

   ▮▮▮ (50489)

   June 20, 2014, 9:17 a.m.

   None

   "Dear Dinuka, Thank you for notifying us. We have instructed our system administrator to look into your case and resolve it accordingly. Best regards, ▮▮▮ ▮▮"

67. 65224

   ▮▮▮ (66666)

   June 20, 2014, 10:03 a.m.

   None

   "Dear Dinuka, your deposit has been processed. Best regards, ▮▮▮▮"

68. 65302

   Dinuka Youssis (415787)

   June 19, 2014, 2:43 p.m.

   None

   "We are waiting for a $10,000 USD withdrawal to my ripple wallet. Can you please check on this? (The website shows waiting to be processed.) Apologies for the

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮ ▮▮▮00002239

multiple withdrawals and deposits over the last day. We had a security concern and needed to generate some new ripple wallets. Thank you."

69. 65302

Dinuka Youssis (415787)

June 19, 2014, 3:10 p.m.

None

"I see from the website that our withdrawal failed: 510334 June 19, 2014 Ripple payment $10,000.00 Failed I had been getting an error while trying to withdraw to this new wallet that it was an "invalid ripple address". I'll give it another try."

70. 65302

Dinuka Youssis (415787)

June 19, 2014, 4:39 p.m.

None

"And my second ripple withdrawal failed. Please assist. Thank you. 510390 June 19, 2014 Ripple payment $10,000.00 Failed Dinuka"

71. 65302

█████████ (89915)

June 20, 2014, 6:48 a.m.

None

"Dear Dinuka, thank you for contacting us. Please note that if you are using the new rippletrade wallets you will have to manually issue a new trust line between the Rippletrade wallet and █████████ you can trust the same wallet address on █████████. Then simply input the same details as you would for transfers from the old Ripple wallet including the same destination address. Should you require any additional assistance, please feel free to ask. Best regards, █████████

72. 66242

Dinuka Youssis (415787)

CONFIDENTIAL TREATMENT REQUESTED BY █████████                    █████████00002240