July 3, 2014, 1:19 p.m.

None

" I have placed several limit orders over the last few days, and these orders seem to be getting cancelled, without staying in the market. Can you please check why these are getting cancelled? As an example, see the below order. 2014-07-02 13:14:19 8.12.245.15 Opened limit buy order (amount: 5 BTC, price: $638.25)"

73. 66242

███████ (37774)

July 4, 2014, 7:09 a.m.

None

"Dear Dinuka, thank you for informing us. We have forward your issue to our system administrator to look into it. Best regards, ███████

74. 66242

███████ (66666)

July 18, 2014, 1:43 p.m.

None

"Dear Dinuka, are you still experiencing the same issues? Best regards, ███████ ███"

75. 66242

Dinuka Youssis (415787)

Aug. 15, 2014, 1:04 p.m.

None

"I left several limit orders live over night, but they are no longer in my open orders tab. My limit orders appear to still be getting cancelled. Can you please check to see why this is? Thank you."

76. 66242

Dinuka Youssis (415787)

Aug. 15, 2014, 2:48 p.m.

None

"Please ignore that last support message. I think I had to manually cancel the order in question due to lack of funds for the lower order I wanted to keep in."

77. 66711

Dinuka Youssis (415787)

July 10, 2014, 6:03 p.m.

None

"I had a withdrawal to my Ripple wallet fail. Can you please check what happened with this? I am trying again."

78. 66711

Dinuka Youssis (415787)

July 10, 2014, 7:05 p.m.

None

"It appears that your hot wallet is empty of USD."

79. 66711

Nejc Srečnik (732427)

July 11, 2014, 7:19 a.m.

None

"Dear Dinuka, it is true that our hot wallet is currently empty of USD. Please try again latter. If you have any additional questions, please feel free to contact us. Best regards, Nejc Srečnik"

80. 69348

Dinuka Youssis (415787)

Aug. 14, 2014, 6:26 p.m.

None

"We have been having a very low fill rate for our API orders today, and it has caused a lot of slippage. I do not understand how we are missing these orders since I am seeing large size on the books available, and we send our orders through the best bid. (ie, I see a bid on ▓▓▓▓ at 521.92 for 17.23 BTC, but my sell order is sent at the price 518.26). Can you please investigate this? Is something wrong on our side, or are we seeing bad market data, or is this size not really available? For example: 2014-08-14 14:19:31.413006 PLACE BTC SELL 0.30000000 518.86 LIMIT BST 2014-08-14 14:19:37.172213 missed Order I saw roughly 17 BTC at 521, but was not executed for any size. Nor did the size disappear between my order being sent and being rejected. We've missed a large number of orders today, and wanted to trade a lot more."

81. 69348

Dinuka Youssis (415787)

Aug. 14, 2014, 6:31 p.m.

None

"Here is another example: 2014-08-14 14:29:11.862106 PLACE BTC SELL 0.05200000 518.54 LIMIT but I see 2.00 BTC on the bid at 521.68, 0.18922468 at 520.81, etc. So, I should have gotten filled for this order, as well as the others. (Note the time stamps are New York time.) "

82. 69348

Dinuka Youssis (415787)

Aug. 14, 2014, 6:35 p.m.

None

" here is another example of a miss: 2014-08-14 14:33:46.012680 PLACE SELL 0.10100000 @ 517.44 LIMIT BST whereas the market data is showing bids of: 2.0 @ 520.58 1.9 @ 520.57"

83. 69348

▓▓▓▓▓▓▓▓▓▓▓▓ 415616)

CONFIDENTIAL TREATMENT REQUESTED BY ▓▓▓▓▓▓                                    ▓▓▓▓ 00002243

Aug. 18, 2014, 9:09 a.m.

None

"Dear Dinuka, thank you for notifying us. We have informed our system administrator about your case. Should you require any additional assistance, please feel free to ask. Best regards, ██████████"

84. 69348

Dinuka Youssis (415787)

Aug. 22, 2014, 9:25 p.m.

None

"Have you any feedback on the above issue? We'd like to trade more on your exchange, however, these missed trades are problematic. Dinuka"

85. 69348

██████████ (66666)

Aug. 26, 2014, 7:19 p.m.

None

"Dear Dinuka, where are you getting our order book from? Best regards, ██████
██████"

86. 70024

Dinuka Youssis (415787)

Aug. 22, 2014, 9:27 p.m.

None

"557335 Aug. 22, 2014 Bitcoin 10.00000000 BTC Finished This Bitcoin withdrawal says complete, however it has not arrived at its destination. Can you please send me the details on this transaction? Thank you. Dinuka"

87. 70024

██████████ (732427)

CONFIDENTIAL TREATMENT REQUESTED BY ██████████      ██████ 00002244

Aug. 25, 2014, 7:47 a.m.

None

"Dear Dinuka, thank you for contacting us. Here are the details of your
transaction:
https://blockchain.info/tx/d1e71a14dcff1fddf3ac5ab0533c68c489a689b7c880fc83c
0297e4067cad4e2 We sincerely hope your issue gets resolved. Should you need
any additional assistance, please feel free to contact us again. Best regards, █████
████"

88. 70024

Dinuka Youssis (415787)

Aug. 25, 2014, 1:23 p.m.

None

"This has been resolved. Thank you. D "

89. 70024

████████ (732427)

Aug. 25, 2014, 1:33 p.m.

None

"Dear Dinuka, we are glad to be of service. Should you need any additional
assistance or have any other questions in the future, please feel free to contact us
again. Best regards, ███████████"

90. 71728

Dinuka Youssis (415787)

Sept. 19, 2014, 2:11 p.m.

None

"I still seem to be having a problem with my limit orders getting cancelled. I don't
know why they don't seem to be staying live. I had a sell order at 439 that was not

executed, but it also is not on my open orders. Do you have any way of checking how an order got cancelled?"

91. 71728

▮▮▮▮▮▮(732427)

Sept. 22, 2014, 11:44 a.m.

None

"Dear Dinuka, Thank you for getting back to us. We kindly ask you to answer the ticket #69348 so our system administrator can assist you further. Best regards, ▮▮▮▮▮"

92. 71728

▮▮▮▮▮▮(66666)

Sept. 24, 2014, 3:32 p.m.

None

"Dear Dinuka, do you manually set your orders or do you use and API for that? Best regards, ▮▮▮▮▮▮"

93. 71728

Dinuka Youssis (415787)

Sept. 25, 2014, 9 a.m.

None

"I do both. I typically send a lot of API orders, but for my limit orders that I'd like to keep in the market, I use the web client."

94. 72386

Dinuka Youssis (415787)

Sept. 30, 2014, 3:13 a.m.

None

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮▮                    ▮▮▮▮▮00002246

"I just received a failed withdrawal to my Ripple wallet. Can you please check what happened there? Thank you."

95. 72386

▮▮▮▮▮ (89915)

Sept. 30, 2014, 7:23 a.m.

None

"Dear Sir, thank you for informing us. We have received some reports of issues during Ripple transfers. Our technical team is currently looking into these cases. As soon as any problems are resolved transfers through the Ripple service should proceed normally. We kindly suggest you try withdrawing to Ripple at a later time. If you require any additional assistance during this time, please feel free to ask. Best regards, ▮▮▮▮▮

96. 72781

Dinuka Youssis (415787)

Oct. 6, 2014, 4:16 a.m.

None

"I sent a deposit via ripple an hour ago and it has not yet hit my ▮▮▮▮ account. I am hoping to have these funds in my account to trade quickly. Can you please make sure that this gets credited to my account? Thank you. Dinuka Transaction #A4C04DFFBFEF86D09BCFCED9243ACF269B9CF37989E2375DA026DC05C49A34 97 Show in graph Transaction type: Payment Address sent from:rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6ZrAmount sent:6,500 USDCurrency sent:US DollarAddress sent ▮▮▮▮▮▮▮▮▮Amount received:6,500 USDCurrency received:US Dollar Network fee paid:0.002029 XRP Destination tag:93926369 Ledger number:9218221"

97. 72781

Dinuka Youssis (415787)

Oct. 6, 2014, 7 a.m.

None

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮▮                    00002247

"My deposit still has not been credited to my account. Can you please let me know when this can be fixed? Thanks. Dinuka"

98. 72781

██████████████ 415616)

Oct. 6, 2014, 9:32 a.m.

None

"Dear Dinuka, Thank you for informing us. We have notified our technical department about your case. Should you require any additional assistance, please feel free to ask. Best regards, Janez Skumavc"

99. 72781

Dinuka Youssis (415787)

Oct. 7, 2014, 4:14 a.m.

None

"Hello, Is there any update on my ripple deposit? It has been over 24 hours, and my deposit has not been credited yet. Thank you."

100.      72781

██████████ 55723)

Oct. 8, 2014, 8:20 a.m.

None

"Dear Dinuka, sincere apologies for the delay with your deposit. Ripple network was experiencing minor difficulties over the past few days. Everything should be in order by now if your issues persist, please do not hesitate to contact us again. Best regards, ██████████

101.72781

Dinuka Youssis (415787)

Oct. 10, 2014, 6:01 a.m.



None

"I tried doing a Ripple withdrawal earlier, for 5 BTC, but this has not arrived in my Ripple wallet, though it shows withdrawn from my ████ ████ account. Can you please check on this? Please send me the details on this as well. Dinuka"

102.     72781

████████ (55723)

Oct. 10, 2014, 7:20 a.m.

None

"Dear Dinuka, according to our logs your withdrawal was processed. Your withdrawal should be processed and the funds sent to your designated address. Should you require any additional assistance, please feel free to contact us again. Best regards, ████████████

103.     72781

Dinuka Youssis (415787)

Oct. 10, 2014, 7:21 a.m.

None

"You are right, I had been looking at a Ripple wallet that was not refreshing properly. The deposit did come through correctly. Sorry for disturbing you. Dinuka"

104.     72781

████████ (55723)

Oct. 10, 2014, 7:27 a.m.

None

"Dear Dinuka, for any further issues please feel free to contact us at any time we will always try to solve them in the soonest manner for you. Best regards, ████
████████

105.     77232

CONFIDENTIAL TREATMENT REQUESTED BY ████████                                    ████████ 00002249

Dinuka Youssis (415787)

Nov. 24, 2014, 3:54 a.m.

None

"I am attempting a Bitcoin withdrawal via Ripple, and getting an invalid Ripple address on my attempt. Here is my Ripple wallet address: rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr And, I do see a sufficient trust line to Bitcoin. Can you please check this for me? Thank you. "

106.    77232

Dinuka Youssis (415787)

Nov. 24, 2014, 6:28 a.m.

None

"I was able to put in a withdrawal to my Ripple wallet. The message has been saying Waiting to be Processed for over 2 hours. Can you please expedite this withdrawal? Thank you. "

107.    77232

Dinuka Youssis (415787)

Nov. 24, 2014, 7:12 a.m.

None

"My above withdrawal attempt failed. I have tried another withdrawal, but getting the previous invalid ripple address error: Destination Ripple Address: rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Invalid ripple address."

108.    77232

█████ (89915)

Nov. 24, 2014, 11:53 a.m.

None

"Dear Sir or Madam, thank you for informing us. We have notified our technical team about the issue; they will look into the case and resolve it accordingly. We

CONFIDENTIAL TREATMENT REQUESTED BY █████                    ███00002250

kindly suggest you try withdrawing through Ripple at a slightly later time. Should you require any additional assistance during this time, please feel free to ask. Best regards, ▮

109.     79271

Dinuka Youssis (415787)

Dec. 29, 2014, 6:55 a.m.

None

"I submitted a bank withdrawal on December 24th but it has not been processed yet. Will that be happening soon? D"

110. 79271

▮▮▮▮▮▮▮▮ 415616)

Dec. 29, 2014, 1:23 p.m.

None

"Dear Sir or Madam, Thank you for contacting us. According to our logs your withdrawals request was processed. Regarding the matter in the other ticket: We have notified our technical department about this matter, they will look into it and resolve it accordingly. Should you require any additional assistance, please feel free to ask. Best regards, ▮"

111. 79272

Dinuka Youssis (415787)

Dec. 29, 2014, 6:56 a.m.

None

"Trying to do a withdrawal to my Ripple wallet, but it appears the ▮▮▮ not wallet is empty. Can you please change, so that we can withdraw to our Ripple Wallet? Thank you. D"

112. 79272

▮▮▮▮▮▮▮▮ 415616)

CONFIDENTIAL TREATMENT REQUESTED BY ▮   ▮▮▮00002251

Dec. 29, 2014, 1:23 p.m.

None

"Dear Sir or Madam, Your question will be answered in a related ticket. Best regards, █████████

113.86241

Dinuka Youssis (415787)

April 9, 2015, 9:08 p.m.

None

"Hello, I've tried two Ripple withdrawals over the last two days for USD, however, these have both failed. Would you please check again, and let me know if I can withdraw these funds to Ripple? Thanks. "

114.86241

████████ (732427)

April 10, 2015, 5:31 a.m.

None

"Dear Dinuka, We kindly suggest that you check if the trust between █████ and your Ripple account is set for the sufficient amount. We remain available to you in case you require further assistance. Best regards, ████████

115.86241

Dinuka Youssis (415787)

April 10, 2015, 2:30 p.m.

8.12.245.15

"My trust between █████ and my ripple account is set for more than enough. It is currently set to trust █████ for 35,000 USD, with a little over $3000 in the account. Can you please check again? Thank you. "

116.86241

CONFIDENTIAL TREATMENT REQUESTED BY █████

███████ (732427)

April 11, 2015, 8:06 a.m.

None

"Dear Dinuka, Thank you for letting us know. We will check with our tech team to investigate why your Ripple withdrawals failed. We will get back to you as soon as possible. We remain available to you in the meantime, in case you have any further questions. Best regards, ███████

117.86241

███████ (732427)

April 15, 2015, 2:49 p.m.

None

"Dear Dinuka, Sincere apologies for not getting back to you sooner. We would like to inform you that we were experiencing some minor technical issues at the time of your failed Ripple withdrawals, however they should now be resolved. We remain available in case you need further assistance. Best regards, ███████

118.108809

Dinuka Youssis (415787)

April 8, 2016, 3:11 p.m.

None

"Hello, We were wondering if you have a demo or test environment for us to test the HTTP API for our new order manager. Thank you. D "

119.108809

███████ (841582)

April 8, 2016, 4:24 p.m.

None

"Dear Dinuka, thank you for reaching out. Kindly note that unfortunately we do not have a demo or test environment to test the HTTP API. Should you require

CONFIDENTIAL TREATMENT REQUESTED BY ███████

additional information or need help, please feel free to ask. Best regards, Ana Kovač"

120.       113455

Dinuka Youssis (415787)

June 17, 2016, 2:06 p.m.

None

"I attempted a Ripple Withdrawal that failed. Can you please check your hot wallet to make sure there are sufficient funds? Thank you. "

121. 113455

███████ (841582)

June 17, 2016, 3:18 p.m.

None

"Dear Dinuka, thank you for reaching out. Please note that we have checked our hot wallet and there are sufficient funds available. Should you require additional assistance from our end, we remain available to you. Best regards, ███████

122.       116594

Dinuka Youssis (415787)

Aug. 4, 2016, 10:22 a.m.

None

"I am attempting a withdrawal to my Ripple wallet. However, it does not appear that your Ripple wallet has sufficient funds to process the withdrawal. Can you please refresh? Thank you."

123.       116594

Dinuka Youssis (415787)

Aug. 4, 2016, 10:35 a.m.

98.113.137.224

CONFIDENTIAL TREATMENT REQUESTED BY ███████                    ███████ 00002254

"Please disregard my message. The withdrawal came through fine. Thank you."

124.    116594

█████████████ (992755)

Aug. 4, 2016, 11:04 a.m.

None

"Dear Dinuka, thank you for letting us know that your issue has already been resolved. In case you have any other questions or need assistance, feel free to ask. Have a great day! Best regards, █████████████"

125.    125357

Dinuka Youssis (415787)

Nov. 23, 2016, 2:51 p.m.

None

"We are attempting a Ripple withdrawal, however have had two withdrawals failed to Ripple. It looks like your █████ hot wallet is very low on USD. Can you please replenish this wallet so that we can perform a withdrawal? Thank you."

126.    125357

██████████ (647563)

Nov. 23, 2016, 3:09 p.m.

None

"Dear Dinuka, thank you for reaching out. Please note that I shall forward your ticket to the appropriate department and get back to you as soon as I know more. Thank you for your patience and if there is anything else we can do for you in the meantime, please feel free to contact us again. Best regards, █████████████"

127.    125357

██████████ (647563)

Nov. 23, 2016, 5:05 p.m.

CONFIDENTIAL TREATMENT REQUESTED BY █████████                    ███████ 00002255

None

"Dear Dinuka, following up; We have been informed that this issue seems to be resolved now. I kindly ask you to try again. Please feel free to reply if the issue persists or there is anything else we can do for you. Best regards, ▇▇▇▇▇▇▇

128.     129033

Dinuka Youssis (415787)

Jan. 6, 2017, 5:38 p.m.

None

"Can you please tell me the average daily volume for BTC/EUR on ▇▇▇▇▇ for the last 30 days? Thank you."

129.     129033

▇▇▇▇▇▇ (992755)

Jan. 7, 2017, 7:58 a.m.

None

"Dear Dinuka, thank you for contacting us. Please kindly note that we can only offer you basic support, so I kindly suggest you check yourself on internet sites, dealing with the trading volume of exchanges. In case you have any other questions, feel free to ask. Have a nice weekend. Best regards, ▇▇▇▇▇▇▇▇"

130.     132984

Dinuka Youssis (415787)

Feb. 16, 2017, 2:47 p.m.

None

"Hello, we have been making markets on XRP pairs, and have been having some trouble with the API. Is there a contact at ▇▇▇▇▇ for my developer to email with? My developer does not have access to this log-in, but still needs assistance with with API. Thank you."

CONFIDENTIAL TREATMENT REQUESTED BY ▇▇▇▇▇                    ▇▇▇▇00002256

131.132984



███████ (974617)

Feb. 16, 2017, 3:14 p.m.

None

"Dear Dinuka, thank you for reaching out. Please kindly note that your developer may send us an email to ███████████████ and we shall forward it accordingly. We would however kindly ask you that he provides us with as much information as possible regarding the issues, preferably with screenshots, so that we may assist him further. We look forward to hearing from you. Best regards, ███████

132.    133258

Dinuka Youssis (415787)

Feb. 20, 2017, 2:09 p.m.

None

"cc: David Osojnik HI. We've been making markets in XRP pairs, and have been having issues with rate limiting. Tim Lewkow at Ripple mentioned that ███████ could whitelist our IP and relax rate limiting. Our IP is 208.91.155.132. Regards, Dadi Armannsson"

133.    133258

███████ (992755)

Feb. 20, 2017, 4:52 p.m.

None

"Dear Dinuka, thank you for contacting us again. I have spoken to David and he has assured me you have already found the solution together, using a Private API. Should you need anything else, do not hesitate to contact us again. Best regards, ███████

134.    134103

Dinuka Youssis (415787)

CONFIDENTIAL TREATMENT REQUESTED BY ███████                                          00002257

Feb. 28, 2017, 6:34 p.m.

None

"We are wondering when all pairs would be fully supported by FIX protocol. We were also told that ▓▓▓▓▓ is still in the process of onboarding us? What does that mean, and what else needs to be done so that we are fully enabled to use the FIX protocol? Thank you."

135.      134103

▓▓▓▓ (859350_deleted)

March 1, 2017, 7:50 a.m.

None

"Dear Dinuka, thank you for your queries. Please kindly note that we have forwarded your inquiry to our technical department who shall review it and we shall get back to you as soon as we learn more. If you have any questions in the meantime, please feel free to ask. Best regards, ▓▓▓▓▓"

136.      134103

▓▓▓▓ (859350_deleted)

March 1, 2017, 9:31 a.m.

None

"Dear Dinuka, I am writing in reference to your inquiry. Please kindly note that FIX will support additional (XRP) currencies in Q2. Since you mainly work on XRP, we did not start the on-boarding procedure for FIX integration, but rather gave you access to Private REST API. However, please let us know if you still want us to proceed with the FIX on-boarding procedure. Should you opt for this, please provide us with the API key on which we can enable you access for FIX as well as with your static IP address from where you will access FIX server. We look forward to your reply and to assisting you further. Best regards, ▓▓▓▓▓"

137.      134103

Dinuka Youssis (415787)

March 1, 2017, 3:58 p.m.

