UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>Defendants. | Case No. 20-CV-10832 (AT) (SN) |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Debevoise & Plimpton LLP has relocated its New York office to the following as of January 17, 2023:

>Debevoise & Plimpton LLP
>66 Hudson Boulevard
>New York, New York  10001
>(212) 909-6000

Please direct any hard copy service to us at our new address.

Dated:  New York, New York
January 12, 2023

>DEBEVOISE & PLIMPTON LLP
>
>By:  */s/ Andrew J. Ceresney*
>Mary Jo White
>Andrew J. Ceresney
>Lisa R. Zornberg
>Erol N. Gulay
>Christopher S. Ford
>Anna R. Gressel
>
>66 Hudson Boulevard
>New York, New York  10001
>(212) 909-6000

mjwhite@debevoise.com<br>
aceresney@debevoise.com<br>
lzornberg@debevoise.com<br>
egulay@debevoise.com<br>
csford@debevoise.com<br>
argressel@debevoise.com

*Counsel for Defendant Ripple Labs Inc.*