UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>Defendants. | Case No. 20-CV-10832 (AT) (SN) |

**NOTICE OF DEFENDANTS'**
**MOTION TO EXCLUDE THE TESTIMONY OF** ▮

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Declaration of Anna R. Gressel, and the exhibits attached thereto, Defendants Ripple Labs Inc., Bradley Garlinghouse, and Christian A. Larsen hereby move, pursuant to Federal Rules of Evidence 403 and 702, for an order excluding the testimony of ▮.

Dated: July 12, 2022
   New York, NY

| | |
|---|---|
| DEBEVOISE & PLIMPTON LLP<br><br>By: /s/ Andrew J. Ceresney<br>   Andrew J. Ceresney<br>   Anna R. Gressel<br>   919 Third Avenue<br>   New York, NY  10022<br>   (212) 909-6000<br>   aceresney@debevoise.com<br>   argressel@debevoise.com | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>*Counsel for Defendant Bradley Garlinghouse* |
| KELLOGG, HANSEN, TODD, FIGEL, & FREDERICK PLLC<br><br>*Counsel for Defendant Ripple Labs Inc.* | PAUL, WEISS, WHARTON, RIFKIND & GARRISON LLP<br><br>*Counsel for Defendant Christian A. Larsen* |