UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,  :
:
                               Plaintiff,       :        20 Civ. 10832 (AT) (SN)
:
            - against -               :        ECF Case
:
RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,  :
and CHRISTIAN A. LARSEN,  :
:
                              Defendants.  :
:
------------------------------------------------------------------------x

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
NOTICE OF OMNIBUS MOTION TO EXCLUDE THE
TESTIMONY OF DEFENDANTS' EXPERT WITNESSES**

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Plaintiff Securities and Exchange Commission's Omnibus Motion to Exclude the Testimony of Defendants' Expert Witnesses, the Declaration of Pascale Guerrier, dated July 12, 2022, and its exhibits, the Notice of Motion, and such other and further papers and proceedings as may be filed or had, Plaintiff Securities and Exchange Commission ("SEC"), by and through its counsel, will move this Court before the Honorable Analisa Torres, United States District Judge, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15D, New York, New York 10007, at a time and date to be determined by this Court, for an Order granting the SEC's Omnibus Motion to Exclude the Testimony of Defendants' Expert Witnesses, pursuant to Local Civil Rule 6.3 of the Local Rules of the U.S. District Courts for the Southern and Eastern Districts of New York.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order dated April 28, 2022, (D.E. 472), opposition papers, if any, are to be served on or before August 9, 2022 and, reply papers, if any, are to be served on or before August 30, 2022.

Dated: New York, New York
July 12, 2022

/s/ Pascale Guerrier
Pascale Guerrier
Ladan F. Stewart
Mark R. Sylvester
Jorge G. Tenreiro
Daphna A. Waxman
Attorneys for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION
New York Regional Office
Brookfield Place
100 Pearl Street, Suite 20-100
New York, NY 10004
(212) 336-5473 (Guerrier)
guerrierp@sec.gov

Benjamin J. Hanauer
Robert M. Moye
Attorneys for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION
175 W. Jackson Boulevard, Suite 1450
Chicago, IL 60604