UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>Defendants. | Case No. 20-CV-10832 (AT) (SN) |

### DECLARATION OF ANNA R. GRESSEL
### IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE
### THE TESTIMONY OF ▮▮▮▮▮▮▮▮▮▮

I, Anna R. Gressel, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney associated with the law firm of Debevoise & Plimpton LLP, counsel to defendant Ripple Labs Inc. I submit this declaration in support of Defendants' Motion to Exclude the Testimony of ▮▮▮▮▮▮▮▮▮▮.

2. Attached as **Exhibit 1** to this declaration is a true and correct copy of the Expert Report of ▮▮▮▮▮▮▮▮▮▮, dated October 4, 2021.

(*Remainder of page intentionally left blank*)

3.      Attached as **Exhibit 2** to this declaration is a true and correct copy of the transcript of the November 18, 2021 Deposition of ███████████.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: July 12, 2022
       New York, NY

                                                                                     By:    /s/ Anna R. Gressel           .
                                                                                                 Anna R. Gressel

                                                                                                 DEBEVOISE & PLIMPTON LLP
                                                                                                 919 Third Avenue
                                                                                                 New York, NY  10022
                                                                                                 (212) 909-6000
                                                                                                 argressel@debevoise.com