UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>        Defendants. | Case No. 20-CV-10832 (AT) (SN) |

### NOTICE OF DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF ▮▮▮▮

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Declaration of Andrew J. Ceresney and the exhibits attached thereto, Defendants Ripple Labs Inc., Bradley Garlinghouse, and Christian A. Larsen hereby move, pursuant to Federal Rules of Evidence 403 and 702, for an order excluding the testimony of ▮▮▮▮.

Dated: July 12, 2022
       New York, NY

DEBEVOISE & PLIMPTON LLP

By: */s/ Andrew J. Ceresney*
    Andrew J. Ceresney
    Erol Gulay
    919 Third Avenue
    New York, NY  10022
    (212) 909-6000
    aceresney@debevoise.com
    egulay@debevoise.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP

*Counsel for Defendant Bradley Garlinghouse*

KELLOGG, HANSEN, TODD, FIGEL, & FREDERICK PLLC

*Counsel for Defendant Ripple Labs Inc.*

PAUL, WEISS, WHARTON, RIFKIND & GARRISON LLP

*Counsel for Defendant Christian A. Larsen*