# Exhibit 12

1

1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF NEW YORK

3

4    SECURITIES AND EXCHANGE            )
     COMMISSION,                        )
5                                       )
                    Plaintiff,          )
6                                       ) Case No.
            v.                          ) 20-Civ-10832(AT)(SN)
7                                       )
     RIPPLE LABS, INC., BRADLEY         )
8    GARLINGHOUSE, and CHRISTIAN        )
     LARSEN,                            )
9                                       )
                    Defendants.         )
10   _____  )

11

12        **CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

13

14             VIDEOTAPED DEPOSITION OF

15                DR. PETER ADRIAENS

16            Tuesday, February 8, 2022

17

18

19

20

21

22

23

     Reported by:
24   BRIDGET LOMBARDOZZI,
     CSR, RMR, CRR, CLR
25   Job No. 220208BLO

2

1                    UNITED STATES DISTRICT COURT

2                    SOUTHERN DISTRICT OF NEW YORK

3

4    SECURITIES AND EXCHANGE          )
     COMMISSION,                      )
5                                     )
                    Plaintiff,        )
6                                     ) Case No.
          v.                          ) 20-Civ-10832(AT)(SN)
7                                     )
     RIPPLE LABS, INC., BRADLEY       )
8    GARLINGHOUSE, and CHRISTIAN      )
     LARSEN,                          )
9                                     )
                    Defendants.       )
10   _____ )

11

12

13

14

15          Videotaped deposition of DR. PETER ADRIAENS

16   taken on behalf of Plaintiff at the offices of Debevoise

17   & Plimpton, 919 Third Avenue, New York, New York,

18   commencing at 9:07 a.m. and ending at 6:21 p.m., on

19   Tuesday, February 8, 2022, before Bridget Lombardozzi,

20   CCR, RMR, CRR, CLR, and Notary Public of the States of

21   New York and New Jersey, pursuant to notice.

22

23

24

25

3

1    A P P E A R A N C E S (All appearing remotely):

2

3

4    For the Plaintiff:

5

6

7            UNITED STATES SECURITIES AND EXCHANGE COMMISSION

8            NEW YORK REGIONAL OFFICE

9            BY:  MARK R. SYLVESTER, ESQUIRE

10               DAPHNA A. WAXMAN, ESQUIRE

11               JON A. DANIELS, ESQUIRE

12           New York Regional Office

13           200 Vesey Street

14           Suite 400

15           New York, New York  10281-1022

16           Telephone:  212.336-0159

17           Email:   sylvesterm@sec.gov

18                    waxmand@sec.gov

19                    danielsj@sec.gov

20

21

22

23

24

25

4

1    A P P E A R A N C E S (Continued):

2

3    For Defendant Ripple Labs Inc. and the Witness:

4

5

6            DEBEVOISE & PLIMPTON LLP

7            BY:  LISA ZORNBERG, ESQUIRE

8                 CHRISTOPHER S. FORD, ESQUIRE

9                 ANNA GRESSEL, ESQUIRE (Remote)

10                ASHLEY HAHN, ESQUIRE (Remote)

11                SCOTT M. CARAVELLO, ESQUIRE (Remote)

12           919 Third Avenue

13           New York, New York  10022

14           Telephone:  212.909.6000

15           E-Mail:  Lzornberg@debevoise.com

16                    cford@debevoise.com

17                    agressel@debevoise.com

18                    ahahn@debevoise.com

19                    scaravello@debevoise.com

20

21                    -and-

22

23

24

25

5

1    A P P E A R A N C E S (Continued):

2

3    For Defendant Ripple Labs Inc. and the Witness:

4

5            KELLOGG, HANSEN, TODD, FIGEL & FREDERICK PLLC

6            BY:  COLLIN R. WHITE, ESQUIRE

7                 MICHAEL KELLOGG, ESQUIRE (Remote)

8            Sumner Square

9            1615 M Street, N.W.

10           Suite 400

11           Washington, D.C.  20036

12           Telephone:  202.326.7999

13           E-mail:  Cwhitekellogghansen.com

14                    mkellogg@kellogghansen.com

15

16   For Defendant Bradley Garlinghouse:

17

18           CLEARY GOTTLIEB STEEN & HAMILTON

19           BY:  NICOLE TATZ, ESQUIRE (Remote)

20           2112 Pennsylvania Avenue, NW

21           Washington, D.C.  20037

22           Telephone:  202.974.1500

23           E-mail:  ntatz@cgsh.com

24

25

6

```
 1    A P P E A R A N C E S (Continued):

 2

 3    For Defendant Christian A. Larsen:

 4

 5          PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

 6          BY:  CARLY M. LAGROTTERIA, ESQUIRE

 7               JUSTIN WARD, ESQUIRE (Remote)

 8          1285 Avenue of the Americas

 9          New York, New York  10019-6064

10          Telephone:  212.373.2491

11          E-mail:  Clagrotteria@paulweiss.com

12                   jward@paulweiss.com

13

14    ALSO PRESENT:

15

16          REBECCA MATSUMARA, Ripple

17          STELLA UVAYDOVAS, SEC

18          JAMES BRADY, Videographer
            Shereck Video Service
19

20

21

22

23

24

25
```

7

```
1                           INDEX

2    WITNESS                           EXAMINATION

3    DR. PETER ADRIAENS

4         BY MR. SYLVESTER                    11

5         BY MR. WHITE                        293

6

7

8

9

10                          EXHIBITS

11   SEC PA
     NUMBER              DESCRIPTION            PAGE
12

13   Exhibit 1   Expert Report of Dr. Peter      13

14               Adriaens dated 10-4-21

15               NO BATES, 137 pages

16

17   Exhibit 2   Rebuttal Report of Dr. Peter    14

18               Adriaens dated 11-12-21

19               NO BATES, 34 pages

20

21   Exhibit 3   Expert Report of Dr. █████      202

22               ██████ dated 10-4-21

23               NO BATES, 46 pages

24

25
```

8

```
 1                    EXHIBITS

 2    SEC PA
      NUMBER              DESCRIPTION              PAGE
 3

 4    Exhibit 22   Printout from XRPL.org            171

 5                 Consensus Protections Against

 6                 Attacks and Failure Modes

 7                 NO BATES, 3 pages

 8

 9    Exhibit 23   11-10-21 Status of Analysis       131

10                 of Halt on 11-3-21

11                 NO BATES, 2 pages

12

13    Exhibit 24   Printout from amazon.com          154

14                 "What is Decentralization in

15                 Blockchain/"

16                 NO BATES, 7 pages

17

18

19

20

21

22

23

24

25
```

9

1                    DEPOSITION SUPPORT INDEX

2

3      DIRECTION TO WITNESS NOT TO ANSWER

4         Page    Line

5          16       19

6          18       25

7         149       14

8         171       10

9         276       12

10

11     STIPULATIONS

12        Page    Line

13        - -none- -

14

15

16     PORTION MARKED HIGHLY CONFIDENTIAL

17        Page    Line

18        - -none- -

19

20

21     REQUEST FOR DOCUMENTS

22        Page    Line

23        - -none- -

24

25

10

```
 1                        -  -  -

 2                     9:07 a.m.

 3                  February 8, 2022

 4                        -  -  -

 5              THE VIDEOGRAPHER:  We're on

 6       the record.  The time is 9:07 a.m.

 7       Today's date is February 8th, 2022.

 8       This is Disk 1 of the video deposition

 9       of Peter Adriaens in the matter of the

10       SEC versus Ripple Labs.

11              My name is Jim Brady.  I'm

12       the videographer with Gradillas Court

13       Reporting.  Today's court reporter is

14       Bridget Lombardozzi, also with

15       Gradillas Court Reporting.  We're here

16       today at the office of Debevoise &

17       Plimpton, 919 Third Avenue, New York,

18       New York.

19              All attorney appearances will

20       appear on the transcript.

21              I ask now that the court

22       reporter please swear in the witness.

23              P E T E R   A D R I A E N S,

24       having been duly sworn, was examined

25       and testified as follows:
```

1                    THE REPORTER:  Thank you.

2                    You may proceed.

3    DIRECT-EXAMINATION

4    BY MR. SYLVESTER:

5         Q.   Good morning, Professor.

6              Could you please state your name for the

7    record.

8         A.   Peter Adriaens.

9         Q.   And I'm Mark Sylvester.  I'm an attorney

10   with the SEC, the plaintiff in this okay.  I'm

11   here with my colleagues, Daphna Waxman and Jon

12   Daniels.  There are other of my colleagues joining

13   us on Zoom today.

14             Are you represented by counsel here

15   today?

16        A.   No, I'm not.

17        Q.   Have you had your deposition taken

18   before, Professor?

19        A.   Can you repeat the question?

20        Q.   Sure.

21             Have you had your deposition taken

22   before?

23        A.   My deposition or a deposition?

24        Q.   Your deposition.  Have you been deposed?

25        A.   I have been deposed, yes.

1      Q.   How many times?

2      A.   Three or four times.

3      Q.   Okay.  Is there anything that would

4  prevent you from testifying fully and truthfully

5  here today?

6      A.   No.

7      Q.   Were you retained to provide expert

8  services in this case?

9      A.   Yes, I was.

10     Q.   Who retained you?

11     A.   Debevoise & Plimpton and Kellogg Hansen.

12     Q.   Were you retained on behalf of Ripple

13  Labs only or all defendants?

14     A.   It was on behalf of all defendants.

15     Q.   Okay.  If I say "Ripple" today, I mean

16  Ripple Labs, the defendant in this case.  Okay?

17     A.   Okay.

18     Q.   Are you familiar with the term "XRP"?

19     A.   Yes, I am.

20     Q.   Are you familiar with the term "digital

21  asset"?

22     A.   Yes, I am.

23     Q.   Are you familiar with the term "XRP

24  Ledger"?

25     A.   Yes, I am.

13

1      Q.   What is the XRP Ledger?

2      A.   It is an open permissionless blockchain.

3                THE REPORTER:   Permissless?

4                THE WITNESS:   Permissionless

5           blockchain.

6                THE REPORTER:   Thank you.

7    BY MR. SYLVESTER:

8      Q.   Is there only one XRP Ledger or are

9    there multiple ledgers?

10      A.   As far as I know, there's one XRP

11   Ledger.

12      Q.   Professor, let me hand you what's been

13   marked Exhibit 1.

14                (Whereupon, exhibit is

15           received and marked SEC Adriaens

16           Exhibit 1 for identification.)

17   BY MR. SYLVESTER:

18      Q.   I'm going to hand you a copy and ask

19   counsel to pass it down.   There we go.

20           And, Professor, is Exhibit 1 your expert

21   report of October 4th, 2021?

22      A.   Yes, it is.

23      Q.   Okay.   Turning to the page following

24   page 70, is that your signature on that page?

25      A.   Yes, it is.

1        Q.    Okay.

2                      (Whereupon, exhibit is

3               received and marked SEC Adriaens

4               Exhibit 2 for identification.)

5    BY MR. SYLVESTER:

6        Q.    Let me hand you what's been marked PA-2.

7               Is PA-2 your expert rebuttal report of

8    November 12th, 2021?

9        A.    Yes, it is.

10       Q.    And turning to the page following page

11   31 of Exhibit 2, is that your signature on that

12   page?

13       A.    Yes, it is.

14       Q.    Have you finished all of the work that

15   you were assigned to do in this case?

16       A.    I did.

17       Q.    Are you planning on providing any

18   supplemental reports?

19       A.    No, I'm not.

20       Q.    Okay.  Who wrote Exhibit 1?

21               MR. WHITE:  Objection.

22               I'm going to instruct you not

23          to answer --

24               THE REPORTER:  I can't hear

25          you, sir.

1           MR. WHITE:  Exhibit 1?

2           MR. SYLVESTER:  Yeah.  His

3      expert report.

4           MR. WHITE:  You can answer

5      that question.  We'll take this one at

6      a time.

7      A.   I wrote the expert report.

8      Q.   Okay.  Did anyone help you draft Exhibit

9  1?

10          MR. WHITE:  You can answer

11     that yes or no.

12     A.   Yes.

13     Q.   Okay.  Who provided help in drafting

14  Exhibit 1?

15     A.   I went through multiple iterations with

16  counsel.

17     Q.   Which attorneys?

18     A.   Are you asking for specific names?

19     Q.   Yes.

20     A.   It was multiple.

21     Q.   Can you recall any of the names sitting

22  here today?

23     A.   Collin White.  Chris.

24     Q.   Chris Ford?

25     A.   Yes.

16

1              Lisa.

2         Q.   Lisa Zornberg?

3         A.   Lisa Zornberg.  And others that were

4    on -- in various discussions.

5         Q.   Apart from counsel, did anyone else help

6    you prepare your report?

7         A.   I had one of my students or staff in the

8    Center for Smart Infrastructure Finance at the

9    University of Michigan help.

10        Q.   Who is that?

11        A.   The name of the student?

12        Q.   Yes.

13        A.   Kenneth Chung.

14        Q.   Apart from Mr. Chung and counsel, did

15   anyone else help you prepare your report?

16        A.   No.

17        Q.   Okay.  Other than yourself, did anyone

18   draft any part of Exhibit 1?

19                   MR. WHITE:  I'm going to

20             instruct not to answer.  That gets

21             into attorney work product, so we're

22             not going to go into those details.

23                   MS. SMITH:  Okay.  So your

24             position is that if counsel drafted a

25             portion of this expert report, that's

1          privileged?

2                    MR. WHITE:  Our position is

3              that work product protects the

4              drafting process and you're asking a

5              question that goes to that.  So the

6              answer to that question is yes.

7     BY MR. SYLVESTER:

8          Q.   Okay.  Did anyone provide comments to

9     Exhibit 1?

10                   MR. WHITE:  You can answer

11             that question yes or no.

12         A.   Yes.

13         Q.   Was it all the same people that we've

14    already discussed:  Ms. Zornberg, Mr. White,

15    Mr. Ford, and your student?

16         A.   It was part of the same discussions,

17    yes.

18         Q.   Okay.  Did you incorporate counsel's

19    comments into the final version of Exhibit 1?

20                   MR. WHITE:  You can -- you

21             can answer that question yes or no.

22         A.   Is your question did I incorporate or

23    did I consider them?

24         Q.   Did you incorporate counsel's comments

25    into the final version of Exhibit 1?

1      A.   You'll have to be more specific

2   regarding which comments.  I considered all

3   comments that I received.

4      Q.   I see.

5           Were there some comments that you

6   incorporated?

7      A.   There may have been.

8      Q.   Who wrote Exhibit 2?

9               MR. WHITE:  Same instruction,

10          please.  You can answer that question.

11     A.   I did.

12     Q.   Okay.  Did anyone help you draft Exhibit

13   2?

14     A.   The same people I referred to earlier.

15     Q.   The same people you referred to that

16   helped you draft Exhibit 1, is that right?

17     A.   Yes, sir.

18     Q.   Okay.

19     A.   Except for the student.  He was not

20   involved in that one.

21     Q.   I see.  So counsel only.

22     A.   Yes.

23     Q.   Okay.  Did any of your -- did any of

24   Ripple's counsel draft any part of Exhibit 2?

25               MR. WHITE:  I'm going to

19

1              instruct not to answer that question,

2              again on the same basis.

3       Q.   Did counsel provide comments to Exhibit

4    2?

5                   MR. WHITE:  You can answer

6              that question yes or no.

7       A.   Yes.

8       Q.   Did you incorporate counsel's comments

9    into the final version of Exhibit 2?

10      A.   I considered them.

11      Q.   Did you incorporate any of counsel's

12   comments into the final version of Exhibit 2?

13      A.   I can't be specific unless we go to a

14   specific section.

15      Q.   And sitting here today, do you recall

16   incorporating any of counsel's comments into

17   Exhibit 2?

18                  MR. WHITE:  You can answer

19              that yes or no.

20      A.   Yes.

21      Q.   Okay.  Are all of the opinions that you

22   are offering in this case set forth either in

23   Exhibit 1 or Exhibit 2?

24      A.   Yes.

25      Q.   And sitting here today, do you have any

1    plans to offer any additional opinions that are

2    not in Exhibit 1 or 2?

3        A.   I am not planning on offering any

4    additional opinions.  However, I would like to

5    make a clarification to some of the language in

6    Exhibit 1.

7        Q.   Okay.  Is there an error in Exhibit 1?

8        A.   There's unclear description -- unclear

9    language in the description of the methodology

10   that I used to arrive at Exhibit D.

11       Q.   I see.

12            What paragraph is that?

13       A.   That would be page -- page 64, paragraph

14   124, and page 65, paragraph 125.

15       Q.   Okay.  Thank you.

16            Is Appendix A to Exhibit 1 your CV,

17   Professor?

18       A.   Yes, it is.

19       Q.   And it's obviously quite lengthy, so I

20   won't ask you to review it right now.

21            So just sitting here today, are you

22   aware of any inaccuracies in your CV?

23       A.   As far as I know, it was updated as of

24   October 4th, 2021.

25       Q.   Okay.  And is your -- strike that.

21

1           Does the education section of your CV

2    accurately list the degrees that you earned?

3         A.   Apologies.  What was the question?

4         Q.   Does the education section --

5         A.   Oh.

6         Q.   -- of your CV accurately list the

7    degrees that you earned?

8         A.   Yes.

9         Q.   Okay.  Have you had any formal education

10   after 1992?

11        A.   As in degree?  No additional degree.

12        Q.   Okay.  Have you taken any computer

13   science courses?

14        A.   Yes.

15        Q.   Okay.  When did you take -- when did you

16   last take a computer science course?

17        A.   Fifteen years -- I'm not exactly sure.

18   Maybe 15 years ago when I switched my career.

19        Q.   Have you ever taken any course specific

20   to blockchain technology?

21        A.   I teach a course on blockchain

22   technology.

23        Q.   Prior to your teaching engagement, did

24   you ever take any course regarding blockchain

25   technology?

22

1      A.    There were at that time no courses

2   available in blockchain technology.

3      Q.    At the time of your formal education you

4   mean?

5      A.    At the time of formal education.  At the

6   time when I switched to the Business School at the

7   University of Michigan in 2006.

8      Q.    Have you ever held any professional

9   licenses?

10      A.    I have a professional engineering

11   license.

12      Q.    Has that license ever been revoked or

13   suspended?

14      A.    No, it has not.

15      Q.    Have you ever been the subject of any

16   disciplinary action related to your professional

17   activities?

18      A.    No.

19      Q.    Okay.  You've been a professor at the

20   University of Michigan since 1992?

21      A.    Yes.

22      Q.    Apart from the course that you just told

23   me about blockchain technology, have you ever

24   taught a computer science course at the University

25   of Michigan?

23

1          A.    I have not taught a computer science

2      course.

3          Q.    Okay.  And when did you first teach a

4      blockchain technology course?

5          A.    2016.

6          Q.    Okay.

7          A.    I started teaching finance and financial

8      technology and blockchain courses in 2016.

9          Q.    Have you ever taught a course

10     exclusively devoted to blockchain?

11         A.    No.  There's no such course available

12     currently at the University of Michigan.

13         Q.    You've served as an expert witness prior

14     to this case, is that right?

15         A.    I currently serve, yes.

16         Q.    And prior to your engagement in the case

17     against Ripple Labs, you've served as an expert

18     witness in other cases?

19         A.    I have, yes.

20         Q.    Okay.  Page 35 of your CV lists your

21     litigation expert witness work, is that right?

22         A.    Yes.

23         Q.    Are these seven engagements the totality

24     of your litigation expert witness work or were

25     there any other engagements?

24

```
 1              MR. WHITE:  Objection to the

 2         form of that last question.

 3      A.   These were -- these were the

 4  engagements, yes.

 5      Q.   These were all of your expert witness

 6  engagements?

 7      A.   Yes.

 8      Q.   Okay.  Taking a look at page 35, what

 9  were the names of the cases that these engagements

10  involved for these seven assignments?

11      A.   I do not exactly recall.

12      Q.   You don't recall any of the names of any

13  of the seven cases?

14      A.   Not of the cases, no.

15      Q.   In each of these cases, did you provide

16  an expert report?

17      A.   Yes.

18      Q.   In any of these cases, did your expert

19  report involve blockchain technology?

20      A.   No.

21      Q.   Have you ever been qualified by a court

22  as an expert in blockchain technology?

23      A.   By a court?  No.

24      Q.   Prior to this case, had you been

25  retained as an expert in any case involving
```

1    digital assets?

2         A.   No.

3         Q.   In any of these seven cases, were you

4    retained by the plaintiff?

5         A.   I was not.

6         Q.   In any of these seven cases, was any

7    governmental entity a party?

8         A.   I don't believe so.

9         Q.   Has your expert testimony ever been

10   excluded in whole or in part?

11        A.   No.

12        Q.   Has any portion of an expert report you

13   submitted ever been excluded in whole or in part?

14        A.   Sorry.  Can you repeat that question?

15        Q.   Sure.

16             Has any expert report that you submitted

17   ever been excluded in whole or in part?

18        A.   No.

19        Q.   Has any expert affidavit that you

20   submitted as part of a case ever been excluded in

21   whole or in part?

22        A.   Not that I recall.

23        Q.   What are you an expert in, Professor?

24        A.   I'm an expert in finance,

25   entrepreneurial business development, and

26

1   financial technology.

2       Q.   What --

3       A.   Particularly focused on applications in

4   various different digital industries.

5       Q.   Do you consider yourself an expert in

6   blockchain technology?

7       A.   Yes.

8       Q.   When did you first learn of the

9   existence of blockchain technology?

10      A.   I don't exactly recall, but it was at

11  least between five and ten years ago.

12      Q.   Have you off -- strike that.

13           Have you authored any academic papers on

14  the topic of blockchain technology?

15      A.   Yes.

16      Q.   How many?

17      A.   I'm going to have to look at my risumi.

18      Q.   That's fine.  Also feel free to

19  approximate.  I don't need an exact number.

20      A.   Probably a half dozen.

21      Q.   When did you first publish a paper on

22  the topic of blockchain technology?

23      A.   When you refer to "the topic of

24  blockchain technology," that is very broad.

25           Is there a specific aspect of that that

1    you want to refer to?

2        Q.   Well, of the six that you just

3    mentioned, when was the first of those six

4    published?

5        A.   I think 2018, I believe.

6        Q.   Were any of the six that you just

7    mentioned peer reviewed?

8        A.   Yes.

9        Q.   All six of them?

10        A.   I'm going to have to take a look at --

11        Q.   Sure.

12        A.   -- the six that I referred to.

13        Q.   When you find the items that you're

14    looking for, Professor, will you just call them

15    out?

16        A.   Yes, I will.

17        Q.   Thanks.

18        A.   On page 14, under "Journal Publications

19    (Published)," 4, 5, and 6.  And on page 19, under

20    "Refereed Conference Papers," 3 and 4.  And the

21    rest were book chapters or -- which are typically

22    not refereed, and nonrefereed abstracts.

23        Q.   Were the five papers that you just

24    identified all peer reviewed?

25        A.   Yes.

28

```
 1              Q.    Do any of your publications address the

 2      topic of decentralization of blockchains?

 3              A.    What do you mean with addressing it?

 4              Q.    Is that the topic of the paper?

 5              A.    It is not the topic of the paper, but I

 6      do bring up the concept of decentralization in

 7      these papers.

 8              Q.    Are you familiar with the term

 9      "consensus theory"?

10              A.    I'm familiar with consensus.

11              Q.    Okay.  Do -- do any of your publications

12      address the topic of consensus?

13              A.    Again, it's not the topic of the paper,

14      but it is part of the descriptions within the

15      paper.

16              Q.    Okay.  Are you familiar with the

17      Byzantine generals problem?

18              A.    At the high level?  Yes.

19              Q.    Okay.  Do any of your publications

20      address the topic of the Byzantine generals

21      problem?

22              A.    They do not.

23              Q.    Okay.  Do any of your publications

24      compare the relative decentralization of two or

25      more blockchains?
```

29

1        A.   Relative?  Sorry.  Can you repeat that

2    question?

3        Q.   Sure.

4             Do any of your publications compare the

5    relative decentralization of two or more

6    blockchains?

7        A.   I am not sure what the question means.

8        Q.   Do any of your publications examine

9    whether one blockchain is more decentralized than

10   another blockchain?

11       A.   No, they do not.

12       Q.   Have you ever designed a blockchain

13   yourself?

14                    THE REPORTER:  Repeat.

15                    MR. SYLVESTER:  Sure.

16       Q.   Have you ever designed a blockchain

17   yourself?

18       A.   I have not.

19       Q.   Have you ever contributed code to a

20   blockchain in development?

21       A.   My students have.  I have not.

22       Q.   Thank you.

23            Have you contributed a proposed

24   improvement to an existing blockchain?

25       A.   I have not.

1      Q.   Okay.  Is it fair to say that you began

2  to focus your professional efforts on blockchain

3  in 2015?

4      A.   It became part of the teachings and

5  research, yes.

6      Q.   You supervise a research group at the

7  University of Michigan?

8      A.   Yes, I do.

9      Q.   Does that group conduct any research on

10  consensus?

11      A.   "Consensus" is a very broad question, so

12  if we could narrow -- narrow it down further.

13      Q.   Sure.

14      Does your -- does your re -- the

15  research group that you supervise conduct any

16  research on the Byzantine generals problem?

17      A.   No, they do not.

18      Q.   How long has the Journal of Blockchain

19  Research been published?

20            MR. WHITE:  Objection to

21      form.

22             You can answer if you

23      understand.

24      A.   Do you mean when was it founded?  When

25  was it started?

1        Q.   Yes, I do.

2        A.   I'm not exactly sure, but I believe it

3   is on the order of two to three years.

4        Q.   It was founded two to three years ago?

5        A.   I believe so, yes.

6        Q.   Okay.  Are you on the Journal of

7   Blockchain Research's advisory board or its

8   editorial board?

9        A.   Advisory board.

10       Q.   Okay.  How long have you served in that

11  capacity?

12       A.   I'm not exactly sure.  I'm going to have

13  to think.  COVID has sort of changed our -- warped

14  our time.  Since before COVID, so it must have

15  been 2019.

16       Q.   How were you selected to serve on the

17  advisory board of that journal?

18       A.   I was a participant in a mathematical

19  conference on financial tech -- in a self-funded

20  mathematical conference on financial technology

21  that was held in Blockchain Triangle in University

22  of North Carolina, I believe.  And so some of the

23  other members of that journal were present there

24  and they asked, based on my presentation, whether

25  I wanted to become a member of the advisory board.

32

1          Q.   In paragraph 11 of your report, you

2     describe founding two start-up firms, is that

3     right?

4          A.   Yes.

5          Q.   Do either of the firms that you founded

6     employ blockchain technology?

7          A.   They currently do not, but we're

8     exploring it in one of them.

9          Q.   For the one that you're exploring, are

10    you exploring use of either XRP or the XRP Ledger?

11         A.   No.  This time not.  No.

12         Q.   In paragraph 8 of Exhibit 1, your

13    opening report, you write that you are on --

14    you're an advisory board member of two funds, is

15    that right?

16         A.   Yes, until 2017.  Yes.

17         Q.   I see.  You're not currently a -- a

18    member?

19         A.   No longer, no.

20         Q.   I see.

21              When you were on the advisory board of

22    those two funds, did you have any role in funding

23    a company that had created its own blockchain?

24         A.   Apologies.  Which paragraph are you

25    referring to?

33

1      Q.    Paragraph 8.

2      A.    Could you repeat the question, please?

3      Q.    Sure.

4            When you were on the boards of those

5    funds in that capacity, did you have any role in

6    funding a company that had created its own

7    blockchain?

8      A.    I'm on the advisory board of the funds

9    and the funds -- I'm going to have to go back over

10   which portfolio companies at that time were

11   actually financed by the fund.  So I'm not exactly

12   clear on that question.

13     Q.    You're not sure sitting here today?

14     A.    I'm not sure sitting here today.

15     Q.    Okay.

16     A.    We have received many applications,

17   including from blockchain companies, of companies

18   that seek financing.

19     Q.    Okay.  When was bitcoin created?

20     A.    Well, paper was published in 2008.

21     Q.    When did you first learn of Ripple's

22   existence?

23     A.    I'm not exactly sure.  It was around the

24   time that I was serving -- during the period I was

25   serving on the fund and -- on the funds and we

34

1    received applications of blockchain companies and

2    start looking for blockchain companies that were

3    currently active in the market.  I would say about

4    maybe a decade ago.  Between five years and a

5    decade ago.  Something like that.

6        Q.  Was there any funding relationship

7    between either of the funds on which -- strike

8    that.

9            Was there any funding relationship

10   between the Wolverine Venture Fund and Lurie

11   Commercial -- Commercialization Fund and Ripple?

12       A.  No.

13       Q.  Okay.  Do you own XRP?

14       A.  I do not.

15       Q.  Have you ever owned XRP?

16       A.  No.

17       Q.  Sitting here today, do you have any

18   plans to acquire XRP?

19       A.  No.

20       Q.  Prior to your retention in this case,

21   did you know anything about the SEC's case against

22   Ripple?

23       A.  I was aware through media, media

24   disclosures and writeups and financial review and

25   sort of articles like that.  Forbes.  So I knew

1    about it, yes.

2         Q.   Prior to your retention, had you ever

3    discussed this case with any Ripple employee?

4         A.   Can you repeat that question?

5         Q.   Sure.

6              Prior to your retention as an expert

7    witness in this case, had you ever discussed the

8    SEC's case against Ripple with any Ripple

9    employee?

10        A.   No, I have not.

11        Q.   Prior to your retention in this case,

12   had you ever met any of the lawyers representing

13   defendants in this case?

14        A.   I have not.

15        Q.   Okay.  Are you charging defendants a fee

16   for your expert services in this case?

17        A.   Yes.

18        Q.   How much is your fee?

19        A.   It's 750 an hour for preparation of

20   reports and 950 an hour for depositions.

21        Q.   Is this your standard hourly fee for

22   expert services?

23        A.   Yes.

24        Q.   How much have you billed for your

25   services so far?

1        A.   I have to check the exact numbers, but I

2   believe it's around 250,000.

3        Q.   Have you received any of your

4   compensation in XRP?

5        A.   I have not.

6        Q.   Do you have any plans to receive XRP as

7   compensation for your expert services in this

8   case?

9        A.   No.

10        Q.   Turning back to Exhibit 1, is Appendix B

11   to your report a list of materials you considered

12   in preparing your report in addition to those that

13   are cited in the body of your report?

14        A.   Yes, it is.

15        Q.   Did you personally review each of the

16   materials listed in Appendix B?

17        A.   I did over the time of preparing for the

18   case, yes.

19        Q.   Did defense counsel provide you with all

20   of the documents listed in Appendix B?

21        A.   Not all the documents.

22        Q.   Which were the documents that were --

23   that you obtained other than from defense counsel?

24        A.   I'm not exactly sure, but there were

25   some documents that I pulled myself because they

1    were publicly available after reading some of the

2    reports, such as, for example, the Wells report.

3    I looked at some of those footnotes and pulled

4    those myself, but they're listed here as well.

5        Q.   When you say "the Wells report," do you

6    mean the "In Re:  Ripple Labs Inc. Wells

7    Submission on behalf of Ripple Labs Inc."?

8        A.   I believe so.

9        Q.   Which documents did you procure after

10   reading Ripple's Wells submission?

11       A.   I cannot be certain of that.

12       Q.   Do you recall any sitting here today?

13       A.   It was one of the litigation materials,

14   but I do not recall.

15       Q.   Okay.  Turning to --

16       A.   All that were requested by me from

17   counsel.

18       Q.   Okay.  Turning to Appendix C, you

19   received Appendix C, the list of XRP use cases,

20   from defense counsel, is that right?

21       A.    I requested this list from counsel after

22   having seen reference to a comprehensive list of

23   use cases in some of the filings, including the

24   Wells filing, I believe.  And I was aware of a

25   number of cases myself.  So then I, yes, did

38

1    request from counsel whether they had this list

2    available or a list available that I could take a

3    look at.

4        Q.    Okay.

5        A.    And that's this list, Appendix C.

6        Q.    That's Appendix C.   Okay.

7              Did you make any changes to the XRP use

8    cases list that you received from defense counsel

9    before appending it to your report as Appendix C?

10       A.    Is the question did I make changes to

11   Appendix C before I appended it to the report?

12       Q.    Close.

13             You received at your request a list of

14   use cases from defense counsel.

15       A.    Yes.   Yes.

16       Q.    After receiving that list but before

17   appending it to your report, did you make any

18   changes to the list?

19       A.    I did not make changes to the list, no.

20       Q.    Okay.   What, if anything, did you do to

21   confirm the accuracy of the information supplied

22   on Appendix C?

23       A.    This was part of my work and methodology

24   listed in Appendix D.   So I looked at the

25   websites.   I looked at -- double-checked what

1   industries these companies -- what does it say? --

2   category, I guess, that these various different

3   companies were assigned to.  So I just did spot

4   checks on those.

5        Q.   Did you look at the websites for each of

6   the entity names listed on Appendix C?

7        A.   That was the work that I delegated to

8   the student I referred to earlier.

9        Q.   Okay.  What work did the student that

10   you referred to earlier do with respect to each of

11   the entries on Appendix C?

12        A.   Well, the student was really involved in

13   the methodology to extracting from this list a

14   subset that is my Appendix D.  So as part of

15   arriving at Appendix D, we had to actually do a

16   review of appendix -- and an analysis of Appendix

17   C.

18        Q.   And what did that student's review and

19   analysis entail?

20        A.   So that goes to the methodology that I

21   describe on page 64.  So the student looked for

22   each of these companies, first at which of these

23   companies had received venture rounds.  So we

24   checked each of the companies as to the

25   availability of information on each of these

1    companies in Crunchbase.  Crunchbase is a public

2    database where one can search companies for

3    financing, type of financing and who finances the

4    company.  We also get information there on

5    founding date.

6              I used founding date in my methodology

7    as a proxy for when venture investment was

8    received by these companies relative to when XRP

9    and XRPL technology was available.

10             So that's the kind of work that he did.

11   Looked at the websites, looked at the founding

12   dates, looked at the amount of the -- capital was

13   received by these companies.  And that's where I

14   need to offer a correction on my page 64.

15        Q.   How does the description of the

16   methodology that you just explained differ, if at

17   all, from your description on page 64?

18        A.   So I want it to be clear.  The

19   methodology has not changed.  It's the description

20   of the methodology that is unclear.  So --

21        Q.   Can you explain to me what's unclear?

22        A.   So -- yes.  So the methodology

23   essentially went through three steps.  The first

24   step was to go to Crunchbase and look for all the

25   equity investment that each of the companies on

41

```
1    the list of 660 had received and we used it as a
2    proxy for high-growth companies among that list of
3    660.  And it's bullet number 1.
4             So bullet number 2 then, out of that
5    full list, I looked at when these companies were
6    founded, and that's what I state here, to see
7    whether the companies were founded before or after
8    Ripple was founded.  But as you will see, my
9    methodology, and the result of my methodology is
10   Appendix D, I included companies that were founded
11   before Ripple was founded but actually received
12   their equity capital after Ripple was founded, and
13   that piece of information is not included in
14   bullet number 2.  So when I talk about the
15   founding, to look at the before and after, it's
16   really about the financing after the founding of
17   Ripple.
18            And the third bullet is as is.  It's
19   really only bullet number 2 in Appendix 4.
20            And, just to be clear, the methodology
21   is what the methodology is.  It resulted in my
22   Appendix D as a result of analysis of Appendix C.
23   It's just that the description was not very clear.
24        Q.   Okay.  So the -- the piece of your
25   methodology that in your view wasn't clearly
```

42

```
1    described in your existing report, Exhibit 1, is

2    that on some occasions you included companies

3    within Appendix D that were founded prior to

4    Ripple's founding?

5         A.    Yes.

6         Q.    Okay.

7         A.    But received equity capital after

8    Ripple's founding.  And that is part of the title

9    of Appendix D.

10        Q.    Who prepared Appendix D?

11        A.    I did together with my student.

12        Q.    Other than your student, did anyone else

13   assist you with preparing Appendix D?

14        A.    No.  I -- regarding Appendix D, I'd like

15   to make a correction there as well --

16        Q.    Sure.  Go ahead.

17        A.    -- in light of the correction on page

18   64, paragraph 124.  And the -- the title is really

19   about use cases receiving venture capital after

20   Ripple founding.  So this "and founded" is not

21   necessary in this title.

22        Q.    And in some cases it's inaccurate?

23                   MR. WHITE:  Objection to

24        form.

25                   You can answer.
```

1    A.   It does not reflect the actual list of

2  companies that I extracted from the larger

3  database --

4    Q.   Right.

5    A.   -- which were founded before.  So that's

6  why "and founded" is incorrect.

7    Q.   I see.

8         How many of the companies listed on

9  Appendix D were founded before Ripple's founding?

10    A.   I believe it was eight companies and

11  these are all with the founding date, which is the

12  last column in -- in this Appendix, in Appendix D.

13  Last column is the founding date of those

14  companies.

15    Q.   I see.

16    A.   So those that have founding dates before

17  2012.  About eight companies.

18    Q.   What's the meaning of the number to the

19  left of the date?

20    A.   That's the aggregate equity capital that

21  these companies have received.

22    Q.   In millions?

23    A.   In millions.  Sorry.  Yes.

24    Q.   What, if anything, did you do to confirm

25  the accuracy of the information in Appendix D?

44

1        A.    Appendix D was the result of my

2   analysis.  So it was all based on the information

3   that was found on Crunchbase.  However, I was

4   notified later on in Mr. ███████ report that one

5   of the companies in here had -- we referred to the

6   wrong website and, so, therefore there was

7   confusion on the name.

8             So the correction to the list really

9   came after taking a look at Mr. ███████ report and

10  when he referred to one company, namely STYRA

11  Technologies.  It's on page -- I guess these pages

12  are not numbered.  It's page 3 of Appendix D, sort

13  of in the upper half.  STYRA Technologies is not

14  the correct company.  It is not the correct

15  website and that is not the correct equity capital

16  to be used.

17            So this is -- this was an erroneous

18  inclusion in that list.

19       Q.    And prior to including STYRA in your

20  Appendix D, did you visit STYRA's website as

21  listed in Appendix D?

22       A.    As I mentioned earlier, I worked with my

23  student to look at these websites, yes.

24       Q.    How many of the websites listed in

25  Appendix D did you personally visit, if any?

45

```
 1        A.   As I said, this was a back-and-forth

 2   between student and myself.

 3        Q.   Sitting here today, do you recall

 4   visiting any of the websites that are listed on

 5   Appendix D?

 6        A.   I did double-check after the STYRA issue

 7   was pointed out.  Double-checked again all the

 8   websites of these companies.

 9        Q.   After you read Mr. ████████ rebuttal

10   report?

11        A.   I double-checked at that time, yes.

12        Q.   Prior to submitting the -- the report in

13   the October of last year, which websites listed in

14   Appendix D did you visit personally, if any?

15        A.   I did them together with my student.

16        Q.   Does that mean that you -- you sat with

17   your student and looked at them together?

18                    MR. WHITE:  Objection; form.

19                    You can answer.

20        A.   We did not sit together.  I asked him

21   to -- after he did all the Crunchbase analysis,

22   I -- I walked with him over the Crunchbase

23   analysis and how to do this.  And then he came

24   back with a short list and then we started looking

25   at -- we con -- we double-checked the websites and
```

46

1    the information of that short list and --

2        Q.   When you say "short list" -- sorry.  Go

3    ahead.

4        A.   The short list being the 91 companies

5    that resulted from the method -- from the

6    methodology I applied to the 660.

7        Q.   So the short list is now Appendix D?

8        A.   Yes.  Appendix D is the list of equity

9    invested companies that have -- either founded

10   after or before Ripple, that have received equity

11   capital after the founding of Ripple.

12       Q.   Okay.  Setting apart anything --

13       A.   Except for STYRA, of course.

14       Q.   Thank you.

15            Setting apart anything that your student

16   may have done, what did you do to review any of

17   the websites that are listed on Appendix D?

18       A.   I looked at the websites.  Looked at

19   when -- how they used XRP and XRPL or XRPL; what

20   these companies did; what industry they were in;

21   how they were categorized.  So generally what kind

22   of information was available on these companies.

23            I looked at media releases of these

24   companies.  I cross-referenced all these companies

25   again with XRP and XRPL and see if there was any

47

1    release that would either confirm or not confirm,

2    but in this case it all confirmed the use, the use

3    of XRP and XRPL.

4         Q.   And you personally did that for all 91?

5         A.   I personally did that for all 91.

6         Q.   How did you locate media releases with

7    respect to the XRP or the XRP Ledger for all 91?

8         A.   There's sort of two parts to your

9    question.  How do you check media releases?  Many

10   of these companies actually have media buttons

11   that I can check.

12             And as far as the cross --

13   cross-referencing to XRP and XRPL, I did a search.

14        Q.   A Google search?

15        A.   A keyword search, yes.

16        Q.   Okay.

17        A.   And then looked at whatever business

18   websites or other credible websites came up.

19        Q.   Okay.  Turning to --

20        A.   CoinDesk and as such.

21        Q.   I'm sorry?  What was that?

22        A.   It's a list of -- these are references

23   such as Fortune and CoinDesk and crypto.com and,

24   you know, professional sites that would have

25   information on the use of XRP or XRPL by these

48

1      companies.

2           Q.   Turning to Appendix E, was Appendix E

3      supplied by defense counsel?

4           A.   Appendix E was requested by me.  I was

5      aware, since I had been aware and was familiar

6      with Ripple or knew about Ripple, as I said, about

7      between five and ten years ago.  I knew what they

8      were doing.  I had seen media releases of this

9      company.

10               I was able to, as part of my report,

11     looking at equity investment in these companies

12     and I at one point requested whether my

13     knowledge -- I wanted to cross-reference whether

14     my knowledge and what was available about the

15     company was correct.  So I requested this list and

16     then this list was provided by counsel.

17          Q.   After you received the list that appears

18     at Appendix E to your report but before you

19     appended it to your report, did you make any

20     changes?

21          A.   Can you repeat the question?

22          Q.   Sure.

23               You received the materials that now

24     appear as Appendix E from --

25          A.   Mm-hmm.

49

1       Q.   -- defense counsel, correct?

2       A.   Yes.

3       Q.   Okay.  Before you appended those

4    materials as Appendix E to your report -- your

5    report, did you make any changes?

6                    MR. WHITE:  Objection to

7            form.

8                    You can answer.

9       A.   I don't think I did, no.

10       Q.   What, if anything, did you do to confirm

11    the accuracy of the information in Appendix E?

12       A.   I -- so Appendix E has a lot of

13    information.  The subtitle of Appendix E is "Brief

14    Timeline of Products, Fundraising Rounds, and

15    Accolades."  So the three elements of that.

16            Regarding everything that related to any

17    of these three, I had other sources of information

18    available as well, but in here I looked at all the

19    websites or all these web links that were

20    provided.

21       Q.   And, again, you personally visited each

22    of these websites?

23       A.   I personally visited each of these

24    websites.

25       Q.   Did you take any other steps other than

50

1    visiting these websites to confirm the accuracy of

2    the information?

3        A.   Yes.  For example, fundraising rounds I

4    requested from counsel that I could see the

5    consolidated financial statements to

6    cross-reference the amount of equity capital that

7    was received, et cetera.  Why it was received, any

8    other information.

9            So I did a lot of cross-referencing

10   between this and other sources of information

11   available to me.  I went just also to Ripple's

12   site.  I went to all the other media sites that

13   are footnoted in the -- in the document to make

14   sure that the information contained in here was

15   correct.

16           And, again, the intent was not, as I

17   stated in my report, where I take someone's

18   information and put it in a few charts, Chart 6

19   and Chart 7, to be illustrative of products and

20   accolades.  Not a full and complete list.

21       Q.   Which years of Ripple's consolidated

22   financial statements did you review?

23       A.   I think we have to go back to materials

24   provided in Appendix B.  I believe the first

25   Bates-identified documents are the consolidated

1    statements, but also -- let me refer to my report,

2    the table where I aggregate this information.

3    There's a footnote in the report that I also want

4    to refer to so...

5              Yeah.  Table 3 on page 50 has the

6    footnote to -- to the links in Appendix E, I

7    guess.  Appendix -- yeah, in Appendix E, and the

8    data came from the consolidated statements which I

9    think are all the Bates-numbered documents.

10        Q.   I see.

11        A.   So I seen every year, I believe.  Yep.

12   2014, '15, '16, '17, through -- through 2020.

13        Q.   Did you review the entirety of the

14   financial statements for the years listed in

15   Footnote 77?

16        A.   I did, yes.

17        Q.   Okay.  Other than the materials that

18   we've already discussed in the appendices, did

19   defense counsel supply you with any other facts or

20   data that appears in your report?

21        A.   Other than the footnotes and Appendix B,

22   no.

23        Q.   When you say "other than the footnotes,"

24   do you mean that defense counsel supplied you with

25   the citations that appear in the footnotes in your

52

1   report?

2                    MR. WHITE:   Objection.

3            Calls --

4        A.   Can you restate that question?

5        Q.   Sure.

6            Can you identify me -- for me what facts

7   or data defense counsel supplied that we haven't

8   yet discussed today?

9        A.   No, these were all mine.

10       Q.   So to be clear, other than the

11  appendices that we've discussed --

12       A.   Mm-hmm.

13       Q.   -- there's nothing else in your report

14  in terms of facts or data that was supplied by

15  defense counsel?

16       A.   No.

17       Q.   In your report you cite press releases

18  by Ripple on occasion, correct?

19       A.   In the report?

20       Q.   Yes.

21       A.   Yes.  Where in the report are you

22  referring?

23       Q.   I don't have a citation for you at the

24  ready.

25            Do you recall sitting here today whether

1     or not you cited Ripple press releases in the

2     report?

3          A.   I do, yes.

4          Q.   Okay.  And did you?

5          A.   Yes.  Yes, I did.  I'm sorry.  Yes.

6          Q.   And on occasion you referred to Ripple's

7     website as a source for your report, is that

8     correct?

9          A.   Yes, I did.

10         Q.   Okay.  For any of these Ripple sources,

11    what, if anything, did you do to confirm the

12    accuracy of the information supplied in those

13    sources?

14                    MR. WHITE:  Objection.

15         A.   Is your question specific to the Ripple

16    website?

17         Q.   Specific to Ripple website or Ripple

18    press releases or any other Ripple-authored

19    source.

20                    MR. WHITE:  Same objection.

21         A.   So I've been familiar with Ripple for a

22    long time and I'm also -- through the University

23    of Michigan we're a member of UBRI, Ripple's

24    University Blockchain Research Initiative, that

25    results in meetings.  There was one in-person

54

```
1    meeting in Berkeley, UC Berkeley, and there have
2    been two online meetings.  And so there's a lot of
3    information that comes out there that jives with
4    the information that is released on the website.
5    So it becomes sort of a cross-referencing between
6    multiple sources.
7         Q.   Okay.  Other than what you just
8    mentioned, did you take any affirmative steps to
9    confirm the accuracy of information authored by
10   Ripple that's cited in your report?
11                  MR. WHITE:  Objection; form.
12        A.   Depends on which specific information
13   and reference you're referring to.
14        Q.   Sitting here today, can you recall any
15   steps you took to confirm the accuracy of any
16   particular Ripple source cited in your report?
17                  MR. WHITE:  Objection; form.
18        A.   Any Ripple source?
19        Q.   Yes.
20        A.   I cannot answer that question.  Some I
21   did; some I did not further verify.  There's many
22   pages on the websites.  There's many documents
23   related to XRP and XRPL.  There's many other
24   crypto sites that refer to it.  And in some cases
25   I did cross-reference.  We have to go to a
```

1    specific citation or footnote.

2         Q.   Okay.  Did you talk to any Ripple

3    employees in connection with the preparation of

4    your report?

5         A.   No.

6         Q.   Okay.  Was there ever any occasion where

7    you copied language from a Ripple source directly

8    into your expert report?

9         A.   What do you mean with "a Ripple source"?

10        Q.   For instance, there's a -- say there's a

11   Ripple press release.

12             Did you ever copy language directly from

13   that press release into your report?

14        A.   If and when I did, it would have been in

15   quotations.

16        Q.   Okay.  Setting aside Ripple sources, did

17   you ever copy language from any other source

18   directly into your report without quotations?

19                  MR. WHITE:  Objection to

20             form.

21        A.   Not that I'm aware of, no.

22        Q.   Okay.  In preparing your opinion that's

23   set forth in Exhibit 1, did you consider any

24   sources that aren't cited in Exhibit 1?

25        A.   Could you repeat that question?

1      Q.   Sure.

2           In preparing your expert opinion that's

3    set forth in Exhibit 1, did you consider any

4    sources that are not cited in Exhibit 1?

5      A.   No.

6      Q.   Okay.

7      A.   Besides my overall knowledge in the

8    space and that helped me structure the report, but

9    I cited to any statement that was relevant in this

10   report.

11     Q.   Okay.  I'll just ask a narrowing

12   opinion.

13          In preparing your opinion set forth in

14   Exhibit 1, did you consider any websites where you

15   didn't cite the website in Exhibit 1?

16     A.   I did not.

17     Q.   Okay.  Moving to Exhibit 2, your

18   rebuttal report, in preparing your opinions set

19   forth in Exhibit 2, did you consider any materials

20   that are not listed within Exhibit 2?

21     A.   I only see the footnotes here.  Are

22   there any other...?

23     Q.   Right.

24          Were there any other sources that you

25   considered in preparing Exhibit 2 that are not

57

1    cited in any way in Exhibit 2?

2        A.   No.

3        Q.   No.

4             You cite a number of academic articles

5    in Exhibit 2?

6                   MR. WHITE:  Objection.  Is

7             there a question?

8        A.   Can you repeat the question?

9        Q.   Sure.

10            You -- did you cite a number of academic

11   articles in Exhibit 2?

12       A.   I do.

13       Q.   Okay.  Did defense counsel supply you

14   with any of the academic articles that you cite in

15   Exhibit 2?

16                  MR. WHITE:  You can answer

17            that yes or no.

18       A.   No.

19       Q.   Okay.  Other than your own reports, have

20   you read any other expert reports in this case?

21       A.   Yes.

22       Q.   Which ones?

23       A.   I have read Dr. ███████ report and

24   then the rebuttal reports inasmuch as they cover

25   your question.

58

1          Q.   Have you read all of the rebuttal

2    reports from the SEC?

3                        MR. WHITE:   Objection.

4          A.   I have read the rebuttal report from

5    Mr. ███████ that is relevant to my original report.

6          Q.   Did you read Mr. ████████ opening report?

7          A.   I did not.

8          Q.   Okay.  Did you read the entirety of

9    Mr. ████████ rebuttal report?

10         A.   I did.

11         Q.   Are there any other expert reports that

12   you read that we haven't discussed yet?

13         A.   There was an updated report by

14   Dr. ████████ that I also read.

15         Q.   Have you also reviewed Dr. ████████████

16   deposition testimony in this case?

17         A.   I have not.

18         Q.   Other than the deposition testimony

19   that's listed in Appendix B to your Exhibit 1,

20   have you reviewed any other deposition testimony

21   in this case?

22         A.   Sorry.  I have to go and refer.

23         Q.   Sure.

24         A.   No, just David Schwartz and Asheesh

25   Birla.

59

1          Q.   Okay.  Going back to Exhibit 2 for a

2   moment, did you read all of the academic papers

3   that you cited in Exhibit 2?

4          A.   Exhibit -- what do you refer -- what is

5   Exhibit 2?

6          Q.   Your rebuttal report is Exhibit 2.

7          A.   Ah, yes.  Okay.

8          Q.   So the question is:  Did you read all of

9   the academic papers that you cited in your

10  rebuttal report?

11         A.   I did.

12         Q.   Let's see.  Let's turn back to Exhibit

13  1, paragraph 41, and Footnote 26.

14              Are you there, Professor?

15         A.   Page 41?

16         Q.   Paragraph 41.

17         A.   Oh, paragraph 41.

18         Q.   Page 19.

19         A.   And you're referring to?

20         Q.   Footnote 26.

21         A.   Yes.

22         Q.   In Footnote 26, you cite a number of

23  items on which you rely in addition to the sources

24  cited in your report, is that correct?

25                   MR. WHITE:  Objection.

```
1         A.    These are cited in my report.

2         Q.    Right.  Let me just read it.  Footnote

3    26 states "In describing the XRP Ledger, XRP, and

4    Ripple throughout this report, in addition to the

5    cited sources, I am relying on..." and then the

6    sentence continues, correct?

7         A.    Oh, yes.

8         Q.    Okay.  What of your "personal dealings

9    with Ripple in connection with UBRI and developing

10   the gift to the University of Michigan" did you --

11                    THE REPORTER:  Repeat.

12                    MR. SYLVESTER:  Sure.

13        Q.    What of your "personal dealings with

14   Ripple in connection with UBRI and developing the

15   gift to the University of Michigan" did you rely

16   on in forming the opinions set forth in your

17   report?

18        A.    Specific which knowledge?

19        Q.    Yeah.

20              How did it inform your report?

21                    MR. WHITE:  Objection.

22        A.    Well, I'm broadly familiar with the

23   company.  I'm familiar with its arc of products

24   over time.  I'm familiar with the application use

25   cases even before we started doing this report
```

1    that used XRP -- some use cases that used XRP or

2    XRPL.

3          I'm familiar with Xpring and RippleX,

4    again, through my engagements on UBRI.

5          I'm familiar with, of course,

6    conversations that I had with other UBRI members

7    from the 27 global universities that come together

8    at these conferences.  So that sort of generally

9    informs the broad understanding of -- of -- of

10   technology, technology limitations, uses, business

11   models.

12         And then, of course, I cite specifically

13   to a case, a business case, Ripple -- the business

14   of crypto, which is one of the business cases that

15   I use in an entrepreneurial business development

16   course that I teach at the University of Michigan

17   to engineers and MBAs.

18       Q.   What use cases for XRP or the XRP Ledger

19   were you familiar with prior to your engagement

20   with this case?

21       A.   Are you asking for the names of the

22   companies?

23       Q.   Whatever you would consider to be a use

24   case.

25                    MR. WHITE:  Objection.  No

```
 1              question.
 2      A.   So I was familiar with Ripple Net and
 3   xCurrent and the xRapid, ODL, even though it all
 4   went through iterations.  I was familiar with, of
 5   course, the exchanges, decentralized exchanges as
 6   well as other exchanges that use XRP.
 7              I am --
 8      Q.   Can you give me an example of
 9   decentralized and other exchanges that use XRP?
10      A.   Both buyers and sellers of XRP on
11   exchanges.  On a -- not a specific exchange, but
12   Binance and others, ████ and those.
13      Q.   Okay.  Turning back to Footnote 26, one
14   of the other items on which you relied in your
15   expert report is your experience as an expert in
16   blockchain technology, is that correct?
17      A.   Yes.
18      Q.   How did your experience as an expert in
19   blockchain technology inform your report?
20      A.   Well, my expertise is mainly focused
21   around different application domains, the
22   disruptive potential of blockchain, blockchain
23   business -- the blockchain business case, business
24   cases.  How different kinds of companies have
25   deployed blockchain, not just start-ups, but also
```

63

1    larger corporations such as IBM and others.  How

2    they use blockchains as really more from on the

3    applied side rather than on the underlying

4    technical features side specifically.

5            So that sort of broad information is how

6    disruptive the technology is in the market.  And

7    with "disruptive," I mean how disruptive the

8    future opportunities for growth are for blockchain

9    in the industry.

10       Q.   Another item on which you relied

11   according to Footnote 26 is Ripple's Wells

12   submission.

13            Do you see that?

14       A.   Yes.

15       Q.   Do you have an understanding of what a

16   Wells submission is, what its purpose is?

17       A.   I do not.

18       Q.   Okay.  What portion of Ripple's Wells

19   submission did you rely on in preparing your

20   report?

21       A.    I read the entire submission to get a

22   sense of context, to get a sense of arguments, to

23   get a sense of kind of information that is

24   being -- that was in the early days of my

25   engagement in this case where I wanted to

64

 1    basically look at all types of reports that were

 2    out there, filings, as well as depositions, to

 3    inform myself as to what the context and various

 4    different arguments were related to this case.

 5         Q.   When you say you wanted to get a sense

 6    of the arguments related to this case, arguments

 7    about what?

 8         A.   Well, I don't mean the -- the legal

 9    arguments.  I just want to see what are the

10    different positions, I guess, that -- that these

11    different reports, you know, display.

12         Q.   The position of Ripple?

13                   MR. WHITE:  Objection.  No

14         question.

15         A.   The position of whomever the author was

16    of -- and authors were of the report.

17         Q.   Do you know who authored Ripple's Wells

18    submission?

19         A.   As I sit here, I cannot be sure, but I

20    believe it was on behalf of Ripple.  I just --

21    that was immaterial to my review.  My review was

22    what is the information that is out there relating

23    to this SEC case?  Because all I knew at that time

24    was essentially all the media disclosures.  So

25    very high level.  I didn't know anything else

65

1    related to -- of course related to the specific

2    case.  I wanted to read more about it.

3        Q.   Did you do anything to verify the

4    accuracy of any information you learned from

5    reviewing Ripple's Wells submission?

6        A.   I did not.  I read it, again, to gain

7    insights.

8        Q.   You mentioned earlier -- turning again

9    to Footnote 26, you mentioned earlier the business

10   case that you teach in your class.

11           Is that Ripple, the business of crypto?

12       A.   Yes, it is.

13       Q.   Okay.  What information did you draw

14   from Ripple, the business of crypto, in forming

15   your opinions?

16       A.   Well, this is one of a few FinTech or

17   financial technology cases that is available on --

18   in the Harvard Business School site, cases that I

19   use in my classes, that really talks about and --

20   and explains to the students sort of how digital

21   companies and early technology companies develop

22   their product strategy, their market strategy,

23   their market adoption.  It's really more from that

24   perspective.

25           So I wanted to understand what was the

1    value proposition that -- I wanted to understand.

2    I mean I teach what's the value proposition that

3    Ripple put out there and how -- sort of what is

4    the arc of different products that result in sort

5    of moving towards that market.

6        Q.   Do you know whether anyone at Ripple

7    contributed content to that business case?

8        A.   I will have to check the business case,

9    but I would not be surprised, given my knowledge

10   of how business cases are written, that there

11   would be interviews with people from Ripple.

12       Q.   Do you know whether anyone at Ripple

13   approved the statements in the business case?

14       A.   I do not know what -- as I'm sitting

15   here now.

16       Q.   Okay.  Would that sort of review and

17   approval by a company that was the subject of a

18   business case be standard operating procedure?

19                    MR. WHITE:  Objection; form

20            and foundation.

21       A.   I'm not sure what the Harvard Business

22   School's rules are regarding the degree of

23   affirmation or confirmation or sign-off.

24       Q.   Did you ever learn -- go ahead.  Sorry.

25       A.   So the case is exemplary of many other

1   digital finance cases that I teach in that class

2   and they all follow that same arc in business

3   development iterations and product iterations over

4   time.  So as the students become more interested

5   in financial technology and blockchain, I wanted

6   to bring in financial technology cases to sort of

7   illustrate that this is generally how digital

8   industries develop.

9       Q.   Did you at any point ever learn that any

10  of the information included within that case study

11  was inaccurate?

12                  MR. WHITE:  Objection; form.

13      A.   Sorry.  Could you repeat that question,

14  please?

15      Q.   Sure.

16          Have you ever learned that any of the

17  information included within the case study

18  referenced in Footnote 26 was inaccurate?

19                  MR. WHITE:  Objection; form.

20      A.   So did I verify that or did I learn

21  about it?  So what was your question?

22      Q.   The latter.

23          Just have you ever discovered or learned

24  at any point in time that there's any information

25  that's within that case study that turned out to

68

1    be inaccurate?

2                    MR. WHITE:  Objection; form.

3        A.   The only thing I can speak to is that

4    they highlight the MoneyGram collaboration,

5    partnership in the business case --

6        Q.   Mm-hmm.

7        A.   -- as written up.  And I learned after

8    that the MoneyGram partnership I believe was

9    either on hiatus or discontinued.  I'm not sure

10   exactly what was -- what was happening there.  But

11   that wouldn't make it inaccurate.  It's just that

12   one partner that adopted the product may have made

13   a decision as to whether or not they liked it or

14   didn't like it.

15           This is, again, part of the overall

16   adoption process.  You test out the market.  So I

17   don't think the question is about accurate or

18   inaccurate necessarily.  It's about does the -- do

19   the conditions change?

20       Q.   Right.  But just setting aside changed

21   market conditions --

22       A.   Mm-hmm.

23       Q.   -- is there anything else in the report

24   that sitting here today you think is inaccurate?

25       A.   I would have to go back over that report

69

```
 1    in the context of what I know now since being

 2    engaged whether or not anything that I read in

 3    that case I would deem to be inaccurate.  I don't

 4    know.

 5         Q.   Turning back to Exhibit 2, paragraph 2,

 6    it says that you've been asked to evaluate the

 7    methodology and conclusions set forth in that

 8    report, referencing Dr. ███████ report, is that

 9    right?

10         A.   Yes, that's what it states in this

11    paragraph.

12         Q.   Okay.  Are you rebutting any expert's

13    opinion in this case other than Dr. ███████

14    opinion?

15         A.   My focus was on Dr. ███████ report.

16         Q.   Regardless of your focus, is there any

17    other expert opinion that you're rebutting in this

18    case other than Dr. ███████ opinion?

19         A.   No.

20         Q.   Okay.  Do you know Dr. ███████

21         A.   Personally?  No, I do not.

22         Q.   Prior to this case, had you ever heard

23    of him?

24         A.   I had not.

25         Q.   Prior to your retention in this case,
```

70

1    did you have any familiarity with his work?

2         A.   Prior to retention in this case?

3         Q.   Mm-hmm.

4         A.   No.

5         Q.   Okay.  Did you review the portions of

6    Dr. ██████ report that set forth his

7    qualifications in his CV?

8         A.   Yes, I did.

9         Q.   Do you believe that Dr. ██████ is

10   qualified to offer an expert opinion on the topic

11   of decentralization?

12                    MR. WHITE:  Objection; form

13            and calls for a legal conclusion.

14        A.   When you refer to the "topic," what do

15   you mean specifically?

16        Q.   Well, in Dr. ██████ report, he sets

17   forth his opinion on the decentralization of the

18   XRP Ledger, correct?

19        A.   Yes.

20                    MR. WHITE:  Objection; form.

21        Q.   And he also in his report compares the

22   decentralization of the XRP Ledger with the

23   bitcoin and Ethereum ledgers, correct?

24                    THE REPORTER:  Slow down,

25            please.  "He also in is report..."?

71

```
 1        Q.   Compares the decentralization of the XRP

 2   Ledger with the bitcoin and Ethereum ledgers,

 3   correct?

 4                  MR. WHITE:  Objection; form.

 5        A.   That is what his opinion -- his opinion

 6   is based on that compare -- his methodology is --

 7   he uses a methodology to make that comparison,

 8   yes.

 9        Q.   And in so doing, he's offering an

10   opinion broadly on the topic of decentralization,

11   correct?

12                  MR. WHITE:  Objection; form.

13        A.   He is offering an opinion on that,

14   that's correct.

15        Q.   Okay.  So based on your review of

16   Dr. ███████ qualifications and his CV, do you

17   believe that he's qualified to offer an opinion on

18   the topic of decentralization?

19                  MR. WHITE:  Objection; form,

20          calls for a legal conclusion.

21        Q.   You can answer.

22        A.   He is qualified.  I agree he is

23   qualified to form an opinion.  The question is

24   whether the approach and the methodology that he

25   uses is one that is established in the literature.
```

1          Q.   Prior to your retention as an expert

2     witness in this case, had you ever met anyone who

3     worked at Ripple?

4          A.   Prior to my retention?  Yes.

5          Q.   Who?

6          A.   Asheesh Birla.

7          Q.   Anyone else?

8          A.   And then Lauren Weymouth.

9          Q.   Anyone else?

10                    MR. WHITE:  Objection; form.

11         A.   There are people that speak at these

12    UBRI conferences and I meet them from far away,

13    but I don't really have a one-on-one conversation

14    with them.

15         Q.   Who falls within that category?

16         A.   Example, David Schwartz and Chris

17    Larsen.  He opens the conference.  He opened one

18    of the conferences.

19         Q.   How about Mr. Garlinghouse?

20                    MR. WHITE:  Objection; form.

21         A.   I don't know him.

22         Q.   Have you ever heard him speak?

23         A.   No.

24         Q.   And you've never had a one-on-one

25    conversation with either Mr. Schwartz or

73

1    Mr. Larsen?

2                    MR. WHITE:  Objection; form.

3        A.   I have not.

4        Q.   Okay.  When did you meet Mr. Birla?

5    Approximately is fine.

6        A.   I believe that must have been 2018

7    sometime.

8        Q.   How did you meet him?

9        A.   He was -- I was introduced to him

10   through the Business Engagement Office of the

11   University of Michigan.  Companies such as Ripple

12   that have alumni of the University of Michigan

13   will reach out to the Business Engagement Office

14   to set up partnerships or gift agreements or

15   things like that.

16           And through the initial context that

17   Mr. Birla made with the Business Engagement

18   Office, I received a call to say that Ripple was

19   interested in finding out what the University of

20   Michigan was doing with respect to blockchain and

21   cryptocurrencies and that resulted in a first --

22   first a call and then a meeting at one of the --

23   during one of the football games, I believe.

24       Q.   Why did the Business Engagement Office

25   of the University of Michigan reach out to you?

74

```
 1                    MR. WHITE:  Objection;

 2           foundation.

 3       A.   I had at that time -- so this was --

 4  we're talking 2018.  In 2016, '16/'17, I started

 5  the Center for Infrastructure Finance at the

 6  University of Michigan.  And some of the people at

 7  the Business Engagement Office that I know knew

 8  that I was interested in decentralized

 9  technologies and blockchain as part of that

10  center.  So they reached out to several people

11  across the university.

12                    MR. WHITE:  Ms. Sylvester,

13           sorry, we've been going for about an

14           hour and twenty.  Would now be a good

15           time for a break?

16                    MR. SYLVESTER:  Sure.  Fine

17           by me.

18                    MR. WHITE:  Okay.

19                    THE VIDEOGRAPHER:  We'll go

20           off the record.  The time is 10:31.

21                    (Whereupon, a recess is

22           taken.)

23                    THE VIDEOGRAPHER:  We'll go

24           back on the record.  The time is

25           10:48.
```

75

1    BY MR. SYLVESTER:

2         Q.   Professor, when was the last time that

3    you spoke with Mr. Birla?

4         A.   I don't recall exactly.  Since

5    Ms. Weymouth took over from him in her role as

6    director of UBRI.  I believe I refer to that in my

7    expert report, when she took over.  She took over

8    in August 2018.

9         Q.   And what is her role at UBRI?

10        A.   She is the Director of University

11   Partnerships.

12        Q.   And what's the nature of your

13   communications with her in that role?

14        A.   She will -- she will contact all the

15   UBRI leads on occasion and then it's usually about

16   an update on their software or an invitation to

17   participate in meetings or in hackathons or things

18   like -- things of the like.

19        Q.   What exactly is UBRI?

20        A.   UBRI is a name, University Research

21   Partnership, that is intended to -- intended to

22   sort of expand the knowledge in blockchains and

23   financial technology and to prepare the next

24   generation of, sort of, employees in the FinTech

25   space at various different universities.

1              So it really is a gifting program to

2      stimulate innovation -- sorry, to stimulate

3      innovation at universities.

4          Q.   UBRI is a gifting program, is that

5      right?

6                    MR. WHITE:   Objection; form.

7          A.   It is a partnership program and the way

8      they work with universities is through gifts.

9          Q.   UBRI gives gifts to universities.

10                   MR. WHITE:   Objection.   No

11             question.

12         A.   That I'm going to have to double-check

13     how the gift arrangement, as in the legal gift

14     arrangement, is structured, which I do not get

15     involved in.   But it is a -- it is designated as

16     being a gift under a corporate gifting of the

17     university.   So, therefore, it's not a contract.

18         Q.   When you said "the gift" in your answer,

19     do you mean the gift given to the University of

20     Michigan?

21         A.   Yes.

22         Q.   Okay.   And Ripple funds UBRI, is that

23     right?

24         A.   Actually, I am not privy to that

25     information, on how UBRI is funded.

1      Q.   Okay.  Can you look --

2      A.   But it being a partnership program --

3                MR. WHITE:  Let the witness

4           finish his answer -- sorry, finish his

5           answer.

6                MR. SYLVESTER:  Please do.

7      A.   No, that's okay.

8           I don't know how it is funded.

9      Q.   Okay.  Can we look at paragraph 12 of

10   your report?

11     A.   Yes.

12     Q.   So the first sentence says "Ripple Labs

13   Inc. (Ripple) funds what is known as the

14   University Blockchain Research Initiatve (UBRI)"?

15     A.   Yes.

16     Q.   What's the basis for that statement?

17     A.   When I say it funds it, it's actually

18   operated out of Ripple.  It's part of Ripple, but

19   I -- it does not refer to the actual sourcing of

20   the funding, which I do not know and I'm not

21   familiar with.

22     Q.   Why did you choose the word "funds"?

23     A.   I mainly did it based on assumption

24   because it's part of Ripple and, therefore, I

25   would assume it is Ripple-backed.

78

1          Q.   Sitting here today, do you know whether
2     or not it's Ripple-backed?
3                    MR. WHITE:  Objection to
4          form.
5          A.   As I answered earlier, I am not familiar
6     with the actual agreements between Ripple and
7     UBRI, the UBRI program.
8          Q.   What was your --
9          A.   The corp -- corporate agreements, that
10    is.
11         Q.   Sure.
12              What was your involvement with the
13    University of Michigan's participation in UBRI, if
14    any?
15         A.   I am one of the three university leads
16    to operationalize the gift.
17              Was that your question?
18         Q.   Can you explain what you mean by
19    "operationalize the gift"?
20         A.   Yeah.  So when a -- a corporate funder
21    engages with the university, the university,
22    through its Business Engagement Office, will reach
23    out to who they think are relevant faculty
24    members/professors at the university and they
25    identified three key members.  Over time.  This

79

```
1    was iterative.  One in engineering, that is
2    myself.  Then a person in the business -- the Ross
3    School of Business and a person in the Ford School
4    for Public Policy.
5              And they then leave it up to the three
6    of us to develop a program that would meet the
7    spirit of the gift, but we do not have any
8    contractual obligations to -- Ripple cannot
9    interfere in what it is that we actually do with
10   the funding once it releases UBRI and comes to the
11   university.
12         Q.   And, Professor, we've been speaking of
13   "the gift."
14              Is this the gift referenced in paragraph
15   13 of your expert report?
16         A.   Yes, it is.
17         Q.   Okay.  You're the director of the Center
18   for Smart Infrastructure Finance?
19         A.   That's correct, yes.
20         Q.   And that center co-founded the
21   University of Michigan FinTech Collaboratory?
22                   MR. WHITE:  Objection.  No --
23              no question.
24         Q.   Go ahead.
25         A.   Okay.  Yes, the center is one of the
```

80

1    three co-founders of the FinTech Collaboratory.

2        Q.   And according to paragraph 12, the

3    FinTech Collaboratory -- strike that.

4            According to paragraph 12, the FinTech

5    Collaboratory is funded in part by a gift from

6    UBRI, is that right?

7        A.   Yes.  Which statement are you referring

8    to?

9        Q.   Paragraph 12, the third sentence.

10       A.   Yes.  Yes.

11       Q.   Okay.  What portion of the FinTech

12   Collaboratory's budget is -- constitutes that gift

13   from UBRI?

14               MR. WHITE:  Objection; form.

15       A.   So the FinTech Collaboratory isn't

16   really an entity.  It's an integration of three

17   centers.  And these -- the Ripple gift comes in to

18   these three centers, each of whom have plenty of

19   other funding from other sources.

20       Q.   Okay.  Does -- does the FinTech

21   Collaboratory have a budget?

22       A.   That would be the Ripple gift.

23       Q.   The Ripple gift is the FinTech

24   Collaboratory's budget?

25       A.   That then trickles down into the three

1   partners:  In engineering, in the business school,

2   and in Ford School for Public Policy.  And these

3   three partners actually have to find -- or

4   actually are funded otherwise as well.  So

5   basically it's part of the funding of the three

6   core members of the FinTech Collaboratory.

7        Q.   And who are the three core members of

8   the FinTech Collaboratory?

9        A.   So it is the Center for Infrastructure

10  Finance; it is the Ford School for Public Policy

11  Center on Finance, Law, and Policy; and it is the

12  FinTech Initiative at the Ross School of Business.

13       Q.   Have you seen the original gift

14  agreement referenced in paragraph 13?

15       A.   I have seen it, yes.

16       Q.   Do you have it?

17            MR. WHITE:  Objection to

18            form.

19       Q.   Is it within your files?

20       A.   It's probably somewhere on my computer.

21       Q.   Did you review that in connection with

22  preparing your report?

23       A.   No.

24       Q.   Was there a second gift agreement for

25  the gift extended in April of 2021 as referenced

82

1    in paragraph 13?

2        A.   Yes.

3        Q.   And do you have access to that gift

4    agreement as well?

5                    MR. WHITE:  Objection; form.

6        A.   I have access to the check.

7        Q.   Are the funds from the gift extension

8    referenced in paragraph 13 allocated in the same

9    way as the initial gift?

10                   MR. WHITE:  Objection; form.

11       A.   No.  So it depends on the needs and the

12   needs of the individual partners of the center.

13       Q.   How is -- sorry.  Go ahead.

14                   MR. WHITE:  Please finish

15            your answer.

16       A.   It depends on the needs, the

17   programmatic needs, I guess, of the different

18   members of the Collaboratory.

19       Q.   The gift extension that started in April

20   of 2021 is ongoing for two years from April 2021?

21   Am I reading that correctly?

22       A.   Yes, but I am not sure when the gift was

23   actually committed to the university.  It was sort

24   of -- there was an agreement and then there was a

25   commitment of the gift as in when it's actually

83

1    coming to the university.  So I don't know when

2    it's coming to the -- or when -- when it came to

3    the university.

4         Q.   Do you know how the funds as part of the

5    gift extension have been allocated to date?

6         A.   To date?  I would have to take a look.

7         Q.   Have part of -- strike that.

8              Has any part of the gift extension been

9    allocated to the FinTech Collaboratory?

10        A.   It all went to the FinTech

11   Collaboratory, but the allocation as to the three

12   parties of the FinTech Collaboratory changes.  And

13   from my recollection, the gift extension was

14   mainly allocated to the business school and the

15   School for Public Policy.

16        Q.   As -- as part of your role at the

17   University of Michigan, do you conduct research?

18        A.   Yes.  I lead a research group, yes.

19        Q.   And is any of that research group's

20   funding funded by the UBRI gifts we've been

21   discussing?

22        A.   Some of it.

23        Q.   What percentage?

24        A.   When you refer to "percentage," do you

25   refer to the percentage of the center's budget,

84

1    how much of that is Ripple, how much of that is

2    UBRI funds?

3         Q.   I'm focusing just on the research group

4    that you supervised.

5         A.   Okay.

6         Q.   How much of that research group's

7    funding comes from the UBRI gifts we've been

8    discussing?

9         A.   Maybe about 10 or 15 percent.

10        Q.   Has there been any change or update to

11   Ripple's gift to the University of Michigan since

12   you submitted your report in October of 2021?

13                  MR. WHITE:  Objection; form.

14        A.   Can you restate that question?

15        Q.   Sure.

16             Has there been any change or update to

17   Ripple's gift to the University of Michigan since

18   your report was submitted in October of 2021?

19        A.   You're referring to Exhibit 1?

20        Q.   Yes.

21                  MR. WHITE:  Objection.

22             Objection to form of the last

23             question.

24                  THE WITNESS:  Okay.  Sorry.

25                  MR. WHITE:  You can answer.

85

1      A.   No.

2      Q.   Are you familiar with the concept of a

3   validator node that runs on the XRP Ledger?

4      A.   Yes.

5      Q.   Okay.  Does the University of Michigan

6   run a validator node on the XRP Ledger?

7      A.   It does not.

8      Q.   Has it ever?

9      A.   Not that I know of.  It's part of the

10   restrictions of the gift agreement.

11      Q.   I see.

12           Can we turn to the end of paragraph 12?

13   The last sentence of paragraph 12 says "As part of

14   UBRI, the University of Michigan maintains a

15   validator node on the XRP Ledger (which I describe

16   in greater detail below), but the University of

17   Michigan has not actively participated in voting

18   on the XRP Ledger because of university policies

19   governing services under corporate gift

20   agreements."

21           Do you see that?

22      A.   Yes.

23      Q.   Okay.  What does "maintains a node" --

24   sorry.  Strike that.

25           What does "maintains a validator node on

86

1    the XRP Ledger" mean?

2         A.   I would say we have the nodes or we are

3    a node, but we're -- it's inactive.  We don't get

4    involved in any verification of transactions or

5    anything.  It's not active.

6         Q.   So the -- the node maintained by the

7    University of Michigan on the XRP Ledger does not

8    validate transactions?

9                   MR. WHITE:  Objection.  No

10             question.

11        Q.   Go ahead.

12        A.   It -- it does not validate transactions.

13        Q.   Okay.

14        A.   And the maintenance part relates to that

15   we do get the updates on the protocols and

16   whatnot, that we get things to download, but we

17   actually do not validate.

18        Q.   Did anyone at Ripple ever ask anyone at

19   the University of Michigan to run a validator node

20   on the XRP Ledger?

21                  MR. WHITE:  Objection;

22             foundation.

23        A.   As part of the negotiations around the

24   gift agreement, Ripple stated that they would like

25   the University of Michigan to become an active

87

1    validator node on the network.  And the university

2    said that that could not be part of the agreement.

3    However -- because of policies that I cite to

4    later, standard practice policies and gift

5    acceptance; however, if researches would choose to

6    maintain it or -- out of their -- out of their

7    funds, they could, but it's -- so Ripple only

8    asked at the time that we negotiated the gift

9    agreement.

10        Q.   What was the policy that prohibited the

11   University of Michigan from being able to run a

12   validator node on the XRP Ledger?

13        A.   So I refer to page 7 in my report where

14   I refer to that standard practice guide and

15   policies.  And this is the way I understand it,

16   but I did not get involved in the negotiations

17   between the university and UBRI.  That the

18   expectation of running a validator node under a

19   gift agreement would constitute a contractual

20   expectation which cannot be done under a gift

21   agreement.

22        Q.   A contractual expectation between what

23   parties?

24        A.   Between -- between Ripple and -- and the

25   University of Michigan.

88

```
1          Q.   Who was involved, if you know, in the

2     negotiations between Ripple and the University of

3     Michigan around the gift arrangement?

4                    MR. WHITE:  Objection; form.

5          A.   I do not know the names, but this goes

6     to the Office of the Vice President for Research.

7          Q.   Do you know who was involved on the

8     Ripple end?

9                    MR. WHITE:  Objection; form.

10         A.   I do not know who was involved on the

11    Ripple end in the negotiations.  I know who my

12    contact person is, but I don't know if that person

13    is involved in the actual negotiations of gift

14    agreements.

15         Q.   That's Ms. Weymouth?

16                    MR. WHITE:  Objection.  No

17             question.

18         Q.   You can answer.

19         A.   After August 2018, yes.

20         Q.   And what -- you state in paragraph 15

21    that your "communications with Ms. Weymouth have

22    pertained to the use of the gift funds at the

23    University of Michigan and our participation in

24    the annual UBRI conference."

25         A.   Yes.
```

89

1        Q.    Why were you speaking with Ms. Weymouth

2   about the use of the gift funds at the University

3   of Michigan?

4        A.    Because she is the administrator and

5   director of university relationships.  And she

6   will occasionally check in with the universities

7   that have received gifts.  And she said, "So how

8   are you doing?  What are you doing with this?"

9   It's sort of a -- part of a regular check-in to

10  maintain the relationship.

11       Q.    So as part of the check-in, you explain

12  to her how the university is using the gift funds.

13                  MR. WHITE:  Objection.  No

14            question.

15       A.    Yes.

16       Q.    Have you ever spoken at any of the UBRI

17  conferences?

18       A.    Yes.

19       Q.    Which ones?

20       A.    I spoke at the -- the 2020 conference

21  and --

22       Q.    What was the top -- sorry.  Go ahead.

23       A.    And that was on tokenization of

24  infrastructure finance.  And my students, some of

25  my students, have spoken at the 2019 in-person

1    conference at UC Berkeley.

2        Q.   What was the topic of your students'

3    presentation at the 2019 UBRI conference?

4        A.   The development of a blockchain

5    application for -- to track opioid prescriptions.

6        Q.   Did that blockchain application involve

7    the use of the XRP Ledger?

8        A.   It did not.

9        Q.   Did the topic of your speech involve the

10   use of XRP or the XRP Ledger.

11       A.   It referred to the opportunity, future

12   opportunity, of the XRP Ledger.  The topic is

13   really about tokenization of infrastructure, of

14   debt and equity financing of infrastructure.  And

15   we talked about the globalization of financing of

16   infrastructure and, then, therefore, where the

17   opportunity might be for a Ripple -- for an XRP

18   application.

19       Q.   Is the tokenization of financing

20   infrastructure a topic that you researched?

21       A.   Yes.

22       Q.   And is it a topic that you research as

23   part of the FinTech Collaboratory group?

24       A.   In part, yes.

25       Q.   Have you developed any applications

91

1   regarding -- strike that.

2          Have you developed any applications on

3   the XRP Ledger as part of your research at the

4   University of Michigan?

5      A.   Not to date.

6      Q.   Have you developed any applications

7   using XRP as part of your research at the

8   University of Michigan?

9      A.   Not to date.

10     Q.   Are you working on any -- strike that.

11         Are you researching any projects in

12  which either the XRP Ledger or XRP will be used

13  currently?

14     A.   Personally, I am not, but

15  Blockchain@Michigan, which is a computer science

16  business student hub that focuses on decentralized

17  applications on the blockchain, is -- one of the

18  ledgers that they're exploring is XRPL.

19     Q.   Is Blockchain@Michigan funded at all by

20  UBRI?

21     A.   Their administrative structure has some

22  funding through UBRI as part of the Collaboratory.

23     Q.   Are you personal friends with any

24  current or former Ripple employee?

25     A.   No.

1          Q.   Do you have a professional relationship

2     with any current or former Ripple employee?

3          A.   I would say that Asheesh Birla and

4     Lauren Weymouth are the two people I have

5     professional -- professional relationships with.

6          Q.   Do you have any role with respect to the

7     University of Michigan's running -- sorry.  Strike

8     that.

9               Do you have any role with respect to the

10    University of Michigan's maintenance of the node

11    on the XRP Ledger?

12         A.   Sorry.  Can you repeat that question?

13         Q.   Sure.

14              Do you personally have any role with

15    respect to the University of Michigan's

16    maintenance of the node on the XRP Ledger?

17         A.   Depends how you define "personally."

18    One of the staff members in the department

19    receives the pings from Ripple and updates on the

20    software required, but that's it.  It's basically

21    just to keep it up-to-date, but I don't personally

22    get involved in that.

23         Q.   Can we turn to page 7 of your Appendix

24    A?

25         A.   I have it.

93

1        Q.   Okay.  So under the "Research Grants and

2   Contracts" section, the last entry is "Ripple."

3            Do you see that?

4        A.   Yes.

5        Q.   Is this the $1 million gift that we've

6   been discussing that's set forth in your report

7   around paragraph 12 or 13?

8        A.   Yes.

9        Q.   Okay.  Can you explain what PL and 2

10  co-PLs mean?

11       A.   Oh, it's the -- "PI" stands for

12  principal investigator and co-PI, co-principal

13  investigators, but essentially the three of us are

14  at the same level.  So it's one person designated

15  in engineering, myself; one person designated in

16  the business school; and one person designated in

17  the School for Public Policy.

18       Q.   And what does that term "principal

19  investigator" mean?

20       A.   Sort of the lead.  The lead.  In the

21  context of a research grant, say from the National

22  Science Foundation or -- or anything like that, in

23  that context you're the one that's actually

24  leading and directing the research.  In this case

25  it's basically the three of us that are

94

1    collaborating in the Collaboratory.

2        Q.   Okay.  Do you have the same status with

3    respect to the subsequent $250,000 gift from UBRI?

4        A.   We have maintained that relationship

5    among the three co-PIs.  That's right.

6        Q.   Do you have an understanding of why it

7    was that Ripple wanted the University of Michigan

8    to run a validator node on the XRP Ledger?

9        A.   Why they wanted that to be part of the

10   gift?

11       Q.   Yes.

12       A.   No, I'm not sure.

13       Q.   Have you ever had any discussions with

14   anyone at the University of Michigan with respect

15   to Ripple's request that the University of

16   Michigan run a validator node on the XRP Ledger?

17       A.   No.  So once the decision was made

18   higher up that we couldn't do it as part of the

19   gift, that discussion was stopped.  But every

20   university has their own policy around that.

21       Q.   Setting aside the University of

22   Michigan's maintenance of a node on the XRP

23   Ledger, have you ever run any kind of node on the

24   XRP Ledger?

25       A.   I have not.

95

1          Q.   Okay.  Have you ever run any kind of

2     node for any blockchain?

3          A.   Personally I have not, no.

4          Q.   Okay.  Let's turn to paragraph 19 of

5     your Exhibit 1, which was Opinion 1.

6          A.   Page 19 of Exhibit 1?

7          Q.   Sorry.  Page 8, paragraph 19 of Exhibit

8     1.

9          A.   Okay.  Yes.

10         Q.   Okay.  And your first opinion is listed

11    here as "The XRP Ledger and its native currency,

12    XRP, represented an important innovation in

13    blockchain technology."

14              Do you see that?

15         A.   Yes, I do.

16         Q.   What criteria did you use to determine

17    whether XRP and the XRP Ledger represented an

18    important innovation in blockchain technology?

19         A.   Going back to my background as a advisor

20    for venture capital firms where we look at new

21    technologies that come to market, we look at

22    innovation from the perspective of is -- is this

23    technology an improvement over, and a significant

24    improvement over, existing technologies and in

25    what capacity?

96

 1              And my aspects that I looked at were

 2     speed, cost, environmental costs, security.

 3     Issues like that.

 4              And I referred to the incumbent

 5     technology or compared to the incumbent

 6     technology.

 7                         THE REPORTER:  Income?

 8                         THE WITNESS:  Incumbent.

 9                         THE REPORTER:  Thank you.

10                         THE WITNESS:  Existing.

11         Q.   And is it your opinion that the XRP

12     Ledger is superior on the metrics of speed, cost,

13     environmental costs, and security to preexisting

14     blockchains?

15                         MR. WHITE:  Objection to

16              form.

17         A.   There was a lot of information packed in

18     that question.  Can you be more specific?

19         Q.   Sure.

20              You -- my understanding of your previous

21     response when I asked what criteria you used to

22     determine whether something was an important

23     innovation with respect to XRP and the XRP Ledger,

24     the metrics that you mentioned were speed, costs,

25     environmental costs, and security, is that right?

97

1   Did I understand you correctly?

2        A.   Those are among the ones that I looked

3   at, yes.

4        Q.   Okay.  So I'm asking if it's your

5   opinion that the XRP Ledger is superior to

6   preexisting blockchains with respect to the

7   metrics of speed, cost, environmental costs, and

8   security.

9                    MR. WHITE:  Objection to

10            form.

11       A.   The transaction speed is faster than the

12  incumbent technology at that time when it came up,

13  which was bitcoin.  The cost of a transaction was

14  lower.  Again, in the proposition.  The

15  environmental cost was lower just because of the

16  type of consensus mechanism that they were using.

17  And then the security features were different from

18  what they were for the incumbent technology that

19  led me to conclude security -- improved security.

20       Q.   What were the features of the XRP Ledger

21  versus incumbent technology that in your view led

22  to improved security?

23       A.   I'm mainly referring to the different

24  consensus mechanisms that the XRPL was use -- uses

25  to validate transactions.

98

1          Q.    Okay.  Does that mean that it's your

2     view that the XRP Ledger's consensus -- consen --

3     strike that.

4               Is it your view that the XRP Ledger's

5     consensus mechanism is more secure than bitcoin's

6     consensus mechanism?

7                         MR. WHITE:  Objection; form.

8          A.    It's not necessarily kind of a binary

9     decision.  It's -- it's a different kind of

10    security mechanism and validation mechanism that

11    would avoid 51 percent of tax, for example.  And,

12    so, I was looking from that perspective.

13         Q.    Okay.  Let's turn to the next page,

14    paragraph 20, your Opinion 2.

15         A.    Paragraph or page?

16         Q.    Page 9, paragraph 20.

17         A.    Okay.

18         Q.    Opinion 2 reads "Ripple's iterative

19    development of its business model and products is

20    consistent with start-up practices in

21    high-technology industries."

22               Do you see that?

23         A.    Yes.

24         Q.    Okay.  And then at the very last

25    sentence of that paragraph, you reference "market

99

1    demand."

2            Do you see that sentence?

3        A.   The last sentence of that -- yes.

4    Market demand, yes.

5        Q.   What steps, if any, did you take to

6    ascertain what market demand for Ripple products

7    existed over the years?

8                        MR. WHITE:  Objection to

9            form.

10       A.   That was not the analysis that I did.

11   The analysis I -- I mean, what I opined on in

12   this -- in Opinion 2 is that Ripple, like other

13   digital companies, develops different products,

14   improvements on technology, to ultimately --

15   develops marketing -- marketing strategies to

16   actually position its technologies for broad

17   adoption by the market.

18           But I -- this statement does not say

19   whether they actually satisfy market demand.  That

20   is not what I intended with this sentence here.

21       Q.   And it wasn't part of your, sort of,

22   methodology to examine whether there was, in fact,

23   any market demand for any Ripple product.

24                        MR. WHITE:  Objection; form

25           and no question.

1     A.   Ripple had a value proposition and part

2  of its value proposition was to make international

3  settlements easier, faster, and cheaper.  And it's

4  sort of a -- a business hypothesis or a market

5  that they're going to.  The question is, what is

6  the path to market to go from where you are with

7  your technology to servicing that ultimate market

8  that you want to -- or one of these markets that

9  you want to serve?

10          In fact, most of these technology

11 start-up companies don't really even know

12 necessarily what ultimately will become the

13 beachhead market or the growth market that their

14 technology will be -- will be deployed in nor what

15 the ultimate product will be.

16          So it's very hard to actually do that

17 analysis as -- as you're inquiring about.

18     Q.   You just said most of the start-up

19 companies don't even necessarily know what

20 ultimately will become their beachhead market --

21     A.   Mm-hmm.

22     Q.   -- or -- I'm paraphrasing now -- what

23 product will ultimately be successful, is that

24 right?

25     A.   Or which products, yes.

1                    MR. WHITE:  Objection; form.

2       Q.   Is that true with Ripple as well?

3                    MR. WHITE:  Objection; form.

4       A.   Well, if you look over the -- the arc of

5    products that Ripple has developed since its

6    inception and tested with different market

7    participants from the Ripple corridor all way

8    through to now Ripple Net, it is essentially a

9    trial and error kind of process.  And you'll find

10   out over time if one has an open source ledger in

11   which applications can be built, then what the

12   ultimate use cases will become.

13           So that -- I would argue that they're

14   still moving in that direction where they

15   originally intended to move, but the diversity of

16   use cases, as I outline later on, are examples of

17   how third parties just use it for uses that are

18   originally not intended by -- by Ripple.

19      Q.   Let's go to same page, paragraph 21.

20   Opinion 3 says "The XRP Ledger and its native

21   currency, XRP, have commercial utility that third

22   parties have leveraged in the creation or

23   advancement of their business models,

24   demonstrating the decentralized nature of the XRP

25   Ledger."

1          Do you see that?

2      A.   Yes, I see that.

3      Q.   How in your view does third-party

4  leveraging of XRP demonstrate the decentralized

5  nature of the XRP Ledger?

6      A.   Well, the way in the context of my

7  experience, again, of -- of advising companies,

8  including blockchain companies, is when one has an

9  open source platform on which applications can be

10 built without a centralized authority to approve

11 transactions, that in the sort of -- the current

12 vernacular of both the academic and the business

13 use of the word "decentralized," it constitutes as

14 being a decentralized application.

15     Q.   Let me ask a clarifying question.  You

16 concluded that answer by referencing a

17 decentralized application.

18          Are you talking about the XRP Ledger

19 when you use the word "application" or something

20 else?

21     A.   I'm sorry.  I didn't mean to say

22 application.  The decentralized nature of the

23 Ledger.

24     Q.   Okay.  So when you say "the

25 decentralized nature" of the XRP Ledger, are you

1    offering an opinion that the XRP Ledger is, in

2    fact, decentralized?

3         A.   In the context of how currently the word

4    "decentralized" is used in the business literature

5    and actually even in the academic literature --

6    look at the MIT Digital Asset Lab -- it's still

7    not even clear what the actual definition is of

8    decentralized.

9              So in the way we're using it in that

10   vernacular, yes.

11        Q.   What is the definition of

12   decentralized -- decentralization used in that

13   vernacular?

14        A.   There is no definition.  It is really

15   more of an understanding and an expectation.

16        Q.   Can you describe the understanding and

17   expectation that is called forth by the use of the

18   word "decentralization"?

19                   MR. WHITE:  Objection; form.

20        A.   Well, again, in that same context, from

21   the perspective of the blockchain being

22   permissionless, being open source and, therefore,

23   accessible to third-party developers, having no

24   central authority that verifies transactions, that

25   validates transactions, sort of constitutes that.

1  It is not a definition.  It is a -- a working

2  understanding of decentralization as used in these

3  contexts.

4       Q.   When you say "as used in these

5  contexts," which contexts are you referring to?

6       A.   I mean in the venture capital investment

7  context, in the business context, business

8  literature context, and in other academic lenses

9  on, for example, as I said, just MIT digital

10  currency initiative.  They say, look, we don't

11  really even know, we have to contextualize what we

12  mean by decentralization, so, therefore, we can't

13  adopt a definition of what it is.  So we'll use a

14  working knowledge of what we think it is.

15       Q.   Mm-hmm.

16            Is -- so the general understanding of

17  what decentralization means in your view, in the

18  context you just described, is a blockchain that's

19  permissionless, open source, accessible to

20  third-party developers, and has no central

21  authority that verifies transactions?

22                 MR. WHITE:  Objection.  No

23            question.

24       A.   These are some broad characteristics

25  that we use in sort of the -- the business

1   vernacular, yes.

2      Q.   And are those the characteristics that

3   you're referring to when you use the words

4   "decentralized nature of the XRP Ledger" in

5   paragraph 21?

6      A.   In that nondefinitional descriptive

7   understanding, that's what I did there, yes.

8      Q.   Are there any academic publications that

9   endorse the general understanding of

10  decentralization as you just described it?

11     A.   Well, in recent years, the scientific

12  literature has sort of moved into a direction of

13  trying to understand how decentralization should

14  be understood, how it should be measured, how it

15  should be defined.  There's lots of working

16  definitions out there, but there's no governing

17  definitions -- governing definition at this point.

18          So there is no academic -- if that's

19  what you're asking -- paper that states this

20  working definition is the going definition.  It

21  is -- it is an understanding.  It's not a

22  definition.

23     Q.   What's the distinction in your mind

24  between an understanding and a definition?

25     A.   It is a -- sort of a working knowledge

106

1   of how people in general talk about a topic versus

2   how academicians in the scientific literature

3   would try to define a term and develop metrics and

4   tools to measure those metrics.  So that's sort of

5   the difference.  So the working level

6   understanding versus the academic definitional

7   approach.

8       Q.   How is the existence of third-party

9   applications on a blockchain related to the

10   concept of decentralization of that blockchain, if

11   it is?

12       A.   Well, again, sort of referring back to

13   my earlier answer, it goes to it being broadly

14   available to a large community of developers and

15   their users.  That becomes an element of a

16   decentralized system in this nondefinitional

17   fashion, nondefinitional nature.

18       Q.   In paragraph -- both paragraphs 21 and

19   22, you reference "Ripple's vision."  Do you see

20   that?  It's the second sentence of paragraph 21

21   and also the second sentence of paragraph 22.

22       A.   Yes.

23       Q.   How do you know what Ripple's vision is

24   or was?

25              MR. WHITE:  Objection; form.

1    A.   There's no firsthand knowledge, but I

2   used it from my working knowledge of Ripple, as

3   well as reading the business cases, as well as all

4   the publications in the business literature,

5   financial magazines, crypto magazines, of what the

6   aspirations were of what they sought to achieve.

7   So that was the vision.

8    Q.   Are all those publications that you just

9   referenced cited in your report?

10    A.   Yes, they are.

11    Q.   Okay.  You mentioned earlier that you

12   reviewed Ripple's financial statements for, I

13   believe, the years 2014 through 2020, is that

14   correct?

15    A.   Yes, I did.

16    Q.   You're aware that the vast majority of

17   Ripple's revenues over the years have come from

18   sales of XRP?

19                    MR. WHITE:  Objection; form.

20    A.   I have seen the P & L statement, profit

21   and loss statements, within that, yes.

22    Q.   Okay.

23    A.   I'm referring to that.

24    Q.   So you would agree with me that the vast

25   majority of Ripple's revenues have come from XRP

```
1    sales over the years?
2                    MR. WHITE:  Objection; form,
3         foundation.
4         A.   I'm going to have to look at a specific
5    financial statement to actually verify my answer
6    to your question.
7         Q.   Okay.  Sitting here today, you can't
8    recall?
9                    MR. WHITE:  Objection; form.
10        A.   It's been a while since I've read them
11   and it depends on what year you're talking about.
12   I don't recall.
13        Q.   Okay.  Professor, we talked a little
14   earlier about consensus.
15             What is consensus?  What does that term
16   mean?
17        A.   Consensus is a -- a set -- is a set of
18   different mechanisms where different validators on
19   a -- on a network decide as to whether or not to
20   move the Ledger forward and add a block to the
21   chain.  And so there's different kinds of
22   consensus mechanisms where proof of work and proof
23   of stake and federated consensus mechanism that
24   Ripple has to actually make that final encrypted
25   decision to move the Ledger forward.
```

109

```
 1          Q.   Do you consider yourself an expert in

 2    consensus?

 3          A.   Good enough working knowledge of it,

 4    yes.

 5          Q.   That wasn't quite my question.

 6               Do you consider yourself an expert in

 7    consensus?

 8          A.   How do you define "expert"?

 9          Q.   I'm asking what you consider yourself,

10    sir.  So do you consider yourself an expert in

11    consensus?

12          A.   Yes.

13          Q.   What is the relationship, if any,

14    between consensus and the question of the extent

15    to which a blockchain is decentralized?

16                    MR. WHITE:  Objection; form.

17          A.   Can you repeat that question, please?

18          Q.   Sure.

19               What is the relationship, if any,

20    between consensus and the question of the extent

21    to which a blockchain is decentralized?

22                    MR. WHITE:  Objection; form.

23          A.   It's -- the way I understand it, it's

24    all about sufficient number of validators agreeing

25    on moving the blockchain forward.  And that's part
```

1   of consensus mechanism.  It's a consensus among

2   validators.

3        Q.   And how is that related to the concept

4   of decentralization?

5        A.   In that there is no single central

6   authority making that decision, but independent

7   nodes that do not -- validator nodes that do not

8   trust each other achieving a path forward on the

9   blockchain.

10       Q.   Have you reviewed the paper entitled

11  "The Ripple Protocol Consensus Algorithm" authored

12  by David Schwartz, Noah Youngs, and Arthur Britto?

13       A.   It sounds familiar, but I would have to

14  take a look at that.

15       Q.   Are you familiar with the term "Sybil

16  attack"?

17       A.   I've read about Sybil attack.

18       Q.   What is Sybil attack?

19       A.   As I'm sitting here, I cannot define it

20  for you.

21       Q.   Let me pose a hypothetical regarding the

22  application of consensus using an example of

23  something other than a blockchain.  Okay?

24       A.   So what's the hypothetical?

25       Q.   The hypothetical is let's suppose

111

1   there's a rocket and the rocket's direction is

2   controlled by a navigation system.  Okay?

3                   MR. WHITE:  Objection; form.

4       A.   Mm-hmm.

5       Q.   Okay.  Let's say the rocket has a single

6   navigation system to control its navigation.

7       A.   Mm-hmm.

8                   MR. WHITE:  Objection, form,

9           to that last question.

10      Q.   Is this a centralized system?

11                  MR. WHITE:  Objection; form.

12      A.   I find the analogy hard to reconcile

13  with my notion of decentralized.

14      Q.   I'm sorry.  I didn't quite understand

15  your answer.

16          Would you say that is a centralized

17  system?

18                  MR. WHITE:  Same form

19          objection.

20      A.   What I say is that I have a hard time

21  reconciling your example, your hypothetical, with

22  the decision as to whether or not centralized, not

23  centralized.

24      Q.   Are you saying that my hypothetical

25  doesn't provide enough information for you to know

1    whether or not the system is centralized or

2    decentralized?

3                    MR. WHITE:  Objection;

4            mischaracterizes testimony.

5        A.   That is not what I said.  I was not

6    looking for more information.  I was just trying

7    to find the context of your hypothetical to

8    actually try to answer my question -- to answer

9    your question.

10       Q.   Okay.  So can you answer the question as

11   to whether or not that's a centralized system?

12                   MR. WHITE:  Objection; form.

13       A.   Can you repeat your system?

14       Q.   Sure.

15            So there's a rocket.

16       A.   Mm-hmm.

17       Q.   It has a navigation system.  It's

18   controlled by one single navigation system.

19       A.   Mm-hmm.

20                   MR. WHITE:  Objection to form

21           to this -- continue.

22                   MR. SYLVESTER:  I have to

23           finish.  Thank you.

24                   MR. WHITE:  I understand.

25                   MR. SYLVESTER:  Thank you.

1      Q.   Is this a centralized system?

2                MR. WHITE:  Objection to

3           form.

4      A.   Given the narrowness of the information,

5  the limited information that you're providing me,

6  I would say there's a single point of failure.

7      Q.   So does that mean the system is

8  centralized?

9      A.   I've never thought about centralization

10 in that context so I can't answer your question.

11     Q.   Okay.  Generally, if there's a single

12 point of failure in a system, does that mean the

13 system is centralized?

14                MR. WHITE:  Objection; form.

15     A.   In a nondefinitional way, I mean, I

16 would say yes.

17     Q.   Let's say -- we're still with the

18 rocket.  Let's say instead of having one

19 navigation system, it has two:  A primary

20 navigation system and a secondary navigation

21 system.

22     A.   Mm-hmm.

23                MR. WHITE:  Objection to --

24           sorry.

25     Q.   Is that a centralized system?

114

1          MR. WHITE:  Objection to

2      form.

3      A.   It depends how these two navigation

4  systems come to a decision.

5      Q.   How does it depend?  Can you explain

6  your answer?

7          MR. WHITE:  Objection to

8      form.

9      A.   I was saying -- oh, yes.  Do the two --

10  you said guidance systems?  What did you call

11  them?

12      Q.   Navigation systems.

13      A.   Navigation systems.

14          -- whether they depend on one another or

15  not.

16      Q.   Okay.  Let's say the system is

17  designed -- two navigation systems.  It's -- it's

18  designed -- the navigation systems are designed to

19  take the navigation data from the primary and, if

20  that one fails, then the secondary system.

21          Is that -- is that system centralized?

22          MR. WHITE:  Objection; form.

23      A.   I don't think there was enough of a

24  decision to actually -- enough of a definition

25  around centralization as to whether or not that

1   would be centralized or not.

2       Q.   I just want to make sure I understand

3   your answer.

4           It's not that the hypothetical doesn't

5   have enough information.  It's that the concept of

6   centralization isn't sufficiently defined to

7   answer, correct?

8       A.   To be able to answer that question, yes.

9               MR. WHITE:  Objection; form.

10      Q.   Let's say instead a rocket has three

11  navigation systems and its navigation is

12  controlled by majority voting.

13          Are you familiar with the majority

14  voting system?

15      A.   Yes.

16              MR. WHITE:  Objection to

17          form.

18      Q.   Let's say in this hypothetical with

19  three navigation systems one of those systems

20  fails.  It just simply ceases to operate.

21          What impact would that have on the

22  rocket?

23              MR. WHITE:  Objection; form,

24          and relevance of a rocket analogy to

25          blockchain.

116

1          A.   So you have three navigation systems and

2     there's majority voting in these navigation

3     systems and one navigation system falls out or

4     fails.  And then the question is?

5          Q.   How would that affect the system's

6     ability to operate?

7                    MR. WHITE:  Objection; form.

8          A.   Again, given the limiting parameters of

9     this hypothetical, those two remaining guidance

10    systems are still -- I'm not sure how you're

11    drawing the analogy there, but -- to centralized

12    operation.  So there is no longer -- if there's

13    only two left, there is no longer a majority in

14    your hypothetical.  And if there's no longer a

15    majority, then those decisions can't be -- the

16    system fails, I guess.

17         Q.   Okay.  Let's say we have the three --

18    three navigation systems, majority voting.  Let's

19    say two of the navigation systems simply fail.

20              Is that system centralized?

21                    MR. WHITE:  Objection; form.

22         A.   If they have no fail-safes, no backup

23    mechanisms?  I think I -- there's just not enough

24    information to actually make a decision on

25    centralization.

117

1          Q.    Okay.  Let's say instead of -- same --

2     same rocket, same three navigation systems, same

3     majority voting.  Let's say instead of two of the

4     systems simply failing they're taken over by the

5     enemy, by a malicious actor.

6                    MR. WHITE:  No -- sorry.

7          Q.    Is that system centralized?

8                    MR. WHITE:  Objection; form.

9          A.    I have -- so what are the parameters

10    again?

11         Q.    The rocket has three navigation systems;

12    they majority vote on navigation; a malicious

13    actor takes over two of the voting systems.

14              Is that system centralized?

15                    MR. WHITE:  Objection; form.

16         A.    Based on the information you're giving

17    me and the analogy you're making or the -- the

18    hypothetical you're providing me, it was still

19    decentralized -- is it centralized?  Is that your

20    question?

21         Q.    Yes.

22         A.    No.

23         Q.    Why not?

24         A.    Because the original design was still

25    three.

118

```
 1          Q.    Is the system in my hypothetical

 2     controlled by one authority?

 3                      MR. WHITE:   Objection to

 4          form.

 5          A.    After two are hijacked, or whatever you

 6     said --

 7                      MR. WHITE:   Objection to

 8          form.

 9          A.    -- there's one left, but the rule of the

10     system was majority -- I don't know.  I'm kind of

11     getting lost in the -- in the analogy here.

12          Q.    Okay.  Did you want me to repeat the

13     question or -- would that be helpful?

14          A.    Were the same conditions still the same

15     in that analogy as in majority voting?

16          Q.    Three navigation systems, majority

17     voting, malicious actor takes over two.

18                 Is that a centralized system?

19                      MR. WHITE:   Objection to

20          form.

21          A.    It would violate the majority protocol.

22          Q.    Is it -- understanding your -- your

23     response, is that -- is that meant to be a

24     response to the question of whether or not it's a

25     centralized system?
```

119

```
1          A.   I can't answer whether that's a

2     centralized system.

3          Q.   Okay.  How might -- so we have a rocket

4     with three navigation systems.  How might we make

5     the rocket --

6                    THE REPORTER:  Repeat.

7                    MR. SYLVESTER:  Yes.

8          Q.   We have a knock -- a rocket with three

9     navigation systems, majority voting.

10              How might we make the rocket's

11    navigation system more resilient from attack?

12                    MR. WHITE:  Objection to

13             form; calls for speculation.

14         A.   Not being a rocket scientist, I mean, I

15    wouldn't -- I wouldn't know.

16         Q.   Let's switch to a blockchain on that

17    analogy then.  Let's take a --

18         A.   Before you go there, can I go to the

19    restroom, please?

20         Q.   Yeah.  Absolutely.  Let's take a break.

21                    THE VIDEOGRAPHER:  Going off

22             the record.  The time is 11:50.

23                    (Whereupon, a recess is taken.)

24                    THE VIDEOGRAPHER:  We'll go

25             back on the record.  The time is
```

1          12:05.

2    BY MR. SYLVESTER:

3          Q.    Professor, before I believe that you

4    testified that you're familiar with the Byzantine

5    generals problem, is that right?

6          A.    As a -- at a high level, yes.

7          Q.    Can you describe what that is?

8          A.    It's basically where multiple -- I guess

9    we can put it in the context of nodes, in the

10   context of generals, that have to make a decision

11   as to whether or not to take a certain action.   In

12   this case, for example, the action would be for

13   the blockchain to move forward, but not all of

14   the -- all of the generals actually have the same

15   opinion of what they should be doing.

16          And then the -- the -- the problem is

17   then how does one arrive at a consensus to move

18   forward even independent of what -- of the

19   majority to move forward independent of the ones

20   that are not part of the majority will be doing.

21          So the Byzantine problem is often put in

22   the context of -- of fault tolerance of a

23   blockchain where, since all the nodes of the

24   validators are untrusting of one another, the

25   question then is when transactions need to be

121

1    validated, we need to sort of get to a majority

2    vote or arrive at a consensus.  That's what a

3    Byzantine problem is.  And how do we communicate,

4    I guess, how we move forward with a majority of

5    generals or a majority of nodes.

6        Q.   Professor, do you know how the XRP

7    Ledger consensus mechanism works?

8        A.   Yes.

9        Q.   Can you describe how the XRP Ledger

10   consensus mechanism works?

11       A.   The Ledger -- and, again, I'm not going

12   to go too deep into this, but the Ledger has

13   unique node lists of multiple validators that will

14   ultimately -- will decide on whether or not a

15   transaction will -- well, first, there's the

16   verification of the transaction, then there's the

17   communication of the verification of the

18   transactions, and then there is the majority vote

19   on the -- any of the unique node lists that makes

20   then a decision as to whether or not there is

21   liveness on the blockchain as the transactions

22   move forward.

23       Q.   What's the role of the unique node list

24   in validation on the XRP Ledger?

25       A.   Ultimately they make the decision as to

122

```
 1   whether or not the transaction was -- the Ledger

 2   moves forward.

 3       Q.   The validators on the unique node list

 4   ultimately make that decision?

 5                 MR. WHITE:  Objection.  No

 6           question.

 7       A.   Unique node list make that -- makes that

 8   decision, yes.

 9       Q.   Yeah.  What I'm trying to draw the

10   distinction is, is it the list itself making the

11   decision or is it the validators on the list

12   making the decision?

13       A.   I'm going to have to think about that.

14           So for consensus to -- to achieve

15   consensus, the validators in the unique node lists

16   have to agree, or 80 percent of them have to

17   agree, as to whether to move the transaction

18   forward.

19       Q.   You testified earlier that one of the

20   improvements of the XRP Ledger is speed, is that

21   correct?

22       A.   Yes.

23       Q.   Is there any relationship between the

24   XRP Ledger's consensus mechanism and its speed?

25                 MR. WHITE:  Objection; form.
```

123

```
1        A.   That is the information that I've taken

2   from what is provided on the various citations

3   that I've cited in my report, yes.

4        Q.   Okay.  So I think what you're saying is

5   it's not your expert opinion that the XRP Ledger

6   is faster, but you've gathered from the sources

7   you've reviewed that the XRP Ledger is, in fact,

8   faster?

9        A.   It is my --

10                  MR. WHITE:  Objection to

11            form.

12        A.   -- expert opinion in the comparison of

13   the XRP Ledger and bitcoin, Ethereum, that the

14   information that is available based on the type of

15   consensus mechanism that is being used, proof of

16   work or federate consensus, that the federate

17   consensus mechanism is, in fact, faster than the

18   two other ones.

19        Q.   Do you know why it's faster than the two

20   other ones?

21        A.   We --

22                  MR. WHITE:  Objection to

23            form.

24                  Go ahead.

25        A.   In the context of bitcoin, for example,
```

124

```
 1   because there is no mining mechanism involved as
 2   in their consensus program, there is no
 3   requirement for six -- for agreement, I guess,
 4   among the -- for establishment, I guess, for one
 5   miner to be the fastest one to actually move a
 6   transaction forward.  So the mining mechanism
 7   takes longer to allow a transaction to move
 8   forward, whereas the voting mechanism on this dUNL
 9   is a faster mechanism.
10        Q.   What about the speed of the XRP Ledger
11   compared to the Ethereum blockchain?
12                  MR. WHITE:  Same objection.
13        A.   Again, I'm going to refer to my report
14   where the information, I guess, in the comparison
15   of the speed and time, and Ethereum is also a
16   proof of work mechanism, though it's moving
17   towards proof of stake, that the time it takes to
18   ultimately validate and move a transaction forward
19   takes longer than -- than XRP.  It's not a voting
20   mechanism.  It's a mining mechanism.
21        Q.   Is the XRP Ledger's consensus mechanism
22   faster than a proof of stake consensus mechanism?
23                  MR. WHITE:  Objection; form.
24        A.   I have not made that comparison.
25        Q.   Do you know?
```

125

```
 1                    MR. WHITE:  Objection to

 2          form.

 3      A.   I do not know.  And when I -- the

 4  opinion in my report on the innovation of the XRP

 5  Ledger over what existed at that time in the

 6  industry, that there was no Ethereum or proof of

 7  stake mechanism out there at that time.  Was the

 8  second Ledger and so I could only compare it to

 9  blockchain -- only compare it to bitcoin.  But I

10  know from the literature, and I've cited to it,

11  that the Ethereum transactions are slower, but I

12  don't know about proof of stake.

13      Q.   Okay.  When was the XRP Ledger launched?

14                    MR. WHITE:  Objection; form.

15      A.   What do you mean with the word

16  "launched"?

17      Q.   When did it come into existence?

18      A.   So that is also ambiguous.  When was it

19  developed or when was it made public?

20      Q.   Let's start with when was it developed?

21      A.   I don't know the exact time of that, but

22  it was obviously developed before it was publicly

23  released.

24      Q.   Who developed it?

25      A.   The names of the people that developed
```

126

 1   it?

 2        Q.   Sure, if you know.

 3        A.   I believe it was in the CoinBase.   Not

 4   CoinBase.  What am I saying?  OpenCoin.  Sorry.

 5        Q.   Yeah, I meant the people who actually

 6   coded the XRP Ledger.

 7             Do you know?

 8        A.   Oh, you mean the people.  I believe

 9   David Schwartz was involved.  Arthur Britto was

10   involved.  And I forgot who the third person was.

11        Q.   Okay.

12        A.   Jim.  I forgot his last name.

13        Q.   And when was the XRP Ledger made

14   available to the public?

15        A.   I don't know what the actual time was or

16   date was when it was released to the public, but

17   it was clearly after the development in -- maybe

18   2013, in that order, based on my reading of the --

19   of David Schwartz's deposition.  I believe he

20   makes reference to that date, late 2012/early

21   2013.

22        Q.   Who controlled the validators on the UNL

23   at the time of XRP Ledger's public launch?

24             MR. WHITE:  Objection; form.

25        A.   I'm going to need to refer to other

1    documents that would have that information in it.

2        Q.   You're not sure sitting here today?

3                   MR. WHITE:  Same objection.

4        A.   Ripple definitely controlled some

5    validators, but I don't know who controlled which

6    validator.

7        Q.   I'm talking, just to be clear, at the --

8    at the start when the XRP Ledger was made public.

9             At that point in time, do you know who

10   controlled the validators?

11                  MR. WHITE:  Objection; form.

12       A.   Again, I'm going to have to refer to a

13   document that refers to that date and that

14   information.

15       Q.   And -- and that's because you don't

16   know.

17                  MR. WHITE:  Objection to form

18            and no question.

19       A.   I'm not sure, but from what I've read,

20   again, from David Schwartz's deposition, that

21   Ripple controlled some of the validators.

22       Q.   Did Ripple control all of the validators

23   at that time?

24                  MR. WHITE:  Objection; form.

25       A.   I do not recall.  I'm going to have to

[2/8/2022] Adriaens, Peter Expert Dep. Tr. 2.8.2022

128

1    refer to that deposition or other reports.

2        Q.   Assuming that at the public launch of

3    the XRP Ledger, Ripple controlled all of the

4    validators on the UNL, would that make the XRP

5    Ledger at that point in time centralized?

6                    MR. WHITE:  Objection; form.

7        A.   Well, you're calling for my analysis of

8    what is centralized and I am -- there's too many

9    complexities, as I mentioned earlier, involved in

10   what the definition is of centralized and

11   decentralized.

12       Q.   Right.  Well, I'll ask you just to apply

13   the general understanding that you described for

14   us earlier.

15                   MR. WHITE:  Objection.  No

16           question.

17       Q.   Do you understand what I mean or no?

18       A.   Can you repeat that question?

19       Q.   Sure.

20           Earlier, when we were discussing

21   paragraph 21 of your report where you describe the

22   decentralized nature of the XRP Ledger, you gave

23   me your general understanding of what

24   decentralized meant.

25           Do you recall that?

129

1     A.   In that context, yes.

2     Q.   In that context.

3          So I'm asking you to apply that general

4     understanding as you articulated it to this

5     context that I am asking you about, which is a

6     circumstance in which Ripple controls all of the

7     validators on the UNL.

8          In that circumstance, applying your

9     general understanding, would that make the XRP

10    Ledger centralized?

11                   MR. WHITE:   Objection; form.

12    A.   Well, again, calls for between us a

13    common understanding of what the definition is of

14    decentralized.  So at that time -- or when I used

15    "decentralized," I'm not defining centralized to

16    decentralized.  But the way I stated my

17    understanding of -- the business level

18    understanding of centralized and decentralized was

19    that there were more aspects, I guess, to the XRPL

20    when it was released to the public in that it was

21    open.  It -- it -- it allowed for third-party

22    contracts.

23          And then this question of, well, if

24    there was central authority that authorizes all

25    transactions.

130

```
1        Q.    Right.

2              So even if there was a central authority

3    that was required to authorize all transactions,

4    in your view such a system could still be

5    decentralized?

6                    MR. WHITE:   Objection; form

7              and no question.

8        A.    It could be because there are many

9    layers to the structure of a blockchain or there

10   are many layers to the structure of a blockchain.

11   There's the validation layers, there's the

12   governance layers, there's the network layers of a

13   blockchain.   And, therefore, whether one decides

14   whether something is centralized or not depends on

15   how you query the entire structure of the

16   blockchain and not just the -- in your narrow

17   example in 2013, when it was first released,

18   making the assumptions that you are making is just

19   one aspect of the centralization question and

20   discussion.

21       Q.    Okay.  Can every block in every

22   transaction that ever occurred on the XRP Ledger

23   be viewed by anyone today?

24                   MR. WHITE:   Objection; form.

25       A.    If you're referring to permissionless
```

131

```
1   blockchains, that's the intent.  As a node on the

2   blockchain, as the University of Michigan is, we

3   have a -- a shadow ledger and I can see all

4   transactions in the blockchain.

5        Q.   And are you -- is the University of

6   Michigan able to view through its node all

7   transactions on the XRP Ledger from its public

8   launch until the present time?

9                    MR. WHITE:  Objection to

10            form.

11       A.   It is my understanding that if we wanted

12  to, we would be able to.

13       Q.   Are you aware that the XRP Ledger halted

14  in November of 2021?

15                   MR. WHITE:  Objection; form.

16       A.   No.

17       Q.   Okay.  Let's look at Exhibit 23.

18                    (Whereupon, exhibit is

19            received and marked SEC Adriaens

20            Exhibit 23 for identification.)

21  BY MR. SYLVESTER:

22       Q.   So Exhibit 23, Professor, is the

23  printout from the website -- I won't read the

24  entire URL as it appears at the bottom of the

25  document, but it's from xrplf.org.
```

132

1          Are you familiar with xrplf.org?

2     A.   I've seen it, yes.

3     Q.   Okay.

4     A.   Seen reference to it.

5     Q.   Is xrplf.org among the sources that you

6  cite in your expert report?

7     A.   I'm going to have to check that.  I

8  don't recall.

9     Q.   Okay.  So I take it -- let me ask the

10  question.

11          Have you seen this document before

12  today?

13     A.   I have not.

14     Q.   Okay.  Take a minute to review it and

15  then I'll ask questions.  Let me know when you're

16  ready.

17          (Pause)

18     A.   I've had a chance to look through this

19  document.

20     Q.   Okay.  Great.

21          As you can see, the document describes a

22  network halt on November 3rd, 2021.  And one of

23  the items, number 3, says "In the wake of quorum

24  loss, the system behaved as expected, valuing

25  safety over liveness.  The halt was the correct

133

1    response."

2         Do you see that?

3         A.   I see that.

4         Q.   What does the phrase "quorum loss" mean

5    there?

6              MR. WHITE:  Objection;

7         foundation.

8         A.   I would have to speculate because I

9    don't know, but the general use of the word

10   "quorum" means that it is a majority.

11        Q.   And does that have any relationship with

12   the way in which the XRP Ledger -- the way in

13   which the XRP Ledger's consensus mechanism works?

14             MR. WHITE:  Objection; form

15        and foundation.

16        A.   I don't have enough information

17   regarding this halt.  I haven't done any analysis

18   on this to try to understand, a better

19   understanding of underlying theories behind these

20   top line statements.

21        Q.   Okay.  Do you understand the phrase "the

22   system behaved as expected, valuing safety over

23   liveness"?

24        A.   Yes.

25        Q.   What does that mean?

134

```
 1                      MR. WHITE:  Objection.
 2        A.   So liveness means good things happen,
 3   forward -- forward movement of the -- of the
 4   blockchain.  And safety is -- bad things can
 5   happen.  And so basically it says the system
 6   behaved in a valued -- sort of protecting against
 7   bad things that could happen rather than moving
 8   the server forward.
 9             But, again, that's just my analysis of
10   the language, the statement as -- as -- as
11   presented here.  I really don't know more than
12   that.
13        Q.   Okay.  Do you know if the XRP Ledger is
14   designed to halt if a certain number of validators
15   on Ripple's UNL stop validating transactions?
16                      MR. WHITE:  Objection; form.
17        A.   I would have to speculate and go back to
18   the workings of the XRPL on that.
19        Q.   So you're not sure sitting here today,
20   is that right?
21                      MR. WHITE:  Same objection.
22        A.   So what is the question again?
23        Q.   Is the XRP Ledger designed to halt if a
24   certain number of validators on Ripple's UNL
25   stopped validating transactions?
```

135

1                        MR. WHITE:  Objection.

2          A.   I would have to look at the information

3     that I provided in my report, if at all, regarding

4     that issue.

5          Q.   Okay.  So I just -- is your answer that

6     the answer is in your report, but you don't know

7     right now or --

8                        MR. WHITE:  Objection.

9          A.   I cannot be certain, so I would have to

10    refer to my report.

11         Q.   Okay.  And do you believe the answer to

12    that question is in your report?

13         A.   I have a discussion around safety and

14    liveness and I'm going to have to look back at

15    that section around safety and liveness in my

16    report.

17         Q.   Okay.

18              (Pause)

19         A.   Sir, what was your question again?

20         Q.   Sure.

21              Is the XRP Ledger designed to halt if a

22    certain number of validators on Ripple's UNL stop

23    validating transactions?

24                        MR. WHITE:  Objection.

25         A.   Is it designed to halt?  I can answer

136

1    this more broadly that if validation protocol is

2    violated, that a blockchain would not move

3    forward.

4         Q.   Right.  And I'm asking a specific

5    question about the XRP Ledger's validation

6    protocol.

7         A.   Mm-hmm.

8         Q.   So is the XRP Ledger's validation

9    protocol designed such that the XRP Ledger will

10   halt if a certain number of validators on Ripple's

11   UNL stop validating transaction?

12                   MR. WHITE:  Objection.

13        A.   I'll have to verify what the conditions

14   are under which the Ledger will halt.

15        Q.   Okay.  So you don't know either way

16   sitting here today?

17        A.   Yes.  No.  Sorry.  I -- I do not -- that

18   was a double negation there.

19        Q.   Yes.

20        A.   I do not know.  I'll have to verify

21   that.

22        Q.   Okay.  Let's turn to page 12 of your

23   report, your Exhibit 1, paragraph 27.  And I'm

24   looking at the top, point 1.

25        A.   Uh-huh.

1        Q.   Do you see where it says "Distributed

2    (Decentralized) Database"?

3        A.   Yes.

4        Q.   And that heading is followed by three

5    sentences.

6             Do you see that?

7        A.   Yes.

8        Q.   Do those three sentences describe a

9    database that is both distributed and

10   decentralized?

11                    THE REPORTER:  Repeat.

12                    MR. SYLVESTER:  Sure.

13       Q.   Do those three sentences describe a

14   database that is both distributed and

15   decentralized?

16       A.   The description here is pretty limited

17   when it comes to distributed and decentralized.

18   But, yes, each party in a blockchain has access to

19   the entire database that is part of being

20   distributed.  There's no single party that

21   controls the data.  That is one of the metrics

22   related to decentralization as to the validation

23   layer, but if you're asking does that describe

24   distributed and decentralized, if -- at a very

25   high level it talks to the elements of distributed

1    and decentralized.

2         Q.   Okay.  And did you -- strike that.

3              Did you create this description of

4    distributed or decentralized database or did you

5    draw it from another source?

6         A.   Well, there's no citation here so this

7    would be from the working knowledge around

8    distributed and decentralized.  My working

9    knowledge based on my experience on the -- the

10   boards of the venture funds.

11        Q.   Okay.  In general, in your report, when

12   you drew a definition or a description from

13   another source, was it your practice to cite that

14   source?

15        A.   Yes.

16        Q.   Okay.  One of the aspects of

17   decentralization described here is no single party

18   controls the data or information.

19              Do you see that?

20        A.   Yes.

21        Q.   In your view, is a system centralized if

22   a single party does control the data or

23   information?

24                   MR. WHITE:  Objection; form.

25        A.   Depends how you -- how one defines the

1  system.  Because a -- a blockchain system has

2  multiple layers and each of these layers have to

3  be queried for centralized or decentralized.

4      Q.   Okay.  Narrowing just to the blockchain

5  context and the consensus mechanism, if a single

6  party controls the consensus mechanism, is the

7  blockchain decentralized?

8                    MR. WHITE:  Objection to

9         form.

10     A.   The consensus mechanism or the protocol,

11 the validation protocol?

12     Q.   Either.  We can answer them one at a

13 time if you want.  Let's start with consensus

14 mechanism.

15          If a single party controls the consensus

16 mechanism in a blockchain, is the blockchain

17 decentralized?

18                    MR. WHITE:  Objection to

19        form.

20     A.   I cannot answer that question.

21     Q.   Why is that?

22     A.   Because the blockchain has more than

23 just a consensus mechanism associated with it.

24     Q.   Okay.  I'm going to ask the same

25 question the other way you put it.

1            In -- in the context of a blockchain, if

2   a single party controls the validation protocol,

3   is the blockchain decentralized?

4                    MR. WHITE:  Objection to

5            form.

6        A.   The same answer because a blockchain is

7   more than a consensus mechanism.

8        Q.   Okay.  Have you read the -- strike that.

9            Let's go to paragraph 32, which is on

10  page 15.

11           Have you read the white paper under

12  the -- published under the pseudonym Satoshi

13  Nakamoto referenced in paragraph 32?

14       A.   At some point in time I have, yes.

15       Q.   When did you first read it?

16       A.   I don't exactly know, but this was

17  between five and ten years ago, when I first got

18  into blockchain.

19       Q.   Have you read it more recently?

20       A.   I have not.

21       Q.   Okay.  The first sentence of paragraph

22  32, you describe -- strike that.

23           The first sentence of paragraph 32 is

24  "Blockchain technology enables (among other

25  things) a novel medium of exchange known as

141

1 cryptocurrency."

2     Do you see that?

3   A. I see that.

4   Q. Are you offering any opinions in this

5 case as to whether or not any cryptocurrency is a

6 generally accepted medium of exchange?

7   A. Can you repeat that question?

8   Q. Sure.

9     Are you offering any opinions in this

10 case as to whether any cryptocurrency is a

11 generally accepted medium of exchange?

12        MR. WHITE:  Objection to

13    form.

14   A. I don't think that is explicit in my

15 opinions here, no.

16   Q. Okay.  Let's go to the first sentence of

17 paragraph 33.  "The primary purpose of bitcoin was

18 to securely store value in a public,

19 decentralized, and self-sustained system."

20     Do you see that?

21   A. Yes.

22   Q. What's your -- what's your basis for

23 that statement?

24   A. Just drawing on the general knowledge of

25 what the purpose and the objective was of bitcoin.

142

 1          Q.   And how did you obtain that general

 2     knowledge?

 3          A.   Conversational discussions, working

 4     knowledge in the financial technology space.  No

 5     specific reference.

 6          Q.   Okay.  Further down in the paragraph, do

 7     you see where it says "When a user sends bitcoin,

 8     the transaction is bundled in a block with 1,000

 9     to 2,500 other transactions and published to the

10     network"?

11          A.   I see that.

12          Q.   What's your basis for that statement?

13          A.   This is something I read probably on the

14     specifics of how transactions were bundled.

15          Q.   Is there any reason why there's not a

16     source cited for that statement?

17                    MR. WHITE:  Objection to

18          form.

19          A.   It may have been not specific to this

20     sentence, but around bitcoin I have a number of

21     citations.  So, no, I didn't specifically cite

22     this, but this information is available in other

23     references.  It's in my report -- I mean it's in

24     the citations in my report, but I wouldn't be able

25     to point to the specific citation that actually

143

1    says this.

2         Q.   Okay.  Let's go to paragraph 38.  The

3    bottom of -- the bottom of paragraph 38, so it's

4    actually on page 18.  The last sentence says

5    "Ether follows the same principles as bitcoin in

6    that its rewards and distribution are regulated on

7    a yearly basis."

8              Do you see that?

9         A.   Right above paragraph 39?

10        Q.   That's right, yes.

11        A.   Yes.

12        Q.   What's your basis for that statement?

13        A.   Again, information from the literature

14   on Ethereum.

15        Q.   And which literature on Ethereum?

16        A.   I don't know if it was from bitcoin.com.

17   One of the citations that I have in -- in my

18   report referred to that on a comparison of

19   different -- I think it had to do with the

20   different consensus mechanisms and the rewards of

21   the different consensus mechanisms.

22        Q.   And do you recall which -- which article

23   you cited in your report has this proposition?

24        A.   I do not, but as I indicated, I think it

25   is related to the different consensus methods that

144

1    at one point I describe.  I'd have to go back and

2    see which of the cited references, cited

3    footnotes, actually gets -- has this information.

4         Q.   Is -- is there any reason that you

5    didn't drop a footnote after this sentence here at

6    the end of paragraph 38?

7                        MR. WHITE:  Objection to

8              form.

9         A.   I assume it to be common knowledge in

10   the industry and I didn't -- it was not material

11   to my opinion.

12        Q.   Did you only include in your citations

13   sources that were material to your expert opinion?

14                        MR. WHITE:  Objection; form.

15        A.   I would say that I provided citations

16   when the -- when I relied further on that

17   information to come to an opinion.  And if I did

18   not rely on those -- that specific statement, then

19   I didn't include the reference even if that

20   reference was readily obtained from other

21   references that I cited.

22        Q.   Okay.  Viewing your report as a whole,

23   divorced from this paragraph 38, are there sources

24   that you reviewed but that you didn't cite in your

25   report because you did not rely on them?

145

```
 1                    MR. WHITE:  Objection; form.

 2        A.   Not that I recall, no.

 3        Q.   Okay.  In paragraph 39, the next

 4   paragraph, there's a number of statements about

 5   energy consumption.

 6        A.   Yes.

 7        Q.   There's -- just to take one as an

 8   example, this -- "This is roughly equivalent to

 9   the annual energy draw of countries like

10   Bangladesh and Chile."

11             Do you see that?

12        A.   Yes, I see that.

13        Q.   Where -- what are your bases for the

14   statements that you make in paragraph 39 regarding

15   the energy consumption of various countries?

16                    MR. WHITE:  Objection; form.

17        A.   It's illustrative of the differences in

18   energy use between different currencies.

19        Q.   Sure, but what was your source of that

20   information?

21                    MR. WHITE:  Objection; form.

22        A.   I know that on the energy -- let's see.

23   Twenty-three.  So you're specifically referring to

24   the specific sentence regarding Bangladesh and

25   Chile?
```

1      Q.   There -- there's that sentence.  The

2  next sentence refers to consumption of American

3  and Nigerian citizens.  There's a sentence after

4  that about the average U.S. household's energy

5  consumption.

6           Just for any of these assertions, what

7  was your source?

8                MR. WHITE:  Objection; form.

9      A.   I'm going to have to look back at that.

10  And during the drafting of the report, later on in

11  the report, I also again talk about the energy

12  aspects of blockchains and there are citations

13  there.  So they may have been there instead of

14  over here.  I mean, I'm not entirely sure.

15           But even using this information is

16  not -- it's illustrative and it's not salient to

17  the opinion.  What is salient to the opinion is

18  how much energy is being used, not whether or

19  not -- how it compares to energy consumption of

20  Bangladesh and Chile.

21      Q.   Mm-hmm.

22           But sitting here today, you're not sure

23  from what source you drew that information

24  regarding energy consumption in paragraph 39, is

25  that right?

147

1           MR. WHITE:  Objection to

2       form.

3       A.   I'm going to have to -- sorry.

4           I'm going to have to go back over the

5   later citations and see if it was in there.

6       Q.   Okay.  Turning -- I'd like you to take a

7   look at, as a whole, paragraphs 41, 42, 43, 44,

8   45, 46, 47.  It's just a few pages of your report.

9       A.   Mm-hmm.

10      Q.   I see a citation after the first

11  sentence of paragraph 41, and then I see another

12  one at the very end of paragraph 48, but I don't

13  see any intermediate citations.

14          So my question for you is just why did

15  you opt not to specifically cite the sources of

16  the information in those intermediate paragraphs

17  between 41 and 48?

18          MR. WHITE:  Objection; form.

19      A.   If you're asking was there a conscious

20  decision to not cite this?  No, there was not.

21      Q.   Okay.  So why was it that you opted not

22  to provide citations to the individual

23  propositions within those paragraphs?

24      A.   A lot of this information that is

25  presented in these paragraphs actually draws on

148

1   both my own knowledge of the Ledger, engagement

2   with Ripple, as well as references on the bottom,

3   whatever citations on the bottom of page 19 that

4   sort of state -- or refer to the text that I'm

5   writing here.

6           I -- also, again, if you recall, I do

7   talk about the product arc later on and some of

8   the aspects that may refer to that and then come

9   back over here.

10          So it's -- it's, I mean, overall

11  knowledge that I've gained from my -- essentially

12  my ten years of working in the blockchain space,

13  financial technology companies, familiarity with

14  Ripple.  So there was no conscious decisions to

15  opt to cite to or not cite to.

16      Q.   Okay.  Let's -- let's focus on paragraph

17  43, "Decentralized Validation."

18          Do you see that?

19      A.   Yes.

20      Q.   For the statements in that paragraph,

21  what were your sources, if any, that informed the

22  statements in paragraph 43?

23                  MR. WHITE:  Objection to

24          form.

25      A.   Well, if you look at these statements,

149

```
 1   they're really very high-level statements about
 2   essentially what -- how decentralized validation
 3   is used in the context of -- as I referred to
 4   earlier, of both the business literature, the
 5   investor conversations, and even the academic
 6   literature, not necessarily being clear.
 7            So I just sort of provide high-level
 8   statements here, not definitional statements.  And
 9   because they were not definitional statements, I
10   guess I must not have cited to them.  They're just
11   high-level elements.
12       Q.   Okay.  Did you draft paragraph 43?
13                 MR. WHITE:  Objection.
14                 I'm going to instruct you not
15            to answer on the same basis discussed
16            earlier today.
17       Q.   What is the difference, if any, between
18   your description of decentralization in paragraph
19   43 and the definition of decentralization that
20   requires that no single authority is fully trusted
21   by all?
22       A.   So you're referring to paragraph 43 and
23   what?
24       Q.   There's a -- I want you to assume that
25   one definition of decentralization requires that
```

1   no single authority is trusted by all.  That's one

2   possible definition.

3          And what I'm asking is, sir, what's the

4   difference between that definition and your

5   description of decentralization in paragraph 43,

6   if there is one?

7                    MR. WHITE:  Objection; form.

8       A.   This is in the same high-level con --

9   used in the same high-level context.

10      Q.   I'm -- can you say more?  What do you

11  mean by "used in the same high-level context"?

12                   MR. WHITE:  Objection; form.

13      A.   So you're asking me to compare what I

14  say in paragraph 43 to what?  To another

15  definition?

16      Q.   Yes.

17      A.   So where did you get that other -- where

18  does the other definition come from?

19      Q.   Well, I mean, it comes from Troncoso,

20  but it kind of doesn't matter.  Assume it's a

21  definition.

22                   MR. WHITE:  Objection.  No

23          question.

24      A.   I -- I was not aware --

25      Q.   Okay.  So --

1      A.   -- where you were citing.

2      Q.   Okay.  So there's a definition that

3  something is decentralized if no single authority

4  is fully trusted by all.  Let's just assume that's

5  the definition.

6      A.   It's a definition.

7      Q.   Yes, exactly.

8          Is there any difference between that

9  definition and the description you set forth of

10  decentralized validation in paragraph 43?

11                    MR. WHITE:  Objection to

12          form.

13      A.   I have not done that analysis and that

14  was not the intent of this opinion to define

15  decentralization.

16      Q.   Okay.  In the middle of paragraph 43,

17  you write "Decentralized networks strive to reduce

18  the level of trust (and thus dependence) that

19  participants must place in each other and deter

20  their ability to exert authority or control over

21  one another in ways that degrade the functionality

22  of the network."

23          Do you see that?

24      A.   I see that.

25      Q.   Okay.  You write "decentralized networks

152

1    strive to."

2              Who or what is doing the striving?

3                    MR. WHITE:  Objection; form.

4      A.   Who or what is doing the striving?

5      Q.   Mm-hmm.  Yes.

6                    MR. WHITE:  Same objection.

7      A.   I think here I referred to the design of

8    decentralized networks and any design tries to

9    achieve a certain objective.

10     Q.   Okay.  Let me ask a question about the

11   last sentence of paragraph 43.  You write "In

12   other words, the purpose of decentralized

13   validation is to avoid one party having outsized

14   control over one another to make a network

15   decision (to validate a transaction)."

16             Do you see that?

17     A.   I see that.

18     Q.   Okay.  If one party must be trusted to

19   validate a transaction, is it fair to say that

20   that party has outsized control over others to

21   validate the transaction?

22                    MR. WHITE:  Objection; form.

23     A.   Can you rephrase that question, please?

24     Q.   Sure.  Or I'll try to.

25             Let's assume that one party is in

1    control of transaction validation.

2         My question is, is it fair to say that

3    that party has outsized control over other parties

4    in making a network decision; i.e., validating

5    transactions?

6                   MR. WHITE:  Object to form;

7              incomplete hypothetical.

8         A.   Sorry.  I'm going to ask you to read --

9    I'm going to ask you to repeat it again because

10   I'm trying to read it in this sentence.

11        Q.   Sure.

12             So the way I understand the sentence

13   is -- well, let me just read it again.  You write

14   "The purpose of decentralized validation is to

15   avoid one party having outsized control over one

16   another to make a network decision (to validate a

17   transaction)."

18             And so my question is, if one party has

19   the authority or must be trusted to validate a

20   transaction, does that party have outsized control

21   over others?

22                   MR. WHITE:  Objection to

23             form; incomplete hypothetical.

24        A.   In a generic sense, just like this is a

25   generic statement, that would be the implication,

154

1    yes.

2         Q.   Okay.  I want to show you what's been

3    marked PA 24.

4                    (Whereupon, exhibit is

5               received and marked SEC Adriaens

6               Exhibit 24 for identification.)

7    BY MR. SYLVESTER:

8         Q.   Here you go.

9              So PA 24 has a URL at the bottom, but I

10   can tell you that it's from Amazon.com.  And I'd

11   like you to read the first two sentences under the

12   first question "What is decentralization?"

13             Do you see that?

14        A.   Yes.

15        Q.   Okay.  Can you read those aloud, please?

16        A.   "In blockchain, decentralization refers

17   to the transfer of control and decision-making

18   from a centralized authority (individual,

19   organization, or group thereof) to a distributed

20   network.  Decentralized networks strive to reduce

21   the level of trust that participants must place in

22   one another, and deter their ability to exert

23   authority or control over one another in ways that

24   degrade the functionality of the network."

25        Q.   Okay.  So have you seen this document

1    before, this Amazon page?

2        A.   No.

3        Q.   Okay.  Can you explain why the first two

4    sentences of your paragraph 43 are almost word for

5    word the text of this Amazon page?

6                    THE REPORTER:  The last part.

7              Are almost word for word...?

8                    MR. SYLVESTER:  The text of

9              this Amazon page.

10       A.   Well, I am -- I don't know where -- as I

11   said, I've never seen this document.  I don't know

12   where the language in this document was taken

13   from, whether that is originally from Amazon or

14   came from another reference.  And I do not recall

15   at this point where and how through the literature

16   I arrived at the structure of the sentence.

17       Q.   Did you copy the first two sentences --

18   sorry.  Strike that.

19             Did you copy the text from this page in

20   Exhibit 24 into the first two sentences of your

21   expert report?

22       A.   I did not.

23       Q.   Did anyone else?

24                    MR. WHITE:  Objection.

25                    I'm instructing you to

156

1          exclude from your answer any

2          communications with counsel.

3     A.   Sorry.  What was your question?

4     Q.   Did anyone else copy the text from the

5  Amazon web page at Exhibit 24 into your report at

6  paragraph 43?

7                    MR. WHITE:  Same objection

8          and instruction.

9     A.   That is outside of my knowledge.  I

10  wouldn't know.

11     Q.   You wouldn't know.

12                    MR. WHITE:  Same objection

13          and instruction.

14     A.   I didn't -- how we arrived -- how I

15  arrived at the sentence structure and where it

16  came from relative to the other documents that I

17  cited.  It's not clear what the reference or the

18  relationship is between the Amazon document and

19  the two sentences there and where this was derived

20  from, from other sources that I did cite.

21     Q.   You would agree with me, though, that

22  it's an almost word-for-word recreation of the

23  Amazon document in your expert report?

24     A.   It is very close, yes.

25     Q.   And sitting here today, you're not sure

157

1    why?

2         A.   That's correct.  I don't know.

3         Q.   Okay.  Let's move on to paragraph 44.

4    The first sentence is "Since there is no central

5    authority present to validate and verify the

6    transactions, and every transaction in a

7    blockchain is considered completely secured and

8    verified, consensus protocols are a core part of

9    any blockchain network."

10        A.   Yes.

11        Q.   What's your source for that statement?

12        A.   That is sort of a general statement

13   around how blockchains are designed.

14        Q.   Okay.  You say "considered completely

15   secured and verified."

16             Do you see that?

17        A.   Yes.

18        Q.   Considered by what or by whom?

19        A.   It would be through the validation

20   mech -- the consensus mechanism.

21        Q.   Okay.  And -- and you go on to define

22   consensus mechanism in the next sentence, is that

23   right?

24        A.   There are four consensus protocols or a

25   core part, right.

158

1      Q.   Okay.  And you go on to define consensus

2  mechanism in the next sentence, is that right?

3      A.   Yes.

4      Q.   What source did you rely on, if any, for

5  your definition of consensus mechanism?

6      A.   Again, I'm going to have to refer to

7  some of my earlier citations from which I referred

8  for many aspects or components of my report.  I --

9  I don't know.

10     Q.   Okay.  This isn't -- strike that.

11          You did not create the definition of

12  consensus mechanism described in paragraph 44, is

13  that right?

14     A.   It's a description, a description that's

15  out there.

16     Q.   Okay.  Paragraph 45 you write that

17  the -- second sentence.  "The Ledger is

18  standardized with regard to protocols (objectives

19  in the consensus algorithm) and acceptance of

20  validators on to the network, and it is

21  decentralized with respect to how transactions are

22  validated."

23          Do you see that?

24     A.   Yes.

25     Q.   Okay.  What does "standardized with

159

1    regard to protocols (objectives in the consensus

2    algorithm)" mean?

3         A.   Well, every consensus mechanism on a

4    blockchain has a consensus -- has a protocol that

5    is the standard how the blockchain is supposed to

6    operate and how it's supposed to validate

7    transactions.

8         Q.   What does the word "standardized" mean

9    in describing that -- those protocols?

10        A.   The protocol is essentially the

11   governing document of how the blockchain operates.

12        Q.   Is that the underlying code of the XRP

13   Ledger?

14                   MR. WHITE:  Objection to

15             form.

16        A.   You could refer to it as that, yes.

17        Q.   Okay.  You describe Ripple's release of

18   a recommended UNL in paragraph 45.

19             Do you see that?

20        A.   In 45?

21        Q.   Yes.

22        A.   Okay.

23        Q.   What is the process for the placement of

24   validators onto Ripple's UNL, if you know?

25        A.   Well, if validator nodes are active,

160

1    they can be added to a UNL pending approval of the

2    other validators within that UNL.

3              We're talking in general about UNLs?

4        Q.    No, just Ripple's UNL.

5              What's the process for the selection of

6    validators that are placed onto Ripple's UNL?

7        A.    It is my understanding that Ripple has

8    to approve of those validators.

9        Q.    And do you know what metrics, if any,

10   Ripple applies to its approval process for

11   validators to be placed on its UNL?

12       A.    I don't know specifically.  I know more

13   generally that a validator has to be trusted; has

14   to be active and online; has to be -- has to have

15   participated on the Ledger.  So sort of a -- a

16   history, I guess, of that particular node or --

17   but I don't know exactly what the criteria are.

18   These are just some features, I guess, associated

19   with those nodes.

20       Q.    When you say -- I'm repeating your

21   testimony as I understand it.  "I don't know

22   specifically.  I know more generally that a

23   validator has to be trusted; has to be active and

24   online; has to be -- has to have participated on

25   the Ledger."

1          In that sentence is it trusted by

2    Ripple?

3          A.   I'm sorry.  I misstated.  It doesn't

4    have to be trusted.  It has to be -- there has to

5    be historical evidence of that particular

6    validator to be an active validator, have -- is

7    online a lot of the time, has participated in

8    prior transactions.  So some history of that.

9          That would make it into the -- you're

10   specifically referring to a dUNL.  But I don't

11   know about the actual protocol and how they select

12   them.  I just know some of the characteristics

13   because they referred to that in the Schwartz

14   document.

15        Q.   Is it fair to say that if Ripple selects

16   validators for inclusion on Ripple's UNL, that

17   Ripple trusts those validators?

18        A.   I did not opine on that.

19        Q.   What -- let me ask you this.

20        In paragraph 45 you say "In addition,

21   Ripple releases a recommended unique node list

22   (UNL) of trusted and verified" validate --

23   "validators."

24        A.   Mm-hmm.

25        Q.   Do you see that?

162

1       A.    Yes.

2       Q.    Trusted by whom?

3       A.    I would assume that would be by the

4    other validators on the UNL as well as by Ripple

5    because they published that dUNL.

6       Q.    Okay.

7       A.    In fact, I'm speculating there.  I don't

8    know what the actual process is.

9       Q.    I'm not sure I understand.

10            When you use the word "trusted" in this

11   sentence in your report, who was doing the

12   trusting?

13      A.    The intent of the sentence was not to be

14   that specific around who is doing the trusting.

15   It's basically reliable validators.  That's really

16   the intent of the statement.

17      Q.    Okay.  So fair to say that in Ripple's

18   view, Ripple includes validators on its list that

19   Ripple views as reliable?

20            MR. WHITE:  Objection; form,

21       foundation.

22      A.    That would be the intent of the

23   sentence, but, as I said, I don't really know the

24   actual protocol that Ripple used to select the

25   validator -- validators.

163

```
 1        Q.   Okay.  The last couple of sentences of
 2   paragraph 45, "XRP Ledger users are not required
 3   to use these validators for transactions."  I'll
 4   stop there.
 5             Do you see that?
 6        A.   Yes.
 7        Q.   With -- is the reference -- strike that.
 8             Is the phrase "these validators" a
 9   reference to the validators that are listed on
10   Ripple's UNL?
11        A.   You know, that's a little confusing
12   here.
13             Sorry, what was your question?
14        Q.   Is the phrase "these validators" that
15   appears in the second-to-last sentence of
16   paragraph 45 a reference to the validators that
17   are listed on Ripple's UNL?
18        A.   Yes.  It says essentially that the XRP
19   Ledger users are not required to use the dUNL for
20   transactions --
21        Q.   Okay.
22        A.   -- to validate transactions.  That was
23   the intent of the sentence.
24        Q.   Okay.  If nodes do not use the
25   validators on Ripple's UNL, are there any risks to
```

1    the nodes who opt not to use that UNL?

2              MR. WHITE:  Objection; form.

3        A.   It is my understanding there are other

4    UNLs available and other UNLs in the future that

5    could be created.

6        Q.   Focusing just on the present, what's

7    your understanding about the degree of overlap in

8    the lists among the various UNLs that Ripple

9    publishes?

10             MR. WHITE:  Objection to

11        form.

12       A.   It seems like there were multiple

13   questions in that question.  Part of it is, are

14   there other UNLs?

15       Q.   That's a fair point.

16             Ripple publishes its own UNL, correct?

17       A.   Yes.

18       Q.   Okay.  In the current iteration of the

19   Ripple code, is Ripple's UNL the only Ripple UNL

20   available?

21       A.   No.

22       Q.   Okay.

23             THE REPORTER:  I'm sorry?

24             THE WITNESS:  No.  Sorry.

25             THE REPORTER:  Thank you.

165

```
 1        Q.    There are other UNLs that are currently

 2   listed in the Ripple-D code, is that right?

 3        A.    There's other UNLs available, yes.

 4        Q.    Okay.  Focusing just on the UNLs that

 5   are listed in the Ripple-D code, are you aware of

 6   the extent of the overlap of the validator lists

 7   among those UNLs with Ripple's UNL?

 8        A.    Am I aware there's overlap?

 9        Q.    I'm asking if you know whether or not

10   there's overlap.

11        A.    By reading some of the documents that

12   I'm citing to, I'm aware that there is some

13   overlap.

14        Q.    But is it a perfect overlap between the

15   lists?

16              MR. WHITE:  Objection to

17        form.

18        A.    I do not have that information here as

19   I'm sitting here.

20        Q.    Okay.

21              MR. SYLVESTER:  Should we

22        break for lunch?  We're right about

23        one.  Does that work for you?

24              MS. ZORNBERG:  Sure.

25              MR. WHITE:  Yes.
```

166

1              MR. SYLVESTER:  Okay.

2              THE VIDEOGRAPHER:  Going off

3        the record.  The time is 1:08.

4              (Whereupon, a luncheon recess

5        is taken.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

167

```
 1              A F T E R N O O N   S E S S I O N

 2                   THE VIDEOGRAPHER:  We'll go

 3           back on the record.  The time is 2:11.

 4    BY MR. SYLVESTER:

 5        Q.   Professor, I'd like to start with

 6    paragraph 46 on page 21 of your Exhibit 1.

 7        A.   Okay.

 8        Q.   The first sentence of that paragraph is

 9    "The XRP Ledger's consensus protocol breaks up the

10    common notion of a shared set of validator nodes."

11           Do you see that?

12        A.   Yes.

13        Q.   What do you mean here by "a shared set

14    of validator nodes"?

15        A.   As I understand in my writing, I

16    intended that to mean that every node can choose

17    who they -- can choose the UNL that they work

18    with.

19        Q.   And that's reflected in the next

20    sentence, "Rather, it lets every node declare

21    other nodes it subjectively trusts in a UNL"?

22        A.   Yes.

23                   MR. WHITE:  Objection.  No

24           question.

25        Q.   Okay.  If a node departs from the Ripple
```

1    UNL and instead creates its own list of validators

2    it subjectively trusts, what, if anything, will

3    ensure that it remains on the XRP Ledger and does

4    not fork?

5                    MR. WHITE:  Objection; form.

6        A.   I don't think I'm prepared to answer

7    that question.  As I indicated this morning, my

8    knowledge on blockchain and consensus and the

9    features are at the business implementation and

10   business development level.  And some of the

11   technical aspects and underlying code and

12   protocol, issues like what you're referring to

13   right now, I cannot -- I cannot directly answer.

14   I do not have that level of expertise.

15       Q.   Okay.  And when you say you cannot

16   answer, is it because you don't know?

17                    MR. WHITE:  Objection; form.

18       A.   I do not have that expertise.

19       Q.   Okay.  Let's look at paragraph 47 of

20   your report.  The first two sentences say "Not all

21   XRP Ledger validators participate in the consensus

22   process all the time.  In fact, a smaller subset

23   of validators consistently is responsible for

24   approval of transactions, and serves three

25   functions," and the sentence continues, but my

169

1    question is about the approval of transactions.

2            Is the smaller subset of validators that

3    is consistently responsible for approving

4    transactions the validators that are listed on

5    Ripple's UNL?

6                    MR. WHITE:  Objection; form.

7        A.   I don't think there's anything in this

8    paragraph that refers to Ripple's UNL.

9        Q.   Right.  I understand that, sir.  I

10   meant -- I'm asking if that's -- if that's an

11   accurate statement.

12           So you write "a smaller subset of

13   validators consistently is responsible for

14   approval of transactions."

15       A.   Uh-huh.

16       Q.   What is that "smaller subset"?

17       A.   Again, I think that asks to a level of

18   technical knowledge that I cannot respond to.

19       Q.   But you wrote this, right?

20       A.   Yes.

21       Q.   So what was your basis at the time of

22   writing for your understanding that a smaller

23   subset of validators consistently is responsible

24   for approval of transactions?

25       A.   As a matter of -- the intent was to

1    write these paragraphs, as I indicate at the

2    beginning in paragraph 41, as sort of an overview

3    of the XRP Ledger based on the references cited in

4    26 and it states sort of as a matter of knowledge

5    that is out there rather than as an analysis.  It

6    was also not materially analysis to -- material to

7    my analysis and opinions.

8        Q.   Sitting here today, do you know whether

9    or not it's true that a smaller subset of

10   validators consistently is responsible for

11   approval of transactions?

12       A.   I have no reason to disagree with that.

13       Q.   I'm asking if you affirmatively agree.

14            Do -- do you -- do you have a basis to

15   believe it's true?

16                 MR. WHITE:  Objection to

17            form.

18       A.   Not beyond the information that I've

19   gathered, but not from my own practical knowledge.

20       Q.   Okay.  And -- and what is the -- what is

21   the source for this sentence in paragraph 47?

22       A.   Again, I refer you back to the citation

23   26 which is for present purposes going forward.

24   And a lot of this actually refers to various

25   different sources consulted in 26, which was a lot

171

1    of sources including a lot of Ripple -- Ripple

2    sources, Ripple website information.

3        Q.   Do you know which of those sources cited

4    in 26 support the proposition that a smaller

5    subset of validators consistently is responsible

6    for approval of transactions?

7        A.   I don't know and I will have to review

8    some of these websites.

9        Q.   Did you write paragraph 47?

10               MR. WHITE:  Objection.  I'm

11           going to instruct the witness not to

12           answer for the reasons previously

13           stated.

14               MR. SYLVESTER:  And what are

15           the reasons previously stated?

16               MR. WHITE:  That the drafting

17           process is protected by the work

18           product privilege.

19               MR. SYLVESTER:  Okay.

20   BY MR. SYLVESTER:

21        Q.   I want to show you what's been marked

22   Exhibit 22, please.

23               (Whereupon, exhibit is received

24           and marked SEC Adriaens Exhibit 22

25           for identification.)

172

```
 1              MR. SYLVESTER:  Great.  So

 2         here you go.

 3    BY MR. SYLVESTER:

 4         Q.  So Exhibit 22 is a printout from a

 5    website, that appears at the bottom of the

 6    document, from xrpl.org.

 7         A.  Uh-huh.

 8         Q.  Professor, you did cite xrpl.org as one

 9    of your sources in -- in your report, correct?

10         A.  I do cite that in Footnote 26, yes.

11         Q.  Okay.  The portion of this -- well, let

12    me ask you this:  Have you seen this -- this

13    publication on xrpl.org prior to today?

14         A.  As I mentioned, I did look at xrpl.org.

15         Q.  Mm-hmm.

16         A.  And this may or may not have been, I

17    guess, the information that -- that I've seen.

18         Q.  Okay.  Let me ask a better question.

19              If you turn to the second page, do you

20    see where it says "Validator Overlap

21    Requirements"?

22         A.  Yes.

23         Q.  Have you -- have you read this section

24    about validator overlap requirements on xrpl.org?

25         A.  If this is what was the link, xrpl.org,
```

173

1    then I have read it.

2         Q.   Does it look familiar to you sitting

3    here today?

4         A.   I cannot be certain.

5         Q.   Okay.  If you wouldn't mind taking a

6    moment just to review those few paragraphs under

7    "Validator Overlap Requirements," I just have a

8    few questions.

9              (Pause)

10        A.   I've read it.

11        Q.   Okay.  Let's start here.

12             Did you disagree with anything that you

13   read in the three paragraphs under "Validator

14   Overlap Requirements"?

15                  MR. WHITE:  Object to form.

16        A.   I do not have the technical background

17   to either agree or disagree.  It's just stated

18   as -- as written.

19        Q.   Okay.  Do you see where it says --

20   strike that.

21             If a validator selects a UNL that

22   overlaps less than 90 percent with other UNLs,

23   what risk does that pose?

24                  MR. WHITE:  Objection; form,

25        calls for speculation.

174

1        A.   You're asking me to do a technical

2    analysis that I am not qualified to do based on

3    this information.

4        Q.   Okay.  Separate and apart from this

5    document -- I just want to make sure I understand

6    your answer -- you're not able to answer the

7    question if a validator selects a UNL that is --

8    that overlaps less than 90 percent with other

9    UNLs, what risk that poses, is that right?

10                   MR. WHITE:  Objection; form.

11       A.   I don't have the background to answer

12   that question.

13       Q.   Okay.  Do you have -- do you see the

14   reference in Exhibit 22, at the bottom of that

15   section where it says "If your chosen set of

16   validators does not have enough overlap with

17   others, your server may diverge from the rest of

18   the network and you could lose money by taking

19   action based on your server's divergent state."

20            Do you see that?

21       A.   No.

22       Q.   No?  Okay.

23       A.   Are -- are you referring to this?

24       Q.   Yes.

25       A.   Okay.

1        Q.    So Exhibit 22.

2        A.    Yes.

3        Q.    The third paragraph under "Validator

4    Overlap Requirements."

5        A.    Yes.

6        Q.    And then the last sentence of that third

7    paragraph.

8        A.    A chosen set of validators.

9        Q.    That's right.

10       A.    Okay.  I'm sorry, your question was?

11       Q.    My question is, do you know how it is

12   that one could lose money by taking action based

13   on one server's divergent state?

14                   MR. WHITE:  Objection; form.

15       A.    I do not have enough information to

16   actually make that -- to explain that.

17       Q.    Okay.  Let's go back to your report,

18   Exhibit 1, paragraph 48, which is on page 22.

19       A.    Yes.

20       Q.    The first sentence of that paragraph is

21   "The features of decentralized validation and the

22   XRP Ledger's consensus protocol enabled an

23   increase in the speed with which it can validity

24   transactions, and make settlement of the

25   transaction faster than traditional payment

176

1    rails."

2              What's the basis for that statement?

3         A.   This is information that is based on the

4    citation, I believe Citation Number 27 and, again,

5    was part of my providing -- providing background

6    on the XRP and XRPL.

7         Q.   Do you --

8         A.   Not an analysis.

9         Q.   I see.

10             Do you know how fast transactions

11   settled via traditional payment rails?

12        A.   Depends which payment rails we consider.

13        Q.   Okay.  I'm trying to determine the basis

14   for your statement that the speed of the XRP

15   Ledger is faster than traditional payment rails.

16   So I'd like to know, what -- what are the

17   traditional payment rails that you're referring to

18   here?  How fast do they settle transactions?

19                  MR. WHITE:  Objection; form.

20        A.   I don't have information on how many

21   seconds or microseconds or whatever time it would

22   take.

23        Q.   Is -- is this statement, the first

24   sentence of paragraph 48, something that you drew

25   from a source that you read in preparing your

177

1    report?

2        A.   I believe so, yes.  Either it's going to

3    be based on Footnote 26 or on the difference

4    between XRP and other cryptocurrencies, 27, which

5    makes reference to the speed of transactions.

6        Q.   Okay.  Paragraph 49 on page 23, about

7    four lines down, there's a sentence that says --

8    that starts "To prevent malicious activity..."

9            Do you see that?

10       A.   Yes.

11       Q.   Okay.  So my question is, does a

12   validator on the XRP Ledger have to take any

13   affirmative steps to create a Unique Node List?

14                   MR. WHITE:  Objection to

15           form.

16       A.   I am not prepared to respond to the

17   technical requirements of a validator and the

18   Unique Node List.

19       Q.   And, so, it's fair to say you don't know

20   sitting here today?

21                   MR. WHITE:  Objection; form.

22       A.   I don't know beyond the information

23   that's available publicly.

24       Q.   I'm sorry, what do you mean by the

25   information "available publicly"?

178

1        A.   That's available based on the citations

2   I've used earlier.  It's descriptive of the

3   process, not an analysis of the process.

4        Q.   Okay.  Do you see where it says, in the

5   same paragraph, 49, "Each XRP Ledger validator

6   must maintain and have approved a list of trusted

7   servers"?

8        A.   I'm not sure where you are.

9        Q.   Oh, it's the same sentence that starts

10  with "To prevent malicious activity..."

11       A.   Yes.

12       Q.   Do you know if bitcoin also has the same

13  requirement, that nodes must have a list of

14  trusted servers?

15       A.   Bitcoin works through miners, as far as

16  I understand.

17       Q.   And does that process entail having a

18  list of trusted servers?

19       A.   They're competing servers.

20       Q.   So is that a no, it does not?

21                 MR. WHITE:  Objection; form.

22       A.   I am not sure in terms of the use of

23  this language, but I understand that process to be

24  a mining process as opposed to a federated

25  consensus process.

[2/8/2022] Adriaens, Peter Expert Dep. Tr. 2.8.2022

1      Q.   Going down to paragraph 50, the first

2  sentence, second clause, says that "the system

3  only makes forward progress when a super-majority

4  of the validators each node trusts agree on the

5  state of the Ledger."

6           Do you see that?

7      A.   Yes.

8      Q.   What is this super-majority?  What --

9  what percentage must agree?

10     A.   Based on the information that I have

11  read, I believe it's on the order of 80 percent.

12     Q.   Can 20 percent of faulty nodes on

13  Ripple's UNL halt the XRP Ledger?

14               MR. WHITE:  Objection; form.

15     A.   Are you specifically asking about the

16  dUNL?

17     Q.   Yes.  I'll repeat it, but, yes.

18           Can -- can 20 percent of faulty nodes on

19  Ripple's dUNL halt the XRP Ledger?

20               MR. WHITE:  Same objection.

21     A.   I would need more information.  I think

22  that is unclear since there are multiple UNLs

23  available and we don't know who actually uses the

24  dUNL, so...

25           Technically, in the protocol, the

180

1    implications of the 20 percent that you're

2    mentioning, I cannot do an analysis on that based

3    on where I'm sitting right now.

4         Q.   When you say "in the protocol," what do

5    you mean by "protocol"?

6         A.   The consensus protocol.  The code.

7         Q.   Okay.  Skipping back to paragraph 49,

8    right after the sentence that we were just looking

9    at that starts with "To prevent malicious

10   activity," there's a sentence that says "The

11   network is designed to rely on trusted validator

12   parties that grow organically, while pushing out

13   dishonest nodes."

14            Do you see that?

15        A.   I see that.

16        Q.   Okay.  How does the group of trusted

17   validators on the XRP Ledger grow organically?

18        A.   Because new validators become part of

19   the network.  How do new validators become part of

20   the network?  Is that part of what you're asking?

21        Q.   I'm asking what you meant when you wrote

22   that trusted validator parties grow organically.

23        A.   Again, I used it in the context of the

24   information that I reviewed on the XRP Ledger.

25        Q.   Okay.  But do you have a meaning of what

1    the phrase grow -- I'm confused because I don't

2    know what the meaning of "grow organically" is.

3    So what did you mean by "grow organically"?

4         A.   That new parties -- individuals,

5    universities, companies, whatever it might be --

6    become validators in the network.

7         Q.   And --

8         A.   That's organically.

9         Q.   How is that organic?

10        A.   Organic as opposed to -- in the commonly

11   used meaning of the term "organic" as opposed to

12   sort of directed new validators.  So these sort of

13   pop out independent of Ripple, independent of some

14   of the other validators.  So organic growth of a

15   network.

16        Q.   And how about the concluding part,

17   "While pushing out dishonest nodes"?  How are

18   dishonest nodes pushed out of the XRP network?

19        A.   Again, this kind of goes to technical

20   aspects of the operation of the ledger.  I believe

21   there was a voting process involved and I can't

22   comment beyond that.

23        Q.   Okay.  So this sentence is -- is

24   something that you obtained from reviewing from

25   another source?

182

```
1        A.    Yeah.

2        Q.    That's fair?

3        A.    To -- to provide general context and

4    overview, yes.

5        Q.    Okay.  Can you -- sorry, strike that.

6              The last sentence of paragraph -- strike

7    that.

8              The second-to-last sentence of paragraph

9    49 that starts with "However," do you see that?

10       A.    Yes.

11       Q.    I read the sentence to mean that one of

12   the vulnerabilities of the XRP Ledger is that it

13   requires an a priori agreement on common trusted

14   nodes with the UNL, is that correct?

15                  MR. WHITE:  Objection; form.

16       A.    That's what the sentence says.

17       Q.    Okay.  Is that "a priori agreement on

18   common trusted nodes" a reference to a UNL?

19       A.    Sorry.  What is your question again?

20       Q.    Is your reference to an "a priori

21   agreement on trusted nodes" a reference to a UNL?

22       A.    Let me reread that sentence to remind me

23   of the intent.

24              (Pause)

25       A.    This actually goes to a very technical
```

1     aspect of the protocol conditions --

2         Q.    Mm-hmm.

3         A.    -- that I'm not prepared to discuss or

4     analyze or interpret.

5         Q.    Is it a technical aspect that you

6     understand?

7         A.    At a level of -- high level of

8     understanding, yes.

9         Q.    Okay.  But at your high level of

10    understanding, why is an a priori agreement on

11    common trusted nodes a vulnerability of the XRP

12    Ledger?

13                    MR. WHITE:  Objection; form.

14        A.    I'll have to take a look at the context

15    of the reference from which I pulled this

16    information.

17        Q.    And what's that reference?

18        A.    I believe it was one of the references

19    cited in 26 on XRP, XRPL.

20        Q.    Sitting here today, do you know which of

21    the references in 26 is the source from which you

22    drew this sentence in paragraph 49?

23        A.    Given the context of the paragraph, it's

24    probably one of the latter ones, XRPL overview.

25    It's all securities so I'm going to have to go

184

```
 1   back to that reference.
 2        Q.   I'm sorry, what was the last thing you
 3   said, the last sentence?
 4        A.   You said 49, right?  In 49 -- paragraph
 5   49, the sentence that you're referring to, what
 6   makes XRP Ledger attractive for speed, et cetera,
 7   is under the improved security subset on page 22.
 8   So I'll have to go back to the reference that
 9   discusses improved security to get that context
10   again.
11        Q.   I see.
12             And just to be clear, this whole section
13   of improved security, this is not your expert
14   opinion.  This is information that you drew from
15   sources you reviewed, is that right?
16        A.   Information I drew from resources I
17   reviewed and were used in the context of
18   formulating the opinion on whether XRPL and XRP
19   aren't innovation of the existing blockchains.
20        Q.   Okay.
21        A.   Blockchain.  There was only one at that
22   time.
23        Q.   And to the extent the sources of
24   information you reviewed were Ripple or Ripple
25   affiliates, did you take any steps to verify the
```

185

1    veracity of that information that you then

2    included in your report?

3                    MR. WHITE:  Objection to

4            form.

5        A.   Are you referring specifically to

6    this -- to this statement in paragraph 49?

7        Q.   Let's start with that statement in

8    paragraph 49, sure.

9        A.   I did not verify it independently.

10       Q.   Okay.  Now, backing up from paragraph

11   49, to the extent that there are any statements in

12   your report where -- that don't represent your

13   expert opinion and are, rather, just drawn from

14   sources of information from Ripple or Ripple

15   affiliates, did you take any steps to verify the

16   veracity of that information before including it

17   in your report?

18       A.   Well, I didn't only look at 26.  There's

19   other references that refer to comparison of

20   ledgers or statements, statements on CoinDesk and

21   whatnot that I've referenced earlier that speak to

22   this, but I did not specifically cite to here.  To

23   see whether those same statements are made in

24   those same documents.

25       Q.   Right.  I'm asking more of a

1    methodological question.

2          A.   Oh, okay.

3          Q.   So, for instance, let's use this

4    improved security paragraph as an example.  So

5    from the improved security paragraph, my

6    understanding of what you've told us is that this

7    is not your expert opinion.  This is a -- a

8    summary or a recitation of information that you've

9    reviewed --

10         A.   Background.

11         Q.   -- from other sources.

12         A.   Yes, background information.

13                   MR. WHITE:  Objection; form.

14         Q.   To the extent that at any point in your

15   report, paragraph 49 or elsewhere, to the extent

16   that the information that you incorporated in your

17   report was coming straight from a Ripple source,

18   did you take any steps to verify from an

19   independent source that that information was true?

20         A.   Well, as I mentioned, there are other

21   sources that refer -- now you specifically talk

22   about security.  But those statements that came

23   from Ripple, if these statements also were

24   amplified elsewhere, I kept them in.  If there was

25   a contradiction, I may have highlighted that

187

```
 1    contradiction.
 2         Q.   Okay.  So, again, I just want to get to
 3    a methodological question.  One approach that you
 4    might have taken would be to just accept as true
 5    whatever is stated in Ripple sources.  Another
 6    approach you might have taken is to not accept as
 7    true anything that was stated in Ripple sources.
 8    A third approach you might take is taking Ripple
 9    sources and, if it's a Ripple-only source for that
10    information, trying to find an independent source
11    to verify the veracity of the Ripple source.
12              Do you understand the three scenarios
13    I'm setting out?
14         A.   Sort of.
15         Q.   Okay.  Did -- did you do the third
16    thing?  If -- if you were -- for instance, with --
17    going back to 49, when you're making a statement
18    in your report about improved security, did you --
19    did you search for any other independent source of
20    information about improved security of the XRP
21    Ledger independent of Ripple?
22                   MR. WHITE:  Objection; form.
23         A.   In the context of this opinion, I was
24    not asked to render an opinion on the security of
25    the XRP Ledger.  I basically took the information
```

188

1    that was available and in aggregate used it in my

2    opinion on the innovation of Ripple -- of -- of

3    XRP and XRPL over the existing blockchain.

4         Q.   I hear you, but I -- I'm not sure

5    you're -- with all due respect, I'm just not sure

6    you're answering my question.  And -- and, again,

7    I'm just asking a question as to your method.

8    Let's keep it to paragraph 49.

9              For paragraph 49, you make a series of

10   statements about improved security.  I understand

11   from what you've said that you've drawn these

12   statements from other sources.  They're not your

13   expert opinion.  Correct?

14        A.   Mm-hmm.

15        Q.   Okay.  When you drew -- if you -- with

16   respect to 49, if any of the facts in 49 come from

17   Ripple sources, did you make any efforts to verify

18   the veracity of those facts in 49 from sources

19   independent of Ripple?

20        A.   I did not.

21        Q.   Okay.  Were there other occasions in

22   your report where you drew from -- strike that.

23             Were there other occasions in your

24   report where you set out in your report facts that

25   you obtained from your review of Ripple sources

189

```
1    and did not take any steps to independ --

2    independently verify the veracity of those facts?

3         A.   Is your question were there other places

4    where I did not do that?

5         Q.   Yes, exactly.

6         A.   You'd have to go to very specific

7    places.  So my -- what I was -- what I set to do

8    is to compare what was available about Ripple,

9    whether disclosed by Ripple or other parties,

10   relative to what the incumbent technology is.

11   That was actually the -- the objective of my -- of

12   my opinion, is to compare new versus incumbent and

13   take whatever aggregate information that I had to

14   actually compare these two.

15        Q.   Okay.  So from your perspective, you

16   didn't draw a distinction between whether or not

17   you learned information from a Ripple source or

18   from a non-Ripple source?

19                   MR. WHITE:  Objection; form.

20        A.   Not necessarily, no.

21        Q.   Okay.  How -- how is a reader of your

22   report able to ascertain what portions of your

23   report are recitations of facts drawn from other

24   sources versus what portions of your report are

25   your expert opinion?
```

190

```
 1                    MR. WHITE:  Objection; form.
 2        A.    Well, when I have citations to sources,
 3   then that is not my own original, I guess,
 4   opinion.  It's just, using those sources, I have
 5   to come to a conclusion:  How did the aggregate of
 6   these sources and of that information gained from
 7   these sources stack up against what the incumbent
 8   technology is?  Which is kind of how we do,
 9   generally, a business analysis for innovative
10   companies relative to companies that are already
11   in the market.
12        Q.    Right.
13              I -- I guess what I'm trying to
14   determine is for something like -- focusing on the
15   example of 49, improved -- improved security --
16        A.    Mm-hmm.
17        Q.    -- how can the reader of your report
18   tell whether or not you, as an expert, are opining
19   that the XRP Ledger constitutes a ledger with
20   improved security over preexisting technology
21   versus your adopting others' views that that's the
22   case?
23                    MR. WHITE:  Objection; form.
24        A.    Because the information is presented
25   regarding what the incumbent technology, bitcoin,
```

```
1    does or has or its speeds or its energy use or its

2    cost relative to what we know about the XRPL.

3            Now, when I cite, for example, that it

4    takes three to five seconds or four seconds on

5    average to, you know, validate a transaction, that

6    isn't only based on the Ripple source.  If I've

7    seen it elsewhere, then, you know, I'm comfortable

8    with that information.

9        Q.   Okay.  I hear you, but I'm -- I'm still

10   struggling with how is a reader of your report

11   able to differentiate between when you, an expert

12   retained to provide expert witness services, are

13   expressing your expert opinion versus when you're

14   reciting the fact -- facts or information as

15   stated from other sources?  Is there a way to do

16   that reading your opinion?

17                MR. WHITE:  Objection; form.

18       A.   What the reader will read is how the

19   XRPL compares to bitcoin.  And that is the level

20   of information that is necessary in my expert

21   opinion as long as the information is derived from

22   credible sources.

23       Q.   And how do we know that the information

24   is derived from credible sources without specific

25   citations, say, within paragraph 49?
```

```
 1                    MR. WHITE:  Objection to

 2          form.

 3      A.   This paragraph 49 is really a

 4  descriptive overview of the security features.  It

 5  is not an independent validation of the security

 6  features.

 7      Q.   It's not your independent expert --

 8      A.   It is not my --

 9                (Indiscernible cross talk;

10          reporter requests one speaker.)

11                THE WITNESS:  Sorry.

12      Q.   Shall I finish?  Is that okay?

13      A.   Yeah.  I think you were paraphrasing me,

14  but I don't know who was...

15      Q.   Actually, strike that.

16          Did you have an answer you wanted to

17  provide me?  I don't want to cut you off.

18      A.   I provided aggregated information that

19  was available, whether from Ripple sources or from

20  other sources, brought it together in this section

21  where I was -- where I was asked to provide an

22  opinion on whether XRP or XRPL was an innovation

23  over bitcoin.  And is -- or a better bitcoin.

24          And I used a number of features, looked

25  at a number of features.  I looked at speed.  Did
```

193

1    I independently verify the speed?  I did not

2    independently verify the speed.  I looked at

3    environmental -- environment -- energy use.  I

4    looked at cost.  At least cost as reported.  And I

5    looked at the security aspects.  But I did not --

6    as being four sort of aspects that XR -- that

7    Ripple with XRP and XRPL brought to the table.

8    And that's how I did the comparison.  But I didn't

9    do an independent analysis of that.  I just

10   aggregated the information in a different way to

11   allow us to compare between two blockchains.

12            And some of that is done in Table 1,

13   looking at features and attributes.  It's

14   different ways of presenting information that is

15   already out there to compare.  Is blockchain --

16   from a business perspective analysis.  This is not

17   a technical analysis.  It's an evaluation as a

18   business.  With the technology and products, did

19   the company present -- was XRPL an improvement

20   over existing blockchains?

21        Q.   Okay.  Prior to your engagement in this

22   case, had you ever made any statement regarding

23   the topic of decentralization as applied to the

24   XRP Ledger?

25        A.   No.

194

1        Q.   Okay.  Prior to your engagement in this

2    case, had you ever considered the question of

3    whether and to what extent the XRP Ledger was

4    decentralized?

5        A.   No.  It was more about whether

6    blockchains were decentralized.

7        Q.   Prior to your engagement in this case,

8    had you ever compared the relative

9    decentralization of the XRP Ledger and bitcoin?

10       A.   Sorry, can you repeat that question?

11       Q.   Sure.

12            Prior to your engagement in this case,

13   had you ever compared the relative

14   decentralization of the XRP Ledger and bitcoin?

15       A.   No.  And I didn't do it in my engagement

16   either.

17       Q.   Okay.  Prior to your engagement in this

18   case, had you ever compared the decentralization

19   of the XRP Ledger to any other blockchain?

20       A.   I had not and there was also not

21   directly a way to do that.

22       Q.   Is it your view that there's no way to

23   compare the decentralization of the XRP Ledger to

24   any blockchain?

25       A.   That is my position in my rebuttal

1    report.

2        Q.   Prior to your engagement in this case,

3    had you ever read any statement about the

4    centralization or decentralization of the XRP

5    Ledger?

6        A.   I probably read it on websites, as in

7    crypto websites.

8        Q.   And what was it that you read?

9        A.   Well, there's all sorts of discussion

10   forums on CoinDesk and, you know, crypto.com sites

11   and whatnot on decentralization.  So that's sort

12   of the level of, you know, knowledge and

13   information that I looked at.

14       Q.   Did you read any articles specific to

15   the topic of the decentralization of the XRP

16   Ledger?

17       A.   Articles?  Do you mean any information

18   that is available online?

19       Q.   I do.

20       A.   I probably did, yes.

21       Q.   And what was -- what was the -- strike

22   that.

23            Did the articles that you read take the

24   position that the XRP Ledger was or was not

25   decentralized?

1      A.   Before this case, at that time I wasn't

2  looking at this from that perspective.  I was

3  looking from the perspective of being on the

4  advisory board of a fund and having to evaluate a

5  bunch of different FinTech companies and looking

6  at, you know, what do we know about FinTech

7  companies, the blockchains they operate on.  You

8  know, what's being said about centralization and

9  decentralization.  More at that level, not

10  specific to XRP or specific to...

11      So I didn't really take a position.

12      Q.   Prior to your engagement in this case,

13  were you aware of any statements by Ripple about

14  the centralization or decentralization of the XRP

15  Ledger?

16      A.   Prior to the case?

17      Q.   Prior to your engagement in this case.

18      A.   I didn't follow that level of detail,

19  no.

20      Q.   Let's go to your rebuttal report,

21  Exhibit 2, please.  Going to paragraph 36, which

22  is on page 20 and 21.  And I'm looking just at the

23  last sentence of paragraph 36, which says "Each of

24  these features of the XRP Ledger offer

25  incentives - for example, to payment processors

```
 1    who want to ensure their transactions clear more

 2    quickly and cheaply than on the bitcoin or

 3    Ethereum blockchains and therefore have an

 4    incentive to ensure the XRP Ledger continues to

 5    exist."

 6              Do you see that?

 7         A.   I see that.

 8         Q.   Is this sentence an example of

 9    information that you sourced from elsewhere or is

10    this your expert opinion?

11                   MR. WHITE:   Objection; form.

12         A.   So we have to go back to the purpose of

13    the rebuttal report, in which case I wear my

14    academic hat because this is a discussion in the

15    scientific literature as to what the meaning of

16    decentralization -- what the definition is, how

17    you measure it, or what the metrics are that would

18    describe it.  How you measure it.  How -- what the

19    purpose is or what the role is of incentives,

20    whether incentives need to be economic incentives

21    or not economic incentives.

22              And I read all the papers that I

23    sourced, all the papers that are cited on that and

24    understood from, I believe in this case, the --

25    starting with the -- was that the side paper?
```

198

1    Let's see.  I'll have to reread this paragraph, by

2    the way.

3              Even when you look at the Troncoso

4    papers, some of the other papers for discussion,

5    there was discussion around -- this was specific

6    around incentives, right.  This paragraph that

7    you're referring to is a paragraph around

8    incentives.  And my opinion on Dr. ███████

9    report as to whether these incentives and protocol

10   incentives are necessary to build a successful

11   decentralized system.

12             So I set out to test that assertion by

13   reading papers in the academic literature.  And

14   based on these papers in the academic literature

15   that say it doesn't have to be one in protocol

16   incentive and it doesn't necessarily need to be an

17   economic incentive.  The -- so that's a big part

18   that led into this sentence.

19             Second, practically, I'm advisor to a

20   blockchain company called Blockchain Triangle that

21   operates on a -- on a blockchain.  And working

22   with them, the question is, also, do participants

23   need to be economically incentivized, as I said?

24   Now it's all about risk management.  So they want

25   to keep a blockchain live for risk management or

199

1    reputational reasons.

2             The University of Michigan, as I

3    mentioned to you earlier, we actively -- we do not

4    actively run a node.  We're not paid to run a

5    node.  We're not compensated to run a node.  We're

6    actually not running it.  But the research that is

7    happening on the XRP and XRPL might incentivize

8    some of the researchers that are working in the

9    space to actually fund and be active on the

10   operations of the validator node.  So that's what

11   I'm saying.  It doesn't have to be a strictly

12   protocol economic incentive.

13        Q.   Do you -- sorry, go ahead.

14        A.   Yeah.  Sorry.

15        Q.   You said the University of Michigan is

16   no longer running a node on the XRP Ledger, is

17   that right?

18        A.   We maintain the node.  We do not

19   actively participate in the validation process.

20        Q.   I see.

21             And that's true today?

22        A.   That is true today.

23        Q.   Okay.  I want to focus you back on the

24   last sentence of paragraph 36.

25        A.   Mm-hmm.

200

1      Q.   Do you know whether payment processors

2  clear transactions on the XRP Ledger?

3      A.   I think you'll have to be more specific

4  as in which payment processor.

5      Q.   Well, that's actually my question to

6  you, Professor.  So I'm trying to find the basis

7  for this assertion that "for example, to payment

8  processors who want to ensure their transactions

9  clear more quickly and cheaply than on the bitcoin

10  or Ethereum blockchains."

11          What payment processors are you

12  referring to in your rebuttal report?

13      A.   It's more of a general statement here.

14      Q.   What's the basis for -- I'm sorry.  Go

15  ahead.

16      A.   I was done.

17      Q.   Oh, okay.

18          What's the basis for the statement that

19  "payment processors who want to ensure their

20  transactions clear more quickly and cheaply than

21  on bitcoin or Ethereum" have an incentive to use

22  the XRP Ledger?

23      A.   I believe it's in the context of the

24  fact that they need XRP to clear their

25  transactions.

1        Q.   Okay.  But how do you know that?

2        A.   Based on some of the examples that I

3    looked at at -- at the end of my first report.

4        Q.   If you look at the paragraph 36 of your

5    rebuttal report, you can see there's -- there's

6    not a footnote to that sentence and -- and that's

7    why I'm inquiring.

8             What's -- what's the source of that

9    information?

10       A.   You're right, there is no source cited

11   here and that's sloppy.  I didn't refer back to my

12   first report where I identified some of the use

13   cases, some of whom were payment processors.

14       Q.   I see.

15       A.   And I did not carry that over.

16       Q.   And which -- which payment processors

17   from your first report are you referring back to

18   at the end of paragraph 36 of your rebuttal

19   report?

20       A.   I did not refer back to a specific

21   payment processor, but just payment processor as

22   an exemplar on a use case.

23       Q.   I see.

24            Do you know whether payment processors

25   use the -- the XRP Ledger to clear their

202

1    transactions today?

2         A.   If they accept XRP?

3         Q.   Okay.  But do you -- I'm sorry, maybe --

4         A.   Are you looking for names or --

5         Q.   Yeah.  Let's just start with yes or no.

6              Do you know whether payment processors

7    use the Ledger, the XRP Ledger, to clear their

8    transactions today?

9         A.   I'm going to have to check into that.

10        Q.   Okay.  So that means you're not sure one

11   way or the other sitting here today?

12        A.   I'm clearly not certain --

13        Q.   Okay.

14        A.   -- whether they use the XRP or the XRPL,

15   yeah.

16        Q.   Can we look at Exhibit 3, please?

17                   (Whereupon, exhibit is

18              received and marked SEC Adriaens

19              Exhibit 3 for identification.)

20                   MR. SYLVESTER:  Thank you

21              very much.

22   BY MR. SYLVESTER:

23        Q.   Exhibit 3, Professor, is Dr. ███████

24   report dated October 4th, 2021.  And my question

25   for you is going to be on page 26 of his report.

203

1        A.    Page 26?

2        Q.    Yes.

3              On page 26, do you see that Figure 1,

4    which is entitled "Ripple validators and

5    validators operated by entities funded by Ripple,

6    given as a fraction of the dUNL membership over

7    time"?

8        A.    I see that.

9        Q.    I believe you -- you did not comment on

10   this figure in your rebuttal report, is that

11   correct?

12       A.    I would have to check.

13             (Pause)

14       A.    I finally found the link here.  Sorry.

15             I believe I did not specifically cite

16   Figure 1 in my rebuttal report.

17       Q.    Okay.  And sitting here today, do you

18   have any reason to dispute the data that's

19   displayed in Figure 1?

20                  MR. WHITE:  Objection; form.

21       A.    I have not verified these data, so I

22   wouldn't know.

23       Q.    Right.  I'm not asking you to

24   affirmatively agree with the data.  I'm asking if

25   you have any reason to dispute the data displayed

204

```
1    in Figure 1.
2                    MR. WHITE:  Objection; asked
3         and answered.
4         A.   I don't really have the technical
5    background to assess whether or not this is
6    correct or not.
7         Q.   Okay.  If -- let me pose a hypothetical
8    then.
9              Let's say there was a period where
10   Ripple controlled 100 percent of the validators
11   that were on Ripple's UNL.
12             Did Ripple then, as a practical matter,
13   control the validation of the transactions on the
14   XRP Ledger?
15                   MR. WHITE:  Objection; form.
16        A.   It's a hypothetical, of course, so one
17   would have to speculate.
18        Q.   You're permitted to speculate.
19        A.   Under those conditions and not knowing
20   anything else, they would control -- what was the
21   question again?  Do they --
22        Q.   I -- sorry.  Go ahead.  Did you want me
23   to reask it?
24        A.   Oh, yeah, if you could reask it.
25        Q.   Of course.
```

205

1          The hypothetical is, let's say there was

2     a period where Ripple controlled 100 percent of

3     the validators that were on Ripple's UNL.

4          Did Ripple, then, as a practical matter,

5     control the validation of the transactions on the

6     XRP Ledger?

7          A.   I don't know what the meaning of

8     "control" is in this hypothetical and how that

9     would be impacted by the protocol, the validation

10    protocol, so it would be hard for me to give a

11    yes-or-no answer to that.

12         Q.   Let's assume that the XRP Ledger for

13    this hypothetical works the way it works as you

14    described earlier, that it's 80 percent majority

15    voting.

16         A.   Mm-hmm.

17         Q.   And Ripple controls 100 percent of the

18    validators.

19         So under those circumstances, does

20    Ripple, as a practical matter, control the

21    validation of transactions on the XRP Ledger?

22              MR. WHITE:  Objection; form,

23         calls for speculation.

24         A.   Do you also assume -- I mean, what are

25    the other assumptions in that?  Are there other

1    UNLs?

2        Q.   Let's say that's the UNL that the nodes

3    are -- have selected as the UNL they use.

4                    MR. WHITE:  Objection.

5        A.   So you're assuming there's only one UNL

6    and Ripple controls 100 percent of all the

7    validators in the UNL?

8        Q.   That's exactly right.

9        A.   As a hypothetical.

10       Q.   That's -- that's correct.  That's my

11   hypo.

12              Under those circumstances, does Ripple,

13   as a practical matter, control the validation of

14   transactions on the XRP Ledger?

15                   MR. WHITE:  Objection to

16              form; calls for speculation.

17       A.   Of course my answer would be

18   speculative, but it would appear yes, while

19   knowing that that is not the case.

20       Q.   What do you mean, "while knowing that is

21   not the case"?

22       A.   You're referring to 100 percent control

23   and there being only one UNL.

24       Q.   Those are the terms of my hypothetical,

25   that's right.

1      A.   Those are the terms of your

2  hypothetical.  Okay.

3      Q.   Let's go to your original report again.

4  Let's start with Appendix C.

5                  MR. WHITE:  If we're moving,

6            going to a new topic, would now be a

7            good time for a break?

8                  MR. SYLVESTER:  Sure.  That's

9            fine.

10                  MR. WHITE:  All right.

11                  THE VIDEOGRAPHER:  Off the

12            record.  The time is 3:13.

13                  (Whereupon, a recess is taken.)

14                  THE VIDEOGRAPHER:  We'll go

15            back on the record.  The time is 3:38.

16  BY MR. SYLVESTER:

17      Q.   Professor, let's turn to page 8 of your

18  expert report, Exhibit 1.

19      A.   Page 8?

20      Q.   Yes.

21      A.   Okay.

22      Q.   Paragraph 19 where it says "Opinion 1."

23           Do you see that?

24      A.   Yes.

25      Q.   And your opinion here is "The XRP Ledger

```
 1    and its native currency, XRP, represented an
 2    important innovation in blockchain technology."
 3              Do you see that?
 4         A.   Yes.
 5         Q.   Before the break we were talking about
 6    various aspects of the XRP Ledger as to which you
 7    gathered information from sources --
 8         A.   Mm-hmm.
 9         Q.   -- such as speed, cost, environmental
10    impact, security.
11              Do you recall that conversation?
12         A.   Yes, I do.
13         Q.   Okay.  My question is, are those the
14    factors that you considered when you concluded for
15    your Opinion 1 that the XRP Ledger in its nature
16    currency, XRP, represented an important innovation
17    in blockchain technology?
18         A.   These were factors I considered, yes.
19         Q.   Okay.  And as to -- strike that.
20              As to those factors -- the speed of the
21    Ledger, the cost of transactions, the
22    environmental impact of the Ledger and the
23    relative -- the security of the Ledger, of the XRP
24    Ledger, versus other blockchains -- those are all
25    topics on which you don't have your own
```

1    independent expert opinion but, rather, read the

2    sources cited in your report and have recited what

3    you read, is that right?

4                    MR. WHITE:  Objection; form.

5        A.   Yes.  I aggregated information that was

6    available on the XRPL, yeah.

7        Q.   As to any of those factors -- speed,

8    cost, environmental impact, security of the XRP

9    Ledger -- was there ever any dispute in the

10   sources that you reviewed?  For instance, was

11   there any article that said, well, actually, the

12   XRP Ledger is less secure than bitcoin?

13                   MR. WHITE:  Objection; form.

14       A.   Oh, okay.  Was there any -- sorry, what

15   was the question?

16       Q.   Was there any dispute among the sources

17   as to any of these factors?  And my example was --

18   was, did you ever look at a source that said,

19   well, the XRP Ledger is actually less secure than

20   bitcoin?

21                   MR. WHITE:  Objection; form.

22       A.   Specifically on security, I believe

23   there is the paper of Chase and MacBrough,

24   nonpeer-reviewed paper, I believe, that refers to

25   that.  But, again, I did not do an independent

1    analysis as to which assertion was the correct

2    assertion.  When I look at important innovations,

3    we look at a new product that comes in the market,

4    in what extent and in what characteristics is it

5    superior to existing products.

6            So from a -- a VC/business analyst, you

7    very often look at a -- sort of a commonly used,

8    how should I say, metric in discussions among

9    venture capitalists is, oh, can we achieve a 5 or

10   a 10x improvement?

11           I do not cite a 5 or 10x.  It's just

12   sort of a common way of looking at this.  Is it

13   five times faster? ten times faster?  Order of

14   magnitude is always an important sort of metric in

15   the business community, in the venture community,

16   and I looked at it more from that perspective.

17           Of course on securities, we can't talk

18   about order of magnitude.  It's not a -- can't be

19   metricized.  In fact, it can't even -- can't even

20   be well measured.

21           And, so, yes, I was aware of Chase and

22   MacBrough paper.

23       Q.   And the Chase MacBrough paper expresses

24   the opinion that the XRP Ledger is actually less

25   secure than bitcoin, is that right?

211

1      A.   To my recollection -- and, again, I'm

2   not a technical expert in analyzing security

3   issues on blockchains -- it was that there are

4   conditions under which there might be problems

5   with the server -- with the -- with the

6   blockchain.  Sorry.

7      Q.   So in -- in reaching the conclusion

8   within your paragraph 49 that the XRP Ledger

9   represented improved security, how was it that you

10  chose to disregard the concerns set forth in the

11  Chase MacBrough paper?

12              MR. WHITE:  Objection; form.

13     A.   Well, at the time when the XRP Ledger

14  was introduced in the market, there was only

15  bitcoin and there had been some issues with

16  exchanges, with an exchange Mt. Gox, I believe, or

17  around that time.  There had been issues with 51

18  percent of tax.  And the argument was, at least in

19  some of the readings that I did, that the

20  federated consensus mechanism that Ripple

21  deployed -- that -- sorry, that XRP uses is less,

22  I guess, vulnerable to that type of attack.  And I

23  used that.

24              And the other one, Chase and MacBrough

25  paper, I used a little more as context to know

212

1    about it.

2                        THE REPORTER:  I used the?

3                        THE WITNESS:  Sorry.

4         A.   The Chase and MacBrough paper, I used

5    that more as background to know about the

6    concerns.

7              I, actually, want to go back to the

8    discussion we had before our break.  One of the

9    lines that you asked, where you asked me what's

10   the citation to that regarding the a priori

11   agreements --

12        Q.   Mm-hmm.

13        A.   -- in the security, I did not

14   double-check it, but thinking about it, that might

15   have been the Chase and MacBrough or related to

16   that paper.

17        Q.   Okay.

18        A.   So I did take it into account in my

19   considerations.

20        Q.   And -- and how -- do I understand

21   correctly that the Chase MacBrough paper outlined

22   weaknesses in security of the XRP Ledger?

23                        MR. WHITE:  Objection to

24            form.

25        A.   Again, I'm not a -- it's a very highly

213

1    technical paper and I -- I do not have that level

2    of technical background to do that kind of

3    analysis.  But reading the conclusions of that

4    paper, they argued that under certain conditions,

5    there might be security issues or problems with

6    the Ledger.  But I cannot independently verify

7    that, so I decided to look at what most sites and

8    most reports around the XRPL we're talking about,

9    which was that it did appear to not have that

10   vulnerability, that 51 percent tax as sort of an

11   added security as a different consensus metric.

12   Different consensus method.

13            But, again, we have to look at not each

14   of them separately.  It's really the aggregate.

15   Again, when we discuss where the innovations are,

16   we write reports where innovations are with new

17   companies, digital companies, FinTech or

18   otherwise.  We discuss what is -- what the current

19   baseline is in the market and what these new

20   companies are capable of achieving relative to

21   that and, therefore, what their potential market

22   opportunity is.

23            And I looked at a subset of features

24   that have come up in these discussions like the

25   ones you just iterated.

```
 1        Q.   Was your -- was the Chase MacBrough

 2   paper part of that baseline of the market views on

 3   how secure the XRP Ledger was vis-a-vis other

 4   blockchains?

 5        A.   Well, the Chase and MacBrough, I forgot

 6   where that is published -- was published.  I'm

 7   going to have to look that up relative to the

 8   innovation that existed at the time when the XRP

 9   Ledger was introduced to the market.  So probably

10   I did not take it explicitly into consideration.

11   As I said, it isn't just about security.  It's

12   about all -- the aggregate of all of these

13   benefits.

14        Q.   Setting aside the Chase MacBrough paper,

15   were there other instances where a source that you

16   read expressed the view that on any of the factors

17   you listed -- speed, cost, environmental impact or

18   security -- the XRP Ledger was actually inferior

19   to other blockchains?

20        A.   You mean on speed, cost, and energy

21   benefits?  It was inferior to other blockchains?

22        Q.   Yes.

23        A.   I have not come across a reference that

24   would state that.

25        Q.   How did you select the sources that you
```

215

```
 1    reviewed to inform your views about what the

 2    market opinion was about the speed, cost,

 3    environmental impact, or security of the XRP

 4    Ledger?

 5         A.   Keyword searches.  Use cases I looked at

 6    that selected the XRP or XRPL, for example,

 7    because of their environmental -- its

 8    environmental benefits or costs.  So we have -- I

 9    mean, there were -- it's not academic literature.

10    In that case it is information that is out there

11    in the cryptosphere.  And overwhelmingly what I

12    came across were these benefits.

13         Q.   When you say "keyword searches," do you

14    mean Google searches?

15         A.   Yes, among others.  Google searches,

16    Ripple reports, Insights, crypto.com.  You know,

17    those types of websites that evaluate and look at

18    cryptocurrencies and blockchains.  CoinDesk,

19    Medium.

20         Q.   Did you make any attempt to seek out

21    sources on these topics that might have been

22    skeptical of Ripple or XRP Ledger?

23                   MR. WHITE:  Objection to

24         form.

25         A.   I would have assumed that negative
```

1   reports would have come out with the same

2   searches.

3        Q.   With the keyword searches?

4        A.   Yes.

5        Q.   Okay.  Understood.

6             But just to make sure I understand the

7   answer to my question, did you -- did you take any

8   affirmative steps to try to seek out sources that

9   might have been skeptical about these features

10  about the XRP Ledger?

11                    MR. WHITE:  Objection; form.

12       A.   I wouldn't know how to go about doing

13  that.  When I look at sources that say how this

14  XRPL compared to other blockchains -- I mean, in

15  this case, it would have been just bitcoin, right,

16  because that was the only one that was antecedent.

17            There was nothing that came -- that came

18  up, I guess, that would refer to that negative

19  effect.

20       Q.   Okay.  Let's go to your Appendix C,

21  please.

22            Professor, do you know who created this

23  list that appears as Appendix C?

24       A.   It was -- I requested the lists, as I

25  mentioned earlier, that was referred to in the

217

```
1    Wells report that I referred earlier.  I had

2    information myself of radio news cases and I

3    requested from counsel whether there is a list,

4    either the list that was referred to in the Wells

5    report or otherwise, available for me to take a

6    look at.

7         Q.   Okay.  But do you know who -- who

8    actually drafted this list?

9         A.   No.

10        Q.   Column 2 on the list says "Category."

11             Do you see that?

12        A.   Yes.

13        Q.   Is that the category of company that's

14   listed under the "Entity Name" column?

15        A.   Yes.  Sometimes we call category primary

16   use case.  That's how I refer to it in -- in -- in

17   my report.  It's sort of the industry or the use

18   case that gets that.

19        Q.   That -- that was my question about

20   actually the distinction between the category of

21   company and the use case.  And why this brings to

22   mind is on the very top of the second page of

23   Appendix C --

24        A.   Mm-hmm.

25        Q.   -- I'm sorry, I don't know how to
```

218

1    pronounce the name.  It looks like Beliani.

2            Do you see that?

3        A.   I'm sorry, where?

4        Q.   The very top of the second page of

5    Appendix C.

6        A.   Beliani, yeah.

7        Q.   Okay.  And do you see how the category

8    listed is "Furniture"?

9        A.   Yes.

10       Q.   So, clearly, I think we can agree that

11   XRP can't be used as furniture?

12                    MR. WHITE:  Objection; form.

13       A.   Of course not.

14       Q.   The Ledger can't be used as furniture?

15       A.   No.

16       Q.   Okay.  So --

17       A.   It's the market.  It's -- essentially

18   the category is the market.  What is the market

19   you're trying to attract, that the use case tries

20   to address?

21       Q.   Okay.  So I -- what should I take from

22   the designation of furniture for the Beliani

23   entry?

24       A.   Purchasing.  It's an e-commerce company,

25   I believe.  I haven't looked at this one recently,

219

```
 1   but what -- what I would take away -- I'm going to

 2   have to look at it again -- is that one could

 3   purchase furniture with XRP in the context of this

 4   use case.

 5        Q.   Okay.  And is it -- is that connection

 6   that you just made, that one could purchase

 7   furniture from Beliani using XRP, is that set out

 8   anywhere in your report?

 9        A.   No, that is based on going on to the

10   website of those -- of that company.

11        Q.   Okay.  I have one question about the

12   relationship between Appendix C and Appendix D.

13        A.   Yes.

14        Q.   So if you look at Appendix D, there's a

15   second column that's unlabeled.

16             Do you see that?

17        A.   Yes.

18        Q.   It just starts with "uConektPAY," the

19   first entry.

20             Is that second column in Appendix D a

21   copy of the category listed in Appendix C?

22        A.   That would be the category or the -- the

23   market, yeah.

24        Q.   Okay.

25        A.   Yeah.
```

220

1          Q.   But I guess what I'm trying to say is

2     did -- did you copy over the category listed in

3     Appendix C into the second column of Appendix D?

4          A.   I believe so, but I first did go to the

5     website of that company to see whether they were

6     actually in that industry or in that category.

7          Q.   Okay.  Going back to Appendix C -- and

8     we'll get to your work that Appendix D represents,

9     but I just want to focus on C.

10              In order for a company to be included on

11    this list of use cases, does there have to be a

12    use for XRP or the XRP Ledger that actually exists

13    in the world or is it possible that some of these

14    use cases are theoretical or in development?

15         A.   For this list?

16         Q.   For Appendix C.

17         A.   I went in with the assumption when I

18    initially received it that they were use cases,

19    either current or may have had or -- or

20    potentially they're exchanges; had XRP -- use of

21    XRP or XRPL.  But my analysis was done then on

22    analyzing these use cases.

23         Q.   Okay.

24         A.   Assuming this to be true, then let's go

25    validate and verify that in my own analysis.

221

1      Q.   Did counsel ask you to assume that this

2  list of use cases in Appendix C was a list of

3  genuine use cases for XRP or the XRP Ledger?

4      A.   They didn't have me assume anything.

5      Q.   Okay.  When you say "I went in with the

6  assumption when I initially received it that they

7  were use cases, current or potentially if they're

8  exchanges," that was just an assumption you

9  generated on your own?

10     A.   A starting -- that's right.  Starting

11 assumption.  Starting hypothesis I was going to be

12 testing, yes.

13     Q.   Okay.  And then some subset of Appendix

14 C is also listed in Appendix D, is that right?

15     A.   Sorry, a subset of?

16     Q.   Of C.

17     A.   Is in D.

18     Q.   Okay.

19     A.   Yes.

20     Q.   So if we just focus on the Appendix C

21 and we carve out anything that's listed on

22 Appendix D, did you take any steps to verify

23 whether those use cases that appear only on

24 Appendix C actually were genuine use cases for XRP

25 or the XRP Ledger?

 1          A.   So your question is, did I look at the

 2   use cases that remained after I extracted Appendix

 3   D from Appendix C?

 4          Q.   Right.   I think I understood your

 5   testimony earlier to be that you took a number of

 6   steps to --

 7          A.   Yes.

 8          Q.   -- examine the use cases with respect to

 9   D.

10          A.   Mm-hmm.

11          Q.   So I'm saying if you take out the -- the

12   companies listed on D from C, did you do any

13   independent analysis of the remaining companies on

14   C?

15          A.   I did not.

16          Q.   Okay.

17          A.   Which meant that either -- that they

18   could still -- that they could also be use cases

19   that were nonequity investment use cases.

20          Q.   Sure.   You just don't know one way or --

21   sorry.

22          A.   Yes.

23          Q.   You just don't know one way or the other

24   because you didn't look into it, is that right?

25          A.   I didn't validate or verify each of the

1    companies with respect to the use, XRP or XRPL.

2        Q.   Okay.  Let's turn to paragraph 124 of

3    your Exhibit 1.  That's page 64.

4        A.   Sorry, where are we looking?

5        Q.   Page 64 of your opening report.

6        A.   Yes.

7        Q.   Okay.  So in paragraph 124, the first

8    bullet, the last sentence, you say "I rely on

9    Crunchbase because it is a leading firm that, in

10   my experience as an expert in this space, is a

11   reliable source of information regarding whether

12   particularly innovative firms received equity

13   funding."

14       A.   Right.

15       Q.   Do you see that?

16       A.   Yes.

17       Q.   Okay.  Is it a generally accepted view

18   in your field that Crunchbase is a reliable source

19   of information regarding whether particularly

20   innovative firms received equity funding?

21            MR. WHITE:  Objection; form.

22       A.   Crunchbase is a reliable database to

23   find equity funding on companies and the implicit

24   assumption for equity financing of companies is

25   that they're reviewed and, sort of, verified in

1    the market to have innovative value propositions.

2    So that's why I conflated these two concepts.

3            Crunchbase probably doesn't say

4    particularly innovative firms receive equity

5    funding, define that here.  They probably don't

6    say it like that.  This is my own wording.

7        Q.   In your last answer when you say you

8    conflated the two concepts, you mean you conflated

9    the concepts of particularly innovative firms with

10   firms that received equity funding?

11       A.   Right.  So companies that receive equity

12   funding often are viewed as being companies with

13   substantial growth potential and market traction

14   in the industry or in the markets that they're

15   trying to address.

16       Q.   Okay.  So let's move on to the second

17   bullet.

18            So will you walk me through, again, what

19   steps exactly you took with respect to any dates

20   to arrive at the subset of companies on Appendix

21   C?

22       A.   Right.  So, again, going back over Step

23   Number 1, having been given a list of 660, I --

24   and not having had the time to look at each of the

25   660 separately, I said let's look at those that

1    are considered by the industry with sort of a

2    market validation of equity financing.  So at

3    least I have a subset of those.

4              So then I looked at that subset.  And I

5    said, okay, now the question is, did that subset

6    of growth companies with at least market indices

7    that they are growth companies, what -- did they

8    have access or when would they have access to XRP

9    or XRPL?  And they couldn't have had access to XRP

10   or XRPL -- XRPL until after 2013, roughly.

11             And that's why I used the founding date

12   of Ripple as a cutoff.  I said, okay, let's look

13   first at all the companies founded after 20 --

14   2013 and having received equity financing.

15   Because in those equity comp -- those

16   equity-financed companies had access to -- or let

17   me -- at that time XRP and XRPL were in the

18   market.

19             The second step, then, was -- because

20   that filters out a subset of companies.  Actually

21   filters out -- let's see.  153 companies were

22   founded after -- so 153 companies were founded

23   after Ripple, Ripple's incorporation.  I guess

24   they used 2012, not 2013.  Of those founded after

25   Ripple's incorporation, instead of 91 use cases,

1      it's actually 83.  I think that was the other

2      modification we talked about this morning.  It's

3      83 use cases had equity investment data of those

4      companies founded after 2012.

5              Then I looked at all the remaining

6      companies that had equity financing that were

7      older than Ripple, incorporated before Ripple, but

8      where the equity financing didn't happen until

9      after the founding date of Ripple.  So only --

10     that's -- and that's about eight companies.

11             So basically now we have 83 plus 8 is 91

12     use cases.  91 use cases are 83 companies with

13     equity -- that were founded after Ripple's

14     founding and received equity financing, and the

15     additional eight are companies founded before

16     Ripple that received equity financing after

17     Ripple's founding.

18             And that's the total -- the list

19     total -- that's the methodology I applied and

20     that's the list that is in Appendix D.

21       Q.   Okay.  I think I followed that.

22             Whenever you used the phrase "equity

23     funding" in that answer, you're referring to your

24     use of Crunchbase to see which companies received

25     equity funding, that's correct?

1      A.    That's correct, yes.

2      Q.    Okay.  Did you -- as to any of the 91

3  companies, did you make any attempt to ascertain

4  whether or not the equity funding the companies

5  received had anything to do with the company's

6  engagement with XRP or the XRP Ledger?

7      A.    No, that was not material to my

8  analysis.  I wanted to find high-growth companies

9  that are after 2012, of being the cutoff date,

10  using either XRP or XRPL.  But it is not material

11  whether they got the financing because of XRP or

12  XRPL.  What I want to find is fast-growing

13  companies in the market that are using XRP or

14  XRPL, which even by itself is a validation of XRP

15  and XRPL as a useful currency in the market and

16  technology in the market.

17      Q.    So in your view, it would not be more

18  persuasive to demonstrate that the company

19  received funding because of some use of XRP or the

20  XRP Ledger?

21                MR. WHITE:  Objection; form.

22          No question.  Mischaracterizes

23          testimony.

24      A.    It -- it is impossible to ascertain that

25  relationship or correlation, but also was not

228

```
 1    material to my analysis.  So my analysis was, can

 2    you identify high-growth companies or companies

 3    that are viewed to be high growth with a market

 4    presence in different industry sectors that use

 5    XRP or XRPL?

 6              And the fact that they continued to get

 7    equity funding after the founding of Ripple and,

 8    therefore, and the availability of XRP and XRPL in

 9    the market, is an indicator of broad market

10    adoption.

11        Q.   Okay.  You said it's impossible to

12    ascertain any relationship or correlation between

13    the funding received by these companies and their

14    engagement with XRP or the XRP Ledger, is that

15    right?

16        A.   The problem is that we would be looking

17    at a causality which is -- yes, based on my

18    experience, venture funds looking at equity

19    finance companies, very difficult to ascertain.

20        Q.   Okay.  I understand you said it's very

21    difficult, but did you try?

22        A.   It was not material to my analysis.

23        Q.   And so because it was not material to

24    your analysis, you didn't take any steps to try to

25    find any link between the funding and the
```

229

1   company's use of XRP or the XRP Ledger, is that

2   fair?

3        A.   That's fair.

4        Q.   Okay.  Would you agree that if companies

5   were funded prior to any engagement with XRP or

6   the XRP Ledger, that engagement could not have

7   been a factor in receipt of the funding?

8        A.   Can you rephrase that?  I'm not sure I

9   understand.

10       Q.   Sure.

11            Let's use a hypothetical.  Let's say a

12   company was -- received equity funding in 2014 and

13   that company didn't have anything to do with XRP

14   or the XRP Ledger until 2018.

15            I think under your rubric, that company

16   would be included within Appendix D, is that

17   right?

18                 MR. WHITE:  Objection; form.

19       A.   It would -- sorry.

20                 MR. WHITE:  Go ahead.

21       A.   It would be.

22       Q.   Okay.  And so I'm just saying in that

23   circumstance, in that hypothetical, there's no

24   basis to conclude that the funding in 2014 had

25   anything to do what -- whatsoever with the

230

1    company's use of XRP or XRP Ledger in 2018?

2                    MR. WHITE:  Objection to

3         form.

4         A.   Again, which is -- which is not material

5    to my analysis.  The analysis, do high-growth

6    companies use XRP as part of -- do they leverage

7    XRP or XRPL as part of their business model?  Even

8    if they used 15 or 20 other currencies and one of

9    them happens to be XRP, it doesn't matter.  It is

10   a high-growth company and, therefore, becomes a

11   validation of the use of XRP in the market.

12        Q.   Okay.  So the --

13        A.   The funding time point in the --

14   adoption time point of that company of XRP or XRPL

15   are not material to this -- to this process.

16        Q.   I -- I'm sorry.  Go ahead.

17        A.   Yes.

18        Q.   I totally hear you that it's not

19   material, but I just want to see if you agree with

20   my hypothetical.

21             So the company's funded in 2014, nothing

22   to do with the XRP Ledger or XRP until 2018.  We

23   can both agree that the funding itself had nothing

24   to do with any connection between the company and

25   XRP and the XRP Ledger?

231

```
 1                    MR. WHITE:  Objection to
 2          form.
 3      A.   The funding of that company had nothing
 4  to do with the XRP or XRPL Ledger.
 5      Q.   Okay.
 6      A.   However, that company did decide to use
 7  the XRP or XRPL Ledger and, therefore, it did
 8  become relevant.
 9      Q.   If you're just looking at the
10  high-growth company measure, not tied to the
11  timing of any use of XRP or the XRP Ledger, then
12  why did you exclude the pre-2013 companies?
13      A.   I did not exclude the pre-2013
14  companies.
15      Q.   I see.  I -- I thought that was a step
16  that we discussed.  Maybe I misunderstood --
17      A.   No, that was the -- that was the
18  inaccuracy in bullet number 2.
19      Q.   I see.
20      A.   So it's the companies founded after 2013
21  that received equity financing -- really the
22  operational variable is, when did companies that
23  have equity financing have access to XRP and XRPL?
24          So, basically, I looked also at
25  companies that were founded before 2013 that
```

232

1     received their equity finance, their growth

2     financing, after 2013.  So I have both before and

3     after.

4              And, again, this was just -- this --

5     this whole equity financing piece, this step

6     number 1, was really just to come up with an

7     illustrative spectrum of companies that, based on

8     my experience in the industry, would be viewed as

9     being a relevant subset of companies.  I didn't

10    look at IBM, for example.  Didn't look at -- there

11    are lots of big corporates that use blockchain and

12    potentially use XRP.  So I just used the subset --

13    used this subset to come up with an illustrative

14    use case -- set of use cases.

15         Q.   This method where you observed equity

16    financing of specific high-growth companies on

17    Crunchbase to evaluate the use case of a digital

18    asset, which you did in your report, have you ever

19    employed that methodology anyplace else other than

20    in your expert report in this case?

21         A.   Yes.  We do these on the funds as well,

22    the Lurie Venture Fund, the Lurie

23    Commercialization Fund.  FinTech group funds which

24    I am involved in but did not talk about in this --

25    this report.

233

1              There's always lots of applications of

2     companies wanting to, of course, get equity

3     financing.  And one of the triaging that we do is

4     look at what do we know about these companies?

5     What do we know about similar companies in this

6     space?  How are they funded?  How were they

7     financed?  To sort of figure out is there a

8     similar company like the company we're looking at

9     on Crunchbase that is equity financed.

10             So, yes, we look at that as a triaging

11    mechanism.

12        Q.   That -- that makes sense to me, but I'm

13    asking a little bit of a different question.

14             When evaluating in terms of the

15    viability of a digital asset --

16        A.   Mm-hmm.

17        Q.   -- which it seems the -- strike that.

18             Have you ever in your -- outside of the

19    context of the report of this case, evaluated the

20    viability of a digital asset or a blockchain by

21    observing equity investment in companies unrelated

22    to that digital asset or to that blockchain?

23                  MR. WHITE:  Objection; form.

24        A.   That's a specific hypothetical that I

25    have not -- that specific structuring, I guess, of

234

1    the question.  I have not.

2        Q.   Okay.  When you -- when you composed the

3    list that -- of 91 companies that appears in

4    Exhibit -- Appendix D, did you take into account

5    whether any of those companies received funding

6    from Ripple?

7        A.   Did I take it into account?  I did for

8    those where I had that information available.

9        Q.   And are there any -- any companies on

10   your list of 91 in Appendix D that did, in fact,

11   receive funding from Ripple?

12       A.   I believe there are.  These are --

13   definitely ███ is definitely one of them.  I

14   don't know if STYRA is on here.  Yes, where was --

15   yes, ███ is here.

16            So, actually, Crunchbase does provide

17   information when you search who the financiers are

18   behind each round.  And so I would know that.

19       Q.   Okay.  Can we turn to page 9 of your

20   report, Exhibit 1?

21       A.   I'm sorry, page 9?

22       Q.   Page 9, paragraph 21.

23       A.   Oh, okay.

24       Q.   Do you see where it says "Opinion 3"?

25       A.   Yes.

```
1          Q.   Okay.  So I just want to focus on the

2    first clause of Opinion 3.  "The XRP Ledger and

3    its native currency, XRP, have commercial utility

4    that third parties have leveraged in the creation

5    or advancement of their business models."

6               Do you see that?

7          A.   Yes.

8          Q.   Is your work as described on Appendix

9    D -- strike that.

10              Does your work encapsulated by Appendix

11   D have any relationship to this Opinion 3 that I

12   just read?

13                  MR. WHITE:  Objection; form.

14         A.   Yes.

15         Q.   Okay.  Can you explain to me how the

16   methodology that you described demonstrates that

17   any of the companies listed in Appendix D

18   leveraged XRP or the XRP Ledger in the creation or

19   advancement of their business models?

20         A.   If they use it as a payment mechanism.

21   If they use it as a way to conduct e --

22   e-commerce.  If they list XRP in their exchange.

23   If they -- any of the activities that any of the

24   companies in Appendix D undertake that uses XRP or

25   XRPL, in my view, leverages or uses XRP or XRPL in
```

236

1    their business model.

2        Q.   Okay.  So if a retail online seller

3    accepts 100 different digital assets for payment,

4    one of them is XRP, in your view, that would be a

5    good example of a business that leveraged XRP in

6    the creation or advancement of that company's

7    business model?

8                    MR. WHITE:  Objection; form.

9        A.   Yes.  They use it as part of their

10   business.  And business model is not necessarily

11   the same as revenue model.  There's a lot of

12   discussion around that, but the business model is

13   how they conduct their business.

14       Q.   Okay.  So the -- the sort of phrase --

15   strike that.

16            The phrase "creation or advancement of

17   their business models" in your Opinion 3

18   encompasses any contact whatsoever between XRP or

19   the XRP Ledger and the company's businesses listed

20   in Appendix D.

21            Is that fair?

22       A.   That's fair.  And it kind of ties back

23   to a statement that I make earlier in my report on

24   what constitutes successful currency.  And it is a

25   currency that is viewed to be one that is

1    broadly -- I'm going to have to check where --

2    where that is.

3             All right.  On page 26, paragraph 57.

4    So for currencies to be useful and be successful,

5    the usability and breadth of applicability of that

6    particular cryptocurrency in any market so that

7    people feel comfortable using it anywhere is --

8    becomes a very important driver for the market

9    access and the utility of that currency.  And,

10   therefore, if a Korean supermarket uses, in your

11   example, 50 cryptocurrencies, one of which is XRP,

12   then that is a validation of the currency and is

13   a -- it's part of the business model of that

14   Korean supermarket.

15        Q.   Okay.  Are you offering any opinion in

16   this case about whether XRP is or is not a

17   currency?

18        A.   No, I'm not.

19        Q.   Okay.  The paragraph 57 that you pointed

20   me to, that doesn't have any citations that I can

21   see, at least not on page 26.  I do see one at the

22   very end on page 27.

23             Are the -- the bullets -- the first four

24   bullets on page 26 -- value proposition, usability

25   and breadth of applicability, design, and

238

```
 1    liquidity -- are those your expert opinion or is

 2    this a case of sort of information aggregation

 3    from other sources?

 4         A.   It's information aggregation from other

 5    sources.

 6         Q.   Okay.

 7         A.   Including -- including many of the ones

 8    that are cited on the bottom of page 27.

 9         Q.   Okay.  Going back to the discussion we

10    were just having about your Opinion 3 --

11         A.   What page?

12         Q.   Let's see.

13         A.   Nine?

14         Q.   Page 9.

15              If a company accepts XRP, but no one

16    ever actually pays for anything with XRP, in your

17    view, is that company's business model -- strike

18    that.

19              If a company accepts XRP, but no one

20    actually ever pays for anything in XRP, does XRP

21    advance the -- have any involvement in the

22    creation or advancement of that company's business

23    model?

24                   MR. WHITE:  Objection to

25         form.
```

```
 1          A.   In the context of my analysis, if the

 2     company offers it, even if the customers don't use

 3     it, it's still -- or initially don't use it, it is

 4     still part of the business model of that company

 5     that offers it.

 6          Q.   Okay.  With respect to the companies

 7     that are listed on Appendix D, did you take any

 8     steps to determine whether or not for companies

 9     that accept XRP as payment anyone actually pays

10     for goods and services with XRP?

11          A.   So is your question did I check the

12     revenue, essentially, of each of these companies

13     to see if they -- whether -- to see if there were

14     any transactions in XRP?

15          Q.   My question's a bit broader in that it's

16     did you take any steps at all to determine whether

17     or not any company listed on Appendix D as

18     accepting XRP actually in the course of its

19     business receives payment in XRP?

20                    MR. WHITE:  Objection; form.

21          A.   Not as part of this analysis, no.

22          Q.   When you say "this analysis," do you

23     mean your expert report?

24          A.   Not as part -- yes, not as part of the

25     expert report.
```

1      Q.   Okay.

2      A.   It also includes, say, a company that

3  used to use XRP and, for example, no longer uses

4  XRP because of, for example, the -- you know, the

5  current litigation that's underway.  It still was

6  an XRP use case.  But if a company that was equity

7  financed but -- in 2013, let's say, went bankrupt

8  in 2018, but during that time used XRP, it's also

9  a use case.

10     Q.   Okay.  I think what you're saying --

11 strike that.

12          So Appendix D is not intended to be a

13 snapshot of the current ways XRP or the XRP Ledger

14 are actually used in the world.

15               MR. WHITE:  Objection.  No

16          question.

17     A.   Is your question it's not a snapshot?

18     Q.   That's right.

19     A.   Or it is a snapshot?

20     Q.   It's not.  I'm ask -- let me ask it

21 again.

22     A.   Okay.

23     Q.   Was it -- was it your intention with

24 Appendix D to create a snapshot of the current

25 ways XRP or the XRP Ledger are actually used in

241

1    the world as of the time of your report?

2         A.   As a proxy for "being used in the

3    world," it means do these companies in Appendix D

4    either use XRP or XRPL?  It was a snapshot.  Just

5    that the companies offer the opportunity is not

6    necessarily whether the users use it.

7         Q.   Okay.

8         A.   That's, I think, where you're making the

9    distinction.

10        Q.   And there was one other distinction I

11   think you drew which is that there could be cases

12   or maybe there -- strike that.

13             There are cases, if I understand your

14   testimony correctly, on Appendix D, where the

15   company once had some connection to XRP or the XRP

16   Ledger but no longer does.

17                  MR. WHITE:  Objection.  No

18            question.

19        A.   Right.  But, again, it really doesn't

20   change the opinion.  The diversity of use cases

21   where XRP or XRPL is being used as part of the

22   business model of these companies, whether it's

23   91, 90, 89, or even let's take off -- you want to

24   take off all the ones from before 2013, 83 is

25   still a substantial set of use cases.

242

1          And I didn't -- it's, again, just

2     illustrative of the equity financed use cases.

3     And to your earlier point, all the other companies

4     that are currently on the -- that are on that list

5     of 660, even though I did not analyze these

6     companies, it might very well be there's a lot of

7     use cases on there as well.

8          And, in fact, since I submitted the

9     report in October, just because of, you know, the

10    way I follow the industry, there's at least a half

11    dozen more use cases that I've become aware of

12    that use XRP or XRPL.

13         So it's a constantly evolving industry

14    with new use cases being built that cannot be

15    anticipated at any given point in time.  So it is

16    a snapshot in time.

17    Q.   I guess with my question I was trying to

18    draw the distinction between a use case and a use

19    that exists in the world at the time of your

20    report.

21         So, for instance, using something you

22    testified about, if a company once accepted XRP as

23    payment but no longer does, that's, in your view,

24    still a use case that's -- that's included in

25    Appendix D, is that right?

243

1              MR. WHITE:  Objection; asked

2         and answered.

3      A.   Of course, that particular use case that

4  I brought up, I think I -- I don't know where I

5  included it.  Maybe I didn't include it yet.

6              The change happened later.  So that's --

7  that's why I did the snapshot in time.  You have

8  to keep looking at are these companies still

9  accepting?

10             But as -- as of the time, 20 --

11  whatever, October 4th, I believe?  Yes, October

12  4th, or the last time I checked the list before we

13  submitted the report, these companies were still

14  using XRP or XRPL.

15             Some companies were acquired.  I

16  think it was -- I forgot what the names of that

17  company now.  Harbor, I believe.  So Wallet was

18  acquired by another company.  And that's fine.  I

19  mean, it's -- it's part of the evolving industry

20  over time.  There was acquisitions.  There was

21  bankruptcies.  There are different use cases that

22  evolve and develop.  And I just wanted to

23  illustrate that using a subset of companies from

24  the list of 660.

25      Q.   Okay.  Let's go to page 64, paragraph

244

1    124.

2          A.   Yes.

3          Q.   The last bullet says "Third, I examined

4    the applications for the remaining use cases."

5               What does the word "applications" mean

6    in that sentence?

7          A.   "Applications"?  Seems like an odd word

8    here.

9               Basically this is I examined all the

10   remaining use cases after Step 1 and Step 2.

11         Q.   Okay.  Is that --

12         A.   I'm not sure what -- how the word

13   "applications" and why the word "applications" is

14   in here.

15         Q.   Did -- did you put the word

16   "applications" in your report?

17         A.   It may have been a carryover on one of

18   the iterations.

19                    MR. WHITE:  Objection.

20                    I'm going to instruct you not

21              to disclose the substance of

22              communications with counsel.

23         A.   But Bullet Number 3 is clearly about the

24   91 companies that resulted from Step 1 and Step 2.

25         Q.   Okay.  So setting aside the word

245

1    "applications," taking the sentence in total, "I

2    examined the applications for the remaining use

3    cases," what -- what exactly did that entail?

4    What steps did you take?

5         A.   Well, I went on the website of each of

6    these companies and I looked at, one, what kind of

7    company it was, how they were using XRP or XRPL,

8    and essentially what they were doing.  So -- so

9    what markets were they serving?

10        Q.   Okay.  For each of the 91 companies

11   listed in your Appendix D, were you able to

12   determine from your review of the company's

13   website how the company was using XRP or XRPL?

14        A.   In terms of availability and in terms of

15   media statements that the company made or in terms

16   of keyword searches between XRP, XRPL, and the

17   name of the company, I wanted to verify whether

18   they were still using and whether they were using

19   and how they were using XRP or XRPL.

20        Q.   Okay.  I think I understand your answer

21   to mean that to determine how the companies listed

22   on Appendix D were using XRP or XRPL, you went to

23   the company's website and then, at least on some

24   occasions, also did Google searches.

25             Does that sound right?

```
 1          A.   As well as media releases on these
 2     company sites, yes.
 3          Q.   When you say the "media releases on the
 4     company sites," you mean that company's website,
 5     right?
 6          A.   That company's websites, yes.
 7          Q.   Okay.  Other than Google searches and
 8     review of the company's websites, did you take any
 9     other steps to examine the applications for the
10     remaining use cases?
11          A.   I -- other than that, no.
12          Q.   Okay.
13          A.   So then I developed descriptions of how
14     these companies were using the XRP or XRPL.
15          Q.   And when you say you "developed
16     descriptions of how the companies were using XRP
17     or XRPL," where are those descriptions?
18          A.   They start at paragraph 126 -- no, 128.
19     So I just illustrated a few of these companies,
20     not all 91 of them, but a few of these companies,
21     how they were using it just to illustrate the
22     spectrum.
23          Q.   It looks like, if I'm counting
24     correctly, this is a description of six companies,
25     is that right?
```

247

1          A.   Six companies representing 91 companies

2     or 90 companies if you take STYRA out.

3          Q.   Okay.  Sorry.

4               Is there any part of your report,

5     setting aside the six companies that are discussed

6     in paragraphs 128 through 133, that describes the

7     use of XRP or the XRP Ledger by the remaining

8     companies on Appendix D?

9          A.   No.  I just illustrated a subset of

10    companies in each industry.

11         Q.   Okay.

12         A.   In each market.

13         Q.   Are there any other steps that you took

14    with respect to your preparation of Appendix D or

15    your examination of the use cases reflected in

16    Appendix D that we have not already discussed?

17         A.   I don't think so.  Except for, of

18    course, assembling all of the information on the

19    capital invested and aggregating the information

20    of what industries these 91 -- or 90 companies

21    represented.  And, again, it was just meant to be

22    an illustrative set of use cases.

23         Q.   How did you select the illustrative set

24    of use cases in paragraphs 128 to 133?

25         A.   Based on more -- the level of detail of

248

```
1    information that I could find on that company's

2    use of XRP or XRPL.

3         Q.   Okay.  So fair to say that these six

4    companies are the companies that you were able to

5    find the most detail about their use of XRP or XRP

6    Ledger?

7         A.   I think that's a mis -- that's not what

8    I said, "the most" information.  Actually, I want

9    to double-check something here.

10           I believe one of the other pieces of

11   information that I considered is the value of the

12   company if they had their own coin and we knew

13   something about their coin market cap or whether

14   they were -- had large financing rounds just to

15   illustrate some of the bigger companies or the

16   companies with more -- higher financing rounds.

17        Q.   Your answer reflects other factors that

18   you took into consideration when selecting the six

19   to highlight in paragraphs 128 to 133, is that

20   right?

21        A.   Yes.

22        Q.   Okay.  Can we look at 132, paragraph

23   132, page 68?  The last two lines on the page have

24   a single full sentence.  It says "Data443 chose to

25   work with Ripple's technology because the XRP
```

1    Ledger is enterprise-focused with a level of

2    maturity and capability in the blockchain realm."

3            Do you see that?

4        A.   Yes.

5        Q.   How do you know why Data443 chose to

6    work with Ripple's technology?

7        A.   That was based on Data443's own media

8    disclosure as cited below.

9        Q.   Okay.  The phrase "Ripple's technology"

10   in that sentence, what is it that you're referring

11   to?

12       A.   Actually, I mean here the -- it's a

13   misstatement.  The XRP Ledger.

14       Q.   So for the purposes of this sentence,

15   "Ripple's technology," the reference is to the XRP

16   Ledger?

17       A.   It is the XRP Ledger, yes.

18       Q.   Okay.  Going back to Appendix D, we

19   discussed that the second column is a carryover

20   from Appendix C.

21           Do you recall that?

22       A.   Yes.

23       Q.   Did you -- did you rely on the category

24   in Appendix D that counsel provided in Appendix C?

25       A.   If it is a carryover, yes, it came from

 1   that table.

 2        Q.   Okay.

 3        A.   And I do recall making some adjustments

 4   with some of these companies, but -- after looking

 5   at their websites, but I don't recall which ones.

 6   I'm going to have to cross-reference that.

 7        Q.   You recall making adjustments to the

 8   second column of Appendix D, is that right?

 9        A.   For some of the companies, yes, but I

10   forgot which ones.

11        Q.   Okay.

12        A.   The challenge with categorization is

13   that there is no standard.  Different exchanges

14   use different methods.  And -- and Consensus

15   itself and other management consulting groups,

16   they all have different categorizations, so...

17        Q.   Okay.

18        A.   I tried to cross-verify.

19        Q.   Let's look back at paragraph 57.

20        A.   Paragraph 57?

21        Q.   Mm-hmm.  I'd like to focus on the "Value

22   Proposition" bullet.

23        A.   Yes.

24        Q.   Can you read the "Value Proposition"

25   bullet into the record, please?

1        A.    "A cryptocurrency is more likely to

2    achieve wide adoption if it solves a

3    well-understood problem and is coupled to a

4    transparent business model, so the marketplace

5    understands how the cryptocurrency is used and how

6    it creates value."

7        Q.    In the context of that sentence, what's

8    a "transparent business model"?

9        A.    When it's -- transparent business model

10   is business model that is well understood by

11   outsiders how a company generates revenue and how

12   it sets up partnerships.

13       Q.    In your view, if a company was touting

14   acceptance of a product, but was not disclosing to

15   the market that it was also heavily subsidizing

16   users to use that product, is that a transparent

17   business model?

18                    MR. WHITE:  Objection; form.

19       A.    Can you restate that question?

20       Q.    Sure.

21                    MR. SYLVESTER:  Actually,

22            Bridget, would you mind reading that

23            back?

24                    (Whereupon, the record was

25            read back.)

252

1                    MR. WHITE:  Same objection.

2         A.    This is a hypothetical.  I would need to

3    know more information about that.

4         Q.    What would --

5         A.    More context.

6         Q.    What would you need to know?

7         A.    Well, transparency, there's no binary in

8    transparency of a business model.  It's a -- it's

9    a spectrum, I guess, of what is being disclosed to

10   the market.  Public companies disclose their

11   business model; private companies, you know, are

12   less open about their business model.  Sometimes

13   it's obvious; sometimes it's not obvious.

14              So I would need to know what is the

15   company?  What were they disclosing?  What were

16   they holding back?  Did they call it transparent

17   themselves, what they were doing, or were they --

18   was the media telling -- telling the world that

19   this was a transparent business model?

20              So it's hard to assess that.

21        Q.    Why is it that private companies are

22   less open about their business model?

23                    MR. WHITE:  Objection; form.

24        A.    Excuse me.

25              So private companies, particularly

```
 1    equity investable companies -- and I'm wearing my
 2    hat as a -- as an investor in venture funds --
 3    initially are, one, not even clear -- they know
 4    what -- potentially what their value proposition
 5    is, but they're not clear how they're going to be
 6    making money, how they're going to be generating
 7    revenue.
 8              And so the transparency of a business
 9    model can only be so transparent as to even what
10    the company knows itself.  It doesn't want to get
11    pinned down out -- on the outside, I guess, as in
12    this is your business model or this is not part of
13    your business model.
14              It maintains flexibility as the
15    investors, the private investors, negotiate the
16    growth and the change and the product development
17    within that company.
18              So that's why it's -- usually or often
19    the business model isn't -- it's only partially
20    known.
21                        MR. WHITE:  Mark, would now
22              be an okay time for a break?
23                        MR. SYLVESTER:  Yeah, fine.
24              Sure.
25                        MR. WHITE:  Okay.
```

254

```
1                    THE VIDEOGRAPHER:  Off the

2           record.  The time is 4:44.

3                        (Whereupon, a recess is taken.)

4                    THE VIDEOGRAPHER:  We'll go

5           back on the record.  The time is 5:04.

6   BY MR. SYLVESTER:

7        Q.   Professor, I want to make sure I

8   understand your rubric for inclusion of companies

9   on Appendix D, so I'm going to go back to a hypo.

10                   Let's assume there's a company that

11  accepts XRP as payment for its goods, but, in

12  fact, no one has ever paid for any of that

13  company's goods in XRP.

14                   Would that company, using your

15  methodology, be included on Appendix D?

16                        MR. WHITE:  Objection; form.

17       A.   So XRP is available, but it's -- or it's

18  possible to pay in XRP, but nobody actually pays

19  in XRP?  Is that --

20       Q.   Exactly right.

21       A.   Well, from -- again, from the business

22  analysis perspective, it is still part of -- it is

23  still a use case.

24       Q.   Okay.

25       A.   Because, again, we're taking a snapshot
```

1    in time and we have to figure out has it never

2    used XRP -- I'm sorry, have people never paid in

3    XRP?  Is it at an inception point?  So everything

4    is a snapshot in time in use and growth.

5         Q.   Okay.  So I think I understand your

6    answer to be that hypothetical company would be

7    included on Appendix B -- sorry, Appendix D, as in

8    dog, using your rubric?

9         A.   It would be.

10                    MR. WHITE:  Objection.

11                    THE WITNESS:  I'm sorry.

12                    MR. WHITE:  You can proceed.

13        Q.   So going back to page 9 of your expert

14   report, paragraph 21, could you explain to me --

15   again, sticking with the hypo that I just used --

16   how XRP in that case could arguably be part of the

17   creation or advancement of the business model of

18   that company?

19                    MR. WHITE:  Objection;

20           incomplete hypothetical.

21        A.   Well, of course, you're asking me to

22   speculate on a hypothetical use case --

23        Q.   Yes.

24        A.   -- that is an extreme, you know, tail of

25   a spectrum of use.  In that case the argument

256

1    would be harder to make, but, regardless, it is

2    still -- the company still made the decision to

3    allow payment in XRP; i.e., the company actually

4    trusts XRP and payments in XRP enough for them to

5    include it in their business model.

6         Q.   Would you say the -- in that

7    circumstance of the hypothetical that I described

8    that the company's acceptance of XRP advances that

9    company's business model?

10        A.   Well, from the company's expect -- we

11   can't -- of course, it's a hypothetical, so we

12   can't really know why that company decided that

13   they were going to include XRP as a possible

14   payment mechanism.  But, clearly, the company must

15   have made some decision that we're not privy to as

16   to why they decided to allow payment in a certain

17   set of currencies that would advance their

18   business model and access in the market.

19        Q.   Are there any companies on your Appendix

20   D that accept XRP as payment but as to which

21   nobody has ever paid in XRP?

22        A.   I did not do that analysis.  And, one,

23   it would be very difficult to do that kind of

24   analysis, if not impossible.

25        Q.   I want to return to the issue of

1    Ripple's UNL.

2            If a hacker hacked into Ripple's website

3    and replaced Ripple's genuine UNL with a list of

4    50 malicious nodes, what would be the effect on

5    the XRP Ledger?

6                    MR. WHITE:  Objection; calls

7            for speculation.

8        A.   That is speculative and I don't know if

9    Ripple or the Ledger protocol has ever considered

10   such a case, so I cannot comment or opine on what

11   the implications of that would be.

12       Q.   Let's turn to paragraph 58 of your

13   report, which is page 27.

14           Do you see Table 1 there on page 27?

15       A.   Yes, I do.

16       Q.   And Table 1's labeled "Comparison of

17   Features/Attributes of Top Successful

18   Cryptocurrencies."

19           Do you see that?

20       A.   Yes, I did.  Yes, I do.

21       Q.   Is this table your expert opinion as to

22   these features of these cryptocurrencies or is

23   this an occasion of an aggregation of information

24   from sources you reviewed in preparing your

25   report?

258

```
1        A.   This table is a result of a combination

2   of both.  I, first, on page 26, laid out some of

3   these characteristics that are brought up in the

4   industry as features, as possible features.

5   There's no absolute comparison, but what are

6   example features.  So those are the attributes

7   that was aggregated from the literature.

8             Then I decided to apply these to

9   bitcoin, Ethereum or bitcoin, Ether and XRP.  And

10  for that I ended up using the references that are

11  cited on the bottom of that page to fill in what

12  is where.

13       Q.   Okay.  With respect to security risk for

14  XRP Ledger/XRP, what's written there is "potential

15  vulnerability from attacks on specific nodes due

16  to openness and liquidity of system."

17            Do you see that?

18       A.   Yes.

19       Q.   What does that -- what -- sorry.  Strike

20  that.

21            What does "potential vulnerability from

22  attacks on specific nodes due to openness and

23  liquidity of system" mean?

24       A.   I did not do an independent analysis of

25  what that meant.  It's -- it's information that I
```

1    took from MIT Technology review when I looked for

2    where the potential risks were that are being

3    talked about, I guess, on the various, you know,

4    networks and in the cryptosphere and did it each

5    for, again, not complete, but examples of security

6    risks for the three currencies.

7         Q.   Sitting here today, do -- do you have an

8    understanding of -- of the potential vulnerability

9    being described in that cell of Table 1?

10        A.   I have no technical understanding of

11   what that would mean in the context of the Ledger

12   protocol.

13        Q.   Do you know what kind of security risk

14   it describes?

15        A.   Malicious impacts on specific nodes.

16        Q.   How --

17        A.   Attacks -- I guess attacks on specific

18   nodes.

19        Q.   How about the portion "due to openness

20   and liquidity of system"?  Do you know what that

21   means?

22        A.   Not on a technical level, no.

23        Q.   Do you know at a nontechnical level?

24        A.   I'm not going to comment to that until

25   or unless I've had a chance to review the MIT

```
 1   Technology review paper to, again, look at the
 2   context in which they use that particular
 3   statement.
 4        Q.   Okay.  The category of liquidity under
 5   "Attributes," do you see that?
 6        A.   Yes.
 7        Q.   What does liquidity mean in this
 8   context?
 9        A.   A high -- sorry.  High-trading volumes
10   and, therefore, availability on the market.
11        Q.   And how did you determine that all three
12   of these digital assets have high-trading volumes?
13        A.   Based on information that's available on
14   various different sites and how much is being
15   traded on a daily basis and -- for all three of
16   these currencies, in addition to others, as I list
17   in other -- where is it? -- in Chart 4 gives us
18   information on liquidity.  But "high" is not a
19   numeric designation, of course.
20        Q.   Let's look at paragraph 60 on the next
21   page.  Looking at the third sentence, it says
22   "Much like bitcoin became the digital peer-to-peer
23   money transfer standard, XRP became the digital
24   standard for currency exchange, asset settlement
25   and remittances."
```

261

1              Do you see that?

2              MR. WHITE:  Objection;

3        misstates the document.

4              MR. SYLVESTER:  Does it?

5              MR. WHITE:  Yes.

6              THE WITNESS:  Actually, I

7        state "a digital standard."

8              MR. SYLVESTER:  Thank you for

9        the correction, both of you.

10  BY MR. SYLVESTER:

11        Q.   My question is whether or not that

12  sentence, with the correction from counsel and

13  from yourself, is that your expert opinion or is

14  that something that you drew from one of the

15  sources that you reviewed in preparation of your

16  report?

17        A.   It is drawn from sources in my report.

18        Q.   Okay.  And I see that there's not a

19  footnote here.

20              Sitting here today, do you know where

21  you drew that information that we just read

22  together?

23        A.   I'm going to have to look that up.  I

24  don't know right off --

25        Q.   Okay.

1          A.   -- as I'm sitting here.

2          Q.   The next sentence that begins "Usability

3     and standardization," do you see that?

4          A.   Yes.

5          Q.   Take your time to read it, obviously,

6     but is that also a case of -- strike that.

7               Is that sentence your expert opinion or

8     is that an example of information that you drew

9     from other sources in preparation of your report?

10         A.   The information that we need, custodial

11    and noncustodial actors, or specifically this

12    sentence?

13         Q.   The entire sentence.

14         A.   Okay.  That's how I understand -- what I

15    understand custodial actors to be.  So it was my

16    own kind of statement.

17         Q.   Okay.  Do all cryptocurrencies in your

18    view need to have institutional investors such as

19    hedge funds regardless of their use cases?

20                   MR. WHITE:  Objection; form,

21         calls for speculation.

22         A.   Can you repeat the question, please?

23         Q.   Sure.

24              Do all cryptocurrencies need to have

25    institutional investors such as hedge funds

1    regardless of their use cases?

2        A.   It is -- it is speculative.  I will turn

3    it around in that having institutional investors

4    that move a lot of assets on exchanges creates

5    liquidity.  So it's sort of the other way around,

6    so...

7        Q.   Let me read the sentence and -- and see

8    if we can come to a common understanding.  So it

9    says -- your sentence says "Usability and

10   standardization require the cryptocurrency to have

11   well-functioning custodial actors, including

12   exchanges, institutional investors such as hedge

13   funds, and e-commerce with viable scalable use

14   cases."

15       A.   Uh-huh.

16       Q.   So I'm just picking out the requirement

17   of "institutional investors such as hedge funds"

18   and asking is it the case that all

19   cryptocurrencies need to have institutional

20   investors such as hedge funds in order to be

21   usable?

22       A.   It would help in creating liquidity

23   depending on what the cryptocurrency --

24   cryptocurrency's use case is.  AND you're asking

25   about all.  There's now nine -- twelve thousand

264

1    cryptocurrencies, so I am not sure which

2    cryptocurrencies would benefit from that.

3        Q.   Okay.  Let's go to 63, please, on the

4    next page.  Paragraph 63.  This paragraph states

5    "The importance of liquidity and trading volume on

6    exchanges cannot be overstated.  Liquidity

7    attracts users and is a key underpinning of the

8    value of a cryptocurrency."

9            Do you see that?

10       A.   I see that.

11       Q.   Okay.  Is that your expert opinion or is

12   that information that you drew from other sources

13   in the course of preparing your report?

14       A.   That is my opinion or information that

15   I've -- sorry.  How did you differentiate?  Is it

16   your opinion or is it -- would you repeat that?

17       Q.   Absolutely.

18           Is paragraph 63 your expert opinion in

19   this case that you applied your expertise to and

20   your methodology as set forth in the report?

21   That's one option.  The other option is, or is it

22   information that you drew from any of the sources

23   that you reviewed in preparing your report?

24       A.   This is what I applied my expert opinion

25   to.

265

```
 1         Q.   Okay.  Can you explain to me what -- how

 2    you applied your expertise to generate the opinion

 3    set forth in paragraph 63?

 4         A.   It sort of goes back to the statements

 5    that I made earlier in the report regarding --

 6    regarding some of the characteristics of

 7    successful currencies, successful

 8    cryptocurrencies, and including the table that we

 9    discussed, Table 1 that we discussed.

10                   That broad availability and

11    liquidity of a currency, of a cryptocurrency, in

12    an ecosystem that can readily access this -- this

13    currency for all sorts of applications is -- sort

14    of a more high-level statement, is important to

15    attract users of the cryptocurrency.  It's really

16    a high-level statement more so than and derives

17    from my earlier statements in my report.

18         Q.   You say in 63 that liquidity "is a key

19    underpinning of the value of a cryptocurrency," is

20    that right?

21         A.   Yes.

22         Q.   Is price one way to measure a

23    cryptocurrency's value?

24                   MR. WHITE:  Objection.

25         A.   It is, but what -- what I intended here
```

266

1   with "value of a cryptocurrency" is the utility of

2   the cryptocurrency.  Value as in utility.

3        Q.    In general, all other things equal, if

4   an asset becomes more liquid, what effect does

5   that have on the asset's price?

6                  MR. WHITE:  Objection; calls

7         for speculation.

8        A.    I think I would have to speculate.  I

9   don't think there is a unique answer to that of

10  how liquidity is directly correlated to price.

11       Q.    Okay.  You write that "The importance of

12  liquidity and trading volume on exchanges cannot

13  be overstated."

14        Do you see that?

15       A.    Yes.

16       Q.    Given the importance of listing on

17  exchanges to the value of a cryptocurrency, in

18  your view would the holders of a cryptocurrency

19  find it important if a company said they were

20  trying to obtain listings for that

21  cryptocurrency?

22                  MR. WHITE:  Objection; calls

23         for speculation.

24       A.    Was your question users?  Sorry, can you

25  repeat -- repeat the question?

267

1        Q.   It was holders, but I'll repeat the

2    whole thing.

3        A.   Holders.   Okay.

4        Q.   Given the importance of listing on

5    exchanges to the value of cryptocurrency -- as set

6    forth in your paragraph 63 -- in your view would

7    the holders of a cryptocurrency find it important

8    if a company said they were trying to obtain

9    listings for that cryptocurrency?

10                    MR. WHITE:   Same objection.

11       A.   From an investment perspective that may

12   be important, but I wouldn't speculate on that.   I

13   don't know.

14       Q.   What do you mean by "from an investment

15   perspective that may be important"?

16                    MR. WHITE:   Objection --

17       A.   What do you mean with holders of

18   cryptocurrencies?   Owners in their wallets, or

19   what do you mean by "holders"?

20       Q.   By holder I meant owner, right.

21                    MR. WHITE:   Same objection to

22           this line of questioning.

23       Q.   The question was what do you mean by

24   your testimony "from an investment perspective

25   that may be important"?

268

1          A.   I'm going to rephrase that.  It depends

2     on what --

3                    MS. ZORNBERG:  Hold on.

4                    THE WITNESS:  Sorry.

5                    MR. WHITE:  I believe the

6              court reporter only read back part of

7              the statement, so if we could

8              please -- let's go -- let's go back.

9              Let's see.

10                   Please reread your full

11             question as fully stated.

12                   MR. SYLVESTER:  You want me

13             to reread my entire full question?  I

14             was asking him about his testimony.

15                   MR. WHITE:  Yes.

16                   THE WITNESS:  And I want to

17             strike my answer, if that is possible,

18             or modify my answer.

19    BY MR. SYLVESTER:

20         Q.   You can always modify your answer.

21         A.   Okay.  I want to modify my answer.

22         Q.   You're welcome to.  Please, go ahead.

23         A.   That it depends on what the objective is

24    of the holder of a crypto asset.

25         Q.   Okay.  If the holder of a crypto asset

269

1    has an investment objective, then in that case

2    would that cryptocurrency holder find it important

3    if the company said they were trying to obtain

4    listings for that cryptocurrency?

5                        MR. WHITE:  Objection; calls

6          for speculation.

7          A.   Again, I would need more context, and I

8    cannot answer that question with a yes or no.

9          Q.   Okay.  Let's turn to page 31, paragraph

10   69.

11         A.   Yes, I have it.

12         Q.   Okay.  My -- my question on that is just

13   what source you used to -- strike that.

14              What's the basis for the facts set forth

15   in paragraph 69?

16         A.   That was a follow-up on the citations

17   that I cited in -- in 68 on how the crypto space

18   is developing, institutional -- is developing,

19   institutional investors are getting involved.  So

20   within these documents they provided more

21   information on the breadth of the investment space

22   in cryptocurrency.

23         Q.   When you say "these documents," which

24   documents are you referring to?

25         A.   I'm sorry.  I meant the citations.

270

1    Citation 41.  Citation 41 and 42, which I cited in

2    the previous paragraph.  It was from those same

3    citations.

4         Q.  Okay.  The very last sentence of

5    paragraph 70 says "Although individual purchasers

6    made up just 36 percent of the exchange's volume

7    during the quarter ending December 31, more than

8    90 percent of CoinBase's revenue came from retail

9    trades."

10             Do you see that?

11        A.  I see that.

12        Q.  Was that fact drawn from the article

13   referenced at Footnote 43?

14        A.  I believe so, yes.

15        Q.  Okay.  Other than the reference at

16   Footnote 43, do you have any other basis to

17   believe that that 36 percent or 90 percent figure

18   are accurate?

19        A.  I didn't do any independent analysis of

20   that.

21        Q.  Okay.

22        A.  Again, it's a snapshot in time.

23        Q.  In paragraph 71, in the first sentence,

24   you write "In summary, increased involvement of

25   institutional and retail users benefits the

 1    liquidity of cryptocurrencies on exchanges and, in

 2    turn, increases business opportunities for new

 3    start-ups and corporate use cases."

 4              Do you see that?

 5        A.   Yes.

 6        Q.   Okay.  In the context of benefiting

 7    liquidity of cryptocurrencies on exchanges, does

 8    "involvement" in your first sentence mean trading?

 9                   MR. WHITE:  Objection; form.

10        A.   I'm going to have to reread the previous

11    paragraphs because this is a summary of the

12    previous paragraphs, but trading definitely is

13    part of it.

14              I don't think there was any -- looking

15    back at these paragraphs, a specific meaning to

16    "involvement" or "engagement" in.

17        Q.   But you said trading is part of it, is

18    that right?

19        A.   Yes.  I think, again, it refers to

20    Footnote 41, talking about institutional investors

21    getting -- are getting involved.  So the use of

22    "involve" includes trading.

23        Q.   Okay.  How does trading -- strike that.

24              How does increased trading by

25    institutional or retail investors increase

272

1    business opportunities for new start-ups and

2    corporate use cases?

3        A.   The more -- the more liquid and

4    available a cryptocurrency is in the market, the

5    more likely businesses might use that currency,

6    for example, as a payment mechanism for their

7    businesses.  That's really what it means.

8        Q.   In the second paragraph of -- strike

9    that.

10           In the second sentence of paragraph 71,

11   you write "It is important to a given

12   cryptocurrency that both institutional and retail

13   market participants can take advantage of the

14   benefit of liquidity, which is one of the key

15   value propositions of integrating such a

16   cryptocurrency in current and new use case

17   applications."

18           Do you see that?

19       A.   I see that.

20       Q.   How is it that a retail market

21   participant can take advantage of the benefit of

22   liquidity?

23       A.   Well, increasingly retail market

24   participants are participating in various

25   exchanges, as I noted in paragraph 70.  Buy-sell

273

1    opportunities.  I don't know if I need to say

2    anything beyond that.

3         Q.   When you say "retail market participants

4    are participating in various exchanges," you mean

5    trading on those exchanges, is that right?

6                   MR. WHITE:  Objection; form.

7         A.   In the context of this sentence,

8    "institutional and retail market participants" is

9    not only the institutional retail -- I mean going

10   to the previous sentence.  And not only

11   institutional and retail investors but, also,

12   large and small companies.

13           So "market participants" is a pretty

14   broad umbrella or participant in the market.

15        Q.   Okay.  Let's go to paragraph 101,

16   please.  That is on page 46.

17        A.   Okay.

18        Q.   Okay.  So near the bottom of the

19   paragraph, you write "Ripple sought to reduce

20   these friction costs by enabling participants to

21   message, clear, and settle transactions at low

22   cost and high speed."

23           Do you see that?

24        A.   I see that.

25        Q.   What steps did Ripple take to accomplish

274

```
 1    the ends you describe in this paragraph?
 2                  MR. WHITE:  Objection; form.
 3        A.   Well, it goes back to the vision of the
 4    company and the products that it would release on
 5    the market to -- it says "sought to reduce."  So
 6    it is really working towards that process if you
 7    look at the product arc of -- of Ripple, where it
 8    seeks to develop software that allows -- that
 9    would allow banks to reduce or to message, clear,
10    and settle transactions at low cost and high
11    speed.  It goes back to the products that Ripple
12    develops.
13        Q.   The last sentence of paragraph 101 says
14    "With the Internet of Value, a value transaction
15    such as a foreign currency payment can happen
16    instantly, just as how people have been sharing
17    words, images, and videos online for decades."
18             Do you see that?
19        A.   Yes.
20        Q.   Is that sentence your expert opinion?
21        A.   That sentence has been used very
22    colloquially in the -- in the crypto industry and
23    at meetings, my UBRI meetings, and other
24    conversations that we've had in the context of --
25    of the FinTech Collaboratory.
```

1     Q.   When you say "it's been used

2  colloquially at UBRI meetings," who is it that has

3  used this -- this sentence in the past?

4     A.   I don't know specifically about a -- a

5  "who," but it was -- I'm not sure who initially

6  promoted it, but it became sort of a, I guess, a

7  statement or a value proposition or a vision that

8  people in the industry were starting to use, but I

9  forgot who actually originally made the statement

10  of Internet of Value.  It's become a verbiage, a

11  term, of the blockchain era.

12     Q.   If this is a statement from someone else

13  in the marketplace, is there a reason why you

14  didn't cite it?

15               MR. WHITE:  Objection.

16     A.   It would have been -- there's no reason

17  why it was not cited.  I mean, it's sort of a

18  general statement around this whole Internet of

19  Value.  It would have been a personal

20  communication or...

21     Q.   What do you mean by "a personal

22  communication"?

23     A.   Well, I mean, I spend my life day in and

24  day out in this industry.  So there's a lot of

25  terms in the context of expert opinion that aren't

276

1   necessarily cited to a specific citation, but are

2   sort of part of the vernacular in the industry.

3   But it has come up at these UBRI meetings, as I

4   mentioned, when the group of 27 universities meet

5   and then I don't know how -- how it came about.

6           And I apologize that there's no specific

7   citation, but I -- I wouldn't know which one to

8   cite.

9       Q.   Did you write that last sentence of

10  paragraph 101?

11                  MR. WHITE:   Objection.

12                  I'm going to instruct you not

13  to answer on the basis of the work product

14  privilege.

15      Q.   Okay.  Paragraph 102 -- actually, let's

16  move -- let's move to paragraph 110, please.  That

17  is on page 51.  The first sentence of paragraph

18  110 is "Separate from its equity investment, I

19  understand that Ripple distributed XRP to an array

20  of counterparties with the goal of increasing

21  liquidity in the market."

22          Do you see that?

23      A.   Yes.

24      Q.   Okay.  My first question is, does the

25  word "distributed" encompass Ripple's sale of XRP?

277

1       A.    Excuse me.

2             Does it encompass sales?

3       Q.    Yes.

4       A.    Yes.

5       Q.    The citation for that first sentence is

6    the -- is Ripple's Wells submission.

7             Do you see that, Footnote 79?

8       A.    Yes.

9       Q.    What was it about the Wells submission

10   that you relied on for the text of that sentence?

11      A.    Sorry, what is the -- can you rephrase

12   that question?

13      Q.    Sure.

14            What -- what was it that you learned

15   from or drew from the Wells submission that

16   informed the text of the first sentence of

17   paragraph 110?

18                  MR. WHITE:  Objection.  You

19            can show him the Wells.

20      A.    It -- from my reading of the Wells.  I

21   mean, I guess that's where I got the information.

22      Q.    Separate from your review of the Wells

23   submission, did you have an understanding that

24   Ripple sold XRP?

25      A.    Yes.

278

1        Q.   How did you acquire that understanding?

2        A.   I looked at the consolidated financial

3    statements of Ripple.

4        Q.   And those demonstrated that Ripple sold

5    XRP?

6        A.   Yes.  Those are the XRP information on

7    the sales of XRP.

8        Q.   You write in the second sentence of 110,

9    "Such distributions are fully consistent with the

10   methods of product adoption of high-technology

11   companies identified above and the milestone

12   expectations of Ripple's equity investments."

13           Do you see that?

14       A.   Yes.

15       Q.   How was it in your view that Ripple's

16   sales of XRP were consistent with the methods of

17   product adoption of high-technology companies?

18       A.   Well, digital companies and other

19   companies, but companies like Ripple, that sell

20   software on the market that depends on, in this

21   case, XRP to function is consistent with what

22   these start-up companies do or start-up companies

23   try to do with new products that they sell in the

24   market.  They drive -- they try to drive market

25   adoption.  They try to get more people to use

279

```
1    these products.  But the product cannot be used

2    without the availability of liquidity in this case

3    in the market.

4            So, therefore, what Ripple did is they

5    undertook a -- what we call a penetration pricing

6    strategy to sell part of its technology, often at

7    a discount, as I talk about later on, in the

8    market to various different parties to allow the

9    markets to better use the software, the different

10   products that Ripple was releasing in the market.

11       Q.   What software does Ripple sell that

12   requires XRP to function?

13       A.   Well, ODL, On-Demand Liquidity, which I

14   guess was the former, I guess, xRapid.  But

15   essentially any transactions that need to happen

16   on exchanges require the fee that is paid in -- in

17   XRP as well.  There's multiple products that

18   existed out in the market that require the

19   availability of XRP for market participants to use

20   those products.  So payment processors, yeah.

21       Q.   Focusing on ODL, does -- does ODL

22   require the availability of liquidity in the

23   market to function?

24               MR. WHITE:  Objection; form.

25       A.   Well, specific, you know, payment rails,
```

280

1    I guess, between different countries.  I mean,

2    yes, they require that.

3          Q.   What -- what do you know about how

4    Ripple's ODL product works?

5                         MR. WHITE:  Objection; vague.

6          A.   XRP functions at the level -- that I

7    understand it, XRP functions as a bridge currency

8    between one fiat currency and another fiat

9    currency.

10         Q.   Do you know who Ripple's customers are

11   that purchase the ODL product from Ripple?

12         A.   Who the current buyers are, what the

13   current -- yeah, current market is?

14         Q.   Yes.

15         A.   I believe it's mainly payment

16   processors.

17         Q.   What's an example --

18         A.   Large industrials.  Some banks, I

19   believe.  But, anyhow, I don't have the full list.

20   I have to check.  I have to look that up.

21         Q.   To your knowledge, do individual retail

22   users use Ripple's ODL product?

23         A.   Not to my knowledge.

24         Q.   Would Ripple's sales to individual --

25   strike that.

1          Would Ripple's sales of XRP to

2    individual users promote the adoption of ODL as a

3    successful product?

4                    MR. WHITE:  Objection; calls

5               for speculation.

6          A.   I mean, there's too much -- too many

7    uncertainties and context missing to be able to

8    respond to that with a yes or no.

9          Q.   Given what you know about the ODL

10   product, is it safe to say that Ripple's sales of

11   XRP to individual users were not in connection

12   with promoting adoption of the ODL product?

13                    MR. WHITE:  Objection; form.

14         A.   I'm not sure I understand your question.

15   Could you rephrase that, please?

16         Q.   Sure.

17              I think we've established that

18   individuals do not use ODL, is that right?

19         A.   That's not my understanding, sir.

20         Q.   Okay.  So if an individual purchases

21   XRP, it's not for the purpose of using ODL, right?

22                    MR. WHITE:  Objection; form.

23         A.   That's not my understanding.

24         Q.   I can't tell if you're agreeing or

25   disagreeing.  I'm sorry.

282

```
 1        A.   That's not my understanding.   Sorry.

 2   No.

 3        Q.   It's probably because I'm asking the

 4   question poorly.

 5             You would agree that if an individual

 6   purchases XRP, that individual is not purchasing

 7   the XRP for the purpose of using ODL, is that

 8   right?

 9                  MR. WHITE:  Objection.

10        A.   It's my understanding that it's only

11   large corporates and institutionals, but I would

12   have to review that.

13        Q.   Okay.  Let's move to paragraph 120,

14   please.  That's on page 59.  The first sentence of

15   120 says "During its product development, Ripple

16   has enabled several important use cases related to

17   payment services, cross-currency settlements, and

18   FX (foreign exchange) solutions."

19             Do you see that?

20        A.   Yes.

21        Q.   In the context of this sentence, does

22   "enabled" mean that Ripple developed these use

23   cases?

24                  MR. WHITE:  Objection; form.

25        A.   Based on the ones that I list below, I
```

1    guess ripple designed these products.

2         Q.   Moving to the bullet that starts "ODL"

3    on page 60, do you see that?

4         A.   Yes.

5         Q.   It says "ODL, formerly known as xRapid,

6    is a liquidity solution for banks that uses XRP as

7    a bridge currency," and then continues.

8              Do you see that?

9         A.   Yes.

10        Q.   Do any banks currently use ODL today?

11                  MR. WHITE:  Objection;

12             foundation.

13        A.   I have to defer to -- or refer to the

14   deposition by Dr. Birla -- or Mr. Birla, I'm not

15   sure -- who said that -- I think he indicated that

16   ODL was currently not used by banks.

17        Q.   Okay.  Moving to the last bullet on page

18   60, you write "Ripple products also make use of

19   ILP, an open protocol suite for sending payments

20   across different ledgers, most often cited by

21   third-party developers as a key differentiator for

22   adopting XRP or use of the XRP Ledger."

23             Do you see that?

24        A.   I see that.

25        Q.   Okay.  Who are the third-party

284

```
 1    developers that you're referencing in this

 2    sentence?

 3         A.   Third-party use case developers.

 4         Q.   And who are they?  Who are you

 5    describing in this sentence?

 6                    MR. WHITE:  Objection; form.

 7         A.   These are not individuals.  These are

 8    companies that have adopted XRP or used the XRP

 9    Ledger because ILP allows them to cross over

10    between multiple different ledgers and even

11    between regular bank accounts and ledgers.

12         Q.   Right.  I'm trying to get at which

13    third-party developers have made the claim --

14         A.   Oh.

15         Q.   -- as expressed in your first sentence.

16         A.   I am going to have to check my Footnote

17    92 and 93 to make reference to that statement.

18         Q.   Sitting here today, do you know whether

19    or not the references cited in Footnotes 92 or 93

20    support the statement that "ILP is most often

21    cited by third-party developers as a key

22    differentiator for adopting XRP or the use of the

23    XRP Ledger"?

24         A.   I do not know which of these two

25    references would have that specific statement in
```

285

1    it.

2          Q.   Are you certain that one of them does?

3          A.   I would have to --

4                    MR. WHITE:  Objection.

5          A.   I would have to look back at these

6    footnotes to -- to check that.

7          Q.   Let's turn to paragraph 123 on page 63.

8    The second sentence starts with "Aside from

9    multiple e-commerce companies using the XRP Ledger

10   because of its speed and cost benefits..."

11         Do you see that?

12         A.   Yes.

13         Q.   Which e-commerce companies use the XRP

14   Ledger?

15         A.   Well, many of the e-commerce companies

16   are listed on the -- both Appendix C and Appendix

17   D., and any company that accepts XRP for its, you

18   know, product sales.

19         Q.   Okay.  So to make sure I understand the

20   sentence, when you say "multiple e-commerce

21   companies use the XRP Ledger because of its speed

22   and cost benefits," you're referring to e-commerce

23   companies that accept XRP as payment, is that

24   right?

25         A.   Yes.  This is -- 120 -- paragraph 123 is

 1    a setup for paragraph 124, which refers to "these

 2    use cases."  So it's connected between two -- for

 3    example, the example of furniture that you brought

 4    up earlier would be an example.

 5        Q.   Going back to paragraph 123, how do you

 6    know that these e-commerce companies are using the

 7    XRP Ledger because of its speed and cost benefits?

 8        A.   This goes back to some of the previous

 9    citations related to some of the companies I

10    listed before, as well as other readings on

11    companies where there are specific quotations from

12    business owners saying "I like it because of

13    speed."

14        Q.   Which companies are you --

15        A.   For example, TapJets mentioned that

16    because of speed, but I did not cite specifically

17    to the statement of the business owner of TapJets

18    who actually said that.  That's an omission on my

19    behalf.  I apologize.

20        Q.   Aside from the TapJets statement that

21    you just described, were there other occasions

22    where you were able to determine that e-commerce

23    companies had elected to use the XRP Ledger

24    because of its speed and cost benefits?

25        A.   There are other quotes that I've come

287

1    across in my research, yes.

2         Q.   Are those incorporated in your report

3    anywhere?

4         A.   I'm going to have to check which of

5    these use cases those were.  I apologize that I

6    did not cite specifically those, to those

7    companies and those business owners who explicitly

8    stated that.

9         Q.   Okay.  Let's turn to paragraph 33,

10   please.

11        A.   Sorry, paragraph?

12        Q.   Thirty-three on page 16.

13             The sentence near the end of the

14   paragraph starts "When a user sends bitcoin, the

15   transaction is bundled in a block with 1,000" to

16   20 -- strike that.

17             Let's move to paragraph 35.  The last

18   sentence of paragraph 35 says "Current estimates

19   suggest there are over 700,000 blocks on the

20   bitcoin blockchain."

21             Do you see that?

22        A.   I see that.

23        Q.   What's your source for that statement?

24        A.   It's probably one of the ones that was

25   cited earlier such as 20, but I did not

288

1    specifically cite to that.

2         Q.   Do you know sitting here today what

3    source you used to come up with that sentence in

4    paragraph 35?

5         A.   I am not sure.

6         Q.   Okay.

7         A.   But I'm assuming that where it came from

8    was cited in one of the earliest -- earlier

9    references when I described bitcoin.

10        Q.   Okay.  The same question for paragraph

11   38 on page 18.  About the center of that paragraph

12   it reads "By design, the rewards halves after

13   210,000 new blocks, or about every four years,

14   until reaching the maximum supply of 21 million

15   coins.  In May 2020, the block reward was halved

16   for a third time to 6.25 BTC."

17             Do you see that?

18        A.   I see that.

19        Q.   What was your source for that

20   information?

21        A.   I'm going to have to look back at where

22   that came from.

23        Q.   Sitting here today, you're not sure what

24   source you used?

25        A.   Which source are the ones that I -- that

1    I cited, I don't know.  Don't know, no.

2         Q.   Let's look at paragraph 46 on page 22.

3    This is in reference to the XRP Ledger.  The last

4    sentence says "The number of validators has grown

5    to 150 around the world, including clients, users,

6    and company servers; notable validators include

7    Microsoft and Massachusetts Institute of

8    Technology."

9              Do you see that?

10        A.   On the top of 22?

11        Q.   Yes.

12        A.   Yes.

13        Q.   What is your source for that

14   information?

15        A.   I believe it's both information based on

16   the -- my Reference 26, information that's

17   available on Ripple sites.  And since MIT is one

18   of the -- one of the UBRI universities, it's one

19   of -- one of our colleagues in the partnership.

20   So I knew -- I knew about that one.

21        Q.   Okay.

22                   MR. SYLVESTER:  I would like

23              to take a brief break and then we can

24              wrap this up if that sounds all right.

25                   THE VIDEOGRAPHER:  Going off

290

1              the record.  The time is 6 p.m.

2                       (Whereupon, a recess is

3              taken.)

4                       THE VIDEOGRAPHER:  We'll go

5              back on the record.  The time is 6:13.

6    BY MR. SYLVESTER:

7         Q.   Professor, how did you come to be

8    retained as an expert in this case?

9         A.   I initially received a call from

10   counsel.  I --

11                  MR. WHITE:  I caution you not

12              to disclose the substance of

13              conversations with counsel.

14                  THE WITNESS:  All right.

15        A.   I received a -- a call; we had a

16   discussion.  They disappeared and came back at one

17   point and said "We'd like to retain you."

18        Q.   Which counsel reached out to you?

19        A.   I believe it was Michael Kellogg.

20        Q.   When was that initial -- sorry.  Go

21   ahead.

22        A.   At least the firm, but I don't know who

23   it was within the firm.

24        Q.   When was that initial call?

25        A.   Would have been April 2021.

291

```
1        Q.   Okay.  Did you do anything today to
2   prepare for your deposition?  Strike that.  Taking
3   out "today."
4             Did you do anything to prepare for your
5   deposition today?
6        A.   Oh.  Yes.
7        Q.   What did you do?
8        A.   I reread all the reports, my reports,
9   rebuttal reports, filings, depositions.  So did a
10  reread of all of the materials and we had a couple
11  preparation sessions.
12       Q.   Who participated in your preparation
13  sessions?
14       A.   It was counsel at Debevoise, Kellogg
15  Hansen.  And I forgot the other counsel.
16       Q.   About how long did you spend in
17  preparation with counsel prior to your
18  deposition?
19       A.   As in hours?
20       Q.   Yes.
21       A.   In total, probably two days.
22       Q.   Two eight-hour days?
23       A.   Two half days and one full day.  So
24  three separate meetings.
25       Q.   Other than counsel, did anyone else
```

```
 1   assist with your preparation for your deposition

 2   today?

 3        A.   No.

 4                  MR. SYLVESTER:  That's all

 5             the questions I have.

 6                  Thank you.

 7                  THE WITNESS:  Thank you.

 8                  MR. WHITE:  So we will have

 9             some redirect and we can go now if you

10             want.

11                  MR. SYLVESTER:  Go ahead.

12                  MR. WHITE:  Do we want to

13             switch?

14                  MR. SYLVESTER:  I'm

15             comfortable here, but if you'd like to

16             switch, that's fine by me.

17                  MS. ZORNBERG:  I think you

18             should switch because it's video.

19                  MR. WHITE:  Because of video,

20             yeah.  Go off the video.

21                  THE VIDEOGRAPHER:  Going off

22             the record.  The time is 6:16.

23                  (Pause)

24                  THE VIDEOGRAPHER:  We'll go

25             back on the record.  The time is 6:17.
```

293

```
1    CROSS-EXAMINATION

2    BY MR. WHITE:

3        Q.   Dr. Adriaens, earlier today you were

4    asked about some language in paragraph 43 of your

5    report that is similar to language in another

6    source that was marked as Exhibit PA 24.

7            Do you recall that line of testimony?

8        A.   Yes, I do.

9        Q.   Would you focus with me on the two

10   sentences you were asked about in that paragraph,

11   which is the first two sentences of paragraph 43?

12   Do you view the statements made in those sentences

13   to be in any way controversial?

14                   MR. SYLVESTER:  Object to

15           form.

16       A.   No, I do not.  I think they're very

17   high-level descriptions.

18       Q.   Since reviewing Exhibit PA 24 earlier

19   today, have you looked into whether -- into

20   whether Exhibit PA 24 is the only source that uses

21   that language?

22       A.   Yes.  After I was asked by SEC counsel

23   regarding these two sentences, I decided to take

24   advantage of one of our breaks to do a search on

25   the exact statements, a basic Google search.  And
```

1    I found that these exact sentences -- or these

2    sentence -- these sentences, give or take one word

3    or two, did actually appear in a lot of crypto

4    sites, such as Medium, in book chapters, and

5    other -- other places.

6        Q.   Was it ever your intention to take

7    language from some particular source and not

8    provide a citation?

9        A.   No, it was never my intention to not

10   cite if this was identical to something that we

11   find somewhere else.

12       Q.   Let me shift to another topic.

13            You recall that Mr. Sylvester spent

14   quite some time today questioning you about

15   back -- background factors set forth in Part 2 of

16   your report.

17            Do you recall that testimony?

18                 MR. SYLVESTER:  Object to

19            form.

20       A.   Yes.

21       Q.   Look with me at paragraph 23 of your

22   report.  Let me know when you're there.

23       A.   I'm there.

24       Q.   Do you see there that you characterize

25   Part 2 as "background"?

```
 1                     MR. SYLVESTER:  Object to
 2          form.
 3     A.    Yes.
 4     Q.    Are you a technical expert in the
 5  operational details of how the XRP Ledger or other
 6  blockchains work?
 7  No.  As I stated or testified earlier in the -- today's
 8  deposition, my background is in the business analytics,
 9  business development, and business applications of the
10  blockchain and digital currencies.
11     Q.    And that's the expertise you brought to
12  bear in this case, correct?
13                     MR. SYLVESTER:  Object to
14          form.
15     A.    That's the expertise I brought to bear.
16     Q.    Look with me now at paragraphs 19
17  through 21.  Let me know when you've had a chance
18  to review them.
19     A.    Yes.
20     Q.    Those paragraphs summarize the opinions
21  that you've offered in this case, correct?
22     A.    Yes, they do.
23     Q.    Is expertise in the technical details of
24  how XRP Ledger validation works necessary for any
25  of the opinions that you've offered?
```

1      A.   No, it isn't.

2                 MR. WHITE:  That's all the

3           questioning I have subject to any

4           further questioning.  I will request

5           to read and sign and designate the

6           transcript confidential.

7                 MR. SYLVESTER:  I don't have

8           anything.  Thanks.

9                 THE VIDEOGRAPHER:  That

10          concludes today's deposition.  The

11          time is 6:21.

12                 (Whereupon, the deposition

13          was concluded at 6:21 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

297

1    STATE OF NEW YORK        )

2                             ) ss:

3    COUNTY OF NEW YORK       )

4           I hereby certify that the witness in the

5    foregoing deposition, DR. PETER ADRIAENS was by me duly

6    sworn to testify to the truth, the whole truth and

7    nothing but the truth, in the within-entitled cause; that

8    said deposition was taken at the time and place herein

9    named; and that the deposition is a true record of the

10   witness's testimony as reported by me, a duly certified

11   shorthand reporter and a disinterested person, and was

12   thereafter transcribed into typewriting by computer.

13          I further certify that I am not interested in

14   the outcome of the said action, nor connected with nor

15   related to any of the parties in said action, nor to

16   their respective counsel.

17          IN WITNESS WHEREOF, I have hereunto set my hand

18   this 10th day of February 2022.

19          Reading and Signing was:

20    _x__ requested    ___ waived    __ not requested.

21

22

23   _____

24          BRIDGET LOMBARDOZZI, CSR, RMR, CRR

25

298

1                    CERTIFICATE OF WITNESS

2

3

4         I, PETER ADRIAENS, do hereby declare under

5         penalty of perjury that I have read the entire

6         foregoing transcript of my deposition testimony,

7         or the same has been read to me, and certify that

8         it is a true, correct and complete transcript of

9         my testimony given on February 8, 2022, save and

10        except for changes and/or corrections, if any, as

11        indicated by me on the attached Errata Sheet, with

12        the understanding that I offer these changes and/or

13        corrections as if still under oath.

14           _____ I have made corrections to my deposition.

15           _____ I have NOT made any changes to my deposition.

16

17    Signed: _____
                PETER ADRIAENS
18

19    Dated this _____ day of _____ of 20____.

20

21

22

23

24

25

299

1                          ERRATA SHEET

2        Deposition of:  PETER ADRIAENS
         Date taken: FEBRUARY 8, 2022
3        Case:  SEC v. RIPPLE LABS, INC., et al.

4        PAGE  LINE
         _____ _____   CHANGE: _____
5                      REASON: _____

6        _____ _____   CHANGE: _____
                       REASON: _____
7
         _____ _____   CHANGE: _____
8                      REASON: _____

9        _____ _____   CHANGE: _____
                       REASON: _____
10
         _____ _____   CHANGE: _____
11                     REASON: _____

12       _____ _____   CHANGE: _____
                       REASON: _____
13
         _____ _____   CHANGE: _____
14                     REASON: _____

15       _____ _____   CHANGE: _____
                       REASON: _____
16
         _____ _____   CHANGE: _____
17                     REASON: _____

18       _____ _____   CHANGE: _____
                       REASON: _____
19
         _____ _____   CHANGE: _____
20                     REASON: _____

21       _____ _____   CHANGE: _____
                       REASON: _____
22
         _____ _____   CHANGE: _____
23                     REASON: _____

24
         Signed_____
25       Dated_____

# Transcript Word Index

[& - 26]

## &

**&**
2:17 4:6 5:5,18 6:5 10:16
12:11 107:20

## 1

**1**
7:13 10:8 13:13,16,20
14:20 15:1,9,14 16:18 17:9
17:19,25 18:16 19:23 20:2
20:6,7,16 32:12 36:10 41:3
42:1 55:23,24 56:3,4,14,15
58:19 59:13 84:19 93:5
95:5,5,6,8 136:23,24 167:6
175:18 193:12 203:3,16,19
204:1 207:18,22 208:15
223:3 224:23 232:6 234:20
244:10,24 257:14 259:9
265:9
**1,000**
142:8 287:15
**1:08**
166:3
**10**
9:8 84:9
**10:31**
74:20
**10:48**
74:25
**100**
204:10 205:2,17 206:6,22
236:3
**10019-6064**
6:9
**10022**
4:13
**101**
273:15 274:13 276:10
**102**
276:15
**10281-1022**
3:15
**10-4-21**
7:14,22
**10832**
1:6 2:6
**10th**
297:18
**10x**
210:10,11
**11**
7:4 32:1
**11:50**
119:22
**110**
276:16,18 277:17 278:8

**11-10-21**
8:9
**11-12-21**
7:18
**11-3-21**
8:10
**12**
9:9 77:9 80:2,4,9 85:12,13
93:7 136:22
**12:05**
120:1
**120**
282:13,15 285:25
**123**
285:7,25 286:5
**124**
20:14 42:18 223:2,7 244:1
286:1
**125**
20:14
**126**
246:18
**128**
246:18 247:6,24 248:19
**1285**
6:8
**12th**
14:8
**13**
7:13 79:15 81:14 82:1,8
93:7
**131**
8:9
**132**
248:22,23
**133**
247:6,24 248:19
**137**
7:15
**14**
7:17 9:7 27:18
**149**
9:7
**15**
21:18 51:12 84:9 88:20
140:10 230:8
**150**
289:5
**153**
225:21,22
**154**
8:13
**16**
9:5 51:12 74:4 287:12
**1615**
5:9

**17**
51:12 74:4
**171**
8:4 9:8
**18**
9:6 143:4 288:11
**19**
9:5 27:19 59:18 95:4,6,7
148:3 207:22 295:16
**1992**
21:10 22:20
**1's**
257:16

## 2

**2**
7:17 8:11 14:4,6,7,11 18:8
18:13,24 19:4,9,12,17,23
20:2 41:4,14,19 56:17,19
56:20,25 57:1,5,11,15 59:1
59:3,5,6 69:5,5 93:9 98:14
98:18 99:12 196:21 217:10
231:18 244:10,24 294:15
294:25
**2,500**
142:9
**2:11**
167:3
**20**
1:6 2:6 98:14,16 179:12,18
180:1 196:22 225:13 230:8
243:10 287:16,25 298:19
**200**
3:13
**20036**
5:11
**20037**
5:21
**2006**
22:7
**2008**
33:20
**2012**
43:17 126:20 225:24 226:4
227:9
**2013**
126:18,21 130:17 225:10
225:14,24 231:12,13,20,25
232:2 240:7 241:24
**2014**
51:12 107:13 229:12,24
230:21
**2015**
30:3
**2016**
23:5,8 74:4

**2017**
32:16
**2018**
27:5 73:6 74:4 75:8 88:19
229:14 230:1,22 240:8
**2019**
31:15 89:25 90:3
**202**
7:21
**202.326.7999**
5:12
**202.974.1500**
5:22
**2020**
51:12 89:20 107:13 288:15
**2021**
13:21 14:8 20:24 81:25
82:20,20 84:12,18 131:14
132:22 202:24 290:25
**2022**
1:16 2:19 10:3,7 297:18
298:9 299:2
**21**
101:19 105:5 106:18,20
128:21 167:6 196:22
234:22 255:14 288:14
295:17
**210,000**
288:13
**2112**
5:20
**212.336-0159**
3:16
**212.373.2491**
6:10
**212.909.6000**
4:14
**22**
8:4 106:19,21 171:22,24
172:4 174:14 175:1,18
184:7 289:2,10
**220208blo**
1:25
**23**
8:9 131:17,20,22 177:6
294:21
**24**
8:13 154:3,6,9 155:20
156:5 293:6,18,20
**25**
9:6
**250,000**
36:2 94:3
**26**
59:13,20,22 60:3 62:13
63:11 65:9 67:18 170:4,23

[26 - accolades]

**26 (cont.)**
170:25 171:4 172:10 177:3
183:19,21 185:18 202:25
203:1,3 237:3,21,24 258:2
289:16
**27**
61:7 136:23 176:4 177:4
237:22 238:8 257:13,14
276:4
**276**
9:9
**293**
7:5

**3**

**3**
7:21 8:7 27:20 44:12 51:5
101:20 132:23 202:16,19
202:23 234:24 235:2,11
236:17 238:10 244:23
**3:13**
207:12
**3:38**
207:15
**31**
14:11 269:9 270:7
**32**
140:9,13,22,23
**33**
141:17 287:9
**34**
7:19
**35**
23:20 24:8 287:17,18 288:4
**36**
196:21,23 199:24 201:4,18
270:6,17
**38**
143:2,3 144:6,23 288:11
**39**
143:9 145:3,14 146:24
**3rd**
132:22

**4**

**4**
27:19,20 41:19 260:17
**4:44**
254:2
**400**
3:14 5:10
**41**
59:13,15,16,17 147:7,11,17
170:2 270:1,1 271:20
**42**
147:7 270:1

**43**
147:7 148:17,22 149:12,19
149:22 150:5,14 151:10,16
152:11 155:4 156:6 270:13
270:16 293:4,11
**44**
147:7 157:3 158:12
**45**
147:8 158:16 159:18,20
161:20 163:2,16
**46**
7:23 148:8 167:6 273:16
289:2
**47**
147:8 168:19 170:21 171:9
**48**
147:12,17 175:18 176:24
**49**
177:6 178:5 180:7 182:9
183:22 184:4,4,5 185:6,8
185:11 186:15 187:17
188:8,9,16,16,18 190:15
191:25 192:3 211:8
**4th**
13:21 20:24 202:24 243:11
243:12

**5**

**5**
27:19 210:9,11
**5:04**
254:5
**50**
51:5 179:1 237:11 257:4
**51**
98:11 211:17 213:10
276:17
**57**
237:3,19 250:19,20
**58**
257:12
**59**
282:14

**6**

**6**
27:19 50:18 290:1
**6.25**
288:16
**6:13**
290:5
**6:16**
292:22
**6:17**
292:25
**6:21**
2:18 296:11,13

**60**
260:20 283:3,18
**63**
264:3,4,18 265:3,18 267:6
285:7
**64**
20:13 39:21 40:14,17 42:18
223:3,5 243:25
**65**
20:14
**660**
41:1,3 46:6 224:23,25
242:5 243:24
**68**
248:23 269:17
**69**
269:10,15

**7**

**7**
8:16 50:19 87:13 92:23
**70**
13:24 270:5 272:25
**700,000**
287:19
**71**
270:23 272:10
**750**
35:19
**77**
51:15
**79**
277:7

**8**

**8**
1:16 2:19 10:3 32:12 33:1
95:7 207:17,19 226:11
298:9 299:2
**80**
122:16 179:11 205:14
**83**
226:1,3,11,12 241:24
**89**
241:23
**8th**
10:7

**9**

**9**
98:16 234:19,21,22 238:14
255:13
**9:07**
2:18 10:2,6
**90**
173:22 174:8 241:23 247:2
247:20 270:8,17

**91**
46:4 47:4,5,7 225:25
226:11,12 227:2 234:3,10
241:23 244:24 245:10
246:20 247:1,20
**919**
2:17 4:12 10:17
**92**
284:17,19
**93**
284:17,19
**950**
35:20

**a**

**a.m.**
2:18 10:2,6
**ability**
116:6 151:20 154:22
**able**
48:10 87:11 115:8 131:6,12
142:24 174:6 189:22
191:11 245:11 248:4 281:7
286:22
**absolute**
258:5
**absolutely**
119:20 264:17
**abstracts**
27:22
**academic**
26:13 57:4,10,14 59:2,9
102:12 103:5 104:8 105:8
105:18 106:6 149:5 197:14
198:13,14 215:9
**academicians**
106:2
**accept**
187:4,6 202:2 239:9 256:20
285:23
**acceptance**
87:5 158:19 251:14 256:8
**accepted**
141:6,11 223:17 242:22
**accepting**
239:18 243:9
**accepts**
236:3 238:15,19 254:11
285:17
**access**
82:3,6 137:18 225:8,8,9,16
231:23 237:9 256:18
265:12
**accessible**
103:23 104:19
**accolades**
49:15 50:20

[accomplish - answer]

**accomplish**
273:25
**account**
212:18 234:4,7
**accounts**
284:11
**accuracy**
38:21 43:25 49:11 50:1
53:12 54:9,15 65:4
**accurate**
68:17 169:11 270:18
**accurately**
21:2,6
**achieve**
107:6 122:14 152:9 210:9
251:2
**achieving**
110:8 213:20
**acquire**
34:18 278:1
**acquired**
243:15,18
**acquisitions**
243:20
**action**
22:16 120:11,12 174:19
175:12 297:14,15
**active**
34:3 86:5,25 159:25 160:14
160:23 161:6 199:9
**actively**
85:17 199:3,4,19
**activities**
22:17 235:23
**activity**
177:8 178:10 180:10
**actor**
117:5,13 118:17
**actors**
262:11,15 263:11
**actual**
43:1 77:19 78:6 88:13
103:7 126:15 161:11 162:8
162:24
**add**
108:20
**added**
160:1 213:11
**addition**
36:12 59:23 60:4 161:20
260:16
**additional**
20:1,4 21:11 226:15
**address**
28:1,12,20 218:20 224:15

**addressing**
28:3
**adjustments**
250:3,7
**administrative**
91:21
**administrator**
89:4
**adopt**
104:13
**adopted**
68:12 284:8
**adopting**
190:21 283:22 284:22
**adoption**
65:23 68:16 99:17 228:10
230:14 251:2 278:10,17,25
281:2,12
**adriaens**
1:15 2:15 7:3,14,18 10:9
11:8 13:15 14:3 131:19
154:5 171:24 202:18 293:3
297:5 298:4,17 299:2
**advance**
238:21 256:17
**advancement**
101:23 235:5,19 236:6,16
238:22 255:17
**advances**
256:8
**advantage**
272:13,21 293:24
**advising**
102:7
**advisor**
95:19 198:19
**advisory**
31:7,9,17,25 32:14,21 33:8
196:4
**affect**
116:5
**affidavit**
25:19
**affiliates**
184:25 185:15
**affirmation**
66:23
**affirmative**
54:8 177:13 216:8
**affirmatively**
170:13 203:24
**aggregate**
43:20 51:2 188:1 189:13
190:5 213:14 214:12
**aggregated**
192:18 193:10 209:5 258:7

**aggregating**
247:19
**aggregation**
238:2,4 257:23
**ago**
21:18 26:11 31:4 34:4,5
48:7 140:17
**agree**
71:22 107:24 122:16,17
156:21 170:13 173:17
179:4,9 203:24 218:10
229:4 230:19,23 282:5
**agreeing**
109:24 281:24
**agreement**
81:14,24 82:4,24 85:10
86:24 87:2,9,19,21 124:3
182:13,17,21 183:10
**agreements**
73:14 78:6,9 85:20 88:14
212:11
**agressel**
4:17
**ah**
59:7
**ahahn**
4:18
**ahead**
42:16 46:3 66:24 79:24
82:13 86:11 89:22 123:24
199:13 200:15 204:22
229:20 230:16 268:22
290:21 292:11
**al**
299:3
**algorithm**
110:11 158:19 159:2
**allocated**
82:8 83:5,9,14
**allocation**
83:11
**allow**
124:7 193:11 256:3,16
274:9 279:8
**allowed**
129:21
**allows**
274:8 284:9
**aloud**
154:15
**alumni**
73:12
**amazon**
155:1,5,9,13 156:5,18,23
**amazon.com**
8:13

**amazon.com.**
154:10
**ambiguous**
125:18
**american**
146:2
**americas**
6:8
**amount**
40:12 50:6
**amplified**
186:24
**analogy**
111:12 115:24 116:11
117:17 118:11,15 119:17
**analysis**
8:9 39:16,19 41:22 44:2
45:21,23 99:10,11 100:17
128:7 133:17 134:9 151:13
170:5,6,7 174:2 176:8
178:3 180:2 190:9 193:9,16
193:17 210:1 213:3 220:21
220:25 222:13 227:8 228:1
228:1,22,24 230:5,5 239:1
239:21,22 254:22 256:22
256:24 258:24 270:19
**analyst**
210:6
**analytics**
295:8
**analyze**
183:4 242:5
**analyzing**
211:2 220:22
**anna**
4:9
**annual**
88:24 145:9
**answer**
9:3 14:23 15:4,10 16:20
17:6,10,21 18:10 19:1,5,18
30:22 42:25 45:19 49:8
54:20 57:16 71:21 76:18
77:4,5 82:15 84:25 88:18
102:16 106:13 108:5
111:15 112:8,8,10 113:10
114:6 115:3,7,8 119:1
135:5,6,11,25 139:12,20
140:6 149:15 156:1 168:6
168:13,16 171:12 174:6,6
174:11 192:16 205:11
206:17 216:7 224:7 226:23
245:20 248:17 255:6 266:9
268:17,18,20,21 269:8
276:13

[answered - authority]

**answered**
78:5 204:3 243:2
**answering**
188:6
**antecedent**
216:16
**anticipated**
242:15
**anyplace**
232:19
**apart**
16:5,14 22:22 46:12,15
174:4
**apologies**
21:3 32:24
**apologize**
276:6 286:19 287:5
**appear**
10:20 48:24 51:25 206:18
213:9 221:23 294:3
**appearances**
10:19
**appearing**
3:1
**appears**
48:17 51:20 131:24 163:15
172:5 216:23 234:3
**appended**
38:11 48:19 49:3
**appendices**
51:18 52:11
**appending**
38:9,17
**appendix**
20:16 36:10,16,20 37:18,19
38:5,6,9,11,22,24 39:6,11
39:14,15,16,16 41:10,19,22
41:22 42:3,9,10,13,14 43:9
43:12,12,25 44:1,12,20,21
44:25 45:5,14 46:7,8,17
48:2,2,4,18,24 49:4,11,12
49:13 50:24 51:6,7,7,21
58:19 92:23 207:4 216:20
216:23 217:23 218:5
219:12,12,14,20,21 220:3,3
220:7,8,16 221:2,13,14,20
221:22,24 222:2,3 224:20
226:20 229:16 234:4,10
235:8,10,17,24 236:20
239:7,17 240:12,24 241:3
241:14 242:25 245:11,22
247:8,14,16 249:18,20,24
249:24 250:8 254:9,15
255:7,7 256:19 285:16,16
**applicability**
237:5,25

**application**
60:24 62:21 90:5,6,18
102:14,17,19,22 110:22
**applications**
26:3 33:16 34:1 90:25 91:2
91:6,17 101:11 102:9 106:9
233:1 244:4,5,7,13,13,16
245:1,2 246:9 265:13
272:17 295:9
**applied**
46:6 63:3 193:23 226:19
264:19,24 265:2
**applies**
160:10
**apply**
128:12 129:3 258:8
**applying**
129:8
**approach**
71:24 106:7 187:3,6,8
**approval**
66:17 160:1,10 168:24
169:1,14,24 170:11 171:6
**approve**
102:10 160:8
**approved**
66:13 178:6
**approving**
169:3
**approximate**
26:19
**approximately**
73:5
**april**
81:25 82:19,20 290:25
**arc**
60:23 66:4 67:2 101:4
148:7 274:7
**arguably**
255:16
**argue**
101:13
**argued**
213:4
**argument**
211:18 255:25
**arguments**
63:22 64:4,6,6,9
**arrangement**
76:13,14 88:3
**array**
276:19
**arrive**
20:10 120:17 121:2 224:20
**arrived**
155:16 156:14,15

**arriving**
39:15
**arthur**
110:12 126:9
**article**
143:22 209:11 270:12
**articles**
34:25 57:4,11,14 195:14,17
195:23
**articulated**
129:4
**ascertain**
99:6 189:22 227:3,24
228:12,19
**asheesh**
58:24 72:6 92:3
**ashley**
4:10
**aside**
55:16 68:20 94:21 214:14
244:25 247:5 285:8 286:20
**asked**
31:24 45:20 69:6 87:8
96:21 187:24 192:21 204:2
212:9,9 243:1 293:4,10,22
**asking**
15:18 17:4 61:21 97:4
105:19 109:9 129:3,5 136:4
137:23 147:19 150:3,13
165:9 169:10 170:13 174:1
179:15 180:20,21 185:25
188:7 203:23,24 233:13
255:21 263:18,24 268:14
282:3
**asks**
169:17
**aspect**
26:25 130:19 183:1,5
**aspects**
96:1 129:19 138:16 146:12
148:8 158:8 168:11 181:20
193:5,6 208:6
**aspirations**
107:6
**assembling**
247:18
**assertion**
198:12 200:7 210:1,2
**assertions**
146:6
**assess**
204:5 252:20
**asset**
12:21 103:6 232:18 233:15
233:20,22 260:24 266:4
268:24,25

**assets**
25:1 236:3 260:12 263:4
**asset's**
266:5
**assigned**
14:15 39:3
**assignments**
24:10
**assist**
42:13 292:1
**associated**
139:23 160:18
**assume**
77:25 144:9 149:24 150:20
151:4 152:25 162:3 205:12
205:24 221:1,4 254:10
**assumed**
215:25
**assuming**
128:2 206:5 220:24 288:7
**assumption**
77:23 220:17 221:6,8,11
223:24
**assumptions**
130:18 205:25
**attached**
298:11
**attack**
110:16,17,18 119:11
211:22
**attacks**
8:6 258:15,22 259:17,17
**attempt**
215:20 227:3
**attorney**
10:19 11:9 16:21
**attorneys**
15:17
**attract**
218:19 265:15
**attractive**
184:6
**attracts**
264:7
**attributes**
193:13 257:17 258:6 260:5
**august**
75:8 88:19
**author**
64:15
**authored**
26:13 53:18 54:9 64:17
110:11
**authority**
102:10 103:24 104:21
110:6 118:2 129:24 130:2

[authority - bottom]

**authority (cont.)**
149:20 150:1 151:3,20
153:19 154:18,23 157:5
**authorize**
130:3
**authorizes**
129:24
**authors**
64:16
**availability**
39:25 228:8 245:14 260:10
265:10 279:2,19,22
**available**
22:2 23:11 37:1 38:2,2 40:9
46:22 48:14 49:18 50:11
65:17 106:14 123:14
126:14 142:22 164:4,20
165:3 177:23,25 178:1
179:23 188:1 189:8 192:19
195:18 209:6 217:5 234:8
254:17 260:13 272:4
289:17
**avenue**
2:17 4:12 5:20 6:8 10:17
**average**
146:4 191:5
**avoid**
98:11 152:13 153:15
**aware**
20:22 34:23 37:24 48:5,5
55:21 107:16 131:13
150:24 165:5,8,12 196:13
210:21 242:11

**b**

**back**
33:9 36:10 45:1,24 50:23
59:1,12 62:13 68:25 69:5
74:24 95:19 106:12 119:25
134:17 135:14 144:1 146:9
147:4 148:9 167:3 170:22
175:17 180:7 184:1,8
187:17 197:12 199:23
201:11,17,20 207:15 212:7
220:7 224:22 236:22 238:9
249:18 250:19 251:23,25
252:16 254:5,9 255:13
265:4 268:6,8 271:15 274:3
274:11 285:5 286:5,8
288:21 290:5,16 292:25
294:15
**backed**
77:25 78:2
**background**
95:19 173:16 174:11 176:5
186:10,12 204:5 212:5
213:2 294:15,25 295:8

**backing**
185:10
**backup**
116:22
**bad**
134:4,7
**bangladesh**
145:10,24 146:20
**bank**
284:11
**bankrupt**
240:7
**bankruptcies**
243:21
**banks**
274:9 280:18 283:6,10,16
**based**
31:24 44:2 71:6,15 77:23
117:16 123:14 126:18
138:9 170:3 174:2,19
175:12 176:3 177:3 178:1
179:10 180:2 191:6 198:14
201:2 219:9 228:17 232:7
247:25 249:7 260:13
282:25 289:15
**baseline**
213:19 214:2
**bases**
145:13
**basic**
293:25
**basically**
64:1 81:5 92:20 93:25
120:8 134:5 162:15 187:25
226:11 231:24 244:9
**basis**
19:2 77:16 141:22 142:12
143:7,12 149:15 169:21
170:14 176:2,13 200:6,14
200:18 229:24 260:15
269:14 270:16 276:13
**bates**
7:15,19,23 8:7,11,16 50:25
51:9
**beachhead**
100:13,20
**bear**
295:12,15
**began**
30:1
**beginning**
170:2
**begins**
262:2
**behalf**
2:16 12:12,14 37:7 64:20

**behalf (cont.)**
286:19
**behaved**
132:24 133:22 134:6
**beliani**
218:1,6,22 219:7
**believe**
25:8 27:5 31:2,5,22 36:2
37:8,24 43:10 50:24 51:11
64:20 68:8 70:9 71:17 73:6
73:23 75:6 107:13 120:3
126:3,8,19 135:11 170:15
176:4 177:2 179:11 181:20
183:18 197:24 200:23
203:9,15 209:22,24 211:16
218:25 220:4 234:12
243:11,17 248:10 268:5
270:14,17 280:15,19
289:15 290:19
**benefit**
264:2 272:14,21
**benefiting**
271:6
**benefits**
214:13,21 215:8,12 270:25
285:10,22 286:7,24
**berkeley**
54:1,1 90:1
**better**
133:18 172:18 192:23
279:9
**beyond**
170:18 177:22 181:22
273:2
**big**
198:17 232:11
**bigger**
248:15
**billed**
35:24
**binance**
62:12
**binary**
98:8 252:7
**birla**
58:25 72:6 73:4,17 75:3
92:3 283:14,14
**bit**
233:13 239:15
**bitcoin**
33:19 70:23 71:2 97:13
123:13,25 125:9 141:17,25
142:7,20 143:5 178:12,15
190:25 191:19 192:23,23
194:9,14 197:2 200:9,21
209:12,20 210:25 211:15

**bitcoin (cont.)**
216:15 258:9,9 260:22
287:14,20 288:9
**bitcoin.com.**
143:16
**bitcoin's**
98:5
**block**
108:20 130:21 142:8
287:15 288:15
**blockchain**
8:15 13:2,5 21:20,21,24
22:2,23 23:4,8,10 24:19,22
26:6,9,14,22,24 29:9,10,12
29:16,20,24 30:2,18 31:7
31:21 32:6,23 33:7,17 34:1
34:2 53:24 62:16,19,22,22
62:23,25 63:8 67:5 73:20
74:9 77:14 90:4,6 91:15,17
91:19 95:2,13,18 102:8
103:21 104:18 106:9,10
109:15,21,25 110:9,23
115:25 119:16 120:13,23
121:21 124:11 125:9 130:9
130:10,13,16 131:2,4 134:4
136:2 137:18 139:1,4,7,16
139:16,22 140:1,3,6,18,24
148:12 154:16 157:7,9
159:4,5,11 168:8 184:21
188:3 193:15 194:19,24
198:20,20,21,25 208:2,17
211:6 232:11 233:20,22
249:2 275:11 287:20
295:10
**blockchains**
28:2,25 29:6 63:2 75:22
96:14 97:6 131:1 146:12
157:13 184:19 193:11,20
194:6 196:7 197:3 200:10
208:24 211:3 214:4,19,21
215:18 216:14 295:6
**blocks**
287:19 288:13
**board**
31:7,8,9,17,25 32:14,21
33:8 196:4
**boards**
33:4 138:10
**body**
36:13
**book**
27:21 294:4
**bottom**
131:24 143:3,3 148:2,3
154:9 172:5 174:14 238:8
258:11 273:18

**bradley**
  1:7 2:7 5:16
**brady**
  6:18 10:11
**breadth**
  237:5,25 269:21
**break**
  74:15 119:20 165:22 207:7
  208:5 212:8 253:22 289:23
**breaks**
  167:9 293:24
**bridge**
  280:7 283:7
**bridget**
  1:24 2:19 10:14 251:22
  297:24
**brief**
  49:13 289:23
**bring**
  28:6 67:6
**brings**
  217:21
**britto**
  110:12 126:9
**broad**
  26:24 30:11 61:9 63:5
  99:16 104:24 228:9 265:10
  273:14
**broader**
  239:15
**broadly**
  60:22 71:10 106:13 136:1
  237:1
**brought**
  192:20 193:7 243:4 258:3
  286:3 295:11,15
**btc**
  288:16
**budget**
  80:12,21,24 83:25
**build**
  198:10
**built**
  101:11 102:10 242:14
**bullet**
  41:3,4,14,18,19 223:8
  224:17 231:18 244:3,23
  250:22,25 283:2,17
**bullets**
  237:23,24
**bunch**
  196:5
**bundled**
  142:8,14 287:15
**business**
  22:6 25:25 47:17 61:10,13

**business (cont.)**
  61:13,14,15 62:23,23,23
  65:9,11,14,18 66:7,8,10,13
  66:18,21 67:2 68:5 73:10
  73:13,17,24 74:7 78:22
  79:2,3 81:1,12 83:14 91:16
  93:16 98:19 100:4 101:23
  102:12 103:4 104:7,7,25
  107:3,4 129:17 149:4 168:9
  168:10 190:9 193:16,18
  210:6,15 230:7 235:5,19
  236:1,5,7,10,10,12,13,17
  237:13 238:17,22 239:4,19
  241:22 251:4,8,9,10,17
  252:8,11,12,19,22 253:8,12
  253:13,19 254:21 255:17
  256:5,9,18 271:2 272:1
  286:12,17 287:7 295:8,9,9
**businesses**
  236:19 272:5,7
**buttons**
  47:10
**buy**
  272:25
**buyers**
  62:10 280:12
**byzantine**
  28:17,20 30:16 120:4,21
  121:3

**c**
**call**
  27:14 73:18,22 114:10
  217:15 252:16 279:5 290:9
  290:15,24
**called**
  103:17 198:20
**calling**
  128:7
**calls**
  52:3 70:13 71:20 119:13
  129:12 173:25 205:23
  206:16 257:6 262:21 266:6
  266:22 269:5 281:4
**cap**
  248:13
**capability**
  249:2
**capable**
  213:20
**capacity**
  31:11 33:5 95:25
**capital**
  40:12 41:12 42:7,19 43:20
  44:15 46:11 50:6 95:20
  104:6 247:19

**capitalists**
  210:9
**caravello**
  4:11
**career**
  21:18
**carly**
  6:6
**carolina**
  31:22
**carry**
  201:15
**carryover**
  244:17 249:19,25
**carve**
  221:21
**case**
  1:6 2:6 12:8,16 14:15 19:22
  23:14,16 24:24,25 25:20
  34:20,21 35:3,7,8,11,13,16
  36:8,18 47:2 57:20 58:16
  58:21 61:13,13,20,24 62:23
  63:25 64:4,6,23 65:2,10
  66:7,8,13,18,25 67:10,17
  67:25 68:5 69:3,13,18,22
  69:25 70:2 72:2 93:24
  120:12 141:5,10 190:22
  193:22 194:2,7,12,18 195:2
  196:1,12,16,17 197:13,24
  201:22 206:19,21 215:10
  216:15 217:16,18,21
  218:19 219:4 232:14,17,20
  233:19 237:16 238:2 240:6
  240:9 242:18,24 243:3
  254:23 255:16,22,25
  257:10 262:6 263:18,24
  264:19 269:1 272:16
  278:21 279:2 284:3 290:8
  295:12,21 299:3
**cases**
  23:18 24:9,13,14,15,18
  25:3,6 37:19,23,25 38:8,14
  42:19,22 54:24 60:25 61:1
  61:14,18 62:24 65:17,18
  66:10 67:1,6 101:12,16
  107:3 201:13 215:5 217:2
  220:11,14,18,22 221:2,3,7
  221:23,24 222:2,8,18,19
  225:25 226:3,12,12 232:14
  241:11,13,20,25 242:2,7,11
  242:14 243:21 244:4,10
  245:3 246:10 247:15,22,24
  262:19 263:1,14 271:3
  272:2 282:16,23 286:2
  287:5

**categorization**
  250:12
**categorizations**
  250:16
**categorized**
  46:21
**category**
  39:2 72:15 217:10,13,15,20
  218:7,18 219:21,22 220:2,6
  249:23 260:4
**causality**
  228:17
**cause**
  297:7
**caution**
  290:11
**ccr**
  2:20
**ceases**
  115:20
**cell**
  259:9
**center**
  16:8 74:5,10 79:17,20,25
  81:9,11 82:12 288:11
**centers**
  80:17,18
**center's**
  83:25
**central**
  103:24 104:20 110:5
  129:24 130:2 157:4
**centralization**
  113:9 114:25 115:6 116:25
  130:19 195:4 196:8,14
**centralized**
  102:10 111:10,16,22,23
  112:1,11 113:1,8,13,25
  114:21 115:1 116:11,20
  117:7,14,19 118:18,25
  119:2 128:5,8,10 129:10,15
  129:18 130:14 138:21
  139:3 154:18
**certain**
  37:11 120:11 134:14,24
  135:9,22 136:10 152:9
  173:4 202:12 213:4 256:16
  285:2
**certificate**
  298:1
**certified**
  297:10
**certify**
  297:4,13 298:7
**cetera**
  50:7 184:6

[cford - companies]

cford
  4:16
cgsh.com
  5:23
chain
  108:21
challenge
  250:12
chance
  132:18 259:25 295:17
change
  68:19 84:10,16 241:20
  243:6 253:16 299:4,6,7,9
  299:10,12,13,15,16,18,19
  299:21,22
changed
  31:13 40:19 68:20
changes
  38:7,10,18,19 48:20 49:5
  83:12 298:10,12,15
chapters
  27:21 294:4
characteristics
  104:24 105:2 161:12 210:4
  258:3 265:6
characterize
  294:24
charging
  35:15
chart
  50:18,19 260:17
charts
  50:18
chase
  209:23 210:21,23 211:11
  211:24 212:4,15,21 214:1,5
  214:14
cheaper
  100:3
cheaply
  197:2 200:9,20
check
  36:1 45:6 47:9,11 66:8
  76:12 82:6 89:6,9,11 132:7
  202:9 203:12 212:14 237:1
  239:11 248:9 280:20
  284:16 285:6 287:4
checked
  38:25 39:24 45:7,11,25
  243:12
checks
  39:4
chile
  145:10,25 146:20
choose
  77:22 87:5 167:16,17

chose
  211:10 248:24 249:5
chosen
  174:15 175:8
chris
  15:23,24 72:16
christian
  1:8 2:8 6:3
christopher
  4:8
chung
  16:13,14
circumstance
  129:6,8 229:23 256:7
circumstances
  205:19 206:12
citation
  52:23 55:1 138:6 142:25
  147:10 170:22 176:4,4
  212:10 270:1,1 276:1,7
  277:5 294:8
citations
  51:25 123:2 142:21,24
  143:17 144:12,15 146:12
  147:5,13,22 148:3 158:7
  178:1 190:2 191:25 237:20
  269:16,25 270:3 286:9
cite
  52:17 56:15 57:4,10,14
  59:22 61:12 87:3 132:6
  138:13 142:21 144:24
  147:15,20 148:15,15
  156:20 172:8,10 185:22
  191:3 203:15 210:11
  275:14 276:8 286:16 287:6
  288:1 294:10
cited
  36:13 53:1 54:10,16 55:24
  56:4,9 57:1 59:3,9,24 60:1
  60:5 107:9 123:3 125:10
  142:16 143:23 144:2,2,21
  149:10 156:17 170:3 171:3
  183:19 197:23 201:10
  209:2 238:8 249:8 258:11
  269:17 270:1 275:17 276:1
  283:20 284:19,21 287:25
  288:8 289:1
citing
  151:1 165:12
citizens
  146:3
civ
  1:6 2:6
clagrotteria
  6:11

claim
  284:13
clarification
  20:5
clarifying
  102:15
class
  65:10 67:1
classes
  65:19
clause
  179:2 235:2
clear
  33:12 40:18 41:20,23 52:10
  103:7 127:7 149:6 156:17
  184:12 197:1 200:2,9,20,24
  201:25 202:7 253:3,5
  273:21 274:9
clearly
  41:25 126:17 202:12
  218:10 244:23 256:14
cleary
  5:18
clients
  289:5
close
  38:12 156:24
clr
  1:24 2:20
code
  29:19 159:12 164:19 165:2
  165:5 168:11 180:6
coded
  126:6
██
  234:13,15
coin
  248:12,13
coinbase
  126:3,4
coinbase's
  270:8
coindesk
  47:20,23 185:20 195:10
  215:18
coins
  288:15
collaborating
  94:1
collaboration
  68:4
collaboratory
  79:21 80:1,3,5,15,21 81:6,8
  82:18 83:9,11,12 90:23
  91:22 94:1 274:25

collaboratory's
  80:12,24
colleagues
  11:11,12 289:19
collin
  5:6 15:23
colloquially
  274:22 275:2
column
  43:12,13 217:10,14 219:15
  219:20 220:3 249:19 250:8
combination
  258:1
comfortable
  191:7 237:7 292:15
coming
  83:1,2 186:17
commencing
  2:18
comment
  181:22 203:9 257:10
  259:24
comments
  17:8,19,24 18:2,3,5 19:3,8
  19:12,16
commerce
  218:24 235:22 263:13
  285:9,13,15,20,22 286:6,22
commercial
  34:11 101:21 235:3
commercialization
  34:11 232:23
commission
  1:4 2:4 3:7
commitment
  82:25
committed
  82:23
common
  129:13 144:9 167:10
  182:13,18 183:11 210:12
  263:8
commonly
  181:10 210:7
communicate
  121:3
communication
  121:17 275:20,22
communications
  75:13 88:21 156:2 244:22
community
  106:14 210:15,15
comp
  225:15
companies
  33:10,17,17 34:1,2 39:1,3

[companies - contractual]

companies (cont.)
39:22,23,24 40:1,2,8,13,25
41:2,5,7,10 42:2 43:2,8,10
43:14,17,21 44:5 45:8 46:4
46:9,20,22,24,24 47:10
48:1,11 61:22 62:24 65:21
65:21 73:11 99:13 100:11
100:19 102:7,8 148:13
181:5 190:10,10 196:5,7
213:17,17,20 222:12,13
223:1,23,24 224:11,12,20
225:6,7,13,16,20,21,22
226:4,6,10,12,15,24 227:3
227:4,8,13 228:2,2,13,19
229:4 230:6 231:12,14,20
231:22,25 232:7,9,16 233:2
233:4,5,21 234:3,5,9
235:17,24 239:6,8,12 241:3
241:5,22 242:3,6 243:8,13
243:15,23 244:24 245:6,10
245:21 246:14,16,19,20,24
247:1,1,2,5,8,10,20 248:4,4
248:15,16 250:4,9 252:10
252:11,21,25 253:1 254:8
256:19 273:12 278:11,17
278:18,19,19,22,22 284:8
285:9,13,15,21,23 286:6,9
286:11,14,23 287:7
company
32:23 33:6 40:4 44:10,14
48:9,15 60:23 66:17 193:19
198:20 217:13,21 218:24
219:10 220:5,10 227:18
229:12,13,15 230:10,14,24
231:3,6,10 233:8,8 238:15
238:19 239:2,4,17 240:2,6
241:15 242:22 243:17,18
245:7,13,15,17 246:2,4
248:12 251:11,13 252:15
253:10,17 254:10,14 255:6
255:18 256:2,3,12,14
266:19 267:8 269:3 274:4
285:17 289:6
company's
227:5 229:1 230:1,21 236:6
236:19 238:17,22 245:12
245:23 246:4,6,8 248:1
254:13 256:8,9,10
compare
28:24 29:4 71:6 125:8,9
150:11 189:8,12,14 193:11
193:15 194:23
compared
96:5 124:11 194:8,13,18
216:14

compares
70:21 71:1 146:19 191:19
comparison
71:7 123:12 124:14,24
143:18 185:19 193:8
257:16 258:5
compensated
199:5
compensation
36:4,7
competing
178:19
complete
50:20 259:5 298:8
completely
157:7,14
complexities
128:9
components
158:8
composed
234:2
comprehensive
37:22
computer
21:12,16 22:24 23:1 81:20
91:15 297:12
con
45:25 150:8
concept
28:6 85:2 106:10 110:3
115:5
concepts
224:2,8,9
concerns
211:10 212:6
conclude
97:19 229:24
concluded
102:16 208:14 296:13
concludes
296:10
concluding
181:16
conclusion
70:13 71:20 190:5 211:7
conclusions
69:7 213:3
conditions
68:19,21 118:14 136:13
183:1 204:19 211:4 213:4
conduct
30:9,15 83:17 235:21
236:13
conference
27:20 31:19,20 72:17 88:24

conference (cont.)
89:20 90:1,3
conferences
61:8 72:12,18 89:17
confidential
1:12 9:16 296:6
confirm
38:21 43:24 47:1,1 49:10
50:1 53:11 54:9,15
confirmation
66:23
confirmed
47:2
conflated
224:2,8,8
confused
181:1
confusing
163:11
confusion
44:7
connected
286:2 297:14
connection
55:3 60:9,14 81:21 219:5
230:24 241:15 281:11
conscious
147:19 148:14
consen
98:2
consensus
8:5 28:9,10,12 30:10,11
97:16,24 98:2,5,6 108:14
108:15,17,22,23 109:2,7,11
109:14,20 110:1,1,11,22
120:17 121:2,7,10 122:14
122:15,24 123:15,16,17
124:2,21,22 133:13 139:5,6
139:10,13,15,23 140:7
143:20,21,25 157:8,20,22
157:24 158:1,5,12,19 159:1
159:3,4 167:9 168:8,21
175:22 178:25 180:6
211:20 213:11,12 250:14
consider
17:23 26:5 55:23 56:3,14
56:19 61:23 109:1,6,9,10
176:12
consideration
214:10 248:18
considerations
212:19
considered
18:2 19:10 36:11 56:25
157:7,14,18 194:2 208:14
208:18 225:1 248:11 257:9

consistent
98:20 278:9,16,21
consistently
168:23 169:3,13,23 170:10
171:5
consolidated
50:5,21,25 51:8 278:2
constantly
242:13
constitute
87:19
constitutes
80:12 102:13 103:25
190:19 236:24
consulted
170:25
consulting
250:15
consumption
145:5,15 146:2,5,19,24
contact
75:14 88:12 236:18
contained
50:14
content
66:7
context
63:22 64:3 69:1 73:16
93:21,23 102:6 103:3,20
104:7,7,8,18 112:7 113:10
120:9,10,22 123:25 129:1,2
129:5 139:5 140:1 149:3
150:9,11 180:23 182:3
183:14,23 184:9,17 187:23
200:23 211:25 219:3
233:19 239:1 251:7 252:5
259:11 260:2,8 269:7 271:6
273:7 274:24 275:25 281:7
282:21
contexts
104:3,5,5
contextualize
104:11
continue
112:21
continued
4:1 5:1 6:1 228:6
continues
60:6 168:25 197:4 283:7
contract
76:17
contracts
93:2 129:22
contractual
79:8 87:19,22

[contradiction - date]

contradiction
186:25 187:1
contributed
29:19,23 66:7
control
111:6 127:22 138:22
151:20 152:14,20 153:1,3
153:15,20 154:17,23
204:13,20 205:5,8,20
206:13,22
controlled
111:2 112:18 115:12 118:2
126:22 127:4,5,10,21 128:3
204:10 205:2
controls
129:6 137:21 138:18 139:6
139:15 140:2 205:17 206:6
controversial
293:13
conversation
72:13,25 208:11
conversational
142:3
conversations
61:6 149:5 274:24 290:13
copied
55:7
copy
13:18 55:12,17 155:17,19
156:4 219:21 220:2
core
81:6,7 157:8,25
corp
78:9
corporate
76:16 78:9,20 85:19 271:3
272:2
corporates
232:11 282:11
corporations
63:1
correct
44:14,14,15 48:15 49:1
50:15 52:18 53:8 59:24
60:6 62:16 70:18,23 71:3
71:11,14 79:19 107:14
115:7 122:21 132:25 157:2
164:16 172:9 182:14
188:13 203:11 204:6
206:10 210:1 226:25 227:1
295:12,21 298:8
correction
40:14 42:15,17 44:8 261:9
261:12
corrections
298:10,13,14

correctly
82:21 97:1 212:21 241:14
246:24
correlated
266:10
correlation
227:25 228:12
corridor
101:7
cost
96:2,12 97:7,13,15 191:2
193:4,4 208:9,21 209:8
214:17,20 215:2 273:22
274:10 285:10,22 286:7,24
costs
96:2,13,24,25 97:7 215:8
273:20
counsel
11:14 13:19 15:16 16:5,14
16:24 18:21,24 19:3 36:19
36:23 37:17,20,21 38:1,8
38:14 48:3,16 49:1 50:4
51:19,24 52:7,15 57:13
156:2 217:3 221:1 244:22
249:24 261:12 290:10,13
290:18 291:14,15,17,25
293:22 297:16
counsel's
17:18,24 19:8,11,16
counterparties
276:20
counting
246:23
countries
145:9,15 280:1
county
297:3
couple
163:1 291:10
coupled
251:3
course
21:16,19,21,24 22:22,24
23:2,4,9,11 46:13 61:5,12
61:16 62:5 65:1 204:16,25
206:17 210:17 218:13
233:2 239:18 243:3 247:18
255:21 256:11 260:19
264:13
courses
21:13 22:1 23:8
court
1:1 2:1 10:12,13,15,21
24:21,23 268:6
cover
57:24

covid
31:13,14
create
138:3 158:11 177:13
240:24
created
32:23 33:6,19 164:5 216:22
creates
168:1 251:6 263:4
creating
263:22
creation
101:22 235:4,18 236:6,16
238:22 255:17
credible
47:18 191:22,24
criteria
95:16 96:21 160:17
cross
46:24 47:12,13 48:13 50:6
50:9 54:5,25 192:9 250:6
250:18 282:17 284:9 293:1
crr
1:24 2:20 297:24
crunchbase
40:1,1,24 44:3 45:21,22
223:9,18,22 224:3 226:24
232:17 233:9 234:16
crypto
54:24 61:14 65:11,14 107:5
195:7 268:24,25 269:17
274:22 294:3
crypto.com
47:23 195:10
crypto.com.
215:16
cryptocurrencies
73:21 177:4 215:18 237:11
257:18,22 262:17,24
263:19 264:1,2 265:8
267:18 271:1,7
cryptocurrency
141:1,5,10 237:6 251:1,5
263:10,23 264:8 265:11,15
265:19 266:1,2,17,18,21
267:5,7,9 269:2,4,22 272:4
272:12,16
cryptocurrency's
263:24 265:23
cryptosphere
215:11 259:4
csr
1:24 297:24
currencies
145:18 230:8 237:4 256:17
259:6 260:16 265:7 295:10

currency
95:11 101:21 104:10 208:1
208:16 227:15 235:3
236:24,25 237:9,12,17
260:24 265:11,13 272:5
274:15 280:7,8,9 282:17
283:7
current
91:24 92:2 102:11 164:18
213:18 220:19 221:7 240:5
240:13,24 272:16 280:12
280:13,13 287:18
currently
23:12,15 32:7,17 34:3
91:13 103:3 165:1 242:4
283:10,16
custodial
262:10,15 263:11
customers
239:2 280:10
cut
192:17
cutoff
225:12 227:9
cv
20:16,22 21:1,6 23:20 70:7
71:16
cwhitekellogghansen.com
5:13

| d |
|---|

d.c.
5:11,21
daily
260:15
daniels
3:11 11:12
danielsj
3:19
daphna
3:10 11:11
data
51:8,20 52:7,14 114:19
137:21 138:18,22 203:18
203:21,24,25 226:3
data443
248:24 249:5
data443's
249:7
database
40:2 43:3 137:2,9,14,19
138:4 223:22
date
10:7 40:5,6 43:11,13,19
83:5,6 91:5,9 92:21 126:16
126:20 127:13 225:11
226:9 227:9 299:2

**[dated - develops]**

**dated**
7:14,18,22 202:24 298:19
299:25
**dates**
40:12 43:16 224:19
**david**
58:24 72:16 110:12 126:9
126:19 127:20
**day**
275:23,24 291:23 297:18
298:19
**days**
63:24 291:21,22,23
**dealings**
60:8,13
**debevoise**
2:16 4:6 10:16 12:11
291:14
**debevoise.com**
4:15,16,17,18,19
**debt**
90:14
**decade**
34:4,5
**decades**
274:17
**december**
270:7
**decentralization**
8:14 28:2,6,24 29:5 70:11
70:17,22 71:1,10,18 103:12
103:18 104:2,12,17 105:10
105:13 106:10 110:4
137:22 138:17 149:18,19
149:25 150:5 151:15
154:12,16 193:23 194:9,14
194:18,23 195:4,11,15
196:9,14 197:16
**decentralized**
29:9 62:5,9 74:8 91:16
101:24 102:4,13,14,17,22
102:25 103:2,4,8,12 105:4
106:16 109:15,21 111:13
112:2 117:19 128:11,22,24
129:14,15,16,18 130:5
137:2,10,15,17,24 138:1,4
138:8 139:3,7,17 140:3
141:19 148:17 149:2 151:3
151:10,17,25 152:8,12
153:14 154:20 158:21
175:21 194:4,6 195:25
198:11
**decide**
108:19 121:14 231:6
**decided**
213:7 256:12,16 258:8

**decided (cont.)**
293:23
**decides**
130:13
**decision**
68:13 94:17 98:9 108:25
110:6 111:22 114:4,24
116:24 120:10 121:20,25
122:4,8,11,12 147:20
152:15 153:4,16 154:17
256:2,15
**decisions**
116:15 148:14
**declare**
167:20 298:4
**deem**
69:3
**deep**
121:12
**defendant**
4:3 5:3,16 6:3 12:16
**defendants**
1:9 2:9 12:13,14 35:13,15
**defense**
36:19,23 37:20 38:8,14
48:3 49:1 51:19,24 52:7,15
57:13
**defer**
283:13
**define**
92:17 106:3 109:8 110:19
151:14 157:21 158:1 224:5
**defined**
105:15 115:6
**defines**
138:25
**defining**
129:15
**definitely**
127:4 234:13,13 271:12
**definition**
103:7,11,14 104:1,13
105:17,20,22,24 114:24
128:10 129:13 138:12
149:19,25 150:2,4,15,18,21
151:2,5,6,9 158:5,11
197:16
**definitional**
106:6 149:8,9
**definitions**
105:16,17
**degrade**
151:21 154:24
**degree**
21:11,11 66:22 164:7

**degrees**
21:2,7
**delegated**
39:7
**demand**
99:1,4,6,19,23 279:13
**demonstrate**
102:4 227:18
**demonstrated**
278:4
**demonstrates**
235:16
**demonstrating**
101:24
**department**
92:18
**departs**
167:25
**depend**
114:5,14
**dependence**
151:18
**depending**
263:23
**depends**
54:12 82:11,16 92:17
108:11 114:3 130:14
138:25 176:12 268:1,23
278:20
**deployed**
62:25 100:14 211:21
**deposed**
11:24,25
**deposition**
1:14 2:15 9:1 10:8 11:17,21
11:23,23,24 58:16,18,20
126:19 127:20 128:1
283:14 291:2,5,18 292:1
295:8 296:10,12 297:5,8,9
298:6,14,15 299:2
**depositions**
35:20 64:2 291:9
**derived**
156:19 191:21,24
**derives**
265:16
**describe**
32:2 39:21 85:15 103:16
120:7 121:9 128:21 137:8
137:13,23 140:22 144:1
159:17 197:18 274:1
**described**
42:1 104:18 105:10 128:13
138:17 158:12 205:14
235:8,16 256:7 259:9
286:21 288:9

**describes**
132:21 247:6 259:14
**describing**
60:3 159:9 284:5
**description**
7:11 8:2 20:8,9 40:15,17,19
41:23 137:16 138:3,12
149:18 150:5 151:9 158:14
158:14 246:24
**descriptions**
28:14 246:13,16,17 293:17
**descriptive**
105:6 178:2 192:4
**design**
117:24 152:7,8 237:25
288:12
**designate**
296:5
**designated**
76:15 93:14,15,16
**designation**
218:22 260:19
**designed**
29:12,16 114:17,18,18
134:14,23 135:21,25 136:9
157:13 180:11 283:1
**detail**
85:16 196:18 247:25 248:5
**details**
16:22 295:5,23
**deter**
151:19 154:22
**determine**
95:16 96:22 176:13 190:14
239:8,16 245:12,21 260:11
286:22
**develop**
65:21 67:8 79:6 106:3
243:22 274:8
**developed**
90:25 91:2,6 101:5 125:19
125:20,22,24,25 246:13,15
282:22
**developers**
103:23 104:20 106:14
283:21 284:1,3,13,21
**developing**
60:9,14 269:18,18
**development**
25:25 29:20 61:15 67:3
90:4 98:19 126:17 168:10
220:14 253:16 282:15
295:9
**develops**
99:13,15 274:12

**[devoted - education]**

**devoted**
23:10
**differ**
40:16
**difference**
106:5 149:17 150:4 151:8
177:3
**differences**
145:17
**different**
26:4 39:2 62:21,24 64:4,10
64:11 66:4 75:25 82:17
97:17,23 98:9 99:13 101:6
108:18,18,21 143:19,20,21
143:25 145:18 170:25
193:10,14 196:5 213:11,12
228:4 233:13 236:3 243:21
250:13,14,16 260:14 279:8
279:9 280:1 283:20 284:10
**differentiate**
191:11 264:15
**differentiator**
283:21 284:22
**difficult**
228:19,21 256:23
**digital**
12:20 25:1 26:4 65:20 67:1
67:7 99:13 103:6 104:9
213:17 232:17 233:15,20
233:22 236:3 260:12,22,23
261:7 278:18 295:10
**direct**
11:3
**directed**
181:12
**directing**
93:24
**direction**
9:3 101:14 105:12 111:1
**directly**
55:7,12,18 168:13 194:21
266:10
**director**
75:6,10 79:17 89:5
**disagree**
170:12 173:12,17
**disagreeing**
281:25
**disappeared**
290:16
**disciplinary**
22:16
**disclose**
244:21 252:10 290:12
**disclosed**
189:9 252:9

**disclosing**
251:14 252:15
**disclosure**
249:8
**disclosures**
34:24 64:24
**discontinued**
68:9
**discount**
279:7
**discovered**
67:23
**discuss**
183:3 213:15,18
**discussed**
17:14 35:3,7 51:18 52:8,11
58:12 149:15 231:16 247:5
247:16 249:19 265:9,9
**discusses**
184:9
**discussing**
83:21 84:8 93:6 128:20
**discussion**
94:19 130:20 135:13 195:9
197:14 198:4,5 212:8
236:12 238:9 290:16
**discussions**
16:4 17:16 94:13 142:3
210:8 213:24
**dishonest**
180:13 181:17,18
**disinterested**
297:11
**disk**
10:8
**display**
64:11
**displayed**
203:19,25
**dispute**
203:18,25 209:9,16
**disregard**
211:10
**disruptive**
62:22 63:6,7,7
**distinction**
105:23 122:10 189:16
217:20 241:9,10 242:18
**distributed**
137:1,9,14,17,20,24,25
138:4,8 154:19 276:19,25
**distribution**
143:6
**distributions**
278:9

**district**
1:1,2 2:1,2
**diverge**
174:17
**divergent**
174:19 175:13
**diversity**
101:15 241:20
**divorced**
144:23
**document**
50:13 127:13 131:25
132:11,19,21 154:25
155:11,12 156:18,23
159:11 161:14 172:6 174:5
261:3
**documents**
9:21 36:20,21,22,25 37:9
50:25 51:9 54:22 127:1
156:16 165:11 185:24
269:20,23,24
**dog**
255:8
**doing**
48:8 60:25 71:9 73:20 89:8
89:8 120:15,20 152:2,4
162:11,14 216:12 245:8
252:17
**domains**
62:21
▮▮▮▮▮▮
58:5
▮▮▮▮▮▮
44:4,9 45:9 58:6,9
**double**
38:25 45:6,7,11,25 76:12
136:18 212:14 248:9
**download**
86:16
**dozen**
26:20 242:11
**dr**
1:15 2:15 7:3,13,17,21
57:23 58:14,15 69:8,13,15
69:18,20 70:6,9,16 71:16
198:8 202:23 283:14 293:3
297:5
**draft**
15:8 16:18 18:12,16,24
149:12
**drafted**
16:24 217:8
**drafting**
15:13 17:4 146:10 171:16
**draw**
65:13 122:9 138:5 145:9

**draw (cont.)**
189:16 242:18
**drawing**
116:11 141:24
**drawn**
185:13 188:11 189:23
261:17 270:12
**draws**
147:25
**drew**
138:12 146:23 176:24
183:22 184:14,16 188:15
188:22 241:11 261:14,21
262:8 264:12,22 277:15
**drive**
278:24,24
**driver**
237:8
**drop**
144:5
**due**
188:5 258:15,22 259:19
**duly**
10:24 297:5,10
**dunl**
124:8 161:10 162:5 163:19
179:16,19,24 203:6

**e**

**earlier**
18:14 39:8,10 44:22 65:8,9
78:5 106:13 107:11 108:14
122:19 128:9,14,20 149:4
149:16 158:7 178:2 185:21
199:3 205:14 216:25 217:1
222:5 236:23 242:3 265:5
265:17 286:4 287:25 288:8
293:3,18 295:7
**earliest**
288:8
**early**
63:24 65:21 126:20
**earned**
21:2,7
**easier**
100:3
**economic**
197:20,21 198:17 199:12
**economically**
198:23
**ecosystem**
265:12
**editorial**
31:8
**education**
21:1,4,9 22:3,5

[effect - exhibit]

**effect**
216:19 257:4 266:4
**efforts**
30:2 188:17
**eight**
43:10,17 226:10,15 291:22
**either**
19:22 32:5,10 34:7 46:9
47:1 68:9 72:25 91:12
136:15 139:12 173:17
177:2 194:16 217:4 220:19
222:17 227:10 241:4
**elected**
286:23
**element**
106:15
**elements**
49:15 137:25 149:11
**email**
3:17
**employ**
32:6
**employed**
232:19
**employee**
35:3,9 91:24 92:2
**employees**
55:3 75:24
**enabled**
175:22 282:16,22
**enables**
140:24
**enabling**
273:20
**encapsulated**
235:10
**encompass**
276:25 277:2
**encompasses**
236:18
**encrypted**
108:24
**ended**
258:10
**endorse**
105:9
**ends**
274:1
**enemy**
117:5
**energy**
145:5,9,15,18,22 146:4,11
146:18,19,24 191:1 193:3
214:20
**engaged**
69:2

**engagement**
21:23 23:16 61:19 63:25
73:10,13,17,24 74:7 78:22
148:1 193:21 194:1,7,12,15
194:17 195:2 196:12,17
227:6 228:14 229:5,6
271:16
**engagements**
23:23,25 24:4,6,9 61:4
**engages**
78:21
**engineering**
22:10 79:1 81:1 93:15
**engineers**
61:17
**ensure**
168:3 197:1,4 200:8,19
**entail**
39:19 178:17 245:3
**enterprise**
249:1
**entire**
63:21 130:15 131:24
137:19 262:13 268:13
298:5
**entirely**
146:14
**entirety**
51:13 58:8
**entities**
203:5
**entitled**
110:10 203:4 297:7
**entity**
25:7 39:6 80:16 217:14
**entrepreneurial**
25:25 61:15
**entries**
39:11
**entry**
93:2 218:23 219:19
**environment**
193:3
**environmental**
96:2,13,25 97:7,15 193:3
208:9,22 209:8 214:17
215:3,7,8
**equal**
266:3
**equity**
40:25 41:12 42:7 43:20
44:15 46:8,10 48:11 50:6
90:14 223:12,20,23,24
224:4,10,11 225:2,14,15,16
226:3,6,8,13,14,16,22,25
227:4 228:7,18 229:12

**equity (cont.)**
231:21,23 232:1,5,15 233:2
233:9,21 240:6 242:2 253:1
276:18 278:12
**equivalent**
145:8
**era**
275:11
**errata**
298:11 299:1
**erroneous**
44:17
**error**
20:7 101:9
**esquire**
3:9,10,11 4:7,8,9,10,11 5:6
5:7,19 6:6,7
**essentially**
40:23 64:24 93:13 101:8
148:11 149:2 159:10
163:18 218:17 239:12
245:8 279:15
**established**
71:25 281:17
**establishment**
124:4
**estimates**
287:18
**et**
50:7 184:6 299:3
**ether**
143:5 258:9
**ethereum**
70:23 71:2 123:13 124:11
124:15 125:6,11 143:14,15
197:3 200:10,21 258:9
**evaluate**
69:6 196:4 215:17 232:17
**evaluated**
233:19
**evaluating**
233:14
**evaluation**
193:17
**evidence**
161:5
**evolve**
243:22
**evolving**
242:13 243:19
**exact**
26:19 36:1 125:21 293:25
294:1
**exactly**
21:17 24:11 26:10 31:2,12
33:11,23 36:24 68:10 75:4

**exactly (cont.)**
75:19 140:16 151:7 160:17
189:5 206:8 224:19 245:3
254:20
**examination**
7:2 11:3 247:15 293:1
**examine**
29:8 99:22 222:8 246:9
**examined**
10:24 244:3,9 245:2
**example**
37:2 50:3 62:8 72:16 98:11
104:9 110:22 111:21
120:12 123:25 130:17
145:8 186:4 190:15 191:3
196:25 197:8 200:7 209:17
215:6 232:10 236:5 237:11
240:3,4 258:6 262:8 272:6
280:17 286:3,3,4,15
**examples**
101:16 201:2 259:5
**exchange**
1:4 2:4 3:7 62:11 140:25
141:6,11 211:16 235:22
260:24 282:18
**exchanges**
62:5,5,6,9,11 211:16
220:20 221:8 250:13 263:4
263:12 264:6 266:12,17
267:5 271:1,7 272:25 273:4
273:5 279:16
**exchange's**
270:6
**exclude**
156:1 231:12,13
**excluded**
25:10,13,17,20
**exclusively**
23:10
**excuse**
252:24 277:1
**exemplar**
201:22
**exemplary**
66:25
**exert**
151:20 154:22
**exhibit**
7:13,17,21 8:4,9,13 13:13
13:14,16,20 14:2,4,11,20
15:1,8,14 16:18 17:9,19,25
18:8,12,16,24 19:3,9,12,17
19:23,23 20:2,6,7,10,18
32:12 36:10 42:1 55:23,24
56:3,4,14,15,17,19,20,25
57:1,5,11,15 58:19 59:1,3,4

[exhibit - fine]

**exhibit (cont.)**
59:5,6,12 69:5 84:19 95:5,6
95:7 131:17,18,20,22
136:23 154:4,6 155:20
156:5 167:6 171:22,23,24
172:4 174:14 175:1,18
196:21 202:16,17,19,23
207:18 223:3 234:4,20
293:6,18,20
**exhibits**
7:10 8:1
**exist**
197:5
**existed**
99:7 125:5 214:8 279:18
**existence**
26:9 33:22 106:8 125:17
**existing**
29:24 42:1 95:24 96:10
184:19 188:3 193:20 210:5
**exists**
220:12 242:19
**expand**
75:22
**expect**
256:10
**expectation**
87:18,20,22 103:15,17
**expectations**
278:12
**expected**
132:24 133:22
**experience**
62:15,18 102:7 138:9
223:10 228:18 232:8
**expert**
7:13,21 12:7 13:20 14:7
15:3,7 16:25 23:13,17,21
23:24 24:5,16,18,22,25
25:9,12,16,19,23,24 26:5
35:6,16,22 36:7 55:8 56:2
57:20 58:11 62:15,15,18
69:17 70:10 72:1 75:7
79:15 109:1,6,8,10 123:5
123:12 132:6 144:13
155:21 156:23 184:13
185:13 186:7 188:13
189:25 190:18 191:11,12
191:13,20 192:7 197:10
207:18 209:1 211:2 223:10
232:20 238:1 239:23,25
255:13 257:21 261:13
262:7 264:11,18,24 274:20
275:25 290:8 295:4
**expertise**
62:20 168:14,18 264:19

**expertise (cont.)**
265:2 295:11,15,23
**expert's**
69:12
**explain**
40:21 78:18 89:11 93:9
114:5 153:3 175:16 235:15
255:14 265:1
**explained**
40:16
**explains**
65:20
**explicit**
141:14
**explicitly**
214:10 287:7
**exploring**
32:8,9,10 91:18
**expressed**
214:16 284:15
**expresses**
210:23
**expressing**
191:13
**extended**
81:25
**extension**
82:7,19 83:5,8,13
**extent**
109:14,20 165:6 184:23
185:11 186:14,15 194:3
210:4
**extracted**
43:2 222:2
**extracting**
39:13
**extreme**
255:24

---

**f**

**fact**
99:22 100:10 103:2 123:7
123:17 162:7 168:22
191:14 200:24 210:19
228:6 234:10 242:8 254:12
270:12
**factor**
229:7
**factors**
208:14,18,20 209:7,17
214:16 248:17 294:15
**facts**
51:19 52:6,14 188:16,18,24
189:2,23 191:14 269:14
**faculty**
78:23

**fail**
116:19,22
**failing**
117:4
**fails**
114:20 115:20 116:4,16
**failure**
8:6 113:6,12
**fair**
30:1 152:19 153:2 161:15
162:17 164:15 177:19
182:2 229:2,3 236:21,22
248:3
**falls**
72:15 116:3
**familiar**
12:18,20,23 28:8,10,16
48:5 53:21 60:22,23,24
61:3,5,19 62:2,4 77:21 78:5
85:2 110:13,15 115:13
120:4 132:1 173:2
**familiarity**
70:1 148:13
**far**
13:10 20:23 35:25 47:12
72:12 178:15
**fashion**
106:17
**fast**
176:10,18 227:12
**faster**
97:11 100:3 123:6,8,17,19
124:9,22 175:25 176:15
210:13,13
**fastest**
124:5
**fault**
120:22
**faulty**
179:12,18
**features**
63:4 97:17,20 160:18 168:9
175:21 192:4,6,24,25
193:13 196:24 213:23
216:9 257:17,22 258:4,4,6
**february**
1:16 2:19 10:3,7 297:18
298:9 299:2
**federate**
123:16,16
**federated**
108:23 178:24 211:20
**fee**
35:15,18,21 279:16
**feel**
26:18 237:7

**fiat**
280:8,8
**field**
223:18
**fifteen**
21:17
**figel**
5:5
**figure**
203:3,10,16,19 204:1 233:7
255:1 270:17
**files**
81:19
**filing**
37:24
**filings**
37:23 64:2 291:9
**fill**
258:11
**filters**
225:20,21
**final**
17:19,25 19:9,12 108:24
**finally**
203:14
**finance**
16:8 23:7 25:24 67:1 74:5
79:18 81:10,11 89:24
228:19 232:1
**financed**
33:11 225:16 233:7,9 240:7
242:2
**finances**
40:3
**financial**
23:7 26:1 31:19,20 34:24
50:5,22 51:14 65:17 67:5,6
75:23 107:5,12 108:5 142:4
148:13 278:2
**financiers**
234:17
**financing**
33:18 40:3,3 41:16 90:14
90:15,19 223:24 225:2,14
226:6,8,14,16 227:11
231:21,23 232:2,5,16 233:3
238:14,16
**find**
27:13 81:3 101:9 111:12
112:7 187:10 200:6 223:23
227:8,12 228:25 248:1,5
266:19 267:7 269:2 294:11
**finding**
73:19
**fine**
26:18 73:5 74:16 207:9

**[fine - funds]**

fine (cont.)
243:18 253:23 292:16
finish
77:4,4 82:14 112:23 192:12
finished
14:14
fintech
65:16 75:24 79:21 80:1,3,4
80:11,15,20,23 81:6,8,12
83:9,10,12 90:23 196:5,6
213:17 232:23 274:25
firm
223:9 290:22,23
firms
32:2,5 95:20 223:12,20
224:4,9,10
first
23:3 26:8,21 27:3 33:21
39:22 40:23 50:24 73:21,22
77:12 95:10 121:15 130:17
140:15,17,21,23 141:16
147:10 154:11,12 155:3,17
155:20 157:4 167:8 168:20
175:20 176:23 179:1 201:3
201:12,17 219:19 220:4
223:7 225:13 235:2 237:23
258:2 270:23 271:8 276:17
276:24 277:5,16 282:14
284:15 293:11
firsthand
107:1
five
26:11 27:23 34:4 48:7
140:17 191:4 210:13
flexibility
253:14
focus
30:2 69:15,16 148:16
199:23 220:9 221:20 235:1
250:21 293:9
focused
26:3 62:20 249:1
focuses
91:16
focusing
84:3 164:6 165:4 190:14
279:21
follow
67:2 196:18 242:10 269:16
followed
137:4 226:21
following
13:23 14:10
follows
10:25 143:5

football
73:23
footnote
51:3,6,15 55:1 59:13,20,22
60:2 62:13 63:11 65:9
67:18 144:5 172:10 177:3
201:6 261:19 270:13,16
271:20 277:7 284:16
footnoted
50:13
footnotes
37:3 51:21,23,25 56:21
144:3 284:19 285:6
forbes
34:25
ford
4:8 15:24 17:15 79:3 81:2
81:10
foregoing
297:5 298:6
foreign
274:15 282:18
forgot
126:10,12 214:5 243:16
250:10 275:9 291:15
fork
168:4
form
24:2 30:21 42:24 45:18
49:7 54:11,17 55:20 66:19
67:12,19 68:2 70:12,20
71:4,12,19,23 72:10,20
73:2 76:6 78:4 80:14 81:18
82:5,10 84:13,22 88:4,9
96:16 97:10 98:7 99:9,24
101:1,3 103:19 106:25
107:19 108:2,9 109:16,22
111:3,8,11,18 112:12,20
113:3,14 114:2,8,22 115:9
115:17,23 116:7,21 117:8
117:15 118:4,8,20 119:13
122:25 123:11,23 124:23
125:2,14 126:24 127:11,17
127:24 128:6 129:11 130:6
130:24 131:10,15 133:14
134:16 138:24 139:9,19
140:5 141:13 142:18 144:8
144:14 145:1,16,21 146:8
147:2,18 148:24 150:7,12
151:12 152:3,22 153:6,23
159:15 162:20 164:2,11
165:17 168:5,17 169:6
170:17 173:15,24 174:10
175:14 176:19 177:15,21
178:21 179:14 182:15
183:13 185:4 186:13

form (cont.)
187:22 189:19 190:1,23
191:17 192:2 197:11
203:20 204:15 205:22
206:16 209:4,13,21 211:12
212:24 215:24 216:11
218:12 223:21 227:21
229:18 230:3 231:2 233:23
235:13 236:8 238:25
239:20 251:18 252:23
254:16 262:20 271:9 273:6
274:2 279:24 281:13,22
282:24 284:6 293:15
294:19 295:2,14
formal
21:9 22:3,5
former
91:24 92:2 279:14
formerly
283:5
forming
60:16 65:14
formulating
184:18
forth
19:22 45:1 55:23 56:3,13
56:19 60:16 69:7 70:6,17
93:6 103:17 151:9 211:10
264:20 265:3 267:6 269:14
294:15
fortune
47:23
forums
195:10
forward
108:20,25 109:25 110:8
120:13,18,19 121:4,22
122:2,18 124:6,8,18 134:3
134:3,8 136:3 170:23 179:3
found
44:3 203:14 294:1
foundation
66:20 74:2 86:22 93:22
108:3 133:7,15 162:21
283:12
founded
30:24 31:4 32:5 41:6,7,8,10
41:11,12 42:3,20 43:5,6,9
46:9 79:20 225:13,22,22,24
226:4,13,15 231:20,25
founders
80:1
founding
32:2 40:5,6,11 41:15,16
42:4,8,20 43:9,11,13,16
46:11 225:11 226:9,14,17

founding (cont.)
228:7
four
12:2 157:24 177:7 191:4
193:6 237:23 288:13
fraction
203:6
frederick
5:5
free
26:18
friction
273:20
friends
91:23
full
41:5 50:20 248:24 268:10
268:13 280:19 291:23
fully
12:4 149:20 151:4 268:11
278:9
function
278:21 279:12,23
functionality
151:21 154:24
functioning
263:11
functions
168:25 280:6,7
fund
33:11,25 34:10,11 196:4
199:9 232:22,23
funded
31:19 76:25 77:8 80:5 81:4
83:20 91:19 203:5 229:5
230:21 233:6
funder
78:20
funding
32:22 33:6 34:6,9 77:20
79:10 80:19 81:5 83:20
84:7 91:22 223:13,20,23
224:5,10,12 226:23,25
227:4,19 228:7,13,25 229:7
229:12,24 230:13,23 231:3
234:5,11
fundraising
49:14 50:3
funds
32:14,22 33:5,8,9,25 34:7
76:22 77:13,17,22 82:7
83:4 84:2 87:7 88:22 89:2
89:12 138:10 228:18
232:21,23 253:2 262:19,25
263:13,17,20

[furniture - happens]

**furniture**
218:8,11,14,22 219:3,7
286:3
**further**
30:12 54:21 142:6 144:16
296:4 297:13
**future**
63:8 90:11 164:4
**fx**
282:18

**g**

**gain**
65:6
**gained**
148:11 190:6
**games**
73:23
**garlinghouse**
1:8 2:8 5:16 72:19
**garrison**
6:5
**gathered**
123:6 170:19 208:7
**general**
104:16 105:9 106:1 128:13
128:23 129:3,9 133:9
138:11 141:24 142:1
157:12 160:3 182:3 200:13
266:3 275:18
**generally**
46:21 61:8 67:7 113:11
141:6,11 160:13,22 190:9
223:17
**generals**
28:17,20 30:16 120:5,10,14
121:5
**generate**
265:2
**generated**
221:9
**generates**
251:11
**generating**
253:6
**generation**
75:24
**generic**
153:24,25
**genuine**
221:3,24 257:3
**getting**
118:11 269:19 271:21,21
**gift**
60:10,15 73:14 76:13,13,16
76:18,19 78:16,19 79:7,13
79:14 80:5,12,17,22,23

**gift (cont.)**
81:13,24,25 82:3,7,9,19,22
82:25 83:5,8,13 84:11,17
85:10,19 86:24 87:4,8,19
87:20 88:3,13,22 89:2,12
93:5 94:3,10,19
**gifting**
76:1,4,16
**gifts**
76:8,9 83:20 84:7 89:7
**give**
62:8 205:10 294:2
**given**
66:9 76:19 113:4 116:8
183:23 203:6 224:23
242:15 266:16 267:4
272:11 281:9 298:9
**gives**
76:9 260:17
**giving**
117:16
**global**
61:7
**globalization**
90:15
**go**
13:19 16:22 19:13 33:9
40:24 42:16 46:2 50:23
54:25 58:22 66:24 68:25
74:19,23 79:24 82:13 86:11
89:22 100:6 101:19 119:18
119:18,24 121:12 123:24
134:17 140:9 141:16 143:2
144:1 147:4 154:8 157:21
158:1 167:2 172:2 175:17
183:25 184:8 189:6 196:20
197:12 199:13 200:14
204:22 207:3,14 212:7
216:12,20 220:4,24 229:20
230:16 243:25 254:4,9
264:3 268:8,8,22 273:15
290:4,20 292:9,11,20,24
**goal**
276:20
**goes**
17:5 39:20 88:5 106:13
181:19 182:25 265:4 274:3
274:11 286:8
**going**
13:18 14:22 16:19,22 18:25
26:17 27:10 31:12 33:9
59:1 74:13 76:12 95:19
100:5 105:20 108:4 119:21
121:11 122:13 124:13
126:25 127:12,25 132:7
135:14 139:24 146:9 147:3

**going (cont.)**
147:4 149:14 153:8,9 158:6
166:2 170:23 171:11 177:2
179:1 183:25 187:17
196:21 202:9,25 207:6
214:7 219:1,9 220:7 221:11
224:22 237:1 238:9 244:20
249:18 250:6 253:5,6 254:9
255:13 256:13 259:24
261:23 268:1 271:10 273:9
276:12 284:16 286:5 287:4
288:21 289:25 292:21
**good**
11:5 74:14 109:3 134:2
207:7 236:5
**goods**
239:10 254:11,13
**google**
47:14 215:14,15 245:24
246:7 293:25
**gottlieb**
5:18
**governance**
130:12
**governing**
85:19 105:16,17 159:11
**governmental**
25:7
**gox**
211:16
**gradillas**
10:12,15
**grant**
93:21
**grants**
93:1
**great**
132:20 172:1
**greater**
85:16
**gressel**
4:9
**group**
30:6,9,15 83:18 84:3 90:23
154:19 180:16 232:23
276:4
**groups**
250:15
**group's**
83:19 84:6
**grow**
180:12,17,22 181:1,2,3
**growing**
227:12
**grown**
289:4

**growth**
41:2 63:8 100:13 181:14
224:13 225:6,7 227:8 228:2
228:3 230:5,10 231:10
232:1,16 253:16 255:4
**guess**
39:2 44:11 51:7 64:10
82:17 116:16 120:8 121:4
124:3,4,14 129:19 149:10
160:16,18 172:17 190:3,13
211:22 216:18 220:1
225:23 233:25 242:17
252:9 253:11 259:3,17
275:6 277:21 279:14,14
280:1 283:1
**guidance**
114:10 116:9
**guide**
87:14

**h**

**hackathons**
75:17
**hacked**
257:2
**hacker**
257:2
**hahn**
4:10
**half**
26:20 44:13 242:10 291:23
**halt**
8:10 132:22,25 133:17
134:14,23 135:21,25
136:10,14 179:13,19
**halted**
131:13
**halved**
288:15
**halves**
288:12
**hamilton**
5:18
**hand**
13:12,18 14:6 297:17
**hansen**
5:5 12:11 291:15
**happen**
134:2,5,7 226:8 274:15
279:15
**happened**
243:6
**happening**
68:10 199:7
**happens**
230:9

[harbor - increasingly]

**harbor**
243:17
**hard**
100:16 111:12,20 205:10
252:20
**harder**
256:1
**harvard**
65:18 66:21
**hat**
197:14 253:2
**heading**
137:4
**hear**
14:24 188:4 191:9 230:18
**heard**
69:22 72:22
**heavily**
251:15
**hedge**
262:19,25 263:12,17,20
**held**
22:8 31:21
**help**
15:8,13 16:5,9,15 18:12
263:22
**helped**
18:16 56:8
**helpful**
118:13
**hereunto**
297:17
**hiatus**
68:9
**high**
28:18 41:2 64:25 98:21
120:6 137:25 149:1,7,11
150:8,9,11 183:7,9 227:8
228:2,3 230:5,10 231:10
232:16 260:9,9,12,18
265:14,16 273:22 274:10
278:10,17 293:17
**higher**
94:18 248:16
**highlight**
68:4 248:19
**highlighted**
186:25
**highly**
9:16 212:25
**hijacked**
118:5
**historical**
161:5
**history**
160:16 161:8

**hmm**
48:25 52:12 68:6,22 70:3
100:21 104:15 111:4,7
112:16,19 113:22 136:7
146:21 147:9 152:5 161:24
172:15 183:2 188:14
190:16 199:25 205:16
208:8 212:12 217:24
222:10 233:16 250:21
**hold**
268:3
**holder**
267:20 268:24,25 269:2
**holders**
266:18 267:1,3,7,17,19
**holding**
252:16
**hour**
35:19,20 74:14 291:22
**hourly**
35:21
**hours**
291:19
**household's**
146:4
**hub**
91:16
**huh**
136:25 169:15 172:7
263:15
**hypo**
206:11 254:9 255:15
**hypothesis**
100:4 221:11
**hypothetical**
110:21,24,25 111:21,24
112:7 115:4,18 116:9,14
117:18 118:1 153:7,23
204:7,16 205:1,8,13 206:9
206:24 207:2 229:11,23
230:20 233:24 252:2 255:6
255:20,22 256:7,11

**i**

**i.e.**
153:4 256:3
**ibm**
63:1 232:10
**identical**
294:10
**identification**
13:16 14:4 131:20 154:6
171:25 202:19
**identified**
27:24 50:25 78:25 201:12
278:11

**identify**
52:6 228:2
**illustrate**
67:7 243:23 246:21 248:15
**illustrated**
246:19 247:9
**illustrative**
50:19 145:17 146:16 232:7
232:13 242:2 247:22,23
**ilp**
283:19 284:9,20
**images**
274:17
**immaterial**
64:21
**impact**
115:21 208:10,22 209:8
214:17 215:3
**impacted**
205:9
**impacts**
259:15
**implementation**
168:9
**implication**
153:25
**implications**
180:1 257:11
**implicit**
223:23
**importance**
264:5 266:11,16 267:4
**important**
95:12,18 96:22 208:2,16
210:2,14 237:8 265:14
266:19 267:7,12,15,25
269:2 272:11 282:16
**impossible**
227:24 228:11 256:24
**improved**
97:19,22 184:7,9,13 186:4
186:5 187:18,20 188:10
190:15,15,20 211:9
**improvement**
29:24 95:23,24 193:19
210:10
**improvements**
99:14 122:20
**inaccuracies**
20:22
**inaccuracy**
231:18
**inaccurate**
42:22 67:11,18 68:1,11,18
68:24 69:3

**inactive**
86:3
**inasmuch**
57:24
**incentive**
197:4 198:16,17 199:12
200:21
**incentives**
196:25 197:19,20,20,21
198:6,8,9,10
**incentivize**
199:7
**incentivized**
198:23
**inception**
101:6 255:3
**include**
144:12,19 243:5 256:5,13
289:6
**included**
41:10,13 42:2 67:10,17
185:2 220:10 229:16
242:24 243:5 254:15 255:7
**includes**
162:18 240:2 271:22
**including**
33:17 37:23 44:19 102:8
171:1 185:16 238:7,7
263:11 265:8 289:5
**inclusion**
44:18 161:16 254:8
**income**
96:7
**incomplete**
153:7,23 255:20
**incorporate**
17:18,22,24 19:8,11
**incorporated**
18:6 186:16 226:7 287:2
**incorporating**
19:16
**incorporation**
225:23,25
**incorrect**
43:6
**increase**
175:23 271:25
**increased**
270:24 271:24
**increases**
271:2
**increasing**
276:20
**increasingly**
272:23

**[incumbent - joining]**

**incumbent**
96:4,5,8 97:12,18,21
189:10,12 190:7,25
**independ**
189:1
**independent**
110:6 120:18,19 181:13,13
186:19 187:10,19,21
188:19 192:5,7 193:9 209:1
209:25 222:13 258:24
270:19
**independently**
185:9 189:2 193:1,2 213:6
**index**
7:1 9:1
**indicate**
170:1
**indicated**
143:24 168:7 283:15
298:11
**indicator**
228:9
**indices**
225:6
**indiscernible**
192:9
**individual**
82:12 147:22 154:18 270:5
280:21,24 281:2,11,20
282:5,6
**individuals**
181:4 281:18 284:7
**industrials**
280:18
**industries**
26:4 39:1 67:8 98:21
247:20
**industry**
46:20 63:9 125:6 144:10
217:17 220:6 224:14 225:1
228:4 232:8 242:10,13
243:19 247:10 258:4
274:22 275:8,24 276:2
**inferior**
214:18,21
**inform**
60:20 62:19 64:3 215:1
**information**
38:21 39:25 40:4 41:13
43:25 44:2 46:1,22 47:25
49:11,13,17 50:2,8,10,14
50:18 51:2 53:12 54:3,4,9
54:12 63:5,23 64:22 65:4
65:13 67:10,17,24 76:25
96:17 111:25 112:6 113:4,5
115:5 116:24 117:16 123:1

**information (cont.)**
123:14 124:14 127:1,14
133:16 135:2 138:18,23
142:22 143:13 144:3,17
145:20 146:15,23 147:16
147:24 165:18 170:18
171:2 172:17 174:3 175:15
176:3,20 177:22,25 179:10
179:21 180:24 183:16
184:14,16,24 185:1,14,16
186:8,12,16,19 187:10,20
187:25 189:13,17 190:6,24
191:8,14,20,21,23 192:18
193:10,14 195:13,17 197:9
201:9 208:7 209:5 215:10
217:2 223:11,19 234:8,17
238:2,4 247:18,19 248:1,8
248:11 252:3 257:23
258:25 260:13,18 261:21
262:8,10 264:12,14,22
269:21 277:21 278:6
288:20 289:14,15,16
**informed**
148:21 277:16
**informs**
61:9
**infrastructure**
16:8 74:5 78:18 81:9 89:24
90:13,14,16,20
**initial**
73:16 82:9 290:20,24
**initially**
220:18 221:6 239:3 253:3
275:5 290:9
**initiative**
53:24 81:12 104:10
**initiatve**
77:14
**innovation**
76:2,3 95:12,18,22 96:23
125:4 184:19 188:2 192:22
208:2,16 214:8
**innovations**
210:2 213:15,16
**innovative**
190:9 223:12,20 224:1,4,9
**inquiring**
100:17 201:7
**insights**
65:7 215:16
**instance**
55:10 186:3 187:16 209:10
242:21
**instances**
214:15

**instantly**
274:16
**institute**
289:7
**institutional**
262:18,25 263:3,12,17,19
269:18,19 270:25 271:20
271:25 272:12 273:8,9,11
**institutionals**
282:11
**instruct**
14:22 16:20 19:1 149:14
171:11 244:20 276:12
**instructing**
155:25
**instruction**
18:9 156:8,13
**integrating**
272:15
**integration**
80:16
**intended**
75:21,21 99:20 101:15,18
167:16 240:12 265:25
**intent**
50:16 131:1 151:14 162:13
162:16,22 163:23 169:25
182:23
**intention**
240:23 294:6,9
**interested**
67:4 73:19 74:8 297:13
**interfere**
79:9
**intermediate**
147:13,16
**international**
100:2
**internet**
274:14 275:10,18
**interpret**
183:4
**interviews**
66:11
**introduced**
73:9 211:14 214:9
**investable**
253:1
**invested**
46:9 247:19
**investigator**
93:12,19
**investigators**
93:13
**investment**
40:7,25 48:11 104:6 222:19

**investment (cont.)**
226:3 233:21 267:11,14,24
269:1,21 276:18
**investments**
278:12
**investor**
149:5 253:2
**investors**
253:15,15 262:18,25 263:3
263:12,17,20 269:19
271:20,25 273:11
**invitation**
75:16
**involve**
24:19 90:6,9 271:22
**involved**
18:20 24:10 39:12 76:15
86:4 87:16 88:1,7,10,13
92:22 124:1 126:9,10 128:9
181:21 232:24 269:19
271:21
**involvement**
78:12 238:21 270:24 271:8
271:16
**involving**
24:25
**issue**
45:6 135:4 256:25
**issues**
96:3 168:12 211:3,15,17
213:5
**item**
63:10
**items**
27:13 59:23 62:14 132:23
**iterated**
213:25
**iteration**
164:18
**iterations**
15:15 62:4 67:3,3 244:18
**iterative**
79:1 98:18

---

j

**james**
6:18
**jersey**
2:21
**jim**
10:11 126:12
**jives**
54:3
**job**
1:25
**joining**
11:12

**[jon - licenses]**

**jon**
    3:11 11:11
**journal**
    27:18 30:18 31:6,17,23
**justin**
    6:7
**jward**
    6:12

**k**

**keep**
    92:21 188:8 198:25 243:8
**kellogg**
    5:5,7 12:11 290:19 291:14
**kellogghansen.com**
    5:14
**kenneth**
    16:13
**kept**
    186:24
**key**
    78:25 264:7 265:18 272:14
    283:21 284:21
**keyword**
    47:15 215:5,13 216:3
    245:16
**kind**
    40:10 46:21 63:23 94:23
    95:1 98:8,9 101:9 118:10
    150:20 181:19 190:8 213:2
    236:22 245:6 256:23
    259:13 262:16
**kinds**
    62:24 108:21
**knew**
    34:25 48:6,7 64:23 74:7
    248:12 289:20,20
**knock**
    119:8
**know**
    13:10 20:23 34:21 47:24
    64:11,17,25 66:6,12,14
    69:1,4,20 72:21 74:7 77:8
    77:20 78:1 83:1,4 85:9 88:1
    88:5,7,10,11,12 100:11,19
    104:11 106:23 111:25
    118:10 119:15 121:6
    123:19 124:25 125:3,10,12
    125:21 126:2,7,15 127:5,9
    127:16 132:15 133:9
    134:11,13 135:6 136:15,20
    140:16 143:16 145:22
    155:10,11 156:10,11 157:2
    158:9 159:24 160:9,12,12
    160:17,21,22 161:11,12
    162:8,23 163:11 165:9
    168:16 170:8 171:3,7

**know (cont.)**
    175:11 176:10,16 177:19
    177:22 178:12 179:23
    181:2 183:20 191:2,5,7,23
    192:14 195:10,12 196:6,6,8
    200:1 201:1,24 202:6
    203:22 205:7 211:25 212:5
    215:16 216:12,22 217:7,25
    222:20,23 233:4,5 234:14
    234:18 240:4 242:9 243:4
    249:5 252:3,6,11,14 253:3
    255:24 256:12 257:8 259:3
    259:13,20,23 261:20,24
    267:13 273:1 275:4 276:5,7
    279:25 280:3,10 281:9
    284:18,24 285:18 286:6
    288:2 289:1,1 290:22
    294:22 295:17
**knowing**
    204:19 206:19,20
**knowledge**
    48:13,14 56:7 60:18 66:9
    75:22 104:14 105:25 107:1
    107:2 109:3 138:7,9 141:24
    142:2,4 144:9 148:1,11
    156:9 168:8 169:18 170:4
    170:19 195:12 280:21,23
**known**
    77:13 140:25 253:20 283:5
**knows**
    253:10
**korean**
    237:10,14
    ▮▮▮▮▮▮▮
    62:12

**l**

**lab**
    103:6
**labeled**
    257:16
**labs**
    1:7 2:7 4:3 5:3 10:10 12:13
    12:16 23:17 37:6,7 77:12
    299:3
**lagrotteria**
    6:6
**laid**
    258:2
**language**
    20:5,9 55:7,12,17 134:10
    155:12 178:23 293:4,5,21
    294:7
**large**
    106:14 248:14 273:12
    280:18 282:11

**larger**
    43:2 63:1
**larsen**
    1:8 2:8 6:3 72:17 73:1
**late**
    126:20
**launch**
    126:23 128:2 131:8
**launched**
    125:13,16
**lauren**
    72:8 92:4
**law**
    81:11
**lawyers**
    35:12
**layer**
    137:23
**layers**
    130:9,10,11,12,12 139:2,2
**lead**
    83:18 93:20,20
**leading**
    93:24 223:9
**leads**
    75:15 78:15
**learn**
    26:8 33:21 66:24 67:9,20
**learned**
    65:4 67:16,23 68:7 189:17
    277:14
**leave**
    79:5
**led**
    97:19,21 198:18
**ledger**
    12:24 13:1,8,11 32:10 47:7
    60:3 61:18 70:18,22 71:2
    85:3,6,15,18 86:1,7,20
    87:12 90:7,10,12 91:3,12
    92:11,16 94:8,16,23,24
    95:11,17 96:12,23 97:5,20
    101:10,20,25 102:5,18,23
    102:25 103:1 105:4 108:20
    108:25 121:7,9,11,12,24
    122:1,20 123:5,7,13 124:10
    125:5,8,13 126:6,13 127:8
    128:3,5,22 129:10 130:22
    131:3,7,13 133:12 134:13
    134:23 135:21 136:9,14
    148:1 158:17 159:13
    160:15,25 163:2,19 168:3
    168:21 170:3 176:15
    177:12 178:5 179:5,13,19
    180:17,24 181:20 182:12
    183:12 184:6 187:21,25

**ledger (cont.)**
    190:19,19 193:24 194:3,9
    194:14,19,23 195:5,16,24
    196:15,24 197:4 199:16
    200:2,22 201:25 202:7,7
    204:14 205:6,12,21 206:14
    207:25 208:6,15,21,22,23
    208:24 209:9,12,19 210:24
    211:8,13 212:22 213:6
    214:3,9,18 215:4,22 216:10
    218:14 220:12 221:3,25
    227:6,20 228:14 229:1,6,14
    230:1,22,25 231:4,7,11
    235:2,18 236:19 240:13,25
    241:16 247:7 248:6 249:1
    249:13,16,17 257:5,9
    258:14 259:11 283:22
    284:9,23 285:9,14,21 286:7
    286:23 289:3 295:5,24
**ledgers**
    13:9 70:23 71:2 91:18
    185:20 283:20 284:10,11
**ledger's**
    98:4 122:24 124:21
    126:23 133:13 136:5,8
    167:9 175:22
**left**
    43:19 116:13 118:9
**legal**
    64:8 70:13 71:20 76:13
**lengthy**
    20:19
**lenses**
    104:8
**level**
    28:18 64:25 93:14 106:5
    120:6 129:17 137:25 149:1
    149:7,11 150:8,9,11 151:18
    154:21 168:10,14 169:17
    183:7,7,9 191:19 195:12
    196:9,18 213:1 247:25
    249:1 259:22,23 265:14,16
    280:6 293:17
**leverage**
    230:6
**leveraged**
    101:22 235:4,18 236:5
**leverages**
    235:25
**leveraging**
    102:4
**license**
    22:11,12
**licenses**
    22:9

**[life - materially]**

**life**
275:23
**light**
42:17
**liked**
68:13
**limitations**
61:10
**limited**
113:5 137:16
**limiting**
116:8
**line**
9:4,12,17,22 133:20 267:22
293:7 299:4
**lines**
177:7 212:9 248:23
**link**
172:25 203:14 228:25
**links**
49:19 51:6
**liquid**
266:4 272:3
**liquidity**
238:1 258:16,23 259:20
260:4,7,18 263:5,22 264:5
264:6 265:11,18 266:10,12
271:1,7 272:14,22 276:21
279:2,13,22 283:6
**lisa**
4:7 16:1,2,3
**list**
21:2,6 36:11 37:19,21,22
38:1,2,5,8,13,16,18,19
39:13 41:1,2,5 43:1 44:8,18
45:24 46:1,2,4,7,8 47:22
48:15,16,17 50:20 121:23
122:3,7,10,11 161:21
162:18 168:1 177:13,18
178:6,13,18 216:23 217:3,4
217:8,10 220:11,15 221:2,2
224:23 226:18,20 234:3,10
235:22 242:4 243:12,24
257:3 260:16 280:19
282:25
**listed**
36:16,20 37:4 38:24 39:6
43:8 44:21,24 45:4,13
46:17 51:14 56:20 58:19
95:10 163:9,17 165:2,5
169:4 214:17 217:14 218:8
219:21 220:2 221:14,21
222:12 235:17 236:19
239:7,17 245:11,21 285:16
286:10

**listing**
266:16 267:4
**listings**
266:20 267:9 269:4
**lists**
23:20 121:13,19 122:15
164:8 165:6,15 216:24
**literature**
71:25 103:4,5 104:8 105:12
106:2 107:4 125:10 143:13
143:15 149:4,6 155:15
197:15 198:13,14 215:9
258:7
**litigation**
23:21,24 37:13 240:5
**little**
108:13 163:11 211:25
233:13
**live**
198:25
**liveness**
121:21 132:25 133:23
134:2 135:14,15
**llp**
4:6 6:5
**locate**
47:6
**lombardozzi**
1:24 2:19 10:14 297:24
**long**
30:18 31:10 53:22 191:21
291:16
**longer**
32:19 116:12,13,14 124:7
124:19 199:16 240:3
241:16 242:23
**look**
24:8 26:17 27:10 38:3 39:5
40:24 41:15 44:9,23 64:1
77:1,9 83:6 95:20,21 101:4
103:6 104:10 108:4 110:14
131:17 132:18 135:2,14
146:9 147:7 148:25 168:19
172:14 173:2 183:14
185:18 198:3 201:4 202:16
209:18 210:2,3,7 213:7,13
214:7 215:17 216:13 217:6
219:2,14 222:1,24 224:24
224:25 225:12 232:10,10
233:4,10 248:22 250:19
260:1,20 261:23 274:7
280:20 285:5 288:21 289:2
294:21 295:16
**looked**
37:3 38:24,25 39:21 40:11
40:11,12 41:5 45:17 46:18

**looked (cont.)**
46:18,23 47:17 49:18 96:1
97:2 192:24,25 193:2,4,5
195:13 201:3 210:16
213:23 215:5 218:25 225:4
226:5 231:24 245:6 259:1
278:2 293:19
**looking**
27:14 34:2 45:24 48:11
98:12 112:6 136:24 180:8
193:13 196:2,3,5,22 202:4
210:12 223:4 228:16,18
231:9 233:8 243:8 250:4
260:21 271:14
**looks**
218:1 246:23
**lose**
174:18 175:12
**loss**
107:21 132:24 133:4
**lost**
118:11
**lot**
49:12 50:9 54:2 96:17
147:24 161:7 170:24,25
171:1 236:11 242:6 263:4
275:24 294:3
**lots**
105:15 232:11 233:1
**low**
273:21 274:10
**lower**
97:14,15
**lunch**
165:22
**luncheon**
166:4
**lurie**
34:10 232:22,22
**lzornberg**
4:15

**m**

**macbrough**
209:23 210:22,23 211:11
211:24 212:4,15,21 214:1,5
214:14
**magazines**
107:5,5
**magnitude**
210:14,18
**mail**
4:15 5:13,23 6:11
**maintain**
87:6 89:10 178:6 199:18
**maintained**
86:6 94:4

**maintains**
85:14,23,25 253:14
**maintenance**
86:14 92:10,16 94:22
**majority**
107:16,25 115:12,13 116:2
116:13,15,18 117:3,12
118:10,15,16,21 119:9
120:19,20 121:1,4,5,18
133:10 179:3,8 205:14
**making**
110:6 117:17 122:10,12
130:18,18 153:4 154:17
187:17 241:8 250:3,7 253:6
**malicious**
117:5,12 118:17 177:8
178:10 180:9 257:4 259:15
**management**
198:24,25 250:15
**mark**
3:9 11:9 253:21
**marked**
9:16 13:13,15 14:3,6
131:19 154:3,5 171:21,24
202:18 293:6
**market**
34:3 63:6 65:22,23 66:5
68:16,21 95:21 98:25 99:4
99:6,7,19,23 100:4,6,7,13
100:13,20 101:6 190:11
210:3 211:14 213:19,21
214:2,9 215:2 218:17,18,18
219:23 224:1,13 225:2,6,18
227:13,15,16 228:3,9,9
230:11 237:6,8 247:12
248:13 251:15 252:10
256:18 260:10 272:4,13,20
272:23 273:3,8,13,14 274:5
276:21 278:20,24,24 279:3
279:8,10,18,19,23 280:13
**marketing**
99:15,15
**marketplace**
251:4 275:13
**markets**
100:8 224:14 245:9 279:9
████
7:21
**massachusetts**
289:7
**material**
144:10,13 170:6 227:7,10
228:1,22,23 230:4,15,19
**materially**
170:6

[materials - moves]

**materials**
36:11,16 37:13 48:23 49:4
50:23 51:17 56:19 291:10
**mathematical**
31:18,20
**matsumara**
6:16
**matter**
10:9 150:20 169:25 170:4
204:12 205:4,20 206:13
230:9
**maturity**
249:2
**maximum**
288:14
**mbas**
61:17
**mean**
12:15 22:4 28:3 30:24 37:6
45:16 51:24 55:9 63:7 64:8
66:2 70:15 76:19 78:18
86:1 93:10,19 98:1 99:11
102:21 104:6,12 108:16
113:7,12,15 119:14 125:15
126:8 128:17 133:4,25
142:23 146:14 148:10
150:11,19 159:2,8 167:13
167:16 177:24 180:5 181:3
182:11 195:17 205:24
206:20 214:20 215:9,14
216:14 224:8 239:23
243:19 244:5 245:21 246:4
249:12 258:23 259:11
260:7 267:14,17,19,23
271:8 273:4,9 275:17,21,23
277:21 280:1 281:6 282:22
**meaning**
43:18 180:25 181:2,11
197:15 205:7 271:15
**means**
29:7 104:17 133:10 134:2
202:10 241:3 259:21 272:7
**meant**
118:23 126:5 128:24
169:10 180:21 222:17
247:21 258:25 267:20
269:25
**measure**
106:4 197:17,18 231:10
265:22
**measured**
105:14 210:20
**mech**
157:20
**mechanism**
97:16 98:5,6,10,10 108:23

**mechanism (cont.)**
110:1 121:7,10 122:24
123:15,17 124:1,6,8,9,16
124:20,20,21,22 125:7
133:13 139:5,6,10,14,16,23
140:7 157:20,22 158:2,5,12
159:3 211:20 233:11
235:20 256:14 272:6
**mechanisms**
97:24 108:18,22 116:23
143:20,21
**media**
34:23,23 46:23 47:6,9,10
48:8 50:12 64:24 245:15
246:1,3 249:7 252:18
**medium**
140:25 141:6,11 215:19
294:4
**meet**
72:12 73:4,8 79:6 276:4
**meeting**
54:1 73:22
**meetings**
53:25 54:2 75:17 274:23,23
275:2 276:3 291:24
**member**
31:25 32:14,18 53:23
**members**
31:23 61:6 78:24,25 81:6,7
82:18 92:18
**membership**
203:6
**mentioned**
27:3,7 44:22 54:8 65:8,9
96:24 107:11 128:9 172:14
186:20 199:3 216:25 276:4
286:15
**mentioning**
180:2
**message**
273:21 274:9
**met**
35:12 72:2
**method**
46:5 188:7 213:12 232:15
**methodological**
186:1 187:3
**methodology**
20:9 38:23 39:13,20 40:6
40:16,19,20,22 41:9,9,20
41:21,25 46:6 69:7 71:6,7
71:24 99:22 226:19 232:19
235:16 254:15 264:20
**methods**
143:25 250:14 278:10,16

**metric**
210:8,14 213:11
**metricized**
210:19
**metrics**
96:12,24 97:7 106:3,4
137:21 160:9 197:17
**michael**
5:7 290:19
**michigan**
16:9 22:7,20,25 23:12 30:7
53:23 60:10,15 61:16 73:11
73:12,20,25 74:6 76:20
79:21 83:17 84:11,17 85:5
85:14,17 86:7,19,25 87:11
87:25 88:3,23 89:3 91:4,8
91:15,19 94:7,14,16 131:2
131:6 199:2,15
**michigan's**
78:13 92:7,10,15 94:22
**microseconds**
176:21
**microsoft**
289:7
**middle**
151:16
**milestone**
278:11
**million**
93:5 288:14
**millions**
43:22,23
**mind**
105:23 173:5 217:22
251:22
**mine**
52:9
**miner**
124:5
**miners**
178:15
**mining**
124:1,6,20 178:24
**minute**
132:14
**mis**
248:7
**mischaracterizes**
112:4 227:22
**missing**
281:7
**misstated**
161:3
**misstatement**
249:13

**misstates**
261:3
**misunderstood**
231:16
**mit**
103:6 104:9 259:1,25
289:17
**mkellogg**
5:14
**mm**
48:25 52:12 68:6,22 70:3
100:21 104:15 111:4,7
112:16,19 113:22 136:7
146:21 147:9 152:5 161:24
172:15 183:2 188:14
190:16 199:25 205:16
208:8 212:12 217:24
222:10 233:16 250:21
**model**
98:19 230:7 236:1,7,10,11
236:12 237:13 238:17,23
239:4 241:22 251:4,8,9,10
251:7 252:8,11,12,19,22
253:9,12,13,19 255:17
256:5,9,18
**models**
61:11 101:23 235:5,19
236:17
**modes**
8:6
**modification**
226:2
**modify**
268:18,20,21
**moment**
59:2 173:6
**money**
174:18 175:12 253:6
260:23
**moneygram**
68:4,8
**morning**
11:5 168:7 226:2
**move**
101:15 108:20,25 120:13
120:17,19 121:4,22 122:17
124:5,7,18 136:2 157:3
224:16 263:4 276:16,16
282:13 287:17
**moved**
105:12
**movement**
134:3
**moves**
122:2

[moving - objection]

**moving**
56:17 66:5 101:14 109:25
124:16 134:7 207:5 283:2
283:17

**mt**
211:16

**multiple**
13:9 15:15,20 54:6 120:8
121:13 139:2 164:12
179:22 279:17 284:10
285:9,20

**n**

**n.w.**
5:9

**nakamoto**
140:13

**name**
10:11 11:6 16:11 44:7
75:20 126:12 217:14 218:1
245:17

**named**
297:9

**names**
15:18,21 24:9,12 39:6
61:21 88:5 125:25 202:4
243:16

**narrow**
30:12,12 130:16

**narrowing**
56:11 139:4

**narrowness**
113:4

**national**
93:21

**native**
95:11 101:20 208:1 235:3

**nature**
75:12 101:24 102:5,22,25
105:4 106:17 128:22
208:15

**navigation**
111:2,6,6 112:17,18 113:19
113:20,20 114:3,12,13,17
114:18,19 115:11,11,19
116:1,2,3,18,19 117:2,11
117:12 118:16 119:4,9,11

**near**
273:18 287:13

**necessarily**
68:18 98:8 100:12,19 149:6
189:20 198:16 236:10
241:6 276:1

**necessary**
42:21 191:20 198:10
295:24

**need**
26:19 40:14 120:25 121:1
126:25 179:21 197:20
198:16,23 200:24 252:2,6
252:14 262:10,18,24
263:19 269:7 273:1 279:15

**needs**
82:11,12,16,17

**negation**
136:18

**negative**
215:25 216:18

**negotiate**
253:15

**negotiated**
87:8

**negotiations**
86:23 87:16 88:2,11,13

**net**
62:2 101:8

**network**
87:1 108:19 130:12 132:22
142:10 151:22 152:14
153:4,16 154:20,24 157:9
158:20 174:18 180:11,19
180:20 181:6,15,18

**networks**
151:17,25 152:8 154:20
259:4

**new**
1:2 2:2,17,17,21,21 3:8,12
3:15,15 4:13,13 6:9,9 10:17
10:18 95:20 180:18,19
181:4,12 189:12 207:6
210:3 213:16,19 242:14
271:2 272:1,16 278:23
288:13 297:1,3

**news**
217:2

**nicole**
5:19

**nigerian**
146:3

**nine**
238:13 263:25

**noah**
110:12

**node**
85:3,6,15,23,25 86:3,6,19
87:1,12,18 92:10,16 94:8
94:16,22,23 95:2 121:13,19
121:23 122:3,7,15 131:1,6
160:16 161:21 167:16,20
167:25 177:13,18 179:4
199:4,5,5,10,16,18

**nodes**
86:2 110:7,7 120:9,23
121:5 159:25 160:19
163:24 164:1 167:10,14,21
178:13 179:12,18 180:13
181:17,18 182:14,18,21
183:11 206:2 257:4 258:15
258:22 259:15,18

**non**
189:18

**noncustodial**
262:11

**nondefinitional**
105:6 106:16,17 113:15

**nonequity**
222:19

**nonpeer**
209:24

**nonrefereed**
27:22

**nontechnical**
259:23

**north**
31:22

**notable**
289:6

**notary**
2:20

**noted**
272:25

**notice**
2:21

**notified**
44:4

**notion**
111:13 167:10

**novel**
140:25

**november**
14:8 131:14 132:22

**ntatz**
5:23

**number**
7:11 8:2 26:19 37:25 41:3,4
41:14,19 43:18 57:4,10
59:22 109:24 132:23
134:14,24 135:22 136:10
142:20 145:4 176:4 192:24
192:25 222:5 224:23
231:18 232:6 244:23 289:4

**numbered**
44:12 51:9

**numbers**
36:1

**numeric**
260:19

**nw**
5:20

**o**

**oath**
298:13

**object**
153:6 173:15 293:14
294:18 295:1,13

**objection**
14:21 24:1 30:20 42:23
45:18 49:6 52:2 53:14,20
54:11,17 55:19 57:6 58:3
59:25 60:21 61:25 64:13
66:19 67:12,19 68:2 70:12
70:20 71:4,12,19 72:10,20
73:2 74:1 76:6,10 78:3
79:22 80:14 81:17 82:5,10
84:13,21,22 86:9,21 88:4,9
88:16 89:13 96:15 97:9
98:7 99:8,24 101:1,3
103:19 104:22 106:25
107:19 108:2,9 109:16,22
111:3,8,11,19 112:3,12,20
113:2,14,23 114:1,7,22
115:9,16,23 116:7,21 117:8
117:15 118:3,7,19 119:12
122:5,25 123:10,22 124:12
124:23 125:1,14 126:24
127:3,11,17,24 128:6,15
129:11 130:6,24 131:9,15
133:6,14 134:1,16,21 135:1
135:8,24 136:12 138:24
139:8,18 140:4 141:12
142:17 144:7,14 145:1,16
145:21 146:8 147:1,18
148:23 149:13 150:7,12,22
151:11 152:3,6,22 153:22
155:24 156:7,12 159:14
162:20 164:2,10 165:16
167:23 168:5,17 169:6
170:16 171:10 173:24
174:10 175:14 176:19
177:14,21 178:21 179:14
179:20 182:15 183:13
185:3 186:13 187:22
189:19 190:1,23 191:17
192:1 197:11 203:20 204:2
204:15 205:22 206:4,15
209:4,13,21 211:12 212:23
215:23 216:11 218:12
223:21 227:21 229:18
230:2 231:1 233:23 235:13
236:8 238:24 239:20
240:15 241:17 243:1
244:19 251:18 252:1,23
254:16 255:10,19 257:6

[objection - opt]

objection (cont.)
261:2 262:20 265:24 266:6
266:22 267:10,16,21 269:5
271:9 273:6 274:2 275:15
276:11 277:18 279:24
280:5 281:4,13,22 282:9,24
283:11 284:6 285:4
objective
141:25 152:9 189:11
268:23 269:1
objectives
158:18 159:1
obligations
79:8
observed
232:15
observing
233:21
obtain
142:1 266:20 267:8 269:3
obtained
36:23 144:20 181:24
188:25
obvious
252:13,13
obviously
20:19 125:22 262:5
occasion
52:18 53:6 55:6 75:15
257:23
occasionally
89:6
occasions
42:2 188:21,23 245:24
286:21
occurred
130:22
october
13:21 20:24 45:13 84:12,18
202:24 242:9 243:11,11
odd
244:7
odl
62:3 279:13,21,21 280:4,11
280:22 281:2,9,12,18,21
282:7 283:2,5,10,16
offer
20:1 40:14 70:10 71:17
196:24 241:5 298:12
offered
295:21,25
offering
19:22 20:3 71:9,13 103:1
141:4,9 237:15
offers
239:2,5

office
3:8,12 10:16 73:10,13,18
73:24 74:7 78:22 88:6
offices
2:16
oh
21:5 59:17 60:7 93:11
114:9 126:8 178:9 186:2
200:17 204:24 209:14
210:9 234:23 284:14 291:6
okay
11:10 12:3,15,16,17 13:23
14:1,20 15:8,13 16:17,23
17:8,18 18:12,18,23 19:21
20:7,15,25 21:9,12,15
22:19 23:3,6,20 24:8 28:11
28:16,19,23 30:1 31:6,10
33:15,19 34:13 35:15 37:15
37:18 38:4,6,20 39:9 41:24
42:6 46:12 47:16,19 49:3
51:17 53:4,10 54:7 55:2,6
55:16,22 56:6,11,17 57:13
57:19 58:8 59:1,7 60:8
62:13 63:18 65:13 66:16
69:12,20 70:5 71:15 73:4
74:18 76:22 77:1,7,9 79:17
79:25 80:11,20 84:5,24
85:5,23 86:13 93:1,9 94:2
95:1,4,9,10 97:4 98:1,13,17
98:24 102:24 107:11,22
108:7,13 110:23 111:2,5
112:10 113:11 114:16
116:17 117:1 118:12 119:3
123:4 125:13 126:11
130:21 131:17 132:3,9,14
132:20 133:21 134:13
135:5,11,17 136:15,22
138:2,11,16 139:4,24 140:8
140:21 141:16 142:6 143:2
144:22 145:3 147:6,21
148:16 149:12 150:25
151:2,16,25 152:10,18
154:2,15,25 155:3 157:3,14
157:21 158:1,10,16,25
159:17,22 162:6,17 163:1
163:21,24 164:18,22 165:4
165:20 166:1 167:7,25
168:15,19 170:20 171:19
172:11,18 173:5,11,19
174:4,13,22,25 175:10,17
176:13 177:6,11 178:4
180:7,16,25 181:23 182:5
182:17 183:9 184:20
185:10 186:2 187:2,15
188:15,21 189:15,21 191:9
192:12 193:21 194:1,17

okay (cont.)
199:23 200:17 201:1 202:3
202:10,13 203:17 204:7
207:2,21 208:13,19 209:14
212:17 216:5,20 217:7
218:7,16,21 219:5,11,24
220:7,23 221:5,13,18
222:16 223:2,7,17 224:16
225:5,12 226:21 227:2
228:11,20 229:4,22 230:12
231:5 234:2,19,23 235:1,15
236:2,14 237:15,19 238:6,9
239:6 240:1,10,22 241:7
243:25 244:11,25 245:10
245:20 246:7,12 247:3,11
248:3,22 249:9,18 250:2,11
250:17 253:22,25 254:24
255:5 258:13 260:4 261:18
261:25 262:14,17 264:3,11
265:1 266:11 267:3 268:21
268:25 269:9,12 270:4,15
270:21 271:6,23 273:15,17
273:18 276:15,24 281:20
282:13 283:17,25 285:19
287:9 288:6,10 289:21
291:1
older
226:7
omission
286:18
once
79:10 94:17 241:15 242:22
ones
57:22 89:19 97:2 120:19
123:18,20 183:24 213:25
238:7 241:24 250:5,10
282:25 287:24 288:25
ongoing
82:20
online
54:2 160:14,24 161:7
195:18 236:2 274:17
open
13:2 101:10 102:9 103:22
104:19 129:21 252:12,22
283:19
opencoin
126:4
opened
72:17
opening
32:13 58:6 223:5
openness
258:16,22 259:19
opens
72:17

operate
115:20 116:6 159:6 196:7
operated
77:18 203:5
operates
159:11 198:21
operating
66:18
operation
116:12 181:20
operational
231:22 295:5
operationalize
78:16,19
operations
199:10
opine
161:18 257:10
opined
99:11
opining
190:18
opinion
55:22 56:2,12,13 69:13,14
69:17,18 70:10,17 71:5,5
71:10,13,17,23 95:5,10
96:11 97:5 98:14,18 99:12
101:20 103:1 120:15 123:5
123:12 125:4 144:11,13,17
146:17,17 151:14 184:14
184:18 185:13 186:7
187:23,24 188:2,13 189:12
189:25 190:4 191:13,16,21
192:22 197:10 198:8
207:22,25 208:15 209:1
210:24 215:2 234:24 235:2
235:11 236:17 237:15
238:1,10 241:20 257:21
261:13 262:7 264:11,14,16
264:18,24 265:2 274:20
275:25
opinions
19:21 20:1,4 56:18 60:16
65:15 141:4,9,15 170:7
295:20,25
opioid
90:5
opportunities
63:8 271:2 272:1 273:1
opportunity
90:11,12,17 213:22 241:5
opposed
178:24 181:10,11
opt
147:15 148:15 164:1

[opted - payment]

**opted**
147:21
**option**
264:21,21
**order**
1:12 31:3 126:18 179:11
210:13,18 220:10 263:20
**organic**
181:9,10,11,14
**organically**
180:12,17,22 181:2,3,8
**organization**
154:19
**original**
58:5 81:13 117:24 190:3
207:3
**originally**
101:15,18 155:13 275:9
**outcome**
297:14
**outline**
101:16
**outlined**
212:21
**outside**
156:9 233:18 253:11
**outsiders**
251:11
**outsized**
152:13,20 153:3,15,20
**overall**
56:7 68:15 148:10
**overlap**
164:7 165:6,8,10,13,14
172:20,24 173:7,14 174:16
175:4
**overlaps**
173:22 174:8
**overstated**
264:6 266:13
**overview**
170:2 182:4 183:24 192:4
**overwhelmingly**
215:11
**owned**
34:15
**owner**
267:20 286:17
**owners**
267:18 286:12 287:7

**p**

**p.m.**
2:18 290:1 296:13
**pa**
7:11 8:2 14:6,7 154:3,9
293:6,18,20

**packed**
96:17
**page**
7:11 8:2 9:4,12,17,22 13:23
13:24,24 14:10,10,12 20:13
20:13,14 23:20 24:8 27:18
27:19 39:21 40:14,17 42:17
44:11,12 51:5 59:15,18
87:13 92:23 95:6,7 98:13
98:15,16 101:19 136:22
140:10 143:4 148:3 155:1,5
155:9,19 156:5 167:6
172:19 175:18 177:6 184:7
196:22 202:25 203:1,3
207:17,19 217:22 218:4
223:3,5 234:19,21,22 237:3
237:21,22,24 238:8,11,14
243:25 248:23,23 255:13
257:13,14 258:2,11 260:21
264:4 269:9 273:16 276:17
282:14 283:3,17 285:7
287:12 288:11 289:2 299:4
**pages**
7:15,19,23 8:7,11,16 44:11
54:22 147:8
**paid**
199:4 254:12 255:2 256:21
279:16
**paper**
26:21 28:4,5,13,15 33:20
105:19 110:10 140:11
197:25 209:23,24 210:22
210:23 211:11,25 212:4,16
212:21 213:1,4 214:2,14
260:1
**papers**
26:13 27:20,23 28:7 59:2,9
197:22,23 198:4,4,13,14
**paragraph**
20:12,13,14 32:1,12,24
33:1 42:18 59:13,16,17
69:5,11 77:9 79:14 80:2,4,9
81:14 82:1,8 85:12,13
88:20 93:7 95:4,7 98:14,15
98:16,25 101:19 105:5
106:18,20,21 128:21
136:23 140:9,13,21,23
141:17 142:6 143:2,3,9
144:6,23 145:3,4,14 146:24
147:11,12 148:16,20,22
149:12,18,22 150:5,14
151:10,16 152:11 155:4
156:6 157:3 158:12,16
159:18 161:20 163:2,16
167:6,8 168:19 169:8 170:2
170:21 171:9 175:3,7,18,20

**paragraph (cont.)**
176:24 177:6 178:5 179:1
180:7 182:6,8 183:22,23
184:4 185:6,8,10 186:4,5
186:15 188:8,9 191:25
192:3 196:21,23 198:1,6,7
199:24 201:4,18 207:22
211:8 223:2,7 234:22 237:3
237:19 243:25 246:18
248:22 250:19,20 255:14
257:12 260:20 264:4,4,18
265:3 267:6 269:9,15 270:2
270:5,23 272:8,10,25
273:15,19 274:1,13 276:10
276:15,16,17 277:17
282:13 285:7,25 286:1,5
287:9,11,14,17,18 288:4,10
288:11 289:2 293:4,10,11
294:21
**paragraphs**
106:18 147:7,16,23,25
170:1 173:6,13 247:6,24
248:19 271:11,12,15
295:16,20
**parameters**
116:8 117:9
**paraphrasing**
100:22 192:13
**part**
16:18 17:16 18:24 25:10,13
25:17,20,21 28:14 30:4
38:23 39:14 42:8 48:10
68:15 74:9 77:18,24 80:5
81:5 83:4,7,8,16 85:9,13
86:14,23 87:2 89:9,11
90:23,24 91:3,7,22 94:9,18
99:21 100:1 109:25 120:20
137:19 155:6 157:8,25
164:13 176:5 180:18,19,20
181:16 198:17 214:2 230:6
230:7 236:9 237:13 239:4
239:21,24,24 241:21
243:19 247:4 253:12
254:22 255:16 268:6
271:13,17 276:2 279:6
294:15,25
**partially**
253:19
**participant**
31:18 272:21 273:14
**participants**
101:7 151:19 154:21
198:22 272:13,24 273:8
273:13,20 279:19
**participate**
75:17 168:21 199:19

**participated**
85:17 160:15,24 161:7
291:12
**participating**
272:24 273:4
**participation**
78:13 88:23
**particular**
54:16 160:16 161:5 237:6
243:3 260:2 294:7
**particularly**
26:3 223:12,19 224:4,9
252:25
**parties**
83:12 87:23 101:17,22
153:3 180:12,22 181:4
189:9 235:4 279:8 297:15
**partner**
68:12
**partners**
81:1,3 82:12
**partnership**
68:5,8 75:21 76:7 77:2
289:19
**partnerships**
73:14 75:11 251:12
**parts**
47:8
**party**
25:7 102:3 103:23 104:20
106:8 129:21 137:18,20
138:17,22 139:6,15 140:2
152:13,18,20,25 153:3,15
153:18,20 283:21,25 284:3
284:13,21
**pass**
13:19
**path**
100:6 110:8
**paul**
6:5
**paulweiss.com**
6:11,12
**pause**
132:17 135:18 173:9
182:24 203:13 292:23
**pay**
254:18
**payment**
175:25 176:11,12,15,17
196:25 200:1,4,7,11,19
201:13,16,21,21,24 202:6
235:20 236:3 239:9,19
242:23 254:11 256:3,14,16
256:20 272:6 274:15
279:20,25 280:15 282:17

[payment - principles]

**payment (cont.)**
285:23
**payments**
256:4 283:19
**pays**
238:16,20 239:9 254:18
**peer**
27:7,24 260:22,22
**penalty**
298:5
**pending**
160:1
**penetration**
279:5
**pennsylvania**
5:20
**people**
17:13 18:14,15 66:11 72:11
74:6,10 92:4 106:1 125:25
126:5,8 237:7 255:2 274:16
275:8 278:25
**percent**
84:9 98:11 122:16 173:22
174:8 179:11,12,18 180:1
204:10 205:2,14,17 206:6
206:22 211:18 213:10
270:6,8,17,17
**percentage**
83:23,24,25 179:9
**perfect**
165:14
**period**
33:24 204:9 205:2
**perjury**
298:5
**permissionless**
13:2,4 103:22 104:19
130:25
**permissless**
13:3
**permitted**
204:18
**person**
53:25 79:2,3 88:12,12
89:25 93:14,15,16 126:10
297:11
**personal**
60:8,13 91:23 275:19,21
**personally**
36:15 44:25 45:14 47:4,5
49:21,23 69:21 91:14 92:14
92:17,21 95:3
**perspective**
65:24 95:22 98:12 103:21
189:15 193:16 196:2,3
210:16 254:22 267:11,15

**perspective (cont.)**
267:24
**persuasive**
227:18
**pertained**
88:22
**peter**
1:15 2:15 7:3,13,17 10:9
11:8 297:5 298:4,17 299:2
**phrase**
133:4,21 163:8,14 181:1
226:22 236:14,16 249:9
**pi**
93:11,12
**picking**
263:16
**piece**
41:13,24 232:5
**pieces**
248:10
**pings**
92:19
**pinned**
253:11
**pis**
94:5
**pl**
93:9
**place**
151:19 154:21 297:8
**placed**
160:6,11
**placement**
159:23
**places**
189:3,7 294:5
**plaintiff**
1:5 2:5,16 3:4 11:10 25:4
**planning**
14:17 20:3
**plans**
20:1 34:18 36:6
**platform**
102:9
**please**
10:22 11:6 18:10 33:2
67:14 70:25 77:6 82:14
109:17 119:19 152:23
154:15 171:22 196:21
202:16 216:21 250:25
262:22 264:3 268:8,10,22
273:16 276:16 281:15
282:14 287:10
**plenty**
80:18

**plimpton**
2:17 4:6 10:17 12:11
**pllc**
5:5
**pls**
93:10
**plus**
226:11
**point**
48:12 67:9,24 105:17 113:6
113:12 127:9 128:5 136:24
140:14 142:25 144:1
155:15 164:15 186:14
230:13,14 242:3,15 255:3
290:17
**pointed**
45:7 237:19
**policies**
85:18 87:3,4,15
**policy**
79:4 81:2,10,11 83:15
87:10 93:17 94:20
**poorly**
282:4
**pop**
181:13
**portfolio**
33:10
**portion**
9:16 16:25 25:12 63:18
80:11 172:11 259:19
**portions**
70:5 189:22,24
**pose**
110:21 173:23 204:7
**poses**
174:9
**position**
16:24 17:2 64:12,15 99:16
194:25 195:24 196:11
**positions**
64:10
**possible**
150:2 220:13 254:18
256:13 258:4 268:17
**potential**
62:22 213:21 224:13
258:14,21 259:2,8
**potentially**
220:20 221:7 232:12 253:4
**practical**
170:19 204:12 205:4,20
206:13
**practically**
198:19

**practice**
87:4,14 138:13
**practices**
98:20
**pre**
231:12,13
**preexisting**
96:13 97:6 190:20
**preparation**
35:19 55:3 247:14 261:15
262:9 291:11,12,17 292:1
**prepare**
16:6,15 75:23 291:2,4
**prepared**
42:10 168:6 177:16 183:3
**preparing**
36:12,17 42:13 55:22 56:2
56:13,18,25 63:19 81:22
176:25 257:24 264:13,23
**prescriptions**
90:5
**presence**
228:4
**present**
6:14 31:23 131:8 157:5
164:6 170:23 193:19
**presentation**
31:24 90:3
**presented**
134:11 147:25 190:24
**presenting**
193:14
**president**
88:6
**press**
52:17 53:1,18 55:11,13
**pretty**
137:16 273:13
**prevent**
12:4 177:8 178:10 180:9
**previous**
96:20 270:2 271:10,12
273:10 286:8
**previously**
171:12,15
**price**
265:22 266:5,10
**pricing**
279:5
**primary**
113:19 114:19 141:17
217:15
**principal**
93:12,12,18
**principles**
143:5

[printout - question]

**printout**
8:4,13 131:23 172:4
**prior**
21:23 23:13,16 24:24 34:20
35:2,6,11 42:3 44:19 45:12
61:19 69:22,25 70:2 72:1,4
161:8 172:13 193:21 194:1
194:7,12,17 195:2 196:12
196:16,17 229:5 291:17
**priori**
182:13,17,20 183:10
212:10
**private**
252:11,21,25 253:15
**privilege**
171:18 276:14
**privileged**
17:1
**privy**
76:24 256:15
**probably**
26:20 81:20 142:13 183:24
195:6,20 214:9 224:3,5
282:3 287:24 291:21
**problem**
28:17,21 30:16 120:5,16,21
121:3 228:16 251:3
**problems**
211:4 213:5
**procedure**
66:18
**proceed**
11:2 255:12
**process**
17:4 68:16 101:9 159:23
160:5,10 162:8 168:22
171:17 178:3,17,23,24,25
181:21 199:19 230:15
274:6
**processor**
200:4 201:21,21
**processors**
196:25 200:1,8,11,19
201:13,16,24 202:6 279:20
280:16
**procure**
37:9
**product**
16:21 17:3 65:22 67:3
68:12 99:23 100:15,23
148:7 171:18 210:3 251:14
251:16 253:16 274:7
276:13 278:10,17 279:1
280:4,11,22 281:3,10,12
282:15 285:18

**products**
49:14 50:19 60:23 66:4
98:19 99:6,13 100:25 101:5
193:18 210:5 274:4,11
278:23 279:1,10,17,20
283:1,18
**professional**
22:8,10,16 30:2 47:24 92:1
92:5,5
**professor**
11:5,18 13:12,20 20:17
22:19 25:23 27:14 59:14
75:2 79:12 108:13 120:3
121:6 131:22 167:5 172:8
200:6 202:23 207:17
216:22 254:7 290:7
**professors**
78:24
**profit**
107:20
**program**
76:1,4,7 77:2 78:7 79:6
124:2
**programmatic**
82:17
**progress**
179:3
**prohibited**
87:10
**projects**
91:11
**promote**
281:2
**promoted**
275:6
**promoting**
281:12
**pronounce**
218:1
**proof**
108:22,22 123:15 124:16
124:17,22 125:6,12
**proposed**
29:23
**proposition**
66:1,2 97:14 100:1,2
143:23 171:4 237:24
250:22,24 253:4 275:7
**propositions**
147:23 224:1 272:15
**protected**
171:17
**protecting**
134:6
**protections**
8:5

**protective**
1:12
**protects**
17:3
**protocol**
110:11 118:21 136:1,6,9
139:10,11 140:2 159:4,10
161:11 162:24 167:9
168:12 175:22 179:25
180:4,5,6 183:1 198:9,15
199:12 205:9,10 257:9
259:12 283:19
**protocols**
86:15 157:8,24 158:18
159:1,9
**provide**
12:7 17:8 19:3 24:15 36:19
111:25 147:22 149:7 182:3
191:12 192:17,21 234:16
294:8
**provided**
15:13 48:16 49:20 50:24
123:2 135:3 144:15 192:18
249:24 269:20
**providing**
14:17 113:5 117:18 176:5,5
**proxy**
40:7 41:2 241:2
**pseudonym**
140:12
**public**
2:20 40:1 79:4 81:2,10
83:15 93:17 125:19 126:14
126:16,23 127:8 128:2
129:20 131:7 141:18
252:10
**publication**
172:13
**publications**
27:18 28:1,11,19,23 29:4,8
105:8 107:4,8
**publicly**
37:1 125:22 177:23,25
**publish**
26:21
**published**
27:4,19 30:19 33:20 140:12
142:9 162:5 214:6,6
**publishes**
164:9,16
**pulled**
36:25 37:3 183:15
**purchase**
219:3,6 280:11
**purchasers**
270:5

**purchases**
281:20 282:6
**purchasing**
218:24 282:6
**purpose**
63:16 141:17,25 152:12
153:14 197:12,19 281:21
282:7
**purposes**
170:23 249:14
**pursuant**
2:21
**pushed**
181:18
**pushing**
180:12 181:17
**put**
50:18 66:3 120:9,21 139:25
244:15

**q**

**qualifications**
70:7 71:16
**qualified**
24:21 70:10 71:17,22,23
174:2
**quarter**
270:7
**queried**
139:3
**query**
130:15
**question**
11:19 15:5 17:5,6,11,21,22
18:10 19:1,6 21:3 24:2
25:14 29:2,7 30:11 33:2,12
35:4 38:10 47:9 48:21 52:4
53:15 54:20 55:25 57:7,8
57:25 59:8 62:1 64:14
67:13,21 68:17 71:23 76:11
78:17 79:23 84:14,23 86:10
88:17 89:14 92:12 96:18
99:25 100:5 102:15 104:23
108:6 109:5,14,17,20 111:9
112:8,9,10 113:10 115:8
116:4 117:20 118:13,24
120:25 122:6 127:18
128:16,18 129:23 130:7,19
132:10 134:22 135:12,19
136:5 139:20,25 141:7
147:14 150:23 152:10,23
153:2,18 154:12 156:3
163:13 164:13 167:24
168:7 169:1 172:18 174:7
174:12 175:10,11 177:11
182:19 186:1 187:3 188:6,7
189:3 194:2,10 198:22

[question - regardless]

**question (cont.)**
200:5 202:24 204:21
208:13 209:15 216:7
217:19 219:11 222:1 225:5
227:22 233:13 234:1
239:11 240:16,17 241:18
242:17 251:19 261:11
262:22 266:24,25 267:23
268:11,13 269:8,12 276:24
277:12 281:14 282:4
288:10
**questioning**
267:22 294:14 296:3,4
**questions**
132:15 164:13 173:8 292:5
**question's**
239:15
**quickly**
197:2 200:9,20
**quite**
20:19 109:5 111:14 294:14
**quorum**
132:23 133:4,10
**quotations**
55:15,18 286:11
**quotes**
286:25

r

**radio**
217:2
**rails**
176:1,11,12,15,17 279:25
**reach**
73:13,25 78:22
**reached**
74:10 290:18
**reaching**
211:7 288:14
**read**
45:9 57:20,23 58:1,4,6,8,12
58:14 59:2,8 60:2 63:21
65:2,6 69:2 108:10 110:17
127:19 131:23 140:8,11,15
140:19 142:13 153:8,10,13
154:11,15 172:23 173:1,10
173:13 176:25 179:11
182:11 191:18 195:3,6,8,14
195:23 197:22 209:1,3
214:16 235:12 250:24
251:25 261:21 262:5 263:7
268:6 296:5 298:5,7
**reader**
189:21 190:17 191:10,18
**readily**
144:20 265:12

**reading**
37:1,10 82:21 107:3 126:18
165:11 191:16 198:13
213:3 251:22 277:20
297:19
**readings**
211:19 286:10
**reads**
98:18 288:12
**ready**
52:24 132:16
**really**
39:12 41:16,19 42:18 44:8
63:2 65:19,23 72:13 76:1
80:16 90:13 100:11 103:14
104:11 134:11 149:1
162:15,23 192:3 196:11
204:4 213:14 231:21 232:6
241:19 256:12 265:15
272:7 274:6
**realm**
249:2
**reask**
204:23,24
**reason**
142:15 144:4 170:12
203:18,25 275:13,16 299:5
299:6,8,9,11,12,14,15,17
299:18,20,21,23
**reasons**
171:12,15 199:1
**rebecca**
6:16
**rebuttal**
7:17 14:7 45:9 56:18 57:24
58:1,4,9 59:6,10 194:25
196:20 197:13 200:12
201:5,18 203:10,16 291:9
**rebutting**
69:12,17
**recall**
15:21 19:15 24:11,12 25:22
26:10 37:12,14 45:3 52:25
54:14 75:4 108:8,12 127:25
128:25 132:8 143:22 145:2
148:6 155:14 208:11
249:21 250:3,5,7 293:7
294:13,17
**receipt**
229:7
**receive**
36:6 224:4,11 234:11
**received**
13:15 14:3 18:3 33:16 34:1
36:3 37:19 38:8,13 39:23
40:8,13 41:1,11 42:7 43:21

**received (cont.)**
46:10 48:17,23 50:7,7
73:18 89:7 131:19 154:5
171:23 202:18 220:18
221:6 223:12,20 224:10
225:14 226:14,16,24 227:5
227:19 228:13 229:12
231:21 232:1 234:5 290:9
290:15
**receives**
92:19 239:19
**receiving**
38:16 42:19
**recess**
74:21 119:23 166:4 207:13
254:3 290:2
**recitation**
186:8
**recitations**
189:23
**recited**
209:2
**reciting**
191:14
**recollection**
83:13 211:1
**recommended**
159:18 161:21
**reconcile**
111:12
**reconciling**
111:21
**record**
10:6 11:7 74:20,24 119:22
119:25 166:3 167:3 207:12
207:15 250:25 251:24
254:2,5 290:1,5 292:22,25
297:9
**recreation**
156:22
**redirect**
292:9
**reduce**
151:17 154:20 273:19
274:5,9
**refer**
26:23 27:1 51:1,4 54:24
58:22 59:4 70:14 75:6
77:19 83:24,25 87:13,14
124:13 126:25 127:12
128:1 135:10 148:4,8 158:6
159:16 170:22 185:19
186:21 201:11,20 216:18
217:16 283:13
**refereed**
27:20,22

**reference**
37:22 48:13 50:6 54:13,25
98:25 106:19 126:20 132:4
142:5 144:19,20 155:14
156:17 163:7,9,16 174:14
177:5 182:18,20,21 183:15
183:17 184:1,8 214:23
249:15 250:6 270:15
284:17 289:3,16
**referenced**
46:24 67:18 79:14 81:14,25
82:8 107:9 140:13 185:21
270:13
**references**
47:22 142:23 144:2,21
148:2 170:3 183:18,21
185:19 258:10 284:19,25
288:9
**referencing**
47:13 50:9 54:5 69:8
102:16 284:1
**referred**
18:14,15 27:12 39:8,10
44:5,10 53:6 90:11 96:4
143:18 149:3 152:7 158:7
161:13 216:25 217:1,4
**referring**
32:25 52:22 54:13 59:19
80:7 84:19 97:23 104:5
105:3 106:12 107:23
130:25 145:23 149:22
161:10 168:12 174:23
176:17 184:5 185:5 198:7
200:12 201:17 206:22
226:23 249:10 269:24
285:22
**refers**
127:13 146:2 154:16 169:8
170:24 209:24 271:19
286:1
**reflect**
43:1
**reflected**
167:19 247:15
**reflects**
248:17
**regard**
158:18 159:1
**regarding**
18:2 21:24 42:14 49:16
66:22 91:1 110:21 133:17
135:3 145:14,24 146:24
190:25 193:22 212:10
223:11,19 265:5,6 293:23
**regardless**
69:16 256:1 262:19 263:1

[regional - retail]

**regional**
3:8,12
**regular**
89:9 284:11
**regulated**
143:6
**related**
22:16 49:16 54:23 64:4,6
65:1,1 106:9 110:3 137:22
143:25 212:15 282:16
286:9 297:15
**relates**
86:14
**relating**
64:22
**relationship**
34:6,9 89:10 92:1 94:4
109:13,19 122:23 133:11
156:18 219:12 227:25
228:12 235:11
**relationships**
89:5 92:5
**relative**
28:24 29:1,5 40:8 156:16
189:10 190:10 191:2 194:8
194:13 208:23 213:20
214:7
**release**
47:1 55:11,13 159:17 274:4
**released**
54:4 125:23 126:16 129:20
130:17
**releases**
46:23 47:6,9 48:8 52:17
53:1,18 79:10 161:21 246:1
246:3
**releasing**
279:10
**relevance**
115:24
**relevant**
56:9 58:5 78:23 231:8
232:9
**reliable**
162:15,19 223:11,18,22
**relied**
62:14 63:10 144:16 277:10
**rely**
59:23 60:15 63:19 144:18
144:25 158:4 180:11 223:8
249:23
**relying**
60:5
**remained**
222:2

**remaining**
116:9 222:13 226:5 244:4
244:10 245:2 246:10 247:7
**remains**
168:3
**remind**
182:22
**remittances**
260:25
**remote**
4:9,10,11 5:7,19 6:7
**remotely**
3:1
**render**
187:24
**repeat**
11:19 25:14 29:1,14 33:2
35:4 48:21 55:25 57:8
60:11 67:13 92:12 109:17
112:13 118:12 119:6
128:18 137:11 141:7 153:9
179:17 194:10 262:22
264:16 266:25,25 267:1
**repeating**
160:20
**rephrase**
152:23 229:8 268:1 277:11
281:15
**replaced**
257:3
**report**
7:13,17,21 13:21 14:7 15:3
15:7 16:6,15,25 24:16,19
25:12,16 32:1,13 36:11,12
36:13 37:2,5 38:9,11,17
42:1 44:4,9 45:10,12 48:10
48:18,19 49:4,5 50:17 51:1
51:3,20 52:1,13,17,19,21
53:2,7 54:10,16 55:4,8,13
55:18 56:8,10,18 57:23
58:4,5,6,9,13 59:6,10,24
60:1,4,17,20,25 62:15,19
63:20 64:16 68:23,25 69:8
69:8,15 70:6,16,21,25 75:7
77:10 79:15 81:22 84:12,18
87:13 93:6 107:9 123:3
124:13 125:4 128:21 132:6
135:3,6,10,12,16 136:23
138:11 142:23,24 143:18
143:23 144:22,25 146:10
146:11 147:8 155:21 156:5
156:23 158:8 162:11
168:20 172:9 175:17 177:1
185:2,12,17 186:15,17
187:18 188:22,24,24
189:22,23,24 190:17

**report (cont.)**
191:10 195:1 196:20
197:13 198:9 200:12 201:3
201:5,12,17,19 202:24,25
203:10,16 207:3,18 209:2
217:1,5,17 219:8 223:5
232:18,20,25 233:19
234:20 236:23 239:23,25
241:1 242:9,20 243:13
244:16 247:4 255:14
257:13,25 261:16,17 262:9
264:13,20,23 265:5,17
287:2 293:5 294:16,22
**reported**
1:23 193:4 297:10
**reporter**
10:13,22 11:1 13:3,6 14:24
29:14 60:11 70:24 96:7,9
119:6 137:11 155:6 164:23
164:25 192:10 212:2 268:6
297:11
**reporting**
10:13,15
**reports**
14:18 35:20 37:2 57:19,20
57:24 58:2,11 64:1,11
128:1 213:8,16 215:16
216:1 291:8,8,9
**represent**
185:12
**represented**
11:14 95:12,17 208:1,16
211:9 247:21
**representing**
35:12 247:1
**represents**
220:8
**reputational**
199:1
**request**
9:21 38:1,13 94:15 296:4
**requested**
37:16,21 48:4,12,15 50:4
216:24 217:3 297:20,20
**requests**
192:10
**require**
263:10 279:16,18,22 280:2
**required**
92:20 130:3 163:2,19
**requirement**
124:3 178:13 263:16
**requirements**
172:21,24 173:7,14 175:4
177:17

**requires**
149:20,25 182:13 279:12
**reread**
182:22 198:1 268:10,13
271:10 291:8,10
**research**
30:5,6,9,15,16,19 53:24
75:20 77:14 83:17,18,19
84:3,6 88:6 90:22 91:3,7
93:1,21,24 199:6 287:1
**researched**
90:20
**researchers**
199:8
**researches**
87:5
**researching**
91:11
**research's**
31:7
**resilient**
119:11
**resources**
184:16
**respect**
39:10 47:7 73:20 92:6,9,15
94:3,14 96:23 97:6 158:21
188:5,16 222:8 223:1
224:19 239:6 247:14
258:13
**respective**
297:16
**respond**
169:18 177:16 281:8
**response**
96:21 118:23,24 133:1
**responsible**
168:23 169:3,13,23 170:10
171:5
**rest**
27:21 174:17
**restate**
52:4 84:14 251:19
**restrictions**
85:10
**restroom**
119:19
**result**
41:9,22 44:1 66:4 258:1
**resulted**
41:21 46:5 73:21 244:24
**results**
53:25
**retail**
236:2 270:8,25 271:25
272:12,20,23 273:3,8,9,11

[retail - search]

**retail (cont.)**
280:21
**retain**
290:17
**retained**
12:7,10,12 24:25 25:4
191:12 290:8
**retention**
34:20 35:2,6,11 69:25 70:2
72:1,4
**return**
256:25
**revenue**
236:11 239:12 251:11
253:7 270:8
**revenues**
107:17,25
**review**
20:20 34:24 36:15 39:16,18
46:16 50:22 51:13 64:21,21
66:16 70:5 71:15 81:21
132:14 171:7 173:6 188:25
245:12 246:8 259:1,25
260:1 277:22 282:12
295:18
**reviewed**
27:7,24 58:15,20 107:12
110:10 123:7 144:24
180:24 184:15,17,24 186:9
209:10,24 215:1 223:25
257:24 261:15 264:23
**reviewing**
65:5 181:24 293:18
**revoked**
22:12
**reward**
288:15
**rewards**
143:6,20 288:12
**rifkind**
6:5
**right**
18:16 20:20 23:14,21 32:3
32:15 37:20 43:4 56:23
60:2 68:20 69:9 76:5,23
80:6 94:5 96:25 100:24
120:5 128:12 130:1 134:20
135:7 136:4 143:9,10
146:25 157:23,25 158:2,13
165:2,22 168:13 169:9,19
174:9 175:9 180:3,8 184:4
184:15 185:25 190:12
198:6 199:17 201:10
203:23 206:8,25 207:10
209:3 210:25 216:15
221:10,14 222:4,24 223:14

**right (cont.)**
224:11,22 228:15 229:17
237:3 240:18 241:19
242:25 245:25 246:5,25
248:20 250:8 254:20
261:24 265:20 267:20
271:18 273:5 281:18,21
282:8 284:12 285:24
289:24 290:14
**ripple**
1:7 2:7 4:3 5:3 6:16 10:10
12:12,15,16 23:17 34:11,22
35:3,8,8 37:6,7 41:8,11,12
41:17 42:20 46:10,11 48:6
48:6 52:18 53:1,10,15,17
53:17,18,21 54:10,16,18
55:2,7,9,11,16 60:4,9,14
61:13 62:2 64:12,20 65:11
65:14 66:3,6,11,12 72:3
73:11,18 76:22 77:12,13,18
77:18,24,25 78:2,6 79:8
80:17,22,23 84:1 86:18,24
87:7,24 88:2,8,11 90:17
91:24 92:2,19 93:2 94:7
99:6,12,23 100:1 101:2,5,7
101:8,18 107:2 108:24
110:11 127:4,21,22 128:3
129:6 148:2,14 160:7,10
161:2,15,17,21 162:4,18,19
162:24 164:8,16,19,19
165:2,5 167:25 171:1,1,2
181:13 184:24,24 185:14
185:14 186:17,23 187:5,7,8
187:9,11,21 188:2,17,19,25
189:8,9,17,18 191:6 192:19
193:7 196:13 203:4,5
204:10,12 205:2,4,17,20
206:6,12 211:20 215:16,22
225:12,23 226:7,7,9,16
228:7 234:6,11 257:9
273:19,25 274:7,11 276:19
277:24 278:3,4,19 279:4,10
279:11 280:11 282:15,22
283:1,18 289:17 299:3
**ripple's**
18:24 33:21 37:10 42:4,8
43:9 50:11,21 53:6,23
63:11,18 64:17 65:5 84:11
84:17 94:15 98:18 106:19
106:23 107:12,17,25
134:15,24 135:22 136:10
159:17,24 160:4,6 161:16
162:17 163:10,17,25
164:19 165:7 169:5,8
179:13,19 204:11 205:3
225:23,25 226:13,17

**ripple's (cont.)**
248:25 249:6,9,15 257:1,2
257:3 276:25 277:6 278:12
278:15 280:4,10,22,24
281:1,10
**ripplex**
61:3
**risk**
173:23 174:9 198:24,25
258:13 259:13
**risks**
163:25 259:2,6
**risumi**
26:17
**rmr**
1:24 2:20 297:24
**rocket**
111:1,5 112:15 113:18
115:10,22,24 117:2,11
119:3,5,8,14
**rocket's**
111:1 119:10
**role**
32:22 33:5 75:5,9,13 83:16
92:6,9,14 121:23 197:19
**ross**
79:2 81:12
**roughly**
145:8 225:10
**round**
234:18
**rounds**
39:23 49:14 50:3 248:14,16
**rubric**
229:15 254:8 255:8
**rule**
118:9
**rules**
66:22
**run**
85:6 86:19 87:11 94:8,16
94:23 95:1 199:4,4,5
**running**
87:18 92:7 199:6,16
**runs**
85:3

**s**

**safe**
281:10
**safes**
116:22
**safety**
132:25 133:22 134:4
135:13,15
**sale**
276:25

**sales**
107:18 108:1 277:2 278:7
278:16 280:24 281:1,10
285:18
**salient**
146:16,17
**sat**
45:16
**satisfy**
99:19
**satoshi**
140:12
**save**
298:9
**saying**
111:24 114:9 123:4 126:4
199:11 222:11 229:22
240:10 286:12
**says**
69:6 77:12 85:13 101:20
132:23 134:5 137:1 142:7
143:1,4 163:18 172:20
173:19 174:15 177:7 178:4
179:2 180:10 182:16
196:23 207:22 217:10
234:24 244:3 248:24
260:21 263:9,9 270:5 274:5
274:13 282:15 283:5
287:18 289:4
**scalable**
263:13
**scaravello**
4:19
**scenarios**
187:12
**school**
22:6 65:18 79:3,3 81:1,2,10
81:12 83:14,15 93:16,17
**school's**
66:22
**schwartz**
58:24 72:16,25 110:12
126:9 161:13
**schwartz's**
126:19 127:20
**science**
21:13,16 22:24 23:1 91:15
93:22
**scientific**
105:11 106:2 197:15
**scientist**
119:14
**scott**
4:11
**search**
40:2 47:13,14,15 187:19

[search - sites]

**search (cont.)**
234:17 293:24,25
**searches**
215:5,13,14,15 216:2,3
245:16,24 246:7
**sec**
6:17 7:11 8:2 10:10 11:10
13:15 14:3 58:2 64:23
131:19 154:5 171:24
202:18 293:22 299:3
**sec.gov**
3:17,18,19
**second**
81:24 106:20,21 125:8
158:17 163:15 172:19
179:2 182:8 198:19 217:22
218:4 219:15,20 220:3
224:16 225:19 249:19
250:8 272:8,10 278:8 285:8
**secondary**
113:20 114:20
**seconds**
176:21 191:4,4
**sec's**
34:21 35:8
**section**
19:14 21:1,4 93:2 135:15
172:23 174:15 184:12
192:20
**sectors**
228:4
**secure**
98:5 209:12,19 210:25
214:3
**secured**
157:7,15
**securely**
141:18
**securities**
1:4 2:4 3:7 183:25 210:17
**security**
96:2,13,25 97:8,17,19,19
97:22 98:10 184:7,9,13
186:4,5,22 187:18,20,24
188:10 190:15,20 192:4,5
193:5 208:10,23 209:8,22
211:2,9 212:13,22 213:5,11
214:11,18 215:3 258:13
259:5,13
**seek**
33:18 215:20 216:8
**seeks**
274:8
**seen**
37:22 48:8 51:11 81:13,15
107:20 132:2,4,11 154:25

**seen (cont.)**
155:11 172:12,17 191:7
**select**
161:11 162:24 214:25
247:23
**selected**
31:16 206:3 215:6
**selecting**
248:18
**selection**
160:5
**selects**
161:15 173:21 174:7
**self**
31:19 141:19
**sell**
272:25 278:19,23 279:6,11
**seller**
236:2
**sellers**
62:10
**sending**
283:19
**sends**
142:7 287:14
**sense**
63:22,22,23 64:5 153:24
233:12
**sentence**
60:6 77:12 80:9 85:13
98:25 99:2,3,20 106:20,21
140:21,23 141:16 142:20
143:4 144:5 145:24 146:1,2
146:3 147:11 152:11
153:10,12 155:16 156:15
157:4,22 158:2,17 161:1
162:11,13,23 163:15,23
167:8,20 168:25 170:21
175:6,20 176:24 177:7
178:9 179:2 180:8,10
181:23 182:6,8,11,16,22
183:22 184:3,5 196:23
197:8 198:18 199:24 201:6
223:8 244:6 245:1 248:24
249:10,14 251:7 260:21
261:12 262:2,7,12,13 263:7
263:9 270:4,23 271:8
272:10 273:7,10 274:13,20
274:21 275:3 276:9,17
277:5,10,16 278:8 282:14
282:21 284:2,5,15 285:8,20
287:13,18 288:3 289:4
294:2
**sentences**
137:5,8,13 154:11 155:4,17
155:20 156:19 163:1

**sentences (cont.)**
168:20 293:10,11,12,23
294:1,2
**separate**
174:4 276:18 277:22
291:24
**separately**
213:14 224:25
**series**
188:9
**serve**
23:15 31:16 100:9
**served**
23:13,17 31:10
**server**
134:8 174:17 211:5
**servers**
178:7,14,18,19 289:6
**server's**
174:19 175:13
**serves**
168:24
**service**
6:18
**services**
12:8 35:16,22,25 36:7
85:19 191:12 239:10
282:17
**servicing**
100:7
**serving**
33:24,25 245:9
**sessions**
291:11,13
**set**
19:22 55:23 56:3,13,18
60:16 69:7 70:6 73:14 93:6
108:17,17 151:9 167:10,13
174:15 175:8 188:24 189:7
198:12 211:10 219:7
232:14 241:25 247:22,23
256:17 264:20 265:3 267:5
269:14 294:15 297:17
**sets**
70:16 251:12
**setting**
46:12,15 55:16 68:20 94:21
187:13 214:14 244:25
247:5
**settle**
176:18 273:21 274:10
**settled**
176:11
**settlement**
175:24 260:24

**settlements**
100:3 282:17
**setup**
286:1
**seven**
23:23 24:10,13 25:3,6
**shadow**
131:3
**shared**
167:10,13
**sharing**
274:16
**sheet**
298:11 299:1
**shereck**
6:18
**shift**
294:12
**short**
45:24 46:1,2,4,7
**shorthand**
297:11
**show**
154:2 171:21 277:19
**side**
63:3,4 197:25
**sign**
66:23 296:5
**signature**
13:24 14:11
**signed**
298:17 299:24
**significant**
95:23
**signing**
297:19
**similar**
233:5,8 293:5
**simply**
115:20 116:19 117:4
**single**
110:5 111:5 112:18 113:6
113:11 137:20 138:17,22
139:5,15 140:2 149:20
150:1 151:3 248:24
**sir**
14:25 18:17 109:10 135:19
150:3 169:9 281:19
**sit**
45:20 64:19
**site**
50:12 65:18
**sites**
47:24 50:12 54:24 195:10
213:7 246:2,4 260:14
289:17 294:4

[sitting - started]

**sitting**
15:21 19:15,25 20:21 33:13
33:14 34:17 37:12 45:3
52:25 54:14 66:14 68:24
78:1 108:7 110:19 127:2
134:19 136:16 146:22
156:25 165:19 170:8 173:2
177:20 180:3 183:20
202:11 203:17 259:7
261:20 262:1 284:18 288:2
288:23
**six**
27:2,3,6,9,12 124:3 246:24
247:1,5 248:3,18
**skeptical**
215:22 216:9
**skipping**
180:7
**sloppy**
201:11
**slow**
70:24
**slower**
125:11
**small**
273:12
**smaller**
168:22 169:2,12,16,22
170:9 171:4
**smart**
16:8 79:18
**smith**
16:23
**sn**
1:6 2:6
**snapshot**
240:13,17,19,24 241:4
242:16 243:7 254:25 255:4
270:22
**software**
75:16 92:20 274:8 278:20
279:9,11
**sold**
277:24 278:4
**solution**
283:6
**solutions**
282:18
**solves**
251:2
**someone's**
50:17
**sorry**
25:14 29:1 43:23 46:2
47:21 53:5 58:22 66:24
67:13 74:13 76:2 77:4

**sorry (cont.)**
82:13 84:24 85:24 89:22
92:7,12 95:7 102:21 111:14
113:24 117:6 126:4 136:17
147:3 153:8 155:18 156:3
161:3 163:13 164:23,24
175:10 177:24 182:5,19
184:2 192:11 194:10
199:13,14 200:14 202:3
203:14 204:22 209:14
211:6,21 212:3 217:25
218:3 221:15 222:21 223:4
229:19 230:16 234:21
247:3 255:2,7,11 258:19
260:9 264:15 266:24 268:4
269:25 277:11 281:25
282:1 287:11 290:20
**sort**
31:13 34:25 44:12 47:8
54:5 61:8 63:5 65:20 66:3,4
66:16 67:6 75:22,24 82:23
89:9 93:20 99:21 100:4
102:11 103:25 104:25
105:12,25 106:4,12 121:1
134:6 148:4 149:7 157:12
160:15 170:2,4 181:12,12
187:14 193:6 195:11 210:7
210:12,14 213:10 217:17
223:25 225:1 233:7 236:14
238:2 263:5 265:4,13 275:6
275:17 276:2
**sorts**
195:9 265:13
**sought**
107:6 273:19 274:5
**sound**
245:25
**sounds**
110:13 289:24
**source**
53:7,19 54:16,18 55:7,9,17
101:10 102:9 103:22
104:19 138:5,13,14 142:16
145:19 146:7,23 157:11
158:4 170:21 176:25
181:25 183:21 186:17,19
187:9,10,11,19 189:17,18
191:6 201:8,10 209:18
214:15 223:11,18 269:13
287:23 288:3,19,24,25
289:13 293:6,20 294:7
**sourced**
197:9,23
**sources**
49:17 50:10 53:10,13 54:6
55:16,24 56:4,24 59:23

**sources (cont.)**
60:5 80:19 123:6 132:5
144:13,23 147:15 148:21
156:20 170:25 171:1,2,3
172:9 184:15,23 185:14
186:11,21 187:5,7,9 188:12
188:17,18,25 189:24 190:2
190:4,6,7 191:15,22,24
192:19,20 208:7 209:2,10
209:16 214:25 215:21
216:8,13 238:3,5 257:24
261:15,17 262:9 264:12,22
**sourcing**
77:19
**southern**
1:2 2:2
**space**
56:8 75:25 142:4 148:12
199:9 223:10 233:6 269:17
269:21
**speak**
68:3 72:11,22 185:21
**speaker**
192:10
**speaking**
79:12 89:1
**specific**
15:18 18:1 19:13,14 21:19
26:25 53:15,17 54:12 55:1
60:18 62:11 65:1 96:18
108:4 136:4 142:5,19,25
144:18 145:24 162:14
189:6 191:24 195:14
196:10,10 198:5 200:3
201:20 232:16 233:24,25
258:15,22 259:15,17
271:15 276:1,6 279:25
284:25 286:11
**specifically**
61:12 63:4 70:15 142:21
145:23 147:15 160:12,22
161:10 179:15 185:5,22
186:21 203:15 209:22
262:11 275:4 286:16 287:6
288:1
**specifics**
142:14
**spectrum**
232:7 246:22 252:9 255:25
**speculate**
133:8 134:17 204:17,18
255:22 266:8 267:12
**speculating**
162:7
**speculation**
119:13 173:25 205:23

**speculation (cont.)**
206:16 257:7 262:21 266:7
266:23 269:6 281:5
**speculative**
206:18 257:8 263:2
**speech**
90:9
**speed**
96:2,12,24 97:7,11 122:20
122:24 124:10,15 175:23
176:14 177:5 184:6 192:25
193:1,2 208:9,20 209:7
214:17,20 215:2 273:22
274:11 285:10,21 286:7,13
286:16,24
**speeds**
191:1
**spend**
275:23 291:16
**spent**
294:13
**spirit**
79:7
**spoke**
75:3 89:20
**spoken**
89:16,25
**spot**
39:3
**square**
5:8
**ss**
297:2
**stack**
190:7
**staff**
16:7 92:18
**stake**
108:23 124:17,22 125:7,12
**standard**
35:21 66:18 87:4,14 159:5
250:13 260:23,24 261:7
**standardization**
262:3 263:10
**standardized**
158:18,25 159:8
**stands**
93:11
**start**
32:2 34:2 62:25 98:20
100:11,18 125:20 127:8
139:13 167:5 173:11 185:7
202:5 207:4 246:18 271:3
272:1 278:22,22
**started**
23:7 30:25 45:24 60:25

**[started - sybil]**

**started (cont.)**
74:4 82:19
**starting**
197:25 221:10,10,11 275:8
**starts**
177:8 178:9 180:9 182:9
219:18 283:2 285:8 287:14
**state**
11:6 41:6 88:20 148:4
174:19 175:13 179:5
214:24 261:7 297:1
**stated**
50:17 86:24 129:16 171:13
171:15 173:17 187:5,7
191:15 268:11 287:8 295:7
**statement**
56:9 77:16 80:7 99:18
107:20 108:5 134:10
141:23 142:12,16 143:12
144:18 153:25 157:11,12
162:16 169:11 176:2,14,23
185:6,7 187:17 193:22
195:3 200:13,18 236:23
260:3 262:16 265:14,16
268:7 275:7,9,12,18 284:17
284:20,25 286:17,20
287:23
**statements**
50:5,22 51:1,8,14 66:13
107:12,21 133:20 145:4,14
148:20,22,25 149:1,8,8,9
185:11,20,20,23 186:22,23
188:10,12 196:13 245:15
265:4,17 278:3 293:12,25
**states**
1:1 2:1,20 3:7 60:3 69:10
105:19 170:4 264:4
**status**
8:9 94:2
**steen**
5:18
**stella**
6:17
**step**
40:24 224:22 225:19
231:15 232:5 244:10,10,24
244:24
**steps**
40:23 49:25 54:8,15 99:5
177:13 184:25 185:15
186:18 189:1 216:8 221:22
222:6 224:19 228:24 239:8
239:16 245:4 246:9 247:13
273:25
**sticking**
255:15

**stimulate**
76:2,2
**stipulations**
9:11
**stop**
134:15 135:22 136:11
163:4
**stopped**
94:19 134:25
**store**
141:18
**straight**
186:17
**strategies**
99:15
**strategy**
65:22,22 279:6
**street**
3:13 5:9
**strictly**
199:11
**strike**
20:25 26:12 34:7 80:3 83:7
85:24 91:1,10 92:7 98:3
138:2 140:8,22 155:18
158:10 163:7 173:20 182:5
182:6 188:22 192:15
195:21 208:19 233:17
235:9 236:15 238:17
240:11 241:12 258:19
262:6 268:17 269:13
271:23 272:8 280:25
287:16 291:2
**strive**
151:17 152:1 154:20
**striving**
152:2,4
**structure**
56:8 91:21 130:9,10,15
155:16 156:15
**structured**
76:14
**structuring**
233:25
**struggling**
191:10
**student**
16:11 17:15 18:19 39:8,9
39:12,21 42:11,12 44:23
45:2,15,17 46:15 91:16
**students**
16:7 29:21 65:20 67:4
89:24,25 90:2
**student's**
39:18

**study**
67:10,17,25
**styra**
44:10,13,19 45:6 46:13
234:14 247:2
**styra's**
44:20
**subject**
1:12 22:15 66:17 296:3
**subjectively**
167:21 168:2
**submission**
37:7,10 63:12,16,19,21
64:18 65:5 277:6,9,15,23
**submitted**
25:13,16,20 84:12,18 242:8
243:13
**submitting**
45:12
**subsequent**
94:3
**subset**
39:14 168:22 169:2,12,16
169:23 170:9 171:5 184:7
213:23 221:13,15 224:20
225:3,4,5,20 232:9,12,13
243:23 247:9
**subsidizing**
251:15
**substance**
244:21 290:12
**substantial**
224:13 241:25
**subtitle**
49:13
**successful**
100:23 198:10 236:24
237:4 257:17 265:7,7 281:3
**sufficient**
109:24
**sufficiently**
115:6
**suggest**
287:19
**suite**
3:14 5:10 283:19
**summarize**
295:20
**summary**
186:8 270:24 271:11
**sumner**
5:8
**super**
179:3,8
**superior**
96:12 97:5 210:5

**supermarket**
237:10,14
**supervise**
30:6,15
**supervised**
84:4
**supplemental**
14:18
**supplied**
38:21 48:3 51:24 52:7,14
53:12
**supply**
51:19 57:13 288:14
**support**
9:1 171:4 284:20
**suppose**
110:25
**supposed**
159:5,6
**sure**
11:20 21:17 25:15 27:11
29:3,7,15 30:13 31:2,12
33:3,13,14,23 35:5 36:24
42:16 48:22 50:14 52:5
56:1 57:9 58:23 60:12
64:19 66:21 67:15 68:9
74:16 78:11 82:22 84:15
92:13 94:12 96:19 109:18
112:14 115:2 116:10 126:2
127:2,19 128:19 134:19
135:20 137:12 141:8
145:19 146:14,22 152:24
153:11 156:25 162:9
165:24 174:5 178:8,22
185:8 188:4,5 194:11
202:10 207:8 216:6 222:20
229:8,10 244:12 251:20
253:24 254:7 262:23 264:1
275:5 277:13 281:14,16
283:15 285:19 288:5,23
**surprised**
66:9
**suspended**
22:13
**sustained**
141:19
**swear**
10:22
**switch**
119:16 292:13,16,18
**switched**
21:18 22:6
**sworn**
10:24 297:6
**sybil**
110:15,17,18

**[sylvester - times]**

**sylvester**
3:9 7:4 11:4,9 13:7,17 14:5
15:2 17:7 29:15 60:12
74:12,16 75:1 77:6 112:22
112:25 119:7 120:2 131:21
137:12 154:7 155:8 165:21
166:1 167:4 171:14,19,20
172:1,3 202:20,22 207:8,16
251:21 253:23 254:6 261:4
261:8,10 268:12,19 289:22
290:6 292:4,11,14 293:14
294:13,18 295:1,13 296:7
**sylvesterm**
3:17
**system**
106:16 111:2,6,10,17 112:1
112:11,13,17,18 113:1,7,12
113:13,19,20,21,25 114:16
114:20,21 115:14 116:3,16
116:20 117:7,14 118:1,10
118:18,25 119:2,11 130:4
132:24 133:22 134:5
138:21 139:1,1 141:19
179:2 198:11 258:16,23
259:20
**systems**
114:4,10,12,13,17,18
115:11,19,19 116:1,3,10,18
116:19 117:2,4,11,13
118:16 119:4,9
**system's**
116:5

**t**

**table**
51:2,5 193:7,12 250:1
257:14,16,21 258:1 259:9
265:8,9
**tail**
255:24
**taken**
2:16 11:17,21 21:12,19
74:22 117:4 119:23 123:1
155:12 166:5 187:4,6
207:13 254:3 290:3 297:8
299:2
**talk**
41:14 55:2 106:1 146:11
148:7 186:21 192:9 210:17
232:24 279:7
**talked**
90:15 108:13 226:2 259:3
**talking**
74:4 102:18 108:11 127:7
160:3 208:5 213:8 271:20
**talks**
65:19 137:25

**tapjets**
286:15,17,20
**tatz**
5:19
**taught**
22:24 23:1,9
**tax**
98:11 211:18 213:10
**teach**
21:21 23:3 61:16 65:10
66:2 67:1
**teaching**
21:23 23:7
**teachings**
30:4
**tech**
31:19
**technical**
63:4 168:11 169:18 173:16
174:1 177:17 181:19
182:25 183:5 193:17 204:4
211:2 213:1,2 259:10,22
295:4,23
**technically**
179:25
**technologies**
44:11,13 74:9 95:21,24
99:16
**technology**
21:20,22,25 22:2,23 23:4,8
24:19,22 26:1,6,9,14,22,24
31:20 32:6 40:9 61:10,10
62:16,19 63:6 65:17,21
67:5,6 75:23 95:13,18,23
96:5,6 97:12,18,21 98:21
99:14 100:7,10,14 140:24
142:4 148:13 189:10 190:8
190:20,25 193:18 208:2,17
227:16 248:25 249:6,9,15
259:1 260:1 278:10,17
299:6 289:8
**telephone**
3:16 4:14 5:12,22 6:10
**tell**
154:10 190:18 281:24
**telling**
252:18,18
**ten**
26:11 48:7 140:17 148:12
210:13
**term**
12:18,20,23 28:8 93:18
106:3 108:15 110:15
181:11 275:11
**terms**
52:14 178:22 206:24 207:1

**terms (cont.)**
233:14 245:14,14,15
275:25
**test**
68:16 198:12
**tested**
101:6
**testified**
10:25 120:4 122:19 242:22
295:7
**testify**
297:6
**testifying**
12:4
**testimony**
25:9 58:16,18,20 112:4
160:21 222:5 227:23
241:14 267:24 268:14
293:7 294:17 297:10 298:6
298:9
**testing**
221:12
**text**
148:4 155:5,8,19 156:4
277:10,16
**thank**
11:1 13:6 20:15 29:22
46:14 96:9 112:23,25
164:25 202:20 261:8 292:6
292:7
**thanks**
27:17 296:8
**theoretical**
220:14
**theories**
133:19
**theory**
28:9
**thereof**
154:19
**thing**
68:3 184:2 187:16 267:2
**things**
73:15 75:17,18 86:16 134:2
134:4,7 140:25 266:3
**think**
27:5 31:13 49:9 50:23 51:9
68:17,24 78:23 104:14
114:23 116:23 122:13
123:4 141:14 143:19,24
152:7 168:6 169:7,17
179:21 192:13 200:3
218:10 222:4 226:1,21
229:15 240:10 241:8,11
243:4,16 245:20 247:17
248:7 255:5 266:8,9 271:14

**think (cont.)**
271:19 281:17 283:15
292:17 293:16
**thinking**
212:14
**third**
2:17 4:12 10:17 41:18 80:9
101:17,21 102:3 103:23
104:20 106:8 126:10
129:21 175:3,6 187:8,15
235:4 244:3 260:21 283:21
283:25 284:3,13,21 288:16
**thirty**
287:12
**thought**
113:9 231:15
**thousand**
263:25
**three**
12:2 31:3,4 40:23 49:15,17
78:15,25 79:5 80:1,16,18
80:25 81:3,5,7 83:11 93:13
93:25 94:5 115:10,19 116:1
116:17,18 117:2,11,25
118:16 119:4,8 137:4,8,13
145:23 168:24 173:13
187:12 191:4 259:6 260:11
260:15 287:12 291:24
**tied**
231:10
**ties**
236:22
**time**
10:6 15:6 22:1,3,5,6 31:14
32:11 33:10,24 36:17 45:11
53:22 60:24 64:23 67:4,24
74:3,15,20,24 75:2 78:25
87:8 97:12 101:10 111:20
119:22,25 124:15,17 125:5
125:7,21 126:15,23 127:9
127:23 128:5 129:14 131:8
139:13 140:14 161:7 166:3
167:3 168:22 169:21
176:21 184:22 196:1 203:7
207:7,12,15 211:13,17
214:8 224:24 225:17
230:13,14 240:8 241:1
242:15,16,19 243:7,10,12
243:20 253:22 254:2,5
255:1,4 262:5 270:22
288:16 290:1,5 292:22,25
294:14 296:11 297:8
**timeline**
49:14
**times**
12:1,2 210:13,13

**[timing - understanding]**

**timing**
231:11
**title**
42:8,18,21
**today**
10:16 11:13,15 12:5,15
15:22 19:15,25 20:21 33:13
33:14 34:17 37:12 45:3
52:8,25 54:14 68:24 78:1
108:7 127:2 130:23 132:12
134:19 136:16 146:22
149:16 156:25 170:8
172:13 173:3 177:20
183:20 199:21,22 202:1,8
202:11 203:17 259:7
261:20 283:10 284:18
288:2,23 291:1,3,5 292:2
293:3,19 294:14
**today's**
10:7,13 295:7 296:10
**todd**
5:5
**tokenization**
89:23 90:13,19
**told**
22:22 186:6
**tolerance**
120:22
**tools**
106:4
**top**
89:22 133:20 136:24
217:22 218:4 257:17
289:10
**topic**
26:14,22,23 28:2,4,5,12,13
28:20 70:10,14 71:10,18
90:2,9,12,20,22 106:1
193:23 195:15 207:6
294:12
**topics**
208:25 215:21
**total**
226:18,19 245:1 291:21
**totality**
23:23
**totally**
230:18
**touting**
251:13
**track**
90:5
**traction**
224:13
**traded**
260:15

**trades**
270:9
**trading**
260:9,12 264:5 266:12
271:8,12,17,22,23,24 273:5
**traditional**
175:25 176:11,15,17
**transaction**
97:11,13 121:15,16 122:1
122:17 124:6,7,18 130:22
136:11 142:8 152:15,19,21
153:1,17,20 157:6 175:25
191:5 274:14 287:15
**transactions**
86:4,8,12 97:25 102:11
103:24,25 104:21 120:25
121:18,21 125:11 129:25
130:3 131:4,7 134:15,25
135:23 142:9,14 153:5
157:6 158:21 159:7 161:8
163:3,20,22 168:24 169:1,4
169:14,24 170:11 171:6
175:24 176:10,18 177:5
197:1 200:2,8,20,25 202:1
202:8 204:13 205:5,21
206:14 208:21 239:14
273:21 274:10 279:15
**transcribed**
297:12
**transcript**
10:20 296:6 298:6,8
**transfer**
154:17 260:23
**transparency**
252:7,8 253:8
**transparent**
251:4,8,9,16 252:16,19
253:9
**triaging**
233:3,10
**trial**
101:9
**triangle**
31:21 198:20
**trickles**
80:25
**tried**
250:18
**tries**
152:8 218:19
**troncoso**
150:19 198:3
**true**
101:2 170:9,15 186:19
187:4,7 199:21,22 220:24
297:9 298:8

**trust**
110:8 151:18 154:21
**trusted**
149:20 150:1 151:4 152:18
153:19 160:13,23 161:1,4
161:22 162:2,10 178:6,14
178:18 180:11,16,22
182:13,18,21 183:11
**trusting**
162:12,14
**trusts**
161:17 167:21 168:2 179:4
256:4
**truth**
297:6,6,7
**truthfully**
12:4
**try**
106:3 112:8 133:18 152:24
216:8 228:21,24 278:23,24
278:25
**trying**
105:13 112:6 122:9 153:10
176:13 187:10 190:13
200:6 218:19 220:1 224:15
242:17 266:20 267:8 269:3
284:12
**tuesday**
1:16 2:19
**turn**
59:12 85:12 92:23 95:4
98:13 136:22 172:19
207:17 223:2 234:19
257:12 263:2 269:9 271:2
285:7 287:9
**turned**
67:25
**turning**
13:23 14:10 36:10 37:15,18
47:19 48:2 62:13 65:8 69:5
147:6
**twelve**
263:25
**twenty**
74:14 145:23
**type**
40:3 97:16 123:14 211:22
**types**
64:1 215:17
**typewriting**
297:12
**typically**
27:21

|  |  |  | **u** |
|---|---|---|---|

**u.s.**
146:4
**ubri**
53:23 60:9,14 61:4,6 72:12
75:6,9,15,19,20 76:4,9,22
76:25 77:14 78:7,7,13
79:10 80:6,13 83:20 84:2,7
85:14 87:17 88:24 89:16
90:3 91:20,22 94:3 274:23
275:2 276:3 289:18
**uc**
54:1 90:1
**uconektpay**
219:18
**uh**
136:25 169:15 172:7
263:15
**ultimate**
100:7,15 101:12
**ultimately**
99:14 100:12,20,23 121:14
121:25 122:4 124:18
**umbrella**
273:14
**uncertainties**
281:7
**unclear**
20:8,8 40:20,21 179:22
**underlying**
63:3 133:19 159:12 168:11
**underpinning**
264:7 265:19
**understand**
30:23 65:25 66:1 87:15
97:1 105:13 109:23 111:14
112:24 115:2 128:17
133:18,21 153:12 160:21
162:9 167:15 169:9 174:5
178:16,23 183:6 187:12
188:10 212:20 216:6
228:20 229:9 241:13
245:20 254:8 255:5 262:14
262:15 276:19 280:7
281:14 285:19
**understanding**
61:9 63:15 94:6 96:20
103:15,16 104:2,16 105:7,9
105:21,24 106:6 118:22
128:13,23 129:4,9,13,17,18
131:11 133:19 160:7 164:3
164:7 169:22 183:8,10
186:6 259:8,10 263:8
277:23 278:1 281:19,23
282:1,10 298:12

[understands - versus]

**understands**
251:5
**understood**
105:14 197:24 216:5 222:4
251:3,10
**undertake**
235:24
**undertook**
279:5
**underway**
240:5
**unique**
121:13,19,23 122:3,7,15
161:21 177:13,18 266:9
**united**
1:1 2:1 3:7
**universities**
61:7 75:25 76:3,8,9 89:6
181:5 276:4 289:18
**university**
16:9 22:7,20,24 23:12 30:7
31:21 53:22,24 60:10,15
61:16 73:11,12,19,25 74:6
74:11 75:10,20 76:17,19
77:14 78:13,15,21,21,24
79:11,21 82:23 83:1,3,17
84:11,17 85:5,14,16,18
88:2,23 89:2,5,12 91:4,8
92:7,10,15 94:7,14,15,20
94:21 131:2,5 199:2,15
**unl**
126:22 128:4 129:7 134:15
134:24 135:22 136:11
159:18,24 160:1,2,4,6,11
161:16,22 162:4 163:10,17
163:25 164:1,16,19,19
165:7 167:17,21 168:1
169:5,8 173:21 174:7
179:13 182:14,18,21
204:11 205:3 206:2,3,5,7
206:23 257:1,3
**unlabeled**
219:15
**unls**
160:3 164:4,4,8,14 165:1,3
165:4,7 173:22 174:9
179:22 206:1
**unrelated**
233:21
**untrusting**
120:24
**update**
75:16 84:10,16
**updated**
20:23 58:13

**updates**
86:15 92:19
**upper**
44:13
**ups**
62:25 271:3 272:1
**url**
131:24 154:9
**usability**
237:5,24 262:2 263:9
**usable**
263:21
**use**
32:10 37:19,23 38:7,14
42:19 47:2,2,25 60:24 61:1
61:15,18,23 62:6,9 63:2
65:19 88:22 89:2 90:7,10
95:16 97:24 101:12,16,17
102:13,19 103:17 104:13
104:25 105:3 133:9 145:18
162:10 163:3,19,24 164:1
178:22 186:3 191:1 193:3
200:21 201:12,22,25 202:7
202:14 206:3 215:5 217:16
217:17,21 218:19 219:4
220:11,12,14,18,20,22
221:2,3,7,23,24 222:2,8,18
222:19 223:1 225:25 226:3
226:12,12,24 227:19 228:4
229:1,11 230:1,6,11 231:6
231:11 232:11,12,14,14,17
235:20,21 236:9 239:2,3
240:3,6,9 241:4,6,20,25
242:2,7,11,12,14,18,18,24
243:3,21 244:4,10 245:2
246:10 247:7,15,22,24
248:2,5 250:14 251:16
254:23 255:4,22,25 260:2
262:19 263:1,13,24 271:3
271:21 272:2,5,16 275:8
278:25 279:9,19 280:22
281:18 282:16,22 283:10
283:18,22 284:3,22 285:13
285:21 286:2,23 287:5
**useful**
227:15 237:4
**user**
142:7 287:14
**users**
106:15 163:2,19 241:6
251:16 264:7 265:15
266:24 270:25 280:22
281:2,11 289:5
**uses**
61:10 71:7,25 97:24 101:17
179:23 211:21 235:24,25

**uses (cont.)**
237:10 240:3 283:6 293:20
**usually**
75:15 253:18
**utility**
101:21 235:3 237:9 266:1,2
**uvaydovas**
6:17

**v**

**vague**
280:5
**validate**
86:8,12,17 97:25 124:18
152:15,19,21 153:16,19
157:5 159:6 161:22 163:22
191:5 220:25 222:25
**validated**
121:1 158:22
**validates**
103:25
**validating**
134:15,25 135:23 136:11
153:4
**validation**
98:10 121:24 130:11 136:1
136:5,8 137:22 139:11
140:2 148:17 149:2 151:10
152:13 153:1,14 157:19
175:21 192:5 199:19
204:13 205:5,9,21 206:13
225:2 227:14 230:11
237:12 295:24
**validator**
85:3,6,15,25 86:19 87:1,12
87:18 94:8,16 110:7 127:6
159:25 160:13,23 161:6,6
162:25 165:6 167:10,14
172:20,24 173:7,13,21
174:7 175:3 177:12,17
178:5 180:11,22 199:10
**validators**
108:18 109:24 110:2
120:24 121:13 122:3,11,15
126:22 127:5,10,21,22
128:4 129:7 134:14,24
135:22 136:10 158:20
159:24 160:2,6,8,11 161:16
161:17,23 162:4,15,18,25
163:3,8,9,14,16,25 168:1
168:21,23 169:2,4,13,23
170:10 171:5 174:16 175:8
179:4 180:17,18,19 181:6
181:12,14 203:4,5 204:10
205:3,18 206:7 289:4,6
**validity**
175:23

**value**
66:1,2 100:1,2 141:18
224:1 237:24 248:11
250:21,24 251:6 253:4
264:8 265:19,23 266:1,2,17
267:5 272:15 274:14,14
275:7,10,19
**valued**
134:6
**valuing**
132:24 133:22
**variable**
231:22
**various**
16:4 26:4 39:2 64:3 75:25
123:2 145:15 164:8 170:24
208:6 259:3 260:14 272:24
273:4 279:8
**vast**
107:16,24
**vc**
210:6
**venture**
34:10 39:23 40:7 42:19
95:20 104:6 138:10 210:9
210:15 228:18 232:22
253:2
**veracity**
185:1,16 187:11 188:18
189:2
**verbiage**
275:10
**verification**
86:4 121:16,17
**verified**
157:8,15 161:22 203:21
223:25
**verifies**
103:24 104:21
**verify**
54:21 65:3 67:20 108:5
136:13,20 157:5 184:25
185:9,15 186:18 187:11
188:17 189:2 193:1,2 213:6
220:25 221:22 222:25
245:17 250:18
**vernacular**
102:12 103:10,13 105:1
276:2
**version**
17:19,25 19:9,12
**versus**
10:10 97:21 106:1,6 189:12
189:24 190:21 191:13
208:24

**[vesey - white]**

**vesey**
3:13
**viability**
233:15,20
**viable**
263:13
**vice**
88:6
**video**
6:18 10:8 292:18,19,20
**videographer**
6:18 10:5,12 74:19,23
119:21,24 166:2 167:2
207:11,14 254:1,4 289:25
290:4 292:21,24 296:9
**videos**
274:17
**videotaped**
1:14 2:15
**view**
41:25 97:21 98:2,4 102:3
104:17 130:4 131:6 138:21
162:18 194:22 214:16
223:17 227:17 235:25
236:4 238:17 242:23
251:13 262:18 266:18
267:6 278:15 293:12
**viewed**
130:23 224:12 228:3 232:8
236:25
**viewing**
144:22
**views**
162:19 190:21 214:2 215:1
**violate**
118:21
**violated**
136:2
**vis**
214:3,3
**vision**
106:19,23 107:7 274:3
275:7
**visit**
44:20,25 45:14
**visited**
49:21,23
**visiting**
45:4 50:1
**volume**
264:5 266:12 270:6
**volumes**
260:9,12
**vote**
117:12 121:2,18

**voting**
85:17 115:12,14 116:2,18
117:3,13 118:15,17 119:9
124:8,19 181:21 205:15

███████
7:22 58:14 69:20 70:9

███████
57:23 58:15 69:8,13,15,18
70:6,16 71:16 198:8 202:23
**vulnerabilities**
182:12
**vulnerability**
183:11 213:10 258:15,21
259:8
**vulnerable**
211:22

**w**

**waived**
297:20
**wake**
132:23
**walk**
224:18
**walked**
45:22
**wallet**
243:17
**wallets**
267:18
**want**
27:1 40:18 51:3 64:9 100:8
100:9 115:2 118:12 139:13
149:24 154:2 171:21 174:5
187:2 192:17 197:1 198:24
199:23 200:8,19 204:22
212:7 220:9 227:12 230:19
235:1 241:23 248:8 253:10
254:7 256:25 268:12,16,21
292:10,12
**wanted**
31:25 48:13 63:25 64:5
65:2,25 66:1 67:5 94:7,9
131:11 192:16 227:8
243:22 245:17
**wanting**
233:2
**ward**
6:7
**warped**
31:13
**washington**
5:11,21
**waxman**
3:10 11:11
**waxmand**
3:18

**ways**
151:21 154:23 193:14
240:13,25
**weaknesses**
212:22
**wear**
197:13
**wearing**
253:1
**web**
49:19 156:5
**website**
44:6,15,20 53:7,16,17 54:4
56:15 131:23 171:2 172:5
219:10 220:5 245:5,13,23
246:4 257:2
**websites**
38:25 39:5 40:11 44:23,24
45:4,8,13,25 46:17,18
47:18,18 49:19,22,24 50:1
54:22 56:14 171:8 195:6,7
215:17 246:6,8 250:5
**weiss**
6:5
**welcome**
268:22
**wells**
37:2,5,6,10,24 63:11,16,18
64:17 65:5 217:1,4 277:6,9
277:15,19,20,22
**went**
15:15 40:23 50:11,12 62:4
83:10 220:17 221:5 240:7
245:5,22
**we've**
17:13 51:18 52:11 74:13
79:12 83:20 84:7 93:5
274:24 281:17
**weymouth**
72:8 75:5 88:15,21 89:1
92:4
**wharton**
6:5
**whatnot**
86:16 185:21 195:11
**whatsoever**
229:25 236:18
**whereof**
297:17
**white**
5:6 7:5 14:21 15:1,4,10,23
16:19 17:2,10,14,20 18:9
18:25 19:5,18 24:1 30:20
42:23 45:18 49:6 52:2
53:14,20 54:11,17 55:19
57:6,16 58:3 59:25 60:21

**white (cont.)**
61:25 64:13 66:19 67:12,19
68:2 70:12,20 71:4,12,19
76:6,10 77:3 78:3 79:22
80:14 81:17 82:5,10,14
84:13,21,25 86:9,21 88:4,9
88:16 89:13 96:15 97:9
98:7 99:8,24 101:1,3
103:19 104:22 106:25
107:19 108:2,9 109:16,22
111:3,8,11,18 112:3,12,20
112:24 113:2,14,23 114:1,7
114:22 115:9,16,23 116:7
116:21 117:6,8,15 118:3,7
118:19 119:12 122:5,25
123:10,22 124:12,23 125:1
125:14 126:24 127:3,11,17
127:24 128:6,15 129:11
130:6,24 131:9,15 133:6,14
134:1,16,21 135:1,8,24
136:12 138:24 139:8,18
140:4,11 141:12 142:17
144:7,14 145:1,16,21 146:8
147:1,18 148:23 149:13
150:7,12,22 151:11 152:3,6
152:22 153:6,22 155:24
156:7,12 159:14 162:20
164:2,10 165:16,25 167:23
168:5,17 169:6 170:16
171:10,16 173:15,24
174:10 175:14 176:19
177:14,21 178:21 179:14
179:20 182:15 183:13
185:3 186:13 187:22
189:19 190:1,23 191:17
192:1 197:11 203:20 204:2
204:15 205:22 206:4,15
207:5,10 209:4,13,21
211:12 212:23 215:23
216:11 218:12 223:21
227:21 229:18,20 230:2
231:1 233:23 235:13 236:8
238:24 239:20 240:15
241:17 243:1 244:19
251:18 252:1,23 253:21,25
254:16 255:10,12,19 257:6
261:2,5 262:20 265:24
266:6,22 267:10,16,21
268:5,15 269:5 271:9 273:6
274:2 275:15 276:11
277:18 279:24 280:5 281:4
281:13,22 282:9,24 283:11
284:6 285:4 290:11 292:8
292:12,19 293:2 296:2

**[wide - zornberg]**

**wide**
251:2
**witness**
4:3 5:3 7:2 9:3 10:22 13:4
23:13,18,21,24 24:5 35:7
72:2 77:3 84:24 96:8,10
164:24 171:11 191:12
192:11 212:3 255:11 261:6
268:4,16 290:14 292:7
297:4,17 298:1
**witness's**
297:10
**wolverine**
34:10
**word**
77:22 102:13,19 103:3,18
125:15 133:19 155:4,5,7,7
156:22,22 159:8 162:10
244:5,7,12,13,15,25 276:25
294:2
**wording**
224:6
**words**
105:3 152:12 274:17
**work**
14:14 16:21 17:3 23:21,24
38:23 39:7,9 40:10 70:1
76:8 108:22 123:16 124:16
165:23 167:17 171:17
220:8 235:8,10 248:25
249:6 276:13 295:6
**worked**
44:22 72:3
**working**
91:10 104:1,14 105:15,20
105:25 106:5 107:2 109:3
138:7,8 142:3 148:12
198:21 199:8 274:6
**workings**
134:18
**works**
121:7,10 133:13 178:15
205:13,13 280:4 295:24
**world**
220:13 240:14 241:1,3
242:19 252:18 289:5
**wrap**
289:24
**write**
32:13 151:17,25 152:11
153:13 158:16 169:12
170:1 171:9 213:16 266:11
270:24 272:11 273:19
276:9 278:8 283:18
**writeups**
34:24

**writing**
148:5 167:15 169:22
**written**
66:10 68:7 173:18 258:14
**wrong**
44:6
**wrote**
14:20 15:7 18:8 169:19
180:21

**x**

**xcurrent**
62:3
**xpring**
61:3
**xr**
193:6
**xrapid**
62:3 279:14 283:5
**xrp**
12:18,23 13:1,8,10 32:10
32:10 34:13,15,18 36:4,6
37:19 38:7 40:8 46:19,25
47:3,7,7,13,25 54:23 60:3,3
61:1,1,18,18 62:6,9,10
70:18,22 71:1 85:3,6,15,18
86:1,7,20 87:12 90:7,10,10
90:12,17 91:3,7,12,12
92:11,16 94:8,16,22,24
95:11,12,17,17 96:11,23,23
97:5,20 98:2,4 101:20,21
101:24 102:4,5,18,25 103:1
105:4 107:18,25 121:6,9,24
122:20,24 123:5,7,13
124:10,19,21 125:4,13
126:6,13,23 127:8 128:3,4
128:22 129:9 130:22 131:7
131:13 133:12,13 134:13
134:23 135:21 136:5,8,9
159:12 163:2,18 167:9
168:3,21 170:3 175:22
176:6,14 177:4,12 178:5
179:13,19 180:17,24
181:18 182:12 183:11,19
184:6,18 187:20,25 188:3
190:19 192:22 193:7,24
194:3,9,14,19,23 195:4,15
195:24 196:10,14,24 197:4
199:7,16 200:2,22,24
201:25 202:2,7,14 204:14
205:6,12,21 206:14 207:25
208:1,6,15,16,23 209:8,12
209:19 210:24 211:8,13,21
212:22 214:3,8,18 215:3,6
215:22 216:10 218:11
219:3,7 220:12,12,20,21
221:3,3,24,25 223:1 225:8

**xrp (cont.)**
225:9,17 227:6,6,10,11,13
227:14,19,20 228:5,8,14,14
229:1,1,5,6,13,14 230:1,1,6
230:7,9,11,14,22,22,25,25
231:4,7,11,11,23 232:12
235:2,3,18,18,22,24,25
236:4,5,18,19 237:11,16
238:15,16,19,20,20 239:9
239:10,14,18,19 240:3,4,6
240:8,13,13,25,25 241:4,15
241:15,21 242:12,22
243:14 245:7,13,16,19,22
246:14,16 247:7,7 248:2,5
248:5,25 249:13,15,17
254:11,13,17,18,19 255:2,3
255:16 256:3,4,4,8,13,20
256:21 257:5 258:9,14,14
260:23 276:19,25 277:24
278:5,6,7,16,21 279:12,17
279:19 280:6,7 281:1,11,21
282:6,7 283:6,22,22 284:8
284:8,22,23 285:9,13,17,21
285:23 286:7,23 289:3
295:5,24
**xrpl**
40:9 46:19,19,25 47:3,13
47:25 54:23 61:2 91:18
97:24 129:19 134:18 176:6
183:19,24 184:18 188:3
191:2,19 192:22 193:7,19
199:7 202:14 209:6 213:8
215:6 216:14 220:21 223:1
225:9,10,10,17 227:10,12
227:14,15 228:5,8 230:7,14
231:4,7,23 235:25,25 241:4
241:21 242:12 243:14
245:7,13,16,19,22 246:14
246:17 248:2
**xrpl.org**
8:4 172:8,13,24,25
**xrpl.org.**
172:6,14
**xrplf.org**
132:1,5
**xrplf.org.**
131:25

**y**

**yeah**
15:2 51:5,7 60:19 78:20
119:20 122:9 126:5 182:1
192:13 199:14 202:5,15
204:24 209:6 218:6 219:23
219:25 253:23 279:20
280:13 292:20

**year**
45:13 51:11 108:11
**yearly**
143:7
**years**
21:17,18 26:11 31:3,4 34:4
48:7 50:21 51:14 82:20
99:7 105:11 107:13,17
108:1 140:17 148:12
288:13
**yep**
51:11
**york**
1:2 2:2,17,17,21 3:8,12,15
3:15 4:13,13 6:9,9 10:17,18
297:1,3
**youngs**
110:12

**z**

**zoom**
11:13
**zornberg**
4:7 16:2,3 17:14 165:24
268:3 292:17