# Exhibit 16

1

1                   UNITED STATES DISTRICT COURT

2                   SOUTHERN DISTRICT OF NEW YORK

3

4    SECURITIES AND EXCHANGE        )
     COMMISSION,                     )
5                                    )
                     Plaintiff,      )
6                                    ) Case No.:
             v.                      ) 20-Civ-10832(AT)(SN)
7                                    )
     RIPPLE LABS, INC., BRADLEY      )
8    GARLINGHOUSE, and CHRISTIAN     )
     LARSEN,                         )
9                                    )
                     Defendants.     )
10   _____)

11

12

13        **HIGHLY CONFIDENTIAL UNDER PROTECTIVE ORDER**

14

15                   VIDEOTAPED DEPOSITION OF

16                    PETER DOUGLAS EASTON

17                   Friday, December 8, 2021

18

19

20

21

22

23

     Reported by:
24   BRIDGET LOMBARDOZZI,
     CSR, RMR, CRR, CLR
25   Job No. 211208BLO

2

1                     UNITED STATES DISTRICT COURT

2                     SOUTHERN DISTRICT OF NEW YORK

3

4     SECURITIES AND EXCHANGE         )
      COMMISSION,                     )
5                                     )
                      Plaintiff,      )
6                                     ) Case No.:
              v.                      ) 20-Civ-10832(AT)(SN)
7                                     )
      RIPPLE LABS, INC., BRADLEY      )
8     GARLINGHOUSE, and CHRISTIAN     )
      LARSEN,                         )
9                                     )
                      Defendants.     )
10    _____)

11

12

13

14

15          Videotaped deposition of PETER DOUGLAS EASTON

16    taken on behalf of Plaintiff, held at the offices of

17    Debevoise & Plimpton, 919 Third Avenue, New York, New

18    York, commencing at 9:07 a.m. and ending at 4:22 p.m., on

19    Wednesday, December 8, 2021, before Bridget Lombardozzi,

20    CCR, RMR, CRR, CLR, and Notary Public of the States of

21    New York and New Jersey, pursuant to notice.

22

23

24

25

3

1    A P P E A R A N C E S (Via Remote where indicated):

2

3

4    For the Plaintiff:

5

6

7            UNITED STATES SECURITIES AND EXCHANGE COMMISSION

8            NEW YORK REGIONAL OFFICE

9            BY:  PASCALE GUERRIER, ESQUIRE

10                 MARK SYLVESTER, ESQUIRE

11           200 Vesey Street

12           Suite 400

13           New York, New York  10281-1022

14           Telephone:  212.336.0153

15           Email:  guerrierp@sec.gov

16                   sylvesterm@sec.gov

17

18

19

20

21

22

23

24

25

4

```
 1    A P P E A R A N C E S (Continued):

 2

 3    For Defendant Ripple Labs Inc. and the Witness:

 4

 5            KELLOGG, HANSEN, TODD, FIGEL & FREDERICK PLLC

 6            BY:  BETHAN JONES, ESQUIRE

 7                 REID FIGEL, ESQUIRE

 8            Sumner Square

 9            1615 M Street, N.W.

10            Suite 400

11            Washington, D.C.  20036

12            Telephone:  202.326.7999

13            E-mail:  Bjones@kellogghansen.com

14                     Rfigel@kellogghansen.com

15

16

17    For Defendant Bradley Garlinghouse:

18

19            CLEARY GOTTLIEB STEEN & HAMILTON

20            BY:  SAMUEL LEVANDER, ESQUIRE

21            One Liberty Plaza

22            New York, New York  10006

23            Telephone:  212.225.2951

24            E-mail:  Slevander@cgsh.com

25
```

5

 1    For Defendant Christian A. Larsen:

 2

 3            PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

 4            BY:  ELI J. ADELMAN, ESQUIRE

 5                 ROBIN LINSENMAYER, ESQUIRE (Remote)

 6            1285 Avenue of the Americas

 7            New York, New York  10019-6064

 8            Telephone:  212.373.3067

 9            E-mail:  Eadelman@paulweiss.com

10                     rlinsenmayer@paulweiss.com

11

12    ALSO PRESENT:

13

14            STELLA UVAYDOVA, Paralegal, SEC

15            DAVID SHERECK, Videographer
              Shereck Video Service
16

17

18

19

20

21

22

23

24

25

6

1                          INDEX

2     WITNESS                              EXAMINATION

3     PETER DOUGLAS EASTON

4         BY MS. GUERRIER                      9

5

6

7

8                         EXHIBITS

9     SEC
      NUMBER              DESCRIPTION            PAGE
10

11

12    Exhibit 2    Expert Report of Peter          14

13                 Easton dated 10-4-21

14                 NO BATES, 59 pages

15

16    Exhibit 3    Expert Rebuttal Report of       149

17                 Peter Easton dated 11-12-21

18                 NO BATES, 21 pages

19

20

21

22

23

24

25

7

1                    DEPOSITION SUPPORT INDEX

2

3      DIRECTION TO WITNESS NOT TO ANSWER

4         Page    Line

5          31       22

6          32       13

7          33       13

8

9

10      STIPULATIONS

11         Page    Line

12          9       13

13

14

15      PORTION MARKED HIGHLY CONFIDENTIAL

16         Page    Line

17         - -none- -

18

19

20      REQUEST FOR DOCUMENTS

21         Page     Line

22         - -none- -

23

24

25

8

```
1                    -  -  -

2                 9:07 a.m.

3              December 8, 2021

4                    -  -  -

5              THE VIDEOGRAPHER:  Okay.

6         We're on the record.  The time is

7         approximately 9:07 a.m.  Today's date

8         is Wednesday, December 9th (sic),

9         2021.  This is the video deposition

10        of Peter Easton in the matter of the

11        Securities and Exchange Commission

12        versus Ripple Labs, et al.  Case

13        number is 20-civ-10832 in the United

14        States District Court, Southern

15        District of New York.

16              My name is David Shereck,

17        certified legal videographer with Shereck

18        Video in association with Gradillas Court

19        Reporting of Glendale, California.  We're

20        located today at the office of Debevoise

21        & Plimpton -- Plimpton located at 919

22        Third Avenue, New York, New York.

23              All counsels present will be

24        noted on the stenographic record.

25              The court reporter today is
```

9

1           Bridget Lombardozzi, also with Gradillas.

2           And please swear in the witness.

3                   P E T E R   D.   E A S T O N,

4           having been duly sworn, was examined and

5           testified as follows:

6                   THE REPORTER:  Thank you.

7                   You may proceed.

8                   MS. JONES:  Counsel, before

9           we begin, can we quickly --

10                  MS. LINSENMAYER:  Can

11          someone please unmute the conference

12          room?

13                  MS. JONES:  Can we quickly

14          put on the record an objection by one

15          counsel is an objection for all

16          defendants' counsel?

17                  MS. GUERRIER:  Sure.

18                      EXAMINATION

19  BY MS. GUERRIER:

20      Q.   Okay.  Good morning.  Could you please

21  state your name for the record?

22      A.   Peter Douglas Easton.

23      Q.   Are you represented by counsel today?

24      A.   No, I am not.

25      Q.   Okay.  My name is Pascal Guerrier.  I'll

10

1    be asking you questions on behalf of the SEC.

2    With me is my colleague, Mark Sylvester, and we

3    have other SEC attorneys on the Zoom call.

4        A.   Okay.

5        Q.   Have you had your deposition taken

6    before?

7        A.   Yes.

8        Q.   When?

9        A.   Many times.

10       Q.   Many times?

11            Do you recall the last time you had your

12   deposition taken?

13       A.   About a month ago.

14       Q.   Okay.  Do you recall the case that you

15   were involved in where you had your deposition

16   taken?

17       A.   Yes.  I refer to it as the Adeptus case.

18   Adeptus is a health care company.

19       Q.   I'm sorry?

20       A.   I refer to it as the Adeptus case.  I

21   don't recall other details that I could quote

22   right now.

23       Q.   Do you recall the name of the party that

24   you were retained to --

25       A.   Yes.  Adeptus, A-D-E-P-T-U-S.

1        Q.   And what were you asked to do in that

2   case?

3                    MS. JONES:  Objection to

4            form.

5        A.   I was asked to understand and report on

6   the accounting for emergency rooms in the health

7   care industry.

8        Q.   Were you retained as an expert in that

9   case?

10       A.   Yes.

11       Q.   And did you provide your expert opinion

12   for the plaintiff or the defendant?

13       A.   For the defendant.

14       Q.   Just to give you the rules of the road

15   for today.

16            As the court reporter swore you in, so

17    do you understand that your testimony is under

18    oath today?

19       A.   Yes.

20       Q.   Okay.  Is there anything that will

21   prevent you from testifying truthfully and

22   accurately today?

23       A.   No.

24       Q.   Okay.  If you could please allow me to

25   finish my question before you answer so that we

1   can have a clear record.  Do you understand?

2       A.   Yes.

3       Q.   And if you need a break, let me know and

4   I will accommodate you.

5       A.   Okay.

6       Q.   If there's a question that you don't

7   understand, also let me know and I'll rephrase it

8   or ask it so that you can understand it.

9       A.   Okay.

10      Q.   Also, please respond verbally to my

11  questions because the court reporter cannot take

12  nonverbal responses down.

13      A.   Okay.

14      Q.   Do you recall when you were -- do you

15  recall when you last testified as an expert?

16      A.   In that deposition.

17      Q.   Do you recall what month? what year?

18      A.   It was about a month ago.  I'm not sure

19  exactly the date.

20              MS. JONES:  Counsel, I'm

21          sorry to interrupt your questioning.

22          Can we just put on the record that we

23          have a hard stop at 6 p.m. and that

24          we're willing to work with you on the

25          length of breaks, but we have a hard

13

```
 1              stop at 6 p.m.?
 2                   MS. GUERRIER:  Okay.
 3              That -- that's fine.  And we do know
 4              that under the rules, the deposition
 5              is a seven-hour deposition.  We hope
 6              to be done.  Obviously we will
 7              accommodate the witness, but if we
 8              have to carry it over again, we will
 9              just have to do that so that we can
10              comply and finish our deposition.
11                   MS. JONES:  Thank you.
12                   MS. GUERRIER:  Uh-huh.
13                   THE WITNESS:  Thank you.
14                   MS. JONES:  Are one of these
15              for Bridget?
16                   MS. GUERRIER:  Yes.
17                   THE REPORTER:  Thank you.
18      BY MS. GUERRIER:
19           Q.  Mr. Easton, I've handed you what's been
20      premarked as Exhibit 2.
21              Do you recognize the document that I
22      just handed you?
23           A.  Yes, I do.
24           Q.  What is this document?
25           A.  It is my expert -- expert report in this
```

1    case.

2         Q.   Do you recall when you finalized the

3    report that's before you?

4                     MS. JONES:   Objection to

5              form.

6         A.   October 4th this year.

7         Q.   Have you prepared any written expert

8    reports in this case other than the one that I've

9    handed you?

10        A.   Yes.

11        Q.   What reports have you prepared?

12        A.   I also prepared a rebuttal report.

13        Q.   Other than the original report that I've

14   handed you and the rebuttal report, have you

15   prepared any other reports in the case?

16        A.   No, I have not.

17                     MS. GUERRIER:   If you could

18             please mark the exhibit.

19                     THE REPORTER:   Exhibit 2.

20                     (Whereupon, exhibit is

21             presented and marked SEC Easton

22             Deposition Exhibit 2 for identification.)

23   BY MS. GUERRIER:

24        Q.   Have you finished all of the work that

25   you were asked to do in this case?

1                    MS. JONES:  Objection to

2         form.

3         A.   I have completed the work given the

4    information that I have to date.

5         Q.   Are you planning on providing any

6    supplemental to your report?

7         A.   I might if new information comes to

8    light.

9         Q.   Have -- has any information come to you

10   since you've signed this report that has affected

11   your opinion contained in the report?

12        A.   No.

13                   MS. JONES:  And I'm --

14                   THE WITNESS:  I'm sorry.

15                   MS. JONES:  -- I'm just

16        going to instruct the witness not to

17        disclose any communications with

18        counsel.

19   BY MS. GUERRIER:

20        Q.   Are you prepared to testify about the

21   opinions that are contained in the report that's

22   been premarked as Exhibit 2?

23        A.   Yes.

24        Q.   Do you recall who retained you to

25   provide expert services in this case?

16

```
 1        A.   Yes.

 2        Q.   Who retained you to provide expert

 3    services in this case?

 4        A.   The law firm Kellogg.

 5        Q.   Do you know which defendant you're

 6    providing the expert testimony about?

 7                    MS. JONES:  Objection to the

 8             form.

 9        A.   I'm sorry, I don't understand that

10    question.

11        Q.   Okay.  So do you know which defendant

12    retained you to provide expert testimony in this

13    case?

14        A.   No.

15        Q.   Do you know if you're providing

16    expert -- expert testimony on behalf of Ripple in

17    this case?

18                    MS. JONES:  And, Peter, if

19             you want to look at the report, go

20             ahead.

21        A.   Oh.  Yes.

22        Q.   Are you providing expert testimony on

23    behalf of any other defendant in this case?

24        A.   I believe I have listed that in the

25    report.  I'd have to look and find it.  And I note
```

1  in paragraph 8 Ripple Labs and two senior

2  executives.

3      Q.  And who are the two senior executives?

4      A.  As I sit here now, I can't -- cannot

5  name those two senior executives.

6      Q.  Did you have any arrangements with the

7  defendants that retained you to provide expert

8  testimony concerning the fees that you would be

9  charging in this case?

10              MS. JONES:  And I'm just

11          going to instruct you to not disclose

12          any communications or understandings

13          that you derived from counsel.  If

14          you can answer that question without

15          disclosing communications with

16          counsel, go ahead.

17              THE WITNESS:  Okay.

18      A.  I really don't understand the question.

19  I'm sorry.

20      Q.  How much are you charging for your

21  services in this case?

22      A.  Oh.  $1,100 per hour.

23      Q.  How much have you billed so far in this

24  case?

25      A.  I don't know.

18

1          Q.   Do you keep records of the -- the

2    billings that you have in this case?

3          A.   Yes.

4          Q.   Okay.  Where are those records?

5                    MS. JONES:  Objection to

6          form.

7          A.   On my computer.

8          Q.   Do you know how much you've been paid so

9    far in this case?

10         A.   No, I do not.

11         Q.   Do you know if you had a budget that was

12   set out for you in this case?

13                   MS. JONES:  Objection to

14         form.

15                   And, again, do not disclose

16         communications with counsel.

17         A.   I know of no budget.

18         Q.   Do you know how much time you've spent

19   for the amount that you've billed to the

20   defendants in this case?

21         A.   No, I do not.

22         Q.   Do you have records of the billing that

23   you've sent to the defendants in this case?

24         A.   Yes, I do.

25         Q.   And where are those records?

1     A.   On my computer.

2               MS. JONES:  Object to form.

3               THE WITNESS:  Sorry.

4     Q.   Do you recall the last time you were

5  paid in this case by the defendants?

6     A.   A few weeks ago.

7     Q.   Do you recall how much you were paid a

8  few weeks ago by the defendants?

9               MS. JONES:  And objection to

10          the form.

11    A.   I think in the vicinity of $20,000.

12    Q.   Do you know what the $20,000 payment was

13 for specifically?

14              MS. JONES:  Objection to

15          form.

16    A.   It was hours spent with -- regarding the

17 case.

18    Q.   And do you recall the hours spent, what

19 you spent the hours on?

20              MS. JONES:  Objection to

21          form.

22              And I'm going to instruct you

23          not to get into any of the content or

24          substance of the drafting of the report.

25              THE WITNESS:  Okay.

```
 1         A.   No.  As I sit here now, I don't recall

 2    the detail.

 3         Q.   Do you keep notes of the billing that

 4    you've sent out to the defendants in this case?

 5         A.   Yes.

 6         Q.   Do you keep details of the work that

 7    you've done in this case with regards to the

 8    amounts that you're billing for your work?

 9                   MS. JONES:  Objection to

10              form.  Asked and answered several

11              times.

12         A.   I don't really know what you mean by

13    "details."  I -- I do keep records.

14         Q.   Well, what -- what do you keep records

15    of when it comes to your billing in this case?

16                   MS. JONES:  Objection to

17              form.

18         A.   The -- the key component is the time

19    spent.  That's my focus.

20         Q.   Well, do you keep track of what you

21    spent your time on in your records?

22                   MS. JONES:  Objection to

23              form.

24         A.   Yes.

25         Q.   Okay.  And are those records in your
```

21

1   possession?

2       A.   Yes.

3       Q.   Did you have a prior relationship with

4   any of the defendants prior to this case?

5       A.   No.

6                   MS. JONES:  Objection to

7           form.

8                   Peter, just remember to give me

9           a couple of seconds.

10                  THE WITNESS:  I'm sorry.

11      Q.   Do you advertise yourself as an expert?

12                  MS. JONES:  Objection to

13          form.

14      A.   No.

15      Q.   Do you know how the defendants were able

16  to determine who you were to retain your services?

17                  MS. JONES:  I'm going to

18          instruct you not to disclose any

19          communications or any understandings

20          you learned from -- only from counsel

21          in answering that question.

22                  THE WITNESS:  Okay.

23      A.   Yes.

24      Q.   Can you tell me how they learned of your

25  existence for -- to retain you as an expert?

1           MS. JONES:  Same

2      instruction.

3      A.   I understand that Kellogg had previously

4  been working with Compass Lexecon and asked

5  Compass Lexecon to suggest an accounting expert to

6  work on this case.  Compass Lexecon suggested me.

7      Q.   What is Compass Lexecon?

8      A.   Compass Lexecon is a litigation

9  consulting firm.

10     Q.   Are you employed by Compass Lexecon?

11     A.   No.

12     Q.   How did they know to refer you in this

13  case?

14           MS. JONES:  Objection to

15      form.

16     A.   I had worked with Compass Lexecon in the

17  past and so I'm known to the firm.

18     Q.   How much time have you spent working as

19  an expert witness?

20           MS. JONES:  Objection to

21      form.

22     A.   It's hard to quantify that.

23           MS. JONES:  Counsel, do you

24      mean in this case or in general?

25           MS. GUERRIER:  In general.

23

```
 1        A.   I'm sorry?

 2        Q.   In general.

 3        A.   Probably a day a week.

 4        Q.   Do you know what percentage of your

 5   income from -- comes from your expert witness work

 6   in general?

 7        A.   No.

 8        Q.   Do you mainly work with defendants?

 9                 MS. JONES:  Objection to

10            form.

11        A.   Yes.

12        Q.   Do you have a set charge for a

13   particular type of expert service?

14        A.   I have the same charge for all expert

15   services.

16        Q.   Was the amount you charge always the

17   same amount for you as your --

18                 THE REPORTER:  As your?

19        Q.   -- as your expert service billing rate?

20        A.   No.

21        Q.   When did you have this amount that you

22   are charging the defendants in this case?

23                 MS. JONES:  Objection to

24            form.

25        A.   Could you restate the question, please?
```

24

1      Q.   Sure.

2           When did you have the amount that you're

3   charging the defendants in this case?  When did

4   you set that amount?

5                MS. JONES:  Same objection.

6      A.   I'd say two years ago.

7      Q.   Do you recall what your billing rate was

8   prior to two years ago?

9      A.   Not for sure.  I think 950.

10     Q.   Do you have any financial relationship

11  with any of the defendants in this case?

12                MS. JONES:  Objection to

13           form.

14     A.   No, I do not.

15     Q.   Are you familiar with XRP?

16     A.   Yes.

17     Q.   What is XRP?

18     A.   XRP is a digital asset, encrypted ledger

19  formed into blocks connected via chains.  Block

20  chains.

21                THE REPORTER:  I'm not

22           getting the word.  Connected flocks?

23                MS. GUERRIER:  Blocks.

24                THE WITNESS:  Via blocks,

25           I'm sorry, in a chain.

25

1    BY MS. GUERRIER:

2         Q.   What is the basis for your definition of

3    XRP?

4         A.   Say -- say again?

5         Q.   What is the basis of your definition of

6    XRP?

7         A.   Reading, understanding the various

8    documents that describe XRP.

9         Q.   Can you recall -- tell me what type of

10   documents that you read that described XRP?

11        A.   I can't point to particular documents.

12   You know, XRP is at the center of this case and,

13   therefore, whatever I'm reading is talking about

14   XRP indirectly or directly.

15        Q.   Were you aware of XRP prior to being

16   retained in this case?

17        A.   Yes, I was.

18        Q.   And how were you aware of XRP prior to

19   being retained in this case?

20        A.   As an interested -- interested person in

21   finance.

22        Q.   Do you own any XRP?

23        A.   No.

24        Q.   Have you ever bought any XRP?

25        A.   No.

26

1       Q.   Have you ever sold any XRP?

2       A.   No.

3       Q.   Have you received any compensation from

4    any of the defendants in this case in the form of

5    XRP?

6       A.   No.

7                    MS. JONES:  Objection to

8            form.

9       Q.   Are there any plans for you to receive

10   any compensation for your services in the form of

11   XRP?

12      A.   No.

13      Q.   Do you recall when you were first con --

14   contacted by the defendants in this case?

15                   MS. JONES:  Objection to

16           form.  Assumes facts not in evidence.

17      A.   No, not -- not really.  Probably a year

18   ago.  I'm not sure.

19      Q.   Do you recall who initiated the contact?

20                   MS. JONES:  Objection to

21           form.

22      A.   The contact was via a person from

23   Compass Lexecon.

24      Q.   Okay.  Did anyone from the defendants'

25   side contact you directly in the beginning stages

27

```
1     of your relationship with the defendants?
2                     MS. JONES:  Objection to
3              form.
4     A.   No.
5     Q.   Did you speak to any of the defendants'
6     attorneys in the early stage of your relationship
7     with the defendants?
8                     MS. JONES:  I'm going to
9              instruct you to answer that question
10             yes or no.
11    A.   Yes.
12    Q.   Do you recall who you spoke with?
13    A.   Yes.
14    Q.   Who?
15    A.   Reid Figel.
16    Q.   Do you recall when you first spoke to
17    Mr. Figel?
18    A.   No.
19    Q.   Did you meet -- I'm sorry.  Let me -- do
20    you recall your first meeting with any of the
21    defendants in this case?
22                    MS. JONES:  And, Peter, you
23             can answer that question yes or no,
24             but I'm going to remind you not to
25             testify to the -- the contents of any
```

28

```
 1            communications with counsel.
 2       A.   Would you re -- state the question
 3  again, please?
 4       Q.   Do you recall your first meeting with
 5  any of the defendants in this case?
 6       A.   I haven't met with any of the defendants
 7  in this case.
 8       Q.   Okay.  Do you recall your first meeting
 9  with any of the attorneys who represent the
10  defendants in this case?
11            MS. JONES:  Again, I'm going
12            to instruct you to answer that yes or
13            no.
14       A.   Yes.
15       Q.   When was your first meeting with the
16  attorneys?
17       A.   I don't -- I can't tell you the date.
18       Q.   Was it a year ago?
19       A.   Probably.
20       Q.   How many meetings in person have you had
21  with the defendants' counsel in this case?
22       A.   One.
23       Q.   When was that meeting?
24       A.   Yesterday.
25       Q.   How many other meetings have you had
```

```
1    with the defendants' counsel in this case?

2                    MS. JONES:  Objection to

3            form.

4        A.   Three or four probably.  Two maybe.

5        Q.   I'm sorry?

6        A.   Three or four Zoom meetings.

7        Q.   Do you recall the last Zoom meeting you

8    had with the defendants' counsel in this case?

9                    MS. JONES:  Objection to

10           form.  Do you mean the -- the date of

11           that meeting?

12                    MS. GUERRIER:  My question

13           stands.

14       Q.   Do you recall the last meeting you had

15   with the defendants' counsel in this case?

16       A.   No --

17                    MS. JONES:  Okay.  I'm going

18           to instruct you not to get into the

19           contents of any communications that

20           were discussed in that meeting.

21       A.   I'm not sure I even recall it.

22       Q.   You're not sure if you recall -- I'm

23   sorry, what?

24       A.   I'm not sure that I even recall the

25   meeting.
```

30

```
1        Q.   Okay.  Do you recall if you were

2   provided with any documents at any of the meetings

3   that you had with the defendants' counsel prior to

4   yesterday?

5                    MS. JONES:  I'm going to

6               instruct you to answer that yes or

7               no.

8        A.   Repeat the question, please.

9        Q.   Do you recall if you were provided with

10  any documents at any of the meetings that you had

11  with the defendants' counsel prior to yesterday?

12       A.   I do recall.

13       Q.   Okay.  What documents were you

14  provided --

15       A.   I wasn't provided with any.

16       Q.   Were you shown any documents at any

17  meeting prior to yesterday --

18                    MS. JONES:  And, Counsel --

19       Q.   -- by the defendants' counsel?

20                    MS. JONES:  And you can

21              testify as to what facts or

22              assumptions you were provided, but do

23              not disclose anything in addition to

24              that.

25       A.   Would you repeat the question, please?
```

31

```
 1        Q.   Do you recall what documents you were

 2   provided with at any of the meetings that you had

 3   with the defendants' counsel prior to yesterday?

 4        A.   I wasn't provided with documents at

 5   those meetings.

 6        Q.   Okay.  Were you shown documents at any

 7   of the meetings that you had with defendants'

 8   counsel prior to yesterday?

 9                  MS. JONES:  I'm going to

10             instruct you to answer that yes or

11             no.

12        A.   No.

13        Q.   I'm sorry, your answer is?

14        A.   No.

15        Q.   Were you shown any documents when you

16   met with counsel yesterday?

17                  MS. JONES:  Same

18             instruction.  I'm going to ask you --

19             direct you to answer that yes or no.

20        A.   Yes.

21        Q.   What documents were you shown?

22                  MS. JONES:  I'm going to

23             instruct the witness not to answer

24             that question.  The -- the documents

25             that we've selected to show him are
```

```
 1              work product.
 2     BY MS. GUERRIER:
 3         Q.   Okay.  Were you shown any documents that
 4     you considered in writing your report?
 5                    MS. JONES:  You can answer
 6              that question yes or no.
 7         A.   At what time?
 8         Q.   When you met with defendants' counsel
 9     yesterday.
10         A.   Yes.
11         Q.   What documents were you shown that you
12     considered when writing your report?
13                    MS. JONES:  I'm going to
14              object and instruct the witness not
15              to answer.  The documents that we've
16              chosen to show him during the prep
17              sessions are work product.
18                    MS. GUERRIER:  Well, not the
19              documents that he considered for --
20              that he considered in writing his
21              report.
22                    MS. JONES:  You can ask him
23              what documents he -- what he
24              considered.  You cannot ask him what
25              documents we showed him during his
```

33

```
1              prep session.
2    BY MS. GUERRIER:
3         Q.   Were you shown any documents that you
4    considered in writing your report?
5                   MS. JONES:  Objection; form.
6              Counsel, you're, again, asking what
7              documents he was shown by counsel --
8                   MS. GUERRIER:  Make your
9              objection on the record.  You don't
10             have to, you know -- there's nothing
11             more for you to do than make your
12             objection.
13                  MS. JONES:  Okay.  I'm --
14             I'm going to direct you not to answer
15             that question.
16                  MS. GUERRIER:  All right.
17             Well, you're -- I'm going to move on
18             from this point.
19   BY MS. GUERRIER:
20        Q.   When you met with counsel yesterday,
21   were you provided with any facts that you
22   considered in writing your report?
23                  MS. JONES:  And, Peter, I'm
24             going to direct you that you can
25             answer as to facts that you were
```

34

1          provided by counsel, but do not

2          disclose anything beyond that.

3     A.   Repeat the question, please.

4     Q.   When you met with counsel yesterday,

5  were you provided with any facts that you

6  considered in writing your report?

7     A.   Yes.

8     Q.   When did you receive -- well, when did

9  you receive the records for this case?

10              MS. JONES:  Objection to

11          form.

12     A.   Again, I'm sorry, I don't understand

13  that question.  What do you mean by "records for

14  this case"?

15     Q.   Did you receive any data from the

16  defendants in this case?

17              MS. JONES:  Objection to

18          form.

19     A.   I'm -- I'm sorry.  I don't mean to be

20  dumb here, but what do you mean by "data"?

21     Q.   Did you receive any documents from the

22  defendants in this case?

23     A.   Yes.

24     Q.   When did you first receive documents

25  from the defendants in the case?

35

1         A.   Excuse me.  I did not receive documents

2    from the defendant.  I received documents from

3    Kellogg.

4         Q.   Okay.  Well, from -- from defendants'

5    counsel.

6              When did you receive the documents from

7    defendants' counsel?

8         A.   I'm guessing about 12 months ago.

9         Q.   Okay.  When did you first form your

10   opinion in -- regarding the original report that

11   you submitted in this case?

12                   MS. JONES:  Objection to

13        form.

14        A.   I don't believe I can answer that

15   question.

16        Q.   Why not?

17        A.   An opinion is formed over a period of

18   time as one understands the material better.

19        Q.   Well, the -- the opinions contained in

20   your report, do you recall when you finalized

21   them?

22        A.   October 4th --

23                   MS. JONES:  Objection to

24        form.  Asked and answered.

25        A.   -- 2021.

1       Q.   Prior to October 4th, 2021, had you

2   finalized any of the opinions contained in your

3   report?

4            MS. JONES:   Objection to

5        form.

6       A.   I really don't know the answer to that

7   question.

8       Q.   Why not?

9       A.   I formed a final opinion on October 4th.

10  That's all I can say.

11      Q.   Did you do anything to prepare for your

12  deposition?

13      A.   Yes.

14      Q.   What did you do to prepare for your

15  deposition?

16           MS. JONES:   And, Counsel --

17         Mr. Easton, please remember not to

18         disclose any communications that you

19         had with counsel in answering that

20         question.

21      A.   I went back and reviewed my reports and

22  the documents referred to in my reports.

23      Q.   Do you recall what specific documents

24  you reviewed in preparing for the deposition?

25           MS. JONES:   And I'm going to

37

```
 1              instruct you not to testify as to

 2              the -- the documents that you were

 3              shown by counsel.

 4      A.   I reviewed the documents that are

 5   referred to in my report.  I think I reviewed them

 6   all.

 7      Q.   When you say "the documents that are

 8   referred to in" your report, are you referring to

 9   all the documents listed in your exhibit to the

10   report?

11      A.   Yes.

12      Q.   Okay.

13      A.   I may not have reviewed them all, but I

14   reviewed most of them.

15      Q.   Okay.  Were you prepared by counsel for

16   the deposition today?

17              MS. JONES:  And you can

18              answer that question yes or no.

19      A.   Yes.

20      Q.   Okay.  Which counsel prepared you for

21   the deposition?

22      A.   Mr. Figel and Bethan, sitting to my

23   left.

24      Q.   Did you speak with anyone other than

25   counsel about this case?
```

38

```
1          A.   Yes.

2          Q.   Who did you speak with about this case

3    other than counsel?

4          A.   Jennifer Milliron from Compass Lexecon.

5          Q.   And who is Jennifer Milliron?

6          A.   She is a exec -- executive manager at

7    Compass Lexecon.

8          Q.   Are you an employee of Compass Lexecon?

9          A.   No.

10         Q.   So what did you speak with Jennifer

11   Milliron about?

12         A.   She --

13                   MS. JONES:  And do not

14              disclose any communications that you

15              had with Jennifer that were in the

16              presence of counsel or at the

17              direction of counsel.

18         A.   Jennifer is a expert at Compass Lexecon

19   on accounting matters and she worked under my

20   direction in preparing this report.  And during

21   the deposition, we talked a little to refresh my

22   memory.

23         Q.   Do you recall when you and Ms. Milliron

24   spoke?

25                   MS. JONES:  Objection to
```

39

```
 1              form.

 2      A.    With respect to what?

 3      Q.    Well, you testified that you met with

 4   her and you talked to refresh your memory.

 5      A.    Okay.

 6      Q.    So do you recall when you spoke with

 7   her?

 8      A.    Over the last week or so.

 9      Q.    Other than Ms. Milliron, did you speak

10   with anyone else about the case?

11              MS. JONES:  Objection to

12              form.

13      A.    No.

14      Q.    Did anyone help you write the report

15   that's been submitted as Exhibit 2?

16      A.    Jennifer helped me write it under my

17   direction.

18      Q.    Did counsel help you write the report

19   that you -- that's been submitted as Exhibit 2?

20              MS. JONES:  Objection to

21              form.

22              You can answer that yes or no.

23      A.    No.

24      Q.    Does Appendix A to your report include

25   your risumi?
```

40

1       A.   I believe it is my risumi.

2       Q.   Is this a complete and accurate risumi?

3               MS. JONES:  Objection to

4           form.

5       A.   It is accurate.

6       Q.   Okay.  Is there anything missing from

7    the risumi that should be there?

8       A.   I guess there's tons of detail.

9       Q.   Is there anything missing from the

10   risumi?

11              MS. JONES:  Objection to

12          form.

13      A.   I believe I answered the question.

14      Q.   What was your answer, sir?

15      A.   "There's tons of detail."

16      Q.   Okay.  So is there anything that you

17   kept out of this final Appendix A that you

18   submitted with your report?

19              MS. JONES:  Objection to

20          form.

21      A.   That I deliberately omitted?  Is that

22   what you said?

23      Q.   Yes.

24      A.   No.

25      Q.   Okay.  When did you create this risumi?

41

1          A.    I -- I'm guessing it was in September or

2   October.   Probably September of this year.

3          Q.    Did you have a prior version of your

4   risumi that was prior to the September/October

5   timeline that you just described?

6          A.    Yes.

7          Q.    And is there anything different from the

8   current risumi that's attached as Appendix A to

9   your report to the one that was prior to the

10  September/October deadline?

11         A.    Would you like me to look through and

12  see what things have changed?

13         Q.    If you could please do that.

14         A.    Okay.   Sure.

15               If you look at "Research Papers," the

16  first paper was a tip of the publication and,

17  therefore, that's updated.   "Who Pays Attention to

18  SEC Form 8-K?"

19               If you look at "Journal Editorial

20  Activities," I became editor in chief of the

21  Journal of Accounting for Sustainability and

22  Responsible Investing" and in turn stepped down as

23  editor of Review of Accounting Studies.   These all

24  occurred in September or October and, therefore,

25  result in changes to my risumi.

42

1              If you look at "Invited Presentations,"

2      I was a speaker at the Sustainable Investment

3      Forum.  So that has changed.  I think that's it.

4          Q.   Okay.  When were you a speaker at the

5      Sustainable Investment Forum?

6          A.   September -- September 22 and September

7      29, 2021.

8          Q.   Other than the education listed on your

9      Appendix A, have you had any additional education

10     since your last degree?

11         A.   Since my Ph.D.?

12         Q.   Yes.

13         A.   No.

14         Q.   What did you obtain a Ph.D. in in 1984?

15         A.   Officially business administration,

16     majoring in accounting and finance.

17         Q.   And what was the degree that you

18     obtained in 1980 from the University of New

19     England?

20         A.   It was a diploma of financial

21     management.

22         Q.   What was the degree that you obtained in

23     1978 from the University of South Australia?

24         A.   This is a degree in teaching adults.

25         Q.   And you obtained a degree in 1978 from

[12/8/2021] Easton, Peter Expert Dep. Tr. 12.8.2021

43

1    the University of Adelaide.

2              What was that degree?

3         A.   Bachelor of economics degree, majoring

4    in accounting.

5         Q.   And what was the degree that you

6    obtained from the University of Adelaide in 1973?

7         A.   Bachelor of agricultural science,

8    majoring in agricultural economics.

9         Q.   Did you write any thesis for your Ph.D.

10   in --

11        A.   Yes.

12        Q.   What was the subject matter of your

13   thesis?

14        A.   The subject matter was valuation of

15   listed securities based on expected dividends and

16   expected earnings.

17        Q.   Any other thesis that you've written?

18        A.   Any other thesis?  Not -- well, for

19   formal education thesis, yes.  At the University

20   of New England, I wrote a thesis on nonequity

21   investments.

22        Q.   Have you had any additional training in

23   your field post-Ph.D.?

24        A.   Yes.

25        Q.   Can you start with the most recent

44

1    training that you have?

2         A.   It's just been continuous.   Attendance

3    at seminars.

4         Q.   Is this part of a continuing education

5    requirement?

6         A.   No.   Well, it would be hard to be an

7    academic without doing it.   Impossible.

8         Q.   Do you recall the last educational

9    training that you had postgraduate?

10        A.   Sorry, state the question again.

11        Q.   Do you recall the last post-educational

12   training that you had?

13        A.   The last seminar I attended was last

14   Friday.

15        Q.   What was the seminar about?

16        A.   The seminar was on accounting for

17   environmental, social and governments --

18   governments.

19        Q.   Where was this seminar?

20        A.   University of Miami.

21        Q.   Are you currently employed?

22        A.   Yes.

23        Q.   Where are you currently employed?

24        A.   At the University of Notre Dame.

25        Q.   What is your role at the University of

45

```
1    Notre Dame?

2         A.   I'm a -- excuse me.  I'm a chaired

3    professor.  I teach accounting.  And I run -- I'm

4    the director of the center called the Center for

5    Accounting Research and Education.

6         Q.   How long have you worked at the

7    University of Notre Dame?

8         A.   I began my employment there in 2003.

9         Q.   Where did you work prior to 2003?

10        A.   At the Ohio State University.

11        Q.   What was your role at Ohio State

12   University?

13        A.   There I was also a chaired professor of

14   accounting.

15        Q.   What year did you work at Ohio State

16   University?

17        A.   Excuse me.  I'll just look at my data.

18   So, why can't I see it?  Can't be that hard.  Oh,

19   it's the John J. Gerlach Professor of Accounting

20   from '95 to 2003.

21        Q.   And prior to Ohio State University,

22   where did you work?

23        A.   There I was a chaired professor at

24   Macquarie University in Australia.  I was there

25   from 1988 to 1985.
```

46

1      Q.   Prior to the University of Adelaide,

2   where did you work?

3      A.   I think you said University of Adelaide.

4   I was at Macquarie University in Australia.

5      Q.   I'm sorry.  Macquarie University in

6   Australia?

7      A.   Right.

8      Q.   Where did you work prior to Macquarie

9   University?

10      A.   Prior to that, I was an assistant

11   professor at the University of Chicago.

12      Q.   Do you recall the time frame where you

13   worked --

14      A.   1983 to 1988.

15      Q.   And prior to the University of Chicago,

16   where did you work?

17      A.   I was a teaching association -- a

18   teaching associate at the University of California

19   Berkeley.  I was a teaching associate whilst I was

20   doing my Ph.D.

21      Q.   Uh-huh.  And what year were you --

22      A.   1979 to '83.

23      Q.   Okay.  I'm sorry, if you could just let

24   me finish my question so that --

25      A.   Okay.  Sorry.

47

1          Q.   -- the court reporter can have a clear

2     record.

3          A.   I'm sorry.

4          Q.   Did you say 1979 to 1983?

5          A.   Yes.

6          Q.   Do you have any professional employment

7     that's not listed on your risumi?

8          A.   No.

9          Q.   Now, at the University of Notre Dame

10    where you currently work, what courses do you

11    teach?

12         A.   I teach financial statement analysis and

13    valuation.

14         Q.   Have you taught any other subjects other

15    than financial statement analysis and valuation?

16                    MS. JONES:  Object to form.

17         A.   Yes.

18         Q.   What other topics have you taught?

19         A.   I've taught introductory accounting.

20    I've taught management accounting.  I've taught

21    several Ph.D. classes.

22         Q.   Any other accounting topics that you've

23    taught at the University of Notre Dame?

24         A.   I didn't teach those classes at the

25    University of Notre Dame.  I thought your question

48

1   was had I taught any other classes.

2        Q.   I meant at the -- I'm sorry if I -- at

3   the University of Notre Dame.

4        A.   I have taught financial statement

5   analysis and valuation at the University of Notre

6   Dame.

7        Q.   Have you taught any other subjects at

8   the University of Notre Dame?

9        A.   No, I have not.

10       Q.   At the Ohio State University, what

11  courses have you taught?

12       A.   I taught managerial accounting, Ph.D.

13  courses in financial statement analysis, and I

14  taught managerial accounting to MBAs.

15       Q.   What types of Ph.D. courses have you

16  taught at Ohio State University?

17       A.   The Ph.D. courses were courses

18  associated with research in what is called in the

19  literature capital markets.

20       Q.   At the University of Adelaide, what kind

21  of courses did you teach there?

22       A.   I didn't teach at the University of

23  Adelaide.

24       Q.   Okay.  Did you teach when you were an

25  assistant professor at the University of Chicago?

49

1       A.    Yes.

2       Q.    What courses did you teach --

3       A.    I taught managerial --

4       Q.    -- as an assistant professor --

5       A.    I'm sorry.

6       Q.    -- at the University of Chicago?

7       A.    I'm sorry.   I taught managerial

8   accounting.

9       Q.    Anything else?

10      A.    No.

11      Q.    Do you have an area of expertise?

12                  MS. JONES:  Objection to

13          form.

14      A.    Yes.

15      Q.    What is your area of expertise?

16      A.    My expertise is two areas of expertise:

17  Accounting and valuation.

18      Q.    What is valuation?

19      A.    Valuation is determining the intrinsic

20  worth of an entity.

21      Q.    Do you consider yourself an expert in

22  the accounting of digital assets?

23      A.    No.

24      Q.    Have you ever taught a course, an

25  accounting course, about digital assets?

1          A.    No.

2          Q.    Are all the professional organizations

3    that you belong to listed in your Appendix A?

4          A.    Yes.

5          Q.    Okay.  Do you know if any of these

6    organizations have any relationships with the

7    defendants in this case?

8                    MS. JONES:  Objection to

9          form.

10         A.    No.

11         Q.    Are any of the memberships in the

12   organizations that you listed voluntary?

13         A.    Could you point me to this list, please?

14   I'm -- I'm not aware of what you're talking about.

15         Q.    Okay.  So on Appendix A, I believe you

16   list under "Academic and Professional

17   Experience" --

18         A.    Yes.

19         Q.    -- "Member, Scientific Council, CenTER."

20         A.    These are not professional

21   organizations.

22         Q.    Okay.

23         A.    They're both advisory boards.

24         Q.    Do you belong to any professional

25   organizations?

51

1     A.   No.

2     Q.   What's the Scientific Council, CenTER?

3     A.   This is the council that runs the

4  economics, econometrics, finance, and accounting

5  at Tilburg University in the Netherlands.

6               THE REPORTER:  At the

7          University of?

8               THE WITNESS:  Tilburg

9          University in the Netherlands.

10    Q.   Okay.  And what is your role as a member

11 of the Scientific Council, CenTER?

12    A.   I advise on major issues:  Development

13 of Ph.D. program, staffing, allocation of funds

14 across the various departments, downsizing where

15 that's necessary.

16    Q.   Okay.  What is the Northern Trust Global

17 Investments entity that you've listed on your

18 Appendix A?

19    A.   This is a large institutional investor

20 based in Chicago.

21    Q.   And what is your role as a member of the

22 Northern Trust Global Investments advisory board?

23    A.   I advise them on complex accounting

24 matters.

25    Q.   Have you ever provided any advice

52

1    regarding digital assets to any of the -- these

2    entities that we just discussed?

3                    MS. JONES:  Objection to

4            form.

5        A.   No.

6        Q.   Have you provided any advice

7    regarding -- professional advice regarding

8    digital -- the accounting for digital assets to

9    any of the entities that you've listed on your

10   Appendix A?

11       A.   No.

12       Q.   Do you have any professional licenses?

13       A.   No.

14       Q.   Okay.  Have you listed all of the

15   testimony that you have provided in the past four

16   years in your report?

17       A.   Yes.

18       Q.   Have you ever testified about the

19   accounting of digital assets?

20       A.   No.

21       Q.   Have you ever conducted any seminars

22   regarding the accounting for digital assets?

23       A.   No.

24       Q.   Have you listed all of your publications

25   in the last ten years in the appendix to your

53

1    report?

2         A.   Yes.

3         Q.   Are there any articles listed in the

4    appendix to your report concerning the accounting

5    for any digital assets?

6         A.   No.

7         Q.   Have you listed the books that you are

8    -- that you published in the appendix to your

9    report?

10        A.   Yes.

11        Q.   Are there any books that you've listed

12   concerning the accounting for digital assets?

13        A.   No.

14        Q.   So is there anything in the appendices

15   to your report that concern the accounting for

16   digital assets?

17                  MS. JONES:  Objection to

18             form.

19        A.   Not specifically, no.

20        Q.   Okay.  With regard to the invited

21   presentations that you've listed in the appendix

22   to your report, has any of these presentations --

23   or have any of these presentations concerned the

24   accounting for digital assets?

25        A.   No.

54

1          Q.   Have you ever submitted any writings

2     that were not accepted for publication?

3          A.   Yes.

4          Q.   Can you tell me which writings that you

5     submitted that were not accepted for publication?

6          A.   It would be all of those listed on my

7     vitae that don't have a journal associated with

8     them.

9          Q.   Have you provided any trial testimony in

10    the past four years regarding digital assets?

11         A.   No.

12         Q.   Have you provided any trial testimony

13    prior to the past four years regarding digital

14    assets?

15         A.   No.

16         Q.   Have you provided any deposition

17    testimony in the past four years regarding digital

18    assets?

19         A.   No.

20         Q.   Have you provided any deposition

21    testimony prior to the past four years regarding

22    digital assets?

23         A.   No.

24         Q.   Can you tell me the scope of your

25    assignment with regards to the opening report that

1   you submitted in this case?

2                      MS. JONES:  Objection to

3             form.  And we've been going about an

4             hour.

5                      Peter, are you -- do you want

6             to break or do you want to go a little

7             bit --

8                      THE WITNESS:  Let's take a

9             break.

10                     MS. JONES:  All right.

11            Well, after the question and then

12            we'll --

13                     MS. GUERRIER:  Let me --

14            once he answers --

15                     THE WITNESS:  I beg your

16            pardon.

17                     MS. GUERRIER:  No, no, not

18            at all.  Once you answer the question

19            --

20                     THE WITNESS:  Please ask

21            your question again.

22                     MS. GUERRIER:  Okay.  Sure.

23   BY MS. GUERRIER:

24        Q.  So can you tell me the scope of your

25   assignment with regards to the opinion -- opening

```
 1    report that you submitted in the case?

 2                    MS. JONES:  And objection to

 3           the form.

 4        A.   I believe it's clearly stated in

 5    paragraph 9.

 6        Q.   Okay.  Can you tell us for the record

 7    what the scope of your assignment was?

 8        A.   Should -- should I read paragraph 9?

 9        Q.   If you would like to tell me the scope

10    of the assignment.

11        A.   Okay.  "I've been retained by Kellogg,

12    Hansen, Todd, Figel & Frederick, P.L.L.C, Counsel

13    for the defendant Ripple ('Counsel'), to provide

14    expert testimony in connection with this

15    litigation, based on my expertise as an accounting

16    professor and leading author of accounting

17    treatises, as well as my review of the record

18    evidence and other publicly available information,

19    regarding the following topics:

20              "How would a hypothetical purchaser or

21    holder of XRP understand the proper accounting for

22    XRP transactions based on the applicable

23    accounting guidance?

24              "Did Ripple account for the offer and

25    sales of XRP, as alleged in the complaint, in
```

57

```
1    accordance with the applicable accounting

2    guidance?

3            "Could Ripple," consistence with --

4    "consistent with the applicable accounting

5    guidance, properly account for transactions in XRP

6    as securities transactions?"

7         Q.   Okay.  Thank you.

8                    MS. GUERRIER:  We can take a

9         break now.  How about --

10                   THE WITNESS:  Thank you.

11                   MS. GUERRIER:  -- what do --

12                   MS. JONES:  How long do you

13        want?  Five or ten minutes?

14                   THE WITNESS:  Five or ten

15        minutes, yeah.

16                   THE VIDEOGRAPHER:  Going off

17        the record at 10:10.

18                   (Whereupon, a recess is taken.)

19                   THE VIDEOGRAPHER:  Okay.

20        Back on the record at 10:24.

21   BY MS. GUERRIER:

22        Q.   Professor Easton -- may I call you

23   professor?

24        A.   Sure.

25        Q.   Okay.  Does paragraph 9 contain the
```

58

1    scope of your assignment in this case?

2        A.   Yes.

3        Q.   Okay.  Did you review the complaint in

4    this case?

5        A.   Yes.

6        Q.   Are you familiar with what this case is

7    about?

8        A.   Yes.

9        Q.   What is this case about?

10       A.   This is an action, the SEC against

11   Ripple Labs and others, regarding the -- whether

12   or not XRP conforms with the legal definition of a

13   security and, therefore, might fall under the SEC

14   act.

15       Q.   Okay.  Are you providing any opinion on

16   whether or not XRP is a security under the federal

17   securities laws?

18       A.   No.

19       Q.   Do you know whether this case involves

20   the treatment of XRP -- the account -- I'm sorry.

21            Do you know whether this case involves

22   the accounting treatment of XRP?

23                 MS. JONES:  Object to form.

24       A.   Could you restate the question, please?

25       Q.   Do you know whether the accounting

59

1    treatment of XRP is an issue before the Court in

2    this case?

3                    MS. JONES:  Object to form.

4         A.   I really don't understand the question.

5    I'm sorry.

6         Q.   Do you know whether this case involves

7    the accounting treatment of XRP under GAAP?

8                    MS. JONES:  Object to form.

9         A.   I still don't understand the question.

10   I'm sorry.

11        Q.   Okay.  When you read the complaint in

12   this case, did you see any allegations in the

13   complaint about the -- what -- the accounting

14   treatment of XRP under GAAP?

15        A.   No.

16        Q.   Are all of the opinions submitted in

17   your -- the opening report are those that you'll

18   be testifying to today?

19        A.   Yes.

20                    MS. JONES:  Object to form.

21        Q.   Can you please tell us the opinions you

22   formulated in this case?

23        A.   They are in paragraph 10.  Shall I read

24   paragraph 10?

25        Q.   Could you please read your opinions for

60

1    the record?

2        A.    Okay.   "Based on my analysis and review

3    of the record evidence and relevant accounting

4    guidance, I have concluded the following:

5            "Ripple, and other companies holding

6    cryptocurrencies (including XRP), account for

7    those holdings as indefinite-lived intangible

8    assets ('Intangible Assets').   Ripple accounts for

9    monetary and nonmonetary sales of XRP as revenues.

10   MoneyGram International, Incorporated

11   ('MoneyGram'), a publicly traded holder of XRP,

12   accounts for its receipt of XRP in exchange for

13   providing services to Ripple as a reduction in the

14   cost of providing those services.

15           "While there currently is no

16   authoritative U.S. Generally Accepted Accounting

17   Principles ('U.S. GAAP') directly applicable to

18   the accounting for cryptocurrencies, the available

19   guidance, analogous U.S. GAAP, and the practices

20   of other publicly traded companies holding

21   cryptocurrencies are all consistent with the

22   manner in which Ripple accounts for XRP on its

23   balance sheet (that is, as an intangible asset),

24   and are inconsistent with the notion that those

25   cryptocurrencies (including XRP) are securities

1    under U.S. GAAP.

2              "Based on my understanding of the offer

3    and sales of XRP as alleged in the complaint, it

4    would be improper for Ripple to account for sales

5    and transactions involving XRP as the offer and

6    sale of securities under U.S. GAAP.  In contrast,

7    Ripple's accounting for sales of XRP as

8    revenues - and not as the issuance of debt or

9    equity securities - is consistent with U.S. GAAP's

10   guidance for the accounting for consideration

11   received in return for a company delivering goods,

12   or providing or receiving services, as part of its

13   ongoing operations."

14        Q.   Thank you.

15             Going back to your paragraph 9(i), you

16   used the term "hypothetical purchaser."

17             What do you mean by "hypothetical

18   purchaser"?

19        A.   I mean a purchaser who is considering --

20   purchaser of a holding considering the purchase or

21   continuing to hold XRP using the accounting --

22                  THE REPORTER:  I'm sorry,

23             repeat, please.

24        A.   Okay.  I'm -- I'm considering the

25   hypothetical purchaser as an individual -- as an

62

```
 1   entity understanding the proper accounting for XRP

 2   based on the accounting guidance that applies in

 3   the case of an asset such as XRP.

 4       Q.   Okay.  Why did you use the term

 5   "hypothetical purchaser"?

 6       A.   I'm not considering any particular

 7   entity.

 8       Q.   What is the standard that you're using

 9   for defining hypothetical purchaser?

10                 MS. JONES:  Object to form.

11       A.   I'm sorry, I'm just not understanding

12   the question.

13       Q.   Where did you obtain the definition of

14   hypothetical purchaser?

15                 MS. JONES:  Object to form.

16       A.   I did not look to a source to get that

17   definition.

18       Q.   Do you know if this is a depo -- is this

19   a definition under any accounting guidance?

20       A.   Hypothetical purchaser?

21       Q.   Yes.

22       A.   It may be.  I can't quote to a

23   particular guidance right now.

24       Q.   What do you mean by "cryptocurrencies"

25   in your opinion?
```

63

1          A.   I mean a currency that exists on -- in

2     digital form on an encrypted ledger.

3          Q.   What is the basis for your definition of

4     cryptocurrency?

5          A.   Again, I -- I struggle with the

6     question.  I -- that's how I would define it.

7          Q.   Is the definition based on any personal

8     knowledge?

9                     MS. JONES:  Objection to

10              form.

11         A.   Probably.

12                    THE REPORTER:  I'm sorry?

13         A.   Probably.

14         Q.   Are you making an assumption that XRP is

15    a cryptocurrency?

16                    MS. JONES:  Objection to

17              form.

18         A.   No.

19         Q.   Are you giving an opinion that XRP is a

20    cryptocurrency?

21         A.   I believe it is a cryptocurrency.

22         Q.   Is this an opinion that you formulated?

23                    MS. JONES:  Objection to

24              form.

25         A.   I believe it is a cryptocurrency.  You

64

1    could call it an opinion, I suppose.

2         Q.   Is this an expert opinion that you're

3    providing regarding the status of XRP as a

4    cryptocurrency?

5         A.   My expertise is -- is in accounting.

6    And an expert -- as an expert in accounting, I

7    understand the attributes of the asset that I'm

8    valuing.  It's from that perspective that I've

9    defined cryptocurrency.

10        Q.   What is the basis for your opinion that

11   XRP is a cryptocurrency?

12                  MS. JONES:  Objection.

13        A.   I don't understand the question.

14        Q.   What are you relying on in support of

15   your opinion that XRP is a cryptocurrency?

16                  MS. JONES:  Objection to

17        form.

18        A.   Reading about XRP.

19        Q.   Where -- what materials did you read

20   about XRP that support your opinion that XRP is a

21   cryptocurrency?

22                  MS. JONES:  Objection to

23        form.  Counsel, he's not offering an

24        opinion.  He --

25                  MS. GUERRIER:  I'm sorry, he

```
 1              just said that he's offering an

 2              opinion.  So please do not --

 3                     MS. JONES:  That's your

 4              opinion that he's offering in this

 5              case.

 6                     MS. GUERRIER:  No, he's --

 7              no, he just stated that he's offering

 8              an opinion that XRP is a

 9              cryptocurrency.  And I would ask you

10              to just state your objection on the

11              record and not speaking objections.

12              Thank you.

13   BY MS. GUERRIER:

14        Q.   So what --

15        A.   Would you read back to me, please, where

16   I offered that opinion?

17                     "Q.   Is this an expert opinion

18                that you're providing regarding the

19                status of XRP as a cryptocurrency?

20                     "A.  [As read] My expertise is

21                in accounting and as an expert in

22                accounting, I understand attributes

23                of the asset that I'm" evaluating --

24                "that I'm valuing.  It's from that

25                perspective that I define
```

66

```
1              cryptocurrency."

2              And earlier I asked you:  "Are you

3      giving an opinion that XRP is a cryptocurrency?"

4              You answered "I believe it is a

5      cryptocurrency."

6              I asked, "Is this an opinion that you

7      formulated?"

8              And you answered "I believe it is a

9      cryptocurrency.  You could call it an opinion, I

10     suppose."

11             So let's clarify.

12             Are you providing an expert opinion on

13      whether or not XRP is a cryptocurrency?

14        A.   No.

15        Q.   Okay.  Are you making an assumption that

16     XRP is a cryptocurrency?

17                  MS. JONES:  Object to form.

18        A.   Certain assumption is not necessary for

19     my report.

20        Q.   So did -- did you make that assumption

21     that XRP is a cryptocurrency?

22                  MS. JONES:  Objection to

23             form.  Asked and answered.

24        A.   I considered the attributes of the asset

25     XRP.  And my opinion is based on those attributes.
```

67

1      Q.   Okay.  So just to clarify, you're not

2   providing --

3      A.   May I complete my answer, please?

4      Q.   I'm sorry.  Sure.

5      A.   The label "cryptocurrency" is not

6   necessary for that opinion.

7      Q.   So could you use the term "digital

8   asset" to describe XRP as well?

9              MS. JONES:  Object to form.

10      A.   It is a digital asset.

11      Q.   Okay.  So could you use that term to

12   describe it?

13              MS. JONES:  "It" being XRP?

14      A.   Possibly.  It's the attributes of XRP

15   that matters.  It's not the label that matters.

16      Q.   Going back to your opinion, you used the

17   term "securities."

18         Can you provide a definition of

19   securities in your opinion?

20      A.   Point me to exactly where I used it.

21      Q.   Well, in paragraph --

22      A.   Okay.

23      Q.   So Opinion 10(ii).

24      A.   Yes.

25      Q.   You state that -- in the last part of

68

```
 1    your opinion in that sentence, you use the term
 2    "securities."
 3         A.   Yes.
 4         Q.   Okay.  Can you explain what you mean by
 5    "securities" in that opinion?
 6         A.   Yes.  My -- my opinion is based on
 7    United States Generally Accepted Accounting
 8    Principles.
 9         Q.   And how are -- I'm sorry, were you done?
10         A.   And my definition -- definition of
11    securities and the attributes of securities is all
12    based on Generally Accepted U.S. Accounting
13    Principles.
14         Q.   Are you done with your answer?
15         A.   Yes.
16         Q.   So how are securities defined under
17    Generally Accepted Accounting Principles?
18                   MS. JONES:  And, Peter, if
19              you want to go to a -- if it would be
20              helpful to go to the paragraph in
21              your report --
22                   THE WITNESS:  Yeah, I think
23              it would be best to go to the
24              paragraph in my report.
25                   In fact, it's a section in my
```

69

1          report, Section C.

2      Q.   What page are you on?

3      A.   Seventeen.

4      Q.   Thank you.

5           So could you define securities under

6  that, please?

7      A.   Does it say -- in paragraph 36:  "The

8  Financial Accounting Standards Board provides two

9  definitions of a security.  Under the first

10  definition, a security is defined as:  'The

11  evidence of debt or ownership or a related right.

12  It includes options and warrants as well as debt

13  and stock.'"

14          Paragraph 37:  "Under the second

15  definition, the FASB defines a security as a

16  share, participation, or other interest in

17  property or in an entity of the insurer (sic) or

18  an obligation of the issuer that has all of the

19  following characteristics:

20          "A.  It is either represented by an

21  instrument issued in bearer or registered form or,

22  if not represented by an instrument, is registered

23  in books maintained to record transfers by or on

24  behalf of the issuer.

25          "B.  It is of the type commonly dealt on

70

```
1    securities exchanges or markets or, when
2    represented by an instrument, is commonly
3    recognized in any area in which it is issued or
4    dealt in as a medium for investment.
5              "C.  It either is one of a class or
6    series or by its terms is divisible into a class
7    or series of shares, participations, interests, or
8    obligations."
9              And then I go on to elaborate.
10   Q.   Okay.  Thank you.
11             Going back to the first opinion in your
12   paragraph 10(i), is this the complete opinion that
13   you formed in response to paragraph -- the
14   question that you posed in paragraph 9(i)?
15                  MS. JONES:  Objection to
16             form.
17   A.   No.
18   Q.   What is your complete opinion that -- in
19   response to paragraph 9(i)?
20                  MS. JONES:  Object to the
21             form.
22   A.   The responses in paragraph 10 jointly
23   respond to the questions as raised in 9.
24   Q.   Okay.  Did anyone assist you in
25   formulating this opinion?  And when I say "this
```

71

1    opinion," I'm referring to the opinion in

2    paragraph 10(i).

3                      MS. JONES:  And you can

4              answer that question yes or no, but

5              I'm going to direct you not to

6              disclose any communications that you

7              had with counsel.

8        A.    Yes.

9        Q.    Who assisted you in formulating this

10   opinion?

11       A.    Jennifer Milliron.

12       Q.    Did counsel assist you in formulating

13   the opinion in 10(i)?

14                     MS. JONES:  You can answer

15             that question yes or no.

16       A.    No.

17       Q.    Okay.  What is the basis for the opinion

18   in 10(i)?

19       A.    10(i) is a statement of facts.

20       Q.    Okay.  So what is the -- where is --

21   what is the opinion that you're giving in response

22   to 9(i), whether a hypothetical purchaser or

23   holder of XRP understands the proper accounting

24   for XRP transactions based on the applicable

25   accounting guidance?

72

```
 1                    MS. JONES:  Objection to

 2            form.

 3       A.   They would understand, as I've stated, a

 4  holding of cryptocurrencies as indefinite-lived

 5  intangible assets.  They would understand the

 6  accounting for the monetary and nonmonetary

 7  transactions.

 8       Q.   Are there any facts that support the

 9  opinion that you formulated in response to the

10  question in 9(i)?

11                    MS. JONES:  Objection to

12            form.

13       A.   Yes.

14       Q.   What are the facts that support your

15  opinion in response to question 9(i)?

16                    MS. JONES:  Objection to

17            form.

18       A.   So those facts are stated in 10(i).

19       Q.   What are the specific facts?

20       A.   "Ripple and other companies holding

21  cryptocurrencies (including XRP), account for

22  those holdings as indefinite-lived intangible

23  assets.  Ripple accounts for monetary and

24  nonmonetary sales of XRP as revenues.  MoneyGram

25  International, a publicly traded holder of XRP,
```

73

1    accounts for its receipt of XRP in exchange for

2    providing services to Ripple as a reduction in the

3    cost of providing those services."

4         Q.   Where did you obtain the facts in

5    support of -- the facts that state that Ripple and

6    other companies holding XRP account for these

7    indefinite-lived -- lived intangible assets?

8                        MS. JONES:  Objection to

9              form.

10        A.   From the annual reports.

11        Q.   Do you recall what specific annual

12   reports that support this statement in your

13   opinion?

14        A.   Ripple's annual reports, Tesla's annual

15   reports, Microstrategy annual reports, MoneyGram's

16   annual reports, which I've already said that, and

17   Coinbase.

18        Q.   And what in those annual reports support

19   that statement?

20                        MS. JONES:  Objection to

21             form.

22        A.   A line item on the reported balance

23   sheet that says "indefinite-lived intangible

24   assets."  And in many case, a footnote referring

25   to the fact that those indefinite-lived intangible

74

1    assets are cryptocurrencies.

2         Q.   Okay.  Do any of these entities that you

3    cited report XRP specifically on -- in their

4    financial records?

5         A.   Yes.

6         Q.   Which ones?

7         A.   XRP and MoneyGram.

8                   MS. JONES:  You said XRP.

9         Do you mean Ripple?

10                  THE WITNESS:  I -- I mean --

11        excuse me.  Ripple and MoneyGram.

12        Q.   And where did you obtain the facts in

13   support of the statement -- the second sentence in

14   your paragraph 10(i)?

15                  MS. JONES:  Objection to

16        form.

17        A.   I read the annual reports of Ripple and

18   the annual reports of MoneyGram International.

19        Q.   Now, you state in paragraph 10(i) that

20   "MoneyGram accounts for its receipt of XRP in

21   exchange for providing services to Ripple as a

22   reduction in the cost of providing those

23   services."

24             What specifically are you -- what

25   specific facts are you relying on in support of

75

1   this statement?

2        A.   They report a contra expense.

3        Q.   I'm sorry?

4        A.   They report a contra expense.

5        Q.   Where do they report that expense?

6        A.   On their annual report.  In the 10-K.

7        Q.   What -- what year is the 10-K for?

8        A.   I have cited it at some point.

9             The question is what year?  I'm sorry.

10       Q.   Yes.

11       A.   2020.

12       Q.   Okay.  Now, in your Question 9(i), you

13  were asking whether a hypothetical purchaser or

14  holder of XRP, how they would understand the

15  proper accounting for XRP.

16            So are you considering Ripple and

17  MoneyGram as hypothetical purchasers and holders

18  of XRP?

19       A.   No.

20       Q.   So who are the hypothetical purchasers

21  or holders of XRP in your opinion in response to

22  the question in 9(i)?

23                 MS. JONES:  Objection to

24            form.  Asked and answered.

25       A.   A hypothetical purchaser is an entity

76

```
1    who uses the accounting as a source of information

2    in informing their purchase or holding decision.

3          Q.   Did you answer that question that you

4    posed in 9(i) with respect to the hypothetical

5    purchaser in your opinion?

6          A.   Yes.

7                    MS. JONES:  Objection to

8               form.

9                    THE WITNESS:  I'm sorry.

10                   MS. JONES:  That's okay.

11         Q.   So are you considering MoneyGram an

12   actual holder of XRP or a hypothetical holder of

13   XRP?

14                   MS. JONES:  Objection to

15              form.  Asked and answered.

16         A.   MoneyGram is an actual holder of XRP, or

17   has been.

18         Q.   Okay.  So how would the hypothetical

19   purchaser or holder of XRP account for XRP?

20                   THE REPORTER:  Account for?

21              I can't hear you.

22         Q.   Account for XRP.

23         A.   I don't think purchasers do the

24   accounting.

25         Q.   Who would do the accounting for a
```

77

1   purchaser?

2       A.   The accounting -- the accountant would

3   do it and the purchaser would read the

4   accounting --

5       Q.   Okay.

6       A.   -- in an attempt to understand it.

7       Q.   Would a purchase -- can a purchaser do

8   his or her own accounting?

9       A.   If the entity is trained as an

10  accountant, yes.

11      Q.   So does one have to be trained as an

12  accountant to perform accounting for one's self?

13      A.   One has to under -- my opinion is based

14  on U.S. GAAP.  One would have to understand U.S.

15  GAAP.

16      Q.   So does -- your hypothetical purchaser

17  or holder of XRP is one that understands U.S.

18  GAAP?

19              MS. JONES:  Objection to

20          form.

21      A.   The hypothetical purchaser needs to be

22  sufficiently informed to use the accounting in the

23  entity's decision.

24      Q.   So is there any accounting guidance for

25  the treatment, the accounting treatment, for

78

1   digital assets?

2       A.   Yes.

3       Q.   Is there any authoritative accounting

4   guidance for the accounting treatment of digital

5   assets?

6                    MS. JONES:  Object to form.

7       A.   Yes.

8       Q.   What is the authoritative guidance for

9   the accounting treatment of digital assets?

10      A.   I have pages of discussion of it here.

11      Q.   I'm sorry?

12      A.   I have pages of discussion starting

13  Section IV on page 5.

14      Q.   Okay.  Can you list the author --

15  authoritative guidance for digital asset

16  treatment?

17      A.   Can I list it?

18      Q.   Yes.  Could you tell us what the

19  authoritative guidance is for a digital asset?

20                    MS. JONES:  Object to the

21          form.

22      A.   If you'd like me to read all of Section

23  V?

24      Q.   No.  But you can -- can you provide,

25  like, a summary of what the authoritative guidance

79

1    is for a digital asset as treatment for

2    accounting?

3                    MS. JONES:  Objection to

4            form.

5        A.    I can summarize, but I am paraphrasing,

6    so I very likely will state something incorrectly.

7            There is as yet no authoritative

8    guidance from either the Financial Accounting

9    Standards Board or the Securities and Exchange

10   Commission.

11           There is authoritative guidance from the

12   International Accounting Standards Board which has

13   accounting principles that are sometimes similar

14   to those of U.S. GAAP, sometimes quite different,

15   but it does inform U.S. GAAP.

16           In the absence of guidance from the

17   Financial Accounting Standards Board, the American

18   Institute of Chartered Public Accountants has

19   issued guidance, which is generally considered to

20   be authoritative.  And each of the Big 4

21   accounting firms, which supervise and employ

22   millions of accountants worldwide, have issued

23   guidance.

24       Q.    Okay.  What is the Financial Accounting

25   Standards Board -- is that known as FASB?

80

1         A.    Yes.

2         Q.    Okay.  What is the guidance from FASB

3    regarding the accounting treatment of digital

4    assets?

5                        MS. JONES:  Objection to

6              form.  Asked and answered.

7         A.    I believe I have answered that question.

8    I -- I said FASB has not provided any

9    authoritative guidance.

10        Q.    Okay.  What is the guidance from the

11   International Accounting Standards Board regarding

12   the accounting treatment of digital assets?

13        A.    "The International Accounting Standards

14   Board publishes accounting standards (referred to

15   as International Financial Reporting Standards)

16   which are the accounting principles adopted by

17   many countries throughout the world.  In May 2019,

18   the IFRS Interpretations Committee provided

19   accounting guidance for cryptocurrencies having

20   all of the following characteristics:

21             "A.  A cryptocurrency that is a digital

22   or virtual currency recorded on a distributed

23   ledger and uses cryptography for security.

24             "A cryptocurrency that is not issued by

25   a jurisdictional authority or other party.

81

1              "A holding of a cryptocurrency that does

2       not give rise to a contract between the holder and

3       another party.

4              "In particular, the IFRS guidance

5       provides two options for the accounting treatment

6       of a company's holdings of cryptocurrency:  The

7       Committee concluded that IAS 2 inventories applies

8       to the cryptocurrencies when they are held for

9       sale in the ordinary course of business.  If IAS 2

10      is not applicable, an entity applies IAS 38

11      Intangible Assets to holdings of

12      cryptocurrencies."

13          Q.   What is the guidance from the AICPA

14      regarding the accounting for digital assets?

15          A.   Would you like me to read from paragraph

16      24 and 25?

17          Q.   Can you summarize what the guidance is

18      for the accounting treatment of digital assets by

19      the AICPA?

20          A.   Yes.  It's very similar to the

21      International Accounting Standards Board.  It

22      differs inasmuch as the AICPA concludes that under

23      U.S. GAAP, cryptocurrencies cannot be traded as

24      inventory.

25          Q.   Okay.  You also mentioned the Big 4

82

1    accounting firms.

2         A.   Yes.

3         Q.   Do they have authoritative guidance over

4    the accounting treatment of a digital asset?

5         A.   That depends on the interpretation of

6    authoritative.  It is certainly the case that if

7    the Big 4 offer an opinion, the accounting world

8    pays a lot of attention.  And I would say it does

9    become authoritative if all four accounting firms

10   offer essentially the same opinion and it is

11   concordant with the AICPA opinion.

12        Q.   Okay.  How does it become authoritative

13   after the Big 4 issue similar opinions about a

14   particular topic?

15                    THE REPORTER:  About?

16                    MS. GUERRIER:  A particular

17             topic.

18                    MS. JONES:  Objection to

19             form.

20        A.   Could you elaborate on the question,

21   please?

22        Q.   Yeah.

23             So you stated -- let me -- you stated

24     that if the Big 4 offer an opinion, the

25     accounting world pays a lot of attention and that

83

1    it does become authoritative if all four

2    accounting firms offer essentially the same

3    opinion and it is concordant with the AICPA.

4            So how does this process work?

5        A.   Well, the Big 4, given that they are

6    responsible for a massive amount of accounting

7    practice in the world, provide an opinion as, I

8    would say, an authority.  Therefore, it's an

9    authoritative opinion.

10       Q.   What happens if a -- an entity does not

11   follow an opinion that's been issued by the Big 4?

12       A.   If the company is an audited company, I

13   expect that the auditor would question that

14   classification of the asset.

15                 THE REPORTER:  That

16           classification?

17                 THE WITNESS:  Of the asset.

18           I'm sorry.

19       Q.   Does not following an opinion by the Big

20   4 equal a violation of Generally Accepted

21   Accounting Principles?

22                 MS. JONES:  Objection to

23           form.

24       A.   I don't think so.

25       Q.   Okay.  Well, is it fair to say that the

84

1    Big 4 accounting firms are not on equal footing

2    with GAAP?

3         A.   I don't understand that question at all.

4         Q.   Let me rephrase that.

5              The Big 4 accounting firms, in terms of

6    authority over the accounting treatment of

7    something, are they on equal footing with FASB

8    authoritative guidance?

9                   MS. JONES:  Objection to

10             form.

11        A.   No.  In this case, there is no FASB

12   guidance, however.

13        Q.   Okay.  Going back to your opinion in

14   response to Question 9(i), did you rely on any

15   documents in support of that opinion?

16                  MS. JONES:  Objection to

17             form.

18        A.   Forgive me, but I believe I answered

19   that question.  Yes.

20        Q.   Okay.  So the documents that you

21   identified earlier, are these the universe of

22   documents that you relied on in support of that

23   opinion?

24                  MS. JONES:  Objection to

25             form.

85

1       A.   I'm not sure.

2       Q.   Were there any documents that you

3   considered that are -- you did not previously

4   describe?

5       A.   Possibly.  There are -- there are no

6   documents that I haven't listed as documents that

7   I relied upon in writing the report.

8       Q.   How about documents that you considered

9   in writing the report?

10      A.   Not that --

11                MS. JONES:  Objection to

12           form.

13      A.   Not that I recall as I sit here now.

14      Q.   Did counsel provide you with any

15  documents that you considered in writing the

16  opinion in response to Question 9(i)?

17                MS. JONES:  You can answer

18           that question yes or no.

19      A.   Yes.

20      Q.   What specific documents did counsel

21  provide you with regarding your response to

22  Question 9(i)?

23                MS. JONES:  I'm just going

24           to instruct you, you can answer as to

25           the -- the facts that counsel gave

86

1           you, but don't disclose any

2           communications beyond the facts that

3           counsel gave you or the documents.

4      A.   My recollection is that the annual

5  reports of Ripple were more than likely provided

6  by counsel.

7      Q.   Do you have a specific recollection of

8  whether the annual reports -- Ripple's annual

9  reports were provided by counsel to you?

10      A.   No.

11      Q.   Any other documents that counsel

12  provided to you that were considered in support of

13  your response to Question 9(i)?

14      A.   No.

15      Q.   Were there any assumptions that you made

16  in formulating your opinion in response to

17  Question 9(i)?

18                MS. JONES:  And same

19           instruction.  Don't disclose any

20           communications that you've had with

21           counsel.

22      A.   There -- there were no assumptions,

23  period.

24      Q.   Okay.  Did you conduct an analysis in

25  support of your opinion in response to question

87

1    9(i)?

2         A.   Yes.

3         Q.   What is the --

4                   MS. JONES:   Objection to

5         form.   Sorry.

6         Q.   What is the analysis that you conducted?

7         A.   I carefully considered the existing

8    guidance for accounting for assets under U.S. GAAP

9    and for the accounting for the sale of those

10   assets under U.S. GAAP.

11        And based on very clear definitions of

12   assets in that guidance, I considered what XRP was

13   and what XRP was not.

14        Q.   Can you elaborate?   When you state that

15   you "considered what XRP was," what do you mean?

16        A.   Could we look at page 8?

17        Q.   Okay.   Yes.

18        A.   Page 8 provides definitions as

19   established by the Financial Accounting Standards

20   Board of various types of assets.

21        Q.   Uh-huh.

22        A.   I carefully considered each of those

23   types of assets and determined why XRP was not any

24   other category than intangible long-lived assets.

25        Q.   So are all of the categories of assets

88

```
1    that XRP does not fall into listed in paragraph 17
2    of your report?
3                    MS. JONES:  Objection to
4         form.
5         A.   Could you say the question again,
6    please?
7         Q.   Yes.  Are all of the categories of
8    assets that XRP does not fall into listed in
9    paragraph 17 of your report?
10                   MS. JONES:  Do you mean 18?
11                   MS. GUERRIER:  Is it 18?
12        A.   It's both, 17 and 18.  And 19.
13        Q.   Okay.  So is the answer yes?
14        A.   The answer is no.  This is 18 and 19.
15        Q.   Okay.  So are -- those three paragraphs
16   include all of the categories of assets that XRP
17   does not fall under?
18                   MS. JONES:  Objection to
19        form.
20        A.   I can't think of any others as I sit
21   here now.  These are rather all encompassing.
22        Q.   Okay.  So can you show me in your report
23   where your analysis in support of the opinion that
24   you formed in response to Question 9(i) is
25   located?
```

89

1        A.    I think it's pages and pages and pages

2    here.  It's a large part of the report.

3        Q.    So in response to the question of

4    whether a hypothetical purchaser or holder of XRP

5    would understand the proper accounting for XRP, so

6    I -- you walked me through the paragraph where the

7    assets that XRP does not fall under are located.

8            So is there anything else in support of

9    your analysis that you can point to in your

10   report?

11       A.    Yes.

12       Q.    What else?

13                  MS. JONES:  Objection to

14           form to the prior question.

15       A.    It's all of these paragraphs --

16       Q.    What --

17       A.    -- that discuss what the AICPA's

18   guidance is, what PWC, EY, et cetera's --

19                  THE REPORTER:  What the AICPA's

20           guidance is what?  The what?

21                  THE WITNESS:  PWC, EY, et

22           cetera's, guidance is.

23   BY MS. GUERRIER:

24       Q.    Okay.  Can you summarize the analysis

25   that you've conducted in support of your opinion

1    in 9 -- in response to Question 9(i)?

2                      MS. JONES:  Objection to

3              form.  Asked and answered.

4         A.    The analysis is I've done it myself.

5    I've referred to analysis done by the Big 4.  I

6    referred to guidance from the AICPA, all of which

7    essentially look at the same asset categories as I

8    looked at.  They're all listed on page -- whatever

9    the page is -- 8 and discuss why they form the

10   conclusion that under United States GAAP, XRP

11   should be recorded as an intangible long-lived

12   asset.

13        Q.    Okay.  So can you tell me why XRP should

14   be reported as an intangible asset?

15        A.    Yes.  XRP are not cash or cash

16   equivalents because they do not represent fiat

17   currency or short-term high-liquidity investments.

18   They represent insignificant risk of change in

19   value.

20                 They are not debt securities because

21    they do not represent a creditor relationship

22    between issuer and holder.

23                 They are not equity securities because

24   they do not provide the holder with an ownership

25   interest in an entity or the right to acquire or

91

1     dispose of an ownership interest.

2              They are not investment contracts

3     because they are not investments linked to

4     insurance policies.

5              They are not inventory or property,

6     plant, and equipment because they do not represent

7     tangible property.

8              They do appear to meet the definition of

9     intangible assets given that they lack physical

10    substance and they are not a financial asset.

11    Q.   Is this particular analysis one that is

12    conducted by your peers in determining whether

13    something is categorized as a digital asset or

14    not?

15                   MS. JONES:  Object to form.

16    A.   This is accounting 101 inasmuch as if

17    we're accounting for a sweater or a barrel of oil

18    or a bushel of cotton or whatever, we would go

19    through this analysis.

20    Q.   Okay.  Do you know if there are any

21    dissenting views regarding whether or not a

22    digital asset such as XRP would be considered an

23    intangible asset?

24                   MS. JONES:  Objection to

25         form.

92

1       A.   I'm -- I'm here to give an opinion on

2   the classification under U.S. GAAP, not a general

3   classification.

4       Q.   Well, do you know under U.S. GAAP

5   whether there are dissenting views as to whether

6   XRP would be considered an intangible asset for

7   accounting purposes?

8                   MS. JONES:  Objection to

9           form again.

10      A.   I know of some who argue that

11  cryptocurrencies could be considered as inventory

12  under U.S. GAAP, but that view flies in the face

13  of XRP or cryptocurrencies not having physical

14  substance.  And that very point is made in that

15  dissenting view.

16      Q.   Do you know who those that have the

17  dissenting view about the character of

18  cryptocurrencies --

19      A.   PWC --

20                  MS. JONES:  Objection to

21          form.

22                  THE WITNESS:  I'm sorry.

23      Q.   Anyone else?

24      A.   No.

25      Q.   Okay.  Do you know if there are any

93

1   views regarding treating a digital asset as an

2   investment type of asset?

3                    MS. JONES:  Objection to

4           form.

5       A.   Yes.

6       Q.   What are the views regarding treating a

7   digital asset as an investment asset under -- for

8   accounting purposes?

9       A.   For accounting purposes?

10      Q.   Yes.

11      A.   Oh, I don't know of any of those views.

12  You didn't ask that question.

13      Q.   Sorry.

14           Specifically with regard to accounting

15  purposes?

16      A.   As -- and the question was as an

17  investment asset?

18      Q.   Yes.

19      A.   I don't know what that means.

20      Q.   How would you account for a digital

21  asset that's held for investment and then later

22  sold?

23                    MS. JONES:  Objection to

24           form.

25      A.   It would be an intangible long-lived

[12/8/2021] Easton, Peter Expert Dep. Tr. 12.8.2021

94

1     asset.

2         Q.   Okay.  What would be the accounting

3     entry for the type of asset that's an in -- that

4     you say is an intangible long-lived asset but

5     that's held for investment and then sold?

6         A.   The same.

7         Q.   What --

8         A.   It would be an intangible long-lived

9     asset.

10        Q.   How --

11        A.   Bitcoin being an example on Tesla's

12    balance sheet.

13                    THE REPORTER:  Repeat.

14                    THE WITNESS:  Bitcoin being

15            an example on Tesla's balance sheet.

16                    THE REPORTER:  On Tesla's?  I

17            can't --

18                    THE WITNESS:  Balance sheet.

19    BY MS. GUERRIER:

20        Q.   Are you providing any opinion as to

21    whether bitcoin and XRP are similar in

22    characteristics?

23        A.   Yes.

24        Q.   What is the opinion that you're

25    providing regarding whether bitcoin and XRP are

1    similar in characteristics?

2         A.   They're both cryptocurrencies.

3         Q.   What's the basis for your opinion that

4    bitcoin and XRP are both cryptocurrency?

5         A.   They're both digital assets existing --

6    existing on an encrypted ledger.  They lack

7    physical substance.  And, therefore, they're

8    intangible assets and recorded as such.

9                   MS. JONES:  And just to be

10              clear, Counsel, are you talking about

11              an expert opinion that Mr. Easton's

12              offering in this matter when you use

13              the term "opinion"?

14                   MS. GUERRIER:  Yes.

15                   MS. JONES:  Okay.

16   BY MS. GUERRIER:

17        Q.   Is that your expert opinion regarding

18   the characteristics of bitcoin versus XRP?

19        A.   Yes.

20        Q.   Okay.  So what is the basis for the --

21   the opinion that bitcoin and XRP have similar

22   characteristics?

23        A.   They are both digital assets.  They do

24   exist on an encrypted ledger.  They do lack

25   physical substance.

96

```
1        Q.   Are you relying on anything that
2   supports these statements that you're making right
3   now regarding the characteristics of bitcoin and
4   XRP?
5                    MS. JONES:  Objection to
6            form.
7        A.   I really don't understand the question.
8   You're saying that they're not --
9        Q.   Well, what in your education qualifies
10  you to give an opinion on the characteristics of
11  bitcoin versus XRP?
12                   MS. JONES:  Objection to
13           form.
14       A.   I've spent a heck of a lot of time as an
15  accountant accounting for assets of many different
16  kinds.
17       Q.   Okay.  Did you testi --
18       A.   And I think I'm pretty good at
19  identifying the characteristics of those -- of
20  those assets for which I'm performing the
21  accounting.
22       Q.   Have you performed accounting for
23  digital assets?
24                   MS. JONES:  Objection to
25           form.
```

97

```
 1          A.   Have I done debits and credits do you

 2    mean?

 3          Q.   Well, I'm using your term.  So what

 4    did -- what did you mean when you said that you're

 5    pretty good at identifying the characteristics of

 6    those assets for which you're performing the

 7    accounting?

 8          A.   And your question?

 9          Q.   Have you performed accounting for any

10    digital assets?

11          A.   Yes.

12          Q.   Which digital assets?

13          A.   XRP.

14          Q.   When did you perform the accounting for

15    XRP?

16          A.   In the process --

17                    MS. JONES:  Objection to

18          form.

19          A.   In the process of developing this

20    report.

21          Q.   What type of accounting did you perform

22    for XRP?

23                    MS. JONES:  Objection to

24          form.

25          A.   I believe I've answered the question.
```

98

```
 1    So sorry if I haven't answered that question, but
 2    I'll probably give the same answer again.
 3             As a professional accountant, when I'm
 4    determining the nature of an asset which I am
 5    going to account for, I consider various
 6    characteristics of those assets and determine what
 7    category of assets they fit in.  And then I
 8    account for it accordingly.
 9        Q.   What are the specific characteristics of
10    XRP that you've evaluated?
11                 MS. JONES:  For purposes of
12             U.S. GAAP do you mean?
13        A.   For purposes of U.S. GAAP?
14        Q.   Well, in response to your -- in
15    following up to your answer that you evaluate --
16    you consider the various characteristics of the
17    assets.
18        A.   Well, is it cash?  Is it a short-term
19    highly liquid investment?  Is there any
20    characteristic that suggests that it represents a
21    creditor relationship with an entity?  Is there a
22    representation of an ownership interest in an
23    entity?  Is it a long-term-duration contract
24    involving insurance?  Is it tangible property?  Is
25    it property, plant and equipment?  Is it an
```

99

1    intangible asset?  Is it a financial asset?

2        Q.   And what did -- what is -- answer did

3    you arrive at?

4        A.   It is an intangible long-lived asset.

5        Q.   Does this intangible long-lived asset

6    characteristics -- characteristic make XRP a

7    cryptocurrency in your opinion?

8                    MS. JONES:  Objection to

9            form.

10       A.   No.  Research and development is not a

11   cryptocurrency, but it is an intangible long-lived

12   asset.

13       Q.   What specific characteristic other than

14   the ones that you just stated would make XRP a

15   cryptocurrency?

16       A.   I -- I don't understand the question.

17       Q.   Did you actually compare bitcoin's

18   characteristics versus XRP's characteristics?

19                   MS. JONES:  Objection to

20           form.  For purposes of U.S. GAAP you

21           mean?

22                   MS. GUERRIER:  That's your

23           question.  That's not my question.

24                   MS. JONES:  I'm clarifying.

25                   MS. GUERRIER:  I'll re --

100

1           I'll repeat my question.

2    BY MS. GUERRIER:

3        Q.   My question is, did you actually compare

4    bitcoin's characteristics versus XRP's

5    characteristics?

6        A.   I believe that I went through the

7    categories I just labeled or just discussed for

8    bitcoin and came to the same conclusion for

9    bitcoin.

10       Q.   Is this a process that is followed in

11   your field when comparing different digital

12   assets?

13               MS. JONES:  Objection to

14           form.  Asked and answered.

15       A.   The question -- I -- I -- I don't

16   understand the question.  I just don't understand

17   the question.

18       Q.   Well, let me go back to...

19           I believe you stated that you look at

20   specific characteristics that you enumerated when

21   evaluating a cryptocurrency, is that correct?

22               MS. JONES:  Objection to

23           form.  Mischaracterizes the

24           testimony.

25       A.   That is not what I said.

101

```
 1        Q.    Could you explain to me what you meant
 2   when you were saying that you looked at specific
 3   characteristics?
 4        A.    I said when I look at an asset, it could
 5   be this suit.
 6        Q.    Uh-huh.
 7        A.    It could be my tie.  It could be oil in
 8   the ground.  I and my students, any other
 9   professional accountant, would look at the asset
10   and examine the characteristics within these
11   parameters, these definitions, provided by the
12   authority, the Financial Accounting Standards
13   Board.
14            Once -- once an asset is classified in a
15   particular area, it's classified into that area.
16   It doesn't say that an intangible asset is a
17   cryptocurrency.  It says a cryptocurrency is an
18   intangible asset.  Those are two very different
19   statements.
20        Q.    Uh-huh.  So do you need to determine the
21   characteristics of an asset prior to being able to
22   classify for GAAP purposes?
23                 MS. JONES:  Objection to
24            form.
25        A.    Yes.
```

 1                     MS. JONES:  And we've been

 2          going about another hour, so once you

 3          finish this line of questioning, it

 4          would be a good time for a break.

 5                     MS. GUERRIER:  Give me one

 6          second.

 7                     MS. JONES:  Sorry?

 8                     MS. GUERRIER:  Give me one

 9          second.

10                     (Pause)

11                     MS. GUERRIER:  Okay.  I

12          think we can take a 15-minute break.

13                     MS. JONES:  How about ten

14          minutes?

15                     MS. GUERRIER:  Is this a

16          lunch break?

17                     MS. JONES:  It's a little

18          early --

19                     THE VIDEOGRAPHER:  Let me

20          just go off the record.

21                     Going off the record at 11:29.

22                     (Whereupon, a recess is taken.)

23                     THE VIDEOGRAPHER:  Okay.

24          Back on the record at 11:41.

25     BY MS. GUERRIER:

103

```
1          Q.   Professor Easton, to clarify, other than
2     the accounting for XRP that you did in connection
3     with this case, have you performed any accounting
4     for digital assets?
5                         MS. JONES:  Objection to
6              form.
7          A.   No.
8          Q.   Going back to the characteristics that
9     you described earlier that you reviewed, are all
10    fiat currencies cash or cash equivalent under
11    GAAP?
12         A.   A holding of fiat currency is cash.
13                        THE REPORTER:  I'm sorry, I
14             can't understand you.
15                        THE WITNESS:  Sorry.
16         A.   A holding of cash -- of fiat currency is
17    cash.
18         Q.   What do you mean by "a holding of fiat
19    currency"?
20         A.   Well, a euro is not cash and cash
21    equivalence in the United States unless it's held
22    by a U.S. company.
23         Q.   So does whether something is cash or
24    cash equivalent depend on its geographical
25    location?
```

104

1                    MS. JONES:  Objection to

2          form.

3        A.   No.

4        Q.   What is the element that is required for

5   a currency to be considered cash or cash

6   equivalent?

7        A.   The company -- company needs to

8   physically hold the currency.

9        Q.   Okay.  Is there any cryptocurrency that

10  you would classify as cash or cash equivalent

11  under GAAP?

12       A.   Not that I'm aware of.

13       Q.   Going back to your report, the AICPA

14  guidance directs that an investment company should

15  determine whether its holding of digital assets

16  represent -- I'm sorry.  Strike that.

17            So the AICPA's guidance defines crypto

18  assets as the type of digital asset that functions

19  as a medium of exchange.

20            You write in Footnote 19 that it is

21  evident that XRP has characteristics a, b and

22  b.ii.

23            What facts did you consider in reaching

24  your opinion that XRP functions as a medium of

25  exchange?

1        A.   It is used as a medium of exchange.

2        Q.   Okay.  Can you identify the facts that

3    support this opinion?

4                    MS. JONES:  Objection to

5           form.

6        A.   Payments to MoneyGram -- MoneyGram for

7    services.  Payments to executives.  Payments for

8    software development.

9        Q.   Do you know if those facts are reliable?

10       A.   Yes.

11                   MS. JONES:  Objection to

12          form.

13       Q.   How do you --

14       A.   Yes.

15       Q.   -- how do you know that those facts are

16   reliable?

17       A.   Well, some of those things are discussed

18   in audited financial reports.

19                   THE REPORTER:  Are discussed

20          in what?

21                   THE WITNESS:  Audited

22          financial reports.

23                   THE REPORTER:  Thank you.

24       Q.   What specifically is discussed in the

25   audited financial reports?

106

```
1          A.   Off the top of my head, I can't point to
2     them right now.
3          Q.   Are they cited in your opinion report?
4               MS. JONES:  Objection to
5          form.
6          A.   I suspect they are later when I look at
7     what individual companies do.
8          Q.   I'm sorry?
9          A.   I suspect they are when later I look at
10    what particular companies do.
11         Q.   Uh-huh.  So with regards to MoneyGram,
12    can you describe specifically what facts support
13    your statement or opinion that XRP transactions
14    with MoneyGram constitute a medium of exchange?
15              MS. JONES:  Objection to
16         form.
17         A.   Well, MoneyGram provides a service for
18    which it is paid a medium of exchange in XRP.
19         Q.   What service does MoneyGram provide that
20    you're referring to?
21         A.   It maintains or helps facilitate the ODL
22    platform.
23         Q.   What's the ODL platform?
24         A.   On-demand liquidity.
25         Q.   Do you know what the ODL does?
```

107

1        A.    Yes.

2        Q.    What does it do?

3        A.    It transfers money across international

4   jurisdictions, converting fiat currency in one

5   country to XRP, converting it via the ODL

6   platform -- transmitting it by the ODL platform

7   and then, at the other jurisdiction, converting it

8   back to the local currency.

9        Q.    And are you providing an expert opinion

10  that this transaction with XRP constitutes a

11  medium of exchange?

12       A.    For the purposes of this report, I

13  understand that XRP is being used as a medium of

14  exchange.

15       Q.    When you say you understand, are you

16  making an assumption about the use of XRP in

17  connection with its MoneyGram transactions?

18       A.    I wouldn't label it an assumption.  It's

19  my understanding.

20       Q.    What is your -- the basis for your

21  understanding?

22       A.    From reading the way MoneyGram provides

23  the service via the ODL platform.

24       Q.    Other than reading the way that

25  MoneyGram provides service via -- through the ODL

108

```
 1   platform, is there anything -- I'm sorry, is there

 2   anything in your professional background that

 3   qualifies you to provide an opinion on whether or

 4   not XRP -- MoneyGram -- whether or not XRP in

 5   MoneyGram's transactions constitute a medium of

 6   exchange?

 7                    MS. JONES:  Objection to

 8              form and that misstates his

 9              testimony.

10   A.    Perhaps you could restate the question.

11   Q.    Well, let me read this.

12         I asked you what was the basis of your

13   understanding regarding the XRP MoneyGram

14   transaction and XRP being a medium of exchange.

15         And you stated it was from reading the

16   way MoneyGram provides the service via the ODL

17   platform.

18         Do you -- excuse me.

19         Do you have a specific basis in support

20   of this statement?

21   A.    Yes.

22   Q.    What is the basis?

23   A.    I understand the economic substance of

24   the transaction, which is the service was provided

25   and it was paid for via XRP; hence, it's a medium
```

109

```
 1    of exchange.
 2         Q.   We'll -- we'll get back to that shortly.
 3         A.   Okay.
 4         Q.   Moving on to the opinion you formed in
 5    response to paragraph 9(ii), can you summarize the
 6    response to the question posed in paragraph 9(ii)?
 7         A.   Yes.  The answer is yes.
 8         Q.   Okay.  So what -- what is the opinion
 9    that you formed in response to paragraph 9(ii)?
10         A.   Ripple accounted for sales of XRP as
11    sales of the intangible assets which it had
12    recorded on its balance sheet.  They recorded them
13    as U.S. GAAP requires, as the sale of an
14    intangible at the current market value of that
15    intangible and the associated expense, which is
16    the amount at which the intangible is recorded on
17    the balance sheet.
18         Q.   Okay.  Well, in your opinion on -- in
19    paragraph 10(ii), you state that the available
20    guidance, among others, are inconsistent with the
21    notion that cryptocurrencies such as -- as XRP are
22    securities under GAAP.
23              Can you provide the basis for this
24    opinion?
25         A.   Yes.  Securities under U.S. GAAP have
```

110

1    associated financial obligations whether they're a

2    debt or an equity security.  And those obligations

3    are -- are provided by the issuer of those debt

4    or -- and equity securities.

5            This is not the case with XRP.

6        Q.   Okay.  So how is XRP different, in your

7    opinion, from the securities that you describe for

8    GAAP purposes?

9        A.   I -- I think I'd have to repeat what I

10   just said.  I could do that if you would like.

11       Q.   Okay.  So how is XRP different than the

12   securities that you define under GAAP?

13       A.   Securities under GAAP are associated

14   with rights and obligations associated with or

15   against the issuing -- issuer of the securities.

16   That's not the case with XRP.

17       Q.   Have digital assets been considered as

18   securities under GAAP?

19       A.   Considered?

20       Q.   Yes.

21       A.   Yes.

22       Q.   How so?

23       A.   They've been considered and the

24   conclusion is they are not.

25       Q.   Okay.  Can you point me to specifically

1    where under GAAP that digital assets have --

2        A.    They've been considered by the AICPA,

3    PWC, EY, KPMG and Deloitte.

4        Q.    Thank you.

5            Has GAAP promulgated any statement that

6    states that securities such as digital assets --

7    I'm sorry.  Let me...

8            Have there been any promulgations under

9    GAAP that digital assets are not securities for

10   GAAP purposes?

11                    MS. JONES:  Objection to

12           form.

13       A.    "Promulgation," if I understand that

14   word, would be done by the Financial Accounting

15   Standards Board.  The Financial Accounting

16   Standards Board has not weighed in on accounting

17   for cryptocurrencies.

18       Q.    Okay.  Did you consider any facts in

19   support of your opinion that the treating of XRP

20   as a security under U.S. GAAP would be

21   inconsistent with the guidance and current

22   practices?

23                    THE REPORTER:  And what?

24                    MS. GUERRIER:  And current

25           practices.

112

1      A.   Yes.

2      Q.   What facts?

3      A.   There are no rights and obligations that

4  Ripple has to the holder of XRP of the forms such

5  as payment of interest, payment of principal,

6  residual claims on equity.

7      Q.   Did you consider any documents that

8  support your opinion regarding XRP's treatment or

9  lack of treatment as a security under GAAP?

10               MS. JONES:  Objection to

11          form.

12     A.   I -- could you ask the question again,

13  please?

14     Q.   Did you consider any documents in

15  support of your opinion that XRP is not a security

16  under GAAP?

17     A.   Many of the documents that I relied

18  upon.

19     Q.   Which documents?

20     A.   I can't point to a particular document

21  right now.

22     Q.   Did counsel provide you with any of the

23  documents that you considered in support of your

24  opinion that XRP is not a security under GAAP?

25               MS. JONES:  And I'm going to

113

1           instruct you to answer that yes or

2           no.

3      A.   Yes.

4      Q.   Can you identify the documents that

5    counsel provided you --

6                MS. JONES:  He can answer --

7      Q.   -- that you considered in support of

8    your opinion that XRP is not a security under

9    GAAP?

10                MS. JONES:  I'll -- I'll

11          instruct that you can answer and you

12          can provide any facts or assumptions

13          that counsel provided to you, but do

14          not disclose communications that you

15          had with counsel.

16      A.   I believe I've answered the question.

17    My -- my recollection is that the documents

18    provided by counsel were the Ripple annual

19    reports.

20      Q.   Anything other than the Ripple annual

21    reports --

22      A.   That's --

23      Q.   -- provided by counsel?

24      A.   I don't recall any.

25      Q.   Did you make any assumption in support

114

 1   of your opinion that XRP is not a security under

 2   GAAP?

 3        A.   No.

 4        Q.   Did you conduct any analysis in support

 5   of your opinion that XRP is not a security under

 6   GAAP?

 7                    MS. JONES:  Objection to

 8             form.

 9        A.   Yes.  I read and understand the

10   definitions of securities under U.S. GAAP.  And

11   XRP does not fall within those definitions.

12        Q.   Is what you just described, the reading

13   of the definition of securities under GAAP, is

14   that your analysis in support of your opinion --

15                    MS. JONES:  Objection to

16             form.

17        Q.   -- in 10(ii)?

18        A.   It's understanding GAAP and

19   understanding the attributes of XRP.

20        Q.   Okay.  So moving on to the opinion that

21   you provided in response to Question 9(iii), can

22   you summarize the opinion that you provided in

23   response to the question of whether Ripple

24   accounted for -- properly accounted for

25   transactions in XRP as securities transactions?

115

1      A.    "It would be improper for Ripple to

2  account for sales and transactions involving XRP

3  as the offer and sale of securities under U.S.

4  GAAP."

5      Q.    Okay.

6      A.    "In contrast, Ripple's accounting for

7  sales of XRP as revenues and not as the issuance

8  of debt or equity securities is consistent with

9  U.S. GAAP's guidance for accounting for

10  consideration received in return for a company

11  delivering goods or providing or receiving

12  services as part of its ongoing operations."

13      Q.    In your opinion in response to Question

14  9(iii), you state that -- are you stating that

15  your opinion is based on your understanding of the

16  offer and sales of XRP as alleged in the

17  complaint?

18                  MS. JONES:  Objection to

19          form.

20      A.    Yes.

21      Q.    What is your understanding of the offer

22  and sales of XRP as alleged in the complaint?

23      A.    XRP is offered and sold to raise funds

24  to be used in Ripple's operations and to pay for

25  goods and services provided to Ripple.

116

```
 1        Q.   Do you have -- did you consider any

 2   facts in support of the statement that you just

 3   described?

 4                    MS. JONES:  Objection to

 5            form.

 6        A.   I considered facts as described in the

 7   annual reports for sure.

 8        Q.   Which reports?

 9        A.   Ripple and MoneyGram.

10        Q.   What type of reports did you consider

11   the facts in?

12        A.   Annual reports.

13        Q.   Other than the annual reports, was there

14   any source for the facts that you considered in

15   support of this statement in your opinion to

16   Question 9(iii)?

17                    MS. JONES:  Objection to

18            form.

19        A.   Possibly, but I can't recall them at

20   this point.

21        Q.   Were there any documents that you

22   considered in support of your opinion in response

23   to Question 9(iii)?

24        A.   Possibly, but I don't recall them right

25   now.
```

117

```
 1          Q.   Did you make any assumptions in support

 2     of your opinion in response to Question 9(iii)?

 3          A.   I don't believe so.

 4          Q.   Did you conduct any analysis in support

 5     of your opinion in response to Question 9(iii)?

 6                    MS. JONES:  Objection to

 7               form.

 8          A.   Yes.  I looked closely at the economic

 9     substance of the transactions and determined what

10     accounting principles would comport with the

11     substance.

12          Q.   Okay.  In your opinion, what do you mean

13     by "debt securities"?

14                    MS. JONES:  Objection.

15               Asked and answered.

16          A.   I believe, in fact, I give the best

17     definition of a debt security in my rebuttal

18     report, but for now, a debt -- debt security

19     represents a creditor relationship between the

20     debtor and the holder.

21          Q.   What do you mean by "equity security" in

22     your opinion and response to the question in

23     9(iii)?

24                    MS. JONES:  Objection.

25               Asked and answered.
```

118

1          A.   An equity security involves an ownership

2     interest in the underlying entity.

3          Q.   Are those definitions of debt security

4     and equity security definitions under GAAP?

5          A.   They are consistent with GAAP

6     definitions, yes.

7          Q.   What do you mean, "consistent with GAAP

8     definitions"?

9          A.   Well, we can go back to the definitions

10    as provided by the AICPA.

11         Q.   Okay.

12         A.   That's probably what we should do.

13         Q.   Does the A -- is the AICPA the

14    authoritative guidance for the definitions of debt

15    securities and equity securities?

16         A.   Yes, and the definition is -- is on page

17    8 of my report.

18         Q.   The definitions that you just provided,

19    do they differ from the AICPA's definitions of

20    those terms?

21         A.   They're a paraphrased summary.

22         Q.   What do you mean by "economic

23    substance"?

24         A.   I mean -- this is a fundamental U.S.

25    Financial Accounting Standards Board concept.  It

1    means the basic economics that underlie the asset

2    or the transaction involving such an asset.

3         Q.   So does economic substance have a

4    technical meaning under GAAP?

5                   MS. JONES:  Objection to

6              form.

7         A.   Economic substance is the -- defined in

8    the Statement of Accounting Concepts, I think it's

9    2.  I can't cite the exact definition at this

10   point.

11        Q.   Do you know if the Statement of

12   Financial Accounting Concept 2 refers to the

13   economic substance as vague -- a vague idea that

14   defies precise definition?

15        A.   Please state the question again, please.

16                  MS. JONES:  Counsel, if

17             there's -- if you're reading

18             something that you'd like to show

19             him, that might be --

20                  MS. GUERRIER:  Thanks.

21   BY MS. GUERRIER:

22        Q.   Do you know if the Statement of

23   Financial Accounting Concept No. 2 that you just

24   referred to refers to the term "economic

25   substance" as a vague idea that defies precise

1    definition?

2                    MS. JONES:  Objection to

3          form.

4      A.   I wouldn't describe it that way.

5      Q.   Do you know if the Financial Accounting

6    Concept 2 describes economic substance that way?

7      A.   No.

8      Q.   Is substance over form a mandatory

9    accounting principle?

10                   MS. JONES:  Objection to

11         form.

12     A.   I don't -- I don't think the word

13   "mandatory" is appropriate here.  It is a

14   fundamental account -- accounting principle.

15     Q.   What distinction do you make between

16   mandatory and fundamental in this context of

17   deter -- describing economic substance for

18   accounting purposes?

19     A.   I do know what fundamental means, and

20   what fundamental means is that it is the first

21   principle that an accountant would consider in

22   determining the attributes of the asset or the

23   transaction.

24          And given that it's expected to be

25   followed, you might call it mandatory, but I don't

1    know of that statement in the law.  The concept is

2    a concept that the Financial Accounting Standards

3    Board always takes into account when developing

4    its accounting principles.  It's something that

5    the Board, the six of them, consider all the time.

6        Q.   Is there any formal definition for

7    substance?

8        A.   I -- I think somewhere in this report --

9    I'm not sure where it is.  It's in a footnote.

10   I've been trying to find it but I've yet to find

11   it.  I do define -- take the FASB's concept

12   standard definition, but I'm not sure where it is

13   to be honest with you.

14       Q.   Okay.  Well, do you know if the

15   Financial Accounting Standards Board or any

16   authoritative body has provided a formal

17   definition of substance?

18       A.   No.

19       Q.   Okay.  Do you know if the Financial

20   Accounting Standards Board or any authoritative

21   accounting entity has provided a formal def --

22   definition of economic substance?

23       A.   I do not know, but I'd be surprised if

24   they have not.

25       Q.   Okay.  Do you know if the economic

122

1    substance concept under GAAP governs what

2    constitutes economic substance under federal

3    securities laws?

4        A.   No.

5        Q.   Are you providing any opinion that

6    economic substance under GAAP has any authority

7    over economic substance under federal securities

8    laws?

9        A.   No.

10                   MS. JONES:  Object to form.

11       A.   I am a GAAP expert.

12                   THE REPORTER:  I am not or I

13           am?

14                   THE WITNESS:  I am a GAAP

15           expert.

16       Q.   So is the answer no?

17       A.   I'm sorry, you will have to repeat the

18   question.

19       Q.   Okay.  So are you providing any opinion

20   that economic substance under GAAP has any

21   authority over economic substance under federal

22   securities laws?

23       A.   No.

24       Q.   Okay.  So under GAAP are -- is there

25   only two -- well, let me rephrase that.

123

1              Under GAAP are there only two

2      classifications for assets:  Debt or equity

3      security?

4                      MS. JONES:  Objection to

5              form.

6         A.   No.

7         Q.   Well, what -- okay.

8              Can a digital asset under GAAP be --

9       fall under a category other than debt and equity

10       security --

11                      MS. JONES:  Objection to --

12        Q.   -- for accounting purposes?

13                      MS. JONES:  Objection to

14              form.

15        A.   I -- I don't understand the question.  I

16      think I just said that it doesn't fall under

17      either category.

18        Q.   I'm -- it doesn't fall under debt or

19      equity securities?

20        A.   Correct.

21        Q.   Okay.  How would you classify a digital

22      asset that's considered a capital asset for

23      accounting purposes?

24                      MS. JONES:  Objection to

25              form.

124

1        A.   What is a capital asset?

2        Q.   Do you know, based on your

3    qualifications, what a capital asset is for

4    accounting purposes?

5        A.   No.

6        Q.   Have you ever heard of the term "capital

7    asset" under GAAP?

8        A.   No.

9        Q.   Have you heard of the term "capital

10   assets" for accounting purposes?

11       A.   I probably have, but I don't know the

12   context.

13       Q.   Okay.  Okay.  Can you walk me through

14   the analysis you conducted in support of your

15   opinion and -- and response to Question 9(iii)?

16               MS. JONES:  Objection to

17          form.  Asked and answered.

18       A.   Yes.  I went through each of the

19   categories of assets as defined on page 8 as the

20   FASB definitions and I determined after ruling out

21   all other asset forms that XRP was an intangible

22   asset.  And it follows that sales of XRP were

23   sales of intangible assets under U.S. GAAP and

24   treated as such by XRP and others.

25       Q.   Okay.

125

1        A.    By Ripple and others.   I stand

2    corrected.

3        Q.    If you turn to page 19 of your report.

4    In the first sentence in paragraph 43, you state

5    that Ripple provides global financial settlement

6    solutions based on blockchain technology.   And I'm

7    paraphrasing.

8              What is the basis for this statement?

9        A.    Ripple's consolidated financial

10   statements for the years ended December 31, 2020

11   and 2019.

12       Q.    Okay.   In the second sentence, you refer

13   to payment being utilized and open-source XRP

14   ledger.

15             What do you mean by "open source"?

16       A.    It is accessible by many.

17       Q.    What is the basis for your statement

18   regarding open source?

19       A.    Ripple's consolidated financial

20   statements for the years ended December 31, 2020

21   and 2019.

22       Q.    You also use the term "liquidity" in

23   that paragraph.

24             What do you mean by "liquidity"?

25       A.    An ability to transact.

126

1      Q.   I'm sorry, an ability?

2      A.   To transact.

3      Q.   Okay.  And what is the basis for your

4   definition of liquidity?

5      A.   Forty years of experience in the finance

6   industry.

7      Q.   Turning to paragraph 45 of your report,

8   are you providing any opinion regarding Ripple's

9   use of escrow?

10              MS. JONES:  Objection to

11          form.

12     A.   No.  Not in this paragraph.

13     Q.   Okay.  Are you providing any opinion

14   about Ripple's use of escrow in your opening

15   report under GAAP?

16     A.   I don't believe so.

17     Q.   Okay.  Would you turn to paragraph 55 of

18   your report?

19              Can you explain what you consider

20   monetary XRP transactions?

21                 MS. JONES:  Objection to

22          form.

23     A.   In this context, it is the sale of XRP

24   for a monetary consideration.

25     Q.   What is the basis for this statement?

```
 1        A.   Ripple's 2020 annual financial

 2   statement.

 3        Q.   In the second sentence in paragraph 55,

 4   you -- you state that you understand that XRP

 5   purchase -- I mean, third parties purchase XRP --

 6   and I'm paraphrasing -- to facilitate transactions

 7   across foreign current exchanges using Ripple's

 8   Wallet Send/ODL product.

 9             What's the basis for this statement?

10        A.   This, I believe, also came from the 2020

11   annual report.

12        Q.   And on the last sentence of paragraph

13   55, you state that "Ripple's sales of XRP 'serve

14   as a source of capital to fund the company's

15   operations' and are made 'for the purpose of

16   providing liquidity to customers.'"

17             What is the basis for this statement?

18        A.   Ripple's 2018 annual financial

19   statement.

20        Q.   Did you independently verify any of the

21   statements that are contained in paragraph 55 to

22   determine their reliability?

23                   MS. JONES:  Objection to

24             form.

25        A.   I saw nothing to lead me to question the
```

128

```
 1    reliability and I observed that these annual

 2    reports are audited by reputable auditing firms.

 3         Q.   Okay.  Can you describe how Ripple

 4    accounts for its sales of XRP?

 5         A.   Yes.  They record the receipt of cash

 6    and the sale.

 7         Q.   So are these sales connected, in your

 8    opinion, with Ripple's business operations?

 9              MS. JONES:  Objection to

10         form.

11         A.   The sale is a business operation.

12         Q.   Do you know if Ripple has conducted

13    sales that are not connected with its business

14    operations?

15              MS. JONES:  Objection to

16         form.

17         A.   I don't know what that would mean.

18         Q.   Do you know if Ripple sold XRP that were

19    held for investment purposes?

20              MS. JONES:  Objection to

21         form.

22         A.   No.  I really don't understand what that

23    means.

24         Q.   Do you know if Ripple only sells XRP

25    in -- in connection with its business operations?
```

129

```
 1                    MS. JONES:  Objection to

 2          form.

 3      A.   I do know that Ripple sold XRP in order

 4  to generate cash which it then used in its

 5  operations.

 6      Q.   What is the basis for your statement

 7  that Ripple sold XRP in order to generate cash

 8  which was then used in its operations?

 9                    MS. JONES:  Objection to

10          form.  Asked and answered.

11      A.   Ripple's 2018 annual financial

12  statement.

13      Q.   What in Ripple's 2018 annual financial

14  statement support your statement that Ripple sold

15  XRP in order to generate cash which it used for

16  its operations?

17      A.   In the last sentence of paragraph 55, I

18  quote from that report, which the quote is that

19  "Ripple's sales of XRP also serve as a source of

20  capital to fund the company's operations."

21      Q.   In your experience, do you know if

22  digital assets can be held by a company for

23  investment purposes?

24      A.   Do I know it --

25      Q.   In your --
```

130

1        A.    -- state the question again.

2        Q.    Yeah, I'll repeat the question verbatim.

3              In your experience, do you know if

4    digital assets can be held by a company for

5    investment purposes?

6        A.    Companies hold crypto assets for

7    investment purposes, yes.

8        Q.    Do you know if Ripple holds any XRP for

9    investment purposes?

10       A.    No.  I didn't analyze that.

11       Q.    Okay.  Are you making a distinction

12   between monetary transactions and nonmonetary

13   transactions?

14       A.    Yes.

15       Q.    What is the distinction that you're

16   making?

17       A.    A monetary transaction is the sale of

18   XRP to get cash.  A nonmonetary transaction -- and

19   this is an accounting definition of a nonmonetary

20   transaction.  It is the use of XRP as payment for

21   a service or a supplier, a good.

22                    THE REPORTER:  What was the

23            last word?

24                    THE WITNESS:  A good.

25       Q.    Do you know whether XRP had any

1    nonmonetary transactions in this case?

2        A.   Yes.

3        Q.   What types of --

4                MS. JONES:  I -- you said

5        XRP.  I assume you mean Ripple.

6        Q.   Ripple -- thank you -- had any

7    nonmonetary transactions in this case?

8        A.   Yes.

9        Q.   Okay.  What types of nonmonetary

10   transactions did Ripple have in this case?

11       A.   Well, particularly what is described in

12   the second sentence of paragraph 55.

13       Q.   Okay.  Can you state what nonmonetary --

14       A.   This was -- they -- they paid MoneyGram

15   in XRP for the provision of services with respect

16   to their on-demand liquidity platform.

17       Q.   Any other nonmonetary transactions by

18   Ripple?

19       A.   Yes.  Compensation to employees.

20       Q.   Anything else with regard to nonmonetary

21   transactions?

22       A.   I think there are four different types

23   of transactions that I list in my rebuttal report,

24   but I can't recall them off the top of my head.

25       Q.   Okay.  Okay.  In general, can you tell

132

1    us how Ripple accounts for nonmonetary

2    transactions?

3         A.   Yes.  It depends on whether the XRP is

4    held as purchased XRP or XRP as originally

5    available from the date of the formation of

6    Ripple.  If we talk about the former, the sale is

7    recorded at the time of payment in a nonmonetary

8    transaction.  A sale is recorded of the XRP at the

9    current dollar value of XRP and the corresponding

10   expense is reported as the associated value of the

11   asset as recorded as an intangible long-lived

12   asset.

13        Q.   Okay.  Do Ripple's sales of XRP

14   constitute monetary tran -- monetary transactions?

15                  MS. JONES:  Objection to

16             form.

17        A.   I think both monetary and nonmonetary.

18        Q.   Okay.  In what context can they be

19   considered monetary transactions?

20        A.   Monetary is sale for cash.  Nonmonetary

21   is sale for products or services.

22        Q.   Do the journal entries for monetary

23   sales of XRP and nonmonetary sales for XRP differ?

24        A.   Yes.

25        Q.   How do they differ?

133

```
 1        A.   One recognizes sale and corresponding

 2   cash; the other recommend -- recognizes sale and a

 3   corresponding expense.

 4        Q.   Do -- does the journal entries for the

 5   nonmonetary sales affect the cash amount for

 6   Ripple on its financial statement?

 7        A.   Yes.

 8        Q.   How so?

 9        A.   The -- there's two transactions.

10   There's a sale for which there -- cash is

11   received, recorded, and there's an expense for

12   which there's a reduction in cash.

13        Q.   Is this the nonmonetary transaction

14   that --

15        A.   Right.

16        Q.   -- you're describing?

17        A.   Right.

18        Q.   And how would it differ with regard to

19   the monetary sale?

20        A.   It's just a sale in cash.

21        Q.   Sale in cash.

22             So does Ripple maintain an internal

23    supply of XRP?

24                  MS. JONES:  Objection to

25             form.
```

134

1       A.   They have XRP.  Ripple holds XRP, yes.

2       Q.   Okay.  Is there any document that you

3    can point to that shows how Ripple holds its

4    supply of XRPs?

5                    MS. JONES:  Objection to

6         form.

7       A.   I think it's quite clearly stated in the

8    annual reports.

9       Q.   Do you know how Ripple accounts for the

10   XRP that it holds?

11      A.   Yes.  As intangible long-lived assets.

12      Q.   Are those intangible long-lived assets

13   recorded on the balance sheet?

14      A.   Yes.

15      Q.   How are they recorded on the balance

16   sheet?

17      A.   At the price paid or the impaired value,

18   whichever is the lower.

19      Q.   Is the XRP that is reported as an

20   intangible long-lived asset characterized as a

21   capital asset on Ripple's --

22                    MS. JONES:  Object --

23      Q.   -- balance sheet?

24                    MS. JONES:  Objection to

25        form.

135

1          A.   I think I've said before I don't know

2     what you mean by "capital asset."

3          Q.   Okay.  I'm sorry.

4               Is it -- is the XRP that is reported as

5     an intangible long-lived asset characterized on

6     the balance sheet as an asset held for investment

7     purposes?

8                    MS. JONES:  Objection to

9               form.

10         A.   No.

11         Q.   Would you be able to tell which portion

12    of the XRP that's -- that's held by Ripple is

13    considered XRP that's held for investment

14    purposes?

15                   MS. JONES:  Objection to

16              form.

17         A.   U.S. GAAP would require Ripple to be

18    identified as an investment company under the 1940

19    Investment Act in order for Ripple to record XRP

20    on its balance sheet as an asset for investment

21    purposes.

22         Q.   How do entities who hold digital assets

23    for investment record those assets on their

24    balance sheets?

25         A.   I know three big companies that are

136

1    publicly traded -- and, therefore, I can read

2    their annual reports -- who report them as

3    long-lived intangible assets.

4         Q.   Do you know how a gain on the long-lived

5    intangible asset, as you just defined, would be

6    accounted for under GAAP?

7         A.   Yes.  It would not be accounted for.

8         Q.   Why not?

9         A.   It's not permitted under U.S. GAAP.

10   Intangible assets can be written down.  They

11   cannot be written up.

12        Q.   Okay.  You -- can a digital asset be

13   considered a nonintangible asset?

14                  MS. JONES:  Objection to

15            form.

16        A.   I've considered all of the assets as

17   listed under the FASB definitions and I don't see

18   how it could be.

19        Q.   Okay.  Well, is it because the Financial

20   Accounting Standards Board has not addressed the

21   issue of whether a digital asset should just be a

22   regular asset?

23        A.   I don't have an opinion --

24                  MS. JONES:  Objection to

25            form.

[12/8/2021] Easton, Peter Expert Dep. Tr. 12.8.2021

137

1       A.   -- one way or the other.

2       Q.   Okay.  If you turn to page 27 of your

3   report and Section C.

4          What do you mean by "XRP derivative

5   transactions"?

6       A.   "In connection with various contractual

7   arrangements, the company" -- Ripple -- "gave

8   rights to third parties to purchase XRP.  As of

9   December 31, 2020, options to purchase ██████████

10   XRP remained outstanding, with average per XRP

11   price of less than ██████████.  All outstanding

12   options are vested and exercisable as of December

13   31, 2020, are included in XRP derivative liability

14   with an intrinsic value of ██████████."

15       Q.   Is there a GAAP definition of derivative

16   transactions?

17       A.   Yes.

18       Q.   What is it?

19       A.   It's a transaction that is derived based

20   on some underlying entity.

21       Q.   Can you give some examples of derivative

22   transactions?

23       A.   Well, there's one here, of course.  We

24   could have a derivative transaction on almost

25   anything.  It could be an option on whether it was

138

1   going to snow in New York tomorrow.

2        Q.   What specific derivative transaction

3   does Ripple have that it's accounted for?

4                  MS. JONES:  Objection to

5           form.

6        A.   I -- I don't know what to say other than

7   reread what I just read.

8        Q.   Is the derivative transaction that

9   you're referring to in paragraph 64 an option?

10       A.   Yes.

11       Q.   What is the option for?

12       A.   The option is to purchase 186 million,

13  but -- the option's to purchase XRP of which, at

14  this point in time, 186 million remained

15  outstanding.  It's an option to purchase XRP.

16       Q.   How is the derivative transaction that

17  you described in paragraph 64 accounted for by

18  Ripple?

19       A.   It's accounted for under the accounting

20  for derivatives, which is a very special

21  accounting standard --

22       Q.   Okay.

23       A.   -- that is accounted at the value of the

24  option, which is calculated as of the date of

25  grounding the option and then vested.

139

```
1              THE REPORTER:  And then?

2              THE WITNESS:  Vested,

3        V-E-S-T-E-D.

4        Q.   Does the -- does -- does Ripple's

5   accounting for -- let me strike that.

6              Do Ripple's derivative transactions have

7   any effect on whether or not XRP is a security

8   under GAAP?

9        A.   Absolutely not.

10        Q.   Why not?

11        A.   The existence of a derivative on an

12   underlying -- which is the term that's usually

13   used.  The existence of a derivative on an

14   under -- underlying does not mean -- does not

15   affect the characteristics of the underlying.  The

16   underlying in this case being XRP.

17        Q.   So in paragraph 67, you quote Ripple's

18   audited financial statements which describe the

19   accounting treatment for derivatives.

20              So can you explain whether gains

21   resulting from settling of derivatives to XRP have

22   any effect on Ripple's financial statements?

23              MS. JONES:  Objection to

24        form.

25        A.   Please repeat the question.
```

140

1        Q.   Sure.

2             In paragraph 67, you quote Ripple's

3    audited financial statements which describe the

4    accounting treatment for derivatives.

5             Can you explain whether gains resulting

6    from settling of derivatives through XRP have any

7    effect on Ripple's financial statements?

8        A.   I can't explain whether, but they don't

9    have any effect.

10       Q.   Okay.  So can you explain the statement

11   that says "Any gains resulting from settling of

12   derivatives through delivery of XRP are presented

13   in realized gains on XRP derivatives"?

14       A.   It's all about the derivative.  Has

15   nothing to do with the underlying, which is XRP.

16       Q.   Okay.  So is there a separate

17   recognition for the -- for accounting purposes for

18   the derivatives?

19       A.   Yes.

20       Q.   Is that separate and distinct from XRP,

21   the underlying?

22       A.   Yes.

23       Q.   Okay.  Okay.  So how are realized gains

24   accounted for with respect to the derivatives?

25       A.   Well, there's a gain on the derivative

141

 1   which was reported through the income statement as

 2   a gain.  Has nothing to do with the underlying.

 3   It's all about the derivative.

 4        Q.   Okay.

 5                  MS. JONES:  How are you

 6            doing, Peter?

 7                  THE WITNESS:  Let's stick it

 8            out till 1.

 9                  MS. JONES:  Is that okay

10            with --

11                  MS. GUERRIER:  What do you

12            want?

13                  MS. JONES:  If we go another

14            ten minutes, is that okay with you?

15                  MS. GUERRIER:  Sure.  Yeah.

16            That's fine.

17   BY MS. GUERRIER:

18        Q.   So when you discuss equity securities in

19   your opinion in response to Question 9(iii),

20   you're specifically referring to equity securities

21   under GAAP as that term is defined?

22        A.   Yes.

23        Q.   Okay.  Can you give some examples of

24   equity securities?

25        A.   Anything that's traded on the New York

142

1    stock exchange is an equity security.  Any share

2    of a company, I'm sorry, that's traded on the New

3    York stock exchange is an equity security.

4         Q.   Is a common stock an equity security?

5         A.   A common stock in a publicly traded

6    company is an equity security.  And in general,

7    yes, it's an equity security.

8         Q.   If a digital asset were traded on a

9    public exchange, would that be considered an

10   equity security?

11                  MS. JONES:  Objection to

12            form.

13        A.   Under GAAP?

14        Q.   Yes, under GAAP.

15        A.   No.

16        Q.   Why not?

17        A.   Because -- we go back to the

18   definitions.  It doesn't fit the definitions.  We

19   can go back to the definitions.  Should we do

20   that?

21        Q.   No.

22             But is it possible that the definition

23   could change to include a digital asset that's

24   traded on a common exchange?

25                  MS. JONES:  Objection to

143

1           form.

2      A.   Anything's possible.

3      Q.   Well, the Financial Accounting Standards

4  Board has not addressed whether a digital asset

5  that's traded on a -- an ex -- a public exchange

6  is an equity security?

7      A.   The finan --

8                MS. JONES:  Objection to

9           form.

10     A.   The Financial Accounting Standards Board

11 has explicitly stated that it has not developed a

12 standard on cryptocurrency.

13     Q.   Okay.  And can you give an example of a

14 debt security?

15     A.   Sure.  It's any security that involves

16 an obligation by the issuer of that debt to pay

17 the owner of that debt a fixed amount and an

18 associated predetermined interest rate.

19     Q.   Under the definition of securities, the

20 GAAP definition of securities that you described

21 earlier, are there only the possibility that FASB

22 has determined to be securities that are

23 considered securities?

24                MS. JONES:  Objection to

25           form.

144

1          A.   I -- I don't understand that.

2          Q.   I'll -- I'll -- I'll ask a clearer

3     question.

4          A.   Okay.  Thank you.

5          Q.   Do you recall where in your report you

6     define securities under GAAP?

7          A.   Yes.

8          Q.   Could you please point to that section

9     of your report?

10         A.   Sure.  Page 17.

11         Q.   So is it possible for FASB to expand the

12    definition of security to include digital assets?

13                   MS. JONES:  Objection to

14              form.

15         A.   I don't have an opinion one way or the

16    other.

17         Q.   Why not?

18         A.   I haven't considered the possibility of

19    the FASB's likely promulgation.

20         Q.   With regards to digital assets?

21         A.   Correct.

22         Q.   Okay.  Can you please turn to page 33 of

23    your report?

24         A.   Okay.

25         Q.   In paragraph 82, you state that "Ripple

145

1    generates revenue from the sales of XRP to

2    facilitate cross-border payments."

3              What is the basis for this statement?

4         A.   I -- I believe it's information that's

5    provided in the annual financial statements.

6         Q.   Do you know -- do you have an

7    understanding of what "cross-border payments"

8    means?

9         A.   Yes.

10        Q.   What does it mean?

11        A.   It means payment across international

12   boundaries that generally involves a change in

13   currency.

14        Q.   Is this a term that's used under GAAP?

15             MS. JONES:  The term being

16             "cross-border payments"?

17             MS. GUERRIER:  Yes.

18        A.   Possibly.  I don't know one way or the

19   other.

20        Q.   Where did you obtain your definition of

21   cross-border payments?

22        A.   I don't believe I did obtain a

23   definition.

24        Q.   Okay.  You also state that Ripple

25   generates monetary revenue from XRP transactions

1    in which the company pays for services with XRP?

2        A.   Yes.

3        Q.   Are these the only types of transactions

4    that you're aware of that Ripple conducts?

5                    MS. JONES:  I'm sorry, this

6            is the transcript.  It's nonmonetary.

7                    MS. GUERRIER:  Nonmonetary

8            revenue.  Thank you.

9        A.   Yes.  I think they fall under one

10   category or the other.

11       Q.   Okay.  What is the basis for your

12   statement that Ripple's sales for under the

13   categor -- the two categories described in

14   paragraph 82 of your report?

15       A.   The descriptions in the annual report.

16       Q.   In paragraph 85 on -- of your report,

17   you state that you're not aware of any accounting

18   standards or guidance that would provide support

19   for treating Ripple as an investment company.

20           Is that an accurate statement?

21                   MS. JONES:  Sorry, where is

22           that?  Oh, it's on the next page.

23                   THE WITNESS:  Okay.

24                   MS. GUERRIER:  Paragraph 85.

25           At the beginning of -- at the top --

147

```
 1          A.   That is an accurate statement, yes.

 2          Q.   Yes.  What's the basis for this

 3     statement?

 4          A.   I know what I'm aware of and what I'm

 5     not aware of.

 6          Q.   Okay.  And how are you aware of -- how

 7     are you not aware of any accounting standard that

 8     would provide support for treating Ripple as an

 9     investment company?

10                    THE REPORTER:  For?  I

11             didn't hear that.  For?

12                    MS. GUERRIER:  As an

13             investment company?

14                    MS. JONES:  Objection to

15             form.

16          A.   I -- I'm really sorry.  I don't know how

17     to answer that question.  I can't really describe

18     why I'm aware or not.

19          Q.   Okay.

20          A.   And as a scholar, I'm a scholar, I read

21     a lot.

22          Q.   What type of literature do you read that

23     you think support this statement?

24                    MS. JONES:  Objection to

25             form.
```

148

```
 1        A.   I feel as if I know the accounting

 2   standards pretty well.

 3        Q.   Okay.

 4        A.   I write -- I write the most used

 5   textbook.

 6                    THE REPORTER:  I'm sorry, I

 7             can't under -- write the what?

 8                    THE WITNESS:  Most used

 9             textbook.

10        Q.   Are all of the opinions in your report

11   limited to the accounting -- limited to the

12   accounting treatment of XRP under GAAP?

13                    MS. JONES:  The opening

14             report?

15                    MS. GUERRIER:  The report

16             that we've been talking about for

17             several hours.

18        A.   Yes.

19                    MS. GUERRIER:  Okay.  I

20             think we can take a break now.

21                    THE WITNESS:  Okay.

22                    MS. GUERRIER:  Okay.

23                    THE VIDEOGRAPHER:  Okay.

24             Going off the record at 12:59.

25                    (Whereupon, a recess is taken.)
```

149

```
1              THE VIDEOGRAPHER:  Okay.

2         We're back on the record at 1:33.

3    BY MS. GUERRIER:

4         Q.   Professor, do you know why

5    cryptocurrencies are not considered cash or cash

6    equivalents under GAAP?

7         A.   Yes.

8                   MS. JONES:  Objection.

9         Asked and answered.

10        Q.   Why not?

11        A.   Because they're not readily converted to

12   fiat currency.

13        Q.   What do you mean by "fiat currency"?

14        A.   I can best describe that by means of an

15   example.  The U.S. dollar, the euro, the British

16   pound, Swiss franc.

17        Q.   Okay.

18                   (Whereupon, exhibit is presented

19             and marked SEC Easton Deposition

20             Exhibit 3 for identification.)

21                   THE WITNESS:  Thank you.

22                   NS. JONES:  This is 3?

23                   MS. GUERRIER:  Yes.

24   BY MS. GUERRIER:

25        Q.   Professor, I've handed you a document
```

150

1     that's been premarked as Exhibit 3.

2              Do you recognize that document?

3        A.   Yes, I do.

4        Q.   What is the document?

5        A.   It is the expert rebuttal report put

6     forward by myself.

7        Q.   Okay.  When did you finalize the

8     rebuttal report that's been premarked as Exhibit

9     3?

10                    MS. JONES:  Objection to

11            form.

12       A.   November 12, 2021.

13       Q.   Okay.  Has anything changed from

14    November 12th, 2021, until today that would change

15    any of your opinions in the rebuttal that you've

16    submitted?

17       A.   Not that I'm aware of.

18       Q.   Could you please state what specific

19    subject matters you are rebutting?

20                    MS. JONES:  And objection to

21            form.

22       A.   Yes.  First, "Do Ripple's transfers and

23    sales of XRP in order to, among other things,

24    finance operations or generate funds for share

25    repurchases support the determination, under U.S.

1   GAAP, that the economic substance of those

2   transactions are sales of stock as Professor

3   ▉▉▉▉▉   opines?"

4          Second, arguing -- "Assuming, arguendo,

5   as set forth in the SEC's expert reports, that

6   'Ripple used XRP in a similar manner as companies

7   use stock' by, for example, compensating

8   executives with XRP and engaging in actions to

9   limit the supply or otherwise support the market

10  price of XRP (e.g., through lock-up provisions,

11  Ripple's escrow and limited release of not more

12  than 1 billion XRP per month, and XRP purchases),

13  does this" determine -- "does this require a

14  determination under U.S. GAAP that Ripple's

15  transfers and sales of XRP were sales of equity or

16  debt securities?"

17         Third, "Does the fact that Ripple paid

18  certain business partners and vendors for services

19  in XRP rather than fiat currency require a

20  determination under U.S. GAAP that Ripple's

21  transfers and sales of XRP were sales of equity or

22  debt securities?"

23         Fourth, "Do MoneyGram's disclosures" in

24  the SEC filings -- "in its SEC filings with

25  respect to the XRP it received from Ripple for

152

```
 1   facilitating international foreign exchange

 2   transactions on Ripple's ODL platform reflect a

 3   determination that, under U.S. GAAP, Ripple's

 4   transfers and sales of XRP to MoneyGram

 5   constituted sales of equity or debt securities?"

 6        Q.   Thank you.

 7             Does paragraph 2 contain all of the

 8   subject matters that you have submitted your

 9   rebuttal report about?

10        A.   Yes.

11        Q.   What experts do you disagree with in

12   your rebuttal report?

13                  MS. JONES:  Objection to

14             form.

15        A.   What experts?

16        Q.   Do you disagree with in your rebuttal

17   report?

18                  MS. JONES:  Same objection.

19        A.   I -- I rebut Professor ██████ and Mr.

20   ██████████   I'm not sure whether that answers the

21   question.

22        Q.   Does Professor ████████ provide any

23   opinion in his report about the accounting

24   treatment of XRP under GAAP?

25        A.   No.
```

153

1          Q.   Does Mr. ████ provide any opinion in

2     his report about the accounting treatment of XRP

3     under GAAP?

4          A.   No.

5          Q.   Why are you rebutting Professor

6     ████ report?

7                    MS. JONES:  Objection to

8               form.

9          A.   I was asked to write a rebuttal and I

10    disagreed with points that had been made.

11         Q.   Okay.  And why did you submit a rebuttal

12    regarding ████ ████ report?

13                    MS. JONES:  And I'll just

14              instruct you not to disclose any

15              substantive communications that you

16              had with counsel.

17         A.   I -- I really don't understand the

18    difference between that question and the question

19    that I just answered.  The answer's the same.

20         Q.   I'm sorry?

21         A.   I really do not understand -- I

22    apologize -- the difference between the question

23    you just asked and the previous question, and so

24    the answer remains the same.

25         Q.   Yeah.  So my first question was about

1      Professor ██████ and my second question is about

2      ████████████

3           A.   I apologize.   I thought you mentioned

4      both in the first question, but the answer's the

5      same for █████

6           Q.   Okay.   Have -- are all of the opinions

7      that you formulated regarding your rebuttal to

8      Mr. ████████ and Mr. ██████ contained in the

9      rebuttal report that you submitted?

10          A.   Yes.

11          Q.   Okay.   Going to your -- the first

12     question that you're answering, what is the

13     opinion in response to your question in paragraph

14     2(i)?

15               MS. JONES:   Objection to

16          form.

17          A.   The opinion is no.

18          Q.   Can you elaborate, please?

19          A.   "Ripple's transfers and sales of XRP in

20     order to, among other things, finance operations

21     or generate funds for share repurchases do not

22     support the determination under U.S. GAAP that the

23     economic substance of those transactions are sales

24     of stock as Professor ███████ opines."

25          Q.   Are you using the term "economic

155

1    substance" in a similar manner that you used it

2    when we discussed your original report?

3         A.   Yes.

4         Q.   Did anyone assist you in formulating

5    this opinion?

6                        MS. JONES:  And I'll

7              instruct you, again, not to disclose

8              any communications you had with

9              counsel in responding to that

10             question.

11        A.   This is my opinion.  In forming this

12   opinion, I worked with Jennifer Milliron who

13   worked through all of the relevant documents with

14   me under my supervision.

15        Q.   Who wrote the rebuttal report?

16        A.   I did.

17        Q.   What is the basis for your opinion that

18   Professor ████████ opinion incorrectly conflates

19   the economic substance of Ripple's sales of XRP

20   with Ripple's subsequent use of the proceeds from

21   those sales?

22        A.   The economic substance that -- of what

23   Professor ██████ discusses is two transactions.

24   One is the sale.  That sale yields funds.  That's

25   one event, one transaction.

```
 1            There's a separate transaction, which is

 2     the use of those funds in operations.  That one is

 3     used for the other does not help in the

 4     identification of the sale as a security or

 5     whatever.

 6            Q.   Does Professor ████████ provide an

 7     opinion on the economic substance of Ripple's

 8     sales of XRP?

 9                      MS. JONES:  Objection to

10            form.

11            A.   Per se, no.

12            Q.   What is your -- the basis in support of

13     your opinion that even if XRP were used in a

14     similar manner as companies use stock, this would

15     not change the economic substance of the

16     transaction under GAAP for accounting purposes?

17     And I'm paraphrasing your opinion.

18            A.   I think I just answered that question,

19     but to provide some color, firms fund their

20     operations from various sources.  It can be out of

21     operations or it can be any financing activity.

22     But the form of the funding that's used for

23     operations cannot be used to define the form of

24     the funding.  They're two separate transactions

25     that are clearly not only separate, but separable.
```

157

1        Q.   Is your analysis that you just provided

2   based upon general accounting principles?

3        A.   I couldn't think of any accountant that

4   wouldn't analyze two transactions quite separately

5   and recognize that they have independent economic

6   substance.

7        Q.   Do you know whether the analysis that

8   you've conducted with respect to economic

9   substance and GAAP is similar to any analysis that

10   Professor ████████ would be conducting in regards

11   to the federal securities laws?

12                    MS. JONES:  Objection to

13            form.

14        A.   I don't know what Professor ████████ is

15   or is not doing.

16        Q.   Okay.  Well, do you know whether

17   Professor ████████ is examining the economic

18   substance of XRP transactions under GAAP in his

19   report?

20        A.   In his report?

21        Q.   Yes.

22        A.   He doesn't mention GAAP.

23        Q.   Okay.  In your opinion, in response to

24   the question in paragraph 2(i), you state that

25   even if Ripple used the proceeds from sales of XRP

158

```
1    to fund operations and compensate or incentivize
2    users, this would not change your conclusion under
3    GAAP that those transactions are not sales of --
4    of equity or debt securities --
5         A.   I'm sorry, where are you reading from?
6         Q.   This is your -- your paragraph 3(i).
7         A.   3(i)?
8         Q.   Yes.
9         A.   The fact that Ripple may have paid?  Is
10   that the paragraph?
11        Q.   Yes.
12        A.   And, I'm sorry, what was the question?
13        Q.   Well, what -- what's the basis in
14   support of your second sentence in paragraph 3(i)?
15        A.   It's the same as I have answered before.
16   The source of the funds used to pay business
17   partners or vendors for services is quite separate
18   from and independent upon the use of those funds.
19   They're two separate transactions.  They should
20   not be conflated.  It doesn't mean anything to
21   conflate them.  Or I should say it's meaningless.
22        Q.   Does Professor █████ conflate the
23   source or use of funds by Ripple in connection
24   with any accounting treatment of XRP?
25                  MS. JONES:  Objection to
```

159

```
 1            form.
 2       A.   Professor ▮▮▮▮ doesn't discuss
 3  accounting treatment.
 4       Q.   Okay.  Did you conduct any analysis in
 5  support of your opinion in paragraph 3(i)?
 6                 MS. JONES:  Objection to
 7            form.
 8       A.   I -- you know, 40 years of experience
 9  tells me that this fact does not mean under U.S.
10  GAAP that economic substance of these transactions
11  were sales of equity or debt securities --
12                 THE REPORTER:  I'm sorry,
13            I'm not -- you need to speak up, sir.
14            "Does not mean under U.S. GAAP"?
15       A.   The economic substance of those
16  transactions were sales of equity or debt
17  securities.  I'm sorry.
18       Q.   And if you could turn to paragraph 7 of
19  your report, you discuss the compensation of
20  executives using XRP.
21       A.   You're looking at 8, paragraph 8?
22       Q.   Actually I'm -- I'm still on paragraph
23  7.
24       A.   Okay.
25       Q.   So can you --
```

160

1        A.   Oh, I beg your pardon.

2        Q.   Yes.

3             Can you please describe how Ripple uses

4    XRP to pay executives and how that affects GAAP?

5                    MS. JONES:  Objection to

6             form.

7        A.   The payment itself has no effect on

8    GAAP.  The payment is recorded under GAAP as a

9    sale of X -- XRP and an associated expense.

10       Q.   So can you explain what you disagree

11   with in ██████ report with respect to the

12   similarities between XR -- how Ripple utilizes XRP

13   and how companies utilize common stock for -- for

14   GAAP purposes?

15       A.   Can you restate the question, please?  I

16   don't think I understand.

17       Q.   Okay.  Can you explain what you disagree

18   with in ██████ report with re -- with respect

19   to the similarities between how you -- Ripple

20   utilizes XRP and how companies utilize common

21   stock for GAAP purposes?

22                    MS. JONES:  Objection to

23             form.

24       A.   I don't disagree with the purported

25   similarities.  I disagree with the implication

1    that the source of -- a source of funds to fund

2    operations could be use of common stock or it

3    could be XRP.  And, therefore, there's something

4    that suggests that XRP may have characteristics

5    that are those of common stock.

6              The company could similarly fund its

7    compensation of employees via funds generated from

8    its operating activities.  But that wouldn't make

9    those funds common stock.

10        Q.   Okay.  When you say that you don't

11   disagree with the similarities, what do you mean?

12        A.   They are similar inasmuch as you can

13   fund operations or firms can fund operations via

14   many means and these are two such means.  Two of

15   many such means.

16        Q.   How -- under GAAP, how do employees

17   record compensation in stock?

18        A.   How do employees record it?

19        Q.   Yes.

20        A.   They don't.

21        Q.   They don't?  So how --

22        A.   They pay taxes on it, but...

23        Q.   Okay.  So an employee who receives stock

24   as compensation --

25        A.   I presume they put it in a note on their

162

1    desk somewhere.

2         Q.   I'm sorry, I -- I just want to ask my

3    question so that it's clear --

4         A.   Okay.  Thank you.

5         Q.   -- for the record.  And I apologize if I

6    cut you off, but...

7              How does a -- an employee who receives

8    stock from -- for compensation account for that

9    stock that it receives?

10        A.   Depending on the form of that stock,

11   they would record that as income on their annual

12   income tax, personal annual income tax return.

13        Q.   Okay.

14        A.   Or they would not record it at all if

15   the company has already paid the tax on the stock.

16        Q.   Is compensation in stock to an employee

17   considered wages?

18        A.   No.

19        Q.   Do you know how an employee who received

20   XRP would account -- as wage -- as wage payment

21   would account for the XRP that he or she received?

22                   MS. JONES:  Objection to

23            form.

24        A.   No.

25        Q.   Why don't you know how to account for

163

1    XRP received as wages --

2          A.   I'm not a tax accountant.

3                    MS. JONES:  Objection to

4          form.

5                    THE WITNESS:  I'm sorry.

6          Q.   Does GAAP not cover how to account for

7    payments to employees in compensation and digital

8    assets?

9          A.   Could you re --

10                    MS. JONES:  Object to form.

11         A.   Could you restate that question without

12   the double negative, please?

13         Q.   Sure.

14              Does GAAP account for payment to

15   employees in digital assets?

16                    MS. JONES:  Same objection.

17         A.   Can that -- I -- I don't understand the

18   question.

19         Q.   Is there any guidance from GAAP as to

20   how to account for receipt of digital assets as

21   compensation?

22         A.   So far as I'm aware, GAAP doesn't tell

23   me as an individual, Peter Easton, who may be paid

24   in the form of compensation some way how to

25   account for that.  GAAP doesn't apply to an

164

1     individual.

2         Q.    Okay.  Thanks for clarifying.

3               Does GAAP apply to an entity that

4     provides compensation in digital assets?

5         A.    Yes.

6         Q.    And how does an entity account for

7     payment of compensation in digital -- payment of

8     compensation in digital assets?

9         A.    There's a sale of the digital asset with

10    the associated expense.

11        Q.    Is the transaction you've just described

12    the FASB guidance for treating compensation to

13    employees in digital assets?

14                    MS. JONES:  Objection to

15               form.

16        A.    It's an implication of the FASB

17    guidance, yes.

18        Q.    What do you mean by "implication of the

19    FASB guidance"?

20        A.    As I believe I've described many times,

21    the guidance tells me the characteristics of

22    various assets that are used in various ways.  And

23    that FASB guidance would lead me to conclude,

24    clearly, that the transaction should be treated as

25    a sale and the associated expense.

165

1          Q.   Do other accountants in your field agree

2     with your views on how to treat -- your -- with

3     your interpretation of how to treat compensation

4     in digital assets?

5                         MS. JONES:  Objection to

6               form.

7          A.   The informed accountants would read the

8     same guidance as I do and I think they would come

9     to the same conclusion.

10         Q.   Okay.  What specific guidance are you

11    referring to?

12         A.   All of the guidance we talked about this

13    morning.

14         Q.   Do they speak to payment of compensation

15    in digital assets specifically?

16         A.   No.

17         Q.   Okay.  So are -- are you making an

18    interpretation of the guidance regarding digital

19    assets in general?

20                         MS. JONES:  Object to form.

21         A.    In light of the characteristics of the

22    transaction that is occurring and the assets that

23    are used in that transaction, yes.

24         Q.   Okay.  Do you know if anyone else in

25    your field has actually transacted for

166

```
 1    compensation of employee wages in the way that you

 2    described?

 3                      MS. JONES:  Objection to the

 4            form.

 5        A.   I know of no accountants that have

 6    transacted in XRP.

 7        Q.   Do you know -- well, you...

 8            Okay.  Do you know if anyone in your

 9    field has actually accounted for compensation of

10    employees in digital -- payments in digital assets

11    in the way that you described?

12                      MS. JONES:  Objection to

13            form.

14        A.   The people in my field, which I would

15    describe as accounting, would follow the same

16    guidance as I followed.

17        Q.   Okay.

18        A.   And I don't understand how they would

19    come to any different conclusion.

20        Q.   But do you know of anyone in particular

21    who has actually followed that type of guidance

22    with respect to the treatment of compensation of

23    -- by digital asset payment?

24                      MS. JONES:  Object to form.

25            Asked and answered.
```

167

1       A.   So it's -- I -- I have not spoken with

2   another accountant about the accounting for XRP.

3   This is my opinion.

4       Q.   Okay.  Well, I -- I was referring to

5   digital assets in general, not XRP specifically.

6            Is -- does your answer stand with regard

7   to just digital assets?

8       A.   Yes.

9       Q.   Okay.  If you could please turn to

10  paragraph 11 of your report.

11           Can you explain what specifically in

12   Professor ██████████ opinion that you are

13   rebutting in this paragraph?

14      A.   I'm making an observation that the

15  manner in which early stage companies fund their

16  operations sometimes via equity issuances is not

17  helpful because companies have to fund their

18  operations some way and this is just one form of

19  funding operations.

20      Q.   So if you could please go to paragraph

21  12 of the report.

22           Can you explain what in Professor

23   ██████████ report or ████████ ████████ report that

24   you're rebutting in this paragraph?

25      A.   Yes.  What I'm pointing to is the

168

1    incorrect conflation of the economic substance of

2    two independent transactions.

3         Q.   What specific independent transactions

4    are you referring to?

5         A.   The sale of XRP and the subsequent use

6    of the funds obtained from sale of XRP.

7         Q.   Does Professor ███████ provide any

8    opinion about the sale of XRP under GAAP?

9                   MS. JONES:  Objection to

10                form.  Asked and answered.

11        A.   Professor ███████ does not mention U.S.

12   GAAP.

13        Q.   Does ███████ provide any opinion about

14   the sale of XRP under GAAP?

15                  MS. JONES:  Objection to

16                form.  Asked and answered.

17        A.   Mr. ██████ says nothing about U.S. GAAP.

18        Q.   Okay.  And in paragraph 12 of your

19   report, what is the basis for the statement that

20   XRP is integral to services that Ripple provides

21   to its customers?

22        A.   I'm sorry, I didn't hear that.  Can you

23   point to my statement, please?

24        Q.   Sure.  I'm pointing you to paragraph 12.

25        A.   Yes.

169

```
 1              MS. JONES:  On the other
 2         page.
 3    Q.   It starts with "Given that XRP is
 4  integral to services that Ripple provides its
 5  customers, and is used to fund operations..."
 6         Did you find that?
 7    A.   I found the sentence, yes.
 8    Q.   Okay.  What is the basis for your
 9  statement that XRP is integral to services that
10  given -- that Ripple provides its customers?
11    A.   Well, this means -- this means that
12  under GAAP, that the use of XRP to pay suppliers
13  should be accounted for as a sale with associated
14  expenses, yet in no way suggests that XRP is a
15  debt or equity security.
16              THE REPORTER:  That XRP is?
17              THE WITNESS:  A debt or
18         equity security.
19    Q.   Does Professor ████ provide any
20  opinion that XRP is a debt security under GAAP?
21              MS. JONES:  Objection to
22         form.  Asked and answered.
23    A.   Professor ████ never mentions U.S.
24  GAAP.
25    Q.   Okay.  And the same question for
```

170

1   Mr. ██████   Is there any opinion that XRP is a

2   debt or equity security under GAAP in his report?

3                MS. JONES:  Same objection.

4     A.   Same answer.

5                MS. JONES:  Asked and

6        answered.

7     Q.   What do you mean by the term "integral"

8   to services that Ripple provides its customers in

9   paragraph 12?

10     A.   It's an absolutely key central part.

11     Q.   Are there any facts in support of that

12   statement that you considered?

13     A.   Yes.

14                MS. JONES:  Objection to

15        form.

16     A.   It is the payment mechanism.

17     Q.   Where did you obtain the facts in

18   support of this statement?

19     A.   I presume in the annual report.

20     Q.   Do you recall specifically or are you

21   guessing?

22     A.   I'm prepared to say I would have learned

23   that from the annual report.

24     Q.   I'm sorry, can I just ask you to just

25   repeat your last answer?  I didn't quite hear

171

1    that.

2         A.   I'm prepared to say that I would have

3    learned that from the annual report.

4         Q.   Okay.  If you go to your paragraph 20.

5              MS. JONES:  Sorry, did you

6         say 20?

7              MS. GUERRIER:  Twenty.

8         Q.   Just what in Professor ██████ report

9    is contrary to the point that you're making in

10   paragraph 20 regarding the funding by Ripple and

11   Ripple sales under GAAP?

12             MS. JONES:  Objection to

13        form.

14        A.   I'm sorry, what?

15        Q.   What in Professor ██████ report is

16   contrary to the point that you're making in

17   paragraph 20 regarding the funding by Ripple and

18   Ripple sales under GAAP?

19        A.   "The fact that Ripple funded its

20   operations, in part, with sales of XRP does not

21   mean XRP sales are security issuances."

22        Q.   When you say "XRP sales are security

23   issuances," do you mean under GAAP?

24        A.   Yes.

25        Q.   Okay.  Does Professor ██████ report

172

1    contain any opinion regarding Ripple's sales of

2    XRP being accounted for as the issuance of a debt

3    or equity security under GAAP?

4                     MS. JONES:  Objection.

5           Counsel, you've asked that time --

6           that same question several times now.

7                     MS. GUERRIER:  Well, we're

8           talking about a different opinion

9           statement, so this is a separate

10          question.

11   BY MS. GUERRIER:

12       Q.   So if you could please answer my

13   question.

14       A.   Professor ███████ does not mention U.S.

15   GAAP.

16       Q.   Okay.  If you could please go back to

17   the opinions that are in paragraph 3 of your

18   rebuttal.

19       A.   Okay.

20       Q.   What is the question that you're

21   answering in paragraph 3(ii) of your opinion?

22       A.   "Does the fact that Ripple may have paid

23   business partners and vendors for services in XRP

24   rather than fiat currency mean that under U.S.

25   GAAP the economic substance of those transactions

[12/8/2021] Easton, Peter Expert Dep. Tr. 12.8.2021

1   were sales of equity or debt securities?"

2       Q.   Is there a difference between the

3   question in 2(i) and the question in paragraph

4   2(ii)?

5                   MS. JONES:   Objection.

6       A.   Would you repeat the question, please?

7       Q.   Sure.

8            Is there a difference between the

9   question in paragraph 2(i) and the question in

10  paragraph 2(ii)?

11      A.   Yes.

12      Q.   What is the difference?

13      A.   I would characterize 3(ii) as a summary,

14  more succinct statement, of the question in 2(ii).

15      Q.   Okay.  So what is the opinion that

16  you're providing in paragraph 2 -- 3 -- I'm sorry,

17  in paragraph 3(ii)?

18      A.   "The fact that Ripple may have paid

19  business partners and vendors for services in XRP

20  rather than fiat currency does not mean that,

21  under U.S. GAAP, the economic substance of those

22  transactions were sales of equity or debt

23  securities."

24      Q.   What in Professor ██████ re -- report

25  are you rebutting in your re -- opinion in

174

1   paragraph 3(ii)?

2                   MS. JONES:  Objection to

3           form.  Assumes facts not in evidence.

4       A.   I am rebutting the characterization of

5   the observation that operations could be funded

6   via issuance of securities or issuance of XRP or

7   various other sources as a basis for supporting

8   the suggestion that XRP is a security.

9       Q.   And do you mean XRP is a security under

10  GAAP in your report?

11      A.   Yes.

12      Q.   Okay.  So does Professor ████████

13  report provide any opinion on the characterization

14  of the observation that operations could be run --

15  funded by issuance of securities or issuance of

16  XRP or various other sources as a basis for

17  supporting the suggestion that XRP is a security

18  under GAAP?

19                  MS. JONES:  Objection to

20          form.

21      A.   He doesn't provide that opinion as

22  you've stated it.

23      Q.   You also cite to Mr. █████ report in

24  your opinion in paragraph 3(ii).

25          What specifically in Mr. █████ report

175

1    are you rebutting?

2         A.   In 3(ii)?

3         Q.   Yes.

4         A.   Say the question again, please.

5         Q.   You also cite to Mr. ██████ report in

6    your opinion in paragraph 3(ii).

7              What specifically in Mr. ██████ report

8    are you rebutting?

9         A.   This is a similar point that the way

10   that Ripple uses XRP in order to obtain funds for

11   its operations has nothing to do with whether XRP

12   are a security under U.S. GAAP.

13        Q.   Does Mr. ████ provide any opinion in

14   his report regarding Ripple's use of XRP in order

15   to obtain funds for its operations as being a

16   security under U.S. GAAP?

17                  MS. JONES:  Objection to

18             form.

19        A.   No.

20        Q.   Okay.  If you go to paragraph 21 of your

21   report, please.

22             Are you offering any opinion on whether

23    Ripple engaged in actions to increase the price

24    of XRP in the market?

25        A.   No.

176

1      Q.    Okay.  Can you explain what you mean

2   under GAAP that even if Ripple -- and I'm

3   paraphrasing -- engaged in actions to restrict the

4   supply of XRP and to otherwise support the market

5   price of XRP, that this would not result in XRP

6   being treated as transactions in equity or debt

7   securities under GAAP?

8      A.    I don't know how to explain a negative.

9            Could you ask the question as a

10   positive?

11      Q.    Sure.

12            Why don't I point you to your report.

13    If you look at paragraph 21, the third line down

14    where you start with "I discuss the reasons

15    why..."

16            So my question was --

17      A.    I'm sorry, third line down did you say?

18      Q.    Yes.  In paragraph --

19      A.    "To provide price support" --

20      Q.    -- 21 at the top.

21      A.    Okay.  Okay.

22      Q.    So if you could explain what you mean by

23   this paragraph in your report.

24      A.    I -- I see no connection between

25   restricting the supply of a product and it being a

177

```
1    security.  An oil and gas producer restricts their

2    supply of oil and gas, but that doesn't make it a

3    security.

4        Q.   When you say "security," are you

5    referring to a security under GAAP?

6        A.   Yes.

7        Q.   Okay.  So in the next sentence, you also

8    address -- well, you also state your disagreement

9    with Mr. ██████ and Mr. ██████ observations

10   about Ripple's efforts to provide market price

11   support for XRP?

12       A.   Yes.

13       Q.   Why does this not affect your opinion

14   that sales of XRP are intangible assets not

15   involving securities?

16       A.   If it's to effect the price of an asset,

17   be it tangible or intangible, it does not suggest

18   in any way that that asset becomes a security

19   under U.S. GAAP.

20       Q.   Okay.  In paragraph 22 of your report,

21   can you describe what specifically in

22   Mr. ██████ report you're rebutting?

23       A.    In paragraph 22 I simply describe the

24   escrow feature which -- to which Professor ██████

25   refers.
```

178

1      Q.   Okay.  Does Professor ████ provide

2  any opinion regarding the escrow feature of XRP

3  and any accounting effect under GAAP?

4      A.   No, he does not.

5      Q.   Does Mr. ████ provide any opinion

6  regarding the escrow feature of XRP and any

7  accounting effects under GAAP?

8      A.   No.

9      Q.   If you could please go to your paragraph

10  24.

11          Can you describe what in Mr. ████

12  report you're rebutting in this paragraph?

13                MS. JONES:  Objection to

14          form.  Assumes facts not in evidence.

15      A.   I'm, again, rebutting the conflation of

16  two transactions into one.

17      Q.   In paragraph 25 of your report, can you

18  please describe what you're rebutting?

19      A.   Paragraph 25 is a statement of what

20  Professor ████ says.  The rebuttal is in

21  paragraph 26.

22      Q.   Okay.  So what exactly are you rebutting

23  in paragraph 26?

24      A.   Again, it's the conflation.  The use of

25  a feature that is described under the same term as

1  features are sometimes described in the issue of

2  securities conflates the economic substance as a

3  source of the funds and the use of the funds in

4  operations.  It does not imply that the sale of

5  XRP and the support of the price of XRP suggests

6  in any way that XRP is a security that should

7  be -- that should be accounted for as a security

8  under GAAP.

9       Q.   What specific feature are you referring

10 to?

11                 MS. JONES:  Objection to

12            form.

13      A.   I don't understand the question.  You

14 mean the escrow feature?

15      Q.   I'm asking you to please describe the

16 feature that you're referring to in your response.

17      A.   The escrow feature.

18      Q.   The escrow feature.

19            In paragraph 25 you refer to use of

20 lock-up provisions.

21            Does Professor ████ provide any

22 opinion about the use of lock-up provisions and

23 accounting effect under GAAP in his report?

24      A.   Professor ████ never mentions U.S.

25 GAAP.

180

```
 1                    MS. JONES:  Again, we've --

 2             we've been going another hour, if

 3             there's a good stopping point for

 4             you.

 5                    MS. GUERRIER:  Let me finish

 6             with this, please.

 7   BY MS. GUERRIER:

 8        Q.   If you could please go to paragraph 27

 9   of your report.

10             Could you please tell me what you're

11    rebutting in paragraph 27 of your report?

12        A.   I'm making the observation that contrary

13   to Professor ████████ suggestion that XRP should

14   be treated as a security, the way XRP is treated

15   in Ripple's financial statements, which is not a

16   security, is entirely correct under U.S. GAAP.

17        Q.   So in paragraph 27 of your report, when

18   you say that you're making an observation about

19   Professor ████████ suggestion that XRP should be

20   treated as a security, does Professor ████████ make

21   any observations about how XRP should be treated

22   as a security under GAAP?

23        A.   No.

24                    MS. JONES:  Objection to

25             form.  Asked and answered.
```

181

1      Q.   So what do you mean when you say that

2   you're making an observation that contrary to

3   Professor ████████ suggestion that XRP should be

4   treated as a security..."?

5                    MS. JONES:  Objection to

6          form.

7      Q.   What do you mean by "security" in that

8   sentence?

9      A.   Security as defined under U.S. GAAP.

10     Q.   Okay.

11                   MS. GUERRIER:  All right.  I

12         think we can take a break now.

13                   THE VIDEOGRAPHER:  Okay.

14         Going off the record at 2:34.

15                   (Whereupon, a recess is taken.)

16                   THE VIDEOGRAPHER:  Okay.

17         Back on the record, 2:49.

18   BY MS. GUERRIER:

19     Q.   Professor Easton, if we can please go

20   back to your opinion in paragraph 3?

21     A.   Three?

22     Q.   Yes, please.

23     A.   The rebuttal opinion?

24     Q.   Yes, so the rebuttal report.

25                   Can you describe the question that

182

1    you're answering in paragraph 3(ii) of your

2    opinion?

3         A.    "Does the fact that Ripple may have paid

4    business partners and vendors for services in XRP

5    rather than fiat currency mean that, under U.S.

6    GAAP, the economic substance of those transactions

7    were sales of equity or debt securities?"

8         Q.    And what is the opinion that you

9    formulated in response to that question?

10        A.    "The fact that Ripple may have paid

11   business partners and vendors for services in XRP

12   rather than fiat currency does not mean that under

13   U.S. GAAP the economic substance of those

14   transactions were sales of equity or debt

15   securities."

16        Q.    Okay.  Could you please describe what

17   specifically in the ████ report that you're

18   rebutting in your opinion in paragraph 3(iii)?

19        A.    Yes.  The conflation of the payment and

20   the -- no.  That's -- it's that there's a

21   characteristic of XRP that makes it look like a

22   security because they paid business partners and

23   vendors for services.

24        Q.    Are you rebutting any opinion in

25   Mr. ████ report in your Opinion 3(iii)?

183

1    A.   Not specifically.  I don't think so.

2    Q.   Okay.  When you refer to "security" in

3  your -- in the answer that you just stated

4  regarding the conflation of the payments and the

5  charac -- characteristics of XRP, do you mean

6  security under GAAP?

7    A.   Yes.

8    Q.   Okay.  Does Professor ███████ provide

9  any opinion that there's a characteristic of the

10 XRP that makes it look like a security under GAAP

11 because they paid business partners and vendors

12 for services?

13   A.   You have repeatedly asked this question

14 under GAAP.  The fact of the matter is GAAP is the

15 language of finance.  So to the extent the

16 professor gives an opinion, the consistency with

17 the language of GAAP must be considered.

18   Q.   Does Professor ██████ use the term

19 "GAAP" in -- in the context of the conflation of

20 payment and the characteristics of XRP that makes

21 it look like a security because they paid business

22 partners and vendors for services?

23            MS. JONES:  Objection to

24       form.

25   A.   I don't recall Professor ██████ ever

184

1    using the term "U.S. GAAP."

2        Q.   Does Professor ████████ provide any

3    opinion regarding the accounting treatment of XRP

4    in the context of payments to business partners

5    and vendors for services under GAAP?

6        A.   No, but the accounting treatment

7    matters.

8        Q.   Okay.  Is your answer, no, he does not

9    provide such an opinion?

10       A.   No, he does not --

11              MS. JONES:  Objection to

12           form.  Asked and answered.

13       A.   He does not provide such an opinion, but

14   the accounting treatment matters.

15       Q.   Okay.  What's the basis for your opinion

16   that -- in support -- that supports your opinion

17   in paragraph 3(iii)?

18              MS. JONES:  Objection to

19           form.

20              MS. GUERRIER:  Let me ask

21           that again.

22       Q.   What is the basis for your -- the

23   opinion you formulated in paragraph 3(iii)?

24       A.   The payment to business partners and

25   vendors, the form of that payment does not affect

1    the conclusion as to whether XRP is a security

2    under U.S. GAAP.

3          Q.   Is that the basis for the opinion?

4          A.   There is no connection between the two,

5    yes.

6          Q.   Okay.  So what are you relying on to

7    support that statement that there is no connection

8    between the two?

9          A.   A deep understanding of U.S. GAAP.

10         Q.   Anything else?

11         A.   That's a lot.

12         Q.   Did you conduct any analysis in support

13   of your opinion in 3(iii)?

14         A.   Yes.

15                   MS. JONES:  Objection to

16         form.

17         Q.   What is the analysis that you conducted?

18         A.   I considered the definitions and

19   descriptions of assets provided by the Financial

20   Accounting Standards Board and listed on page 7 of

21   my original report.  After careful consideration

22   of every one of those asset types and the use of

23   every one of those asset types, I concluded that

24   sales of XRP are not sales of equity or debt

25   securities.

186

 1      Q.   And when you say "sales of XRP are not

 2   sales of equity or debt securities," you mean

 3   under GAAP?

 4      A.   I did the analysis under U.S. GAAP.

 5      Q.   Okay.  Did you make any assumption in

 6   support of your opinion in paragraph 3(iii)?

 7                   MS. JONES:  Objection to

 8            form.

 9      A.   No.

10      Q.   Okay.  Are there any documents that you

11   considered in support of your opinion in 3(iii)?

12      A.   The documents referred to in this

13   rebuttal report and in the original Easton report.

14      Q.   Okay.

15                   THE REPORTER:  In the original

16            what report?

17                   THE WITNESS:  Easton report.

18      Q.   Do you have an idea of what specific

19   documents that you're referring to?

20      A.   In particular, the annual reports of

21   Ripple.

22      Q.   Could you please turn to paragraph 30 of

23   your report?

24           Can you describe what specifically in

25   Mr. ██████ report that you're rebutting in this

187

1    paragraph?

2        A.   No.

3        Q.   Why not?

4        A.   There's no rebuttal in this paragraph.

5    This is a statement of what the ███ report

6    opinion is.

7        Q.   Okay.  So are you rebutting anything

8    from Mr. ███ report in paragraph 31 of your

9    report?

10       A.   Yes.

11       Q.   What specifically are you rebutting from

12   Mr. ███ report in paragraph 31 of your report?

13       A.   Mr. ███ opinion is that "Ripple's

14   distributions of XRP to business partners were

15   another mechanism by which Ripple effectively sold

16   XRP into the broader XRP ecosystem."

17       Q.   And what -- what is your rebuttal of

18   Mr. ███ opinion?

19       A.   Paragraph 31.

20       Q.   What specifically is the rebuttal with

21   respect to the point that you described from

22   Mr. ███ report?

23       A.   The accounting by MoneyGram for this

24   transaction accounts for the transaction as a

25   payment in XRP for services rendered by MoneyGram.

188

1      Q.   Does Mr. ████ provide any opinion

2  regarding the accounting by MoneyGram for the

3  transaction accounts that you've described?

4      A.   No, but that does not mean that the

5  accounting is not relevant.

6      Q.   Does Mr. ████ provide any opinion about

7  the accounting for MoneyGram in his report under

8  GAAP?

9      A.   No, but that does not mean that the

10 accounting is not relevant.

11     Q.   What is the accounting relevant to?

12     A.   Reporting the financial transaction, the

13 finance of the transaction.

14     Q.   Does Mr. ████ provide any opinion about

15 the finance of the MoneyGram transaction under

16 GAAP in his report?

17     A.   No.

18     Q.   If you could please turn to page 15 and

19 Section A.

20          Can you please describe what you're

21 rebutting in this section of your report?

22     A.   The suggestion that payments to service

23 providers in -- using XRP are not sales of a

24 security under U.S. GAAP.

25                  THE REPORTER:  Are not what

189

```
 1            of a security?
 2                   THE WITNESS:  I'm sorry.
 3            Sales of a security under U.S. GAAP.
 4       Q.   So does Mr. ████ provide any opinion
 5   regarding whether payments to service providers
 6   using XRP are not sales of a security under U.S.
 7   GAAP?
 8                   MS. JONES:  Objection to
 9            form.  Asked and answered now several
10            times.
11       A.   Could you repeat?  Professor ████
12   opinion with respect to what?
13       Q.   Yes.  I'll repeat the question.
14            Does Professor ████ provide any
15   opinion regarding the suggestion that payments to
16   service providers using XRP are not sales of a
17   security under U.S. GAAP?
18                   MS. JONES:  Objection to
19            form.
20       A.   Professor ████ never mentions U.S.
21   GAAP.
22       Q.   Does Mr. ████ provide any opinion
23   regarding whether payments to service providers
24   using XRP are not sales of a security under U.S.
25   GAAP?
```

190

```
 1              MS. JONES:  Objection to
 2        form.  Asked and answered.
 3        A.   Mr. ████ never considers U.S. GAAP.
 4        Q.   If you could please turn to paragraph 34
 5   of your rebuttal.
 6             Could you please describe what you're
 7   rebutting in paragraph 34?
 8        A.   Yes.  The conflation of the cash from
 9   the sales and the use of that cash from the sales.
10        Q.   Okay.  And what specifically in
11   Mr. ██████  report are you rebutting in regards
12   to paragraph 34?
13        A.   The -- the observation by Professor
14   ██████  that -- the observation that sales of XRP
15   were used to generate cash which is subsequently
16   used to pay business partners and services
17   rendered and the notion that sales of securities
18   by other firms are used for similar purposes in no
19   way suggests that XRP should be considered a
20   security.
21        Q.   Do you mean a security under GAAP?
22        A.   And a security under GAAP is -- that's
23   the way security sales are recorded in the United
24   States.  So it's more than just an irrelevant
25   aside.
```

191

1    Q.   Okay.  Are you just -- your -- is your

2    opinion confined to securities under GAAP?

3                    MS. JONES:  Objection.

4            Asked and answered.

5    A.   Yes, but that's a very broad opinion

6    because GAAP is the mechanism by which security

7    sales are recorded in the United States.

8    Q.   In paragraph 34, are you providing any

9    opinion regarding securities under federal

10   securities laws?

11   A.   No.

12   Q.   Is there any subject matter in

13   Mr. ███████ report that you're rebutting in

14   paragraph 34?

15                   MS. JONES:  Objection to

16           form.

17   A.   Yes.

18   Q.   What specifically from Mr. ███████

19   report are you rebutting?

20   A.   The conflation --

21                   MS. JONES:  Sorry.

22           Mr. █████ or Mr. ███████  I just

23           want to --

24                   MS. GUERRIER:  ██████

25                   MS. JONES:  Okay.

192

1        A.   Oh.  I -- I misunderstood that, too.  I

2   beg your pardon.

3             No, I don't think so.

4        Q.   Okay.  Did Professor ███████ provide any

5   opinion regarding, that you observed, observation

6   that sales of XRP were used to generate cash which

7   is subsequently used to pay business partners and

8   services rendered with respect to XRP's accounting

9   treatment under GAAP?

10            MS. JONES:  Objection.

11            Asked and answered.

12       A.   Professor ███████ never at any time in

13  his report mentioned U.S. GAAP.

14       Q.   If we could please go back to paragraph

15  31 of your report.

16            So in the last sentence of paragraph 31

17  regarding MoneyGram disclosures that -- could you

18  please describe the basis for your statement in

19  that sentence?

20       A.   This is -- the sentence beginning

21  "MoneyGram made disclosures..."?

22       Q.   Yes, please.

23       A.   This is disclosed in MoneyGram's annual

24  report.

25       Q.   When you use the term "security" in that

193

1    paragraph, are you referring to -- I'm sorry, in

2    that last sentence, what do you mean by "security"

3    in -- in the sentence?

4         A.   This is an equity security.  That was

5    the securities purchase agreement.

6         Q.   Okay.  Do you mean an equity security

7    under GAAP?

8         A.   I mean, it's a listed security, yes,

9    under GAAP.

10        Q.   Okay.  So going to page 16 of your

11   report -- actually, let's strike that.

12             Why don't we go back to your opinion in

13   paragraph 3.

14        A.   I'm sorry, I didn't get that.

15        Q.   We're going back to your opinions in

16   paragraph 3.

17        A.   The original opinion?

18        Q.   Yes, the rebuttal.  Page 2.

19        A.   Okay.

20        Q.   Actually, page 2 and 3.

21             Can you please describe what question

22   you're answering in paragraph 3(iv), or 4, Roman

23   numeral iv, of your opinion?

24        A.   Yes.  "Do MoneyGram's disclosures in its

25   SEC filings, with respect to the XRP it received

194

1  from Ripple for facilitating international foreign

2  exchange transactions on Ripple's ODL platform,

3  reflect a determination that, under U.S. GAAP,

4  Ripple's transfers and sales of XRP to MoneyGram

5  constituted sales of equity or debt securities?"

6      Q.   And what opinion did you formulate in

7  response to the question in paragraph 3(iv), Roman

8  numeral IV?

9      A.   MoneyGram's disclosures in its SEC

10 filings with respect to the XRP it received from

11 Ripple for facilitating international foreign

12 exchange transactions on Ripple's ODL platform do

13 not reflect a determination that, under U.S. GAAP,

14 Ripple's transfer and sales of XRP to MoneyGram

15 constituted sales of equity or debt securities.

16     Q.   Could you explain what specifically

17 you're rebutting and your opinion in Roman numeral

18 iv?

19     A.   I'm rebutting the suggestions in the

20 ███ report, and apparently it's on pages 38 to

21 40, that these activities between Ripple and

22 MoneyGram may suggest that XRP are a security.

23     Q.   Do you mean a security under U.S. GAAP?

24     A.   Yes.

25     Q.   Does the ███ report provide any

1    opinion that the activities that you described in

2    your opinion in Roman numeral iv between Ripple

3    and MoneyGram suggest that XRP is a security under

4    U.S. GAAP?

5                      MS. JONES:  Objection to

6            form.

7        A.    Mr. ████ does not mention U.S. GAAP.

8        Q.    What is the basis for your opinion in

9    Roman numeral iv?

10       A.    I looked at the nature of the

11   transactions between Ripple and MoneyGram and

12   MoneyGram and Ripple and examined the

13   characteristics of these transactions, considering

14   the ways that transactions can be categorized

15   under U.S. GAAP, and came to the conclusion that

16   these transactions cannot be -- that is, the sales

17   of XRP cannot be construed as constituting sales

18   of equity or debt securities.

19       Q.    Did you consider any facts in support of

20   this opinion in Roman numeral iv?

21       A.    Only those --

22                      MS. JONES:  Objection to

23            form.

24       A.    -- that I just mentioned.

25       Q.    Okay.  Were there any documents that you

```
 1    considered in support of your opinion in Roman

 2    numeral iv?

 3         A.   Yes.

 4         Q.   What documents did you consider in

 5    support of your opinion?

 6         A.   Mostly the annual reports, particularly

 7    those of MoneyGram.

 8         Q.   Is there anything specifically from the

 9    annual reports that you considered in support of

10    the opinion in Roman numeral iv?

11         A.   There's a description of a material

12    commercial transaction and a securities purchase

13    agreement.

14         Q.   And how do these documents support your

15    opinion in Roman numeral iv?

16         A.   Well, they lead -- lead to the

17    conclusion that, first of all, XRP was used as a

18    payment mechanism; second, the transfer of an XRP

19    did not lead to a claim on Ripple.

20         Q.   What specifically did you consider that

21    led you to the conclusion that XRP was used as a

22    payment mechanism?

23         A.   I suspect those words were pretty much

24    as used in the 10-K.

25         Q.   Okay.
```

1          A.    MoneyGram's 10-K.

2          Q.    Excuse me.

3                And what specifically did you consider

4    that led to the conclusion that the transfer of an

5    XRP did not lead to a claim on Ripple?

6                     MS. JONES:  Objection to

7               form.

8          A.    Just no evidence.  Nothing about the

9    payment in an XRP that leads to a claim against

10   Ripple.  The payment's already been made.

11         Q.    Did you make any assumption in support

12   of your opinion in Roman numeral iv?

13                    MS. JONES:  Objection to

14              form.

15         A.    No.

16         Q.    Did you conduct any analysis in support

17   of your opinion in Roman numeral iv?

18                    MS. JONES:  Objection to

19              form.

20         A.    Yes.  I carefully analyzed the

21   definitions and descriptions of assets of various

22   types, including equity and debt securities, and

23   came to the conclusion that XRP -- sales of XRP

24   cannot be constituted as sales of equity or debt

25   securities given the definitions of sales of

198

1    equity and debt securities.

2         Q.   And is your opinion based under GAAP

3    principles?

4         A.   I'm sorry?

5         Q.   Is your opinion based -- that you just

6    described based upon GAAP principles?

7         A.   I examined the GAAP documents and came

8    to the conclusion.

9         Q.   If you could please turn to paragraph 36

10   of your report.

11             Are you rebutting any opinion from

12   Mr. ███████ report in paragraph 36 of your

13   report?

14        A.   Yes.  The implicit suggestion that the

15   payment to MoneyGram in the form of XRP is an

16   investment in debt or equity securities.

17        Q.   When you say is an investment in debt

18   and equity securities, do you mean under GAAP?

19        A.   Yes.

20        Q.   So does Professor ██████ provide any

21   opinion that payments to MoneyGram in the claimed

22   form of XRP is an investment in debt or equity

23   securities under GAAP in his report?

24        A.   Professor ██████ does not mention GAAP.

25   His opinion would be much more informed if he did.

199

1        Q.    Okay.  So if we go to paragraph 37 of

2    your report, is there anything that you're

3    rebutting in paragraph 37 in your report?

4        A.    I'm saying what MoneyGram actually did

5    in its accounting.  I'm pointing out, contrary to

6    the suggestion by Mr. █████   the accounting

7    clearly indicates that the accounting for the XRP

8    transaction is not accounting for a securities

9    transaction, nor should it be.

10        Q.    And when you say that the accounting

11    indicates that the accounting for the XRP

12    transaction is not an accounting for a securities

13    transaction, are you referring to an accounting

14    for securities transaction under GAAP?

15        A.    Please answer the -- ask the question

16    again.

17        Q.    Sure.

18            When you state that the accounting

19    indicates that the accounting for the XRP

20    transaction is not an accounting for a securities

21    transaction, are you referring to an accounting

22    for a securities transaction under GAAP?

23        A.    Yes.

24        Q.    Did Professor -- I'm sorry.

25            Did Mr. █████  provide any opinion

200

1    regarding MoneyGram's accounting under GAAP?

2         A.   No.

3         Q.   Did Mr. ████  provide any opinion

4    regarding MoneyGram's accounting for its XRP?

5                        MS. JONES:  Object to form.

6         A.   No.

7         Q.   Okay.  How did MoneyGram account for

8    XRP?

9         A.   As a contra expense.

10        Q.   Does MoneyGram's accounting for XRP have

11   any bearing on whether or not XRP is a security

12   for federal -- under federal securities laws?

13                        MS. JONES:  Objection.

14             Calls for a legal conclusion.

15        A.   I don't know the answer to that

16   question.

17        Q.   Does MoneyGram's accounting for XRP have

18   any bearing on whether or not XRP is a security

19   under GAAP?

20                        MS. JONES:  Objection to

21             form.

22        A.   The accounting reflects the nature of

23   the transaction and the transaction itself was not

24   a sale of a security under GAAP.

25        Q.   If you could please go to paragraph 38

201

1    of your report.

2         A.   Thirty-eight?

3         Q.   Yes, please.

4         A.   Okay.

5         Q.   Do you know what the securities purchase

6    agreements are that you're referring to in this

7    paragraph?

8                   MS. JONES:  Objection to

9              form.

10        A.   Yes.

11        Q.   What are they?

12        A.   There's an agreement for Ripple to

13   purchase securities in MoneyGram.

14        Q.   What type of securities does this refer

15   to?

16        A.   Equity.

17        Q.   And how are securities purchase

18   agreements accounted for under GAAP?

19                  MS. JONES:  Objection to

20             form.

21        A.   Additional paid-in capital.

22        Q.   What is additional paid-in capital under

23   GAAP?

24                  THE REPORTER:  I'm sorry?

25        Q.   What is additional paid-in capital under

202

1  GAAP?

2      A.   It's the capital that's paid in as a

3  contribution to the firm in return for equity

4  ownership.

5      Q.   Is there anything in Mr. ████████

6  report that you are rebutting in paragraph 38 of

7  your report?

8      A.   What I'm doing in paragraph 38 is

9  clarifying the nature of the transaction, the two

10  transactions, between XRP and MoneyGram.

11      Q.   Did you actually analyze the

12  transactions between MoneyGram and XRP?

13              MS. JONES:   Objection to

14          form.

15      A.   Yes.

16      Q.   How did you conduct your analysis of the

17  transactions between MoneyGram and XRP?

18      A.   I looked at the accounting guidance,

19  particularly the FASB, with respect to accounting

20  for assets in general, and concluded that there

21  were two forms of transactions:   One was the sale

22  of an asset, XRP, in return for services; the

23  other was the purchase of common stock.

24      Q.   Are you providing any opinion on whether

25  the transactions that you just described are

203

```
 1    securities under GAAP?

 2         A.    Absolutely.

 3         Q.    What is your opinion?

 4         A.    The securities purchase agreement

 5    absolutely considered the purchase of an equity

 6    security under GAAP.

 7         Q.    Are you providing any opinion that the

 8    transactions that you described in paragraph 38

 9    constitute security transactions under the federal

10    securities laws?

11                    MS. JONES:  Objection to

12              form.

13         A.    No, but I'd be shocked if they didn't.

14         Q.    Okay.  What's the basis for your

15    statement that you'd be shocked if they -- that

16    these transactions that you described in paragraph

17    38 constitute --

18         A.    Well, that they --

19         Q.    -- securities under federal securities

20    laws?

21         A.    It would be just like Ripple purchasing

22    an IBM stock and that would be covered by federal

23    securities laws --

24         Q.    Okay.  So are you saying that --

25         A.    -- as a security.
```

1      Q.   Okay.  So are you saying these

2  transactions would be securities under federal

3  securities laws?

4      A.   I believe so, yes.

5      Q.   Okay.  If you could please turn to

6  paragraph 40 of your report.

7           What types of disclosures are you

8  referring to in paragraph 40 of your report?

9                MS. JONES:  And just to

10              clarify, do you mean in the sentence

11              "To the extent that Mr. ████

12              intended to infer as much,

13              MoneyGram's disclosures..."

14                MS. GUERRIER:  I'm just

15              asking in general what he's --

16      A.   So --

17      Q.   So if I can repeat my question.  It was

18  what types of disclosures are you referring to in

19  paragraph 40 of your report?

20      A.   Disclosures regarding the compensation

21  received from Ripple, the nature of the commercial

22  agreements, discussion of the company's operating

23  results and significant accounting policies,

24  likely due to the materiality of the commercial

25  agreement, discussion of market -- market

205

1    development fees, for example.

2        Q.   What are you rebutting from Mr. █████

3    report with regards to the disclosures that you've

4    described in paragraph 40?

5        A.   Mr. █████ noted that MoneyGram regularly

6    updated its investment in public filings to the

7    U.S. Securities and Exchange Commission about

8    compensation it received from Ripple.  I'm not

9    sure what Mr. █████ meant by that.  But to the

10   extent that he intended to infer as much,

11   MoneyGram's disclosures of its commercial

12   agreement with Ripple in its SEC filings do not

13   mean the receipt of XRP represent the receipt of a

14   security and subsequent sale of the security to

15   the market.

16       Q.   Okay.  And you're referring to security

17   under GAAP in your paragraph 40?

18       A.   Yes, although here I'm not readily sure

19   that this distinction bears a relevant

20   distinction.  I'm not sure it's relevant anyway.

21       Q.   Can you explain what you mean by the

22   distinction not being relevant?

23       A.   Because the discussion is about public

24   filings with the U.S. Securities and Exchange

25   Commission, suggesting -- suggesting, therefore,

1    that it is a security.

2         Q.   So do you take issue with any opinion in

3    Mr. ███████ report regarding the characteristics

4    of XRP as a security in relation to the MoneyGram

5    disclosures?

6                   MS. JONES:   Objection to

7             form.

8         A.   Yes, to the extent that Mr. ██████

9    intended to infer that the disclosures of this

10   commercial agreement suggested that XRP was a

11   security.

12        Q.   So -- and when you say "XRP was a

13   security," do you mean a security under GAAP or

14   under federal securities law?

15        A.   This is where I feel that this

16   distinction that you repeatedly make is not at all

17   clear to me.  A security under GAAP really just

18   means to me is the way that the security is

19   reported in the United States.

20        Q.   Well, are you an expert on securities

21   under federal securities laws?

22        A.   No.

23                   MS. JONES:   Objection to

24             form.

25        Q.   So are you -- is your opinion based on

207

1    GAAP?

2         A.   My opinion is based on an understanding

3    of U.S. GAAP and the law of U.S. GAAP.

4         Q.   Okay.

5                    MS. GUERRIER:  Okay.  I'm

6              going to take a 10-minute break.

7                    THE VIDEOGRAPHER:  Going off

8              the record at 3:38.

9                    (Whereupon, a recess is taken.)

10                   THE VIDEOGRAPHER:  Okay.

11             Back on the record, 3:55.

12   BY MS. GUERRIER:

13        Q.   Okay.  Professor, assume that there's a

14   legal ruling in this case that Ripple's sales

15   of XRP are sales of investment contract.

16             Would Ripple have to make any changes

17    or -- as to how it accounts for its sales of XRP?

18                   MS. JONES:  Objection to

19             form.

20        A.   And what is the ruling?  I'm sorry, I

21   don't think I caught that.

22        Q.   Assume that the Court rules that XRP

23   sales are securities, sales of securities under

24   federal securities laws.  Would Ripple have to

25   make any changes to how it accounts for XRP?

208

1            MS. JONES:  Objection to

2       form.

3       A.   My understanding of the accounting

4  guidance as the accountant understands is that the

5  only difference it would make is that we would

6  have a label on the intangible asset XRP.  It

7  would be called investment contract.  But it would

8  still not have the characteristics of a security

9  under GAAP.

10       Q.   Okay.  So if there is a ruling that

11  Ripple's sales of XRP are sales of investment

12  contracts under federal securities laws, is it

13  possible that there would be a different

14  interpretation of those sales under GAAP?

15            MS. JONES:  Objection to

16       form.

17       A.   I really don't know how to answer the

18  question because anything's possible.  I can

19  answer the question under the current accounting

20  guidelines --

21       Q.   Okay.

22       A.   -- which I've done.

23       Q.   So would Ripple look to -- I'm sorry,

24  what specific accounting guidance would Ripple

25  look to if the Court were to determine that sales

209

1    of XRP are sales of securities under federal

2    securities laws?

3                    MS. JONES:  Objection to

4            form.

5        A.    The guidance would be the guidance which

6    I have referenced throughout the entire

7    deposition.

8        Q.    So since there's no FASB guidance for

9    the treatment of digital assets under GAAP, what

10   specifically would Ripple have to look to to

11   determine how to account for sales of XRP if those

12   sales are considered securities under federal

13   securities law?

14                   MS. JONES:  Objection to

15           form.  Asked and answered.

16       A.    I believe I did just answer that

17   question but I'll give more detail.  The AICPA

18   guidance.  The opinions and guidance provided by

19   the Big 4.  That's the guidance we currently have.

20   Unless the guidance -- there's some new

21   promulgation, we would stick with that.

22       Q.    Did you state that Ripple would account

23   for its sales of XRP as investment contract if the

24   Court were to determine that those sales are

25   investment contracts under federal securities law?

210

1                    MS. JONES:  Objection to

2          form.

3      A.    If the Court decided that they were

4  investment contracts, then the accountant would

5  call them an investment contract.

6      Q.    Okay.

7      A.    But they would account them -- not

8  account for them as investment contracts under

9  current guidance.  An investment contract under

10  current accounting guidance is a contract

11  associated with an insurance policy.

12      Q.    Okay.  Does the AICPA guidance direct

13  that an investment company should determine

14  whether its holdings of digital assets represents

15  a debt security, equity security, or other

16  investment, and apply the relevant FASB guidance

17  for those instruments?

18                    MS. JONES:  Objection to

19          form.

20      A.    It does for an investment company, yes.

21      Q.    If an investment company determines that

22  its holdings of digital assets represent a debt

23  security, should the investment company apply the

24  guidance -- the FASB guidance for debt security

25  when determining how to account for transactions

211

1    in those digital assets?

2                    MS. JONES:  Objection to

3            form.

4        A.   There was a lot in that question.

5             Would you repeat it --

6        Q.   Sure.

7        A.   -- so I make sure I get it all?

8        Q.   So if an investment company determines

9    that its holding of digital assets represent a

10   debt security, should the investment company apply

11   the guidance -- I'm sorry, the FASB guidance for

12   debt securities when determining how to account

13   for transactions in those digital assets?

14       A.   They should follow AIC 946.

15       Q.   What is AIC 946?

16       A.   It's the accounting for equity and debt

17   securities for an investment company.

18       Q.   If an investment company determines that

19   its holdings of digital assets represent an other

20   investment, what FASB guidance should apply when

21   determining how to account for transactions in

22   those digital assets?

23                    MS. JONES:  Object to form.

24       Q.   Did you want me to repeat that?

25       A.   Yes, please.

```
 1          Q.    If an investment company determines that

 2     its holdings of digital assets represent an other

 3     investment, what FASB guidance should apply when

 4     determining how to account for transactions in

 5     those digital assets?

 6          A.    It --

 7                    MS. JONES:  Same objection.

 8          A.    It would be the same reference to AIC,

 9     same as AIC, but it would depend upon the form of

10     the other investment.

11          Q.    Can you elaborate what you mean by "it

12     would depend on the form of the other investment"?

13          A.    Yes.  If it's not a debt or equity

14     security, then this means that there is no claim

15     on the underlying company against which that debt

16     or equity security is issued.  Another investment,

17     other investments, or anything else.  Could be

18     gold, for example.

19          Q.    Okay.  Going back to your original

20     report --

21          A.    Okay.

22          Q.    -- in paragraph 82, you state that

23     "Ripple generates revenue from the sales of XRP to

24     customers to facilitate cross-border payments."

25                    What is the basis for this statement?
```

1       A.   Ripple's 2020 --

2                 THE REPORTER:  Ripple's?

3       A.   Ripple's 2020 annual financial

4   statement.

5       Q.   So do the 2020 annual financial

6   statements specifically state that Ripple

7   generates revenues from sales of XRP to facilitate

8   cross-border payments?

9                 MS. JONES:  Objection to

10          form.

11      A.   I can't tell you as I sit here now

12  whether this is a direct quote or not.

13      Q.   Do you know whether Ripple sells XRP to

14  customers who use the XRP for purposes other than

15  to facilitate cross-border payments?

16                MS. JONES:  Object to form.

17      A.   I believe so, but I can't cite a

18  particular example right now.

19      Q.   In your review of the records in this

20  case, did you analyze whether Ripple had any sales

21  of XRP for other than cross-border payments?

22                MS. JONES:  Object to form.

23      A.   Well, they have sales of XRP for

24  executive compensation, for example.

25      Q.   Anything else?

214

```
 1          A.   All of the things I've mentioned in my

 2     report.  I -- I could find them.  Do you want me

 3     to do that?

 4          Q.   Sure.

 5          A.   Okay.  It's getting late in the day.  It

 6     will take me a while to find it.  Bear with me

 7     while I get there.

 8               So in paragraph 58 and 59, I talk about

 9     the sales of XRP in nonmonetary transactions,

10     payment of expenses, the R & D, selling,

11     marketing, general and administrative.

12          Q.   Do you know how much of Ripple's

13     revenues are derived from sales of XRP for

14     cross-border payments versus sales for other

15     purposes --

16                    MS. JONES:  Object --

17          Q.   -- historically?

18                    MS. JONES:  Object to form.

19          A.   Off of the top of my head, no.

20          Q.   Do you know whether Ripple sale -- sells

21     XRP to persons who don't use the XRP for

22     cross-border transactions?

23                    MS. JONES:  Objection to

24               form.

25          A.   Yes.
```

215

```
 1        Q.   Can you elaborate?

 2        A.   Well, there's the sales of XRP in return

 3   for services provided.  That's not a cross-border

 4   transaction.

 5        Q.   Other than services provided, is

 6   there -- is there any other type of transactions

 7   that Ripple uses XRP for in its sales?

 8                 MS. JONES:  Object to form.

 9        A.   R & D, general administrative.

10        Q.   Do you know if Ripple has sold XRP to

11   purchasers who bought the XRP for investment

12   purposes?

13                 MS. JONES:  Object to form.

14        A.   I don't know one way or the other.

15        Q.   Did you -- did you see any transactions

16   with Ripple and XRP purchasers who bought the XRP

17   for investment purposes in your review of the

18   financial statements?

19        A.   I believe --

20                 MS. JONES:  Object to form.

21        A.   I believe I have.

22                 THE REPORTER:  I believe?

23                 THE WITNESS:  I -- I believe

24           I may have seen some discussion of

25           that, yes.
```

216

```
 1          Q.    Okay.  Do you recall specifically what

 2     the discussions were with regard to Ripple's sales

 3     for XR -- of XRP to purchasers who bought them for

 4     investment purposes?

 5          A.    No.

 6          Q.    Assume that Ripple has sold XRP to

 7     purchasers for investment purposes.

 8                Would that change any of your opinions

 9     in this case?

10                     MS. JONES:  Object to form.

11          A.    No.

12          Q.    Why not?

13          A.    It's still a sale of an intangible asset

14     for whatever reason it's used.

15          Q.    I believe you testified that you

16     reviewed the complaint in this case, is that

17     correct?

18          A.    Yes, I did.

19          Q.    Okay.  Do you understand that the

20     complaint alleges that Ripple sold billions of

21     dollars' worth of XRP to purchasers who bought the

22     XRP with the expectation of profit?

23                     MS. JONES:  Object to form.

24          A.    I -- I don't remember the specifics of

25     the complaint.
```

1      Q.   Is there any portion of your report,

2    your opening report, that addresses Ripple's sales

3    of XRP to purchasers who bought the XRP for

4    investment purposes?

5                    MS. JONES:  Objection to

6              form.

7      A.   No, because that doesn't affect the

8    accounting.

9      Q.   Are you offering any opinion that XRP

10   purchasers who bought XRP for investment purposes

11   also would understand that they acquired an

12   intangible asset and not an investment contract or

13   a security?

14                   MS. JONES:  Objection to

15             form.

16     A.   Well, I can point to three examples in

17   my report where that's their understanding.

18     Q.   I'm sorry?

19     A.   I can point to three examples in my

20   report where that is the understanding of the

21   purchaser of the asset.

22     Q.   Are you saying that's the understanding

23   of the purchaser who bought XRP for investment

24   purposes?

25     A.   Yes.

218

1      Q.   Okay.  Can you point to the three

2   examples in your report?

3      A.   Yes.  The three examples are in

4   paragraphs 69 through 76.

5      Q.   So are you referring to the publicly

6   traded companies that you describe in paragraphs

7   69 through 76 in your report?

8      A.   Yes.

9      Q.   So other than the examples of the

10   publicly traded entities that purchased XRP for

11   investment purposes, why did you not address

12   Ripple's sales of XRP for investment purposes in

13   your report?

14                MS. JONES:  Objection to

15          form.

16      A.   I addressed the accounting by these

17   three highly visible holders, publicly traded

18   holders of cryptocurrency, to provide examples of

19   how large, highly visible companies that are

20   audited by very reputable accounting firms account

21   for cryptocurrency.

22      Q.   Okay.  So just to clarify, are you

23   stating that Telsa (sic) holds XRP on its balance

24   sheets?

25      A.   I'm not saying anything about Telsa

219

```
 1    (sic).

 2         Q.   Okay.  So when I asked you whether --

 3    I'm sorry.

 4              When you stated that you could provide

 5    examples in paragraph 69 of -- through 76 of

 6    purchasers who bought XRP for investment

 7    purposes, any of the entities that are listed in

 8    paragraphs 69 through 76 specifically bought XRP

 9    for investment purposes?

10         A.   No.

11                   MS. JONES:  Objection to

12              form.

13                   THE WITNESS:  I'm sorry.

14         A.   No.

15         Q.   So is your report, your opinion, limited

16    to Ripple's sales of XRP to ODL customers?

17                   MS. JONES:  Objection to

18              form.  Mischaracterizes the

19              testimony.

20         A.   No.  This -- a large part of the first

21    document, the original report, is about accounting

22    for cryptocurrencies, of which XRP is one.

23         Q.   Right.

24              But your re -- does your report

25    specifically address the accounting for
```

220

1    cryptocurrencies -- actually, let me rephrase

2    that.

3              Does your report specifically address

4    the accounting for XRP that is purchased for

5    investment purposes?

6                   MS. JONES:  Objection to

7         form.

8        A.   I did not -- I did not analyze the

9    accounting for XRP that is purchased for

10   investment purposes.

11       Q.   Is your report about the appropriate

12   classification of Ripple's transactions in XRP

13   under GAAP?

14                  MS. JONES:  Objection to

15        form.  Asked and answered.

16                  THE REPORTER:  What was the

17        last part?

18                  MS. JONES:  Asked and

19        answered.

20                  THE REPORTER:  Thank you.

21       A.   Yes.

22       Q.   Are there any other bases for your

23   opinions regarding the classification of Ripple's

24   transactions and XRP under GAAP that are not

25   stated in this opening report that you submitted?

221

```
 1              MS. JONES:  Objection to

 2         form.

 3    A.    Possibly what's in the rebuttal report.

 4    Q.    Okay.  Just specifically with regard to

 5 the report that's dated October 4th, 2021.

 6    A.    Would you repeat the question, please?

 7    Q.    Sure.

 8              Are there any other bases for your

 9 opinions regarding the classification of Ripple's

10 transactions and XRP under GAAP that are not

11 stated in this opening report that you submitted?

12    A.    Yes.

13                  MS. JONES:  Same objection.

14    A.    Yes.

15    Q.    And what are these?

16    A.    Represented in the rebuttal report.

17    Q.    Okay.  So could you please specifically

18 identify the basis that you're referring to?

19    A.    It's the entire report.  No, I can't.

20 It's the entire report.

21    Q.    What do you mean, "it's the entire

22 report"?

23    A.    Well, you say what is the -- would you

24 repeat the question, please?

25    Q.    Sure.
```

222

1          Are there any other bases for your

2    opinions regarding the classification of Ripple's

3    transactions in XRP under GAAP that are not stated

4    in this opening report?

5          A.   Oh, I -- yes.

6          Q.   Okay.  What are the bases that are not

7    stated in this opening report?

8          A.   Those in the rebuttal report.

9          Q.   And can you summarize specifically the

10   bases in the reportal -- rebuttal report that are

11   not stated in your opening report that concern the

12   classification of Ripple's transactions in XRP

13   under GAAP?

14         A.   Yes.

15         Q.   So would you like to summarize them,

16   please?

17         A.   Sure.  "Ripple's transfers and sales of

18   XRP in order to, among other things, finance

19   operations or generate funds for share repurchases

20   do not support the determination under U.S. GAAP

21   that the economic substance of those transactions

22   are sales of stock as Professor ████ opines.

23          "Assuming, arguendo, as set forth in the

24   SEC expert's reports, that Ripple used XRP in a

25   similar manner as companies use stock by, for

1    example, compensating executives with XRP and

2    engaging in actions to limit the supply or

3    otherwise support the market price of XRP (e.g.,

4    through lock-up provisions, Ripple's escrow and

5    limited release of not more than 1 billion XRP per

6    month, and XRPs purchases), do not require the

7    determination under U.S. GAAP that Ripple's

8    transfers and sales of XRP were sales of equity or

9    debt securities.

10            "The fact that Ripple paid certain

11   business partners and vendors for services in XRP

12   rather than fiat currency does not require the

13   determination under U.S. GAAP that Ripple's

14   transfers and sales of XRP were sales of equity or

15   debt securities.

16            "MoneyGram's disclosures in its SEC

17    filings with respect to XRP it received from

18    Ripple for facilitating international" currency

19    -- "foreign currency transactions on Ripple's ODL

20    platform do not reflect a determination that,

21    under U.S. GAAP, Ripple's transfers and sales of

22    XRP to MoneyGram constituted sales of equity or

23    debt securities."

24       Q.   Is there any reason why you didn't

25   include the bases that are included in your

```
1    rebuttal report in your opening report?

2                        MS. JONES:  Objection to

3              form.

4        A.   Yes.

5        Q.   What is the reason?

6        A.   I feel that Professor ████ and

7    Mr. ████ reports required a rebuttal that

8    clarified and expanded upon my original report.

9        Q.   Thank you.

10                       MS. GUERRIER:  I have no

11             further questions.

12                       MS. JONES:  Counsel for

13             Ripple has no questions for the

14             witness.  Do the individual

15             defendants' counsel -- no.

16                       MS. GUERRIER:  Thank you,

17             Professor, for your patience and your

18             time.

19                       THE WITNESS:  You're

20             welcome.

21                       THE VIDEOGRAPHER:  This

22             concludes the video deposition of

23             Peter Easton.  The time is 4:21.

24             Going off the record.

25                       (Off video record.)
```

225

```
1                    MS. JONES:  At this time,
2            I'd just like to designate the
3            transcript highly confidential under
4            the protective order.
5                    THE REPORTER:  Okay.  We're
6            off the record.
7                    (Whereupon, the deposition
8            concluded at 4:22 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

226

1    STATE OF NEW YORK       )

2                            ) ss:

3    COUNTY OF NEW YORK      )

4            I hereby certify that the witness in the

5    foregoing deposition, PETER DOUGLAS EASTON was by me duly

6    sworn to testify to the truth, the whole truth and

7    nothing but the truth, in the within-entitled cause; that

8    said deposition was taken at the time and place herein

9    named; and that the deposition is a true record of the

10   witness's testimony as reported by me, a duly certified

11   shorthand reporter and a disinterested person, and was

12   thereafter transcribed into typewriting by computer.

13           I further certify that I am not interested in

14   the outcome of the said action, nor connected with nor

15   related to any of the parties in said action, nor to

16   their respective counsel.

17           IN WITNESS WHEREOF, I have hereunto set my hand

18   this 7th day of December, 2021.

19           Reading and Signing was:

20   ___ requested   ___ waived   _X_ not requested.

21

22

23   _____

24           BRIDGET LOMBARDOZZI, CSR, RMR, CRR

25

# Transcript Word Index

[& - 76]

**&**

**&**
2:17 4:5,19 5:3 8:21 56:12
214:10 215:9

**1**

**1**
141:8 151:12 223:5
**1,100**
17:22
**1:33**
149:2
**10**
59:23,24 67:23 70:12,22
71:2,13,18,19 72:18 74:14
74:19 75:6,7 109:19 114:17
196:24 197:1 207:6
**10:10**
57:17
**10:24**
57:20
**10006**
4:22
**10019-6064**
5:7
**101**
91:16
**10281-1022**
3:13
**10-4-21**
6:13
**10832**
1:6 2:6 8:13
**11**
167:10
**11:29**
102:21
**11:41**
102:24
**11-12-21**
6:17
**12**
35:8 150:12 167:21 168:18
168:24 170:9
**12:59**
148:24
**1285**
5:6
**12th**
150:14
**13**
7:6,7,12
**14**
6:12
**149**
6:16

**15**
102:12 188:18
**16**
193:10
**1615**
4:9
**17**
88:1,9,12 144:10
**18**
88:10,11,12,14
**186**
137:9 138:12,14
**19**
88:12,14 104:20 125:3
**1940**
135:18
**1973**
43:6
**1978**
42:23,25
**1979**
46:22 47:4
**1980**
42:18
**1983**
46:14 47:4
**1984**
42:14
**1985**
45:25
**1988**
45:25 46:14

**2**

**2**
6:12 13:20 14:19,22 15:22
39:15,19 81:7,9 119:9,12
119:23 120:6 152:7 154:14
157:24 173:3,4,9,10,14,16
193:18,20
**2:34**
181:14
**2:49**
181:17
**20**
1:6 2:6 8:13 171:4,6,10,17
**20,000**
19:11,12
**200**
3:11
**2003**
45:8,9,20
**20036**
4:11
**2018**
127:18 129:11,13

**2019**
80:17 125:11,21
**202.326.7999**
4:12
**2020**
75:11 125:10,20 127:1,10
137:9,13 213:1,3,5
**2021**
1:17 2:19 8:3,9 35:25 36:1
42:7 150:12,14 221:5
226:18
**21**
6:18 175:20 176:13,20
**211208blo**
1:25
**212.225.2951**
4:23
**212.336.0153**
3:14
**212.373.3067**
5:8
**22**
7:5 42:6 177:20,23
**24**
81:16 178:10
**25**
81:16 178:17,19 179:19
**26**
178:21,23
**27**
137:2 180:8,11,17
**29**
42:7

**3**

**3**
6:16 149:20,22 150:1,9
158:6,7,14 159:5 172:17,21
173:13,16,17 174:1,24
175:2,6 181:20 182:1,18,25
184:17,23 185:13 186:6,11
193:13,16,20,22 194:7
**3:38**
207:8
**3:55**
207:11
**30**
186:22
**31**
7:5 125:10,20 137:9,13
187:8,12,19 192:15,16
**32**
7:6
**33**
7:7 144:22
**34**
190:4,7,12 191:8,14

**36**
69:7 198:9,12
**37**
69:14 199:1,3
**38**
81:10 194:20 200:25 202:6
202:8 203:8,17
**39.1**
137:14

**4**

**4**
79:20 81:25 82:7,13,24
83:5,11,20 84:1,5 90:5
193:22 209:19
**4:21**
224:23
**4:22**
2:18 225:8
**40**
159:8 194:21 204:6,8,19
205:4,17
**400**
3:12 4:10
**43**
125:4
**45**
126:7
**4th**
14:6 35:22 36:1,9 221:5

**5**

**5**
78:13
**55**
126:17 127:3,13,21 129:17
131:12
**58**
214:8
**59**
6:14 214:8

**6**

**6**
12:23 13:1
**64**
138:9,17
**67**
139:17 140:2
**69**
218:4,7 219:5,8

**7**

**7**
159:18,23 185:20
**76**
218:4,7 219:5,8

[7th - analysis]

**7th**
226:18

**8**

**8**
1:17 2:19 8:3 17:1 41:18
87:16,18 90:9 118:17
124:19 159:21,21
**82**
144:25 146:14 212:22
**83**
46:22
**85**
146:16,24

**9**

**9**
6:4 7:12 56:5,8 57:25 61:15
70:14,19,23 71:22 72:10,15
75:12,22 76:4 84:14 85:16
85:22 86:13,17 87:1 88:24
90:1,1 109:5,6,9 114:21
115:14 116:16,23 117:2,5
117:23 124:15 141:19
**9:07**
2:18 8:2,7
**919**
2:17 8:21
**946**
211:14,15
**95**
45:20
**950**
24:9
**9th**
8:8

**a**

**a.m.**
2:18 8:2,7
**ability**
125:25 126:1
**able**
21:15 101:21 135:11
**absence**
79:16
**absolutely**
139:9 170:10 203:2,5
**academic**
44:7 50:16
**accepted**
54:2,5 60:16 68:7,12,17
83:20
**accessible**
125:16
**accommodate**
12:4 13:7

**account**
56:24 57:5 58:20 60:6 61:4
72:21 73:6 76:19,20,22
93:20 98:5,8 115:2 120:14
121:3 162:8,20,21,25 163:6
163:14,20,25 164:6 200:7
209:11,22 210:7,8,25
211:12,21 212:4 218:20
**accountant**
77:2,10,12 96:15 98:3
101:9 120:21 157:3 163:2
167:2 208:4 210:4
**accountants**
79:18,22 165:1,7 166:5
**accounted**
109:10 114:24,24 136:6,7
138:3,17,19,23 140:24
166:9 169:13 172:2 179:7
201:18
**accounting**
11:6 22:5 38:19 41:21,23
42:16 43:4 44:16 45:3,5,14
45:19 47:19,20,22 48:12,14
49:8,17,22,25 51:4,23 52:8
52:19,22 53:4,12,15,24
56:15,16,21,23 57:1,4
58:22,25 59:7,13 60:3,16
60:18 61:7,10,21 62:1,2,19
64:5,6 65:21,22 68:7,12,17
69:8 71:23,25 72:6 75:15
76:1,24,25 77:2,4,8,12,22
77:24,25 78:3,4,9 79:2,8,12
79:13,17,21,24 80:3,11,12
80:13,14,16,19 81:5,14,18
81:21 82:1,4,7,9,25 83:2,6
83:21 84:1,5,6 87:8,9,19
89:5 91:16,17 92:7 93:8,9
93:14 94:2 96:15,21,22
97:7,9,14,21 101:12 103:2
103:3 111:14,15,16 115:6,9
117:10 118:25 119:8,12,23
120:5,9,14,18 121:2,4,15
121:20,21 123:12,23 124:4
124:10 130:19 136:20
138:19,21 139:5,19 140:4
140:17 143:3,10 146:17
147:7 148:1,11,12 152:23
153:2 156:16 157:2 158:24
159:3 166:15 167:2 178:3,7
179:23 184:3,6,14 185:20
187:23 188:2,5,7,10,11
192:8 199:5,6,7,8,10,11,12
199:13,18,19,20,21 200:1,4
200:10,17,22 202:18,19
204:23 208:3,19,24 210:10
211:16 217:8 218:16,20

**accounting (cont.)**
219:21,25 220:4,9
**accounts**
60:8,12,22 72:23 73:1
74:20 128:4 132:1 134:9
187:24 188:3 207:17,25
**accurate**
40:2,5 146:20 147:1
**accurately**
11:22
**acquire**
90:25
**acquired**
217:11
**act**
58:14 135:19
**action**
58:10 226:14,15
**actions**
151:8 175:23 176:3 223:2
**activities**
41:20 161:8 194:21 195:1
**activity**
156:21
**actual**
76:12,16
**addition**
30:23
**additional**
42:9 43:22 201:21,22,25
**address**
177:8 218:11 219:25 220:3
**addressed**
136:20 143:4 218:16
**addresses**
217:2
**adelaide**
43:1,6 46:1,3 48:20,23
**adelman**
5:4
**adeptus**
10:17,18,20,25
**administration**
42:15
**administrative**
214:11 215:9
**adopted**
80:16
**adults**
42:24
**advertise**
21:11
**advice**
51:25 52:6,7
**advise**
51:12,23

**advisory**
50:23 51:22
**affect**
133:5 139:15 177:13
184:25 217:7
**ago**
10:13 12:18 19:6,8 24:6,8
26:18 28:18 35:8
**agree**
165:1
**agreement**
193:5 196:13 201:12 203:4
204:25 205:12 206:10
**agreements**
201:6,18 204:22
**agricultural**
43:7,8
**ahead**
16:20 17:16
**aic**
211:14,15 212:8,9
**aicpa**
81:13,19,22 82:11 83:3
90:6 104:13 111:2 118:10
118:13 209:17 210:12
**aicpa's**
89:17,19 104:17 118:19
**al**
8:12
**allegations**
59:12
**alleged**
56:25 61:3 115:16,22
**alleges**
216:20
**allocation**
51:13
**allow**
11:24
**american**
79:17
**americas**
5:6
**amount**
18:19 23:16,17,21 24:2,4
83:6 109:16 133:5 143:17
**amounts**
20:8
**analogous**
60:19
**analysis**
47:12,15 48:5,13 60:2
86:24 87:6 88:23 89:9,24
90:4,5 91:11,19 114:4,14
117:4 124:14 157:1,7,9
159:4 185:12,17 186:4

[analysis - back]

analysis (cont.)
197:16 202:16
analyze
130:10 157:4 202:11
213:20 220:8
analyzed
197:20
annual
73:10,11,14,14,15,16,18
74:17,18 75:6 86:4,8,8
113:18,20 116:7,12,13
127:1,11,18 128:1 129:11
129:13 134:8 136:2 145:5
146:15 162:11,12 170:19
170:23 171:3 186:20
192:23 196:6,9 213:3,5
answer
7:3 11:25 17:14 27:9,23
28:12 30:6 31:10,13,19,23
32:5,15 33:14,25 35:14
36:6 37:18 39:22 40:14
55:18 67:3 68:14 71:4,14
76:3 85:17,24 88:13,14
98:2,15 99:2 109:7 113:1,6
113:11 122:16 147:17
153:24 167:6 170:4,25
172:12 183:3 184:8 199:15
200:15 208:17,19 209:16
answered
20:10 35:24 40:13 66:4,8
66:23 75:24 76:15 80:6,7
84:18 90:3 97:25 98:1
100:14 113:16 117:15,25
124:17 129:10 149:9
153:19 156:18 158:15
166:25 168:10,16 169:22
170:6 180:25 184:12 189:9
190:2 191:4 192:11 209:15
220:15,19
answering
21:21 36:19 154:12 172:21
182:1 193:22
answers
55:14 152:20
answer's
153:19 154:4
anything's
143:2 208:18
anyway
205:20
apologize
153:22 154:3 162:5
apparently
194:20
appear
91:8

appendices
53:14
appendix
39:24 40:17 41:8 42:9 50:3
50:15 51:18 52:10,25 53:4
53:8,21
applicable
56:22 57:1,4 60:17 71:24
81:10
applies
62:2 81:7,10
apply
163:25 164:3 210:16,23
211:10,20 212:3
appropriate
120:13 220:11
approximately
8:7
area
49:11,15 70:3 101:15,15
areas
49:16
argue
92:10
arguendo
151:4 222:23
arguing
151:4
arrangements
17:6 137:7
arrive
99:3
articles
53:3
aside
190:25
asked
11:1,5 14:25 20:10 22:4
35:24 66:2,6,23 75:24
76:15 80:6 90:3 100:14
108:12 117:15,25 124:17
129:10 149:9 153:9,23
166:25 168:10,16 169:22
170:5 172:5 180:25 183:13
184:12 189:9 190:2 191:4
192:11 209:15 219:2
220:15,18
asking
10:1 33:6 75:13 179:15
204:15
asset
24:18 60:23 62:3 64:7
65:23 66:24 67:8,10 78:15
78:19 79:1 82:4 83:14,17
90:7,12,14 91:10,13,22,23
92:6 93:1,2,7,7,17,21 94:1

asset (cont.)
94:3,4,9 98:4 99:1,1,4,5,12
101:4,9,14,16,18,21 104:18
119:1,2 120:22 123:8,22,22
124:1,3,7,21,22 132:11,12
134:20,21 135:2,5,6,20
136:5,12,13,21,22 142:8,23
143:4 164:9 166:23 177:16
177:18 185:22,23 202:22
208:6 216:13 217:12,21
assets
49:22,25 52:1,8,19,22 53:5
53:12,16,24 54:10,14,18,22
60:8,8 72:5,23 73:7,24 74:1
78:1,5,9 80:4,12 81:11,14
81:18 87:8,10,12,20,23,24
87:25 88:8,16 89:7 91:9
95:5,8,23 96:15,20,23 97:6
97:10,12 98:6,7,17 100:12
103:4 104:15,18 109:11
110:7 111:1,6,9 123:2
124:10,19,23 129:22 130:4
130:6 134:11,12 135:22,23
136:3,10,16 144:12,20
163:8,15,20 164:4,8,13,22
165:4,15,19,22 166:10
167:5,7 177:14 185:19
197:21 202:20 209:9
210:14,22 211:1,9,13,19,22
212:2,5
assignment
54:25 55:25 56:7,10 58:1
assist
70:24 71:12 155:4
assistant
46:10 48:25 49:4
assisted
71:9
associate
46:18,19
associated
48:18 54:7 109:15 110:1,13
110:14 132:10 143:18
160:9 164:10,25 169:13
210:11
association
8:18 46:17
assume
131:5 207:13,22 216:6
assumes
26:16 174:3 178:14
assuming
151:4 222:23
assumption
63:14 66:15,18,20 107:16
107:18 113:25 186:5

assumption (cont.)
197:11
assumptions
30:22 86:15,22 113:12
117:1
attached
41:8
attempt
77:6
attendance
44:2
attended
44:13
attention
41:17 82:8,25
attorneys
10:3 27:6 28:9,16
attributes
64:7 65:22 66:24,25 67:14
68:11 114:19 120:22
audited
83:12 105:18,21,25 128:2
139:18 140:3 218:20
auditing
128:2
auditor
83:13
australia
42:23 45:24 46:4,6
author
56:16 78:14
authoritative
60:16 78:3,8,15,19,25 79:7
79:11,20 80:9 82:3,6,9,12
83:1,9 84:8 118:14 121:16
121:20
authority
80:25 83:8 84:6 101:12
122:6,21
available
56:18 60:18 109:19 132:5
avenue
2:17 5:6 8:22
average
137:10
aware
25:15,18 50:14 104:12
146:4,17 147:4,5,6,7,18
150:17 163:22

b

b.ii.
104:22
bachelor
43:3,7
back
36:21 57:20 61:15 65:15

[back - certified]

**back (cont.)**
67:16 70:11 84:13 100:18
102:24 103:8 104:13 107:8
109:2 118:9 142:17,19
149:2 172:16 181:17,20
192:14 193:12,15 207:11
212:19

**background**
108:2

**balance**
60:23 73:22 94:12,15,18
109:12,17 134:13,15,23
135:6,20,24 218:23

**barrel**
91:17

**based**
43:15 51:20 56:15,22 60:2
61:2 62:2 63:7 66:25 68:6
68:12 71:24 77:13 87:11
115:15 124:2 125:6 137:19
157:2 198:2,5,6 206:25
207:2

**bases**
220:22 221:8 222:1,6,10
223:25

**basic**
119:1

**basis**
25:2,5 63:3 64:10 71:17
95:3,20 107:20 108:12,19
108:22 109:23 125:8,17
126:3,25 127:9,17 129:6
145:3 146:11 147:2 155:17
156:12 158:13 168:19
169:8 174:7,16 184:15,22
185:3 192:18 195:8 203:14
212:25 221:18

**bates**
6:14,18

**bear**
214:6

**bearer**
69:21

**bearing**
200:11,18

**bears**
205:19

**beg**
55:15 160:1 192:2

**began**
45:8

**beginning**
26:25 146:25 192:20

**behalf**
2:16 10:1 16:16,23 69:24

**believe**
16:24 35:14 40:1,13 50:15
56:4 63:21,25 66:4,8 80:7
84:18 97:25 100:6,19
113:16 117:3,16 126:16
127:10 145:4,22 164:20
204:4 209:16 213:17
215:19,21,22,23 216:15

**belong**
50:3,24

**berkeley**
46:19

**best**
68:23 117:16 149:14

**bethan**
4:6 37:22

**better**
35:18

**beyond**
34:2 86:2

**big**
79:20 81:25 82:7,13,24
83:5,11,19 84:1,5 90:5
135:25 209:19

**billed**
17:23 18:19

**billing**
18:22 20:3,8,15 23:19 24:7

**billings**
18:2

**billion**
151:12 223:5

**billions**
216:20

**bit**
55:7

**bitcoin**
94:11,14,21,25 95:4,18,21
96:3,11 100:8,9

**bitcoin's**
99:17 100:4

**bjones**
4:13

**block**
24:19

**blockchain**
125:6

**blocks**
24:19,23,24

**board**
51:22 69:8 79:9,12,17,25
80:11,14 81:21 87:20
101:13 111:15,16 118:25
121:3,5,15,20 136:20 143:4
143:10 185:20

**boards**
50:23

**body**
121:16

**books**
53:7,11 69:23

**border**
145:2,7,16,21 212:24 213:8
213:15,21 214:14,22 215:3

**bought**
25:24 215:11,16 216:3,21
217:3,10,23 219:6,8

**boundaries**
145:12

**bradley**
1:7 2:7 4:17

**break**
12:3 55:6,9 57:9 102:4,12
102:16 148:20 181:12
207:6

**breaks**
12:25

**bridget**
1:24 2:19 9:1 13:15 226:24

**british**
149:15

**broad**
191:5

**broader**
187:16

**budget**
18:11,17

**bushel**
91:18

**business**
42:15 81:9 128:8,11,13,25
151:18 158:16 172:23
173:19 182:4,11,22 183:11
183:21 184:4,24 187:14
190:16 192:7 223:11

**c**

**calculated**
138:24

**california**
8:19 46:18

**call**
10:3 57:22 64:1 66:9
120:25 210:5

**called**
45:4 48:18 208:7

**calls**
200:14

**capital**
48:19 123:22 124:1,3,6,9
127:14 129:20 134:21
135:2 201:21,22,25 202:2

**care**
10:18 11:7

**careful**
185:21

**carefully**
87:7,22 197:20

**carry**
13:8

**case**
1:6 2:6 8:12 10:14,17,20
11:2,9 14:1,8,15,25 15:25
16:3,13,17,23 17:9,21,24
20:4,7,15 21:4 22:6,13,24
23:22 24:3,11 25:12,16,19
26:4,14 27:21 28:5,7,10,21
29:1,8,15 34:9,14,16,22,25
35:11 37:25 38:2 39:10
50:7 55:1 56:1 58:1,4,6,9
58:19,21 59:2,6,12,22 62:3
65:5 73:24 82:6 84:11
103:3 110:5,16 131:1,7,10
139:16 207:14 213:20
216:9,16

**cash**
90:15,15 98:18 103:10,10
103:12,16,17,20,20,23,24
104:5,5,10,10 128:5 129:4
129:7,15 130:18 132:20
133:2,5,10,12,20,21 149:5
149:5 190:8,9,15 192:6

**categor**
146:13

**categories**
87:25 88:7,16 90:7 100:7
124:19 146:13

**categorized**
91:13 195:14

**category**
87:24 98:7 123:9,17 146:10

**caught**
207:21

**cause**
226:7

**ccr**
2:20

**center**
25:12 45:4,4 50:19 51:2,11

**central**
170:10

**certain**
66:18 151:18 223:10

**certainly**
82:6

**certified**
8:17 226:10

[certify - conflated]

certify
226:4,13
cetera's
89:18,22
cgsh.com
4:24
chain
24:25
chains
24:19,20
chaired
45:2,13,23
change
90:18 142:23 145:12
150:14 156:15 158:2 216:8
changed
41:12 42:3 150:13
changes
41:25 207:16,25
charac
183:5
character
92:17
characteristic
98:20 99:6,13 182:21 183:9
characteristics
69:19 80:20 94:22 95:1,18
95:22 96:3,10,19 97:5 98:6
98:9,16 99:6,18,18 100:4,5
100:20 101:3,10,21 103:8
104:21 139:15 161:4
164:21 165:21 183:5,20
195:13 206:3 208:8
characterization
174:4,13
characterize
173:13
characterized
134:20 135:5
charge
23:12,14,16
charging
17:9,20 23:22 24:3
chartered
79:18
chicago
46:11,15 48:25 49:6 51:20
chief
41:20
chosen
32:16
christian
1:8 2:8 5:1
cite
119:9 174:23 175:5 213:17

cited
74:3 75:8 106:3
civ
1:6 2:6 8:13
claim
196:19 197:5,9 212:14
claimed
198:21
claims
112:6
clarified
224:8
clarify
66:11 67:1 103:1 204:10
218:22
clarifying
99:24 164:2 202:9
class
70:5,6
classes
47:21,24 48:1
classification
83:14,16 92:2,3 220:12,23
221:9 222:2,12
classifications
123:2
classified
101:14,15
classify
101:22 104:10 123:21
clear
12:1 47:1 87:11 95:10
162:3 206:17
clearer
144:2
clearly
56:4 134:7 156:25 164:24
199:7
cleary
4:19
closely
117:8
clr
1:24 2:20
coinbase
73:17
colleague
10:2
color
156:19
commencing
2:18
commercial
196:12 204:21,24 205:11
206:10

commission
1:4 2:4 3:7 8:11 79:10
205:7,25
committee
80:18 81:7
common
142:4,5,24 160:13,20 161:2
161:5,9 202:23
commonly
69:25 70:2
communications
15:17 17:12,15 18:16 21:9
28:1 29:19 36:18 38:14
71:6 86:2,20 113:14 153:15
155:8
companies
60:5,20 72:20 73:6 106:7
106:10 130:6 135:25 151:6
156:14 160:13,20 167:15
167:17 218:6,19 222:25
company
10:18 61:11 83:12,12
103:22 104:7,7,14 115:10
129:22 130:4 135:18 137:7
142:2,6 146:1,19 147:9,13
161:6 162:15 210:13,20,21
210:23 211:8,10,17,18
212:1,15
company's
81:6 127:14 129:20 204:22
compare
99:17 100:3
comparing
100:11
compass
22:4,5,6,7,8,10,16 26:23
38:4,7,8,18
compensate
158:1
compensating
151:7 223:1
compensation
26:3,10 131:19 159:19
161:7,17,24 162:8,16 163:7
163:21,24 164:4,7,8,12
165:3,14 166:1,9,22 204:20
205:8 213:24
complaint
56:25 58:3 59:11,13 61:3
115:17,22 216:16,20,25
complete
40:2 67:3 70:12,18
completed
15:3
complex
51:23

comply
13:10
component
20:18
comport
117:10
computer
18:7 19:1 226:12
con
26:13
concept
118:25 119:12,23 120:6
121:1,2,11 122:1
concepts
119:8
concern
53:15 222:11
concerned
53:23
concerning
17:8 53:4,12
conclude
164:23
concluded
60:4 81:7 185:23 202:20
225:8
concludes
81:22 224:22
conclusion
90:10 100:8 110:24 158:2
165:9 166:19 185:1 195:15
196:17,21 197:4,23 198:8
200:14
concordant
82:1 83:3
conduct
86:24 114:4 117:4 159:4
185:12 197:16 202:16
conducted
52:21 87:6 89:25 91:12
124:14 128:12 157:8
185:17
conducting
157:10
conducts
146:4
conference
9:11
confidential
1:13 7:15 225:3
confined
191:2
conflate
158:21,22
conflated
158:20

[conflates - day]

**conflates**
155:18 179:2
**conflation**
168:1 178:15,24 182:19
183:4,19 190:8 191:20
**conforms**
58:12
**connected**
24:19,22 128:7,13 226:14
**connection**
56:14 103:2 107:17 128:25
137:6 158:23 176:24 185:4
185:7
**consider**
49:21 98:5,16 104:23
111:18 112:7,14 116:1,10
120:21 121:5 126:19
195:19 196:4,20 197:3
**consideration**
61:10 115:10 126:24
185:21
**considered**
32:4,12,19,20,24 33:4,22
34:6 66:24 79:19 85:3,8,15
86:12 87:7,12,15,22 91:22
92:6,11 104:5 110:17,19,23
111:2 112:23 113:7 116:6
116:14,22 123:22 132:19
135:13 136:13,16 142:9
143:23 144:18 149:5
162:17 170:12 183:17
185:18 186:11 190:19
196:1,9 203:5 209:12
**considering**
61:19,20,24 62:6 75:16
76:11 195:13
**considers**
190:3
**consistence**
57:3
**consistency**
183:16
**consistent**
57:4 60:21 61:9 115:8
118:5,7
**consolidated**
125:9,19
**constitute**
106:14 108:5 132:14 203:9
203:17
**constituted**
152:5 194:5,15 197:24
223:22
**constitutes**
107:10 122:2

**constituting**
195:17
**construed**
195:17
**consulting**
22:9
**contact**
26:19,22,25
**contacted**
26:14
**contain**
57:25 152:7 172:1
**contained**
15:11,21 35:19 36:2 127:21
154:8
**content**
19:23
**contents**
27:25 29:19
**context**
120:16 124:12 126:23
132:18 183:19 184:4
**continued**
4:1
**continuing**
44:4 61:21
**continuous**
44:2
**contra**
75:2,4 200:9
**contract**
81:2 98:23 207:15 208:7
209:23 210:5,9,10 217:12
**contracts**
91:2 208:12 209:25 210:4,8
**contractual**
137:6
**contrary**
171:9,16 180:12 181:2
199:5
**contrast**
61:6 115:6
**contribution**
202:3
**converted**
149:11
**converting**
107:4,5,7
**correct**
100:21 123:20 144:21
180:16 216:17
**corrected**
125:2
**corresponding**
132:9 133:1,3

**cost**
60:14 73:3 74:22
**cotton**
91:18
**council**
50:19 51:2,3,11
**counsel**
9:8,15,16,23 12:20 15:18
17:13,16 18:16 21:20 22:23
28:1,21 29:1,8,15 30:3,11
30:18,19 31:3,8,16 32:8
33:6,7,20 34:1,4 35:5,7
36:16,19 37:3,15,20,25
38:3,16,17 39:18 56:12,13
64:23 71:7,12 85:14,20,25
86:3,6,9,11,21 95:10
112:22 113:5,13,15,18,23
119:16 153:16 155:9 172:5
224:12,15 226:16
**counsels**
8:23
**countries**
80:17
**country**
107:5
**county**
226:3
**couple**
21:9
**course**
49:24,25 81:9 137:23
**courses**
47:10 48:11,13,15,17,17,21
49:2
**court**
1:1 2:1 8:14,18,25 11:16
12:11 47:1 59:1 207:22
208:25 209:24 210:3
**cover**
163:6
**covered**
203:22
**create**
40:25
**creditor**
90:21 98:21 117:19
**credits**
97:1
**cross**
145:2,7,16,21 212:24 213:8
213:15,21 214:14,22 215:3
**crr**
1:24 2:20 226:24
**crypto**
104:17 130:6

**cryptocurrencies**
60:6,18,21,25 62:24 72:4
72:21 74:1 80:19 81:8,12
81:23 92:11,13,18 95:2
109:21 111:17 149:5
219:22 220:1
**cryptocurrency**
63:4,15,20,21,25 64:4,9,11
64:15,21 65:9,19 66:1,3,5,9
66:13,16,21 67:5 80:21,24
81:1,6 95:4 99:7,11,15
100:21 101:17,17 104:9
143:12 218:18,21
**cryptography**
80:23
**csr**
1:24 226:24
**currencies**
103:10
**currency**
63:1 80:22 90:17 103:12,16
103:19 104:5,8 107:4,8
145:13 149:12,13 151:19
172:24 173:20 182:5,12
223:12,18,19
**current**
41:8 109:14 111:21,24
127:7 132:9 208:19 210:9
210:10
**currently**
44:21,23 47:10 60:15
209:19
**customers**
127:16 168:21 169:5,10
170:8 212:24 213:14
219:16
**cut**
162:6

**d**

**d.c.**
4:11
**dame**
44:24 45:1,7 47:9,23,25
48:3,6,8
**data**
34:15,20 45:17
**date**
8:7 12:19 15:4 28:17 29:10
132:5 138:24
**dated**
6:13,17 221:5
**david**
5:15 8:16
**day**
23:3 214:5 226:18

**[deadline - disclosures]**

**deadline**
41:10
**dealt**
69:25 70:4
**debevoise**
2:17 8:20
**debits**
97:1
**debt**
61:8 69:11,12 90:20 110:2
110:3 115:8 117:13,17,18
117:18 118:3,14 123:2,9,18
143:14,16,17 151:16,22
152:5 158:4 159:11,16
169:15,17,20 170:2 172:2
173:1,22 176:6 182:7,14
185:24 186:2 194:5,15
195:18 197:22,24 198:1,16
198:17,22 210:15,22,24
211:10,12,16 212:13,15
223:9,15,23
**debtor**
117:20
**december**
1:17 2:19 8:3,8 125:10,20
137:9,12 226:18
**decided**
210:3
**decision**
76:2 77:23
**deep**
185:9
**def**
121:21
**defendant**
4:3,17 5:1 11:12,13 16:5,11
16:23 35:2 56:13
**defendants**
1:9 2:9 9:16 17:7 18:20,23
19:5,8 20:4 21:4,15 23:8,22
24:3,11 26:4,14,24 27:1,5,7
27:21 28:5,6,10,21 29:1,8
29:15 30:3,11,19 31:3,7
32:8 34:16,22,25 35:4,7
50:7 224:15
**defies**
119:14,25
**define**
63:6 65:25 69:5 110:12
121:11 144:6 156:23
**defined**
64:9 68:16 69:10 119:7
124:18 136:5 141:21 181:9
**defines**
69:15 104:17

**defining**
62:9
**definition**
25:2,5 58:12 62:13,17,19
63:3,7 67:18 68:10,10
69:10,15 91:8 114:13
117:17 118:16 119:9,14
120:1 121:6,12,17,22 126:4
130:19 137:15 142:22
143:19,20 144:12 145:20
145:23
**definitions**
69:9 87:11,18 101:11
114:10,11 118:3,4,6,8,9,14
118:18,19 124:20 136:17
142:18,18,19 185:18
197:21,25
**degree**
42:10,17,22,24,25 43:2,3,5
**deliberately**
40:21
**delivering**
61:11 115:11
**delivery**
140:12
**deloitte**
111:3
**demand**
106:24 131:16
**departments**
51:14
**depend**
103:24 212:9,12
**depending**
162:10
**depends**
82:5 132:3
**depo**
62:18
**deposition**
1:15 2:15 7:1 8:9 10:5,12
10:15 12:16 13:4,5,10
14:22 36:12,15,24 37:16,21
38:21 54:16,20 149:19
209:7 224:22 225:7 226:5,8
226:9
**derivative**
137:4,13,15,21,24 138:2,8
138:16 139:6,11,13 140:14
140:25 141:3
**derivatives**
138:20 139:19,21 140:4,6
140:12,13,18,24
**derived**
17:13 137:19 214:13

**describe**
25:8 67:8,12 85:4 106:12
110:7 120:4 128:3 139:18
140:3 147:17 149:14 160:3
166:15 177:21,23 178:11
178:18 179:15 181:25
182:16 186:24 188:20
190:6 192:18 193:21 218:6
**described**
25:10 41:5 103:9 114:12
116:3,6 131:11 138:17
143:20 146:13 164:11,20
166:2,11 178:25 179:1
187:21 188:3 195:1 198:6
202:25 203:8,16 205:4
**describes**
120:6
**describing**
120:17 133:16
**description**
6:9 196:11
**descriptions**
146:15 185:19 197:21
**designate**
225:2
**desk**
162:1
**detail**
20:2 40:8,15 209:17
**details**
10:21 20:6,13
**deter**
120:17
**determination**
150:25 151:14,20 152:3
154:22 194:3,13 222:20
223:7,13,20
**determine**
21:16 98:6 101:20 104:15
127:22 151:13 208:25
209:11,24 210:13
**determined**
87:23 117:9 124:20 143:22
**determines**
210:21 211:8,18 212:1
**determining**
49:19 91:12 98:4 120:22
210:25 211:12,21 212:4
**developed**
143:11
**developing**
97:19 121:3
**development**
51:12 99:10 105:8 205:1
**differ**
118:19 132:23,25 133:18

**difference**
153:18,22 173:2,8,12 208:5
**different**
41:7 79:14 96:15 100:11
101:18 110:6,11 131:22
166:19 172:8 208:13
**differs**
81:22
**digital**
24:18 49:22,25 52:1,8,8,19
52:22 53:5,12,16,24 54:10
54:13,17,22 63:2 67:7,10
78:1,4,9,15,19 79:1 80:3,12
80:21 81:14,18 82:4 91:13
91:22 93:1,7,20 95:5,23
96:23 97:10,12 100:11
103:4 104:15,18 110:17
111:1,6,9 123:8,21 129:22
130:4 135:22 136:12,21
142:8,23 143:4 144:12,20
163:7,15,20 164:4,7,8,9,13
165:4,15,18 166:10,10,23
167:5,7 209:9 210:14,22
211:1,9,13,19,22 212:2,5
**diploma**
42:20
**direct**
31:19 33:14,24 71:5 210:12
213:12
**direction**
7:3 38:17,20 39:17
**directly**
25:14 26:25 60:17
**director**
45:4
**directs**
104:14
**disagree**
152:11,16 160:10,17,24,25
161:11
**disagreed**
153:10
**disagreement**
177:8
**disclose**
15:17 17:11 18:15 21:18
30:23 34:2 36:18 38:14
71:6 86:1,19 113:14 153:14
155:7
**disclosed**
192:23
**disclosing**
17:15
**disclosures**
151:23 192:17,21 193:24
194:9 204:7,13,18,20 205:3

[disclosures - equivalent]

**disclosures (cont.)**
205:11 206:5,9 223:16
**discuss**
89:17 90:9 141:18 159:2,19
176:14
**discussed**
29:20 52:2 100:7 105:17,19
105:24 155:2
**discusses**
155:23
**discussion**
78:10,12 204:22,25 205:23
215:24
**discussions**
216:2
**disinterested**
226:11
**dispose**
91:1
**dissenting**
91:21 92:5,15,17
**distinct**
140:20
**distinction**
120:15 130:11,15 205:19
205:20,22 206:16
**distributed**
80:22
**distributions**
187:14
**district**
1:1,2 2:1,2 8:14,15
**dividends**
43:15
**divisible**
70:6
**document**
13:21,24 112:20 134:2
149:25 150:2,4 219:21
**documents**
7:20 25:8,10,11 30:2,10,13
30:16 31:1,4,6,15,21,24
32:3,11,15,19,23,25 33:3,7
34:21,24 35:1,2,6 36:22,23
37:2,4,7,9 84:15,20,22 85:2
85:6,6,8,15,20 86:3,11
112:7,14,17,19,23 113:4,17
116:21 155:13 186:10,12
186:19 195:25 196:4,14
198:7
**doing**
44:7 46:20 141:6 157:15
202:8
**dollar**
132:9 149:15

**dollars**
216:21

██████

152:20 153:1 154:2,5,8
168:13,17 170:1 175:13
178:5 187:5 188:1,6,14
189:22 190:3 191:22,24
194:20,25 195:7 199:6,25
200:3 204:11 205:5,9 206:8

██████

153:12 167:23 174:23,25
175:5,7 177:9 182:25
186:25 187:8,12,13,18,22
191:18 205:2 206:3 224:7
**double**
163:12
**douglas**
1:16 2:15 6:3 9:22 226:5
**downsizing**
51:14
**drafting**
19:24
**due**
204:24
**duly**
9:4 226:5,10
**dumb**
34:20
**duration**
98:23

**e**

**e.g.**
151:10 223:3
**eadelman**
5:9
**earlier**
66:2 84:21 103:9 143:21
**early**
27:6 102:18 167:15
**earnings**
43:16
**easton**
1:16 2:15 6:3,13,17 8:10
9:22 13:19 14:21 36:17
57:22 103:1 149:19 163:23
181:19 186:13,17 224:23
226:5
**easton's**
95:11
**econometrics**
51:4
**economic**
108:23 117:8 118:22 119:3
119:7,13,24 120:6,17
121:22,25 122:2,6,7,20,21
151:1 154:23,25 155:19,22

**economic (cont.)**
156:7,15 157:5,8,17 159:10
159:15 168:1 172:25
173:21 179:2 182:6,13
222:21
**economics**
43:3,8 51:4 119:1
**ecosystem**
187:16
**editor**
41:20,23
**editorial**
41:19
**education**
42:8,9 43:19 44:4 45:5 96:9
**educational**
44:8,11
**effect**
139:7,22 140:7,9 160:7
177:16 178:3 179:23
**effectively**
187:15
**effects**
178:7
**efforts**
177:10
**eight**
201:2
**either**
69:20 70:5 79:8 123:17
**elaborate**
70:9 82:20 87:14 154:18
212:11 215:1
**element**
104:4
**eli**
5:4
**email**
3:15
**emergency**
11:6
**employ**
79:21
**employed**
22:10 44:21,23
**employee**
38:8 161:23 162:7,16,19
166:1
**employees**
131:19 161:7,16,18 163:7
163:15 164:13 166:10
**employment**
45:8 47:6
**encompassing**
88:21

**encrypted**
24:18 63:2 95:6,24
**ended**
125:10,20
**engaged**
175:23 176:3
**engaging**
151:8 223:2
**england**
42:19 43:20
**entire**
209:6 221:19,20,21
**entirely**
180:16
**entities**
52:2,9 74:2 135:22 218:10
219:7
**entitled**
226:7
**entity**
49:20 51:17 62:1,7 69:17
75:25 77:9 81:10 83:10
90:25 98:21,23 118:2
121:21 137:20 164:3,6
**entity's**
77:23
**entries**
132:22 133:4
**entry**
94:3
**enumerated**
100:20
**environmental**
44:17
**equal**
83:20 84:1,7
**equipment**
91:6 98:25
**equity**
61:9 90:23 110:2,4 112:6
115:8 117:21 118:1,4,15
123:2,9,19 141:18,20,24
142:1,3,4,6,7,10 143:6
151:15,21 152:5 158:4
159:11,16 167:16 169:15
169:18 170:2 172:3 173:1
173:22 176:6 182:7,14
185:24 186:2 193:4,6 194:5
194:15 195:18 197:22,24
198:1,16,18,22 201:16
202:3 203:5 210:15 211:16
212:13,16 223:8,14,22
**equivalence**
103:21
**equivalent**
103:10,24 104:6,10

[equivalents - financing]

**equivalents**
90:16 149:6
**escrow**
126:9,14 151:11 177:24
178:2,6 179:14,17,18 223:4
**esquire**
3:9,10 4:6,7,20 5:4,5
**essentially**
82:10 83:2 90:7
**established**
87:19
**et**
8:12 89:18,21
**euro**
103:20 149:15
**evaluate**
98:15
**evaluated**
98:10
**evaluating**
65:23 100:21
**event**
155:25
**evidence**
26:16 56:18 60:3 69:11
174:3 178:14 197:8
**evident**
104:21
**ex**
143:5
**exact**
119:9
**exactly**
12:19 67:20 178:22
**examination**
6:2 9:18
**examine**
101:10
**examined**
9:4 195:12 198:7
**examining**
157:17
**example**
94:11,15 143:13 149:15
151:7 205:1 212:18 213:18
213:24 223:1
**examples**
137:21 141:23 217:16,19
218:2,3,9,18 219:5
**exchange**
1:4 2:4 3:7 8:11 60:12 73:1
74:21 79:9 104:19,25 105:1
106:14,18 107:11,14 108:6
108:14 109:1 142:1,3,9,24
143:5 152:1 194:2,12 205:7
205:24

**exchanges**
70:1 127:7
**excuse**
35:1 45:2,17 74:11 108:18
197:2
**exec**
38:6
**executive**
38:6 213:24
**executives**
17:2,3,5 105:7 151:8
159:20 160:4 223:1
**exercisable**
137:12
**exhibit**
6:12,16 13:20 14:18,19,20
14:22 15:22 37:9 39:15,19
149:18,20 150:1,8
**exhibits**
6:8
**exist**
95:24
**existence**
21:25 139:11,13
**existing**
87:7 95:5,6
**exists**
63:1
**expand**
144:11
**expanded**
224:8
**expect**
83:13
**expectation**
216:22
**expected**
43:15,16 120:24
**expense**
75:2,4,5 109:15 132:10
133:3,11 160:9 164:10,25
200:9
**expenses**
169:14 214:10
**experience**
50:17 126:5 129:21 130:3
159:8
**expert**
6:12,16 11:8,11 12:15
13:25,25 14:7 15:25 16:2,6
16:12,16,16,22 17:7 21:11
21:25 22:5,19 23:5,13,14
23:19 38:18 49:21 56:14
64:2,6,6 65:17,21 66:12
95:11,17 107:9 122:11,15
150:5 151:5 206:20

**expertise**
49:11,15,16,16 56:15 64:5
65:20
**experts**
152:11,15
**expert's**
222:24
**explain**
68:4 101:1 126:19 139:20
140:5,8,10 160:10,17
167:11,22 176:1,8,22
194:16 205:21
**explicitly**
143:11
**extent**
183:15 204:11 205:10
206:8
**ey**
89:18,21 111:3

**f**

**face**
92:12
**facilitate**
106:21 127:6 145:2 212:24
213:7,15
**facilitating**
152:1 194:1,11 223:18
**fact**
68:25 73:25 117:16 151:17
158:9 159:9 171:19 172:22
173:18 182:3,10 183:14
223:10
**facts**
26:16 30:21 33:21,25 34:5
71:19 72:8,14,18,19 73:4,5
74:12,25 85:25 86:2 104:23
105:2,9,15 106:12 111:18
112:2 113:12 116:2,6,11,14
170:11,17 174:3 178:14
195:19
**fair**
83:25
**fall**
58:13 88:1,8,17 89:7
114:11 123:9,16,18 146:9
**familiar**
24:15 58:6
**far**
17:23 18:9 163:22
**fasb**
69:15 79:25 80:2,8 84:7,11
124:20 136:17 143:21
144:11 164:12,16,19,23
202:19 209:8 210:16,24
211:11,20 212:3

**fasb's**
121:11 144:19
**feature**
177:24 178:2,6,25 179:9,14
179:16,17,18
**features**
179:1
**federal**
58:16 122:2,7,21 157:11
191:9 200:12,12 203:9,19
203:22 204:2 206:14,21
207:24 208:12 209:1,12,25
**feel**
148:1 206:15 224:6
**fees**
17:8 205:1
**fiat**
90:16 103:10,12,16,18
107:4 149:12,13 151:19
172:24 173:20 182:5,12
223:12
**field**
43:23 100:11 165:1,25
166:9,14
**figel**
4:5,7 27:15,17 37:22 56:12
**filings**
151:24,24 193:25 194:10
205:6,12,24 223:17
**final**
36:9 40:17
**finalize**
150:7
**finalized**
14:2 35:20 36:2
**finan**
143:7
**finance**
25:21 42:16 51:4 126:5
150:24 154:20 183:15
188:13,15 222:18
**financial**
24:10 42:20 47:12,15 48:4
48:13 69:8 74:4 79:8,17,24
80:15 87:19 91:10 99:1
101:12 105:18,22,25 110:1
111:14,15 118:25 119:12
119:23 120:5 121:2,15,19
125:5,9,19 127:1,18 129:11
129:13 133:6 136:19
139:18,22 140:3,7 143:3,10
145:5 180:15 185:19
188:12 213:3,5 215:18
**financing**
156:21

**[find - garrison]**

**find**
16:25 121:10,10 169:6
214:2,6
**fine**
13:3 141:16
**finish**
11:25 13:10 46:24 102:3
180:5
**finished**
14:24
**firm**
16:4 22:9,17 202:3
**firms**
79:21 82:1,9 83:2 84:1,5
128:2 156:19 161:13
190:18 218:20
**first**
26:13 27:16,20 28:4,8,15
34:24 35:9 41:16 69:9
70:11 120:20 125:4 150:22
153:25 154:4,11 196:17
219:20
**fit**
98:7 142:18
**five**
57:13,14
**fixed**
143:17
**flies**
92:12
**flocks**
24:22
**focus**
20:19
**follow**
83:11 166:15 211:14
**followed**
100:10 120:25 166:16,21
**following**
56:19 60:4 69:19 80:20
83:19 98:15
**follows**
9:5 124:22
**footing**
84:1,7
**footnote**
73:24 104:20 121:9
**foregoing**
226:5
**foreign**
127:7 152:1 194:1,11
223:19
**forgive**
84:18
**form**
11:4 14:5 15:2 16:8 18:6,14

**form (cont.)**
19:2,10,15,21 20:10,17,23
21:7,13,22 22:15,21 23:10,24
24:13 26:4,8,10,16,21 27:3
29:3,10 33:5 34:11,18 35:9
35:13,24 36:5 39:1,12,21
40:4,12,20 41:18 47:16
49:13 50:9 52:4 53:18 55:3
56:3 58:23 59:3,8,20 62:10
62:15 63:2,10,17,24 64:17
64:23 66:17,23 67:9 69:21
70:16,21 72:2,12,17 73:9
73:21 74:16 75:24 76:8,15
77:20 78:6,21 79:4 80:6
82:19 83:23 84:10,17,25
85:12 87:5 88:4,19 89:14
90:3,9 91:15,25 92:9,21
93:4,24 96:6,13,25 97:18
97:24 99:9,20 100:14,23
101:24 103:6 104:2 105:5
105:12 106:5,16 108:8
111:12 112:11 114:8,16
115:19 116:5,18 117:7
119:6 120:3,8,11 122:10
123:5,14,25 124:17 126:11
126:22 127:24 128:10,16
128:21 129:2,10 132:16
133:25 134:6,25 135:9,16
136:15,25 138:5 139:24
142:12 143:1,9,25 144:14
147:15,25 150:11,21
152:14 153:8 154:16
156:10,22,23 157:13 159:1
159:7 160:6,23 162:10,23
163:4,10,24 164:15 165:6
165:20 166:4,13,24 167:18
168:10,16 169:22 170:15
171:13 174:3,20 175:18
178:14 179:12 180:25
181:6 183:24 184:12,19,25
185:16 186:8 189:9,19
190:2 191:16 195:6,23
197:7,14,19 198:15,22
200:5,21 201:9,20 202:14
203:12 206:7,24 207:19
208:2,16 209:4,15 210:2,19
211:3,23 212:9,12 213:10
213:16,22 214:18,24 215:8
215:13,20 216:10,23 217:6
217:15 218:15 219:12,18
220:7,15 221:2 224:3
**formal**
43:19 121:6,16,21
**formation**
132:5

**formed**
24:19 35:17 36:9 70:13
88:24 109:4,9
**former**
132:6
**forming**
155:11
**forms**
112:4 124:21 202:21
**formulate**
194:6
**formulated**
59:22 63:22 66:7 72:9
154:7 182:9 184:23
**formulating**
70:25 71:9,12 86:16 155:4
**forth**
151:5 222:23
**forty**
126:5
**forum**
42:3,5
**forward**
150:6
**found**
169:7
**four**
29:4,6 52:15 54:10,13,17
54:21 82:9 83:1 131:22
**fourth**
151:23
**frame**
46:12
**franc**
149:16
**frederick**
4:5 56:12
**friday**
1:17 44:14
**functions**
104:18,24
**fund**
127:14 129:20 156:19
158:1 161:1,6,13,13 167:15
167:17 169:5
**fundamental**
118:24 120:14,16,19,20
**funded**
171:19 174:5,15
**funding**
156:22,24 167:19 171:10
171:17
**funds**
51:13 115:23 150:24
154:21 155:24 156:2
158:16,18,23 161:1,7,9

**funds (cont.)**
168:6 175:10,15 179:3,3
222:19
**further**
224:11 226:13

**g**

**gaap**
59:7,14 60:17,19 61:1,6
77:14,15,18 79:14,15 81:23
84:2 87:8,10 90:10 92:2,4
92:12 98:12,13 99:20
101:22 103:11 104:11
109:13,22,25 110:8,12,13
110:18 111:1,5,9,10,20
112:9,16,24 113:9 114:2,6
114:10,13,18 115:4 118:4,5
118:7 119:4 122:1,6,11,14
122:20,24 123:1,8 124:7,23
126:15 135:17 136:6,9
137:15 139:8 141:21
142:13,14 143:20 144:6
145:14 148:12 149:6 151:1
151:14,20 152:3,24 153:3
154:22 156:16 157:9,18,22
158:3 159:10,14 160:4,8,8
160:14,21 161:16 163:6,14
163:19,22,25 164:3 168:8
168:12,14,17 169:12,20,24
170:2 171:11,18,23 172:3
172:15,25 173:21 174:10
174:18 175:12,16 176:2,7
177:5,19 178:3,7 179:8,23
179:25 180:16,22 181:9
182:6,13 183:6,10,14,14,17
183:19 184:1,5 185:2,9
186:3,4 188:8,16,24 189:3
189:7,17,21,25 190:3,21,22
191:2,6 192:9,13 193:7,9
194:3,13,23 195:4,7,15
198:2,6,7,18,23,24 199:14
199:22 200:1,19,24 201:18
201:23 202:1 203:1,6
205:17 206:13,17 207:1,3,3
208:9,14 209:9 220:13,24
221:10 222:3,13,20 223:7
223:13,21
**gaap's**
61:9 115:9
**gain**
136:4 140:25 141:2
**gains**
139:20 140:5,11,13,23
**garlinghouse**
1:8 2:8 4:17
**garrison**
5:3

**[gas - identification]**

**gas**
177:1,2
**general**
22:24,25 23:2,6 92:2
131:25 142:6 157:2 165:19
167:5 202:20 204:15
214:11 215:9
**generally**
60:16 68:7,12,17 79:19
83:20 145:12
**generate**
129:4,7,15 150:24 154:21
190:15 192:6 222:19
**generated**
161:7
**generates**
145:1,25 212:23 213:7
**geographical**
103:24
**gerlach**
45:19
**getting**
24:22 214:5
**give**
11:14 21:8 81:2 92:1 96:10
98:2 102:5,8 117:16 137:21
141:23 143:13 209:17
**given**
15:3 83:5 91:9 120:24
169:3,10 197:25
**gives**
183:16
**giving**
63:19 66:3 71:21
**glendale**
8:19
**global**
51:16,22 125:5
**go**
16:19 17:16 55:6 68:19,20
68:23 70:9 91:18 100:18
102:20 118:9 141:13
142:17,19 167:20 171:4
172:16 175:20 178:9 180:8
181:19 192:14 193:12
199:1 200:25
**going**
15:16 17:11 19:22 21:17
27:8,24 28:11 29:17 30:5
31:9,18,22 32:13 33:14,17
33:24 36:25 55:3 57:16
61:15 67:16 70:11 71:5
84:13 85:23 98:5 102:2,21
103:8 104:13 112:25 138:1
148:24 154:11 180:2
181:14 193:10,15 207:6,7

**going (cont.)**
212:19 224:24
**gold**
212:18
**good**
9:20 96:18 97:5 102:4
130:21,24 180:3
**goods**
61:11 115:11,25
**gottlieb**
4:19
**governments**
44:17,18
**governs**
122:1
**gradillas**
8:18 9:1
▮▮▮
151:3 152:19,22 154:1,8,24
155:23 156:6 157:10,14,17
158:22 159:2 168:7,11
169:19,23 172:14 177:9,24
178:1,20 179:21,24 180:20
182:17 183:8,18,25 184:2
189:4,14,20 190:14 191:22
192:4,12 198:20,24 222:22
224:6
▮▮▮
153:6 155:18 160:11,18
167:12,23 171:8,15,25
173:24 174:12 177:22
178:11 180:13,19 181:3
189:11 190:11 191:13
198:12 202:5
**ground**
101:8
**grounding**
138:25
**guerrier**
3:9 6:4 9:17,19,25 13:2,12
13:16,18 14:17,23 15:19
22:25 24:23 25:1 29:12
32:2,18 33:2,8,16,19 55:13
55:17,22,23 57:8,11,21
64:25 65:6,13 82:16 88:11
89:23 94:19 95:14,16 99:22
99:25 100:2 102:5,8,11,15
102:25 111:24 119:20,21
141:11,15,17 145:17 146:7
146:24 147:12 148:15,19
148:22 149:3,23,24 171:7
172:7,11 180:5,7 181:11,18
184:20 191:24 204:14
207:5,12 224:10,16
**guerrierp**
3:15

**guess**
40:8
**guessing**
35:8 41:1 170:21
**guidance**
56:23 57:2,5 60:4,19 61:10
62:2,19,23 71:25 77:24
78:4,8,15,19,25 79:8,11,16
79:19,23 80:2,9,10,19 81:4
81:13,17 82:3 84:8,12 87:8
87:12 89:18,20,22 90:6
104:14,17 109:20 111:21
115:9 118:14 146:18
163:19 164:12,17,19,21,23
165:8,10,12,18 166:16,21
202:18 208:4,24 209:5,5,8
209:18,18,19,20 210:9,10
210:12,16,24,24 211:11,11
211:20 212:3
**guidelines**
208:20

**h**

**hamilton**
4:19
**hand**
226:17
**handed**
13:19,22 14:9,14 149:25
**hansen**
4:5 56:12
**happens**
83:10
**hard**
12:23,25 22:22 44:6 45:18
**head**
106:1 131:24 214:19
**health**
10:18 11:6
**hear**
76:21 147:11 168:22
170:25
**heard**
124:6,9
**heck**
96:14
**held**
2:16 81:8 93:21 94:5
103:21 128:19 129:22
130:4 132:4 135:6,12,13
**help**
39:14,18 156:3
**helped**
39:16
**helpful**
68:20 167:17

**helps**
106:21
**hereunto**
226:17
**high**
90:17
**highly**
1:13 7:15 98:19 218:17,19
225:3
**historically**
214:17
**hold**
61:21 104:8 130:6 135:22
**holder**
56:21 60:11 71:23 72:25
75:14 76:12,16,19 77:17
81:2 89:4 90:22,24 112:4
117:20
**holders**
75:17,21 218:17,18
**holding**
60:5,20 61:20 72:4,20 73:6
76:2 81:1 103:12,16,18
104:15 211:9
**holdings**
60:7 72:22 81:6,11 210:14
210:22 211:19 212:2
**holds**
130:8 134:1,3,10 218:23
**honest**
121:13
**hope**
13:5
**hour**
13:5 17:22 55:4 102:2
180:2
**hours**
19:16,18,19 148:17
**huh**
13:12 46:21 87:21 101:6,20
106:11
**hypothetical**
56:20 61:16,17,25 62:5,9
62:14,20 71:22 75:13,17,20
75:25 76:4,12,18 77:16,21
89:4

**i**

**ias**
81:7,9,10
**ibm**
203:22
**idea**
119:13,25 186:18
**identification**
14:22 149:20 156:4

[identified - jones]

**identified**
84:21 135:18
**identify**
105:2 113:4 221:18
**identifying**
96:19 97:5
**ifrs**
80:18 81:4
**ii**
67:23 109:5,6,9,19 114:17
172:21 173:4,10,13,14,17
174:1,24 175:2,6 182:1
**iii**
114:21 115:14 116:16,23
117:2,5,23 124:15 141:19
182:18,25 184:17,23
185:13 186:6,11
**impaired**
134:17
**implication**
160:25 164:16,18
**implicit**
198:14
**imply**
179:4
**impossible**
44:7
**improper**
61:4 115:1
**inasmuch**
81:22 91:16 161:12
**incentivize**
158:1
**include**
39:24 88:16 142:23 144:12
223:25
**included**
137:13 223:25
**includes**
69:12
**including**
60:6,25 72:21 197:22
**income**
23:5 141:1 162:11,12,12
**inconsistent**
60:24 109:20 111:21
**incorporated**
60:10
**incorrect**
168:1
**incorrectly**
79:6 155:18
**increase**
175:23
**indefinite**
60:7 72:4,22 73:7,23,25

**independent**
157:5 158:18 168:2,3
**independently**
127:20
**index**
6:1 7:1
**indicated**
3:1
**indicates**
199:7,11,19
**indirectly**
25:14
**individual**
61:25 106:7 163:23 164:1
224:14
**industry**
11:7 126:6
**infer**
204:12 205:10 206:9
**inform**
79:15
**information**
15:4,7,9 56:18 76:1 145:4
**informed**
77:22 165:7 198:25
**informing**
76:2
**initiated**
26:19
**insignificant**
90:18
**institute**
79:18
**institutional**
51:19
**instruct**
15:16 17:11 19:22 21:18
27:9 28:12 29:18 30:6
31:10,23 32:14 37:1 85:24
113:1,11 153:14 155:7
**instruction**
22:2 31:18 86:19
**instrument**
69:21,22 70:2
**instruments**
210:17
**insurance**
91:4 98:24 210:11
**insurer**
69:17
**intangible**
60:7,8,23 72:5,22 73:7,23
73:25 81:11 87:24 90:11,14
91:9,23 92:6 93:25 94:4,8
95:8 99:1,4,5,11 101:16,18
109:11,14,15,16 124:21,23

**intangible (cont.)**
132:11 134:11,12,20 135:5
136:3,5,10 177:14,17 208:6
216:13 217:12
**integral**
168:20 169:4,9 170:7
**intended**
204:12 205:10 206:9
**interest**
69:16 90:25 91:1 98:22
112:5 118:2 143:18
**interested**
25:20,20 226:13
**interests**
70:7
**internal**
133:22
**international**
60:10 72:25 74:18 79:12
80:11,13,15 81:21 107:3
145:11 152:1 194:1,11
223:18
**interpretation**
82:5 165:3,18 208:14
**interpretations**
80:18
**interrupt**
12:21
**intrinsic**
49:19 137:14
**introductory**
47:19
**inventories**
81:7
**inventory**
81:24 91:5 92:11
**investing**
41:22
**investment**
42:2,5 70:4 91:2 93:2,7,17
93:21 94:5 98:19 104:14
128:19 129:23 130:5,7,9
135:6,13,18,19,20,23
146:19 147:9,13 198:16,17
198:22 205:6 207:15 208:7
208:11 209:23,25 210:4,5,8
210:9,13,16,20,21,23 211:8
211:10,17,18,20 212:1,3,10
212:12,16 215:11,17 216:4
216:7 217:4,10,12,23
218:11,12 219:6,9 220:5,10
**investments**
43:21 51:17,22 90:17 91:3
212:17
**investor**
51:19

**invited**
42:1 53:20
**involved**
10:15
**involves**
58:19,21 59:6 118:1 143:15
145:12
**involving**
61:5 98:24 115:2 119:2
177:15
**irrelevant**
190:24
**issuance**
61:8 115:7 172:2 174:6,6
174:15,15
**issuances**
167:16 171:21,23
**issue**
59:1 82:13 136:21 179:1
206:2
**issued**
69:21 70:3 79:19,22 80:24
83:11 212:16
**issuer**
69:18,24 90:22 110:3,15
143:16
**issues**
51:12
**issuing**
110:15
**item**
73:22
**iv**
78:13 193:22,23 194:7,8,18
195:2,9,20 196:2,10,15
197:12,17

j

**jennifer**
38:4,5,10,15,18 39:16
71:11 155:12
**jersey**
2:21
**job**
1:25
45:19
**jointly**
70:22
**jones**
4:6 9:8,13 11:3 12:20 13:11
13:14 14:4 15:1,13,15 16:7
16:18 17:10 18:5,13 19:2,9
19:14,20 20:9,16,22 21:6
21:12,17 22:1,14,20,23
23:9,23 24:5,12 26:7,15,20
27:2,8,22 28:11 29:2,9,17

**[jones - look]**

**jones (cont.)**
30:5,18,20 31:9,17,22 32:5
32:13,22 33:5,13,23 34:10
34:17 35:12,23 36:4,16,25
37:17 38:13,25 39:11,20
40:3,11,19 47:16 49:12
50:8 52:3 53:17 55:2,10
56:2 57:12 58:23 59:3,8,20
62:10,15 63:9,16,23 64:12
64:16,22 65:3 66:17,22
67:9,13 68:18 70:15,20
71:3,14 72:1,11,16 73:8,20
74:8,15 75:23 76:7,10,14
77:19 78:6,20 79:3 80:5
82:18 83:22 84:9,16,24
85:11,17,23 86:18 87:4
88:3,10,18 89:13 90:2
91:15,24 92:8,20 93:3,23
95:9,15 96:5,12,24 97:17
97:23 98:11 99:8,19,24
100:13,22 101:23 102:1,7
102:13,17 103:5 104:1
105:4,11 106:4,15 108:7
111:11 112:10,25 113:6,10
114:7,15 115:18 116:4,17
117:6,14,24 119:5,16 120:2
120:10 122:10 123:4,11,13
123:24 124:16 126:10,21
127:23 128:9,15,20 129:1,9
131:4 132:15 133:24 134:5
134:22,24 135:8,15 136:14
136:24 138:4 139:23 141:5
141:9,13 142:11,25 143:8
143:24 144:13 145:15
146:5,21 147:14,24 148:13
149:8,22 150:10,20 152:13
152:18 153:7,13 154:15
155:6 156:9 157:12 158:25
159:6 160:5,22 162:22
163:3,10,16 164:14 165:5
165:20 166:3,12,24 168:9
168:15 169:1,21 170:3,5,14
171:5,12 172:4 173:5 174:2
174:19 175:17 178:13
179:11 180:1,24 181:5
183:23 184:11,18 185:15
186:7 189:8,18 190:1 191:3
191:15,21,25 192:10 195:5
195:22 197:6,13,18 200:5
200:13,20 201:8,19 202:13
203:11 204:9 206:6,23
207:18 208:1,15 209:3,14
210:1,18 211:2,23 212:7
213:9,16,22 214:16,18,23
215:8,13,20 216:10,23
217:5,14 218:14 219:11,17

**jones (cont.)**
220:6,14,18 221:1,13 224:2
224:12 225:1
**journal**
41:19,21 54:7 132:22 133:4
**jurisdiction**
107:7
**jurisdictional**
80:25
**jurisdictions**
107:4

**k**

**keep**
18:1 20:3,6,13,14,20
**kellogg**
4:5 16:4 22:3 35:3 56:11
**kelloghansen.com**
4:13,14
**kept**
40:17
**key**
20:18 170:10
**kind**
48:20
**kinds**
96:16
**know**
12:3,7 13:3 16:5,11,15
17:25 18:8,11,17,18 19:12
20:12 21:15 22:12 23:4
25:12 33:10 36:6 50:5
58:19,21,25 59:6 62:18
91:20 92:4,10,16,25 93:11
93:19 105:9,15 106:25
119:11,22 120:5,19 121:1
121:14,19,23,25 124:2,11
128:12,17,18,24 129:3,21
129:24 130:3,8,25 134:9
135:1,25 136:4 138:6 145:6
145:18 147:4,16 148:1
149:4 157:7,14,16 159:8
162:19,25 165:24 166:5,7,8
166:20 176:8 200:15 201:5
208:17 213:13 214:12,20
215:10,14
**knowledge**
63:8
**known**
22:17 79:25
**kpmg**
111:3

**l**

**label**
67:5,15 107:18 208:6

**labeled**
100:7
**labs**
1:7 2:7 4:3 8:12 17:1 58:11
**lack**
91:9 95:6,24 112:9
**language**
183:15,17
**large**
51:19 89:2 218:19 219:20
**larsen**
1:8 2:8 5:1
**late**
214:5
**law**
16:4 121:1 206:14 207:3
209:13,25
**laws**
58:17 122:3,8,22 157:11
191:10 200:12 203:10,20
203:23 204:3 206:21
207:24 208:12 209:2
**lead**
127:25 164:23 196:16,16
196:19 197:5
**leading**
56:16
**leads**
197:9
**learned**
21:20,24 170:22 171:3
**led**
196:21 197:4
**ledger**
24:18 63:2 80:23 95:6,24
125:14
**left**
37:23
**legal**
8:17 58:12 200:14 207:14
**length**
12:25
**levander**
4:20
**lexecon**
22:4,5,6,7,8,10,16 26:23
38:4,7,8,18
**liability**
137:13
**liberty**
4:21
**licenses**
52:12
**light**
15:8 165:21

**labeled**
**limit**
151:9 223:2
**limited**
148:11,11 151:11 219:15
223:5
**line**
7:4,11,16,21 73:22 102:3
176:13,17
**linked**
91:3
**linsenmayer**
5:5 9:10
**liquid**
98:19
**liquidity**
90:17 106:24 125:22,24
126:4 127:16 131:16
**list**
50:13,16 78:14,17 131:23
**listed**
16:24 37:9 42:8 43:15 47:7
50:3,12 51:17 52:9,14,24
53:3,7,11,21 54:6 85:6 88:1
88:8 90:8 136:17 185:20
193:8 219:7
**literature**
48:19 147:22
**litigation**
22:8 56:15
**little**
38:21 55:6 102:17
**lived**
60:7 72:4,22 73:7,7,23,25
87:24 90:11 93:25 94:4,8
99:4,5,11 132:11 134:11,12
134:20 135:5 136:3,4
**llp**
5:3
**local**
107:8
**located**
8:20,21 88:25 89:7
**location**
103:25
**lock**
151:10 179:20,22 223:4
**lombardozzi**
1:24 2:19 9:1 226:24
**long**
45:6 57:12 87:24 90:11
93:25 94:4,8 98:23 99:4,5
99:11 132:11 134:11,12,20
135:5 136:3,4
**look**
16:19,25 41:11,15,19 42:1
45:17 62:16 87:16 90:7

**[look - nonintangible]**

**look (cont.)**
100:19 101:4,9 106:6,9
176:13 182:21 183:10,21
208:23,25 209:10
**looked**
90:8 101:2 117:8 195:10
202:18
**looking**
159:21
**lot**
82:8,25 96:14 147:21
185:11 211:4
**lower**
134:18
**lunch**
102:16

**m**

**macquarie**
45:24 46:4,5,8
**mail**
4:13,24 5:9
**maintain**
133:22
**maintained**
69:23
**maintains**
106:21
**major**
51:12
**majoring**
42:16 43:3,8
**making**
63:14 66:15 96:2 107:16
130:11,16 165:17 167:14
171:9,16 180:12,18 181:2
**management**
42:21 47:20
**manager**
38:6
**managerial**
48:12,14 49:3,7
**mandatory**
120:8,13,16,25
**manner**
60:22 151:6 155:1 156:14
167:15 222:25
**mark**
3:10 10:2 14:18
**marked**
7:15 14:21 149:19
**market**
109:14 151:9 175:24 176:4
177:10 204:25,25 205:15
223:3
**marketing**
214:11

**markets**
48:19 70:1
**massive**
83:6
**material**
35:18 196:11
**materiality**
204:24
**materials**
64:19
**matter**
8:10 43:12,14 95:12 183:14
191:12
**matters**
38:19 51:24 67:15,15
150:19 152:8 184:7,14
**mbas**
48:14
**mean**
20:12 22:24 29:10 34:13,19
34:20 61:17,19 62:24 63:1
68:4 74:9,10 87:15 88:10
97:2,4 98:12 99:21 103:18
117:12,21 118:7,22,24
125:15,24 127:5 128:17
131:5 135:2 137:4 139:14
145:10 149:13 158:20
159:9,14 161:11 164:18
170:7 171:21,23 172:24
173:20 174:9 176:1,22
179:14 181:1,7 182:5,12
183:5 186:2 188:4,9 190:21
193:2,6,8 194:23 198:18
204:10 205:13,21 206:13
212:11 221:21
**meaning**
119:4
**meaningless**
158:21
**means**
93:19 119:1 120:19,20
128:23 145:8,11 149:14
161:14,14,15 169:11,11
206:18 212:14
**meant**
48:2 101:1 205:9
**mechanism**
170:16 187:15 191:6
196:18,22
**medium**
70:4 104:19,24 105:1
106:14,18 107:11,13 108:5
108:14,25
**meet**
27:19 91:8

**meeting**
27:20 28:4,8,15,23 29:7,11
29:14,20,25 30:17
**meetings**
28:20,25 29:6 30:2,10 31:2
31:5,7
**member**
50:19 51:10,21
**memberships**
50:11
**memory**
38:22 39:4
**mention**
157:22 168:11 172:14
195:7 198:24
**mentioned**
81:25 154:3 192:13 195:24
214:1
**mentions**
169:23 179:24 189:20
**met**
28:6 31:16 32:8 33:20 34:4
39:3
**miami**
44:20
**microstrategy**
73:15
**million**
137:9,14 138:12,14
**millions**
79:22
**milliron**
38:4,5,11,23 39:9 71:11
155:12
**minute**
102:12 207:6
**minutes**
57:13,15 102:14 141:14
**mischaracterizes**
100:23 219:18
**missing**
40:6,9
**misstates**
108:8
**misunderstood**
192:1
**monetary**
60:9 72:6,23 126:20,24
130:12,17 132:14,14,17,19
132:20,22 133:19 145:25
**money**
107:3
**moneygram**
60:10,11 72:24 74:7,11,18
74:20 75:17 76:11,16 105:6
105:6 106:11,14,17,19

**moneygram (cont.)**
107:17,22,25 108:4,13,16
116:9 131:14 152:4 187:23
187:25 188:2,7,15 192:17
192:21 194:4,14,22 195:3
195:11,12 196:7 198:15,21
199:4 200:7 201:13 202:10
202:12,17 205:5 206:4
223:22
**moneygram's**
73:15 108:5 151:23 192:23
193:24 194:9 197:1 200:1,4
200:10,17 204:13 205:11
223:16
**month**
10:13 12:17,18 151:12
223:6
**months**
35:8
**morning**
9:20 165:13
**move**
33:17
**moving**
109:4 114:20

**n**

**n.w.**
4:9
**name**
8:16 9:21,25 10:23 17:5
**named**
226:9
**nature**
98:4 195:10 200:22 202:9
204:21
**necessary**
51:15 66:18 67:6
**need**
12:3 101:20 159:13
**needs**
77:21 104:7
**negative**
163:12 176:8
**netherlands**
51:5,9
**new**
1:2 2:2,17,17,21,21 3:8,13
3:13 4:22,22 5:7,7 8:15,22
8:22 15:7 42:18 43:20
138:1 141:25 142:2 209:20
226:1,3
**nonequity**
43:20
**nonintangible**
136:13

**[nonmonetary - operations]**

**nonmonetary**
60:9 72:6,24 130:12,18,19
131:1,7,9,13,17,20 132:1,7
132:17,20,23 133:5,13
146:6,7 214:9
**nonverbal**
12:12
**northern**
51:16,22
**notary**
2:20
**note**
16:25 161:25
**noted**
8:24 205:5
**notes**
20:3
**notice**
2:21
**notion**
60:24 109:21 190:17
**notre**
44:24 45:1,7 47:9,23,25
48:3,5,8
**november**
150:12,14
**ns**
149:22
**number**
6:9 8:13
**numeral**
193:23 194:8,17 195:2,9,20
196:2,10,15 197:12,17

**o**

**oath**
11:18
**object**
19:2 32:14 47:16 58:23
59:3,8,20 62:10,15 66:17
67:9 70:20 78:6,20 91:15
122:10 134:22 163:10
165:20 166:24 200:5
211:23 213:16,22 214:16
214:18 215:8,13,20 216:10
216:23
**objection**
9:14,15 11:3 14:4 15:1 16:7
18:5,13 19:9,14,20 20:9,16
20:22 21:6,12 22:14,20
23:9,23 24:5,12 26:7,15,20
27:2 29:2,9 33:5,9,12 34:10
34:17 35:12,23 36:4 38:25
39:11,20 40:3,11,19 49:12
50:8 52:3 53:17 55:2 56:2
63:9,16,23 64:12,16,22
65:10 66:22 70:15 72:1,11

**objection (cont.)**
72:16 73:8,20 74:15 75:23
76:7,14 77:19 79:3 80:5
82:18 83:22 84:9,16,24
85:11 87:4 88:3,18 89:13
90:2 91:24 92:8,20 93:3,23
96:5,12,24 97:17,23 99:8
99:19 100:13,22 101:23
103:5 104:1 105:4,11 106:4
106:15 108:7 111:11
112:10 114:7,15 115:18
116:4,17 117:6,14,24 119:5
120:2,10 123:4,11,13,24
124:16 126:10,21 127:23
128:9,15,20 129:1,9 132:15
133:24 134:5,24 135:8,15
136:14,24 138:4 139:23
142:11,25 143:8,24 144:13
147:14,24 149:8 150:10,20
152:13,18 153:7 154:15
156:9 157:12 158:25 159:6
160:5,22 162:22 163:3,16
164:14 165:5 166:3,12
168:9,15 169:21 170:3,14
171:12 172:4 173:5 174:2
174:19 175:17 178:13
179:11 180:24 181:5
183:23 184:11,18 185:15
186:7 189:8,18 190:1 191:3
191:15 192:10 195:5,22
197:6,13,18 200:13,20
201:8,19 202:13 203:11
206:6,23 207:18 208:1,15
209:3,14 210:1,18 211:2
212:7 213:9 214:23 217:5
217:14 218:14 219:11,17
220:6,14 221:1,13 224:2
**objections**
65:11
**obligation**
69:18 143:16
**obligations**
70:8 110:1,2,14 112:3
**observation**
167:14 174:5,14 180:12,18
181:2 190:13,14 192:5
**observations**
177:9 180:21
**observed**
128:1 192:5
**obtain**
42:14 62:13 73:4 74:12
145:20,22 170:17 175:10
175:15
**obtained**
42:18,22,25 43:6 168:6

**obviously**
13:6
**occurred**
41:24
**occurring**
165:22
**october**
14:6 35:22 36:1,9 41:2,4,10
41:24 221:5
**odl**
106:21,23,25 107:5,6,23,25
108:16 127:8 152:2 194:2
194:12 219:16 223:19
**offer**
56:24 61:2,5 82:7,10,24
83:2 115:3,16,21
**offered**
65:16 115:23
**offering**
64:23 65:1,4,7 95:12
175:22 217:9
**office**
3:8 8:20
**offices**
2:16
**officially**
42:15
**oh**
16:21 17:22 45:18 93:11
146:22 160:1 192:1 222:5
**ohio**
45:10,11,15,21 48:10,16
**oil**
91:17 101:7 177:1,2
**okay**
8:5 9:20,25 10:4,14 11:20
11:24 12:5,9,13 13:2 16:11
17:17 18:4 19:25 20:25
21:22 26:24 28:8 29:17
30:1,13 31:6 32:3 33:13
35:4,9 37:12,15,20 39:5
40:6,16,25 41:14 42:4
46:23,25 48:24 50:5,15,22
51:10,16 52:14 53:20 55:22
56:6,11 57:7,19,25 58:3,15
59:11 60:2 61:24 62:4
66:15 67:1,11,22 68:4
70:10,24 71:17,20 74:2
75:12 76:10,18 77:5 78:14
79:24 80:2,10 81:25 82:12
83:25 84:13,20 86:24 87:17
88:13,15,22 89:24 90:13
91:20 92:25 94:2 95:15,20
96:17 102:11,23 104:9
105:2 109:3,8,18 110:6,11
110:25 111:18 114:20

**okay (cont.)**
115:5 117:12 118:11
121:14,19,25 122:19,24
123:7,21 124:13,13,25
125:12 126:3,13,17 128:3
130:11 131:9,13,25,25
132:13,18 134:2 135:3
136:12,19 137:2 138:22
140:10,16,23,23 141:4,9,14
141:23 143:13 144:4,22,24
145:24 146:11,23 147:6,19
148:3,19,21,22,23 149:1,17
150:7,13 153:11 154:6,11
157:16,23 159:4,24 160:17
161:10,23 162:4,13 164:2
165:10,17,24 166:8,17
167:4,9 168:18 169:8,25
171:4,25 172:16,19 173:15
174:12 175:20 176:1,21,21
177:7,20 178:1,22 181:10
181:13,16 182:16 183:2,8
184:8,15 185:6 186:5,10,14
187:7 190:10 191:1,25
192:4 193:6,10,19 195:25
196:25 199:1 200:7 201:4
203:14,24 204:1,5 205:16
207:4,5,10,13 208:10,21
210:6,12 212:19,21 214:5
216:1,19 218:1,22 219:2
221:4,17 222:6 225:5
**omitted**
40:21
**once**
55:14,18 101:14,14 102:2
**ones**
74:6 99:14
**one's**
77:12
**ongoing**
61:13 115:12
**open**
125:13,15,18
**opening**
54:25 55:25 59:17 126:14
148:13 217:2 220:25
221:11 222:4,7,11 224:1
**operating**
161:8 204:22
**operation**
128:11
**operations**
61:13 115:12,24 127:15
128:8,14,25 129:5,8,16,20
150:24 154:20 156:2,20,21
156:23 158:1 161:2,13,13
167:16,18,19 169:5 171:20

**[operations - performed]**

operations (cont.)
174:5,14 175:11,15 179:4
222:19
opines
151:3 154:24 222:22
opinion
11:11 15:11 35:10,17 36:9
55:25 58:15 62:25 63:19,22
64:1,2,10,15,20,24 65:2,4,8
65:16,17 66:3,6,9,12,25
67:6,16,19,23 68:1,5,6
70:11,12,18,25 71:1,1,10
71:13,17,21 72:9,15 73:13
75:21 76:5 77:13 82:7,10
82:11,24 83:3,7,9,11,19
84:13,15,23 85:16 86:16,25
88:23 89:25 92:1 94:20,24
95:3,11,13,17,21 96:10
99:7 104:24 105:3 106:3,13
107:9 108:3 109:4,8,18,24
110:7 111:19 112:8,15,24
113:8 114:1,5,14,20,22
115:13,15 116:15,22 117:2
117:5,12,22 122:5,19
124:15 126:8,13 128:8
136:23 141:19 144:15
152:23 153:1 154:13,17
155:5,11,12,17,18 156:7,13
156:17 157:23 159:5 167:3
167:12 168:8,13 169:20
170:1 172:1,8,21 173:15,25
174:13,21,24 175:6,13,22
177:13 178:2,5 179:22
181:20,23 182:2,8,18,24,25
183:9,16 184:3,9,13,15,16
184:23 185:3,13 186:6,11
187:6,13,18 188:1,6,14
189:4,12,15,22 191:2,5,9
192:5 193:12,17,23 194:6
194:17 195:1,2,8,20 196:1
196:5,10,15 197:12,17
198:2,5,11,21,25 199:25
200:3 202:24 203:3,7 206:2
206:25 207:2 217:9 219:15
opinions
15:21 35:19 36:2 59:16,21
59:25 82:13 148:10 150:15
154:6 172:17 193:15
209:18 216:8 220:23 221:9
222:2
option
137:25 138:9,11,12,15,24
138:25
options
69:12 81:5 137:9,12

option's
138:13
order
1:13 129:3,7,15 135:19
150:23 154:20 175:10,14
222:18 225:4
ordinary
81:9
organizations
50:2,6,12,21,25
original
14:13 35:10 155:2 185:21
186:13,15 193:17 212:19
219:21 224:8
originally
132:4
outcome
226:14
outstanding
137:10,11 138:15
owner
143:17
ownership
69:11 90:24 91:1 98:22
118:1 202:4

**p**

p.l.l.c
56:12
p.m.
2:18 12:23 13:1 225:8
page
6:9 7:4,11,16,21 69:2 78:13
87:16,18 90:8,9 118:16
124:19 125:3 137:2 144:10
144:22 146:22 169:2
185:20 188:18 193:10,18
193:20
pages
6:14,18 78:10,12 89:1,1,1
194:20
paid
18:8 19:5,7 106:18 108:25
131:14 134:17 151:17
158:9 162:15 163:23
172:22 173:18 182:3,10,22
183:11,21 201:21,22,25
202:2 223:10
paper
41:16
papers
41:15
paragraph
17:1 56:5,8 57:25 59:23,24
61:15 67:21 68:20,24 69:7
69:14 70:12,13,14,19,22
71:2 74:14,19 81:15 88:1,9

paragraph (cont.)
89:6 109:5,6,9,19 125:4,23
126:7,12,17 127:3,12,21
129:17 131:12 138:9,17
139:17 140:2 144:25
146:14,16,24 152:7 154:13
157:24 158:6,10,14 159:5
159:18,21,22 167:10,13,20
167:24 168:18,24 170:9
171:4,10,17 172:17,21
173:3,9,10,16,17 174:1,24
175:6,20 176:13,18,23
177:20,23 178:9,12,17,19
178:21,23 179:19 180:8,11
180:17 181:20 182:1,18
184:17,23 186:6,22 187:1,4
187:8,12,19 190:4,7,12
191:8,14 192:14,16 193:1
193:13,16,22 194:7 198:9
198:12 199:1,3 200:25
201:7 202:6,8 203:8,16
204:6,8,19 205:4,17 212:22
214:8 219:5
paragraphs
88:15 89:15 218:4,6 219:8
paralegal
5:14
parameters
101:11
paraphrased
118:21
paraphrasing
79:5 125:7 127:6 156:17
176:3
pardon
55:16 160:1 192:2
part
44:4 61:12 67:25 89:2
115:12 170:10 171:20
219:20 220:17
participation
69:16
participations
70:7
particular
23:13 25:11 62:6,23 81:4
82:14,16 91:11 101:15
106:10 112:20 166:20
186:20 213:18
particularly
131:11 196:6 202:19
parties
127:5 137:8 226:15
partners
151:18 158:17 172:23
173:19 182:4,11,22 183:11

partners (cont.)
183:22 184:4,24 187:14
190:16 192:7 223:11
party
10:23 80:25 81:3
pascal
9:25
pascale
3:9
■■■
152:20 168:13
patience
224:17
■■■
153:12 154:2 167:23
paul
5:3
paulweiss.com
5:9,10
pause
102:10
pay
115:24 143:16 158:16
160:4 161:22 169:12
190:16 192:7
payment
19:12 112:5,5 125:13
130:20 132:7 145:11 160:7
160:8 162:20 163:14 164:7
164:7 165:14 166:23
170:16 182:19 183:20
184:24,25 187:25 196:18
196:22 197:9 198:15
214:10
payments
105:6,7,7 145:2,7,16,21
163:7 166:10 183:4 184:4
188:22 189:5,15,23 198:21
212:24 213:8,15,21 214:14
payment's
197:10
pays
41:17 82:8,25 146:1
peers
91:12
penny
137:11
people
166:14
percentage
23:4
perform
77:12 97:14,21
performed
96:22 97:9 103:3

[performing - provide]

**performing**
96:20 97:6
**period**
35:17 86:23
**permitted**
136:9
**person**
25:20 26:22 28:20 226:11
**personal**
63:7 162:12
**persons**
214:21
**perspective**
64:8 65:25
**peter**
1:16 2:15 6:3,12,17 8:10
9:22 16:18 21:8 27:22
33:23 55:5 68:18 141:6
163:23 224:23 226:5
**ph.d.**
42:11,14 43:9,23 46:20
47:21 48:12,15,17 51:13
**physical**
91:9 92:13 95:7,25
**physically**
104:8
**place**
226:8
**plaintiff**
1:5 2:5,16 3:4 11:12
**planning**
15:5
**plans**
26:9
**plant**
91:6 98:25
**platform**
106:22,23 107:6,6,23 108:1
108:17 131:16 152:2 194:2
194:12 223:20
**plaza**
4:21
**please**
9:2,11,20 11:24 12:10
14:18 23:25 28:3 30:8,25
34:3 36:17 41:13 50:13
55:20 58:24 59:21,25 61:23
65:2,15 67:3 69:6 82:21
88:6 112:13 119:15,15
139:25 144:8,22 150:18
154:18 160:3,15 163:12
167:9,20 168:23 172:12,16
173:6 175:4,21 178:9,18
179:15 180:6,8,10 181:19
181:22 182:16 186:22
188:18,20 190:4,6 192:14

**please (cont.)**
192:18,22 193:21 198:9
199:15 200:25 201:3 204:5
211:25 221:6,17,24 222:16
**plimpton**
2:17 8:21,21
**pllc**
4:5
**point**
25:11 33:18 50:13 67:20
75:8 89:9 92:14 106:1
110:25 112:20 116:20
119:10 134:3 138:14 144:8
168:23 171:9,16 175:9
176:12 180:3 187:21
217:16,19 218:1
**pointing**
167:25 168:24 199:5
**points**
153:10
**policies**
91:4 204:23
**policy**
210:11
**portion**
7:15 135:11 217:1
**posed**
70:14 76:4 109:6
**positive**
176:10
**possession**
21:1
**possibility**
143:21 144:18
**possible**
142:22 143:2 144:11
208:13,18
**possibly**
67:14 85:5 116:19,24
145:18 221:3
**post**
43:23 44:11
**postgraduate**
44:9
**pound**
149:16
**practice**
83:7
**practices**
60:19 111:22,25
**precise**
119:14,25
**predetermined**
143:18
**premarked**
13:20 15:22 150:1,8

**prep**
32:16 33:1
**prepare**
36:11,14
**prepared**
14:7,11,12,15 15:20 37:15
37:20 170:22 171:2
**preparing**
36:24 38:20
**presence**
38:16
**present**
5:12 8:23
**presentations**
42:1 53:21,22,23
**presented**
14:21 140:12 149:18
**presume**
161:25 170:19
**pretty**
96:18 97:5 148:2 196:23
**prevent**
11:21
**previous**
153:23
**previously**
22:3 85:3
**price**
134:17 137:11 151:10
175:23 176:5,19 177:10,16
179:5 223:3
**principal**
112:5
**principle**
120:9,14,21
**principles**
60:17 68:8,13,17 79:13
80:16 83:21 117:10 121:4
157:2 198:3,6
**prior**
21:3,4 24:8 25:15,18 30:3
30:11,17 31:3,8 36:1 41:3,4
41:9 45:9,21 46:1,8,10,15
54:13,21 89:14 101:21
**probably**
23:3 26:17 28:19 29:4 41:2
63:11,13 98:2 118:12
124:11
**proceed**
9:7
**proceeds**
155:20 157:25
**process**
83:4 97:16,19 100:10
**producer**
177:1

**product**
32:1,17 127:8 176:25
**products**
132:21
**professional**
47:6 50:2,16,20,24 52:7,12
98:3 101:9 108:2
**professor**
45:3,13,19,23 46:11 48:25
49:4 56:16 57:22,23 103:1
149:4,25 151:2 152:19,22
153:5 154:1,24 155:18,23
156:6 157:10,14,17 158:22
159:2 167:12,22 168:7,11
169:19,23 171:8,15,25
172:14 173:24 174:12
177:24 178:1,20 179:21,24
180:13,19,20 181:3,19
183:8,16,18,25 184:2
189:11,14,20 190:13 192:4
192:12 198:20,24 199:24
207:13 222:22 224:6,17
**profit**
216:22
**program**
51:13
**promulgated**
111:5
**promulgation**
111:13 144:19 209:21
**promulgations**
111:8
**proper**
56:21 62:1 71:23 75:15
89:5
**properly**
57:5 114:24
**property**
69:17 91:5,7 98:24,25
**protective**
1:13 225:4
**provide**
11:11 15:25 16:2,12 17:7
56:13 67:18 78:24 83:7
85:14,21 90:24 106:19
108:3 109:23 112:22
113:12 146:18 147:8
152:22 153:1 156:6,19
168:7,13 169:19 174:13,21
175:13 176:19 177:10
178:1,5 179:21 183:8 184:2
184:9,13 188:1,6,14 189:4
189:14,22 192:4 194:25
198:20 199:25 200:3
218:18 219:4

**[provided - recollection]**

**provided**
30:2,9,14,15,22 31:2,4
33:21 34:1,5 51:25 52:6,15
54:9,12,16,20 80:8,18 86:5
86:9,12 101:11 108:24
110:3 113:5,13,18,23
114:21,22 115:25 118:10
118:18 121:16,21 145:5
157:1 185:19 209:18 215:3
215:5
**providers**
188:23 189:5,16,23
**provides**
69:8 81:5 87:18 106:17
107:22,25 108:16 125:5
164:4 168:20 169:4,10
170:8
**providing**
15:5 16:6,15,22 58:15
60:13,14 61:12 64:3 65:18
66:12 67:2 73:2,3 74:21,22
94:20,25 107:9 115:11
122:5,19 126:8,13 127:16
173:16 191:8 202:24 203:7
**provision**
131:15
**provisions**
151:10 179:20,22 223:4
**public**
2:20 79:18 142:9 143:5
205:6,23
**publication**
41:16 54:2,5
**publications**
52:24
**publicly**
56:18 60:11,20 72:25 136:1
142:5 218:5,10,17
**published**
53:8
**publishes**
80:14
**purchase**
61:20 76:2 77:7 127:5,5
137:8,9 138:12,13,15 193:5
196:12 201:5,13,17 202:23
203:4,5
**purchased**
132:4 218:10 220:4,9
**purchaser**
56:20 61:16,18,19,20,25
62:5,9,14,20 71:22 75:13
75:25 76:5,19 77:1,3,7,16
77:21 89:4 217:21,23
**purchasers**
75:17,20 76:23 215:11,16

**purchasers (cont.)**
216:3,7,21 217:3,10 219:6
**purchases**
151:12 223:6
**purchasing**
203:21
**purported**
160:24
**purpose**
127:15
**purposes**
92:7 93:8,9,15 98:11,13
99:20 101:22 107:12 110:8
111:10 120:18 123:12,23
124:4,10 128:19 129:23
130:5,7,9 135:7,14,21
140:17 156:16 160:14,21
190:18 213:14 214:15
215:12,17 216:4,7 217:4,10
217:24 218:11,12 219:7,9
220:5,10
**pursuant**
2:21
**put**
9:14 12:22 150:5 161:25
**pwc**
89:18,21 92:19 111:3

**q**

**qualifications**
124:3
**qualifies**
96:9 108:3
**quantify**
22:22
**question**
11:25 12:6 16:10 17:14,18
21:21 23:25 27:9,23 28:2
29:12 30:8,25 31:24 32:6
33:15 34:3,13 35:15 36:7
36:20 37:18 40:13 44:10
46:24 47:25 55:11,18,21
58:24 59:4,9 62:12 63:6
64:13 70:14 71:4,15 72:10
72:15 75:9,12,22 76:3 80:7
82:20 83:13 84:3,14,19
85:16,18,22 86:13,17,25
88:5,24 89:3,14 90:1 93:12
93:16 96:7 97:8,25 98:1
99:16,23,23 100:1,3,15,16
100:17 108:10 109:6
112:12 113:16 114:21,23
115:13 116:16,23 117:2,5
117:22 119:15 122:18
123:15 124:15 127:25
130:1,2 139:25 141:19
144:3 147:17 152:21

**question (cont.)**
153:18,18,22,23,25 154:1,4
154:12,13 155:10 156:18
157:24 158:12 160:15
162:3 163:11,18 169:25
172:6,10,13,20 173:3,3,6,9
173:9,14 175:4 176:9,16
179:13 181:25 182:9
183:13 189:13 193:21
194:7 199:15 200:16
204:17 208:18,19 209:17
211:4 221:6,24
**questioning**
12:21 102:3
**questions**
10:1 12:11 70:23 224:11,13
**quickly**
9:9,13
**quite**
79:14 134:7 157:4 158:17
170:25
**quote**
10:21 62:22 129:18,18
139:17 140:2 213:12

**r**

**raise**
115:23
**raised**
70:23
**rate**
23:19 24:7 143:18
**reaching**
104:23
**read**
25:10 56:8 59:11,23,25
64:19 65:15,20 74:17 77:3
78:22 81:15 108:11 114:9
136:1 138:7 147:20,22
165:7
**readily**
149:11 205:18
**reading**
25:7,13 64:18 107:22,24
108:15 114:12 119:17
158:5 226:19
**realized**
140:13,23
**really**
17:18 20:12 26:17 36:6
59:4 96:7 128:22 147:16,17
153:17,21 206:17 208:17
**reason**
216:14 223:24 224:5
**reasons**
176:14

**rebut**
152:19
**rebuttal**
6:16 14:12,14 117:17
131:23 150:5,8,15 152:9,12
152:16 153:9,11 154:7,9
155:15 172:18 178:20
181:23,24 186:13 187:4,17
187:20 190:5 193:18 221:3
221:16 222:8,10 224:1,7
**rebutting**
150:19 153:5 167:13,24
173:25 174:4 175:1,8
177:22 178:12,15,18,22
180:11 182:18,24 186:25
187:7,11 188:21 190:7,11
191:13,19 194:17,19
198:11 199:3 202:6 205:2
**recall**
10:11,14,21,23 12:14,15,17
14:2 15:24 19:4,7,18 20:1
24:7 25:9 26:13,19 27:12
27:16,20 28:4,8 29:7,14,21
29:22,24 30:1,9,12 31:1
35:20 36:23 38:23 39:6
44:8,11 46:12 73:11 85:13
113:24 116:19,24 131:24
144:5 170:20 183:25 216:1
**receipt**
60:12 73:1 74:20 128:5
163:20 205:13,13
**receive**
26:9 34:8,9,15,21,24 35:1,6
**received**
26:3 35:2 61:11 115:10
133:11 151:25 162:19,21
163:1 193:25 194:10
204:21 205:8 223:17
**receives**
161:23 162:7,9
**receiving**
61:12 115:11
**recess**
57:18 102:22 148:25
181:15 207:9
**recognition**
140:17
**recognize**
13:21 150:2 157:5
**recognized**
70:3
**recognizes**
133:1,2
**recollection**
86:4,7 113:17

**[recommend - respect]**

**recommend**
133:2
**record**
8:6,24 9:14,21 12:1,22 33:9
47:2 56:6,17 57:17,20 60:1
60:3 65:11 69:23 102:20,21
102:24 128:5 135:19,23
148:24 149:2 161:17,18
162:5,11,14 181:14,17
207:8,11 224:24,25 225:6
226:9
**recorded**
80:22 90:11 95:8 109:12,12
109:16 132:7,8,11 133:11
134:13,15 160:8 190:23
191:7
**records**
18:1,4,22,25 20:13,14,21
20:25 34:9,13 74:4 213:19
**reduction**
60:13 73:2 74:22 133:12
**refer**
10:17,20 22:12 125:12
179:19 183:2 201:14
**reference**
212:8
**referenced**
209:6
**referred**
36:22 37:5,8 80:14 90:5,6
119:24 186:12
**referring**
37:8 71:1 73:24 106:20
138:9 141:20 165:11 167:4
168:4 177:5 179:9,16
186:19 193:1 199:13,21
201:6 204:8,18 205:16
218:5 221:18
**refers**
119:12,24 177:25
**reflect**
152:2 194:3,13 223:20
**reflects**
200:22
**refresh**
38:21 39:4
**regard**
53:20 93:14 131:20 133:18
167:6 216:2 221:4
**regarding**
19:16 35:10 52:1,7,7,22
54:10,13,17,21 56:19 58:11
64:3 65:18 80:3,11 81:14
85:21 91:21 93:1,6 94:25
95:17 96:3 108:13 112:8
125:18 126:8 153:12 154:7

**regarding (cont.)**
165:18 171:10,17 172:1
175:14 178:2,6 183:4 184:3
188:2 189:5,15,23 191:9
192:5,17 200:1,4 204:20
206:3 220:23 221:9 222:2
**regards**
20:7 54:25 55:25 106:11
144:20 157:10 190:11
205:3
**regional**
3:8
**registered**
69:21,22
**regular**
136:22
**regularly**
205:5
**reid**
4:7 27:15
**related**
69:11 226:15
**relation**
206:4
**relationship**
21:3 24:10 27:1,6 90:21
98:21 117:19
**relationships**
50:6
**release**
151:11 223:5
**relevant**
60:3 155:13 188:5,10,11
205:19,20,22 210:16
**reliability**
127:22 128:1
**reliable**
105:9,16
**relied**
84:22 85:7 112:17
**rely**
84:14
**relying**
64:14 74:25 96:1 185:6
**remained**
137:10 138:14
**remains**
153:24
**remember**
21:8 36:17 216:24
**remind**
27:24
**remote**
3:1 5:5
**rendered**
187:25 190:17 192:8

**repeat**
30:8,25 34:3 61:23 94:13
100:1 110:9 122:17 130:2
139:25 170:25 173:6
189:11,13 204:17 211:5,24
221:6,24
**repeatedly**
183:13 206:16
**rephrase**
12:7 84:4 122:25 220:1
**report**
6:12,16 11:5 13:25 14:3,12
14:13,14 15:6,10,11,21
16:19,25 19:24 32:4,12,21
33:4,22 34:6 35:10,20 36:3
37:5,8,10 38:20 39:14,18
39:24 40:18 41:9 52:16
53:1,4,9,15,22 54:25 56:1
59:17 66:19 68:21,24 69:1
74:3 75:2,4,5,6 85:7,9 88:2
88:9,22 89:2,10 97:20
104:13 106:3 107:12
117:18 118:17 121:8 125:3
126:7,15,18 127:11 129:18
131:23 136:2 137:3 144:5,9
144:23 146:14,15,16
148:10,14,15 150:5,8 152:9
152:12,17,23 153:2,6,12
154:9 155:2,15 157:19,20
159:19 160:11,18 167:10
167:21,23,23 168:19 170:2
170:19,23 171:3,8,15,25
173:24 174:10,13,23,25
175:5,7,14,21 176:12,23
177:20,22 178:12,17
179:23 180:9,11,17 181:24
182:17,25 185:21 186:13
186:13,16,17,23,25 187:5,8
187:9,12,12,22 188:7,16,21
190:11 191:13,19 192:13
192:15,24 193:11 194:20
194:25 198:10,12,13,23
199:2,3 201:1 202:6,7
204:6,8,19 205:3 206:3
212:20 214:2 217:1,2,17,20
218:2,7,13 219:15,21,24
220:3,11,25 221:3,5,11,16
221:19,20,22 222:4,7,8,10
222:11 224:1,1,8
**reportal**
222:10
**reported**
1:23 73:22 90:14 132:10
134:19 135:4 141:1 206:19
226:10

**reporter**
8:25 9:6 11:16 12:11 13:17
14:19 23:18 24:21 47:1
51:6 61:22 63:12 76:20
82:15 83:15 89:19 94:13,16
103:13 105:19,23 111:23
122:12 130:22 139:1
147:10 148:6 159:12
169:16 186:15 188:25
201:24 213:2 215:22
220:16,20 225:5 226:11
**reporting**
8:19 80:15 188:12
**reports**
14:8,11,15 36:21,22 73:10
73:12,14,15,15,16,18 74:17
74:18 86:5,8,9 105:18,22
105:25 113:19,21 116:7,8
116:10,12,13 128:2 134:8
136:2 151:5 186:20 196:6,9
222:24 224:7
**represent**
28:9 90:16,18,21 91:6
104:16 205:13 210:22
211:9,19 212:2
**representation**
98:22
**represented**
9:23 69:20,22 70:2 221:16
**represents**
98:20 117:19 210:14
**repurchases**
150:25 154:21 222:19
**reputable**
128:2 218:20
**request**
7:20
**requested**
226:20,20
**require**
135:17 151:13,19 223:6,12
**required**
104:4 224:7
**requirement**
44:5
**requires**
109:13
**reread**
138:7
**research**
41:15 45:5 48:18 99:10
**residual**
112:6
**respect**
39:2 76:4 131:15 140:24
151:25 157:8 160:11,18

**[respect - securities]**

**respect (cont.)**
166:22 187:21 189:12
192:8 193:25 194:10
202:19 223:17
**respective**
226:16
**respond**
12:10 70:23
**responding**
155:9
**response**
70:13,19 71:21 72:9,15
75:21 84:14 85:16,21 86:13
86:16,25 88:24 89:3 90:1
98:14 109:5,6,9 114:21,23
115:13 116:22 117:2,5,22
124:15 141:19 154:13
157:23 179:16 182:9 194:7
**responses**
12:12 70:22
**responsible**
41:22 83:6
**restate**
23:25 58:24 108:10 160:15
163:11
**restrict**
176:3
**restricting**
176:25
**restricts**
177:1
**result**
41:25 176:5
**resulting**
139:21 140:5,11
**results**
204:23
**retain**
21:16,25
**retained**
10:24 11:8 15:24 16:2,12
17:7 25:16,19 56:11
**return**
61:11 115:10 162:12 202:3
202:22 215:2
**revenue**
145:1,25 146:8 212:23
**revenues**
60:9 61:8 72:24 115:7
213:7 214:13
**review**
41:23 56:17 58:3 60:2
213:19 215:17
**reviewed**
36:21,24 37:4,5,13,14
103:9 216:16

**rfigel**
4:14
**rifkind**
5:3
**right**
10:22 33:16 46:7 55:10
62:23 69:11 90:25 96:2
106:2 112:21 116:24
133:15,17 181:11 213:18
219:23
**rights**
110:14 112:3 137:8
**ripple**
1:7 2:7 4:3 8:12 16:16 17:1
56:13,24 57:3 58:11 60:5,8
60:13,22 61:4 72:20,23
73:2,5 74:9,11,17,21 75:16
86:5 109:10 112:4 113:18
113:20 114:23 115:1,25
116:9 125:1,5 128:3,12,18
128:24 129:3,7,14 130:8
131:5,6,10,18 132:1,6
133:6,22 134:1,3,9 135:12
135:17,19 137:7 138:3,18
144:25 145:24 146:4,19
147:8 151:6,17,25 157:25
158:9,23 160:3,12,19
168:20 169:4,10 170:8
171:10,11,17,18,19 172:22
173:18 175:10,23 176:2
182:3,10 186:21 187:15
194:1,11,21 195:2,11,12
196:19 197:5,10 201:12
203:21 204:21 205:8,12
207:16,24 208:23,24
209:10,22 212:23 213:6,13
213:20 214:20 215:7,10,16
216:6,20 222:24 223:10,18
224:13
**ripple's**
61:7 73:14 86:8 115:6,24
125:9,19 126:8,14 127:1,7
127:13,18 128:8 129:11,13
129:19 132:13 134:21
139:4,6,17,22 140:2,7
146:12 150:22 151:11,14
151:20 152:2,3 154:19
155:19,20 156:7 172:1
175:14 177:10 180:15
187:13 194:2,4,12,14
207:14 208:11 213:1,2,3
214:12 216:2 217:2 218:12
219:16 220:12,23 221:9
222:2,12,17 223:4,7,13,19
223:21

**rise**
81:2
**risk**
90:18
**risumi**
39:25 40:1,2,7,10,25 41:4,8
41:25 47:7
**rlinsenmayer**
5:10
**rmr**
1:24 2:20 226:24
**road**
11:14
**robin**
5:5
**role**
44:25 45:11 51:10,21
**roman**
193:22 194:7,17 195:2,9,20
196:1,10,15 197:12,17
**room**
9:12
**rooms**
11:6
**rules**
11:14 13:4 207:22
**ruling**
124:20 207:14,20 208:10
**run**
45:3 174:14
**runs**
51:3

**s**

**sale**
61:6 81:9 87:9 109:13
115:3 126:23 128:6,11
130:17 132:6,8,20,21 133:1
133:2,10,19,20,21 155:24
155:24 156:4 160:9 164:9
164:25 168:5,6,8,14 169:13
179:4 200:24 202:21
205:14 214:20 216:13
**sales**
56:25 60:9 61:3,4,7 72:24
109:10,11 115:2,7,16,22
124:22,23 127:13 128:4,7
128:13 129:19 132:13,23
132:23 133:5 145:1 146:12
150:23 151:2,15,15,21,21
152:4,5 154:19,23 155:19
155:21 156:8 157:25 158:3
159:11,16 171:11,18,20,21
171:22 172:1 173:1,22
177:14 182:7,14 185:24,24
186:1,2 188:23 189:3,6,16
189:24 190:9,9,14,17,23

**sales (cont.)**
191:7 192:6 194:4,5,14,15
195:16,17 197:23,24,25
207:14,15,17,23,23 208:11
208:11,14,25 209:1,11,12
209:23,24 212:23 213:7,20
213:23 214:9,13,14 215:2,7
216:2 217:2 218:12 219:16
222:17,22 223:8,8,14,14,21
223:22
**samuel**
4:20
**saw**
127:25
**saying**
96:8 101:2 199:4 203:24
204:1 217:22 218:25
**says**
73:23 101:17 140:11
168:17 178:20
**scholar**
147:20,20
**science**
43:7
**scientific**
50:19 51:2,11
**scope**
54:24 55:24 56:7,9 58:1
**se**
156:11
**sec**
5:14 6:9 10:1,3 14:21 41:18
58:10,13 149:19 151:24,24
193:25 194:9 205:12
222:24 223:16
**sec.gov**
3:15,16
**second**
69:14 74:13 102:6,9 125:12
127:3 131:12 151:4 154:1
158:14 196:18
**seconds**
21:9
**sec's**
151:5
**section**
68:25 69:1 78:13,22 137:3
144:8 188:19,21
**securities**
1:4 2:4 3:7 8:11 43:15 57:6
58:17 60:25 61:6,9 67:17
67:19 68:2,5,11,11,16 69:5
70:1 79:9 90:20,23 109:22
109:25 110:4,7,12,13,15,18
111:6,9 114:10,13,25 115:3
115:8 117:13 118:15,15

[securities - special]

securities (cont.)
122:3,7,22 123:19 141:18
141:20,24 143:19,20,22,23
144:6 151:16,22 152:5
157:11 158:4 159:11,17
173:1,23 174:6,15 176:7
177:15 179:2 182:7,15
185:25 186:2 190:17 191:2
191:9,10 193:5 194:5,15
195:18 196:12 197:22,25
198:1,16,18,23 199:8,12,14
199:20,22 200:12 201:5,13
201:14,17 203:1,4,10,19,19
203:23 204:2,3 205:7,24
206:14,20,21 207:23,23,24
208:12 209:1,2,12,13,25
211:12,17 223:9,15,23
security
58:13,16 69:9,10,15 80:23
110:2 111:20 112:9,15,24
113:8 114:1,5 117:17,18,21
118:1,3,4 123:3,10 139:7
142:1,3,4,6,7,10 143:6,14
143:15 144:12 156:4
169:15,18,20 170:2 171:21
171:22 172:3 174:8,9,17
175:12,16 177:1,3,4,5,18
179:6,7 180:14,16,20,22
181:4,7,9 182:22 183:2,6
183:10,21 185:1 188:24
189:1,3,6,17,24 190:20,21
190:22,23 191:6 192:25
193:2,4,6,8 194:22,23
195:3 200:11,18,24 203:6,9
203:25 205:14,14,16 206:1
206:4,11,13,13,17,18 208:8
210:15,15,23,24 211:10
212:14,16 217:13
seen
215:24
selected
31:25
self
77:12
selling
214:10
sells
128:24 213:13 214:20
seminar
44:13,15,16,19
seminars
44:3 52:21
send
127:8
senior
17:1,3,5

sent
18:23 20:4
sentence
68:1 74:13 125:4,12 127:3
127:12 129:17 131:12
158:14 169:7 177:7 181:8
192:16,19,20 193:2,3
204:10
separable
156:25
separate
140:16,20 156:1,24,25
158:17,19 172:9
separately
157:4
september
41:1,2,4,10,24 42:6,6,6
series
70:6,7
serve
127:13 129:19
service
5:15 23:13,19 106:17,19
107:23,25 108:16,24
130:21 188:22 189:5,16,23
services
15:25 16:3 17:21 21:16
23:15 26:10 60:13,14 61:12
73:2,3 74:21,23 105:7
115:12,25 131:15 132:21
146:1 151:18 158:17
168:20 169:4,9 170:8
172:23 173:19 182:4,11,23
183:12,22 184:5 187:25
190:16 192:8 202:22 215:3
215:5 223:11
session
33:1
sessions
32:17
set
18:12 23:12 24:4 151:5
222:23 226:17
settlement
125:5
settling
139:21 140:6,11
seven
13:5
seventeen
69:3
share
69:16 142:1 150:24 154:21
222:19
shares
70:7

sheet
60:23 73:23 94:12,15,18
109:12,17 134:13,16,23
135:6,20
sheets
135:24 218:24
shereck
5:15,15 8:16,17
shocked
203:13,15
short
90:17 98:18
shorthand
226:11
shortly
109:2
show
31:25 32:16 88:22 119:18
showed
32:25
shown
30:16 31:6,15,21 32:3,11
33:3,7 37:3
shows
134:3
sic
8:8 69:17 218:23 219:1
side
26:25
signed
15:10
significant
204:23
signing
226:19
similar
79:13 81:20 82:13 94:21
95:1,21 151:6 155:1 156:14
157:9 161:12 175:9 190:18
222:25
similarities
160:12,19,25 161:11
similarly
161:6
simply
177:23
sir
40:14 159:13
sit
17:4 20:1 85:13 88:20
213:11
sitting
37:22
six
121:5

slevander
4:24
sn
1:6 2:6
snow
138:1
social
44:17
software
105:8
sold
26:1 93:22 94:5 115:23
128:18 129:3,7,14 187:15
215:10 216:6,20
solutions
125:6
sorry
10:19 12:21 15:14 16:9
17:19 19:3 21:10 23:1
24:25 27:19 29:5,23 31:13
34:12,19 44:10 46:5,23,25
47:3 48:2 49:5,7 58:20 59:5
59:10 61:22 62:11 63:12
64:25 67:4 68:9 75:3,9 76:9
78:11 83:18 87:5 92:22
93:13 98:1 102:7 103:13,15
104:16 106:8 108:1 111:7
122:17 126:1 135:3 142:2
146:5,21 147:16 148:6
153:20 158:5,12 159:12,17
162:2 163:5 168:22 170:24
171:5,14 173:16 176:17
189:2 191:21 193:1,14
198:4 199:24 201:24
207:20 208:23 211:11
217:18 219:3,13
source
62:16 76:1 116:14 125:13
125:15,18 127:14 129:19
158:16,23 161:1,1 179:3
sources
156:20 174:7,16
south
42:23
southern
1:2 2:2 8:14
speak
27:5 37:24 38:2,10 39:9
159:13 165:14
speaker
42:2,4
speaking
65:11
special
138:20

[specific - sure]

**specific**
36:23 72:19 73:11 74:25
85:20 86:7 98:9 99:13
100:20 101:2 108:19 138:2
150:18 165:10 168:3 179:9
186:18 208:24
**specifically**
19:13 53:19 74:3,24 93:14
105:24 106:12 110:25
141:20 165:15 167:5,11
170:20 174:25 175:7
177:21 182:17 183:1
186:24 187:11,20 190:10
191:18 194:16 196:8,20
197:3 209:10 213:6 216:1
219:8,25 220:3 221:4,17
222:9
**specifics**
216:24
**spent**
18:18 19:16,18,19 20:19,21
22:18 96:14
**spoke**
27:12,16 38:24 39:6
**spoken**
167:1
**square**
4:8
**ss**
226:2
**staffing**
51:13
**stage**
27:6 167:15
**stages**
26:25
**stand**
125:1 167:6
**standard**
62:8 121:12 138:21 143:12
147:7
**standards**
69:8 79:9,12,17,25 80:11
80:13,14,15 81:21 87:19
101:12 111:15,16 118:25
121:2,15,20 136:20 143:3
143:10 146:18 148:2
185:20
**stands**
29:13
**start**
43:25 176:14
**starting**
78:12
**starts**
169:3

**state**
9:21 28:2 44:10 45:10,11
45:15,21 48:10,16 65:10
67:25 73:5 74:19 79:6
87:14 109:19 115:14
119:15 125:4 127:4,13
130:1 131:13 144:25
145:24 146:17 150:18
157:24 177:8 199:18
209:22 212:22 213:6 226:1
**stated**
56:4 65:7 72:3,18 82:23,23
99:14 100:19 108:15 134:7
143:11 174:22 183:3 219:4
220:25 221:11 222:3,7,11
**statement**
47:12,15 48:4,13 71:19
73:12,19 74:13 75:1 106:13
108:20 111:5 116:2,15
119:8,11,22 121:1 125:8,17
126:25 127:2,9,17,19 129:6
129:12,14,14 133:6 140:10
141:1 145:3 146:12,20
147:1,3,23 168:19,23 169:9
170:12,18 172:9 173:14
178:19 185:7 187:5 192:18
203:15 212:25 213:4
**statements**
96:2 101:19 125:10,20
127:21 139:18,22 140:3,7
145:5 180:15 213:6 215:18
**states**
1:1 2:1,20 3:7 8:14 68:7
90:10 103:21 111:6 190:24
191:7 206:19
**stating**
115:14 218:23
**status**
64:3 65:19
**steen**
4:19
**stella**
5:14
**stenographic**
8:24
**stepped**
41:22
**stick**
141:7 209:21
**stipulations**
7:10
**stock**
69:13 142:1,3,4,5 151:2,7
154:24 156:14 160:13,21
161:2,5,9,17,23 162:8,9,10
162:15,16 202:23 203:22

**stock (cont.)**
222:22,25
**stop**
12:23 13:1
**stopping**
180:3
**street**
3:11 4:9
**strike**
104:16 139:5 193:11
**struggle**
63:5
**students**
101:8
**studies**
41:23
**subject**
43:12,14 150:19 152:8
191:12
**subjects**
47:14 48:7
**submit**
153:11
**submitted**
35:11 39:15,19 40:18 54:1
54:5 55:1 56:1 59:16
150:16 152:8 154:9 220:25
221:11
**subsequent**
155:20 168:5 205:14
**subsequently**
190:15 192:7
**substance**
19:24 91:10 92:14 95:7,25
108:23 117:9,11 118:23
119:3,7,13,25 120:6,8,17
121:7,17,22 122:1,2,6,7,20
122:21 151:1 154:23 155:1
155:19,22 156:7,15 157:6,9
157:18 159:10,15 168:1
172:25 173:21 179:2 182:6
182:13 222:21
**substantive**
153:15
**succinct**
173:14
**sufficiently**
77:22
**suggest**
22:5 177:17 194:22 195:3
**suggested**
22:6 206:10
**suggesting**
205:25,25
**suggestion**
174:8,17 180:13,19 181:3

**suggestion (cont.)**
188:22 189:15 198:14
199:6
**suggestions**
194:19
**suggests**
98:20 161:4 169:14 179:5
190:19
**suit**
101:5
**suite**
3:12 4:10
**summarize**
79:5 81:17 89:24 109:5
114:22 222:9,15
**summary**
78:25 118:21 173:13
**sumner**
4:8
**supervise**
79:21
**supervision**
155:14
**supplemental**
15:6
**supplier**
130:21
**suppliers**
169:12
**supply**
133:23 134:4 151:9 176:4
176:25 177:2 223:2
**support**
7:1 64:14,20 72:8,14 73:5
73:12,18 74:13,25 84:15,22
86:12,25 88:23 89:8,25
105:3 106:12 108:19
111:19 112:8,15,23 113:7
113:25 114:4,14 116:2,15
116:22 117:1,4 124:14
129:14 146:18 147:8,23
150:25 151:9 154:22
156:12 158:14 159:5
170:11,18 176:4,19 177:11
179:5 184:16 185:7,12
186:6,11 195:19 196:1,5,9
196:14 197:11,16 222:20
223:3
**supporting**
174:7,17
**supports**
96:2 184:16
**suppose**
64:1 66:10
**sure**
9:17 12:18 24:1,9 26:18

**[sure - transcript]**

**sure (cont.)**
29:21,22,24 41:14 55:22
57:24 67:4 85:1 116:7
121:9,12 140:1 141:15
143:15 144:10 152:20
163:13 168:24 173:7
176:11 199:17 205:9,18,20
211:6,7 214:4 221:7,25
222:17
**surprised**
121:23
**suspect**
106:6,9 196:23
**sustainability**
41:21
**sustainable**
42:2,5
**swear**
9:2
**sweater**
91:17
**swiss**
149:16
**swore**
11:16
**sworn**
9:4 226:6
**sylvester**
3:10 10:2
**sylvesterm**
3:16

**t**

**taken**
2:16 10:5,12,16 57:18
102:22 148:25 181:15
207:9 226:8
**talk**
132:6 214:8
**talked**
38:21 39:4 165:12
**talking**
25:13 50:14 95:10 148:16
172:8
**tangible**
91:7 98:24 177:17
**taught**
47:14,18,19,20,20,23 48:1
48:4,7,11,12,14,16 49:3,7
49:24
**tax**
162:12,12,15 163:2
**taxes**
161:22
**teach**
45:3 47:11,12,24 48:21,22
48:24 49:2

**teaching**
42:24 46:17,18,19
**technical**
119:4
**technology**
125:6
**telephone**
3:14 4:12,23 5:8
**tell**
21:24 25:9 28:17 54:4,24
55:24 56:6,9 59:21 78:18
90:13 131:25 135:11
163:22 180:10 213:11
**tells**
159:9 164:21
**telsa**
218:23,25
**ten**
52:25 57:13,14 102:13
141:14
**term**
61:16 62:4 67:7,11,17 68:1
90:17 95:13 97:3 98:18,23
119:24 124:6,9 125:22
139:12 141:21 145:14,15
154:25 170:7 178:25
183:18 184:1 192:25
**terms**
70:6 84:5 118:20
**tesla's**
73:14 94:11,15,16
**testi**
96:17
**testified**
9:5 12:15 39:3 52:18
216:15
**testify**
15:20 27:25 30:21 37:1
226:6
**testifying**
11:21 59:18
**testimony**
11:17 16:6,12,16,22 17:8
52:15 54:9,12,17,21 56:14
100:24 108:9 219:19
226:10
**textbook**
148:5,9
**thank**
9:6 13:11,13,17 57:7,10
61:14 65:12 69:4 70:10
105:23 111:4 131:6 144:4
146:8 149:21 152:6 162:4
220:20 224:9,16
**thanks**
119:20 164:2

**thesis**
43:9,13,17,18,19,20
**things**
41:12 105:17 150:23
154:20 214:1 222:18
**think**
19:11 24:9 37:5 42:3 46:3
68:22 76:23 83:24 88:20
89:1 96:18 102:12 110:9
119:8 120:12 121:8 123:16
131:22 132:17 134:7 135:1
146:9 147:23 148:20
156:18 157:3 160:16 165:8
181:12 183:1 192:3 207:21
**third**
2:17 8:22 127:5 137:8
151:17 176:13,17
**thirty**
201:2
**thought**
47:25 154:3
**three**
29:4,6 88:15 135:25 181:21
217:16,19 218:1,3,17
**tie**
101:7
**tilburg**
51:5,8
**till**
141:8
**time**
8:6 10:11 18:18 19:4 20:18
20:21 22:18 32:7 35:18
46:12 96:14 102:4 121:5
132:7 138:14 172:5 192:12
224:18,23 225:1 226:8
**timeline**
41:5
**times**
10:9,10 20:11 164:20 172:6
189:10
**tip**
41:16
**today**
8:20,25 9:23 11:15,18,22
37:16 59:18 150:14
**today's**
8:7
**todd**
4:5 56:12
**tomorrow**
138:1
**tons**
40:8,15
**top**
106:1 131:24 146:25

**top (cont.)**
176:20 214:19
**topic**
82:14,17
**topics**
47:18,22 56:19
**track**
20:20
**traded**
60:11,20 72:25 81:23 136:1
141:25 142:2,5,8,24 143:5
218:6,10,17
**trained**
77:9,11
**training**
43:22 44:1,9,12
**tran**
132:14
**transact**
125:25 126:2
**transacted**
165:25 166:6
**transaction**
107:10 108:14,24 119:2
120:23 130:17,18,20 132:8
133:13 137:19,24 138:2,8
138:16 155:25 156:1,16
164:11,24 165:22,23
187:24,24 188:3,12,13,15
196:12 199:8,9,12,13,14,20
199:21,22 200:23,23 202:9
215:4
**transactions**
56:22 57:5,6 61:5 71:24
72:7 106:13 107:17 108:5
114:25,25 115:2 117:9
126:20 127:6 130:12,13
131:1,7,10,17,21,23 132:2
132:14,19 133:9 137:5,16
137:22 139:6 145:25 146:3
151:2 152:2 154:23 155:23
156:24 157:4,18 158:3,19
159:10,16 168:2,3 172:25
173:22 176:6 178:16 182:6
182:14 194:2,12 195:11,13
195:14,16 202:10,12,17,21
202:25 203:8,9,16 204:2
210:25 211:13,21 212:4
214:9,22 215:6,15 220:12
220:24 221:10 222:3,12,21
223:19
**transcribed**
226:12
**transcript**
146:6 225:3

[transfer - warrants]

**transfer**
194:14 196:18 197:4
**transfers**
69:23 107:3 150:22 151:15
151:21 152:4 154:19 194:4
222:17 223:8,14,21
**transmitting**
107:6
**treat**
165:2,3
**treated**
124:24 164:24 176:6
180:14,14,20,21 181:4
**treating**
93:1,6 111:19 146:19 147:8
164:12
**treatises**
56:17
**treatment**
58:20,22 59:1,7,14 77:25
77:25 78:4,9,16 79:1 80:3
80:12 81:5,18 82:4 84:6
112:8,9 139:19 140:4
148:12 152:24 153:2
158:24 159:3 166:22 184:3
184:6,14 192:9 209:9
**trial**
54:9,12
**true**
226:9
**trust**
51:16,22
**truth**
226:6,6,7
**truthfully**
11:21
**trying**
121:10
**turn**
41:22 125:3 126:17 137:2
144:22 159:18 167:9
186:22 188:18 190:4 198:9
204:5
**turning**
126:7
**twenty**
171:7
**type**
23:13 25:9 69:25 93:2 94:3
97:21 104:18 116:10
147:22 166:21 201:14
215:6
**types**
48:15 87:20,23 131:3,9,22
146:3 185:22,23 197:22
204:7,18

**typewriting**
226:12

**u**

**u.s.**
60:16,17,19 61:1,6,9 68:12
77:14,14,17 79:14,15 81:23
87:8,10 92:2,4,12 98:12,13
99:20 103:22 109:13,25
111:20 114:10 115:3,9
118:24 124:23 135:17
136:9 149:15 150:25
151:14,20 152:3 154:22
159:9,14 168:11,17 169:23
172:14,24 173:21 175:12
175:16 177:19 179:24
180:16 181:9 182:5,13
184:1 185:2,9 186:4 188:24
189:3,6,17,20,24 190:3
192:13 194:3,13,23 195:4,7
195:15 205:7,24 207:3,3
222:20 223:7,13,21
**uh**
13:12 46:21 87:21 101:6,20
106:11
**underlie**
119:1
**underlying**
118:2 137:20 139:12,14,15
139:16 140:15,21 141:2
212:15
**understand**
11:5,17 12:1,7,8 16:9 17:18
22:3 34:12 56:21 59:4,9
64:7,13 65:22 72:3,5 75:14
77:6,14 84:3 89:5 96:7
99:16 100:16,16 103:14
107:13,15 108:23 111:13
114:9 123:15 127:4 128:22
144:1 153:17,21 160:16
163:17 166:18 179:13
216:19 217:11
**understanding**
25:7 61:2 62:1,11 107:19
107:21 108:13 114:18,19
115:15,21 145:7 185:9
207:2 208:3 217:17,20,22
**understandings**
17:12 21:19
**understands**
35:18 71:23 77:17 208:4
**united**
1:1 2:1 3:7 8:13 68:7 90:10
103:21 190:23 191:7
206:19
**universe**
84:21

**university**
42:18,23 43:1,6,19 44:20
44:24,25 45:7,10,12,16,21
45:24 46:1,3,4,5,9,11,15,18
47:9,23,25 48:3,5,8,10,16
48:20,22,25 49:6 51:5,7,9
**unmute**
9:11
**updated**
41:17 205:6
**use**
62:4 67:7,11 68:1 77:22
95:12 107:16 125:22 126:9
126:14 130:20 151:7
155:20 156:2,14 158:18,23
161:2 168:5 169:12 175:14
178:24 179:3,19,22 183:18
185:22 190:9 192:25
213:14 214:21 222:25
**users**
158:2
**uses**
76:1 80:23 160:3 175:10
215:7
**usually**
139:12
**utilize**
160:13,20
**utilized**
125:13
**utilizes**
160:12,20
**uvaydova**
5:14

**v**

**vague**
119:13,13,25
**valuation**
43:14 47:13,15 48:5 49:17
49:18,19
**value**
90:19 109:14 132:9,10
134:17 137:14 138:23
**valuing**
64:8 65:24
**various**
25:7 51:14 87:20 98:5,16
137:6 156:20 164:22,22
174:7,16 197:21
**vendors**
151:18 158:17 172:23
173:19 182:4,11,23 183:11
183:22 184:5,25 223:11
**verbally**
12:10

**verbatim**
130:2
**verify**
127:20
**version**
41:3
**versus**
8:12 95:18 96:11 99:18
100:4 214:14
**vesey**
3:11
**vested**
137:12 138:25 139:2
**vicinity**
19:11
**video**
5:15 8:9,18 224:22,25
**videographer**
5:15 8:5,17 57:16,19
102:19,23 148:23 149:1
181:13,16 207:7,10 224:21
**videotaped**
1:15 2:15
**view**
92:12,15,17
**views**
91:21 92:5 93:1,6,11 165:2
**violation**
83:20
**virtual**
80:22
**visible**
218:17,19
**vitae**
54:7
**voluntary**
50:12

**w**

**wage**
162:20,20
**wages**
162:17 163:1 166:1
**waived**
226:20
**walk**
124:13
**walked**
89:6
**wallet**
127:8
**want**
16:19 55:5,6 57:13 68:19
141:12 162:2 191:23
211:24 214:2
**warrants**
69:12

[washington - zoom]

**washington**
4:11
**ways**
164:22 195:14
**wednesday**
2:19 8:8
**week**
23:3 39:8
**weeks**
19:6,8
**weighed**
111:16
**weiss**
5:3
**welcome**
224:20
**went**
36:21 100:6 124:18
**we've**
31:25 32:15 55:3 102:1
148:16 180:1,2
**wharton**
5:3
**whereof**
226:17
**whichever**
134:18
**whilst**
46:19
**willing**
12:24
**witness**
4:3 6:2 7:3 9:2 13:7,13
15:14,16 17:17 19:3,25
21:10,22 22:19 23:5 24:24
31:23 32:14 51:8 55:8,15
55:20 57:10,14 68:22 74:10
76:9 83:17 89:21 92:22
94:14,18 103:15 105:21
122:14 130:24 139:2 141:7
146:23 148:8,21 149:21
163:5 169:17 186:17 189:2
215:23 219:13 224:14,19
226:4,17
**witness's**
226:10
**word**
24:22 111:14 120:12
130:23
**words**
196:23
**work**
12:24 14:24 15:3 20:6,8
22:6 23:5,8 32:1,17 45:9,15
45:22 46:2,8,16 47:10 83:4

**worked**
22:16 38:19 45:6 46:13
155:12,13
**working**
22:4,18
**world**
80:17 82:7,25 83:7
**worldwide**
79:22
**worth**
49:20 216:21
**write**
39:14,16,18 43:9 104:20
148:4,4,7 153:9
**writing**
32:4,12,20 33:4,22 34:6
85:7,9,15
**writings**
54:1,4
**written**
14:7 43:17 136:10,11
**wrote**
43:20 155:15

**x**

**xr**
160:12 216:3
**xrp**
24:15,17,18 25:3,6,8,10,12
25:14,15,18,22,24 26:1,5
26:11 56:21,22,25 57:5
58:12,16,20,22 59:1,7,14
60:6,9,11,12,22,25 61:3,5,7
61:21 62:1,3 63:14,19 64:3
64:11,15,18,20,20 65:8,19
66:3,13,16,21,25 67:8,13
67:14 71:23,24 72:21,24,25
73:1,6 74:3,7,8,20 75:14,15
75:18,21 76:12,13,16,19,19
76:22 77:17 87:12,13,15,23
88:1,8,16 89:4,5,7 90:10,13
90:15 91:22 92:6,13 94:21
94:25 95:4,18,21 96:4,11
97:13,15,22 98:10 99:6,14
103:2 104:21,24 106:13,18
107:5,10,13,16 108:4,4,13
108:14,25 109:10,21 110:5
110:6,11,16 111:19 112:4
112:15,24 113:8 114:1,5,11
114:19,25 115:2,7,16,22,23
124:21,22,24 125:13
126:20,23 127:4,5,13 128:4
128:18,24 129:3,7,15,19
130:8,18,20,25 131:5,15
132:3,4,4,8,9,13,23,23
133:23 134:1,1,10,19 135:4
135:12,13,19 137:4,8,10,10

**xrp (cont.)**
137:13 138:13,15 139:7,16
139:21 140:6,12,13,15,20
145:1,25 146:1 148:12
150:23 151:6,8,10,12,12,15
151:19,21,25 152:4,24
153:2 154:19 155:19 156:8
156:13 157:18,25 158:24
159:20 160:4,9,12,20 161:3
161:4 162:20,21 163:1
166:6 167:2,5 168:5,6,8,14
168:20 169:3,9,12,14,16,20
170:1 171:20,21,22 172:2
172:23 173:19 174:6,8,9,16
174:17 175:10,11,14,24
176:4,5,5 177:11,14 178:2
178:6 179:5,5,6 180:13,14
180:19,21 181:3 182:4,11
182:21 183:5,10,20 184:3
185:1,24 186:1 187:14,16
187:16,25 188:23 189:6,16
189:24 190:14,19 192:6
193:25 194:4,10,14,22
195:3,17 196:17,18,21
197:5,9,23,23 198:15,22
199:7,11,19 200:4,8,10,11
200:17,18 202:10,12,17,22
205:13 206:4,10,12 207:15
207:17,22,25 208:6,11
209:1,11,23 212:23 213:7
213:13,14,21,23 214:9,13
214:21,21 215:2,7,10,11,16
215:16 216:3,6,21,22 217:3
217:3,9,10,23 218:10,12,23
219:6,8,16,22 220:4,9,12
220:24 221:10 222:3,12,18
222:24 223:1,3,5,8,11,14
223:17,22
**xrps**
134:4 223:6
**xrp's**
99:18 100:4 112:8 192:8

**y**

**yeah**
57:15 68:22 82:22 130:2
141:15 153:25
**year**
12:17 14:6 26:17 28:18
41:2 45:15 46:21 75:7,9
**years**
24:6,8 52:16,25 54:10,13
54:17,21 125:10,20 126:5
159:8
**yesterday**
28:24 30:4,11,17 31:3,8,16
32:9 33:20 34:4

**yields**
155:24
**york**
1:2 2:2,17,18,21 3:8,13,13
4:22,22 5:7,7 8:15,22,22
138:1 141:25 142:3 226:1,3

**z**

**zoom**
10:3 29:6,7