# Exhibit 24

1

1                    UNITED STATES DISTRICT COURT

2                    SOUTHERN DISTRICT OF NEW YORK

3

4      SECURITIES AND EXCHANGE        )
       COMMISSION,                    )
5                                     )
                      Plaintiff,      )
6                                     ) Case No.
              v.                      ) 20-Civ-10832(AT)(SN)
7                                     )
       RIPPLE LABS, INC., BRADLEY     )
8      GARLINGHOUSE, and CHRISTIAN    )
       LARSEN,                        )
9                                     )
                      Defendants.     )
10     _____)

11

12          **CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

13

14                   VIDEOTAPED DEPOSITION OF

15              FRANK ALLEN FERRELL, III, Ph.D.

16               Wednesday, February 23, 2022

17

18

19

20

21

22

23
       Reported by:
24     BRIDGET LOMBARDOZZI
       CSR, RMR, CRR, CLR
25     Job No. 2202232BLO

2

1                    UNITED STATES DISTRICT COURT

2                    SOUTHERN DISTRICT OF NEW YORK

3

4    SECURITIES AND EXCHANGE        )
     COMMISSION,                    )
5                                   )
                    Plaintiff,      )
6                                   ) Case No.
           v.                       ) 20-Civ-10832(AT)(SN)
7                                   )
     RIPPLE LABS, INC., BRADLEY     )
8    GARLINGHOUSE, and CHRISTIAN    )
     LARSEN,                        )
9                                   )
                    Defendants.     )
10   _____)

11

12

13

14

15            Videotaped deposition of FRANK ALLEN FERRELL,

16   III, taken on behalf of Plaintiff, held at the offices of

17   Debevoise & Plimpton, 919 Third Avenue, New York, New

18   York, commencing at 9:27 a.m. and ending at 6:49 p.m., on

19   Wednesday, February 23, 2021, before Bridget Lombardozzi,

20   CCR, RMR, CRR, CLR, and Notary Public of the States of

21   New York and New Jersey, pursuant to notice.

22

23

24

25

3

1    A P P E A R A N C E S (Via Remote where indicated):

2

3

4    For the Plaintiff:

5

6

7           UNITED STATES SECURITIES AND EXCHANGE COMMISSION

8           NEW YORK REGIONAL OFFICE

9           BY:  MARK SYLVESTER, ESQUIRE

10               ARTUR MINKIN, ESQUIRE

11               JON DANIELS, ESQUIRE

12           200 Vesey Street

13           Suite 400

14           New York, New York  10281-1022

15           Telephone:  212.336.1060

16           Email:   sylvesterm@sec.gov

17                    minkina@sec.gov

18                    jdaniels@sec.gov

19

20

21

22

23

24

25

4

```
 1   A P P E A R A N C E S (Continued):

 2   For Defendant Ripple Labs Inc.:

 3           DEBEVOISE & PLIMPTON LLP

 4           BY:  SCOTT CARAVELLO, ESQUIRE (Remote)

 5           919 Third Avenue

 6           New York, New York  10022

 7           Telephone:  212.909.6000

 8           E-Mail:  Scaravello@debevoise.com

 9                      -and-

10           KELLOGG, HANSEN, TODD, FIGEL & FREDERICK PLLC

11           BY:  MICHAEL KELLOGG, ESQUIRE

12                REID FIGEL, ESQUIRE

13                JUSTIN BERG, ESQUIRE

14                ELIANA PFEFFER, ESQUIRE (Remote)

15                COLLIN WHITE, ESQUIRE (Remote)

16           Sumner Square

17           1615 M Street, N.W.

18           Suite 400

19           Washington, D.C.  20036

20           Telephone:  202.326.7999

21           E-mail:  Mkellogg@kellogghansen.com

22                    rfigel@kellogghansen.com

23                    jberg@kellogghansen.com

24                    epfeffer@kellogghansen.com

25                    cwhite@kellogghansen.com
```

5

1      A P P E A R A N C E S (Continued):

2

3      For Defendant Bradley Garlinghouse:

4

5              CLEARY GOTTLIEB STEEN & HAMILTON

6              BY:  NICOLE TATZ, ESQUIRE (Remote)

7              2112 Pennsylvania Avenue, NW

8              Washington, D.C.  20037

9              Telephone:  202.974.1500

10             E-mail:  Ntatz@cgsh.com

11

12

13     For Defendant Christian A. Larsen:

14

15             PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

16             By:  SARAH PROSTKO, ESQUIRE (Remote)

17                  MICHAEL GERTZMAN, ESQUIRE (Remote)

18             1285 Avenue of the Americas

19             New York, New York  10019-6064

20             Telephone:  212.373.2491

21             E-mail:  sprostko@paulweiss.com

22                      mgertzman@paulweiss.com

23

24

25

6

1    ALSO PRESENT:

2

3            DEBORAH McCRIMMON, Ripple (Remote)

4            STELLA UVAYDOVA, SEC (Remote)

5            THOMAS DEVINE, Videographer
             Shereck Video Service

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

7

```
 1                          INDEX

 2   WITNESS                          EXAMINATION

 3

 4   FRANK ALLEN FERRELL, III, Ph.D.

 5       BY MR. SYLVESTER                 11

 6

 7

 8

 9                        EXHIBITS

10   SEC - AF
     NUMBER              DESCRIPTION        PAGE
11

12   Exhibit AF-1 Expert Report of          18

13               Allen Ferrell, Ph.D.

14               October 4, 2021

15               NO BATES, 133 pages

16

17   Exhibit AF-2 Rebuttal Expert Report of   23

18               Allen Ferrell, Ph.D.

19               November 12, 2021

20               NO BATES, 52 pages

21

22   Exhibit AF-6 Expert Rebuttal Report of   106

23               ████████████  Ph.D.

24               November 12, 2021

25               NO BATES, 31 pages
```

8

1                      EXHIBITS

2    SEC - AF
     NUMBER                  DESCRIPTION                PAGE
3

4    Exhibit AF-21 Stata Program Linear               239

5                 Regression Runs for Exhibit 3

6                 NO BATES, 1 page

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

9

1                    DEPOSITION SUPPORT INDEX

2

3       DIRECTION TO WITNESS NOT TO ANSWER

4          Page    Line

5           58        9

6           60        9

7

8

9

10      STIPULATIONS

11         Page    Line

12          11       15

13

14

15      PORTION MARKED HIGHLY CONFIDENTIAL

16         Page    Line

17          - -none- -

18

19

20      REQUEST FOR DOCUMENTS

21         Page     Line

22          - -none- -

23

24

25

10

```
 1                  -  -  -

 2              9:27 a.m.

 3          February 23, 2022

 4                  -  -  -

 5          THE VIDEOGRAPHER:  Good

 6      morning.  We're going on the record at

 7      9:27 a.m. on February 23rd, 2022.

 8      This is the videotaped deposition of

 9      Allen Ferrell in the matter of

10      Securities and Ex -- Securities and

11      Exchange Commission v. Ripple Labs,

12      Inc., Bradley Garlinghouse and

13      Christian Larsen, Case Number

14      20-cv-10832 (AT)(SN).

15              This deposition is being held

16      at the offices of Debevoise &

17      Plimpton, 919 Third Avenue, New York,

18      New York.

19              My name is Thomas Devine,

20      certified legal video specialist with

21      Gradillas Court Reporters located at

22      400 N. Brand Boulevard, Suite 950,

23      Glendale, California.

24              Appearances will be noted on

25      the stenographic record.
```

```
 1              Will the court reporter

 2         please swear in the witness and we may

 3         proceed.

 4              F R A N K   A L L E N

 5         F E R R E L L, III, Ph.D., having been

 6         duly sworn, was examined and testified

 7         as follows:

 8                   THE REPORTER:  Thank you.

 9                   You may proceed.

10                   MR. SYLVESTER:  Good morning

11         --

12                   MR. KELLOGG:  Before we

13         begin, Mark --

14                   MR. SYLVESTER:  Sorry.

15                   MR. KELLOGG:  -- I'd like to

16         put one thing on the record.  Per

17         prior practice, any objection by one

18         defendant is considered an objection

19         by all defendants.

20                   MR. SYLVESTER:  Sounds good.

21  DIRECT-EXAMINATION

22  BY MR. SYLVESTER:

23      Q.   Good morning, Professor.

24      A.   Good morning.

25      Q.   Could you please state your name for the
```

12

1    record?

2         A.   My full name is Frank Allen Ferrell,

3    III.

4         Q.   I'm Mark Sylvester.  I'm an attorney

5    with the SEC.  I'm here with my colleagues from

6    the SEC, Artur Minkin and Jon Daniels.  A few of

7    my colleagues are joining by Zoom as well.

8              You've had your deposition taken before,

9    correct?

10        A.   Yes.

11        Q.   Okay.  Is there anything that would

12   prevent you from testifying fully and truthfully

13   here today?

14        A.   No.

15        Q.   Were you retained to provide expert

16   services in this case?

17        A.   Yes.

18        Q.   Who retained you?

19        A.   I -- I was -- I worked with Kellogg

20   Huber -- Kellogg and Debevoise.  I believe the

21   engagement letter's with them.  I did the

22   engagement letter through Compass Lexecon, so I

23   would -- I would have to -- I would refer back to

24   that engagement letter.

25        Q.   Are you also retained by the individual

13

 1    defendants in this case?

 2        A.   Again, I don't remember the engagement

 3    letters with the law firms or with the underlying

 4    clients.  I would have to look at the engagement

 5    letter.  My understanding is I'm on the engagement

 6    letter with Compass Lexecon pursuant to which I

 7    performed my work.

 8        Q.   Do you know whether Paul Weiss or Cleary

 9    are parties to that letter as well?

10        A.   I don't remember.

11        Q.   Okay.  Are you familiar with the term

12    "XRP"?

13        A.   Yes.

14        Q.   Are you familiar with the term "digital

15    asset"?

16        A.   Yes.

17        Q.   Are you familiar with the term

18    "investment contract"?

19        A.   Yes.

20        Q.   Does "investment contract" have a

21    generally accepted meaning in the field of

22    economics?

23                MR. KELLOGG:  Objection.

24            Calls for a legal conclusion.

25                MR. SYLVESTER:  Actually,

14

1             Counselor, I'm asking him to narrow

2             his answer to the field of economics.

3    BY MR. SYLVESTER:

4        Q.   So my question is, does "investment

5    contract" have a generally accepted meaning in the

6    field of economics?

7        A.   My understanding of the phrase

8    "investment contract" is it's a legal term.

9        Q.   Okay.

10       A.   It has a legal component to it.

11       Q.   Again, focusing on the field of

12   economics, is there any authoritative economics

13   text that defines investment contract to your

14   knowledge?

15       A.   Same answer as before.  That is the

16   invest -- the phrase "investment contract" has a

17   legal component to it.  And just to be clear, I'm

18   not providing an opinion on whether anything's an

19   investment contract or not.

20       Q.   Whether or not the term has a legal

21   component to it, are you aware of any

22   authoritative economics text that defines

23   investment contract?

24       A.   None occurs to me sitting here.  That

25   is, the phrase "investment contract" -- and,

15

1    again, as used in this litigation and the

2    complaint -- has a legal component to it.

3        Q.   Okay.  Does it also have an economics

4    component?

5        A.   Well, I don't want -- there is --

6    obviously "investment contract" is a reference to

7    contracts, but it has a legal component to it and

8    so I'm not opining on whether anything is an

9    investment contract or not.

10       Q.   Okay.

11                  MR. KELLOGG:  I'm sorry to

12             interrupt, but the people on Zoom said

13             they can't see the witness.

14                  MR. SYLVESTER:  Let's go off

15             the record if this takes more than a

16             second.

17                  MR. KELLOGG:  A little more.

18                  THE VIDEOGRAPHER:  What

19             should I do?  Go off the record?

20                  MR. SYLVESTER:  No, if you

21             just need to tilt the camera, that's

22             fine.  I just didn't know if it was

23             going to be a longer correction.

24                  MR. KELLOGG:  That's good.

25             Thank you.

16

1    BY MR. SYLVESTER:

2        Q.   In preparation of your expert opinions

3    in this case, did you review any economics

4    literature that discussed the economic

5    characteristics of an investment contract?

6        A.   No.

7        Q.   Are you aware of any economics

8    literature that sets forth how to assess whether

9    the economic substance of an asset or a

10   transaction constitutes an investment contract?

11       A.   No.  That's -- that would constitute in

12   part a legal opinion.

13       Q.   Okay.  When you say "that would

14   constitute in part a legal opinion," can you

15   explain what you mean?

16       A.   As I said before, the phrase "investment

17   contract" is obviously a phrase that's used in --

18   in the case law and in legal texts.  And so my

19   understanding of the phrase "investment contract"

20   is that it has a legal -- it's a legal construct

21   or a legal meaning to it.  And I'm not opining on

22   that question given it would involve a legal

23   opinion.

24       Q.   Okay.  So fair to say that the economics

25   literature doesn't address the question of -- of

17

```
 1    how to figure out what the economic substance of

 2    an investment contract is?

 3                   MR. KELLOGG:  Objection.

 4        A.   Phrased in that way, I agree with that

 5    statement.  That is, "investment contract," as I

 6    understand that phrase, is a phrase that's used in

 7    case law and in legal argumentation.  So that

 8    would involve a legal opinion and I'm not

 9    providing that.

10        Q.   Does the term "commonality" have a

11    generally accepted meaning in the field of

12    economics?

13        A.   I'm sure the phrase "commonality" is

14    used in economics, but I -- I -- I'm not aware

15    of -- offhand, I don't have a citation for the

16    usage of the word "commonality."

17        Q.   When you used the word "commonality" in

18    your expert report, are you referring to an

19    economics term or to one of the elements of the

20    Howey test?

21        A.   You would have to -- you would have to

22    refer me to my expert report to answer that

23    question fully.  But if we're talking about

24    commonality as part of providing an opinion on

25    investment contract status, I'm not providing that
```

18

1    opinion.

2         Q.   Let's -- let me hand you what's been

3    marked AF-1.  Let me try to hand that to you.

4              (Whereupon, exhibit is received and

5    marked SEC Ferrell Exhibit AF-1 for

6    identification.)

7    BY MR. SYLVESTER:

8         Q.   There you go.

9         A.   Thank you.

10                  MR. SYLVESTER:  Michael, I'll

11             just ask you to pass these out if

12             that's all right.

13                  MR. KELLOGG:  Thank you.

14                  THE WITNESS:  Oh, she --

15             the -- the court reporter wants a

16             copy, too.

17                  THE REPORTER:  Thank you.

18    BY MR. SYLVESTER:

19         Q.   If I could just direct you, Professor,

20    to the -- well, let me start with authentication.

21             Do you recognize AF-1?

22         A.   I do.

23         Q.   Okay.  And is this the expert report

24    that you prepared in this case, or one of them?

25         A.   Yes.

19

```
1          Q.   Okay.  Let me turn you to romanette III

2     of the table of contents of AF-1.

3          A.   Romanette III?

4          Q.   Yes.  Near the bottom -- bottom of the

5     page, there's a Section F, "Economic Assertions

6     for Commonality are Fundamentally Flawed."

7               Do you see that?

8          A.   I don't see where you're looking at.

9     Can you -- what -- can you repeat where you're --

10    what part you're looking at?

11         Q.   Sure.

12              Are you on Romanette III?

13         A.   Yes.

14         Q.   Okay.  Do you see the bolded "XRP is a

15    Virtual Currency" at the very bottom of the page?

16         A.   Yes, I do.

17         Q.   Immediately above that there's a

18    subsection title, Section F, "Economic Assertions

19    for Commonality are Fundamentally Flawed."

20         A.   Yes.

21         Q.   Okay.  So my question is, when you used

22    "commonality" in that title, were you referencing

23    an economic concept or were you referencing an

24    element of the Howey test?

25                        MR. KELLOGG:  Objection.
```

1          A.    I'm referencing my discussion on pages

2     67, 68, 69 and 70.  So that's what I'm referencing

3     there.  And just give me one second here.

4               Yeah.  And in that discussion that's

5     being referenced in that bullet or in that table

6     of contents, I, in part, reference back to my

7     analysis in Section II where I get into the

8     economic substance of the -- of the contracts.

9               So I would just reference the actual

10    content of that discussion on pages 67 through

11    page 70.

12         Q.    What is the definition of commonality as

13    used in the -- as used in Subsection F of your

14    opening report?

15               MR. KELLOGG:  Objection.

16         A.    It's really the discussion I have in

17    that section of the report in terms of what I'm

18    talking about.  So, for example, in paragraph 141,

19    I mention there's no pooling of the funds.

20    Paragraph 142, I talk about the contracts.  I also

21    talk about my factor model.

22               So it's really a reference to these

23    economic points that I'm making in that section.

24         Q.    Returning to my question about the

25    economics literature, as used in your Subsection

1    F, is "commonality" a generally accepted term in

2    economics literature?

3                    MR. KELLOGG:  Objection.

4        A.   So what I'm referencing here in the

5    beginning of paragraph 140 is -- and I cite to the

6    complaint -- is the economic theory by the SEC as

7    articulated in the complaint.  So the first

8    sentence in this Section F is I am citing to the

9    complaint and then I'm discussing thereafter, as I

10   explained at the end of paragraph 140, the

11   economic analysis.

12              So, again, Subsection F is the economic

13   theory articulated in the complaint and then the

14   economic analysis that I reference and discuss in

15   paragraphs 141 through paragraph 145.

16       Q.   Okay.  I think you've answered, as far

17   as I understand it, how you're using commonality

18   for purposes of AF-1, is that right?

19                   MR. KELLOGG:  Objection.

20       A.   I -- I -- I just discuss what I'm

21   actually doing in paragraph F -- I'm sorry, in

22   Section F.  So Section F is called "Economic

23   Assertions for Commonality are Fundamentally

24   Flawed."  And it is correct that in paragraph 140,

25   I cite to the complaint for the articulation of

1    the economic theory by the SEC in the complaint.

2    So I am working off of that.

3            As you see at the end of paragraph 140,

4    I then say "As I explain below, the SEC's claims"

5    -- that is the claims about the economic theory --

6    "are flawed as a matter of economic substance."

7            So that -- that's what this section is

8    doing.  That's what I'm referring to when I say

9    "Economic Assertions for Commonality are

10   Fundamentally Flawed."

11       Q.   And did you cite any economics

12   literature in your report for the definition of

13   commonality?

14                 MR. KELLOGG:  Objection.

15       A.   I -- all the citations I use are in the

16   report.  We can talk about the citations.  But for

17   purposes of this section, I am focused in the

18   beginning, in paragraph 140, for the economic

19   theory as articulated by the SEC in its complaint.

20       Q.   Sitting here today, can you think of any

21   economics literature that defines the term

22   "commonality"?

23                 MR. KELLOGG:  Objection.

24       A.   I don't -- I don't have a view on that.

25   When I'm discussing in this section the economic

23

1   assertions for commonality, I'm talking about the

2   economic assertions in the complaint.

3       Q.   Is --

4       A.   I'm sorry.  Just to -- just to elaborate

5   one second.  I didn't mean to interrupt.

6       Q.   Please.

7       A.   So just to be a little more specific,

8   the first three footnotes in Subsection F that

9   we've been discussing -- Footnotes 243, Footnotes

10  244, Footnotes -- Footnote 245 -- are all

11  citations to the complaint.  Again, apropos of my

12  earlier answer that I'm dealing here with the

13  economic assertions for commonality as articulated

14  in the SEC complaint.

15      Q.   And as used in the SEC complaint,

16  commonality is one of the elements of Howey,

17  right?

18                   MR. KELLOGG:  Objection.

19      A.   That calls for a legal conclusion.  I --

20  I have read the complaint and it is certainly the

21  case that the complaint does talk about

22  commonality.

23           (Whereupon, exhibit is received and

24  marked SEC Ferrell Exhibit AF-2 for

25  identification.)

24

1    BY MR. SYLVESTER:

2        Q.   Let me hand you what's been marked AF-2.

3    There we go.

4        A.   Thank you.

5        Q.   Professor, is AF-2 the expert rebuttal

6    report you submitted in this case?

7        A.   Yes.

8        Q.   Okay.  Are all of the expert opinions

9    that you intend to offer in this case included

10   within either AF-1 or AF-2?

11       A.   I don't know what counsel's going to ask

12   me to opine on.  I will say in addition to the

13   rebuttal report and the opening report, I have

14   reviewed the rebuttal reports by Dr. ███████ and

15   by Dr. ████ and Mr. ██████   And I certainly have

16   views on that.  So I would include in my answer,

17   in terms of my work, my review and assessment as

18   it relates to me of those opposing expert reports.

19       Q.   Do you intend to submit a supplemental

20   expert report in this case?

21       A.   Sitting here today, I have not been

22   asked to do that.

23       Q.   Other than the rebuttal reports of

24   Dr. ██████  Dr. ████ and Mr. ██████ have you read

25   any other expert reports in this case?

25

1          A.   I did review -- I did read, albeit

2     not -- albeit it's not a focal point, I did read

3     the initial report of Dr. ███████   Obviously I

4     did because I -- I discuss that in my rebuttal.   I

5     also read the initial report of Dr. █████

6          Q.   Okay.  And you did not provide a

7     rebuttal opinion to Dr. ██████ opening report,

8     correct?

9          A.   That is correct.

10         Q.   Why not?

11                   MR. KELLOGG:   Objection.

12         A.   It wasn't my assignment.   It was not

13    work that I was asked to do.

14         Q.   Did you review Dr. ██████ work papers

15    related to the analysis he performed in connection

16    with his opening report?

17         A.   I don't have a recollection of that.

18    I -- I focused -- again, just to be clear on the

19    record, I did read Dr. ██████ opening report, but

20    I focused on his rebuttal.

21         Q.   And sitting here today, you can't

22    remember one way or the other whether you reviewed

23    Dr. █████ work papers that he prepared in

24    connection with his opening report?

25         A.   I believe the answer to that is no.

1        Q.   Okay.  Did you perform any analysis of

2    Dr. ██████ analysis that he set forth in his

3    opening report?

4        A.   No.  It's not -- it was not a focal

5    point.  I focused on -- in terms of Dr. ████ and

6    what he says, I focused on his rebuttal.

7        Q.   Did you review Dr. ██████ work papers

8    that he prepared in connection with his rebuttal

9    report?

10       A.   Yes.

11       Q.   Okay.  Did you perform any analysis of

12   Dr. ██████ analysis that he performed in

13   connection with his rebuttal report?

14       A.   Yes.

15       Q.   What analysis did you perform?

16       A.   So one of the things I did with respect

17   to the rebuttal report of Dr. ████ is -- two

18   things.  One is, he critiques me for using one

19   return for THC -- I forget the exact date -- the

20   THC crypto.  So this is one out of approximately

21   6,700 returns, roughly speaking, that I used in

22   the PCA analysis.  He critiques the usage of that

23   one return.

24            And so I simply reran the model not

25   using that particular return and not using THC to

27

1    see if my conclusions are robust to that and I

2    found that they were.  It doesn't affect anything.

3           The second thing I did with respect to

4    Dr. ▆▆▆▆  in addition to obviously carefully

5    reviewing what he says, is I calculated the

6    alphas -- not the change in alpha, but the

7    alphas -- in his Figure 17, that last page of his

8    report, and whether or not they were statistically

9    significant at the 5 percent level.

10          So I believe those are the two

11   additional things that I did in addition to just

12   carefully reading what he had to say with respect

13   to Dr. ▆▆▆▆

14      Q.   And -- and just for the record, you

15   don't intend to submit any supplemental report

16   reflecting any analysis that you conducted

17   regarding Dr. ▆▆▆▆  analysis in his rebuttal

18   report, correct?

19      A.   I have not been asked by counsel to

20   submit a supplemental report --

21      Q.   Okay.

22      A.   -- sitting here today.

23      Q.   Other than the deposition transcripts

24   that are listed in your AF-1, have you reviewed

25   any other deposition testimony in this case?

28

1        A.   No.  All the deposition testimony is

2    listed in the materials I listed in the report.

3        Q.   Okay.  Other than the rebuttal of

4    Dr. ████████ opening report that is set forth in

5    your AF-2, are there any other expert opinions

6    that you're rebutting in this case?

7        A.   Yes.  Doc -- just to be clear, I did

8    review Dr. ████████ -- Mr. ████████ critique of my

9    opening report.  And so I obviously reviewed that

10   discussion by Mr. ████ as well.

11       Q.   Okay.  With respect to your critiques of

12   Mr. ████████ sitting here today, you don't intend to

13   crystallize those into a supplemental report that

14   you'll be submitting, correct?

15       A.   Same answer as before.  I've not --

16   sitting here today, I have not been asked by

17   counsel to prepare a supplemental report.

18       Q.   Okay.  Have you performed any additional

19   analysis pertaining to any of the opinions that

20   you offered in Exhibit 1 since October 4th of 2021

21   other than anything that might have been

22   encompassed by your previous answers here today?

23                MR. KELLOGG:  Objection.

24       A.   Exhibit 1, is that my opening report?

25       Q.   It is.

29

1        A.    Okay.  So could you repeat the question?

2        Q.    Sure.

3              Other than any analysis we've already

4    discussed today, have you performed any additional

5    analysis regarding the opinions that you've set

6    forth in AF-1?

7                        MR. KELLOGG:  Objection.

8        A.    So I did -- so we talked about Dr. █████

9    We talked -- and my analyses there of his

10   rebuttal.  I did -- as I did with Dr. █████ in his

11   rebuttal -- take a careful look at Dr. ███████

12   critique of my work, as well as Dr. ██████

13             So I would encompass in my answer my

14   review and assessment not just of Dr. ██████

15   rebuttal, but those additional rebuttal reports

16   which obviously speak to and concern the issues

17   that I discuss in AF-1.

18       Q.    Did you do any additional analysis

19   outside of what you just described in your last

20   answer?

21       A.    Yes.

22       Q.    What?

23       A.    So just -- just to be clear.  So earlier

24   we discussed my work in discussing Dr. ██████

25   rebuttal.

30

```
 1              With respect to Dr. -- or Mr. ████ the

 2    one addition -- besides obviously reading and

 3    carefully considering what he had to say, the

 4    additional work I did with respect to that

 5    rebuttal report, or his critique of my opening

 6    report, is I did look at non-MoneyGram remittance

 7    data for 2020 in connection with reviewing

 8    Dr. ████ -- Mr. ████ critique of my work.

 9              With respect to Dr. ████ and his

10    critique, I did a couple additional analyses.  One

11    is, my understanding is that he critiques me for

12    including -- as a distribution to a non-Ripple

13    party, he critiques my inclusion in that type of

14    distribution the distribution of XRP to custody

15    accounts.

16              I don't agree with that critique, but,

17    nevertheless, I also analyzed whether any of my

18    results, the results I report in my opening

19    report, were changed if you just look at

20    distributions that are programmatic, market maker,

21    or -- or sales on to exchanges to see if it's

22    robust to confining the distribution analysis to

23    those distributions.  And I found that it doesn't

24    make any difference to my conclusions.  So that's

25    one thing that I did with Dr. ████
```

1          I should say, also, with Dr. ████████

2    before the filing of my report, the report in

3    AF-1, I had run the -- the -- I had run the

4    distributions both in U.S. dollars and in XRP

5    units.  Obviously I went with U.S. dollars in my

6    denomination, but I'd already known prior to the

7    filing of my report, the report in AF-1, that that

8    doesn't make a difference.  It's obviously one of

9    his critiques.

10          Another comment along these lines is

11   before the filing of my report as -- you know, the

12   report in AF-1, I had also run the factor model on

13   weekly returns, on 30-day fixed -- you know,

14   30-day fixed period returns, and on the calendar

15   monthly returns.

16          Now, as I explain in my report, I felt,

17   and still feel, that 28 days is the best level of

18   frequency for the factor model, but prior to the

19   filing of the report, I knew that it was robust.

20   It was -- the results of the factor model, the

21   results of whether the alpha is statistically

22   significant, were robust to weekly, 30-day, or

23   calendar.  So I know that's something that

24   Dr. ██████ mentions in his rebuttal and so I

25   mention it -- mention that fact here.

32

1          One other thing I wanted to say.  So

2     Dr. ████████ distribution analysis; his critique

3     of the frequency of the data.  Let me just think

4     here, make sure I give a complete answer.

5          Oh, one other thing I should mention as

6     long as we're having this conversation about all

7     of the work I've done, including prior to the

8     filing, is prior to the filing of the report in

9     AF-1, I had also ran the factor model just on the

10    CoinMarket return data.  And that -- that

11    didn't -- I -- I used CryptoCompare for the

12    reasons I describe in the report, and I think

13    that's the right choice, but I had run the model

14    on just the CoinMarket price return data and that

15    didn't change anything.

16         Let me just think.  Anything else in

17    Dr. ████████?

18         So I know that Dr. ████████ critiques the

19    use of this -- the square root price impact model.

20    And, you know, I -- I do have comments on that.

21    Obviously that's something I didn't discuss beyond

22    the footnote with the academic citations that I

23    have for that, but I certainly have reactions to

24    his critique of the use of that -- that square

25    root price impact model.

33

1          Just give me one more second to think

2     here if there's anything else.  I think that's a

3     pretty complete list.  Let me just think if

4     there's anything else.  Give me a moment if you

5     could.

6          Q.   Sure.

7          A.   It might be helpful to see Dr. ████████

8     rebuttal.  I'm just trying to think if there's

9     anything else in Dr. ████████.

10         Oh, I remember now.  I was searching for

11    it and now I remembered.

12         The other thing that I did after -- this

13    is after the filing of his rebuttal report, just

14    to be clear.  The last thing that I did in terms

15    of that work is I recalculated the 1.6 percent

16    price impact number -- let me be a little clearer.

17    The potential price impact number of 1.6 percent,

18    I recalculated that using just top-tier exchanges

19    as identified by CryptoCompare and using just that

20    volume.  And it changes the number using that

21    formula from 1.6 to 2 percent.

22         I believe that's a complete answer to

23    your -- your question.

24         Q.   Returning to the portion of your answer

25    where you described running your factor model on

34

1    weekly returns and 30-day fixed returns, did you

2    perform that analysis prior to submitting AF-1?

3        A.    Yes.

4        Q.    Is that analysis described anywhere in

5    AF-1?

6        A.    No.   I -- and the reason being -- maybe

7    I'm going beyond your question -- is I felt,

8    and -- and feel -- my opinion is that 28 days is

9    the -- is the best definition, the best return

10   series to use.

11            So I would rely on the 28-day period

12   that I use for the reasons given in my report.

13   I'm just noting that the criticism by, I believe,

14   Dr. ███████ of I should have used different

15   frequency data -- again, a criticism I don't agree

16   with -- but it doesn't make a difference.

17       Q.    And did you include within the backup

18   materials that you provided for production to the

19   SEC any of your analysis regarding your -- running

20   your factor model on weekly returns and 30-day

21   fixed returns in connection with your opening

22   report?

23                    MR. KELLOGG:  Objection.

24       A.    I don't know offhand.  What I relied

25   upon in AF-1 is -- is the -- and what I report is

35

1    the 28-day returns.  I don't -- but going directly

2    to your question, I don't know offhand.

3         Q.   Okay.  You also mentioned, if I

4    understood your testimony correctly, that you also

5    ran your factor model using just CoinMarketCap

6    data prior to submitting AF-1, is that right?

7         A.   That's correct.  So when I say

8    "CoinMarketCap data," I mean the prices in

9    CoinMarket, yes.

10        Q.   Okay.  When you say "CoinMarket" and I'm

11   saying "CoinMarketCap," are we talking about the

12   same thing or no?

13        A.   I believe we are.

14        Q.   Okay.  And does AF-1 mention anywhere

15   that you ran your factor model using only

16   CoinMarketCap data?

17                  MR. KELLOGG:  Objection.

18        A.   I do not believe it does because the

19   return series that I used was the best return

20   series, in my opinion, which was the combination

21   of CoinMarketCap and CryptoCompare.  That's

22   consistent with the academic literature in my

23   view.

24        Q.   And sitting here today, do you know

25   whether the backup materials that you prepared in

36

```
 1    connection with your opening report, AF-1,

 2    contains your analysis in which you ran your

 3    factor model on CoinMarketCap data only?

 4                   MR. KELLOGG:  Objection.

 5         A.   Same answer as before.  I don't know

 6    offhand.  Obviously what I relied upon in my AF-1

 7    report is -- is the return series that's described

 8    in that report.

 9         Q.   Focusing just on your preparation of

10    AF-1, is there any other category of analysis that

11    you performed in connection with forming your

12    opinions that are set forth in AF-1 that is not

13    described in AF-1?

14                   MR. KELLOGG:  Objection.

15         A.   I believe I've -- I've -- I've

16    mentioned -- I think our earlier discussion

17    encapsulates that -- that other work.

18         Q.   Okay.  When were you retained to provide

19    expert services in this case?

20         A.   I don't have an exact date.  I know

21    that -- I believe that I started work early last

22    year.  I believe February of last year is when I

23    started doing work.  I don't know the exact date

24    of the engagement letter, but that's my best

25    recollection.
```

```
 1        Q.   Were you retained to provide expert

 2   services related to this case prior to your

 3   retention as an expert witness in this case?

 4                    MR. KELLOGG:   Objection.

 5        A.   Could you repeat the question?

 6        Q.   Sure.

 7             Were you retained to provide expert

 8   services in this case prior to your retention as

 9   an expert witness in this case?

10        A.   My -- my understanding from the

11   beginning was I was going to be an expert.  I have

12   no memory of it changing in any way.  So my

13   understanding was from -- from the beginning is I

14   would be hired as an expert.

15        Q.   When you say the word "expert" in that

16   answer, do you mean a testifying expert?

17        A.   Yes.

18        Q.   Okay.

19        A.   That was my understanding.

20        Q.   Prior to your retention as an expert

21   witness in this case, did you know anything about

22   Ripple?

23        A.   I had read about it in general market

24   commentary.

25        Q.   What did you know about Ripple prior to
```

38

1    your retention?

2         A.   Well, at a high level, it's a crypto

3    asset.  It involves blockchain.  It was one of the

4    larger cryptocurrencies earlier in time.  I do

5    remember reading about the filing of the SEC

6    lawsuit that's at issue here.  So at that level of

7    generality.

8         Q.   Prior to your retention as an expert in

9    this case, had you ever met Mr. Garlinghouse?

10        A.   No.

11        Q.   Prior to your retention, had you ever

12   met Mr. Larsen?

13        A.   No.

14        Q.   Prior to your retention, had you ever

15   met anyone who worked at Ripple to your knowledge?

16        A.   No.

17        Q.   Prior to your retention, had you ever

18   met any of the lawyers representing defendants in

19   this case?

20                  MR. KELLOGG:  Objection.

21                  You can answer yes or no.

22        A.   I have a bad memory for this sort of

23   thing.  It's entirely -- entirely possible, but I

24   don't have a recollection.

25        Q.   Did -- go ahead.  Sorry.

39

```
1        A.   I do want to be clear that I'm really
2   terrible at mem -- at remembering this sort of
3   thing.  I don't want to offend anybody.  I don't
4   have a recollection.
5        Q.   Prior to your retention in this case,
6   had you ever been retained as an expert witness by
7   Kellogg?
8        A.   I don't believe so.  I don't have a
9   memory of that.  I am involved in cases where
10  there's a number of firms.  It's possible that
11  Kellogg was, you know, involved because that often
12  happens.  But I don't -- answering your question,
13  I don't have a memory sitting here right now of
14  being retained by Kellogg in other matters.  It's
15  possible, but I don't have a recollection sitting
16  here.
17       Q.   Prior to your retention, had you ever
18  been retained as an expert witness by Debevoise &
19  Plimpton?
20       A.   Yes.
21       Q.   How many times?
22       A.   Again, I'm going to be very cautious
23  here.  I -- I don't have a clear recollection.
24  I -- I believe it's several times prior to this
25  engagement that I've been retained by Debevoise.
```

40

1    I want to say two, but it could easily be more

2    than that.  But I want to say something like one

3    or two times is my best recollection sitting here.

4    Again, with the very important caveat that, you

5    know, I've -- I work with a lot of law firms and,

6    you know, I don't have a list in my mind of the

7    number of times I've worked with this or that

8    firm.

9              But the answer to your question is, yes,

10   I have been retained by Debevoise before.

11        Q.   When was your most recent retention as

12   an expert witness by Debevoise?

13        A.   Putting aside this matter, I do remember

14   doing a 10b-5 matter with Debevoise.  I believe

15   this is a few years ago.  That's my best

16   recollection.  It's possible that I've done a case

17   since then.  I would have to double-check.  I know

18   I've worked with Debevoise in the past.

19                   MR. KELLOGG:  I'd like to

20              direct the witness not to discuss the

21              nature of any prior representation.

22                   THE WITNESS:  Okay.

23   BY MR. SYLVESTER:

24        Q.   Okay.  Prior to your retention in this

25   case, had you read the SEC's complaint against

41

1    Ripple?

2         A.   I read it around the time of my

3    engagement.  I might have read it contemporaneous

4    with -- with the engagement.  I don't know the

5    exact timing of that.

6         Q.   Prior to your engagement, I believe you

7    testified that you had read about the SEC's case

8    against Ripple, is that right?

9         A.   Yeah, as we -- sorry, I didn't mean to

10   interrupt.

11        Q.   Go ahead.

12        A.   Yeah.  So I -- I -- I have a

13   recollection of it being reported upon in the

14   press.  I don't have a -- I don't -- don't have a

15   recollection of -- of -- I don't have a

16   recollection of reading it -- I believe that's in

17   December of 2020.  I think that I read it after

18   that point.  So my memory is the complaint was

19   filed in December of 2020 and I read it -- I don't

20   think I read it in December, you know.

21             I guess I want to leave this open.  I --

22   I read it somewhere in the December-February time

23   frame, if I -- if my memory of the -- of the

24   timing is correct.

25        Q.   And just so the record is clear, are we

42

```
1    talking about the complaint or about press

2    articles about the lawsuit?

3        A.   Well, we -- we have two different

4    questions now lingering.  One question is, when

5    did I read the complaint?  And with respect to

6    that question, it's somewhere in the

7    December-February time frame.  I don't have a

8    specific recollection of exactly when I read the

9    complaint.

10            The second question that's out there is,

11   when did I read about the SEC filing a complaint?

12   My memory, my best recollection, is I do recall

13   reading in the press that the SEC had filed a

14   lawsuit, is my best recollection.

15       Q.   And with respect to reading in the press

16   about the SEC's lawsuit against Ripple, when did

17   that occur?

18       A.   Same time period.  Somewhere in the

19   December-February time period.  If I'm remembering

20   correctly when this all transpired, which I

21   believe was December of 2020.  That's -- that's my

22   best recollection.

23       Q.   It -- it's fair to say, Professor, that

24   you were familiar with the Howey case prior to

25   your engagement in this case?
```

43

1                     MR. KELLOGG:  Objection.

2         A.   That's a fair statement.

3         Q.   Okay.  Again in the period prior to your

4    retention, what was your opinion, if you had one,

5    about whether the SEC's allegations, if proved,

6    would demonstrate a violation of its securities

7    laws?

8                     MR. KELLOGG:  Objection;

9              calls for a legal conclusion.

10        A.   Yeah, that calls for a legal conclusion.

11   I'm not providing an opinion on that.

12        Q.   Perfectly understood.  But I think we've

13   established that you understood the Howey test

14   prior to your retention and that you at least may

15   have read the complaint or a press article about

16   the complaint prior to your retention.

17             So I'm asking if you formed any opinion

18   based on what you'd read --

19                     MR. KELLOGG:  Objection;

20             calls for a legal conclusion.

21                     MR. SYLVESTER:  I haven't

22             finished my question, Counselor.

23   BY MR. SYLVESTER:

24        Q.   I'm focusing just on the period prior to

25   your retention.

44

1              Based on anything that you read about

2      the case or the complaint, did you form an opinion

3      about whether or not the SEC's allegations, if

4      proved, constitute a violation of securities laws?

5                   MR. KELLOGG:  Objection.

6         A.   Well, I would not form a legal

7      conclusion without having read the actual

8      complaint.  So the answer to that question is

9      certainly no.  And, you know, in terms of reading

10     the complaint, obviously I have views about the

11     economic theory and assertions in the complaint,

12     but I have not formed a legal opinion as to how

13     the judge should rule here.  So I'm not -- not

14     providing that opinion.

15        Q.   Again, I'm just focusing on the period

16     prior to your retention in this case.

17              Did you have any views about the

18     economic theories or assertions in the complaint

19     prior to your retention as an expert?

20                  MR. KELLOGG:  Objection.

21        A.   So, again, my memory reading the

22     complaint is -- is in that time frame.  So I don't

23     remember whether it is at the same time as the

24     engagement or it was a month, you know, a week

25     earlier, but it's in that time frame that I read

 1    the complaint.

 2            As I said before, I did read general

 3    descriptions in the press of the SEC's theory, but

 4    I -- you know, quite frankly, I would not form a

 5    legal conclusion, even if I was asked to do so,

 6    based on secondhand reporting on legal matters.

 7        Q.   When you read the complaint, did you

 8    form an opinion about whether the facts alleged,

 9    if proved, would demonstrate a violation of the

10    securities laws?

11                    MR. KELLOGG:  Objection;

12            calls for a legal conclusion.

13        A.   I don't have a view on that.

14        Q.   I'm not sure what that answer means.

15            Does that mean no or you don't recall or

16    something else?

17        A.   I don't have a -- okay.  I -- I am

18    not -- I'm not providing and I don't have a legal

19    analysis of all the legal issues that relate to

20    this dispute; that is, whether, in fact, this

21    constitutes a security as defined by the

22    securities laws.  That's -- obviously very capable

23    counsel and -- and the judge and -- and the legal

24    system will decide that.  I'm not providing an

25    opinion and I haven't formed a legal opinion on

46

```
 1    that.
 2         Q.   What was it that you read in the press
 3    about the SEC's case against Ripple prior to your
 4    retention?
 5         A.   I don't -- I don't have a specific
 6    recollection.  I -- I -- I read a lot of press and
 7    I don't -- I don't -- I do have a generalized
 8    recollection of reading about it, but I'm not
 9    going to be able to give you more particulars.
10         Q.   Do you own XRP?
11         A.   No.
12         Q.   Have you ever owned XRP?
13         A.   No.
14         Q.   Sitting here today, do you have any
15    plans to acquire XRP?
16         A.   No.
17         Q.   Are you charging a fee for your expert
18    services in this case?
19         A.   Yes.
20         Q.   How much is your fee?
21         A.   So my expert fee is 1,250 at the time
22    that I was retained.  So that part of my
23    compensation is my hourly rate.  Just to have a
24    complete answer for the record, another component
25    of my compensation is I get a percentage of junior
```

47

1    people at Compass Lexecon that work pursuant to my

2    instructions and supervision.

3              So an example of that would be somebody

4    put -- puts together binders and sends that to me.

5    So junior people at Compass Lexecon working in

6    this matter under my instructions and supervision,

7    I do get compensation based on that as well as my

8    hourly rate.

9         Q.   Is the compensation that you just

10   referenced a percentage of your billables?

11        A.   Yes, but with the important

12   qualification that it's not the billables at

13   large.  It's junior staff at Compass Lexecon for

14   which this would apply.

15        Q.   What's that percentage?

16        A.   So I do have a confidential contract

17   with Compass Lexecon.  I -- it's -- I just want to

18   make sure I'm not violating any confidentiality.

19                   MR. FIGEL:  Give us just a

20              second.

21                   (Pause)

22                   MR. KELLOGG:  So if your

23              agreement with Compass is that it's

24              confidential, then you should not

25              reveal it.

 1                    THE WITNESS:  Okay.

 2    BY MR. SYLVESTER:

 3        Q.   Okay.  So just for purposes of the

 4    record, you're declining to answer my question

 5    based on a preexisting confidentiality agreement

 6    with a private party?

 7        A.   So my understanding, sitting here today,

 8    is that my agreement with Compass Lexecon is

 9    confidential.  That's my understanding sitting

10    here today.  And so the answer to your question

11    would be yes.  But I do, to reiterate, get a

12    percentage of the junior staff working pursuant to

13    my instruction and supervision in this matter.

14                    MR. KELLOGG:  To make it

15            clear, we do not represent Compass

16            Lexecon so we're not forming a legal

17            opinion about the nature of the

18            contract.

19                    MR. SYLVESTER:  Understood.

20                    THE WITNESS:  And I --

21            maybe -- so I want to make clear

22            that's my understanding of the nature

23            of the agreement sitting here today,

24            that it's confidential.  I -- I can

25            certainly confirm or disconfirm that

49

1              my understanding is correct or

2              incorrect.

3    BY MR. SYLVESTER:

4        Q.   How much have you billed for your

5    services in this matter so far?

6        A.   So I haven't added up the number of

7    hours, but it is substantial.  So it's several

8    hundred hours over this period since I've been

9    engaged, so -- but I had not added up the hours.

10       Q.   Is the seven -- strike that.

11            Is the several hundred hours just your

12   time or you plus any staff assisting you?

13       A.   So my answer to your earlier question is

14   just my time.

15       Q.   Okay.

16       A.   So it would be multiple of, you know,

17   several -- I know "several" has a lack of -- you

18   know, it's -- it's not a specific number, but it

19   is a significant amount of time, my personal

20   time.

21       Q.   And do you have a sense of how many

22   hours any staff working with you in connection

23   with this matter have billed?

24       A.   I do not, no.

25       Q.   Okay.  Would Compass Lexecon have those

50

1    records?

2        A.   I would assume so.

3        Q.   Okay.  And would Compass Lexecon have

4    precise records of how many hours you've billed in

5    this matter?

6        A.   I'm not privy to their recordkeeping

7    system.  I would assume so but that -- that's just

8    an assumption.

9        Q.   Have you received any compensation for

10   your work in this case in XRP?

11       A.   No.

12       Q.   Do you have any plans to receive XRP as

13   compensation for your expert services in this

14   case?

15       A.   No.

16       Q.   Did others assist you with providing

17   your expert services in this case?

18       A.   Yes.

19       Q.   Who?

20       A.   So I interacted with -- I'm just going

21   to spell her name -- A-N-D-R-I-A, Andria,

22   van der Merwe.  And she is the senior person at

23   Compass Lexecon with whom I interfaced.

24       Q.   What's her title?

25       A.   Executive vice president or senior --

51

```
 1    I -- I forget her exact title, but she's a -- a

 2    senior person at Compass Lexecon with whom I've

 3    worked in the past with.

 4         Q.   Is there anyone --

 5                    THE VIDEOGRAPHER:  Excuse me,

 6              Counsel.  Your -- your mic is sort of

 7              rubbing against your shirt.  Sorry for

 8              the interruption.

 9                    MR. SYLVESTER:  No problem.

10    BY MR. SYLVESTER:

11         Q.   Is there anyone else who assisted you

12    with providing your expert services in this case?

13                    MR. KELLOGG:  Objection on

14              work product grounds.

15                    Do not discuss any

16              conversations with attorneys.

17                    THE WITNESS:  Okay.

18         A.   So my understanding is that she --

19    this is the person at Compass Lexecon -- did have

20    assistance from Compass Lexecon staff in terms of

21    work product or analysis.  But my interactions

22    were through her, or with her, in terms of -- of

23    my instructions and supervision and so forth.

24         Q.   Who are the assistants that

25    Ms. van der Merwe interacted with in connection
```

52

1    with the preparation of your expert report?

2         A.   So I don't have a list off the top of my

3    head.  So I know there was junior staff that were

4    doing different tasks, but I interfaced with her.

5         Q.   Did you ever directly communicate with

6    any of the junior staff that were doing different

7    tasks in connection with preparation of your

8    expert opinion?

9         A.   So my memory sitting here today is just

10   -- my best recollection in terms of Compass

11   Lexecon staff is one other person as -- as best I

12   can remember.  Ron -- I'm going to mispronounce

13   his last name -- Lewon -- Lewinski, Lewonski.

14   Ronald Lewonski.  Some -- something along those

15   lines.

16             So in addition with -- to interfacing

17   with her, that's the one other person that I can

18   recall sitting here today.

19        Q.   What is Mr. Lewonski's role at Compass

20   Lexecon?

21        A.   So he's a -- was a statistician.

22        Q.   He's no longer with the company?

23        A.   My memory is that he moved to another

24   company to do something -- some statistical stuff

25   with another company.  I -- was it Amazon or -- I

53

1    forget which company.

2        Q.   What assistance did Mr. Lewonski provide

3    with your expert opinions?

4        A.   So, again, I interfaced with that --

5    that one person at Lexecon.  He did join in a

6    conversation about the factor model.  So it was

7    that one conversation where I do remember he -- he

8    talked.

9        Q.   Did he have any assistance in designing

10   your factor model?

11       A.   Well, the factor model was my -- my

12   instructions and I'm the one that provided

13   instructions on exactly what I wanted done and

14   how -- how it was to be done.

15       Q.   How did Ms. van der Merwe assist in your

16   expert services in this case?

17                    MR. KELLOGG:  Objection.

18       A.   So she helped -- you know, a couple

19   different buckets.  She helped put together

20   binders of materials for me; kept the flow of

21   materials organized.  She -- through her,

22   interfacing with her, there was a lot of data

23   work, merging of data and so forth.  And I used

24   Compass Lexecon pursuant to my instructions for

25   that.

54

1          So, yeah, it was really -- I worked

2     closely with her in preparing the analyses and the

3     end result of my reports reflected in AF-1 and

4     AF-2.

5          Q.   What was the role of the junior

6     assistants at Compass Lexecon with whom you did

7     not directly communicate in preparation of your

8     expert opinions in this case?

9                    MR. KELLOGG:  Objection.

10         A.   So -- so I don't have a breakdown of who

11    did what.  I interfaced with this person.  I know

12    that she had assistants.  But, again, it was

13    pursuant to my instructions and -- and supervision

14    about the ultimate work product.

15         Q.   Was Ms. van der Merwe responsible for

16    the merging of price data between CoinMarketCap

17    and CryptoCompare?

18                    MR. KELLOGG:  Objection.

19         A.   So you used the word "responsible."  At

20    the end of the day, I'm responsible.  She did

21    assist in the merging of the data pursuant to my

22    instructions and supervision.

23         Q.   Do you know how much -- strike that.

24              Are Ms. van der Merwe and Mr. Lowanski

25    also charging, through Compass Lexecon, defendants

55

```
1    for their services?

2         A.   I have no personal knowledge of that.  I

3    assume so, but I have no personal knowledge.

4         Q.   Do you know what their billing rates

5    are?

6         A.   No.

7         Q.   Did anyone at Compass Lexecon provide

8    any comments to drafts of AF-1?

9                   MR. KELLOGG:  Objection.

10        A.   The comments or the -- the interactions

11   were -- I certainly discussed with Compass Lexecon

12   what I wanted done.  I certainly had their

13   assistance.  In terms of the draft itself, my

14   memory of the draft was really reflecting the work

15   product.  So I think the discussions, the

16   thinking, the analysis, occurred before the final

17   production of the report.  So I certainly had

18   those conversations.

19        Q.   Who wrote the first draft of AF-1?

20        A.   I did.

21        Q.   Okay.

22        A.   But I -- I did have the assistance of

23   Compass Lexecon.  So, for example, some -- the

24   exhibits were produced pursuant to my instructions

25   and supervision by Compass Lexecon primarily
```

56

1   because we would still be waiting -- waiting for

2   the report if I were to do these exhibits in a --

3   in a clean and, you know, properly formatted way.

4           So I did have the assistance of Compass

5   Lexecon, but the first draft was mine.

6       Q.   Okay.  Who are all the individuals at

7   Compass Lexecon who contributed in any way to the

8   drafting of your report?

9                   MR. KELLOGG:  Objection;

10                  mischaracterizes the testimony.

11      A.   So -- so my interactions with Compass

12  Lexecon in terms of the draft is -- is what I

13  described earlier.  I did the first draft.  I did

14  have the assistance of Compass Lexecon; they

15  helped put together the exhibits pursuant to my

16  instructions and supervision.  And obviously, you

17  know, that was, you know, something that, as I

18  worked on the draft, I continued to have the

19  assistance of Compass Lexecon.

20      Q.   Who were the people that provided the

21  assistance in -- as described in your last

22  answer?

23                  MR. KELLOGG:  Objection;

24                  asked and answered.

25      A.   It's the same answer as before.  I

57

```
 1    interfaced, with that one exception that I can

 2    recall, with -- with -- with that one person at

 3    Compass Lexecon.

 4         Q.   With Ms. van der Merwe?

 5         A.   Yes.

 6         Q.   Did any attorneys provide comments to

 7    drafts of Exhibit 1?

 8                    MR. KELLOGG:  Objection.

 9                    Direct the witness not to

10            answer.  You can answer yes or no, but

11            that's it.

12         A.   What's the pending question?

13         Q.   Did any attorneys provide comments on

14    drafts of Exhibit 1?

15         A.   I don't recall ever receiving comments

16    from counsel on the draft.  I certainly talked

17    about -- well --

18                    MR. KELLOGG:  Objection.

19                    Don't -- don't go into detail.

20         A.   So I -- I don't recall ever receiving

21    comments on the draft from -- from counsel, is my

22    best recollection.

23         Q.   Okay.

24         A.   So, in other words, you know, for -- for

25    example, I did a draft and then there's a markup
```

58

1    of the draft by counsel.  I don't recall ever

2    that -- I never recall that happening.

3         Q.   Just a yes or no:  Did you ever receive

4    comments orally from counsel on the draft?

5                     MR. KELLOGG:  You can answer

6              yes or no.

7         A.   It depends on what you mean by

8    "comments."  So I did describe to counsel --

9                     MR. KELLOGG:  I'm going to

10             direct the witness not to answer that

11             question.

12                    MR. SYLVESTER:  Not to answer

13             whether or not he received comments

14             orally from counsel?

15                    MR. KELLOGG:  Yes.

16                    MR. SYLVESTER:  I believe --

17             do you want to strike it from the

18             record?  Because he already answered.

19                    MR. KELLOGG:  Yes.

20                    MR. SYLVESTER:  Okay.  So

21             just so the record is clear, you would

22             permit Professor Ferrell to answer the

23             question whether or not he received

24             written comments to his draft, but

25             you object and instruct him not to

59

1          answer as to whether or not

2          he received oral --

3                    MR. KELLOGG:  I object to --

4                    MR. SYLVESTER:  Please let me

5          finish just for the record.

6                    You would object -- object

7          and instruct him not to answer as to

8          whether or not he received oral

9          comments from counsel on his draft

10         expert report.

11                   THE WITNESS:  Would this be a

12         good time to take a five-minute break?

13         We've been --

14                   MR. SYLVESTER:  That's fine

15         by me.  Let's go off the record.

16                   MR. FIGEL:  Why don't we

17         finish this --

18                   THE VIDEOGRAPHER:  Okay.

19         Thank you.  The time is approx --

20         approximately 10:24.  We're going off

21         the record.

22                   (Whereupon, a recess is

23         taken.)

24                   THE VIDEOGRAPHER:  The time

25         is approximately 10:44.  We're back on

60

1              the record.  This is the beginning of

2              Media 2.

3                      MR. SYLVESTER:  Okay.  When

4              we went off the record, we were having

5              a colloquy about Ripple's counsel's

6              instruction not to answer.

7                      Have you come to a position

8              on whether or not he is --

9                      MR. KELLOGG:  Correct.  I

10             will direct the witness not to answer

11             any questions about conversations or

12             other interactions with counsel about

13             the drafting process of the report.

14                     MR. SYLVESTER:  And just for

15             clarity, that includes whether or not

16             such conversations occurred?

17                     MR. KELLOGG:  Correct.

18                     MR. SYLVESTER:  Okay.

19     BY MR. SYLVESTER:

20         Q.  And are you, Professor, going to follow

21     counsel's instruction not to answer any questions

22     regarding any conversations you had with counsel

23     about the drafting process of your report

24     including whether or not such conversations

25     occurred?

61

1     A.   I'm going to follow the instruction of

2     counsel.

3          Q.   Okay.

4               MR. SYLVESTER:  Before we get

5               back to questioning -- questioning, I

6               also want to put a reservation of

7               rights on the record.

8                    To the extent that Professor

9               Ferrell testifies here today about any

10              analysis that he has performed that

11              the SEC has not received or any

12              opinions he has formed that are not

13              set forth in his expert reports, AF-1

14              or AF-2, we reserve all rights to

15              preclude any such analysis or any such

16              testimony at a later date.

17    BY MR. SYLVESTER:

18         Q.   Moving on, have you served as an expert

19    witness prior to this case?

20         A.   Yes.

21         Q.   Approximately how many times have you

22    been retained as an expert witness?

23         A.   I don't have an answer for that.  I

24    don't have a number.

25         Q.   General terms is fine.

62

1          A.    I've been retained over the years in a

2    number of securities and capital market cases, but

3    I don't have a number.

4          Q.    Is it north of 50, would you estimate?

5          A.    If the question is north of 50 in my

6    lifetime, yes.

7          Q.    Okay.  Is it north of 100, would you

8    estimate?

9          A.    In my lifetime, yes, it would be north

10   of 100.  I do want to note that I have been on

11   occasion retained as an expert and the case

12   settled and I effectively do very little or --

13   if -- if anything.

14             So north of 100 with that understanding

15   of what an engagement might entail.

16         Q.    Okay.  Is it north of 200?

17         A.    I don't believe so, but I -- I don't --

18   I don't have a specific recollection sitting here.

19   If you're talking about my entire life, I don't --

20   I don't know sitting here.

21         Q.    Okay.  In the entirety of your expert

22   engagements, have you ever been retained by the

23   plaintiff's counsel?

24         A.    Yes.

25         Q.    Okay.  Sitting here today, just an

63

1    approximate number, what percentage of the time

2    have you been retained by plaintiff's counsel over

3    the history of your engagements?

4        A.   I don't have a specific recollection.   A

5    majority is on the defense side.   I have on

6    occasion been retained by plaintiffs.

7        Q.   Okay.  Prior to this case, have you been

8    retained in a case where a governmental entity was

9    a party?

10       A.   Yes.

11       Q.   How many times has that occurred?

12       A.   So I want to be clear.   Is the question

13   that I'd been retained by the government or the

14   government's been involved?

15       Q.   My first question was, is the

16   government -- let me just ask it again.

17           Have you been retained in a case where a

18   governmental entity was a party regardless of who

19   retained you?

20       A.   Yes.

21       Q.   Okay.  Have you ever been retained by

22   the government in any such case?

23       A.   Yes.

24       Q.   Okay.  How many times have you been

25   retained by the government as an expert witness?

64

1      A.   So, you know, just sitting here, the one

2   memory that comes to mind is I was retained by the

3   U.S. Attorney -- U.S. Attorney in the Southern

4   District in a criminal securities case is -- you

5   know, just sitting here today, is the -- is the

6   one case that comes to mind.  That was a couple

7   years ago.

8      Q.   Okay.  And now backing up to the

9   entirety of cases in which the government was a

10   party and you were an expert witness,

11   approximately how many of those exist?

12      A.   I don't know.  It's -- it has happened

13   on occasion, but it's -- it's -- it's relatively

14   infrequent.  Relatively infre -- it does happen,

15   but relatively infrequently.

16      Q.   Would you say that number is as high as

17   ten?

18      A.   It's possible.  I don't -- I don't have

19   a specific number.

20      Q.   Okay.  Would you say it's as high as 50?

21      A.   No.

22      Q.   Okay.  Have you ever served as an expert

23   witness in a case in which the SEC was a party?

24      A.   Yes.

25      Q.   How many such cases?

1     A.   I don't have a specific number.  It's a

2  small number of cases, is my best recollection,

3  but I don't have a specific number.

4     Q.   Has the SEC ever retained you as an

5  expert witness?

6     A.   No.

7     Q.   So in each of the cases that you've been

8  retained as an expert witness in which the SEC was

9  a party, you've been a witness for the defense?

10     A.   Yes.  The handful of times I can recall

11  that happening, yes.

12     Q.   Has your expert opinion ever been

13  excluded by a court?

14     A.   No.

15     Q.   Let me reask a better question related

16  to that.

17          Has there ever -- has your expert

18  opinion ever been excluded in whole or in part by

19  a court?

20     A.   No.

21     Q.   Okay.  Have you ever held any

22  professional licenses?

23     A.   I was a member of the bar for, like, a

24  year in the '90s.  So that's -- no other

25  professional licenses.

66

1          Q.    Okay.  Was your bar license ever revoked

2     or suspended?

3          A.    I -- I stopped being a member of the bar

4     because I wasn't practicing law, so...

5          Q.    Have you ever --

6          A.    I let it lapse.

7          Q.    I'm sorry.  You said it lapsed?

8          A.    I believe so.

9          Q.    Okay.  Have you ever been the subject of

10    any disciplinary action related to your

11    professional activities?

12         A.    No.

13         Q.    Are you familiar with the term "event

14    study"?

15         A.    Yes.

16         Q.    Okay.  Have you conducted event studies

17    in the past as part of your expert witness work?

18         A.    Yes.

19         Q.    Approximately how many times?

20         A.    How many -- is the question how many

21    times have I done an event study?

22         Q.    As a part of your expert witness work in

23    the past.

24         A.    A large number of times.

25         Q.    North of 50?

67

1          A.    Possibly.

2          Q.    North of 100?

3          A.    I don't have a specific recollection.  I

4     don't know.

5          Q.    Have you ever submitted a rebuttal

6     expert opinion critiquing an event study conducted

7     by another expert witness?

8          A.    Yes.

9          Q.    How many times have you done that?

10         A.    A fair number of times.  I don't have a

11    specific number, but I -- I have definitely done

12    that.

13         Q.    Okay.  Would you estimate that as north

14    of 50?

15         A.    I don't have a specific number.  I'm not

16    sure if it's north of 50.  I don't know.

17         Q.    How about north of 20?

18         A.    My best -- I don't have a specific

19    number.  The answer is probably yes.

20         Q.    Okay.  Have you conducted event studies

21    in contexts other than engagements as an expert

22    witness?

23         A.    Yes.

24         Q.    Okay.  What context?

25         A.    Academic writing and I also teach event

1    studies.

2         Q.   Are the academic publications in which

3    you've addressed the topic of event studies listed

4    among your publications in AF-1?

5         A.   All my current publications are -- are

6    listed there.  Let me just take a quick look.  I

7    am -- yes.  So my most recent paper is listed in

8    the rebuttal.  So I believe this is a complete

9    list of my academic writings.

10        Q.   Okay.  Before performing an event study,

11   do you always check whether the market for the

12   considered security is efficient?

13        A.   My best recollection is in the context

14   where I've done an event study, it's been assumed

15   that the market's efficient is my best

16   recollection.

17        Q.   When you say "it's been assumed," is

18   that you doing the assuming or someone else?

19        A.   It's an assumption -- you know, if we're

20   talking about my expert work, it's an assumption

21   of the litigation under -- under Basic versus

22   Levinson or under the -- let me -- let me restate.

23             That typically when I do an event study

24   in my -- is in a situation where it's been assumed

25   for purposes of litigation that the market is

69

```
 1    efficient.
 2         Q.   Now moving to your -- strike that.
 3              For event -- event studies that you've
 4    conducted in academic contexts, for those event
 5    studies, do you always check whether the market
 6    for the considered security is efficient?
 7         A.   I believe the event studies that I do in
 8    my -- in my work is for large publicly traded
 9    companies.  So I don't -- I didn't run the legal
10    test for efficiency there, but we're talking
11    about, my best recollection is, large publicly
12    traded companies such as listed in the New York
13    Stock Exchange where I don't think there would be
14    a dispute as to efficiency is -- is my sense.
15         Q.   And there are other tests for market
16    efficiency setting aside legal tests, correct?
17                   MR. KELLOGG:  Objection.
18         A.   There's certainly academic literature on
19    efficiency going back to Gene Fama's work in the
20    1960s for sure.
21         Q.   And focusing only on economic tests for
22    market efficiency, before performing an event
23    study in an academic context, do you check whether
24    the market is considered efficient in economic
25    terms?
```

70

```
 1        A.   The same answer as before.  So my best
 2   recollection of kind of the event study factor
 3   type analysis I've done academic work for involves
 4   publicly traded securities; New York Stock
 5   Exchange listed securities, for example.
 6             So, you know, I received it on that
 7   basis.
 8        Q.   Have you ever performed an event study
 9   where the market in your view was not efficient?
10        A.   I don't recall offhand doing that.  I'm
11   not saying it's impossible.  I don't have a
12   recollection sitting here today of doing that.
13        Q.   When you perform an event study, do you
14   always check for statistically significant
15   abnormal returns on days without any relevant news
16   during the period you're examining?
17                  MR. KELLOGG:  Objection.
18        A.   You know, when I run an event study such
19   as, you know, as an expert, the question's always
20   what is the point of the event study and that
21   informs what I look for and what's relevant.  So
22   it really depends on the purpose that I'm using
23   the event study for or the purpose that, for
24   example, an opposing expert's using the event
25   study and that informs the questions that I think
```

71

1    are relevant.

2         Q.   If you're conducting an event study in

3    which you're testing the impact of a news event on

4    the price of a security, in that -- in an event

5    study that addresses that question, do you always

6    check for statistically significant abnormal

7    returns on days without any relevant news?

8                   MR. KELLOGG:  Objection.

9         A.   Again, it depends on the event study

10   that I'm assessing or conducting.  I'd just want

11   to know more context about the purposes of the

12   event study and the facts and circumstances.

13        Q.   Can you recall conducting an event study

14   in which you took steps to determine whether or

15   not there were statistically significant abnormal

16   returns on days other than days on which the

17   relevant news was released?

18                   MR. KELLOGG:  Objection.

19        A.   That's at a high level of generality.

20   It's certainly possible, but it would depend on

21   what the relevant economic questions were given

22   the facts and circumstances of the case and given,

23   if we're talking about expert work, what the

24   opposing expert's doing and the purpose for which

25   they're offering the event study.  So it would

72

1    really depend on the context and the facts and

2    circumstances.

3         Q.   That makes sense, but I'm asking about

4    your recollection of your prior work.

5             Can you recall taking the steps to

6    determine whether or not there were statistically

7    significant abnormal returns on no news days when

8    conducting an event study?

9                  MR. KELLOGG:  Objection.

10        A.   It's possible.  I don't have a specific

11   recollection.

12        Q.   Okay.  Let's assume that you conduct an

13   event study -- now we're in hypothetical land.

14            Let's assume that you conduct an event

15   study and you observe a statistically significant

16   abnormal price return following a news event.

17   Let's also say that you observe a number of days

18   without news that also have statistically

19   significant abnormal price returns.

20            How would your analysis or conclusions

21   about the price reaction to news events change, if

22   it would?

23                  MR. KELLOGG:  Objection.

24        A.   I don't have a view.  I would have to

25   think about it.

73

```
 1        Q.   Did you conduct an event study as part
 2   of your work in this case?
 3        A.   No.
 4        Q.   Have you ever conducted an event study
 5   that pertained to digital asset prices?
 6        A.   No.
 7        Q.   Okay.  Are you offering any opinion in
 8   this case regarding the suitability of event study
 9   methodology and assessing whether there exists a
10   link between Ripple news and the price of XRP?
11                   MR. KELLOGG:  Objection.
12        A.   I am certainly providing an opinion that
13   the factor model is the appropriate statistical
14   model given the facts and circumstances of this
15   case.  So I do have a -- a view as to whether,
16   given the economic theory in the complaint,
17   that -- I do have a view as to whether the event
18   study methodology or the factor model methodology
19   is more appropriate.  So that level of generality
20   I do have an opinion.
21        Q.   Are you providing the opinion that the
22   factor model that you employed is the only
23   appropriate statistical model to employ to
24   determine whether there is a link between Ripple
25   news and the price of XRP?
```

74

1                    MR. KELLOGG:  Objection.

2         A.   I'm providing the opinion that the

3    factor model is -- is the correct statistical

4    model, correct statistical technique, to assess

5    the economic theory as articulated in the

6    complaint.

7         Q.   And what I'm just focusing in on is, is

8    it the only correct statistical technique in your

9    view?

10                   MR. KELLOGG:  Objection.

11        A.   Well, you know, there's a panoply of

12   academically peer-reviewed statistical techniques.

13   The question here is, which one of those

14   statistical techniques is appropriate given the

15   facts and circumstances of this case?  And my

16   opinion is that the factor model is the correct

17   way, not the event study approach.

18        Q.   Is there any part of your expert opinion

19   that states expressly that the event study

20   approach is the incorrect way to study whether

21   there exists a link between Ripple news and the

22   price of XRP?

23                    MR. KELLOGG:  Objection.

24        A.   Sure.  So I try to, you know, explain

25   this in detail in my opening report.  That is, the

75

1    SEC's economic theory articulated in the complaint

2    is -- there's a whole series of events:

3    Statements, distributions, et cetera.  There's a

4    whole series of events -- activities; conduct, if

5    you will -- that occurred over this seven-year

6    period, 2013 to 2020, that in aggregate is

7    associated with the price of XRP going up.

8            So, for example, paragraph 79 to 82 of

9    the complaint.  Paragraph 9 of the complaint

10   refers to all the conduct referenced in the

11   complaint as the basis for the legal conclusion.

12           And so given the facts and circumstances

13   of this case, I felt it was appropriate that one

14   analyze the cumulative effect of the conduct

15   identified in the complaint and whether it is, in

16   fact, associated with excess returns.  That is to

17   say, returns that are specific to XRP and are not

18   otherwise explainable by general movements in

19   the -- in the cryptocurrency markets.

20           I would also say, to give a complete

21   answer, that for the event -- that another virtue

22   of this approach -- that is, the factor model

23   approach -- is one can analyze the entire time

24   period.  I also analyzed, obviously, 2015 to 2020,

25   as well, separately.  That has the virtue of

76

1    capturing the entirety of the price return series

2    versus a situation where even if you observe a

3    short-term correlation between a news event and an

4    XRP change in price, even assuming that were true,

5    there's still the further question of whether that

6    gets reversed later.

7            Again, this -- this sort of speaks to

8    market efficiency and the need to know and the

9    impact that the efficiency of the market has on

10   how one -- whether you can meaningfully interpret

11   the results of an event study given that, you

12   know, you're not -- you may not be able to

13   identify the appropriate event window.

14           So, again, for those reasons, the

15   reasons articulated in my report, I believe the

16   factor model is the appropriate statistical test

17   in the facts and circumstances of this case.

18       Q.   When was the last time you read the

19   SEC's complaint in this matter?

20       A.   Last night.

21       Q.   How many times have you read the

22   complaint?

23       A.   Many times.

24       Q.   More than ten?

25       A.   Probably.

77

1       Q.   More than 20?

2       A.   Probably not.

3       Q.   Okay.  And just for the record, you read

4   the complaint approximately more than ten times in

5   connection with preparing your expert report in

6   this case?

7       A.   Yes.

8       Q.   Okay.  As part of -- part of forming

9   your opinion in this case, you conducted a

10  principal components analysis, is that right?

11      A.   Yes.

12      Q.   Okay.  As I understand it, the purpose

13  of conducting the principal components analysis

14  was to describe the main drivers of general

15  cryptocurrency markets, is that right?

16               MR. KELLOGG:  Objection.

17      A.   It's a way of capturing the information

18  in the non-XRP cryptocurrency markets that I then

19  use in the factor model.

20      Q.   When you say "capturing the

21  information," what information do you mean?

22      A.   Well, there's the 91 tokens that I use

23  for the 2015 to 2020 period.  There's the 9 crypto

24  assets that I use for the full period.  And so

25  there's a covariance matrix associated with that.

78

1    And the PCA analysis is a way to extract

2    information embedded in the covariance matrix of

3    the cryptocurrency assets that I'm using, extract

4    into the principal components that I then use in

5    the regression analysis or in the factor model

6    analysis.

7         Q.   As part of your previous engagements as

8    an expert witness, have you ever conducted a

9    principal components analysis?

10        A.   I don't recall either way.

11        Q.   Setting aside whether or not you

12   conducted a PCA -- strike that.

13             If I say "PCA" throughout the day, I

14   mean principal components analysis.  Okay?

15        A.   Understood.

16        Q.   Okay.  Setting aside whether or not you

17   conducted a PCA in your prior engagements, have

18   you ever been called upon to opine as to whether

19   a specific factor or event influenced price

20   returns?

21                  MR. KELLOGG:  Objection.

22        A.   I -- I mean, going back to our earlier

23   questions, I have done event study analyses in the

24   past.

25        Q.   And so that I understand your answer,

79

```
 1    I -- strike that.

 2              In your prior expert engagements when

 3    you have been called upon to opine as to whether a

 4    specific factor or event influenced price returns,

 5    the expert analysis that you conducted was an

 6    event study, is that right?

 7                   MR. KELLOGG:  Objection.

 8         A.   That's not quite right.  So I have used

 9    event studies in -- in the context of thinking

10    about prices.  I've also used factor model as well

11    in other contexts.  So it depends on the facts and

12    circumstances of the case, including the

13    efficiency of the market.

14         Q.   Prior to this engagement, how many times

15    have you used a factor model to opine on the

16    question of whether a specific factor or event

17    influenced price returns?

18                   MR. KELLOGG:  Objection.

19         A.   I don't have a specific recollection.  I

20    have used it in the past, but I don't have a

21    number.

22         Q.   Under ten?

23         A.   Yes.

24         Q.   Under five?

25         A.   Probably.  I'm not sure.
```

80

1    Q.   Can you recall sitting here today any of

2  the matters in which you've used a factor model to

3  opine as to whether a specific factor or event

4  influenced price returns?

5    A.   So I do remember -- I'm not going to

6  remember cases.  I do remember there's been

7  matters where the claim is that there's been

8  leakage of information into the marketplace that

9  affected the returns over a period of time.  And I

10  do remember using a factor model in that context.

11       So, again, a claim concerning events

12  spanned over a period of time where the claim is

13  that it's impacting the price return series.

14    Q.   Do you recall the security at issue in

15  the case you just described?

16    A.   I believe it was a publicly traded

17  security, is my memory.  A publicly traded stock.

18    Q.   Prior to this case, have you ever

19  offered an expert opinion that an asset was or was

20  not a currency?

21    A.   No.

22    Q.   Prior to this case, have you ever

23  offered an expert opinion that an asset was or was

24  not a virtual currency?

25    A.   No.

81

1          Q.   Prior to this case, have you ever

2     offered an expert opinion that an asset did or did

3     not function as a store of value?

4          A.   No.

5          Q.   Prior to this case, have you ever

6     offered an expert opinion that an asset did or did

7     not function as a unit of account?

8          A.   No.

9          Q.   Prior to this -- prior to this case,

10    have you ever offered an expert opinion that an

11    asset did or did not function as a medium of

12    exchange?

13         A.   I don't believe so.

14         Q.   Okay.  Have you ever --

15         A.   So these are -- just to be clear on the

16    record, this is my best recollection sitting here

17    today.

18         Q.   Have you authored any academic articles

19    that addressed the topic of whether an asset is or

20    is not a currency?

21         A.   No.

22         Q.   Have you authored any academic articles

23    that address the topic of whether an asset is or

24    is not a virtual currency?

25         A.   No.

82

1      Q.   Have you authored any academic articles

2   that address the topic of whether or not an asset

3   functions as a medium of exchange?

4      A.   I don't believe so.

5      Q.   Have you authored any academic articles

6   that address the topic of whether an asset

7   functions as a store of value?

8      A.   I don't believe so.

9      Q.   Have you authored any academic articles

10   that address the topic of whether an asset

11   functions as a unit of account?

12      A.   I don't believe so.

13      Q.   Have you written any publications

14   pertaining to digital assets?

15      A.   I don't believe so.

16      Q.   Have you taught any classes that cover

17   the topic of digital assets?

18      A.   Yes.

19      Q.   What classes?

20      A.   I cover it in corporate finance and I

21   cover it in my securities regulation class.  Oh,

22   and it also comes up in my law and finance class

23   on start-ups.

24      Q.   What topics do you cover related to

25   digital assets in your securities regulation

83

1    courses?

2        A.   So I -- so the securities regulation

3    class is a -- is a class at the law school

4    although I incorporate economics and finance into

5    that.  And so the securities regulation class, I

6    do cover different issues relating to the

7    application of securities laws and -- and digital

8    assets have come up in that context, such as ICOs

9    or, you know, tokens, where, for example, there's

10   some right associated to -- with profits or

11   earnings of the entity that's issuing them to --

12   to raise capital.

13           So that would be the securities

14   regulation class.  It comes up in that context.

15   Kind of the panoply of instruments that you

16   observe in the marketplace.

17           In corporate finance, I talk about it as

18   sort of a new -- new-ish, I should say, financial

19   asset.  So just sort of the characteristics of

20   this -- of this space of crypto assets.

21           And then the law of finance seminar, we

22   do talk about start-ups including start-ups in

23   the -- in the block up -- in the blockchain space.

24           So it comes up in different ways in --

25   in -- in these different courses.

84

```
1          Q.   Have you ever taught -- strike that.

2               Have you -- strike that.

3               When you teach your securities

4     regulation class, do you teach case law?

5          A.   Yes.

6          Q.   Have you, as part of your securities

7     regulation class, ever taught any cases in which

8     the SEC has brought any claims against a digital

9     asset issuer?

10         A.   I don't believe so.  Now, the case book

11    that I use I do think mentions -- might -- I'd

12    have to look back.  It's possible the case book

13    mentions those cases in passing, but I don't have

14    a recollection of specifically assigning those

15    cases.

16         Q.   Have you ever taught a class in which

17    you address the topic of the SEC's case against

18    Ripple?

19         A.   No.  No.  I have mentioned in the

20    context of securities regulation crypto assets.  I

21    don't remember ever assigning a case or a

22    complaint to the class.  So I do mention the issue

23    in class, but, again, I don't have a recollection

24    of ever assigning an SEC complaint or -- or a

25    case.  So it's really at that level of generality.
```

85

1          Q.   Setting aside the SEC's case against

2     Ripple, have you ever taught any class in which

3     you discussed Ripple or XRP?

4          A.   I don't think I've ever gotten into the

5     allegations in this case, no.  I do mention -- I

6     have mentioned securities regulations.  It's

7     mentioned in the case book as well, I believe.

8     You know, the -- the policy issues around crypto

9     assets and how they interact with the securities

10    laws.  So at that level of generality, yes.

11         Q.   Prior to this case, had you been

12    retained as an expert in any case involving

13    digital assets?

14         A.   I don't believe so.

15         Q.   Prior to this case, had you ever

16    conducted any analysis of price movement of

17    digital assets?

18         A.   I don't believe so.

19         Q.   Are you offering any opinion in this

20    case on the informational efficiency of the XRP

21    market?

22         A.   No.

23         Q.   Okay.

24         A.   I'm not providing an opinion on that

25    except to say -- except referencing my earlier

86

1    comments about the event study approach versus the

2    factor model.

3        Q.   Turning to Appendix B of your opening

4    report, AF-1.

5        A.   Appendix B?

6        Q.   That's right.

7        A.   Yes.

8        Q.   Labeled "Materials Considered."

9             Do you see that?

10       A.   I do.

11       Q.   Did you personally review each of the

12   materials listed in Appendix B?

13       A.   I did.

14       Q.   You know what a Wells submission is, is

15   that right?

16       A.   Yes, I do.

17       Q.   Okay.  Did you review any of defendants'

18   Wells submissions in this case?

19       A.   I don't believe I reviewed the Wells

20   submission is my best recollection.  That's my

21   best recollection sitting here.

22       Q.   Okay.  Let's turn to paragraph 90 of

23   AF-1 on page 39.

24       A.   Page 39?

25       Q.   Yes.

1          A.   Paragraph 90?

2          Q.   That's right.

3          A.   Okay.

4          Q.   The second sentence, you refer to "the

5     economic reality that Ripple's efforts do not

6     impact XRP prices."

7          A.   I don't -- I don't see that.  Page 39?

8          Q.   39, paragraph 90.

9          A.   Yes.

10         Q.   Sentence 2.  I'm quoting the latter

11    portion of sentence 2.  Your reference is to "the

12    economic reality that Ripple's efforts do not

13    impact XRP prices."

14         A.   I do.  Okay.  I didn't realize you were

15    reading a portion of the sentence.  Okay.

16                   MR. KELLOGG:  Sorry.  Mark,

17            where are we?

18                   MR. SYLVESTER:  The second

19            sentence of paragraph 90, latter

20            portion.

21    BY MR. SYLVESTER:

22         Q.   Okay.  Is your view, Professor, that the

23    economic reality described in this sentence --

24    sorry.  Strike that.

25              Is your view that the economic reality

88

1     that Ripple's efforts do not impact XRP prices

2     based on your analysis that you describe in

3     Section III of your report?

4                    MR. KELLOGG:  Objection.

5         A.   Well, it does reflect the -- the

6     analysis in Section III, but I -- you know, I

7     would also, you know, reference all the work in

8     the report, including my review of the contracts.

9     You know, the contracts are also referenced in the

10    complaint as well.

11               But I am including as a basis here the

12    factor model, that's true.

13        Q.   Okay.  And can we shorthand the -- the

14    analysis performed in Section III.C of your report

15    as your factor model?  Is that fair?

16        A.   Well, I -- I have a factor model in

17    III.D as well.

18        Q.   Okay.

19        A.   So I -- I wouldn't confine the factor

20    model just to III.C if what you're interested in

21    is the factor model.

22        Q.   Maybe it's easier if I just distinguish

23    throughout the day your two analyses by referring

24    to the analysis that you performed with respect to

25    Sections III.D and III.C of your report.  Would

89

1    that work?

2          A.   If you want to refer to the analysis in

3    III.C, I have no problem with that.

4          Q.   Okay.  All right.  And in III.C you

5    describe the statistical analysis you performed?

6          A.   One of the statistical analyses, yes.

7          Q.   Right.

8               Did you design the analysis that's

9    described in Section III.C to answer the question

10   of whether Ripple's efforts impact XRP prices?

11                    MR. KELLOGG:  Objection.

12         A.   Well, a full answer to that is it's

13   designed to assess the economic theory articulated

14   in the SEC complaint; i.e., there's a whole series

15   of events, including distributions, but not

16   limited to distributions, that had the effect or

17   associated with XRP price increases over that time

18   period, the time period being 2013 to 2020.

19              So the factor model is the appropriate

20   statistical test to assess that economic theory.

21         Q.   In your last answer you referenced a

22   whole series of events including, but not limited

23   to, distributions.

24              What other events are part of that

25   series of events?

1          A.   I would just reference the complaint.

2     So the complaint identifies various statements,

3     tweets, I believe, distributions, that in the

4     SEC's view over this time period are -- is

5     associated with XRP prices increasing.  And,

6     again, I would reference the complaint for the

7     full list of the various events, distributions,

8     news -- statements that the SEC believes in

9     aggregate is associated and helps explain XRP

10    price increases over this time period, the 2013 to

11    20 -- 2020 period.

12               And, again, my view is the factor model

13    is the appropriate way to test whether that's

14    accurate or not.

15         Q.   In your view the factor model is the

16    appropriate way to test whether all of the items

17    that you just listed had an impact on XRP's price,

18    is that right?

19                    MR. KELLOGG:  Objection.

20         A.   It's the appropriate way to assess

21    whether over this time period the events -- events

22    defined as the conduct identified by the

23    complaint -- had or are associated with excess

24    returns of XRP; i.e., returns of XRP that are not

25    explained by general movements in the non-XRP

91

1    cryptocurrency markets.

2        Q.   Let's look back to paragraph 90.  At the

3    very bottom of page 39 --

4        A.   Yes.

5        Q.   -- you reference your "empirical

6    analysis of long-run XRP price return."

7             Do you see that?

8        A.   I do see that portion of the sentence at

9    the bottom of page 39.

10       Q.   Okay.  And is that phrase that I just

11   read a reference to the analysis that you

12   performed that's described in Section III.C?

13                    MR. KELLOGG:   Objection.

14       A.   I am referencing the analysis in III.C,

15   but I -- I would note that I also have a factor

16   model that is relevant to my opinion here in

17   III.D.

18       Q.   Okay.  The top bullet, still on

19   paragraph 90, but on page 40 now, says "Variation

20   in long-run XRP price return can be explained by

21   exogenous cryptocurrency market factors that are

22   outside Ripple's control."

23             Do you see that?

24       A.   I do.

25       Q.   Okay.  What does the term "long-run"

92

1    mean in this sentence?

2        A.   It -- it's a reference to the estimation

3    periods that I -- I looked at.

4                    THE REPORTER:  What period?

5        A.   It's a reference to the estimation

6    periods that I used and there's two:  The 2013 to

7    2020 period, and then my Estimation Period 2,

8    which is 2015 to 2020.

9        Q.   Did you perform any analysis to evaluate

10   the question of whether Ripple's efforts impact

11   XRP prices in the short run?

12                   MR. KELLOGG:  Objection.

13       A.   The answer to that is yes in the sense

14   that if there were news events -- I'm going to --

15   I'm going to use the phrase "events" to reference

16   the complaint's identification of what the SEC

17   feels or believes is impacting, is relevant to

18   the -- to the XRP pricing.

19            So, again, I just want to be clear.

20   When we're talking about events, I'm assuming that

21   we're talking about the events deemed relevant by

22   the complaint, but you can tell me if I'm

23   misunderstanding.

24       Q.   I think it's fair to make sure we're

25   talking about the same thing.

93

1          So the complaint makes a number of

2     allegations about Ripple's actions.  Fair to say?

3          A.   Yes.

4          Q.   Okay.  So when you use the word

5     "events," are you talking about the various types

6     of Ripple's actions that are alleged in the

7     complaint?

8          A.   Yes.

9          Q.   Okay.

10          A.   The distributions, the statements, the

11     various events so identified by the complaint.

12     And I -- and I do analyze, you know, the short

13     term in the sense that if these events had an

14     immediate -- for example, had an impact on XRP

15     pricing that was permanent, didn't get reversed

16     because the market is inefficient, then that would

17     be picked up in the -- in the factor model.

18          So events that have permanent price

19     effects that don't get reversed, for example,

20     would -- would show up in the XRP return and it

21     would show up in whether the excess returns, the

22     returns specific to XRP, are statistically

23     significant or not.

24          Q.   Other than the one set forth in

25     Dr. ▆▆▆▆ opening report, are you aware of any

94

1    event study that evaluates the question of whether

2    news of Ripple's actions had any correlation with

3    XRP price returns?

4                    MR. KELLOGG:  Objection.

5        A.   Not sitting here.  Nothing that I -- I

6    recall.

7        Q.   Okay.  Focusing just on your analysis

8    set forth in III.C, did counsel ask you to make

9    any assumptions in connection with the analysis

10   you performed as described in III.C?

11                   MR. KELLOGG:  Objection.

12                   You can answer yes or no.

13       A.   No.

14       Q.   Okay.  Are you expressing any opinion in

15   this case about whether or not Ripple's efforts

16   affect daily or intraday XRP prices?

17       A.   I am in the sense that I described

18   earlier, which -- which is to say, if Ripple news,

19   the various things that the SEC identifies in the

20   complaint, if those events had an immediate --

21   let's say a same-day price effect, just

22   hypothetically, and that price effect was

23   permanent, it didn't get reversed because the

24   market's inefficient.  So it doesn't get reversed

25   11 days later.  It's a permanent price effect,

95

 1    whether it be intraday or at the end of -- end of

 2    the closing day, whatever your time interval is.

 3    Those permanent pricing effects would show up in

 4    the returns that I analyzed and would show up if

 5    it's -- if it's XRP specific in the excess returns

 6    that I'm analyzing in the factor model.

 7            So in that way I am analyzing that

 8    question, again in the context of the time series,

 9    over my estimation period.

10    Q.   Setting aside that analysis that you

11    just described, did you perform any other analysis

12    pertaining to the question of whether or not

13    Ripple's efforts affect daily or intraday XRP

14    prices?

15            MR. KELLOGG:  Objection.

16    A.   That would be my answer to the question.

17    Q.   Okay.

18    A.   Which is, the short term can matter to

19    the long term if the short term is permanent and,

20    therefore, would show up in the re -- the price

21    series.

22            If the -- if one -- you know, just to

23    take the opposite hypothetical, if, for example,

24    there's a correlation between a news event and a

25    change in XRP price, as a hypothetical, and that

96

1  gets reversed, hypothetically, nine days later,

2  then that would not -- and -- and all that's

3  occurring within my 28-day window, that would not

4  show up in the return by definition.  It might

5  show up in the weekly, but not in the -- the

6  28-day period.

7            So, again, I am -- I would be picking up

8  in my factor analysis events that -- that affect

9  the -- the return versus, you know, some news

10 event that might be reversed by the market.

11     Q.   Sitting here today, do you know whether

12 the hypothetical that you just described occurred?

13 Meaning there was a news event, there was a Ripple

14 news event, there was a change in XRP price, there

15 was a reversion, and it wasn't picked up in your

16 factoring analysis?

17            MR. KELLOGG:  Objection.

18     A.   No.  So the prob -- one problem in my

19 view and one reason why the factor model is a

20 better approach is I have not seen any -- I'm not

21 aware of, I should say, Dr. ███  addressing how

22 his event study can -- can -- can adjust for that.

23            So, again, it goes back to my reason for

24 why the factor model is better.  We're talking

25 about XRP in 2013 and -- and going forward.  We're

97

1    talking about the long-term price series given the

2    allegations in the complaint.  And so I just view

3    that as this is the better way to go.

4         Q.   Is it possible in your view that there

5    was a Ripple news event and a resulting change in

6    XRP price, the XRP price then reverted within your

7    28-day window, and that did not show up in your

8    factor model?

9                   MR. KELLOGG:  Objection.

10        A.   So in your hypo, if the price increased

11   and decreased within the 28-day period, I think it

12   follows that it would not be in the -- the 28-day

13   period.  It may -- it might be in the week period,

14   depending on the timing of those events, but a

15   complete price reversal within that time interval

16   by definition would not be -- wouldn't be, A, a

17   permanent price effect; and, B, wouldn't be in the

18   time series; and, C, wouldn't explain why XRP

19   price is going up over time.

20        Q.   Okay.  You've mentioned in your

21   testimony a few times, I think, the phrase

22   "because the market is inefficient."  And I just

23   want to clarify for the record.  Are you offering

24   any opinion in this case about the efficiency of

25   the XRP market?

98

1               MR. KELLOGG:  Objection.

2          A.   I am not.

3          Q.   Okay.

4          A.   I -- I -- I'm saying that if the market

5     is in -- inefficient, the market for XRP, for

6     example, in 2013 or some time period, then in that

7     scenario the event study is going to have this

8     problem of what the appropriate event window is.

9     That is to say, how do you control for or adjust,

10    when thinking about price impacts, for reversals

11    or whatever it is that renders the market

12    inefficient?

13              So I was really talking in terms of that

14    scenario.

15         Q.   And you haven't done any analysis to

16    determine one way or the other whether the XRP

17    market is or is not inefficient?

18              MR. KELLOGG:  Objection.

19         A.   Correct.

20         Q.   Okay.  Are you expressing the opinion in

21    this case that XRP would have performed as it

22    historically did irrespective of Ripple's actions?

23              MR. KELLOGG:  Objection.

24         A.   That's not -- that's not quite the way I

25    would frame it.  The way I would frame it is

1    there's no excess returns.  There's no XRP

2    specific price returns -- there's no price returns

3    specific to XRP that -- above and beyond the

4    general cryptocurrency market movements.

5        Q.   And does that mean in your view -- in

6    your view that XRP would have performed as it did

7    irrespective of Ripple's actions?

8        A.   It -- well, the -- that test and that

9    finding is -- does directly speak to the SEC's

10   claim in its complaint that Ripple's efforts

11   caused the price to increase or is associated with

12   a price increase, you know, over this time period.

13            So it -- it's really addressing the

14   economic theory articulated in the complaint; that

15   is to say, there's Ripple-specific efforts that

16   help explain or are associated with an XRP price

17   rise.  And it's really that proposition that I'm

18   testing.

19       Q.   Who collected the data that you used for

20   your factor analysis?

21       A.   Compass Lexecon.

22       Q.   Do you know who personally conducted the

23   data pull?

24       A.   We're -- we're going to just go back to

25   our earlier conversation.  I interfaced with

100

1    Ms. van der Merwe at Compass Lexecon.  I gave

2    instructions on the type of analysis I wanted to

3    do, including the data pull and where to pull the

4    data.  And so I would just reference our earlier

5    discussion in that regard.

6        Q.   Did you personally do anything to check

7    the quality of the data that you used in

8    performing your factor analysis?

9        A.   You said "personally."  Sure.  I went

10   over the data with Compass Lexecon.  I talked

11   about where I wanted the data to be pulled.  So,

12   yes, a lot of work went into that including myself

13   personally.

14       Q.   What data quality checks, if any, did

15   you perform?

16       A.   Well, so, I reviewed the academic

17   literature about where the academic peer-reviewed

18   finance literature pools return data.  The

19   academic literature is quite clear that

20   CoinMarketCap and CryptoCompare are widely used in

21   the peer-reviewed academic research.  And so I

22   guess I began my data collection by grounding

23   myself in the accepted approach in the academic

24   literature.  So I guess that's the main starting

25   point.

```
 1              As I said earlier today, I also ran
 2    before the filing of the report all the time
 3    series on CoinMarketCap just as a robustness
 4    check.  I think the data sources that I use in the
 5    report are the correct ones.  But it was really, I
 6    guess answering your questions, following the
 7    academic literature on this.
 8         Q.   Returning to the data sources that you
 9    used underlying your opinions in the report, in
10    addition to referencing the academic literature,
11    are there any other data quality checks that you
12    performed?
13         A.   Well, sure.  I mean, I went over the
14    data collection process, how they're pulling the
15    data, I looked at the data.  So, yes, this was a
16    process that unfolded over time.  So it wasn't
17    simply, you know -- you know, just reading
18    academic finance papers but, rather, making sure
19    that that was properly implemented in how the data
20    here was put together.
21         Q.   Why did you -- excuse me.
22              Why did you opt to use price data from
23    two sources?
24         A.   Well, if you look at the academic
25    peer-reviewed literature, CryptoCompare is widely
```

1    used in the peer-reviewed academic research --

2    academic peer-reviewed literature as a source

3    of -- of price return data.

4            Now, you do run into the following

5    issue, which is CryptoCompare does not go back to

6    2013.  So another source that is also used in the

7    academic literature is CoinMarket.  So

8    CoinMarket -- CryptoCompare doesn't go back to the

9    beginning and, therefore, I relied, consistent

10   with the academic literature, on -- on CoinMarket

11   for that time period.

12       Q.   Does CoinMarket cover the entire period

13   from 2013 to 2020?

14       A.   I believe so.  And that's why I was able

15   to run it, as I discussed earlier, just on

16   CoinMarket.  But I felt the better way to go is to

17   use CryptoCompare because that is used as a data

18   source in peer-reviewed academic research.

19       Q.   For clarity, for the opinions underlying

20   your report, you used both data sources, is that

21   right?

22       A.   Yes.

23       Q.   Okay.  Is there any academic literature

24   you can think of sitting here today that uses two

25   sets of data sources for pricing?

1          A.   I haven't looked at that specifically.

2     I mean, not sitting here today.  I can say that

3     the academic peer-reviewed literature uses both

4     and uses CryptoCompare for later time periods.

5     That's simply not possible to use for the earlier

6     period because it doesn't exist in CryptoCompare.

7               So, you know, sitting here today, both

8     are used in the academic research literature.  As

9     I said earlier, even if you just run it on

10    CoinMarket, it doesn't make a difference.

11         Q.   What's the advantage of using two sets

12    of data versus just using CoinMarket data?

13         A.   Well, at the end of the day, it doesn't

14    matter.  The results are the same.  The excess

15    returns are not statistically significant at the 5

16    percent level.

17              That being said, if you review the

18    academic peer-reviewed literature, you do observe

19    papers using CryptoCompare for their analysis.

20         Q.   Right.  My question, though, goes to

21    your -- the methodology that you selected for your

22    report.

23              Was there an advantage in your mind to

24    using two data sources versus just using the

25    CoinMarket data?

104

```
 1        A.   Again, it doesn't make a difference,
 2   but, yes, there is an advantage in the sense that
 3   when you read the peer-reviewed academic research
 4   literature, and the literature is analyzing a
 5   later time period, a period for which there is
 6   CryptoCompare data, you do observe the
 7   peer-reviewed academic literature using that data
 8   source.  Not that it means CoinMarket is bad data,
 9   but, rather, you do observe papers using
10   CryptoCompare.
11        So the Liu paper in the Journal of
12   Finance, or coming out in the Journal of Finance,
13   uses CryptoCompare, I believe if I'm citing the
14   paper correctly, but let -- let me restate that.
15        There are peer-reviewed academic papers
16   that are using CryptoCompare.  Obviously you can't
17   use that in the earlier period here because it
18   doesn't exist in the data set.
19        Q.   Did you do anything to verify
20   compatibility of price data from the two data sets
21   that you used?
22        A.   Yes.  So I did CoinMarketCap and I ran
23   it on that, as I said, as well as reviewing the
24   data.  And as we discussed earlier today, I know
25   that Dr. ███ has -- I'm going to put aside the
```

1    fact that he identifies three date -- three

2    returns that I don't use, where he claims I didn't

3    do due diligence on data that I didn't use.  I'm

4    going to put that aside.

5            He does identify one return out of the

6    6,700 I used that looks, I think, abnormally

7    large.  And so I did rerun it dropping that and it

8    doesn't -- doesn't affect anything.

9        Q.   Let me limit my question to any steps

10   that you took prior to submitting your expert

11   report in AF-1.

12       A.   Okay.

13       Q.   Prior to submitting AF-1, did you do

14   anything to verify the compatibility of the price

15   data in the two data sets?

16       A.   I would go back to my earlier answer.

17   I -- I ran everything on CoinMarket; didn't make a

18   difference.  I visually inspected the data.  I

19   instructed Lexecon where to pull the data from

20   based on the academic research.  You know, went

21   over the data with them -- or with her in

22   conversation and on looking at the data.

23           So, again, it was a process that I

24   undertook in constructing the factor model and the

25   data inputs to it.

106

1        Q.    You've referenced a few times Dr. ████

2    reference to the token THC in your data set,

3    correct?

4        A.    Yes.

5        Q.    Prior to reading Dr. ████ rebuttal

6    report, were you aware of those unusual price

7    spikes of THC within your data set?

8        A.    So you just used the word "spikes,"

9    plural, in your statement.  My understanding --

10   but we could look at his report -- is that he

11   identified one out of the -- I'm approximating

12   now -- one out of the 6,700 crypto returns that I

13   used as, in his judgment, being too large.  So it

14   wasn't plural, it was one, if we're talking about

15   the same thing.  And, again, it's -- it affects

16   nothing.

17       Q.    Be that as it may, were you aware of the

18   price of the one -- strike that.

19             Let's look at Dr. ████ rebuttal

20   report.  Can we look at --

21       A.    I don't have his report.

22       Q.    I will get it for you.

23       A.    I'm sorry.  I didn't mean to jump ahead.

24       Q.    Let's look at -- at AF-6, please.

25                       (Whereupon, exhibit is

107

1           received and marked SEC Ferrell

2           Exhibit AF-6 for identification.)

3                    MR. SYLVESTER:  Thank you

4           very much.  Okay.  Here we go.

5                    THE WITNESS:  I want to give

6           one to her.

7   BY MR. SYLVESTER:

8      Q.   I'm handing you what's been marked AF-6.

9   This is the expert rebuttal report of Dr. █████

10          Professor Ferrell, this is the ████

11  rebuttal report we've been discussing?

12     A.   Yes.

13     Q.   Okay.  Let's turn to page 19 of that

14  report, Figure 10.

15     A.   Figure 10?

16     Q.   Yes, please.

17     A.   Okay.  Oh, we were -- I'm sorry.  You

18  ask your question and I'll make -- go ahead.

19     Q.   So my question was, were you aware of

20  the prices of the THC token that Dr. ████

21  identifies as outliers prior to submitting your

22  expert report, AF-1?

23                   MR. KELLOGG:  Objection.

24     A.   Okay.  So I'm going to read from

25  paragraph 38 of his report where he's referencing

1    Figure 10.

2             "As shown in Figure 10, most prices for

3    THC are fractions of a cent, but there are three

4    dates (August 21, 22 and 23, 2017) when THC prices

5    are reported to reach values of over 10 million

6    U.S. dollars per token in the CryptoCompare data."

7    Okay.  And then he has Figure 10.

8             Okay.  So my comment on this is this is

9    a little silly because I don't use August 21st,

10   22nd or 23rd.  It's not used in my factor model.

11   I use, as I say, the 28-day period which I believe

12   runs from -- I'm not going to get the exact dates,

13   but it runs from early August to early September.

14            So he's pointing to data that is not

15   used in my analysis.  So, you know, this is --

16   this is really completely irrelevant.

17       Q.   Commentary aside, were you aware of

18   these -- what Dr. ███ characterizes as "outlier

19   prices" on the three dates listed in Figure 10

20   prior to submitting your expert report in AF-1?

21       A.   I --

22                 MR. KELLOGG:  Objection.

23       A.   I don't recall seeing that.  Again,

24   completely irrelevant.  It's not used in my data

25   analysis.  I do appreciate being accused of not

1    doing due diligence when the data being identified

2    is not actually used by myself.

3        Q.   Were there any outlier price data with

4    respect to the THC returns that did get

5    incorporated into your analysis?

6        A.   I believe -- and we can look at the

7    report.  Let me just -- give me one second here.

8            Yeah.  So he -- in addition to these

9    three that we've been talking about in Figure 10,

10   he identifies -- and this is what I was

11   referencing earlier -- a THC return date in

12   paragraph 41.

13       Q.   Okay.  So in your view there was one

14   inaccurate price data point for THC that was

15   incorporated into your analysis.  Is that fair?

16       A.   I agree that 8,916 percent is a very

17   large return.  So this is one return out of

18   approximately 6,700 returns that I used that was

19   in the original data, not the -- not in the -- you

20   know.  So this -- this wouldn't be affected by my

21   CoinMarketCap running of the model.  But there is

22   one return out of the 6,700 that is this return.

23   And as I said earlier, it makes no difference to

24   the outcome, as one would expect.

25       Q.   So the record is clear, THC is one of

1    the tokens that's used in your principal

2    components analysis as reflected in AF-1, correct?

3         A.   That's right.  It's one of the 9 --

4    well, let's -- just to be clear, it's one of the

5    91 tokens that are used in Estimation Period 2,

6    the 2015 to 2020 period.  I don't believe THC is

7    in the 9 tokens that's used for the full time

8    period.

9              So his discussion here is about -- I

10   believe, is focused on the Estimation Period 2

11   where this is one -- this token or this crypto is

12   one of the 91.

13        Q.   In your report in AF-1, you report the

14   results of your analysis using a 28-day return

15   period, is that right?

16        A.   Yes.

17        Q.   Why did you opt to use a 28-day return

18   period in your expert report?

19        A.   Well, I have a footnote explaining why I

20   think this is the best specification, and that is

21   I'm running it essentially on a Tuesday to a

22   Tuesday.  So you avoid national holidays on

23   Mondays.  You avoid mixing different days of the

24   week if you were, for example, to run it on a

25   calendar basis.  You're running it from a Tuesday

1    to a Tuesday and you're avoiding weekend effects.

2              So, you know, for those reasons that I

3    reference in the footnote, I felt a 28-day was the

4    best specification.  And, again, I explain all of

5    this in the report.

6        Q.   Is there any advantage in your mind to

7    starting your analysis and ending your analysis on

8    a Tuesday versus a Wednesday, a Thursday or a

9    Friday?

10       A.   So Tuesday is the first day -- I forget

11   exactly when the data starts, but it's after that

12   weekend and Monday.  Obviously, you know, I tried

13   to run the model as early as I could with these

14   considerations in mind for that same time period.

15             But, you know, all the permutations that

16   Dr. ███ presents in his report, whether it be

17   running it on a Wednesday or a Thursday or what

18   have you, does not change the result.  The result

19   being there's no statistically significant alpha

20   at the 5 percent level.

21       Q.   Prior to submitting your report in AF-1,

22   had you run your factor model starting and ending

23   on a Wednesday?

24       A.   I don't recall the answer to that.  I --

25   what I did do, which is related to your question,

1    is, as I said earlier, I did run it on weekly and

2    on -- on 30-day and on calendar month.  So I don't

3    know whether the calendar month would -- how that

4    would end in terms of days of the week, but I did

5    run those alternative specifications.  Didn't

6    change the results.  But, again, for the reasons I

7    describe in my report, I felt 28 days was the best

8    specification.

9        Q.   And, again, you ran those weekly, 30-day

10   and calendar month factor models prior to

11   submitting your expert report in AF-1?

12       A.   I did.

13       Q.   Okay.  Are there any academic articles

14   that explain any benefits to using CryptoCompare

15   data versus CoinMarket data?

16       A.   So you have to direct me to that, you

17   know, if you have a particular paper in mind.  But

18   it is the case that folks -- you know,

19   peer-reviewed literature does use CryptoCompare

20   data for later time periods, although, you know,

21   as I said before, it doesn't actually affect --

22   that choice of the data set doesn't actually

23   affect the results.

24       Q.   Turning back to a previous question,

25   prior to submitting your report in AF-1, it's true

113

1    that you did not use a -- a Wednesday start and

2    end date to run your factor model, correct?

3                    MR. KELLOGG:  Objection.

4        A.   I -- as I said before, I would just

5    reference my earlier answer.  I forget the start

6    dates for the -- you know, whether -- you know,

7    for example, I forget whether the calendar mixes a

8    Wednesday with -- I just don't remember.  I did

9    run it on weekly, 30, and calendar.  Again, it

10   doesn't make a difference, as does the

11   permutations, the specifications in Dr. █████ .

12   None of it changes the result that the alpha is

13   statistically insignificant at the 5 percent

14   level.

15       Q.   But sitting here today, you don't

16   recall having run your analysis using a Wednesday

17   or a Thursday start date prior to AF-1, is that

18   right?

19                   MR. KELLOGG:  Objection;

20           asked and answered.

21       A.   Same answer as before.

22       Q.   I believe you testified earlier that THC

23   was part of your principal components for your

24   Estimation Period 2, is that right?

25       A.   I believe that's correct.

1        Q.   Was it part of PC 2?

2        A.   Well, the principal component analysis

3   is extracting information from the entire

4   covariance matrix.  So I do believe it appears --

5   you know, it is being weighted or reflected in PCA

6   2.  So I think that is -- at that level of

7   generality, I think that's a fair statement.

8        Q.   Okay.  Do you recall what were the other

9   tokens in Principal Component Number 2?

10       A.   Oh, I don't.  I mean, I have -- you

11   know, all the 91 is extracting all of the

12   information from the covariance matrix.  I'm happy

13   to look at -- if what you're referring to is page

14   22, I'm happy to take a look at that.

15       Q.   Are you referring to page 22 of AF-1?

16       A.   Oh, I thought you were -- I thought we

17   were discussing Figure 13 of ███ where he's

18   talking about PCA 2.

19       Q.   We can look at Figure 13 of ███  I was

20   just asking if you -- if you know one way or the

21   other what other tokens in Principal Component 2

22   there were in addition to THC.

23       A.   Well, the P -- just to be clear, the PCA

24   is extracting all the information from the

25   covariance matrix for all 91.  Now, the -- what

1    that translates into in terms of how different

2    coins get weighted, you know -- yeah, that's a

3    separate question.  But, you know, the PCA

4    analysis is extracting, in constructing the PCA

5    components, all the information for the entire

6    covariance matrix of the 91 tokens.

7         Q.   Can we --

8         A.   Or the 91 -- I keep saying "tokens."

9    Ninety-one tokens.  I'm using that interchangeably

10   with crypto assets.

11        Q.   Can we look at Exhibit 3 of your AF-1?

12        A.   AF-1?

13        Q.   Yes, please.  Exhibit 3.

14             Exhibit 3 is labeled "Regression of XRP

15   price return on principal components of other

16   cryptocurrencies."

17             Do you see that?

18        A.   I do.

19        Q.   Okay.  Can you explain to me what the

20   difference is between Principal Component 1 and

21   Principal Component 2 on your Exhibit 3?

22        A.   I just explained it.  I would reference

23   the PCA analysis, which is extracting -- it's a

24   projection of the covariance matrix into a lower

25   dimension of data.  So it's extracting, in the

1    Principal Component 1, the most information from

2    the covariance matrix to construct PCA 1, which is

3    going to be a weighting across tokens based on

4    where the information resides in the covariance

5    matrix to construct PCA 1 and -- and then so forth

6    and so on.

7        Q.   What was the weight of THC in Principal

8    Component 2?

9        A.   I don't have that memorized.  So it is

10   extracting information from the entire covariance

11   matrix.  So the 91 by 91 covariance matrix -- you

12   know, I have not memorized, you know, the implied

13   weighting of the PCA 2 across the 91 tokens.

14       Q.   Is the use of a 28-day, Tuesday to

15   Tuesday, return a generally accepted methodology

16   in -- in economics literature studying price

17   returns?

18       A.   I think it is consistent or a reflect of

19   the academic literature for the reasons I state in

20   my footnote.

21            So, for example, it's established that

22   there's weekend effects with crypto assets.  There

23   are -- and so given these concerns about

24   day-of-the-week effects for crypto, in the

25   literature I think it's consistent to do the

117

1    28-day as the best specification.

2         Q.   Sitting here today, can you think of any

3    academic literature that uses a 28-day return

4    period?

5                   MR. KELLOGG:  Objection.

6         A.   So I believe there's a paper by Chain,

7    C-H-A-I- -- C-H-A-I-N, that uses a 28-day window.

8    That's one that might be most on point with your

9    question.  But, again, I would reference the

10   academic literature on day-of-the-week effects for

11   crypto as the reason why I thought Tuesday to

12   Tuesday was the best specification.  As I said

13   before, the other specifications have the same

14   result.

15        Q.   Did you cite that Chain paper in your

16   expert report?

17        A.   I don't believe I did.

18        Q.   Did you review the Chain paper prior to

19   preparing your expert report?

20        A.   Yes.  Yes, I -- I reviewed a lot of

21   papers.  I feel -- felt like it was sufficient, I

22   still feel like it's sufficient, that there are

23   day-of-the-week effects for crypto.  And the best

24   specification would incorporate that fact into

25   defining the appropriate window or the appropriate

118

1    time period; i.e., the 28 days.

2         Q.   What other papers besides the Chain

3    paper did you review in preparation of your expert

4    report but not cite in your expert report?

5         A.   Well, I've read over the years many

6    crypto papers.  I'm not going to have a -- a list

7    off the top of my head.

8         Q.   And I just -- I -- I don't want to

9    interrupt you, but I just want to limit my

10   question to in preparation of your expert report.

11   Just that time period.

12                    MR. KELLOGG:  Objection.

13        A.   Again, I'm bringing to bear my knowledge

14   as -- as -- as an academic economist, the

15   literature.  I do cite papers for specific reasons

16   in my report, but I am invoking my experience as

17   an academic economist in how I thought and

18   prepared my analyses.

19        Q.   In your view, does your PCA identify the

20   most important economic factors in the crypto

21   market?

22                    MR. KELLOGG:  Objection.

23        A.   I don't think that's -- I -- I think

24   that's too broad and too -- I guess I don't agree

25   with that framing.  Really, what information that

1    -- what information are you interested in is a

2    function of what the analysis is that you're

3    doing.

4              For my analysis, the PCA is extracting

5    in an efficient way the information in the

6    covariance matrix of the 91 or the 9 tokens given

7    what I'm interested in, which is exploring the

8    price movements of XRP in relation to the other

9    cryptocurrency markets.  So, again, for my

10   purposes I think it does capture the right

11   information.

12             I guess I'm hesitant to speak to any --

13   you know, other potential research questions I

14   would have to -- I would have to think about.

15       Q.   In your view, is the information that's

16   captured from the covariance matrix of the 91

17   tokens econo -- information about important

18   economic factors in the crypto market?

19                       MR. KELLOGG:  Objection.

20       A.   It is extracting information about

21   the -- the times -- the pricing time series in the

22   non-XRP cryptocurrency markets in a very

23   established way.  I think the PCA analysis has

24   been around, I think, over a hundred years.  So it

25   is a well-grounded, academically peer-reviewed

120

1    technique widely used to capture information that

2    might be relevant to a research question or an

3    analysis.

4        Q.   Is there other information about the

5    cryptocurrency market other than price and time

6    series and non-XRP cryptocurrency markets that the

7    PCA provides?

8                    MR. KELLOGG:  Objection.

9        A.   I'm not sure what the question's asking.

10       Q.   I'm asking whether or not the PCA

11   provides any other information about relevant

12   factors in the cryptocurrency market other than

13   just the time and price series of the data -- of

14   the underlying data.

15       A.   Well, it --

16                   MR. KELLOGG:  Objection.

17       A.   I mean, I guess we have to talk a little

18   bit about what a PCA does.  It's projecting higher

19   dimensional data using, you know, the -- the

20   covariance matrix into a lower dimension.  So it

21   is extracting in an efficient manner information

22   in -- in the -- in the other non-XRP crypto market

23   return price series.

24       Q.   When you say "information" in that

25   answer, what is that information that's being

1    extracted?

2         A.    The covariance matrix.

3         Q.    And --

4         A.    So --

5         Q.    Sorry.  Go ahead.

6         A.    Yeah.  So it's a well-established

7    technique to extract information reflected in the

8    time series of the 91 or the other 9 tokens.

9         Q.    What information does it extract?

10        A.    It extracts -- we have lots of time

11   series for 91 or 9.  It's extracting the time

12   series along the dimensions that have the most

13   information about what the -- what the

14   cryptocurrency markets are doing.  So typically

15   the PCA is going to work off the eigenvalue of the

16   matrix to project from a higher dimension to a

17   lower dimension the informational content of the

18   data.

19             So, again, completely standard.  It's

20   used in asset pricing models.  It's used for other

21   purposes all the time.  It's nothing surprising or

22   novel in any way about using a PCA to extract

23   information from -- from -- you know, from a data

24   set.

25        Q.    Did you use --

122

1           MR. KELLOGG:  Mark, is now a

2       good time for a break?

3           MR. SYLVESTER:  Sure.  Fine

4       by me.

5           THE VIDEOGRAPHER:  Okay.

6       Thank you.  The time is approximately

7       11:58.  We're going off the record.

8           (Whereupon, a recess is

9       taken.)

10          THE VIDEOGRAPHER:  And the

11      time is approximately 12:15 p.m.

12      We're back on the record.  This is the

13      beginning of Media 3.

14  BY MR. SYLVESTER:

15      Q.   Professor, did you use the Fama-French

16  factors in your analysis?

17      A.   No.

18      Q.   It's true that at no point you conducted

19  your factor model using daily price data, is that

20  right?

21      A.   Correct.

22      Q.   Okay.  This is a hypothetical question.

23  Let's assume the only change to your analysis is

24  that you analyzed the price return data at a daily

25  interval versus your 28-day interval.  Let's

123

```
 1    assume that other digital assets explain a very

 2    small --

 3                     THE REPORTER:  You're going

 4             to have to slow down, Mark.

 5        Q.   Let's assume that other digital assets

 6    explain a very small portion of XRP price return

 7    variation.  Say less than 50 percent.

 8             Would that change your opinion in this

 9    case?

10                     MR. KELLOGG:  Objection.

11        A.   If I understand the question correctly,

12    the question is would I reject the model purely as

13    a function of adjusted R-squared?  Again, I guess

14    I would want to see the model and what's going on

15    with the model.  Obviously different models can

16    have different adjusted R-squares in terms of the

17    explanatory power of the model.

18             So I guess in your hypothetical, I would

19    want to do the work to understand the model and --

20    and see and make -- and make an assessment from

21    there.  Given my purposes and what I was testing,

22    you know, I -- I had the specification, I think,

23    that best captures it.

24        Q.   Is your opinion in this case based in

25    part on the adjusted R-squares that your model
```

1    produced?

2           A.   Not per se.  So the adjusted R-squared

3    for -- for Estimation Period 1, the 90 percent

4    plus, I mean, that is a feature of the model that

5    I use.  So in that sense it is part of my analysis

6    because it is the associated adjusted R-squared.

7                So, yes, going back to my earlier

8    answer, I would say the adjusted R-squared for the

9    model or the models that I'm running is a feature

10   of the model.  It's an output of the model.  So

11   obviously in that sense it's part of my analysis.

12   It's a function of the model.

13               But I would also say that, you know, you

14   can obviously not ascertain the statistical

15   significance of the alpha, which is what I'm

16   primarily focused on, by -- you know, by just

17   referencing what the adjusted R-squared is.  So

18   I'm more interested in the model's assessment of

19   the statistical significance of the alpha.  But

20   that being said, the adjusted R-squared is

21   obviously part of -- it's reflecting what the

22   model is doing in practice.

23          Q.   When you say you're primarily focused on

24   the statistical significance of the alpha, can you

25   explain the relationship between that and your

1   expert opinion that -- I'm quoting from paragraph

2   100 -- "variation in long-run price return of XRP

3   can be explained by exogenous, non-XRP,

4   cryptocurrency price returns or, put differently,

5   by factors outside Ripple's control"?

6       A.   Can you remind me what page that is?

7       Q.   Sure, 47.

8       A.   Can you remind me of what you were just

9   reading?

10      Q.   Sure, it's paragraph 100.  It starts "In

11  summary..."  It's just one sentence.

12      A.   Okay.  And what was -- I see the

13  language.  Which -- now, what was the question?

14      Q.   The question was you -- your -- a few

15  answers back, I believe that you said that you're

16  primarily focused on the statistical significance

17  of the alpha, is that right?

18      A.   Yes.

19      Q.   Okay.

20      A.    In the context, to be clear, of having a

21  model that appropriately accounts for non-XRP

22  crypto price movements and so forth.

23      Q.   Right.  And what I'm trying to do is

24  ask -- strike that.

25           What's the relationship between the

126

1    statistical significance of the alpha and your

2    conclusions that you reached in paragraph 100, if

3    there is one?

4                    MR. KELLOGG:  Objection.

5        A.   Right.  So obviously I do further

6    analysis after paragraph 100, so I don't want to

7    create the misimpression that my analysis of the

8    price returns ends at paragraph 100.  And so I

9    would incorporate the further analysis that I do.

10                   But I am saying that if the SEC's

11   economic theory as articulated in the complaint is

12   true, one would expect to observe excess returns

13   of XRP and that's the alpha.  That is to say,

14   there's returns that are specific to XRP, specific

15   to XRP, that are positive, because the SEC is

16   alleging that on the whole these news and

17   activities of Ripple were helping to drive the

18   price up.  So that theory would indicate that the

19   XRP specific price return is positive and

20   statistically significant; i.e., it's -- the

21   return is above and beyond what you would just

22   expect based on general cryptocurrency market

23   movements.

24       Q.   Okay.  Returning to my hypothetical

25   about running your factor model with daily

127

1   interval data, if your factor mod -- if you had

2   done that and under the assumption that other

3   digital assets, non-XRP assets, explain a very

4   small portion of XRP price return variation, would

5   that affect your opinion at all?

6                    MR. KELLOGG:  Objection.

7       A.   So your question is some hypothetical

8   analysis that I didn't do, would that affect my

9   opinion?  I would have to see what the analysis

10  is.  Some hypothetical model using daily prices

11  for a asset pricing model.  I mean, I -- one other

12  thing I would say is I do describe in my report

13  the frequency of data that is used for these

14  factor models.

15                  So, anyway, your hypothetical's about a

16  hypothetical analysis.  I would need to take a

17  look and think about it.

18      Q.   Would it be possible to run your factor

19  model as described in your report using daily

20  pricing data?

21                    MR. KELLOGG:  Objection.

22      A.   Yes, you could do that, I assume.

23  Again, I would be worried about the consistency of

24  such approach with the academic literature that I

25  cite about the frequency of the data used in these

128

```
1    factor models.  The monthly or the weekly is

2    basically what you see.  So I cite to those asset

3    pricing model papers about the frequency of the

4    data.

5              But, again, for some hypothetical

6    analysis that I haven't done, what do I think

7    about it?  I guess I would want to see it.

8         Q.   Are there academic papers that you cite

9    in your report that do -- sorry, strike that.

10             Are there academic papers that you cite

11   in your report regarding cryptocurrency returns

12   that do use daily pricing data?

13        A.   Yes.  I mean, I think, you know, I cite

14   to one of Dr. ███████ papers where he uses

15   higher frequency data, I think for different

16   purposes than what I'm concerned with.  You know,

17   I'm concerned with the long-run time series for

18   the returns.  I believe in that particular paper

19   he was more motivated by looking at trading types.

20             So, yes, some of the academic papers use

21   a different frequency of data, you know, given the

22   research question that they were interested in.

23        Q.   Why did you elect not to run your model

24   on daily price data for purposes of your opinion?

25        A.   Because --
```

129

```
 1              MR. KELLOGG:  Objection.
 2        A.   -- the academic papers I cite -- and
 3    this is when I've done my own academic work with
 4    factor models -- is -- is -- is monthly return
 5    data is what you see.  I know that, you know, some
 6    of the papers I cite also use weekly, but I'm
 7    looking over a seven-year period.
 8              So my view is that the monthly -- I'm
 9    rounding here from the 28 days -- is consistent
10    with the asset pricing model literature.
11        Q.   When you've used factor models in your
12    own academic work, have you also used a 28-day
13    interval?
14        A.   No, because I've never -- I've never run
15    a factor model in my academic work on -- on
16    crypto, which has these unique features; you know,
17    this -- this feature in the data that you have
18    these day -- these strong day-of-the-week effects.
19        Q.   Let's turn to paragraph 20 -- sorry,
20    strike that.
21              Let's turn to paragraph 92 of your
22    opening report, page 41.
23        A.   Okay.
24        Q.   The first sentence of paragraph 92 is
25    "There is no consensus in the literature on the
```

1  nature or the number of factors that should be

2  used."

3          Do you see that?

4      A.   I do.

5      Q.   Is it fair to say, then, that it was

6  your own judgment as to which factors would be

7  appropriate to determine the factors that you used

8  in your analysis?

9              MR. KELLOGG:  Objection.

10     A.   No, I don't agree with that -- that --

11  that characterization.  I use an absolutely

12  standard technique, a technique that's been used

13  in asset pricing model literature to construct the

14  factors.  So it wasn't a subjective decision.  I'm

15  using well-established techniques --

16  well-established techniques used in the asset

17  pricing model literature to construct the factors.

18     Q.   What academic articles did you rely on

19  in support of your selection of factors for your

20  factor model?

21     A.   Well, I -- I have a number of academic

22  citations in my -- in my report, including

23  academic citations where the PCA analysis is used.

24          As I said before, I'm also drawing on my

25  general experience as an academic economist and my

131

```
 1   general knowledge of the asset pricing model

 2   literature, as well as the academic cites that I

 3   provide.

 4       Q.   How is it --

 5                    THE WITNESS:  Am I speaking

 6           too quickly?

 7                    THE REPORTER:  Yes.

 8                    THE WITNESS:  I'll -- I'll

 9           slow down.

10                    THE REPORTER:  Thank you.

11   BY MR. SYLVESTER:

12       Q.   How is it that you were able to draw

13   from the literature for assistance with selecting

14   factors given that there's no consensus as to the

15   nature or number of factors in the literature?

16                    MR. KELLOGG:  Objection.

17       A.   I think you're mischaracterizing that

18   sentence because what -- the sentences that follow

19   in that paragraph, paragraph 92, you know, are

20   referencing sort of off-the-shelf factors.  So for

21   CAPM you have a market index.  Often people use

22   the S&P 500.  For Fama-French you can go to Ken

23   French's website, you can pull the Fama-French

24   factors.  So these are established indices in that

25   space.
```

1          So what the sentence is really saying is

2     there's -- there's no such established indices in

3     the sense that you have it for CAPM and for

4     Fama-French in the equity space.  That's not to

5     say that there isn't a relevant academic

6     literature.  That relevant academic literature is

7     both the use of the PCA as a -- as a well-known

8     statistical technique, the use of PCA in the

9     context of asset pricing models, and the use of

10    factor models more generally in this space.

11         Q.   Okay.  So even though, according to your

12    report, there's no consensus in the literature on

13    the nature and number of factors that should be

14    used, you would say, nevertheless, the methodology

15    that you applied here is informed by that academic

16    literature?

17              MR. KELLOGG:  Objection.

18         A.   Don't agree with that.  I -- I'm drawing

19    from the academic literature.  It's grounded in

20    the academic literature.  It reflects the academic

21    literature:  The academic literature on the PCA,

22    the -- the academic literature where PCAs are used

23    in asset pricing models, the academic literature

24    on factor models.

25         Q.   Why did you use a PCA for determining

133

```
 1    factors that affect digital asset returns instead

 2    of constructing a market index?

 3                    MR. KELLOGG:  Objection.

 4         A.   Well, again, I mean, you could -- I

 5    mean, I guess I'd just go back to my report, which

 6    is there's no established market index for crypto

 7    over this time period; that is to say, 2013 to

 8    2020.  There is a well-established technique in

 9    the academic literature for constructing factors

10    and that is -- that is the PCA.  And that's

11    consistent and reflective and grounded in the

12    academic literature.

13         Q.   If you had wanted to construct a market

14    index for digital assets, could you have done so?

15                    MR. KELLOGG:  Objection.

16         A.   So I'm not aware -- I guess I would just

17    stick with what I say in my report, that my -- my

18    view of the literature is there's no consensus as

19    there is in the CAPM or Fama-French of an

20    off-the-shelf factor to use.  There is a consensus

21    that the PCA is -- is an appropriate technique to

22    construct factors and -- and that's what I do.

23         Q.   Setting aside consensus, which I

24    understand, just from a layperson's perspective,

25    if you had wanted to construct a market index as
```

1    an economist for these other digital assets, is

2    that something you would have been capable of

3    doing?

4                    MR. KELLOGG:  Objection.

5         A.   I don't even know what a market index

6    would mean in that context.  So we're talking

7    about 2013, where we have the very beginning of

8    crypto assets.  We have a lot of coins added

9    later.  Again, I don't know what the point of that

10   exercise would be if there's -- you know, if that

11   exercise that you're contemplating is not grounded

12   in the academic literature.

13        Q.   Are you aware of any academic literature

14   in which the authors construct a market index for

15   cryptocurrencies?

16        A.   So there are papers that I talk about

17   that do construct factors for later time periods

18   in various ways including using PCA.  I'm not

19   aware of a consensus in the literature for a

20   market index over this time period in the way that

21   you do for CAPM and Fama-French.

22        Q.   Setting aside whether there's a

23   consensus, are you aware of any academic papers in

24   which the authors construct a market index for

25   cryptocurrencies?

135

```
 1                    MR. KELLOGG:  Objection.

 2        A.   You would have to direct me to the

 3   paper.  I'm sure that folks have looked at the

 4   market generally for crypto.  I'm not aware of an

 5   established market index for this time period in

 6   the way that you do for CAPM and Fama-French.  So

 7   that's my view of the literature.

 8        Q.   Okay.  So just for clarity of the

 9   record, sitting here today, you can't think of any

10   academic articles in which the authors construct a

11   market index for cryptocurrencies?

12                    MR. KELLOGG:  Objection.

13        A.   I'm not saying that.  So I'm sure that

14   there's papers that look at market effects of

15   crypto.  You know, I have some citations here in

16   my -- I'm trying to find it now.

17             So, yeah, that's not a fair

18   characterization.  There's certainly papers that

19   look at the general market for crypto assets.  If

20   you want to call that a market index or not, I

21   don't know.  But, again, I would just revert to my

22   earlier characterization of the literature.

23        Q.   What is the -- strike that.

24             Is the PCA a commonly accepted

25   methodology for identifying factors for an asset
```

136

1    pricing model?

2        A.   Yes.

3        Q.   Did you cite any sources in your report

4    that use a PCA to identify factors for an asset

5    pricing model?

6        A.   So I know this is not a memory test.  I

7    believe I do cite such papers.  I believe the Hu

8    paper, is my best memory, does a PCA in the asset

9    pricing model.  But I do believe I do cite studies

10   and -- let me just see here.

11           And I will also say, drawing on my

12   general experience as an academic economist, that

13   PCAs are used in the asset pricing model

14   literature.  There's nothing unusual or novel or

15   surprising about that.

16       Q.   Is it true that when conducting a PCA, a

17   researcher typically tries to understand what the

18   components mean?

19               MR. KELLOGG:  Objection.

20       A.   Well, I discuss this in my report.  I

21   mean, the components -- the meaning of the

22   component is -- is informed by what the PCA

23   analysis is doing.  So I guess I would reference

24   our earlier discussion about what the PCA

25   component is reflecting.

1          Q.   Does your report provide any economic

2    interpretation between any particular principal

3    component and the cryptocurrency market?

4          A.   Well, the -- the PCA is extracting the

5    information from the general non-XRP

6    cryptocurrency markets and -- and their price

7    movements and price properties.

8               Let me just pause here and see if

9    there's anything I want to add to that.

10              Yeah, and I would also reference

11   paragraph 93 where I talked about this in a little

12   more detail.

13              Oh, and then paragraph 94 I mention the

14   Hu paper that uses PCA.  I mention the Liu paper.

15              So, again, I think I would go back to my

16   report and answer some of these questions.

17         Q.   Is it fair to say that in your analysis

18   you observed the relationship between Principal

19   Component 1 and XRP?

20         A.   No.  I -- in my analysis I believe for

21   the -- if we can just turn to my Exhibit 3, I have

22   four principal components using the BIC criteria

23   for Estimation Period 1 and I have 11 for the

24   second period.

25         Q.   Okay.  Can you tell me what the BIC

138

1    criteria is?

2         A.   Well, I have the formula in the

3    footnote.  I don't have the formula memorized.

4    But it's the Bayesian information criteria.  So

5    it's a well-established criteria for how many

6    variables, independent variables, that you add to

7    the model.  And then it tells you whether you

8    should -- you know, in my situation, whether you

9    should have three or four or five or -- or so

10   forth.

11        So it's a criteria that penalizes you

12   for adding a variable, but also you get the

13   benefit of more explanatory power, generally

14   speaking.  So the formula for the BIC -- and I'm

15   just going to take a moment to find it in my

16   report because I do have a footnote on it.  Give

17   me a second here.  It's Footnote 171.

18        Q.   I see.

19        So Footnote 171 sets forth the Bayesian

20   information criterion equation, is that right?

21        A.   Yes.

22        Q.   Okay.  And the -- that's referred to in

23   Footnote 4 of your Exhibit 3 as the BIC criteria?

24        A.   Let me just confirm that -- the

25   footnote.  Just give me one second.  Yes, that is

139

1    correct.

2         Q.    Why did you use the BIC criteria in

3    selecting your number of principal components as

4    reflected on Exhibit 3?

5         A.    Well, the BIC is an objective criteria

6    for how many components you're going to have.  So

7    do you include one?  Do you include three?  Do you

8    include seven?  I don't want to have a subjective

9    judgment as to the number of BIC princ -- the

10   number of principal components.  The BIC is a

11   well-established criteria for answering that

12   question that's been used in the academic

13   literature.

14           So, for example, at the end of

15   paragraph -- I'm sorry, at the end of Footnote

16   171, you know, I cite to a Journal of Financial

17   Economics paper that uses BIC for their P -- PCA.

18        Q.    Is it -- is it in your view important to

19   use objective criteria for determining how many

20   components you need to have?

21                  MR. KELLOGG:  Objection.

22        A.    Well, my view is -- I would -- I would

23   have my view be more granular than that; is that

24   the BIC is a well-established criteria for

25   deciding the number of components to use.

1      Q.   And for your purposes in forming your

2  expert opinion, was it important to you to use a

3  methodology that employed objective criteria in

4  determining your -- the number of components to

5  use?

6                 MR. KELLOGG:   Objection.

7      A.   Again, the way I would frame it is this

8  is a well-established criteria in the literature

9  that I'm using.   So I wanted to ground my

10 selection criteria in the academic literature,

11 which is what this does.   So that -- I would

12 describe the motivation in those terms.

13     Q.   Okay.   Can we turn to Exhibit 5 of your

14 AF-1?

15     A.   Exhibit 5?

16     Q.   Yes.

17     A.   Give me one second here.

18     Q.   Exhibit 5 is labeled "Regression of XRP

19 Returns on Returns of Largest Market-Cap Coins."

20          Do you see that?

21     A.   Yes.

22     Q.   I don't see in the footnotes any

23 reference to the BIC criteria.

24          Did you employ the BIC criteria in

25 making your selections for the components of

1    Exhibit 5?

2         A.   No, the --

3                   MR. KELLOGG:  Objection.

4         A.   The selection criteria here is largest

5    market cap coins.  And, again, as I explain in my

6    report, the purpose of Exhibit 5 is just as a

7    robustness check on the PCA and -- and, also,

8    unlike a PCA principal components analysis, you

9    know, which is this implied weighting across

10   crypto assets, you know, Exhibit 5 enables the

11   reader to actually see individual crypto assets.

12             So, again, it's by way of another, you

13   know -- by way of, you know, moving from the PCA

14   just so that you have individual crypto assets on

15   the right-hand side.  But the selection criteria

16   was the largest as, again, as a robustness check

17   on my -- you know, as a -- one additional analysis

18   to my principal analysis that uses the PCA.

19        Q.   Did -- did you attempt to use the BIC

20   criteria to engage in your selection process with

21   respect to Exhibit 5?

22                   MR. KELLOGG:  Objection.

23        A.   I've already answered the question.

24        Q.   That's a no then?

25        A.   I told you the selection criteria for

142

 1    Exhibit 5.

 2         Q.    And that did not include the BIC

 3    criteria, is that right?

 4         A.    That's correct.  I chose -- the

 5    selection criteria is the largest market cap

 6    coins.  The coins that were the largest in this

 7    time period.  So that was the selection criteria

 8    for Exhibit 5 and -- and the results -- and the

 9    results have been reported there.

10         Q.    Turning back to your Exhibit 3.

11         A.    Yes.

12         Q.    As I understand your analysis, you did

13    observe some relationship between the principal

14    components in your model and XRP, is that right?

15         A.    For some of the principal components.

16         Q.    Okay.  For the principal components for

17    which you observed the relationship between those

18    principal components and XRP, what's the -- what's

19    the economic intuition behind that relationship in

20    your view?

21                    MR. KELLOGG:  Objection.

22         A.    What I would say is there's a

23    statistical association between the information

24    impounded in that -- that principal component and

25    XRP price returns.

```
 1          Q.   Do you provide any economic
 2    interpretation of that statistical association?
 3                     MR. KELLOGG:  Objection.
 4          A.   Sure.  That's what I talk about in my
 5    report.
 6          Q.   Can you point to me in your report where
 7    you provide an economic interpretation for the
 8    statistical association between certain of your
 9    PCs and XRP price returns?
10                     MR. KELLOGG:  Objection.
11          A.   Well, I would just refer to my
12    discussion in part 3 where I talk about movements
13    in the noncryptocurrency markets, so the non-XRP
14    cryptocurrency markets, and the relationship to
15    XRP price return data and the meaning of the
16    excess returns.
17               So, again, that is reflected in this
18    full discussion in Part III.
19          Q.   You say Part III.
20               Do you have a specific section that
21    you're looking at when you refer me to Part III?
22          A.   Well, I would refer you to III.C and
23    III.D, where I talk about the factor model and
24    what it's doing and what the meaning is.  So I
25    would just reference my report for that
```

1    discussion.

2         Q.   Let me try to put the question in

3    plainer English that I might understand better.

4              In your report do you express any

5    opinion or explanation as to why there's a

6    statistically significant correlation between some

7    of your PCs and XRP price returns?

8                   MR. KELLOGG:  Objection.

9         A.   So, again, the -- what I'm focused on --

10   I mean, obviously, I'm building this model -- is,

11   is there excess returns for XRP?  Is there

12   positive excess returns for XRP above and beyond

13   what -- the general price movements in the non-XRP

14   cryptocurrency markets?  That information in those

15   markets is embedded into the PCA -- or into the

16   principal components that are used on the

17   right-hand side of the equation.

18        Q.   If I'm understanding your answer

19   correctly, it wasn't part of your project to

20   examine the question of why there was any

21   relationship between certain of your principal

22   components and XRP price returns, is that right?

23                  MR. KELLOGG:  Objection.

24        A.   I don't agree with that.  I mean, I'm --

25   I'm -- I'm addressing the empirical question of

1    what is the relationship between XRP and the more

2    general cryptocurrency markets?  That's the

3    empirical question that I'm addressing.  I

4    didn't know the answer to that before doing the

5    analysis, it's an empirical question, but that

6    is -- that is the question that in part is being

7    addressed here.

8         Q.   And it's fair to say as a result of your

9    analysis, you -- you did observe a relationship

10   between XRP price returns and the returns of other

11   digital assets?

12                   MR. KELLOGG:  Objection.

13        A.   Well, again, I would reference Exhibit

14   3 -- Exhibit 4 -- I'm sorry, Exhibit 3 is just

15   the -- Exhibit 4 is just the list.  But, yeah, I

16   would go back -- if we're talking about the factor

17   model, I would go back to, you know, the exhibits

18   that report the outcome of that -- of that

19   analysis.

20        Q.   And did you make any attempt in your

21   report to explain why you observed the

22   relationship that you observed between XRP price

23   returns and the returns of other digital assets?

24                   MR. KELLOGG:  Objection;

25            asked and answered.

1        A.   Yeah, I would just frame my inquiry the

2   way I did before, which is it's an empirical

3   question about the relationship between XRP and

4   the broader market of crypto assets and I'm

5   observing that empirical relationship in the way

6   that you would do in any asset pricing model.  So

7   it's a very standard type of analysis that you

8   would do when you're thinking about that sort of

9   empirical question.

10        Q.   In economics literature, if a -- if an

11   author observes a price correlation, is it typical

12   that the author provide some possible economic

13   explanation for that correlation?

14                   MR. KELLOGG:  Objection.

15        A.   You're speaking at a very high level.  I

16   would want to look at the paper, what the research

17   question is, in order to answer that.

18        Q.   It is a high-level question and it's

19   broad, but I'm asking you as someone who knows the

20   economics literature.  In the economics

21   literature -- instead of typical, let's say

22   common.

23             In the economics literature, is it

24   common if an author observes a price correlation

25   that the author provide some possible explanation

1    for that correlation?

2                    MR. KELLOGG:   Objection.

3        A.    Again, it really depends on what the

4    research question is.  You know, in an asset

5    pricing model, typically what you're interested in

6    is the empirics:  What are the relationships?

7                But, again, what questions are going to

8    be answered in an academic paper obviously is a

9    function of what is the research question at

10   issue.

11       Q.    Let's look at Exhibit 7 to your report,

12   AF-1.  So exhibit 7 is labeled "Regression of XRP

13   Returns on Principal Components of Other

14   Cryptocurrencies and Returns of Other Assets."

15               Do you see that?

16       A.    I do.

17       Q.    Okay.  There's a column on Exhibit 7

18   that says "Cryptocurrency and S&P 500."

19               Do you see that?

20       A.    Yes.

21       Q.    The third entry down in that column is

22   negative 0.001 asterisk.

23               Do you see that?

24       A.    I do.

25       Q.    Okay.  What does negative 0.001 asterisk

148

1    tell us in this chart?

2        A.   It tells us that there's a statistically

3    significant relationship between Principal

4    Component 1 and XRP price returns.

5        Q.   Okay.  Going down that same column,

6    cryptocurrency and S&P 500, if you go down to the

7    row that says "S&P 500 Return," I see an entry of

8    0.398.

9            Do you see that?

10       A.   I do.

11       Q.   Okay.  What does the 0.398 tell us?

12       A.   Well, this -- this is telling us that

13   there's not a statistically significant

14   relationship in this specification between the S&P

15   500 and the returns of XRP.

16       Q.   Can you interpret Exhibit 7 to say that

17   if the S&P 500 changes by 1 percent, then the XRP

18   return would change by .398 percent?

19                   MR. KELLOGG:  Objection.

20       A.   I would not say that because that point

21   estimate is not statistically significant.

22       Q.   When you say "that point estimate,"

23   which number are you referring to?

24       A.   I'm referring to 0.398.

25       Q.   Do you agree with the general maxim that

1    correlation does not equal causation?

2                    MR. KELLOGG:  Objection.

3        A.   Yes.

4        Q.   Do you interpret the results of your

5    analysis, as set forth in Section III.C of your

6    report, to establish correlation between XRP price

7    returns and the price returns of certain other

8    digital assets?

9                    MR. KELLOGG:  Objection.

10       A.   The way I would frame it is XRP moves in

11   relation to the general cryptocurrency market as

12   reflected in -- in my statistical analysis.

13       Q.   Is there a distinction between the

14   answer that you just provided and correlation

15   conceptually?

16                   MR. KELLOGG:  Objection.

17       A.   You know, maybe this is a nitpick, but

18   the betas typically are, you know -- correlate,

19   you know -- you know, it's a correlation divided

20   by some form of volatility in the market.  But I

21   agree with the proposition that what I'm showing

22   consistent with the asset pricing model literature

23   is the XRP returns do move in relation to the

24   general cryptocurrency markets.  There is a

25   statistically significant association.

150

1    Q.   Okay.  Do you interpret the results of

2    your analysis set forth in III.C to establish any

3    causal relationship between XRP price returns and

4    the price returns of certain other digital assets?

5    A.   What I would say is what I say in my

6    report, which is the price returns -- that there's

7    no XRP specific price returns above and beyond the

8    statistically significant associations with

9    generalized cryptocurrency market price movements.

10   Q.   Let's go back to paragraph 100 of your

11   report, which is on page 47.

12   A.   Yes.

13   Q.   What does the word -- I'll just read it

14   for the record so we're clear.

15        "In summary, my empirical analyses show

16   that the variation in long-run price return of XRP

17   can be explained by exogenous, non-XRP,

18   cryptocurrency price returns or, put differently,

19   by factors outside Ripple's control."

20        Do you see that?

21   A.   I do.

22   Q.   Okay.  What does the word "exogenous"

23   mean in that sentence?

24   A.   It means I'm looking at crypto assets

25   other than XRP.

151

```
 1        Q.   Okay.  What steps did you take, if any,

 2   to verify that non-XRP cryptocurrency returns

 3   were, in fact, exogenous of XRP returns?

 4        A.   Well, I --

 5                  MR. KELLOGG:  Objection.

 6        A.   Again, I just told you the definition

 7   that I'm using here, which is I'm looking at

 8   non-XRP price returns in the data.  I'm looking at

 9   the general movements, whether it be the 9 or the

10   91, the general movements as captured by the

11   principal component analysis in those markets.

12   The markets excluding XRP.

13        Q.   Did you perform any analysis to check

14   whether the non-XRP cryptocurrency returns that

15   you examined were affected by changes in XRP price

16   returns?

17                  MR. KELLOGG:  Objection.

18        A.   The analysis I did is reflected in the

19   report, which is, are there statistical

20   associations over this time period, the seven

21   years or the five years, between generalized

22   non-XRP crypto market price return behavior and

23   XRP?  That's -- that's the analysis that I did.

24        Q.   Is it possible that there is a

25   statistically significant association between XRP
```

1    returns and the other digital asset returns that

2    you looked at because XRP affects the prices of

3    those other digital assets?

4              MR. KELLOGG:  Objection.

5         A.   I have not seen any theory or --

6    economic theory articulated to that effect in this

7    litigation, so I'm not aware of such a claim.

8    But, again, all I can do is reiterate, you know,

9    in response to your question, what I did, which is

10   statistical associations between generalized

11   movements in the cryptocurrency markets, you know,

12   across these 91 tokens or across the 9 tokens and

13   movements in XRP.

14        Q.   Did you undertake any analysis to rule

15   out the possibility that XRP price -- price

16   movements affect the price movements of the other

17   digital assets that you looked at?

18              MR. KELLOGG:  Objection;

19          asked and answered.

20        A.   Yeah.  So I'll just repeat what I did in

21   my analysis, which is, what are the statistical

22   associations between generalized non-XRP crypto

23   markets and movements in the XRP price; and,

24   furthermore, are there XRP price returns above and

25   beyond what -- what the statistical associations

153

1    would indicate in terms of the movement of XRP

2    price?

3        Q.   So is it fair to say, sitting here

4    today, that you don't have an opinion about

5    whether XRP moved the prices of other digital

6    assets or other digital assets moved the price of

7    XRP?

8                 MR. KELLOGG:  Objection.

9        A.   So, again, I'll just reiterate the

10   analysis I did do, which is the statistical

11   associations between generalized market movements

12   and XRP in just the same way that academics have

13   done it in all sorts of contexts, including public

14   equities.

15       Q.   Are you offering an opinion in this case

16   that the price movements in other digital assets

17   caused the price movements in XRP?

18       A.   I wouldn't frame it that way.  I would

19   say there's a statistically significant

20   association between these generalized price

21   movements and price movements in XRP consistent

22   with the asset pricing model literature.

23       Q.   Are you offering an opinion in this case

24   that the price movements in XRP caused the price

25   movements in other digital assets?

154

1      A.   I never say that in my report.  Again, I

2   can reiterate what I did, which is, you know, I

3   did an asset pricing model, which is an exercise

4   that's commonly done in the academic literature,

5   looking at the statistical associations between

6   this particular asset, XRP, and more generalized

7   market movements as represented by the 91 tokens

8   or crypto assets and the 9 -- or the 9 for the --

9   for the longer time period.

10      Q.   Was it part of your assignment in this

11   case to determine whether, or if, XRP price

12   movements moved the prices of other digital

13   assets?

14                MR. KELLOGG:  Objection.

15      A.   So, again, the work that I did and the

16   analysis I did is contained in my reports.  And,

17   again, I'm happy to reiterate what I did in the

18   factor model, which is to test whether there's an

19   XRP specific price movement above and beyond what

20   you would otherwise expect given the statistical

21   associations in terms of generalized non-XRP

22   crypto market price movements.

23      Q.   So I think that means you were not asked

24   to determine whether or not there was a causal

25   relationship between the movements in XRP prices

1   on the one hand and the movements in digital asset

2   prices on the other hand?

3                  MR. KELLOGG:  Objection;

4          asked and answered.

5          A.   So that's not -- those words are not in

6   my assignment.  My assignment and what I did is

7   what I just described.  So, again, I would be

8   happy to state what I did, but, you know, just

9   sort of the way I would summarize it is I used,

10  consistent or reflective of the asset pricing

11  model literature, an asset pricing model here to

12  explore as whether, as a statistical matter,

13  there's XRP price returns above and beyond what

14  these statistical associations would tend to

15  indicate would happen or would, you know -- or the

16  statistical associations reflecting this --

17  reflecting the results of the factor model.

18         Q.   Let's look at paragraph 102 of your

19  report, which is on page 48.

20         A.   Page 48?

21         Q.   Yes.

22              The first sentence of 102 states "The

23  factor models and the corresponding results I

24  present in Exhibits 3 through 7 allow me to

25  examine whether, on average, there are additional

1    XRP price returns after controlling for other

2    non-XRP cryptocurrency market factors."

3            Do you see that?

4        A.   I do.

5        Q.   Okay.  When you refer to "controlling

6    for other non-XRP cryptocurrency market factors,"

7    do you mean the use of your PCA?

8        A.   Well, I believe some of those exhibits

9    is just running it on the individual crypto assets

10   that we discussed earlier, but I'm definitely

11   referring to including here the factor models:

12   That is to say, Estimation Period 1, Estimation

13   Period 2., the factor models supplemented by these

14   additional indices such as the S&P 500, as well

15   as -- you know, obviously I also had the

16   distributions analysis, too, although I don't --

17   let me just -- give me one moment here.  Let me

18   just refresh my recollection.

19           So Exhibit 3 is the PCA; exhibit 6 is

20   for the full time period; and Exhibit 7 is -- is

21   for the five-year period.  Let me just -- give me

22   a second here.

23           Yeah.  So the -- the distribution

24   analysis is not in Exhibits 3 through 7.  That

25   comes later.

1     Q.   Okay.  Did you check to see if your

2    principal components explain the price returns of

3    other digital assets other than XRP?

4     A.   No.  That was not -- that was not

5    relevant to the asset pricing model inquiry.  I'm

6    constructing an asset pricing model for XRP.

7     Q.   Why did you not include other factors

8    besides other digital assets in your construction

9    of your PCA?

10     A.   Well, I explored that possibility, so I

11    have these exhibits.  I'll turn to Exhibit 7.  I

12    do explore other factors, sort of standard indices

13    that we were talking about earlier:  The S&P 500,

14    the MSC -- MCSI World Index, the Emerging Market

15    Index, the Commodity Index, the gold return, the

16    U.S. dollar, the Japanese yen.

17          So I -- I do explore some standard

18    indices as well, and consistent with the academic

19    literature, these are not statistically

20    significant.

21     Q.   Did you include, for instance, the S&P

22    500 in the construction of your principal

23    components?

24     A.   Well, I view Exhibit 7 as part of the

25    work that I did here.

158

1      Q.   Understood, but I'm asking a specific

2  question about how you constructed your principal

3  components.

4           Did you include the S&P 500 return

5  within your construction of the principal

6  components?

7      A.   Oh, I misunderstood your question.

8           No, the principal components, whether

9  it's one, two, three or four, whatever the

10  principal component is, is -- is capturing the

11  information from other crypto assets.

12      Q.   And -- and why was it that you opted not

13  to include, for example, the S&P 500 in your

14  principal components construction?

15      A.   Well, because I -- what I wanted to

16  do -- there's a couple of different questions.

17  One question in my asset pricing model is, do --

18  the -- the first logical question is, do other

19  crypto assets, like bitcoin, like Ether and so

20  forth -- whether other crypto assets have an

21  association, a statistical association, with XRP

22  returns.  And for that, given the lack of a

23  market -- an academic consensus on market indices

24  over this time period, I used the PCA.

25           So the first logical question is to --

1    to address that relationship.  For the S&P 500,

2    there's an index that we all know that's used

3    commonly in the literature.  And I just entered

4    that into the equation on the right-hand side once

5    I had captured the information in the non-XRP

6    cryptocurrencies.

7         Q.   If in constructing your principal

8    components you're attempting to find the best

9    factors to explain XRP price returns, why not

10   include the S&P 500 returns?

11                  MR. KELLOGG:  Objection.

12        A.   Okay.  So that's a little bit of a

13   misstatement of my approach.  My approach was,

14   obviously, in exploring XRP returns, one needs to

15   incorporate what's happening in the general

16   cryptocurrency markets.  Just as a -- that's

17   obvious.  And so the PCA analysis is the way,

18   consistent with the asset pricing model

19   literature, that I do that.

20             With the S&P 500, there's an index that

21   we -- we don't have to do a PCA.  There's an index

22   that's readily available, widely used.  And, so,

23   once I captured the non-XRP cryptocurrency

24   markets, I then entered the S&P 500.

25             So the PCA is about constructing

160

1    components for the non-XRP cryptocurrency markets.

2    That's the point of the exercise.

3        Q.   So in your view in constructing your

4    principal components, there were not any other

5    factors that would be of relevance other than the

6    prices of certain other digital assets?

7                    MR. KELLOGG:  Objection.

8        A.   So certainly it could be the case the

9    S&P 500 matters.  That's why I test it.  Again,

10   consistent with the academic literature, it's not

11   statistically significant.  But, again, I needed

12   to be able to test the relationship between XRP

13   and these crypto -- more general non-XRP crypto

14   markets.  And so consistent with the academic

15   literature, I used PCA for that question.

16       Q.   Did you perform any sensitivity checks

17   for your PCA results using different sets of

18   digital assets?

19       A.   I used -- well, I used two different

20   sets of digital assets:  The 9 for the full period

21   and the 91 for the second period.

22            The -- so I used all the tokens that I

23   could subject to the selection criteria that I --

24   I have in my report; you know, i.e., for -- or,

25   for example, I have price return data for those

161

1    tokens.  And then I allowed the PCA to tell me

2    what's important and what's not.

3         Q.   And -- sorry.

4         A.   So, again, the way I view my exercise is

5    I looked at the tokens that -- for which I had the

6    available data for the seven-year period and then

7    allowed the PCA to tell me what's important in

8    that -- in that universe.

9         Q.   Other than what you just described, did

10   you perform any additional sensitivity checks for

11   your PCA results using different sets of digital

12   assets?

13        A.   I used all the digital assets that I

14   could for the first estimation period and for the

15   second.

16             Now, I do want to add for the second I

17   did have a minimum market cap criteria.  I think

18   it's reflected in the report.  But I allowed the

19   PCA to tell me what was important in the universe

20   of tokens that I had available to me.

21        Q.   Let me turn your attention to Footnote

22   162 on page 42.

23        A.   Give me one second.  162?

24        Q.   Yes.

25        A.   Yes.

1      Q.   This is the market cap criteria that you

2  just referenced?

3      A.   Correct.

4      Q.   Okay.  Is it possible that at some point

5  during your period the market cap for an included

6  digital asset could have dipped lower than

7  $100,000?

8                  MR. KELLOGG:  Objection.

9      A.   It's possible.

10      Q.   Okay.

11      A.   I don't know if that happened, but it's

12  possible.  I don't know offhand -- let me take

13  another -- I don't know offhand that that

14  happened.  The criteria here, in Footnote 162, is

15  at least 100,000 in either August or December.

16      Q.   Do you know -- strike that.

17              In Footnote 4 to your Exhibit 4 --

18      A.   Wait.  Wait one second.

19      Q.   Sure.

20      A.   Exhibit 4?

21      Q.   Yes.

22      A.   Exhibit 4.  Okay.

23      Q.   You state "XRP market cap on August

24  11th, 2015 was $274 million."

25              Do you see that?

163

1      A.   I do.

2      Q.   Okay.  And do you know offhand what

3   XRP's market cap was by December 2020?

4      A.   I don't know offhand.

5      Q.   I think it is in --

6      A.   I think it's in the complaint, but I

7   don't remember offhand.

8      Q.   Let's go to page C-3 of your Appendix C.

9      A.   Where should I go?

10     Q.   Paragraph 6.

11     A.   Of Appendix?

12     Q.   Let me make sure I have the label right.

13          Yeah, Appendix C, page C-3, paragraph 6

14   of that appendix.

15     A.   Let me just take a look.

16               MR. KELLOGG:  Mark, can you

17          clarify where we are?

18               MR. SYLVESTER:  Sure.

19     Q.   Professor, do you see where we are?

20     A.   I'm at paragraph 6 at C-3.

21     Q.   Okay.  I just want to make sure the

22   copies are right.

23               MR. SYLVESTER:  Yeah, we're

24          at page -- page C-3 of Appendix C.

25               MR. KELLOGG:  Okay.  Got it.

1                    MR. SYLVESTER:  Okay.

2    BY MR. SYLVESTER:

3        Q.   So paragraph 6, the -- the last sentence

4    on page C-3 says "For comparison, on those two

5    days, XRP market capitalization far exceeded that

6    cutoff and was $260 million and $23 billion,

7    respectively."

8             Do you see that?

9        A.   I do.

10       Q.   And I read that $23 billion figure to

11   correspond to December 21st, 2020.

12            Do you read that the same way?

13       A.   Yes.

14       Q.   Okay.  Was it important to your analysis

15   of the relationship between XRP price returns and

16   other digital asset price returns to understand

17   the market caps of XRP and those other digital

18   assets?

19                    MR. KELLOGG:  Objection.

20       A.   Well, I certainly report the market cap.

21   I certainly report regressions on the highest

22   market cap coins in Exhibit 5.  So I certainly do

23   work on that.

24            For purposes of the PCA, the PCA will

25   extract the information in the most efficient way

165

1    from the entire universe of -- of the tokens

2    regardless of their -- you know, regardless of

3    whether it's 100 million or 300 million or what

4    have you.

5        Q.   In your view, is it -- is it at all

6    likely that a digital asset with a market cap of

7    $100,000 would have an impact on the price of XRP

8    when it has a market cap in the hundreds of

9    millions of dollars?

10                  MR. KELLOGG:  Objection.

11       A.   I don't think that's a -- I don't

12   think that -- I think you're miss -- I think your

13   question misunderstands the point of an asset

14   pricing model, which is we have movements, price

15   movements, in the general market.  Maybe they're

16   small cap; maybe they're large cap.  And the

17   question is, is there a statistically significant

18   association with those movements?  And in this

19   instance, XRP.

20                  So I don't think there's anything in the

21   asset pricing model methodology that would exclude

22   the possibility that smaller cap coins have some

23   informational content.  Obviously, I employed

24   100,000 as sort of the minimum, but I don't -- I

25   would not for the purposes of the PCA rank them in

166

 1   terms of whether they have 200 million or 400

 2   million or something else.

 3            Now, obviously, in Exhibit 5, I do

 4   run -- I do run the regression on the largest

 5   market cap coins, but that's -- that's not the

 6   factor model.

 7       Q.   Is there any academic literature that

 8   you can think of with respect to cryptocurrency

 9   asset prices that uses a minimum $100,000 market

10   cap for inclusion in the model?

11                 MR. KELLOGG:   Objection.

12       A.   So I cite in the footnote -- not

13   100,000, it's a -- it's a different time period

14   for different coins -- that a threshold is being

15   used in their analysis.

16       Q.   What footnote are you looking at,

17   Professor?

18       A.   So Footnote 8.

19       Q.   On C-3?

20       A.   On C-3.  So I say "My decision to

21   restrict the sample based on market cap is also

22   supported by the academic literature.  See, for

23   example, Liu, 2021, who restricts the coins in

24   their sample to those with a market cap over a

25   million."  Journal of Finance.

167

1          Q.   Why was it that you decided to use

2    $100,000 instead of a million dollars for your

3    model?

4          A.   Right.  I wanted to be -- I wanted to

5    make sure that I allowed the PCA to -- to

6    potentially incorporate information on a wide

7    range of coins.  It's not that -- and those

8    coins -- you know, the crypto assets' price

9    movements might have a statistical relationship

10   even if they're 200,000 or 500,000 with -- with

11   XRP price returns.

12              So I used the lower threshold and,

13   hence -- hence, used a larger universe of coins

14   than would otherwise be the case, particularly in

15   -- anyway, particularly in these earlier periods.

16         Q.   And what was the advantage in your view

17   of using that lower threshold?

18                   MR. KELLOGG:  Objection.

19         A.   Well, I wanted to allow the PCA to tell

20   me for universal coins for which I had pricing

21   data, you know, to extract that information

22   from -- from the covariance matrix.  And then it's

23   an empirical question whether the information so

24   extracted has a statistically significant

25   association.

1          So if the coins, if the crypto assets

2     that are being analyzed by the PCA, are

3     uninformative about XRP price returns, they're

4     uninformative because I used $100,000 threshold,

5     for instance, then the statistical analysis would

6     tell us that, you know.

7          So as I report from my Estimation Period

8     1 -- and I'll go back to Exhibit 3 -- in fact, you

9     know, I have a 91 percent -- a 92 percent adjusted

10    R-squared and I'm finding statistically

11    significant association.

12         So the information from the token so

13    defined does have informational content in the

14    asset pricing model about movements of XRP.

15    Q.   When you say it has -- strike that.

16         You just said the information in --

17    strike that.

18         I think you just said that the

19    information in the token model -- sorry.  Let me

20    start again.  Withdrawn.

21         What information about XRP price returns

22    is provided by your model as reflected on Exhibit

23    3?

24    A.   I would just go back to our conversation

25    this morning, our conversation about what a PCA

169

1    does.  So the P -- the principal component

2    analysis is using this universe of tokens, however

3    that's being defined.  By "tokens" I mean crypto

4    assets.  Extracting the information from that and

5    seeing -- testing the empirical question about

6    what is the statistical association?  And, more

7    specifically, are there excess returns to XRP that

8    are not otherwise explained or accounted for by

9    these statistical associations?

10        Q.   Why was it that you decided to construct

11   two separate estimation periods?

12        A.   I know that Ether is an important -- it

13   was a judgment about Ether that started to be

14   traded at this point.  Let me just go to my report

15   here.  Give me one second.

16             Yeah.  So Exhibit 4 has the largest

17   coins as of August 11th, 2015.  Ether is there.

18   It's the third largest, you know, after bitcoin

19   and Litecoin.

20             So, again, Ether is an important crypto,

21   not -- I'm not saying for purposes of this

22   litigation, but Ether is well known.  That's when

23   it began to trade.  Also, starting in 2015, it

24   enables one to use a lot more coins or a lot more

25   crypto assets than 2013.

1          So the virtue of -- of 2015 is I also

2    have more tokens.  And so it's just a robustness

3    check on this 2015 to 2020 period, in particular,

4    utilizing through the PCA more tokens than were

5    available as of 2013.  So we move from 9 tokens, 9

6    crypto assets, to 91, I believe, as of August

7    2015.

8                    MR. KELLOGG:  Mark, is this a

9          good time for a lunch break?

10                   MR. SYLVESTER:  I think it

11         is, yes.  Let's go off the record.

12                   THE VIDEOGRAPHER:  Okay.

13         Thank you.  The time is approximately

14         1:16.  We're going off the record.

15                   (Whereupon, a luncheon recess

16         is taken.)

17

18

19

20

21

22

23

24

25

```
1                A F T E R N O O N   S E S S I O N

2                     THE VIDEOGRAPHER:  And the

3            time is approximately 1 -- excuse me,

4            2:04 p.m.  We're back on the record.

5                     MR. KELLOGG:  Mark, before

6            you start, can I put one thing on the

7            record?

8                     MR. SYLVESTER:  Sure.

9                     MR. KELLOGG:  Re our

10           discussion earlier about Allen's

11           compensation agreement with Compass

12           Lexecon.

13                    MR. SYLVESTER:  Mm-hmm.

14                    MR. KELLOGG:  We've reached

15           out to Compass Lexecon and they would

16           not agree to allow Allen to testify on

17           that.  But we're happy to continue

18           working with you to get whatever

19           information about that you -- you

20           need.

21                    MR. SYLVESTER:  Okay.  Thank

22           you.

23      BY MR. SYLVESTER:

24           Q.   Professor, let's turn back to Exhibit 5

25      of your opening report.  This is your "Regression
```

172

1    of XRP Returns on Returns" --

2         A.   Yeah.  I just -- I just want to find the

3    part in my report where I discuss the exhibit.  So

4    just --

5         Q.   Sure.  Take your time.

6         A.   -- give me a moment here.

7         Q.   And just for the record, I'll read the

8    title again.  Exhibit 5 is the "Regression of XRP

9    Returns on Returns of Largest Market-Cap Coins."

10        A.   Just -- I need a second here.

11             Okay.  I'm there.

12        Q.   Okay.  Great.

13             So turning to Exhibit 5, do you have any

14   explanation as to why some of the coins on Exhibit

15   5 have a statistically significant positive

16   coefficient and others have a statistically

17   significant negative coefficient?  I'm looking at

18   Estimation Period 2.

19        A.   So you want me to look at Estimation

20   Period 2.

21        Q.   Mm-hmm.

22        A.   Well, just -- just to be clear, the

23   coefficient on the bitcoin, the negative 0.661,

24   for instance, is conditional on all the other

25   returns in the right-hand side.  So it's not the

173

1    coefficient on bitcoin as an independent variable

2    by itself, but conditional on the other returns

3    being included, it's a negative 0.661.  So I just

4    wanted to be clear about what the coefficient

5    represents, and it represents that coefficient in

6    conjunction with the other coefficients in the

7    specification.

8              I'm sorry, could you repeat your

9    question?

10        Q.   Sure.

11             Again, focusing just on Estimation

12   Period 2, do you have any explanation for why

13   there's a statistically significant positive

14   coefficient for some coins and a statistically

15   significant negative coefficient for other

16   coins?

17        A.   Not beyond what I just said, which is

18   it's conditional or a function of the full

19   specification.  And this is just empirically

20   what the model indicates or the regression

21   indicates.

22             So beyond that I don't have any really

23   further commentary on it.

24        Q.   Okay.  Turning to your Exhibit 3 of

25   AF-1, why is it in your view that Estimation

1    Period 1 and Estimation Period 2 produce such

2    different results as to adjusted R-squared?

3         A.   I don't have a specific reason.  I

4    don't -- I could speculate as to why the adjusted

5    R-squares are different, the -- the .94 and the

6    .92, but that's the output of the model.  The

7    model -- Estimation Period 1 in the model using

8    just 9 tokens, whereas Estimation Period 2 is

9    using 91.  That's the -- that's what the

10   statistics tell us.

11        Q.   Okay.  As part of your analysis and

12   steps that you took to prepare your expert

13   opinion, did you take any steps to examine the

14   question of why there was such a divergence

15   between the adjusted R-squared in Periods 1 and

16   Period 2?

17                  MR. KELLOGG:  Objection.

18        A.   I think we discussed earlier today the

19   additional work that I did in response to the

20   rebuttal report.  So all the analyses that I have

21   done is -- is in -- is covered in these reports

22   and in our morning conversation.

23        Q.   Turn with me to paragraph 98 of your

24   report.

25        A.   Wait one second while I get there.

1    Q.   Yeah.  And it's going to be the end of

2    paragraph 98 on page 46.  I'm looking at the

3    sentence that says "The adjusted R-squared in

4    Estimation Period 1, which includes a period when

5    the cryptocurrency markets were arguably less

6    mature, exceeds 50 percent."  And then "The

7    adjusted R-squared in Estimation Period 2 exceeds

8    90 percent."

9         Do you see that?

10    A.   I do.

11    Q.   Is there say relationship between your

12    adjusted R-squared finding for Period 1 and your

13    statement that the cryptocurrency markets were

14    arguably less mature during Period 1?

15              MR. KELLOGG:  Objection.

16    A.   I think I would just leave it as it is

17    in the report, which is just the simple

18    observation that in this additional -- you know,

19    the -- the extended period of Estimation Period 1,

20    which begins in 2013, that the crypto markets were

21    arguably less mature, and then I have the

22    citations for that in Footnote 175.

23         So I think -- I -- I'm comfortable with

24    the way that that is framed in this paragraph.

25    Q.   How would the market's lack of maturity

176

1    during Period 1 impact XRP price during that

2    period, if it would?

3         A.   I don't have a view on that.  My view is

4    informed by what the statistics show, whether it

5    be for the full period or for the Estimation

6    Period 2.

7         Q.   Does the lower adjusted R-squared for

8    Estimation Period 1 mean that pre-2015 XRP prices

9    were driven by other factors unrelated to

10   cryptocurrency market factors?

11                   MR. KELLOGG:  Objection.

12        A.   So I -- again, I just wouldn't compare

13   Estimation Period 1 to Estimation Period 2 just on

14   terms of adjusted R-squared, which I think is an

15   embedded assumption in your question.  You would

16   want to look at what the full model is doing in

17   the two periods, including in the PCAs that are

18   being used.

19             So I would not just simply compare the

20   adjusted R-squares and -- squared and make some

21   sweeping conclusion about that earlier period.

22        Q.   Setting aside the comparison point, what

23   does the adjusted R-squared figure for Period 1

24   mean?  What does that reflect in --

25        A.   Well, I have a footnote where I cite to

177

1    this, so I'm just going to take a moment and flip

2    through my report to find -- to find that.

3        Q.   174 talks about R-squared.  I'm not sure

4    if that's what you're looking for.  Footnote 174 I

5    mean.

6        A.   Yes.  So that's what I was looking for

7    and it's, again, Footnote 174.

8        Q.   Can you explain to me in layman's terms

9    what an adjusted R-squared figure means and what

10   it tells you?

11       A.   Well, I mean, it's one metric, not the

12   only metric, but one metric for the goodness of

13   fit in terms of explaining the variation of the

14   dependent variable.  Here, the dependent variable

15   being the returns of XRP.

16            Again, adjusted R-squared, whether it's

17   high or low or -- or somewhere in between, is a

18   separate question as to whether there's

19   statistically identifiable excess returns for XRP.

20       Q.   Okay.  So what does -- focusing just on

21   Period 1 and the actual value of adjusted

22   R-squared, 0.541, what does that tell you about

23   the model's power to explain for Period 1?

24            MR. KELLOGG:  Objection.

25       A.   The power to explain.  I mean, it -- the

178

1    adjusted R-squared is the percentage of the

2    variation in the dependent variable for that

3    period.  That's what's reflected in the adjusted

4    R-squared.  That's a separate question, as I

5    indicated earlier, as to whether there's a

6    statistical association between excess returns for

7    XRP and relative to the non-XRP cryptocurrency

8    markets.

9         Q.   What's the dependent variable for Period

10   1?

11        A.   If we go to Exhibit 3, period -- Exhibit

12   3 says in the title "Regression of XRP Price

13   Return on Principal Components of Other

14   Cryptocurrencies."

15        Q.   I think your answer means the dependent

16   variable is XRP price return, is that right?

17        A.   Yes.

18        Q.   Okay.  So the adjusted R-squared figure

19   for Period 1 tells us that for Period 1 only, your

20   model explains approximately 54 percent of the

21   variation in XRP price returns?

22        A.   Yes.

23                  MR. KELLOGG:  Objection.

24        A.   Yeah.  So that -- that is -- the 54

25   percent is the adjusted R-squared and it is the

179

```
 1   percentage of the variation in the dependent

 2   variable for that model for that period.

 3       Q.   Okay.  Given that, as I understand it,

 4   the adjusted R-squared figure for Period 1 tells

 5   us that your model explains 54 percent of the

 6   variation in XRP price return, did you take any

 7   steps to check to see if any other factors

 8   contributed to XRP price return changes during

 9   Period 1?

10                  MR. KELLOGG:  Objection.

11       A.   Well, I -- I did do the work that we

12   discussed earlier.  I mean, I did the regressions

13   in Exhibit 5, which is just the crypto -- the

14   cryptos themselves.  I do the work in Exhibit 7,

15   where I explore -- well, this is for the later

16   period.  I explore different returns -- actually,

17   I wanted to reference Exhibit 6, where I do

18   additional work for other potential explanatory

19   factors:  The S&P 500, the emerging market,

20   commodities, gold, U.S. dollars, yen, euro.

21           So I do do a -- further explore -- you

22   know, further work to think about factors that

23   might be affecting XRP.  And, again, these

24   results, the results reflected in Exhibit 6, are

25   consistent with the econom -- academic literature.
```

180

1          Q.   And as I'm reading the results in

2     Exhibit 6, the model doesn't predict any more than

3     the approximately 54 percent of XRP return

4     variations than the model reflected in Exhibit 3,

5     is that right?

6          A.   Yes.  The adjusted R-squares at the

7     bottom of Exhibit 6 range from 53 to 54 percent.

8     I'm rounding here.  But, you know, what's

9     important really in this exhibit is whether or not

10    the S&P 500 return, the emerging market, the

11    commodities, and so forth, whether they enter into

12    the equation with statistically significant or

13    not.

14          So my conclusion that the S&P 500

15    return, for example, you know, doesn't have the

16    statistical relationship with XRP price return is

17    not a function of the adjusted R-squared; rather,

18    it's a function of the fact that the point

19    estimate, which is negative 0.629, is not

20    statistically significant.

21          Q.   Given that for Period 1, your model

22    explains approximately 54 percent of the variation

23    of XRP's price return, did you take any steps to

24    determine whether or not Ripple's actions

25    explained any of the remaining unexplained

1    variation in XRP price return?

2                    MR. KELLOGG:  Objection.

3        A.   Yes, I did.

4        Q.   And what were those steps?

5        A.   The alpha.  The constant term.  So I

6    want to be very clear about this.  The -- the

7    constant -- I'm also referring to that as alpha.

8    They're -- they're used interchangeably.  So in

9    Exhibit 6 it says "constant."  That's the same

10   thing as alpha.

11          Alpha represents whether or not relative

12   to -- now here I'm looking at the first column,

13   the "cryptocurrency factors" column -- whether

14   relative to the cryptocurrency markets there is an

15   XRP specific price return above and beyond what

16   the statistical associations would lead you to

17   expect.  So that alpha is not statistically

18   significant in all these permutations or

19   specifications.

20          And, again, the theory in the complaint

21   is that Ripple took various efforts,

22   distributions, and statements and so forth -- I'm

23   not going to reproduce the complaint here -- that

24   over this time period, this seven-year period,

25   resulted or was associated with XRP price

182

1    increasing.

2          And that's a testable proposition and

3    that would be reflected in the alpha.  The alpha

4    represents excess XRP returns.  Excess relative to

5    the cryptocurrency market.  And, again, there's no

6    statistical association.

7          Q.   Are you aware that in 2017 XRP prices

8    increased dramatically?

9                MR. KELLOGG:  Objection.

10         A.   That -- that might well be right.  I

11   don't have a specific recollection.

12         Q.   Okay.  Did you consider constructing

13   estimation periods before and after 2017 when XRP

14   prices were very different?

15               MR. KELLOGG:  Objection.

16         A.   Well, you know, turning to Dr. ███ as

17   we discussed this morning, he has a great point, I

18   believe -- just give me one second here.  I'm

19   going to need a second.

20          Well, my understanding of Dr. ███ in

21   his Figure 17 is that he uses as a break point not

22   2017 as your -- as your question poses, but,

23   rather, he uses the bit -- the BitLicense, which I

24   believe, given his Footnote 47 on page 27 of his

25   rebuttal report, occurred in 2016.

183

1          And as I mentioned earlier today, all

2     his alphas -- not the change in alpha, but all his

3     alphas -- using that as a break point, all the

4     post-BitLicense alphas -- which, again, is the

5     middle of 2016 -- are statistically insignificant.

6          So that would be the most direct

7     response to your question.

8          Q.   Let me ask this question:  Did you

9     consider constructing any additional estimation

10    periods beyond the two that you constructed?

11         A.   No.  I felt that was adequate given the

12    theory in the complaint which is alleging and

13    identifying events over this seven-year period.

14    As I -- as we discussed this morning, I also

15    looked at Dr. ████████ specifications which includes

16    alphas for the -- not post-2017, but for the

17    post-2016 period.

18         Q.   Did you conduct your analysis for Period

19    1 and then conduct your analysis for Period 2 or

20    did you conduct them at the same time or in the

21    reverse order?

22         A.   I don't have a memory of that.  I -- I

23    do have a memory very early on of wanting to do

24    the full time period.  That was obvious from the

25    beginning.  And I also have a memory of wanting to

184

1    include Ether as one of the tokens given its

2    prominence.

3           So my memory is that was my thoughts

4    right from the beginning.  I don't remember the

5    exact order.

6        Q.   Why was it that you wanted to include

7    Ether as a token given its prominence?

8        A.   Well, the trading only occurred in 2015,

9    and so I just thought that was another natural

10   break point.  Also, as I discuss in my opening

11   report, this is a developing market.  It's

12   developing over time.  There's more tokens

13   available in 2015.  And so I thought that time

14   period would be a useful robustness check on the

15   full seven-year period.  So I thought that was

16   helpful to include for those reasons.

17       Q.   Do you know whether your model for

18   Period 2 would produce a similar adjusted

19   R-squared if you excluded or added a few more

20   monthly observations?

21                MR. KELLOGG:  Objection.

22       A.   I'm not -- I'm not sure what you're

23   referring to by -- what -- I don't -- I guess I

24   don't understand the question.  What -- what

25   observations are you talking about?

185

```
 1        Q.   Let me ask a broader question.

 2             Did you check to see how sensitive the

 3   adjusted R-squared result was for Period 2 to all

 4   of the data inputs that you used?

 5        A.   How sensitive the -- I mean, the

 6   adjusted R-squared is a measure of the model and

 7   the fitness of the model for that time period.

 8   So, you know -- and that's the standard statistic

 9   to report in tables like this.  So -- so I felt

10   that that was consistent with standard academic

11   practice.

12             If you're referencing -- and I don't

13   know if you are -- Dr. ███ discussion in his

14   Figure 3, I'm happy to talk about that.  But in

15   terms of my reporting adjusted R-squares, I felt

16   this was -- I -- it is the standard academic

17   practice to do it this way.

18        Q.   Let's look at paragraph 96 of your

19   opening report.

20        A.   Yes.

21        Q.   On page 44 there's a continuation of

22   paragraph 96.

23        A.   I'm sorry, can you say that again?

24        Q.   Sure.  Let me rephrase.

25             If you turn to page 44 --
```

186

1          A.    Forty-four.

2          Q.    -- paragraph 96 concludes on page 44,

3     but my question is about the regression equation.

4                Do you see that?

5          A.    All right.  Let me just read the full

6     paragraph.  Okay?

7                Okay.  I've reviewed that.

8          Q.    Okay.  Is the re -- strike that.

9                Is the regression equation in paragraph

10    96 the equation that you used to perform your

11    analysis that's described in Section III.C of your

12    report?

13         A.    Well, it is used in Section III.  I do

14    other regressions in Section III as well.  So it's

15    in Section III, but there's other regressions in

16    Section III as well.

17         Q.    Fair enough.

18               Is -- does the equation in paragraph 96

19    correspond to the regressions that -- the results

20    of which are in Exhibit 3?

21         A.    Yes.

22         Q.    Okay.  Looking back at paragraph 96 and

23    looking at the equation in particular, on the

24    right side of the equation there's a lower case

25    "a."

187

1          Do you see that?

2     A.   Yes.

3     Q.   That "a" is the alpha, correct?

4     A.   Yes.

5     Q.   Okay.  Okay.  And reading from the very

6  end of paragraph 96, the alpha is the "remaining

7  average return, after accounting for the exposure

8  to the non-XRP cryptocurrency market factors," is

9  that right?

10    A.   Well, the alpha plus the error term.

11 But the -- you know, so just looking at that

12 equation in paragraph 96, but the error term has a

13 mean zero.  But -- but, yes.  So that -- the alpha

14 is on the right-hand side of that equation on page

15 44.

16    Q.   Okay.  After the alpha term in the

17 equation on -- in paragraph 96, there's an epsilon

18 "t."

19          Do you see that?

20    A.   Yes.

21    Q.   What is the epsilon "t" on the right

22 side of the equation?

23    A.   That is the error term.

24               THE REPORTER:  I'm sorry,

25          that is the?

188

1                    THE WITNESS:  The error term.

2        Q.   Okay.  And does that epsilon "t"

3   represent the residual return?

4        A.   No.  I mean, the residual ter -- I mean,

5   if the -- if you include in the full model the

6   estimated coefficient with alpha, then the epsilon

7   would be -- well, you just -- I guess -- let me

8   restart.

9             The epsilon would be defined by just

10   moving the alpha to the left-hand side in that

11   equation.

12        Q.   Okay.  Let me reask my question in part

13   because I don't understand statistics as well as

14   you.

15             Is it correct to say that the epsilon

16   "t" is the residual return in the equation?

17        A.   I don't want to use that -- I don't want

18   to -- in terms of the definition of residual, if

19   you include in your calculation of the residual

20   the alpha, the alpha estimate, then definitionally

21   you'll be right.  Sometimes people use -- I just

22   want to be clear.

23             Sometimes people use the phrase

24   "residual return" to not include the alpha.  So I

25   think there's a -- semantically people use, in my

1    experience, the phrase "residual return" in

2    different ways.  So I just want to be clear on

3    that.

4              But the alpha is the excess return on

5    average in the return series.  The error term is

6    the error term that you would have in any, you

7    know, kind of a regression.

8         Q.  And when you say "error term," we're

9    talking about epsilon "t," is that right?

10        A.  Yes.

11        Q.  Okay.  Do you address the error term

12   anywhere in your report?

13        A.  Well, the error term is just a standard

14   part of any regression.  So all the results that I

15   have include, you know, a regression with an error

16   term by definition.  You could think about the

17   error term as this bouncing up and down, this

18   volatility of -- that the regression generates

19   when it's generating the coefficients in the

20   model.

21        Q.  What does the error term tell us about

22   the model, if anything?

23        A.  What does it tell us?  I mean, it's just

24   part of the -- you know, if we're talking about

25   OLS regression, ordinary least squares regression,

1    it's part of the model that there's going to be an

2    error term in any given period just by func --

3    just by function of the fact that you're trying to

4    fit the data into a line or a slope.

5        Q.   Okay.  I'm looking for an English

6    translation, if there is one, of -- you know

7    how -- we already discussed the adjusted

8    R-squared.  It tells you the percentage in

9    variation of XRP returns that's -- that are

10   explained by the model, right?

11       A.   I do remember that.

12       Q.   Okay.  Is there some -- is there some

13   plain English way to explain to me what an -- what

14   this error term tells us about the model?

15                    MR. KELLOGG:  Objection;

16            asked and answered.

17       A.   I mean, I don't know what you mean by

18   "tells us about the model."  It's part -- like in

19   an ordinary least squares regression, OLS

20   regression, you're going to have an error term

21   associate -- you know, as part of the model.  An

22   error term left over, so to speak, after the

23   coefficients.  Whether you -- you know, you

24   conclude the alpha in that or not.

25       Q.    Is there any relationship between the

1    error term and actual XRP returns?

2          A.    I mean, the XRP returns are being

3    regressed on the model that has an error term in

4    it.  So the actual XRP price returns are on the

5    left-hand side of the equation.  The error term in

6    the regression's on the right-hand side.

7          Q.    Is there any -- other than paragraph 96,

8    is there any paragraph in your report that

9    addresses the error term in your equation?

10         A.    I'm not sure what you mean by

11   "addresses."  Everything that I report, whether

12   it's Exhibit 3, any regression that I use and --

13   and the regression anybody's using, as far as I

14   know, in this case, has an error term in it.  So,

15   yes, it is addressed in all my regressions because

16   that's part of the model.

17         Q.    Okay.  Let's go to paragraph 102,

18   please.

19         A.    I'm sorry, what was that?

20         Q.    Paragraph 102 on page 48.

21               So the last sentence in paragraph 102

22   says "As I explain above, a zero regression

23   constant is consistent with the average monthly

24   Ripple price returns (less the risk-free rate)

25   being explained by the non-XRP cryptocurrency

192

1    factors and no remaining average 'excess' XRP

2    price returns that are unexplained by the model."

3            Do you see that?

4        A.   I do.

5        Q.   Okay.  Is the model in that sentence

6    the -- strike that.

7            What are you referring to when you say

8    "the model" in that sentence?

9        A.   The regression that we were talking --

10   well, I'm sorry.  You know, I would -- the models

11   are -- are what's being referred to in the first

12   sentence of that paragraph.  So the first sentence

13   of the paragraph 102 states "The factor models and

14   the corresponding results I present in Exhibits 3

15   through 7" -- I won't read the full sentence.  So

16   that -- that is what is being referenced at the

17   end of that paragraph.

18       Q.   Okay.  And I take it from reading

19   paragraph 102 that your conclusion that there are

20   no remaining average excess XRP price returns that

21   are unexplained by the model is based in part on

22   the zero regression constant that's referenced in

23   the last sentence of paragraph 102?  Is that

24   right?

25                    MR. KELLOGG:  Objection.

1          A.   Zero -- no.  That's -- the model -- the

2     regression is what we were talking about earlier

3     in the factor model.  The regression that we were

4     talking -- let me just get the actual paragraph.

5               The regression that we were talking

6     about -- well, one of the regressions being

7     referenced here is the regression in paragraph 96,

8     which does have an error term on the right-hand

9     side, which any OLS -- any regression is going to

10    have.  You know, it's going to have this error

11    term in it.

12              You know, my reference to a zero

13    regression constant is just simply a reference to

14    the fact that the constant, or alpha, if you will,

15    is statistically indistinguishable from zero.  I'm

16    not saying that the point estimate in the model is

17    zero.  It's, rather, the point estimate for alpha

18    or the constant, it's statistically

19    indistinguishable from zero.

20         Q.   Okay.  And the -- just to go back to

21    your Exhibit 3, the point estimate in your models

22    for the alpha for Estimation Period 1 is 0.058 and

23    for Estimation Period 2, negative 0.022, is that

24    right?

25         A.   Yes.

194

1    Q.   Okay.  So when -- when you use the

2  phrase "zero regression constant" in the final

3  sentence of paragraph 102 --

4    A.   Let me just get back to that spot.

5    Q.   Sure.

6    A.   Okay.

7    Q.   When you use the phrase "zero regression

8  constant" in the final sentence of paragraph 102,

9  you are referring, I believe, to your conclusion

10  that the alpha is statistically indistinguishable

11  from zero, is that right?

12    A.   Correct.  And I would point you to the

13  immediately prior sentence to that statement.  "In

14  other words, one cannot reject the null hypothesis

15  that the constant - the observed average monthly

16  XRP price return after subtracting the risk-free

17  rate - is zero (controlling for non-XRP

18  cryptocurrency market factors)."

19    Q.   Okay.  And -- and you reached the

20  conclusion, as expressed at the very end of

21  paragraph 102, that there are "no remaining

22  average 'excess' XRP price returns that are

23  unexplained by the model," correct?

24    A.   Yes.  That is to say, there's no excess

25  returns statistically distinguishable from zero.

195

1    That is to say, we don't -- one does not observe

2    an extra return that's XRP specific on average for

3    this time period.  That is to say, what shows up

4    as statistically significant in the model are the

5    principal components that reflect what's going on

6    in the non-XRP cryptocurrency markets.

7         Q.   Does your conclusion that no remaining

8    average excess XRP price returns remain that are

9    unexplained by the model depend on anything else

10   other than your conclusion that the alpha in your

11   model is statistically indistinguishable from

12   zero?

13              MR. KELLOGG:  Objection.

14        A.   I am working off of the alpha being

15   statistically indistinguishable from zero.  But,

16   obviously, to reach that conclusion requires a

17   model; requires, you know, all the work that I

18   did.  So I would -- would reference all the work,

19   including Exhibits 3 through 7 that are referenced

20   in the beginning of this paragraph, in -- in

21   thinking about that conclusion.

22        Q.   Is there another result other than --

23   strike that.

24              Is there another result obtained from

25   running your model other than the conclusion that

1    the alpha is statistically indistinguishable from

2    zero that informs your conclusion that there's no

3    remaining average excess XRP price returns

4    unexplained by the model?

5                        MR. KELLOGG:  Objection.

6         A.   Well, I have a number of exhibits, not

7    just Exhibit 3, that are -- that generate the same

8    conclusion.  That is, there's no statistically --

9    there's no alpha, there's no constant, that's

10   statistically indistinguishable from zero in those

11   other models.  And as we discussed earlier today,

12   Dr. ███ alternative specifications also

13   generate the same result.

14        Q.   Just for the record, we've talked about

15   the constant in Exhibit 3.  I don't see a constant

16   in Exhibit 4.

17        A.   Well, Exhibit -- Exhibit 4 --

18                        MR. KELLOGG:  Objection.  Is

19              that a question?

20                        MR. SYLVESTER:  I wasn't

21              done, but --

22                        THE WITNESS:  Oh, I'm sorry.

23   BY MR. SYLVESTER:

24        Q.   I'll tell you what.  I just -- what I'd

25   like to see -- we were just discussing the concept

197

1    that you've concluded that the alpha is

2    statistically insignificant -- lost it.

3              Can you say it for me again?  The alpha

4    is statistically indistinguishable from zero.

5         A.   (Indicating.)

6         Q.   Okay.  Great.  Which exhibits does that

7    concept show up in appended to your Exhibit 1?

8         A.   Appended to what?  Exhibit?

9         Q.   Exhibit 1, yeah.

10        A.   Oh.  Well, I mean, you can see that in

11   Exhibit 3.  Exhibit 4 is not a regression.  It's

12   just a listing of the 20 largest cryptocurrencies.

13   So this is descriptive of that.  It's not a

14   regression.

15             Exhibit 5, this is my regression on the

16   largest MarketCap coins.  You see that the alpha

17   or the constant is statistically indistinguishable

18   from zero.

19             You go to my Exhibit 6 and all the

20   different specifications, that's when I'm adding

21   gold and fiat currencies and what have you, all

22   the constant are, likewise, statistically

23   indistinguishable from zero.

24             We go to Exhibit 7.  Now we're in that

25   second estimation period.  And, again, all these

198

1    different specifications have the same result;

2    that is to say, the constant -- the alpha is

3    statistically indistinguishable from zero.

4              Exhibit 10.

5              Okay.  Now we're into Exhibit 11A, which

6    is on page 92.  Once again, in this -- I won't

7    walk through it now, but the three specifications

8    I have here, the -- the alpha is statistically

9    indistinguishable from zero.

10             You go to Exhibit 11B, which is on page

11   93, that's the second estimation period.  Same

12   results:  Statistically indistinguishable from

13   zero.

14             Exhibit 12A, same result.

15             Exhibit 12B, this is the "Regression of

16   XRP Returns on Ripple XRP distributions -

17   Accounting for Volatility, Estimation Period 2."

18   Statistically indistinguishable from zero.

19             Exhibit 3 is just -- we're getting into

20   different -- different issues here.

21             Exhibits 17, 18, 19, 20 are -- and 21

22   and 22 are the MoneyGram ODL issues.

23             So I tried to be comprehensive in my

24   answer, but, you know, those are the exhibits that

25   come to mind in terms of answering your question.

1          Q.    Okay.  Let's look back at Exhibit 3.

2               Do you agree, looking at Exhibit 3, that

3     for Period 1 the average monthly return of XRP was

4     5.8 percent higher than the average monthly return

5     predicted by the principal components in the

6     regression during this period?

7          A.    I don't agree with that in a statistical

8     sense.  It's -- there is a point estimate that's

9     positive, but it's statistically indistinguishable

10    from zero.  So as a statistician, as an economet

11    -- as a financial economist, and this is -- this

12    would be reflected in standard academic practice,

13    you would view this constant as statistically

14    indistinguishable from zero.

15         Q.    You started your answer with "I don't

16    agree with that in a statistical sense."

17              Is there any sense in which the answer

18    is different?

19                   MR. KELLOGG:  Objection.

20         A.    Well, I agree that there's a point

21    estimate here, which is positive, it's negative in

22    the second period, but you just don't take point

23    estimates.  The point of doing statistical

24    analysis is whether this is statistically in the

25    data or not.  And as we've been discussing, this

1    point estimate, as is true for the point estimate

2    in Estimation Period 2, the negative 0.022, is

3    statistically indistinguishable from zero.

4         Q.   Given the regression for Period 1, isn't

5    5.8 percent the most likely value of alpha?

6                   MR. KELLOGG:  Objection.

7         A.   I don't think that follows from the

8    regression at all.  So the regression -- the point

9    of doing statistical analysis is whether we can

10   identify on a reliable basis the -- you know,

11   whether a point estimate is statistically

12   distinguishable.  Here, we're testing it against

13   the null being zero.

14             So, again, you know, using -- the point

15   of the statistical analysis is to identify whether

16   an estimate is statistically reliable or

17   statistically present in the data.

18        Q.   Do you base your conclusion that the

19   constant is not statistically distinguishable on

20   the "t" statistics?

21        A.   Well, I ran it on the Huber-White, so

22   there is -- you know, obviously I'm working off of

23   the standard errors to calculate the statistical

24   significance at the 5 percent level.

25        Q.   Do you know how standard errors are

201

1   calculated?

2        A.   Yes, but I'm not going to be able to

3   recall off the top of my head.

4        Q.   Okay.  Would you agree that, all else

5   equal, if the residuals in the regression were

6   smaller, the estimated standard errors would also

7   be --

8                   THE REPORTER:  Repeat.

9        Q.   Would you agree that, all else equal, if

10   the residuals in the regression were smaller, the

11   estimated standard errors would also be smaller?

12                   MR. KELLOGG:  Objection.

13        A.   I don't know what you mean by

14   "residuals" in your question.

15        Q.   If -- let me reask that question using

16   the phrase "error term."

17             Would you agree, all else equal, if the

18   error term in the regression were smaller, the

19   estimated standard errors would also be smaller?

20                   MR. KELLOGG:  Objection.

21        A.   Are you -- you're talking about the

22   error term and not the constant in your question?

23        Q.   That's right.

24        A.   Can you repeat the question?

25                   MR. SYLVESTER:  Bridget,

202

1          would you mind reading that one back?

2               (Whereupon, the record was

3          read back.)

4               MR. KELLOGG:  Objection.

5     A.   Yeah, I -- I -- I don't want to answer

6  that off the top of my head.  I would want to

7  think about that and go back to the formula.

8          So what I can say is based on the

9  standard errors that I actually calculate, this

10  is -- this is what one finds statistically.

11     Q.   Would you agree that, all else equal, if

12  the error terms in the regression were all zero,

13  the estimated standard errors would also be zero?

14               MR. KELLOGG:  Objection.

15     A.   I want to be careful.  I want to think

16  about that.  I don't want to answer the

17  application of the standard error formula off the

18  top of my head.

19          What I can say is based on the standard

20  errors that I actually calculate for this model,

21  it's not statistically significant.

22     Q.   What's the "it" in that sentence?

23     A.   The constant.  The alpha.  So just to be

24  clear, I calculate the standard errors, the

25  statistical significance, for these various

203

1    models, these various specifications that I'm

2    running.  And based on those standard errors, the

3    alpha, the constant, is not statistically

4    significant.  Not statistically distinguishable

5    from the -- from zero, which is the null

6    hypothesis.

7         Q.   Are you familiar with the concept

8    economically significant?

9         A.   I've heard that phrase.

10        Q.   Okay.  What is the difference between

11   something that's economically significant and

12   statistically significant?

13                  MR. KELLOGG:  Objection.

14        A.   So the context where I've seen this is

15   somebody finds a statistically significant

16   result -- so they have a point estimate, they find

17   a statistically significant result, and then the

18   question becomes, how big a deal is this?

19             So we find an effect of X on Y or a

20   statistical association of X on Y.  And then

21   the -- and then -- so the person reports the

22   results of their statistical analysis.  There is a

23   statistical relationship.

24             And then the question that one might

25   ask, and sometimes is asked, is, okay, there's an

1    association here, but is this economically

2    meaningful?  Is this something that we should care

3    about or how much should we care about it?  So it

4    really goes to the question of magnitude once we

5    are assured that there is a statistical

6    relationship in the data.

7         Q.   Is it possible for a result to be

8    statistically insignificant but economically

9    significant?

10                   MR. KELLOGG:  Objection.

11         A.   That is not -- not -- I would need to

12    see the context of where that claim is being made.

13         Q.   What context would you need to answer

14    that question?

15         A.   I'm really not sure what you're talk --

16    what your question is asking, I guess is what I'm

17    saying.

18         Q.   I'm just talking about the, sort of,

19    conceptual level in economics literature.  If

20    there's a difference between economically

21    significant and statistically significant, is

22    there a possible situation where a result is

23    statistically insignificant but economically

24    significant?

25                   MR. KELLOGG:  Objection.

```
 1        A.   I mean, that's a very broad statement

 2   about all of economics.  Again, I would just

 3   repeat my earlier answer.  The context that occurs

 4   to me sitting here about economic significance is

 5   really your -- you do data analysis.  You find

 6   that there's a statistical association, so it's in

 7   the data in that sense.  And then you can ask, is

 8   this economically meaningful or how economically

 9   meaningful?

10        So, again, that's the context that comes

11   to mind, you know, in this -- with regard to this

12   issue.

13        Q.   Let's look back at your Exhibit 3.  If

14   you replaced the insignificant .058 constant with

15   zero, would your model still predict XRP returns

16   equally well?

17             MR. KELLOGG:  Objection.

18        A.   So if I ran a different model, what

19   would be the outcome?  I would have to run the

20   model.  So if -- so as I understand, your question

21   is you -- your question is if I put an a priori

22   restriction on a model, that the intercept term,

23   the constant term, has to be zero, would it do a

24   better or worse job?  I don't -- I'd have to think

25   about it.  I don't have a view.
```

206

1          Q.   Whether it would be better or worse,

2     would it be different than what we're looking at

3     in Exhibit 3?

4                    MR. KELLOGG:  Objection.

5          A.   Well, if I understand your question

6     correctly, it would be different in a trivial

7     sense in that, again, if I understand your

8     question correctly, your -- in your hypothetical,

9     you, as an a priori matter, are setting the

10    intercept term, the constant term, to zero.

11              So that is -- that is different than

12    what I'm doing, which is I'm interested in whether

13    there's alpha to begin with.

14         Q.   Okay.  Let -- let's consider a

15    hypothetical.  So during a given month, a company

16    announces a new product and, following that

17    announcement, its share price increases by 50

18    percent that day.  Later that month the same

19    company announces it will recall an existing

20    product and, following the announcement, its share

21    price drops by 50 percent that day.

22              In that circumstance, the average

23    monthly return and the alpha are zero, correct?

24                    MR. KELLOGG:  Objection.

25         A.   That's not actually right.  So I'm going

1    to nitpick here.  In your hypo -- let's call the

2    price 100.  It goes up 50 percent.  That's 150.

3    If it falls 50 percent, that's 75.  So the price

4    doesn't remain the same.

5          Q.   Let's use absolute price terms.  Let's

6    say -- let's adjust the hypothetical to say that

7    the price goes from 100 to 120 and then falls from

8    120 to 100.

9               In that circumstance, where it's 100 at

10   the start and 100 at the end, would the average

11   monthly return in alpha be zero?

12                   MR. KELLOGG:  Objection.

13         A.   Not necessarily.  So in your hypo it's

14   100 and 100.  I agree with you that in that hypo

15   that's a zero return.  I think we can all -- you

16   know, I think we can agree on that.  Whether

17   that's a -- that's related to a negative or a

18   positive alpha or -- or -- or an alpha that's

19   statistically indistinguishable from zero is an

20   entirely separate question.

21              So what if the al -- the -- the

22   instrument that we're talking about that goes from

23   100 and stays at 100 at the end of the day is

24   underperforming the market and it has a beta of 1?

25   So in that situation staying constant would

208

1    actually result in a negative alpha.

2            So, again, in response to your question,

3    whether something has a positive or negative alpha

4    is a function not just of the price returns of

5    that instrument, but how is it doing relative to

6    the factors that you have found to be

7    statistically associated with -- with price return

8    behavior?

9        Q.   Let's look back at your paragraph 102

10   again.

11               MR. KELLOGG:  Sorry, which

12        paragraph?

13               MR. SYLVESTER:  102 on page

14        48.

15       A.   Just give me a second here.

16       Q.   Sure.

17       A.   Okay.  I'm there.

18       Q.   Okay.  Great.

19            Looking again at the last sentence, that

20   we've now read through a few times together, is

21   the standard way to measure excess price return

22   with a constant or -- or is it with the error term

23   that's left unexplained by the model?

24               MR. KELLOGG:  Objection.

25       A.   Well, I mean, the error term is going to

1    be, you know -- it's going to be bouncing around,

2    up and down, depending on what the returns are

3    doing that month and what the other factors are

4    doing.

5            The alpha, the constant, is going to

6    give you that average excess return per month.  So

7    it's absolutely standard in the academic

8    literature to look at the alpha.  I think Mike

9    Jensen at HBS, Harvard Business School, had a very

10   famous paper in the 1960s on alpha and there's a

11   long literature on the meaning of alpha since

12   then. I've done some work myself on -- on alpha as

13   a measure of excess returns.

14           So I would say that the academic

15   literature very much supports my focus on alpha in

16   these regressions as a measure of excess returns.

17       Q.   What are the academic papers that you

18   cite in your report that use alpha to measure

19   excess returns?

20       A.   That I would have to go through and take

21   a look at the papers that are cited.  But there's

22   many papers that look at alpha as excess returns.

23   I would mention Gomphers, Ishii, Metrick had a

24   paper in the Quarterly Journal of Economics in

25   2003.  The whole point of their paper is alpha, is

```
 1    their excess returns associated with good

 2    corporate governance?

 3              I've done a paper in Review of Financial

 4    Studies where we look at alpha as well.  So

 5    there's -- that's just an example on the

 6    literature on alpha.

 7              Again, alpha as a measure of whether or

 8    not you're observing not just bouncing up and

 9    down, but is there positive or negative excess

10    returns above and beyond what you would expect

11    based on your factor model that you're deploying?

12         Q.   The two papers that you just cited, did

13    you review them in connection with preparing your

14    expert report in this case?

15         A.   I mean, not particularly.  I mean,

16    this -- these are papers that I've known for --

17    well, the Gomphers, Ishii, Metrick, I knew it as a

18    working paper back in -- these are papers -- and

19    one of which I wrote.  So these are papers that

20    I've known for, you know, a decade or two decades.

21         Q.   Looking back at your --

22         A.   But I do want to just --

23         Q.   Go ahead.

24         A.   -- put a little closure on this.

25              It's absolutely standard in the academic
```

1    literature to view the alpha, to view the

2    constant, as a measure of excess returns, returns

3    above and beyond -- it could be negative or

4    positive -- relative to the factor model that you

5    happen to be deploying.

6         Q.   And other than your article and the

7    Gomphers article, can you think of any other

8    academic literature sitting here today that

9    supports that view?

10        A.   Oh, I mean, there's many papers that do

11   that.  I mean, I just mentioned Mike Jensen's

12   paper in the 1960s that started this whole thing

13   off.  I would have to think more to come up with

14   citations off -- off the top of my head, but, you

15   know, those -- those two papers would all be good

16   starting points.

17             And it's inherent in the model, which

18   is -- right?  You have, in the regression model --

19   going back to paragraph 96, if we go look at the

20   regression model itself, you just think about what

21   the alpha represents.  It represents, you know,

22   this sort of constant effect, if any, above and

23   beyond the -- you know, what's in your factor

24   model.

25        Q.   Let's look again to your Exhibit 3 at

212

 1    the point estimate of your constant for Period 1.

 2         A.   Yes.

 3         Q.   Okay.  Can we conclude, looking at your

 4    Exhibit 3, with 95 percent confidence that the

 5    true constant is in the range of approximately two

 6    standard deviations of .058 in either direction

 7    for Period 1?

 8         A.   I don't want to agree to a specific

 9    confidence interval.  I will say the confidence

10    interval includes the zero.  That is to say

11    statistically indistinguishable from zero with --

12    you know, using the 5 percent level of confidence.

13         Q.   Isn't two standard deviations the

14    generally accepted method for determining the

15    confidence interval?

16         A.   Given --

17                   MR. KELLOGG:  Objection.

18         A.   Depending on your confidence level, yes.

19         Q.   What's the confidence level expressed in

20    your work in this case?

21         A.   Five percent.

22         Q.   Okay.  So is it fair to say, then, that

23    the 95 percent confidence interval with respect to

24    the true constant range for .058 would be two

25    standard deviations in either direction?

213

1          MR. KELLOGG:  Objection.

2      A.   Sitting here today, I believe that's

3  accurate.  I would want to double-check, but I

4  believe that's accurate.

5      Q.   What is it that you would want to

6  double-check?

7      A.   Well, I would want to make sure, you

8  know, sitting here, that I'm not misrepresenting

9  the exact confidence interval.  You know, based on

10  the standard error, you know, this is

11  statistically indistinguishable from zero; i.e.,

12  the confidence level includes zero.

13      Q.   Right.  I guess if I look at -- I'm

14  trying to figure out -- strike all that.

15          Footnote 2 of your Exhibit 3 says

16  "asterisk indicates statistical significance at

17  the 5 percent level."

18          Do you see that?

19      A.   I do.

20      Q.   Does that mean that for your results

21  displayed in Exhibit 3, you used a 95 percent

22  confidence level?

23      A.   Yes.

24      Q.   Okay.  So why is it that you can't say

25  with certainty that the 95 percent confidence

214

1     interval for the true constant value for your

2     Estimation Period 1 is within two standard

3     deviations on either side of .058?

4                    MR. KELLOGG:  Objection.

5          A.   So I believe that's accurate.  All I'm

6     saying is that I would want to double-check that

7     it's two standard deviations.  That's consistent

8     with my memory sitting here, but, you know, I just

9     want to be, you know -- yeah.  So I guess I'll

10    leave my answer at that.

11         Q.   What would you check?

12         A.   Well, I would just want to make sure --

13    you know, I would want to calculate the

14    standard -- the confidence interval, so...

15         Q.   How would you calculate the confidence

16    interval?

17         A.   Well, the confidence interval is a

18    function of the standard error.  The standard

19    error is going to tell you how many standard

20    deviations you have for the confidence interval.

21    If you're asking me to perform the calculation

22    sitting here, I'm not prepared to do that.

23         Q.   Why is it that you're not prepared to do

24    that?

25                    MR. KELLOGG:  Objection.

1      A.   Because my report has the standard

2    error.  It reports the constant.  It reports

3    whether it's statistically indistinguishable.  I

4    have all the information in this exhibit that's

5    necessary for the conclusions I draw.

6            I agree with you that the point estimate

7    will have an associated confidence interval

8    associated with it.

9      Q.   And sitting here today, do you know how

10   to calculate the associated confidence interval

11   for the constant for Period 1?

12                 MR. KELLOGG:  Objection.

13     A.   So I believe it's two standard

14   deviations.  I believe that's accurate.  But,

15   again, I'm not going to do new work sitting here

16   in the middle of a deposition.

17     Q.   Assuming that it is two standard

18   deviations, what's the calculation that you would

19   perform to determine what the range of values for

20   the true constant are for Period 1?

21                 MR. KELLOGG:  Objection.

22     A.   So I'm not going to do new calculations

23   sitting here.  So I agree it's two standard

24   deviations, is my best memory.  I agree that

25   there's a confidence interval, but I'm not going

216

1    to do a calculation sitting in the middle of -- a

2    new calculation sitting in the middle of a

3    deposition.

4         Q.   Okay.  Setting aside doing the math of a

5    new calculation, just conceptually, can you tell

6    me how you would go about, with words, figuring

7    out what the confidence interval is for the range

8    of true constant values for Estimation Period 1?

9                   MR. KELLOGG:  Objection.

10        A.   I -- I -- I'm going to leave the work

11   that I've done as reflected in the exhibit.

12        Q.   Is that because you don't know how to do

13   it?

14                  MR. KELLOGG:  Objection.

15        A.   I don't want to, you know, off the top

16   of my head say something that's inaccurate.  So

17   I'm not going to do new work in the middle of the

18   deposition.  I'm going to rely on the work that I

19   carefully did over many months.  And so -- and

20   that is what forms the basis for my opinion.

21                  Now, I agree with you that my best

22   memory is it's two standard deviations associated

23   with a 95 percent confidence level, or interval,

24   but, again, I'm not going to do new math sitting

25   here.

217

1      Q.   Understanding that you refuse to, could

2   you?

3                MR. KELLOGG:  Objection.

4      A.   I'm just going to repeat my earlier

5   answer.

6      Q.   Do you know -- assuming the standard

7   deviation is -- assuming that you would use two

8   standard deviations, do you know how to perform

9   the calculation that would give you the range of

10  values for the true constant for Period 1?

11               MR. KELLOGG:  Objection.

12     A.   I -- I would want to think about it.

13     Q.   Okay.  You would agree with me that

14  there -- there is a range of values for the true

15  constant for Period 1, is that right?

16     A.   Of course.

17     Q.   Okay.

18     A.   And that confidence interval, as we

19  discussed, includes zero.  That's what it means to

20  say that something's statistically

21  indistinguishable from zero.

22     Q.   Could the true value of the constant for

23  Period 1 be as high as 14 percent?

24               MR. KELLOGG:  Objection.

25     A.   I don't know offhand.  There will be a

218

```
1    confidence interval on both sides of the point

2    estimate.  So I agree with that.  So there would

3    be in the confidence interval a number above

4    0.058.  I don't have the exact number.

5         Q.   Okay.

6         A.   But I agree with you directionally that

7    in the confidence interval, there would be a range

8    around the point estimate.

9         Q.   Let's assume -- I'll ask you to assume

10   for the sake of my question that 14 percent is

11   within the range of the true constant for Period

12   1.

13        A.   Sure.

14        Q.   Do you have any more reason to exclude

15   14 percent than you do to exclude zero as the true

16   constant?

17             MR. KELLOGG:  Objection.

18        A.   So whenever you do statistical testing,

19   you always need -- you always go into the

20   hypothesis.  You don't come up with a hypothesis

21   after the fact.  So the null hypothesis, which is

22   the necessary first step before doing any

23   statistical analysis, is, is it statistically

24   indistinguishable from zero or is the true

25   value -- or conversely, is it statistically
```

```
 1   distinguishable from zero?

 2          So that's the null hypothesis that I'm

 3   testing for the reasons that we discussed earlier

 4   today.  And it -- you know, it turns out to be

 5   statistically indistinguishable from zero.

 6          Again, there's obviously always going to

 7   be a confidence interval associated with any point

 8   estimate.

 9      Q.   Okay.  Assuming, again, that 14 percent

10   is within the range of values for the true

11   constant for Period 1, is there any statistical

12   reason to think that it's more likely that zero is

13   the true constant than 14 percent is the true

14   constant?

15                  MR. KELLOGG:  Objection.

16                  MR. SYLVESTER:  Please let me

17          finish.

18      A.   I don't -- I don't agree with that

19   approach at all.  In statistical testing, you have

20   to go into the null hypothesis.  You don't create

21   your altern -- you know, a different hypothesis

22   after the fact.  So the hypothesis being tested

23   here, the reason for the statistical analysis

24   going in, is whether or not the alpha is

25   statistically distinguishable from zero.  That's
```

```
 1    the question that's being answered.  You don't

 2    genie up or create a new hypothesis -- i.e., it's

 3    14 percent -- after the fact.  I don't think

 4    that's a valid approach.  It kind of invalidates

 5    the statistical methodology which is you're

 6    testing a hypothesis.

 7              So I -- I guess I strongly disagree with

 8    what I understand your question to be proposing.

 9        Q.   I don't think I'm suggesting that you

10    take this approach.  I'm just asking your opinion

11    as an economist and somebody who understands

12    statistics, that if we assume that 14 percent is

13    within the true constant range for Estimation

14    Period 1, can you tell me if it's statistically

15    likelier that the true constant is zero than 14

16    percent?

17                   MR. KELLOGG:  Objection;

18              asked and answered.

19        A.   I just don't agree with that approach.

20    That is, the statistics are designed to answer a

21    hypothesis that you have going in.  It does have a

22    confidence interval associated with it, but what

23    I'm testing here, the null hypothesis, sets up the

24    regression analysis that we're doing.  That is to

25    say, can we, at a certain confidence interval,
```

221

1    reject the hypothesis that the true alpha is zero?

2            So, again, in statistical testing, you

3    have to have a hypothesis going in.  You don't say

4    after the fact, well, now I think it's -- you

5    know, that's -- that's what I'm testing.  I'm not

6    going to change the hypothesis, you know, after

7    the fact.

8       Q.   I totally understand you don't agree

9    with my approach.

10           Are you capable of answering my

11   question?

12                   MR. KELLOGG:  Objection.

13      A.   I've answered it the best way I can.

14      Q.   So am I to understand that you're not

15   capable of telling me whether or not it's likelier

16   that the true constant is zero than 14 percent

17   given the parameters of my hypothetical?

18                   MR. KELLOGG:  Objection;

19           asked and answered.

20      A.   I agree with you that there's a

21   confidence interval, but the -- but the

22   statistical model is in service of testing the

23   hypothesis.

24      Q.   Okay.  Let's look at Dr. ███████ rebuttal

25   again, Exhibit 6.

222

1          THE WITNESS:  So we've been

2     going about an hour.  Does it make

3     sense to take a quick break?

4          MR. SYLVESTER:  That's fine

5     by me if it's okay --

6          THE WITNESS:  Thanks.

7          MR. KELLOGG:  Sure.

8          THE VIDEOGRAPHER:  Okay.

9     Thank you.  The time is approximately

10     3:09 p.m.  We're going off the record.

11     It's the end of Media 4.

12          (Whereupon, a recess is

13     taken.)

14          THE VIDEOGRAPHER:  And the

15     time is approximately 3:26.  We're

16     back on the record.  This is the

17     beginning of Media 5.

18  BY MR. SYLVESTER:

19     Q.   Professor, are you offering the opinion

20  that because alpha is statistically insignificant,

21  there is no room for any other factors to explain

22  the price returns of XRP?

23     A.   Well, no, I'm not saying that.  So if we

24  go to my Exhibit 7, for example, you know, I do

25  add other market factors, potential market

1    factors, after I had my PCA components, to explore

2    whether those additional market factors, such as

3    the S&P 500, have, you know, a statistical

4    association.

5            So -- so, you know, I -- I do leave open

6    the possibility, you know, as reflected in this

7    work, that there's other factors that could have a

8    statistical association which I then explore, you

9    know, in the context of looking at these different

10   factors.

11       Q.   Are there any additional market factors

12   that explain XRP returns?

13       A.   Well, I can only report on the work that

14   I've done.  And so I would reference the factors

15   that I do look at in my report, which obviously is

16   the non-XRP crypto market factors, the S&P 500,

17   the World Index Return, the Emerging Market, the

18   Bloomberg Commodity, gold, dollar, yen, euro.

19       Q.   And as to any other additional market

20   factors beyond the ones that you just mentioned,

21   you didn't examine them, so you can't say one way

22   or another whether they affected XRP price

23   returns, is that fair?

24               MR. KELLOGG:  Objection.

25       A.   The work that I did, the factors I

1    looked at are in my report.  What I can say is

2    conditional -- conditional in the pricing effect

3    or association of those factors, there is no

4    excess return so it's statistically

5    distinguishable from zero.

6         Q.   Okay.  But it's -- it's possible -- if I

7    understand your testimony, it's possible to have

8    an alpha that's statistically indistinguishly --

9    indistinguishable from zero and then also have

10   other market factors explain price returns of XRP,

11   is that correct?

12                 MR. KELLOGG:  Objection.

13        A.   Well, I mean, I show that in my work,

14   which is there's no excess returns and there's a

15   statistical association between some of these

16   market factors and XRP price return behavior.

17        Q.   Are any of the additional market factors

18   that you identify in Exhibit 7 statistically

19   significant?

20        A.   No.  So once we move beyond the -- the

21   non-XRP cryptocurrency factors, again, consistent

22   with the academic literature, these additional

23   factors, such as commodities, has no

24   statistically significant association.

25        Q.   I think you testified that in your work

225

1    you show there's no excess returns.  I thought

2    what you demonstrated was that there was no

3    average excess returns, is that right?

4                    MR. KELLOGG:  Objection.

5         A.   I think you're drawing a distinction

6    that I wasn't making in your -- in your comment.

7    So I would just go back to the report.  The alpha

8    is the excess returns over this time period.

9         Q.   Can you show me where you're reading

10   from, please?

11        A.   Okay.  I haven't found the spot, so give

12   me one second.

13             Okay.  So I would just point to my third

14   bullet point on page 40, as the way I characterize

15   it in the report, where I say "On average, XRP

16   price returns are not statistically different than

17   zero, controlling for cryptocurrency market

18   factors, over which Ripple has no control."

19        Q.   And is that conclusion the same or

20   different from the conclusion that you articulate

21   in paragraph 102, where you say "In each of the

22   Exhibits, 3 to 7, in all columns, none of the

23   constants - which are estimates of the average

24   monthly XRP price" --

25        A.   I'm sorry, I don't -- I don't know where

226

1    you're reading from.

2         Q.   Paragraph 102.

3         A.   Okay.

4         Q.   About mid paragraph it starts "In

5    each..."

6         A.   Yeah.

7         Q.   Okay.  "In each of the Exhibits, 3 to 7,

8    in all columns, none of the constants - which are

9    estimates of the average monthly XRP return after

10   subtracting the risk free rate and controlling

11   from non-XRP cryptocurrency factors - is

12   statistically significant at the 5 percent level."

13        So I guess my question is, is there a

14   distinction between excess returns and average

15   monthly excess returns?

16        A.   I'm not drawing that distinction in my

17   report.

18        Q.   Why not?

19        A.   Because I'm referring to the same thing.

20   I'm referring to the constant in my exhibit.  So

21   the discussions that we've been having is

22   referring to exactly the same regression.  So

23   obviously they're referring to the same thing,

24   which is the alpha, the constant term in these

25   exhibits, such as Exhibit 3.

1    Q.   Okay.  So let's turn back to the bullet

2    you pointed me to.  I think that was page 40, is

3    that right?

4    A.   I have to find it again.  Yes.

5    Q.   So when you say in the third bullet on

6    page 40 that you read to me that begins with "On

7    average," that's a different way of saying what

8    you're saying in paragraph 102, is that right?

9    A.   I don't know what -- what you mean by

10   "different way."  I -- I am using different words.

11   It's not exactly the exact phrase that I use on

12   page 40.  It's explain -- it's referring to the

13   same alpha estimates in my exhibits.  It's

14   referring to the same thing, which is it's monthly

15   returns -- ergo, the excess return, if any, is

16   going to be a monthly return -- that's going to be

17   reflected in that alpha term in the exhibits.

18   Q.   And would an excess return include the

19   error term in addition to alpha?

20   A.   The excess return that I'm referring to

21   here is the alpha -- is the -- is the alpha in the

22   equation that we looked at earlier.  So let me

23   just go back.

24        So the alpha that's being estimated is

25   the alpha in the regression term on page 43,

228

```
1    paragraph 96.

2         Q.   Okay.  Okay.  Let's look at Dr. ████

3    rebuttal report again.

4         A.   Okay.

5         Q.   AF-6.  Let's turn to page 14, please.

6    Page 14 has a Figure 6 labeled "XRP 28-Day Net

7    Return Unexplained by Dr. Ferrell's Model

8    (Estimation Period 1)."

9              Do you see that?

10        A.   Yeah, I see the Figure 6 heading.

11        Q.   Okay.  And then on the next page,

12   there's a Figure 7 and that heading is "XRP 28-Day

13   Net Return Unexplained by Dr. Ferrell's Model

14   (Estimation Period 2)."

15             Do you see that?

16        A.   I do.

17        Q.   Okay.  Do Dr. ████ Figures 6 and 7

18   show the error term unexplained by your model?

19        A.   So the way I'm reading this and the way

20   I understand it is that he's using the predicted

21   XRP return.  So I'm interpreting him as using the

22   point estimate for the alpha, is my interpretation

23   of that second sentence in paragraph 32.  And that

24   he's subtracting the predicted XRP return, which I

25   understand him to be using -- I believe he's using
```

229

```
 1    the point estimate and subtracting the actual

 2    return.  And then he's plotting the delta over

 3    time.

 4         Q.   Okay.  So in your view, do Dr. ████

 5    figures have any relationship to the error term in

 6    your equation expressed in paragraph 96 of your

 7    report?

 8                   MR. KELLOGG:  Objection.

 9         A.   So -- so if he's using, in his predicted

10    XRP return that's referenced in paragraph 32, the

11    point estimate on the alpha, then, yes.  Under

12    that equation in -- on page -- you know, on page

13    44, if I understand what he's do -- what I

14    understand him saying is he's subtracting -- he's

15    moving that alpha over to the left-hand side

16    and -- and, therefore, what remains is the error

17    term.

18              If he's not using the point estimate for

19    the alpha, then it would obviously be the

20    conjunction of the two or the combination of the

21    two.

22         Q.   Did you take any steps to determine

23    whether or not it was possible that unexplained

24    XRP returns -- actual unexplained XRP returns

25    reflected on Figures 6 and 7 were the result of
```

230

1    Ripple's actions?

2              MR. KELLOGG:  Objection.

3        A.   Well, I did, in the sense that the model

4    and the various specifications of the model are

5    asking a question:  Is there a monthly excess

6    return over this time period?  Not just bouncing

7    up and down, but is there an average excess return

8    associated with XRP over the -- over the

9    seven-year period or five-year period?

10             So I do think the work that I did in the

11   opening report does address that question.

12   Whether or not the error term is bouncing up and

13   down, you know, that's part of -- any regression

14   model is going to have a error term.  The

15   regression model is identifying this excess return

16   if it exists.

17       Q.   Is the -- strike that.

18             Is the phenomenon of the error term

19   "bouncing up and down," to use your words,

20   reflected in Figures 6 and 7 of Dr. █████

21   rebuttal report?

22             MR. KELLOGG:  Objection.

23       A.   Well, again, I would go back to my

24   earlier answer and I just don't remember offhand.

25   But if in his predicted XRP return in paragraph 32

231

1    incorporates the point estimate of the alpha, then

2    under equation -- the equation on page 44 of my

3    report, that would be the error term under that

4    assumption.

5           Q.    Okay.   The last sentence of paragraph 33

6    of Dr. ███████ rebuttal report on page 15 --

7           A.    Thirty-three?

8           Q.    Thirty-three.

9                 -- says "He" -- that's a reference to

10   you, Professor -- "did not perform any testing to

11   see whether Ripple news or actions coincided with

12   any of these unexplained returns," referring to

13   the returns reflected in Figures 6 and 7.

14                So my question with you is, do you agree

15   or disagree with that statement?

16          A.    I disagree with that statement because

17   the hypothesis that I was testing is the SEC's

18   theory, economic theory, that Ripple took various

19   efforts over the seven-year period -- and also the

20   five-year period -- over the seven-year period

21   that is associated with XRP price going up.   So

22   that is the economic theory that I'm testing,

23   that's the hypothesis that I'm testing, and so I

24   did test for that.

25                The "Ripple news or actions" that he's

1    referring to in paragraph 33, you know, I assume

2    that's a reference to the SEC's theory in this

3    case that there's actions and news that Ripple

4    undertook that's affecting the XRP price.  So I

5    most definitely did test that in my factor model.

6         Q.   What in your view explains the

7    phenomenon of "bouncing up and down" -- again, to

8    use your words -- that we see in Figures 6 and 7

9    of Dr. ███████ rebuttal?

10                  MR. KELLOGG:  Objection.

11        A.   So in any model, there's going to be a

12   error term.  There's going to -- you're never

13   going to get a perfect fit in a model.  That's not

14   the nature of statistical testing.  But the model

15   can test whether, on average, there's this excess

16   return, whether it be negative or positive,

17   associated with XRP.

18             So that's what the model is identifying,

19   whether there's excess returns associated with XRP

20   over time.  The model does have explanatory power,

21   the adjusted R-squared, if you want to use that

22   metric, but it's never going to be 100 percent.

23        Q.   Professor, a few answers ago you said "I

24   was testing" -- "what I was testing was the SEC's

25   theory, economic theory, that Ripple took various

 1   efforts over the seven-year period -- and also the

 2   five-year period -- that is associated with XRP

 3   price going up."

 4          Can you point me to the place in your

 5   report where you identify the SEC expressing that

 6   economic theory?

 7      A.   Well, it's the whole basis for why I'm

 8   analyzing excess returns, which is the SEC's

 9   theory.  So I'm happy to flip through my report,

10   but I talk about the complaint in a number of

11   points.

12          Okay.  So I'm just going to walk through

13   my initial report to give a full responsive answer

14   to this.

15          So in paragraph 7, which is under the

16   title back -- "Brief Background on Litigation," I

17   state in the second sentence "The alleged spec" --

18   well, I should read the full paragraph.  "The

19   SEC's affirmative theory in its complaint for why

20   XRP should be deemed" --

21                  THE REPORTER:  One second.

22          Go ahead.

23      A.   -- "should be deemed an investment

24   contract extensively relies upon its

25   characterization of XRP as a 'speculative

1    investment.'"

2           This is -- the next part is the one I

3    wanted to focus on.  "The alleged speculation is

4    supposedly driven by the hope that Ripple's

5    efforts would somehow find a 'use' for XRP at some

6    point in the future, and that XRP's price would

7    rise as a result of those efforts."

8           I have various citations and quotes in

9    the complaint here.  Let me just keep on going

10   through my report.

11          Paragraph 13 in my report, I state "In

12   Section III, I will address the SEC's assertion

13   that 'profit' from 'speculating' on XRP's price

14   increasing would primarily follow as a matter of

15   'economic reality' from Ripple's efforts to manage

16   and develop its business and promoting XRP."

17          So, again, referencing this theory of

18   the SEC that there's actions, events, that is

19   resulting in -- that's associated with Ripple and

20   its -- and its price.

21          Let me just keep going forward.  I'm

22   going to skip over the contract section.

23          Paragraph 83 on page 36:  "The SEC's

24   claim that the economic reality establishes that

25   XRP is an investment contract because market

```
 1    actors speculated on XRP's price and, moreover,

 2    that Ripple's efforts impacted XRP's price is

 3    equally mistaken."  Skipping a sentence.  "Rather,

 4    as I will show in Sections III.C and D" -- that's

 5    the sections that include the factor model -- "the

 6    economic reality is that" -- "is that XRP's

 7    long-run price returns are, in fact, associated

 8    with factors outside Ripple's control, namely,

 9    price returns of non-XRP cryptocurrencies, and

10    that the XRP returns are unrelated to factors

11    under Ripple's control, including the various

12    distributions of XRP mentioned in the SEC's

13    complaint."

14            Paragraph 84.  I'm not going to read the

15    whole thing, but it talks about speculative demand

16    according to the SEC causing XRP prices to rise.

17    I quote from the complaint extensively in Footnote

18    141.

19            Paragraph 90.  I think this -- this is

20    the beginning of my factor analysis, the very

21    first sentence.  "The SEC alleges that Ripple

22    distributed XRP to create profits for themselves

23    and the purchasers in the form of increased

24    prices" -- I italicize that -- "for XRP." I'm

25    citing to the complaint here.
```

```
 1              Paragraph 107 on page 50:  "The SEC also
 2     points to various efforts by Ripple that
 3     purchasers of XRP allegedly relied upon for an
 4     expectation of profit (in the form of increasing
 5     XRP's price)."
 6              Second sentence of paragraph 108:  "The
 7     SEC then points to the increase in the market
 8     price of XRP as evidence that Ripple's planned
 9     distributions of XRP succeeded."  I quote -- I
10     cite to the complaint.
11              I think at this point in -- in Section
12     E, I'm talking about the -- some -- a different
13     set of issues, aren't related issues, but let me
14     just take a quick look.
15              Paragraph 140, page 67:  "The SEC argues
16     that the fortunes of XRP purchasers depend on
17     Ripple successfully executing their XRP strategy."
18     Citation to the complaint.  "According to the SEC,
19     the success or failure of Ripple's XRP strategy
20     was contingent on Ripple propelling trading of XRP
21     that drives demand for XRP, which will dictate
22     investors' profits (recognized in increased prices
23     at which they could sell XRP) or losses."
24              So just flipping through my report,
25     those are the sections I was able to readily
```

237

```
 1    identify.
 2         Q.   Okay.  Let's turn back to Dr. ███████
 3    rebuttal report, Figures 6 and 7.
 4              Can you exclude the possibility that the
 5    bouncing up and down in XRP returns as observed in
 6    Figures 6 and 7 occurred because of Ripple's
 7    actions?
 8                   MR. KELLOGG:  Objection.
 9         A.   I can exclude or I can -- I -- I test
10    whether Ripple's actions as identified by the SEC
11    over this time period generated excess returns for
12    XRP.  So that's what I tested.  So I can --
13    that -- that's a question I addressed.
14         Q.   As to any actual XRP price returns
15    unexplained by your model, can you exclude the
16    possibility that those actual returns were because
17    of Ripple's actions?
18                   MR. KELLOGG:  Objection.
19         A.   Again, if the claim is that Ripple's
20    actions caused Ripple's -- caused XRP price to
21    increase over this time period by virtue of the
22    actions and the expectations that those actions
23    caused in the marketplace, I do -- I do address
24    that issue.
25         Q.   Let's assume that all of the unexplained
```

238

```
1    XRP returns reflected in Figures 6 and 7 of

2    Dr. ███████ rebuttal report were, in fact, the

3    result of Ripple's actions.

4              Would that affect your expert opinion at

5    all?

6                      MR. KELLOGG:  Objection.

7         A.   That's such a -- a fanciful hypothetical

8    I'm having trouble with it.  You know, if that was

9    somehow shown, I -- I would need to think about

10   it, but it strikes me as a -- I'm having a hard

11   time answering the question given the

12   hypothetical.

13             I mean, I would go back to my earlier

14   observation that any regression model is going to

15   have an error term in it; that it's never the case

16   that data fits perfectly along a -- a slope if

17   we're talking about an OLS regression, for

18   example.

19        Q.   If Ripple had affected the long-term

20   price of XRP, is it your view that you would have

21   expected to find a statistically significant

22   alpha?

23                      MR. KELLOGG:  Objection.

24        A.   I think that that view would lead to the

25   hypothesis that there would be a statist -- that
```

1    there would be a alpha.  And the test for that is

2    the statistical test that I undertook.  That is

3    the reliable methodology in the academic

4    peer-reviewed literature for testing a hypothesis

5    that there is alpha.

6         Q.   Okay.  Professor, I want to show you

7    what's been marked AF-21.

8              (Whereupon, exhibit is received and

9    marked SEC Ferrell Exhibit AF-21 for

10   identification.)

11        A.   Should I put this aside?

12        Q.   For now, yeah.  I'll just pass them all

13   to you so you can distribute.

14             So, Professor, I'm going to represent to

15   you that AF-21 are two tables of data obtained

16   from running the Stata programs that create the

17   results of your Exhibit 3 and that you provided as

18   part of your work papers for your ex -- for your

19   expert report.

20        A.   Okay.

21                  MR. KELLOGG:  I object to the

22             use of this exhibit.

23                  MR. SYLVESTER:  Why?

24                  MR. KELLOGG:  Because it's

25             something that you've created separate

240

1           and apart from any of the expert

2           reports.

3                     MR. SYLVESTER:  That's not

4           true.  I just represented to Professor

5           Ferrell that this exhibit was created

6           by running the programs that he

7           produced as part of -- or that counsel

8           produced as part of his backup to his

9           expert report.  This is part of --

10          this is the output of the analysis he

11          produced to us.

12                    MR. KELLOGG:  But there's no

13          way for him to check that in looking

14          at this sheet of paper.

15                    MR. SYLVESTER:  Well, there

16          is one way for him to check it.  Let's

17          see if he's seen the data before.

18                    May I ask him a question?

19   BY MR. SYLVESTER:

20       Q.  Professor, I understand you haven't

21   physically seen AF-21 before today.  Be that as it

22   may, have you seen the data that's displayed in

23   AF-21 before today?

24       A.  Well, I'm looking at the first linear

25   regression and it is the -- you know, I'm just

1    lining it up with the Estimation Period 1.  And,

2    you know, it is the results in that Estimation

3    Period 1, the coefficients and the constant return

4    in that linear regression.

5            I can -- and let me just check the

6    second linear regression here.

7            Same answer.

8       Q.   Okay.  So it's fair to say that you

9    recognize the data displayed in AF-21, the top

10   panel, as the regression output for Period 1 and

11   the bottom panel as the regression output for

12   Period 2?

13               MR. KELLOGG:  Objection.

14      A.   That -- that appears to be correct.

15      Q.   Okay.

16      A.   Without reproducing it on the spot for

17   myself.

18      Q.   Understood.  We don't have the computer

19   program here with us today.

20          Do you understand -- okay.

21          So turning to Panel 1 first, the top

22   panel, do you see on the right-hand side where it

23   says "Root MSE"?

24      A.   Yes.

25      Q.   Okay.  Do you understand that to be Root

242

1  Mean Square Error?

2      A.   Yes.

3                MR. KELLOGG:  Objection.

4      Q.   Okay.  Are you familiar with the concept

5  of Root Mean Square Error?

6      A.   Yes.

7      Q.   Okay.  You can see for Period 1 that the

8  Root Mean Square Error --

9      A.   So are we -- are we still looking at the

10 first linear regression?

11     Q.   Yes.

12     A.   Okay.

13     Q.   And I understand the first linear

14 regression to correspond with your Period 1

15 regression, is that right?

16     A.   Yes.

17     Q.   Okay.  So looking at the first linear

18 regression that corresponds with Period 1, the

19 Root Mean Square Error is .53246.

20          Do you see that?

21     A.   I do.

22     Q.   Okay.  That Root Mean Square Error

23 figure means that the typical monthly unexplained

24 XRP price return in the regression for Period 1 is

25 approximately 53.2 percent, is that right?

243

 1                    MR. KELLOGG:  Objection.

 2          A.   I think that's correct.

 3          Q.   Okay.

 4          A.   And that -- this is going to, you know,

 5     be a function of running the regression and

 6     fitting these values on the -- the PCAs and the

 7     constant term.

 8          Q.   Okay.  Turning now to the bottom panel,

 9     which I understand to be the linear regression

10     employed for Period 2, do you see that the Root

11     Mean Square Error value is .34178?

12          A.   I do.

13          Q.   Okay.  And that means -- that Root Mean

14     Square Error figure means that the typical monthly

15     unexplained XRP price return in the regression for

16     Period 2 is approximately 34.2 percent, is that

17     right?

18                    MR. KELLOGG:  Objection.

19          A.   I believe that's correct.

20          Q.   Okay.

21          A.   Or that would be one -- yes, I believe

22     that's correct.

23          Q.   Okay.  Let's turn -- actually, before we

24     turn to anything else, let me just ask you a

25     question.

244

1              Do you agree that Ripple's distributions

2      could have an impact on XRP price only if those

3      distributions actually entered the market through

4      trading?

5                      MR. KELLOGG:  Objection.

6          A.   Not necessarily.  So it depends on, you

7      know, the market views about when distributions

8      are -- I mean, it depends -- I would want to know

9      more about market expectations.

10             So certainly one mechanism for

11     distribution to have an effect is -- is the sale

12     of those distributions into the marketplace, but

13     also the effect -- the fact that there is

14     distributions occurring, even if they end up, say,

15     for instance, in a custody account, could

16     potentially affect market pricing as well.  As I

17     explain in my report, you know, increasing supply,

18     all else being equal, could lead to an

19     equilibrium, a lower price.

20         Q.   So if I understand your answer, another

21     mechanism for a distribution to have an impact on

22     prices in addition to trading is if there is

23     market awareness of that distribution, is that

24     right?

25                     MR. KELLOGG:  Objection.

1          A.   Right.  So the market views supplies

2     increasing over time, that could affect market

3     pricing, too.  So, you know, you would want to

4     think about expectations.  You would want to think

5     about supply in the marketplace.  So all these

6     things obviously are going to be part of the

7     overall picture in thinking about distributions

8     and the increase of supply that the sales or the

9     distributions can represent.

10         Q.   In your analysis of Ripple's

11    distributions that's set forth in -- in Section

12    III.D of your report, did you check to see if the

13    distributions that you considered were actually

14    used for trades?

15              MR. KELLOGG:  Objection.

16         A.   I'd have to see what you're referring to

17    in my report.  So should I go to III.D?

18         Q.   Sure.  I don't -- I don't have a

19    specific paragraph citation for you.  I'm just

20    asking a general methodological question.

21         A.   Let me just make sure I have the

22    right -- let me just make sure I have the right

23    section that you're referring to.

24         Q.   Absolutely.  Yeah.  I'm talking about

25    the analysis that you performed that you summarize

246

1    in III.D.

2         A.   Yeah.  So in III.D, as I explain -- let

3    me just get the exact place where I talk about

4    this.  Well, let me go to the exhibits.

5              So in Exhibit -- Exhibit 11A, there's

6    the distributions and lag distributions.  So for

7    the specification where there's distribution or

8    lag distribution, I believe that would encompass

9    56 days.

10        Q.   Okay.  And how does your answer that you

11   just provided relate to my question of whether or

12   not you checked to see whether or not the

13   distributions you analyzed were actually traded in

14   the market?

15        A.   Well, that's not how I'm defining

16   distribution here.  So I define distribution, as I

17   say in my report -- let me just go to the -- is --

18   let me -- I think it's in the appendix actually.

19             So on page C-7 of Appendix C, I define

20   the data distribution and the data.  So I'm now

21   reading the third sentence:  "For transfers

22   involving a reserved or custody account, the date

23   on which the transfer first occurred is used.  I

24   understand this is also consistent with how Ripple

25   reports its data."

247

```
 1              So, anyway, there's a lot more
 2     discussion about how the distribution data was put
 3     together, but that is one of the definitions of a
 4     distribution that I use.  That is to say, moving
 5     from Ripple, if Ripple's what we're talking about,
 6     to a non-Ripple account, an account under the
 7     control of a party other than Ripple.
 8         Q.   Mm-hmm.
 9              And after that XRP moved from Ripple to
10     a non-Ripple party, did you do anything to -- to
11     determine whether at that point the XRP entered
12     the market?
13                   MR. KELLOGG:  Objection.
14         A.   No, I did not.  In terms of the
15     definition of distribution, whether it's lagged or
16     not, in my analysis, that's how I'm defining
17     distribution.
18              Now, as I said this morning, given
19     Dr. ██████ criticism, which I don't agree with,
20     but I also ran the distribution analysis, as we
21     discussed this morning, using just programmatic
22     and market maker and exchange sales and it doesn't
23     affect the results of my analysis.  So, anyway,
24     that's something that we discussed this morning
25     and I, you know, would raise it again here.
```

1          Q.    Turning to the next sentence after the

2    one you just read --

3          A.    Oh, I just closed it.  Okay.

4          Q.    It's C-7, paragraph 13.

5          A.    Okay.

6          Q.    You wrote "For example, Ripple may set

7    up and transfer to a custody account one million

8    XRP on January 1st, 2015.  The funds may stay in

9    that account until the relevant non-Ripple entity

10   directs Ripple to withdraw the XRP funds from the

11   custody account on May 1st, 2015."

12              Do you see that?

13         A.    I do.

14         Q.    As far as you know, are there any market

15   participants except for Ripple and the relevant

16   non-Ripple party that would be aware of the funds

17   being transferred to the custody account on

18   January 21st --

19                    MR. KELLOGG:  Objection.

20                    THE REPORTER:  You're going

21         to have to slow down.

22                    MR. SYLVESTER:  Okay.

23                    THE REPORTER:  Repeat.

24   BY MR. SYLVESTER:

25         Q.    As far as you know, are there any market

249

1    participants besides Ripple and the non-Ripple

2    party aware of the funds being transferred to a

3    custody account on January 1st, 2015?

4                    MR. KELLOGG:  Objection.

5        A.   Well, this is a -- this is a

6    hypothetical.  Are you assuming -- so if this

7    hypothetical held true, is that -- I'm not quite

8    understanding the question.

9        Q.   Let me reask a different question but

10   same topic.

11            Did you take any steps to determine, in

12   the circumstances where Ripple transferred XRP to

13   a non-Ripple party, to determine whether or not

14   market participants were aware of the transfer on

15   the date of the transfer?

16                    MR. KELLOGG:  Objection.

17       A.   No.  I don't have a view on that.  I --

18   I do have a view that it's a distribution in the

19   sense that it's going from Ripple to a non-Ripple

20   party, albeit in a custody account, but it's under

21   the control of the non-Ripple party.  And that --

22   that's how I'm defining a distribution; that is to

23   say, the movement of XRP from Ripple to a

24   non-Ripple party.

25       Q.   In paragraph 14 on the next page, C-8,

1   you write "Last, in calculating net distributions

2   for use in the analyses, the record level data

3   were adjusted by:  One, converting values in fiat

4   currencies to XRP (for a small set of the data)."

5   I just want to pause there.

6           What was the small set of the data

7   you're referencing?

8       A.   Let me just read this full paragraph.

9       Q.   Sure.

10      A.   I would have to go back to the data to

11  review it.  I don't recall offhand.

12      Q.   Okay.  Can your model distinguish

13  between the following two possible scenarios of

14  zero monthly net distributions:  Scenario 1, no

15  Ripple distributions of XRP at all during the

16  month; Scenario 2, Ripple bought a lot of XRP at

17  the beginning of the month and then sold back the

18  same number of XRP at the end of the month?

19                   MR. KELLOGG:  Objection.

20      A.   So -- let me just go back to my report.

21  I think this goes back to the question of net

22  distributions or net outflows, but I want to get

23  the relevant part of the report.

24      Q.   And if you wouldn't mind when you get

25  there directing me to where you're looking.

251

 1     A.    Sure.

 2           All right.  So I'm looking at paragraph

 3     113, page 53.  And I state, in -- in terms of my

 4     analysis, my factor analysis, "First" -- so I'm

 5     looking at the second sentence.  "First, I include

 6     Ripple's monthly distribution of XRP, which is the

 7     net outflows of XRP from Ripple over the last 28

 8     days, and, second, I include the one-month lagged

 9     XRP distributions to account for timing

10     differences in XRP distributions."

11           So the answer to your question is I'm

12     looking at net outflows --

13     Q.    Okay.

14     A.    -- for the 28-day period.

15     Q.    Let me reask my question more precisely

16     in reference to paragraph 113.

17           When looking at net outflows of XRP from

18     Ripple over the last 28 days, does your model

19     distinguish from a 28-day period where Ripple made

20     no distributions of XRP from a period where Ripple

21     bought and sold back the same amount of XRP during

22     the 28-day period?

23                    MR. KELLOGG:  Objection.

24     A.    In your hypothetical, the net outflow,

25     if I understand your hypothetical, would be zero.

252

```
 1        Q.   Okay.  And could your model pick up the
 2   difference between those two factual scenarios or
 3   would it just be zero in those two cases?
 4        A.   So in your hypothetical, the net outflow
 5   from Ripple would be zero.  So on net, the supply
 6   of XRP in both of your hypos, hypotheticals,
 7   didn't increase at the end of the day.
 8        Q.   Okay.  So applying your model to both
 9   those scenarios, the net monthly outflow would be
10   zero for Scenario 1 and zero for --
11                      THE REPORTER:  You're going
12            to have to slow down.
13        Q.   Applying your model to that
14   hypothetical, the net monthly outflows would be
15   zero for my first scenario and zero for my second
16   scenario?
17                      MR. KELLOGG:  Objection.
18        A.   Correct, because -- well, because the
19   net is zero.  So the net supply of XRP in your two
20   hypotheticals, you know, results in a net increase
21   in supply at the end of the 28-day period of zero.
22        Q.   Okay.  I have another two possible
23   scenarios for you.  Again, hypothetically.  The
24   first scenario is XRP's price does not change at
25   all during the 28-day period, and the second
```

1    scenario is that XRP's price declined at the

2    beginning of the 28-day period and rebounded to

3    the same price toward the ends of the 28-day

4    period.

5          Can your model distinguish between those

6    two factual scenarios?

7                MR. KELLOGG:  Objection.

8    A.    So -- okay.  I just want to make sure.

9    We're not talking about distributions now, we're

10   talking about prices?

11   Q.    Yes.

12   A.    Okay.  So in the 28-day window, it's

13   looking at price returns over the 28 days.  So in

14   your situation, if it's 100 in the beginning --

15   just to normalize the price to 100 -- and it's 100

16   at the end, that would be a return of zero for

17   that 28-day increment.

18          So it is correct -- and I'll point to

19   the footnote on this just to be crystal clear.  It

20   will take a second.

21          (Pause)

22          Footnote 163 on page 43.  So that's the

23   specifics about how the 28-day price return's

24   being calculated.  And, again, to answer your

25   question, if the price in the beginning of that

254

1    period, the 28-day period, is the same as the end,

2    that would be a price return of zero.

3        Q.   Okay.  And I just want to make sure I

4    understand.  So there's -- let me pose two

5    different factual scenarios.  One 28-day period

6    using XRP is $100.  It's $100 the entirety of the

7    28-day period.  It's a flat line.

8        A.   Okay.

9        Q.   Second factual scenario, XRP starts at

10   100, it goes up to 120 sometime during the month,

11   it goes back to 100 sometime later in the month,

12   end of the month it's 100.

13       Does your model distinguish at all

14   between the changes -- between those two factual

15   scenarios?

16       A.   The return is the same.  So it is 28-day

17   returns.  So, yes, I am -- you know, as you can

18   see in the formula in Footnote 163, I'm using

19   price Day T plus 28 and I'm using price in the

20   denominator of Day T -- of Day T.  So it is

21   working off of those two prices.  To reiterate,

22   price of Day T plus 28 and price on Day T.  And

23   that's the return that's being used in that 20-day

24   period.

25       So in your hypothetical, as I understand

1    it, in both of those hypotheticals, you're setting

2    price Day T plus 28 equal the price Day T in both

3    scenarios and, ergo, it would have the same

4    return.

5         Q.   The -- the return would be zero for both

6    factual scenarios, correct?

7         A.   Yes.

8         Q.   Okay.  Did you have access --

9         A.   Just -- just to comment.

10        Q.   Go ahead.

11        A.   You know, we're talking about returns

12   and then we're -- I just -- the formula in

13   Footnote 163 is in prices that converts it into

14   returns.  So I just want to make sure we're clear

15   that in the hypo we're using prices in our

16   hypothetical and then converting them into

17   returns.

18        Q.   Okay.  Did you have access to daily

19   disaggregated XRP distributions data, meaning

20   inflows and outflows?

21        A.   So the data that we had was

22   multifaceted.  Some of it was on a monthly basis.

23   I would just refer back to the data appendix in

24   all of this and the different data sources because

25   there's a number of different data sources with

```
 1    different levels of frequency.  So give me a

 2    second here.

 3              Yeah.  So, I mean, this gets pretty

 4    complicated in terms of the different data sources

 5    that were used to construct the -- the -- the

 6    flows, the distribution flows, whether they -- you

 7    know, at different points in time.

 8              And so paragraph -- Section F of my

 9    Appendix C, starting on page C-6, walks through

10    some of the -- some of the data sources.  So there

11    is record -- record level data for some of the --

12    the distributions or some of the flows.  There is

13    monthly account balances.

14                        THE VIDEOGRAPHER:  Counsel,

15              I'm sorry, I'm getting some

16              interference with your microphone

17              rubbing against your jacket.  Sorry

18              for the interruption.  Thank you.

19         A.   And there's monthly changes in balances

20    that supplement the record level data.

21              So some of the distribution data is

22    monthly and all those data sources were -- were

23    utilized, not just the record level data.

24         Q.   Why was it that you chose to perform

25    your distributions analysis using monthly net
```

1    data?

2        A.   Well, I mean, there's -- there's two

3    answers to that question.  One is my

4    specification, as we've been discussing, is using

5    a 28-day period.  So the factor model that we've

6    been talking about is using these 28-day periods.

7    So if I'm to incorporate the distributions into

8    the factor model, it's natural to also have it be

9    the same increment of time.

10            The second answer is, and I won't read

11   the de -- the details, but constructing the

12   distribution data was a nontrivial exercise.  And

13   using, in addition to the record level data, the

14   monthly account balances, monthly changes in the

15   balances, was part of the process as well as the

16   record level data.

17            So the data sources have different

18   levels of frequency associated with it.  And --

19   and so that -- that's -- that's, you know, how the

20   data was put together.

21       Q.   Okay.  Are you aware of any academic

22   literature that uses dollar value of net

23   distributions to measure the impact of

24   distributions on a stock price?

25                  MR. KELLOGG:  Objection.

1        A.   I don't recall either way.  I would have

2    to take a look.  I -- yeah.  I just don't have a

3    specific recollection sitting here.

4        Q.   Okay.  Was your original distributions

5    data in number of XRP or in dollars?

6        A.   So I believe a lot of the data was in

7    XRP.  So we have reserved accounts that are set in

8    XRP funds.  There is another data source that we

9    used, you know, in constructing the data.

10        I just want to get the exact language

11    here.  I know it's here somewhere.  I just can't

12    find it right away.  Give me a second.

13        So maybe I'll just point you to the

14    exhibit where the data's reflected.

15        Q.   Perhaps Exhibit 8?

16        A.   What's that?

17        Q.   Perhaps Exhibit 8?

18        A.   Not quite.  Yeah, so that's not exactly

19    what I was thinking about.

20        Exhibit 10.  So CoinMarketCap has data

21    on -- on -- on what they label a circulating

22    supply.  And so another -- another data source,

23    going to your question for this, which is

24    denominated or in -- in XRP, you can see the Y

25    axis here, is CoinMarketCap circulating supply and

1   then we obviously have the XRP distributions in

2   XRP here.

3           So I guess two points here.  One is,

4   it's -- it is in XRP units and it's yet another

5   data source in addition to what I was describing

6   later that was utilized to make sure that what we

7   were seeing in the XRP distributions was

8   consistent with this other source of data; that is

9   to say, the CoinMarketCap circulating supply.

10  Again, going to your question, that is in XRP.

11      Q.   Okay.  And to convert the number of XRP

12  to dollars for purposes of -- of your analysis, I

13  believe, according to Exhibit 9, Footnote 2 --

14      A.   Just give me one second.

15      Q.   Sure.

16      A.   Let me just familiar -- we're skipping

17  around a lot so let me just take a moment to look

18  at what you're looking at.

19      Q.   Sure.  And just to orient us, I'm at

20  Exhibit 9, Footnote 2.

21      A.   Okay.

22      Q.   So I read Footnote 2 to mean that for

23  your distributions analysis to convert the number

24  of XRP to dollar values, you used, depending on

25  the period of time, CryptoCompare and

1    CoinMarketCap prices, is that right?

2         A.   Yes.

3         Q.   Okay.  In your view, could this

4    conversion from number of XRP distributed into

5    dollar values have introduced inaccuracies in the

6    data since you didn't use actual prices at which

7    the XRP were distributed?

8                    MR. KELLOGG:  Objection.

9         A.   No.  I view this as the market price of

10   the XRP in question.  So I don't view it as

11   inaccurate.

12        Q.   And the -- the price of XRP varied

13   substantially in the period from 2013 to 2020,

14   correct?

15                   MR. KELLOGG:  Objection.

16        A.   Well, it depends on -- you know, are you

17   talking about over a long period of time or are

18   you talking about on a daily basis?

19        Q.   I meant over the -- the entire period,

20   it sort of increased substantially, right?

21        A.   It -- it definitely changes over time.

22        Q.   And -- and fair to say that change in

23   the 2013 to 2020 period is an increase in price,

24   right?

25        A.   Yes.

261

```
 1          Q.   Okay.
 2          A.   And I think we saw earlier the market
 3     cap of -- of XRP, which is not only about price,
 4     but about, you know, the -- the XRP units out
 5     there.  But, yes, it did increase in price.
 6          Q.   Okay.
 7          A.   Oh.
 8          Q.   Go ahead.
 9          A.   Let me just -- let me take another crack
10     at my earlier answer, which is the price is
11     increasing and the supply in the marketplace of
12     XRP is increasing, too, as we can see in Exhibit
13     10.  That's -- that's what I was trying to say
14     with my earlier answer.
15          Q.   Okay.  So -- so that I understand your
16     distributions analysis, let me introduce another
17     hypothetical.  And let's use completely
18     hypothetical price numbers to make the math easier
19     on me.
20               So let's say in 2015, XRP was trading at
21     a dollar and Ripple distributed one million XRP.
22     Using your distributions calculations, you would
23     convert that to $1 million, correct?
24          A.   Yes, if that's the price in
25     CryptoCompare or CoinMarketCap, depending on
```

1    exactly when in 2015 you're talking about.

2         Q.   Okay.  So let's say again, totally

3    hypothetically, in 2018, XRP's price --

4         A.   2018 now?

5         Q.   Yes.

6         A.   Okay.

7         Q.   Totally hypothetically.  XRP's price is

8    $5.  Ripple distributes again one million XRP.  In

9    that case, your distributions figure would be $5

10   million, correct?

11        A.   Yes.  So the -- just to be clear, it's

12   converting to dollars on the date of distribution

13   and it's using the average of the opening and

14   closing price as reported in CryptoCompare.

15        Q.   Okay.  And for both of those

16   circumstances in my hypothetical, Ripple was

17   distributing the same amount of XRP, one million

18   XRP, right?

19        A.   Yes.  I think that's right.

20        Q.   Okay.  Would you agree that the

21   conversion of distributions into dollar values

22   introduces additional variation into the net

23   distributions data that makes it more difficult to

24   detect the relationship between XRP returns and

25   Ripple's actions?

263

```
 1                    MR. KELLOGG:  Objection.

 2          A.   No, I don't agree with that.  I'm --

 3    I'm -- I'm using the market value of the XRP

 4    distribution based on the pricing.  And so I view

 5    that as an accurate way to track the -- the

 6    outflows or the net outflows.

 7               But as we discussed earlier today in

 8    response to Dr. ████████ criticism on this score,

 9    not that I agree with it, is I reran the

10    distribution analysis and the -- and the -- and

11    the -- and how it's measured using XRP units

12    rather than converting it into the -- into dollars

13    using market values and it doesn't change the

14    results.

15          Q.   Is it fair to say that in no place in

16    your report are you providing an expert opinion as

17    to Ripple's motivations with respect to any of its

18    actions?

19                    MR. KELLOGG:  Objection.

20          A.   Agreed.

21          Q.   Okay.

22          A.   I am not, as an economist, opining on

23    what somebody was thinking, what somebody was

24    feeling, what somebody thought.  I'm not a fact

25    witness.
```

1       Q.   Okay.  Let's turn to paragraph 119,

2  please.

3       A.   Let me just familiar my -- familiarize

4  myself with the paragraph --

5       Q.   Sure.

6       A.   -- for a moment.

7            Okay.

8       Q.   The last sentence of 119 says "The cap

9  on XRP distributions introduced by the escrow is

10 therefore not a binding constraint on the amount

11 that Ripple can distribute per month."

12           Do you see that?

13      A.   I do.

14      Q.   Can you explain in what way the escrow

15 is not a binding constraint on the amount of XRP

16 that Ripple can distribute per month?

17      A.   Well, I'll just refer to the discussion

18 earlier in that paragraph.  So my understanding of

19 the escrow is that they can distribute up to one

20 billion per month in XRP.  So that is -- that is

21 the -- the limit, as I understand it, on the

22 escrow.  So they can do up to a billion.  They

23 don't have to do a billion, but they can do up to

24 a billion as I understand it.

25           And so, you know, in the sentence that

265

1    begins "I analyzed" on page 55, I'm just simply

2    observing that the monthly ratio, you know,

3    ranged, you know, up to 55.8 percent.  And then

4    for the next time period, it ranged up to 55.9

5    percent.

6              So I'm just making the observation that

7    in the distribution data that monthly limit of one

8    billion wasn't binding because they're doing less

9    than -- less than 100 percent.

10        Q.   Did you calculate the monthly ratio for

11   the years ending 2019 and 2020?

12        A.   I don't recall that offhand.  I do have

13   the distribution net outflows in dollar numbers of

14   Exhibit 9.  I have the monthly net outflows in XRP

15   on Exhibit 8.  So I would reference that for the

16   2019/2020 period.  But, again, this is in XRP

17   units.

18              You see here in that Y axis of Exhibit

19   8?

20        Q.   Mm-hmm.

21        A.   There is a one billion XRP.  And you can

22   just take a look at the net outflows in XRP in

23   Exhibit 8 for 2019 and 2020.  I believe that it's

24   all below that monthly cap of a billion.

25        Q.   Okay.  Let's go back to paragraph 1 --

```
 1                    THE WITNESS:  How long have
 2          we been going?  I don't want to take a
 3          break too often.
 4                    MR. SYLVESTER:  It's been
 5          about an hour.
 6                    MR. KELLOGG:  A little over
 7          an hour.  Do you want to take a break?
 8                    THE WITNESS:  Yeah.  Maybe --
 9          I hate keeping people here in the
10          evening, but maybe a break.
11                    MR. SYLVESTER:  It's fine by
12          me.
13                    THE VIDEOGRAPHER:  Okay.
14          Thank you.  The time is approximately
15          4:20 -- make that 4:30.  We're going
16          off the record.
17                    (Whereupon, a recess is taken)
18                    THE VIDEOGRAPHER:  And the
19          time is 4:50 p.m.  We're back on the
20          record.
21    BY MR. SYLVESTER:
22        Q.   Professor, are you familiar with the
23    term "liquidity premium"?
24        A.   I believe so in the sense of a
25    premium -- a potential premium for liquidity.  So
```

1    in that general sense, yes.

2         Q.   Okay.  What is your understanding of the

3    term "liquidity premium"?

4         A.   So the way I just defined it is the idea

5    that, all else being equal, a more liquid asset

6    can have more value than an illiquid asset, all

7    else being equal.

8         Q.   Okay.  Are you aware of any economics

9    literature that suggests that digital assets are

10   not subject to a liquidity premium?

11        A.   No.

12        Q.   Okay.  Did you do any testing in this

13   case to determine whether XRP's listing on any new

14   digital asset platform had any impact on XRP's

15   price?

16        A.   Yes, in -- in -- in the sense that I --

17   I framed the hypothesis that I tested earlier,

18   which is the net effect of the actions that the

19   SEC identifies, which includes listing on

20   exchanges, did not have a statistically

21   significant excess return.

22        Q.   Other than the testing that you just

23   mentioned, did you do any additional testing to

24   determine whether XRP's listing on any particular

25   digital asset platform had any impact on XRP's

268

1   price?

2                    MR. KELLOGG:  Objection.

3        A.   So the work I did is reflected in -- in

4   those regressions.

5        Q.   Okay.  Over the period of 2013 to 2020,

6   has Ripple sold XRP every year?

7                    MR. KELLOGG:  Objection.

8        A.   So in your question you used the word

9   "sold."  What I can talk about is distributions in

10  the way that I defined it, and we were discussing

11  earlier.  So I think the most responsive answer to

12  your question would be Exhibit 8, which is the net

13  outflows from Ripple.  And this is denominated in

14  XRP and -- anyway, you can see the -- the net

15  outflows over time.

16       Q.   You also reviewed Ripple's financial

17  statements from 2014 to 2020, is that correct?

18       A.   Yes.

19       Q.   Okay.  Do you recall from that review

20  whether Ripple sold XRP each of those years?

21       A.   I don't have a specific recollection.

22  You know, I do track -- I do track outflows from

23  Ripple and that's reflected in Exhibit 8 and

24  Exhibit 9, as well as Exhibit 10.  So that's --

25  that's the work I did, again, in the context of

1    distributions based on the data sources that we

2    discussed earlier.

3         Q.   Okay.  Let's -- so -- strike that.

4              Do you have any sense, let's say just

5    for 2020, how frequently Ripple sold XRP?  Daily?

6    Weekly?  Monthly?

7         A.   You keep -- you keep using the word

8    "sold."  So I'm -- I'm looking at distributions,

9    which obviously include sales, and Exhibit 8 does

10   have data for 2020.

11             So, again, in terms of net outflows, you

12   know, I would again go back to my Exhibits 8 and

13   9.

14        Q.   Okay.  And remind me, Professor, how you

15   define outflows for purposes of Exhibit 8.

16        A.   It's exactly the net outflow -- net

17   distribution outflows that we were talking about

18   earlier.

19        Q.   Okay.

20        A.   So there's various data sources that

21   went into that, including monthly account data,

22   record level -- record level data, checked against

23   CoinMarket circulating supply.  So rather involved

24   construction.  "Involved" in the sense of multiple

25   data sources to construct what's reflected in

270

1   Exhibit 8 and Exhibit 9.

2       Q.   Okay.  Let -- let's go to paragraph 141

3   of your report, please.

4       A.   Let me just -- give me a minute to get

5   the context of the paragraph.

6       Q.   Sure.

7            (Pause)

8       A.   Okay.  I've -- I've reviewed that

9   section.

10      Q.   Okay.  The first sentence, you'll see it

11  says "There was no pooling of the funds."

12           Do you see that?

13      A.   I do.

14      Q.   By "funds," do you mean XRP or dollars

15  or something else?

16      A.   I'm referring to pooling of funds by

17  investors that are then going to be used for the

18  purposes of increasing profits or earnings that

19  then are -- the benefits of which are then going

20  to be shared for the contributors to the pool.

21      Q.   Okay.  And the -- the sentence "There

22  was no pooling of the funds" is in passive voice.

23           Who was it that was not doing the

24  pooling in your view?

25      A.   Well, again, in part, this is a

```
 1    reference to the earlier discussion of the

 2    contracts and was there pooling of funds in an

 3    enterprise with then some kind of claim on those

 4    funds and some kind of promise, increased profits

 5    or earnings.

 6         Q.   Okay.  And I want to go back to your

 7    previous answer where you said you were referring

 8    to pooling of funds by investors.

 9              Are you talking about sales of XRP?

10    Like, I want to locate this in the facts of this

11    case.  When you say there was no pooling of the

12    funds, do you mean funds that XRP purchasers paid

13    to receive the XRP?

14                   MR. KELLOGG:  Objection.

15         A.   No.  I mean -- again, you know, maybe

16    it's helpful to go to the -- the next paragraph.

17    142 I think helps elucidate what I'm -- I'm

18    talking about here, which is that there's not a

19    pooling of funds by investors who receive the XRP

20    where those investors now have some sort of right

21    to enjoy the benefits of that pooling as a result

22    of -- of that relationship.

23              So, again, I think what I'm talking

24    about 141 is elucidated by -- you know, is clar --

25    you know, elaborated upon in paragraph 142.
```

272

```
 1          Q.   Are you expressing an opinion in this
 2     case that Ripple did not pool funds it received
 3     from its sale of XRP?
 4          A.   I'm not providing that opinion.
 5          Q.   Okay.  Turning back to paragraph 141,
 6     you'll note, Professor, there's not a citation.
 7               Can you tell me where you --
 8          A.   I'm sorry, I -- what paragraph are we
 9     on?
10          Q.   141.
11          A.   Okay.
12          Q.   There's not a citation in that
13     paragraph.
14               Can you tell me how -- how or where you
15     obtained the information for -- in paragraph 141?
16          A.   Well, 141, as I explained, is elaborated
17     upon in 142.  So it referenced back -- it
18     references back to my economic analysis of the
19     substance of the contracts we viewed in Section II
20     and then it also references the factor model in
21     Section III.  So, again, it's referencing that
22     earlier work that I did in separate sections of
23     the report.
24          Q.   Okay.  So let me just ask specific to
25     the sentences.  You write "Specifically, Chris
```

273

```
1    Larsen, Jed McCaleb and Arthur Britto collectively

2    held the remaining 20 billion XRP units and gave

3    80 billion XRP units to Ripple."

4            Where did you get that information?

5       A.   The 20 billion and 80 billion?

6       Q.   The contents of that sentence.

7       A.   So that's my understanding.  I believe

8    it's in the distribution data, this 20 billion/80

9    billion.  That's -- that sentence, that second

10   sentence, is my understanding of the -- of the

11   basic facts of this case; that there's a total of

12   100 billion XRP units, 80 billion with Ripple and

13   then later obviously there's an escrow account

14   for -- involving XRP.

15           So that second sentence is -- you know,

16   is my understanding of sort of the basic

17   background facts of the case, but the analysis

18   is -- you know, I would point to paragraph 142,

19   which invokes work that I did in earlier sections

20   of the report.

21      Q.   Turning to the last sentence of 141, you

22   write "Furthermore, Chris Larsen, Jed McCaleb, and

23   Arthur Britto did not pool their XRP holdings and

24   were free to behave independently from each other

25   and independently from Ripple."
```

274

1          Do you see that?

2      A.   I do.

3      Q.   What is your basis for that sentence

4  that I just read?

5      A.   So when you look at the distribution

6  data and the exhibit, Appendix C, you know, the --

7  the distribution data from Ripple, the outflows

8  from Ripple, it is not incorporating these

9  individuals and what they decide to do with

10 their -- their XRP.

11          And there might be something -- just

12 give me one second here.

13          (Pause)

14          And I would also reference in the

15 context of this discussion Footnote 54 on page 15

16 in my report, where I say -- and now I'm just

17 reading from the report -- "I was informed by

18 counsel that distributions by Founders and the

19 bounty program identified in the complaint are

20 outside the scope of my assignment."

21          So I would -- and then there's a

22 citation to the complaint referencing the -- you

23 know, the -- with a reference.  So, anyway, you

24 know, I would also point to that -- that

25 definition of my assignment.

275

```
 1        Q.   Did you have distributions data for
 2   Mr. McCaleb or Mr. Britto?
 3        A.   It was just something I wasn't focused
 4   on.  I -- I don't recall offhand if that's in the
 5   distribution data or not.  I mean, the
 6   distribution data that I was using is reflected in
 7   the appendix.  So I'll just go back to that.  Give
 8   me one moment.
 9             So, you know, for the distribution
10   data -- and now I'm on page C-6 of my appendix.
11   And, you know, I'm talking about the monthly
12   account balances for Ripple's accounts and sort of
13   how -- and, also, I'm looking at the financial
14   statements of Ripple.
15             So those data sources are about Ripple's
16   distributions.  My understanding of that is that
17   doesn't include what these individuals
18   independently might be doing.
19        Q.   So how is it that you formed the
20   conclusion that they did not pool their XRP
21   holdings and were free to behave independently
22   from each other and independently from Ripple?
23        A.   So that's my understanding of the
24   background, which is the individuals are separate
25   entities, so to speak, from Ripple.  They're in --
```

```
1    I mean, I don't -- that Ripple's distribution data

2    and how it dealt with its XRP, how it dealt with

3    the escrow account, were issues for Ripple.

4    There's nothing in the Ripple distribution data

5    that has anything, in my memory, about, well,

6    we're going to tell this or that individual what

7    to do with their own separately owned XRP.

8              So the distribution data that I had

9    about Ripple was about their XRP.  I don't recall

10   offhand that Ripple was treating their holdings as

11   part of their holdings for purposes of these

12   different data sources such as Ripple's monthly

13   account balances.

14        Q.   Other than whatever access to Ripple's

15   distribution data that you had, do you have any

16   other basis for the statements you make in the

17   third sentence of paragraph 141?

18        A.   Well, as I said, the -- the -- that

19   first sentence in paragraph 141 -- you know, 141

20   more generally, is elaborated upon in 142, which

21   is invoking earlier work with the academic and

22   data sources that I use there.

23             The fact that XRP had 80 billion and

24   these individuals had 20 billion is just a basic

25   understanding of the facts of the case.  I didn't
```

277

1    understand that to be at issue.  It is my basic

2    understanding.  And of course the 80 billion is

3    reflected in that Ripple data that I did use for

4    the construction of -- of the distribution data.

5         Q.   And my question is, how did you obtain

6    the understanding that Mr. Larsen, Mr. McCaleb and

7    Mr. Britto did not pool their XRP holdings and

8    were free to behave independently from each other

9    and independently from Ripple?

10        A.   I gave you the -- the answer, the basis

11   for that, which is the Ripple -- how Ripple

12   treated its XRP.  My recollection is that the

13   private holdings of these individuals was not

14   treated as Ripple XRP for those purposes, for the

15   distribution purposes.

16            My understanding is that they had 20 and

17   Ripple had 80.  That's a basic background

18   understanding of the facts of the case.  And

19   that -- I guess the last thing I would add is that

20   they're individuals who own the XRP and, you know,

21   didn't have -- my understanding, and I haven't

22   seen anything to the contrary, that Ripple somehow

23   owned or controlled the 20 billion that they had.

24            So, again, part of this is just sort of

25   basic background to the case; that is, the 80 and

278

```
 1   20 billion division.  I would also reference the

 2   Ripple treatment of XRP and its internal data and

 3   the data sources that are used.  And then,

 4   obviously, the work that is referenced in

 5   paragraph 142.

 6       Q.   I'm struggling to see how any of the

 7   data sources you just named would inform you as to

 8   what Mr. Larsen, Mr. McCaleb and Mr. Britto

 9   actually did with their XRP holdings or were free

10   to do with their XRP holdings.

11           Can you identify any data sources that

12   you have with respect to Mr. Larsen, Mr. McCaleb

13   or Mr. Britto's combined actions with respect to

14   their XRP holdings?

15                 MR. KELLOGG:  Objection.

16       A.   So as I mentioned before, I explicitly

17   state in Footnote 54 that the distribution by the

18   founders identified in the complaint are outside

19   the scope of my assignment.  So it is true that I

20   did not analyze the distributions of these

21   individuals; rather, I was focused on the

22   distributions of Ripple.

23           So part of this has to do with the scope

24   of my assignment.

25           Now, I -- I do want to add -- obviously
```

279

1    I do, in my rebuttal to Mr. ███████  I do talk

2    about some hop analysis and that does get into a

3    set of issues there.  But here, in this initial

4    report, I don't claim to be doing a distribution

5    analysis by -- let me just go back to the relevant

6    paragraph -- by Mr. Larsen, McCaleb or Britto.

7         Q.   Okay.  Let's move to paragraph 143,

8    further down on the page.  The second-to-last

9    sentence is "In fact, a majority of XRP are not

10   purchased directly from Ripple but are traded

11   anonymously at the cryptocurrency exchanges."

12             Do you see that?

13        A.   I do.

14        Q.   Is that statement true for the entire

15   period of 2013 to 2020?

16        A.   Give me one moment.  I just want to

17   check one more thing and I'll get back to you to

18   get to the relevant -- we're skipping around in

19   the report a little bit.

20             So, yeah, as I discuss in my report, I

21   do agree that the trading volume was definitely

22   lower earlier in the time period, you know.  And I

23   would reference here Exhibit 14 on page 97 where I

24   talk about the number of exchanges.  You know,

25   there's a little bit of a bump in 2015 and then it

280

1    starts, you know, to visually -- 2017 it starts to

2    go up at a -- at a -- at a decent pace.

3            You know, if you look at, you know,

4    trading volume, which is reflected in velocity on

5    Exhibit 15 -- so, again, velocity is being defined

6    as trading volume divided by the circulating

7    supply.

8            It is true in the early period it is low

9    in that Exhibit 15 and picks up around, you know,

10   starting at 2016 or so.  Yeah, so I definitely

11   agree earlier in the period the trading volume is

12   lower, significantly lower.  The -- listing on

13   exchanges or exchange trading is -- is definitely

14   lower.

15       Q.   And was it true earlier in the period

16   that a majority of XRP were not purchased directly

17   from Ripple?

18       A.   What paragraph are we on again?

19       Q.   143, the second-to-last sentence.

20       A.   Yes.  So this is -- this is -- this is a

21   statement about looking at it over the entire

22   period.  And, obviously, in the last sentence of

23   143, in particular the later period.  So I'm not

24   making that representation about trading

25   anonymously for cryptocurrency exchanges confined

1   to 2013 or 2014.

2        Q.   Okay.  Let's go back to the pooling of

3   funds in 141.

4        A.   Yes.

5        Q.   I want to make sure I understand your

6   testimony.

7             When you say there was no pooling of the

8   funds, are you referring to people's holdings of

9   XRP?

10       A.   Well, again, 141 is talking about the

11  pooling of funds.  And then the next, you know,

12  two sentences in that paragraph are talking about

13  these three individuals that own 20 billion XRP,

14  20 percent of the total supply, and that their --

15  their holdings of XRP are separate from that of

16  Ripple.  So that's point one.

17            And then point two would be the other

18  issues that I reference in paragraph 142 that is,

19  again, referencing work that I had done earlier.

20       Q.   Okay.  So with respect to the reference

21  to pooling of funds in 141, you're referring to

22  Mr. Larsen, Mr. McCaleb and Mr. Britto's funds, is

23  that right?

24       A.   Well, as -- as the sentence says, they

25  have 20 billion of XRP.  My understanding is that

282

```
1    was not treated as part of Ripple's XRP.  That is,

2    it was treated, at least in the data that I saw in

3    the distribution sources, that these are treated

4    as private holdings by these individuals.

5          So in that sense, there's no pooling in

6    the sense that they have XRP and are -- are

7    independent of -- of XR -- are independent of --

8    forgive me, what was the question again?  I got a

9    little distracted.

10         Q.   It's okay.

11              Let me reask it because -- strike that.

12              When you write "There was no pooling of

13   the funds" in your first sentence of 141, are you

14   referring to Mr. Larsen's, Mr. McCaleb's and

15   Mr. Britto's XRP?

16         A.   Yes, in part, but I also then talk about

17   the issues in one -- in paragraph 142.

18         Q.   And -- and will you explain to me, if

19   there is another meaning of "there was no pooling

20   of the funds," other than reference to

21   Mr. Larsen's, Mr. McCaleb's and Mr. Britto's XRP,

22   what is that other meaning?

23         A.   Well, there's a broader discussion now

24   in paragraph 142 about, you know, the operation of

25   Ripple and whether any XRP, any XRP purchases,
```

283

1    create a pooling of funds where there's been a

2    contractual obligation on the part of Ripple to

3    expend efforts, a contractual obligation on the

4    part of Ripple to increase XRP's price, a

5    contractual obligation to share in any profits

6    from the management of the enterprise.

7         Q.   Okay.  Let's move to paragraph 144 on

8    the next page.

9         A.   So just give me a moment to situate

10   myself.

11        Q.   Sure.

12             (Pause)

13        A.   Okay.

14        Q.   Okay.  The first sentence of paragraph

15   144 says "Some parties that received XRP directly

16   from Ripple sell rather than hold XRP."  And the

17   second sentence, "For example, market makers use

18   their XRP to quote bids and offers, and improve

19   market liquidity," and it goes on to talk about

20   ODL customers.

21             My question is, isn't it true that

22   Ripple employs market makers to sell XRP

23   programmatically on its behalf?

24        A.   There -- there is programmatic sales on

25   behalf of Ripple, is my understanding.  And I

```
 1    would reference back to my discussion of various

 2    contracts, including the section on programmatic

 3    sales.  Let me just get the exact section here.

 4             So I would reference you back to --

 5    well --

 6        Q.   One place --

 7        A.   Well, paragraph 42, page 18, I state

 8    "Ripple also entered into contracts with

 9    programmatic sellers," and then I -- I have some

10    discussion of that, including GSR.  I also, in

11    paragraph 46, on page 20, talk about market

12    makers.

13             So, yes, there is programmatic --

14    contracts governing programmatic sales.

15        Q.   Okay.  And in those contracts governing

16    programmatic sales, Ripple is employing, for

17    instance, GSR to sell XRP on its behalf, correct?

18        A.   That's my understanding.  And, you know,

19    I would reference paragraphs 43 through 45 where I

20    believe I talk about that particular issue.

21        Q.   And do you have a sense over what period

22    of time Ripple employed GSR to sell XRP

23    programmatically on its behalf?

24        A.   I do -- I do -- we -- I did -- I'm

25    trying to remember the dates.  You know, I know
```

1    that in 2017 -- and, obviously, Dr. █████

2    report is focused on programmatic sales by GSR.

3           Give me one second here.

4           So I'm returning to my rebuttal report

5    where I discuss -- I think I have that data there.

6    It's in the latter period, I think, including

7    2017, but let me give you a specific answer.  This

8    may take a moment.

9           Yeah.  So back -- yeah, in 2016 and 2017

10    there's GSR activity.  Let me just make sure

11    there's nothing else I want to say on this.

12           (Pause)

13           Yeah.  So just to elaborate on my

14    earlier answer.  So that -- was the question is

15    Ripple using GSR?

16    Q.    Do you have a sense over what period of

17    time Ripple employed GSR to sell XRP

18    programmatically on its behalf?

19    A.    Okay.  So in terms of GSR when it was

20    active, you know, I would reference Exhibit 6B in

21    my rebuttal.  Now, this includes acting for

22    non-Ripple entities, including Mr. Larsen.  So I

23    believe it's 2017 is my best recollection.  The

24    contract that I reference between Ripple and GSR

25    in my report is dated June 2nd, 2017.

1      Q.   Do you know if Ripple ever stopped

2  employing GSR to sell XRP on its behalf?

3      A.   Stopped employing GSR.  I know there's a

4  termination provision with the GSR programmatic

5  contract that I talk about in the report,

6  paragraph 44, but I don't know if that was, in

7  fact, terminated or not.

8      Q.   Okay.  Let's move to the first sentence

9  of paragraph 145 in the same section.

10      A.   Oh, I'm sorry.  Just to give a complete

11  answer, there's also a contract in 2019 with GSR

12  and Ripple that I reference in paragraph 49

13  actually dated July 1st, 2019.  And this is using

14  GSR as a -- as a market maker.

15      Q.   Okay.  Let's turn to paragraph 145.  The

16  first sentence says "In contrast, Ripple holds XRP

17  over a long-term horizon."

18          Do you see that?

19      A.   I do.

20      Q.   What do you mean by "long-time horizon"?

21      A.   I would reference here the net outflows

22  from Ripple reflected in Exhibit 8.  And we look

23  at this later time period, you know, we see

24  distributions far less than a billion in a month.

25  We looked at the net outflows in dollar amounts

287

1   reflected in Exhibit 9.

2           So I would reference that data for the

3   proposition that -- that Ripple is holding XRP for

4   long periods of time, multiple years.  It is,

5   obviously, engaged in net outflows, but it's

6   far -- it's just a fraction in any given month of

7   the total holdings.

8       Q.   Okay.  But at least according to your

9   Exhibit 9, it is engaged in net outflows at least

10  from late 2013 to late 2020, is that fair?

11               MR. KELLOGG:  Objection.

12      A.   That is fair.  So the monthly net

13  outflows from Ripple, there is a little bit of

14  blue early on denominated in U.S. dollars.  And

15  the net outflows in Exhibit 9 are -- at least when

16  denominated in dollars, is larger in the later

17  period.

18           Now, when we look at the XRP units, you

19  don't see that spike in the later period looking

20  at Exhibit 8.

21      Q.   And turning back to paragraph 145, the

22  same sentence, "In contrast, Ripple" --

23      A.   One second.  Let me just get there.

24      Q.   Sure.

25      A.   Okay.

288

```
1        Q.   Same sentence.  "In contrast, Ripple

2   holds XRP over a long-term horizon."

3             When you write "In contrast," are you

4   contrasting Ripple with other market participants

5   who hold XRP?

6        A.   The contrast is with the velocity

7   calculation that I discuss in the prior paragraph,

8   paragraph 144, and is reflected in Exhibit 15.

9        Q.   Are Ripple's programmatic sales included

10  within your velocity calculation in paragraph 144?

11       A.   So the Exhibit 15 -- so this would be

12  all trading volume.  So as reported by -- with the

13  top tier or with the CryptoCompare volume data.

14  The actual distributions by Ripple we know from

15  those earlier exhibits.

16       Q.   What steps, if any, did you take to

17  disaggregate Ripple's trading from the rest of the

18  market's trading to compare velocity?

19       A.   Well, I did disaggregate it in the sense

20  that I identified, both in dollars and XRP,

21  exactly the quantum of distributions by Ripple

22  whether it's via GSR or some other entity.  So I

23  do have that disaggregation.

24            The trading volume here is going to be

25  all the -- the entire trading volume for the
```

1    market as reported by CryptoCompare or as reported

2    by these top-tier exchanges.

3         Q.   So your trading volume figure described

4    in 144 would include any Ripple trading that took

5    place on digital asset platforms, is that fair?

6         A.   If -- if there were sales by -- by

7    Ripple that enter the trading volumes, it would be

8    reflected in the calculation of the velocity, you

9    know, just by -- you know, in terms of the trading

10   volume if it's being reported into the -- into

11   the -- into these figures.

12             Now, again, the point of comparison is

13   we know exactly how much distributions are

14   actually happening in total and that's reflected

15   in Exhibits 8 and 9.

16        Q.   Does your velocity figure tell us

17   anything about how many non-Ripple XRP holders are

18   holding their XRP over a long term?

19        A.   Exhibit 15 is not about on a per-person

20   basis.  It's on a per-XRP basis.  So that is

21   consistent with how velocity is normally defined.

22        Q.   Okay.  If I understand your answer, I

23   think that means that your velocity analysis does

24   not exclude the possibility that some XRP

25   purchasers hold their XRP over a long-time

1    horizon?

2                    MR. KELLOGG:  Objection.

3        A.    That's correct.  So paragraph 144 says

4    "a higher velocity means that the asset is traded,

5    (turned over) or used more often."

6              So it's not at the individual trader

7    level, I don't -- I'm not aware of data that would

8    enable one to do that.  It's, rather, how often

9    does the asset -- here XRP -- get turned over?  So

10   very standard traditional method of looking at,

11   you know, turnover in the market.

12       Q.    Can we flip back to the heading on page

13   67?  This is Section F.  We talked about this

14   briefly earlier in the day.

15       A.    Page 67?

16       Q.    Yes.  Section F, the heading is

17   "Economic Assertions for Commonality are

18   Fundamentally Flawed."

19       A.    Yes.

20       Q.    Do you see that?

21             And "commonality" as used in the heading

22   for Subsection F is referring to the commonality

23   element of the Howey test, is that right?

24                    MR. KELLOGG:  Objection;

25             calls for a legal conclusion.

291

```
 1                    MR. SYLVESTER:  Let me finish

 2          my question, but okay.

 3          Q.   Go ahead.

 4          A.   Calls for -- I'm not providing a legal

 5     opinion.  So the answer to your question is, no,

 6     I'm not opining on "commonality" as that phrase is

 7     used in the Howey decision, but rather the SEC's

 8     economic assertions in this portion of their

 9     complaint.

10          Q.   Okay.  Are you opining on the SEC's

11     economic assertions in the commonality portion of

12     the SEC's complaint?

13          A.   Well, we should turn to the complaint.

14     I do have citations here to paragraph 291 of the

15     complaint, paragraph 317 of the complaint, 291,

16     293 of the complaint.  Yeah.  So I would just at

17     least point to the portions of the complaint that

18     I actually cite here in this particular section.

19          Q.   Okay.  And at least in your quoted

20     citations, I don't see the word "commonality."

21               So am I to assume that the word

22     "commonality" is drawn from the SEC's complaint?

23          A.   We would have to -- I mean, I would like

24     to see the complaint to refresh my recollection on

25     that.  But it is these particular paragraphs that
```

292

1  I'm referencing here in terms of the subject

2  matter of this section.

3       Q.   Particular paragraphs of the complaint

4  you mean?

5       A.   Yes.  So I identify different portions

6  of the complaint in the context of the first

7  paragraph in this section and what I'm going to

8  discuss.

9            In other words, the economic assertions

10  by the SEC is reflected not just in the citations

11  to the complaint, but in that first paragraph

12  where I lay it out, lay out in quotations what the

13  S -- SEC is saying here.

14       Q.   Let's turn back to paragraph 145.  The

15  second sentence of paragraph 145 says "Because of

16  the differences in both the timing and the

17  duration of holding periods between Ripple and

18  direct and indirect purchasers of XRP, their

19  exposure to XRP price volatility and therefore to

20  risk is different."

21            Do you see that?

22       A.   I do.

23       Q.   Okay.  Does that sentence that I just

24  read bear on the question of whether the SEC's

25  economic assertions for commonality are

293

1    fundamentally flawed?

2                    MR. KELLOGG:  Objection.

3        A.   I think it is part of my analysis of the

4    economic assertions by the SEC.

5        Q.   Can you explain how in your view, if I

6    understand you correctly, the statements in that

7    sentence undercut the SEC's economic assertions?

8        A.   Well, I would go to the third sentence

9    in paragraph 140 on page 67.  And now I'm just

10   reading from my report.  "The SEC also argues that

11   the 'fortunes' of XRP purchasers were aligned with

12   each other and with Ripple because Ripple 'pooled

13   the funds it raised in the offering.'"

14            So there's this assertion, economic

15   assertion, that XRP purchasers at large are

16   aligned with Ripple.  And the point here is that,

17   you know, if your holding periods for a volatile

18   asset are different, you're differently situated,

19   you know, in that respect.

20       Q.   In your view, are Microsoft shareholders

21   in a common enterprise with Microsoft?

22                    MR. KELLOGG:  Objection.

23       A.   Calls for a legal conclusion if what you

24   mean by "common enterprise" is you're invoking the

25   Howey test.

294

1    Q.   Okay.  I mean, I didn't hear an

2  instruction not to answer.  So in your view, are

3  Microsoft shareholders in a common enterprise with

4  Microsoft?

5              MR. KELLOGG:  Objection;

6          calls for a legal conclusion.

7    A.   If you're asking me for my legal

8  conclusion as to whether Microsoft stock is stock,

9  I believe the answer is yes.  I'm not here to

10  opine on that.  The word "stock" appears in the

11  definition of security in the '33 Act, so I'm not

12  here to provide that legal opinion, but I do agree

13  that it's stock if you're asking me the question

14  and want -- want my view on it.

15    Q.   From an economic perspective, are

16  Microsoft shareholders in a common enterprise with

17  Microsoft?

18    A.   Well, I would -- common -- well, I

19  would -- I guess I would want to explore exactly

20  what you mean in your question about common

21  enterprise.  My earlier response was simply

22  agreeing that it is stock, for what it's worth.

23  But in terms of the economic substance of that

24  relationship, I guess I would want to know more

25  about how you're defining common enterprise in

295

1    your question.

2        Q.   Is there a generally accepted definition

3    in the economics literature of the term "common

4    enterprise"?

5                    MR. KELLOGG:  Objection.

6        A.   Not as such, no.  I mean, there are

7    academic economic literature on velocity, on

8    different time horizons, but I would not say

9    commonality or common enterprise is a -- you know,

10   is a -- is a phrase that's used in a way like

11   asset pricing models are.  It does have a strong

12   legal connotation.

13            That's not to say you can't talk about

14   economic assertions that underpin the claim of

15   commonality.

16       Q.   Okay.  And, again from an economic

17   perspective, are Microsoft shareholders in a

18   common enterprise with Microsoft regardless of

19   whether they're day trading or long-term holders

20   of the stock?

21                   MR. KELLOGG:  Objection.

22       A.   So, again, what I'm doing in this

23   section is the economic assertions by the SEC.  If

24   you're asking me -- I guess in your question, I

25   would want to know how you're defining "common

296

1    enterprise" for -- you know, in your question.

2              I don't need to -- you know, the

3    commonality that I'm dealing with in my report is

4    really working off of the economic assertions that

5    the SEC makes in the context of commonality.  I'm

6    not directly opining on commonality as such.

7         Q.   Okay.  Let's move to --

8                        THE WITNESS:  May I ask how

9              much time we have on the record?  Just

10             kind of pace -- pace myself.  I'm

11             sorry to interrupt.

12                       THE VIDEOGRAPHER:  We have

13             about 57 minutes left.

14   BY MR. SYLVESTER:

15        Q.   Okay.  Let's move to your rebuttal

16   report, AF-2.

17        A.   Rebuttal?  Oh, okay.  AF-2?

18        Q.   Yes.

19        A.   So I might take one last break just so I

20   don't fade.

21        Q.   Do you want to take it now?  That's

22   fine.

23        A.   It sounds like we're at a natural break

24   point.

25        Q.   Fine by me.

1       A.    Does that make sense?  So, yeah, maybe

2   take a break just to stretch my legs.

3                      THE VIDEOGRAPHER:  Okay.

4              Thank you.  The time is 5:36.  We're

5              going off the record.

6                      (Whereupon, a recess is taken.)

7                      THE VIDEOGRAPHER:  And the

8              time is approximately 5:55 p.m.  We're

9              back on the record.

10  BY MR. SYLVESTER:

11      Q.    Professor, when you address the pooling

12  of funds in Subsection F of your opening report,

13  is there any portion of that section that

14  addresses whether Ripple pooled funds it received

15  in its sales of XRP?

16      A.    So paragraph 141, that first statement,

17  is referring to, A, the fact that there's

18  individuals that own XRP that are not Ripple, that

19  owned the 20 billion XRP units.  So there's these

20  separate holdings of XRP.  Again, this is a basic

21  background assumption of the case as I understand

22  it.  That is to say, these individuals held 20

23  billion, whereas Ripple had 80 billion.

24              And the second point on the pooling is

25  really what I referred to in 142.  There's not

298

1  pooling and sharing of the benefits of that

2  pooling with the XRP purchasers in the sense of a

3  contractual relationship or obligation or

4  distribution of the profits thereby generated.

5       Q.   Okay.  Focusing just on dollars Ripple

6  received from its sales of XRP, does any part of

7  Subsection F discuss whether or not Ripple pooled

8  the dollars it received from sales of XRP?

9       A.   No.

10      Q.   Okay.

11      A.   Again, with the caveat that -- I mean,

12 there's a couple -- I want to be clear on the

13 record about this.  I think there's a couple

14 different senses of pooling floating around here

15 that might create a lack of clarity in the record.

16           I am addressing whether this pooling by

17 Ripple of the funds that it receives in the sense

18 of it's pooling these funds received and the XRP

19 purchasers then get the benefit in the form of a

20 distribution, the benefit in the form of a claim,

21 on whatever profits, if any, are generated by that

22 pooling.

23           So if we're defining pooling in that

24 way, I most certainly do talk about it, as

25 paragraph 142 indicates.  So I just want to be

```
 1    clear on the record about -- you know, to be clear

 2    on what is meant and what is not meant by

 3    "pooling."

 4         Q.   I don't quite understand your answer.

 5    You're opining, I think, if I understand it

 6    correctly, on whether or not Ripple pools funds

 7    and that pooling results in certain rights in XRP

 8    purchasers that you identify in paragraph 142, is

 9    that correct?

10                   MR. KELLOGG:  Objection.

11         A.   Well, to be clear, I'll just read the

12    relevant portion of paragraph 142.  "That these

13    contracts" -- such as the programmatic sales

14    contract.  "That these contracts do not have any

15    contractual rights entitling these counterparties

16    to a share of Ripple's profits if Ripple is

17    successful in its ongoing efforts to manage and

18    develop its business operations.  There are no

19    such contractual rights and no ongoing obligations

20    for Ripple to expend efforts to increase XRP's

21    price."  The first part of that sentence is I -- I

22    reference the work that I did in Section II.

23              So, again, if that's what is meant by

24    "pooling" -- that is, funds are put together and

25    then there's these rights in the pooled -- in the
```

1   profits, if any, that are generated by the pool --

2   then that is addressed and I do have an opinion on

3   that and that's reflected in paragraph 142.

4         Q.   Okay.  Let's use a hypothetical.

5   Same -- same pooling concept.  Let's say Ripple

6   sells $10 worth of XRP on Tuesday and then sells

7   $10 worth of XRP on Wednesday.

8               Is your opinion expressing any view as

9   to whether or not Ripple pools that $20 of XRP --

10   $20 of proceeds from its XRP sales?

11         A.   If what you mean by "pooling" is

12   ignore -- you know, is just putting the money

13   together or not putting the money together in an

14   account or accounts, I'm not providing an opinion

15   on that.  If what is meant by "pooling" is that

16   those relationships, those contractual

17   relationships, pursuant to which Ripple gets those

18   funds, the $20 in your example, whether those

19   contractual relationships create a right to a

20   portion of the profits if Ripple's successful in

21   its ongoing efforts, then I do have an opinion on

22   it.

23         Q.   Does the company have a fiduciary

24   obligation to its shareholders to maximize the

25   value of its assets?

301

```
 1                    MR. KELLOGG:  Objection;

 2            calls for a legal conclusion.

 3       A.   Yeah, that's a legal opinion.

 4       Q.   Be that as it may, do you know?

 5       A.   So under Delaware corporate law, there

 6  are fiduciary obligations of the directors that

 7  run to the corporation, as I understand it, which

 8  would, you know, involve acting in the best

 9  interests of the corporation.

10       Q.   And in your view as an economist, would

11  acting in the best interests of a corporation

12  include maximizing the value of its assets?

13                    MR. KELLOGG:  Objection.

14       A.   So as a policy matter, if you're asking

15  my personal view on this as an economist, that is

16  a -- assuming that we're talking about a

17  for-profit organization, sure, maximizing assets

18  would be certainly something that you would want

19  to think about in terms of a fiduciary obligation

20  by a corporation to its shareholders.  So I'm --

21  or to its claims on the firm's assets.

22            So, you know, again, obviously what

23  fiduciary obligations a corporate board has is

24  ultimately a question of Delaware corporate law

25  assuming it's incorporated in Delaware.
```

```
1          Q.   Okay.  Let's turn now to your -- AF-2,

2     your rebuttal report.  I want to start with

3     paragraph 7, please.

4                    MR. KELLOGG:  I'm sorry,

5          where are we?

6                    MR. SYLVESTER:  Paragraph 7.

7                    MR. KELLOGG:  Of the main

8          report?

9                    MR. SYLVESTER:  Of the

10         rebuttal report.

11                   THE WITNESS:  Do you have a

12         copy?

13                   MR. KELLOGG:  Of the

14         rebuttal?

15                   MR. SYLVESTER:  You should

16         have it.

17                   MR. KELLOGG:  Yeah.

18                   THE WITNESS:  I'm at

19         paragraph 7.

20    BY MR. SYLVESTER:

21         Q.   Okay.  Great.  The first sentence of

22    paragraph 7 is "I have been asked by counsel for

23    Ripple to assess the claims, summarized above,

24    made in the ██████ report."

25                   Do you see that?
```

303

```
1        A.   Yes.

2        Q.   Okay.  So my first question is, was your

3   assignment with respect to your rebuttal opinion

4   limited to assessing the claims made in the

5   ██████   report?

6                  MR. KELLOGG:  Objection.

7        A.   Yes.  So this rebuttal report is a

8   rebuttal to his -- his report, so it is assessing

9   the opinions reflected in paragraph 6.

10       Q.   Okay.  Can --

11       A.   I would also note that, you know,

12  obviously I read the entire report and, as we

13  discussed this morning, I did consider his -- this

14  isn't -- I'm sorry.

15            I was just going to note that

16  Dr. ██████   has a rebuttal report, you know, a

17  report where he criticizes me.  Obviously I have

18  views on that.  But here, in this -- so -- but in

19  this rebuttal report, I was asked to assess these

20  opinions in his initial report.

21       Q.   Okay.  Turning to paragraph 8 on the

22  next page.

23       A.   Just give me a second to read it.

24       Q.   Sure.  It's probably worth reading the

25  entire thing because most of it is just one
```

1    sentence.

2              (Pause)

3        A.   Okay.

4        Q.   So my question is, did Dr. ████████ opine

5    that any of the XRP price movements he observed

6    resulted in any sustained impact on the market

7    price of XRP?

8        A.   So it was -- reading his report, it was

9    unclear about whether he thought it was -- his --

10   it is fair to say that his report -- and I think I

11   mention this later -- just give me one second

12   here.  He does reference short term -- let me just

13   get the language here.  Just give me one more

14   second.

15             (Pause)

16             So the way he characterizes his

17   findings I think I, in part, summarize in

18   paragraph 10, where he uses language like it's

19   "consistent" with Ripple attempting to influence

20   prices or the actions "coincided" with price

21   changes.

22             As I understand from his deposition,

23   he -- he -- and it's consistent with this summary

24   or this -- these statements that I make in

25   paragraph 10, quoting him, is that he's making no

1    claim of causation.  That is to say, as I

2    understand his position -- and, again, it's

3    consistent with this language here -- he's not

4    making any claim that the actions that he

5    analyzes, in fact, caused an XRP price change, let

6    alone an XRP price change that's permanent.

7              So that's my best understanding of -- of

8    what his position is.

9         Q.   Did -- did you read Dr. ██████

10   deposition transcript?

11        A.   I did not.

12        Q.   Let's go to paragraph 9 of your report.

13   I'm looking at the second sentence.  That says "As

14   an initial matter, Dr. ██████ does not (and

15   cannot) explain why a handful of trades on just a

16   few cherry-picked dates would have resulted in any

17   long-term impact on the market price of XRP, much

18   less caused purchasers of XRP to have any

19   reasonable expectation of profits from Ripple's

20   conduct."

21             Do you see that?

22        A.   I do.

23        Q.   Did Dr. ██████ opine on the reasonable

24   expectations of XRP purchasers?

25        A.   He opined -- I don't think he uses that

306

```
 1    phrase.  He opined -- you know, he's discussing

 2    XRP price changes, which obviously XRP price

 3    changes do reflect the expectations of the

 4    marketplace.  But I don't believe he used that

 5    particular phrase.

 6         Q.  Can you explain what you mean by "XRP

 7    price changes do reflect the expectations of the

 8    marketplace"?

 9         A.  Well, XRP has a market price, right?  It

10    trades in the markets and has a market price that

11    changes over time.  And the market is going to

12    have a -- a view, a consensus view, as to the

13    market value of that asset, just like it does for

14    any asset.

15             So the market value is going to reflect

16    the market consensus at that point.

17         Q.  As part of your assignment for your

18    rebuttal report, did counsel ask you to examine

19    the relationship, if any, between Dr. ████████

20    opinions and the reasonable expectations of XRP

21    purchasers?

22         A.  What counsel asked me to do was -- is

23    reflected in paragraph 7.

24         Q.  Okay.  I don't see any reference to the

25    reasonable expectations of XRP purchasers in
```

1   paragraph 7., is that right?

2        A.   That's correct.  So, again, the

3   expectations of the market, you know, is going to

4   be reflected in the price of XRP; that it's going

5   to reflect the consensus view as to the market

6   value of this particular asset, XRP, and he does

7   analyze or discuss XRP prices.

8             So it's only in that sense that, you

9   know, this -- that it intersects with

10  Dr. ███████ analysis.

11       Q.   Okay.  So when you refer in your report

12  to "reasonable expectations of profits from

13  Ripple's conduct," are you talking about -- strike

14  that.

15            When you refer to "reasonable

16  expectations of profits from Ripple's conduct," is

17  that limited to any such expectations that might

18  show up in XRP's market price?

19       A.   Yes.

20                 MR. KELLOGG:  Objection.

21       A.   So any reference to "reasonable

22  expectations of profit" -- and we can certainly

23  look at other parts of my rebuttal where that

24  phrase might be used -- is solely focused on

25  conducting the assignment in paragraph 7.  That

1    is, his actual analysis.

2        Q.   Okay.  Let's turn to paragraph 11 on

3    page 6.  And there are some dark bullets and some

4    clear bullets.  I want to look at the first clear

5    bullet.  The last sentence of the first clear

6    bullet is "The fact that market actors attempt to

7    minimize the price impact associated" --

8        A.   Oh, I'm sorry.  I'm in the wrong place.

9    Where -- where should I be?

10       Q.   Paragraph 11, page 6.  Do you see how

11   the first two bullets are filled in and the

12   remaining three are clear?

13       A.   Yes.

14       Q.   So the first clear bullet.

15       A.   Oh, I see.  Okay.

16       Q.   And the last sentence of that first

17   clear bullet is "The fact that market actors

18   attempt to minimize the price impact associated

19   with their sales is hardly surprising or novel,

20   and does not support an opinion that XRP is a

21   security."

22            Do you see that?

23       A.   I do.

24       Q.   Did Dr. ███████ offer any opinion as to

25   whether or not XRP is a security?

```
 1          A.   I think he avoided opining directly on

 2     that, as -- as I am -- as I am.  I'm only -- the

 3     reference in this bullet is just to the -- the

 4     idea that best ex, best execution, is something

 5     that occurs in many different markets, many

 6     different asset classes.

 7               I am not opining anywhere, whether it be

 8     in the rebuttal or my initial report, on whether

 9     or not XRP is a security.  It's a legal question.

10     Nothing that I've written should be construed as

11     providing an opinion on that ultimate legal

12     question.

13          Q.   Let's look at the next page.  We're

14     still on paragraph 11.  There's the first full

15     bullet on paragraph -- sorry, on page 7, that says

16     "As the factor analysis presented in my opening

17     report shows, the long-run prices of XRP were

18     influenced not by the efforts of Ripple, but by

19     the changes in the value of cryptocurrencies

20     generally; focusing, instead, on a handful of

21     select days does not constitute a reliable

22     scientific methodology."

23               Do you see that?

24          A.   I do.

25          Q.   Okay.  So when you say "not by the
```

1    efforts of Ripple," are you expressing an opinion

2    here that Ripple's efforts in no way influence the

3    long-run prices of XRP?

4                    THE REPORTER:  You're going

5           to have to slow down.

6                    MR. KELLOGG:  Objection.

7        A.   So I need to hear the question again

8    now.

9        Q.   Sure.

10            When you say "not by the efforts of

11   Ripple" in the sentence I just read, are you

12   expressing the opinion here that Ripple's

13   efforts in no way influence the long-run prices of

14   XRP?

15                   MR. KELLOGG:  Objection.

16       A.   What I'm referencing here, in this

17   particular sentence, is the various -- the factor

18   model and its various specifications that we

19   discussed that are contained in my initial report.

20   That is to say, there's no statistically

21   significant excess return associated --

22   associated -- associated with XRP above and beyond

23   or separate and apart from general movements in

24   cryptocurrency.

25                   So I want to be very clear on the

1    record.  The hypothesis that I was testing is the

2    null hypothesis:  Is the alpha statistically

3    distinguishable from zero or is it -- or is it, in

4    fact, the same as zero, you know, in a statistical

5    sense?

6              So that -- that's the analysis that I

7    was referencing in this particular bullet.

8         Q.   Okay.  Is it possible in your view for

9    someone to take steps consistent with an attempt

10   to influence the price of an asset and yet be

11   unsuccessful in influencing the price?

12                   MR. KELLOGG:  Objection.

13        A.   Stated at that level of generality, yes.

14        Q.   Okay.  Separate and apart from whether

15   or not it may have been successful, are you

16   offering any opinion that Ripple did not take

17   steps to influence the price of XRP?

18                   MR. KELLOGG:  Objection.

19        A.   As I understand your question, you're

20   asking me -- or the question is asking me the

21   motivations of Ripple, the motivations of Ripple

22   with respect to the trading activity that

23   Dr. ███████ focuses on.  And the answer to the

24   question is no.  I'm not going to opine on the

25   motivations, feelings, personal thoughts of

312

1   individuals.

2        Q.   Okay.  Slightly different question.

3             Again, separate and apart from whether

4   or not Ripple may have been successful in any

5   efforts, are you offering any opinion here that

6   Ripple did not take steps consistent with

7   influencing the price of XRP?

8                  MR. KELLOGG:  Objection.

9        A.   Same answer.  So as I understand the

10  question, the question is ask -- is saying -- is

11  asking, am I going to opine on the motivations of

12  individuals, such as individuals at Ripple, and

13  what their thought processes were?  And the answer

14  to the question is no.

15       Q.   Do you disagree with any of the

16  Dr. ██████ conclusions -- strike that.

17             Separate and apart from Dr. ██████

18  analysis of any impact on XRP's price, do you

19  disagree with Ripple -- with Dr. ██████

20  conclusions that on certain occasions Ripple

21  employees took steps consistent with influencing

22  the price of XRP?

23                  MR. KELLOGG:  Objection.

24       A.   So I want to be careful here.  So

25  insofar as you're asking me about these emails and

1    Dr. ████ citing emails to -- and any use of

2    emails to opine on motivations or purposes, I'm

3    not providing an opinion on that.  That -- that's

4    not my role as an economist.

5             I obviously do analyze the particular

6    days that he chooses, but that's using market

7    data, not opining on personal motivations of

8    individuals, whether it be at Ripple or elsewhere.

9        Q.   Okay.  You may have anticipated my next

10   question.

11            Separate and apart from whether or not

12   they may have been successful, are you offering

13   any opinion that Mr. Larsen or Mr. Garlinghouse

14   did or did not take steps to influence the price

15   of XRP?

16                 MR. KELLOGG:  Objection.

17       A.   So, again, my understanding of your

18   question is, am I going to opine on the

19   motivations, beliefs, feelings, opinions of those

20   individuals?  And the answer to -- answer to that

21   question is no.

22       Q.   Okay.  Let's look at -- let's look at

23   Exhibit 1 to your AF-2.

24       A.   Exhibit 1?

25       Q.   Yes.

1      A.   Just give me a moment to situate myself.

2      Q.   Sure.

3      A.   Okay.

4      Q.   The right-hand panel of Exhibit 1 to

5  AF-2 displays data for cryptocurrency exchanges.

6           Do you see that?

7      A.   I do.

8      Q.   Do you know whether or not any GSR

9  trading is within the volume reflected in the

10  right-hand panel for cryptocurrency exchanges?

11      A.   So this is the crypto -- cryptocurrency

12  exchanges being reported by CryptoCompare.  Beyond

13  the -- the net outflows that we were talking about

14  earlier that's reflected in my exhibits and my

15  initial report, I have the same answer that --

16  that -- from previously when you asked me about

17  trading volume.  So I -- I don't disaggregate

18  here, you know, GSR trading -- well, I'm using the

19  full trading volume on the cryptocurrency

20  exchanges.  Obviously, I have the GSR XRP Ledger

21  trading on the left-hand side.

22      Q.   Mm-hmm.  But to the extent that GSR

23  trading is included -- strike that.

24           To the extent GSR was trading on

25  cryptocurrency exchanges during this time period,

1    that trading would be included in the volume on

2    the right-hand side?

3         A.   Yes, I would assume so.  Whether, you

4    know, in that -- you know, that would include GSR

5    trading for -- hypothetically would include GSR

6    trading for clients other than -- than Ripple.

7    I'm not saying that happened.  I'm just saying it

8    would -- this trading, as I understand the

9    CryptoCompare data, would be reflected in the

10   cryptocurrency exchange volume.

11        Q.   Okay.  Let's turn back to paragraph 18

12   of your rebuttal report.

13        A.   Paragraph O18?

14        Q.   Eighteen.

15        A.   Just give me a moment.

16        Q.   Sure.

17        A.   Yes.

18        Q.   Okay.  In paragraph 18 you describe

19   using a square root model.

20             Do you see that?

21        A.   Yes.

22        Q.   Okay.  My question is, did you use the

23   square root impact model that -- you'll have to

24   excuse my pronunciation -- Donier and Bonart used

25   in 2015 referenced in Footnote 33?

1        A.    There's a formula that I used.  It, you

2   know, involves the square root of the volume of

3   the trade or the order -- I think it's called the

4   meta order -- over the volume, the trading volume.

5   And there's a parameter that's estimated at 0.9.

6        Q.    And did you --

7        A.    And there's a volatility -- there's a

8   price volatility term there, too.

9        Q.    Did you obtain that 0.9 figure that you

10  just testified about from the Donier and Bonart

11  paper referenced in Footnote 33?

12       A.    Yes.  I believe that's from the Bitcoin

13  paper, if that's what you're referring to.

14       Q.    Did you perform any calculations using

15  XRP prices to determine any components of the

16  square root model that you used as described in

17  paragraph 18?

18       A.    I don't understand the question.  Is the

19  question is am I using -- am I calculating inputs

20  into the -- into the formula?

21       Q.    Yes.

22             Did you perform any calculations using

23  XRP prices to determine any inputs that you then

24  used to put into the formula that you found from

25  the paper we've been discussing?

1                    MR. KELLOGG:  Objection.

2          A.   Yes.

3          Q.   What -- what calculations do you recall?

4          A.   Well, there's -- in the formula there's

5     the order size.  There's the volat -- the price

6     volatility.  There's the trading volume.  So those

7     are all inputs into the square root calculation.

8          Q.   And you reference the 0.9 figure.  What

9     does that refer to?

10         A.   It's a parameterization in the formula.

11    I think it's the Y term in the formula.  So that's

12    another component of the formula, which I did get

13    from the Bitcoin paper.

14              And I want to be very clear on the

15    record.  The point of this square root calculation

16    is simply illustrative of the point that I make in

17    the second sentence of Footnote 33, that "total

18    trading volume and price volatility are important

19    when assessing the price impact of a trade."  That

20    is to say, these are important factors.  I'm using

21    this as an illustrative example of how it could be

22    important.

23              I'm not saying -- I'm not saying that

24    the price impact is 1.6 percent or 2 percent.

25    It's illustrative of this point that these factors

318

1    can be important if one is interested in assessing

2    price impact of a trade.  It's illustrative of

3    that general point.  It's not a calculation of the

4    actual price impact of any particular trade on any

5    particular -- you know, on this day.  And the same

6    comment would hold for the square root estimates

7    that I utilize in the exhibit at a later point.

8         Q.   Okay.  I want to make sure I understand

9    your testimony.

10        You're saying with respect to the

11   concluding sentence of paragraph 18 that you're

12   not opining that the price impact in this

13   particular case is 1.6 percent, is that right?

14                  MR. KELLOGG:  Objection.

15        A.   So what I say in paragraph 18 is the

16   potential XRP price impact using the square root

17   model is approximately 1.6 percent.  So it's --

18   and this point, the 1.6 percent, is in service of

19   the general point that total trading volume and

20   price volatility can be important in assessing the

21   price impact.  So it's just illustrative of that

22   general point.

23        I'm not saying for this trade or these

24   trades it is, in fact, 1.6 percent.  It's a

25   potential price impact.  It's illustrative of the

319

1    general point that you would want to think about

2    these factors in assessing price impact.

3            And the same comment would hold for the

4    illustrative calculations using the square root

5    model that are provided later in the report as

6    well.

7       Q.   Looking at paragraph 20 -- I'll give you

8    a second to read that and then I'll ask my

9    question.

10      A.   Okay.  Thank you.

11           (Pause)

12           Yes.

13      Q.   Are you offering the opinion that GSR's

14   purchases during the one-hour period described in

15   paragraph 20 were inconsistent with implementation

16   of a price floor as directed by Ripple?

17      A.   Can you repeat the question?

18               MR. SYLVESTER:  Bridget,

19           would you mind reading that one back.

20           Thanks.

21               (Whereupon, the record was

22           read back.)

23      A.   I guess what I would say is I would

24   reference my paragraph 21.  So this notion of a

25   price floor doesn't seem to hold up in the data if

1    you look at pre-November 1st and post-November

2    1st.

3            So, you know, in your question, you were

4    referencing the price floor and that seems

5    inconsistent with the fact that prices were more

6    often below that price floor -- now I'm reading

7    from my report -- in November and December than

8    they were before.  So I guess I do view the data

9    as inconsistent or Dr. ████████ ignores this when

10   he talks about a price floor.

11       Q.   Okay.  Again, sort of reverting to our

12   principles.  Setting aside whether or not GSR was

13   or was not effective in implementing a price

14   floor, are you opining as to whether GSR's

15   purchases during that one-hour period referenced

16   in paragraph 20 are or are not consistent with the

17   implementation of a price floor?

18                   MR. KELLOGG:  Objection.

19       A.   Well, again, I -- just to go to what

20   Dr. ████████ says, and I quote it in paragraph 21,

21   he says "GSR seems to have succeeded" in this

22   price floor.  So, again, I would reference that

23   data.

24            I'm sorry, what -- what's the question?

25       Q.   I think you answered it.  Let -- let's

1    go to the data.  Let's go to Exhibit 2, please.

2         A.   Okay.

3         Q.   My question on Exhibit 2 is, did you

4    examine intraday price data for XRP to prepare

5    this exhibit?

6         A.   These are the daily low price.

7         Q.   Okay.  So I think that means, yes, you

8    did examine intraday data, is that right?

9         A.   Yes.  My understanding of daily low

10   prices is it would include intraday in that -- in

11   that way, in identifying the low price.

12        Q.   Okay.  For each of the day that's

13   included within the blue bars shown in your

14   Exhibit 2, did you conduct any analysis of what

15   percentage of the day XRP's price was below .008

16   dollars?

17                  MR. KELLOGG:  Objection.

18        A.   No.  So I believe the -- the data has

19   the close -- the -- the open, the close, and the

20   daily low.  Maybe the daily high.  I can't

21   remember.  So the answer to your question is, no,

22   this is just reporting the number of days where

23   this -- where the low price breached the so-called

24   price maintenance floor.

25        Q.   Okay.  Let's go back to paragraph 45 of

1    AF-2.

2        A.   Forty-five?

3        Q.   Yes.

4        A.   Paragraph 45?

5        Q.   Paragraph 45, page 23.  And my question

6    is about the concluding sentence, so it's probably

7    worth you reading the whole paragraph.

8        A.   Yeah.

9             (Pause)

10       A.   Okay.  I've read the paragraph.

11       Q.   Okay.  The last sentence says "In order

12   for this claim to be true, the regression

13   coefficient on the prior returns must be

14   statistically significant, and my return

15   regression specification demonstrates that this is

16   not the case."

17            My question is, why is it that the

18   regression coefficient on the prior returns needs

19   to be statistically significant in order for

20   Dr. ███████ claim that these sellers on behalf

21   of Ripple sold more XRP when the price of XRP was

22   increasing and relatively less when the price was

23   decreasing on the previous day?  Why -- why does

24   your regression coefficient need to be

25   statistically significant in order for that to be

1   true?

2                    MR. KELLOGG:  Objection.

3        A.   Yeah, that's -- that's -- that's a long

4   question.  Let me make sure I -- I want to make

5   sure I'm answering it.

6             So Dr. █████████ in his report says

7   that -- well, I have the quote here.  That "These

8   sellers, on behalf of Ripple, sold more XRP when

9   the price was increasing and relatively less when

10  the price was decreasing the previous day."  No,

11  that's not the quote I wanted.

12            So in his report -- Dr. ████████████

13  report, that is -- my understanding of what he was

14  saying is that this selling activity, the selling

15  of more XRP, is associated with increasing returns

16  on -- contemporaneously increasing returns.  That

17  is, his claim is not just confined to the previous

18  day's returns, but I read him in his report to be

19  making a claim about selling more XRP when the

20  price is contemporaneously rising.

21            What his regression is about -- and we

22  can talk about his regression -- is he's using lag

23  returns.  So I'm making the observation that a lag

24  return coefficient is not going to address the

25  question of whether there was contemporaneous

1    increases in the prices during the sale activity.

2            Now, this leads directly into the last

3    sentence of that paragraph, which is "If there was

4    a statistical association in return..."  So if

5    returns are falling today, returns are falling on

6    average statistically, then there would be a

7    relationship between that previous return that

8    Dr. ████ is using and contemporaneous return.

9    So there might be a -- a basis for an inference

10   there, but there is no statistical association

11   between contemporaneous returns and prior returns.

12           And, therefore, a lag regression, a

13   regression that's using lag returns, is not going

14   to be able to ascertain whether, in fact, Ripple

15   was selling more when prices contemporaneously

16   were increasing.

17       Q.   Okay.  Let's move to Exhibit 8 of AF-2.

18       A.   Exhibit 8?

19       Q.   Yes.  This is labeled, for the record,

20   "Examples of Alleged Indirect Transfers of XRP

21   from Mr. Larsen and Mr. Garlinghouse to GSR Traced

22   by Dr. ████

23           You'll see, Professor, that a number of

24   addresses are noted as belonging to "another

25   party."

325

```
 1              Do you see that?
 2         A.   Are you looking -- I'm sorry.  Oh, okay.
 3    So you're looking at the second column.  Yes, I
 4    do.
 5         Q.   Okay.  And you say in your note, the
 6    last sentence, "When the address I.D. has not been
 7    provided, another party is indicated above."
 8              Did you see that?
 9         A.   Yes.
10         Q.   Did you ask counsel to supply you with
11    any documents that might answer the question of
12    who controlled these destination addresses?
13                   MR. KELLOGG:  Objection.
14                   THE REPORTER:  I'm sorry.
15         Repeat.
16                   MR. SYLVESTER:  Sure.
17    BY MR. SYLVESTER:
18         Q.   Did you ask counsel to supply you with
19    any documents that might answer the question of
20    who controlled these destination addresses?
21         A.   No.  I want to be clear here.  In this
22    exhibit, Exhibit 8, I'm using -- I'm assessing
23    Dr. ████████ work.  And the address I.D., that
24    second column that we were discussing, is drawn
25    from the identification of the wallets, or the
```

326

1   addresses, from Dr. ████████ work.

2        So this is a product of his backup

3   materials that he produced in terms of his

4   identification of the address I.D.  And so I'm

5   assessing the work that he did including what's

6   reflected in this table.

7        So this table is really drawn very

8   directly from his backup.  Obviously, I calculated

9   the cumulative number of days from Larsen or

10  Garlinghouse wallet transfer, which is a trivial

11  calculation, but this is a reflection of his --

12  his work, his backup, and his identification.

13       Q.   Okay.  Looking just at the first example

14  regarding Mr. Larsen, the way I read the first row

15  is that Mr. Larsen transferred 20 million units of

16  XRP to the destination address in the first row

17  starting with "████████

18       Do you agree?

19       A.   Yes.

20       Q.   Okay.  And then the next transfer is

21  from ██████ of 2,083,313 XRP to the following

22  destination address of R -- well, no.  Strike

23  that.

24       This is what I'm having trouble

25  understanding.  It looks like, if I'm reading your

```
 1    chart correctly, the units of XRP traced by

 2    Dr. ███████ goes from 20 million to 2,083,313 and

 3    then back up, in the next row, to 2,083,333.

 4              Do you see that?

 5         A.   I -- I'm not following you.

 6         Q.   Okay.  Do you see "Units of XRP

 7    transferred, 20 million"?

 8         A.   Yes.

 9         Q.   Okay.  If you go all the way to the

10    right on that same row, do you see "Units of XRP

11    traced by Dr. ██████████

12         A.   Yes.

13         Q.   Okay.  And that value is 2,083,313?

14         A.   Yes.

15         Q.   Okay.  So the next entry under "Units of

16    XRP transferred" is 2,083,333.

17              Do you see that?

18         A.   So I'm supposed to be looking at the

19    second row now?

20         Q.   Yes.

21         A.   Okay.

22         Q.   So my question is, it appears that this

23    chart is suggesting that 20 million XRP were

24    transferred, 2,083,313 were traced, but then the

25    number of XRP units transferred goes back up to
```

328

1   2,083,333.

2           Can you explain how -- how that works?

3                   MR. KELLOGG:  Objection.

4       A.   I think you're make --

5                   MS. PROSTKO:  Objection.

6       A.   I think you're mis -- I think you're

7   misreading the chart a little bit, or the -- or

8   the figure or the exhibit, I should say.

9       Q.   Yeah.  Please explain.

10      A.   So Dr. ██████ is -- is tracing for --

11  first, let me note that I was not provided with

12  his hop program pursuant to which he's doing this

13  hop analysis.  So that was a black box that I was

14  not able to access.

15          According to his tracing algorithm,

16  which I don't have access to, he ultimately traces

17  for this first hop -- the hop -- the first hop

18  consisting of three hops, ultimately traces the

19  2,083,313.  So that's why that number in the

20  second-to-last column is the same because that's

21  what he ultimately ascribes in terms of the hop

22  analysis from Larsen to the final destination,

23  which is GSR.

24          But as you're pointing out, the units of

25  XRP transferred per hop or per -- or per

329

1    transaction does vary.  But, really, the question

2    is -- well, what's reflected in that

3    second-to-last column is what Dr. ████ ascribes

4    to Dr. -- or Mr. Larsen in terms of the ultimate

5    destination of GSR.

6            But you are right that the individual

7    hops -- one, two and three -- would -- you know,

8    they're not all the same.

9        Q.   Okay.

10                   MR. SYLVESTER:  Can we take

11              five minutes off the record before we

12              end for the day?  Is that all right

13              with you?

14                   THE WITNESS:  Sure.

15                   MR. KELLOGG:  Sure.

16                   MR. SYLVESTER:  Great.  Thank

17              you very much.

18                   THE VIDEOGRAPHER:  Okay.

19              Thank you.  The time is approximately

20              6:39.  We're going off the record.

21                   (Whereupon, a recess is

22              taken.)

23                   THE VIDEOGRAPHER:  The time

24              is approximately 6:47 p.m.  We're back

25              on the record.

330

1    BY MR. SYLVESTER:

2        Q.   Okay.  Professor, are you expressing the

3    opinion in this case that defined that an

4    instrument was offered and sold as an investment

5    contract, that instrument must entitle its holder

6    to a share of the profits of the company that sold

7    the instrument?

8                    MR. KELLOGG:  Objection.

9        A.   So as I understood, if I heard your

10   question that -- the first part was it -- was in

11   order to be defined as a security, am I correct?

12                   MR. SYLVESTER:  Do you want

13            to read it back, Bridget?  No, you

14            don't want to.  You want me to say it.

15            Okay.  I'll say it again.

16   BY MR. SYLVESTER:

17       Q.   I said investment contract, but let me

18   just restate the question.

19            Are you expressing the opinion in this

20   case that defined that an instrument was offered

21   and sold as an investment contract, that

22   instrument must entitle its holder to a share of

23   the profits of the company that sold the

24   instrument?

25                   MR. KELLOGG:  Objection.

1        A.    That calls for a legal opinion.  The

2    answer to that question is no.

3        Q.    Okay.  Are you expressing the opinion in

4    this case that defined that an instrument was

5    offered and sold as an investment contract, that

6    instrument must require the company that sold the

7    instrument to expend efforts in some way?

8                    MR. KELLOGG:  Objection;

9            calls for a legal conclusion.

10       A.    As I understand the question, it calls

11   for a legal conclusion.  I'm not providing that

12   opinion.

13       Q.    Okay.  Are you providing the opinion in

14   this case that it is not possible for a virtual

15   currency to be offered and sold as an investment

16   contract?

17                   MR. KELLOGG:  Objection.

18       A.    As I understand the question, it calls

19   for a legal opinion, so I'm not providing that

20   opinion.

21                   MR. SYLVESTER:  Okay.  That

22           is all the questions I have for you,

23           Professor Ferrell.

24                   I just want to again -- you

25           know, we've -- this is to Ripple's

1          counsel.

2                    We've heard today about

3          analysis that Professor Ferrell

4          conducted that was not disclosed in

5          his opening expert report.  We've also

6          heard about analysis that he conducted

7          subsequent to reviewing Dr. █████████

8          work.  I just want to put on the

9          record that we reserve all rights

10         depending on what defendants do or

11         don't do with that information.  That

12         could include calling Dr. -- Professor

13         Ferrell back.  That's our reservation

14         of rights.

15                   I have nothing further for

16         you.  Thank you very much.  I

17         appreciate your time, Professor.

18                   THE WITNESS:  Thank you.

19                   THE VIDEOGRAPHER:  May I

20         close out the deposition for today?

21                   MR. KELLOGG:  You may.

22                   THE VIDEOGRAPHER:  Thank you.

23         We are off the record at 6:49 p.m. and

24         this concludes today's testimony by

25         Dr. Allen Ferrell.  The total number

333

1          of media units used was seven and will

2          be retained by the court reporting

3          agency.   Thank you.

4                    THE WITNESS:   Thank you.

5                    (Whereupon, the deposition

6          concluded at 6:49 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

334

1    STATE OF NEW YORK        )

2                             ) ss:

3    COUNTY OF NEW YORK       )

4            I hereby certify that the witness in the

5    foregoing deposition, FRANK ALLEN FERRELL, III, Ph.D.,

6    was by me duly sworn to testify to the truth, the whole

7    truth and nothing but the truth, in the within-entitled

8    cause; that said deposition was taken at the time and

9    place herein named; and that the deposition is a true

10   record of the witness's testimony as reported by me, a

11   duly certified shorthand reporter and a disinterested

12   person, and was thereafter transcribed into typewriting

13   by computer.

14           I further certify that I am not interested in

15   the outcome of the said action, nor connected with nor

16   related to any of the parties in said action, nor to

17   their respective counsel.

18           IN WITNESS WHEREOF, I have hereunto set my hand

19   this 25th day of February 2022.

20           Reading and Signing was:

21    ___ requested    ___ waived   _X_ not requested.

22

23

24   _____

25           BRIDGET LOMBARDOZZI, CSR, RMR, CRR

**Transcript Word Index**

[& - 20]

| & |
|---|
| **&** |
| 2:17 4:3,10 5:5,15 10:16 39:18 |

| 0 |
|---|
| **0.001** |
| 147:22,25 |
| **0.022** |
| 193:23 200:2 |
| **0.058** |
| 193:22 |
| **0.058.** |
| 218:4 |
| **0.398** |
| 148:11 |
| **0.398.** |
| 148:8,24 |
| **0.541** |
| 177:22 |
| **0.629** |
| 180:19 |
| **0.661** |
| 172:23 |
| **0.661.** |
| 173:3 |
| **0.9** |
| 316:9 317:8 |
| **0.9.** |
| 316:5 |
| **008** |
| 321:15 |
| **058** |
| 205:14 212:6,24 214:3 |

| 1 |
|---|
| **1** |
| 7:12 8:6 18:3,5,21 19:2 21:18 24:10 27:24 28:20,24 29:6,17 31:3,7,12 32:9 34:2 34:5,25 35:6,14 36:1,6,10 36:12,13 54:3 55:8,19 57:7 57:14 61:13 68:4 86:4,23 105:11,13 107:22 108:20 110:2,13 111:21 112:11,25 113:17 114:15 115:11,12 115:20 116:1,2,5 124:3 137:19,23 140:14 147:12 148:4,17 156:12 168:8 171:3 173:25 174:1,7,15 175:4,12,14,19 176:1,8,13 176:23 177:21,23 178:10 178:19,19 179:4,9 180:21 183:19 193:22 197:7,9 199:3 200:4 207:24 212:1,7 214:2 215:11,20 216:8 217:10,15,23 218:12 |

| 1 (cont.) |
|---|
| 219:11 220:14 228:8 241:1 241:3,10,21 242:7,14,18,24 250:14 252:10 261:23 265:25 313:23,24 314:4 |
| **1,250** |
| 46:21 |
| **1.6** |
| 33:15,17,21 317:24 318:13 318:17,18,24 |
| **1:16** |
| 170:14 |
| **10** |
| 107:14,15 108:1,2,5,7,19 109:9 198:4 258:20 261:13 268:24 300:6,7 304:18,25 |
| **10:24** |
| 59:20 |
| **10:44** |
| 59:25 |
| **100** |
| 62:7,10,14 67:2 125:2,10 126:2,6,8 150:10 165:3 207:2,7,8,9,10,14,14,23,23 232:22 253:14,15,15 254:6 254:6,10,11,12 265:9 273:12 |
| **100,000** |
| 162:7,15 165:7,24 166:9,13 167:2 168:4 |
| **10019-6064** |
| 5:19 |
| **10022** |
| 4:6 |
| **102** |
| 155:18,22 191:17,20,21 192:13,19,23 194:3,8,21 208:9,13 225:21 226:2 227:8 |
| **10281-1022** |
| 3:14 |
| **106** |
| 7:22 |
| **107** |
| 236:1 |
| **108** |
| 236:6 |
| **10832** |
| 1:6 2:6 10:14 |
| **10b** |
| 40:14 |
| **11** |
| 7:5 9:12 94:25 137:23 308:2,10 309:14 |
| **11:58** |
| 122:7 |

| 113 |
|---|
| 251:3,16 |
| **119** |
| 264:1,8 |
| **11a** |
| 198:5 246:5 |
| **11b** |
| 198:10 |
| **11th** |
| 162:24 169:17 |
| **12** |
| 7:19,24 |
| **12:15** |
| 122:11 |
| **120** |
| 207:7,8 254:10 |
| **1285** |
| 5:18 |
| **12a** |
| 198:14 |
| **12b** |
| 198:15 |
| **13** |
| 114:17,19 234:11 248:4 |
| **133** |
| 7:15 |
| **14** |
| 217:23 218:10,15 219:9,13 220:3,12,15 221:16 228:5,6 249:25 279:23 |
| **140** |
| 21:5,10,24 22:3,18 236:15 293:9 |
| **141** |
| 20:18 21:15 235:18 270:2 271:24 272:5,10,15,16 273:21 276:17,19,19 281:3 281:10,21 282:13 297:16 |
| **142** |
| 20:20 271:17,25 272:17 273:18 276:20 278:5 281:18 282:17,24 297:25 298:25 299:8,12 300:3 |
| **143** |
| 279:7 280:19,23 |
| **144** |
| 283:7,15 288:8,10 289:4 290:3 |
| **145** |
| 21:15 286:9,15 287:21 292:14,15 |
| **15** |
| 9:12 231:6 274:15 280:5,9 288:8,11 289:19 |
| **150** |
| 207:2 |

| 1615 |
|---|
| 4:17 |
| **162** |
| 161:22,23 162:14 |
| **163** |
| 253:22 254:18 255:13 |
| **17** |
| 27:7 182:21 198:21 |
| **171** |
| 138:17,19 139:16 |
| **174** |
| 177:3,4,7 |
| **175** |
| 175:22 |
| **18** |
| 7:12 198:21 284:7 315:11 315:18 316:17 318:11,15 |
| **19** |
| 107:13 198:21 |
| **1960s** |
| 69:20 209:10 211:12 |
| **1st** |
| 248:8,11 249:3 286:13 320:1,2 |

| 2 |
|---|
| **2** |
| 7:17 23:24 24:2,5,10 28:5 33:21 54:4 60:2 61:14 87:10,11 92:7 110:5,10 113:24 114:1,6,9,18,21 115:21 116:8,13 156:13 172:18,20 173:12 174:1,8 174:16 175:7 176:6,13 183:19 184:18 185:3 193:23 198:17 200:2 213:15 228:14 241:12 243:10,16 250:16 259:13 259:20,22 296:16,17 302:1 313:23 314:5 317:24 321:1 321:3,14 322:1 324:17 |
| **2,083,313** |
| 326:21 327:2,13,24 328:19 |
| **2,083,333** |
| 327:3,16 328:1 |
| **2:04** |
| 171:4 |
| **20** |
| 1:6 2:6 10:14 67:17 77:1 90:11 129:19 197:12 198:21 254:23 273:2,5,8 276:24 277:16,23 278:1 281:13,14,25 284:11 297:19,22 300:9,10,18 319:7,15 320:16 326:15 327:2,7,23 |

**[200 - 52]**

**200**
3:12 62:16 166:1
**200,000**
167:10
**2003**
209:25
**20036**
4:19
**20037**
5:8
**2013**
75:6 89:18 90:10 92:6
96:25 98:6 102:6,13 133:7
134:7 169:25 170:5 175:20
260:13,23 268:5 279:15
281:1 287:10
**2014**
268:17 281:1
**2015**
75:24 77:23 92:8 110:6
162:24 169:17,23 170:1,3,7
176:8 184:8,13 248:8,11
249:3 261:20 262:1 279:25
315:25
**2016**
182:25 183:5,17 280:10
285:9
**2017**
108:4 182:7,13,22 183:16
280:1 285:1,7,9,23,25
**2018**
262:3,4
**2019**
265:11,23 286:11,13
**2019/2020**
265:16
**202.326.7999**
4:20
**202.974.1500**
5:9
**2020**
30:7 41:17,19 42:21 75:6
75:24 77:23 89:18 90:11
92:7,8 102:13 110:6 133:8
163:3 164:11 170:3 260:13
260:23 265:11,23 268:5,17
269:5,10 279:15 287:10
**2021**
2:19 7:14,19,24 28:20
166:23
**2022**
1:16 10:3,7 334:19
**21**
8:4 108:4 198:21 239:7,9
239:15 240:21,23 241:9
319:24 320:20

**2112**
5:7
**212.336.1060**
3:15
**212.373.2491**
5:20
**212.909.6000**
4:7
**21st**
108:9 164:11 248:18
**22**
108:4 114:14,15 198:22
**2202232blo**
1:25
**22nd**
108:10
**23**
1:16 2:19 7:17 10:3 108:4
164:6,10 322:5
**239**
8:4
**23rd**
10:7 108:10
**243**
23:9
**244**
23:10
**245**
23:10
**25th**
334:19
**260**
164:6
**27**
182:24
**274**
162:24
**28**
31:17 34:8,11 35:1 96:3,6
97:7,11,12 108:11 110:14
110:17 111:3 112:7 116:14
117:1,3,7 118:1 122:25
129:9,12 228:6,12 251:7,14
251:18,19,22 252:21,25
253:2,3,12,13,17,23 254:1
254:5,7,16,19,22 255:2
257:5,6
**291**
291:14,15
**293**
291:16
**2nd**
285:25

| | 3 | |
|---|---|---|

**3**
8:5 115:11,13,14,21 122:13
137:21 138:23 139:4
142:10 143:12 145:14,14
155:24 156:19,24 163:8,13
163:20,24 164:4 166:19,20
168:8,23 173:24 178:11,12
180:4 185:14 186:20
191:12 192:14 193:21
195:19 196:7,15 197:11
198:19 199:1,2 205:13
206:3 211:25 212:4 213:15
213:21 225:22 226:7,25
239:17
**3:09**
222:10
**3:26**
222:15
**30**
31:13,14,22 34:1,20 112:2
112:9 113:9
**300**
165:3
**31**
7:25
**317**
291:15
**32**
228:23 229:10 230:25
**33**
231:5 232:1 294:11 315:25
316:11 317:17
**34.2**
243:16
**34178**
243:11
**36**
234:23
**38**
107:25
**39**
86:23,24 87:7,8 91:3,9
**398**
148:18

| | 4 | |
|---|---|---|

**4**
7:14 138:23 145:14,15
162:17,17,20,22 169:16
196:16,17 197:11 222:11
**4:20**
266:15
**4:30**
266:15

**4:50**
266:19
**40**
91:19 225:14 227:2,6,12
**400**
3:13 4:18 10:22 166:1
**41**
109:12 129:22
**42**
161:22 284:7
**43**
227:25 253:22 284:19
**44**
185:21,25 186:2 187:15
229:13 231:2 286:6
**45**
284:19 321:25 322:4,5
**46**
175:2 284:11
**47**
125:7 150:11 182:24
**48**
155:19,20 191:20 208:14
**49**
286:12
**4th**
28:20

| | 5 | |
|---|---|---|

**5**
27:9 40:14 103:15 111:20
113:13 140:13,15,18 141:1
141:6,10,21 142:1,8 164:22
166:3 171:24 172:8,13,15
179:13 197:15 200:24
212:12 213:17 222:17
226:12 262:8,9
**5.8**
199:4 200:5
**5:36**
297:4
**5:55**
297:8
**50**
62:4,5 64:20 66:25 67:14
67:16 123:7 175:6 206:17
206:21 207:2,3 236:1
**500**
131:22 147:18 148:6,7,15
148:17 156:14 157:13,22
158:4,13 159:1,10,20,24
160:9 179:19 180:10,14
223:3,16
**500,000**
167:10
**52**
7:20

[53 - actual]

**53**
180:7 251:3
**53.2**
242:25
**53246**
242:19
**54**
178:20,24 179:5 180:3,7,22
274:15 278:17
**55**
265:1
**55.8**
265:3
**55.9**
265:4
**56**
246:9
**57**
296:13
**58**
9:5

**6**

**6**
7:22 106:24 107:2,8 156:19
163:10,13,20 164:3 179:17
179:24 180:2,7 181:9
197:19 221:25 228:5,6,10
228:17 229:25 230:20
231:13 232:8 237:3,6 238:1
256:9 275:10 303:9 308:3
308:10
**6,700**
26:21 105:6 106:12 109:18
109:22
**6:39**
329:20
**6:47**
329:24
**6:49**
2:18 332:23 333:6
**60**
9:6
**67**
20:2,10 236:15 290:13,15
293:9
**68**
20:2
**69**
20:2
**6b**
285:20

**7**

**7**
147:11,12,17 148:16
155:24 156:20,24 157:11

**7 (cont.)**
157:24 179:14 192:15
195:19 197:24 222:24
224:18 225:22 226:7
228:12,17 229:25 230:20
231:13 232:8 233:15 237:3
237:6 238:1 246:19 248:4
302:3,6,19,22 306:23 307:1
307:25 309:15
**70**
20:2,11
**75**
207:3
**79**
75:8

**8**

**8**
166:18 249:25 258:15,17
265:15,19,23 268:12,23
269:9,12,15 270:1 286:22
287:20 289:15 303:21
324:17,18 325:22
**8,916**
109:16
**80**
273:3,5,8,12 276:23 277:2
277:17,25 297:23
**82**
75:8
**83**
234:23
**84**
235:14

**9**

**9**
9:5,6 75:9 77:23 110:3,7
119:6 121:8,11 151:9
152:12 154:8,8 160:20
170:5,5 174:8 259:13,20
265:14 268:24 269:13
270:1 287:1,9,15 289:15
305:12
**9:27**
2:18 10:2,7
**90**
86:22 87:1,8,19 91:2,19
124:3 175:8 235:19
**90s**
65:24
**91**
77:22 110:5,12 114:11,25
115:6,8 116:11,11,13 119:6
119:16 121:8,11 151:10
152:12 154:7 160:21 168:9
170:6 174:9

**919**
2:17 4:5 10:17
**92**
129:21,24 131:19 168:9
174:6 198:6
**93**
137:11 198:11
**94**
137:13 174:5
**95**
212:4,23 213:21,25 216:23
**950**
10:22
**96**
185:18,22 186:2,10,18,22
187:6,12,17 191:7 193:7
211:19 228:1 229:6
**97**
279:23
**98**
174:23 175:2

**a**

**a.m.**
2:18 10:2,7
**able**
46:9 76:12 102:14 131:12
160:12 201:2 236:25
324:14 328:14
**abnormal**
70:15 71:6,15 72:7,16,19
**abnormally**
105:6
**absolute**
207:5
**absolutely**
130:11 209:7 210:25
245:24
**academic**
32:22 35:22 67:25 68:2,9
69:4,18,23 70:3 81:18,22
82:1,5,9 100:16,17,19,21
100:23 101:7,10,18,24
102:1,2,7,10,18,23 103:3,8
103:18 104:3,7,15 105:20
112:13 116:19 117:3,10
118:14,17 127:24 128:8,10
128:20 129:2,3,12,15
130:18,21,23,25 131:2
132:5,6,15,19,20,20,21,22
132:23 133:9,12 134:12,13
134:23 135:10 136:12
139:12 140:10 147:8 154:4
157:18 158:23 160:10,14
166:7,22 179:25 185:10,16
199:12 209:7,14,17 210:25
211:8 224:22 239:3 257:21

**academic (cont.)**
276:21 295:7
**academically**
74:12 119:25
**academics**
153:12
**accepted**
13:21 14:5 17:11 21:1
100:23 116:15 135:24
212:14 295:2
**access**
255:8,18 276:14 328:14,16
**account**
81:7 82:11 244:15 246:22
247:6,6 248:7,9,11,17
249:3,20 251:9 256:13
257:14 269:21 273:13
275:12 276:3,13 300:14
**accounted**
169:8
**accounting**
187:7 198:17
**accounts**
30:15 125:21 258:7 275:12
300:14
**accurate**
90:14 213:3,4 214:5 215:14
263:5
**accused**
108:25
**acquire**
46:15
**act**
294:11
**acting**
285:21 301:8,11
**action**
66:10 334:15,16
**actions**
93:2,6 94:2 98:22 99:7
180:24 230:1 231:11,25
232:3 234:18 237:7,10,17
237:20,22,22 238:3 262:25
263:18 267:18 278:13
304:20 305:4
**active**
285:20
**activities**
66:11 75:4 126:17
**activity**
285:10 311:22 323:14
324:1
**actors**
235:1 308:6,17
**actual**
20:9 44:7 177:21 191:1,4

[actual - anonymously]

**actual (cont.)**
193:4 229:1,24 237:14,16
260:6 288:14 308:1 318:4
**add**
137:9 138:6 161:16 222:25
277:19 278:25
**added**
49:6,9 134:8 184:19
**adding**
138:12 197:20
**addition**
24:12 27:4,11 30:2 52:16
101:10 109:8 114:22
227:19 244:22 257:13
259:5
**additional**
27:11 28:18 29:4,15,18
30:4,10 141:17 155:25
156:14 161:10 174:19
175:18 179:18 183:9 223:2
223:11,19 224:17,22
262:22 267:23
**address**
16:25 81:23 82:2,6,10
84:17 159:1 189:11 230:11
234:12 237:23 297:11
323:24 325:6,23 326:4,16
326:22
**addressed**
68:3 81:19 145:7 191:15
237:13 300:2
**addresses**
71:5 191:9,11 297:14
324:24 325:12,20 326:1
**addressing**
96:21 99:13 144:25 145:3
298:16
**adequate**
183:11
**adjust**
96:22 98:9 207:6
**adjusted**
123:13,16,25 124:2,6,8,17
124:20 168:9 174:2,4,15
175:3,7,12 176:7,14,20,23
177:9,16,21 178:1,3,18,25
179:4 180:6,17 184:18
185:3,6,15 190:7 232:21
250:3
**advantage**
103:11,23 104:2 111:6
167:16
**af**
7:10,12,17,22 8:2,4 18:3,5
18:21 19:2 21:18 23:24
24:2,5,10,10 27:24 28:5

**af (cont.)**
29:6,17 31:3,7,12 32:9 34:2
34:5,25 35:6,14 36:1,6,10
36:12,13 54:3,4 55:8,19
61:13,14 68:4 86:4,23
105:11,13 106:24 107:2,8
107:22 108:20 110:2,13
111:21 112:11,25 113:17
114:15 115:11,12 140:14
147:12 173:25 228:5 239:7
239:9,15 240:21,23 241:9
296:16,17 302:1 313:23
314:5 322:1 324:17
**affect**
27:2 94:16 95:13 96:8
105:8 112:21,23 127:5,8
133:1 152:16 238:4 244:16
245:2 247:23
**affirmative**
233:19
**agency**
333:3
**aggregate**
75:6 90:9
**ago**
40:15 64:7 232:23
**agree**
17:4 30:16 34:15 109:16
118:24 130:10 132:18
144:24 148:25 149:21
171:16 199:2,7,16,20 201:4
201:9,17 202:11 207:14,16
212:8 215:6,23,24 216:21
217:13 218:2,6 219:18
220:19 221:8,20 231:14
244:1 247:19 262:20 263:2
263:9 279:21 280:11
294:12 326:18
**agreed**
263:20
**agreeing**
294:22
**agreement**
47:23 48:5,8,23 171:11
**ahead**
38:25 41:11 106:23 107:18
121:5 210:23 233:22
255:10 261:8 291:3
**al**
207:21
**albeit**
25:1,2 249:20
**albert**
7:23
**algorithm**
328:15

**aligned**
293:11,16
**allegations**
43:5 44:3 85:5 93:2 97:2
**alleged**
45:8 93:6 233:17 234:3
324:20
**allegedly**
236:3
**alleges**
235:21
**alleging**
126:16 183:12
**allen**
1:15 2:15 7:4,13,18 10:9
12:2 171:16 332:25 334:5
**allen's**
171:10
**allow**
155:24 167:19 171:16
**allowed**
161:1,7,18 167:5
**alpha**
27:6 31:21 111:19 113:12
124:15,19,24 125:17 126:1
126:13 181:5,7,10,11,17
182:3,3 183:2 187:3,6,10
187:13,16 188:6,10,20,20
188:24 189:4 190:24
193:14,17,22 194:10
195:10,14 196:1,9 197:1,3
197:16 198:2,8 200:5
202:23 203:3 206:13,23
207:11,18,18 208:1,3 209:5
209:8,10,11,12,15,18,22,25
210:4,6,7 211:1,21 219:24
221:1 222:20 224:8 225:7
226:24 227:13,17,19,21,21
227:24,25 228:22 229:11
229:15,19 231:1 238:22
239:1,5 311:2
**alphas**
27:6,7 183:2,3,4,16
**altern**
219:21
**alternative**
112:5 196:12
**amazon**
52:25
**americas**
5:18
**amount**
49:19 251:21 262:17
264:10,15
**amounts**
286:25

**analyses**
29:9 30:10 54:2 78:23
88:23 89:6 118:18 150:15
174:20 250:2
**analysis**
20:7 21:11,14 25:15 26:1,2
26:11,12,15,22 27:16,17
28:19 29:3,5,18 30:22 32:2
34:2,4,19 36:2,10 45:19
51:21 55:16 61:10,15 70:3
72:20 77:10,13 78:1,5,6,9
78:14 79:5 85:16 88:2,6,14
88:24 89:2,5,8 91:6,11,14
92:9 94:7,9 95:10,11 96:8
96:16 98:15 99:20 100:2,8
103:19 108:15,25 109:5,15
110:2,14 111:7,7 113:16
114:2 115:4,23 119:2,4,23
120:3 122:16,23 124:5,11
126:6,7,9 127:8,9,16 128:6
130:8,23 136:23 137:17,20
141:8,17,18 142:12 145:5,9
145:19 146:7 149:5,12
150:2 151:11,13,18,23
152:14,21 153:10 154:16
156:16,24 159:17 164:14
166:15 168:5 169:2 174:11
183:18,19 186:11 199:24
200:9,15 203:22 205:5
218:23 219:23 220:24
235:20 240:10 245:10,25
247:16,20,23 251:4,4
256:25 259:12,23 261:16
263:10 272:18 273:17
279:2,5 289:23 293:3
307:10 308:1 309:16 311:6
312:18 321:14 328:13,22
332:3,6
**analyze**
75:14,23 93:12 278:20
307:7 313:5
**analyzed**
30:17 75:24 95:4 122:24
168:2 246:13 265:1
**analyzes**
305:5
**analyzing**
95:6,7 104:4 233:8
**andria**
50:21
**announcement**
206:17,20
**announces**
206:16,19
**anonymously**
279:11 280:25

[answer - association]

**answer**
9:3 14:2,15 17:22 23:12
24:16 25:25 28:15 29:13,20
32:4 33:22,24 36:5 37:16
38:21 40:9 44:8 45:14
46:24 48:4,10 49:13 56:22
56:25 57:10,10 58:5,10,12
58:22 59:1,7 60:6,10,21
61:23 67:19 70:1 75:21
78:25 89:9,12,21 92:13
94:12 95:16 105:16 111:24
113:5,21 120:25 124:8
137:16 144:18 145:4
146:17 149:14 178:15
198:24 199:15,17 202:5,16
204:13 205:3 214:10 217:5
220:20 230:24 233:13
241:7 244:20 246:10
251:11 253:24 257:10
261:10,14 268:11 271:7
277:10 285:7,14 286:11
289:22 291:5 294:2,9 299:4
311:23 312:9,13 313:20,20
314:15 321:21 325:11,19
331:2
**answered**
21:16 56:24 58:18 113:20
141:23 145:25 147:8
152:19 155:4 190:16 220:1
220:18 221:13,19 320:25
**answering**
39:12 101:6 139:11 198:25
221:10 238:11 323:5
**answers**
28:22 125:15 232:23 257:3
**anticipated**
313:9
**anybody**
39:3
**anybody's**
191:13
**anything's**
14:18
**anyway**
127:15 167:15 247:1,23
268:14 274:23
**apart**
240:1 310:23 311:14 312:3
312:17 313:11
**appearances**
10:24
**appears**
114:4 241:14 294:10
327:22
**appended**
197:7,8

**appendix**
86:3,5,12 163:8,11,13,14
163:24 246:18,19 255:23
256:9 274:6 275:7,10
**application**
83:7 202:17
**applied**
132:15
**apply**
47:14
**applying**
252:8,13
**appreciate**
108:25 332:17
**approach**
74:17,20 75:22,23 86:1
96:20 100:23 127:24
159:13,13 219:19 220:4,10
220:19 221:9
**appropriate**
73:13,19,23 74:14 75:13
76:13,16 89:19 90:13,16,20
98:8 117:25,25 130:7
133:21
**appropriately**
125:21
**approx**
59:19
**approximate**
63:1
**approximately**
26:20 59:20,25 61:21 64:11
66:19 77:4 109:18 122:6,11
170:13 171:3 178:20 180:3
180:22 212:5 222:9,15
242:25 243:16 266:14
297:8 318:17 329:19,24
**approximating**
106:11
**apropos**
23:11
**arguably**
175:5,14,21
**argues**
236:15 293:10
**argumentation**
17:7
**arthur**
273:1,23
**article**
43:15 211:6,7
**articles**
42:2 81:18,22 82:1,5,9
112:13 130:18 135:10
**articulate**
225:20

**articulated**
21:7,13 22:19 23:13 74:5
75:1 76:15 89:13 99:14
126:11 152:6
**articulation**
21:25
**artur**
3:10 12:6
**ascertain**
124:14 324:14
**ascribes**
328:21 329:3
**aside**
40:13 69:16 78:11,16 85:1
95:10 104:25 105:4 108:17
133:23 134:22 176:22
216:4 239:11 320:12
**asked**
24:22 25:13 27:19 28:16
45:5 56:24 113:20 145:25
152:19 154:23 155:4
190:16 203:25 220:18
221:19 302:22 303:19
306:22 314:16
**asking**
14:1 43:17 72:3 114:20
120:9,10 146:19 158:1
204:16 214:21 220:10
230:5 245:20 294:7,13
295:24 301:14 311:20,20
312:11,25
**assertion**
234:12 293:14,15
**assertions**
19:5,18 21:23 22:9 23:1,2
23:13 44:11,18 290:17
291:8,11 292:9,25 293:4,7
295:14,23 296:4
**assess**
16:8 74:4 89:13,20 90:20
302:23 303:19
**assessing**
71:10 73:9 303:4,8 317:19
318:1,20 319:2 325:22
326:5
**assessment**
24:17 29:14 123:20 124:18
**asset**
13:15 16:9 38:3 73:5 80:19
80:23 81:2,6,11,19,23 82:2
82:6,10 83:19 84:9 121:20
127:11 128:2 129:10
130:13,16 131:1 132:9,23
133:1 135:25 136:4,8,13
146:6 147:4 149:22 152:1
153:22 154:3,6 155:1,10,11

**asset (cont.)**
157:5,6 158:17 159:18
162:6 164:16 165:6,13,21
166:9 168:14 267:5,6,14,25
289:5 290:4,9 293:18
295:11 306:13,14 307:6
309:6 311:10
**assets**
77:24 78:3 82:14,17,25
83:8,20 84:20 85:9,13,17
115:10 116:22 123:1,5
127:3,3 133:14 134:1,8
135:19 141:10,11,14
145:11,23 146:4 147:14
149:8 150:4,24 152:3,17
153:6,6,16,25 154:8,13
156:9 157:3,8 158:11,19,20
160:6,18,20 161:12,13
164:18 167:8 168:1 169:4
169:25 170:6 267:9 300:25
301:12,17,21
**assigning**
84:14,21,24
**assignment**
25:12 154:10 155:6,6
274:20,25 278:19,24 303:3
306:17 307:25
**assist**
50:16 53:15 54:21
**assistance**
51:20 53:2,9 55:13,22 56:4
56:14,19,21 131:13
**assistants**
51:24 54:6,12
**assisted**
51:11
**assisting**
49:12
**associate**
190:21
**associated**
75:7,16 77:25 83:10 89:17
90:5,9,23 99:11,16 124:6
181:25 208:7 210:1 215:7,8
215:10 216:22 219:7
220:22 230:8 231:21
232:17,19 233:2 234:19
235:7 257:18 308:7,18
310:21,22,22 323:15
**association**
142:23 143:2,8 149:25
151:25 153:20 158:21,21
165:18 167:25 168:11
169:6 178:6 182:6 203:20
204:1 205:6 223:4,8 224:3
224:15,24 324:4,10

[associations - bids]

**associations**
150:8 151:20 152:10,22,25
153:11 154:5,21 155:14,16
169:9 181:16
**assume**
50:2,7 55:3 72:12,14
122:23 123:1,5 127:22
218:9,9 220:12 232:1
237:25 291:21 315:3
**assumed**
68:14,17,24
**assuming**
68:18 76:4 92:20 215:17
217:6,7 219:9 249:6 301:16
301:25
**assumption**
50:8 68:19,20 127:2 176:15
231:4 297:21
**assumptions**
94:9
**assured**
204:5
**asterisk**
147:22,25 213:16
**attempt**
141:19 145:20 308:6,18
311:9
**attempting**
159:8 304:19
**attention**
161:21
**attorney**
12:4 64:3,3
**attorneys**
51:16 57:6,13
**august**
108:4,9,13 162:15,23
169:17 170:6
**authentication**
18:20
**author**
146:11,12,24,25
**authored**
81:18,22 82:1,5,9
**authoritative**
14:12,22
**authors**
134:14,24 135:10
**available**
159:22 161:6,20 170:5
184:13
**avenue**
2:17 4:5 5:7,18 10:17
**average**
155:25 187:7 189:5 191:23
192:1,20 194:15,22 195:2,8

**average (cont.)**
196:3 199:3,4 206:22
207:10 209:6 225:3,15,23
226:9,14 227:7 230:7
232:15 262:13 324:6
**avoid**
110:22,23
**avoided**
309:1
**avoiding**
111:1
**aware**
14:21 16:7 17:14 93:25
96:21 106:6,17 107:19
108:17 133:16 134:13,19
134:23 135:4 152:7 182:7
248:16 249:2,14 257:21
267:8 290:7
**awareness**
244:23
**axis**
258:25 265:18

**b**

**back**
12:23 20:6 59:25 61:5
69:19 78:22 84:12 91:2
96:23 99:24 102:5,8 105:16
112:24 122:12 124:7
125:15 133:5 137:15
142:10 145:16,17 150:10
168:8,24 171:4,24 186:22
193:20 194:4 199:1 202:1,3
202:7 205:13 208:9 210:18
210:21 211:19 222:16
225:7 227:1,23 230:23
233:16 237:2 238:13
250:10,17,20,21 251:21
254:11 255:23 265:25
266:19 269:12 271:6 272:5
272:17,18 275:7 279:5,17
281:2 284:1,4 285:9 287:21
290:12 292:14 297:9
315:11 319:19,22 321:25
327:3,25 329:24 330:13
332:13
**background**
233:16 273:17 275:24
277:17,25 297:21
**backing**
64:8
**backup**
34:17 35:25 240:8 326:2,8
326:12
**bad**
38:22 104:8

**balances**
256:13,19 257:14,15
275:12 276:13
**bar**
65:23 66:1,3
**bars**
321:13
**base**
200:18
**based**
43:18 44:1 45:6 47:7 48:5
88:2 105:20 116:3 123:24
126:22 166:21 192:21
202:8,19 203:2 210:11
213:9 263:4 269:1
**basic**
68:21 273:11,16 276:24
277:1,17,25 297:20
**basically**
128:2
**basis**
70:7 75:11 88:11 110:25
200:10 216:20 233:7
255:22 260:18 274:3
276:16 277:10 289:20,20
324:9
**bates**
7:15,20,25 8:6
**bayesian**
138:4,19
**bear**
118:13 292:24
**began**
100:22 169:23
**beginning**
21:5 22:18 37:11,13 60:1
102:9 122:13 134:7 183:25
184:4 195:20 222:17
235:20 250:17 253:2,14,25
**begins**
175:20 227:6 265:1
**behalf**
2:16 283:23,25 284:17,23
285:18 286:2 322:20 323:8
**behave**
273:24 275:21 277:8
**behavior**
151:22 208:8 224:16
**beliefs**
313:19
**believe**
12:20 25:25 27:10 33:22
34:13 35:13,18 36:15,21,22
39:8,24 40:14 41:6,16
42:21 58:16 62:17 66:8
68:8 69:7 76:15 80:16

**believe (cont.)**
81:13 82:4,8,12,15 84:10
85:7,14,18 86:19 90:3
102:14 104:13 108:11
109:6 110:6,10 113:22,25
114:4 117:6,17 125:15
128:18 136:7,7,9 137:20
156:8 170:6 182:18,24
194:9 213:2,4 214:5 215:13
215:14 228:25 243:19,21
246:8 258:6 259:13 265:23
266:24 273:7 284:20
285:23 294:9 306:4 316:12
321:18
**believes**
90:8 92:17
**belonging**
324:24
**benefit**
138:13 298:19,20
**benefits**
112:14 270:19 271:21
298:1
**berg**
4:13
**best**
31:17 34:9,9 35:19 36:24
40:3,15 42:12,14,22 52:10
52:11 57:22 65:2 67:18
68:13,15 69:11 70:1 81:16
86:20,21 110:20 111:4
112:7 117:1,12,23 123:23
136:8 159:8 215:24 216:21
221:13 285:23 301:8,11
305:7 309:4,4
**beta**
207:24
**betas**
149:18
**better**
65:15 96:20,24 97:3 102:16
144:3 205:24 206:1
**beyond**
32:21 34:7 99:3 126:21
144:12 150:7 152:25
154:19 155:13 173:17,22
181:15 183:10 210:10
211:3,23 223:20 224:20
310:22 314:12
**bic**
137:22,25 138:14,23 139:2
139:5,9,10,17,24 140:23,24
141:19 142:2
**bids**
283:18

**big**
203:18
**billables**
47:10,12
**billed**
49:4,23 50:4
**billing**
55:4
**billion**
164:6,10 264:20,22,23,24
265:8,21,24 273:2,3,5,5,8,9
273:12,12 276:23,24 277:2
277:23 278:1 281:13,25
286:24 297:19,23,23
**binders**
47:4 53:20
**binding**
264:10,15 265:8
**bit**
120:18 159:12 182:23
279:19,25 287:13 328:7
**bitcoin**
158:19 169:18 172:23
173:1 316:12 317:13
**bitlicense**
182:23 183:4
**black**
328:13
**block**
83:23
**blockchain**
38:3 83:23
**bloomberg**
223:18
**blue**
287:14 321:13
**board**
301:23
**bolded**
19:14
**bonart**
315:24 316:10
**book**
84:10,12 85:7
**bottom**
19:4,4,15 91:3,9 180:7
241:11 243:8
**bought**
250:16 251:21
**boulevard**
10:22
**bouncing**
189:17 209:1 210:8 230:6
230:12,19 232:7 237:5
**bounty**
274:19

**box**
328:13
**bradley**
1:7 2:7 5:3 10:12
**brand**
10:22
**breached**
321:23
**break**
59:12 122:2 170:9 182:21
183:3 184:10 222:3 266:3,7
266:10 296:19,23 297:2
**breakdown**
54:10
**bridget**
1:24 2:19 201:25 319:18
330:13 334:25
**brief**
233:16
**briefly**
290:14
**bringing**
118:13
**britto**
273:1,23 275:2 277:7 278:8
279:6
**britto's**
278:13 281:22 282:15,21
**broad**
118:24 146:19 205:1
**broader**
146:4 185:1 282:23
**brought**
84:8
**buckets**
53:19
**building**
144:10
**bullet**
20:5 91:18 225:14 227:1,5
308:5,6,14,17 309:3,15
311:7
**bullets**
308:3,4,11
**bump**
279:25
**business**
209:9 234:16 299:18

**c**

**calculate**
200:23 202:9,20,24 214:13
214:15 215:10 265:10
**calculated**
27:5 201:11 253:24 326:8
**calculating**
250:1 316:19

**calculation**
188:19 214:21 215:18
216:1,2,5 217:9 288:7,10
289:8 317:7,15 318:3
326:11
**calculations**
215:22 261:22 316:14,22
317:3 319:4
**calendar**
31:14,23 110:25 112:2,3,10
113:7,9
**california**
10:23
**call**
135:20 207:1
**called**
21:22 78:18 79:3 316:3
321:23
**calling**
332:12
**calls**
13:24 23:19 43:9,10,20
45:12 290:25 291:4 293:23
294:6 301:2 331:1,9,10,18
**camera**
15:21
**cap**
140:19 141:5 142:5 161:17
162:1,5,23 163:3 164:20,22
165:6,8,16,16,22 166:5,10
166:21,24 172:9 261:3
264:8 265:24
**capable**
45:22 134:2 221:10,15
**capital**
62:2 83:12
**capitalization**
164:5
**capm**
131:21 132:3 133:19
134:21 135:6
**caps**
164:17
**capture**
119:10 120:1
**captured**
119:16 151:10 159:5,23
**captures**
123:23
**capturing**
76:1 77:17,20 158:10
**caravello**
4:4
**care**
204:2,3

**careful**
29:11 202:15 312:24
**carefully**
27:4,12 30:3 216:19
**case**
1:6 2:6 10:13 12:16 13:1
16:3,18 17:7 18:24 23:21
24:6,9,20,25 27:25 28:6
36:19 37:2,3,8,9,21 38:9,19
39:5 40:16,25 41:7 42:24
42:25 44:2,16 46:3,18
50:10,14,17 51:12 53:16
54:8 61:19 62:11 63:7,8,17
63:22 64:4,6,23 71:22 73:2
73:8,15 74:15 75:13 76:17
77:6,9 79:12 80:15,18,22
81:1,5,9 84:4,10,12,17,21
84:25 85:1,5,7,11,12,15,20
86:18 94:15 97:24 98:21
112:18 123:9,24 153:15,23
154:11 160:8 167:14
186:24 191:14 210:14
212:20 232:3 238:15 262:9
267:13 271:11 272:2
273:11,17 276:25 277:18
277:25 297:21 318:13
322:16 330:3,20 331:4,14
**cases**
39:9 62:2 64:9,25 65:2,7
80:6 84:7,13,15 252:3
**category**
36:10
**causal**
150:3 154:24
**causation**
149:1 305:1
**cause**
334:8
**caused**
99:11 153:17,24 237:20,20
237:23 305:5,18
**causing**
235:16
**cautious**
39:22
**caveat**
40:4 298:11
**ccr**
2:20
**cent**
108:3
**certain**
143:8 144:21 149:7 150:4
160:6 220:25 299:7 312:20
**certainly**
23:20 24:15 32:23 44:9

[certainly - commonality]

**certainly (cont.)**
48:25 55:11,12,17 57:16
69:18 71:20 73:12 135:18
160:8 164:20,21,22 244:10
298:24 301:18 307:22

**certainty**
213:25

**certified**
10:20 334:11

**certify**
334:4,14

**cetera**
75:3

**cgsh.com**
5:10

**chain**
117:6,15,18 118:2

**change**
27:6 32:15 72:21 76:4
95:25 96:14 97:5 111:18
112:6 122:23 123:8 148:18
183:2 221:6 252:24 260:22
263:13 305:5,6

**changed**
30:19

**changes**
33:20 113:12 148:17
151:15 179:8 254:14
256:19 257:14 260:21
304:21 306:2,3,7,11 309:19

**changing**
37:12

**characteristics**
16:5 83:19

**characterization**
130:11 135:18,22 233:25

**characterize**
225:14

**characterizes**
108:18 304:16

**charging**
46:17 54:25

**chart**
148:1 327:1,23 328:7

**check**
40:17 68:11 69:5,23 70:14
71:6 100:6 101:4 141:7,16
151:13 157:1 170:3 179:7
184:14 185:2 213:3,6 214:6
214:11 240:13,16 241:5
245:12 279:17

**checked**
246:12 269:22

**checks**
100:14 101:11 160:16
161:10

**cherry**
305:16

**choice**
32:13 112:22

**chooses**
313:6

**chose**
142:4 256:24

**chris**
272:25 273:22

**christian**
1:8 2:8 5:13 10:13

**circulating**
258:21,25 259:9 269:23
280:6

**circumstance**
206:22 207:9

**circumstances**
71:12,22 72:2 73:14 74:15
75:12 76:17 79:12 249:12
262:16

**citation**
17:15 236:18 245:19 272:6
272:12 274:22

**citations**
22:15,16 23:11 32:22
130:22,23 135:15 175:22
211:14 234:8 291:14,20
292:10

**cite**
21:5,25 22:11 117:15 118:4
118:15 127:25 128:2,8,10
128:13 129:2,6 136:3,7,9
139:16 166:12 176:25
209:18 236:10 291:18

**cited**
209:21 210:12

**cites**
131:2

**citing**
21:8 104:13 235:25 313:1

**civ**
1:6 2:6

**claim**
80:7,11,12 99:10 152:7
204:12 234:24 237:19
271:3 279:4 295:14 298:20
305:1,4 322:12,20 323:17
323:19

**claims**
22:4,5 84:8 105:2 301:21
302:23 303:4

**clar**
271:24

**clarify**
97:23 163:17

**clarity**
60:15 102:19 135:8 298:15

**class**
82:21,22 83:3,3,5,14 84:4,7
84:16,22,23 85:2

**classes**
82:16,19 309:6

**clean**
56:3

**clear**
14:17 25:18 28:7 29:23
33:14 39:1,23 41:25 48:15
48:21 58:21 63:12 81:15
92:19 100:19 109:25 110:4
114:23 125:20 150:14
172:22 173:4 181:6 188:22
189:2 202:24 253:19
255:14 262:11 298:12
299:1,1,11 308:4,4,5,12,14
308:17 310:25 317:14
325:21

**clearer**
33:16

**cleary**
5:5 13:8

**clients**
13:4 315:6

**close**
321:19,19 332:20

**closed**
248:3

**closely**
54:2

**closing**
95:2 262:14

**closure**
210:24

**clr**
1:24 2:20

**coefficient**
172:16,17,23 173:1,4,5,14
173:15 188:6 322:13,18,24
323:24

**coefficients**
173:6 189:19 190:23 241:3

**coincided**
231:11 304:20

**coinmarket**
32:10,14 35:9,10 102:7,8
102:10,12,16 103:10,12,25
104:8 105:17 112:15
269:23

**coinmarketcap**
35:5,8,11,16,21 36:3 54:16
100:20 101:3 104:22
109:21 258:20,25 259:9

**coinmarketcap (cont.)**
260:1 261:25

**coins**
115:2 134:8 140:19 141:5
142:6,6 164:22 165:22
166:5,14,23 167:7,8,13,20
168:1 169:17,24 172:9,14
173:14,16 197:16

**colleagues**
12:5,7

**collected**
99:19

**collection**
100:22 101:14

**collectively**
273:1

**collin**
4:15

**colloquy**
60:5

**column**
147:17,21 148:5 181:12,13
325:3,24 328:20 329:3

**columns**
225:22 226:8

**combination**
35:20 229:20

**combined**
278:13

**comfortable**
175:23

**coming**
104:12

**commencing**
2:18

**comment**
31:10 108:8 225:6 255:9
318:6 319:3

**commentary**
37:24 108:17 173:23

**comments**
32:20 55:8,10 57:6,13,15
57:21 58:4,8,13,24 59:9
86:1

**commission**
1:4 2:4 3:7 10:11

**commodities**
179:20 180:11 224:23

**commodity**
157:15 223:18

**common**
146:22,24 293:21,24 294:3
294:6,18,20,25 295:3,9,18
295:25

**commonality**
17:10,13,16,17,24 19:6,19

[commonality - contemporaneous]

**commonality (cont.)**
19:22 20:12 21:1,17,23
22:9,13,22 23:1,13,16,22
290:17,21,22 291:6,11,20
291:22 292:25 295:9,15
296:3,5,6
**commonly**
135:24 154:4 159:3
**communicate**
52:5 54:7
**companies**
69:9,12
**company**
52:22,24,25 53:1 206:15,19
300:23 330:6,23 331:6
**compare**
176:12,19 288:18
**comparison**
164:4 176:22 289:12
**compass**
12:22 13:6 47:1,5,13,17,23
48:8,15 49:25 50:3,23 51:2
51:19,20 52:10,19 53:24
54:6,25 55:7,11,23,25 56:4
56:7,11,14,19 57:3 99:21
100:1,10 171:11,15
**compatibility**
104:20 105:14
**compensation**
46:23,25 47:7,9 50:9,13
171:11
**complaint**
15:2 21:6,7,9,13,25 22:1,19
41:18 42:1,5,9,11 43:15,16
44:2,8,10,11,18,22 45:1,7
73:16 74:6 75:1,9,9,11,15
76:19,22 77:4 84:22,24
88:10 89:14 90:1,2,6,23
92:22 93:1,7,11 94:20 97:2
99:10,14 126:11 163:6
181:20,23 183:12 233:10
233:19 234:9 235:13,17,25
236:10,18 274:19,22
278:18 291:9,12,13,15,15
291:16,17,22,24 292:3,6,11
**complaint's**
92:16
**complete**
32:4 33:3,22 46:24 68:8
75:20 97:15 286:10
**completely**
108:16,24 121:19 261:17
**complicated**
256:4

**component**
14:10,17,21 15:2,4,7 46:24
114:2,9,21 115:20,21 116:1
116:8 136:22,25 137:3,19
142:24 148:4 151:11
158:10 169:1 317:12
**components**
77:10,13 78:4,9,14 110:2
113:23 115:5,15 136:18,21
137:22 139:3,6,10,20,25
140:4,25 141:8 142:14,15
142:16,18 144:16,22
147:13 157:2,23 158:3,6,8
158:14 159:8 160:1,4
178:13 195:5 199:5 223:1
316:15
**comprehensive**
198:23
**computer**
241:18 334:13
**concept**
19:23 196:25 197:7 203:7
242:4 300:5
**conceptual**
204:19
**conceptually**
149:15 216:5
**concern**
29:16
**concerned**
128:16,17
**concerning**
80:11
**concerns**
116:23
**conclude**
190:24 212:3
**concluded**
197:1 333:6
**concludes**
186:2 332:24
**concluding**
318:11 322:6
**conclusion**
13:24 23:19 43:9,10,20
44:7 45:5,12 75:11 176:21
180:14 192:19 194:9,20
195:7,10,16,21,25 196:2,8
200:18 225:19,20 275:20
290:25 293:23 294:6,8
301:2 331:9,11
**conclusions**
27:1 30:24 72:20 126:2
215:5 312:16,20
**conditional**
172:24 173:2,18 224:2,2

**conduct**
72:12,14 73:1 75:4,10,14
90:22 183:18,19,20 305:20
307:13,16 321:14
**conducted**
27:16 66:16 67:6,20 69:4
73:4 77:9 78:8,12,17 79:5
85:16 99:22 122:18 332:4,6
**conducting**
71:2,10,13 72:8 77:13
136:16 307:25
**confidence**
212:4,9,9,12,15,18,19,23
213:9,12,22,25 214:14,15
214:17,20 215:7,10,25
216:7,23 217:18 218:1,3,7
219:7 220:22,25 221:21
**confidential**
1:12 9:15 47:16,24 48:9,24
**confidentiality**
47:18 48:5
**confine**
88:19
**confined**
280:25 323:17
**confining**
30:22
**confirm**
48:25 138:24
**conjunction**
173:6 229:20
**connected**
334:15
**connection**
25:15,24 26:8,13 30:7
34:21 36:1,11 49:22 51:25
52:7 77:5 94:9 210:13
**connotation**
295:12
**consensus**
129:25 131:14 132:12
133:18,20,23 134:19,23
158:23 306:12,16 307:5
**consider**
182:12 183:9 206:14
303:13
**considerations**
111:14
**considered**
11:18 68:12 69:6,24 86:8
245:13
**considering**
30:3
**consistency**
127:23

**consistent**
35:22 102:9 116:18,25
129:9 133:11 149:22
153:21 155:10 157:18
159:18 160:10,14 179:25
185:10 191:23 214:7
224:21 246:24 259:8
289:21 304:19,23 305:3
311:9 312:6,21 320:16
**consisting**
328:18
**constant**
181:5,7,9 191:23 192:22
193:13,14,18 194:2,8,15
196:9,15,15 197:17,22
198:2 199:13 200:19
201:22 202:23 203:3
205:14,23 206:10 207:25
208:22 209:5 211:2,22
212:1,5,24 214:1 215:2,11
215:20 216:8 217:10,15,22
218:11,16 219:11,13,14
220:13,15 221:16 226:20
226:24 241:3 243:7
**constants**
225:23 226:8
**constitute**
16:11,14 44:4 309:21
**constitutes**
16:10 45:21
**constraint**
264:10,15
**construct**
16:20 116:2,5 130:13,17
133:13,22,25 134:14,17,24
135:10 169:10 256:5
269:25
**constructed**
158:2 183:10
**constructing**
105:24 115:4 133:2,9 157:6
159:7,25 160:3 182:12
183:9 257:11 258:9
**construction**
157:8,22 158:5,14 269:24
277:4
**construed**
309:10
**contained**
154:16 310:19
**contains**
36:2
**contemplating**
134:11
**contemporaneous**
41:3 323:25 324:8,11

[contemporaneously - crystal]

**contemporaneously**
323:16,20 324:15
**content**
20:10 121:17 165:23
168:13
**contents**
19:2 20:6 273:6
**context**
67:24 68:13 69:23 71:11
72:1 79:9 80:10 83:8,14
84:20 95:8 125:20 132:9
134:6 203:14 204:12,13
205:3,10 223:9 268:25
270:5 274:15 292:6 296:5
**contexts**
67:21 69:4 79:11 153:13
**contingent**
236:20
**continuation**
185:21
**continue**
171:17
**continued**
4:1 5:1 56:18
**contract**
13:18,20 14:5,8,13,16,19
14:23,25 15:6,9 16:5,10,17
16:19 17:2,5,25 47:16
48:18 233:24 234:22,25
285:24 286:5,11 299:14
330:5,17,21 331:5,16
**contracts**
15:7 20:8,20 88:8,9 271:2
272:19 284:2,8,14,15
299:13,14
**contractual**
283:2,3,5 298:3 299:15,19
300:16,19
**contrary**
277:22
**contrast**
286:16 287:22 288:1,3,6
**contrasting**
288:4
**contributed**
56:7 179:8
**contributors**
270:20
**control**
91:22 98:9 125:5 150:19
225:18 235:8,11 247:7
249:21
**controlled**
277:23 325:12,20
**controlling**
156:1,5 194:17 225:17

**controlling (cont.)**
226:10
**conversation**
32:6 53:6,7 99:25 105:22
168:24,25 174:22
**conversations**
51:16 55:18 60:11,16,22,24
**conversely**
218:25
**conversion**
260:4 262:21
**convert**
259:11,23 261:23
**converting**
250:3 255:16 262:12
263:12
**converts**
255:13
**copies**
163:22
**copy**
18:16 302:12
**corporate**
82:20 83:17 210:2 301:5,23
301:24
**corporation**
301:7,9,11,20
**correct**
12:9 21:24 25:8,9 27:18
28:14 35:7 41:24 49:1 60:9
60:17 69:16 74:3,4,8,16
98:19 101:5 106:3 110:2
113:2,25 122:21 139:1
142:4 162:3 187:3 188:15
194:12,23 206:23 224:11
241:14 243:2,19,22 252:18
253:18 255:6 260:14
261:23 262:10 268:17
284:17 290:3 299:9 307:2
330:11
**correction**
15:23
**correctly**
35:4 42:20 104:14 123:11
144:19 206:6,8 293:6 299:6
327:1
**correlate**
149:18
**correlation**
76:3 94:2 95:24 144:6
146:11,13,24 147:1 149:1,6
149:14,19
**correspond**
164:11 186:19 242:14
**corresponding**
155:23 192:14

**corresponds**
242:18
**counsel**
27:19 28:17 45:23 51:6
57:16,21 58:1,4,8,14 59:9
60:12,22 61:2 62:23 63:2
94:8 240:7 256:14 274:18
302:22 306:18,22 325:10
325:18 332:1 334:17
**counselor**
14:1 43:22
**counsel's**
24:11 60:5,21
**counterparties**
299:15
**county**
334:3
**couple**
30:10 53:18 64:6 158:16
298:12,13
**course**
217:16 277:2
**courses**
83:1,25
**court**
1:1 2:1 10:21 11:1 18:15
65:13,19 333:2
**covariance**
77:25 78:2 114:4,12,25
115:6,24 116:2,4,10,11
119:6,16 120:20 121:2
167:22
**cover**
82:16,20,21,24 83:6 102:12
**covered**
174:21
**crack**
261:9
**create**
126:7 219:20 220:2 235:22
239:16 283:1 298:15
300:19
**created**
239:25 240:5
**criminal**
64:4
**criteria**
137:22 138:1,4,5,11,23
139:2,5,11,19,24 140:3,8
140:10,23,24 141:4,15,20
141:25 142:3,5,7 160:23
161:17 162:1,14
**criterion**
138:20
**criticism**
34:13,15 247:19 263:8

**criticizes**
303:17
**critique**
28:8 29:12 30:5,8,10,16
32:2,24
**critiques**
26:18,22 28:11 30:11,13
31:9 32:18
**critiquing**
67:6
**crr**
1:24 2:20 334:25
**crypto**
26:20 38:2 77:23 83:20
84:20 85:8 106:12 110:11
115:10 116:22,24 117:11
117:23 118:6,20 119:18
120:22 125:22 129:16
133:6 134:8 135:4,15,19
141:10,11,14 146:4 150:24
151:22 152:22 154:8,22
156:9 158:11,19,20 160:13
160:13 167:8 168:1 169:3
169:20,25 170:6 175:20
179:13 223:16 314:11
**cryptocompare**
32:11 33:19 35:21 54:17
100:20 101:25 102:5,8,17
103:4,6,19 104:6,10,13,16
108:6 112:14,19 259:25
261:25 262:14 288:13
289:1 314:12 315:9
**cryptocurrencies**
38:4 115:16 134:15,25
135:11 147:14 159:6
178:14 197:12 235:9
309:19
**cryptocurrency**
75:19 77:15,18 78:3 91:1
91:21 99:4 119:9,22 120:5
120:6,12 121:14 125:4
126:22 128:11 137:3,6
143:14 144:14 145:2
147:18 148:6 149:11,24
150:9,18 151:2,14 152:11
156:2,6 159:16,23 160:1
166:8 175:5,13 176:10
178:7 181:13,14 182:5
187:8 191:25 194:18 195:6
224:21 225:17 226:11
279:11 280:25 310:24
314:5,10,11,19,25 315:10
**cryptos**
179:14
**crystal**
253:19

**[crystallize - describe]**

**crystallize**
28:13
**csr**
1:24 334:25
**cumulative**
75:14 326:9
**currencies**
197:21 250:4
**currency**
19:15 80:20,24 81:20,24
331:15
**current**
68:5
**custody**
30:14 244:15 246:22 248:7
248:11,17 249:3,20
**customers**
283:20
**cutoff**
164:6
**cv**
10:14
**cwhite**
4:25

**d**

**d.c.**
4:19 5:8
**daily**
94:16 95:13 122:19,24
126:25 127:10,19 128:12
128:24 255:18 260:18
269:5 321:6,9,20,20
**daniels**
3:11 12:6
**dark**
308:3
**data**
30:7 32:3,10,14 34:15 35:6
35:8,16 36:3 53:22,23
54:16,21 99:19,23 100:3,4
100:7,10,11,14,18,22 101:4
101:8,11,14,15,15,19,22
102:3,17,20,25 103:12,12
103:24,25 104:6,7,8,18,20
104:20,24 105:3,15,15,18
105:19,21,22,25 106:2,7
108:6,14,24 109:1,3,14,19
111:11 112:15,15,20,22
115:25 120:13,14,19
121:18,23 122:19,24 127:1
127:13,20,25 128:4,12,15
128:21,24 129:5,17 143:15
151:8 160:25 161:6 167:21
185:4 190:4 199:25 200:17
204:6 205:5,7 238:16
239:15 240:17,22 241:9

**data (cont.)**
246:20,25 247:2 250:2,4
250:6,10 255:19,21,23,24
255:25 256:4,10,11,20,21
256:22,23 257:1,12,13,16
257:17,20 258:5,6,8,9,20
258:22 259:5,8 260:6
262:23 265:7 269:1,10,20
269:21,22,25 273:8 274:6,7
275:1,5,6,10,15 276:1,4,8
276:12,15,22 277:3,4 278:2
278:3,7,11 282:2 285:5
287:2 288:13 290:7 313:7
314:5 315:9 319:25 320:8
320:23 321:1,4,8,18
**data's**
258:14
**date**
26:19 36:20,23 61:16 105:1
109:11 113:2,17 246:22
249:15 262:12
**dated**
285:25 286:13
**dates**
108:4,12,19 113:6 284:25
305:16
**day**
31:13,14,22 34:1,11,20
35:1 54:20 78:13 88:23
94:21 95:2 96:3,6 97:7,11
97:12 103:13 108:11
110:14,17 111:3,10 112:2,9
116:14,24 117:1,3,7,10,23
122:25 129:12,18,18
206:18,21 207:23 228:6,12
251:14,19,22 252:7,21,25
253:2,3,12,17,23 254:1,5,7
254:16,19,20,20,22,22,23
255:2,2 257:5,6 290:14
295:19 318:5 321:12,15
322:23 323:10 329:12
334:19
**days**
31:17 34:8 70:15 71:7,16
71:16 72:7,17 94:25 96:1
110:23 112:4,7 118:1 129:9
164:5 246:9 251:8,18
253:13 309:21 313:6
321:22 326:9
**day's**
323:18
**de**
257:11
**deal**
203:18

**dealing**
23:12 296:3
**dealt**
276:2,2
**debevoise**
2:17 4:3 10:16 12:20 39:18
39:25 40:10,12,14,18
**debevoise.com**
4:8
**deborah**
6:3
**decade**
210:20
**decades**
210:20
**december**
41:17,19,20,22 42:7,19,21
162:15 163:3 164:11 320:7
**decent**
280:2
**decide**
45:24 274:9
**decided**
167:1 169:10
**deciding**
139:25
**decision**
130:14 166:20 291:7
**declined**
253:1
**declining**
48:4
**decreased**
97:11
**decreasing**
322:23 323:10
**deemed**
92:21 233:20,23
**defendant**
4:2 5:3,13 11:18
**defendants**
1:9 2:9 11:19 13:1 38:18
54:25 86:17 332:10
**defense**
63:5 65:9
**define**
246:16,19 269:15
**defined**
45:21 90:22 168:13 169:3
188:9 267:4 268:10 280:5
289:21 330:3,11,20 331:4
**defines**
14:13,22 22:21
**defining**
117:25 246:15 247:16
249:22 294:25 295:25

**defining (cont.)**
298:23
**definitely**
67:11 156:10 232:5 260:21
279:21 280:10,13
**definition**
20:12 22:12 34:9 96:4
97:16 151:6 188:18 189:16
247:15 274:25 294:11
295:2
**definitionally**
188:20
**definitions**
247:3
**delaware**
301:5,24,25
**delta**
229:2
**demand**
235:15 236:21
**demonstrate**
43:6 45:9
**demonstrated**
225:2
**demonstrates**
322:15
**denominated**
258:24 268:13 287:14,16
**denomination**
31:6
**denominator**
254:20
**depend**
71:20 72:1 195:9 236:16
**dependent**
177:14,14 178:2,9,15 179:1
**depending**
97:14 209:2 212:18 259:24
261:25 332:10
**depends**
58:7 70:22 71:9 79:11
147:3 244:6,8 260:16
**deploying**
210:11 211:5
**deposition**
1:14 2:15 9:1 10:8,15 12:8
27:23,25 28:1 215:16 216:3
216:18 304:22 305:10
332:20 333:5 334:5,8,9
**der**
50:22 51:25 53:15 54:15,24
57:4 100:1
**describe**
32:12 58:8 77:14 88:2 89:5
112:7 127:12 140:12
315:18

[described - doing]

**described**
29:19 33:25 34:4 36:7,13
56:13,21 80:15 87:23 89:9
91:12 94:10,17 95:11 96:12
127:19 155:7 161:9 186:11
289:3 316:16 319:14

**describing**
259:5

**description**
7:10 8:2

**descriptions**
45:3

**descriptive**
197:13

**design**
89:8

**designed**
89:13 220:20

**designing**
53:9

**destination**
325:12,20 326:16,22
328:22 329:5

**detail**
57:19 74:25 137:12

**details**
257:11

**detect**
262:24

**determine**
71:14 72:6 73:24 98:16
130:7 154:11,24 180:24
215:19 229:22 247:11
249:11,13 267:13,24
316:15,23

**determining**
132:25 139:19 140:4
212:14

**develop**
234:16 299:18

**developing**
184:11,12

**deviation**
217:7

**deviations**
212:6,13,25 214:3,7,20
215:14,18,24 216:22 217:8

**devine**
6:5 10:19

**dictate**
236:21

**difference**
30:24 31:8 34:16 103:10
104:1 105:18 109:23
113:10 115:20 203:10
204:20 252:2

**differences**
251:10 292:16

**different**
34:14 42:3 52:4,6 53:19
83:6,24,25 110:23 115:1
123:15,16 128:15,21
158:16 160:17,19 161:11
166:13,14 174:2,5 179:16
182:14 189:2 197:20 198:1
198:20,20 199:18 205:18
206:2,6,11 219:21 223:9
225:16,20 227:7,10,10
236:12 249:9 254:5 255:24
255:25 256:1,4,7 257:17
276:12 292:5,20 293:18
295:8 298:14 309:5,6 312:2

**differently**
125:4 150:18 293:18

**difficult**
262:23

**digital**
13:14 73:5 82:14,17,25
83:7 84:8 85:13,17 121:5
127:3 133:1,14 134:1
145:11,23 149:8 150:4
152:1,3,17 153:5,6,16,25
154:12 155:1 157:3,8 160:6
160:18,20 161:11,13 162:6
164:16,17 165:6 267:9,14
267:25 289:5

**diligence**
105:3 109:1

**dimension**
115:25 120:20 121:16,17

**dimensional**
120:19

**dimensions**
121:12

**dipped**
162:6

**direct**
11:21 18:19 40:20 57:9
58:10 60:10 112:16 135:2
183:6 292:18

**directed**
319:16

**directing**
250:25

**direction**
9:3 212:6,25

**directionally**
218:6

**directly**
35:1 52:5 54:7 99:9 279:10
280:16 283:15 296:6 309:1
324:2 326:8

**directors**
301:6

**directs**
248:10

**disaggregate**
288:17,19 314:17

**disaggregated**
255:19

**disaggregation**
288:23

**disagree**
220:7 231:15,16 312:15,19

**disciplinary**
66:10

**disclosed**
332:4

**disconfirm**
48:25

**discuss**
21:14,20 25:4 29:17 32:21
40:20 51:15 136:20 172:3
184:10 279:20 285:5 288:7
292:8 298:7 307:7

**discussed**
16:4 29:4,24 55:11 85:3
102:15 104:24 156:10
174:18 179:12 182:17
183:14 190:7 196:11
217:19 219:3 247:21,24
263:7 269:2 303:13 310:19

**discussing**
21:9 22:25 23:9 29:24
107:11 114:17 196:25
199:25 257:4 268:10 306:1
316:25 325:24

**discussion**
20:1,4,10,16 28:10 36:16
100:5 110:9 136:24 143:12
143:18 144:1 171:10
185:13 247:2 264:17 271:1
274:15 282:23 284:1,10

**discussions**
55:15 226:21

**disinterested**
334:11

**displayed**
213:21 240:22 241:9

**displays**
314:5

**dispute**
45:20 69:14

**distinction**
149:13 225:5 226:14,16

**distinguish**
88:22 250:12 251:19 253:5
254:13

**distinguishable**
194:25 200:12,19 203:4
219:1,25 224:5 311:3

**distracted**
282:9

**distribute**
239:13 264:11,16,19

**distributed**
235:22 260:4,7 261:21

**distributes**
262:8

**distributing**
262:17

**distribution**
30:12,14,14,22 32:2 156:23
244:11,21,23 246:7,8,16,16
246:20 247:2,4,15,17,20
249:18,22 251:6 256:6,21
257:12 262:12 263:4,10
265:7,13 269:17 273:8
274:5,7 275:5,6,9 276:1,4,8
276:15 277:4,15 278:17
279:4 282:3 298:4,20

**distributions**
30:20,23 31:4 75:3 89:15
89:16,23 90:3,7 93:10
156:16 181:22 198:16
235:12 236:9 244:1,3,7,12
244:14 245:7,9,11,13 246:6
246:6,13 250:1,14,15,22
251:9,10,20 253:9 255:19
256:12,25 257:7,23,24
258:4 259:1,7,23 261:16,22
262:9,21,23 264:9 268:9
269:1,8 274:18 275:1,16
278:20,22 286:24 288:14
288:21 289:13

**district**
1:1,2 2:1,2 64:4

**divergence**
174:14

**divided**
149:19 280:6

**division**
278:1

**doc**
28:7

**documents**
9:20 325:11,19

**doing**
21:21 22:8 36:23 40:14
52:4,6 68:18 70:10,12
71:24 109:1 119:3 121:14
124:22 134:3 136:23
143:24 145:4 176:16
199:23 200:9 206:12 208:5

[doing - enables]

**doing (cont.)**
209:3,4 216:4 218:22
220:24 265:8 270:23
275:18 279:4 295:22
328:12

**dollar**
157:16 223:18 257:22
259:24 260:5 261:21
262:21 265:13 286:25

**dollars**
31:4,5 108:6 165:9 167:2
179:20 258:5 259:12
262:12 263:12 270:14
287:14,16 288:20 298:5,8
321:16

**donier**
315:24 316:10

████
24:15,24 28:10,12 29:12
30:1

████
28:8,8 30:8,8

**double**
40:17 213:3,6 214:6

**dr**
24:14,15,24,24 25:3,5,7,14
25:19,23 26:2,5,7,12,17
27:4,13,17 28:4,8 29:8,10
29:11,12,14,24 30:1,8,9,25
31:1,24 32:2,17,18 33:7,9
34:14 93:25 96:21 104:25
106:1,5,19 107:9,20 108:18
111:16 113:11 128:14
182:16,20 183:15 185:13
196:12 221:24 228:2,7,13
228:17 229:4 230:20 231:6
232:9 237:2 238:2 247:19
263:8 285:1 303:16 304:4
305:9,14,23 306:19 307:10
308:24 311:23 312:16,17
312:19 313:1 320:9,20
322:20 323:6,12 324:8,22
325:23 326:1 327:2,11
328:10 329:3,4 332:7,12,25

**draft**
55:13,14,19 56:5,12,13,18
57:16,21,25 58:1,4,24 59:9

**drafting**
56:8 60:13,23

**drafts**
55:8 57:7,14

**dramatically**
182:8

**draw**
131:12 215:5

**drawing**
130:24 132:18 136:11
225:5 226:16

**drawn**
291:22 325:24 326:7

**drive**
126:17

**driven**
176:9 234:4

**drivers**
77:14

**drives**
236:21

**dropping**
105:7

**drops**
206:21

**due**
105:3 109:1

**duly**
11:6 334:6,11

**duration**
292:17

**e**

**earlier**
23:12 29:23 36:16 38:4
44:25 49:13 56:13 78:22
85:25 94:18 99:25 100:4
101:1 102:15 103:5,9
104:17,24 105:16 109:11
109:23 112:1 113:5,22
124:7 135:22 136:24
156:10 157:13 167:15
171:10 174:18 176:21
178:5 179:12 183:1 193:2
196:11 205:3 217:4 219:3
227:22 230:24 238:13
261:2,10,14 263:7 264:18
267:17 268:11 269:2,18
271:1 272:22 273:19
276:21 279:22 280:11,15
281:19 285:14 288:15
290:14 294:21 314:14

**early**
36:21 108:13,13 111:13
183:23 280:8 287:14

**earnings**
83:11 270:18 271:5

**easier**
88:22 261:18

**easily**
40:1

**econo**
119:17

**econom**
179:25

**economet**
199:10

**economic**
16:4,9 17:1 19:5,18,23 20:8
20:23 21:6,11,12,14,22
22:1,5,6,9,18,25 23:2,13
44:11,18 69:21,24 71:21
73:16 74:5 75:1 87:5,12,23
87:25 89:13,20 99:14
118:20 119:18 126:11
137:1 142:19 143:1,7
146:12 152:6 205:4 231:18
231:22 232:25 233:6
234:15,24 235:6 272:18
290:17 291:8,11 292:9,25
293:4,7,14 294:15,23 295:7
295:14,16,23 296:4

**economically**
203:8,11 204:1,8,20,23
205:8,8

**economics**
13:22 14:2,6,12,12,22 15:3
16:3,7,24 17:12,14,19
20:25 21:2 22:11,21 83:4
116:16 139:17 146:10,20
146:20,23 204:19 205:2
209:24 267:8 295:3

**economist**
118:14,17 130:25 134:1
136:12 199:11 220:11
263:22 301:10,15 313:4

**effect**
75:14 89:16 94:21,22,25
97:17 152:6 203:19 211:22
224:2 244:11,13 267:18

**effective**
320:13

**effectively**
62:12

**effects**
93:19 95:3 111:1 116:22,24
117:10,23 129:18 135:14

**efficiency**
69:10,14,16,19,22 76:8,9
79:13 85:20 97:24

**efficient**
68:12,15 69:1,6,24 70:9
119:5 120:21 164:25

**efforts**
87:5,12 88:1 89:10 92:10
94:15 95:13 99:10,15
181:21 231:19 233:1 234:5
234:7,15 235:2 236:2 283:3
299:17,20 300:21 309:18
310:1,2,10,13 312:5 331:7

**eigenvalue**
121:15

**eighteen**
315:14

**either**
24:10 78:10 162:15 212:6
212:25 214:3 258:1

**elaborate**
23:4 285:13

**elaborated**
271:25 272:16 276:20

**elect**
128:23

**element**
19:24 290:23

**elements**
17:19 23:16

**eliana**
4:14

**elucidate**
271:17

**elucidated**
271:24

**email**
3:16

**emails**
312:25 313:1,2

**embedded**
78:2 144:15 176:15

**emerging**
157:14 179:19 180:10
223:17

**empirical**
91:5 144:25 145:3,5 146:2
146:5,9 150:15 167:23
169:5

**empirically**
173:19

**empirics**
147:6

**employ**
73:23 140:24

**employed**
73:22 140:3 165:23 243:10
284:22 285:17

**employees**
312:21

**employing**
284:16 286:2,3

**employs**
283:22

**enable**
290:8

**enables**
141:10 169:24

**encapsulates**
36:17
**encompass**
29:13 246:8
**encompassed**
28:22
**ends**
126:8 253:3
**engage**
141:20
**engaged**
49:9 287:5,9
**engagement**
12:21,22,24 13:2,4,5 36:24
39:25 41:3,4,6 42:25 44:24
62:15 79:14
**engagements**
62:22 63:3 67:21 78:7,17
79:2
**english**
144:3 190:5,13
**enjoy**
271:21
**entail**
62:15
**enter**
180:11 289:7
**entered**
159:3,24 244:3 247:11
284:8
**enterprise**
271:3 283:6 293:21,24
294:3,16,21,25 295:4,9,18
296:1
**entire**
62:19 75:23 102:12 114:3
115:5 116:10 165:1 260:19
279:14 280:21 288:25
303:12,25
**entirely**
38:23,23 207:20
**entirety**
62:21 64:9 76:1 254:6
**entities**
275:25 285:22
**entitle**
330:5,22
**entitled**
334:7
**entitling**
299:15
**entity**
63:8,18 83:11 248:9 288:22
**entry**
147:21 148:7 327:15

**epfeffer**
4:24
**epsilon**
187:17,21 188:2,6,9,15
189:9
**equal**
149:1 201:5,9,17 202:11
244:18 255:2 267:5,7
**equally**
205:16 235:3
**equation**
138:20 144:17 159:4
180:12 186:3,9,10,18,23,24
187:12,14,17,22 188:11,16
191:5,9 227:22 229:6,12
231:2,2
**equilibrium**
244:19
**equities**
153:14
**equity**
132:4
**ergo**
227:15 255:3
**error**
187:10,12,23 188:1 189:5,6
189:8,11,13,15,17,21 190:2
190:14,20,22 191:1,3,5,9
191:14 193:8,10 201:16,18
201:22 202:12,17 208:22
208:25 213:10 214:18,19
215:2 227:19 228:18 229:5
229:16 230:12,14,18 231:3
232:12 238:15 242:1,5,8,19
242:22 243:11,14
**errors**
200:23,25 201:6,11,19
202:9,13,20,24 203:2
**escrow**
264:9,14,19,22 273:13
276:3
**esquire**
3:9,10,11 4:4,11,12,13,14
4:15 5:6,16,17
**essentially**
110:21
**establish**
149:6 150:2
**established**
43:13 116:21 119:23 121:6
130:15,16 131:24 132:2
133:6,8 135:5 138:5 139:11
139:24 140:8
**establishes**
234:24

**estimate**
62:4,8 67:13 148:21,22
180:19 188:20 193:16,17
193:21 199:8,21 200:1,1,11
200:16 203:16 212:1 215:6
218:2,8 219:8 228:22 229:1
229:11,18 231:1
**estimated**
188:6 201:6,11,19 202:13
227:24 316:5
**estimates**
199:23 225:23 226:9
227:13 318:6
**estimation**
92:2,5,7 95:9 110:5,10
113:24 124:3 137:23
156:12,12 161:14 168:7
169:11 172:18,19 173:11
173:25 174:1,7,8 175:4,7
175:19 176:5,8,13,13
182:13 183:9 193:22,23
197:25 198:11,17 200:2
214:2 216:8 220:13 228:8
228:14 241:1,2
**et**
75:3
**ether**
158:19 169:12,13,17,20,22
184:1,7
**euro**
179:20 223:18
**evaluate**
92:9
**evaluates**
94:1
**evening**
266:10
**event**
66:13,16,21 67:6,20,25
68:3,10,14,23 69:3,3,4,7,22
70:2,8,13,18,20,23,24 71:2
71:3,4,9,12,13,25 72:8,13
72:14,16 73:1,4,8,17 74:17
74:19 75:21 76:3,11,13
78:19,23 79:4,6,9,16 80:3
86:1 94:1 95:24 96:10,13
96:14,22 97:5 98:7,8
**events**
72:21 75:2,4 80:11 89:15
89:22,24,25 90:7,21,21
92:14,15,20,21 93:5,11,13
93:18 94:20 96:8 97:14
183:13 234:18
**evidence**
236:8

**ex**
10:10 239:18 309:4
**exact**
26:19 36:20,23 41:5 51:1
108:12 184:5 213:9 218:4
227:11 246:3 258:10 284:3
**exactly**
42:8 53:13 111:11 226:22
227:11 258:18 262:1
269:16 288:21 289:13
294:19
**examination**
7:2 11:21
**examine**
144:20 155:25 174:13
223:21 306:18 321:4,8
**examined**
11:6 151:15
**examining**
70:16
**example**
20:18 47:3 55:23 57:25
70:5,24 75:8 83:9 93:14,19
95:23 98:6 110:24 113:7
116:21 139:14 158:13
160:25 166:23 180:15
210:5 222:24 238:18 248:6
283:17 300:18 317:21
326:13
**examples**
324:20
**exceeded**
164:5
**exceeds**
175:6,7
**exception**
57:1
**excess**
75:16 90:23 93:21 95:5
99:1 103:14 126:12 143:16
144:11,12 169:7 177:19
178:6 182:4,4 189:4 192:1
192:20 194:22,24 195:8
196:3 208:21 209:6,13,16
209:19,22 210:1,9 211:2
224:4,14 225:1,3,8 226:14
226:15 227:15,18,20 230:5
230:7,15 232:15,19 233:8
237:11 267:21 310:21
**exchange**
1:4 2:4 3:7 10:11 69:13
70:5 81:12 82:3 247:22
280:13 315:10
**exchanges**
30:21 33:18 267:20 279:11
279:24 280:13,25 289:2

[exchanges - factors]

**exchanges (cont.)**
314:5,10,12,20,25
**exclude**
165:21 218:14,15 237:4,9
237:15 289:24
**excluded**
65:13,18 184:19
**excluding**
151:12
**excuse**
51:5 101:21 171:3 315:24
**executing**
236:17
**execution**
309:4
**executive**
50:25
**exercise**
134:10,11 154:3 160:2
161:4 257:12
**exhibit**
7:12,17,22 8:4,5 18:4,5
23:23,24 28:20,24 57:7,14
106:25 107:2 115:11,13,14
115:21 137:21 138:23
139:4 140:13,15,18 141:1,6
141:10,21 142:1,8,10
145:13,14,14,15 147:11,12
147:17 148:16 156:19,19
156:20 157:11,24 162:17
162:20,22 164:22 166:3
168:8,22 169:16 171:24
172:3,8,13,14 173:24
178:11,11 179:13,14,17,24
180:2,4,7,9 181:9 186:20
191:12 193:21 196:7,15,16
196:17,17 197:7,8,9,11,11
197:15,19,24 198:4,5,10,14
198:15,19 199:1,2 205:13
206:3 211:25 212:4 213:15
213:21 215:4 216:11
221:25 222:24 224:18
226:20,25 239:8,9,17,22
240:5 246:5,5 258:14,15,17
258:20 259:13,20 261:12
265:14,15,18,23 268:12,23
268:24,24 269:9,15 270:1,1
274:6 279:23 280:5,9
285:20 286:22 287:1,9,15
287:20 288:8,11 289:19
313:23,24 314:4 318:7
321:1,3,5,14 324:17,18
325:22,22 328:8
**exhibits**
7:9 8:1 55:24 56:2,15
145:17 155:24 156:8,24

**exhibits (cont.)**
157:11 192:14 195:19
196:6 197:6 198:21,24
225:22 226:7,25 227:13,17
246:4 269:12 288:15
289:15 314:14
**exist**
64:11 103:6 104:18
**existing**
206:19
**exists**
73:9 74:21 230:16
**exogenous**
91:21 125:3 150:17,22
151:3
**expect**
109:24 126:12,22 154:20
181:17 210:10
**expectation**
236:4 305:19
**expectations**
237:22 244:9 245:4 305:24
306:3,7,20,25 307:3,12,16
307:17,22
**expected**
238:21
**expend**
283:3 299:20 331:7
**experience**
118:16 130:25 136:12
189:1
**expert**
7:12,17,22 12:15 16:2
17:18,22 18:23 24:5,8,18
24:20,25 28:5 36:19 37:1,3
37:7,9,11,14,15,16,20 38:8
39:6,18 40:12 44:19 46:17
46:21 50:13,17 51:12 52:1
52:8 53:3,16 54:8 59:10
61:13,18,22 62:11,21 63:25
64:10,22 65:5,8,12,17
66:17,22 67:6,7,21 68:20
70:19 71:23 74:18 77:5
78:8 79:2,5 80:19,23 81:2,6
81:10 85:12 105:10 107:9
107:22 108:20 110:18
112:11 117:16,19 118:3,4
118:10 125:1 140:2 174:12
210:14 238:4 239:19 240:1
240:9 263:16 332:5
**expert's**
70:24 71:24
**explain**
16:15 22:4 31:16 74:24
90:9 97:18 99:16 111:4
112:14 115:19 123:1,6

**explain (cont.)**
124:25 127:3 141:5 145:21
157:2 159:9 177:8,23,25
190:13 191:22 222:21
223:12 224:10 227:12
244:17 246:2 264:14
282:18 293:5 305:15 306:6
328:2,9
**explainable**
75:18
**explained**
21:10 90:25 91:20 115:22
125:3 150:17 169:8 180:25
190:10 191:25 272:16
**explaining**
110:19 177:13
**explains**
178:20 179:5 180:22 232:6
**explanation**
144:5 146:13,25 172:14
173:12
**explanatory**
123:17 138:13 179:18
232:20
**explicitly**
278:16
**explore**
155:12 157:12,17 179:15
179:16,21 223:1,8 294:19
**explored**
157:10
**exploring**
119:7 159:14
**exposure**
187:7 292:19
**express**
144:4
**expressed**
194:20 212:19 229:6
**expressing**
94:14 98:20 233:5 272:1
300:8 310:1,12 330:2,19
331:3
**expressly**
74:19
**extended**
175:19
**extensively**
233:24 235:17
**extent**
61:8 314:22,24
**extra**
195:2
**extract**
78:1,3 121:7,9,22 164:25
167:21

**extracted**
121:1 167:24
**extracting**
114:3,11,24 115:4,23,25
116:10 119:4,20 120:21
121:11 137:4 169:4
**extracts**
121:10

**f**

**fact**
31:25 45:20 75:16 105:1
117:24 151:3 168:8 180:18
190:3 193:14 218:21
219:22 220:3 221:4,7 235:7
238:2 244:13 263:24
276:23 279:9 286:7 297:17
305:5 308:6,17 311:4
318:24 320:5 324:14
**factor**
20:21 31:12,18,20 32:9
33:25 34:20 35:5,15 36:3
53:6,10,11 70:2 73:13,18
73:22 74:3,16 75:22 76:16
77:19 78:5,19 79:4,10,15
79:16 80:2,3,10 86:2 88:12
88:15,16,19,21 89:19 90:12
90:15 91:15 93:17 95:6
96:8,19,24 97:8 99:20
100:8 105:24 108:10
111:22 112:10 113:2
122:19 126:25 127:1,14,15
128:1 129:4,11,15 130:20
132:10,24 133:20 143:23
145:16 154:18 155:17,23
156:11,13 166:6 192:13
193:3 210:11 211:4,23
232:5 235:5,20 251:4 257:5
257:8 272:20 309:16
310:17
**factoring**
96:16
**factors**
91:21 118:20 119:18
120:12 122:16 125:5 130:1
130:6,7,14,17,19 131:14,15
131:20,24 132:13 133:1,9
133:22 134:17 135:25
136:4 150:19 156:2,6 157:7
157:12 159:9 160:5 176:9
176:10 179:7,19,22 181:13
187:8 192:1 194:18 208:6
209:3 222:21,25 223:1,2,7
223:10,11,14,16,20,25
224:3,10,16,17,21,23
225:18 226:11 235:8,10
317:20,25 319:2

[facts - form]

**facts**
45:8 71:12,22 72:1 73:14
74:15 75:12 76:17 79:11
271:10 273:11,17 276:25
277:18

**factual**
252:2 253:6 254:5,9,14
255:6

**fade**
296:20

**failure**
236:19

**fair**
16:24 42:23 43:2 67:10
88:15 92:24 93:2 109:15
114:7 130:5 135:17 137:17
145:8 153:3 186:17 212:22
223:23 241:8 260:22
263:15 287:10,12 289:5
304:10

**falling**
324:5,5

**falls**
207:3,7

**fama**
122:15 131:22,23 132:4
133:19 134:21 135:6

**fama's**
69:19

**familiar**
13:11,14,17 42:24 66:13
203:7 242:4 259:16 264:3
266:22

**familiarize**
264:3

**famous**
209:10

**fanciful**
238:7

**far**
21:16 49:5 164:5 191:13
248:14,25 286:24 287:6

**feature**
124:4,9 129:17

**features**
129:16

**february**
1:16 2:19 10:3,7 36:22
41:22 42:7,19 334:19

**fee**
46:17,20,21

**feel**
31:17 34:8 117:21,22

**feeling**
263:24

**feelings**
311:25 313:19

**feels**
92:17

**felt**
31:16 34:7 75:13 102:16
111:3 112:7 117:21 183:11
185:9,15

**ferrell**
1:15 2:15 7:4,13,18 10:9
12:2 18:5 23:24 58:22 61:9
107:1,10 239:9 240:5
331:23 332:3,13,25 334:5

**ferrell's**
228:7,13

**fiat**
197:21 250:3

**fiduciary**
300:23 301:6,19,23

**field**
13:21 14:2,6,11 17:11

**figel**
4:10,12 47:19 59:16

**figure**
17:1 27:7 107:14,15 108:1
108:2,7,19 109:9 114:17,19
164:10 176:23 177:9
178:18 179:4 182:21
185:14 213:14 228:6,10,12
242:23 243:14 262:9 289:3
289:16 316:9 317:8 328:8

**figures**
228:17 229:5,25 230:20
231:13 232:8 237:3,6 238:1
289:11

**figuring**
216:6

**filed**
41:19 42:13

**filing**
31:2,7,11,19 32:8,8 33:13
38:5 42:11 101:2

**filled**
308:11

**final**
55:16 194:2,8 328:22

**finance**
82:20,22 83:4,17,21 100:18
101:18 104:12,12 166:25

**financial**
83:18 139:16 199:11 210:3
268:16 275:13

**find**
135:16 138:15 159:8 172:2
177:2,2 203:16,19 205:5
227:4 234:5 238:21 258:12

**finding**
99:9 168:10 175:12

**findings**
304:17

**finds**
202:10 203:15

**fine**
15:22 59:14 61:25 122:3
222:4 266:11 296:22,25

**finish**
59:5,17 219:17 291:1

**finished**
43:22

**firm**
40:8

**firms**
13:3 39:10 40:5

**firm's**
301:21

**first**
21:7 23:8 55:19 56:5,13
63:15 111:10 129:24
155:22 158:18,25 161:14
181:12 192:11,12 218:22
235:21 240:24 241:21
242:10,13,17 246:23 251:4
251:5 252:15,24 270:10
276:19 282:13 283:14
286:8,16 292:6,11 297:16
299:21 302:21 303:2 308:4
308:5,11,14,16 309:14
326:13,14,16 328:11,17,17
330:10

**fit**
177:13 190:4 232:13

**fitness**
185:7

**fits**
238:16

**fitting**
243:6

**five**
59:12 79:24 138:9 151:21
156:21 212:21 230:9
231:20 233:2 322:2 329:11

**fixed**
31:13,14 34:1,21

**flat**
254:7

**flawed**
19:6,19 21:24 22:6,10
290:18 293:1

**flip**
177:1 233:9 290:12

**flipping**
236:24

**floating**
298:14

**floor**
319:16,25 320:4,6,10,14,17
320:22 321:24

**flow**
53:20

**flows**
256:6,6,12

**focal**
25:2 26:4

**focus**
209:15 234:3

**focused**
22:17 25:18,20 26:5,6
110:10 124:16,23 125:16
144:9 275:3 278:21 285:2
307:24

**focuses**
311:23

**focusing**
14:11 36:9 43:24 44:15
69:21 74:7 94:7 173:11
177:20 298:5 309:20

**folks**
112:18 135:3

**follow**
60:20 61:1 131:18 234:14

**following**
72:16 101:6 102:4 206:16
206:20 250:13 326:21
327:5

**follows**
11:7 97:12 200:7

**footnote**
23:10 32:22 110:19 111:3
116:20 138:3,16,17,19,23
138:25 139:15 161:21
162:14,17 166:12,16,18
175:22 176:25 177:4,7
182:24 213:15 235:17
253:19,22 254:18 255:13
259:13,20,22 274:15
278:17 315:25 316:11
317:17

**footnotes**
23:8,9,9,10 140:22

**foregoing**
334:5

**forget**
26:19 51:1 53:1 111:10
113:5,7

**forgive**
282:8

**form**
44:2,6 45:4,8 149:20

[form - gold]

**form (cont.)**
235:23 236:4 298:19,20

**formatted**
56:3

**formed**
43:17 44:12 45:25 61:12
275:19

**forming**
36:11 48:16 77:8 140:1

**forms**
216:20

**formula**
33:21 138:2,3,14 202:7,17
254:18 255:12 316:1,20,24
317:4,10,11,12

**forth**
16:8 26:2 28:4 29:6 36:12
51:23 53:23 61:13 93:24
94:8 116:5 125:22 138:10
138:19 149:5 150:2 158:20
180:11 181:22 245:11

**fortunes**
236:16 293:11

**forty**
186:1 322:2

**forward**
96:25 234:21

**found**
27:2 30:23 208:6 225:11
316:24

**founders**
274:18 278:18

**four**
137:22 138:9 158:9 186:1

**fraction**
287:6

**fractions**
108:3

**frame**
41:23 42:7 44:22,25 98:25
98:25 140:7 146:1 149:10
153:18

**framed**
175:24 267:17

**framing**
118:25

**frank**
1:15 2:15 7:4 12:2 334:5

**frankly**
45:4

**frederick**
4:10

**free**
191:24 194:16 226:10
273:24 275:21 277:8 278:9

**french**
122:15 131:22,23 132:4
133:19 134:21 135:6

**french's**
131:23

**frequency**
31:18 32:3 34:15 127:13,25
128:3,15,21 256:1 257:18

**frequently**
269:5

**friday**
111:9

**full**
12:2 77:24 89:12 90:7
110:7 143:18 156:20
160:20 173:18 176:5,16
183:24 184:15 186:5 188:5
192:15 233:13,18 250:8
309:14 314:19

**fully**
12:12 17:23

**func**
190:2

**function**
81:3,7,11 119:2 123:13
124:12 147:9 173:18
180:17,18 190:3 208:4
214:18 243:5

**functions**
82:3,7,11

**fundamentally**
19:6,19 21:23 22:10 290:18
293:1

**funds**
20:19 248:8,10,16 249:2
258:8 270:11,14,16,22
271:2,4,8,12,12,19 272:2
281:3,8,11,21,22 282:13,20
283:1 293:13 297:12,14
298:17,18 299:6,24 300:18

**further**
76:5 126:5,9 173:23 179:21
179:22 279:8 332:15
334:14

**furthermore**
152:24 273:22

**future**
234:6

**g**

**garlinghouse**
1:8 2:8 5:3 10:12 38:9
313:13 324:21 326:10

**garrison**
5:15

**gene**
69:19

**general**
37:23 45:2 61:25 75:18
77:14 90:25 99:4 126:22
130:25 131:1 135:19
136:12 137:5 144:13 145:2
148:25 149:11,24 151:9,10
159:15 160:13 165:15
245:20 267:1 310:23 318:3
318:19,22 319:1

**generality**
38:7 71:19 73:19 84:25
85:10 114:7 311:13

**generalized**
46:7 150:9 151:21 152:10
152:22 153:11,20 154:6,21

**generally**
13:21 14:5 17:11 21:1
116:15 132:10 135:4
138:13 212:14 276:20
295:2 309:20

**generate**
196:7,13

**generated**
237:11 298:4,21 300:1

**generates**
189:18

**generating**
189:19

**genie**
220:2

**gertzman**
5:17

**getting**
198:19 256:15

**give**
20:3 32:4 33:1,4 46:9 47:19
75:20 107:5 109:7 138:16
138:25 140:17 156:17,21
161:23 169:15 172:6
182:18 208:15 209:6 217:9
225:11 233:13 256:1
258:12 259:14 270:4
274:12 275:7 279:16 283:9
285:3,7 286:10 303:23
304:11,13 314:1 315:15
319:7

**given**
16:22 34:12 71:21,22 73:14
73:16 74:14 75:12 76:11
97:1 116:23 119:6 123:21
128:21 131:14 154:20
158:22 179:3 180:21
182:24 183:11 184:1,7
190:2 200:4 206:15 212:16
221:17 238:11 247:18
287:6

**glendale**
10:23

**go**
15:14,19 18:8 24:3 38:25
41:11 57:19 59:15 97:3
99:24 102:5,8,16 105:16
107:4,18 121:5 131:22
133:5 137:15 145:16,17
148:6 150:10 163:8,9 168:8
168:24 169:14 170:11
178:11 191:17 193:20
197:19,24 198:10 202:7
209:20 210:23 211:19
216:6 218:19 219:20
222:24 225:7 227:23
230:23 233:22 238:13
245:17 246:4,17 250:10,20
255:10 261:8 265:25
269:12 270:2 271:6,16
275:7 279:5 280:2 281:2
291:3 293:8 305:12 320:19
321:1,1,25 327:9

**goes**
96:23 103:20 204:4 207:2,7
207:22 250:21 254:10,11
283:19 327:2,25

**going**
10:6 15:23 24:11 34:7 35:1
37:11 39:22 46:9 50:20
52:12 58:9 59:20 60:20
61:1 69:19 75:7 78:22 80:5
92:14,15 96:25 97:19 98:7
99:24 104:25 105:4 107:24
108:12 116:3 118:6 121:15
122:7 123:3,14 124:7
138:15 139:6 147:7 148:5
170:14 175:1 177:1 181:23
182:19 190:1,20 193:9,10
195:5 201:2 206:25 208:25
209:1,5 211:19 214:19
215:15,22,25 216:10,17,18
216:24 217:4 219:6,24
220:21 221:3,6 222:2,10
227:16,16 230:14 231:21
232:11,12,13,22 233:3,12
234:9,21,22 235:14 238:14
239:14 243:4 245:6 248:20
249:19 252:11 258:23
259:10 266:2,15 270:17,19
276:6 288:24 292:7 297:5
303:15 306:11,15 307:3,4
310:4 311:24 312:11
313:18 323:24 324:13
329:20

**gold**
157:15 179:20 197:21

[gold - hypotheticals]

**gold (cont.)**
223:18
**gomphers**
209:23 210:17 211:7
**good**
10:5 11:10,20,23,24 15:24
59:12 122:2 170:9 210:1
211:15
**goodness**
177:12
**gotten**
85:4
**gottlieb**
5:5
**governance**
210:2
**governing**
284:14,15
**government**
63:13,16,22,25 64:9
**governmental**
63:8,18
**government's**
63:14
**gradillas**
10:21
**granular**
139:23
**great**
172:12 182:17 197:6
208:18 302:21 329:16
███████
24:14,24 25:3 30:9,25 31:1
31:24 32:18 34:14 279:1
302:24 303:5,16 304:4
305:14,23 308:24 311:23
313:1 320:9,20 323:6 324:8
324:22 327:2,11 328:10
329:3
████
28:4 29:11 32:2,17 33:7,9
128:14 247:19 263:8 285:1
305:9 306:19 307:10
312:16,17,19 322:20
323:12 325:23 326:1 332:7
**ground**
140:9
**grounded**
119:25 132:19 133:11
134:11
**grounding**
100:22
**grounds**
51:14
**gsr**
284:10,17,22 285:2,10,15

**gsr (cont.)**
285:17,19,24 286:2,3,4,11
286:14 288:22 314:8,18,20
314:22,24 315:4,5 320:12
320:21 324:21 328:23
329:5
**gsr's**
319:13 320:14
**guess**
41:21 100:22,24 101:6
118:24 119:12 120:17
123:13,18 128:7 133:5,16
136:23 184:23 188:7
204:16 213:13 214:9 220:7
226:13 259:3 277:19
294:19,24 295:24 319:23
320:8

**h**

**hamilton**
5:5
**hand**
18:2,3 24:2 141:15 144:17
155:1,2 159:4 172:25
187:14 188:10 191:5,6
193:8 229:15 241:22 314:4
314:10,21 315:2 334:18
**handful**
65:10 305:15 309:20
**handing**
107:8
**hansen**
4:10
**happen**
64:14 155:15 211:5
**happened**
64:12 162:11,14 315:7
**happening**
58:2 65:11 159:15 289:14
**happens**
39:12
**happy**
114:12,14 154:17 155:8
171:17 185:14 233:9
**hard**
238:10
**harvard**
209:9
**hate**
266:9
**hbs**
209:9
**head**
52:3 118:7 201:3 202:6,18
211:14 216:16
**heading**
228:10,12 290:12,16,21

**hear**
294:1 310:7
**heard**
203:9 330:9 332:2,6
**held**
2:16 10:15 65:21 249:7
273:2 297:22
**help**
99:16
**helped**
53:18,19 56:15
**helpful**
33:7 184:16 271:16
**helping**
126:17
**helps**
90:9 271:17
**hereunto**
334:18
**hesitant**
119:12
**high**
38:2 64:16,20 71:19 146:15
146:18 177:17 217:23
321:20
**higher**
120:18 121:16 128:15
199:4 290:4
**highest**
164:21
**highly**
9:15
**hired**
37:14
**historically**
98:22
**history**
63:3
**hmm**
171:13 172:21 247:8
265:20 314:22
**hold**
283:16 288:5 289:25 318:6
319:3,25
**holder**
330:5,22
**holders**
289:17 295:19
**holding**
287:3 289:18 292:17
293:17
**holdings**
273:23 275:21 276:10,11
277:7,13 278:9,10,14 281:8
281:15 282:4 287:7 297:20

**holds**
286:16 288:2
**holidays**
110:22
**hop**
279:2 328:12,13,17,17,17
328:21,25
**hope**
234:4
**hops**
328:18 329:7
**horizon**
286:17,20 288:2 290:1
**horizons**
295:8
**hour**
222:2 266:5,7 319:14
320:15
**hourly**
46:23 47:8
**hours**
49:7,8,9,11,22 50:4
**howey**
17:20 19:24 23:16 42:24
43:13 290:23 291:7 293:25
**hu**
136:7 137:14
**huber**
12:20 200:21
**hundred**
49:8,11 119:24
**hundreds**
165:8
**hypo**
97:10 207:1,13,14 255:15
**hypos**
252:6
**hypothesis**
194:14 203:6 218:20,20,21
219:2,20,21,22 220:2,6,21
220:23 221:1,3,6,23 231:17
231:23 238:25 239:4
267:17 311:1,2
**hypothetical**
72:13 95:23,25 96:12
122:22 123:18 126:24
127:7,10,16 128:5 206:8,15
207:6 221:17 238:7,12
249:6,7 251:24,25 252:4,14
254:25 255:16 261:17,18
262:16 300:4
**hypothetically**
94:22 96:1 252:23 262:3,7
315:5
**hypotheticals**
252:6,20 255:1

[hypothetical's - informed]

**hypothetical's**
127:15

**i**

**i.d.**
325:6,23 326:4
**i.e.**
89:14 90:24 118:1 126:20
160:24 213:11 220:2
**icos**
83:8
**idea**
267:4 309:4
**identifiable**
177:19
**identification**
18:6 23:25 92:16 107:2
239:10 325:25 326:4,12
**identified**
33:19 75:15 90:22 93:11
106:11 109:1 237:10
274:19 278:18 288:20
**identifies**
90:2 94:19 105:1 107:21
109:10 267:19
**identify**
76:13 105:5 118:19 136:4
200:10,15 224:18 233:5
237:1 278:11 292:5 299:8
**identifying**
135:25 183:13 230:15
232:18 321:11
**ignore**
300:12
**ignores**
320:9
**ii**
20:7 272:19 299:22
**iii**
1:15 2:16 7:4 11:5 12:3
19:1,3,12 88:3,6 143:18,19
143:21 186:13,14,15,16
234:12 272:21 334:5
**iii.c**
88:14,20,25 89:3,4,9 91:12
91:14 94:8,10 143:22 149:5
150:2 186:11 235:4
**iii.d**
88:17,25 143:23 245:12,17
246:2
**iii.d.**
91:17 246:1
**illiquid**
267:6
**illustrative**
317:16,21,25 318:2,21,25
319:4

**immediate**
93:14 94:20
**immediately**
19:17 194:13
**impact**
32:19,25 33:16,17 71:3
76:9 87:6,13 88:1 89:10
90:17 92:10 93:14 165:7
176:1 244:2,21 257:23
267:14,25 304:6 305:17
308:7,18 312:18 315:23
317:19,24 318:2,4,12,16,21
318:25 319:2
**impacted**
235:2
**impacting**
80:13 92:17
**impacts**
98:10
**implementation**
319:15 320:17
**implemented**
101:19
**implementing**
320:13
**implied**
116:12 141:9
**important**
40:4 47:11 118:20 119:17
139:18 140:2 161:2,7,19
164:14 169:12,20 180:9
317:18,20,22 318:1,20
**impossible**
70:11
**impounded**
142:24
**improve**
283:18
**inaccuracies**
260:5
**inaccurate**
109:14 216:16 260:11
**include**
24:16 34:17 139:7,7,8
142:2 157:7,21 158:4,13
159:10 184:1,6,16 188:5,19
188:24 189:15 227:18
235:5 251:5,8 269:9 275:17
289:4 301:12 315:4,5
321:10 332:12
**included**
24:9 162:5 173:3 288:9
314:23 315:1 321:13
**includes**
60:15 175:4 183:15 212:10
213:12 217:19 267:19

**includes (cont.)**
285:21
**including**
30:12 32:7 60:24 79:12
83:22 88:8,11 89:15,22
100:3,12 130:22 134:18
153:13 156:11 176:17
195:19 235:11 269:21
284:2,10 285:6,22 326:5
**inclusion**
30:13 166:10
**inconsistent**
319:15 320:5,9
**incorporate**
83:4 117:24 126:9 159:15
167:6 257:7
**incorporated**
109:5,15 301:25
**incorporates**
231:1
**incorporating**
274:8
**incorrect**
49:2 74:20
**increase**
99:11,12 236:7 237:21
245:8 252:7,20 260:23
261:5 283:4 299:20
**increased**
97:10 182:8 235:23 236:22
260:20 271:4
**increases**
89:17 90:10 206:17 324:1
**increasing**
90:5 182:1 234:14 236:4
244:17 245:2 261:11,12
270:18 322:22 323:9,15,16
324:16
**increment**
253:17 257:9
**independent**
138:6 173:1 282:7,7
**independently**
273:24,25 275:18,21,22
277:8,9
**index**
7:1 9:1 131:21 133:2,6,14
133:25 134:5,14,20,24
135:5,11,20 157:14,15,15
159:2,20,21 223:17
**indicate**
126:18 153:1 155:15
**indicated**
3:1 178:5 325:7
**indicates**
173:20,21 213:16 298:25

**indicating**
197:5
**indices**
131:24 132:2 156:14
157:12,18 158:23
**indirect**
292:18 324:20
**indistinguishable**
193:15,19 194:10 195:11
195:15 196:1,10 197:4,17
197:23 198:3,9,12,18 199:9
199:14 200:3 207:19
212:11 213:11 215:3
217:21 218:24 219:5 224:9
**indistinguishly**
224:8
**individual**
12:25 141:11,14 156:9
276:6 290:6 329:6
**individuals**
56:6 274:9 275:17,24
276:24 277:13,20 278:21
281:13 282:4 297:18,22
312:1,12,12 313:8,20
**inefficient**
93:16 94:24 97:22 98:5,12
98:17
**inference**
324:9
**inflows**
255:20
**influence**
304:19 310:2,13 311:10,17
313:14
**influenced**
78:19 79:4,17 80:4 309:18
**influencing**
311:11 312:7,21
**inform**
278:7
**information**
77:17,21,21 78:2 80:8
114:3,12,24 115:5 116:1,4
116:10 118:25 119:1,5,11
119:15,17,20 120:1,4,11,21
120:24,25 121:7,9,13,23
137:5 138:4,20 142:23
144:14 158:11 159:5
164:25 167:6,21,23 168:12
168:16,19,21 169:4 171:19
215:4 272:15 273:4 332:11
**informational**
85:20 121:17 165:23
168:13
**informed**
132:15 136:22 176:4

**[informed - kellogg]**

informed (cont.)
  274:17
informs
  70:21,25 196:2
infre
  64:14
infrequent
  64:14
infrequently
  64:15
inherent
  211:17
initial
  25:3,5 233:13 279:3 303:20
  305:14 309:8 310:19
  314:15
inputs
  105:25 185:4 316:19,23
  317:7
inquiry
  146:1 157:5
insignificant
  113:13 183:5 197:2 204:8
  204:23 205:14 222:20
insofar
  312:25
inspected
  105:18
instance
  157:21 165:19 168:5
  172:24 244:15 284:17
instruct
  58:25 59:7
instructed
  105:19
instruction
  48:13 60:6,21 61:1 294:2
instructions
  47:2,6 51:23 53:12,13,24
  54:13,22 55:24 56:16 100:2
instrument
  207:22 208:5 330:4,5,7,20
  330:22,24 331:4,6,7
instruments
  83:15
intend
  24:9,19 27:15 28:12
interact
  85:9
interacted
  50:20 51:25
interactions
  51:21 55:10 56:11 60:12
intercept
  205:22 206:10

interchangeably
  115:9 181:8
interested
  88:20 119:1,7 124:18
  128:22 147:5 206:12 318:1
  334:14
interests
  301:9,11
interfaced
  50:23 52:4 53:4 54:11 57:1
  99:25
interfacing
  52:16 53:22
interference
  256:16
internal
  278:2
interpret
  76:10 148:16 149:4 150:1
interpretation
  137:2 143:2,7 228:22
interpreting
  228:21
interrupt
  15:12 23:5 41:10 118:9
  296:11
interruption
  51:8 256:18
intersects
  307:9
interval
  95:2 97:15 122:25,25 127:1
  129:13 212:9,10,15,23
  213:9 214:1,14,16,17,20
  215:7,10,25 216:7,23
  217:18 218:1,3,7 219:7
  220:22,25 221:21
intraday
  94:16 95:1,13 321:4,8,10
introduce
  261:16
introduced
  260:5 264:9
introduces
  262:22
intuition
  142:19
invalidates
  220:4
invest
  14:16
investment
  13:18,20 14:4,8,13,16,19
  14:23,25 15:6,9 16:5,10,16
  16:19 17:2,5,25 233:23
  234:1,25 330:4,17,21 331:5

investment (cont.)
  331:15
investors
  236:22 270:17 271:8,19,20
invokes
  273:19
invoking
  118:16 276:21 293:24
involve
  16:22 17:8 301:8
involved
  39:9,11 63:14 269:23,24
involves
  38:3 70:3 316:2
involving
  85:12 246:22 273:14
irrelevant
  108:16,24
irrespective
  98:22 99:7
ish
  83:18
ishii
  209:23 210:17
issue
  38:6 80:14 84:22 102:5
  147:10 205:12 237:24
  277:1 284:20
issuer
  84:9
issues
  29:16 45:19 83:6 85:8
  198:20,22 236:13,13 276:3
  279:3 281:18 282:17
issuing
  83:11
italicize
  235:24
items
  90:16

**j**

jacket
  256:17
january
  248:8,18 249:3
japanese
  157:16
jberg
  4:23
jdaniels
  3:18
jed
  273:1,22
jensen
  209:9

jensen's
  211:11
jersey
  2:21
job
  1:25 205:24
join
  53:5
joining
  12:7
jon
  3:11 12:6
journal
  104:11,12 139:16 166:25
  209:24
judge
  44:13 45:23
judgment
  106:13 130:6 139:9 169:13
july
  286:13
jump
  106:23
june
  285:25
junior
  46:25 47:5,13 48:12 52:3,6
  54:5
justin
  4:13

**k**

keep
  115:8 234:9,21 269:7,7
keeping
  266:9
kellogg
  4:10,11 11:12,15 12:19,20
  13:23 15:11,17,24 17:3
  18:13 19:25 20:15 21:3,19
  22:14,23 23:18 25:11 28:23
  29:7 34:23 35:17 36:4,14
  37:4 38:20 39:7,11,14
  40:19 43:1,8,19 44:5,20
  45:11 47:22 48:14 51:13
  53:17 54:9,18 55:9 56:9,23
  57:8,18 58:5,9,15,19 59:3
  60:9,17 69:17 70:17 71:8
  71:18 72:9,23 73:11 74:1
  74:10,23 77:16 78:21 79:7
  79:18 87:16 88:4 89:11
  90:19 91:13 92:12 94:4,11
  95:15 96:17 97:9 98:1,18
  98:23 107:23 108:22 113:3
  113:19 117:5 118:12,22
  119:19 120:8,16 122:1
  123:10 126:4 127:6,21

[kellogg - level]

**kellogg (cont.)**
129:1 130:9 131:16 132:17
133:3,15 134:4 135:1,12
136:19 139:21 140:6 141:3
141:22 142:21 143:3,10
144:8,23 145:12,24 146:14
147:2 148:19 149:2,9,16
151:5,17 152:4,18 153:8
154:14 155:3 159:11 160:7
162:8 163:16,25 164:19
165:10 166:11 167:18
170:8 171:5,9,14 174:17
175:15 176:11 177:24
178:23 179:10 181:2 182:9
182:15 184:21 190:15
192:25 195:13 196:5,18
199:19 200:6 201:12,20
202:4,14 203:13 204:10,25
205:17 206:4,24 207:12
208:11,24 212:17 213:1
214:4,25 215:12,21 216:9
216:14 217:3,11,24 218:17
219:15 220:17 221:12,18
222:7 223:24 224:12 225:4
229:8 230:2,22 232:10
237:8,18 238:6,23 239:21
239:24 240:12 241:13
242:3 243:1,18 244:5,25
245:15 247:13 248:19
249:4,16 250:19 251:23
252:17 253:7 257:25 260:8
260:15 263:1,19 266:6
268:2,7 271:14 278:15
287:11 290:2,24 293:2,22
294:5 295:5,21 299:10
301:1,13 302:4,7,13,17
303:6 307:20 310:6,15
311:12,18 312:8,23 313:16
317:1 318:14 320:18
321:17 323:2 325:13 328:3
329:15 330:8,25 331:8,17
332:21
**kellogghansen.com**
4:21,22,23,24,25
**ken**
131:22
**kept**
53:20
**kind**
70:2 83:15 189:7 220:4
271:3,4 296:10
**knew**
31:19 210:17
**know**
13:8 15:22 24:11 31:11,13
31:23 32:18,20 34:24 35:2

**know (cont.)**
35:24 36:5,20,23 37:21,25
39:11 40:5,6,17 41:4,20
44:9,24 45:4 49:16,17,18
52:3 53:18 54:11,23 55:4
56:3,17,17 57:24 62:20
64:1,5,12 67:4,16 68:19
70:6,18,19 71:11 74:11,24
76:8,12 83:9 85:8 86:14
88:6,7,9 93:12 95:22 96:9
96:11 99:12,22 101:17,17
103:7 104:24 105:20
108:15 109:20 111:2,12,15
112:3,17,18,20 113:6,6
114:5,11,20 115:2,3 116:12
116:12 119:13 120:19
121:23 123:22 124:13,16
128:13,16,21 129:5,5,16
131:19 134:5,9,10 135:15
135:21 136:6 138:8 139:16
141:9,10,13,13,17 145:4,17
147:4 149:17,18,19,19
152:8,11 154:2 155:8,15
156:15 159:2 160:24
162:11,12,13,16 163:2,4
165:2 167:8,21 168:6,9
169:12,18 175:18 179:22
180:8,15 182:16 184:17
185:8,13 187:11 189:7,15
189:24 190:6,17,21,23
191:14 192:10 193:10,12
195:17 198:24 200:10,14
200:22,25 201:13 205:11
207:16 209:1 210:20
211:15,21,23 212:12 213:8
213:9,10 214:8,9,13 215:9
216:12,15 217:6,8,25 219:4
219:21 221:5,6 222:24
223:3,5,6,9 225:25 227:9
229:12 230:13 232:1 238:8
240:25 241:2 243:4 244:7,8
244:17 245:3 247:25
248:14,25 252:20 254:17
255:11 256:7 257:19 258:9
258:11 260:16 261:4
264:25 265:2,3 268:22
269:12 271:15,24,25
273:15,18 274:6,23,24
275:9,11 276:19 277:20
279:22,24 280:1,3,3,9
281:11 282:24 284:18,25
284:25 285:20 286:1,3,6,23
288:14 289:9,9,13 290:11
293:17,19 294:24 295:9,25
296:1,2 299:1 300:12 301:4
301:8,22 303:11,16 306:1

**know (cont.)**
307:3,9 311:4 314:8,18
315:4,4 316:2 318:5 320:3
329:7 331:25
**knowledge**
14:14 38:15 55:2,3 118:13
131:1
**known**
31:6 132:7 169:22 210:16
210:20
**knows**
146:19

**I**

**label**
163:12 258:21
**labeled**
86:8 115:14 140:18 147:12
228:6 324:19
**labs**
1:7 2:7 4:2 10:11
**lack**
49:17 158:22 175:25
298:15
**lag**
246:6,8 323:22,23 324:12
324:13
**lagged**
247:15 251:8
**land**
72:13
**language**
125:13 258:10 304:13,18
305:3
**lapse**
66:6
**lapsed**
66:7
**large**
47:13 66:24 69:8,11 105:7
106:13 109:17 165:16
293:15
**larger**
38:4 167:13 287:16
**largest**
140:19 141:4,16 142:5,6
166:4 169:16,18 172:9
197:12,16
**larsen**
1:8 2:8 5:13 10:13 38:12
273:1,22 277:6 278:8,12
279:6 281:22 285:22
313:13 324:21 326:9,14,15
328:22 329:4
**larsen's**
282:14,21

**late**
287:10,10
**law**
13:3 16:18 17:7 40:5 66:4
82:22 83:3,21 84:4 301:5
301:24
**laws**
43:7 44:4 45:10,22 83:7
85:10
**lawsuit**
38:6 42:2,14,16
**lawyers**
38:18
**lay**
292:12,12
**layman's**
177:8
**layperson's**
133:24
**lead**
181:16 238:24 244:18
**leads**
324:2
**leakage**
80:8
**leave**
41:21 175:16 214:10
216:10 223:5
**ledger**
314:20
**left**
188:10 190:22 191:5
208:23 229:15 296:13
314:21
**legal**
10:20 13:24 14:8,10,17,20
15:2,7 16:12,14,18,20,20
16:21,22 17:7,8 23:19 43:9
43:10,20 44:6,12 45:5,6,12
45:18,19,23,25 48:16 69:9
69:16 75:11 290:25 291:4
293:23 294:6,7,12 295:12
301:2,3 309:9,11 331:1,9
331:11,19
**legs**
297:2
**letter**
12:22,24 13:5,6,9 36:24
**letters**
13:3
**letter's**
12:21
**level**
27:9 31:17 38:2,6 71:19
73:19 84:25 85:10 103:16
111:20 113:14 114:6

**[level - market]**

level (cont.)
146:15,18 200:24 204:19
212:12,18,19 213:12,17,22
216:23 226:12 250:2
256:11,20,23 257:13,16
269:22,22 290:7 311:13
levels
256:1 257:18
levinson
68:22
lewinski
52:13
lewon
52:13
lewonski
52:13,14 53:2
lewonski's
52:19
lexecon
12:22 13:6 47:1,5,13,17
48:8,16 49:25 50:3,23 51:2
51:19,20 52:11,20 53:5,24
54:6,25 55:7,11,23,25 56:5
56:7,12,14,19 57:3 99:21
100:1,10 105:19 171:12,15
license
66:1
licenses
65:22,25
life
62:19
lifetime
62:6,9
likelier
220:15 221:15
likewise
197:22
limit
105:9 118:9 264:21 265:7
limited
89:16,22 303:4 307:17
line
9:4,11,16,21 190:4 254:7
linear
8:4 240:24 241:4,6 242:10
242:13,17 243:9
lines
31:10 52:15
lingering
42:4
lining
241:1
link
73:10,24 74:21
liquid
267:5

liquidity
266:23,25 267:3,10 283:19
list
33:3 40:6 52:2 68:9 90:7
118:6 145:15
listed
27:24 28:2,2 68:3,6,7 69:12
70:5 86:12 90:17 108:19
listing
197:12 267:13,19,24
280:12
litecoin
169:19
literature
16:4,8,25 20:25 21:2 22:12
22:21 35:22 69:18 100:17
100:18,19,24 101:7,10,25
102:2,7,10,23 103:3,8,18
104:4,4,7 112:19 116:16,19
116:25 117:3,10 118:15
127:24 129:10,25 130:13
130:17 131:2,13,15 132:6,6
132:12,16,19,20,21,21,22
132:23 133:9,12,18 134:12
134:13,19 135:7,22 136:14
139:13 140:8,10 146:10,20
146:21,23 149:22 153:22
154:4 155:11 157:19 159:3
159:19 160:10,15 166:7,22
179:25 204:19 209:8,11,15
210:6 211:1,8 224:22 239:4
257:22 267:9 295:3,7
litigation
15:1 68:21,25 152:7 169:22
233:16
little
15:17 23:7 33:16 62:12
108:9 120:17 137:11
159:12 210:24 266:6
279:19,25 282:9 287:13
328:7
liu
104:11 137:14 166:23
llp
4:3 5:15
locate
271:10
located
10:21
logical
158:18,25
lombardozzi
1:24 2:19 334:25
long
32:6 91:6,20,25 95:19 97:1
125:2 128:17 150:16

long (cont.)
209:11 235:7 238:19
260:17 266:1 286:17,20
287:4 288:2 289:18,25
295:19 305:17 309:17
310:3,13 323:3
longer
15:23 52:22 154:9
look
13:4 29:11 30:6,19 68:6
70:21 84:12 91:2 101:24
106:10,19,20,24 109:6
114:13,14,19 115:11
127:17 135:14,19 146:16
147:11 155:18 163:15
172:19 176:16 185:18
199:1 205:13 208:9 209:8
209:21,22 210:4 211:19,25
213:13 221:24 223:15
228:2 236:14 258:2 259:17
265:22 274:5 280:3 286:22
287:18 307:23 308:4
309:13 313:22,22 320:1
looked
92:3 101:15 103:1 135:3
152:2,17 161:5 183:15
224:1 227:22 286:25
looking
19:8,10 105:22 128:19
129:7 143:21 150:24 151:7
151:8 154:5 166:16 172:17
175:2 177:4,6 181:12
186:22,23 187:11 190:5
199:2 206:2 208:19 210:21
212:3 223:9 240:13,24
242:9,17 250:25 251:2,5,12
251:17 253:13 259:18
269:8 275:13 280:21
287:19 290:10 305:13
319:7 325:2,3 326:13
327:18
looks
105:6 326:25
losses
236:23
lost
197:2
lot
40:5 46:6 53:22 100:12
117:20 134:8 169:24,24
247:1 250:16 258:6 259:17
lots
121:10
low
177:17 280:8 321:6,9,11,20
321:23

lowanski
54:24
lower
115:24 120:20 121:17
162:6 167:12,17 176:7
186:24 244:19 279:22
280:12,12,14
lunch
170:9
luncheon
170:15

**m**

magnitude
204:4
mail
4:8,21 5:10,21
main
77:14 100:24 302:7
maintenance
321:24
majority
63:5 279:9 280:16
maker
30:20 247:22 286:14
makers
283:17,22 284:12
making
20:23 101:18 140:25 225:6
265:6 280:24 304:25 305:4
323:19,23
manage
234:15 299:17
management
283:6
manner
120:21
mark
3:9 11:13 12:4 87:16 122:1
123:4 163:16 170:8 171:5
marked
9:15 18:3,5 23:24 24:2
107:1,8 239:7,9
market
30:20 37:23 62:2 68:11,25
69:5,15,22,24 70:9 76:8,9
79:13 85:21 91:21 93:16
96:10 97:22,25 98:4,5,11
98:17 99:4 118:21 119:18
120:5,12,22 126:22 131:21
133:2,6,13,25 134:5,14,20
134:24 135:4,5,11,14,19,20
137:3 140:19 141:5 142:5
146:4 149:11,20 150:9
151:22 153:11 154:7,22
156:2,6 157:14 158:23,23
161:17 162:1,5,23 163:3

**[market - mischaracterizing]**

market (cont.)
164:5,17,20,22 165:6,8,15
166:5,9,21,24 172:9 176:10
179:19 180:10 182:5
184:11 187:8 194:18
207:24 222:25,25 223:2,11
223:16,17,19 224:10,16,17
225:17 234:25 236:7 244:3
244:7,9,16,23 245:1,2
246:14 247:12,22 248:14
248:25 249:14 260:9 261:2
263:3,13 283:17,19,22
284:11 286:14 288:4 289:1
290:11 304:6 305:17 306:9
306:10,11,13,15,16 307:3,5
307:18 308:6,17 313:6

marketcap
197:16

marketplace
80:8 83:16 237:23 244:12
245:5 261:11 306:4,8

markets
75:19 77:15,18 91:1 119:9
119:22 120:6 121:14 137:6
143:13,14 144:14,15 145:2
149:24 151:11,12 152:11
152:23 159:16,24 160:1,14
175:5,13,20 178:8 181:14
195:6 306:10 309:5

market's
68:15 94:24 175:25 288:18

markup
57:25

materials
28:2 34:18 35:25 53:20,21
86:8,12 326:3

math
216:4,24 261:18

matrix
77:25 78:2 114:4,12,25
115:6,24 116:2,5,11,11
119:6,16 120:20 121:2,16
167:22

matter
10:9 22:6 40:13,14 47:6
48:13 49:5,23 50:5 76:19
95:18 103:14 155:12 206:9
234:14 292:2 301:14
305:14

matters
39:14 45:6 80:2,7 160:9

mature
175:6,14,21

maturity
175:25

maxim
148:25

maximize
300:24

maximizing
301:12,17

mccaleb
273:1,22 275:2 277:6 278:8
278:12 279:6 281:22

mccaleb's
282:14,21

mccrimmon
6:3

mcsi
157:14

mean
16:15 23:5 35:8 37:16 41:9
45:15 58:7 77:21 78:14,22
92:1 99:5 101:13 103:2
106:23 114:10 120:17
124:4 127:11 128:13 133:4
133:5 134:6 136:18,21
144:10,24 150:23 156:7
169:3 176:8,24 177:5,11,25
179:12 185:5 187:13 188:4
188:4 189:23 190:17,17
191:2,10 197:10 201:13
205:1 208:25 210:15,15
211:10,11 213:20 224:13
227:9 238:13 242:1,5,8,19
242:22 243:11,13 244:8
256:3 257:2 259:22 270:14
271:12,15 275:5 276:1
286:20 291:23 292:4
293:24 294:1,20 295:6
298:11 300:11 306:6

meaning
13:21 14:5 16:21 17:11
96:13 136:21 143:15,24
209:11 255:19 282:19,22

meaningful
204:2 205:8,9

meaningfully
76:10

means
45:14 104:8 150:24 154:23
177:9 178:15 217:19
242:23 243:13,14 289:23
290:4 321:7

meant
260:19 299:2,2,23 300:15

measure
185:6 208:21 209:13,16,18
210:7 211:2 257:23

measured
263:11

mechanism
244:10,21

media
60:2 122:13 222:11,17
333:1

medium
81:11 82:3

mem
39:2

member
65:23 66:3

memorized
116:9,12 138:3

memory
37:12 38:22 39:9,13 41:18
41:23 42:12 44:21 52:9,23
55:14 64:2 80:17 136:6,8
183:22,23,25 184:3 214:8
215:24 216:22 276:5

mention
20:19 31:25,25 32:5 35:14
84:22 85:5 137:13,14
209:23 304:11

mentioned
35:3 36:16 84:19 85:6,7
97:20 183:1 211:11 223:20
235:12 267:23 278:16

mentions
31:24 84:11,13

merging
53:23 54:16,21

merwe
50:22 51:25 53:15 54:15,24
57:4 100:1

met
38:9,12,15,18

meta
316:4

method
212:14 290:10

methodological
245:20

methodology
73:9,18,18 103:21 116:15
132:14 135:25 140:3
165:21 220:5 239:3 309:22

metric
177:11,12,12 232:22

metrick
209:23 210:17

■■■
7:23 24:15,24 25:5 26:5,17
27:4,13 29:8,10 96:21
104:25 107:9,10,20 108:18
111:16 114:17,19 182:16
182:20

■■■
25:7,14,19,23 26:2,7,12
27:17 29:14,24 93:25 106:1
106:5,19 113:11 183:15
185:13 196:12 221:24
228:2,17 229:4 230:20
231:6 232:9 237:2 238:2

mgertzman
5:22

mic
51:6

michael
4:11 5:17 18:10

microphone
256:16

microsoft
293:20,21 294:3,4,8,16,17
295:17,18

mid
226:4

middle
183:5 215:16 216:1,2,17

mike
209:8 211:11

million
108:5 162:24 164:6 165:3,3
166:1,2,25 167:2 248:7
261:21,23 262:8,10,17
326:15 327:2,7,23

millions
165:9

mind
40:6 64:2,6 103:23 111:6
111:14 112:17 198:25
202:1 205:11 250:24
319:19

mine
56:5

minimize
308:7,18

minimum
161:17 165:24 166:9

minkin
3:10 12:6

minkina
3:17

minute
59:12 270:4

minutes
296:13 329:11

mis
328:6

mischaracterizes
56:10

mischaracterizing
131:17

[misimpression - non]

**misimpression**
126:7
**mispronounce**
52:12
**misreading**
328:7
**misrepresenting**
213:8
**misstatement**
159:13
**mistaken**
235:3
**misunderstanding**
92:23
**misunderstands**
165:13
**misunderstood**
158:7
**mixes**
113:7
**mixing**
110:23
**mkellogg**
4:21
**mm**
171:13 172:21 247:8
265:20 314:22
**mod**
127:1
**model**
20:21 26:24 31:12,18,20
32:9,13,19,25 33:25 34:20
35:5,15 36:3 53:6,10,11
73:13,14,18,22,23 74:3,4
74:16 75:22 76:16 77:19
78:5 79:10,15 80:2,10 86:2
88:12,15,16,20,21 89:19
90:12,15 91:16 93:17 95:6
96:19,24 97:8 105:24
108:10 109:21 111:13,22
113:2 122:19 123:12,14,15
123:17,19,25 124:4,9,10,10
124:12,22 125:21 126:25
127:10,11,19 128:3,23
129:10,15 130:13,17,20
131:1 136:1,5,9,13 138:7
142:14 143:23 144:10
145:17 146:6 147:5 149:22
153:22 154:3,18 155:11,11
155:17 157:5,6 158:17
159:18 165:14,21 166:6,10
167:3 168:14,19,22 173:20
174:6,7,7 176:16 178:20
179:2,5 180:2,4,21 184:17
185:6,7 188:5 189:20,22
190:1,10,14,18,21 191:3,16

**model (cont.)**
192:2,5,8,21 193:1,3,16
194:23 195:4,9,11,17,25
196:4 202:20 205:15,18,20
205:22 208:23 210:11
211:4,17,18,20,24 221:22
228:7,13,18 230:3,4,14,15
232:5,11,13,14,18,20 235:5
237:15 238:14 250:12
251:18 252:1,8,13 253:5
254:13 257:5,8 272:20
310:18 315:19,23 316:16
318:17 319:5
**models**
112:10 121:20 123:15
124:9 127:14 128:1 129:4
129:11 132:9,10,23,24
155:23 156:11,13 192:10
192:13 193:21 196:11
203:1 295:11
**model's**
124:18 177:23
**moment**
33:4 138:15 156:17 172:6
177:1 259:17 264:6 275:8
279:16 283:9 285:8 314:1
315:15
**monday**
111:12
**mondays**
110:23
**money**
300:12,13
**moneygram**
30:6 198:22
**month**
44:24 112:2,3,10 206:15,18
209:3,6 250:16,17,18 251:8
254:10,11,12 264:11,16,20
286:24 287:6
**monthly**
31:15 128:1 129:4,8 184:20
191:23 194:15 199:3,4
206:23 207:11 225:24
226:9,15 227:14,16 230:5
242:23 243:14 250:14
251:6 252:9,14 255:22
256:13,19,22,25 257:14,14
265:2,7,10,14,24 269:6,21
275:11 276:12 287:12
**months**
216:19
**morning**
10:6 11:10,23,24 168:25
174:22 182:17 183:14
247:18,21,24 303:13

**motivated**
128:19
**motivation**
140:12
**motivations**
263:17 311:21,21,25
312:11 313:2,7,19
**move**
149:23 170:5 224:20 279:7
283:7 286:8 296:7,15
324:17
**moved**
52:23 153:5,6 154:12 247:9
**movement**
85:16 153:1 154:19 249:23
**movements**
75:18 90:25 99:4 119:8
125:22 126:23 137:7
143:12 144:13 150:9 151:9
151:10 152:11,13,16,16,23
153:11,16,17,21,21,24,25
154:7,12,22,25 155:1
165:14,15,18 167:9 168:14
304:5 310:23
**moves**
149:10
**moving**
61:18 69:2 141:13 188:10
229:15 247:4
**msc**
157:14
**mse**
241:23
**multifaceted**
255:22
**multiple**
49:16 269:24 287:4

---

**n**

**n.w.**
4:17
**name**
10:19 11:25 12:2 50:21
52:13
**named**
278:7 334:9
**narrow**
14:1
**national**
110:22
**natural**
184:9 257:8 296:23
**nature**
40:21 48:17,22 130:1
131:15 132:13 232:14
**near**
19:4

**necessarily**
207:13 244:6
**necessary**
215:5 218:22
**need**
15:21 76:8 127:16 139:20
171:20 172:10 182:19
204:11,13 218:19 238:9
296:2 310:7 322:24
**needed**
160:11
**needs**
159:14 322:18
**negative**
147:22,25 172:17,23 173:3
173:15 180:19 193:23
199:21 200:2 207:17 208:1
208:3 210:9 211:3 232:16
**net**
228:6,13 250:1,14,21,22
251:7,12,17,24 252:4,5,9
252:14,19,19,20 256:25
257:22 262:22 263:6
265:13,14,22 267:18
268:12,14 269:11,16,16
286:21,25 287:5,9,12,15
314:13
**nevertheless**
30:17 132:14
**new**
1:2 2:2,17,17,21,21 3:8,14
3:14 4:6,6 5:19,19 10:17,18
69:12 70:4 83:18,18 206:16
215:15,22 216:2,5,17,24
220:2 267:13 334:1,3
**news**
70:15 71:3,7,17 72:7,16,18
72:21 73:10,25 74:21 76:3
90:8 92:14 94:2,18 95:24
96:9,13,14 97:5 126:16
231:11,25 232:3
**nicole**
5:6
**night**
76:20
**nine**
96:1
**ninety**
115:9
**nitpick**
149:17 207:1
**non**
30:6,12 77:18 90:25 119:22
120:6,22 125:3,21 127:3
137:5 143:13 144:13
150:17 151:2,8,14,22

[non - okay]

**non (cont.)**
152:22 154:21 156:2,6
159:5,23 160:1,13 178:7
187:8 191:25 194:17 195:6
223:16 224:21 226:11
235:9 247:6,10 248:9,16
249:1,13,19,21,24 285:22
289:17

**noncryptocurrency**
143:13

**nontrivial**
257:12

**normalize**
253:15

**normally**
289:21

**north**
62:4,5,7,9,14,16 66:25 67:2
67:13,16,17

**notary**
2:20

**note**
62:10 91:15 272:6 303:11
303:15 325:5 328:11

**noted**
10:24 324:24

**notice**
2:21

**noting**
34:13

**notion**
319:24

**novel**
121:22 136:14 308:19

**november**
7:19,24 320:1,1,7

**ntatz**
5:10

**null**
194:14 200:13 203:5
218:21 219:2,20 220:23
311:2

**number**
7:10 8:2 10:13 33:16,17,20
39:10 40:7 49:6,18 61:24
62:2,3 63:1 64:16,19 65:1,2
65:3 66:24 67:10,11,15,19
72:17 79:1 93:1 114:9
130:1,21 131:15 132:13
139:3,9,10,25 140:4 148:23
196:6 218:3,4 233:10
250:18 255:25 258:5
259:11,23 260:4 279:24
321:22 324:23 326:9
327:25 328:19 332:25

**numbers**
261:18 265:13

**nw**
5:7

**o**

**o18**
315:13

**object**
58:25 59:3,6,6 239:21

**objection**
11:17,18 13:23 17:3 19:25
20:15 21:3,19 22:14,23
23:18 25:11 28:23 29:7
34:23 35:17 36:4,14 37:4
38:20 43:1,8,19 44:5,20
45:11 51:13 53:17 54:9,18
55:9 56:9,23 57:8,18 69:17
70:17 71:8,18 72:9,23
73:11 74:1,10,23 77:16
78:21 79:7,18 88:4 89:11
90:19 91:13 92:12 94:4,11
95:15 96:17 97:9 98:1,18
98:23 107:23 108:22 113:3
113:19 117:5 118:12,22
119:19 120:8,16 123:10
126:4 127:6,21 129:1 130:9
131:16 132:17 133:3,15
134:4 135:1,12 136:19
139:21 140:6 141:3,22
142:21 143:3,10 144:8,23
145:12,24 146:14 147:2
148:19 149:2,9,16 151:5,17
152:4,18 153:8 154:14
155:3 159:11 160:7 162:8
164:19 165:10 166:11
167:18 174:17 175:15
176:11 177:24 178:23
179:10 181:2 182:9,15
184:21 190:15 192:25
195:13 196:5,18 199:19
200:6 201:12,20 202:4,14
203:13 204:10,25 205:17
206:4,24 207:12 208:24
212:17 213:1 214:4,25
215:12,21 216:9,14 217:3
217:11,24 218:17 219:15
220:17 221:12,18 223:24
224:12 225:4 229:8 230:2
230:22 232:10 237:8,18
238:6,23 241:13 242:3
243:1,18 244:5,25 245:15
247:13 248:19 249:4,16
250:19 251:23 252:17
253:7 257:25 260:8,15
263:1,19 268:2,7 271:14
278:15 287:11 290:2,24

**objection (cont.)**
293:2,22 294:5 295:5,21
299:10 301:1,13 303:6
307:20 310:6,15 311:12,18
312:8,23 313:16 317:1
318:14 320:18 321:17
323:2 325:13 328:3,5 330:8
330:25 331:8,17

**objective**
139:5,19 140:3

**obligation**
283:2,3,5 298:3 300:24
301:19

**obligations**
299:19 301:6,23

**observation**
175:18 238:14 265:6
323:23

**observations**
184:20,25

**observe**
72:15,17 76:2 83:16 103:18
104:6,9 126:12 142:13
145:9 195:1

**observed**
137:18 142:17 145:21,22
194:15 237:5 304:5

**observes**
146:11,24

**observing**
146:5 210:8 265:2

**obtain**
277:5 316:9

**obtained**
195:24 239:15 272:15

**obvious**
159:17 183:24

**obviously**
15:6 16:17 25:3 27:4 28:9
29:16 30:2 31:5,8 32:21
36:6 44:10 45:22 56:16
75:24 104:16 111:12
123:15 124:11,14,21 126:5
144:10 147:8 156:15
159:14 165:23 166:3
195:16 200:22 219:6
223:15 226:23 229:19
245:6 259:1 269:9 273:13
278:4,25 280:22 285:1
287:5 301:22 303:12,17
306:2 313:5 314:20 326:8

**occasion**
62:11 63:6 64:13

**occasions**
312:20

**occur**
42:17

**occurred**
55:16 60:16,25 63:11 75:5
96:12 182:25 184:8 237:6
246:23

**occurring**
96:3 244:14

**occurs**
14:24 205:3 309:5

**october**
7:14 28:20

**odl**
198:22 283:20

**offend**
39:3

**offer**
24:9 308:24

**offered**
28:20 80:19,23 81:2,6,10
330:4,20 331:5,15

**offering**
71:25 73:7 85:19 97:23
153:15,23 222:19 293:13
311:16 312:5 313:12
319:13

**offers**
283:18

**offhand**
17:15 34:24 35:2 36:6
70:10 162:12,13 163:2,4,7
217:25 230:24 250:11
265:12 275:4 276:10

**office**
3:8

**offices**
2:16 10:16

**oh**
18:14 32:5 33:10 82:21
107:17 114:10,16 137:13
158:7 196:22 197:10
211:10 248:3 261:7 286:10
296:17 308:8,15 325:2

**okay**
12:11 13:11 14:9 15:3,10
16:13,24 18:23 19:1,14,21
21:16 24:8 25:6 26:1,11
27:21 28:3,11,18 29:1 35:3
35:10,14 36:18 37:18 40:22
40:24 43:3 45:17 48:1,3
49:15,25 50:3 51:17 55:21
56:6 57:23 58:20 59:18
60:3,18 61:3 62:7,16,21,25
63:7,21,24 64:8,20,22
65:21 66:1,9,16 67:13,20
67:24 68:10 72:12 73:7

**[okay - paragraph]**

okay (cont.)
  77:3,8,12 78:14,16 81:14
  85:23 86:17,22 87:3,14,15
  87:22 88:13,18 89:4 91:10
  91:18,25 93:4,9 94:7,14
  95:17 97:20 98:3,20 102:23
  105:12 107:4,13,17,24
  108:7,8 109:13 112:13
  114:8 115:19 122:5,22
  125:12,19 126:24 129:23
  132:11 135:8 137:25
  138:22 140:13 142:16
  147:17,25 148:5,11 150:1
  150:22 151:1 156:5 157:1
  159:12 162:4,10,22 163:2
  163:21,25 164:1,14 170:12
  171:21 172:11,12 173:24
  174:11 177:20 178:18
  179:3 182:12 186:6,7,8,22
  187:5,5,16 188:2,12 189:11
  190:5,12 191:17 192:5,18
  193:20 194:1,6,19 197:6
  198:5 199:1 201:4 203:10
  203:25 206:14 208:17,18
  212:3,22 213:24 216:4
  217:13,17 218:5 219:9
  221:24 222:5,8 224:6
  225:11,13 226:3,7 227:1
  228:2,2,4,11,17 229:4
  231:5 233:12 237:2 239:6
  239:20 241:8,15,20,25
  242:4,7,12,17,22 243:3,8
  243:13,20,23 246:10 248:3
  248:5,22 250:12 251:13
  252:1,8,22 253:8,12 254:3
  254:8 255:8,18 257:21
  258:4 259:11,21 260:3
  261:1,6,15 262:2,6,15,20
  263:21 264:1,7 265:25
  266:13 267:2,8,12 268:5,19
  269:3,14,19 270:2,8,10,21
  271:6 272:5,11,24 279:7
  281:2,20 282:10 283:7,13
  283:14 284:15 285:19
  286:8,15 287:8,25 289:22
  291:2,10,19 292:23 294:1
  295:16 296:7,15,17 297:3
  298:5,10 300:4 302:1,21
  303:2,10,21 304:3 306:24
  307:11 308:2,15 309:25
  311:8,14 312:2 313:9,22
  314:3 315:11,18,22 318:8
  319:10 320:11 321:2,7,12
  321:25 322:10,11 324:17
  325:2,5 326:13,20 327:6,9
  327:13,15,21 329:9,18

okay (cont.)
  330:2,15 331:3,13,21
ols
  189:25 190:19 193:9
  238:17
once
  159:4,23 198:6 204:4
  224:20
ones
  101:5 223:20
ongoing
  299:17,19 300:21
open
  41:21 223:5 321:19
opening
  20:14 24:13 25:7,16,19,24
  26:3 28:4,9,24 30:5,18
  34:21 36:1 74:25 86:3
  93:25 129:22 171:25
  184:10 185:19 230:11
  262:13 297:12 309:16
  332:5
operation
  282:24
operations
  299:18
opine
  24:12 78:18 79:3,15 80:3
  294:10 304:4 305:23
  311:24 312:11 313:2,18
opined
  305:25 306:1
opining
  15:8 16:21 263:22 291:6,10
  296:6 299:5 309:1,7 313:7
  318:12 320:14
opinion
  14:18 16:12,14,23 17:8,24
  18:1 25:7 34:8 35:20 43:4
  43:11,17 44:2,12,14 45:8
  45:25,25 48:17 52:8 65:12
  65:18 67:6 73:7,12,20,21
  74:2,16,18 77:9 80:19,23
  81:2,6,10 85:19,24 91:16
  94:14 97:24 98:20 123:8,24
  125:1 127:5,9 128:24 140:2
  144:5 153:4,15,23 174:13
  216:20 220:10 222:19
  238:4 263:16 272:1,4 291:5
  294:12 300:2,8,14,21 301:3
  303:3 308:20,24 309:11
  310:1,12 311:16 312:5
  313:3,13 319:13 330:3,19
  331:1,3,12,13,19,20
opinions
  16:2 24:8 28:5,19 29:5

opinions (cont.)
  36:12 53:3 54:8 61:12
  101:9 102:19 303:9,20
  306:20 313:19
opposing
  24:18 70:24 71:24
opposite
  95:23
opt
  101:22 110:17
opted
  158:12
oral
  59:2,8
orally
  58:4,14
order
  1:12 146:17 183:21 184:5
  316:3,4 317:5 322:11,19,25
  330:11
ordinary
  189:25 190:19
organization
  301:17
organized
  53:21
orient
  259:19
original
  109:19 258:4
outcome
  109:24 145:18 205:19
  334:15
outflow
  251:24 252:4,9 269:16
outflows
  250:22 251:7,12,17 252:14
  255:20 263:6,6 265:13,14
  265:22 268:13,15,22
  269:11,15,17 274:7 286:21
  286:25 287:5,9,13,15
  314:13
outlier
  108:18 109:3
outliers
  107:21
output
  124:10 174:6 240:10
  241:10,11
outside
  29:19 91:22 125:5 150:19
  235:8 274:20 278:18
overall
  245:7
owned
  46:12 276:7 277:23 297:19

**p**

p.m.
  2:18 122:11 171:4 222:10
  266:19 297:8 329:24
  332:23 333:6
pace
  280:2 296:10,10
page
  7:10 8:2,6 9:4,11,16,21
  19:5,15 20:11 27:7 86:23
  86:24 87:7 91:3,9,19
  107:13 114:13,15 125:6
  129:22 150:11 155:19,20
  161:22 163:8,13,24,24
  164:4 175:2 182:24 185:21
  185:25 186:2 187:14
  191:20 198:6,10 208:13
  225:14 227:2,6,12,25 228:5
  228:6,11 229:12,12 231:2,6
  234:23 236:1,15 246:19
  249:25 251:3 253:22 256:9
  265:1 274:15 275:10 279:8
  279:23 283:8 284:7,11
  290:12,15 293:9 303:22
  308:3,10 309:13,15 322:5
pages
  7:15,20,25 20:1,10
paid
  271:12
panel
  241:10,11,21,22 243:8
  314:4,10
panoply
  74:11 83:15
paper
  68:7 104:11,14 112:17
  117:6,15,18 118:3 128:18
  135:3 136:8 137:14,14
  139:17 146:16 147:8
  209:10,24,25 210:3,18
  211:12 240:14 316:11,13
  316:25 317:13
papers
  25:14,23 26:7 101:18
  103:19 104:9,15 117:21
  118:2,6,15 128:3,8,10,14
  128:20 129:2,6 134:16,23
  135:14,18 136:7 209:17,21
  209:22 210:12,16,18,19
  211:10,15 239:18
paragraph
  20:18,20 21:5,10,15,21,24
  22:3,18 75:8,9 86:22 87:1,8
  87:19 91:2,19 107:25
  109:12 125:1,10 126:2,6,8
  129:19,21,24 131:19,19

**[paragraph - personal]**

**paragraph (cont.)**
137:11,13 139:15 150:10
155:18 163:10,13,20 164:3
174:23 175:2,24 185:18,22
186:2,6,9,18,22 187:6,12
187:17 191:7,8,17,20,21
192:12,13,17,19,23 193:4,7
194:3,8,21 195:20 208:9,12
211:19 225:21 226:2,4
227:8 228:1,23 229:6,10
230:25 231:5 232:1 233:15
233:18 234:11,23 235:14
235:19 236:1,6,15 245:19
248:4 249:25 250:8 251:2
251:16 256:8 264:1,4,18
265:25 270:2,5 271:16,25
272:5,8,13,15 273:18
276:17,19 278:5 279:6,7
280:18 281:12,18 282:17
282:24 283:7,14 284:7,11
286:6,9,12,15 287:21 288:7
288:8,10 290:3 291:14,15
292:7,11,14,15 293:9
297:16 298:25 299:8,12
300:3 302:3,6,19,22 303:9
303:21 304:18,25 305:12
306:23 307:1,25 308:2,10
309:14,15 315:11,13,18
316:17 318:11,15 319:7,15
319:24 320:16,20 321:25
322:4,5,7,10 324:3

**paragraphs**
21:15 284:19 291:25 292:3

**parameter**
316:5

**parameterization**
317:10

**parameters**
221:17

**part**
16:12,14 17:24 19:10 20:6
46:22 65:18 66:17,22 73:1
74:18 77:8,8 78:7 84:6
89:24 113:23 114:1 123:25
124:5,11,21 143:12,18,19
143:21 144:19 145:6
154:10 157:24 172:3
174:11 188:12 189:14,24
190:1,18,21 191:16 192:21
230:13 234:2 239:18 240:7
240:8,9 245:6 250:23
257:15 270:25 276:11
277:24 278:23 282:1,16
283:2,4 293:3 298:6 299:21
304:17 306:17 330:10

**participants**
248:15 249:1,14 288:4

**particular**
26:25 112:17 128:18 137:2
154:6 170:3 186:23 267:24
280:23 284:20 291:18,25
292:3 306:5 307:6 310:17
311:7 313:5 318:4,5,13

**particularly**
167:14,15 210:15

**particulars**
46:9

**parties**
13:9 283:15 334:16

**parts**
307:23

**party**
30:13 48:6 63:9,18 64:10
64:23 65:9 247:7,10 248:16
249:2,13,20,21,24 324:25
325:7

**pass**
18:11 239:12

**passing**
84:13

**passive**
270:22

**paul**
5:15 13:8

**paulweiss.com**
5:21,22

**pause**
47:21 137:8 250:5 253:21
270:7 274:13 283:12
285:12 304:2,15 319:11
322:9

**pc**
114:1

**pca**
26:22 78:1,12,13,17 114:5
114:18,23 115:3,4,23 116:2
116:5,13 118:19 119:4,23
120:7,10,18 121:15,22
130:23 132:7,8,21,25
133:10,21 134:18 135:24
136:4,8,16,22,24 137:4,14
139:17 141:7,8,13,18
144:15 156:7,19 157:9
158:24 159:17,21,25
160:15,17 161:1,7,11,19
164:24,24 165:25 167:5,19
168:2,25 170:4 223:1

**pcas**
132:22 136:13 176:17
243:6

**pcs**
143:9 144:7

**peer**
74:12 100:17,21 101:25
102:1,2,18 103:3,18 104:3
104:7,15 112:19 119:25
239:4

**penalizes**
138:11

**pending**
57:12

**pennsylvania**
5:7

**people**
15:12 47:1,5 56:20 131:21
188:21,23,25 266:9

**people's**
281:8

**percent**
27:9 33:15,17,21 103:16
109:16 111:20 113:13
123:7 124:3 148:17,18
168:9,9 175:6,8 178:20,25
179:5 180:3,7,22 199:4
200:5,24 206:18,21 207:2,3
212:4,12,21,23 213:17,21
213:25 216:23 217:23
218:10,15 219:9,13 220:3
220:12,16 221:16 226:12
232:22 242:25 243:16
265:3,5,9 281:14 317:24,24
318:13,17,18,24

**percentage**
46:25 47:10,15 48:12 63:1
178:1 179:1 190:8 321:15

**perfect**
232:13

**perfectly**
43:12 238:16

**perform**
26:1,11,15 34:2 70:13 92:9
95:11 100:15 151:13
160:16 161:10 186:10
214:21 215:19 217:8
231:10 256:24 316:14,22

**performed**
13:7 25:15 26:12 28:18
29:4 36:11 61:10 70:8
88:14,24 89:5 91:12 94:10
98:21 99:6 101:12 245:25

**performing**
68:10 69:22 100:8

**period**
31:14 34:11 42:18,19 43:3
43:24 44:15 49:8 70:16
75:6,24 77:23,24 80:9,12

**period (cont.)**
89:18,18 90:4,10,11,21
92:4,7,7 95:9 96:6 97:11,13
97:13 98:6 99:12 102:11,12
103:6 104:5,5,17 108:11
110:5,6,8,10,15,18 111:14
113:24 117:4 118:1,11
124:3 129:7 133:7 134:20
135:5 137:23,24 142:7
151:20 154:9 156:12,13,20
156:21 158:24 160:20,21
161:6,14 162:5 166:13
168:7 170:3 172:18,20
173:12 174:1,1,7,8,16
175:4,4,7,12,14,19,19
176:1,2,5,6,8,13,13,21,23
177:21,23 178:3,9,11,19,19
179:2,4,9,16 180:21 181:24
181:24 183:13,17,18,19,24
184:14,15,18 185:3,7 190:2
193:22,23 195:3 197:25
198:11,17 199:3,6,22 200:2
200:4 212:1,7 214:2 215:11
215:20 216:8 217:10,15,23
218:11 219:11 220:14
225:8 228:8,14 230:6,9,9
231:19,20,20 233:1,2
237:11,21 241:1,3,10,12
242:7,14,18,24 243:10,16
251:14,19,20,22 252:21,25
253:2,4 254:1,1,5,7,24
257:5 259:25 260:13,17,19
260:23 265:4,16 268:5
279:15,22 280:8,11,15,22
280:23 284:21 285:6,16
286:23 287:17,19 314:25
319:14 320:15

**periods**
92:3,6 103:4 112:20 134:17
167:15 169:11 174:15
176:17 182:13 183:10
257:6 287:4 292:17 293:17

**permanent**
93:15,18 94:23,25 95:3,19
97:17 305:6

**permit**
58:22

**permutations**
111:15 113:11 181:18

**person**
50:22 51:2,19 52:11,17
53:5 54:11 57:2 203:21
289:19 334:12

**personal**
49:19 55:2,3 301:15 311:25
313:7

[personally - price]

**personally**
86:11 99:22 100:6,9,13
**perspective**
133:24 294:15 295:17
**pertained**
73:5
**pertaining**
28:19 82:14 95:12
**pfeffer**
4:14
**ph.d.**
1:15 7:4,13,18,23 11:5
334:5
**phenomenon**
230:18 232:7
**phrase**
14:7,16,25 16:16,17,19
17:6,6,13 91:10 92:15
97:21 188:23 189:1 194:2,7
201:16 203:9 227:11 291:6
295:10 306:1,5 307:24
**phrased**
17:4
**physically**
240:21
**pick**
252:1
**picked**
93:17 96:15 305:16
**picking**
96:7
**picks**
280:9
**picture**
245:7
**place**
233:4 246:3 263:15 284:6
289:5 308:8 334:9
**plain**
190:13
**plainer**
144:3
**plaintiff**
1:5 2:5,16 3:4
**plaintiffs**
63:6
**plaintiff's**
62:23 63:2
**planned**
236:8
**plans**
46:15 50:12
**platform**
267:14,25
**platforms**
289:5

**please**
11:2,25 23:6 59:4 106:24
107:16 115:13 191:18
219:16 225:10 228:5 264:2
270:3 302:3 321:1 328:9
**plimpton**
2:17 4:3 10:17 39:19
**pllc**
4:10
**plotting**
229:2
**plural**
106:9,14
**plus**
49:12 124:4 187:10 254:19
254:22 255:2
**point**
25:2 26:5 41:18 70:20
100:25 109:14 117:8
122:18 134:9 143:6 148:20
148:22 160:2 162:4 165:13
169:14 176:22 180:18
182:17,21 183:3 184:10
193:16,17,21 194:12 199:8
199:20,22,23 200:1,1,8,11
200:14 203:16 209:25
212:1 215:6 218:1,8 219:7
225:13,14 228:22 229:1,11
229:18 231:1 233:4 234:6
236:11 247:11 253:18
258:13 273:18 274:24
281:16,17 289:12 291:17
293:16 296:24 297:24
306:16 317:15,16,25 318:3
318:7,18,19,22 319:1
**pointed**
227:2
**pointing**
108:14 328:24
**points**
20:23 211:16 233:11 236:2
236:7 256:7 259:3
**policy**
85:8 301:14
**pool**
270:20 272:2 273:23
275:20 277:7 300:1
**pooled**
293:12 297:14 298:7
299:25
**pooling**
20:19 270:11,16,22,24
271:2,8,11,19,21 281:2,7
281:11,21 282:5,12,19
283:1 297:11,24 298:1,2,14
298:16,18,22,23 299:3,7,24

**pooling (cont.)**
300:5,11,15
**pools**
100:18 299:6 300:9
**portion**
9:15 33:24 87:11,15,20
91:8 123:6 127:4 291:8,11
297:13 299:12 300:20
**portions**
291:17 292:5
**pose**
254:4
**poses**
182:22
**position**
60:7 305:2,8
**positive**
126:15,19 144:12 172:15
173:13 199:9,21 207:18
208:3 210:9 211:4 232:16
**possibility**
152:15 157:10 165:22
223:6 237:4,16 289:24
**possible**
38:23 39:10,15 40:16 64:18
71:20 72:10 84:12 97:4
103:5 127:18 146:12,25
151:24 162:4,9,12 204:7,22
224:6,7 229:23 250:13
252:22 311:8 331:14
**possibly**
67:1
**post**
183:4,16,17 320:1
**potential**
33:17 119:13 179:18
222:25 266:25 318:16,25
**potentially**
167:6 244:16
**power**
123:17 138:13 177:23,25
232:20
**practice**
11:17 124:22 185:11,17
199:12
**practicing**
66:4
**pre**
176:8 320:1
**precise**
50:4
**precisely**
251:15
**preclude**
61:15

**predict**
180:2 205:15
**predicted**
199:5 228:20,24 229:9
230:25
**preexisting**
48:5
**premium**
266:23,25,25 267:3,10
**preparation**
16:2 36:9 52:1,7 54:7 118:3
118:10
**prepare**
28:17 174:12 321:4
**prepared**
18:24 25:23 26:8 35:25
118:18 214:22,23
**preparing**
54:2 77:5 117:19 210:13
**present**
6:1 155:24 192:14 200:17
**presented**
309:16
**presents**
111:16
**president**
50:25
**press**
41:14 42:1,13,15 43:15
45:3 46:2,6
**pretty**
33:3 256:3
**prevent**
12:12
**previous**
28:22 78:7 112:24 271:7
322:23 323:10,17 324:7
**previously**
314:16
**price**
32:14,19,25 33:16,17 54:16
71:4 72:16,19,21 73:10,25
74:22 75:7 76:1,4 78:19
79:4,17 80:4,13 85:16
89:17 90:10,17 91:6,20
93:18 94:3,21,22,25 95:20
95:25 96:14 97:1,6,6,10,15
97:17,19 98:10 99:2,2,11
99:12,16 101:22 102:3
104:20 105:14 106:6,18
109:3,14 115:15 116:16
119:8 120:5,13,23 122:19
122:24 123:6 125:2,4,22
126:8,18,19 127:4 128:24
137:6,7 142:25 143:9,15
144:7,13,22 145:10,22

[price - purchases]

price (cont.)
146:11,24 148:4 149:6,7
150:3,4,6,7,9,16,18 151:8
151:15,22 152:15,15,16,23
152:24 153:2,6,16,17,20,21
153:24,24 154:11,19,22
155:13 156:1 157:2 159:9
160:25 164:15,16 165:7,14
167:8,11 168:3,21 176:1
178:12,16,21 179:6,8
180:16,23 181:1,15,25
191:4,24 192:2,20 194:16
194:22 195:8 196:3 206:17
206:21 207:2,3,5,7 208:4,7
208:21 222:22 223:22
224:10,16 225:16,24
231:21 232:4 233:3 234:6
234:13,20 235:1,2,7,9
236:5,8 237:14,20 238:20
242:24 243:15 244:2,19
252:24 253:1,3,13,15,23,25
254:2,19,19,22,22 255:2,2
257:24 260:9,12,23 261:3,5
261:10,18,24 262:3,7,14
267:15 268:1 283:4 292:19
299:21 304:5,7,20 305:5,6
305:17 306:2,2,7,9,10
307:4,18 308:7,18 311:10
311:11,17 312:7,18,22
313:14 316:8 317:5,18,19
317:24 318:2,4,12,16,20,21
318:25 319:2,16,25 320:4,6
320:10,13,17,22 321:4,6,11
321:15,23,24 322:21,22
323:9,10,20
prices
35:8 73:5 79:10 87:6,13
88:1 89:10 90:5 92:11
94:16 95:14 107:20 108:2,4
108:19 127:10 152:2 153:5
154:12,25 155:2 160:6
166:9 176:8 182:7,14
235:16,24 236:22 244:22
253:10 254:21 255:13,15
260:1,6 304:20 307:7
309:17 310:3,13 316:15,23
320:5 321:10 324:1,15
pricing
92:18 93:15 95:3 102:25
119:21 121:20 127:11,20
128:3,12 129:10 130:13,17
131:1 132:9,23 136:1,5,9
136:13 146:6 147:5 149:22
153:22 154:3 155:10,11
157:5,6 158:17 159:18
165:14,21 167:20 168:14

pricing (cont.)
224:2 244:16 245:3 263:4
295:11
primarily
55:25 124:16,23 125:16
234:14
princ
139:9
principal
77:10,13 78:4,9,14 110:1
113:23 114:2,9,21 115:15
115:20,21 116:1,7 137:2,18
137:22 139:3,10 141:8,18
142:13,15,16,18,24 144:16
144:21 147:13 148:3
151:11 157:2,22 158:2,5,8
158:10,14 159:7 160:4
169:1 178:13 195:5 199:5
principles
320:12
prior
11:17 31:6,18 32:7,8 34:2
35:6 37:2,8,20,25 38:8,11
38:14,17 39:5,17,24 40:21
40:24 41:6 42:24 43:3,14
43:16,24 44:16,19 46:3
61:19 63:7 72:4 78:17 79:2
79:14 80:18,22 81:1,5,9,9
85:11,15 105:10,13 106:5
107:21 108:20 111:21
112:10,25 113:17 117:18
194:13 288:7 322:13,18
324:11
priori
205:21 206:9
private
48:6 277:13 282:4
privy
50:6
prob
96:18
probably
67:19 76:25 77:2 79:25
303:24 322:6
problem
51:9 89:3 96:18 98:8
proceed
11:3,9
proceeds
300:10
process
60:13,23 101:14,16 105:23
141:20 257:15
processes
312:13

produce
174:1 184:18
produced
55:24 124:1 240:7,8,11
326:3
product
51:14,21 54:14 55:15
206:16,20 326:2
production
34:18 55:17
professional
65:22,25 66:11
professor
11:23 18:19 24:5 42:23
58:22 60:20 61:8 87:22
107:10 122:15 163:19
166:17 171:24 222:19
231:10 232:23 239:6,14
240:4,20 266:22 269:14
272:6 297:11 324:23 330:2
331:23 332:3,12,17
profit
234:13 236:4 301:17
307:22
profits
83:10 235:22 236:22
270:18 271:4 283:5 298:4
298:21 299:16 300:1,20
305:19 307:12,16 330:6,23
program
8:4 241:19 274:19 328:12
programmatic
30:20 247:21 283:24 284:2
284:9,13,14,16 285:2 286:4
288:9 299:13
programmatically
283:23 284:23 285:18
programs
239:16 240:6
project
121:16 144:19
projecting
120:18
projection
115:24
prominence
184:2,7
promise
271:4
promoting
234:16
pronunciation
315:24
propelling
236:20

properly
56:3 101:19
properties
137:7
proposing
220:8
proposition
99:17 149:21 182:2 287:3
prostko
5:16 328:5
protective
1:12
proved
43:5 44:4 45:9
provide
12:15 25:6 36:18 37:1,7
53:2 55:7 57:6,13 131:3
137:1 143:1,7 146:12,25
294:12
provided
34:18 53:12 56:20 149:14
168:22 239:17 246:11
319:5 325:7 328:11
provides
120:7,11
providing
14:18 17:9,24,25 43:11
44:14 45:18,24 50:16 51:12
73:12,21 74:2 85:24 263:16
272:4 291:4 300:14 309:11
313:3 331:11,13,19
provision
286:4
public
2:20 153:13
publications
68:2,4,5 82:13
publicly
69:8,11 70:4 80:16,17
pull
99:23 100:3,3 105:19
131:23
pulled
100:11
pulling
101:14
purchased
279:10 280:16
purchasers
235:23 236:3,16 271:12
289:25 292:18 293:11,15
298:2,19 299:8 305:18,24
306:21,25
purchases
282:25 319:14 320:15

**[purely - received]**

**purely**
123:12
**purpose**
70:22,23 71:24 77:12 141:6
**purposes**
21:18 22:17 48:3 68:25
71:11 119:10 121:21
123:21 128:16,24 140:1
164:24 165:25 169:21
259:12 269:15 270:18
276:11 277:14,15 313:2
**pursuant**
2:21 13:6 47:1 48:12 53:24
54:13,21 55:24 56:15
300:17 328:12
**put**
11:16 47:4 53:19 56:15
61:6 101:20 104:25 105:4
125:4 144:2 150:18 171:6
205:21 210:24 239:11
247:2 257:20 299:24
316:24 332:8
**puts**
47:4
**putting**
40:13 300:12,13

**q**

**qualification**
47:12
**quality**
100:7,14 101:11
**quantum**
288:21
**quarterly**
209:24
**question**
14:4 16:22,25 17:23 19:21
20:24 29:1 33:23 34:7 35:2
37:5 39:12 40:9 42:4,6,10
43:22 44:8 48:4,10 49:13
57:12 58:11,23 62:5 63:12
63:15 65:15 66:20 71:5
74:13 76:5 79:16 89:9
92:10 94:1 95:8,12,16
103:20 105:9 107:18,19
111:25 112:24 115:3 117:9
118:10 120:2 122:22
123:11,12 125:13,14 127:7
128:22 139:12 141:23
144:2,20,25 145:3,5,6
146:3,9,17,18 147:4,9
152:9 158:2,7,17,18,25
160:15 165:13,17 167:23
169:5 173:9 174:14 176:15
177:18 178:4 182:22 183:7
183:8 184:24 185:1 186:3

**question (cont.)**
188:12 196:19 198:25
201:14,15,22,24 203:18,24
204:4,14,16 205:20,21
206:5,8 207:20 208:2
218:10 220:1,8 221:11
226:13 230:5,11 231:14
237:13 238:11 240:18
243:25 245:20 246:11
249:8,9 250:21 251:11,15
253:25 257:3 258:23
259:10 260:10 268:8,12
277:5 282:8 283:21 285:14
291:2,5 292:24 294:13,20
295:1,24 296:1 301:24
303:2 304:4 309:9,12 310:7
311:19,20,24 312:2,10,10
312:14 313:10,18,21
315:22 316:18,19 319:9,17
320:3,24 321:3,21 322:5,17
323:4,25 325:11,19 327:22
329:1 330:10,18 331:2,10
331:18
**questioning**
61:5,5
**questions**
42:4 60:11,21 70:25 71:21
78:23 101:6 119:13 137:16
147:7 158:16 331:22
**question's**
70:19 120:9
**quick**
68:6 222:3 236:14
**quickly**
131:6
**quite**
45:4 79:8 98:24 100:19
249:7 258:18 299:4
**quotations**
292:12
**quote**
235:17 236:9 283:18
320:20 323:7,11
**quoted**
291:19
**quotes**
234:8
**quoting**
87:10 125:1 304:25

**r**

**raise**
83:12 247:25
**raised**
293:13
**ran**
32:9 35:5,15 36:2 101:1

**ran (cont.)**
104:22 105:17 112:9
200:21 205:18 247:20
**range**
167:7 180:7 212:5,24
215:19 216:7 217:9,14
218:7,11 219:10 220:13
**ranged**
265:3,4
**rank**
165:25
**rate**
46:23 47:8 191:24 194:17
226:10
**rates**
55:4
**ratio**
265:2,10
**reach**
108:5 195:16
**reached**
126:2 171:14 194:19
**reaction**
72:21
**reactions**
32:23
**read**
23:20 24:24 25:1,2,5,19
37:23 40:25 41:2,3,7,17,19
41:20,22 42:5,8,11 43:15
43:18 44:1,7,25 45:2,7 46:2
46:6 76:18,21 77:3 91:11
104:3 107:24 118:5 150:13
164:10,12 172:7 186:5
192:15 202:3 208:20 227:6
233:18 235:14 248:2 250:8
257:10 259:22 274:4
292:24 299:11 303:12,23
305:9 310:11 319:8,22
322:10 323:18 326:14
330:13
**reader**
141:11
**readily**
159:22 236:25
**reading**
27:12 30:2 38:5 41:16
42:13,15 44:9,21 46:8
87:15 101:17 106:5 125:9
180:1 187:5 192:18 202:1
225:9 226:1 228:19 246:21
274:17 293:10 303:24
304:8 319:19 320:6 322:7
326:25 334:20
**reality**
87:5,12,23,25 234:15,24

**reality (cont.)**
235:6
**realize**
87:14
**really**
20:16,22 39:1 54:1 55:14
70:22 72:1 84:25 98:13
99:13,17 101:5 108:16
118:25 132:1 147:3 173:22
180:9 204:4,15 205:5 296:4
297:25 326:7 329:1
**reask**
65:15 188:12 201:15 249:9
251:15 282:11
**reason**
34:6 96:19,23 117:11 174:3
218:14 219:12,23
**reasonable**
305:19,23 306:20,25
307:12,15,21
**reasons**
32:12 34:12 76:14,15 111:2
112:6 116:19 118:15
184:16 219:3
**rebounded**
253:2
**rebuttal**
7:17,22 24:5,13,14,23 25:4
25:7,20 26:6,8,13,17 27:17
28:3 29:10,11,15,15,25
30:5 31:24 33:8,13 67:5
68:8 106:5,19 107:9,11
174:20 182:25 221:24
228:3 230:21 231:6 232:9
237:3 238:2 279:1 285:4,21
296:15,17 302:2,10,14
303:3,7,8,16,19 306:18
307:23 309:8 315:12
**rebutting**
28:6
**recalculated**
33:15,18
**recall**
42:12 45:15 52:18 57:2,15
57:20 58:1,2 65:10 70:10
71:13 72:5 78:10 80:1,14
94:6 108:23 111:24 113:16
114:8 201:3 206:19 250:11
258:1 265:12 268:19 275:4
276:9 317:3
**receive**
50:12 58:3 271:13,19
**received**
18:4 23:23 50:9 58:13,23
59:2,8 61:11 70:6 107:1
239:8 272:2 283:15 297:14

[received - remember]

received (cont.)
298:6,8,18
receives
298:17
receiving
57:15,20
recess
59:22 122:8 170:15 222:12
266:17 297:6 329:21
recognize
18:21 241:9
recognized
236:22
recollection
25:17 36:25 38:24 39:4,15
39:23 40:3,16 41:13,15,16
42:8,12,14,22 46:6,8 52:10
57:22 62:18 63:4 65:2 67:3
68:13,16 69:11 70:2,12
72:4,11 79:19 81:16 84:14
84:23 86:20,21 156:18
182:11 258:3 268:21
277:12 285:23 291:24
record
10:6,25 11:16 12:1 15:15
15:19 25:19 27:14 41:25
46:24 48:4 58:18,21 59:5
59:15,21 60:1,4 61:7 77:3
81:16 97:23 109:25 122:7
122:12 135:9 150:14
170:11,14 171:4,7 172:7
196:14 202:2 222:10,16
250:2 256:11,11,20,23
257:13,16 266:16,20
269:22,22 296:9 297:5,9
298:13,15 299:1 311:1
317:15 319:21 324:19
329:11,20,25 332:9,23
334:10
recordkeeping
50:6
records
50:1,4
refer
12:23 17:22 87:4 89:2
143:11,21,22 156:5 255:23
264:17 307:11,15 317:9
reference
15:6 20:6,9,22 21:14 87:11
88:7 90:1,6 91:5,11 92:2,5
92:15 100:4 106:2 111:3
113:5 115:22 117:9 136:23
137:10 140:23 143:25
145:13 179:17 193:12,13
195:18 223:14 231:9 232:2
251:16 265:15 271:1

reference (cont.)
274:14,23 278:1 279:23
281:18,20 282:20 284:1,4
284:19 285:20,24 286:12
286:21 287:2 299:22
304:12 306:24 307:21
309:3 317:8 319:24 320:22
referenced
20:5 47:10 75:10 88:9
89:21 106:1 162:2 192:16
192:22 193:7 195:19
229:10 272:17 278:4
315:25 316:11 320:15
references
272:18,20
referencing
19:22,23 20:1,2 21:4 85:25
91:14 101:10 107:25
109:11 124:17 131:20
185:12 234:17 250:7
272:21 274:22 281:19
292:1 310:16 311:7 320:4
referred
138:22 192:11 297:25
referring
17:18 22:8 88:23 114:13,15
148:23,24 156:11 181:7
184:23 192:7 194:9 226:19
226:20,22,23 227:12,14,20
231:12 232:1 245:16,23
270:16 271:7 281:8,21
282:14 290:22 297:17
316:13
refers
75:10
reflect
88:5 116:18 176:24 195:5
306:3,7,15 307:5
reflected
54:3 110:2 114:5 121:7
139:4 143:17 149:12
151:18 161:18 168:22
178:3 179:24 180:4 182:3
199:12 216:11 223:6
227:17 229:25 230:20
231:13 238:1 258:14 268:3
268:23 269:25 275:6 277:3
280:4 286:22 287:1 288:8
289:8,14 292:10 300:3
303:9 306:23 307:4 314:9
314:14 315:9 326:6 329:2
reflecting
27:16 55:14 124:21 136:25
155:16,17
reflection
326:11

reflective
133:11 155:10
reflects
132:20
refresh
156:18 291:24
refuse
217:1
regard
100:5 205:11
regarding
27:17 29:5 34:19 60:22
73:8 128:11 326:14
regardless
63:18 165:2,2 295:18
regional
3:8
regressed
191:3
regression
8:5 78:5 115:14 140:18
147:12 166:4 171:25 172:8
173:20 178:12 186:3,9
189:7,14,15,18,25,25
190:19,20 191:12,13,22
192:9,22 193:2,3,5,7,9,13
194:2,7 197:11,14,15
198:15 199:6 200:4,8,8
201:5,10,18 202:12 211:18
211:20 220:24 226:22
227:25 230:13,15 238:14
238:17 240:25 241:4,6,10
241:11 242:10,14,15,18,24
243:5,9,15 322:12,15,18,24
323:21,22 324:12,13
regressions
164:21 179:12 186:14,15
186:19 191:15 193:6
209:16 268:4
regression's
191:6
regulation
82:21,25 83:2,5,14 84:4,7
84:20
regulations
85:6
reid
4:12
reiterate
48:11 152:8 153:9 154:2,17
254:21
reject
123:12 194:14 221:1
relate
45:19 246:11

related
25:15 37:2 65:15 66:10
82:24 111:25 207:17
236:13 334:16
relates
24:18
relating
83:6
relation
119:8 149:11,23
relationship
124:25 125:25 137:18
142:13,17,19 143:14
144:21 145:1,9,22 146:3,5
148:3,14 150:3 154:25
159:1 160:12 164:15 167:9
175:11 180:16 190:25
203:23 204:6 229:5 262:24
271:22 294:24 298:3
306:19 324:7
relationships
147:6 300:16,17,19
relative
178:7 181:11,14 182:4
208:5 211:4
relatively
64:13,14,15 322:22 323:9
released
71:17
relevance
160:5
relevant
70:15,21 71:1,7,17,21
91:16 92:17,21 120:2,11
132:5,6 157:5 248:9,15
250:23 279:5,18 299:12
reliable
200:10,16 239:3 309:21
relied
34:24 36:6 102:9 236:3
relies
233:24
rely
34:11 130:18 216:18
remain
195:8 207:4
remaining
180:25 187:6 192:1,20
194:21 195:7 196:3 273:2
308:12
remains
229:16
remember
13:2,10 25:22 33:10 38:5
40:13 44:23 52:12 53:7
80:5,6,6,10 84:21 113:8

**remember (cont.)**
163:7 184:4 190:11 230:24
284:25 321:21
**remembered**
33:11
**remembering**
39:2 42:19
**remind**
125:6,8 269:14
**remittance**
30:6
**remote**
3:1 4:4,14,15 5:6,16,17 6:3
6:4
**renders**
98:11
**repeat**
19:9 29:1 37:5 152:20
173:8 201:8,24 205:3 217:4
248:23 319:17 325:15
**rephrase**
185:24
**replaced**
205:14
**report**
7:12,17,22 17:18,22 18:23
20:14,17 22:12,16 24:6,13
24:13,20 25:3,5,7,16,19,24
26:3,9,13,17 27:8,15,18,20
28:2,4,9,13,17,24 30:5,6,18
30:19 31:2,2,7,7,11,12,16
31:19 32:8,12 33:13 34:12
34:22,25 36:1,7,8 52:1
55:17 56:2,8 59:10 60:13
60:23 74:25 76:15 77:5
86:4 88:3,8,14,25 93:25
101:2,5,9 102:20 103:22
105:11 106:6,10,20,21
107:9,11,14,22,25 108:20
109:7 110:13,13,18 111:5
111:16,21 112:7,11,25
117:16,19 118:4,4,10,16
127:12,19 128:9,11 129:22
130:22 132:12 133:5,17
136:3,20 137:1,16 138:16
141:6 143:5,6,25 144:4
145:18,21 147:11 149:6
150:6,11 151:19 154:1
155:19 160:24 161:18
164:20,21 168:7 169:14
171:25 172:3 174:20,24
175:17 177:2 182:25
184:11 185:9,19 186:12
189:12 191:8,11 209:18
210:14 215:1 223:13,15
224:1 225:7,15 226:17

**report (cont.)**
228:3 229:7 230:11,21
231:3,6 233:5,9,13 234:10
234:11 236:24 237:3 238:2
239:19 240:9 244:17
245:12,17 246:17 250:20
250:23 263:16 270:3
272:23 273:20 274:16,17
279:4,19,20 285:2,4,25
286:5 293:10 296:3,16
297:12 302:2,8,10,24 303:5
303:7,8,12,16,17,19,20
304:8,10 305:12 306:18
307:11 309:8,17 310:19
314:15 315:12 319:5 320:7
323:6,12,13,18 332:5
**reported**
1:23 41:13 108:5 142:9
262:14 288:12 289:1,1,10
314:12 334:10
**reporter**
11:1,8 18:15,17 92:4 123:3
131:7,10 187:24 201:8
233:21 248:20,23 252:11
310:4 325:14 334:11
**reporters**
10:21
**reporting**
45:6 185:15 321:22 333:2
**reports**
24:14,18,23,25 29:15 54:3
61:13 154:16 174:21
203:21 215:2,2 240:2
246:25
**represent**
48:15 188:3 239:14 245:9
**representation**
40:21 280:24
**represented**
154:7 240:4
**representing**
38:18
**represents**
173:5,5 181:11 182:4
211:21,21
**reproduce**
181:23
**reproducing**
241:16
**request**
9:20
**requested**
334:21,21
**require**
331:6

**requires**
195:16,17
**reran**
26:24 263:9
**rerun**
105:7
**research**
100:21 102:1,18 103:8
104:3 105:20 119:13 120:2
128:22 146:16 147:4,9
**researcher**
136:17
**reservation**
61:6 332:13
**reserve**
61:14 332:9
**reserved**
246:22 258:7
**resides**
116:4
**residual**
188:3,4,16,18,19,24 189:1
**residuals**
201:5,10,14
**respect**
26:16 27:3,12 28:11 30:1,4
30:9 42:5,15 88:24 109:4
141:21 166:8 212:23
263:17 278:12,13 281:20
293:19 303:3 311:22
318:10
**respective**
334:17
**respectively**
164:7
**response**
152:9 174:19 183:7 208:2
263:8 294:21
**responsible**
54:15,19,20
**responsive**
233:13 268:11
**rest**
288:17
**restart**
188:8
**restate**
68:22 104:14 330:18
**restrict**
166:21
**restriction**
205:22
**restricts**
166:23
**result**
54:3 111:18,18 113:12

**result (cont.)**
117:14 145:8 185:3 195:22
195:24 196:13 198:1,14
203:16,17 204:7,22 208:1
229:25 234:7 238:3 271:21
**resulted**
181:25 304:6 305:16
**resulting**
97:5 234:19
**results**
30:18,18 31:20,21 76:11
103:14 110:14 112:6,23
142:8,9 149:4 150:1 155:17
155:23 160:17 161:11
174:2 179:24,24 180:1
186:19 189:14 192:14
198:12 203:22 213:20
239:17 241:2 247:23
252:20 263:14 299:7
**retained**
12:15,18,25 36:18 37:1,7
39:6,14,18,25 40:10 46:22
61:22 62:1,11,22 63:2,6,8
63:13,17,19,21,25 64:2
65:4,8 85:12 333:2
**retention**
37:3,8,20 38:1,8,11,14,17
39:5,17 40:11,24 43:4,14
43:16,25 44:16,19 46:4
**return**
26:19,23,25 32:10,14 34:9
35:19,19 36:7 72:16 76:1
80:13 91:6,20 93:20 96:4,9
100:18 102:3 105:5 109:11
109:17,17,22,22 110:14,17
115:15 116:15 117:3
120:23 122:24 123:6 125:2
126:19,21 127:4 129:4
143:15 148:7,18 150:16
151:22 157:15 158:4
160:25 178:13,16 179:6,8
180:3,10,15,16,23 181:1,15
187:7 188:3,16,24 189:1,4
189:5 194:16 195:2 199:3,4
206:23 207:11,15 208:7,21
209:6 223:17 224:4,16
226:9 227:15,16,18,20
228:7,13,21,24 229:2,10
230:6,7,15,25 232:16 241:3
242:24 243:15 253:16
254:2,16,23 255:4,5 267:21
310:21 322:14 323:24
324:4,7,8
**returning**
20:24 33:24 101:8 126:24
285:4

**[returns - sales]**

**returns**
26:21 31:13,14,15 34:1,1
34:20,21 35:1 70:15 71:7
71:16 72:7,19 75:16,17
78:20 79:4,17 80:4,9 90:24
90:24 93:21,22 94:3 95:4,5
99:1,2,2 103:15 105:2
106:12 109:4,18 116:17
125:4 126:8,12,14 128:11
128:18 133:1 140:19,19
142:25 143:9,16 144:7,11
144:12,22 145:10,10,23,23
147:13,14 148:4,15 149:7,7
149:23 150:3,6,7,18
151:2,3,8,14,16 152:1,1,24
155:13 156:1 157:2 158:22
159:9,10,14 164:15,16
167:11 168:3,21 169:7
172:1,1,9,9,25 173:2
177:15,19 178:6,21 179:16
182:4 190:9 191:1,2,4,24
192:2,20 194:22,25 195:8
196:3 198:16 205:15 208:4
209:2,13,16,19,22 210:1,10
211:2,2 222:22 223:12,23
224:10,14 225:1,3,8,16
226:14,15 227:15 229:24
229:24 231:12,13 232:19
233:8 235:7,9,10 237:5,11
237:14,16 238:1 253:13
254:17 255:11,14,17
262:24 322:13,18 323:15
323:16,18,23 324:5,5,11,11
324:13
**return's**
253:23
**reveal**
47:25
**reversal**
97:15
**reversals**
98:10
**reverse**
183:21
**reversed**
76:6 93:15,19 94:23,24
96:1,10
**reversion**
96:15
**revert**
135:21
**reverted**
97:6
**reverting**
320:11

**review**
16:3 24:17 25:1,14 26:7
28:8 29:14 86:11,17 88:8
103:17 117:18 118:3 210:3
210:13 250:11 268:19
**reviewed**
24:14 25:22 27:24 28:9
74:12 86:19 100:16,17,21
101:25 102:1,2,18 103:3,18
104:3,7,15 112:19 117:20
119:25 186:7 239:4 268:16
270:8
**reviewing**
27:5 30:7 104:23 332:7
**revoked**
66:1
**rfigel**
4:22
**rfu66**
326:17,21
**rifkind**
5:15
**right**
18:12 21:18 23:17 32:13
35:6 39:13 41:8 77:10,15
79:6,8 83:10 86:6,15 87:2
89:4,7 90:18 102:21 103:20
110:3,15 113:18,24 119:10
122:20 125:17,23 126:5
138:20 141:15 142:3,14
144:17,22 159:4 163:12,22
167:4 172:25 178:16 180:5
182:10 184:4 186:5,24
187:9,14,21 188:21 189:9
190:10 191:6 192:24 193:8
193:24 194:11 201:23
206:25 211:18 213:13
217:15 225:3 227:3,8
241:22 242:15,25 243:17
244:24 245:1,22,22 251:2
258:12 260:1,20,24 262:18
262:19 271:20 281:23
290:23 300:19 306:9 307:1
314:4,10 315:2 318:13
321:8 327:10 329:6,12
**rights**
61:7,14 299:7,15,19,25
332:9,14
**ripple**
1:7 2:7 4:2 6:3 10:11 30:12
37:22,25 38:15 41:1,8
42:16 46:3 73:10,24 74:21
84:18 85:2,3 94:18 96:13
97:5 99:15 126:17 181:21
191:24 198:16 225:18
231:11,18,25 232:3,25

**ripple (cont.)**
234:19 235:21 236:2,17,20
238:19 246:24 247:5,6,7,9
247:10 248:6,9,10,15,16
249:1,1,12,13,19,19,21,23
249:24 250:15,16 251:7,18
251:19,20 252:5 261:21
262:8,16 264:11,16 268:6
268:13,20,23 269:5 272:2
273:3,12,25 274:7,8 275:14
275:22,25 276:3,4,9,10
277:3,9,11,11,14,17,22
278:2,22 279:10 280:17
281:16 282:25 283:2,4,16
283:22,25 284:8,16,22
285:15,17,22,24 286:1,12
286:16,22 287:3,13,22
288:1,4,14,21 289:4,7,17
292:17 293:12,12,16
297:14,18,23 298:5,7,17
299:6,16,20 300:5,9,17
302:23 304:19 309:18
310:1,11 311:16,21,21
312:4,6,12,19,20 313:8
315:6 319:16 322:21 323:8
324:14
**ripple's**
60:5 87:5,12 88:1 89:10
91:22 92:10 93:2,6 94:2,15
95:13 98:22 99:7,10 125:5
150:19 180:24 230:1 234:4
234:15 235:2,8,11 236:8,19
237:6,10,17,19,20 238:3
244:1 245:10 247:5 251:6
262:25 263:17 268:16
275:12,15 276:1,12,14
282:1 288:9,17 299:16
300:20 305:19 307:13,16
310:2,12 331:25
**rise**
99:17 234:7 235:16
**rising**
323:20
**risk**
191:24 194:16 226:10
292:20
**rmr**
1:24 2:20 334:25
**robust**
27:1 30:22 31:19,22
**robustness**
101:3 141:7,16 170:2
184:14
**role**
52:19 54:5 313:4

**romanette**
19:1,3,12
**ron**
52:12
**ronald**
52:14
**room**
222:21
**root**
32:19,25 241:23,25 242:5,8
242:19,22 243:10,13
315:19,23 316:2,16 317:7
317:15 318:6,16 319:4
**roughly**
26:21
**rounding**
129:9 180:8
**row**
148:7 326:14,16 327:3,10
327:19
**rubbing**
51:7 256:17
**rule**
44:13 152:14
**run**
31:3,3,12 32:13 69:9 70:18
91:6,20,25 92:11 102:4,15
103:9 110:24 111:13,22
112:1,5 113:2,9,16 125:2
127:18 128:17,23 129:14
150:16 166:4,4 205:19
235:7 301:7 309:17 310:3
310:13
**running**
33:25 34:19 109:21 110:21
110:25 111:17 124:9
126:25 156:9 195:25 203:2
239:16 240:6 243:5
**runs**
8:5 108:12,13

**s**

**s&p**
131:22 147:18 148:6,7,14
148:17 156:14 157:13,21
158:4,13 159:1,10,20,24
160:9 179:19 180:10,14
223:3,16
**sake**
218:10
**sale**
244:11 272:3 324:1
**sales**
30:21 245:8 247:22 269:9
271:9 283:24 284:3,14,16
285:2 288:9 289:6 297:15
298:6,8 299:13 300:10

[sales - seven]

**sales (cont.)**
308:19
**sample**
166:21,24
**sarah**
5:16
**saw**
261:2 282:2
**saying**
35:11 70:11 98:4 115:8
126:10 132:1 135:13
169:21 193:16 204:17
214:6 222:23 227:7,8
229:14 292:13 312:10
315:7,7 317:23,23 318:10
318:23 323:14
**says**
26:6 27:5 91:19 147:18
148:7 164:4 175:3 178:12
181:9 191:22 213:15 231:9
241:23 264:8 270:11
281:24 283:15 286:16
290:3 292:15 305:13
309:15 320:20,21 322:11
323:6
**scaravello**
4:8
**scenario**
98:7,14 250:14,16 252:10
252:15,16,24 253:1 254:9
**scenarios**
250:13 252:2,9,23 253:6
254:5,15 255:3,6
**school**
83:3 209:9
**scientific**
309:22
**scope**
274:20 278:19,23
**score**
263:8
**scott**
4:4
**se**
124:2
**searching**
33:10
**sec**
6:4 7:10 8:2 12:5,6 18:5
21:6 22:1,19 23:14,15,24
34:19 38:5 42:11,13 61:11
64:23 65:4,8 84:8,24 89:14
90:8 92:16 94:19 107:1
126:15 233:5 234:18
235:16,21 236:1,7,15,18
237:10 239:9 267:19

**sec (cont.)**
292:10,13 293:4,10 295:23
296:5
**sec.gov**
3:16,17,18
**second**
15:16 20:3 23:5 27:3 33:1
42:10 47:20 87:4,18 109:7
137:24 138:17,25 140:17
156:22 160:21 161:15,16
161:23 162:18 169:15
172:10 174:25 182:18,19
197:25 198:11 199:22
208:15 225:12 228:23
233:17,21 236:6 241:6
251:5,8 252:15,25 253:20
254:9 256:2 257:10 258:12
259:14 273:9,15 274:12
279:8 280:19 283:17 285:3
287:23 292:15 297:24
303:23 304:11,14 305:13
317:17 319:8 325:3,24
327:19 328:20 329:3
**secondhand**
45:6
**sec's**
22:4 40:25 41:7 42:16 43:5
44:3 45:3 46:3 75:1 76:19
84:17 85:1 90:4 99:9
126:10 231:17 232:2,24
233:8,19 234:12,23 235:12
291:7,10,12,22 292:24
293:7
**section**
19:5,18 20:7,17,23 21:8,22
21:22 22:7,17,25 88:3,6,14
89:9 91:12 143:20 149:5
186:11,13,14,15,16 234:12
234:22 236:11 245:11,23
256:8 270:9 272:19,21
284:2,3 286:9 290:13,16
291:18 292:2,7 295:23
297:13 299:22
**sections**
88:25 235:4,5 236:25
272:22 273:19
**securities**
1:4 2:4 3:7 10:10,10 43:6
44:4 45:10,22 62:2 64:4
70:4,5 82:21,25 83:2,5,7,13
84:3,6,20 85:6,9
**security**
45:21 68:12 69:6 71:4
80:14,17 294:11 308:21,25
309:9 330:11

**seeing**
108:23 169:5 259:7
**seen**
96:20 152:5 203:14 240:17
240:21,22 277:22
**select**
309:21
**selected**
103:21
**selecting**
131:13 139:3
**selection**
130:19 140:10 141:4,15,20
141:25 142:5,7 160:23
**selections**
140:25
**sell**
236:23 283:16,22 284:17
284:22 285:17 286:2
**sellers**
284:9 322:20 323:8
**selling**
323:14,14,19 324:15
**sells**
300:6,6
**semantically**
188:25
**seminar**
83:21
**sends**
47:4
**senior**
50:22,25 51:2
**sense**
49:21 69:14 72:3 92:13
93:13 94:17 104:2 124:5,11
132:3 199:8,16,17 205:7
206:7 222:3 230:3 249:19
266:24 267:1,16 269:4,24
282:5,6 284:21 285:16
288:19 297:1 298:2,17
307:8 311:5
**senses**
298:14
**sensitive**
185:2,5
**sensitivity**
160:16 161:10
**sentence**
21:8 87:4,10,11,15,19,23
91:8 92:1 125:11 129:24
131:18 132:1 150:23
155:22 164:3 175:3 191:21
192:5,8,12,15,23 194:3
194:8,13 202:22 208:19
228:23 231:5 233:17 235:3

**sentence (cont.)**
235:21 236:6 246:21 248:1
251:5 264:8,25 270:10,21
273:6,9,10,15,21 274:3
276:17,19 279:9 280:19,22
281:24 282:13 283:14,17
286:8,16 287:22 288:1
292:15,23 293:7,8 299:21
302:21 304:1 305:13 308:5
308:16 310:11,17 317:17
318:11 322:6,11 324:3
325:6
**sentences**
131:18 272:25 281:12
**separate**
115:3 169:11 177:18 178:4
207:20 239:25 272:22
275:24 281:15 297:20
310:23 311:14 312:3,17
313:11
**separately**
75:25 276:7
**september**
108:13
**series**
34:10 35:19,20 36:7 75:2,4
76:1 80:13 89:14,22,25
95:8,21 97:1,18 101:3
119:21 120:6,13,23 121:8
121:11,12 128:17 189:5
**served**
61:18 64:22
**service**
6:5 221:22 318:18
**services**
12:16 36:19 37:2,8 46:18
49:5 50:13,17 51:12 53:16
55:1
**set**
26:2 28:4 29:5 36:12 61:13
93:24 94:8 104:18 106:2,7
112:22 121:24 149:5 150:2
236:13 245:11 248:6 250:4
250:6 258:7 279:3 334:18
**sets**
16:8 102:25 103:11 104:20
105:15 138:19 160:17,20
161:11 220:23
**setting**
69:16 78:11,16 85:1 95:10
133:23 134:22 176:22
206:9 216:4 255:1 320:12
**settled**
62:12
**seven**
49:10 75:5 129:7 139:8

**[seven - sprostko]**

**seven (cont.)**
151:20 161:6 181:24
183:13 184:15 230:9
231:19,20 233:1 333:1
**share**
206:17,20 283:5 299:16
330:6,22
**shared**
270:20
**shareholders**
293:20 294:3,16 295:17
300:24 301:20
**sharing**
298:1
**sheet**
240:14
**shelf**
131:20 133:20
**shereck**
6:5
**shirt**
51:7
**short**
76:3 92:11 93:12 95:18,19
304:12
**shorthand**
88:13 334:11
**show**
93:20,21 95:3,4,20 96:4,5
97:7 150:15 176:4 197:7
224:13 225:1,9 228:18
235:4 239:6 307:18
**showing**
149:21
**shown**
108:2 238:9 321:13
**shows**
195:3 309:17
**side**
63:5 141:15 144:17 159:4
172:25 186:24 187:14,22
188:10 191:5,6 193:9 214:3
229:15 241:22 314:21
315:2
**sides**
218:1
**significance**
124:15,19,24 125:16 126:1
200:24 202:25 205:4
213:16
**significant**
27:9 31:22 49:19 70:14
71:6,15 72:7,15,19 93:23
103:15 111:19 126:20
144:6 148:3,13,21 149:25
150:8 151:25 153:19

**significant (cont.)**
157:20 160:11 165:17
167:24 168:11 172:15,17
173:13,15 180:12,20
181:18 195:4 202:21 203:4
203:8,11,12,15,17 204:9,21
204:21,24 224:19,24
226:12 238:21 267:21
310:21 322:14,19,25
**significantly**
280:12
**signing**
334:20
**silly**
108:9
**similar**
184:18
**simple**
175:17
**simply**
26:24 101:17 103:5 176:19
193:13 265:1 294:21
317:16
**sitting**
14:24 22:20 24:21 25:21
27:22 28:12,16 35:24 39:13
39:15 40:3 46:14 48:7,9,23
52:9,18 62:18,20,25 64:1,5
70:12 80:1 81:16 86:21
94:5 96:11 102:24 103:2,7
113:15 117:2 135:9 153:3
205:4 211:8 213:2,8 214:8
214:22 215:9,15,23 216:1,2
216:24 258:3
**situate**
283:9 314:1
**situated**
293:18
**situation**
68:24 76:2 138:8 204:22
207:25 253:14
**size**
317:5
**skip**
234:22
**skipping**
235:3 259:16 279:18
**slightly**
312:2
**slope**
190:4 238:16
**slow**
123:4 131:9 248:21 252:12
310:5
**small**
65:2 123:2,6 127:4 165:16

**small (cont.)**
250:4,6
**smaller**
165:22 201:6,10,11,18,19
**sn**
1:6 2:6 10:14
**sold**
250:17 251:21 268:6,9,20
269:5,8 322:21 323:8 330:4
330:6,21,23 331:5,6,15
**solely**
307:24
**somebody**
47:3 203:15 220:11 263:23
263:23,24
**something's**
217:20
**sorry**
11:14 15:11 21:21 23:4
38:25 41:9 51:7 66:7 87:16
87:24 106:23 107:17 121:5
128:9 129:19 139:15
145:14 161:3 168:19 173:8
185:23 187:24 191:19
192:10 196:22 208:11
225:25 256:15,17 272:8
286:10 296:11 302:4
303:14 308:8 309:15
320:24 325:2,14
**sort**
38:22 39:2 51:6 76:7 83:18
83:19 131:20 146:8 155:9
157:12 165:24 204:18
211:22 260:20 271:20
273:16 275:12 277:24
320:11
**sorts**
153:13
**sounds**
11:20 296:23
**source**
102:2,6,18 104:8 258:8,22
259:5,8
**sources**
101:4,8,23 102:20,25
103:24 136:3 255:24,25
256:4,10,22 257:17 269:1
269:20,25 275:15 276:12
276:22 278:3,7,11 282:3
**southern**
1:2 2:2 64:3
**space**
83:20,23 131:25 132:4,10
**spanned**
80:12

**speak**
29:16 99:9 119:12 190:22
275:25
**speaking**
26:21 131:5 138:14 146:15
**speaks**
76:7
**spec**
233:17
**specialist**
10:20
**specific**
23:7 42:8 46:5 49:18 62:18
63:4 64:19 65:1,3 67:3,11
67:15,18 72:10 75:17 78:19
79:4,16,19 80:3 93:22 95:5
99:2,3,15 118:15 126:14,14
126:19 143:20 150:7
154:19 158:1 174:3 181:15
182:11 195:2 212:8 245:19
258:3 268:21 272:24 285:7
**specifically**
84:14 103:1 169:7 272:25
**specification**
110:20 111:4 112:8 117:1
117:12,24 123:22 148:14
173:7,19 246:7 257:4
322:15
**specifications**
112:5 113:11 117:13
181:19 183:15 196:12
197:20 198:1,7 203:1 230:4
310:18
**specifics**
253:23
**speculate**
174:4
**speculated**
235:1
**speculating**
234:13
**speculation**
234:3
**speculative**
233:25 235:15
**spell**
50:21
**spike**
287:19
**spikes**
106:7,8
**spot**
194:4 225:11 241:16
**sprostko**
5:21

**[square - successful]**

**square**
4:16 32:19,24 242:1,5,8,19
242:22 243:11,14 315:19
315:23 316:2,16 317:7,15
318:6,16 319:4

**squared**
123:13 124:2,6,8,17,20
168:10 174:2,15 175:3,7,12
176:7,14,20,23 177:3,9,16
177:22 178:1,4,18,25 179:4
180:17 184:19 185:3,6
190:8 232:21

**squares**
123:16,25 174:5 176:20
180:6 185:15 189:25
190:19

**ss**
334:2

**staff**
47:13 48:12 49:12,22 51:20
52:3,6,11

**standard**
121:19 130:12 146:7
157:12,17 185:8,10,16
189:13 199:12 200:23,25
201:6,11,19 202:9,13,17,19
202:24 203:2 208:21 209:7
210:25 212:6,13,25 213:10
214:2,7,14,18,18,19 215:1
215:13,17,23 216:22 217:6
217:8 290:10

**start**
18:20 82:23 83:22,22 113:1
113:5,17 168:20 171:6
207:10 302:2

**started**
36:21,23 169:13 199:15
211:12

**starting**
100:24 111:7,22 169:23
211:16 256:9 280:10
326:17

**starts**
111:11 125:10 226:4 254:9
280:1,1

**stata**
8:4 239:16

**state**
11:25 116:19 155:8 162:23
233:17 234:11 251:3
278:17 284:7 334:1

**stated**
311:13

**statement**
17:5 43:2 106:9 114:7
175:13 194:13 205:1

**statement (cont.)**
231:15,16 279:14 280:21
297:16

**statements**
75:3 90:2,8 93:10 181:22
268:17 275:14 276:16
293:6 304:24

**states**
1:1 2:1,20 3:7 74:19 155:22
192:13

**statist**
238:25

**statistic**
185:8

**statistical**
52:24 73:13,23 74:3,4,8,12
74:14 76:16 89:5,6,20
124:14,19,24 125:16 126:1
132:8 142:23 143:2,8
149:12 151:19 152:10,21
152:25 153:10 154:5,20
155:12,14,16 158:21 167:9
168:5 169:6,9 178:6 180:16
181:16 182:6 199:7,16,23
200:9,15,23 202:25 203:20
203:22,23 204:5 205:6
213:16 218:18,23 219:11
219:19,23 220:5 221:2,22
223:3,8 224:15 232:14
239:2 311:4 324:4,10

**statistically**
27:8 31:21 70:14 71:6,15
72:6,15,18 93:22 103:15
111:19 113:13 126:20
144:6 148:2,13,21 149:25
150:8 151:25 153:19
157:19 160:11 165:17
167:24 168:10 172:15,16
173:13,14 177:19 180:12
180:20 181:17 183:5
193:15,18 194:10,25 195:4
195:11,15 196:1,8,10 197:2
197:4,17,22 198:3,8,12,18
199:9,13,24 200:3,11,16,17
200:19 202:10,21 203:3,4
203:12,15,17 204:8,21,23
207:19 208:7 212:11
213:11 215:3 217:20
218:23,25 219:5,25 220:14
222:20 224:4,8,18,24
225:16 226:12 238:21
267:20 310:20 311:2
322:14,19,25 324:6

**statistician**
52:21 199:10

**statistics**
174:10 176:4 188:13
200:20 220:12,20

**status**
17:25

**stay**
248:8

**staying**
207:25

**stays**
207:23

**steen**
5:5

**stella**
6:4

**stenographic**
10:25

**step**
218:22

**steps**
71:14 72:5 105:9 151:1
174:12,13 179:7 180:23
181:4 229:22 249:11
288:16 311:9,17 312:6,21
313:14

**stick**
133:17

**stipulations**
9:10

**stock**
69:13 70:4 80:17 257:24
294:8,8,10,13,22 295:20

**stopped**
66:3 286:1,3

**store**
81:3 82:7

**strategy**
236:17,19

**street**
3:12 4:17

**stretch**
297:2

**strike**
49:10 54:23 58:17 69:2
78:12 79:1 84:1,2 87:24
106:18 125:24 128:9
129:20 135:23 162:16
168:15,17 186:8 192:6
195:23 213:14 230:17
269:3 282:11 307:13
312:16 314:23 326:22

**strikes**
238:10

**strong**
129:18 295:11

**strongly**
220:7

**struggling**
278:6

**studies**
66:16 67:20 68:1,3 69:3,5,7
79:9 136:9 210:4

**study**
66:14,21 67:6 68:10,14,23
69:23 70:2,8,13,18,20,23
70:25 71:2,5,9,12,13,25
72:8,13,15 73:1,4,8,18
74:17,19,20 76:11 78:23
79:6 86:1 94:1 96:22 98:7

**studying**
116:16

**stuff**
52:24

**subject**
1:12 66:9 160:23 267:10
292:1

**subjective**
130:14 139:8

**submission**
86:14,20

**submissions**
86:18

**submit**
24:19 27:15,20

**submitted**
24:6 67:5

**submitting**
28:14 34:2 35:6 105:10,13
107:21 108:20 111:21
112:11,25

**subsection**
19:18 20:13,25 21:12 23:8
290:22 297:12 298:7

**subsequent**
332:7

**substance**
16:9 17:1 20:8 22:6 272:19
294:23

**substantial**
49:7

**substantially**
260:13,20

**subtracting**
194:16 226:10 228:24
229:1,14

**succeeded**
236:9 320:21

**success**
236:19

**successful**
299:17 300:20 311:15

[successful - testify]

**successful (cont.)**
312:4 313:12
**successfully**
236:17
**sufficient**
117:21,22
**suggesting**
220:9 327:23
**suggests**
267:9
**suitability**
73:8
**suite**
3:13 4:18 10:22
**summarize**
155:9 245:25 304:17
**summarized**
302:23
**summary**
125:11 150:15 304:23
**sumner**
4:16
**supervision**
47:2,6 48:13 51:23 54:13
54:22 55:25 56:16
**supplement**
256:20
**supplemental**
24:19 27:15,20 28:13,17
**supplemented**
156:13
**supplies**
245:1
**supply**
244:17 245:5,8 252:5,19,21
258:22,25 259:9 261:11
269:23 280:7 281:14
325:10,18
**support**
9:1 130:19 308:20
**supported**
166:22
**supports**
209:15 211:9
**supposed**
327:18
**supposedly**
234:4
**sure**
17:13 19:11 29:2 32:4 33:6
37:6 45:14 47:18 67:16
69:20 74:24 79:25 92:24
100:9 101:13,18 120:9
122:3 125:7,10 135:3,13
143:4 162:19 163:12,18,21
167:5 171:8 172:5 173:10

**sure (cont.)**
177:3 184:22 185:24
191:10 194:5 204:15
208:16 213:7 214:12
218:13 222:7 245:18,21,22
250:9 251:1 253:8 254:3
255:14 259:6,15,19 264:5
270:6 281:5 283:11 285:10
287:24 301:17 303:24
310:9 314:2 315:16 318:8
323:4,5 325:16 329:14,15
**surprising**
121:21 136:15 308:19
**suspended**
66:2
**sustained**
304:6
**swear**
11:2
**sweeping**
176:21
**sworn**
11:6 334:6
**sylvester**
3:9 7:5 11:10,14,20,22 12:4
13:25 14:3 15:14,20 16:1
18:7,10,18 24:1 40:23
43:21,23 48:2,19 49:3 51:9
51:10 58:12,16,20 59:4,14
60:3,14,18,19 61:4,17
87:18,21 107:3,7 122:3,14
131:11 163:18,23 164:1,2
170:10 171:8,13,21,23
196:20,23 201:25 208:13
219:16 222:4,18 239:23
240:3,15,19 248:22,24
266:4,11,21 291:1 296:14
297:10 302:6,9,15,20
319:18 325:16,17 329:10
329:16 330:1,12,16 331:21
**sylvesterm**
3:16
**system**
45:24 50:7

**t**

**table**
19:2 20:5 326:6,7
**tables**
185:9 239:15
**taken**
2:16 12:8 59:23 122:9
170:16 222:13 266:17
297:6 329:22 334:8
**talk**
20:20,21 22:16 23:21 83:17
83:22 120:17 134:16 143:4

**talk (cont.)**
143:12,23 185:14 204:15
233:10 246:3 268:9 279:1
279:24 282:16 283:19
284:11,20 286:5 295:13
298:24 323:22
**talked**
29:8,9 53:8 57:16 100:10
137:11 196:14 290:13
**talking**
17:23 20:18 23:1 35:11
42:1 62:19 68:20 69:10
71:23 92:20,21,25 93:5
96:24 97:1 98:13 106:14
109:9 114:18 134:6 145:16
157:13 184:25 189:9,24
192:9 193:2,4,5 201:21
204:18 207:22 236:12
238:17 245:24 247:5 253:9
253:10 255:11 257:6
260:17,18 262:1 269:17
271:9,18,23 275:11 281:10
281:12 301:16 307:13
314:13
**talks**
177:3 235:15 320:10
**tasks**
52:4,7
**tatz**
5:6
**taught**
82:16 84:1,7,16 85:2
**teach**
67:25 84:3,4
**technique**
74:4,8 120:1 121:7 130:12
130:12 132:8 133:8,21
**techniques**
74:12,14 130:15,16
**telephone**
3:15 4:7,20 5:9,20
**tell**
92:22 137:25 148:1,11
161:1,7,19 167:19 168:6
174:10 177:22 189:21,23
196:24 214:19 216:5
220:14 272:7,14 276:6
289:16
**telling**
148:12 221:15
**tells**
138:7 148:2 177:10 178:19
179:4 190:8,14,18
**ten**
64:17 76:24 77:4 79:22

**tend**
155:14
**ter**
188:4
**term**
13:11,14,17 14:8,20 17:10
17:19 21:1 22:21 66:13
76:3 91:25 93:13 95:18,19
95:19 97:1 181:5 187:10,12
187:16,23 188:1 189:5,6,8
189:11,13,16,17,21 190:2
190:14,20,22 191:1,3,5,9
191:14 193:8,11 201:16,18
201:22 205:22,23 206:10
206:10 208:22,25 226:24
227:17,19,25 228:18 229:5
229:17 230:12,14,18 231:3
232:12 238:15,19 243:7
266:23 267:3 286:17 288:2
289:18 295:3,19 304:12
305:17 316:8 317:11
**terminated**
286:7
**termination**
286:4
**terms**
20:17 24:17 26:5 33:14
44:9 51:20,22 52:10 55:13
56:12 61:25 69:25 98:13
112:4 115:1 123:16 140:12
153:1 154:21 166:1 176:14
177:8,13 185:15 188:18
198:25 202:12 207:5
247:14 251:3 256:4 269:11
285:19 289:9 292:1 294:23
301:19 326:3 328:21 329:4
**terrible**
39:2
**test**
17:20 19:24 43:13 69:10
76:16 89:20 90:13,16 99:8
136:6 154:18 160:9,12
231:24 232:5,15 237:9
239:1,2 290:23 293:25
**testable**
182:2
**tested**
219:22 237:12 267:17
**testified**
11:6 41:7 113:22 224:25
316:10
**testifies**
61:9
**testify**
171:16 334:6

**[testifying - traditional]**

**testifying**
12:12 37:16
**testimony**
27:25 28:1 35:4 56:10
61:16 97:21 224:7 281:6
318:9 332:24 334:10
**testing**
71:3 99:18 123:21 169:5
200:12 218:18 219:3,19
220:6,23 221:2,5,22 231:10
231:17,22,23 232:14,24,24
239:4 267:12,22,23 311:1
**tests**
69:15,16,21
**text**
14:13,22
**texts**
16:18
**thank**
11:8 15:25 18:9,13,17 24:4
59:19 107:3 122:6 131:10
170:13 171:21 222:9
256:18 266:14 297:4
319:10 329:16,19 332:16
332:18,22 333:3,4
**thanks**
222:6 319:20
**thc**
26:19,20,25 106:2,7 107:20
108:3,4 109:4,11,14,25
110:6 113:22 114:22 116:7
**theories**
44:18
**theory**
21:6,13 22:1,5,19 44:11
45:3 73:16 74:5 75:1 89:13
89:20 99:14 126:11,18
152:5,6 181:20 183:12
231:18,18,22 232:2,25,25
233:6,9,19 234:17
**thing**
11:16 27:3 30:25 32:1,5
33:12,14 35:12 38:23 39:3
92:25 106:15 127:12 171:6
181:10 211:12 226:19,23
227:14 235:15 277:19
279:17 303:25
**things**
26:16,18 27:11 94:19 245:6
**think**
21:16 22:20 32:3,12,16
33:1,2,3,8 36:16 41:17,20
43:12 55:15 69:13 70:25
72:25 84:11 85:4 92:24
97:11,21 101:4 102:24
105:6 110:20 114:6,7

**think (cont.)**
116:18,25 117:2 118:23,23
119:10,14,23,24 123:22
127:17 128:6,13,15 131:17
135:9 137:15 154:23
161:17 163:5,6 165:11,12
165:12,12,20 166:8 168:18
170:10 174:18 175:16,23
176:14 178:15 179:22
188:25 189:16 200:7 202:7
202:15 205:24 207:15,16
209:8 211:7,13,20 217:12
219:12 220:3,9 221:4
224:25 225:5 227:2 230:10
235:19 236:11 238:9,24
243:2 245:4,4 246:18
250:21 261:2 262:19
268:11 271:17,23 285:5,6
289:23 293:3 298:13 299:5
301:19 304:10,17 305:25
309:1 316:3 317:11 319:1
320:25 321:7 328:4,6,6
**thinking**
55:16 79:9 98:10 146:8
195:21 245:7 258:19
263:23
**third**
2:17 4:5 10:17 147:21
169:18 225:13 227:5
246:21 276:17 293:8
**thirty**
231:7,8
**thomas**
6:5 10:19
**thought**
114:16,16 117:11 118:17
184:9,13,15 225:1 263:24
304:9 312:13
**thoughts**
184:3 311:25
**three**
23:8 105:1,1 108:3,19
109:9 138:9 139:7 158:9
198:7 231:7,8 281:13
308:12 328:18 329:7
**threshold**
166:14 167:12,17 168:4
**thursday**
111:8,17 113:17
**tier**
33:18 288:13 289:2
**tilt**
15:21
**time**
38:4 41:2,22 42:7,18,19
44:22,23,25 46:21 49:12,14

**time (cont.)**
49:19,20 59:12,19,24 63:1
75:23 76:18 80:9,12 89:17
89:18 90:4,10,21 95:2,8
97:15,18,19 98:6 99:12
101:2,16 102:11 103:4
104:5 110:7 111:14 112:20
118:1,11 119:21 120:5,13
121:8,10,11,21 122:2,6,11
128:17 133:7 134:17,20
135:5 142:7 151:20 154:9
156:20 158:24 166:13
170:9,13 171:3 172:5
181:24 183:20,24 184:12
184:13 185:7 195:3 222:9
222:15 225:8 229:3 230:6
232:20 237:11,21 238:11
245:2 256:7 257:9 259:25
260:17,21 265:4 266:14,19
268:15 279:22 284:22
285:17 286:20,23 287:4
289:25 295:8 296:9 297:4,8
306:11 314:25 329:19,23
332:17 334:8
**times**
39:21,24 40:3,7 61:21
63:11,24 65:10 66:19,21,24
67:9,10 76:21,23 77:4
79:14 97:21 106:1 119:21
208:20
**timing**
41:5,24 97:14 251:9 292:16
**title**
19:18,22 50:24 51:1 172:8
178:12 233:16
**today**
12:13 22:20 24:21 25:21
27:22 28:12,16,22 29:4
35:24 46:14 48:7,10,23
52:9,18 61:9 62:25 64:5
70:12 80:1 81:17 96:11
101:1 102:24 103:2,7
104:24 113:15 117:2 135:9
153:4 174:18 183:1 196:11
211:8 213:2 215:9 219:4
240:21,23 241:19 263:7
324:5 332:2,20
**today's**
332:24
**todd**
4:10
**token**
106:2 107:20 108:6 110:11
168:12,19 184:7
**tokens**
77:22 83:9 110:1,5,7 114:9

**tokens (cont.)**
114:21 115:6,8,9 116:3,13
119:6,17 121:8 152:12,12
154:7 160:22 161:1,5,20
165:1 169:2,3 170:2,4,5
174:8 184:1,12
**told**
141:25 151:6
**top**
33:18 52:2 91:18 118:7
201:3 202:6,18 211:14
216:15 241:9,21 288:13
289:2
**topic**
68:3 81:19,23 82:2,6,10,17
84:17 249:10
**topics**
82:24
**total**
273:11 281:14 287:7
289:14 317:17 318:19
332:25
**totally**
221:8 262:2,7
**traced**
324:21 327:1,11,24
**traces**
328:16,18
**tracing**
328:10,15
**track**
263:5 268:22,22
**trade**
169:23 316:3 317:19 318:2
318:4,23
**traded**
69:8,12 70:4 80:16,17
169:14 246:13 279:10
290:4
**trader**
290:6
**trades**
245:14 305:15 306:10
318:24
**trading**
128:19 184:8 236:20 244:4
244:22 261:20 279:21
280:4,6,11,13,24 288:12,17
288:18,24,25 289:3,4,7,9
295:19 311:22 314:9,17,18
314:19,21,23,24 315:1,5,6
315:8 316:4 317:6,18
**traditional**
290:10

[transaction - value]

**transaction**
16:10 329:1
**transcribed**
334:12
**transcript**
305:10
**transcripts**
27:23
**transfer**
246:23 248:7 249:14,15
326:10,20
**transferred**
248:17 249:2,12 326:15
327:7,16,24,25 328:25
**transfers**
246:21 324:20
**translates**
115:1
**translation**
190:6
**transpired**
42:20
**treated**
277:12,14 282:1,2,3
**treating**
276:10
**treatment**
278:2
**tried**
111:12 198:23
**tries**
136:17
**trivial**
206:6 326:10
**trouble**
238:8 326:24
**true**
76:4 88:12 112:25 122:18
126:12 136:16 200:1 212:5
212:24 214:1 215:20 216:8
217:10,14,22 218:11,15,24
219:10,13,13 220:13,15
221:1,16 240:4 249:7
278:19 279:14 280:8,15
283:21 322:12 323:1 334:9
**truth**
334:6,7,7
**truthfully**
12:12
**try**
18:3 74:24 144:2
**trying**
33:8 125:23 135:16 190:3
213:14 261:13 284:25
**tuesday**
110:21,22,25 111:1,8,10

**tuesday (cont.)**
116:14,15 117:11,12 300:6
**turn**
19:1 86:22 107:13 129:19
129:21 137:21 140:13
157:11 161:21 171:24
174:23 185:25 227:1 228:5
237:2 243:23,24 264:1
286:15 291:13 292:14
302:1 308:2 315:11
**turned**
290:5,9
**turning**
86:3 112:24 142:10 172:13
173:24 182:16 241:21
243:8 248:1 272:5 273:21
287:21 303:21
**turnover**
290:11
**turns**
219:4
**tweets**
90:3
**type**
30:13 70:3 100:2 146:7
**types**
93:5 128:19
**typewriting**
334:12
**typical**
146:11,21 242:23 243:14
**typically**
68:23 121:14 136:17 147:5
149:18

**u**

**u.s.**
31:4,5 64:3,3 108:6 157:16
179:20 287:14
**ultimate**
54:14 309:11 329:4
**ultimately**
301:24 328:16,18,21
**unclear**
304:9
**undercut**
293:7
**underlying**
13:3 101:9 102:19 120:14
**underperforming**
207:24
**underpin**
295:14
**understand**
17:6 21:17 77:12 78:25
123:11,19 133:24 136:17
142:12 144:3 164:16 179:3

**understand (cont.)**
184:24 188:13 205:20
206:5,7 220:8 221:8,14
224:7 228:20,25 229:13,14
240:20 241:20,25 242:13
243:9 244:20 246:24
251:25 254:4,25 261:15
264:21,24 277:1 281:5
289:22 293:6 297:21 299:4
299:5 301:7 304:22 305:2
311:19 312:9 315:8 316:18
318:8 331:10,18
**understanding**
13:5 14:7 16:19 30:11
37:10,13,19 48:7,9,22 49:1
51:18 62:14 106:9 144:18
182:20 217:1 249:8 264:18
267:2 273:7,10,16 275:16
275:23 276:25 277:2,6,16
277:18,21 281:25 283:25
284:18 305:7 313:17 321:9
323:13 326:25
**understands**
220:11
**understood**
35:4 43:12,13 48:19 78:15
158:1 241:18 330:9
**undertake**
152:14
**undertook**
105:24 232:4 239:2
**unexplained**
180:25 192:2,21 194:23
195:9 196:4 208:23 228:7
228:13,18 229:23,24
231:12 237:15,25 242:23
243:15
**unfolded**
101:16
**uninformative**
168:3,4
**unique**
129:16
**unit**
81:7 82:11
**united**
1:1 2:1 3:7
**units**
31:5 259:4 261:4 263:11
265:17 273:2,3,12 287:18
297:19 326:15 327:1,6,10
327:15,25 328:24 333:1
**universal**
167:20
**universe**
161:8,19 165:1 167:13

**universe (cont.)**
169:2
**unrelated**
176:9 235:10
**unsuccessful**
311:11
**unusual**
106:6 136:14
**ups**
82:23 83:22,22
**usage**
17:16 26:22
**use**
22:15 32:19,24 34:10,12
77:19,22,24 78:4 84:11
92:15 93:4 101:4,22 102:17
103:5 104:17 105:2,3 108:9
108:11 110:17 112:19
113:1 116:14 121:25
122:15 124:5 128:12,20
129:6 130:11 131:21 132:7
132:8,9,25 133:20 136:4
139:2,19,25 140:2,5 141:11
156:7 167:1 169:24 188:17
188:21,23,25 191:12 194:1
194:7 207:5 209:18 217:7
227:11 230:19 232:8,21
234:5 239:22 247:4 250:2
260:6 261:17 276:22 277:3
283:17 300:4 313:1 315:22
**useful**
184:14
**uses**
102:24 103:3,4 104:13
117:3,7 128:14 137:14
139:17 141:18 166:9
182:21,23 257:22 304:18
305:25
**utilize**
318:7
**utilized**
256:23 259:6
**utilizing**
170:4
**uvaydova**
6:4

**v**

**valid**
220:4
**value**
81:3 82:7 177:21 200:5
214:1 217:22 218:25
243:11 257:22 263:3 267:6
300:25 301:12 306:13,15
307:6 309:19 327:13

**[values - words]**

**values**
108:5 215:19 216:8 217:10
217:14 219:10 243:6 250:3
259:24 260:5 262:21
263:13
**van**
50:22 51:25 53:15 54:15,24
57:4 100:1
**variable**
138:12 173:1 177:14,14
178:2,9,16 179:2
**variables**
138:6,6
**variation**
91:19 123:7 125:2 127:4
150:16 177:13 178:2,21
179:1,6 180:22 181:1 190:9
262:22
**variations**
180:4
**varied**
260:12
**various**
90:2,7 93:5,11 94:19
134:18 181:21 202:25
203:1 230:4 231:18 232:25
234:8 235:11 236:2 269:20
284:1 310:17,18
**vary**
329:1
**velocity**
280:4,5 288:6,10,18 289:8
289:16,21,23 290:4 295:7
**verify**
104:19 105:14 151:2
**versus**
68:21 76:2 86:1 96:9
103:12,24 111:8 112:15
122:25
**vesey**
3:12
**vice**
50:25
**video**
6:5 10:20
**videographer**
6:5 10:5 15:18 51:5 59:18
59:24 122:5,10 170:12
171:2 222:8,14 256:14
266:13,18 296:12 297:3,7
329:18,23 332:19,22
**videotaped**
1:14 2:15 10:8
**view**
22:24 35:23 45:13 70:9
72:24 73:15,17 74:9 87:22

**view (cont.)**
87:25 90:4,12,15 96:19
97:2,4 99:5,6 109:13
118:19 119:15 129:8
133:18 135:7 139:18,22,23
142:20 157:24 160:3 161:4
165:5 167:16 173:25 176:3
176:3 199:13 205:25 211:1
211:1,9 229:4 232:6 238:20
238:24 249:17,18 260:3,9
260:10 263:4 270:24 293:5
293:20 294:2,14 300:8
301:10,15 306:12,12 307:5
311:8 320:8
**viewed**
272:19
**views**
24:16 44:10,17 244:7 245:1
303:18
**violating**
47:18
**violation**
43:6 44:4 45:9
**virtual**
19:15 80:24 81:24 331:14
**virtue**
75:21,25 170:1 237:21
**visually**
105:18 280:1
**voice**
270:22
**volat**
317:5
**volatile**
293:17
**volatility**
149:20 189:18 198:17
292:19 316:7,8 317:6,18
318:20
**volume**
33:20 279:21 280:4,6,11
288:12,13,24,25 289:3,10
314:9,17,19 315:1,10 316:2
316:4,4 317:6,18 318:19
**volumes**
289:7

---

**w**

---

**wait**
162:18,18 174:25
**waiting**
56:1,1
**waived**
334:21
**walk**
198:7 233:12

**walks**
256:9
**wallet**
326:10
**wallets**
325:25
**want**
15:5 39:1,3 40:1,2 41:21
47:17 48:21 58:17 61:6
62:10 63:12 71:10 89:2
92:19 97:23 107:5 118:8,9
123:14,19 126:6 128:7
135:20 137:9 139:8 146:16
161:16 163:21 172:2,19
176:16 181:6 188:17,17,22
189:2 202:5,6,15,15,16
210:22 212:8 213:3,5,7
214:6,9,12,13 216:15
217:12 232:21 239:6 244:8
245:3,4 250:5,22 253:8
254:3 255:14 258:10 266:2
266:7 271:6,10 278:25
279:16 281:5 285:11
294:14,14,19,24 295:25
296:21 298:12,25 301:18
302:2 308:4 310:25 312:24
317:14 318:8 319:1 323:4
325:21 330:12,14,14
331:24 332:8
**wanted**
32:1 53:13 55:12 100:2,11
133:13,25 140:9 158:15
167:4,4,19 173:4 179:17
184:6 234:3 323:11
**wanting**
183:23,25
**wants**
18:15
**washington**
4:19 5:8
**ways**
83:24 134:18 189:2
**website**
131:23
**wednesday**
1:16 2:19 111:8,17,23
113:1,8,16 300:7
**week**
44:24 97:13 110:24 112:4
116:24 117:10,23 129:18
**weekend**
111:1,12 116:22
**weekly**
31:13,22 34:1,20 96:5
112:1,9 113:9 128:1 129:6
269:6

**weight**
116:7
**weighted**
114:5 115:2
**weighting**
116:3,13 141:9
**weiss**
5:15 13:8
**wells**
86:14,18,19
**went**
31:5 60:4 100:9,12 101:13
105:20 269:21
**we've**
23:9 29:3 43:12 59:13
107:11 109:9 171:14
196:14 199:25 208:20
222:1 226:21 257:4,5
316:25 331:25 332:2,5
**wharton**
5:15
**whereof**
334:18
**white**
4:15 200:21
**wide**
167:6
**widely**
100:20 101:25 120:1
159:22
**window**
76:13 96:3 97:7 98:8 117:7
117:25 253:12
**withdraw**
248:10
**withdrawn**
168:20
**witness**
7:2 9:3 11:2 15:13 18:14
37:3,9,21 39:6,18 40:12,20
40:22 48:1,20 51:17 57:9
58:10 59:11 60:10 61:19,22
63:25 64:10,23 65:5,8,9
66:17,22 67:7,22 78:8
107:5 131:5,8 188:1 196:22
222:1,6 263:25 266:1,8
296:8 302:11,18 329:14
332:18 333:4 334:4,18
**witness's**
334:10
**word**
17:16,17 37:15 54:19 93:4
106:8 150:13,22 268:8
269:7 291:20,21 294:10
**words**
57:24 155:5 194:14 216:6

**[words - zoom]**

**words (cont.)**
227:10 230:19 232:8 292:9
**work**
13:7 24:17 25:13,14,23
26:7 29:12,24 30:4,8 32:7
33:15 36:17,21,23 40:5
47:1 50:10 51:14,21 53:23
54:14 55:14 66:17,22 68:20
69:8,19 70:3 71:23 72:4
73:2 88:7 89:1 100:12
121:15 123:19 129:3,12,15
154:15 157:25 164:23
174:19 179:11,14,18,22
195:17,18 209:12 212:20
215:15 216:10,17,18 223:7
223:13,25 224:13,25
230:10 239:18 268:3,25
272:22 273:19 276:21
278:4 281:19 299:22
325:23 326:1,5,12 332:8
**worked**
12:19 38:15 40:7,18 51:3
54:1 56:18
**working**
22:2 47:5 48:12 49:22
171:18 195:14 200:22
210:18 254:21 296:4
**works**
328:2
**world**
157:14 223:17
**worried**
127:23
**worse**
205:24 206:1
**worth**
294:22 300:6,7 303:24
322:7
**write**
250:1 272:25 273:22
282:12 288:3
**writing**
67:25
**writings**
68:9
**written**
58:24 82:13 309:10
**wrong**
308:8
**wrote**
55:19 210:19 248:6

**x**

**xr**
282:7
**xrp**
13:12 19:14 30:14 31:4

**xrp (cont.)**
46:10,12,15 50:10,12 73:10
73:25 74:22 75:7,17 76:4
77:18 85:3,20 87:6,13 88:1
89:10,17 90:5,9,24,24,25
91:6,20 92:11,18 93:14,20
93:22 94:3,16 95:5,13,25
96:14,25 97:6,6,18,25 98:5
98:16,21 99:1,3,6,16
115:14 119:8,22 120:6,22
123:6 125:2,3,21 126:13,14
126:15,19 127:3,4 137:5,19
140:18 142:14,18,25 143:9
143:13,15 144:7,11,12,13
144:22 145:1,10,22 146:3
147:12 148:4,15,17 149:6
149:10,23 150:3,7,16,17,25
151:2,3,8,12,14,15,22,23
151:25 152:2,13,15,22,23
152:24 153:1,5,7,12,17,21
153:24 154:6,11,19,21,25
155:13 156:1,2,6 157:3,6
158:21 159:5,9,14,23 160:1
160:12,13 162:23 164:5,15
164:17 165:7,19 167:11
168:3,14,21 169:7 172:1,8
176:1,8 177:15,19 178:7,7
178:12,16,21 179:6,8,23
180:3,16 181:1,15,25 182:4
182:7,13 187:8 190:9 191:1
191:2,4,25 192:1,20 194:16
194:17,22 195:2,6,8 196:3
198:16,16 199:3 205:15
222:22 223:12,16,22
224:10,16,21 225:15,24
226:9,11 228:6,12,21,24
229:10,24,24 230:8,25
231:21 232:4,17,19 233:2
233:20,25 234:5,16,25
235:9,10,12,16,22,24 236:3
236:8,9,16,17,19,20,21,23
237:5,12,14,20 238:1,20
242:24 243:15 244:2 247:9
247:11 248:8,10 249:12,23
250:4,15,16,18 251:6,7,9
251:10,17,20,21 252:6,19
254:6,9 255:19 258:5,7,8
258:24 259:1,2,4,7,10,11
259:24 260:4,7,10,12 261:3
261:4,12,20,21 262:8,17,18
262:24 263:3,11 264:9,15
264:20 265:14,16,21,22
268:6,14,20 269:5 270:14
271:9,12,13,19 272:3 273:2
273:3,12,14,23 274:10
275:20 276:2,7,9,23 277:7

**xrp (cont.)**
277:12,14,20 278:2,9,10,14
279:9 280:16 281:9,13,15
281:25 282:1,6,15,21,25,25
283:15,16,18,22 284:17,22
285:17 286:2,16 287:3,18
288:2,5,20 289:17,18,20,24
289:25 290:9 292:18,19
293:11,15 297:15,18,19,20
298:2,6,8,18 299:7 300:6,7
300:9,10 304:5,7 305:5,6
305:17,18,24 306:2,2,6,9
306:20,25 307:4,6,7 308:20
308:25 309:9,17 310:3,14
310:22 311:17 312:7,22
313:15 314:20 316:15,23
318:16 321:4 322:21,21
323:8,15,19 324:20 326:16
326:21 327:1,6,10,16,23,25
328:25

**xrp's**
90:17 163:3 180:23 234:6
234:13 235:1,2,6 236:5
252:24 253:1 262:3,7
267:13,14,24,25 283:4
299:20 307:18 312:18
321:15

**y**

**yeah**
20:4 41:9,12 43:10 54:1
109:8 115:2 121:6 135:17
137:10 145:15 146:1
152:20 156:23 163:13,23
169:16 172:2 175:1 178:24
197:9 202:5 214:9 226:6
228:10 239:12 245:24
246:2 256:3 258:2,18 266:8
279:20 280:10 285:9,9,13
291:16 297:1 301:3 302:17
322:8 323:3 328:9
**year**
36:22,22 65:24 75:5 129:7
156:21 161:6 181:24
183:13 184:15 230:9,9
231:19,20,20 233:1,2 268:6
**years**
40:15 62:1 64:7 118:5
119:24 151:21,21 265:11
268:20 287:4
**yen**
157:16 179:20 223:18
**york**
1:2 2:2,17,18,21 3:8,14,14
4:6,6 5:19,19 10:17,18
69:12 70:4 334:1,3

**z**

**zero**
187:13 191:22 192:22
193:1,12,15,17,19 194:2,7
194:11,17,25 195:12,15
196:2,10 197:4,18,23 198:3
198:9,13,18 199:10,14
200:3,13 202:12,13 203:5
205:15,23 206:10,23
207:11,15,19 212:10,11
213:11,12 217:19,21
218:15,24 219:1,5,12,25
220:15 221:1,16 224:5,9
225:17 250:14 251:25
252:3,5,10,10,15,15,19,21
253:16 254:2 255:5 311:3,4
**zoom**
12:7 15:12