CONFIDENTIAL TREATMENT REQUESTED BY ▓▓▓▓▓

8.12.245.15

"Right now, we are using the private API, but it is taking several seconds to process every request. Is there a reason for this? Thank you. Dinuka"

138.    134103

Dinuka Youssis (415787)

March 1, 2017, 4:02 p.m.

8.12.245.15

"Also is there someone we can email directly so that we can get quicker response times on support? Thank you. Dinuka"

139.    134103

████    (859350_deleted)

March 2, 2017, 2:16 p.m.

None

"Dear Dinuka, thank you for your reply and further queries. Please kindly note that we have forwarded them to our technical department for further review. Please also note that we process all inquiries as soon as possible and we shall get back to you when we learn more. Should you have any additional questions in the meantime, please do not hesitate to ask. Best regards, ████

140.    134461

Dinuka Youssis (415787)

March 3, 2017, 8:59 p.m.

None

"We are getting a denied / forbidden response from our API calls on our private IP address: 208.91.155.132. Can you please resolve this so that we can trade? Thank you."

141.134461

CONFIDENTIAL TREATMENT REQUESTED BY ████                    ████00002259

███████ (276953)

March 3, 2017, 11:29 p.m.

178.254.116.142

"Dear Dinuka, When looking at the logs looks like this issue is only for you. Could you please check the following when doing the calls: - that your nonce is increasing and that you are not calling the same API key with two different scripts - that you are always using / at the end of the call if you still have the issue please provide us the following information so that we can check it more in detail: - please provide the API KEY to which you are doing the calls - full call and response including headers - please try to call ████████████████ t █ ███████████████████████ and see if both are not working or only private api - when testing ████████████████████ d/ please try as well ██████████████████ d/ for example and let us know the results Best regards, ███████████

142.    134461

███████ (276953)

March 4, 2017, 12:50 a.m.

178.254.116.142

"Dear Dinuka, We double checked all the logs and in your requests you sent a smaller nonce then previously. Please make sure when making the calls that nonce is increased for each new call and make sure you do not call the same API key from multiple scripts in parallel as well make sure that when testing API that you dont use random nonce numbers as they always need to be increased. Hope this helps you solve the issue you are having if not please contact us again and provide as much information as possible that were indicated in the previous support ticket. Best regards, ███████████

143.    134461

Dinuka Youssis (415787)

March 6, 2017, 1:20 p.m.

8.12.245.15

"Hi ███ Thank you for your response. The intent of our code is to only send one request at a time, and increase the nonce for each request, so I can't see how

CONFIDENTIAL TREATMENT REQUESTED BY ███████                                                     ███████00002260

it is possible that we send a smaller nonce than on the previous request. Can you please provide us some examples of a "bad" nonce?"

144.    134461

███████ (732427)

March 17, 2017, 8:45 a.m.

None

"Dear Dinuka, apologies for the delay in our reply. We are not sure what happened in this case but this is what we saw when you were sending requests - at some point nonce was bigger then all next requests from your side. Now, however, everything looks ok. We remain available in case of further questions. All the best, ███████"

145.    135505

Dinuka Youssis (415787)

March 13, 2017, 7:56 p.m.

None

"Hi, We would like to change our email from dinuka@tworiversfx.com to cyoussis@tworiversfx.com. Please send us instructions on this. Thanks. "

146.    135505

███████ (974617)

March 14, 2017, 10:26 a.m.

None

"Dear Dinuka, thank you for reaching out. Please note that since all withdrawals need to be confirmed via email, and as the security of our users' accounts is of paramount importance to us, we would kindly ask you to please provide us with a high quality photograph of one of your account holders, holding their ID document, along with a hand written note of when the image was submitted following the example below: "[current date] For ███████████ Only" Please note that the ID and hand written note must be visible in the same photo. We would kindly ask you to please attach your image in a reply to this ticket, so that we may proceed with changing your email address. Thank you for your

CONFIDENTIAL TREATMENT REQUESTED BY ███████

cooperation in the matter, it is highly appreciated. We look forward to hearing from you. Best regards, ▮▮▮

147.    135903

Dinuka Youssis (415787)

March 16, 2017, 5:36 p.m.

None

"can we use the private API with any API key we create on our main account, or is it limited to certain API keys?"

148.    135903

▮▮▮ (859350_deleted)

March 17, 2017, 7:57 a.m.

None

"Dear Dinuka, thank you for contacting us. Please kindly note that you should be able to generate new API keys and use them for your private API protocol. Should you need additional support with anything else, do not hesitate to contact us again and we will gladly help you. Best regards, ▮▮▮"

149.    136641

Dinuka Youssis (415787)

March 21, 2017, 3:01 p.m.

None

"Please be advised that our address has changed. It is now: 14 Wall St. Suite 8B New York, NY 10005 "

150.    136641

▮▮▮ (859350_deleted)

March 21, 2017, 6:33 p.m.

None

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮                    ▮▮▮00002262

"Dear Dinuka, thank you for informing us. Please kindly note that in order to proceed with changing the address on your account, we kindly ask you to provide a proof of residence document in accordance with the requirements below. Proof of residency is a scanned image of: • bank statement (credit card statements not accepted) • tax return, council tax • certificate of residency issued by your respective government or a local government authority • you can also submit the following documents as proof of residency: government-issued documents, judicial authority-issued documents, documents issued by a public agency / authority, utility services company documents, or similar regulated service-providing companies. IMPORTANT: Please provide high resolution document images. We only accept PDF, JPEG or PNG format not larger than 5MB. Please submit the document in a reply to this ticket. Thank you for your cooperation. We look forward to your reply. Best regards, ▮▮▮▮▮▮

151. 136891

Dinuka Youssis (415787)

March 22, 2017, 8:03 p.m.

None

"proof of address"

152.     136891

▮▮▮▮▮▮▮▮▮ (992755)

March 23, 2017, 9:14 a.m.

None

"Dear Dinuka, thank you for submitting the document. I am happy to inform you that your address has now been changed accordingly. In case you require anything else, feel free to contact us again. Best regards, ▮▮▮▮▮▮▮▮▮

153.     137063

Dinuka Youssis (415787)

March 23, 2017, 5:53 p.m.

None

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮▮

▮▮▮▮▮▮00002263

"Hi, We would like to change dinuka@tworiversfx.com to trading@tworiversfx.com. Attached is a high quality photo of one of the owners of the firm, Constantinos Youssis. Also attached is the new trader authorization removing Dinuka Samarasinghe from access to this account since he is no longer employed by Two Rivers."

154.    137063

    ▮ (859350_deleted)

March 23, 2017, 8:07 p.m.

None

"Dear Sir or Madam, thank you for informing us. Please accept this message as a confirmation that your request has been received. We will look into it and get back to you as soon as possible. Should you have any additional questions in the meantime, please do not hesitate to ask. Best regards, ▮

155.    137063

    ▮ (992755)

March 27, 2017, 7:54 a.m.

None

"Dear Constantinos, we would like to inform you that the email address has been changed accordingly. In case you have any other questions or need assistance, feel free to ask. Have a nice day. Best regards, ▮

156.    138350

Dinuka Youssis (415787)

March 31, 2017, 8:10 p.m.

None

"Please ensure there is enough USD in ▮ hot wallet for USD transfer via Ripple. Some of my withdrawal requests are failing"

157.    138350

███████ (974617)

April 1, 2017, 6:39 a.m.

None

"Dear Dinuka, thank you for letting us know. Please kindly note that we have informed the appropriate department regarding the matter. We apologize for the inconvenience and thank you for your understanding. In case there is anything else we may do for you, please feel free to ask. Best regards, ███████

158.     143159

Dinuka Youssis (415787)

May 4, 2017, 3:29 p.m.

None

"I Received this email almost a month ago with no follow up. Has there been a distribution already that I'm not aware of? Thanks, Two Rivers Congratulations Two Rivers Trading Group, LLC, you are one of the top XRP traders in our XRP market incentive programme and are therefore eligible for the incentive. Due to the high volume XRP trading and an outstanding interest in the past days, the XRP market incentive programme has reached its budget limit provided by Ripple and is therefore completed. One of our representatives will contact you in the coming days and provide you with all the information necessary for you to receive your incentive. Kind regards, Your ███████ team "

159.     143159

███████ (992755)

May 8, 2017, 9:16 a.m.

None

"Dear Dinuka, thank you for contacting us and sincerest apologies for the delayed reply. I shall immediately inquire with our team and get back to you as soon as I have more information. Thank you for your understanding. Best regards, ███████
████████

160.     143159

CONFIDENTIAL TREATMENT REQUESTED BY ███████                                    ███████ 00002265

████████████ (992755)

May 11, 2017, 8:10 a.m.

None

"Dear Dinuka, apologies for the delayed reply. Following up, please note that the distribution of funds has not yet taken place and we will keep you updated on when you should receive them. Thank you for your patience, have a nice day. Best regards, ████████████ ▌

161. 148537

Dinuka Youssis (415787)

May 18, 2017, 6:30 p.m.

None

"We have opened a new entity dedicated toward Currency and Crypto-Currency investment and market making. The new entity is owned by the same holding company with the same board and directors. The new entity will be domiciled in NJ, USA and will be under a new email address. Will we need to start the corporate level verification from scratch or is there a way to expedite the process?"

162.    148537

████████ (859350_deleted)

June 2, 2017, 10:58 a.m.

None

"Dear Sir or Madam, thank you for informing us and apologies for the delay in our reply. Kindly note that you will need to undergo the standard corporate verification procedure. Please find our requirements for opening a corporate ████████ account attached to this ticket. I suggest you open a new account under the name of your new entity and provide the relevant documentation and information. Once you have gathered all of it, please let me know and I will forward your request accordingly. Should you have any additional questions, please do not hesitate to ask. Best regards, ████████ ▌

163.    166624

CONFIDENTIAL TREATMENT REQUESTED BY ████████                    ████████ 00002266

Dinuka Youssis (415787)

June 28, 2017, 5:37 p.m.

None

"We had a question of how the API handles orders from different sub accounts that cross with each other? We had two different algorithms that we're testing and they are getting messages of successfully placed orders with order ids, but then those orders aren't there. Is there a return message so we can filter from our order tracking? Specifically this happened with order id 37409410 today. "

164.        183564

Dinuka Youssis (415787)

Aug. 24, 2017, 11:23 a.m.

None

"I'm looking for the following transaction:
https://xrpcharts.ripple.com/#/transactions/11576C192A0F362934F28A573FF4EA19
401DB4DDF690137186E7AE98BBCD8ED5 which should be incoming to our account as of yesterday "

165.        183564

Dinuka Youssis (415787)

Aug. 25, 2017, 4 p.m.

8.12.245.15

"this has been resolved"

166.        183564

▇▇▇▇▇▇ (954583)

Aug. 26, 2017, 10:46 a.m.

None

"Dear Dinuka, thank you for letting me know. I am glad to hear that the issue is now resolved and wish you a great day. If you require additional assistance or

CONFIDENTIAL TREATMENT REQUESTED BY ▇▇▇▇▇▇                          ▇▇▇00002267

should you have any other questions in the future, please feel free to contact me again. Best regards, █████████

167.     184349

Dinuka Youssis (415787)

Aug. 25, 2017, 1:45 p.m.

None

"While the XRP deposit from the previous support ticket was processed after ~ 24 hours, we are now awaiting the deposit of $15,000 USD sent over the ripple protocol. Transaction info: https://xrpcharts.ripple.com/#/transactions/DBE2E9871912D1AD09ADC98A5B5460 45B7946F5CF1F66759B9964FA4DE625C99"

168.     184349

Dinuka Youssis (415787)

Aug. 25, 2017, 4 p.m.

8.12.245.15

"this has been resolved"

169.     184349

█████████ (954583)

Aug. 26, 2017, 10:46 a.m.

None

"Dear Dinuka, thank you for letting me know. I am glad to hear that the issue is now resolved and wish you a great day. If you require additional assistance or should you have any other questions in the future, please feel free to contact me again. Best regards, █████████

Representatives

- Representative Owner Director Operative PEP Share
- Constanti Youssis Owner Director Operative Not PEP 26%
- Amos Mo Zhang Not Owner Not Director Operative Not PEP 0%
- Dinuka L Samarasinghe Not Owner Not Director Not Operative Not PEP 0%

CONFIDENTIAL TREATMENT REQUESTED BY █████████ ██████ 00002268

- Stephen E Ardizzone Owner Director Operative Not PEP 25%
- Totals 2 Owners 2 Directors 3 Operatives 0 PEP 51%

IP report

- IP Used Country
- 8.12.245.15 (7164) United States
- 74.101.6.87 (392) United States
- 8.12.245.18 (288) United States
- 172.248.127.233 (6) United States
- 71.249.189.135 (368) United States
- 76.171.126.74 (55) United States
- 72.76.207.9 (13) United States
- 208.91.154.15 (931) United States
- 23.240.83.188 (3) United States
- 23.240.86.3 (9) United States
- 108.46.134.141 (3) United States
- 203.177.170.5 (4) Philippines
- 82.221.246.108 (21) Iceland
- 71.183.42.194 (3) United States
- 98.113.137.224 (68) United States
- 127.0.0.1 (27) N/A
- 208.91.153.10 (4024) United States
- 98.113.137.203 (38) United States
- 100.1.180.215 (47) United States
- 208.91.155.132 (4207323) United States
- 71.127.193.235 (466) United States
- 209.118.148.94 (7) United States
- 213.181.114.179 (9) Iceland
- 144.121.85.187 (46) United States
- 73.160.128.168 (40) United States
- 76.101.165.86 (75) United States
- 98.208.201.57 (93) United States
- 73.112.52.123 (2) United States
- 73.226.8.99 (8) United States
- 174.23.93.71 (4) United States
- 174.23.225.91 (13) United States
- 73.150.198.241 (3) United States
- 69.141.141.43 (2) United States
- 18.232.15.249 (62) United States
- 185.2.167.164 (1) United Kingdom

Trading Volume Report

CONFIDENTIAL TREATMENT REQUESTED BY ▪▪▪▪▪▪▪▪▪▪

- Year Month Volume
- 2013 December $0.00
- 2014 January $0.00
- 2014 February $0.00
- 2014 March $10,227.75
- 2014 April $19,976.02
- 2014 May $22,810.73
- 2014 June $31,601.47
- 2014 July $22,089.50
- 2014 August $49,763.55
- 2014 September $27,404.23
- 2014 October $15,091.64
- 2014 November $10,775.13
- 2014 December $17,859.38
- 2015 January $0.00
- 2015 February $0.00
- 2015 March $0.00
- 2015 April $1,638.35
- 2015 May $0.00
- 2015 June $0.00
- 2015 July $0.00
- 2015 August $0.00
- 2015 September $0.00
- 2015 October $0.00
- 2015 November $6,570.01
- 2015 December $0.00
- 2016 January $0.00
- 2016 February $0.00
- 2016 March $0.00
- 2016 April $0.00
- 2016 May $0.00
- 2016 June $7,873.52
- 2016 July $6,001.38
- 2016 August $16,870.77
- 2016 September $23,553.85
- 2016 October $70,175.64
- 2016 November $30,318.99
- 2016 December $7,632.62
- 2017 January $49,458.01
- 2017 February $287,063.05
- 2017 March $3,140,087.14
- 2017 April $6,894,871.47
- 2017 May $7,207,240.23

CONFIDENTIAL TREATMENT REQUESTED BY ██████████ █████████ 00002270

- 2017 June $12,393,800.80
- 2017 July $1,846,908.95
- 2017 August $968,554.29
- 2017 September $0.00
- 2017 October $0.00
- 2017 November $0.00
- 2017 December $0.00
- 2018 January $0.00
- 2018 February $0.00
- 2018 March $0.00
- 2018 April $0.00
- 2018 May $0.00
- 2018 June $0.00
- 2018 July $48,536.01
- 2018 August $64,387.28
- 2018 September $2,136.67
- 2018 October $0.00
- 2018 November $0.00
- 2018 December $0.00
- 2019 January $0.00
- 2019 February $0.00
- 2019 March $0.00
- 2019 April $0.00
- 2019 May $0.00
- 2019 June $0.00
- 2019 July $0.00
- 2019 August $0.00
- 2019 September $0.00
- 2019 October $0.00
- 2019 November $0.00
- 2019 December $0.00
- 2020 January $0.00
- 2020 February $0.00
- 2020 March $0.00
- 2020 April $0.00
- 2020 May $0.00
- 2020 June $0.00
- 2020 July $0.00
- 2020 August $0.00
- 2020 September $0.00
- 2020 October $0.00
- 2020 November $0.00
- 2020 December $0.00

- 2021 January $0.00
- 2021 February $0.00
- 2021 March $0.00

Bank transactions

1. Status Date Amount From To Message Category
2. CRDT 03.18.2014 USD 5000.00 TWO RIVERS TRADING GROUP LLC


   724415787289 TWO RIVERS TRADING Closed
3. CRDT 03.28.2014 USD 5000.00 TWO RIVERS TRADING GROUP LLC


   724415787289 TWO RIVERS TRADING 724415787289 TWO RIVERS TRADING
   Closed
4. CRDT 04.14.2014 USD 15000.00 TWO RIVERS TRADING GROUP LLC


   724415787289 TWO RIVERS TRADING 724415787289 TWO RIVERS TRADING
   Closed
5. CRDT 06.12.2014 USD 6500.00 TWO RIVERS TRADING GROUP LLC


   724415787289 TWO RIVERS TRADING 724415787289 TWO RIVERS TRADING
   Closed
6. CRDT 06.16.2014 USD 15000.00 TWO RIVERS TRADING GROUP LLC


   724415787289 TWO RIVERS TRADING 724415787289 TWO RIVERS TRADING
   Closed
7. CRDT 06.18.2014 USD 50000.00 TWO RIVERS TRADING GROUP LLC


   724415787289 TWO RIVERS TRADING 724415787289 TWO RIVERS TRADING
   Closed
8. CRDT 08.10.2018 USD 100000.00
   5090007146

CONFIDENTIAL TREATMENT REQUESTED BY ▮ 00002272

5090007559

████████████ Ref 2220851 from Dep 5090007146 Closed
9.  CRDT 08.03.2018 USD 50000.00
    5090007146

    ████████████

    5090007559

    ████████████ Ref 2150909 from Dep 5090007146 Closed
10. CRDT 04.07.2015 USD 25000.00 TWO RIVERS TRADING GROUP LLC

    US 1 N END AVE RM 1251C NEW YORK, NY 102821102 ████████████

    ████████████ 99 724415787289
    TWO RIVERS TRADINGGROUP LLCBNY CUST RRN - IBH OF 15/04/06 SI99 Closed
11. CRDT 06.17.2016 USD 20000.00 TWO RIVERS TRADING GROUP LLC
    000783228711
    14 WALL STREET SUITE 8B NEW YORK NY 10005 ████████████

    ████████████ 724415787289 TWO RIVERS
    TRADINGGROUP LLCBNY CUST RRN - IBL OF 16/06/16 Closed
12. CRDT 07.21.2016 USD 30000.00 TWO RIVERS TRADING GROUP LLC
    000783228711
    14 WALL STREET SUITE 8B NEW YORK NY 10005 ████████████

    ████████████ 724415787289 TWO RIVERS
    TRADINGGROUP LLCBNY CUST RRN - IBL OF 16/07/20 Closed
13. CRDT 08.04.2016 USD 15000.00 TWO RIVERS TRADING GROUP LLC
    000783228711
    14 WALL STREET STE 8B NEW YORK NY 10005 ████████████

    ████████████ 724415787289 TWO RIVERS
    TRADINGGROUP LLCBNY CUST RRN - IBL OF 16/08/03 Closed
14. CRDT 08.08.2016 USD 27500.00 TWO RIVERS TRADING GROUP LLC
    000783228711
    14 WALL STREET STE 8B NEW YORK NY 10005 ████████████

    ████████████ 724415787289 TWO RIVERS
    TRADINGGROUP LLCBNY CUST RRN - IBL OF 16/08/05 Closed
15. CRDT 08.10.2016 USD 35000.00 TWO RIVERS TRADING GROUP LLC
    000783228711
    14 WALL STREET SUITE 8B NEW YORK NY 10005 ████████████

    ████████████ 724415787289 TWO RIVERS
    TRADINGGROUP LLCBNY CUST RRN - IBL OF 16/08/09 Closed
16. CRDT 08.23.2016 USD 30000.00 TWO RIVERS TRADING GROUP LLC
    000783228711
    14 WALL STREET SUITE 8B NEW YORK NY 10005 ████████████

CONFIDENTIAL TREATMENT REQUESTED BY ████████████ ████████00002273



724415787289 TWO RIVERS
TRADINGGROUP LLCBNY CUST RRN - IBG OF 16/08/22 Closed
17. CRDT 08.29.2016 USD 30000.00 TWO RIVERS TRADING GROUP LLC
000783228711
14 WALL STREET SUITE 8B NEW YORK NY 10005

724415787289 TWO RIVERS
TRADINGGROUP LLCBNY CUST RRN - IBG OF 16/08/26 Closed
18. CRDT 09.05.2016 USD 40000.00 TWO RIVERS TRADING GROUP LLC
000783228711
14 WALL STREET STE 8B NEW YORK NY 10005

724415787289 TWO RIVERS
TRADINGGROUP LLCBNY CUST RRN - IBG OF 16/09/02 Closed
19. CRDT 09.09.2016 USD 23000.00 TWO RIVERS TRADING GROUP LLC
000783228711
14 WALL STREET SUITE 8B NEW YORK NY 10005

724415787289 TWO RIVERS
TRADINGGROUP LLCBNY CUST RRN - IBG OF 16/09/08 Closed
20. CRDT 09.12.2016 USD 100000.00 TWO RIVERS TRADING GROUP LLC
000783228711
14 WALL STREET SUITE 8B NEW YORK NY 10005

724415787289 TWO RIVERS
TRADINGGROUP LLCBNY CUST RRN - IBG OF 16/09/09 Closed
21. CRDT 09.16.2016 USD 50000.00 TWO RIVERS TRADING GROUP LLC
000783228711
14 WALL STREET SUITE 8B NEW YORK NY 10005

724415787289 TWO RIVERS
TRADINGGROUP LLCBNY CUST RRN - IBG OF 16/09/15 Closed
22. CRDT 09.22.2016 USD 50000.00 TWO RIVERS TRADING GROUP LLC
000783228711
14 WALL STREET SUITE 8B NEW YORK NY 10005

724415787289 TWO RIVERS
TRADINGGROUP LLCBNY CUST RRN - IBG OF 16/09/21 Closed
23. CRDT 09.27.2016 USD 50000.00 TWO RIVERS TRADING GROUP LLC
000783228711
14 WALL STREET SUITE 8B NEW YORK NY 10005

724415787289 TWO RIVERS
TRADINGGROUP LLCBNY CUST RRN - IBG OF 16/09/26 Closed



24. CRDT 10.06.2016 USD 50000.00 TWO RIVERS TRADING GROUP LLC
000783228711
14 WALL STREET SUITE 8B NEW YORK NY 10005

724415787289 TWO RIVERS
TRADINGGROUP LLCBNY CUST RRN - IBG OF 16/10/05 Closed

25. CRDT 10.10.2016 USD 50000.00 TWO RIVERS TRADING GROUP LLC
000783228711
14 WALL STREET SUITE 8B NEW YORK NY 10005

724415787289 TWO RIVERS
TRADINGGROUP LLCBNY CUST RRN - IBG OF 16/10/07 Closed

26. CRDT 10.14.2016 USD 100000.00 TWO RIVERS TRADING GROUP LLC
000783228711
14 WALL STREET SUITE 8B NEW YORK NY 10005

724415787289 TWO RIVERS
TRADINGGROUP LLCBNY CUST RRN - IBG OF 16/10/13 Closed

27. CRDT 10.20.2016 USD 50000.00 TWO RIVERS TRADING GROUP LLC
000783228711
14 WALL STREET SUITE 8B NEW YORK NY 10005

724415787289 TWO RIVERS
TRADINGGROUP LLCBNY CUST RRN - IBG OF 16/10/19 Closed

28. CRDT 10.27.2016 USD 50000.00 TWO RIVERS TRADING GROUP LLC
000783228711
14 WALL STREET SUITE 8B NEW YORK NY 10005

724415787289 TWO RIVERS
TRADINGGROUP LLCBNY CUST RRN - IBG OF 16/10/26 Closed

29. CRDT 11.02.2016 USD 50000.00 TWO RIVERS TRADING GROUP LLC
000783228711
14 WALL STREET SUITE 8B NEW YORK NY 10005

724415787289 TWO RIVERS
TRADINGGROUP LLCBNY CUST RRN - IBG OF 16/11/01 Closed

30. CRDT 11.09.2016 USD 50000.00 TWO RIVERS TRADING GROUP LLC
000783228711
14 WALL STREET SUITE 8B NEW YORK NY 10005

724415787289 TWO RIVERS
TRADINGGROUP LLCBNY CUST RRN - IBG OF 16/11/08 Closed

31. CRDT 11.15.2016 USD 50000.00 TWO RIVERS TRADING GROUP LLC
000783228711
14 WALL STREET SUITE 8B NEW YORK NY 10005



724415787289 TWO RIVERS
TRADINGGROUP LLCBNY CUST RRN - IBG OF 16/11/14 Closed
32. CRDT 11.18.2016 USD 75000.00 TWO RIVERS TRADING GROUP LLC
000783228711
14 WALL STREET SUITE 8B NEW YORK NY 10005

724415787289 TWO RIVERS
TRADINGGROUP LLCBNY CUST RRN - IBG OF 16/11/17 Closed
33. CRDT 11.23.2016 USD 100000.00 TWO RIVERS TRADING GROUP LLC
000783228711
14 WALL STREET SUITE 8B NEW YORK NY 10005

724415787289 TWO RIVERS
TRADINGGROUP LLCBNY CUST RRN - IBG OF 16/11/22 Closed
34. CRDT 12.02.2016 USD 50000.00 TWO RIVERS TRADING GROUP LLC
000783228711
14 WALL STREET SUITE 8B NEW YORK NY 10005

724415787289 TWO RIVERS
TRADINGGROUP LLCBNY CUST RRN - IBG OF 16/12/01 Closed
35. CRDT 12.12.2016 USD 50000.00 TWO RIVERS TRADING GROUP LLC
000783228711
14 WALL STREET SUITE 8B NEW YORK NY 10005

724415787289 TWO RIVERS
TRADINGGROUP LLC /FUNDING INVESTMENTSBNY CUST RRN - IBG OF 16/12/09
Closed
36. DBIT 10.29.2015 USD 99910.00

TWO RIVERS TRADING
GROUP, LLC
783228711
US ONE NORTH END AVENUE, SUITE 1251C 10282 NEW YORK NOTPROVIDED 415787 WIRE
WITHDRAWAL 902154 SI99 Closed
37. DBIT 11.06.2015 USD 144869.50

TWO RIVERS TRADING
GROUP, LLC
783228711
US 14 WALL STREET, SUITE 8B 10005 NEW YORK NOTPROVIDED 415787 WIRE
WITHDRAWAL 911227 SI99 Closed
38. DBIT 11.17.2015 USD 129883.00

TWO RIVERS TRADING
GROUP, LLC

CONFIDENTIAL TREATMENT REQUESTED BY 00002276



783228711
US 14 WALL STREET 10005 NEW YORK NOTPROVIDED 415787 WIRE WITHDRAWAL
921532 SI99 Closed

39. DBIT 11.24.2015 USD 104905.50

TWO RIVERS TRADING
GROUP, LLC
783228711
US 14 WALL STREET, SUITE 8B 10005 NEW YORK NOTPROVIDED 415787 WIRE
WITHDRAWAL 927384 SI99 Closed

40. DBIT 12.10.2015 USD 49955.00

TWO RIVERS TRADING
GROUP, LLC
783228711
US 14 WALL STREET 10005 NEW YORK NOTPROVIDED 415787 WIRE WITHDRAWAL
943158 SI99 Closed

41. DBIT 12.24.2015 USD 69937.00

TWO RIVERS TRADING
GROUP, LLC
783228711
US 14 WALL STREET 10005 NEW YORK NOTPROVIDED 415787 WIRE WITHDRAWAL
956505 SI99 Closed

42. DBIT 12.29.2015 USD 79928.00

TWO RIVERS TRADING
GROUP, LLC
783228711
US 14 WALL STREET, SUITE 8B 10005 NEW YORK NOTPROVIDED 415787 WIRE
WITHDRAWAL 959651 SI99 Closed

43. DBIT 12.30.2015 USD 49955.00

TWO RIVERS TRADING
GROUP, LLC
783228711
US 14 WALL STREET, SUITE 8B 10005 NEW YORK NOTPROVIDED 415787 WIRE
WITHDRAWAL 960894 SI99 Closed

44. DBIT 01.05.2016 USD 49955.00

TWO RIVERS TRADING
GROUP, LLC
783228711
US 14 WALL STREET, SUITE 8B 10005 NEW YORK NOTPROVIDED 415787 WIRE
WITHDRAWAL 962551 SI99 Closed

CONFIDENTIAL TREATMENT REQUESTED BY



45. DBIT 03.27.2017 USD 39964.00

TWO RIVERS TRADING GROUP, LLC
783228711
US 14 WALL ST STE 8B 10005-2169 NEW YORK, US NOTPROVIDED 415787 WIRE
WITHDRAWAL 1462876 SI99 Closed

46. DBIT 04.04.2017 USD 199820.00

TWO RIVERS TRADING GROUP
783228711
LLC 14 WALL ST STE 8B 10005-2169 NEW YORK US 415787 WIRE WITHDRAWAL 1474771
Closed

47. DBIT 04.04.2017 USD 299730.00

TWO RIVERS TRADING GROUP, LLC
783228711
US 14 WALL ST STE 8B 10005-2169 NEW YORK, US NOTPROVIDED 415787 WIRE
WITHDRAWAL 1479190 SI99 Closed

48. DBIT 04.06.2017 USD 199820.00

TWO RIVERS TRADING GROUP, LLC
783228711
US 14 WALL ST STE 8B 10005-2169 NEW YORK, US NOTPROVIDED 415787 WIRE
WITHDRAWAL 1483299 SI99 Closed

49. DBIT 05.05.2017 USD 124887.50

TWO RIVERS TRADING GROUP, LLC
783228711
US 14 WALL ST STE 8B 10005-2169 NEW YORK, US NOTPROVIDED 415787 WIRE
WITHDRAWAL 1531197 SI99 Closed

50. DBIT 05.12.2017 USD 799280.00

TWO RIVERS TRADING GROUP, LLC
783228711
US 14 WALL ST STE 8B 10005-2169 NEW YORK, US NOTPROVIDED 415787 WIRE
WITHDRAWAL 1549022 SI99 Closed

51. DBIT 05.18.2017 USD 499550.00

TWO RIVERS TRADING GROUP, LLC
783228711
US 14 WALL ST STE 8B 10005-2169 NEW YORK, US NOTPROVIDED 415787 WIRE
WITHDRAWAL 1561983 SI99 Closed

52. DBIT 08.28.2017 USD 226795.70

TWO RIVERS TRADING GROUP, LLC
783228711

CONFIDENTIAL TREATMENT REQUESTED BY

00002278

US 14 WALL ST STE 8B 10005-2169 NEW YORK, US NOTPROVIDED 415787 WIRE
WITHDRAWAL 1949015 SI99 Closed

53. DBIT 08.29.2017 USD 81851.27 ███████████

████████████████████████████ TWO RIVERS TRADING GROUP, LLC
783228711
US 14 WALL ST STE 8B 10005-2169 NEW YORK, US NOTPROVIDED 415787 WIRE
WITHDRAWAL 1963489 SI99 Closed

---

Withdrawals

1. ID Date and time Type Amount User name Customer data Status
2. 441988 04.04.2014 18:01:29 Bitcoin (BTC) 2.00000000 BTC 415787
   1Lr9D8jXUAvciBJ1DAmmYvwSAj7d4fFr1X Finished
3. 443961 04.07.2014 16:23:07 Bitcoin (BTC) 1.95000000 BTC 415787
   1Lr9D8jXUAvciBJ1DAmmYvwSAj7d4fFr1X Finished
4. 455360 04.17.2014 16:15:10 Bitcoin (BTC) 1.50000000 BTC 415787
   1Lr9D8jXUAvciBJ1DAmmYvwSAj7d4fFr1X Finished
5. 459489 04.23.2014 19:43:11 Bitcoin (BTC) 2.50000000 BTC 415787
   1Lr9D8jXUAvciBJ1DAmmYvwSAj7d4fFr1X Finished
6. 463997 04.28.2014 14:03:23 Bitcoin (BTC) 7.37154997 BTC 415787
   1Lr9D8jXUAvciBJ1DAmmYvwSAj7d4fFr1X Finished
7. 465261 04.29.2014 18:22:45 Bitcoin (BTC) 7.00000000 BTC 415787
   1Lr9D8jXUAvciBJ1DAmmYvwSAj7d4fFr1X Finished
8. 465404 04.29.2014 21:44:39 Bitcoin (BTC) 1.70000000 BTC 415787
   1Lr9D8jXUAvciBJ1DAmmYvwSAj7d4fFr1X Finished
9. 465538 04.30.2014 03:38:48 Bitcoin (BTC) 4.00000000 BTC 415787
   1Lr9D8jXUAvciBJ1DAmmYvwSAj7d4fFr1X Finished
10. 468939 05.05.2014 15:09:12 Bitcoin (BTC) 4.00000000 BTC 415787
    11SAsbVSZv9avqyzpVYapskJBnTKEbGm3 Finished
11. 469038 05.05.2014 17:07:41 Bitcoin (BTC) 3.80000000 BTC 415787
    1Lr9D8jXUAvciBJ1DAmmYvwSAj7d4fFr1X Finished
12. 469055 05.05.2014 17:39:30 Bitcoin (BTC) 10.00000000 BTC 415787
    1Lr9D8jXUAvciBJ1DAmmYvwSAj7d4fFr1X Finished
13. 470971 05.07.2014 14:15:42 Bitcoin (BTC) 3.20000000 BTC 415787
    1Lr9D8jXUAvciBJ1DAmmYvwSAj7d4fFr1X Finished
14. 484308 05.22.2014 15:06:50 Bitcoin (BTC) 4.50000000 BTC 415787
    1Lr9D8jXUAvciBJ1DAmmYvwSAj7d4fFr1X Finished
15. 489901 05.27.2014 15:13:44 Bitcoin (BTC) 4.00000000 BTC 415787
    1Lr9D8jXUAvciBJ1DAmmYvwSAj7d4fFr1X Finished
16. 501546 06.09.2014 22:12:08 Bitcoin (BTC) 0.00020000 BTC 415787
    14QV5tzye9H165K9vHwb71eJn9Ton5dFbB Finished
17. 502173 06.10.2014 13:38:14 Bitcoin (BTC) 2.99980000 BTC 415787
    14QV5tzye9H165K9vHwb71eJn9Ton5dFbB Finished

18. 502349 06.10.2014 17:21:42 Bitcoin (BTC) 2.50000000 BTC 415787
    14QV5tzye9H165K9vHwb71eJn9Ton5dFbB Finished

19. 502432 06.10.2014 19:05:54 Bitcoin (BTC) 2.00000000 BTC 415787
    14QV5tzye9H165K9vHwb71eJn9Ton5dFbB Finished

20. 503234 06.11.2014 14:40:09 Bitcoin (BTC) 2.00000000 BTC 415787
    14QV5tzye9H165K9vHwb71eJn9Ton5dFbB Finished

21. 504349 06.12.2014 13:27:50 Bitcoin (BTC) 4.75000000 BTC 415787
    14QV5tzye9H165K9vHwb71eJn9Ton5dFbB Finished

22. 505795 06.13.2014 15:29:12 Bitcoin (BTC) 2.50000000 BTC 415787
    14QV5tzye9H165K9vHwb71eJn9Ton5dFbB Finished

23. 505832 06.13.2014 15:57:43 Bitcoin (BTC) 3.50000000 BTC 415787
    14QV5tzye9H165K9vHwb71eJn9Ton5dFbB Finished

24. 505850 06.13.2014 16:17:52 Bitcoin (BTC) 6.00000000 BTC 415787
    14QV5tzye9H165K9vHwb71eJn9Ton5dFbB Finished

25. 505870 06.13.2014 16:44:01 Bitcoin (BTC) 2.50000000 BTC 415787
    14QV5tzye9H165K9vHwb71eJn9Ton5dFbB Finished

26. 505906 06.13.2014 17:07:54 Bitcoin (BTC) 3.80000000 BTC 415787
    14QV5tzye9H165K9vHwb71eJn9Ton5dFbB Finished

27. 505959 06.13.2014 17:54:46 Bitcoin (BTC) 5.24230000 BTC 415787
    14QV5tzye9H165K9vHwb71eJn9Ton5dFbB Finished

28. 505975 06.13.2014 18:13:00 Bitcoin (BTC) 2.73000000 BTC 415787
    14QV5tzye9H165K9vHwb71eJn9Ton5dFbB Finished

29. 506023 06.13.2014 19:39:34 Bitcoin (BTC) 5.10000000 BTC 415787
    14QV5tzye9H165K9vHwb71eJn9Ton5dFbB Finished

30. 509614 06.18.2014 14:22:31 Bitcoin (BTC) 5.12500000 BTC 415787
    14QV5tzye9H165K9vHwb71eJn9Ton5dFbB Finished

31. 513737 06.24.2014 15:56:15 Bitcoin (BTC) 4.11808418 BTC 415787
    14QV5tzye9H165K9vHwb71eJn9Ton5dFbB Finished

32. 516052 06.27.2014 14:33:41 Bitcoin (BTC) 0.31870000 BTC 415787
    11SAsbVSZv9avqyzpVYapskJBnTKEbGm3 Finished

33. 519554 07.02.2014 13:28:46 Bitcoin (BTC) 5.00000000 BTC 415787
    14QV5tzye9H165K9vHwb71eJn9Ton5dFbB Finished

34. 519707 07.02.2014 17:34:46 Bitcoin (BTC) 0.45000000 BTC 415787
    1Lr9D8jXUAvciBJ1DAmmYvwSAj7d4fFr1X Finished

35. 519726 07.02.2014 18:04:08 Bitcoin (BTC) 0.45000000 BTC 415787
    11SAsbVSZv9avqyzpVYapskJBnTKEbGm3 Finished

36. 520357 07.03.2014 13:24:04 Bitcoin (BTC) 2.45000000 BTC 415787
    1Lr9D8jXUAvciBJ1DAmmYvwSAj7d4fFr1X Finished

37. 520359 07.03.2014 13:26:38 Bitcoin (BTC) 2.00000000 BTC 415787
    11SAsbVSZv9avqyzpVYapskJBnTKEbGm3 Finished

38. 520384 07.03.2014 14:14:32 Bitcoin (BTC) 1.75000000 BTC 415787
    11SAsbVSZv9avqyzpVYapskJBnTKEbGm3 Finished

CONFIDENTIAL TREATMENT REQUESTED BY ▮

39. 520385 07.03.2014 14:15:06 Bitcoin (BTC) 1.75000000 BTC 415787
1Lr9D8jXUAvciBJ1DAmmYvwSAj7d4fFr1X Finished
40. 524080 07.08.2014 21:26:45 Bitcoin (BTC) 1.75000000 BTC 415787
14QV5tzye9H165K9vHwb71eJn9Ton5dFbB Finished
41. 525315 07.10.2014 13:14:56 Bitcoin (BTC) 7.00000000 BTC 415787
14QV5tzye9H165K9vHwb71eJn9Ton5dFbB Finished
42. 530906 07.18.2014 10:35:18 Bitcoin (BTC) 5.00000000 BTC 415787
11SAsbVSZv9avqyzpVYapskJBnTKEbGm3 Finished
43. 539718 07.31.2014 05:00:42 Bitcoin (BTC) 8.00000000 BTC 415787
14QV5tzye9H165K9vHwb71eJn9Ton5dFbB Finished
44. 542749 08.04.2014 19:45:12 Bitcoin (BTC) 5.00000000 BTC 415787
1Lr9D8jXUAvciBJ1DAmmYvwSAj7d4fFr1X Finished
45. 543880 08.05.2014 21:39:56 Bitcoin (BTC) 5.00000000 BTC 415787
11SAsbVSZv9avqyzpVYapskJBnTKEbGm3 Finished
46. 550695 08.14.2014 14:43:34 Bitcoin (BTC) 5.00000000 BTC 415787
1Lr9D8jXUAvciBJ1DAmmYvwSAj7d4fFr1X Finished
47. 550997 08.14.2014 21:42:03 Bitcoin (BTC) 3.00000000 BTC 415787
11SAsbVSZv9avqyzpVYapskJBnTKEbGm3 Finished
48. 551000 08.14.2014 21:42:58 Bitcoin (BTC) 3.00000000 BTC 415787
1Lr9D8jXUAvciBJ1DAmmYvwSAj7d4fFr1X Finished
49. 557335 08.22.2014 15:59:20 Bitcoin (BTC) 10.00000000 BTC 415787
14QV5tzye9H165K9vHwb71eJn9Ton5dFbB Finished
50. 589384 09.30.2014 02:25:46 Bitcoin (BTC) 7.00000000 BTC 415787
1Lr9D8jXUAvciBJ1DAmmYvwSAj7d4fFr1X Finished
51. 591717 10.02.2014 05:05:16 Bitcoin (BTC) 10.00000000 BTC 415787
1Lr9D8jXUAvciBJ1DAmmYvwSAj7d4fFr1X Finished
52. 595030 10.06.2014 03:54:27 Bitcoin (BTC) 14.10000000 BTC 415787
179wnabNoagXq58YM2vQcNpmmjzRTEyxwW Finished
53. 601766 10.13.2014 02:43:56 Bitcoin (BTC) 5.00000000 BTC 415787
1Lr9D8jXUAvciBJ1DAmmYvwSAj7d4fFr1X Finished
54. 635403 11.20.2014 14:48:38 Bitcoin (BTC) 5.00000000 BTC 415787
1Lr9D8jXUAvciBJ1DAmmYvwSAj7d4fFr1X Finished
55. 638667 11.24.2014 16:30:03 Bitcoin (BTC) 4.00000000 BTC 415787
179wnabNoagXq58YM2vQcNpmmjzRTEyxwW Finished
56. 670147 01.01.2015 21:26:44 Bitcoin (BTC) 2.00000000 BTC 415787
1HLayte2b8kk5MSC8n1qzzLADd1Bfa5fV6 Finished
57. 675703 01.10.2015 19:44:00 Bitcoin (BTC) 11.00000000 BTC 415787
1Lr9D8jXUAvciBJ1DAmmYvwSAj7d4fFr1X Finished
58. 679763 01.14.2015 06:15:30 Bitcoin (BTC) 6.00000000 BTC 415787
1Lr9D8jXUAvciBJ1DAmmYvwSAj7d4fFr1X Finished
59. 700331 02.03.2015 22:25:42 Bitcoin (BTC) 2.00000000 BTC 415787
1Lr9D8jXUAvciBJ1DAmmYvwSAj7d4fFr1X Finished

CONFIDENTIAL TREATMENT REQUESTED BY 00002281

60. 1197990 08.31.2016 17:22:50 Bitcoin (BTC) 0.02500000 BTC 415787
137UNn1cyhR82LbZ1xJgoc2EJGaD7A1MFp Finished

61. 1269451 11.03.2016 14:03:10 Bitcoin (BTC) 0.05000000 BTC 415787
16gDStfLTJqMRw3JTrbWjdo57ihG26qxaD Finished

62. 1269457 11.03.2016 14:10:11 Bitcoin (BTC) 0.05000000 BTC 415787
15jtoMMoCArBf97D1Nknn1e9b36LJ6vX1E Finished

63. 1288046 11.18.2016 19:30:55 Bitcoin (BTC) 0.02500000 BTC 415787
1CE1hLq8e2doV4iqjDZwthvJxipmK2po5v Finished

64. 1290541 11.21.2016 14:31:00 Bitcoin (BTC) 10.00000000 BTC 415787
1KqrWFfoKhF6GV64EjUuJchVuRbSTfiEL6 Finished

65. 1290585 11.21.2016 15:12:11 Bitcoin (BTC) 20.00000000 BTC 415787
1KFXqZKv66scdVmvBexPv38sgXwpVqLk2z Finished

66. 1290598 11.21.2016 15:22:04 Bitcoin (BTC) 40.00000000 BTC 415787
1JsWBjLAYQwyhJ9uGrvz1wsFWrD1Bnv1sM Finished

67. 1290613 11.21.2016 15:28:08 Bitcoin (BTC) 65.00000000 BTC 415787
18aV98z35pENuA45QMyEbNNWarQfX6f3QB Finished

68. 1290628 11.21.2016 15:35:28 Bitcoin (BTC) 65.00000000 BTC 415787
1DZdC624Xn32yeTM856CGRpchViw9dtggL Finished

69. 1342964 01.03.2017 18:01:20 Bitcoin (BTC) 1.00000000 BTC 415787
1MjLMK7yrJtTFyrzDr4f2XB4VFhNLC9Mb4 Finished

70. 1342976 01.03.2017 18:06:45 Bitcoin (BTC) 24.00000000 BTC 415787
14i79of3UkvrdfARZ7AK6PHsCa4zZFxdd6 Finished

71. 1342982 01.03.2017 18:13:04 Bitcoin (BTC) 25.00000000 BTC 415787
1NsfBJfcrYXPKqqx4QMR6MEc4gzN3dNCTF Finished

72. 1357336 01.11.2017 19:49:07 Bitcoin (BTC) 0.99000000 BTC 415787
1Ku6jXGkfwBTWAWpNhqNf8pxQnWTYmrmU4 Finished

73. 1360524 01.13.2017 15:35:19 Bitcoin (BTC) 0.90000000 BTC 415787
1Ku6jXGkfwBTWAWpNhqNf8pxQnWTYmrmU4 Finished

74. 1391194 02.03.2017 18:59:00 Bitcoin (BTC) 0.98000000 BTC 415787
1HfxXBLncVAVsB29jipiP8BJQEg8vPHPR2 Finished

75. 1391265 02.03.2017 20:01:01 Bitcoin (BTC) 0.98000000 BTC 415787
1HfxXBLncVAVsB29jipiP8BJQEg8vPHPR2 Finished

76. 1393998 02.06.2017 13:13:10 Bitcoin (BTC) 0.98000000 BTC 415787
1HfxXBLncVAVsB29jipiP8BJQEg8vPHPR2 Finished

77. 1421138 02.27.2017 15:45:12 Bitcoin (BTC) 0.10000000 BTC 415787
3DYJqJT1LxGEEB1SEa1opsmg6QDMDHC6Ld Finished

78. 1423080 02.28.2017 19:54:45 Bitcoin (BTC) 20.00000000 BTC 415787
3DYJqJT1LxGEEB1SEa1opsmg6QDMDHC6Ld Finished

79. 1616977 05.31.2017 17:15:30 Bitcoin (BTC) 6.00000000 BTC 415787
3DYJqJT1LxGEEB1SEa1opsmg6QDMDHC6Ld Finished

80. 1645678 06.08.2017 14:08:24 Bitcoin (BTC) 9.00000000 BTC 415787
3DYJqJT1LxGEEB1SEa1opsmg6QDMDHC6Ld Finished

CONFIDENTIAL TREATMENT REQUESTED BY

81. 1659696 06.12.2017 13:56:33 Bitcoin (BTC) 7.00000000 BTC 415787
3DYJqJT1LxGEEB1SEa1opsmg6QDMDHC6Ld Finished

82. 1659967 06.12.2017 14:56:48 Bitcoin (BTC) 14.00000000 BTC 415787
3DYJqJT1LxGEEB1SEa1opsmg6QDMDHC6Ld Finished

83. 1660022 06.12.2017 15:07:58 Bitcoin (BTC) 15.00000000 BTC 415787
3DYJqJT1LxGEEB1SEa1opsmg6QDMDHC6Ld Finished

84. 1660174 06.12.2017 15:34:12 Bitcoin (BTC) 14.00000000 BTC 415787
3DYJqJT1LxGEEB1SEa1opsmg6QDMDHC6Ld Finished

85. 1660556 06.12.2017 16:55:06 Bitcoin (BTC) 14.00000000 BTC 415787
3DYJqJT1LxGEEB1SEa1opsmg6QDMDHC6Ld Finished

86. 1675092 06.15.2017 14:17:33 Bitcoin (BTC) 6.00000000 BTC 415787
3DYJqJT1LxGEEB1SEa1opsmg6QDMDHC6Ld Finished

87. 1717072 06.26.2017 14:11:40 Bitcoin (BTC) 5.00000000 BTC 415787
3DYJqJT1LxGEEB1SEa1opsmg6QDMDHC6Ld Finished

88. 1762106 07.09.2017 17:15:06 Bitcoin (BTC) 14.00000000 BTC 415787
3DYJqJT1LxGEEB1SEa1opsmg6QDMDHC6Ld Finished

89. 1764235 07.10.2017 13:19:28 Bitcoin (BTC) 7.00000000 BTC 415787
3DYJqJT1LxGEEB1SEa1opsmg6QDMDHC6Ld Finished

90. 1825002 07.27.2017 19:40:22 Bitcoin (BTC) 0.05000000 BTC 415787
17SrKD5g4vBQWUBJtippMWpSDeHvAUvN7d Finished

91. 1828590 07.28.2017 14:15:26 Bitcoin (BTC) 0.30000000 BTC 415787
17SrKD5g4vBQWUBJtippMWpSDeHvAUvN7d Finished

92. 1829504 07.28.2017 17:57:46 Bitcoin (BTC) 42.50000000 BTC 415787
3498kshSyFTeC8KgLg1pcSSM34S3XWC7E3 Finished

93. 5130271 08.30.2018 16:16:19 Bitcoin (BTC) 11.00000000 BTC 415787
3GxR65TQW7gq5pjX9kqzsKoUm8UbRth2SA Finished

94. 489933 05.27.2014 15:48:03 International wire transfer $15000.00 415787 Currency:
USD

Two Rivers Trading Group, LLC

Address:
One North End Avenue, Suite 1251C
10282 New York
US

Bank:
JP Morgan Chase Bank
42 Broadway
10282
New York
US

IBAN: 783228711

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮▮ ▮▮▮▮00002283

BIC: CHASUS33

Comment:
Finished
95. 493097 05.30.2014 17:09:53 International wire transfer $15000.00 415787 Currency: USD
Two Rivers Trading Group, LLC

Address:
One North End Avenue, Suite 1251C
10282 New York
US

Bank:
JP Morgan Chase Bank
42 Broadway
10282
New York
US

IBAN: 783228711
BIC: CHASUS33

Comment:
Finished
96. 549827 08.13.2014 17:49:04 International wire transfer $15000.00 415787 Currency: USD
Two Rivers Trading Group, LLC

Address:
One North End Avenue, Suite 1251C
10282 New York
US

Bank:
JP Morgan Chase Bank
42 Broadway
10282
New York
US

CONFIDENTIAL TREATMENT REQUESTED BY ▮ ▮00002284

IBAN: 783228711
BIC: CHASUS33


Comment:
Finished
97. 646650 12.02.2014 19:11:49 International wire transfer $50000.00 415787 Currency:
USD
Two Rivers Trading Group, LLC

Address:
One North End Avenue, Suite 1251C
10282 New York
US

Bank:
JP Morgan Chase Bank
42 Broadway
10282
New York
US

IBAN: 783228711
BIC: CHASUS33


Comment:
Finished
98. 654784 12.12.2014 20:18:21 International wire transfer $115000.00 415787 Currency:
USD
Two Rivers Trading Group, LLC

Address:
One North End Avenue, Suite 1251C
10282 New York
US

Bank:
JP Morgan Chase Bank
42 Broadway
10282
New York
US

CONFIDENTIAL TREATMENT REQUESTED BY ▐▐▐▐▐▐ ▐▐▐▐▐▐00002285

IBAN: 783228711
BIC: CHASUS33

Comment:
Finished
99. 656725 12.15.2014 19:12:34 International wire transfer $170000.00 415787 Currency: USD
Two Rivers Trading Group, LLC

Address:
One North End Avenue, Suite 1251C
10282 New York
US

Bank:
JP Morgan Chase Bank
42 Broadway
10282
New York
US

IBAN: 783228711
BIC: CHASUS33

Comment:
Finished
100.      658214 12.16.2014 19:59:02 International wire transfer $300000.00 415787
Currency: USD
Two Rivers Trading Group, LLC

Address:
One North End Avenue, Suite 1251C
10282 New York
US

Bank:
JP Morgan Chase Bank
42 Broadway
10282
New York

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮▮▮ ▮▮▮▮00002286

US

IBAN: 783228711
BIC: CHASUS33


Comment:
Finished
101.659474 12.17.2014 17:58:28 International wire transfer $325000.00 415787
Currency: USD
Two Rivers Trading Group, LLC

Address:
One North End Avenue, Suite 1251C
10282 New York
US

Bank:
JP Morgan Chase Bank
42 Broadway
10282
New York
US

IBAN: 783228711
BIC: CHASUS33


Comment:
Finished
102.        661361 12.19.2014 06:40:21 International wire transfer $215000.00 415787
Currency: USD
Two Rivers Trading Group, LLC

Address:
One North End Avenue, Suite 1251C
10282 New York
US

Bank:
JP Morgan Chase Bank
42 Broadway
10282

CONFIDENTIAL TREATMENT REQUESTED BY ▮                                      ▮00002287

New York
US

IBAN: 783228711
BIC: CHASUS33

Comment:
Finished
103.      664417 12.23.2014 07:15:09 International wire transfer $220000.00 415787
Currency: USD
Two Rivers Trading Group, LLC

Address:
One North End Avenue, Suite 1251C
10282 New York
US

Bank:
JP Morgan Chase Bank
42 Broadway
10282
New York
US

IBAN: 783228711
BIC: CHASUS33

Comment:
Finished
104.      665378 12.24.2014 15:07:08 International wire transfer $105000.00 415787
Currency: USD
Two Rivers Trading Group, LLC

Address:
One North End Avenue, Suite 1251C
10282 New York
US

Bank:
JP Morgan Chase Bank
42 Broadway

10282
New York
US

IBAN: 783228711
BIC: CHASUS33

Comment:
Finished
105.        902154 10.28.2015 18:14:20 International wire transfer $100000.00 415787
Currency: USD
Two Rivers Trading Group, LLC

Address:
One North End Avenue, Suite 1251C
10282 New York
US

Bank:
JP Morgan Chase Bank
42 Broadway
10282
New York
US

IBAN: 783228711
BIC: CHASUS33

Comment:
Finished
106.        911227 11.05.2015 15:52:08 International wire transfer $145000.00 415787
Currency: USD
Two Rivers Trading Group, LLC

Address:
14 Wall Street, Suite 8B
10005 New York
US

Bank:
JP Morgan Chase Bank

CONFIDENTIAL TREATMENT REQUESTED BY ▆▆▆▆▆▆ ▆▆▆▆00002289

42 Broadway
10282
New York
US

IBAN: 783228711
BIC: CHASUS33


Comment:
Finished
107.      921532 11.16.2015 14:34:31 International wire transfer $130000.00 415787
Currency: USD
Two Rivers Trading Group, LLC

Address:
14 Wall Street
10005 New York
US

Bank:
JP Morgan Chase Bank
42 Broadway
10282
New York
US

IBAN: 783228711
BIC: CHASUS33


Comment:
Finished
108.      927384 11.23.2015 13:53:22 International wire transfer $105000.00 415787
Currency: USD
Two Rivers Trading Group, LLC

Address:
14 Wall Street, Suite 8B
10005 New York
US

Bank:

CONFIDENTIAL TREATMENT REQUESTED BY [ ]                    [ ]00002290

JP Morgan Chase Bank
42 Broadway
10282
New York
US

IBAN: 783228711
BIC: CHASUS33


Comment:
Finished
109.      943158 12.09.2015 21:35:17 International wire transfer $50000.00 415787
Currency: USD
Two Rivers Trading Group, LLC

Address:
14 Wall Street
10005 New York
US

Bank:
JP Morgan Chase Bank
42 Broadway
10282
New York
US

IBAN: 783228711
BIC: CHASUS33


Comment:
Finished
110.956505 12.23.2015 17:13:25 International wire transfer $70000.00 415787 Currency:
USD
Two Rivers Trading Group, LLC

Address:
14 Wall Street
10005 New York
US

Bank:
JP Morgan Chase Bank
42 Broadway
10282
New York
US

IBAN: 783228711
BIC: CHASUS33


Comment:
Finished
111. 959651 12.28.2015 14:04:26 International wire transfer $80000.00 415787 Currency:
USD
Two Rivers Trading Group, LLC

Address:
14 Wall Street, Suite 8B
10005 New York
US

Bank:
JP Morgan Chase Bank
42 Broadway
10282
New York
US

IBAN: 783228711
BIC: CHASUS33


Comment:
Finished
112. 960894 12.29.2015 16:34:02 International wire transfer $50000.00 415787 Currency:
USD
Two Rivers Trading Group, LLC

Address:
14 Wall Street, Suite 8B
10005 New York
US

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮▮▮ ▮▮▮▮▮00002292

Bank:
JP Morgan Chase Bank
42 Broadway
10282
New York
US

IBAN: 783228711
BIC: CHASUS33


Comment:
Finished
113.962551 12.31.2015 14:53:27 International wire transfer $50000.00 415787 Currency:
USD
Two Rivers Trading Group, LLC

Address:
14 Wall Street, Suite 8B
10005 New York
US

Bank:
JP Morgan Chase Bank
42 Broadway
10282
New York
US

IBAN: 783228711
BIC: CHASUS33


Comment:
Finished
114.1462876 03.24.2017 17:23:30 International wire transfer $40000.00 415787
Currency: USD
Two Rivers Trading Group, LLC

Address:
14 Wall St STE 8b
10005-2169 New York

CONFIDENTIAL TREATMENT REQUESTED BY 00002293

US

Bank:
JP Morgan Chase Bank
42 Broadway
10282
New York
US

IBAN: 783228711
BIC: CHASUS33

Comment:
Finished
115.1474771 03.31.2017 20:51:41 International wire transfer $200000.00 415787
Currency: USD
Two Rivers Trading Group, LLC

Address:
14 Wall St STE 8b
10005-2169 New York
US

Bank:
JP Morgan Chase Bank
42 Broadway
10282
New York
US

IBAN: 783228711
BIC: CHASUS33

Comment:
Finished
116.1479190 04.03.2017 13:46:33 International wire transfer $300000.00 415787
Currency: USD
Two Rivers Trading Group, LLC

Address:
14 Wall St STE 8b

10005-2169 New York
US

Bank:
JP Morgan Chase Bank
42 Broadway
10282
New York
US

IBAN: 783228711
BIC: CHASUS33


Comment:
Finished
117.1483299 04.05.2017 16:28:13 International wire transfer $200000.00 415787
Currency: USD
Two Rivers Trading Group, LLC

Address:
14 Wall St STE 8b
10005-2169 New York
US

Bank:
JP Morgan Chase Bank
42 Broadway
10282
New York
US

IBAN: 783228711
BIC: CHASUS33


Comment:
Finished
118.1531197 05.04.2017 20:28:58 International wire transfer $125000.00 415787
Currency: USD
Two Rivers Trading Group, LLC

Address:

14 Wall St STE 8b
10005-2169 New York
US

Bank:
JP Morgan Chase Bank
42 Broadway
10282
New York
US

IBAN: 783228711
BIC: CHASUS33


Comment:
Finished
119. 1549022 05.11.2017 19:26:17 International wire transfer $800000.00 415787
Currency: USD
Two Rivers Trading Group, LLC

Address:
14 Wall St STE 8b
10005-2169 New York
US

Bank:
JP Morgan Chase Bank
42 Broadway
10038
New York
US

IBAN: 783228711
BIC: CHASUS33


Comment:
Finished
120.        1561983 05.17.2017 13:22:28 International wire transfer $500000.00 415787
Currency: USD
Two Rivers Trading Group, LLC

CONFIDENTIAL TREATMENT REQUESTED BY ▮ 00002296

Address:
14 Wall St STE 8b
10005-2169 New York
US

Bank:
JP Morgan Chase Bank
42 Broadway
10038
New York
US

IBAN: 783228711
BIC: CHASUS33

Comment:
Finished
121. 1949015 08.25.2017 15:49:33 International wire transfer $227000.00 415787
Currency: USD
Two Rivers Trading Group, LLC

Address:
14 Wall St STE 8b
10005-2169 New York
US

Bank:
JP Morgan Chase Bank
42 Broadway
10038
New York
US

IBAN: 783228711
BIC: CHASUS33

Comment:
Finished
122.      1963489 08.28.2017 22:30:08 International wire transfer $81925.00 415787
Currency: USD
Two Rivers Trading Group, LLC

CONFIDENTIAL TREATMENT REQUESTED BY ███████                    ███████ 00002297

Address:
14 Wall St STE 8b
10005-2169 New York
US

Bank:
JP Morgan Chase Bank
42 Broadway
10038
New York
US

IBAN: 783228711
BIC: CHASUS33


Comment:
Finished
123.        4923824 07.10.2018 18:59:11 International wire transfer $1125000.00 415787
Currency: USD
Two Rivers Trading Group, LLC

Address:
14 Wall St STE 8b
10005-2169 New York
US

Bank:
Silvergate Bank
4250 Executive Square Suite 300
92037
La Jolla, CA
US

IBAN: 5090006247
BIC: XXXXXXXX


Comment:
INTERNATIONAL INCOMING WIRE INSTRUCTIONS
Intermediary Bank SWIFT Code: PCBBUS66
Intermediary Bank ABA Number: 121042484

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮▮▮▮▮                                                    ▮▮▮▮▮▮00002298

Intermediary Bank Name: Pacific Coast Bankers Bank
Intermediary Bank Address: Walnut Creek, CA 94596
Receiving Bank Routing Number: 322286803
Receiving Bank Name: Silvergate Bank
Receiving Bank Address: 4250 Executive Square Suite 300
La Jolla, CA 92037
Beneficiary Name: Two Rivers Trading Group LLC
Beneficiary Address: 14 Wall St Suite 8B
New York, NY 10005
Beneficiary Account Number: 5090006247 Finished

124.      4952842 07.18.2018 14:58:21 International wire transfer $325000.00 415787
Currency: USD
Two Rivers Trading Group, LLC

Address:
14 Wall St STE 8b
10005-2169 New York
US

Bank:
Silvergate Bank
42 Receiving Bank Address: 4250 Executive Square Suite 300
92037
La Jolla, CA
US

IBAN: 5090006247
BIC: XXXXXXXX

Comment:
Intermediary Bank SWIFT Code: PCBBUS66
Intermediary Bank ABA Number: 121042484
Intermediary Bank Name: Pacific Coast Bankers Bank
Intermediary Bank Address: Walnut Creek, CA 94596
Receiving Bank Routing Number: 322286803
Receiving Bank Name: Silvergate Bank
Receiving Bank Address: 4250 Executive Square Suite 300
La Jolla, CA 92037
Beneficiary Name: Two Rivers Trading Group, LLC
Beneficiary Address: 14 Wall Street Suite 8B
New York, NY 10005

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮▮▮ ▮▮▮▮▮00002299

Beneficiary Account Number: 5090006247
Finished

125.    5130229 08.30.2018 16:07:24 International wire transfer $101000.00 415787
Currency: USD
Two Rivers Trading Group, LLC

Address:
14 Wall St STE 8b
10005-2169 New York
US

Bank:
JP Morgan Chase Bank
42 Broadway
10282
New York
US

IBAN: 783228711
BIC: CHASUS33


Comment:
PROCESS VIA SEN TO:

TWO RIVERS TRADING GROUP LLC
SILVERGATE BANK
ROUTING: 322286803
ACCOUNT NUMBER: 5090007146 Finished

126.    5373463 10.25.2018 19:28:01 International wire transfer $3087.28 415787
Currency: USD
Two Rivers Trading Group, LLC

Address:
14 Wall St STE 8b
10005-2169 New York
US

Bank:
Silvergate Bank
4250 Executive Square Suite 300
92037
La Jolla, CA

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮▮    ▮▮▮▮00002300

US

IBAN: 5090007146
BIC: 322286803

Comment:
Process using SEN Finished

127.    431635 03.26.2014 17:10:18 Ripple payment \$0.15 415787
        F50C61BAEE058C8FE98B0A72C3AF6E4CB24290B465B6C6CD5AB521ADB828A96
        C Finished

128.    438094 04.01.2014 13:35:51 Ripple payment \$1000.00 415787
        C724B19D513A4B59696D30F48750C00F44028F8B6C8E7D0176C9153E24DC11D5
        Finished

129.    438804 04.02.2014 02:24:52 Ripple payment \$800.00 415787
        BD556A14A220740BB3F2519F54EBE88956AF32BB5341834D1704956DDFC31D8E
        Finished

130.    445963 04.09.2014 13:03:50 Ripple payment \$750.00 415787
        D0FC3338FB5CE4A4A4680805187FE5CC55B3BFDD67EDA51702D46A0C543C996
        9 Finished

131.449317 04.11.2014 17:56:37 Ripple payment \$750,00 415787
        8AD46D433D6C682D9536698881F765272FF4CD1427B5AE787D4695DDBFFAA09
        8 Finished

132.    466726 05.01.2014 19:05:45 Ripple payment \$1500.00 415787
        EA95C8613C8BFE4CD4D80F4FCA132DCAD4A114560622E0C89289E819556C2458
        Finished

133.    470455 05.07.2014 01:27:54 Ripple payment \$4340.90 415787
        017B99F653F77AF25060F53FEE8189CBE4B12F724D9B02BDC065427A15C35CF3
        Finished

134.    470456 05.07.2014 01:31:29 Ripple payment \$3.12 415787
        623C256F4544B3E88ADAF27AF40341F11113136534CDA50ED3FE2CF7DD4A7C28
        Finished

135.    501238 06.09.2014 14:58:55 Ripple payment \$3500.00 415787
        EA4375F464908C193E60475E6606AE5A47C331D9D9BF75C592E31419A3EFD156
        Finished

136.    502336 06.10.2014 17:08:37 Ripple payment \$2000.00 415787
        C86D064FCD67B312BED99765903102287281C1A04148AE7C9296229A2E7CAE32
        Finished

137.    503287 06.11.2014 15:29:28 Ripple payment \$2000.00 415787
        5D53F7DC0350185591ED4143498AFA7D130BE70D5AB6F71036F8158012EB3D40
        Finished

CONFIDENTIAL TREATMENT REQUESTED BY ███████                    ███████ 00002301

138.     507716 06.16.2014 13:02:10 Ripple payment $3500.00 415787
         0EE7853EB1FF7C49E0B87406D563EFFB03C781051BAAD8BFDED6E0BE9355F5F8
         Finished
139.     509905 06.18.2014 23:56:32 Ripple payment $10000.00 415787
         312F8B91B3317252BE90A27554021DDF22614227B51079B2938EA0B894F02800
         Finished
140.     511284 06.20.2014 16:31:08 Ripple payment $10000.00 415787
         88C93D3AD9FD96FE725D70A66AAAEEF9DA739608245AC0C64A910BC42EAEB1F
         F Finished
141.524629 07.09.2014 14:22:57 Ripple payment $15000.00 415787
         1ECBA316C5868318AA7B1D13080FBCE0D63D1512DDF45E45CDDE5F3BBB268E85
         Finished
142.     533187 07.22.2014 09:15:50 Ripple payment $8000.00 415787
         287F332AB022B079F3191C366D812A3F26DCD4AD41DD1AE2ADDFBE902F0B71B3
         Finished
143.     572885 09.11.2014 06:45:27 Ripple payment $3500.00 415787
         BAE31924EA3F591272DDB3E23B373D806BE0164D596D1D4E597B982E1CED626E
         Finished
144.     573641 09.12.2014 06:10:40 Ripple payment $1500.00 415787
         55BE91263FBFA6AE5FA436039F174A2D9B2A6B3925431C19D8A8EBDB35117DC2
         Finished
145.     577020 09.16.2014 13:29:16 Ripple payment $250.00 415787
         2F6382969B23F0732B39F98521AD879A432788307732E42CCBE0F2D70685BD29
         Finished
146.     578238 09.17.2014 14:15:00 Ripple payment $2250.00 415787
         65A9F3267C98F9064318BF8ED56FDE0698C4DA5A982BE2B3344C3D0DF0BD489F
         Finished
147.     578413 09.17.2014 17:00:18 Ripple payment $4500.00 415787
         1F1C408EDF24C740F7D91BFC27CBFB08161FC558D514B8B4F55FBCAB68E18AE6
         Finished
148.     578528 09.17.2014 18:42:08 Ripple payment $4500.00 415787
         9005E56CB2A23A428F3D6F668421AA5F99E1F9083FAD48BF8F455D6982245300
         Finished
149.     579584 09.18.2014 17:00:15 Ripple payment $3800.00 415787
         67D576DC8441FFF08F29C166EF7FFFAC349FC94D3DC77C93EA961018C72F1478
         Finished
150.     580639 09.19.2014 16:45:15 Ripple payment $300.00 415787
         953C4116DCCDD6D2901D7DA9539B916EF23D9CCF0E853EF4783B1D5EE21ED9B4
         Finished
151.597692 10.08.2014 05:13:18 Ripple payment $5000.00 415787
         C0567F82C865FF2C13295624B8076796CB8B4DC1915F78C3249940E858F32241
         Finished

CONFIDENTIAL TREATMENT REQUESTED BY

152.    639730 11.25.2014 14:57:38 Ripple payment $3000.00 415787
205AB5DAC5ACADCC60710FD4F18F41996E35B1B5354A706436B22F20B743240D
Finished

153.    747413 04.01.2015 22:07:49 Ripple payment $3235.00 415787
ECC8A5C7AB5E9515B9784477726295D811256433B0BD826F3846ACF70CFE2F2A
Finished

154.    753125 04.10.2015 17:01:47 Ripple payment $10000.00 415787
E6DFA76F555A2B5CD6FC22B6A6C59B990257DC1152D12E27AFA6FE3AB961E095
Finished

155.    753258 04.10.2015 20:26:19 Ripple payment $7000.00 415787
BDB0220F6F16390221E440B0ABD44CD06431F7E4F07FAC49E0851BBE4F061A05
Finished

156.    754527 04.13.2015 13:16:41 Ripple payment $7990.00 415787
5D38BDB5A15EC725E7827C858784A7C84D498279A51F43F3A157DEE73A6CCBD7
Finished

157.    1111674 06.08.2016 14:25:53 Ripple payment $2900.00 415787
011D174ACDC8584C87A2D54108938766E882A18341C8FF7D8705E9E3BE8EA6D7
Finished

158.    1113166 06.09.2016 20:14:49 Ripple payment $2950.00 415787
C0053CC92CE1A7548471FE117801AFFA6CFB9BE91486934EB1BE0B09487FE0A7
Finished

159.    1119333 06.15.2016 12:58:30 Ripple payment $2051.50 415787
1C4E3ABF6F272EFB4DFF4666B911204323D208C99532A25698B6A81A6D3153F3
Finished

160.    1122468 06.17.2016 19:23:15 Ripple payment $17500.00 415787
D38E1CF8759BCEC863B1ADC378531856A884388E2DF1DD4D77EDC8B0C8C0DD8
8 Finished

161.1154560 07.19.2016 17:14:41 Ripple payment $1000.00 415787
5F20DC9989E405E6B27A85549E82D8CCDAA74CD27A0E13D5F5921BC1128F07B4
Finished

162.    1155308 07.20.2016 12:58:13 Ripple payment $750.00 415787
AB6F7F7AD2EBF44B95AB5C2C030D38236427274E99F2D73E040B6E7B9067BF08
Finished

163.    1156355 07.21.2016 12:50:47 Ripple payment $15000.00 415787
1EA5EB323821999DF0ACBAB344FCBA5B2FBC3DDA5558F13ACBC84DD3FBD94F5
A Finished

164.    1156771 07.21.2016 23:03:33 Ripple payment $6000.00 415787
74BCD92AB97A19D38CAC83A4B9DD7717FB3C5D9907B1D2C14525CDF526F55C1
0 Finished

165.    1160667 07.26.2016 12:55:53 Ripple payment $3000.00 415787
BC468D5C2D48F416DB66FFB50A23D7BF9C06BA41CC13938DB9FBA1111E114238
Finished

CONFIDENTIAL TREATMENT REQUESTED BY

00002303

166.    1170417 08.04.2016 10:09:27 Ripple payment $13000.00 415787
E549A78A1B2D5BEC8A7C237E7BDC5209DCA99F68FCD4796908248A3E05D1D1C
B Finished

167.    1171103 08.04.2016 20:27:43 Ripple payment $2000.00 415787
640BF001B75157980683B0A378F579F29394C46961D53FFADBA735945F439922
Finished

168.    1174366 08.08.2016 14:04:21 Ripple payment $25000.00 415787
40974CADEB335AD79BC79BEC78ADB614E23F9FBC35001ABA3173AFE471109C08
Finished

169.    1175915 08.09.2016 18:04:31 Ripple payment $2500.00 415787
0296CF7DAE35D6533FE25DB8EAA63A210E67571910FEDCE12F45970A827DD7BC
Finished

170.    1176685 08.10.2016 12:58:55 Ripple payment $33000.00 415787
6B0760A44122F551A037C2109B22DF4D379AE5ADAB967DB7634C3DE0A1ADE1D0
Finished

171.1189510 08.23.2016 12:58:16 Ripple payment $15000.00 415787
5F1A53B8379A623F25CB9BFCE50CC9FBD6A26AD437721A668580278051F7A9D2
Finished

172.    1190973 08.24.2016 17:09:43 Ripple payment $10000.00 415787
BB326F8610B342A9C53C2CFD2B32A2FEEAC338DF28A258EDFB1F71A173757566
Finished

173.    1193229 08.26.2016 20:20:28 Ripple payment $690.00 415787
5041BFAC90C8F8E64C978DAA608DA20E4C258A02CCB4CB7E709BA3AC1AE6C66
8 Finished

174.    1195042 08.29.2016 11:22:30 Ripple payment $20000.00 415787
A8E3917ED10B95551D40A18F049F3E41B022235625C90A3E36399DAA2BD39081
Finished

175.    1199940 09.02.2016 13:22:12 Ripple payment $1500.00 415787
7C71C6CA489B1F4495D2D349BD1F800B3E012B074A7D197A0FEDBD613126013D
Finished

176.    1202932 09.05.2016 17:13:11 Ripple payment $30000.00 415787
A137885B3A7563C6CDCD7F1640CCE4E1E63B5F20967807EF4945701EB6AFF072
Finished

177.    1202942 09.05.2016 17:22:32 Ripple payment $10000.00 415787
9BF576252C093B473A8580F903C3FF4847A42DFE24DB42619C962C349010C87B
Finished

178.    1205928 09.08.2016 03:18:52 Ripple payment $2000.00 415787
0AC9815432B91599A5F6C4709565B1DCDA4359C60DE1FD00F55CB273FAABD8D2
Finished

179.    1207644 09.09.2016 12:50:51 Ripple payment $20000.00 415787
2A59F9E43604E887AE07667A0F995D009489186B18341FBE8BFCB18C03D8C930
Finished

CONFIDENTIAL TREATMENT REQUESTED BY

180.    1209332 09.11.2016 12:14:22 Ripple payment $3000.00 415787
08AF9A76538B4F6224AE35958AF2620D2E47D6D6C5241F6E6038321D3AF81064
Finished

181. 1210309 09.12.2016 12:46:35 Ripple payment $25000.00 415787
5C9F1848E5793BF80DEB6875582C3F60CB3490DE535D8A52FFFF018151429CD5
Finished

182.    1210922 09.12.2016 20:51:33 Ripple payment $25000.00 415787
9D657DA29E839C5B4376B2E538458BC5B1711331DB07B91F06821D95B36F103A
Finished

183.    1212769 09.14.2016 12:14:07 Ripple payment $25000.00 415787
7306A446B9393BE9466FE23E2C28190CFA1EE6B6DED27FF0BF1D33FBDA175EC1
Finished

184.    1214088 09.15.2016 13:47:00 Ripple payment $17500.00 415787
DEFD34ABF3E8DEAFEAE3D235BC9C839C5388D21E2FE3D01807E9777033D4E98A
Finished

185.    1215739 09.16.2016 18:23:32 Ripple payment $34000.00 415787
F2B77155A002AB02D34581D3222DA45D2AC4C2F905DADA7B61E31DE7BF14ED41
Finished

186.    1220904 09.21.2016 20:43:08 Ripple payment $5000.00 415787
F154DAFB1E9F93146C1B8C1688A52563CD8916C435D854E401E7972617711858
Finished

187.    1221890 09.22.2016 17:33:32 Ripple payment $25000.00 415787
912DCE2DBE092F1D31AD3EF6860945A8ABD1DCA887B70B3A1629DC3357F1B26C
Finished

188.    1223209 09.23.2016 20:03:35 Ripple payment $10000.00 415787
8F15CD38058C8CEF51F1629C77E376A0D06D3851D44FBC622EA3B85310063311
Finished

189.    1226929 09.27.2016 13:22:02 Ripple payment $25000.00 415787
B29DC5C86BE9777A5A1F417659DB6E956B9CE80CA06B7073A805012C7681B092
Finished

190.    1226930 09.27.2016 13:23:27 Ripple payment $25000.00 415787
8897E8AA91820E7F4C0F223F125388D034BD531855AAF096B018BE4E26E89025
Finished

191. 1236378 10.05.2016 16:22:13 Ripple payment $5500.00 415787
CC5C8B2E52330931ED4E21A3125EE4A0784B59E7E1461CEA73D2BD154FACDA09
Finished

192.    1236558 10.05.2016 18:32:08 Ripple payment $3600.00 415787
971BD3739FC6850DAD0DE390465EA80A6F1855E5AB675DD38BB568FF8785D028
Finished

193.    1237444 10.06.2016 13:11:43 Ripple payment $15000.00 415787
A630EB390F7A669654A6885AB24A3B3F498073CB62DACB9F34D1635E0FAA4412
Finished

CONFIDENTIAL TREATMENT REQUESTED BY          00002305

194. 1237606 10.06.2016 15:37:50 Ripple payment $7500.00 415787
029A6A1BB4A0487E083B3506E0217D15E3B2089FF30E1CFE82B38E7CA39DAB93
Finished

195. 1237608 10.06.2016 15:38:35 Ripple payment $7500.00 415787
360E43C73B6FA9D02782E6B6158CF8118CB4C27FC0F2501CEF8E7A6930DD3D45
Finished

196. 1238641 10.07.2016 13:06:43 Ripple payment $6000.00 415787
2880F4B49828C715FD5B855D7E4DAF09B8FE02E8464948C5D8C9E63E09B177D2
Finished

197. 1239174 10.07.2016 20:36:13 Ripple payment $5000.00 415787
C6262CD631E51BD2287671DAA4FC944ABEE8D012AC6575510121A5B67EE3FB3F
Finished

198. 1241191 10.10.2016 11:42:08 Ripple payment $33500.00 415787
734854D6CAD31D9B8F87A9D5BAEA091FFD23764EA2E138BEBE3A46418503D753
Finished

199. 1243016 10.11.2016 20:28:19 Ripple payment $7000.00 415787
E5BEF444AF1BDF4782470DAE4461687C483D1C03D32FCB13C32D1178C99DA8B0
Finished

200. 1243776 10.12.2016 12:59:41 Ripple payment $5000.00 415787
D3C63259C1A208F523154A230A3D6BA5581DF746930E918AACE7185C0CF58028
Finished

201. 1245933 10.14.2016 12:56:51 Ripple payment $31000.00 415787
8798477A2E0F3712BED6562282DFC5DCCFD3229C0B493F830D129E40E0399B8F
Finished

202. 1246242 10.14.2016 17:08:06 Ripple payment $7500.00 415787
F0A83B27B5EB1779E3C7041D15935CE55D5B8E059713A4D02C7A15122E0C5E8C
Finished

203. 1246348 10.14.2016 19:00:22 Ripple payment $20000.00 415787
90E2566D0D26D782B8E4E53D522FE35AFB93D1217948CFDB49DC075C4E1029E5
Finished

204. 1250688 10.18.2016 20:37:00 Ripple payment $12000.00 415787
88C58EC2196B62FD049664CB4F06A9D274251BFDFD3010D02AC2B018B84E5AC7
Finished

205. 1251812 10.19.2016 17:52:32 Ripple payment $8900.00 415787
5DDFFA72B2D91E0DA08F64979FADE8D3A961C8AC1213BE8EA20C688E69EEBEE1
Finished

206. 1252796 10.20.2016 13:38:47 Ripple payment $6000.00 415787
48F383894992ECEB8DACEB1D4E2FFBE3CA019A38296E57E75D64E7EF3B85DEE6
Finished

207. 1253297 10.20.2016 20:31:30 Ripple payment $8000.00 415787
EE4E2EC430131E2BD4F8CA6AAEA6043A9A82AA38B93529F98F1FCD23BD11B12F
Finished

CONFIDENTIAL TREATMENT REQUESTED BY

208.      1256795 10.24.2016 13:09:17 Ripple payment $6000.00 415787
          71592BBCF9864ACDF94EB66E3065D3F13458F70F627FAF4D548FBEA6BDB033A6
          Finished
209.      1257465 10.24.2016 20:38:51 Ripple payment $4000.00 415787
          FD94CB1B650E8069E89298A44D8B6B53C4F1122E87BF1D2F530F6901C7E77B83
          Finished
210.      1258427 10.25.2016 15:32:41 Ripple payment $4000.00 415787
          9C3C4DA7413929350A53552484F5C18EE0B99392598627585B74084DB135F7F9
          Finished
211.1258619 10.25.2016 17:23:04 Ripple payment $5000.00 415787
          744CBB7C29C09857224EC304E92FC0587F8D62E8DA13CABF527CF96EB3C6D118
          Finished
212.      1258776 10.25.2016 18:58:53 Ripple payment $5800.00 415787
          076F3F142E527895171E98F7603372CB7CD50BB2EBCBF443E32B949138E67747
          Finished
213.      1260060 10.26.2016 17:29:14 Ripple payment $1000.00 415787
          359CE6A8FAD67C4B686B80B268159A687235A1748EF951D28AA35D421AB4945B
          Finished
214.      1261565 10.27.2016 19:33:23 Ripple payment $12000.00 415787
          2E5F60A3A99A59FE7BC18CAAA4D2624E7C1F20AD93BF58EF03D0DFEEA6E8EF59
          Finished
215.      1265102 10.31.2016 00:47:59 Ripple payment $10000.00 415787
          623640E1D87EE9BE3A6C87B9B1C437246EBDDD386CD9F8F216A8599A39895101
          Finished
216.      1265954 10.31.2016 19:36:38 Ripple payment $3300.00 415787
          2B83BB2017A6E6ABEBBE2B6BB68A38A78D9CD3BD0A3F070F7FDEF02196873378
          Finished
217.      1268611 11.02.2016 19:32:26 Ripple payment $5000.00 415787
          B2F44BC70EF4E0A3368CCC891240FA33C1AAA91C9A9C78D8991DC5DB9A52F5A
          B Finished
218.      1268998 11.03.2016 02:39:48 Ripple payment $10000.00 415787
          4C12F88662904B063180F84DDB9B680BA67969195861C5281D5BC3897D79503F
          Finished
219.      1271173 11.04.2016 17:59:42 Ripple payment $10000.00 415787
          5FBFD999D0A9FB09FE13911F95A235775EA82D9BCF2C4D07438F1A26423C6DB0
          Finished
220.      1271302 11.04.2016 19:35:29 Ripple payment $5000.00 415787
          8C53C5CED84D6490CE3BB15E57A57C1FC59413667E54D99064840316C2BD1E54
          Finished
221.      1273957 11.07.2016 16:29:00 Ripple payment $6000.00 415787
          439F135B2E5490D6C37DF855180BA2B09F70CD57DF292879A065255600371099
          Finished

CONFIDENTIAL TREATMENT REQUESTED BY                    00002307

222.     1274289 11.07.2016 20:33:21 Ripple payment $5000.00 415787
F25ED3856C34B055CC6BC594F53D767C245E57463771FC836CA664F6046AA484
Finished

223.     1275182 11.08.2016 13:59:36 Ripple payment $7600.00 415787
97C40C6F50BF662A1C22A608C05D6CD686AB68DDB3E5CABAE2C5985D3ACCC3
90 Finished

224.     1276615 11.09.2016 13:24:44 Ripple payment $15000.00 415787
0389438E0BE574BB789B796C39281F7F10229FDEF8218D45C1D4936427AEB39F
Finished

225.     1277166 11.09.2016 19:44:40 Ripple payment $5000.00 415787
030C9950BE210EFF9746FF12FE35A4B56DF9A6768611658082AEABE1E37D34A5
Finished

226.     1277983 11.10.2016 13:25:16 Ripple payment $7500.00 415787
9BEE10CD90126989CB6FCF957045551D337180BA65634585C5B676D217218292
Finished

227.     1278511 11.10.2016 19:33:34 Ripple payment $5000.00 415787
3F3EFD055F5866E46F71542EE63CFEB4D794599240F7AA414B80E6F9BFB5AB4F
Finished

228.     1278607 11.10.2016 20:42:15 Ripple payment $3500.00 415787
58C72884A7450B005E044D22FDD7D7A69B905A63E7D5E590358FBBF9F45094F3
Finished

229.     1279222 11.11.2016 12:07:47 Ripple payment $5000.00 415787
A2430B16C9710925F60D6DE34E3263576B4B07F6FF957332B3501E5ABFC92181
Finished

230.     1279370 11.11.2016 15:01:10 Ripple payment $4650.00 415787
9FB1271CFB5706DBA4AFDA801C3BEE9DCC60BB8EDB127A7B79856FFE2A354CFA
Finished

231.     1279675 11.11.2016 19:07:27 Ripple payment $3703.00 415787
BBFD476A5334937D3EE47A2D37613E512DEBC4144E00978111C086BE78FCC883
Finished

232.     1283396 11.15.2016 12:03:11 Ripple payment $10000.00 415787
3C629FA2A235202DF74E7D9856CAB2D7B9D50422EA3C892F547D9E37851764E0
Finished

233.     1283512 11.15.2016 14:06:07 Ripple payment $10000.00 415787
9323D188C2AEC34A4291BF2765E9DDCC2971BEC8101EC366796EBB9FAB5728F4
Finished

234.     1283891 11.15.2016 18:44:04 Ripple payment $4000.00 415787
1B573B115D5CBB9BEC4A53F47C402586391499B74BD299FB975A0575D6365AC7
Finished

235.     1284039 11.15.2016 20:33:08 Ripple payment $5000.00 415787
7E202E1003F88C0FD6FABBA6B3E742E43110863BF300F6F5408033247AA15E88
Finished

CONFIDENTIAL TREATMENT REQUESTED BY      00002308

236.  1285525 11.16.2016 20:32:26 Ripple payment $3500.00 415787
8CBDAB457DAB1631268BC1CCCA51E497BD78F7BEA40C33B734D46433D77FE13B
Finished

237.  1286393 11.17.2016 13:51:47 Ripple payment $7000.00 415787
C608965SA30276280A379C8DC6DBCAE84CCE134FF7B77A42D5DB48CC0AACB8
6B Finished

238.  1286835 11.17.2016 19:38:01 Ripple payment $7000.00 415787
BB73AE2F084B8B37A2C297465C3A00B31F48DC426862CAAB0EBA3785E98F1007
Finished

239.  1286887 11.17.2016 20:37:57 Ripple payment $2000.00 415787
86A0EC03F96C34A24F9F10DCBF7342C175AA5D6AA4030CA6890E5536E28AAB12
Finished

240.  1287574 11.18.2016 12:40:39 Ripple payment $10000.00 415787
531BC42C45C45F2ADEF81694CB1C59B84CC3F755C85DE26D69A86B1AF308F316
Finished

241.  1287628 11.18.2016 13:36:16 Ripple payment $10000.00 415787
185D2C8DA0534B51D55DC51240131CF6C719085A04B46DA8DE82B0B0B7CD045B
Finished

242.  1287905 11.18.2016 17:29:56 Ripple payment $10000.00 415787
B533C7970C137B722D42E612095FF0BB81DB17C77E7C81D6E7D5FB211553711D
Finished

243.  1288117 11.18.2016 20:41:57 Ripple payment $6000.00 415787
9C9D2AB2EC54C18A2604080E46B1F1BA13B06D564D246FEB4CF0DE8689E63D8E
Finished

244.  1290827 11.21.2016 17:34:13 Ripple payment $6000.00 415787
0BC8A9693C6360D5AF853A5F9EB2FDEABDB5D228267788637B519A7D985BB49
B Finished

245.  1291116 11.21.2016 20:33:31 Ripple payment $7500.00 415787
0B838BCE2EA3E16F6D1FFEEBCAC6C3C481088ACBBB95FD46854880FC887613B7
Finished

246.  1291405 11.22.2016 01:40:23 Ripple payment $7000.00 415787
71B9C876D9CE6452761105FCA4AD146ECD76798B75B108D196A391996293AB0C
Finished

247.  1291420 11.22.2016 01:47:21 Ripple payment $7500.00 415787
8F5F49142D2ABB2EBF35A0BFA4104A17EBC8D2AF103991398CF6B2BFDFF36AB9
Finished

248.  1293353 11.23.2016 13:24:29 Ripple payment $15000.00 415787
2FDF14D9AD65A5EE9E2D4C072EE9F3655DD3972517E59B7F68433D8918DC9A60
Finished

249.  1293777 11.23.2016 18:52:52 Ripple payment $20000.00 415787
3F93CD69B2B62BC232D29862A3C1D96B454AF93F5DC8F0D5536C8A9D3AC8254
3 Finished

CONFIDENTIAL TREATMENT REQUESTED BY 00002309

250. 1293911 11.23.2016 20:42:08 Ripple payment $23000.00 415787
43112877A6D22191D89C4F3EB3020D933978F14250984BAA8F8F2CAAB9D0D964
Finished
251. 1298353 11.28.2016 01:59:14 Ripple payment $8000.00 415787
5CC800CB186353C174F85C25EAF450DE59724C720C9C8B7E15DBDF77ED28D468
Finished
252. 1300374 11.29.2016 14:57:33 Ripple payment $7000.00 415787
6FCC7CDB386CF9B4A1625F16FB26B430FE9B3B05FF19DBFD99BD93DCAFFF6756
Finished
253. 1301701 11.30.2016 15:14:40 Ripple payment $7500.00 415787
221794F2BF912EBC7735B9F4D7CABAE73F2B08B6F3FC5FACE2B7AC4E3476E327
Finished
254. 1302194 11.30.2016 20:39:19 Ripple payment $4000.00 415787
4332335F954EFF419C7748CC14309514D5794596BA074E9ABBD0A84AB64C225A
Finished
255. 1303684 12.01.2016 20:34:38 Ripple payment $7000.00 415787
35DA77F3B163971A7B19BD221D3CA240664794B1C8C695366D900994CDB283C2
Finished
256. 1305181 12.02.2016 20:41:06 Ripple payment $3500.00 415787
9DF6173E086106635A2645D0BDED502E3DF4CC3D4A42FFE11746E02F43055287
Finished
257. 1307319 12.05.2016 00:40:40 Ripple payment $10000.00 415787
AB4D3B4929CB0993086A87526325CC8CF5619896039C62AD04F789F9B17D02BC
Finished
258. 1308526 12.05.2016 20:36:52 Ripple payment $3500.00 415787
5D8CD8C1211A32FEE7E41CD46C567CCAA2800098E89F5D2FF31A22645587201B
Finished
259. 1309991 12.06.2016 19:49:34 Ripple payment $10000.00 415787
456498C0BAD69652C8ACC2821CA17E256EDA57AB2CC53770C4D59C0AE3C37E
32 Finished
260. 1311535 12.07.2016 20:36:26 Ripple payment $8000.00 415787
6F0E4988D5A4254EE52CCCC06CE6BDC48240B27B711F8DE4881AF025DCD79CC
4 Finished
261. 1312656 12.08.2016 16:21:22 Ripple payment $8000.00 415787
D9DF9F6CF8195D8405DB6403663FD50ABD778268F1DB81829DB86E384BC75BE9
Finished
262. 1313021 12.08.2016 20:38:26 Ripple payment $3000.00 415787
6E1F0166876F9D74B626CF186EE3C487F56787B4C1298FE20957DDEAB59C6A3E
Finished
263. 1314284 12.09.2016 18:03:54 Ripple payment $4000.00 415787
DF9FA18603A64AC3D67B198C6CA3C9C61A87ED3097BFF17EB4E5B4EFA55AF6A3
Finished

CONFIDENTIAL TREATMENT REQUESTED BY

264.    1314517 12.09.2016 20:52:07 Ripple payment $7500.00 415787
00A0895998B326D106FF2E12B2F655F89E87C1267B21B23BE82F0DC1E229671D
Finished

265.    1321092 12.14.2016 20:36:25 Ripple payment $7000.00 415787
812EA80B343F40EB1B9B6839EFDD9B55D33C27F0C2C1A64C7B3A96EEC5CD2E73
Finished

266.    1323528 12.16.2016 14:24:41 Ripple payment $7000.00 415787
0C191248896D71B5A1A060AF4B36EBB9860C0FE97520E3A025AE92863AC857C8
Finished

267.    1323926 12.16.2016 20:40:03 Ripple payment $5000.00 415787
683C41F78E5390538D116AACCCBD98E6AF9C5C582AB35837C3A3606FB739B80C
Finished

268.    1328494 12.20.2016 13:55:12 Ripple payment $6000.00 415787
3578DC412B8F21184F3944014AC2C1A0F1D5FDBA1E82D2410DF2DB2A8093EC8B
Finished

269.    1330552 12.21.2016 20:36:18 Ripple payment $7000.00 415787
2E088D5AEC7AB5A5503F827CE256E42EA1E47895EA8CA2033DE91B98103A475E
Finished

270.    1335844 12.27.2016 14:19:29 Ripple payment $9000.00 415787
4FD5C8F2DD0E18882887DD43FFBD318E3602688C3EEF428982A48FE8E42CF0D6
Finished

271.    1338691 12.29.2016 20:39:18 Ripple payment $4000.00 415787
F3883E81604E3A877C581D12B36595D523C5C94EF4B4AEC44C2BEB24AFECC755
Finished

272.    1339444 12.30.2016 15:39:11 Ripple payment $5000.00 415787
584AB03EFB3E26DDCBF72A071E09306E32FF2C8246FD30397BA61F0903AAFC61
Finished

273.    1366028 01.17.2017 16:04:52 Ripple payment $5000.00 415787
CC9A9F0586E235843E057742E3F26130718EB04CD117ECCA534FD9B286513C69
Finished

274.    1414587 02.22.2017 13:42:03 Ripple payment $5000.00 415787
3CFCAE7A44EA0D65370FB0F340F912775BD37A2C32867218A9BAFA8791AAB438
Finished

275.    1415197 02.22.2017 20:47:37 Ripple payment $6000.00 415787
92E4521B4A8B098DA363044E297C645FCC689DF46636CB24D770AEBA635A981
D Finished

276.    1416277 02.23.2017 16:36:52 Ripple payment $3000.00 415787
911FBD8DD0AEF445A498121F2D142CBAA3CF84086B1404932614D968DE107018
Finished

277.    1416585 02.23.2017 20:56:25 Ripple payment $6000.00 415787
DF8224C1F85C6C68FB519DE9FABEBBD4EAB60A937DB01A8C9438C869B4E2C486
Finished

CONFIDENTIAL TREATMENT REQUESTED BY ▉              ▉00002311

278.     1433364 03.07.2017 18:39:03 Ripple payment $10000.00 415787
         C7E749F259CE04C035F518A3548AEA94513B1AEE01A10A42618F00AB69CDA2C3
         Finished
279.     1442912 03.13.2017 19:40:31 Ripple payment $10000.00 415787
         79823B0AA23063B24B1328C43833762661FF545D9CAC6E5ABE6351964CE088BA
         Finished
280.     1445799 03.15.2017 15:54:03 Ripple payment $100.00 415787
         D47118F409F2814DF59CEF2F42BD460B47D875202480FDD78C51A3779053DF06
         Finished
281.     1445831 03.15.2017 15:58:45 Ripple payment $15000.00 415787
         442501756FB392DC49199CAEC62A61FC61E34F34376BC08EC7B2903E514009A6
         Finished
282.     1447841 03.16.2017 15:41:51 Ripple payment $16000.00 415787
         B70AA0B54814390C3217DBB1878FA5EA6DF648F8F800A7330D934FE5E5A91B34
         Finished
283.     1448325 03.16.2017 20:02:26 Ripple payment $20000.00 415787
         AF6F8FA72D9E5DC9627F727B7A8504485B02FB974EFE318A42DFBE182A922E47
         Finished
284.     1457371 03.21.2017 19:12:59 Ripple payment $7000.00 415787
         1E3517CE33EBD9127A523A7AED19CC749CEC241961118461DD02DC1913FBE1A5
         Finished
285.     1458637 03.22.2017 12:51:53 Ripple payment $12000.00 415787
         4B75DC9F1585989A83D7CBFDF882C8A17B69F43E60EAD7096372AE010EFFD1AD
         Finished
286.     1458644 03.22.2017 12:52:45 Ripple payment $12000.00 415787
         76625D848A3FC5B3254C1952B25F100ACD82BDDE83F0E1EA9D123BF971657383
         Finished
287.     1459374 03.22.2017 19:27:17 Ripple payment $10000.00 415787
         9D6C23C28B1AB610AC4ED715DB98C62C8E3295DE167857D51F62FEE895947756
         Finished
288.     1460494 03.23.2017 13:30:23 Ripple payment $10000.00 415787
         0E1F4C3A4EB90345D551B21D5644D04B9DCB19B41B1025051102883795275119
         Finished
289.     1460495 03.23.2017 13:31:12 Ripple payment $10000.00 415787
         7A49A157BB064434A9D08AF63ACBC51B919B1E96BCBF0B46E90A49B837806067
         Finished
290.     1460817 03.23.2017 16:12:25 Ripple payment $15000.00 415787
         6DD531760C6ED571FD339A1C67A26DCF89D872F30C130206891EC1E1568E3256
         Finished
291.     1460855 03.23.2017 16:42:14 Ripple payment $15000.00 415787
         04DF6EC2E01AD320CB2083EBEBAE5C3CB42691EA7F9489E6466F982918EFC6D0
         Finished

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮                    ▮▮▮▮00002312

292.    1461170 03.23.2017 20:09:09 Ripple payment $7000.00 415787
331B86B6F9BFAF820FB1DFDFD8D189CB9CE9CA089A2256BEDAE593FD42795634
Finished

293.    1461255 03.23.2017 21:11:50 Ripple payment $10000.00 415787
DFDBC28AFD879226C97530D5237CBDA7D01B9D8E7F9342AC4541B4352F1F5619
Finished

294.    1461271 03.23.2017 21:18:27 Ripple payment $165000.00 415787
ACA1507EEFF3AA80D36C8490C5D77E11E08E6430C938305462D398D2DE98F1D1
Finished

295.    1462926 03.24.2017 17:55:05 Ripple payment $15000.00 415787
636A00F8B9508D2C5B52203D3354EBC7C14A83BFE8C6C3679C6FC0A51FB2EA14
Finished

296.    1463061 03.24.2017 19:17:29 Ripple payment $16000.00 415787
318AB538BE0C03CB10408AEF019E6C07D6DCBF14A5A49EC5E22211BB7CBB2C87
Finished

297.    1463205 03.24.2017 20:38:44 Ripple payment $12000.00 415787
22810FAE8A4D8DA64F92EBA77DFE85B02A24750D76EB4DB3DB13FB71B02023F4
Finished

298.    1468715 03.28.2017 18:06:10 Ripple payment $10000.00 415787
8D8C2B25630FD54A00D12568BC5A36F69C7B881AD1BDB5092C7495FD345FBB99
Finished

299.    1470399 03.29.2017 17:12:41 Ripple payment $7000.00 415787
66B03D7204744E971ABC075625A9D2083DBF9C8B7C17F9B9E8FB3A7BA89D237E
Finished

300.    1472546 03.30.2017 20:23:30 Ripple payment $10000.00 415787
38FD8D9F9E23F8BD8BC65ACADEDBB983CF7B0C241A1385860DEBFC9902ECB32
7 Finished

301.    1472961 03.31.2017 02:58:51 Ripple payment $7500.00 415787
92E324FCAB47FE96D361EE2E1A6B66049AB8A5677230334E5F7169B7164A97AE
Finished

302.    1473053 03.31.2017 04:40:23 Ripple payment $15000.00 415787
10D5B53710F589AA579F627785A2B247B041F12854FD96D8BFE32093A67F05FC
Finished

303.    1473998 03.31.2017 13:59:41 Ripple payment $7500.00 415787
DFFD6B43CE9A9772D011CEBA3DD6CF68F22E84860CC41FB8EAE2A588C1F70CA3
Finished

304.    1474643 03.31.2017 19:01:18 Ripple payment $50000.00 415787
D8B17DF24DF1BF48A68AB4621809528ECDD142CFCD424CF3FBD6752B08F8B110
Finished

305.    1474733 03.31.2017 20:13:54 Ripple payment $15000.00 415787
CAF59ECFF98994B2175966EDD73AD2CAD0DC053496E5C208ABF8DF51150F8477
Finished

CONFIDENTIAL TREATMENT REQUESTED BY ▉

▉00002313

306.    1474774 03.31.2017 20:55:21 Ripple payment $210000.00 415787
        D0E747CB4A4A5D3B54C4457A4E83DED2C996FD9F111D1B29641F99AB2BB51403
        Finished
307.    1495081 04.13.2017 19:12:33 Ripple payment $35000.00 415787
        18AF06128B7670FC90A298D6ECBC5C9DE3F88021D7DFD93A7C3A236F66D6125E
        Finished
308.    1501420 04.18.2017 20:52:43 Ripple payment $12000.00 415787
        11C12C70F73131DBBD42F7453CC16B15ABDA6EBDB8E25816EF6F15ADE14EFD17
        Finished
309.    1505004 04.20.2017 18:05:16 Ripple payment $15000.00 415787
        1A0F0AF0BDA3BAA800F78365374512A2FACCC25AD762B254E1253A53417AA5CC
        Finished
310.    1505105 04.20.2017 19:00:10 Ripple payment $20000.00 415787
        55127A028ADB67A7C1567D85F03908F82EF00362F10B02291918F86F60D3CD7E
        Finished
311.1505400 04.20.2017 23:21:11 Ripple payment $15000.00 415787
        2000B01B2A91740886F9FA9921BAECE2AB6CC419FB0702AC8BFF571912CC53E7
        Finished
312.    1506554 04.21.2017 16:13:51 Ripple payment $30000.00 415787
        0F163267D00BF5E57D17999F48335C8CC1AC94488FAE91D606A7D11E3140E935
        Finished
313.    1510260 04.24.2017 13:11:44 Ripple payment $15000.00 415787
        FD6B17CC4C619A2A662CA67C09E2AFA37D2318E9FF2E1CB3ABAD99F01CE4DA49
        Finished
314.    1510263 04.24.2017 13:12:55 Ripple payment $20000.00 415787
        1AF43B3E40FBDAECB454DC2B44D93284E7F68277547283D91812A8158CBAE9FA
        Finished
315.    1510946 04.24.2017 19:48:04 Ripple payment $25000.00 415787
        34A86E6F694693C2D3030FBFA09D45F4B817F25B8814EC7B89D1D4AC9912CA1A
        Finished
316.    1514973 04.26.2017 20:18:49 Ripple payment $20000.00 415787
        08BCDE2AF2A3F6CB83FEBA2405CFCEAB440CDE8DE3427A05B76C69C7B5E72C
        A8 Finished
317.    1518867 04.28.2017 19:09:07 Ripple payment $25000.00 415787
        5BFD4481CBE1889934C7D6401FEDD72B3AA10BD4072FCF072D00F20A46F2897F
        Finished
318.    1528685 05.04.2017 02:35:09 Ripple payment $35000.00 415787
        EE7D0B2C05E3B2C7216B2A3D639C0045DF337EC03A7928EA0BB0022363432718
        Finished
319.    1528793 05.04.2017 04:24:50 Ripple payment $100000.00 415787
        07F583B45A09CA8B78DD54E3CFC5C03D6D76D3C049F0393264A5C63D95E6260
        1 Finished

CONFIDENTIAL TREATMENT REQUESTED BY ▇▇▇▇                    ▇▇▇▇00002314

320.     1530282 05.04.2017 15:21:49 Ripple payment $15000.00 415787
A0C44922B588CFA5EC4BF61FDD56CDDD18CF79103404331B10BEDBF622E7F906
Finished

321.     1533589 05.05.2017 16:43:43 Ripple payment $30000.00 415787
F40B0743AC179BC503A3E2F51D0025347493A7F7267B6FB363443C195D74BE9A
Finished

322.     1539867 05.08.2017 12:50:52 Ripple payment $50000.00 415787
2EB3934C433D1CCCCDF766F5D2851D69BC79FB80BE40C39795E8596AE607AA07
Finished

323.     1563377 05.17.2017 19:56:58 Ripple payment $25000.00 415787
44D9E408B492AC9C7087EFD552DD570FC3ABEAEEE8D84937FA7E5D9245AE592
2 Finished

324.     1563380 05.17.2017 19:57:53 Ripple payment $50000.00 415787
75282669675FAFFD743D643DADB148A0106E10B7117F9B77219329A96246AE66
Finished

325.     1593853 05.25.2017 13:36:14 Ripple payment $40000.00 415787
E2EDD1DED74F1C13B1396EF903C5407F375AD3C3A3EF116FCD63D94046CED756
Finished

326.     1676696 06.15.2017 19:31:58 Ripple payment $20000.00 415787
365329ADBF573E24ED5B9F049CDBB57DAB9046242EA028DB660BCFF0372ED87
5 Finished

327.     1676941 06.15.2017 20:25:33 Ripple payment $20000.00 415787
913F1CE6A1D538569D7D8A39F02E8616D1BAC60CBFD20E04E40C5D850A20ABE5
Finished

328.     1716694 06.26.2017 12:50:14 Ripple payment $25000.00 415787
8823936509FA59013DF465DE2C692F997ECFA6FDEE4130ECD36CAA73B1FE4F2B
Finished

329.     1719152 06.26.2017 20:42:57 Ripple payment $35000.00 415787
7D830057725CBB1FB16BC33AAC4E81C81C1A2B7DDA4DC60B3453EA21A81207A4
Finished

330.     1736314 06.30.2017 20:24:31 Ripple payment $1462.00 415787
136F712402366C2C76BA5360E5A851F5C2033C026EE150EF3E5D1D78455109DB
Finished

331.     1757437 07.07.2017 17:44:22 Ripple payment $11631.00 415787
9B26C5BFC6E5D631D2D3F81D855CC337D6EEE1A3FE2AE57AAE41C7240A65482F
Finished

332.     1764193 07.10.2017 13:12:50 Ripple payment $40000.00 415787
9954222CA27285D1B6A5E12C9080CF986B7ECAFF44265CF081F96EFD4F239392
Finished

333.     1765896 07.10.2017 19:52:48 Ripple payment $40000.00 415787
24735F8D60C07D301D9BA493709825979BC9BBF10CC5F4204660076F89879393
Finished

CONFIDENTIAL TREATMENT REQUESTED BY ██████ ██████00002315

334.    1770155 07.11.2017 16:24:08 Ripple payment $100.00 415787
A2612DFF92029198FDE02735ED178F1EBA1C811199F6A476E0565250A3259AE2
Finished

335.    1770168 07.11.2017 16:27:25 Ripple payment $149900.00 415787
A26221630F7DFDC94A462CD0E94990C8AED702E87BC9BD89D1F2AFD85BB942D
8 Finished

336.    1774983 07.12.2017 20:36:44 Ripple payment $33649.00 415787
A77B05509C3672947E41B4858977C752FD159705EEE109DF78D4D9E40F6F4F25
Finished

337.    1782136 07.14.2017 20:59:11 Ripple payment $20638.00 415787
C5F8E7B204DC34550F38CD06304ADFCA48912AD8CFB38DB0AB2C25152037D2F
F Finished

338.    1795017 07.18.2017 19:43:21 Ripple payment $50738.00 415787
C76BC11DBD17F8E6813ED43C9D4A97E6529920075F69C7073CFCAA0EB097FE81
Finished

339.    1805487 07.21.2017 19:32:47 Ripple payment $50463.00 415787
395C8B766FCAC92C609689159B3399E313EBA827EEBDFBF6EB42CA53EA21E541
Finished

340.    1821291 07.26.2017 20:10:07 Ripple payment $54501.00 415787
C4F8240920900CCECBEE74AE69B7AFAD56E4F7BC59F406C15B0CAB5BA38B1DF5
Finished

341.    1829939 07.28.2017 19:46:05 Ripple payment $20652.00 415787
B7D5AF377ECD7C2985CD6ACE8CCE3A30B2045C2EDC968C8B85993102685B527
2 Finished

342.    1843858 08.01.2017 19:35:43 Ripple payment $46498.00 415787
E148589ACF7257165417C57CF80E61A850386B2041B68B2AE96341A2B950D24C
Finished

343.    1853736 08.04.2017 19:11:54 Ripple payment $34315.00 415787
F4EEEFF12882E2D19BB4145BC57A73623563562CDEEF548F5608FBF230B12CCA
Finished

344.    1866832 08.08.2017 19:18:48 Ripple payment $72499.00 415787
4200D0C2EFAB5963E66A4AF85C126A50A31E8A48E96AB5A12F263FA4F6CEEADB
Finished

345.    1880280 08.11.2017 19:12:59 Ripple payment $56304.00 415787
185F529F5CB75D63AA633507A5A40392D3E81F3BE89CD247D29CE3B789A02128
Finished

346.    1893857 08.14.2017 20:06:11 Ripple payment $65277.00 415787
73A3CD750DA0D7C3100DC2BE2311D587E5DF4564663CB88F0D2FC80AEC87EFB
B Finished

347.    1904065 08.16.2017 20:41:08 Ripple payment $20000.00 415787
FFAD8532FD504899EDD3BE7A4ECEDB60EB3BDE64C8C088E0EFD39AF9F777E261
Finished

CONFIDENTIAL TREATMENT REQUESTED BY ▇▇▇
▇▇▇00002316

348. 1915101 08.18.2017 19:21:56 Ripple payment $53129.00 415787
F3BD5BBC5C323F6BE1A12D2697AD998FABDAD58F8776158A7B3197ABE8C2C165
Finished

349. 1933465 08.22.2017 20:08:17 Ripple payment $77719.00 415787
E3D5DF56D9AEC37F9E0B86D63F82C7E36CF8EDEE1829048DB26D5217D4CB002
A Finished

350. 1939017 08.23.2017 19:24:05 Ripple payment $62944.00 415787
A58041CEAD47C77F3F1CF769F58E8CCC22CB9E8239E76B8483E97AE8C472FCF6
Finished

351. 1949835 08.25.2017 19:19:47 Ripple payment $89606.00 415787
AA73A0D262F6CBE82FC8321D1DF2A4F7C9688759D60E04E5C7BD81CAA6351258
Finished

352. 1962639 08.28.2017 19:25:19 Ripple payment $50248.00 415787
B87F119E30CB876232C90B774EEFB455E833C071AA0FA77FE6E32A4DCACC69C3
Finished

353. 431644 03.26.2014 17:16:27 Ripple payment $2.00 415787
839272AD2878B566FC312E5BB42E7AAFF76A6DC20FD25957C47744F12B6297C2
Finished

354. 438124 04.01.2014 14:04:33 Ripple payment $2.00 415787
03CAE52DB1866277B1BE7D1A185201303B9DE8ACB834C46B263DFADD972CFD38
Finished

355. 438861 04.02.2014 04:13:35 Ripple payment $5.00 415787
3124089B3D9DCE299098FA6DFE67ADB9753634CDEBBE9806675CF45E8D77B2C8
Finished

356. 441817 04.04.2014 13:53:57 Ripple payment $1.30 415787
61F1BC5DE6FEFFDBC8213B3ADA7563878ECD4FC34154417B76E931C45A098EDA
Finished

357. 441844 04.04.2014 14:29:01 Ripple payment $0.63 415787
D02B7520D9BA994E2E53C648427003A2E37B65924A0BE92C6CB2425A1675293F
Finished

358. 443950 04.07.2014 16:05:41 Ripple payment $3.00 415787
8BC587CB07CA452EBE3809F62334658C4AD6100FC021AC46B3CF4A8D5BF86174
Finished

359. 444084 04.07.2014 18:23:20 Ripple payment $0.65 415787
3C605E79794E5DE0B12310C997DF8CC4BF01CEDE796FE1F5A0B5908297D7E2B4
Finished

360. 446334 04.09.2014 18:01:16 Ripple payment $3.70 415787
3BE7F7EFB52A499D1A79EF4DEF9DB558BEB744708D537893E9A79E318F905FFB
Finished

361. 469109 05.05.2014 19:18:05 Ripple payment $1.30 415787
146143F31BE0A9D856EC3E44F20FE97FFE78B3F7B35C28573CE8E61B56DEC08D
Finished

CONFIDENTIAL TREATMENT REQUESTED BY

00002317

362.    469131 05.05.2014 19:51:31 Ripple payment $1.33 415787
        E4C056E7E7561813E43BB33AB872B07C597281C6DB959080317FBC42667495FA
        Finished
363.    470518 05.07.2014 03:56:07 Ripple payment $3.12 415787
        18875EB2EF4FE49ECDC1FF27C8A1C524B0CE70178096D21D873DB2C20AF093C3
        Finished
364.    482832 05.21.2014 13:16:39 Ripple payment $5.00 415787
        31581EE454BBED47E71930512BA2DF8EAD70A8DA7868DA82FC48CF8D63376182
        Finished
365.    485962 05.23.2014 16:28:55 Ripple payment $4.00 415787
        757DD878CC31B1396D7330E0D579211A6A0B46401B7C63C26C974A57C343F838
        Finished
366.    510335 06.19.2014 14:03:13 Ripple payment $3.00 415787
        08D44000173168F73E42DBADAAC7C131B74CB1A729B327D3E337D1BEE7F2B104
        Finished
367.    519735 07.02.2014 18:16:38 Ripple payment $0.34 415787
        CB8E400D7B5ECE7065ABE3D5DF8C4B0E1F8EA07B90F715640297A84255B38FF0
        Finished
368.    520361 07.03.2014 13:28:52 Ripple payment $2.00 415787
        04A49E8CF064F5AB3301C163A3D7A215ADF7A2D25C7AB98A6967A26F1A742842
        Finished
369.    526267 07.11.2014 16:24:58 Ripple payment $5.48 415787
        07EC3FBF7B8F336D46314C472480E9FFD08222B9B9B87EF9650D3DFD7D30CCDB
        Finished
370.    530908 07.18.2014 10:36:50 Ripple payment $5.00 415787
        990DF18CC20E901C168EF74F8841F485244BAFB6E82B840CE771F4F518E28B0F
        Finished
371.    532279 07.21.2014 05:13:12 Ripple payment $3.27 415787
        2CB1A6F9523E6370917DCF46E547FB52B916F40F233F869282B8B326CC76A3EB
        Finished
372.    533932 07.23.2014 05:42:16 Ripple payment $2.00 415787
        C5FE1BE16E2EB671E3E986C7D988DFA8806CA9D6FF98CE7B07E5AC90ECEF193B
        Finished
373.    534110 07.23.2014 10:57:39 Ripple payment $3.00 415787
        5DB46A1B74F8B134DC6C06BEDDC21552D6E944454A0C262794AAC6547CD044C
        B Finished
374.    534992 07.24.2014 13:37:37 Ripple payment $2.43 415787
        12AD0CF7E08D2F7D6A8A5AAC18E51E3DD836095CCDE56346D9F2BECADDA0C7
        7C Finished
375.    549570 08.13.2014 13:33:09 Ripple payment $8.50 415787
        C6729EC9D553C85CA91B68E9605C9451D60146A1B51C8D96F9E39074C03AA01B
        Finished

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮                                    ▮▮▮▮00002318

376.    592533 10.03.2014 02:07:41 Ripple payment $10.00 415787
        13110C8E675499A3FD0C8EED57484B4E200FA58AC5E7A51A12DD79CEE8003C38
        Finished
377.    599393 10.09.2014 17:49:24 Ripple payment $5.00 415787
        8E364E98E5A72029DAC748702A3E1AF07FEC9FD90E24D33F0F93CB741E4E745E
        Finished
378.    614701 10.28.2014 05:27:59 Ripple payment $10.00 415787
        CE4BE215082A5B4CBCBCDA917AC374242ABAE8099CC8B9BD7E0AF86FFC8F1651
        Finished
379.    638612 11.24.2014 15:36:56 Ripple payment $10.00 415787
        8C8B372B7656A3A1012C5DCB4AF8916695AFA47D6D238012E91F2859B8023F16
        Finished
380.    661351 12.19.2014 06:06:08 Ripple payment $12.00 415787
        F75FA24904A8785D4B19F66CE6C27F488A028AEA25F0F36E8AB8EB0D88BD02C3
        Finished
381.    665114 12.24.2014 03:03:26 Ripple payment $8.00 415787
        8E049434B72AADDB7F02DE6CE2249DB2184069923BF76C861691B7C7FB47CECA
        Finished
382.    668275 12.30.2014 03:11:20 Ripple payment $8.00 415787
        0A2A300F91288EF2E068DBF60680E175E022F91128BAD152E4D8AE5243D0CB3A
        Finished
383.    681662 01.15.2015 03:20:47 Ripple payment $5.00 415787
        545CAC452B21EF3A2D562B7F8B33925DFEB679612C1AB349E3D0C4280D081412
        Finished
384.    769188 05.04.2015 17:15:37 Ripple payment $4.00 415787
        58335B8448539EC375B3D29AD00C76054DAFDC84C5226AF68A47F0D6A25A5F7
        1 Finished
385.    1168568 08.03.2016 01:26:13 Ripple payment $10.50 415787
        840737AF10129BBCFF5F7292B3ED0BDEA4CBEED01810S83FS082EF298CDF6E61
        Finished
386.    1260530 10.27.2016 01:10:26 Ripple payment $10.00 415787
        26A260F7AA5665BC4FC7E398C6709868C6CDDB920168847B00EAE342950FA476
        Finished
387.    1367547 01.18.2017 14:21:55 Ripple payment $20.00 415787
        C7EB472730DD5E789F4908963B7566ACECF20EA2E2B27C2ACDCEA66D753E456
        0 Finished
388.    1447817 03.16.2017 15:27:10 Ripple payment $11.00 415787
        E596611C5C6D4B65DCE066387929E086BE508E0F9E9DB41815E677D72B6FD3CC
        Finished
389.    1843237 08.01.2017 13:07:06 Ripple payment $0.29 415787
        B6FB2BE7C5E664A4A8FC3921970FB270C29200F3E0EB6A5327A92E142DCD6E08
        Finished

CONFIDENTIAL TREATMENT REQUESTED BY ███████                    █████00002319

390.     1843402 08.01.2017 15:45:08 Ripple payment $0.50 415787
         4DC528810FC5C57ADDC3F8C02B2E8A4C997E231F2A174C22E059FF4CBEC413D8
         Finished
391.     1847051 08.02.2017 15:52:31 Ripple payment $4.00 415787
         86A07F0FCA43BCA0C6559015F1D2FCC8469A80C4877991D2B1D545A0CA2D5B97
         Finished
392.     1847054 08.02.2017 15:53:22 Ripple payment $6.00 415787
         0A4A65A30439B9AE00F9AFD76EFED0A28671EC8E0DD199A9E6C9A90814C867C3
         Finished
393.     1973117 08.30.2017 15:02:14 Ripple payment $5.00 415787
         491F4E16FC85230FEC1BF6BF0A811A312F7D077D32C7FD5323308442B58E5433
         Finished
394.     1973357 08.30.2017 15:50:01 Ripple payment $5.14 415787
         E2151EB1014CCADDF7ED0805A2919C9B2EFD199289A15F9723C3412A7F47E25F
         Finished
395.     1431837 03.06.2017 20:51:26 XRP $1000000.00 415787
         rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Finished
396.     1474831 03.31.2017 21:47:14 XRP $10000.00 415787
         rEEUym1oU5N846HdDBxVTvyNnx2DycH1tz Finished
397.     1474832 03.31.2017 21:48:54 XRP $990000.00 415787
         rEEUym1oU5N846HdDBxVTvyNnx2DycH1tz Finished
398.     1563206 05.17.2017 19:05:03 XRP $500.00 415787
         rH9B5S1eG5sJNbBw3sVdnP9Md51q4H6jJY Finished
399.     1563214 05.17.2017 19:07:22 XRP $600000.00 415787
         rH9B5S1eG5sJNbBw3sVdnP9Md51q4H6jJY Finished
400.     1565807 05.18.2017 16:33:47 XRP $500.00 415787
         rH9B5S1eG5sJNbBw3sVdnP9Md51q4H6jJY Finished
401.     1565817 05.18.2017 16:35:48 XRP $165000.00 415787
         rH9B5S1eG5sJNbBw3sVdnP9Md51q4H6jJY Finished
402.     1595401 05.25.2017 17:55:47 XRP $35000.00 415787
         rH9B5S1eG5sJNbBw3sVdnP9Md51q4H6jJY Finished
403.     1624794 06.02.2017 15:41:04 XRP $50000.00 415787
         rH9B5S1eG5sJNbBw3sVdnP9Md51q4H6jJY Finished
404.     1664921 06.13.2017 14:10:46 XRP $20000.00 415787
         rH9B5S1eG5sJNbBw3sVdnP9Md51q4H6jJY Finished
405.     1795439 07.18.2017 21:18:28 XRP $50000.00 415787
         rH9B5S1eG5sJNbBw3sVdnP9Md51q4H6jJY Finished
406.     1853786 08.04.2017 19:44:42 XRP $90000.00 415787
         rH9B5S1eG5sJNbBw3sVdnP9Md51q4H6jJY Finished
407.     1903824 08.16.2017 19:41:03 XRP $50000.00 415787
         rH9B5S1eG5sJNbBw3sVdnP9Md51q4H6jJY Finished
408.     1909970 08.17.2017 21:08:15 XRP $50000.00 415787
         rH9B5S1eG5sJNbBw3sVdnP9Md51q4H6jJY Finished

CONFIDENTIAL TREATMENT REQUESTED BY

409.     1967894 08.29.2017 17:21:38 XRP $500.00 415787
     rPcPHcZG4uYk2woCQ1YCjH2C1DgFrto1FX Finished
410.     1967918 08.29.2017 17:26:00 XRP $744400.00 415787
     rPcPHcZG4uYk2woCQ1YCjH2C1DgFrto1FX Finished
411.1973402 08.30.2017 15:57:37 XRP $820.00 415787
     rQ98Y86FfiPeYL1BHDzX2joq3SRL3Nw8gv Finished
412.     2935318 12.18.2017 19:09:40 XRP $80000.00 415787
     rQ98Y86FfiPeYL1BHDzX2joq3SRL3Nw8gv Finished
413.     5668967 12.28.2018 23:49:14 XRP $100.00 415787
     rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Finished
414.     1973151 08.30.2017 15:07:32 Ethereum $1.00 415787
     0x6aaba0b6bb5233b0d77b258fb6f5b981e0d1ce0a Finished
415.     1973385 08.30.2017 15:55:00 Ethereum $268.99 415787
     0x6aaba0b6bb5233b0d77b258fb6f5b981e0d1ce0a Finished
416.     4927749 07.11.2018 17:38:14 Ethereum $500.00 415787
     0x7558ba908489ee182b69424409d5aa38c9388257 Finished
417.     4927756 07.11.2018 17:40:41 Ethereum $500.00 415787
     0x53C06ea736e3ff2a29A862f315ae7C20500Fb75b Finished
418.     5166921 09.07.2018 15:15:18 Ethereum $75.00 415787
     0x7558ba908489ee182b69424409d5aa38c9388257 Finished
419.     2362587 11.08.2017 13:47:12 Bitcoin Cash (BCH) $0.14 415787
     12nDy83ATDJWVDStFe3Nb9nwjfdNdTEjwc Finished
420.     1616718 05.31.2017 15:59:40 Bitcoin (BTC) 6.00000000 BTC 415787
     3DYJqJT1LxGEEB1SEa1opsmg6QDMDHC6Ld Canceled
421.     927382 11.23.2015 13:52:30 International wire transfer $105000.00 415787
     Currency: USD
     Two Rivers Trading Group, LLC

     Address:
     One North End Avenue, Suite 1251C
     10282 New York
     US

     Bank:
     JP Morgan Chase Bank
     42 Broadway
     10282
     New York
     US

     IBAN: 783228711
     BIC: CHASUS33

Comment:
Canceled
422.     1460911 03.23.2017 17:12:59 International wire transfer $60000.00 415787
Currency: USD
Two Rivers Trading Group, LLC

Address:
14 Wall St STE 8b
10005-2169 New York
US

Bank:
JP Morgan Chase Bank
42 Broadway
10282
New York
US

IBAN: 783228711
BIC: CHASUS33

Comment:
Canceled
423.     511163 06.20.2014 13:05:27 Ripple payment $1.00 415787
rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Canceled
424.     1238640 10.07.2016 13:06:32 Ripple payment $6000.00 415787
rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Canceled
425.     1287572 11.18.2016 12:38:20 Ripple payment $10000.00 415787
rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Canceled
426.     1287627 11.18.2016 13:35:12 Ripple payment $8000.00 415787
rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Canceled
427.     533551 07.22.2014 16:26:25 Ripple payment $0.01 415787
rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Canceled
428.     589388 09.30.2014 02:33:55 Ripple payment $7.00 415787
rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Canceled
429.     1265103 10.31.2016 00:50:45 Ripple payment $15.00 415787
rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Canceled
430.     483215 05.21.2014 21:32:22 International wire transfer $50.00 415787
Currency: USD
SnapSwap, Inc.

CONFIDENTIAL TREATMENT REQUESTED BY             00002322

Address:
821 2ND Ave Suite 800
98104 Seattle
US

Bank:
Bank of America, National Association
1455 Stockton St
94133
San Francisco
US

IBAN: 325033349824
BIC: 121000358


Comment:
TwoRiversFX Failed
431.     510334 06.19.2014 14:02:21 Ripple payment $10000.00 415787
         rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Failed
432.     510390 06.19.2014 15:11:13 Ripple payment $10000.00 415787
         rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Failed
433.     525499 07.10.2014 16:16:07 Ripple payment $5000.00 415787
         rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Failed
434.     525566 07.10.2014 18:02:07 Ripple payment $5000.00 415787
         rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Failed
435.     751749 04.08.2015 21:55:11 Ripple payment $24950.00 415787
         rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Failed
436.     752228 04.09.2015 14:08:39 Ripple payment $24950.00 415787
         rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Failed
437.     753009 04.10.2015 14:31:08 Ripple payment $24950.00 415787
         rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Failed
438.     753130 04.10.2015 17:16:12 Ripple payment $10000.00 415787
         rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Failed
439.     1118528 06.14.2016 20:35:41 Ripple payment $2051.50 415787
         3A9101B36F1F5DEE178B2938AA0B2EAE3FA034F861E70B3779095DAF766AACB2
         Failed
440.     1122072 06.17.2016 13:24:48 Ripple payment $17500.00 415787
         rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Failed
441.     1283400 11.15.2016 12:04:25 Ripple payment $10000.00 415787
         rUVarwZCovdngR2JSSViq1YUabxuWqm8es Failed
442.     1293358 11.23.2016 13:26:59 Ripple payment $20000.00 415787
         rUVarwZCovdngR2JSSViq1YUabxuWqm8es Failed

CONFIDENTIAL TREATMENT REQUESTED BY

443.     1293411 11.23.2016 14:10:27 Ripple payment $20000.00 415787
         rUVarwZCovdngR2JSSViq1YUabxuWqm8es Failed
444.     1293487 11.23.2016 15:24:59 Ripple payment $20000.00 415787
         rUVarwZCovdngR2JSSViq1YUabxuWqm8es Failed
445.     1474508 03.31.2017 17:43:48 Ripple payment $275000.00 415787
         rksCFyhwbj64pLdRy17gjeufLAVQnfsru Failed
446.     1474585 03.31.2017 18:24:19 Ripple payment $100000.00 415787
         rksCFyhwbj64pLdRy17gjeufLAVQnfsru Failed
447.     1474646 03.31.2017 19:05:44 Ripple payment $50000.00 415787
         rksCFyhwbj64pLdRy17gjeufLAVQnfsru Failed
448.     1474702 03.31.2017 19:42:32 Ripple payment $25000.00 415787
         rksCFyhwbj64pLdRy17gjeufLAVQnfsru Failed
449.     1528618 05.04.2017 01:15:13 Ripple payment $135000.00 415787
         rksCFyhwbj64pLdRy17gjeufLAVQnfsru Failed
450.     1528657 05.04.2017 01:56:33 Ripple payment $135000.00 415787
         rksCFyhwbj64pLdRy17gjeufLAVQnfsru Failed
451.     1528693 05.04.2017 02:42:45 Ripple payment $100000.00 415787
         rksCFyhwbj64pLdRy17gjeufLAVQnfsru Failed
452.     1528730 05.04.2017 03:23:33 Ripple payment $50000.00 415787
         rksCFyhwbj64pLdRy17gjeufLAVQnfsru Failed
453.     1528757 05.04.2017 03:48:08 Ripple payment $50000.00 415787
         rksCFyhwbj64pLdRy17gjeufLAVQnfsru Failed
454.     443932 04.07.2014 15:46:20 Ripple payment $0.59 415787
         rn1HzFhopGWtkJ9VrtEtKFQgjbN7vb5jEU Failed
455.     444936 04.08.2014 21:47:44 Ripple payment $3.00 415787
         rn1HzFhopGWtkJ9VrtEtKFQgjbN7vb5jEU Failed
456.     589389 09.30.2014 02:33:55 Ripple payment $7.00 415787
         rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Failed
457.     589417 09.30.2014 03:14:18 Ripple payment $7.00 415787
         rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Failed
458.     589484 09.30.2014 05:10:19 Ripple payment $7.00 415787
         rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Failed
459.     589597 09.30.2014 07:50:04 Ripple payment $7.00 415787
         rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Failed
460.     591802 10.02.2014 07:39:16 Ripple payment $7.00 415787
         rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Failed
461.     638081 11.24.2014 04:15:55 Ripple payment $10.00 415787
         rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Failed
462.     660023 12.18.2014 05:52:42 Ripple payment $4.00 415787
         rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Failed
463.     664435 12.23.2014 07:34:56 Ripple payment $5.00 415787
         rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Failed

CONFIDENTIAL TREATMENT REQUESTED BY [  ]                    [  ]00002324

464.    664476 12.23.2014 08:40:38 Ripple payment $5.00 415787
        rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Failed
465.    667457 12.29.2014 04:41:36 Ripple payment $8.00 415787
        rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Failed
466.    667466 12.29.2014 05:31:48 Ripple payment $8.00 415787
        rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Failed
467.    667994 12.29.2014 17:56:10 Ripple payment $8.00 415787
        rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Failed
468.    677978 01.13.2015 03:29:15 Ripple payment $5.00 415787
        rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Failed
469.    679709 01.14.2015 03:49:08 Ripple payment $8.00 415787
        rJnZ4YHCUsHvQu7R6mZohevKJDHFzVD6Zr Failed

CONFIDENTIAL TREATMENT REQUESTED BY ▬▬▬▬ ▬▬▬▬00002325

# PX 732

# Ticket #149588

## User data

**Client id:** 46904
**Deposit reference:** 59146904007

███████████████████████████

### 22.5.2017 08:23:55

Dear Christian Anton,

we received your withdrawal request and instructed the payments department to further process the outstanding transaction in accordance with their procedures as soon as possible.

We do however kindly ask you to provide any relevant financial documents that disclose the origin of the funds which you have been withdrawing from your account in the past 2 months.

Looking forward to your reply.

Best regards,

███████████████

███████████████████████████

### 22.5.2017 16:02:47
### United States
### 71.198.225.23

Hello ██

I am one of the 3 founders and previous CEO of Ripple. Attached is a document (article) from the American Banker, one of the most respected journals in the banking industry, that confirms my name and photo as cofounder, CEO and executive Chairman. As a founder I was originally given a large amount of XRP (9 billion) when the technology was created in 2012.

[ HYPERLINK "https://www.americanbanker.com/news/chris-larsen-stepping-down-as-ceo-at-ripple" ]
Thank you,
Chris Larsen
1-650-740-3518

███████████████████████████

**27.5.2017 11:20:15**

Dear Chris,

we apologize for the late reply.

Do the Fiat deposits via the ripple network originate from the sale of XRP on another market place? If so please provide a screenshot of the withdrawal.

Have a nice weekend.

Best regards,

**30.5.2017 15:39:41**
**United States**
**71.198.225.23**

Yes, the fiat deposits to ▇▇▇▇ originate from sales of XRP through the Market Maker and XRP sales contract from GSR. Please see GSR XRP sales statement attached. Thank you

**31.5.2017 14:24:29**

Dear Christian Anton,

thank you for the email, we do however kindly ask you to provide a screenshot or any relevant documents which confirm that the XRP which are being liquidated are your personal assets.

Thank you for your patience and understanding.

Best regards,

## 06.6.2017 16:06:45
## United States
## 216.253.226.70

Please discuss with███ and close this ticket as soon as you can. Thank you!

## 07.6.2017 08:07:39

Dear Christian Anton,

already discussed this with ███

As the provided trading report does not state that the XRP which are being liquidated are personal assets or that you have a personal account/contract with GSR, please provide any relevant document which shows that you have a personal account/contract with GSR for liquidating the XRP which you received as a founder of XRP.

Note that the transactions are being processed normally without any delays on our side.

Looking forward to your reply.

Best regards,

## 09.6.2017 18:22:59
## United States
## 98.207.147.66

Dear███

Attached is the first page and the signature pages of the agreement for your review.

Thanks,
Chris

CONFIDENTIAL TREATMENT REQUESTED BY███ ███_00000149

CONFIDENTIAL TREATMENT REQUESTED BY

5/30/2017

Ripple Mail - Bot 4t Daily Report (05/14/2017)

 **ripple**

Chris Larsen <cl@ripple.com>

## Bot 4t Daily Report (05/14/2017)

GSR Accounting <gsr@gsr.io>

Mon, May 15, 2017 at 8:47 AM

*FYI the Ripple API is currently under heavy load and graphs cannot be produced - it is timing out for the requests needed to build the hour-by-hour actualized graph - we will send graphs later*

## Bot 4t 24-hour Report (05/14/2017)

XRP/USD: $0.21477 @ 17:00 PDT 05/14/2017

| | |
|---|---|
| 24-hour Total Trade Volume RCL: | $5,782,279.9 |
| Actualized (4t): | $304,392 (5.26%) |
| 24-hour Total Trade Volume Poloniex: | $42,458,752 |
| Actualized (4p): | $684,389 (1.61%) |

| | |
|---|---|
| TTV Since Target Reset RCL: | $84,258,952.9 |
| Actualized (4t): | $1,825,838 (2.17%) |
| TTV Since Target Reset Poloniex: | $767,480,220 |
| Actualized (4p): | $3,333,907 (0.43%) |

**Month-to-date:**
43.45MM XRP sold for $6.21MM

**Q2-to-date:**
69.43MM XRP sold for $7.12MM

**Cash on hand:**
Cold + Buffer: 19.71MM XRP
TPW: $43.15k USD.Bitstamp
MM Pool Value: $48.12k.

 **gsr**

00000150

## LOAN AND PURCHASE AGREEMENT

This Loan and Purchase Agreement (the "**Agreement**") is entered into as of March 5, 2015 (the "**Effective Date**"), by and between Christian Larsen & Lyna Thi Lam Revocable Living Trust u/a/d 12/26/2003 as Amended and Restated 7/3/2013 ("**Seller**"), and Global Software Research 2015, an Andorra LLC, ("**Purchaser**").

For good and valuable consideration, Purchaser and Seller (each a "**Party**," and together the "**Parties**") agree as follows:

1. **Definitions**. When used in this Agreement with initial letters capitalized, in addition to terms defined elsewhere in this Agreement, the following terms have the following meanings:

    1.1 "**Applicable Law**" means all applicable U.S. and foreign, national, federal, state, provincial or local laws, statutes, regulations, rules or court orders, including without limitation: (a) state and federal laws related to money service businesses, anti-money laundering (including, but not limited to the U.S. Bank Secrecy Act), money transmission, sale of payment instruments, stored value or checks, currency exchange, electronic funds transfers, commodities and securities, including the anti-manipulation and anti-fraud provisions thereof, privacy and data security, and data breach remediation and notification; and (b) state and federal laws related to customer identity verification and screening (e.g., the Office of Foreign Assets Control's list of Specially Designated Nationals).

    1.2 "**Claim**" means any claim, action, audit, investigation, inquiry or other proceeding brought or instituted against Purchaser or any of its affiliates (and/or one or more of their respective personnel, members, managers or representatives) by any person or entity.

    1.3 "**Confidential Information**" means the terms of this Agreement and any non-public information or materials provided by either Party to the other Party in connection with the performance of this Agreement, but does not include any information or materials that: (a) was previously known to the receiving Party free of any obligation to keep it confidential; (b) becomes generally available to the public through no wrongful act; (c) is rightfully received from a third party under no obligation of confidence to such third party; or (d) is independently developed by the receiving Party without reference to information which has been disclosed pursuant to this Agreement. For avoidance of doubt the existence of this Agreement and the terms contained herein are considered Confidential Information of both Parties.

    1.4 "**Liquidity Extraction Activity**" means the net conversion of XRP, as defined below, that has been loaned to Purchaser or other XRP chosen by Seller, its designee or its agent over a period of time specified by Seller, its designee or its agent into USD or other currency issued by a gateway or financial institution to be specified by Seller or its agent.

    1.5 "**Loaned XRP**" means XRP loaned and delivered to the Purchaser by Seller for up to three (3) months from the applicable Loan Date as set forth in the applicable Loan Delivery Schedule.

    1.6 "**Loss**" means any claim, cost, loss, damage, judgment, penalty, interest and/or expense

    1.7 "**Ripple Protocol**" means the open Internet protocol-based technology that is a common digital standard for funds settlement and can be freely adopted by financial institutions and payments networks.

    1.8 "**Site**" means the following website: http://www.ripplecharts.com/#/.

## EXHIBIT A

## FORM OF THE LOAN DELIVERY SCHEDULE

This Loan Delivery Schedule is entered into as of the "Loan Date" specified on this Loan Delivery Schedule below, and is part of and is governed by the Loan and Purchase Agreement entered into by and between Christian Larsen & Lyna Thi Lam Revocable Living Trust u/a/d 12/26/2003 as Amended and Restated 7/3/2013 ("**Seller**") and Global Software Research 2015 LLC ("**Purchaser**") dated March 19, 2015 (together with any exhibits attached thereto, the "**Agreement**"). After three months from the Loan Date, Purchaser agrees that, upon written demand, to return any unsold Loaned XRP to Seller. Unless otherwise defined herein, capitalized terms used in this Loan Delivery Schedule will have the same meaning as set forth in the Agreement.

| Loan Date: | December , 31, 2014 | |
|---|---|---|
| Number of Loaned XRP: | 50,000,000 XRP | |
| Purchaser's XRP Address: | rPyLe479nXqFxwQTfSTS61SEwabdtw1qeA | |

Christian Larsen & Lyna Thi Lam
Revocable Living Trust u/a/d 12/26/2003
as Amended and Restated 7/3/2013

Signature:

Printed Name: Christian Larsen

Title: Trustee

Global Software Research 2015, LLC

Signature:

Printed Name: Alexis Sirkia

Title: Sole Administrator

CONFIDENTIAL TREATMENT REQUESTED BY

_00000152

IN WITNESS HEREOF, the Parties have caused this Agreement to be executed as of the Effective Date.

**Purchaser:**
**Global Software Research 2015**

Signature: _____

Printed Name: __Karl Alexis Sirkia Zachari__

Title: __Sole Administrator__

**Seller:**
**Christian Larsen & Lyna Thi Lam Revocable Living Trust**
**u/a/d 12/26/2003 as Amended & Restated 7/3/2013**

Signature: _____

Printed Name: __Christian Larsen__

Title: __Trustee__

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮                    ▮▮▮▮_00000153