# Exhibit 30

1

1        UNITED STATES DISTRICT COURT

2        SOUTHERN DISTRICT OF NEW YORK

3

4    SECURITIES AND EXCHANGE      )
     COMMISSION,                  )
5                                 )
                   Plaintiff,     )
6                                 ) Case No.
          v.                      ) 20-Civ-10832(AT)(SN)
7                                 )
     RIPPLE LABS, INC., BRADLEY   )
8    GARLINGHOUSE, and CHRISTIAN  )
     LARSEN,                      )
9                                 )
                   Defendants.    )
10   _____)

11

12

13

14

15            VIDEOTAPED DEPOSITION OF

16              CAROL L. OSLER, Ph.D.

17            Tuesday, December 21, 2021

18

19

20

21

22

23

     Reported by:
24   BRIDGET LOMBARDOZZI,
     CSR, RMR, CRR, CLR
25   Job No. 211221BLO

2

1                    UNITED STATES DISTRICT COURT

2                 SOUTHERN DISTRICT OF NEW YORK

3

4    SECURITIES AND EXCHANGE        )
     COMMISSION,                    )
5                                   )
                    Plaintiff,      )
6                                   ) Case No.
            v.                      ) 20-Civ-10832(AT)(SN)
7                                   )
     RIPPLE LABS, INC., BRADLEY     )
8    GARLINGHOUSE, and CHRISTIAN    )
     LARSEN,                        )
9                                   )
                    Defendants.     )
10   _____)

11

12

13

14

15          Videotaped deposition of CAROL L. OSLER, Ph.D.

16   taken on behalf of Plaintiff, held at the offices of

17   Debevoise & Plimpton, 919 Third Avenue, New York, New

18   York, commencing at 9:07 a.m. and ending at 6:14 p.m., on

19   Tuesday, December 21, 2021, before Bridget Lombardozzi,

20   CCR, RMR, CRR, CLR, and Notary Public of the States of

21   New York and New Jersey, pursuant to notice.

22

23

24

25

3

```
1    A P P E A R A N C E S (Via Remote where indicated):

2

3

4    For the Plaintiff:

5

6

7            UNITED STATES SECURITIES AND EXCHANGE COMMISSION

8            NEW YORK REGIONAL OFFICE

9            BY:  ROBERT MOYE, ESQUIRE

10                DAPHNA A. WAXMAN, ESQUIRE

11           New York Regional Office

12           200 Vesey Street

13           Suite 400

14           New York, New York  10281-1022

15           Telephone:  212.336.0153

16           Email:   moyer@sec.gov

17                    waxmand@sec.gov

18

19

20

21

22

23

24

25
```

4

```
 1    A P P E A R A N C E S (Continued):

 2    For Defendant Ripple Labs Inc.:

 3             DEBEVOISE & PLIMPTON LLP

 4             BY:  BENJAMIN J. LEB, ESQUIRE (Remote)

 5                  ASHLEY HAHN, ESQUIRE (Remote)

 6                  MATTHEW J. HIRSCH, ESQUIRE (Remote)

 7             919 Third Avenue

 8             New York, New York  10022

 9             Telephone:  212.909.6000

10             E-Mail:  bjleb@debevoise.com

11                      ahahn@debevoise.com

12                      mjhirsch@debevoise.com

13                         -and-

14    For Defendant Ripple Labs Inc. and the Witness:

15

16             KELLOGG, HANSEN, TODD, FIGEL & FREDERICK PLLC

17             BY:  BRADLEY E. OPPENHEIMER, ESQUIRE

18                  JUSTIN BERG, ESQUIRE

19             Sumner Square

20             1615 M Street, N.W.

21             Suite 400

22             Washington, D.C.  20036

23             Telephone:  202.326.7999

24             E-mail:  Boppenheimer@kellogghansen.com

25                      jberg@kellogghansen.com
```

5

1    A P P E A R A N C E S (Continued):

2

3    For Defendant Bradley Garlinghouse:

4

5            CLEARY GOTTLIEB STEEN & HAMILTON

6            BY:  NICOLE TATZ, ESQUIRE (Remote)

7            One Liberty Plaza

8            New York, New York  10006

9            Telephone:  212.225.2951

10           E-mail:  ntatz@cgsh.com

11

12   For Defendant Christian A. Larsen:

13

14           PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

15           By:  SARAH PROSTKO, ESQUIRE (Remote)

16           1285 Avenue of the Americas

17           New York, New York  10019-6064

18           Telephone:  212.373.3067

19           E-mail:  sprostko@paulweiss.com

20

21   ALSO PRESENT:

22           STELLA UVAYDOVA, Paralegal, SEC

23           DAVID SHERECK, Videographer
             Shereck Video Service

24

25

6

```
 1                      INDEX

 2    WITNESS                           EXAMINATION

 3    CAROL L. OSLER, Ph.D.

 4        BY MR. MOYE                        11

 5        BY MR. OPPENHEIMER                336

 6

 7                     EXHIBITS

 8    SEC
      NUMBER            DESCRIPTION          PAGE
 9

10    Exhibit 1    Expert Report of Professor    14

11                 Carol L. Osler 10-4-21

12                 NO BATES, 41 pages

13

14    Exhibit 2    Federal Reserve Bank of St.  174

15                 Louis - Functions of Money

16                 article dated 8-9-12

17                 NO BATES, 4 pages

18

19    Exhibit 3    NBER Working Paper Series    175

20                 Yermack Article 12/13

21                 NO BATES, 16 pages

22

23    Exhibit 5    Declaration of Lawrence      237

24                 Angelilli dated 3-14-21

25                 NO BATES, 13 pages
```

7

```
 1                         EXHIBITS

 2    SEC
      NUMBER              DESCRIPTION            PAGE
 3

 4    Exhibit 6   Rebuttal Report of ███████      260

 5                ███████ dated 11-12-21

 6                NO BATES, 73 pages

 7

 8    Exhibit 7   Amended Expert Rebuttal         263

 9                Report of ███████████

10                dated 11-16-21

11                NO BATES, 149 pages

12

13    Exhibit 8   Rebuttal Expert Report of       264

14                Carol Osler dated 11-12-21

15                NO BATES, 20 pages

16

17    Exhibit 9   Expert Report of ███████        296

18                ██████ dated 10-4-21

19                NO BATES, 50 pages

20

21    Exhibit 10  "Free Working Capital with      223

22                On-Demand Liquidity"

23                NO BATES, 8 pages

24

25
```

8

```
1                          EXHIBITS

2     SEC
      NUMBER                 DESCRIPTION            PAGE
3

4     Exhibit 11   "The Environmental Impact:       232

5                   Cryptocurrency Mining vs.

6                   Consensus"  7-8-20

7                   NO BATES, 5 pages

8

9     Exhibit 12   11-18-21 CoinDesk Article        254

10                  "Mexican Crypto Exchange

11                  ██████  Incorporates Circle

12                  Solutions for Cross-Border

13                  Payments Initiative."

14                  NO BATES, 3 pages

15

16    Exhibit 13   "MoneyGram Partners with         254

17                  Ripple Competitor Stellar"

18                  NO BATES, 4 pages

19

20

21           *** EXHIBITS BOUND SEPARATELY ***

22

23

24

25
```

9

1                     DEPOSITION SUPPORT INDEX

2

3      DIRECTION TO WITNESS NOT TO ANSWER

4         Page    Line

5          163     15

6          242     13

7          261      3

8

9

10     STIPULATIONS

11        Page    Line

12         13      17

13

14

15     PORTION MARKED HIGHLY CONFIDENTIAL

16        Page    Line

17         - -none- -

18

19

20     REQUEST FOR DOCUMENTS

21        Page     Line

22         - -none- -

23

24

25

1                    -   -   -

2                    9:07 a.m.

3               December 21, 2021

4                    -   -   -

5               THE VIDEOGRAPHER:  Okay.  We

6          are on the record.  The time is

7          approximately 9:07 a.m.  Today's date

8          is Tuesday, December 21st, 2021.

9          This is the video deposition of

10         Professor Carol Osler in the matter

11         of Securities and Exchange Commission

12         versus Ripple Labs, et al.  Index

13         number is 20-Civ-10832 in the United

14         States District Court, Southern

15         District of New York.

16              My name is David Shereck,

17         certified legal videographer with Shereck

18         Video, in association with Gradillas

19         Court Reporting of Glendale, California.

20         We're located today at the office of

21         Debevoise & Plimpton located at 919 Third

22         Avenue, New York, New York.

23              All counsels will be present --

24         all counsels present will be noted on the

25         stenographic record.

11

1                     And the court reporter today is

2            Bridget Lombardozzi, also with Gradillas.

3            And will you please swear in the witness.

4                     C A R O L   O S L E R, Ph.D,

5            having been duly sworn, was examined and

6            testified as follows:

7                     THE REPORTER:   Thank you.

8                     You may proceed.

9                     MR. MOYE:   Good morning.

10            Should we get the appearances from

11            all of the witnesses -- from all the

12            attorneys?   No.   We've already done

13            that.   All right.

14   DIRECT-EXAMINATION

15   BY MR. MOYE:

16       Q.   I'm Robert Moye representing the SEC

17   I'll be asking you the questions today.   Let's

18   start out, can you tell me your name and spell it

19   for the record?

20       A.   Carol L. Osler.   C-A-R-O-L, L,

21   O-S-L-E-R.

22       Q.   And where do you live?

23       A.   I live in Framingham, Massachusetts.

24       Q.   Have you ever been deposed before?

25       A.   I have.

1        Q.   How many times?

2        A.   Twice.

3        Q.   So this may be a review, but I want to

4    go over a few points about how we can make a good

5    record here today of your testimony.

6             The first thing I'd like to remind you

7    is to please let me -- wait for me to finish my

8    question before you begin your answer.  I will try

9    to do the same for your answers.

10            Second, from time to time counsel in the

11   room may make an objection.  When that happens, I

12   have a choice:  I can rephrase my question or I

13   can ask you to go ahead and answer the pending

14   question.

15            If you don't remember the pending

16   question, we can have it read back.

17            Is that all right?

18       A.   That's fine.

19       Q.   Finally, if there's a question that you

20   think is unclear, please ask me to clarify because

21   if you go ahead and answer a question that I ask

22   with the misunderstanding present, we may not know

23   that that happens.  However, if you realize later

24   that you've misunderstood one of my questions and

25   need to add to or change one of your answers, you

13

1   can do that, but please let me know that you want

2   to do that so we can finish the pending question.

3           Is that all right?

4   A.   Yes.

5   Q.   And, finally, when I hand you a

6   document, I will direct you to that portion of the

7   document that I'm interested in.  So you don't

8   need to read the entire document before I can

9   begin my question, but obviously if there are

10  other parts of the document that you want to refer

11  to before you begin your answer, that's fine as

12  well.  But I think it will go smoother if I give

13  you an exhibit and tell you where I'm going to go.

14          Is that okay?

15  A.   Yes.

16  Q.   All right.

17              MR. OPPENHEIMER:  Counsel,

18          before you start, let me just put on

19          the record our existing practice that

20          an objection by one defendant is an

21          objection by all.

22              MR. MOYE:  Yes, that's

23          acceptable.

24              MR. OPPENHEIMER:  Thank you.

25  Q.   And is it okay if I refer to you as

14

1    Professor Osler?

2         A.   It is.

3         Q.   All right.  Professor, I'm going to hand

4    you what's been marked as Exhibit 1.

5         A.   Thank you.

6                   (Whereupon, exhibit is received

7              and marked SEC Osler Deposition Exhibit 1

8              for identification.)

9    BY MR. MOYE:

10        Q.   Can you let me know if you recognize

11   Exhibit 1?

12        A.   I do.

13        Q.   What is Exhibit 1?

14        A.   It is my expert report.

15        Q.   Your initial report in this matter?

16        A.   My initial report.

17        Q.   Okay.  That was issued on October 4th,

18   more or less?

19        A.   Yes, more or less.

20        Q.   Okay.  Does your initial report have any

21   exhibits?

22        A.   It does.

23        Q.   Okay.  So I'd like to direct your

24   attention to Exhibit A.

25              Can you tell me in your own words, what

1    is Exhibit A?  What kind of information it

2    contains.

3         A.   It's my curriculum vitae, so it has my

4    education, my employment history, my publication

5    history, my teaching and my thesis -- thesis

6    committee participation and the like.

7         Q.   Okay.  So I'd like to review your

8    academic experience.  Can you tell me where you

9    went to undergraduate?

10        A.   I went to Swarthmore College in

11   Pennsylvania.

12        Q.   And you got a bachelor's in economics?

13        A.   I did.

14        Q.   When did that occur?  When did you get

15   that degree?

16        A.   The degree was in 1980.

17        Q.   Okay.  May be an obvious question, but

18   when you were studying in your undergraduate

19   degree, did you study cryptocurrencies?

20        A.   No, I didn't.

21        Q.   All right.  Where did you get -- where

22   did you study for your master's degree?

23        A.   My -- my master's and my Ph.D. came from

24   Princeton University in New Jersey.

25        Q.   Okay.  And when did you receive your

1   master's?

2       A.   My master's would have been, I believe,

3   1983.

4       Q.   Similar question as before:  When you

5   studied for your master's degree, did you have the

6   occasion or opportunity to study cryptocurrencies?

7       A.   I studied monetary theory but not

8   cryptocurrencies.

9       Q.   And that's because cryptocurrencies, as

10  we know them now, didn't exist back then?

11      A.   That's true.

12      Q.   When did you receive your Ph.D.?

13      A.   1987.

14      Q.   I'm sorry, '86 or '87?

15      A.   '87.

16      Q.   And when you were studying for your

17  Ph.D., was it also true that cryptocurrencies did

18  not exist and so you did not have the opportunity

19  to study them?

20      A.   That's correct.

21              MR. OPPENHEIMER:  Objection

22         to form.

23      Q.   You can answer.

24              MR. OPPENHEIMER:  You can

25         answer.

17

1          A.   That's correct.

2          Q.   All right.  You're teaching out at

3    Brandeis University, correct?

4          A.   Yes.

5          Q.   I mean, not today.

6          A.   Right.

7          Q.   But you're employed at Brandeis?

8          A.   I am employed at Brandeis.

9          Q.   All right.  Let's talk about some of

10   your prior teaching experience.

11              You previously taught at Dartmouth

12   College?

13         A.   Yes.

14         Q.   During what period of time?

15         A.   From 1985 to 1991.  I believe that was

16   '91.

17         Q.   At that time did you teach any courses

18   that involved the use of cryptocurrencies in

19   exchanges or foreign exchange trade?

20                   THE REPORTER:  In exchanges?

21                   MR. MOYE:  Or foreign

22         exchange trade.

23         A.   I certainly taught about the nature of

24   money but I did not discuss cryptocurrencies.

25         Q.   And, again, why not?

18

1          A.   Because they did not exist.

2          Q.   And you also taught at Northwestern

3     University, is that true?

4          A.   Yes, I did.

5          Q.   During what period of time?

6          A.   I taught as a visiting assistant

7     professor in the -- around 1990 twice.

8          Q.   In succession or -- or --

9          A.   No, there was a gap between.  About a

10    semester, I believe.

11         Q.   Okay.  And so back in 1990, did you have

12    the opportunity to teach any courses about the use

13    of cryptocurrency in the foreign currency exchange

14    markets?

15         A.   I taught about currency trading

16    extensively, which is my area of expertise.  I did

17    not specifically mention cryptocurrencies.

18         Q.   And why not?

19         A.   Because they didn't exist at the time.

20         Q.   And when did you teach at Columbia?

21         A.   I taught at Columbia in the early 1990s,

22    shortly after I arrived at the Federal Reserve

23    Bank of New York where I worked for about a decade

24    as a macroeconomist -- for much of that period as

25    a macroeconomist, international macroeconomist.

19

1          Q.   All right.  So you're talking about the

2     Federal Reserve.  How about at Columbia?

3          A.   At Columbia I taught monetary theory to

4     undergraduates and I taught something essentially

5     the same to graduates in -- yeah.

6          Q.   How long were you at Columbia?

7          A.   I believe it was about -- I believe I

8     taught there roughly three years.

9          Q.   From '93 to '96?  Does that sound right?

10         A.   That sounds pretty good.

11         Q.   It's listed in your professional

12     experience with that.  You're --

13         A.   Okay.

14         Q.   Feel free to refer to that if that helps

15     you.  If that doesn't help you --

16         A.   Thank you.  Okay.

17         Q.   So I'm looking at the first page under

18     "Professional Experience."

19         A.   And I'm sure when I put that down, I had

20     sat down to figure it out.

21         Q.   Okay.  That's what we're going to go

22     with, '93 to '96.

23              So same question as I've asked you

24     previously:  Did cryptocurrencies exist back in

25     1993 or 1996?

1        A.    No, they didn't.

2        Q.    Okay.  So you would not have had the

3   opportunity at Columbia to discuss or teach those

4   topics to your students, is that right?

5        A.    I certainly taught about currencies at

6   great length.

7        Q.    I was asking about cryptocurrencies.

8        A.    I did not specifically mention

9   cryptocurrencies.  There are many currencies and I

10  don't always mention them all.  But in any case,

11  at that time, cryptocurrencies did not exist.

12       Q.    Okay.  And you hadn't anticipated their

13  existence, is that fair to say?  You personally.

14                  MR. OPPENHEIMER:  Objection

15           to form.

16       A.    I'm just thinking about your question.

17  You know, I don't even remember what I thought

18  about back then.  It's a very long time.

19       Q.    All right.  So you've been -- you've

20  been at Brandeis University teaching for about the

21  last 19 years.  Is that -- is that close?

22       A.    That's close.

23       Q.    Okay.  And according to your bio in

24  Exhibit 1, you teach courses on behavioral

25  finance, financial market structure and trading

21

1    process, and applied macroeconomic analysis, is

2    that right?

3        A.   Yes.  And in macroeconomics, we discuss

4    the nature of currencies and in my trading class,

5    we discuss the trading of currencies.

6        Q.   Okay.  In any of the courses that you've

7    been teaching at Brandeis, do you focus

8    specifically on cryptocurrencies?

9                    MR. OPPENHEIMER:  Objection

10           to form.

11                    You can answer.

12       A.   I -- let's see.  Give me an opportunity

13   to think about this.

14               I discussed it in my behavioral finance

15   class.  They came up as a topic along the way.

16       Q.   So let's explore that for a minute.

17               When you say "discussed," is that the

18   focus during the semester or was that something

19   that came up on one day during one class

20   discussion?  How would you describe it?

21                    MR. OPPENHEIMER:  Objection

22           to form.

23                    You can answer.

24       A.   I would describe it as a topic I raised

25   on one day.

22

```
 1          Q.   Okay.  And is it a topic that was the

 2     subject of research by your students leading to an

 3     assignment or an exam or was it -- was it

 4     something that you tested on or was it more --

 5     yeah.  What did you do in connection with that

 6     discussion?

 7                         MR. OPPENHEIMER:  Objection

 8          --

 9          Q.   Was there any additional outside work or

10     research?

11                         MR. OPPENHEIMER:  Objection

12          to form.

13          Q.   You can answer.

14          A.   I did not have the students do anything

15     about it, but of course my understanding of

16     cryptocurrencies is informed by my own research.

17          Q.   Prior to Brandeis University, so I guess

18     focusing mostly on Federal Reserve and your other

19     teaching, has any of your professional employment

20     focused on the use of cryptocurrencies either in

21     connection with foreign exchange trading or in any

22     other way?

23          A.   No.

24          Q.   In your research at Brandeis, according

25     to your bio, your research is focused on exchange
```

23

1   rates and foreign exchange trade.  I realize you

2   do a lot of research.

3            But is that a fair summary of your --

4   some of the topics of your research at Brandeis?

5                      MR. OPPENHEIMER:  Objection

6            to form.

7                      You can answer.

8        A.   There has been an important secondary

9   focus, which is on behavioral matters in finance.

10  And most recently I have expanded my study of

11  currency trading to include cryptocurrencies.

12       Q.   So just looking at the past, maybe the

13  more distant past instead of the present, would it

14  be fair to say that your research at Brandeis has

15  not focused on the use of cryptocurrencies in the

16  foreign exchange trade market?

17                     MR. OPPENHEIMER:  Objection

18           to form.

19                     You can answer.

20       A.   I'd say that my most recent research has

21  definitely included cryptocurrencies.

22       Q.   Let's flip that around.

23            Except for your most recent research,

24   would it be fair to say that your other 18- or

25   17-plus years at Brandeis has not focused on

24

1    cryptocurrencies in the foreign exchange trade

2    trading markets?

3         A.   That would --

4                   MR. OPPENHEIMER:   Objection.

5                   You can answer.

6         A.   That would be fair to say.

7         Q.   Have you published any papers dealing

8    with cryptocurrency trading?

9         A.   I have not published any papers on it.

10        Q.   Are you currently working on any papers

11   either by yourself or with someone else regarding

12   use of cryptocurrency?

13        A.   Yes.

14        Q.   Okay.  Is that the "Private

15   Non-fundamental Information in Adverse-Selection

16   of Cryptocurrencies" paper?

17        A.   Yes, it is.

18        Q.   Okay.  Who's your co-author?

19        A.   Shuran Zhang.

20        Q.   And who is Shuran Zhang?

21        A.   He is a graduate of Brandeis Ph.D.

22   program and I chaired his thesis committee.

23        Q.   So he's a Ph.D. recipient?

24        A.   Yes.

25        Q.   He currently teaches at Brandeis?

1          A.    Shuran Zhang?   No.

2          Q.    Okay.   Where -- do you know where he is

3     now?

4          A.    Yes.   He lives in Utah.

5          Q.    Okay.   Why don't we help the court

6     reporter by spelling Shuran Zhang.

7          A.    Sure.

8          Q.    Do I have this right?   S-H-U-R-A-N,

9     Z-H-A-N-G?

10         A.    Yes.

11         Q.    All right.   And thanks for helping with

12    the pronunciation.

13              So you confirmed the title of the paper,

14    but could you explain for noneconomists, what is

15    the thesis of the paper?   What is it that the

16    paper's trying to establish or study?

17                    MR. OPPENHEIMER:   Objection

18         to form.

19                    You can answer.

20         A.    The paper is interested in the

21    communication of information within a given trade

22    and the nature of that information.   And I'm using

23    cryptocurrency as a lens through which to

24    understand all currencies.   And so -- and, in

25    fact, all trading.   So all financial -- active

 1    financial active trading.

 2           So economists have -- financial

 3    economists.  A major topic in the financial

 4    economics literature over the past 35 years has

 5    involved the question:  What if someone in a given

 6    trading -- in a given trade knows more about the

 7    future value of a -- of the asset than -- than

 8    someone else?  And we call that asymmetric

 9    information.

10           And the question is:  What happens --

11    and another important question is:  What's the

12    nature of that information?  And my paper looks at

13    the nature of information that might be

14    communicated within a trade.

15      Q.   What does the technical term "adverse

16    selection" mean?

17      A.   Let me think a bit so I can say it

18    concisely for you.

19           Excuse me.

20           Adverse selection refers to a situation

21    of asymmetric information, where one person knows

22    more than another, and it refers to a situation in

23    which the person who does not have the information

24    will only experience an adverse outcome with

25    respect to the person who does have the

```
 1    information.

 2         Q.   So in connection with this paper, who

 3    has the adverse selection problem or the asymmetry

 4    of information with regard to cryptocurrencies?

 5                        MR. OPPENHEIMER:  Objection

 6              to form.

 7                        You can answer.

 8         Q.   Just generally.

 9                        MR. OPPENHEIMER:  Same

10              objection.

11         A.   Let me just formulate an answer for you.

12              We -- the person purchasing.

13         Q.   Okay.  Do you view this recent research

14    in any way as relevant to the expert opinion

15    you've given in this case?

16                        MR. OPPENHEIMER:  Objection

17              to form.

18                        You can answer.

19         A.    I will answer, but I just realized that

20    I was too narrow in my previous response, so I'd

21    like to clarify that after I answer.

22              Could you repeat the question, the

23    current question?

24                        MR. MOYE:  Could you read it

25              back?
```

1          (Whereupon, the record was read

2      back.)

3      A.   That's -- I -- I review the research as

4   having helped enrich my understanding of

5   cryptocurrencies broadly and the specific topic of

6   the research is not directly relevant to this.

7      Q.   Are you going to produce a copy of that

8   paper?

9               MR. OPPENHEIMER:  Can we --

10          can we clarify that other answer she

11          wanted to expand on?

12               THE WITNESS:  Oh, yes.

13               MR. MOYE:  Yes, right after

14          she tells me.

15      Q.   Are you willing to produce a copy of the

16   paper so that we can study it?

17      A.   Absolutely.

18               MR. OPPENHEIMER:  Objection.

19               You can answer.

20      A.   Okay.  I believe it's available.

21      Q.   Well, I haven't been able to get it.

22      A.   Okay.

23      Q.   So I'd appreciate it if your counsel

24   could provide us a copy.

25      A.   Okay.  Okay.

29

1      Q.   So why don't you go back and clarify the

2    answer that you wanted to clarify.

3      A.   Yes.  So you had asked me who would be

4    adversely selected in a currency trade or -- yeah,

5    in a financial market trade.  And I had specified

6    that it was the purchaser.  More accurately, it's

7    the liquidity provider, whether the liquidity

8    provider is buying or selling.  It's whoever is

9    providing liquidity on the trade.

10     Q.   Are you saying the ultimate purchasers

11   do not suffer in any way from the adverse

12   selection problem?

13                 MR. OPPENHEIMER:  Objection

14          to form.

15     A.   I'm not sure I see the relationship

16   between your question and what we've been talking

17   about.

18     Q.   That's fine.  If you can't answer, we

19   can move on.

20                 MR. OPPENHEIMER:  Objection.

21     A.   Let me put it this way:  Your question

22   is confusing to me and I would welcome a

23   clarification.

24     Q.   Okay.  I was trying to ask if the

25   ultimate purchasers of cryptocurrency, the

30

 1   individuals that purchase it, are they ever

 2   subject to the adverse selection problem which is

 3   the same or similar to what you described in this

 4   paper?

 5                    MR. OPPENHEIMER:  Objection

 6          to form.

 7                    You can answer.

 8       A.   We're going an awfully long way here

 9   between what's in my paper and individual traders.

10   So we'd have to examine the links carefully.  And

11   the paper is completely unspecific about who these

12   traders are.

13       Q.   Okay.  So as of right now, you're not

14   sure how you would answer my question.

15          Is that fair?

16                    MR. OPPENHEIMER:  Objection

17          to the form.

18                    You can answer if you

19          understand that.

20       A.   I -- I would like to clarify that until

21   the question is clarified, I cannot provide an

22   answer.

23       Q.   All right.  So if the paper was here, we

24   might be able to do that, but why don't we move on

25   to another area of discussion.

31

1          I'd like you to look at the list of your

2     publications which is at the bottom of page 2 in

3     your bio or your CV.  And I believe it continues

4     onto page 3 and 4.

5          So I'm mostly focused on recent

6     publications, but obviously if you feel it's

7     irrelevant, you can tell me.

8          A.   Uh-huh.

9          Q.   As far as you know, is this list of

10    publications complete?

11         A.   As far as I know.

12         Q.   Okay.  There's been nothing recent in

13    the past month or so that didn't make it onto the

14    CV?

15         A.   No.

16         Q.   Okay.  So it looks like, looking at the

17    bottom of page 2, you published an article in 2021

18    titled "Price Discovery in Two-Tier Markets," is

19    that right?

20         A.   Yes.

21         Q.   And then turning on to the next page, it

22    looks like your next most recent publication, "The

23    Market Microstructure Approach to Foreign

24    Exchange," was published in 2013, is that correct?

25         A.   That's correct.

1      Q.   So between 2021 and 2013, were there any

2    academic publications?

3      A.   There were no academic publications.

4      Q.   Now, I know that you've written several

5    times for popular audience.  Are those

6    publications listed under your other publication

7    section?

8      A.   Yes.

9      Q.   Okay.  And you've also been part of

10   several working papers, is that correct?

11     A.   Yes.

12     Q.   And those are listed in the "Working

13   Papers" section on page 4, is that right?

14     A.   Let me just check.  There's some --

15   there -- yeah, that's about right.

16     Q.   Okay.  So bottom of page 4, top of page

17   5, shows what you've been working on but has not

18   ultimately been published, is that fair?

19     A.   That's correct.

20     Q.   Okay.  Is it -- is that section complete

21   in terms of what you've been working on but not

22   yet published?

23                  MR. OPPENHEIMER:  Objection

24        to form.

25     A.   In terms of working papers, that's

33

```
 1    correct.
 2        Q.   All right.  Would it be fair to say,
 3    Professor Osler, that between the period of 2013
 4    and the present, so 2021, you were focused on --
 5    you were more focused on expert engagements than
 6    in publishing your academic research?
 7                     MR. OPPENHEIMER:   Objection
 8             to form.
 9        A.   No.
10        Q.   No.  Okay.
11             Can you tell me how many academ -- how
12    many expert engagements you've worked on between
13    2013 and 2021?
14        A.   I don't have the number handy, but it's
15    important to know that I have been doing extensive
16    administrative work at the university.
17        Q.   Let's talk about that.
18             You have a lot of -- I don't know if
19    they're management or supervisory
20    responsibilities.
21             How would you describe your current load
22    of responsibilities at Brandeis?
23        A.   Quite extensive.  I chair the faculty
24    senate.  And for about four years in there, I was
25    co-chair of a task force intending to design
```

1    workplace bullying policies.

2                    THE REPORTER:  Workplace

3           billing?

4                    THE WITNESS:  I'm sorry.

5           Bullying.

6                    THE REPORTER:  Thank you.

7    BY THE REPORTER:

8         Q.   And then, of course, you work with

9    students, including Ph.D. students --

10        A.   Uh-huh.

11        Q.   -- and you serve on committees?

12                   THE REPORTER:  Repeat.

13        Q.   Am I correct that you also work with

14   students, including Ph.D. students, and you serve

15   on their dissertation committees?

16        A.   That's correct.

17        Q.   Okay.  Why don't we look at the expert

18   section of your bio.  So this is going to start at

19   the bottom of page 1 and go onto the top of page

20   2.

21             Would you take a moment to yourself,

22   read through the case names, engagements that you

23   worked on, and let me know when you're done.

24        A.   I'm done.

25        Q.   Okay.  So by my count that's 11 expert

35

```
1    engagements.  Math's not my main subject, so I

2    could be off by one or two.

3              Does that sound about right?

4         A.   Sounds about right.

5         Q.   Okay.  Are there others -- as you read

6    through, did you notice any other expert

7    engagements that you've worked on that are not

8    listed here?

9         A.   No.

10        Q.   Do these engagements include matters on

11   which you acted as a consultant but never actually

12   offered an expert opinion?

13        A.   Yes, they do.

14        Q.   Okay.  So we could be reasonably

15   confident that if you worked in connection with

16   any sort of litigation, it's listed in this

17   engagement section.  Is that fair?

18        A.   Reason --

19                  MR. OPPENHEIMER:  Objection.

20                  You can answer.

21        A.   Reasonably confident.

22        Q.   All right.  And does this professional

23   experience list any other matters in which you're

24   currently acting as an expert or preparing to

25   issue an expert opinion?
```

36

1      A.   Yes.  Well, I am not -- so, no, I am not

2    preparing to provide an opinion -- no, there's

3    one.  There's one that I am preparing to provide

4    an opinion.

5      Q.   Which law firm are you working with?

6    Can you tell us?

7      A.   Siskinds in Canada.

8      Q.   And what type of case is that?  Just a

9    general is fine.

10                   MR. OPPENHEIMER:  Objection.

11                   You can answer.

12     A.   It's bonds.

13     Q.   Okay.  So besides the bond case with

14   Siskinds and besides this case which is also not

15   listed for obvious reasons, there's no other

16   consulting engagement that -- that you have that

17   you're working on.

18          Is that fair?

19     A.   No.  There is a third that is -- let's

20   see; listed here as 2017 to present, Maurice

21   Blackburn in Australia.

22          I speak with these people, yeah.  So

23   there's that.

24          I am not actively preparing anything for

25   them at the moment.

37

1          Q.   Okay.  Besides the Ripple case which

2     brings us here today, have any of these other

3     expert engagements required you to issue an

4     opinion regarding cryptocurrencies?

5          A.   No.

6          Q.   Did any of these expert or consulting

7     engagements require you to look at or study

8     cryptocurrency issues?

9                    MR. OPPENHEIMER:  Objection

10          to form.

11               You can answer.

12          A.   Not that I recall.

13          Q.   How many times have you testified as an

14     expert in court?

15          Let me rephrase that.

16          Have you testified as an expert in a

17     court proceeding, in a trial or hearing?

18                    MR. OPPENHEIMER:  Objection

19          to form.

20               You can answer.

21          A.   No.

22          Q.   Okay.  How many times have you testified

23     in a deposition prior to today?

24          A.   Two.

25          Q.   Okay.  And which matters?  Which expert

38

1    engagements were those?

2         A.   Let's see.  Chris Staines/Royal Bank of

3    Canada and Axiom Investment Advisors, LLC versus

4    Deutsche Bank.

5         Q.   And in the Mancinelli case, did you give

6    courtroom or deposition testimony?

7         A.   The case had not proceeded that far.

8         Q.   There was a published opinion which

9    talks about your contributions to that case,

10   whether or not you're aware of that.  So I'm just

11   asking about Mancinelli.

12        A.   The bond case?

13        Q.   This would be the one in Canada.

14        A.   There's -- I've worked -- the Canadians

15   like me.

16        Q.   I'm glad to hear that.  So I'm asking

17   you about the Canadian case --

18        A.   Mancinelli is about bonds and my bond

19   report is not final.

20        Q.   So if I ask you whether you issued three

21   different written opinions in the Mancinelli case

22   and that the court considered both those written

23   opinions and written challenges to your case -- to

24   your opinions by Nick Weir and another individual,

25   would that refresh your recollection about whether

39

```
1    you have or have not given testimony in the

2    Mancinelli case?

3                    MR. OPPENHEIMER:  Objection

4         to form.

5                    You can answer.

6    Q.   If that's helpful.

7                    MR. OPPENHEIMER:  You can

8         answer.

9    A.   I wonder if there's a confusion

10   somewhere in here on the specific names of the

11   cases.  What you describe I believe applies to the

12   case -- the foreign exchange case that I dealt

13   which is listed here as Chris Staines versus Royal

14   Bank of Canada.  So I believe that's where what

15   you described occurred.

16   Q.   Okay.  All right.  Thanks for that

17   clarification.

18            Has a court ever considered whether to

19   accept your opinion as an expert and either

20   accepted it or rejected it?

21                    MR. OPPENHEIMER:  Objection

22        to form.

23                    You can answer.

24   A.   I will need some clarification.

25   Q.   Okay.  So when experts' opinions are
```

40

1   submitted in litigation, the parties work with

2   them.  They study them.  Sometimes there's

3   depositions like today.  But usually at a later

4   point in a proceeding, the court has the

5   opportunity to look at them if the case goes that

6   far and doesn't settle or -- or be dismissed.

7                    THE REPORTER:  Or?

8                    MR. MOYE:  Or be dismissed.

9        Q.   So I'm asking if you've ever -- if you

10  know, whether any of your opinions have been ever

11  submitted on summary judgment or accepted at a

12  trial or a hearing where the court considered them

13  on the merits?

14                   MR. OPPENHEIMER:  Objection

15           to form.

16                   You can answer.

17       A.   So -- so I think it would be helpful to

18  outline the procedure in Canada.  So in Canada

19  where I have worked on -- I'm now working on my

20  fourth case.  The first thing -- what I have

21  produced are documents describing a methodology

22  for calculating damages, which is the first

23  required step.  And that has to go to a court and

24  be accepted on the merits.

25                   So in that sense, yes, they have been

41

1    presented to court and been accepted.

2        Q.   So you believe they've been relied upon

3    by a court in calculating damages?

4                    MR. OPPENHEIMER:   Objection

5            to form; mischaracterizes testimony.

6                    You can answer.

7        A.   That mischaracterizes my testimony.

8        Q.   Please -- please clarify.

9        A.   Okay.

10        Q.   What has the court done in Canada with

11    your opinions as far as you know?

12        A.   So when the methodology document is

13    describe -- is presented and taken at -- as

14    accepted, then the class action goes forward.

15        Q.   So do you know if there's any court

16    opinion, either in writing or given orally, where

17    a court has said I looked at Professor Osler's

18    methodology and I agree with it and we're going to

19    use it in this case or I disagree with it, in

20    whole or in part, and we're not going to accept

21    all of it?

22                    MR. OPPENHEIMER:   Objection

23            to form.

24                    You can answer.

25        A.   There was a document probably in the

42

1    foreign exchange Canada case where the judge had a

2    paragraph about my statement that was interpreted

3    by counsel as -- the judge was not speaking highly

4    of the other side.

5        Q.   And sitting here today, can you recall

6    what case that was?

7                    MR. OPPENHEIMER:  Objection.

8                    You can answer.

9        A.   I couldn't be specific, no.

10       Q.   All right.  So we can set these expert

11   engagements aside for now.

12              Do you have any personal experience

13   which is relevant to the subjects on which you

14   rendered expert opinions in this case?

15                   MR. OPPENHEIMER:  Objection

16          to form.

17                   You can answer.

18       A.   That's very broad.

19       Q.   All right.  Let me clarify.

20              Do you have any personal experience in

21   trading or investing in cryptocurrencies?

22       A.   In cryptocurrencies?  No.

23       Q.   Have you ever paid for any good or

24   service using cryptocurrencies?

25       A.   No, I have not.

43

1      Q.   Have you ever been paid for any good or

2  service you provided using a cryptocurrency?

3      A.   No.

4      Q.   Would that include this engagement?

5      A.   Yes.

6      Q.   Okay.  Fair to say for your professional

7  services in this case, you've not been paid in XRP

8  or any other cryptocurrency?

9                  MR. OPPENHEIMER:  Objection

10         to form.

11                  You can answer.

12      A.   My professional services are based on my

13  expertise as an economist knowing about currencies

14  and macroeconomics and the money supply process.

15  And so there was no need for me to engage in such

16  activities in order to prepare for this case.

17      Q.   All right.  I'm actually asking you a

18  slightly different question.

19                  When Ripple pays your bills or whoever

20  law firm -- whichever entity pays your bills, do

21  they pay you in U.S. dollars or in a

22  cryptocurrency?

23      A.   Counsel pays me in dollars.

24      Q.   Okay.  Do you have any personal

25  experience in making cross-border currency

44

```
1    payments?
2                    MR. OPPENHEIMER:  Objection
3            to form.
4                    You can answer.
5    A.   No.
6    Q.   Have you ever used MoneyGram?
7    A.   I have not.
8    Q.   Have you ever used ████████?
9    A.   I have not used ██████?
10   Q.   Have you ever used any other service
11   that was intended to transfer money from the
12   country where you were to a different country?
13                   MR. OPPENHEIMER:  Objection
14           to form.
15                   You can answer.
16   A.   So I'd like to answer that question and
17   then put a clarification in about an earlier
18   answer.
19   Q.   Sure.
20   A.   So I have not intended to simply
21   transfer, as in make a gift, of money across
22   borders.  The -- the question have I ever paid for
23   something internationally?  That's -- I had said
24   no, but I have bought things internationally
25   online.
```

45

1       Q.   Using different currencies?

2       A.   Yeah.

3       Q.   That -- that would involve a currency

4    exchange?

5       A.   Yes, that --

6       Q.   Okay.

7       A.   -- would involve a currency exchange.

8       Q.   But as far as you know, did any of those

9    foreign purchases that may have required the use

10   of a different currency involve cryptocurrencies

11   at any point?

12      A.   Not as far as I know.

13      Q.   Professor Osler, how did you prepare for

14   your deposition today?  What are the things you

15   did?

16                  MR. OPPENHEIMER:  Objection.

17                  You can answer.  You should not

18         reveal the substance of any

19         communications you had with counsel.

20      A.   Well, I was about to say I read and

21   reread the -- the important documents, the -- the

22   reports and the rebuttals.  And I spoke with

23   counsel.

24      Q.   Okay.  Which reports and rebuttals did

25   you review?

1        A.   The report of myself and Mr. ████ and

2    the rebuttals of Mr. ████ and Mr. ████

3        Q.   Okay.  And --

4        A.   And my only rebuttal to Mr. ████

5        Q.   Okay.  So let's spell ████  ████,

6    is that right?  Is that right?

7        A.   Yes.

8        Q.   Okay.

9        A.   He's your expert, so...

10       Q.   Well, you responded to him, so I hope

11   you looked at his name at least once.

12       A.   Yes, I did.

13       Q.   How often -- how many times did you meet

14   with counsel?  Well, I guess that presumes

15   something.

16            Did you meet in person or by video with

17   counsel?

18                    MR. OPPENHEIMER:  You can

19            answer yes or no.

20       A.   Yes.

21       Q.   How many times?  And, again, this is in

22   preparation for this deposition, not in connection

23   with the issuance of your reports.

24       A.   We had four -- four -- basically four

25   meetings.

1       Q.   Okay.  And approximately how long were

2  these meetings, more or less?

3       A.   I'd say, on average, they were about two

4  hours.

5       Q.   Okay.  And aside from the ones you

6  named, your own reports, ███████ and ███████ did

7  you review any other expert reports in this

8  matter?

9                    MR. OPPENHEIMER:  Objection

10          to form.

11                    You can answer.

12      A.   No.

13      Q.   In preparation for this deposition, did

14 you review any other academic articles or

15 documents from this case?

16      A.   Please clarify "documents from this

17 case."

18      Q.   Yeah.  Documents produced by Ripple to

19 the SEC, discovery -- written discovery responses,

20 briefs or submissions by the parties to the court.

21 Anything -- anything that's not an expert report

22 that's been produced in this case.

23      A.   No.

24      Q.   And did you review any other materials

25 or publications in order to prepare -- that you

48

```
 1    haven't already named in order to prepare for your

 2    deposition today?

 3                      MR. OPPENHEIMER:   Objection

 4            to form.

 5                      You can answer.

 6        A.   I went online and gathered some more

 7    information.

 8        Q.   What were you looking for online?

 9                      MR. OPPENHEIMER:   Objection

10            to form.

11                      You can answer.

12        A.   I looked up recent daily trading in XRP.

13    I -- and -- what else did I look up?  Oh, no, I'm

14    sitting here and it's, like, just not coming to

15    mind.  Things like that.  Okay.

16        Q.   As we dis -- as we go further, if you

17    have occasion to recall, if you're prompted to

18    recall things that you --

19        A.   Uh-huh.

20        Q.   -- did specifically to prepare for your

21    deposition --

22        A.   Uh-huh.

23        Q.   -- any materials you looked at, will you

24    please let me know and I'll give you a chance to

25    explain?
```

49

1          A.    Sure.

2          Q.    Okay.  So let's go back a little bit in

3     time, so we're not talking about deposition prep.

4     Let's talk about your work as an expert on this

5     case.

6               When did you begin your work as an

7     expert in this engagement?

8          A.    I began my work in mid-August.

9          Q.    Of 2021?

10         A.    Yes.

11         Q.    Okay.  Approximately how long before --

12    did you work before -- between the beginning and

13    when your report was submitted?  Was it about a

14    month and a half?

15                    MR. OPPENHEIMER:  Objection

16         to form.

17                    You can answer.

18         A.    Closer to two months, I believe.

19         Q.    Okay.  So is it possible you began

20    working in early August if your report was

21    submitted in -- on October 4th?

22         A.    Yeah.

23                    MR. OPPENHEIMER:  Objection

24         to form.

25         A.    To be clear, I -- the engagement did not

50

1    begin until the beginning of August.

2         Q.   Okay.  Did you sign a contract or

3    engagement letter?

4         A.   I did.

5         Q.   And was that with Ripple or with a law

6    firm?

7         A.   With counsel.

8         Q.   Which law firm?

9         A.   Kellogg Hansen.

10        Q.   And I think you indicated before, is it

11   Kellogg that's responsible for paying your fees?

12        A.   Yes.

13        Q.   Okay.  Is Kellogg -- does Ripple also

14   get a copy of your bills or do you not know?

15        A.   I do not know.

16        Q.   Your billing rate in this case is $600

17   per hour, is that right?

18        A.   That's correct.

19        Q.   Would that be the same for testimony as

20   well as for your study and preparation?

21        A.   Yes.

22        Q.   And approximately how much have you been

23   paid or received to date for your work on this

24   case?

25                    MR. OPPENHEIMER:  Objection

51

1          to form.

2                    You can answer.

3      A.   Okay.  I have received to date a little

4  bit more than $90,000.

5      Q.   And how much else have you billed or

6  incurred to date but not yet been paid?

7                    MR. OPPENHEIMER:  Objection

8          to form.

9                    You can answer.

10     A.   I don't -- I don't know.

11     Q.   Okay.  Would it be $90,000 or something

12  less?

13                    MR. OPPENHEIMER:  Objection.

14     A.   I -- I don't -- I just don't know.

15     Q.   So it could be more than 90,000?

16                    MR. OPPENHEIMER:  Objection.

17                    You can answer.

18     A.   It could be.

19     Q.   Okay.  Let's try to break it down a

20  little bit.

21          For what you've been paid so far, do you

22  believe that included the work for your initial

23  report?

24     A.   It did.

25     Q.   For what you've been paid so far, did it

1    include the work for your rebuttal report which

2    was submitted in mid-November?

3         A.   It did not.

4         Q.   Okay.  And so would it be fair to say

5    that it could not have included the work -- any of

6    the work you did to prepare for this deposition or

7    to study other expert reports and rebuttals?

8                        MR. OPPENHEIMER:  Objection

9         to form.

10                       You can answer.

11        A.   That's correct.

12        Q.   Okay.  So would you agree that there's a

13   good chance that the work that you've done but not

14   yet been paid for could be equal to or even exceed

15   $90,000?

16                       MR. OPPENHEIMER:  Objection

17        to form.

18                       You can answer.

19        A.   I -- I -- I have not sat down to

20   calculate this and so I couldn't tell you.

21        Q.   All right.  That's fine.

22             Did you work with anyone else in this

23   engagement in preparing your report other than

24   counsel?

25        A.   No.

```
1            Q.   Did you receive assistance from any

2       other experts, students, employees, or

3       contractors?

4            A.   No.

5            Q.   Do you know whether anyone besides you

6       and counsel read your reports before you signed

7       them and issued them?

8            A.   Yes, I do know.

9            Q.   Who else read your reports?

10           A.   Excuse me.  You asked me do I know and I

11      said I do know.  And what I know is that no one

12      read it.

13           Q.   Thank you.  That's an important

14      clarification.  I apologize for that.

15                How do you know that no one else read

16      your reports besides counsel?

17           A.   They were on my laptop and no one has

18      access to it.

19           Q.   Okay.  Did you send copies of your

20      reports, for instance, to someone and they could

21      have sent them to Ripple or to other experts or

22      other lawyers working in this case?

23           A.   No.

24                     MR. OPPENHEIMER:  Objection

25                to form.
```

54

1    Q.   All right.  Before you began working in

2  this case in August of 2021, were you familiar

3  with either Ripple or with XRP?

4                    MR. OPPENHEIMER:  Objection.

5                    You can answer.

6    A.   No.

7    Q.   As far as you remember, before you re --

8  you were retained or were approached to be

9  retained in this case, did you know anything about

10  this litigation that the SEC's brought against

11  Ripple?

12    A.   I did not know.

13    Q.   Prior to your retention by Kellogg, have

14  you ever worked with any of the defendants'

15  attorneys or law firms in this case?

16    A.   I have not.

17    Q.   So after -- after your retention as an

18  expert but before you issued your initial report

19  in early October, what documents did you review

20  to -- to learn about or understand the claims that

21  are at issue in this case?  Did you read anything

22  about the SEC's claims?

23                    MR. OPPENHEIMER:  Objection

24         to form.

25                    You can answer.

55

```
 1        A.   The documents that I reviewed and that I
 2   relied on in creating my report are listed in the
 3   report.  And so the ones that come to mind
 4   immediately are white papers describing the -- the
 5   voting protocol for solving the Byzantine Generals
 6   Problem, some Ripple documents online.  If you --
 7   yeah.  They're listed in the report and, you know,
 8   the list goes on, so we could look at it.
 9        Q.   Did you read the amended complaint, the
10   SEC's amended complaint?
11        A.   Yes.  Yes, I did.  I did.
12        Q.   Okay.  Did you read any of the SEC's
13   discovery responses in this case?
14        A.   No.
15        Q.   Did you read any of the defendants'
16   discovery responses in this case?
17        A.   No.
18        Q.   Did you read any deposition transcripts
19   or testimony?
20        A.   No.
21        Q.   Did you have any discussions, either in
22   person or online, with Ripple employees or
23   attorneys retained directly by the company?
24                 MR. OPPENHEIMER:  Objection
25            to form.
```

56

```
 1                    MR. MOYE:  Let me clarify.

 2        Q.   Did you have any discussions, either in

 3   person or by telephone or online, with employees

 4   of Ripple or attorneys who work for the company

 5   Ripple at Ripple?

 6                    MR. OPPENHEIMER:  Objection

 7         to form.

 8                    You can answer yes or no if you

 9   know.

10        A.   No.

11        Q.   Did you read any draft reports of other

12   experts before you finalized your own?

13        A.   No.

14        Q.   Did you discuss with any other expert

15   retained by the defendants the subject of their

16   reports before you issued your own?

17        A.   No.

18        Q.   And aside from those things that are

19   footnoted and mentioned in your own initial

20   report, did you read any other written narratives

21   or descriptions about Ripple, the company, or

22   about XRP?

23        A.   The documents that were --

24                    MR. OPPENHEIMER:  Objection

25         to form.
```

57

1                You can answer.

2        A.   The documents that were critical to

3   forming my opinions are all listed.

4        Q.   Okay.  Your report uses the phrase

5   "considered or relied upon," so I'd like to

6   explore that a minute.

7             Would it be fair to say, then, that your

8   report may not, in fact, list certain documents or

9   materials that you looked at before you finished

10   your report in this case?

11                MR. OPPENHEIMER:  Objection.

12                You can answer.

13        A.   I did not include everything I looked

14   at.  I included those that were critical in

15   forming my opinion.

16        Q.   Okay.  So when you use the phrase in

17   your report "considered or relied upon," is the

18   definition that you just gave how we should

19   understand that phrase, that they were critical in

20   your opinion?

21                MR. OPPENHEIMER:  Objection

22        to form.

23                You can answer.

24        A.   Yes.

25        Q.   All right.  Let's turn to the beginning

58

1    of Exhibit 1.

2         A.   Excuse me.  I'd like to clarify.

3         Q.   Sure.

4         A.   So the documents that were critical are

5    listed.  Some documents are listed simply to

6    illustrate principles and to provide a source for

7    anyone who would like a source to illustrate

8    general acceptance of a point or -- or whatever.

9              So the documents that are critical are

10   included and there are some other documents as

11   well.

12        Q.   Okay.  Thanks for that clarification.

13             I was also interested to know, are there

14   materials that you looked at and perhaps thought

15   that they were not essential to your report that

16   are not footnoted here?

17                      MR. OPPENHEIMER:  Objection

18             to form.

19                      You can answer.

20        Q.   Let me try this.

21             You may have at documents that helped

22   you in some way to understand some of the things

23   you discussed, but if they weren't critical, you

24   didn't necessarily list them all.

25             Is that fair?

59

```
 1          A.    That's --
 2                     MR. OPPENHEIMER:  Objection.
 3                     You can answer.
 4          A.    Correct.
 5          Q.    All right.  So from time to time we may
 6     discuss parts of your report and I may ask you
 7     what's the source for this or were there any other
 8     documents you looked at?  And at that point, that
 9     would be a good time where we could discuss those
10     if you -- if you remember them.  Okay?
11          A.    Sure.
12          Q.    Okay.  So I'd like to ask you about
13     the -- the two questions that you were asked to
14     consider and answer in your report.  And if -- if
15     it helps you to look at page 3, that describes
16     your expert assignment and opinions, feel free to
17     do that.
18               What were the two questions that you
19     were asked to consider in answering your initial
20     expert report?
21          A.    "Question 1:  From an economic
22     perspective, does the digital asset XRP function
23     as a 'currency'?"
24               "Question 2:  Does Ripple's On-Demand
25     Liquidity product present an economically sound
```

60

```
1    option for making cross-border and cross-currency

2    payments?  Why or why not?"

3         Q.   Do you have any understanding that you

4    can share with us about why these questions might

5    be relevant to the outcome of this case?

6                   MR. OPPENHEIMER:  Objection

7              to form; calls for legal conclusions

8              and potentially conversations with

9              counsel.

10                  I instruct you not to discuss

11             the substance of any communications with

12             counsel.  Beyond that, you can answer if

13             you have an understanding.

14        A.   It's a legal matter and counsel's been

15   very circumspect with that.  So my understanding

16   is limited and incomplete.

17        Q.   So without revealing any conversations

18   you had with counsel, are you really unable to

19   explain how you think your opinion might or might

20   not be useful to the -- to the court in deciding

21   this case?

22                  MR. OPPENHEIMER:  Objection

23             to form. Argumentative and calls for

24             speculation.

25                  You can answer if you -- if you
```

61

1          know.

2          A.    The case -- I know that the case

3    involves me -- the -- trying to define the nature

4    of XRP and so I was asked questions relative to

5    that definition, that -- that characterization.

6          Q.    As you sit here today, and without

7    revealing anything specifically that counsel might

8    have told you, do you believe that the court is

9    required to decide whether XRP, in fact, functions

10   as a security in order to decide this case?

11                    MR. OPPENHEIMER:   Objection

12              to form; calls for a legal

13              conclusion.

14                    You can answer.

15         A.    I don't have a belief one way or the

16   other.

17         Q.    Okay.  As you sit here today and without

18   revealing anything that you've heard directly from

19   counsel, do you believe the court is required to

20   decide whether ODL, Ripple's On-Demand Liquidity

21   product, was an economically sound option for

22   cross-border currency payments?

23                    MR. OPPENHEIMER:   Objection

24              to form.

25         A.    It's a legal matter.  I don't have an

62

```
 1    opinion one way or the other.
 2         Q.   Okay.  Do you have any understanding as
 3    to why you were a logical person to offer opinion
 4    evidence on the two questions that you've -- that
 5    you've just described?
 6                        MR. OPPENHEIMER:  Objection
 7              to form.
 8         A.   Excuse me for a moment.
 9              I understand it, but it was attorney
10    privileged communication.
11         Q.   Okay.  We'll see if we can answer this
12    question without revealing attorney work product.
13              Do you believe you were retained in this
14    matter because of your prior experience with
15    currencies and foreign currency exchange?
16                        MR. OPPENHEIMER:  Objection
17              to form.
18                        You should not reveal any
19              substance of privileged communication
20              that you had with counsel in answering
21              this question.  If you have a
22              nonprivileged basis, you can give it,
23              though I -- I stand by the form objection
24              there as well.  You can answer.
25    BY MR. MOYE:
```

63

1       Q.   You can answer yes or no if that's --

2   that's a good way to limit your answer.

3       A.   I -- I -- my belief is based on attorney

4   privileged information.

5       Q.   Okay.  Maybe we can answer this

6   question.

7            Do you believe you were retained as an

8   expert in this case to offer opinions because of

9   some extensive background that you had in

10  cryptocurrencies generally?

11                  MR. OPPENHEIMER:   Objection

12          to form.

13                  Same general instruction.

14      A.   My understanding of the reason why I --

15  my services were solicited is based on attorney

16  privileged information.

17      Q.   Okay.  Let's answer this:  Are you aware

18  of other academics that have published research on

19  cryptocurrencies?

20      A.   They exist.

21      Q.   Do you know whether any other academics

22  have considered and published research or opinions

23  about whether cryptocurrencies should be

24  considered currency or money?

25      A.   I am aware that that exists.

64

1      Q.   Okay.  Have you ever read any of those

2  articles -- have you ever read any academic

3  articles or publications on discussing whether

4  certain cryptocurrencies should be considered

5  money or currency?

6      A.   I have not.

7      Q.   And did you consider, in preparing

8  either your initial or rebuttal report, about

9  whether it might be helpful to you to read such

10  publications?

11                  MR. OPPENHEIMER:  Objection

12          to form.

13                  You can answer.

14      A.   As an expert in macro academics and

15  monetary economics and currency trading and

16  someone who has taught central banking, I had more

17  than sufficient knowledge, in my view, to arrive

18  at my own opinion, which is what counsel

19  requested.

20      Q.   Prior to --

21                  MR. OPPENHEIMER:  Move to --

22          move to strike the reference to what

23          counsel requested there.  Go ahead.

24      Q.   Prior to beginning -- prior to your

25  retention in this case and prior to beginning work

65

```
 1    in this case, did you have opinions about whether
 2    cryptocurrencies should be considered currency or
 3    money for some or for all purpose?
 4         A.   I have --
 5                     MR. OPPENHEIMER:  Objection
 6         to form.
 7                     You can answer.
 8         A.   No.
 9         Q.   Okay.
10                     MR. MOYE:  Why don't we take
11         a short break.
12                     MS. JONES:  Sure.
13                     MR. MOYE:  Ten minutes or
14         less.
15                     MR. OPPENHEIMER:  Okay.
16                     THE VIDEOGRAPHER:  Going off
17         the record at 10:06.
18                     (Whereupon, a recess is taken.)
19                     THE VIDEOGRAPHER:  Okay.
20         Back on the record at 10:21.
21    BY MR. MOYE:
22         Q.   Professor Osler, we've been talking for
23    some time using the term "cryptocurrency."  But I
24    realized I neglected to ask you what your working
25    definition or understanding of a cryptocurrency
```

66

```
1    is.  So let me ask you that now so we can make

2    sure that we're on the same page.

3            Can you tell us what your basic

4    understanding of a cryptocurrency is?

5                    MR. OPPENHEIMER:  Objection

6            to form.

7        A.   It's complicated, so I need -- you know,

8    I was not asked to opine on that and I have never

9    formulated a -- a formal definition in my head.

10       Q.   Okay.  So without any sort of

11   prejudice -- I'm not going to say "gotcha" --

12   you've done some prior work on that working paper

13   involving cryptocurrencies.

14       A.   Uh-huh.

15       Q.   What's sort of your general

16   understanding of what people mean when they use

17   the term "cryptocurrency" even if you're not being

18   precise?

19                   MR. OPPENHEIMER:  Objection

20           to form.

21                   You can answer.

22       A.   Generally, cryptocurrencies are -- I can

23   give you some properties of them.  They're traded

24   on a -- a distributed ledger that is avail -- you

25   know, out in cyberspace, so it does not have a
```

67

```
1    sort of earth-bound location.
2            They have no future cash flows, which is
3    something that I highlight in my paper on the
4    subject.
5        Q.   What do you mean --
6        A.   Those are two properties that come to
7    mind.
8        Q.   Okay.  What do you mean when you say
9    "they have no future cash flows"?
10       A.   There is no interest paid generally.
11   These days we're moving into new spaces, but
12   there's no interest.  There's no dividends.
13   That's the sense of cash flows that I mean
14   specifically.
15       Q.   Okay.  Do you have an understanding,
16   general or specific, about the term "digital
17   asset"?
18                 MR. OPPENHEIMER:  Objection
19           to form.
20       A.   I have not thought about precisely what
21   a digital asset is.
22       Q.   Okay.  Do you have an understanding
23   about the nature or definition of a convertible
24   cryptocurrency?
25                 MR. OPPENHEIMER:  Objection;
```

68

1          form.

2          A.   No.

3          Q.   Okay.  I know your report discusses

4     features or attributes of currency, but I wasn't

5     sure if there was an actual definition in your

6     report of what you mean when you use the term

7     "currency."

8               Can you explain in layman's terms, if

9     possible, what you mean when you use the term

10    "currency" in your report?

11                    MR. OPPENHEIMER:  Objection.

12                    You can answer.

13         A.   You're correct that I do not provide a

14    definition.  I was asked whether -- Question 1

15    asks whether XRP functions as -- has the functions

16    of a currency.  And I highlight that it has the

17    functions and the attributes normally frequently

18    associated with a currency.

19         Q.   But you do use the term "currency," in

20    quotes, right at the top of page 3.  So I was

21    curious as to what your definition, either

22    specific or general, was of a currency.

23                    MR. OPPENHEIMER:  Objection

24         to form.

25         Q.   Can you answer?

69

1          A.   My opinion does not include a definition

2     of a currency.  And I address the functions of a

3     currency.  I do not provide a definition.

4          Q.   But you -- you have an understanding of

5     what a currency is.

6               Could you share that with us, please?

7                    MR. OPPENHEIMER:  Objection.

8                    You can answer.

9          A.   It's a very complicated matter.  There's

10    mountains of research of the exact nature of money

11    and currency, and so my understanding is very rich

12    and complex and any quick summary would not do it

13    justice.

14         Q.   So did you mean to leave currency as an

15    undefined term in Question 1 of your expert

16    report?

17                    MR. OPPENHEIMER:  Objection.

18                    You can answer.

19         A.   I was asked whether -- my report

20    addresses the question that was posed to me, which

21    is whether XRP functions as -- has the functions

22    of a currency.  So I addressed that question.

23         Q.   What did Ripple mean or the -- the

24    lawyers who asked you this question as best you

25    can tell us?  What did -- what did counsel mean

1    when they asked you to -- whether Ripple functions

2    as a currency?  What are we to understand from

3    your use of that word in your opinion?

4                        MR. OPPENHEIMER:  Objection.

5                        I instruct you not to disclose

6            the substance of communication with

7            counsel.  To the extent you understand

8            and have an answer to that question

9            without revealing privileged

10           communications, you can give it.

11       A.   So my understanding of the functions of

12   a currency as characterized in the academic

13   literature, as specified in the question here, the

14   literature has -- the literature has a rich

15   discussion of these functions, not always labeled

16   as such, but these functions, what it does.  And

17   so I drew on the consensus or the -- my

18   understanding of the consensus of the academic

19   literature on the functions.

20       Q.   Were you asked whether Ripple met

21   the legal -- sorry.

22                   Were you asked whether XRP met the legal

23   definition of a currency?

24                        MR. OPPENHEIMER:  Objection.

25       A.   I -- that would be attorney privileged

```
 1    information.
 2         Q.   Well, I don't believe you hired him as
 3    your counsel, right?  So we're talking about work
 4    product.  I understand the general sense that you
 5    don't feel like it's appropriate to answer that.
 6              But I'm asking you, did you think you
 7    needed to opine on whether XRP functioned in a way
 8    that met a specific legal definition of the term
 9    "currency"?
10                    MR. OPPENHEIMER:  Objection
11              to form.  Hang on a second.
12                    If you have an answer to that
13              question that does not require you to
14              draw on privileged communications with
15              counsel, you can give it.  If your answer
16              would disclose the substance of attorney
17              work product conveyed to you in
18              communications with counsel, you should
19              not respond.
20         A.   I cannot answer that question.
21         Q.   Okay.  I understand what you just said.
22    I want to just clarify for the record.
23              So you're telling -- your -- your
24    testimony is that you cannot explain what you were
25    trying to -- what definition of currency you were
```

72

1    working with without revealing your conversations

2    with counsel.  Is that fair?

3                    MR. OPPENHEIMER:  Objection

4             to form; mischaracterizes testimony.

5                    You can answer.

6        A.    That would -- that's inaccurate and it

7    misrepresents my testimony so far.  What I have

8    said is that I looked at the functions of a

9    currency.  I have not said that I looked at

10   definitions of a currency.

11       Q.    Okay.  All I'm trying to establish is

12   whether you can explain what definition of

13   currency you are working with for purposes of this

14   expert report.

15            Can you do that?

16                   MR. OPPENHEIMER:  Objection;

17            asked and answered.

18                   You can answer again.

19       A.    I have clarified that I worked with the

20   functions of a currency.

21       Q.    Would it be fair to say that for

22   purposes of your report, currency is undefined

23   except as you explain its functions?

24                   MR. OPPENHEIMER:  Objection.

25                   You can answer.

73

1       A.   It would -- the report lists the

2   functions and attributes.  The functions that

3   are -- and attributes that are -- the functions

4   that are a consensus within overall academics

5   associated with currencies and the attributes that

6   are considered helpful in currency.

7       Q.   Okay.  Are you saying that for this

8   purpose, currency can be defined by its function?

9   Is that fair?

10                  MR. OPPENHEIMER:  Objection.

11                  You can answer.

12      A.   No.

13      Q.   Okay.  I'm ready to move on, but I just

14  want to give you the chance to -- to tell us, if

15  you can, what definition of currency you were

16  trying to evaluate XRP against when you began this

17  work.

18                  MR. OPPENHEIMER:  Objection;

19          asked and answered.

20                  You can answer again.

21      A.   I was looking at the consensus on the

22  functions of a currency as specified and I also

23  looked at helpful attributes of currencies.

24      Q.   All right.  Let's look at Exhibit 1,

25  page 4.

74

```
 1        A.   Okay.  Page 4?

 2        Q.   Yes, page 4.

 3        A.   There's no Exhibit.

 4        Q.   Exhibit 1, page --

 5        A.   Oh, Exhibit 1, page 4.

 6        Q.   Yeah, Exhibit 1, page 4.  I'm sorry.

 7             So I'm looking at your report, Section

 8   III.

 9             Can you read the -- the heading for

10   Section III out loud?

11        A.   "Opinion on Question 1:  XRP has the

12   functions and attributes commonly assigned to

13   currencies by experts."

14        Q.   Okay.  Which experts were you referring

15   to in the following section, Section III?

16        A.   I was referring to the consensus among

17   academics with no specific reference to

18   individuals.

19        Q.   Okay.  Are there any individuals that

20   you think are representative of the consensus

21   among academics?

22                   MR. OPPENHEIMER:  Objection.

23        A.   I couldn't specify one.

24        Q.   Okay.  So it's -- with the exception of

25   the individuals that are cited in the footnotes,
```

75

1    there aren't any other experts that you're

2    prepared to say fit into the category of the

3    heading.  Is that okay?

4                    MR. OPPENHEIMER:  Objection

5            to --

6        Q.   Is that correct?

7                    MR. OPPENHEIMER:  Objection

8            to form.

9        Q.   Let me take that back.  Let me ask you a

10   different question.

11           Do you believe that the individuals that

12   are cited in the footnotes of Section III qualify

13   in some degree or another as experts and that they

14   fit this consensus group you're describing?

15                   MR. OPPENHEIMER:  Objection

16           to form.

17       A.   I think that question has got a lot

18   going on in there and it would be important to

19   break it down.

20       Q.   Okay.  Do you know any other expert that

21   has -- that uses the same definition, whether

22   functional or otherwise, for currency as you do?

23                   MR. OPPENHEIMER:  Objection

24           to form.

25                   You can answer.

76

1        A.   My answer is the synthesis of what's in

2    the academic literature as I have read it over

3    many years and in many contexts.  And I did not

4    rescan those documents to identify which academic

5    exactly -- whether any specific academic exactly

6    fits what I have listed here.

7        Q.   Okay.  Second sentence of Section III,

8    paragraph 8, you say "It is commonly assumed that

9    all currencies are state-sponsored," and then your

10   sentence goes on.

11           Do you see that?

12       A.   Yes.

13       Q.   Who are you referring to when you say

14   "it is commonly assumed"?

15       A.   Historical discourse.

16       Q.   Okay.  Are you referring to experts or

17   lay people?

18                 MR. OPPENHEIMER:  Objection.

19                 You can answer.

20       A.   Lay people primarily.  Yeah.

21       Q.   And then you go on to say "state

22   sponsorship is neither necessary nor sufficient

23   for legitimate currencies."

24           Do you see that?

25       A.   I do.

77

1          Q.    Okay.  What is your source for your

2     assertion that state sponsorship is not --

3     "neither necessary nor sufficient for legitimate

4     currencies"?

5          A.    I list quite a few sources in the notes

6     to that paragraph.  Kusimba in 2017, an

7     anthropologist of high standing, highlights an

8     extensive anthropological literature that

9     discusses money that existed before states spons

10    -- states even existed, for example.

11             So there are other citations there.

12         Q.    Is Kusimba an economist?

13         A.    No.  Kusimba is an expert in money, in

14    anthropology.

15         Q.    Okay.  Are the experts that you refer to

16    as having the attributes commonly assigned to

17    money, are they economists or are they

18    anthropologists?

19                      MR. OPPENHEIMER:  Objection

20          to form.

21         A.    The experts I have in mind are -- come

22    from both areas.

23         Q.    Do the experts you refer to include

24    government officials?

25                      MR. OPPENHEIMER:  Objection.

78

 1                    You can answer if you know.

 2          A.   Some of them might be.

 3          Q.   Okay.

 4          A.   Yeah, absolutely.

 5          Q.   In paragraph 2, which is the first

 6     Kusimba reference in your -- Footnote 2, sorry --

 7          A.   Uh-huh.

 8          Q.   -- which is the first Kusimba reference

 9     in your report, what type of publication is The

10     Conversation?

11          A.   The Conversation is a synthesis of

12     academic work for what I call the educated

13     layperson.

14          Q.   Okay.  Is it an academic -- is it a

15     peer-reviewed academic publication?

16          A.   It is not a peer-reviewed academic

17     publication.

18          Q.   Okay.

19          A.   It is a synthesis of the research in

20     peer-reviewed academic publications.  That is the

21     purpose of The Conversation.

22          Q.   So it's by academics.  Is that fair?

23          A.   It is by academics and it is generally

24     about academic research.

25          Q.   Okay.  Is it intended for an academic

79

1    audience or for a popular audience?

2         A.   It's intended to bring academic insights

3    in published papers to a popular audience.

4         Q.   Are you familiar with The State Theory

5    of Money?

6         A.   No.

7                        MR. OPPENHEIMER:   Objection.

8                        You can answer.

9         Q.   Have you heard of George Knapp,

10   K-N-A-P-P?

11        A.   Not to my recollection.

12        Q.   Have you heard of Abbe, A-B-B-E, Lerner,

13   L-E-R-N-E-R?

14        A.   There's a Lerner that I'm familiar with

15   and I don't recall this individ -- although I have

16   read at different points, I don't recall that

17   person's first name.

18        Q.   Are you aware that certain economists

19   believe that legal tender is central to the status

20   of money?

21                       MR. OPPENHEIMER:   Objection

22           to form.

23                       You can answer.

24        A.   No.

25        Q.   Have you ever read an academic article

1    about money or currency that suggested that state

2    sponsorship was an important aspect of money?

3                    MR. OPPENHEIMER:  Objection.

4                    You can answer.

5        A.   I've read so much over the years it

6    would be unable -- I'd be unable to say.

7        Q.   As you sit here today, do you believe

8    there are economists that posit that state

9    sponsorship is an important aspect of money?

10                   MR. OPPENHEIMER:  Objection.

11       A.   As I've articulated, the discussion of

12   money --

13                   THE REPORTER:  I'm sorry.

14           Repeat.  As a?

15       A.   As I have articulated, the discussion of

16   money among economists goes back centuries and

17   there are many varied opinions.

18       Q.   Would some of those opinions include the

19   fact that state sponsorship is an important

20   attribute of money?

21                   MR. OPPENHEIMER:  Objection

22           to form.

23       A.   There might be, but it -- that opinion,

24   like many others, violates the fact that money has

25   existed since well before states existed.

1      Q.   Are you familiar with the spontaneous or

2    emergent theory of money?

3                    MR. OPPENHEIMER:   Objection

4           to form.

5      A.   I couldn't put that name on it, but I

6    believe I'm familiar with that theory.

7      Q.   Okay.  Are you familiar -- familiar with

8    that concept by the name of societary theory of

9    money?

10                   MR. OPPENHEIMER:   Objection

11          to form.

12     A.   The particular name?  No.  But I

13   under -- I believe I understand the concept.

14     Q.   Okay.  According to the spontaneous or

15   emergent theory of money, however you understand

16   it, do you believe that the universal acceptance

17   as a medium of exchange is the most important

18   criteria for money?

19                   MR. OPPENHEIMER:   Objection

20          to form.

21                   You can answer.

22     A.   Universal acceptance has never been

23   achieved by money anywhere at any time.

24     Q.   Are you familiar with an economist named

25   Carl Menger, M-E-N-G-E-R?

82

1       A.   The name has crossed my path, yes.

2       Q.   Have you ever read anything by Carl

3   Menger as far as you know?

4       A.   Probably.

5       Q.   Okay.  Are you familiar with an

6   economist named Friedrich, F-R-I-E-D-R-I-C-H,

7   Hayek, H-A-Y-E-K?

8       A.   Yes.

9       Q.   Do you believe either of these two

10  individuals have championed or promoted the

11  spontaneous or emergent theory of money?

12              MR. OPPENHEIMER:   Objection

13       to form.

14       A.   I couldn't say.

15       Q.   Okay.  Would you agree with me that

16  among economists in particular, there are a

17  variety of views about what makes an asset money

18  and whether an asset functions well as money?

19              MR. OPPENHEIMER:   Objection.

20       A.   As I had said, the subject is quite rich

21  and the debate/discussion has been going on for

22  centuries now.  So within anybody of econ -- of

23  academics, there will be debates.

24       Q.   Okay.  Do you think in these debates,

25  there's a divergence of views about the attributes

83

1    of money or whether state sponsorship should be

2    considered as an attribute of money?

3                    MR. OPPENHEIMER:  Objection.

4                    You can answer.

5        A.   As I have said, my job was to convey the

6    broad understanding or the consensus understanding

7    of the field and I believe I have conveyed the

8    broader consensus understanding among academics,

9    including experts with knowledge that is not

10   widely shared among economists on the history of

11   money.

12       Q.   So when you say "state sponsorship is

13   neither necessary nor sufficient for legitimate

14   currencies," are you saying -- are you describing

15   a consensus rather than a view universally held by

16   economists?

17                   MR. OPPENHEIMER:  Objection

18        to form.

19       A.   I'm describing a consensus.

20       Q.   Do you mean to suggest that there are no

21   economists that believe that state sponsorship is

22   an important aspect of money?

23                   MR. OPPENHEIMER:  Objection

24        to form.

25       A.   Your question mistakenly conflates

84

1    consensus with unanimity.  So the answer is no.

2         Q.   Okay.

3         A.   Oh, wait a minute.  No or yes depending

4    on the phrasing.  Please re -- restate it.

5         Q.   Why -- why don't we rephrase to make

6    sure we understand each other.

7              When you say -- when you try to

8    represent -- when you represent the consensus that

9    state sponsorship is not necessary for something

10   to be considered money, do you mean to suggest to

11   the court or a reader of your report that there is

12   no legitimate economist that believes that state

13   sponsorship is an important aspect of money?

14                       MR. OPPENHEIMER:  Objection

15            to form.

16        A.   No, I do not.

17        Q.   Okay.  Did you consider discussing any

18   divergence or nonstandard views about what are the

19   attributes of money?

20                       MR. OPPENHEIMER:  Objection

21            to form.

22        Q.   We know what you put in your report.  So

23   I'm -- I'm asking did you consider putting in your

24   report that there are other views about what makes

25   money or what makes money good?

85

1                      MR. OPPENHEIMER:  Objection.

2        A.   Because my job as an expert is to

3   highlight areas of common understanding, not to

4   delve into arcane details of disagreements among

5   this or that group, small, I did not -- I

6   considered it not my job to delve into the arcane

7   details of economic debate.

8        Q.   Okay.  Would it be fair to say, then,

9   that as you sit here today, you cannot offer an

10  opinion about whether XRP would be considered a

11  currency under this state theory of money?

12                      MR. OPPENHEIMER:  Objection

13           to form.

14       A.   Please restate the question.

15       Q.   Yeah.

16           You don't know whether XRP would be

17  considered money or a currency by those who hold

18  to a state theory of money, do you?

19                      MR. OPPENHEIMER:  Objection

20           to form.

21       A.   I did not represent an opinion on that

22  matter because I was not delving into arcane

23  debates.

24       Q.   I understand that.  Thank you for

25  clarifying.  But my question was a little

86

 1    different.

 2              I'm asking if you know whether XRP would

 3    be considered a currency under the state theory of

 4    money.

 5                        THE REPORTER:  I can't hear

 6         you.

 7         Q.  Would it be considered a currency under

 8    the state theory of money?

 9                        MR. OPPENHEIMER:  Objection

10         to form; asked and answered.

11         A.  I did not offer an opinion on that.

12         Q.  I understand you did not offer an

13    opinion.  I'm just trying to clarify whether you

14    have an opinion on that.  Do you know what the

15    state theory of money is and do you know whether

16    XRP fits it?

17                        MR. OPPENHEIMER:  Objection

18         to form.

19         A.  I did not offer an opinion on it.

20         Q.  Okay.  Sounds like you can't go any

21    further in answering my question, is that right?

22                        MR. OPPENHEIMER:  Objection

23         to form; mischaracterizes.

24         A.  That absolutely mischaracterizes what I

25    communicated.  I communicated that I did not offer

87

1    an opinion.

2        Q.   Well, as you sit here today, does XRP

3    function as a currency under the state theory of

4    money?

5                    MR. OPPENHEIMER:   Objection

6        to form.

7        A.   Because I did not offer an opinion, I

8    have not thought deeply about it and I could not

9    give an opinion.

10       Q.   Fair enough.

11           Is XRP accepted as fiat money in any

12     country in the world?

13                    MR. OPPENHEIMER:   Objection

14       to form.

15       Q.   Let me -- let me rephrase.

16           Do you know whether XRP is accepted as

17   fiat or legal tender money in any country in the

18   world?

19                    MR. OPPENHEIMER:   Objection

20       to form.

21       A.   I believe -- I -- I couldn't say for

22   sure.

23       Q.   I understand that caveat.   That's

24   important.

25           Do you think it might be and you're not

88

1    sure or do you think it is not, but you're not

2    sure about that?

3                        MR. OPPENHEIMER:   Objection

4            to form.

5        A.   I just really couldn't say.

6        Q.   Not one way or the other?

7        A.   Not one way or the other.

8        Q.   So would it surprise you if it is

9    somewhere?

10       A.   That -- so my question is not -- my --

11   excuse me for a moment while I try to frame my

12   answer.

13            This is a legal matter and it's beyond

14   what I was asked to opine on and I have not

15   thought about it deeply.

16       Q.   Fair enough.

17            I'd like to ask you about paragraph 11

18   of your report.  If it would help you, feel free

19   to take a moment to review it now.

20            (Pause)

21       A.   I've read it.

22       Q.   Okay.  And I need to apologize and make

23   a clarification.  I've been using the term "money"

24   and "currency" interchangeably.  I notice that in

25   Footnote 1, you say you do that in your report as

89

1    well.

2              Are you okay with if I use money and

3    currency interchangeably in this deposition?

4                        MR. OPPENHEIMER:   Objection

5              to form.

6                        You can answer.

7         A.   Right.   There's an important caveat that

8    I'm sure you're aware of, as I am, that in certain

9    contexts of macroeconomics, there's an important

10   distinction and I teach that to my students

11   regularly.   But I find that colloquially, they are

12   used interchangeably, and so I have done that in

13   my report as well.

14        Q.   Okay.   So if it's important to make that

15   distinction in either clarifying my questions or

16   clarifying your answer --

17                        THE REPORTER:   Repeat.

18        Q.   If it's important to make that

19   distinction between currency and money in

20   clarifying my questions or in explaining your

21   answer, please do that.

22        A.   Uh-huh.

23        Q.   But if it's okay if we proceed using

24   money and currency interchangeably as they're

25   commonly used, that's how I will refer to it.

1          Is that okay?

2     A.    That is --

3               MR. OPPENHEIMER:  Objection.

4     A.    -- okay.

5     Q.    All right.  So referring to paragraph 11

6  of your report --

7     A.    Uh-huh.

8     Q.    -- and specifically to the idea that

9  money is a medium of exchange, do you agree with

10  me that a general acceptance of money is required

11  in order to serve as a medium of exchange?

12               MR. OPPENHEIMER:  Objection

13          to form.

14     A.    That would have to be unpacked and dealt

15  with very carefully.

16     Q.    So is that, no, you disagree with that

17  as -- as I'm using it because you need additional

18  clarification or you mostly agree, but there are

19  exceptions?

20               MR. OPPENHEIMER:  Objection

21          to form.

22     A.    So my objection to the phrasing you used

23  has to do with "generally accepted," which is

24  undefined.

25     Q.    All right.  You talk about medium of

91

1    exchange leading to an efficient exchange of goods

2    and services, is that correct?

3         A.   I also talk about medium of exchange in

4    my report in terms of exchanging among currencies.

5         Q.   Okay.  Can you help us understand what

6    you mean when you say "medium of exchange"?  Does

7    it not imply that in order for money or currency

8    to be exchanged between different participants in

9    economy, that people have to accept it for

10   transactions in order for money to function?

11                   MR. OPPENHEIMER:  Objection

12            to form.

13        A.   As I describe in my report, money gets

14   you from one item to another without the double

15   coincidence it warrants.

16            So, for example, if someone has Japanese

17   yen and someone else has Philippine pesos, the

18   person with yen does not have to find someone --

19   the person trying to sell yen does not have to

20   find someone who wants to buy Philippine -- to

21   sell Philippine pesos.  You get it.  Transact.

22            Someone with -- someone trying to sell

23   yen and buy pesos does not need to find someone

24   right away who wants to sell pesos.

25            Instead, they will go -- they will

92

1    exchange the yen for the medium of exchange, which

2    on ODL is XRP, and the XRP they then exchange for

3    the pesos.  So the XRP on the ODL platform serves

4    as a medium of exchange between the yen and the

5    Philippine peso.

6        Q.   So positing hypothetically a situation

7    in which one person has yen and one person has

8    pesos, but there is no bridge currency or asset

9    like XRP, does yen function as a medium of

10    exchange?

11                  MR. OPPENHEIMER:  Objection

12        to form.

13                  You can answer if you

14        understand.

15        A.   I'm -- I -- could you restate that?

16    My -- my answer had nothing to do with whether the

17    yen is a medium of exchange or not.  So I'm not

18    quite sure what -- whether your question was

19    correctly phrased.

20        Q.   Well, I was asking you a hypothetical.

21    So it may not have been correctly phrased, but

22    what I was trying to get at is whether in an

23    economy where some people have yen and some people

24    have pesos, about whether they're -- whether there

25    can be a medium of exchange if the people with the

93

1    yen don't accept pesos and the people with pesos

2    don't accept yen?

3                      MR. OPPENHEIMER:   Objection

4             to form.

5        A.   I think I am still not finding a way to

6    make sense of your question.

7        Q.   All right.  Let's talk about money in

8    general.

9             How many people in an economy have to

10   accept a currency before it's really a currency?

11   How many people have to accept an asset before it

12   can be considered a currency?

13                      MR. OPPENHEIMER:   Objection

14            to form.

15       A.   So this is an interesting question.  The

16   threshold is extremely low and -- but it has not

17   formally been the subject of research.  I know

18   that the threshold is extremely low because

19   economists worldwide like to cite a paper by

20   Radford about how cigarettes served as money in

21   World War -- in a prisoner of war camp in World

22   War II.  So the prisoner of war camp would have

23   been relatively quite small, one presumes, and yet

24   economists, in fact, assign this often to their

25   students and it gets cited commonly.  It's almost

94

1    universally known and it's, in fact, all over,

2    sort of, the media as a widely accepted

3    illustration of a money.

4              So we have a threshold of the number of

5    POWs accepting cigarettes as money in a POW camp

6    in World War II.  That's considered money by

7    fairly -- you know, I can't say universally, but

8    certainly by the vast majority of economists.

9        Q.   And you're familiar with that paper by

10   Radford because you cited it in your report,

11   correct?

12       A.   I have read it.

13       Q.   Okay.  So how many POWs accepted

14   cigarettes as currency?  Was it hundreds?

15       A.   I do not remember whether the number was

16   in there and exactly what the number -- roughly

17   what the number would have been.

18       Q.   Could it have been dozens?

19                    MR. OPPENHEIMER:  Objection

20        to form.

21       A.   You know, I do not recall the specifics

22   of the size of the POW camp from the article, so I

23   really would be unable to be specific.

24       Q.   Well, for purposes of this hypothetical,

25   assume that in this POW camp in southeast Asia,

95

1    there were thousands of American POWs, okay?

2         A.    Uh-huh.

3         Q.    And that many of them, many hundreds of

4    them, received cigarettes in their Red Cross

5    packages and so they were available to either

6    smoke or trade.

7              So my question is, based on your

8    understanding of how an asset can be used as a

9    currency, how many people among thousands would

10   need to accept cigarettes as currency in order for

11   cigarettes to be considered money?

12                        MR. OPPENHEIMER:   Objection

13        to the form.

14        A.    As I have answered, there is no specific

15   threshold in the academic literature.   An implied

16   threshold from the very, very wide acceptance of

17   this paper is that it would be the number of POWs

18   that were accepting cigarettes as currency.

19        Q.    So are you saying you don't know whether

20   it was a relatively small number or relatively

21   large number of people that accepted cigarettes as

22   currency?

23                        MR. OPPENHEIMER:   Objection

24        to form.

25        A.    "Relatively small" and "relatively

96

1    large" are not defined in this context.  My

2    understanding of the magnitude of POW camps would

3    be that it was less than a million and possibly

4    far less.

5                          THE REPORTER:  Less than a

6              million?

7                          THE WITNESS:  And possibly

8              far less.

9         Q.   I'm sorry.  Are you suggesting that it

10   could be 900,000 POWs accepting cigarettes as

11   currency?

12                         MR. OPPENHEIMER:  Objection

13             to form.

14        A.   It is possible that it was.

15        Q.   You don't know one way or the other, is

16   that fair?

17                         MR. OPPENHEIMER:  Objection.

18        A.   I have been clear that I could not

19   specify.

20        Q.   Okay.  For purpose of my -- for purpose

21   of my hypothetical, I'm going to ask you to assume

22   that only a small number of prisoners, a dozen or

23   less, were willing to facilitate transfers of

24   goods by accepting cigarettes in trade as

25   currency.

97

1          If the number's really small, is it

2     still fair to consider an asset a currency?

3                    MR. OPPENHEIMER:   Objection

4          to form.

5          A.   I have -- "really small," there is no

6     definition here.

7          Q.   Right.   That's why I suggested it's less

8     than a dozen.

9          A.    In terms of less than a dozen, as I

10    said, there is no threshold --

11         Q.   Okay.

12         A.    -- in the literature.

13         Q.   All right.

14         A.    There's an implied threshold of the size

15    of a POW camp in Germany in World War II.

16         Q.    All right.   In terms of the trade

17    between pesos and yen -- I guess that's not in

18    paragraph 11, but in the one you mentioned before.

19          If someone is going to help someone with

20    yen to get pesos and someone with pesos to get yen

21    and they're going to use something like ODL as a

22    bridge asset, would you say ODL's a currency if --

23    if just one person is willing to accept ODL in

24    payment for another currency?

25                    MR. OPPENHEIMER:   Objection

98

1        to form.

2        A.   That -- that -- that's just -- I don't

3    know how to put this.  That's very speculative and

4    I have not spent time considering that question.

5        Q.   I need to clarify something.  I said ODL

6    when I should have said XRP.  So let me give you

7    another version of that question.

8        A.   Okay.

9        Q.   If only one or two people in an economy

10   accept XRP in exchange for other goods or

11   services, are you still comfortable calling XRP a

12   currency?

13                   MR. OPPENHEIMER:   Objection

14        to form.

15                   You can answer.

16       A.   My -- my opinion does not delve into

17   that question and so I do not have a formal

18   response for it.

19       Q.   Okay.  I understand you don't have a

20   formal response and we can move on if -- if you

21   cannot give me anything more.  But I believe you

22   said you don't believe that an asset like XRP has

23   to be accepted by everyone.  I believe you've also

24   said you don't think an asset even has to be

25   generally accepted.  It just has to be accepted by

1    a subset of an economy.

2            So I'm trying to find out whether you're

3    willing to put a lower limit on the number of

4    people or participants in an economy that have to

5    accept an asset before it can be considered a

6    currency.

7                    MR. OPPENHEIMER:  Objection

8                to form.  It mischaracterizes

9                testimony; misleading; and I think

10               ambiguous, too.

11                   You can answer.

12       A.   I'd like to start with the

13   mischaracterization.  I said nothing about whether

14   generally accepted is or isn't anything.  I said

15   it is not defined.

16           So I forget your phrasing, but it

17   attributed something to me that I did not say.

18   What I did say is that generally accepted is

19   not -- is not defined.

20           Furthermore, I have said, and I repeat,

21   and it's very important, that my job here is to

22   communicate a consensus among the academics and

23   not any -- for the court.  And the academic

24   literature has not, to my knowledge, delved into

25   exactly how many people is necessary for general

 1    acceptance or for something to be considered a

 2    currency.

 3            And what I did say is that the implied

 4    number from the academic consensus is quite low by

 5    population standards.  And I highlighted the

 6    example of the Radford piece where economists very

 7    broadly consider cigarettes to have been a money

 8    where the maximum number of individuals accepting

 9    and receiving them would have been the number of

10    people in a German POW camp in World War II.

11            I could also cite the fact the

12    Seychelles rupee is considered a currency and

13    there are less than a million people in

14    Seychelles, that the Europe -- eastern European

15    currency unit is -- is accepted as a currency in

16    St. Lucia and nearby islands and that the grand

17    total of people living in those islands is less

18    than a million.

19            So the -- the economists' consensus is a

20    number that is below a million and possibly well

21    below a million because it's the number of people

22    in those German POW camp.  And that's as much as I

23    can say.

24    Q.   Thank you for that clarification.

25            In describing the academic or

1    economists' consensus, is it fair to say that

2    general acceptance would be an important attribute

3    of money?

4                    MR. OPPENHEIMER:  Objection

5            to form.

6        A.   Again, general acceptance is not

7    defined.

8        Q.   Whether or not it's defined, is that

9    something that's used in the literature?  Is that

10   something that academics talk about when

11   discussing whether something is money?

12                   MR. OPPENHEIMER:  Objection

13           to form.

14       A.   It comes up.  It comes up.  The Federal

15   Reserve of St. Louis lists it as a helpful

16   attribute.

17            But, to be -- to be -- to be very clear,

18   acceptability, the nature of it is ill-defined and

19   the minimum threshold for acceptability is -- is a

20   number well below a million as we see in -- in the

21   generally accepted currencies according to

22   economists.

23       Q.   Are you saying that -- scratch that.

24   Let's -- let's move on to a different topic.

25   Let's talk about store of value.

1        I'd like to refer to you paragraph 12 on

2   page 5 of your report.

3                    THE WITNESS:  Actually, I'd

4            like to take a quick break.

5                    MR. OPPENHEIMER:  Is this a

6            good time?

7                    MR. MOYE:  Fine with me.

8                    THE VIDEOGRAPHER:  Okay.

9            Going off the record, 11:08.

10                   (Whereupon, a recess is taken.)

11                   THE VIDEOGRAPHER:  Okay.

12           We're back on the record at 11:19.

13   BY MR. MOYE:

14       Q.   Professor Osler, would I be correct that

15   among economists, there's a consensus that money

16   has three main attributes and that those would be

17   money as a medium of exchange, that it is a store

18   of value, and it is a unit of account?

19                   MR. OPPENHEIMER:  Objection

20           to form.

21       A.   I would -- no.  Those are the functions

22   of money.  The attributes I highlight that are

23   helpful are other things.

24       Q.   Okay.  Thanks for that clarification.

25           Looking at the three main functions of

103

1    money, am I also correct that there's a hierarchy

2    among these functions of money; that some

3    functions are easier to achieve or harder to

4    achieve than others?

5                      MR. OPPENHEIMER:  Objection

6           to form.

7           A.  Let's be careful.  The functions of

8    money I highlight, there are four and -- there are

9    four, just to be clear.  And is there a hierarchy

10   among them?  Not that -- not that I could be aware

11   of.

12          Q.  Okay.  Which is the more important

13   function of money:  To be a medium of exchange or

14   to be a store of value?

15                     MR. OPPENHEIMER:  Objection

16          to form.

17          A.  There is no hierarchy that I'm aware of.

18          Q.  So if something is used commonly as a

19   medium of exchange among goods and services, but

20   it doesn't hold the value very well, can it still

21   be money?

22                     MR. OPPENHEIMER:  Objection

23          to form.

24          A.  This happens all the time.

25          Q.  So is that a yes?

[12/21/2021] Osler, Carol Expert Dep. Tr. 12.21.2021

104

```
 1        A.   Yes.

 2        Q.   Okay.  And let's assume that something

 3   is used as a medium of exchange or means of

 4   payment and more or less holds its value but it's

 5   difficult to use as a unit of account, can it

 6   still be money?

 7                    MR. OPPENHEIMER:  Objection

 8        to form.

 9        A.   If it's used as a medium of exchange, it

10   is effectively used as a unit of account.

11        Q.   Could you elaborate on that, please?

12        A.   So --

13        Q.   If I'm trading cows --

14        A.   So let's go back to my example of the

15   yen and Philippine pesos.  So in the transaction

16   where someone is selling yen and buy -- in

17   exchange for Philippine pesos, the -- at the -- a

18   transaction that goes through a vehicle currency

19   like XRP.  So the person with yen is going to buy

20   XRP.  And so the price is how many XRP per yen?

21   So in that sense it's being used as a unit of

22   account.  Yen are being measured in XRP.

23        Q.   Thank you for using that example.  I'd

24   like to suggest a different example and get your

25   feedback on it.
```

105

1          Suppose I'm trading yen for Philippine

2   pesos directly without using a bridge or

3   intermediate asset.

4          Are you suggesting that both of those

5   currencies are a unit of account for the other?

6                    MR. OPPENHEIMER:  Objection

7          to form.

8      A.   That problem has -- that statement

9   has -- the hypothetical has premises that are

10  incorrect.

11     Q.   So can you answer or not?

12                    MR. OPPENHEIMER:  Objection

13         to form.

14     A.   Because the premises are incorrect, the

15  question is not -- there is no question.

16     Q.   Okay.

17     A.   It makes no sense.

18     Q.   Let me try something different.

19          Would you agree that to be -- to -- to

20  function as a medium of exchange, money needs to

21  be a store of value?

22                    MR. OPPENHEIMER:  Objection

23         to form.

24                    You can answer.

25     A.   Implicit in the nature of the medium of

```
 1    exchange is the idea that something can be a store

 2    of value at least briefly.

 3         Q.   Okay.  In order to be a unit of account,

 4    isn't a wide acceptance either required or

 5    implied?

 6         A.   No.

 7         Q.   Okay.  In paragraph 12 on page 5 of your

 8    report, when you define unit of account, which is

 9    underlined, and store of value, which is also

10    underlined, what is the source or -- or citation

11    for these concepts?

12         A.   This is something that economists

13    with -- Ph.D. economists learn this starting in

14    college and then in grad school.  And I provided a

15    specific citation to a specific source to

16    illustrate that these things -- these concepts are

17    out there.  But the source, this is -- this is

18    what we're taught basically.

19         Q.   Okay.  So you're describing a consensus

20    with those definitions?  Those are consensus

21    definitions?

22         A.   Yes, I am.

23         Q.   Okay.  So at the beginning of paragraph

24    12, the first sentence, you do have a -- an

25    identified source in paragraph 7, the Federal
```

1    Reserve Bank of St. Louis.

2            As you've written it, does the -- are

3    the definitions of unit of account and store of

4    value, are they also described by the Federal

5    Reserve of St. Louis in that same source?

6                    MR. OPPENHEIMER:  Objection

7            to form.

8        Q.   I'm just trying to understand how you

9    arranged it here.

10       A.   I arranged it as follows:  I defined it

11   myself and then I found a source that lists unit

12   of account and store -- store of value.

13       Q.   Okay.  And what was that source?

14       A.   Let's see.  I found the Federal -- the

15   Federal Reserve Bank of St. Louis, Functions of

16   Money, and the Mankiw was also used to illustrate

17   sources that cite these functions.

18       Q.   Okay.  So talking -- right now my

19   questions are going to be about the Federal

20   Reserve of St. Louis and not about the Mankiw.

21           But Mankiw is spelled M-A-N-K-I-W, is

22    that right?

23       A.   That's correct.

24       Q.   So is this -- is the -- is the source

25   you cited in Footnote 7, the Federal Reserve Bank

1   of St. Louis, is that a written publication?

2       A.   Please define "written publication."

3       Q.   Yeah.  Is it a paper or is it a podcast?

4               MR. OPPENHEIMER:  Objection.

5               You can answer.

6       A.   It's a podcast that I remember had a

7   written -- the text was written.

8       Q.   So like a transcript?

9       A.   A transcript.

10      Q.   Okay.  So that cite is both a podcast

11  that you can listen to and it's a transcript,

12  right?

13      A.   Yes.

14      Q.   Okay.  Who's the speaker on that

15  podcast?

16      A.   That's a great question.  I don't know.

17      Q.   Do you know whether this is an economist

18  or whether it's a PR person?

19               MR. OPPENHEIMER:  Objection.

20      Q.   And those are not the only

21  possibilities, of course.  I'm trying to find out

22  who is the source of this podcast and transcript.

23      A.   The source would be Federal Reserve Bank

24  of St. Louis economists.  Whoever spoke it is

25  another matter.

109

1      Q.   Okay.

2      A.   It would be like whoever reads a book on

3   Kindle.

4      Q.   All right.  So you think -- it's your

5   understanding that whoever is describing the

6   matters in the podcast is an economist or is

7   speaking for the economists at the Federal Reserve

8   Bank of St. Louis?  Is that fair?

9               MR. OPPENHEIMER:  Objection.

10              You can answer.

11     A.   As a Federal Reserve Bank of -- Federal

12  Reserve Bank of St. Louis publication, it will

13  have been endorsed by economists at the Federal

14  Reserve Bank of St. Louis.

15     Q.   So presumably vetted by those in charge.

16  Is that fair?

17              MR. OPPENHEIMER:  Objection.

18     A.   I have assumed as much.

19     Q.   Okay.  But with regard to the podcast

20  itself, is this a podcast intended for academics

21  or do you think it might be a podcast intended for

22  high school or secondary aged students?

23              MR. OPPENHEIMER:  Objection

24         to form.

25              You can answer.

110

1      A.   I intentionally chose some of my

2  citations so that they would be accessible to

3  people who were not economists.  And this one is

4  intended for -- I believe it was high school

5  students, and so it would have been accessible.

6      Q.   So the widest possible acceptance.  Fair

7  enough?

8                  MR. OPPENHEIMER:  Objection.

9                  You can answer.

10     A.   No.  It was intended for U.S. high

11  school students.

12     Q.   Okay.  You could have cited something

13  else, correct?  An academic paper or some of your

14  own work, perhaps?

15     A.   I could certainly have cited something

16  else.  Absolutely.

17     Q.   Okay.

18     A.   As a member of the Federal Reserve

19  system whose function is to manage the monetary

20  policy of the United States, which includes money

21  as -- absolutely at the core of it, the Federal

22  Reserve can be considered expert.

23     Q.   Are you suggest --

24                  THE REPORTER:  Can be

25              considered?

111

```
 1                    THE WITNESS:  Expert.
 2        Q.   Are you -- are you suggesting that this
 3   podcast is an authoritative statement by the
 4   Federal Reserve system about the attributes of
 5   money?
 6                    MR. OPPENHEIMER:  Objection
 7            to the form.
 8        A.   "Authoritative" is not defined.
 9        Q.   So is that a yes or a no?
10                    MR. OPPENHEIMER:  Objection.
11        A.   That is -- we'd have to clarify the
12   definition of "authoritative" before I could
13   answer that question.
14        Q.   Can we go over to page 13?
15        A.   Sure.
16        Q.   I'm sorry, paragraph 13, also on page 5.
17             You say "XRP serves all four functions
18   of a currency just discussed."  And then you
19   indicate the different functions that you
20   described previously in your report.
21             Do you see that?
22        A.   I do.
23        Q.   Okay.  Do you have a source for your
24   conclusion or are you the source for your
25   conclusion?
```

112

1                    MR. OPPENHEIMER:   Objection

2            to form.

3        Q.   This is what I'm trying to get at:  Are

4    you saying someone else already concluded that XRP

5    serves these functions or you, for the purpose of

6    this engagement, have drawn such a conclusion?

7                    MR. OPPENHEIMER:   Objection.

8        A.   I -- I am stating that in -- my opinion

9    is in the report, I used the four functions

10   highlighted by academics, including economists and

11   others, and I identify how XRP serves those

12   functions.

13           So I am -- in this -- in this paragraph,

14   I am building on the consensus -- the consensus

15   among academics and using the facts that are

16   available to me to draw conclusions.

17       Q.   Are you aware of any other economist

18   besides yourself that has evaluated XRP with

19   respect to the four functions of money, or

20   currency, and drawn the same conclusion you have?

21       A.   No.  I am not aware that economists have

22   made the specific attempt to characterize XRP in

23   terms of the functions of money.

24       Q.   Okay.  When you say that XRP is a "unit

25   of account" -- which I think is the last sentence

113

1    in paragraph 13.

2              Do you see that?

3         A.   I do.

4         Q.   What is XRP used to value?  What are the

5    other things available to exchange that XRP is

6    used to value?

7                        MR. OPPENHEIMER:  Objection

8              to form.

9                        You can answer.

10        A.   I'd like to highlight that we've

11   addressed this question and I have clarified that

12   XRP is a medium of exchange between currencies and

13   that in that process, XRP is used to value

14   currency.

15        Q.   Did you mean to include anything else in

16   your answer?  I'm just trying to be complete.

17                        MR. OPPENHEIMER:  Objection

18             to the form.

19        A.   I -- it's unclear what you mean by my

20   answer.

21        Q.   Let me try to clarify.

22             Is XRP value -- I'm sorry.

23             Is XRP used as a unit of account for any

24   purposes other than currency trading?

25                        MR. OPPENHEIMER:  Objection

114

1           to form.

2       A.   In some contexts, yes.

3       Q.   What are those contexts?

4       A.   There are -- there are websites where

5   one can purchase items priced in -- at least one

6   website I know of where one can purchase items,

7   goods, and -- goods and services, that are priced

8   in XRP.

9           But to recall, trading volume on -- the

10  def -- yeah.  The definition of a medium of

11  exchange does not say that something has to be a

12  medium of exchange for everything at all times and

13  for all people.  Clearly nothing is a medium of

14  exchange for everything at all times among all

15  people.

16          What I have highlighted is that XRP is a

17  medium of exchange among currencies daily and in

18  millions of transactions -- let me be precise.

19          Daily trading over ODL is measured,

20  according to my best estimate, in hundreds of

21  millions of XRP and -- so in that context, XRP is

22  being used as a medium of exchange every day in

23  substantial quantities.  And because it's being

24  used as a medium of exchange in that context, when

25  in the conversion process, it is being used as a

1    unit of value, unit of account.

2        Q.   Who is using ODL today?

3                    MR. OPPENHEIMER:   Objection

4            to form.

5        Q.   To trade currencies.

6        A.   Today specifically?  I couldn't tell

7    you.

8        Q.   How about at the time you issued your

9    report in October of 2021?

10                   MR. OPPENHEIMER:   Objection.

11       A.   On any specific day, I -- that

12   information -- you could use the -- the ledger to

13   identify the accounts, but the specific exactly

14   who traded XRP over ODL on any given day is not

15   available unless one can identify backward from

16   the ledger accounts to the holder of the account.

17       Q.   How about generally?  Do you have any

18   understanding whether, in October of 2021, anyone

19   was using ODL to transact exchanges in foreign

20   currency?

21                   MR. OPPENHEIMER:   Objection

22           to form.

23       A.   Total trading in XRP reached over 400

24   billion in the -- in Q3 and roughly a quarter of

25   that trading is estimated to go through ODL.  Now,

116

1    Q3 ends in the end of September, but the

2    suggestion that all of a sudden there may have

3    been no ODL trading in October is interesting.

4        Q.   All right.  Well, it's your opinion.

5    I'm just trying to get the basis for it.  I'm not

6    suggesting that all of my questions are correct,

7    as you've often pointed out.

8             Do you know whether -- whether Ripple

9    has a partner, someone that is using ODL to

10   transact foreign currency exchanges?

11       A.   Yes.

12                 MR. OPPENHEIMER:  Objection.

13                 THE WITNESS:  Sorry.

14       Q.   And as you sit here today, who is that?

15   Who are those companies or partners that are using

16   ODL in foreign currency exchange?

17                 MR. OPPENHEIMER:  Objection

18        to form.

19                 You can answer.

20       A.   As of the most recent time I looked at

21   this, those partners included SBI Financial in

22   Japan.  Okay.  I've got to remember these things.

23   Coin.ph.  That's the Philippines one.  There's

24   a -- oh, there are a bunch of them along the

25   Pacific Rim and the exact names of these accounts

117

```
1    I don't -- of these remittance providers I don't

2    precisely know.  Those are two of them.  There's

3    quite a list of them.

4        Q.   Okay.  And you think this trading's

5    continuing in significant amounts in at least Q3

6    of 2021?

7                    MR. OPPENHEIMER:  Objection.

8                    You can answer.

9        A.   The evidence available to me indicates

10   that it has.

11       Q.   Okay.  What evidence was available to

12   you?  I think you mentioned a website, but I'm

13   trying to find out what source you looked at in

14   order to determine that.

15                    MR. OPPENHEIMER:  Objection.

16       A.   So let's be clear.  I did not opine on

17   this in my report, on the magnitude.  I do not

18   have any facts or statements in there.  I have

19   subsequently read up a little more just to keep

20   learning.  And so -- I'm losing track.  Remind me

21   the question.

22       Q.   I'll transition a little bit.

23                    You indicated in your testimony a few

24   moments ago that you thought that as of Q3 2021,

25   about 25 percent of the purchases of XRP were for
```

118

1    purpose of foreign exchange.

2            Is that a fair summary of your prior

3    testimony?

4                    MR. OPPENHEIMER:  Objection.

5                    You can answer.

6        A.   I said trading rather than purchases.

7        Q.   Thank you for the clarification.

8            Do you think that 25 percent of the

9    trading in XRP is for purposes of foreign currency

10   exchange rather than for some other purpose?

11                   MR. OPPENHEIMER:  Objection

12           to form.

13       A.   I -- no.  I specifically referred to

14   ODL, trading on ODL, as 25 percent of trading in

15   XRP.

16       Q.   Okay.  Do you think ODL has other

17   purposes other than for foreign currency exchange

18   or am I understanding that that is the subset of

19   uses of XRP?

20                   MR. OPPENHEIMER:  Objection

21           to form.

22       A.   My understanding is that that is the

23   primary purpose that -- the primary purpose is to

24   facilitate international payments, which has been

25   the strategical of Ripple since two thousand --

119

1    for roughly a decade now.  And ODL is one of the

2    products that serves that purpose.  And so far it

3    has been primarily direct -- or the -- my

4    understanding has been that Ripple wisely -- in

5    executing its strategy of disruptive innovation

6    and trying to achieve a network, that Ripple has

7    focused initially on remittances, which is not a

8    major focus in -- among most banks.

9        Q.   All right.  I promise we will get to all

10   of that in the future.

11           In terms of the trading in XRP which you

12   referred to a few moments ago, I don't think that

13   trading, those percentages, are referred to

14   anywhere in your initial or rebuttal report.

15           Is that fair?

16       A.   That's correct.

17       Q.   Okay.  And would I be correct that in --

18   whatever source you used to learn about trading in

19   XRP would have come through a publication by

20   Ripple or an exchange associated with Ripple?

21                   MR. OPPENHEIMER:  Objection

22           to the form.

23       A.   That question has a few different things

24   in there.  Please, perhaps you could state it

25   individually.

120

1       Q.   Sure.  Sure.

2            What's your source for learning about

3   the trading of XRP?

4       A.   Since I put out my report, Ripple issued

5   its Q3 report and that was summarized in a

6   techno -- oh, it's not clear what we call these

7   things.

8       Q.   Publication?

9       A.   Like a newspaper online.

10      Q.   A publication?

11      A.   And it's called Tech something or other.

12  TechNX or Tech -- Tech something.

13      Q.   Okay.

14      A.   And they reported on it.

15      Q.   Okay.  So the ultimate source would have

16  been Ripple, but the source that you consulted

17  would have been some online publication.

18      A.   And then --

19                  MR. OPPENHEIMER:  Objection

20          to the form.

21      Q.   Is that correct?

22                  MR. OPPENHEIMER:  Objection.

23      A.   That is on the 25 percent figure.

24      Q.   Okay.

25      A.   The actual trading figures -- have we --

121

1    the 416 billion, that was a Ripple source.  Yeah,

2    that was a Ripple source.  Online.

3        Q.   Okay.

4        A.   Publicly available.

5        Q.   Okay.  So the other 75 percent of

6    trading in XRP --

7        A.   Uh-huh.

8        Q.   -- what's your understanding of what

9    that is?

10                   MR. OPPENHEIMER:  Objection

11            to form.

12       A.   That really goes beyond the opinions

13   I've expressed and I have not thought carefully

14   about it, so I would not be able to say with any

15   certainty.

16       Q.   So you don't know?

17       A.   I would not be able to say with any

18   certainty.

19       Q.   I'm not asking about a certain opinion.

20   I'm asking do you know?  Do you have any

21   understanding?

22                   MR. OPPENHEIMER:  Objection

23            to form.

24       A.   If we -- I'm -- if you -- okay.  I had

25   said I could not say with any certainty.

122

1        Q.    Sounds like -- sounds like that's all

2    you're willing say about that, is that correct?

3                    MR. OPPENHEIMER:   Objection.

4        A.    I have said that I could not say with

5    any certainty.

6        Q.    Do you believe that the majority of

7    trading in XRP is for investment purposes?

8                    MR. OPPENHEIMER:   Objection.

9        A.    No.

10       Q.    Am I correct that XRP is traded for fiat

11   currencies on digital -- on a number of digital

12   asset platforms?

13                   MR. OPPENHEIMER:   Objection.

14                   You can answer.

15       A.    That is my understanding, yes.

16       Q.    And am I also correct that a number of

17   these dig -- of these digital asset platforms

18   would primarily be involved with other currency --

19   currencies other than the U.S. dollar?

20                   MR. OPPENHEIMER:   Objection

21        to the form.

22       A.    I couldn't say.

23       Q.    Okay.  Let me ask you this:  When XRP is

24   purchased or traded on digital asset platforms, is

25   it always purchased in U.S. dollars?

123

```
 1        A.   I couldn't say.

 2        Q.   Assuming for the purposes of this

 3   question that XRP is sometimes purchased using

 4   currencies other than U.S. dollars, does that

 5   count as a currency exchange as you understand it?

 6                   MR. OPPENHEIMER:  Objection.

 7                   You can answer if you

 8        understand.

 9        A.   Currency exchange is not -- that would

10   need some definition.

11        Q.   Okay.  If someone in the Philippines,

12   hypothetically, wants to buy XRP because they want

13   to hold that token for some period of time, does

14   that purchase -- do you know whether that purchase

15   involves the use of fiat currency?

16                   MR. OPPENHEIMER:  Objection

17        to form.

18                   You can answer.

19        A.   If the Philippine pesos is involved?

20   That's a fiat currency.  So, technically speaking,

21   a fiat currency would be involved.

22        Q.   I'm not limiting myself to the

23   Philippine pesos.

24             Do you know whether any other fiat

25    currencies are involved in the purchase of XRP
```

124

1     from the Philippines?

2                    MR. OPPENHEIMER:   Objection

3            to the form.

4          A.   Let me see how I can put this.   I --

5     yeah.   I think I would say that, no -- no.   If

6     it's Philippine pesos versus XRP, there's one fiat

7     currency involved.

8          Q.   Okay.   As you sit here today, do you

9     know whether you can purchase XRP using Philippine

10    pesos?

11         A.   Do you mean me personally?

12         Q.   Not you.   A person.

13         A.   A person.   Yes.   That trader could be

14    me.

15         Q.   Can XRP be purchased using yen?

16         A.   Yes.

17         Q.   Can it be purchased using pound

18    sterling?

19         A.   I could not verify that one way or the

20    other.

21         Q.   Can it be purchased using euros?

22         A.   I could not verify that.

23         Q.   Can it be purchased using Mexican pesos?

24         A.   I am pretty certain it can.

25         Q.   Can it be purchased using Bolivian or

125

1    Venezuelan currency?

2         A.   I could not say.

3         Q.   Do you know where XRP is actually being

4    used as a medium of -- medium of exchange among

5    other currencies?

6                        MR. OPPENHEIMER:   Objection

7              to form.

8                        You can answer.

9         A.   I know some of the corridors for

10   certain.  The remittance service providers that

11   use it cover many, many locations and some are

12   worldwide.  And exactly where XRP is or is not

13   being used would -- one could not say unless one

14   were to scan individually all the individual

15   service providers.

16        Q.   Which are the ones that you know about?

17        A.   Well, as I've mentioned, there's a list,

18   but the names do not all come to mind.

19        Q.   You mentioned Japan.

20        A.   I mentioned --

21        Q.   You mentioned --

22        A.   -- SPI in Japan and I mentioned Coins.ph

23   in the Philippines.

24        Q.   Okay.  Are you personally aware of other

25   locations, countries, where XRP uses a medium of

1    exchange among currencies?

2                    MR. OPPENHEIMER:  Objection

3            to the form.

4                    You can answer.

5        A.   I can say that XRP is -- no, I couldn't

6    say that it is in the sense that you can't track a

7    transaction.

8        Q.   Okay.

9        A.   I can say where remittance service

10   providers operate that have a relationship with

11   ODL.  And those corridors include Singapore to a

12   lot of the Pacific Rim countries.  Hong Kong to

13   Pacific Rim countries.  Japan to Pacific Rim and

14   some other countries.  Hong Kong, Singapore,

15   Japan, Taiwan.

16           So basically the more advanced countries

17   in the Pacific Rim to other Pacific Rim countries

18   and in some cases well beyond.

19       Q.   Okay.  This question may be beyond my

20   own technical expertise and you may or may not

21   know the answer, but just to try.

22           In -- let's pick one of these corridors

23   that you mentioned, the Philippines.  Whatever the

24   name of that service provider or providers is, do

25   you know where that service provider sources its

127

1   XRP?  In other words, where does it buy XRP?

2                      MR. OPPENHEIMER:  Objection

3          to form.

4          A.   The -- on the ODL platform, it buys the

5   XR -- XR -- Ripple serves as market maker on XRP.

6          Q.   Okay.  And after the XRP is used as a

7   bridge asset, how does the service provider sell

8   XRP if it chooses to do so?

9                      MR. OPPENHEIMER:  Objection

10         to form.

11         A.   So that was included implicitly in my

12  previous answer.  A market maker will buy it and

13  sell it.  And so Ripple's making markets both ways

14  in XRP.

15         Q.   All right.  Let's go to page 6,

16  paragraph 14.  So feel free to refer to paragraph

17  14 and 15 if needed, but my question does not

18  specifically come from either of those paragraphs.

19  I want to ask you about price fluctuations in XRP.

20              You've indicated, I believe, in your

21  report that price fluctuations in an asset did not

22  mean it cannot be considered a currency.

23              Is that a fair summary of your view?

24                      MR. OPPENHEIMER:  Objection.

25         A.   I've been quite specific -- I'm thinking

128

1    about it.  I have highlighted that there are

2    currencies whose value is -- fluctuates that are

3    considered -- there are assets that are considered

4    currencies whose value fluctuate.

5         Q.   In Figure 1, you mention the pound and

6    the dollar.  In paragraph 15, you mention the

7    Venezuelan bolivar.  So I'd like to draw your

8    attention to the last sentence in paragraph 14.

9    You say "The existence of day-to-day fluctuations

10   in XRP exchange rates does not change the nature

11   of XRP as a currency."

12             Do you see that?

13        A.   I do.

14        Q.   Okay.  That's one of your conclusions in

15   this report, correct?

16                     MR. OPPENHEIMER:  Objection.

17                     You can answer.

18        A.   That -- it is -- no, it is not.  It

19   is -- it is not a conclusion in my report.

20        Q.   Do you believe this, this last sentence?

21   Is this a fair statement of your view?

22                     MR. OPPENHEIMER:  Objection

23        to form.

24        A.   It is a fair -- it is a supporting

25   statement insofar as I highlight that -- so the

129

 1    functions of a currency that I've identified and

 2    the -- as consensus among economists and the

 3    favorable attributes of an asset that help it

 4    perform as a currency, I've highlighted that XRP

 5    largely fulfills and I have -- or that XRP

 6    fulfills the functions and has the attributes.

 7            And I highlight -- essentially what I'm

 8    highlighting is that it is never assumed in

 9    defining money that its value is unchanging.

10        Q.   Thank you.  Perhaps I phrased my

11    question poorly.  I was really trying to get at

12    something else.

13            You wrote this last sentence in

14    paragraph 14, correct?  That's your work?

15        A.   That is my work.

16        Q.   And you're not citing to a publication

17    or to any other person, correct?

18        A.   Yes.

19        Q.   Okay.  So that is a statement of belief

20    or view or opinion that you're offering in this

21    report, correct?

22            MR. OPPENHEIMER:  Objection.

23        Q.   Statement of your own view or belief,

24    correct?

25            MR. OPPENHEIMER:  Objection.

 1        A.   Let's be clear.  What I say is that --

 2    is implicitly the same as what I just said to you.

 3    That it's never assumed that a currency is -- has

 4    no changes in its value and, therefore, whether it

 5    has changes or not is -- does not change the

 6    conclusion one way or the other.

 7        Q.   Do you know whether XRP has day-to-day

 8    fluctuations in its exchange rates or are you

 9    speaking hypothetically?

10        A.   I am highlighting --

11                   MR. OPPENHEIMER:  Objection.

12                   You can answer.

13                   THE WITNESS:  Oops, sorry.

14                   MR. OPPENHEIMER:  It's okay.

15        A.   I cite in my rebuttal report a specific

16    volatility figure of .0083 percent over five

17    seconds indicating that the price has changed.

18        Q.   So, I'm sorry, I was asking about

19    day-to-day fluctuations.

20             Do you know whether there are day-to-day

21    fluctuations in XRP exchange rates?

22                   MR. OPPENHEIMER:  Objection

23             to form.

24        A.   By extrapolation from the volatility

25    figure I just gave you, there are day-to-day

1    fluctuations in XRP exchange rates just like there

2    are day-to-day fluctuations in other exchange

3    rates that are not government controlled.

4        Q.   Okay.  Am I correct that you have not

5    looked at the day-to-day fluctuations in XRP

6    exchange rates, or at least you had not done so at

7    the time you wrote this report?

8                    MR. OPPENHEIMER:  Objection.

9        A.   No, that's not correct.

10       Q.   Okay.  So at the time you wrote this

11   report, you were aware of the day-to-day

12   fluctuation rates in the XRP exchange rate.  Is

13   that fair?

14                   MR. OPPENHEIMER:  Objection.

15       A.   This is putting words into my mouth.  So

16   I was aware that -- I had seen charts of XRP value

17   and I -- I may have included one as a figure.

18   I've seen charts of the XRP value and that shows

19   that it changes.

20       Q.   Okay.  Are there any charts of changes

21   in XRP value in this report?

22       A.   I don't believe I included one in the

23   end.  No.

24       Q.   Okay.  You could have included such a

25   chart, correct?

132

1      A.    They exist.

2      Q.    You chose not to?

3      A.    It did not seem useful.

4      Q.    Did anyone tell you that it was not

5  useful?

6      A.    No.

7      Q.    Okay.  That was your decision?

8      A.    It was never a decision.  I never

9  thought it -- I only think about charts that might

10  be useful and this one did not seem to have a

11  value.

12     Q.    Okay.  Figure 1 shows differences in

13  exchange rate between the United Kingdom pound and

14  the U.S. dollar, correct?

15     A.    Yes, it does.

16     Q.    How difficult would it have been you --

17  would it have been for you to show differences in

18  the price of XRP in U.S. dollars within the last

19  ten years?

20              MR. OPPENHEIMER:  Objection

21        to form.

22     A.    As I said, these charts exist.

23     Q.    Would it have been difficult or not

24  difficult to do?

25     A.    It would not have been --

133

1                    MR. OPPENHEIMER:  Objection.

2                    THE WITNESS:  Okay.

3         A.   As I said, it would -- I did not think

4    one way or the other about including it.

5         Q.   Well, let me flip that around then.

6              Why did you think about and include a

7    comparison between the UK pound and U.S. dollar

8    instead of, for example, showing variations in the

9    price of XRP over time?

10                   MR. OPPENHEIMER:  Objection.

11                   You can answer.

12        A.   It seemed intuitively obvious XRP value

13   changes.  My point was to highlight that, first,

14   the relative point of comparison for the dollar is

15   its exchange rates.  And, second, that the dollar

16   value does change dramatically.

17             So to support my point about the dollar,

18   the dollar chart was necessary and no other chart

19   was relevant.

20        Q.   Thank you for that.  Let's -- let's look

21   at paragraph 15.

22             When you talk about the Venezuelan

23   bolivar depreciating, it looks like dramatically

24   depreciating in 2018.

25             Do you see that?

134

1        A.    Yes.

2        Q.    What's your source for the changes in

3    the value of the bolivar?

4        A.    I -- I don't provide it, but I would

5    have looked it up on Global Insight.

6        Q.    I'm sorry, I didn't --

7        A.    I would have gotten the data from Global

8    Insight.

9        Q.    What is Global Insight?

10       A.    It's a database that includes the IMF

11   exchange rate date and I would have looked at the

12   IMF exchange rate data.

13       Q.    And is it a publicly-available database

14   or is it a private or pay for service database?

15                   MR. OPPENHEIMER:  Objection.

16                   You can answer.

17       A.    The -- the IMF data are publicly

18   available.

19       Q.    What about the Global Insight?

20       A.    Global Insight is a private thing.

21       Q.    Okay.

22       A.    In fact, come to think about it, I have

23   increasingly relied on the IMF source and I

24   realize chances are pretty good.  I went straight

25   there.

135

```
 1        Q.   Okay.  So perhaps you didn't use Global

 2    Insight.  You just went to -- are you saying you

 3    probably just went to a publicly-available source?

 4        A.   The IMF provides the data publicly now.

 5        Q.   Okay.  So since you mentioned the

 6    significant depreciation of the bolivar, I want to

 7    ask you some questions about currency depreciation

 8    in general.  I'm not referring specifically to the

 9    bolivar, so don't confine your answer to the

10    bolivar if that's not appropriate.

11            Okay?

12        A.   Uh-huh.

13        Q.   What happens when a currency loses most

14    or all of its value?

15                    MR. OPPENHEIMER:  Objection

16            to form.

17        Q.   Like, what is the reaction of people in

18    the economy if a currency loses most of its value?

19                    MR. OPPENHEIMER:  Objection.

20        A.   I want to preface any answer by

21    highlighting as I did in my rebuttal to ████ and

22    as I said earlier today, that the relative

23    comparison to XRP prices is to exchange rates.

24    And so the important questions have to do with

25    exchange rates and -- right.
```

136

1           And so when a currency loses value,

2    which happens all the time around the world, it

3    generally is still used.

4       Q.   Is it -- do people begin using other

5    currencies that hold their value more?

6                   MR. OPPENHEIMER:   Objection

7           to form.

8       A.   Consistent with the fact -- as -- you'll

9    recall that in my report, I highlight functions of

10   a currency and helpful attributes of a currency.

11          So when a currency -- currencies gain

12   and lose value all the time and -- and even in

13   terms of goods and services, which, as I say, is

14   not relevant to XRP.  And the -- and especially

15   they lose value all the time, right, and they

16   remain currencies.

17          So I think with respect to your

18   question, I realize that there's no time frame

19   addressed.  So if you don't mind, I'd like to

20   highlight that most currencies have lost most of

21   their value in terms of goods and services over

22   the last century and they are still used as

23   currencies.

24      Q.   Do some currencies go out of

25   circulation?

137

```
 1                    MR. OPPENHEIMER:  Objection.

 2        A.   I wouldn't be able to say that

 3   precisely.

 4        Q.   You don't know whether some countries

 5   have discontinued using one form of currency and

 6   begun using another?

 7                    MR. OPPENHEIMER:  Objection.

 8        A.   I can remember one extreme case where I

 9   believe that happened.

10        Q.   Okay.

11        A.   Anyhow, no, not precisely.

12        Q.   Do people begin preferring other

13   currencies if a -- if a currency loses most or all

14   of its value?

15                    MR. OPPENHEIMER:  Objection.

16        A.   In general, no.

17        Q.   And does that have anything to do with

18   the fact that the fiat currency in a particular

19   jurisdiction is required to be accepted as legal

20   tender?

21                    MR. OPPENHEIMER:  Objection.

22        A.   No.

23        Q.   Have there been cryptocurrencies that

24   have lost most or all of their value?

25                    MR. OPPENHEIMER:  Objection.
```

138

1      A.   I -- bitcoin's gone up and down.

2      Q.   Do you know whether there have been

3 cryptocurrencies that have lost most or all of

4 their value?

5                   MR. OPPENHEIMER:  Objection

6         to form.

7      A.   I couldn't say.

8      Q.   So would it be fair to say that you

9 don't know what happens if a cryptocurrency loses

10 most or all of its value?

11                  MR. OPPENHEIMER:  Objection

12         to form.

13     A.   It would be fair to say that the

14 definition of losing most or all of its value is

15 vague and would need to be defined more precisely.

16     Q.   Do you know whether there have been any

17 cryptocurrencies that have ceased to be circulated

18 or accepted because they're no longer considered

19 to have any value?

20                  MR. OPPENHEIMER:  Objection

21         to form.

22     A.   I couldn't say.

23     Q.   Hypothetically, if there was such a

24 currency, we'll call it ABC, that had a value at

25 one point and now has a value of zero, meaning no

139

1    one will accept it, would the people holding or

2    still holding ABC be able to use it for any

3    purpose?

4                    MR. OPPENHEIMER:  Objection

5            to form.

6        A.   You know, this is a hypothetical.  I

7    really am not in a position to speculate on it.

8        Q.   All right.  Let me put it a different

9    way.

10                   If XRP were to lose most or all of its

11   value, do you know whether the people who hold XRP

12   right now would be able to get their investment,

13   initial investment, in XRP back?

14                   MR. OPPENHEIMER:  Objection

15           to the form.

16       A.   In any case --

17                   MR. OPPENHEIMER:  Wait.

18                   THE WITNESS:  Oh, I'm sorry.

19                   MR. OPPENHEIMER:  Assumes

20           facts not in evidence,

21           mischaracterizes facts, and vague and

22           ambiguous.

23                   You can answer.

24       A.   Could you restate the question?

25                   MR. MOYE:  Could you read it

140

1          back, please?

2                    (Whereupon, the record was read

3          back.)

4     A.   No, I do not know.

5     Q.   Are you familiar with the term

6  "intrinsic value"?

7                    THE REPORTER:  I'm sorry?

8     Q.   Are you familiar with the term

9  "intrinsic value"?

10    A.   Yes, I'm familiar with the term.

11    Q.   What does that mean as -- as you or

12 other economists use that term?

13                   MR. OPPENHEIMER:  Objection.

14                   You can answer.

15    A.   I would say that it has no fixed

16 definition.  That it's -- it has no fixed

17 definition.

18    Q.   What does it mean to you personally

19 then?

20    A.   It depends on the context.

21    Q.   Does XRP have an intrinsic value?

22                   MR. OPPENHEIMER:  Objection.

23    A.   Again, since it's not defined, I can't

24 answer that question.

25    Q.   Does the U.S. dollar have an intrinsic

141

1   value?

2       A.   Since it's not defined, I can't answer

3   that question.  Oh, I'm sorry.  I can't answer

4   that question.

5       Q.   Does gold or cattle have an intrinsic

6   value?

7                   MR. OPPENHEIMER:  Objection.

8       A.   Again, without a very careful

9   definition, I can't answer the question.

10      Q.   Let's look at paragraph 16 of your

11  report.  You indicate that The Federal Reserve

12  identifies six attributes that enhance the value

13  of a currency and then you state what those

14  attributes are, correct?

15      A.   That's correct.

16      Q.   And you also have a cite, a citation to

17  a source, is that right?

18      A.   Yes.

19      Q.   What is the source for that -- what is

20  your source for that statement?

21      A.   The Federal Reserve Bank of St. Louis,

22  the piece that I chose because it's accessible.

23      Q.   Was the podcast and transcript piece

24  credible?

25      A.   Correct.

142

1      Q.   Okay.  And do you believe that's a

2  consensus or are you attributing some special

3  authority to the Federal Reserve Bank?

4                  MR. OPPENHEIMER:  Objection

5          to form.

6      A.   The -- I'm -- I can -- it -- it captures

7  the consensus.

8      Q.   Okay.  So there's no --

9      A.   I highlight there are some other things

10  that come up in some other context and it's

11  broadly characterized as a consensus.

12      Q.   Sure.  So it's not the only source you

13  cite in this paragraph.  There are some others as

14  you said.

15          But in -- in the first sentence, when

16  you say that the Federal Reserve, the world's

17  dominant bank, identifies six attributes for

18  the -- to enhance the value of currency, I just

19  wanted to know if you were -- if you believe the

20  Federal Reserve is stating the consensus among

21  economists or is this a unique view that has

22  special significance because it is from the

23  Federal Reserve Bank?

24                  MR. OPPENHEIMER:  Objection

25          to form.

143

1        A.   It is -- it is not intended as -- it --

2    so it's -- as I say, there's no formal consensus

3    among economists on -- on exact properties.

4    There's just a lot of properties that are often

5    listed.  And the Federal Reserve Bank of St. Louis

6    has a listed -- the list includes properties that

7    are generally listed.

8        Q.   What does this series of attributes add

9    to your analysis of XRP?

10                   MR. OPPENHEIMER:  Objection

11          to form.

12       A.   The analysis highlights attributes of an

13   asset that help it function as money and -- yes,

14   that's what it does.

15       Q.   And you talk about cows and even

16   boulders in Micronesia.  These -- these have all

17   been used as money, correct?

18       A.   They have -- they're included in the

19   list of things that have been used as money.

20       Q.   But they don't fit as well in these

21   attributes of money as specified by the Federal

22   Reserve, correct?  That's why you mention them?

23                   MR. OPPENHEIMER:  Objection

24          to form.

25       A.   These are helpful and it's a care --

144

1    it's a -- it's important to be clear that none of

2    them are neither -- they are neither necessary nor

3    sufficient.  They are helpful.  So cows are --

4    fail on one of -- you know, do not fulfill one of

5    these, I think divisibility, but it was still used

6    as money.

7              So to illustrate, yes.

8                      THE REPORTER:  So?

9                      THE WITNESS:  To illustrate,

10             yes.

11       Q.   And boulders, they don't fit all these

12   categories, but boulders have still been used as

13   money, correct?

14       A.   Specifically on the island of Yap in

15   Polynesia.  And this is another -- like the

16   Radford article about cigarettes, this is another

17   piece that economists like to cite.

18       Q.   Okay.  So I'm -- I'm asking.  I'm

19   curious.  Why include this?  What does this add to

20   your analysis of XRP if you say in the same

21   paragraph that even things that don't have all of

22   these attributes can still be used as money?

23                      MR. OPPENHEIMER:  Objection

24             to form.

25       A.   The point in adding that paragraph is

1    that XRP has all of these helpful attributes.

2          Q.    Like cowrie shells?

3          A.    I'd have to rethink through the cowrie

4    shells, but, yes.

5          Q.    Let's look at paragraph 17 where you

6    talk about cowrie shells.

7          A.    Yeah.

8          Q.    Feel free to review that.  I'm going to

9    ask you a couple of questions about cowrie shells.

10         A.    Ready to go.

11         Q.    Okay.  You point out in paragraph 17

12   that cowrie shells have all of these attributes of

13   money identified by the Fed, correct?

14         A.    Yes, I go through those six or seven.

15         Q.    Okay.  So, again, similar question about

16   the cows.

17               What does the discussion of cowrie

18    shells add to your analysis of XRP as a currency?

19                     MR. OPPENHEIMER:  Objection

20         to form.

21                     You can answer.

22         A.    The cowrie shells were included as a way

23   of clarifying what the attributes mean.  So

24   divisibility, portability, et cetera.  That is the

25   sense in which cowrie shells were included.  They

1   were an illustration for point of clarification.

2       Q.   Do cowrie shells have an intrinsic value

3   independent of whether or not they're used as

4   currency?

5                   MR. OPPENHEIMER:  Objection

6           to form.

7       A.   As I have said, intrinsic value is not

8   defined in this conversation.

9       Q.   Are cowrie shells used in art among

10  people in Africa?

11                  MR. OPPENHEIMER:  Objection.

12      A.   I could not say.

13      Q.   So you can't say whether that artwork

14  using or consisting with cowrie shells is

15  considered valuable today?

16                  MR. OPPENHEIMER:  Objection.

17      A.   I did not agree -- the premise of your

18  question is that I agreed that there was such art

19  and I have not agreed that there was such art.

20      Q.   Let me clarify.

21              Since you don't know whether cowrie

22  shells are used in art, you can't say whether

23  cowrie shells used in artwork retain a value

24  today, can you?

25                  MR. OPPENHEIMER:  Objection.

1          A.    This hypothetical extends way beyond

2     what I was asked to look at in my opinion as is

3     clear from -- would be clear from a quick review

4     of the questions I was asked.  And so I was not in

5     a position to formulate an opinion on these

6     questions.

7          Q.    Fair enough.

8                You drive a direct comparison between

9     how cowrie shells fit the attributes of money from

10    the Fed and how XRP, in your view, fits those

11    attributes of money, correct?

12         A.    Not correct.

13         Q.    So there's no connection between your

14    discussion of cowrie shells and your connection of

15    XRP?  Is that your testimony?

16                        MR. OPPENHEIMER:  Objection

17           to the form.

18         A.    My use of cowrie shells, as I answered

19    earlier, is intended to clarify the meaning of the

20    attributes in question.  What is divisibility?

21    What is portability?  I do not directly compare

22    cowrie shells with XRP in any way.

23         Q.    So when you say, then, that cowrie

24    shells were a highly successful form of currency

25    for centuries, and then you follow in the very

```
 1    next paragraph with a discussion of XRP's

 2    satisfaction of the same attributes, were you

 3    intending to suggest that XRP might function as a

 4    currency for centuries in the same way that cowrie

 5    shells did?

 6                        MR. OPPENHEIMER:  Objection

 7            to form.

 8        A.   That is a -- that is a complete

 9    mischaracterization of what I might have to say in

10    there.

11        Q.   Fair enough.  So it sounds like you

12    disagree.

13             There's no connection between the

14    status, then, of cowrie shells as a successful

15    currency and whether or not XRP is a successful

16    currency.  Is that fair?

17                        MR. OPPENHEIMER:  Objection

18            to form; mischaracterizes testimony

19            and vague and ambiguous.

20        A.   Let me clarify again.  I included cowrie

21    shells to clarify the definitions of the

22    attributes that are helpful for an asset to

23    function as a currency.  That is the purpose of

24    including cowrie shells there.

25        Q.   And it sounds like that's the only
```

1    purpose you have.

2        A.   That is the only purpose.

3        Q.   All right.  In the beginning of

4    paragraph 18 of your report, you say ""XRP has all

5    of the attributes that economists agree to be

6    valuable in a currency."

7            Do you see that?

8        A.   I was referring back to the list of

9    seven that I had before.

10       Q.   Okay.  So am I correct that you are

11   stating in your report that economists -- the

12   consensus of economists agree that these

13   attributes contribute or enhance the value of

14   money?

15                    MR. OPPENHEIMER:  Objection.

16                    You can answer.

17       A.   It enhances the ability of an asset to

18   serve as money.  I say nothing about the value of

19   money.

20       Q.   So at the beginning of paragraph 16 of

21   your report --

22       A.   Paragraph 16.

23       Q.   -- the first sentence, when you're

24   identifying the attributes sourced from the Fed,

25   you say there that these attributes "enhance the

1    use value of a currency."

2            Is there a difference in your mind

3    between the value of a currency and the use value

4    of a currency?

5                        MR. OPPENHEIMER:  Objection.

6        A.   Use value would be synonymous with what

7    I just said.  The ability of a currency or money

8    to serve that function, or an asset as I have been

9    specific.  The ability of an asset to serve the

10   functions of money.

11       Q.   Does use value mean utility?  Is that --

12       A.   It means the ability of an asset to

13   fulfill the functions of money.

14       Q.   Okay.  Do other -- you -- you've

15   indicated in paragraph 18 that XRP has all of

16   these attributes that could contribute to its

17   usefulness as a currency.

18            Do most cryptocurrencies have these same

19   attributes as XRP?

20                        MR. OPPENHEIMER:  Objection

21            to form.

22       A.   I wouldn't be able to say.

23       Q.   Does bitcoin?

24       A.   I'd have to think carefully about each

25   one.

151

1        Q.   It's not a test, but if you -- if you

2   want to take a moment, if that would help you to

3   give me an answer, that's fine.  If you cannot

4   give me an answer, we can move on.  But if you

5   have an answer, I'm interested.

6                  MR. OPPENHEIMER:  Objection

7        to form.

8        A.   So I would say that -- so -- could

9   you -- could you repeat the question precisely

10  now?

11       Q.   Well, let me break it down.  Maybe that

12  would be helpful.

13       A.   Okay.

14       Q.   So you compared XRP to these attributes

15  of a currency.  So I'm asking you about bitcoin.

16       A.   Uh-huh.

17       Q.   So without giving me a considered or

18  written deposition -- definition, but just as you

19  understand it here, do you believe bitcone --

20  bitcoin is portable in the same way XRP is

21  portable?

22                  MR. OPPENHEIMER:  Objection.

23                  You can answer.

24       A.   Yes.

25       Q.   Do you believe bitcoin is divisible in

152

1    the same way XRP is divisible?

2        A.   Yes.

3        Q.   In fact, you even refer to bitcoin as a

4    coin comparison.

5        A.   I do.

6        Q.   Do you believe bitcoin is uniform like

7    XRP is uniform?

8        A.   Yes.

9        Q.   Do you believe bitcoin is acceptable in

10   the same way you believe XRP is acceptable?

11       A.   There are differences in the

12   acceptability that are important.

13       Q.   Do you believe bitcoin is accepted on

14   more -- do you believe bitcoin is traded on more

15   or less exchanges than XRP?

16                   MR. OPPENHEIMER:  Objection

17           to the form.

18       A.   That is not directly related to what I

19   had to say.

20       Q.   So you don't have an opinion on whether

21   bitcoin is traded more frequently or less

22   frequently on exchanges?

23       A.   I have differences.  I did not suggest

24   more or a fewer exchanges.

25       Q.   Okay.  We'll come back to exchanges in a

153

1   moment but let's talk about storage costs.

2           Do you believe bitcoin has low storage

3   costs the way XRP does?

4       A.   I believe so.

5       Q.   And do you believe bitcoin has limited

6   supply the way XRP is limited?

7       A.   Yes.

8       Q.   All right.  Let's go back to the

9   attribute you highlight acceptability.  You say

10  "XRP can be traded on myriad exchanges around the

11  world."  I'd like to drill down on this is a

12  little bit.

13          When you include this sentence, are you

14  referring to the currency trading aspect --

15  sorry -- the currency trading function of XRP that

16  we discussed earlier in the deposition or are you

17  referring to something like an exchange for goods

18  or services?

19                  MR. OPPENHEIMER:  Objection

20          to form.

21      A.   It's not either/or and the question does

22  not include all the different kinds of trading

23  that I might have had in mind.

24      Q.   Okay.  So you reference exchanges and

25  you say "myriad exchanges," which I understand to

154

1    mean many.  Is that what you meant by "myriad"?

2         A.   Many, yes.

3         Q.   Okay.  So how is XRP traded on many

4    exchanges around the world?  You've already talked

5    about foreign currency exchange, so you don't need

6    to repeat any of that.

7              Are there other purposes for which XRP

8    is traded on exchanges around the world that you

9    meant to include in this answer?

10                  MR. OPPENHEIMER:  Objection

11             to form.

12        A.   Actually, could you just restate the

13   question?  It was a long one.

14        Q.   Yeah.  I'm not asking about foreign

15   currency trading.  We've already talked about

16   that.

17             In your description of XRP's

18   acceptability --

19        A.   Uh-huh.

20        Q.   -- and your reference to it being traded

21   on many exchanges around the world, what other

22   purposes -- for what other purposes is XRP traded

23   besides foreign currency exchange?

24                  MR. OPPENHEIMER:  Objection

25             to form.

1      A.   If I could be clear, I was not asked to

2    opine on those subjects and I do not offer an

3    opinion.

4      Q.   Okay.  Do you have an understanding,

5    even if you're not offering an opinion, of why XRP

6    might be traded if it's not being used in a

7    foreign currency exchange transaction?

8      A.   You know --

9                  MR. OPPENHEIMER:  Objection

10          to form; calls for speculation.

11                  You can answer.

12      A.   I could speculate, but that would not be

13    of any use to the court.

14      Q.   Well, it might be of use to me in

15    helping understand and I understand the caveat

16    that you're speculating.  You're not prohibited

17    from speculating as long as you indicate that's

18    what you're doing.

19            Is your answer that XRP is traded on

20    many exchanges around the world, does that also

21    include people who buy XRP for investment

22    purposes?

23                  MR. OPPENHEIMER:  Objection

24          to both the instruction, if there is

25          one, and -- and the question.

156

 1                    You can answer.

 2                    THE WITNESS:  Right.  I'm

 3           thinking about it.

 4       A.    Yes, there are people who hold XRP as a

 5    store of value.

 6       Q.    As investors.  Is that a fair summary?

 7       A.    As --

 8                    MR. OPPENHEIMER:  Objection;

 9           mischaracterizes.

10                    You can answer.

11       A.    As a store of value.

12       Q.    All right.  It sounds like that's all

13    you're going to say.  So let me -- let me ask my

14    question a little bit differently.

15           Assume for the purpose of this question

16    there are three buckets for purposes of which

17    people purchase XRP.  One is foreign currency

18    exchange.  We're not going to talk about that.

19    One is purchasing for goods and services.  We're

20    not going to talk about that.  We're going to talk

21    about the store of value.  Is that -- was that the

22    term you used a minute ago?

23       A.    That's the term I used.

24       Q.    Okay.  So we're going to talk about the

25    bucket for store of value.

1          You believe that there are people that
2     purchase XRP because it's a good store of value.
3     Is that fair?
4                    MR. OPPENHEIMER:   Objection
5          to the form.
6                    You can answer.
7          A.   I do not have an opinion and I say
8     nothing about XRP as a -- in that context in my
9     report and I have not thought -- it's just not
10    something I'm prepared to discuss.   It's not part
11    of my report.
12         Q.   All right.
13         A.   And it's not something I'm prepared to
14    discuss.
15         Q.   This may be my misunderstanding and not
16    anything that you've said or not said today, so I
17    want to take responsibility for that.
18          But you say XRP is traded on a myriad
19    exchanges and that's one reason it should be
20    considered a currency.   And so I'm asking you
21    whether you, in reaching that conclusion, whether
22    you considered people who purchased XRP solely
23    because it's a store of value, in other words an
24    investment, in rendering an opinion that it should
25    be considered a currency.

158

1              MR. OPPENHEIMER:  Objection

2        to the form.

3        A.   I did not.  Let's be clear.  What I say

4   is it can be traded on myriad exchanges.  What I

5   considered was where can it be traded.  I did not

6   consider who's trading it for what purposes.

7        Q.   Okay.  So the purpose is beside the

8   point?

9        A.   That's correct.

10        Q.   All right.  Thank you for that

11   clarification.

12             Do you have an opinion about whether

13   bitcoin should be considered currency?

14        A.   No.

15        Q.   Do you know whether there's any debate

16   among economists whether bitcoin should be

17   considered a currency?

18              MR. OPPENHEIMER:  Objection

19        to form.

20        A.   I have not delved into it.

21        Q.   I'm sorry, is that a yes or a no?  I

22   just want to know whether you're aware.

23              MR. OPPENHEIMER:  Objection.

24              You can answer.

25        A.   I am aware that economists have opined.

159

1     Q.   Okay.  Thank you.

2             MR. MOYE:  This is probably

3     a good place for a lunch break if

4     that's okay with you guys.

5            MR. OPPENHEIMER:  Sure.

6            THE WITNESS:  Sure.

7            THE VIDEOGRAPHER:  Okay.

8     Going off the record at 12:29.

9          (Whereupon, a luncheon recess

10    is taken.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1               A F T E R N O O N   S E S S I O N

2                    THE VIDEOGRAPHER:  Okay.

3               Back on the record at 1:23.

4      BY MR. MOYE:

5          Q.   Professor Osler, before we go on, I'd

6      like to sort of go back for a second to something

7      we discussed earlier in the day.

8               Do you remember me asking you about

9      whether there was a hierarchy of functions of

10     money between --

11         A.   Yes.

12         Q.   -- the method of -- means of exchange,

13     store of value, and unit of account?

14              Are you familiar with an economist named

15     Michael Woodford --

16         A.   Yes.

17         Q.   -- at Columbia University?

18         A.   I know -- I'm familiar with Michael

19     Woodford.

20         Q.   Okay.  Are you familiar with his book,

21     Interest and Prices:  Foundations of a Theory of

22     Monetary Policy?

23         A.   No, I'm not familiar with the book.

24         Q.   Okay.  If -- do you know whether he is

25     one of the economists that believes that money's

161

```
 1    function as a unit of account is the most

 2    important criteria in its definitions?

 3                      MR. OPPENHEIMER:  Objection

 4          to form.

 5          A.   I don't know that any economists make

 6    that statement.

 7          Q.   You're not denying that he's made such a

 8    statement, are you?

 9                      MR. OPPENHEIMER:  Objection.

10          Q.   You're just saying you're not aware of

11    it?

12                      MR. OPPENHEIMER:  Objection.

13          A.   That's correct.  I'm not denying that

14    Michael Woodford made that statement.

15          Q.   Okay.  You are saying you're not aware

16    of it so you never considered -- had to consider

17    it, is that right?

18                      MR. OPPENHEIMER:  Objection.

19                      You can answer.

20          A.   There's two parts to that and I need to

21    disentangle them.

22          Q.   All right.  So, to clarify, since you

23    weren't -- you're not denying that he made such a

24    statement, but you're not aware that he -- whether

25    or not he's made such a statement, correct?
```

162

1      A.   That is correct.

2      Q.   And because you're not aware of it,

3  you've never had the occasion to consider whether

4  you would agree or disagree with that statement if

5  made by Professor Woodford, is that right?

6                 MR. OPPENHEIMER:  Objection.

7      A.   I'd just like to highlight, my opinion

8  did not ask me about the hierarchy of functions.

9  It's not considered in my report.  I'm not aware

10  of a consensus on a hierarchy of functions.  It's

11  just not something I'm -- that's in my opinion at

12  all.

13     Q.   Fair enough.  So let's return to page 8

14  of your report, paragraph 18.

15           So previously I was asking what you

16  meant or intended by some of the statements about

17  XRP serving various functions of money.  I'd like

18  to now ask questions about your sources.

19           So for the previous -- for the statement

20  we've been talking about previously,

21  "Acceptability:  XRP can be traded on myriad

22  exchanges around the world."

23           What's the source of your understanding

24  that XRP can be traded on many exchanges around

25  the world?

163

 1                    MR. OPPENHEIMER:   Objection

 2          to form.

 3                    You can answer.

 4      A.   There was no -- so I -- I -- I couldn't

 5  place the source for that.  It's just sort of

 6  everywhere.

 7      Q.   I want to focus on the fact that you say

 8  "XRP can be traded on myriad exchanges around the

 9  world."

10          Those are your words, correct?

11      A.   Uh-huh.

12      Q.   Counsel didn't tell you to use those

13  words, right?

14      A.   That's attorney --

15                    MR. OPPENHEIMER:   Objection.

16          I instruct you not to discuss the

17          substance of communications with

18          counsel.

19      Q.   Okay.  So we can't presume one way or

20  the other whether anyone instructed you to pick

21  those words, choose those words?

22                    MR. OPPENHEIMER:   Objection

23          to the form.

24      A.   I -- what I specified is that we cannot

25  assume one way or the other that counsel

164

1    instructed me to specify those words.

2         Q.   Okay.  But you chose those words.  Can

3    we agree on that?

4         A.   I chose those words.

5         Q.   Okay.  So you must have had some source,

6    correct?

7         A.   (No verbal response.)

8         Q.   Can you tell us about any source other

9    than counsel where you might have learned or

10   formed the conclusion that XRP can be traded on

11   many exchanges around the world?

12                    MR. OPPENHEIMER:  Objection.

13                    You can answer.

14        A.   I don't -- don't remember the source for

15   that information.

16        Q.   Okay.  How about the timing?  So you

17   wrote this report or signed this report in October

18   of 2021 and your -- your statement is in the

19   present tense.

20        So was that your understanding of

21   when -- of the fact that XRP could be traded in

22   October of 2021 on many exchanges around the world

23   or, as an alternative, is it possible you were

24   thinking historically that maybe XRP had been

25   traded on many exchanges around the world?

165

```
 1                    MR. OPPENHEIMER:   Objection

 2           to form.

 3      A.   Was I thinking about at the time versus

 4  historically?

 5      Q.   Yes.

 6      A.   I was thinking about -- the intention of

 7  my opinion is to say that -- let me just see it.

 8  "Can be traded" is to refer to the present.

 9      Q.   Is XRP traded on more exchanges in 2021

10  than in 2020 or less?

11                    MR. OPPENHEIMER:   Objection

12           to form.

13      A.   I don't make any statement about that in

14  my opinion.

15      Q.   Do you have any understanding?

16      A.   I do not, no.

17      Q.   Okay.  So your statement "units of XRP

18  can be accessed anywhere one finds an internet

19  connection," do you have a source for that

20  statement?  Source of your understanding.  Not --

21  not a source for the particular statement, but a

22  source for your understanding.

23                    MR. OPPENHEIMER:   Objection

24           to form.

25      A.   Yeah.  My under -- to me, that was
```

166

```
 1    intuitively obvious.
 2         Q.   All right.  How about XRP is stored in
 3    wallets and how much it cost for an on-ledger
 4    electronic repository?  You do have a footnote
 5    there.
 6              Can you clarify your source for that
 7    statement about XRP wallets?
 8                        MR. OPPENHEIMER:  Objection
 9         to form.
10         A.   A clarification in the sense of what?
11         Q.   Yeah.  Is this where you got that
12    information?
13         A.   Yes.
14         Q.   Or is this just one of many sources that
15    you may have consulted?
16                        MR. OPPENHEIMER:  Objection
17         to form.
18         A.   I got the specific prices from this
19    source.
20         Q.   Okay.  So your understanding about
21    "Wallet security is high because ledgers are
22    maintained on many independent servers around the
23    world and updated frequently."
24              Can you tell us where you gained your
25    understanding of that fact or assertion?
```

167

```
1        A.   That follows from the nature of the XRP

2   ledger.

3        Q.   And how did you learn about the XRP

4   ledger?  From which source?

5        A.   I read --

6                    MR. OPPENHEIMER:  Objection

7             to form.

8                    You can answer.

9        A.   I learned about the XRP ledger in the

10  XRP -- the -- the white paper on the voting

11  protocol procedure that's used to verify

12  transactions on the XRP ledger.

13       Q.   All right.  And how about limited

14  supply?  "Long-term supply of XRP is limited to

15  the 100 billion already in existence.  No

16  additional units can be created without changing

17  the XRP ledger itself."

18            What's the -- what's your source of your

19  information for that understanding?

20       A.   That was -- that's just on the Ripple

21  website.  That's everywhere.

22       Q.   Okay.  Professor Osler, would it be fair

23  to say, generally, if not specifically, that most

24  of your understanding of what XRP is and how it

25  functions and how it can be used was gained during
```

1    this litigation from materials published or

2    provided by Ripple?

3                      MR. OPPENHEIMER:   Objection

4         to form.

5         A.   I couldn't say.

6         Q.   Did you know very much about XRP before

7    you became an expert in this case?

8         A.   As I said, I did not.

9         Q.   Did you have sources other than your

10   review for this case to learn about XRP and how

11   it's used and how it can function?

12                     MR. OPPENHEIMER:   Objection

13        to form.

14        A.   I -- you know, I listed all the sources

15   here.  I don't have them all fresh in my mind, so

16   I just really couldn't say.

17        Q.   I understand and this is not a memory

18   test for any particular fact.

19             But you did indicate that you thought

20   there were some sources that you cited, but they

21   were one of among several that you could have

22   cited.  So I'm trying to find out if statements

23   about XRP wallets and statements about the

24   durability or creation of XRP, whether the sources

25   you would have consulted to learn that information

```
1    must have come from Ripple.

2                     MR. OPPENHEIMER:  Objection

3             to form.

4        A.   No.

5        Q.   Were there third-party sources you

6    consulted to learn about Ripple?

7                     MR. OPPENHEIMER:  Objection.

8                     You can answer.

9        A.   Some of these are just intuitively

10   obvious from the nature of the -- of XRP.

11   Durability.

12       Q.   How about limited supply?  I think

13   that's what I was asking before we got into this

14   line of questions.  "Long-term supply of XRP is

15   limited to the 100 billion already in existence."

16            I'm not saying that's wrong.  I'm just

17   saying how do you know or how did you learn that

18   fact?

19       A.   I don't remember the precise source for

20   that particular fact.  It's all over the web.

21       Q.   Okay.  And I understand that caveat.

22   What I am asking is, would you agree with me that

23   it is more likely than not that the sources on the

24   web that you consulted in order to learn this

25   information were most likely sources from Ripple?
```

170

1     Like postings or information that Ripple gave --

2     Ripple gave to another publication.

3                    MR. OPPENHEIMER:   Objection

4          to the form.

5          A.   I would not agree.

6          Q.   Okay.  Do you think it's more likely

7     than not that the information in here about XRP

8     comes from third parties than that it comes from

9     Ripple?

10                   MR. OPPENHEIMER:   Objection

11         to the form.

12         A.   That's the reverse of the previous

13    question, so I don't have an opinion.

14         Q.   All right.  Would I be correct that you

15    had no way of independently verifying -- from

16    whatever source you learned this information about

17    XRP, you wouldn't have any way to independently

18    verify whether there's only 100 billion XRP in

19    existence?

20                   MR. OPPENHEIMER:   Objection

21         to form.

22         A.   So in my function of bringing the

23    understanding from the academic community, general

24    consensus understanding, to bear on the facts of

25    the case, I have taken the hundred billion of XRP

1   that is discussed very commonly whenever XRP comes

2   up online as a fact.

3        Q.   Okay.  So without overstating or putting

4   words in your mouth, is it fair to say that what

5   you learned about XRP that did not come from

6   counsel came from your review of sources on the

7   internet?

8                    MR. OPPENHEIMER:  Objection

9            to form; mischaracterizes testimony.

10       A.   I've said that I have taken the hundred

11  billion dollar limit as a fact from different

12  things I've read.

13       Q.   I agree with that and I'm not -- I'm not

14  trying to change your answer.  I'm asking you

15  about the whole corpus of information that you

16  learned about XRP which you applied to the

17  consensus from various economists.

18           If you didn't get it from counsel, did

19  you get it from the internet?

20                    MR. OPPENHEIMER:  Objection

21           to form.

22       A.   I downloaded information that is

23  available on the internet.

24       Q.   All right.  As you sit here today, do

25  you have any way to know what merchants have

```
 1   actually accepted XRP as a medium of exchange for

 2   goods or services?

 3                    MR. OPPENHEIMER:  Objection

 4           to the form.

 5      A.   Do you mean for individual specific

 6   transactions do I know whether merchants have

 7   accepted XRP?

 8      Q.   No.  I'm trying to clarify an earlier

 9   point.  You said you're aware of a number of

10   merchants that might be willing to accept XRP.

11   They can accept XRP.

12      A.   Uh-huh.

13      Q.   So I'm asking you a subset question.

14           Do you know, even if a merchant is

15   willing to accept XRP, have they actually done so?

16                    MR. OPPENHEIMER:  Objection

17           to form.

18                    You can answer.

19      A.   Oh, that was not required for forming my

20   opinions and I -- I can't say that I called any of

21   those merchants up and said, gosh, have you

22   actually done it?

23      Q.   All right.  Would the same thing be true

24   about unit of account?

25                    MR. OPPENHEIMER:  Objection
```

173

1          to form.

2          Q.   Whatever opinion you've offered about

3     who or the type of entities use XRP as a unit of

4     account, you didn't have a reason or occasion to

5     independently verify that?

6                         MR. OPPENHEIMER:   Objection

7          to form.

8          A.   I have downloaded information from the

9     web about the extent of transactions on the

10    ledger.  And I have taken that as factual.

11         Q.   Okay.

12         A.   And -- which means that because on -- as

13    I've said, when it -- XRP is used as a medium of

14    exchange on the ODL letter -- ledger, it is being

15    used as a unit of account.

16         Q.   Okay.

17         A.   So I do have -- that is substantial.

18         Q.   That was your source?

19         A.   I'm sorry?

20                        MR. OPPENHEIMER:   Objection.

21         Q.   You just described a source --

22         A.   Not an individual source.

23         Q.   Not an individual source.  Those are

24    your sources of information.

25                        MR. OPPENHEIMER:   Objection

1          to the form.

2          A.   Again, that's -- there was no source

3    listed.   There was a type of information listed in

4    my statement.

5          Q.   Okay.   All right.

6                    (Whereupon, exhibit is received

7          and marked SEC Osler Deposition Exhibit 2

8          for identification.)

9    BY MR. MOYE:

10         Q.   I'd like to hand you -- so we'll make

11   this quick.   I apologize.   I should have handed

12   this to you earlier since we talked about it.   I

13   just want to get your identification.

14                    THE REPORTER:   Exhibit 2 for

15         identification.

16                    MR. MOYE:   Exhibit 2 for

17         identification.

18         Q.   So Exhibit 2 is a printout with Federal

19   Reserve of St. Louis at the top and the title is

20   "Functions of Money - The Economic Lowdown Podcast

21   Series" dated August 9th, 2012.

22         Okay.   Professor Osler, do you believe

23   this is the transcript of the podcast that we

24   discussed earlier about the functions of money

25   from the Federal Reserve of St. Louis?

175

```
 1        A.    I'm willing to take it as such since you

 2   represent it as such.

 3        Q.    Does it look to you like it's the same

 4   thing you consulted in preparing your report?

 5        A.    I --

 6                     MR. OPPENHEIMER:  Objection

 7             to form.

 8                     You can answer.

 9        A.    Okay.  To be honest, I don't remember

10   what it looked like.

11        Q.    All right.  That's fine.  You can put

12   that aside.

13             Now we're going to look at something

14   new.

15                     MR. MOYE:  Do you mind

16             handing one to the court reporter as

17             well?  Thank you so much.

18                     (Whereupon, exhibit is received

19             and marked SEC Osler Deposition Exhibit 3

20             for identification.)

21                     THE REPORTER:  Exhibit 3 for

22             identification.

23                     MR. MOYE:  Okay.

24   BY MR. MOYE:

25        Q.    Professor Osler, I've handed you what's
```

1    been marked as -- sorry -- as Exhibit 3.  At the

2    top is an NBER Working Paper Series.  The title is

3    "Is Bitcoin a Real Currency?"  And it's by David

4    Yermack and the date is December 2013.

5            Do you see that?

6        A.  I do.

7        Q.  Are you familiar with the National

8    Bureau of Economic Research?

9        A.  I am.

10       Q.  Is this an -- an entity that you were

11   associated with earlier in your career?

12       A.  I was.

13       Q.  So what is National Bureau of Economic

14   Research?

15       A.  It is an association of economists.

16   There are centers like this all around the world.

17       Q.  Is this a think tank? an academic group?

18   a social gathering?  How would you describe this

19   association of -- of economists?

20               MR. OPPENHEIMER:  Objection

21       to form.

22       A.  It's a group of economists.  I think

23   that's the best way to describe it.

24       Q.  Does it have clients?

25       A.  Not that I'm aware.

177

1        Q.   Okay.  Is it a foundation?  Like does it

2   receive contributions to funds its work?

3                      MR. OPPENHEIMER:   Objection

4           to form.

5        A.   You know, I have not even looked into

6   the funding of the NBER and I wouldn't know for

7   sure.

8        Q.   Is it a for-profit business?

9        A.   It's not a for-profit business.

10       Q.   Does it do expert consulting the way

11  some other consulting groups do?

12                     MR. OPPENHEIMER:   Objection

13          to form.

14       A.   Does the NBER do expert consulting?

15  I -- I couldn't say for sure.

16       Q.   At the time you were there, did it do

17  expert consulting?

18       A.   I wasn't aware that it did at the time I

19  was there.

20       Q.   Okay.  And, again, I'm not saying it

21  does.  I'm just trying to figure out whether NBER

22  is a for-profit, for-client --

23       A.   Uh-huh.

24       Q.   -- research organization.

25           All right.  So this is a paper by David

178

1    Yermack.

2              Are you familiar with Professor Yermack?

3    A.    I have occasionally read some of his

4    material, but I couldn't place exactly what he

5    says.

6    Q.    If you turn over one page --

7                   THE REPORTER:  But I

8              couldn't place his?

9                   THE WITNESS:  Exactly what

10             he has to say.

11   Q.    Okay.  If you turn over one page to

12   where the article begins, it shows that he -- that

13   David Yermack is in the Department of Finance at

14   the New York University Stern School of Business.

15             Do you see that?

16   A.    I do.

17   Q.    Okay.  Are you familiar with the Stern

18   School of Business at NYU?

19   A.    Yes.

20   Q.    Okay.  Have you ever had occasion to see

21   this article before I put it in front of you

22   today?

23   A.    I have not read it currently.

24   Q.    Sorry.  Let me clarify.

25             So my question is:  Have you seen it

179

```
 1    before?

 2         A.   I can't say for sure.

 3         Q.   Okay.  So the title is "Is Bitcoin a

 4    Real Currency?"  The date, as I said, was in

 5    December of 2013.  It's not a lengthy article, but

 6    you can feel free, if you need to, to flip to

 7    different parts of it.  But I want to ask you

 8    questions about page 2.  So I'd like to direct

 9    your attention there.

10                   MR. OPPENHEIMER:  You should

11              read as much of the paper as you need

12              to in order to be able to answer the

13              question.

14                   MR. MOYE:  So are you

15              directing her to read it now?

16                   MR. OPPENHEIMER:  No, I'm --

17              I'm instructing her that --

18                   THE WITNESS:  I'm choosing

19              to read it.

20                   MR. OPPENHEIMER:  -- to the

21              extent she needs to read it in order

22              to answer your questions, she is able

23              to do so.

24                   MR. MOYE:  That's fine.

25         A.   So because you wanted me to go to page
```

180

1    2, I'm reading what comes just right before.

2         Q.   Sure.  That's fine.

3              (Pause)

4         A.   I was able to see what Mr. Yermack has

5    to say on page 2.

6         Q.   Okay.  I'm going to ask you a couple of

7    questions about the final paragraph on page 2, so

8    I'm glad you had a chance to -- to look at that.

9              Okay.  In the middle of the final

10   paragraph on page 2, Mr. Yermack makes this -- or

11   Professor Yermack makes the following statement:

12   "However, I argue in the sections below that

13   bitcoin performs poorly as a unit of account and

14   as a store of value."

15             Do you see that?

16        A.   I see that.

17        Q.   Did I read that, hopefully, very

18   correctly?

19        A.   You did.

20        Q.   Okay.  Do you agree with that statement

21   by Professor Yermack?

22                  MR. OPPENHEIMER:  Objection

23        to form.

24        A.   I haven't read the substance of what --

25   and he says "in the sections below," but, anyhow,

181

1    so I haven't read it, so I couldn't say one way or

2    the other.

3        Q.   Okay.  So just to clarify, you can't say

4    whether you agree with it, is that right?

5                        MR. OPPENHEIMER:  Objection

6            to form.

7                        You can answer.

8        A.   I can't say without reading his analysis

9    and thinking about it independently.

10       Q.   Okay.  So that's a two-part answer.  I

11   get that.

12              Would the same thing be true about

13   whether you disagree with it?  You could not say

14   whether you disagree with it without studying it

15   further and thinking on your own?

16                       MR. OPPENHEIMER:  Objection

17           to form.

18                       You can answer.

19       A.   That's correct.

20       Q.   Okay.

21       A.   That follows logically.

22       Q.   Okay.  So what if I changed the wording

23   of that sentence that I read you slightly.  What

24   if, hypothetically, Professor Yermack or someone

25   else had said that XRP performs poorly as a unit

182

```
 1    of account and as a store of value?  As you sit

 2    here today, would you be in a position without

 3    further review or study to either agree or

 4    disagree with that statement?

 5                        MR. OPPENHEIMER:  Objection

 6         to form.

 7                        You can answer.

 8         A.   My opinion is about whether it functions

 9    as a store of value and a unit of account.  So I

10    don't have an opinion as to whether it performs,

11    you know, qualitatively one way or the other.  I

12    just highlight that it does perform those

13    functions.

14         Q.   Okay.  So that's -- I think that's an

15    important qualification, understanding of your

16    opinions.  So thank you for making that.

17                        You're not saying that XRP performs well

18    as a unit of account or a store of value, correct?

19                        MR. OPPENHEIMER:  Objection

20         to the form.

21                        You can answer.

22         A.   I do not quant -- I do not provide any

23    qualification in that sense, whether it performs

24    well or poorly.  I do not.  I simply state that it

25    does.
```

183

```
1          Q.   Okay.  Now, another sentence I'd like to
2    ask you about is the final sentence in this
3    paragraph.  It says "Therefore, bitcoin's value is
4    almost completely untethered to that of other
5    currencies, which makes its risk nearly impossible
6    to hedge for businesses and customers and renders
7    it more or less useless as a tool for risk
8    management."
9          Did I read that correctly, I hope?
10         A.   I see that statement.
11         Q.   Okay.  Do you have any basis to either
12   agree or disagree with Professor Yermack's
13   statement about bitcoin?
14                   MR. OPPENHEIMER:  Objection
15         to the form.
16         A.   I'm thinking about -- yeah, I don't want
17   to take you down arcane academic paths, okay?  So
18   I -- I certainly don't have an opinion about this
19   one way or the other.  It's not my purpose, in my
20   opinion, to assess whether risk management is
21   involved with XRP one way or the other.
22         Q.   Okay.  So I think you anticipated my
23   next question.
24         So I'm going to ask you, if,
25   hypothetically, Professor Yermack or someone else
```

184

1    had said that XRP's value was almost completely

2    untethered to that of other currencies, and then

3    finishes the same sentence like Professor Yermack

4    did, would you be in a position to agree or

5    disagree with that statement without further study

6    and analysis?

7                        MR. OPPENHEIMER:  Objection

8            to the form.

9        A.   My opinion does not address -- does

10   not -- I was not asked to address that question in

11   my opinion.  I was asked to address whether it

12   performs the function of money.  So since I was

13   not asked to address whether it performs -- and --

14   and, as you know, the consensus of economists is

15   not that money needs to be a tool for risk

16   management.

17       Q.   Okay.  Do you understand -- do you have

18   an understanding of the -- of the term "time

19   series volatility"?

20                       MR. OPPENHEIMER:  Objection

21           to form.

22       A.   I do understand that term.

23       Q.   What does that term mean to you?

24       A.   It -- time series is a -- is something

25   that changes over time.  And the volatility is the

```
1    extent to which it changes over time.

2         Q.   So if something exhibits a high time

3    series volatility, would it be correct to say it

4    shows significant volatility over time?

5                         MR. OPPENHEIMER:   Objection

6              to form.

7                         You can answer.

8         A.   There's no definition here for

9    "significant."

10        Q.   Okay.   He says "very high time series

11   volatility."

12             What do you understand that to mean?

13                        MR. OPPENHEIMER:   Objection

14             to form.

15        A.   There's no benchmark.   Where are we

16   exactly, by the way?

17        Q.   So we're still on page 2.

18        A.   Okay.

19        Q.   But I'll refer you to a figure in -- in

20   a minute.

21        A.   Uh-huh.   And his high -- he says --

22   there.   "High time series volatility."

23             You know, we don't have any specifics

24   here and -- so what was your question again?

25        Q.   My question was:   What does that
```

1    statement mean to you?

2                    MR. OPPENHEIMER:  Objection

3            to form.  I think asked and answered.

4                    But you can answer.

5        A.   So he seems to have a benchmark in mind

6    for high versus low, but it's not here so I

7    couldn't tell you what his benchmark is.  And he's

8    talking about the extent to which something

9    changes over time.  That's time series volatility.

10       Q.   Okay.  Let's go to page 7, a section

11   that begins "Bitcoin's weaknesses as a

12   currency..."  And there's two paragraphs and the

13   second paragraph continues from the bottom of page

14   7 to the top of page 8.  I'm happy to let you look

15   at those because I have a couple of questions

16   about these paragraphs.

17            (Pause)

18       Q.   Figure 3 is on page 13.

19       A.   Thank you.

20            So I've read the two paragraphs.

21       Q.   Okay.  So I'd like to direct your

22   attention to the last sentence in the first -- in

23   the paragraph in the middle of page 7 where

24   Professor Yermack says "Bitcoin imposes large

25   risks on its owners, because it has excessive

187

1    volatility and fails to exhibit correlation with

2    the behavior of other currencies."

3           Do you see that?

4       A.   I see that.

5       Q.   Okay.  As you sit here today, are you in

6    a position to either agree or disagree with that

7    statement without further study and consideration?

8       A.   I would --

9                   MR. OPPENHEIMER:  Objection.

10                  You can answer.

11                  THE WITNESS:  Okay.

12      A.   There's a lot of terms in here that are

13   not defined.  And in terms of the implied

14   definition of risk, which is -- so there's two --

15   it's a very complicated sentence.  There's an

16   awful lot going on in here.  But I couldn't agree

17   with it in part because some of the terms are not

18   defined.

19      Q.   Okay.  For the same reason are you

20   unable to disagree with it because you don't know

21   what he meant and you haven't considered it?

22                  MR. OPPENHEIMER:  Objection.

23                  You can answer.

24      Q.   There's going to be an objection.  You

25   may as well wait for it.

188

1        A.   It's impossible to respond to the

2   sentence one way or the other because terms are

3   not reasonably defined.

4        Q.   That's what I'm getting at.  Without

5   knowing what he studied and what he meant, you

6   can't say he's right, but you also can't say he's

7   wrong.  Is that fair?

8                    MR. OPPENHEIMER:  Objection

9        to the form.

10       A.   That's correct, you can't.  When -- when

11  the statement is not really meaningful, you can't

12  say one way or the other.

13       Q.   All right.  So hypothetically, if

14  Professor Yermack or someone else said the same

15  thing about XRP, that XRP imposes large risks on

16  its owners because it has excessive volatility and

17  failed to exhibit correlation with the behavior of

18  other currencies, without additional study or

19  knowing more about the definition of those terms,

20  are you in a position to agree with that

21  statement?

22                    MR. OPPENHEIMER:  Objection

23       to form.

24       A.   So the fact is that XRP is used as a

25  store of value, as I said earlier.  So the

189

1    volatility, whatever it is, is not considered

2    excessive by the people that hold it.

3         Q.    How do you know what the holders of XRP

4    think or don't think about volatility?

5         A.    They're willing to hold it.

6         Q.    Do you know whether they're comfortable

7    with volatility?

8         A.    That's irrelevant.

9                     MR. OPPENHEIMER:   Objection

10              to form.

11                    THE WITNESS:   Oopsy.

12        A.    That's irrelevant.

13        Q.    Do you know whether they have

14   opportunities to sell?

15        A.    That's not relevant.

16        Q.    You assume they do?

17        A.    That's not relevant.

18        Q.    Okay.  As you sit here today, are you

19   able to disagree with a statement that "like

20   bitcoin, XRP imposes large risks on its owners

21   because it has excessive volatility and fails to

22   exhibit correlation with the behavior of other

23   currencies"?

24                    MR. OPPENHEIMER:   Objection

25              to form.

190

1      A.   Here's something I could agree to.

2  Dollars impose large risks on their owners because

3  they have volatility.  I could agree to that.

4      Q.   You could agree to that.

5           All right.  Let's look at Figure 3.

6   It's on page 13.  So I understand that you did

7    not create this table and that should be --

8    that's baked into your answer.

9           My question is hypothetical.  Assuming

10  that the data that Professor Yermack relies upon

11  is correct and that he has accurately portrayed it

12  here in Figure 3 showing the volatility of bitcoin

13  compared to other major currencies, do you agree

14  with Professor Yermack that bitcoin is more

15  volatile than gold, British pound, Japanese yen

16  and euro and the other currencies here?

17               MR. OPPENHEIMER:  Objection

18      to the form.

19      Q.   Am I reading that correctly?

20      A.   That is what the figure indicates.

21      Q.   Okay.  And as you sit here today, do you

22  have any reason to think that he's wrong about his

23  calculation or what it shows?

24               MR. OPPENHEIMER:  Objection.

25      A.   I'd like to highlight that these

191

1    volatilities are calculated for the period January

2    1, 2013 to November 29th, 2013.  So it's important

3    to ask whether these would still be true today.

4         Q.   Okay.  But as far as the data in 2013,

5    do you have any reason to -- do you have any

6    reason to dispute that the data or his conclusions

7    are incorrect?

8                   MR. OPPENHEIMER:  Objection

9         to form.

10        A.   I see the chart and I see that it's

11   there.

12        Q.   Okay.  So now we're moving into another

13   hypothetical, but I want you to continue looking

14   at that chart if it's helpful to you.

15        Do you understand how to create a

16   volatility comparison the way Professor Yermack

17   appears to have done?  In other words, could you

18   do that yourself for various currencies?

19        A.   When --

20                  MR. OPPENHEIMER:  Objection

21        to form.

22        A.   According to what's listed in the table

23   description, I could do that.

24        Q.   Okay.  And from time to time in your

25   professional career, have you done that?  Have you

192

1    examined volatility of various currencies?

2         A.   Yes.

3         Q.   Okay.  So do you have any understanding

4    as to how XRP's volatility as a currency compares

5    to other currencies?

6         A.   I do.  In my rebuttal to Mr. ████  I

7    have numbers.  And I -- the XRP volatility from

8    his source, an article that he sourced, the

9    appropriate number -- there -- there were numbers

10   at different horizons.  And I took the number for

11   the one-minute horizon and then I compared that to

12   some data I happened to have for euro/dollar.  And

13   the comparison was XRP volatility at the

14   one-minute horizon was .1 percent; and volatility

15   of the dollar, the euro/dollar exchange rate, was

16   point -- was one -- 20 percent as large.

17        Q.   Why did you choose the one-minute

18   horizon for that comparison?  Why not a longer

19   period of time?

20                  MR. OPPENHEIMER:  Objection.

21                  You can answer.

22        A.   I chose the one-minute horizon because

23   on the ODL platform, the ideal time horizon would

24   be about five seconds, which is how long anyone

25   holds XRP for one of those transactions and one

193

```
1    minute was the -- the closest I could get to that

2    five-second time horizon.

3        Q.   Now, is it your testimony today that no

4    one holds XRP for longer than one minute?

5        A.   No.

6        Q.   Okay.  Fair enough.

7             I think I've exhausted my questions

8     about Figure 3 and this article.  If you don't

9     have anything to add to your prior answers, we

10    can put this aside.

11            We've looked at one article comparing --

12    studying whether one cryptocurrency, bitcoin, is

13    money or can function as money.

14                      THE REPORTER:  I can't hear

15            you.  Is what?

16                      MR. MOYE:  Is money or can

17            function as money.

18       Q.   Are you aware of any other articles --

19    and I think you said that you had seen the Yermack

20    article that you looked at at least one time in

21    the past.

22       A.   To clarify --

23                      MR. OPPENHEIMER:  Objection.

24                      THE WITNESS:  I'm sorry.

25                      MR. OPPENHEIMER:  Mischarac-
```

194

1          terizes.

2                    You can answer.

3          A.    Yeah.  I did not say I have seen it.  I

4    said I may have seen it among the other articles

5    that cross my path.

6          Q.    Okay.  Thank you for that clarification.

7                    Are you aware of other articles by

8    academics discussing or analyzing whether

9    cryptocurrencies function as money or currency?

10         A.    I couldn't name them.

11         Q.    Okay.  So this is about, as best you can

12   recall, when you -- when you saw or learned of

13   these articles.

14                    Were you aware of these articles before

15   you wrote your report?

16         A.    I -- there's a premise here that I

17   haven't supported.

18         Q.    Then I -- I misunderstood and I

19   apologize.  I thought you said you were aware that

20   there were articles by academics discussing or

21   analyzing whether cryptocurrencies function as

22   money.

23         A.    I -- I have been aware that they exist,

24   but I have not pursued them.

25         Q.    Okay.  That's the basis for my question:

195

1    Your awareness of their existence.

2            Were you aware of their existence before

3    you wrote your initial report?

4        A.   To be honest, I don't remember when I

5    first became aware that such papers were in

6    existence.  I'm aware that there's a lot of

7    literature on cryptos and exactly when I

8    learned -- saw the -- a paper on the subject, I

9    couldn't tell you.

10       Q.   Okay.  Can we assume, then -- well, let

11   me put it this way.

12           Would you agree with me that your

13   paper -- your opinion doesn't cite any other

14   academic papers analyzing cryptocurrencies and

15   whether they function as money?  Would you agree

16   with me on that?

17       A.   That's correct.

18       Q.   Okay.  Is there a reason why there's no

19   discussion or literature review in your opinion

20   about what other economists had thought about

21   whether cryptocurrencies function as money?

22                    MR. OPPENHEIMER:  Objection

23           to form.

24       A.   Again, restate your question.

25       Q.   I'll try.  It's probably a very bad

196

```
1    question.
2            Why didn't you look in preparing your
3    report and cite something?  Why wasn't it of
4    interest to you whether other academics had looked
5    at a similar question to the one that you were
6    looking at in preparing your report?
7                    MR. OPPENHEIMER:  Objection
8            to form.
9        A.   I don't know.
10       Q.   So let me take that one step further.
11   You've been very clear, and I appreciate that,
12   that your statements about the properties and
13   functions for currency, you're attempting to
14   convey a consensus among other economists,
15   especially academics, is that correct?
16       A.   I attempted to convey a consensus about
17   the functions of currency and, in addition, the
18   attributes that are helpful in a currency, yes.
19       Q.   Okay.  So my question is:  Can you tell
20   us why you might not have -- why you were not
21   interested in knowing whether there was a
22   consensus among academics or economists about
23   whether cryptocurrencies have the same functions
24   of money or currency?
25                    MR. OPPENHEIMER:  Objection
```

```
 1              to the form.
 2       A.   I don't know how to put this.  I was
 3  asked whether XRP fulfills the functions of money
 4  and I know what those are and I addressed those
 5  questions.  And knowing what the functions are and
 6  knowing the properties of XRP, which are facts, I
 7  could connect the dots.  And so I did not find the
 8  need for anything.  And, to be honest, at this
 9  point -- well, "to be honest" is an inappropriate
10  way to put it.
11              Let's be clear.  At this point,
12  cryptocurrencies are new enough that there is
13  extremely unlikely to be a consensus of anything.
14  It takes a very long time for a broad consensus to
15  develop.
16       Q.   Okay.  Thank you.  You can put that --
17  you've already put Exhibit 3 aside.
18              Let's go back to your report.  So I want
19  to go to the section where you discuss Ripple's
20  ODL product.  So I'd like you to go to page 13 and
21  paragraph 29.
22              Beginning in paragraph 29, you de -- you
23  define the Global Payments Initiative as GPI.
24              Do you see that?
25       A.   I do, yes.
```

198

1     Q.   And then the next sentence you say

2   "However, GPI remains slow relative to Ripple's

3   ODL system because transfers through GPI still

4   involve chains of correspondent banks."

5          Do you see that?

6     A.   I do.

7     Q.   What's the source of your comparison?

8     A.   I -- the specific source.  I believe I

9   learned about how GPI works through the SWIFT

10  website and that allows me to understand how it

11  works and draw comparisons.

12    Q.   The SWIFT website defines the Global

13  Payments Initiative, correct?

14    A.   Yes.

15    Q.   Okay.  So in this -- in this sentence we

16  read, you are comparing the speed of GPI to

17  Ripple's ODL system.

18         Did the -- did the website, the SWIFT

19  website you looked at, did that analyze the speed

20  of ODL?

21                   MR. OPPENHEIMER:  Objection

22         to form.

23    A.   Why would it?

24    Q.   Well, you cite here on number 42, that

25  appears to be a source for your statement "GPI

1    remains slow relative to Ripple's ODL system."

2              So I'm asking you whether this source

3    that you cite actually compared Ripple's ODL

4    system to other transfers on GPI.

5                        MR. OPPENHEIMER:  Objection.

6                        You can answer.

7         A.   I -- you know, I don't recall

8    specifically that detail about that article.

9         Q.   Okay.  Do you think it's possible that

10   you are citing the SWIFT -- the article about the

11   SWIFT transaction banking system, whether that's

12   the source for your information about SWIFT, but

13   you have drawn the conclusion that Ripple is

14   slow -- that GPI is slow relative to -- to ODL?

15                       MR. OPPENHEIMER:  Objection

16        to form.

17        Q.   In other words, how do you know that

18   Ripple's ODL system is faster than the GPI system?

19        A.   Because I know that the GPI system works

20   through corresponding banking networks.

21        Q.   Okay.  So that's the SWIFT side.

22             How do you know how fast ODL is?

23        A.   I know that the transactions on ODL

24   happen in about five seconds and that, in general,

25   with electronic transfers, they can be done far

200

```
 1   faster than can ever be hoped for on the SWIFT

 2   network.

 3        Q.   Okay.  Let me be clear about this

 4   because this may help us in other questions going

 5   forward.

 6             Is the source for your information about

 7   the speed and other properties of ODL --

 8        A.   Uh-huh.

 9        Q.   -- is it Ripple or is it some other

10   party not associated with Ripple?

11                   MR. OPPENHEIMER:  Objection

12             to the form.

13        A.   I have highlighted here my sources, and

14   beyond that, since it's been a few months since I

15   compiled it -- my sources are listed here.

16        Q.   All right.  Have you ever tested an ODL

17   transaction to see how fast it goes?

18        A.   I think we've -- I've explained that I

19   have not.

20        Q.   Okay.  How do you know --

21        A.   In any case, I couldn't -- right.

22        Q.   Okay.  So how do you know how fast an

23   ODL transaction happens?  Didn't you learn that

24   from your association with Ripple or its counsel?

25                   MR. OPPENHEIMER:  Objection
```

201

1              to form.

2         A.   I'm sorry.  I can't speak to what I've

3    learned from counsel --

4         Q.   Okay.

5         A.   -- because that's attorney privilege.

6              But beyond that, there's no reason to

7    believe that I got that from Ripple here.  I have

8    sources.  I have used my intelligence.  And that's

9    all that was -- I have non-Ripple sources here.

10   There's my own intelligence and that's sufficient.

11        Q.   Okay.  So where in your report do you

12   indicate how quickly an ODL transaction happens?

13        A.   I -- the -- the five seconds is

14   indicated -- I can't remember where.  I -- I don't

15   remember the paragraph, but the five seconds is --

16   is in there somewhere.

17        Q.   Well, I'm not saying you're wrong, but

18   that's kind of an important element of your

19   report.

20        A.   Okay.  So --

21        Q.   Can you -- can we take a moment and try

22   to find it?

23        A.   Sure.  Here we go.  Here we go.  Here we

24   go.

25              (Pause)

202

1       A.    Yes.  Here we go.

2       Q.    Okay.  What page are you looking at?

3       A.    Let's see.  What do I say?  Well, I

4   say -- in paragraph 54, I say "The XRP ledger's

5   verification protocol requires just a few seconds,

6   less than 1/10th of a minute of the 10 minutes

7   required by proof of work."

8            In my rebuttal to ████ I specify the

9   average of five seconds, though I should say that

10  when I looked up the numbers a couple days ago,

11  the time was down to four seconds.

12      Q.    All right.  So thank you for clarifying.

13           So would it be fair to say that your

14  source for your description of ODL speed in

15  paragraph 29 is most likely the same as your

16  source in paragraph 54?

17                    MR. OPPENHEIMER:  Objection

18           to the form; mischaracterizes.

19      A.    In paragraph -- I'm sorry, say that

20  again.

21      Q.    Yeah.

22      A.    Paragraph?

23      Q.    Your first -- your first comment on ODL

24  speed that I noticed was in paragraph 29.

25      A.    29.  There we go.  That's the one.

1    Okay.  Let's take a look.

2           So it would be fair to say I was taking

3    the five seconds reported as the average

4    transaction time by Ripple, which, of course, can

5    be verified because all these transactions are

6    recorded and one can watch them happen online.

7           So that I was taking the five seconds

8    reported by Ripple in that source and comparing it

9    to the multiple days required or the -- the slow

10   process for correspondent banking chains reported

11   in there.

12       Q.   Okay.  Thank you for clarifying that.

13           And the source for paragraph 54 is

14   Footnote 78, correct?  It's XRP's ledger overview.

15       A.   Let's be clear.  The source I cited for

16   one sentence in paragraph 54 is the ledger

17   overview, which, as I just mentioned, can be

18   verified in -- online in -- you can just watch the

19   transactions happen and there are online verifiers

20   of these things.

21       Q.   And have you done that, Professor Osler?

22       A.   I did not do it at the time.  I took the

23   Ripple report of five seconds as a fact knowing

24   that it was on a ledger that could be verified.

25       Q.   You had high confidence, is that fair?

204

```
1              MR. OPPENHEIMER:  Objection

2       to form.

3              THE REPORTER:  I'm sorry,

4       you had what?

5     Q.   You had high confidence that what was on

6  the Ripple website was accurate?

7     A.   I had --

8              MR. OPPENHEIMER:  Objection

9       to form.

10    A.   I recognized that anything about speeds

11 would be in -- directly comparable to information

12 readily available on the web on a daily and, in

13 fact, intraday basis so that Ripple was unlikely

14 to -- no one would be likely to misstate those

15 numbers.

16    Q.   Why don't we look at paragraph 39 on

17 pages 16 and 17.

18    A.   It's a long day.

19    Q.   I know.  It is a long day, so let me

20 know if you need a break.  It's not an endurance

21 test.

22    A.   Thank you.  I can go on for a little

23 longer, for sure.

24    Q.   Okay.  I don't need you to read it out

25 loud, but could you summarize the points you're
```

1    trying to make in paragraph 39 as it relates to

2    Ripple -- I'm sorry, as it relates to XRP?

3                      MR. OPPENHEIMER:  Objection

4         to form.

5         A.   Oh, so let me -- let's start.  I'll read

6    paragraph 39 and then you can ask me the question.

7    Okay?

8         Q.   Fair enough.

9              (Pause)

10        A.   Okay.  Go -- go right ahead.

11        Q.   Okay.  Could you help me understand?

12   What is the point you're trying to make in

13   paragraph 39?

14        A.   It's a bridge paragraph between the

15   concepts before and the concepts after.  I

16   remember that from constructing it.  Let me

17   identify the concepts before.  Right.

18             Right.  So the paragraphs before were

19   highlighting the obstacles for progress in

20   reducing the cost of remittances through

21   traditional payments pro -- channels and

22   especially banking channels and clarifying that

23   they're unlikely to go away soon.

24             But then I was turning to places where

25   there has been progress.  So this is a bridge

```
 1   paragraph between one and the other.

 2        Q.   All right.  So paragraph 29 refers to a

 3   figure you created -- well, you either created or

 4   obtained from another source -- the average cost

 5   of remittances between 13 of the G20 countries?

 6        A.   This is --

 7                  MR. OPPENHEIMER:  Objection.

 8                  You can answer.

 9                  THE WITNESS:  I'm sorry.

10        A.   The figure is taken from a World Bank

11   report in March of 2021.

12        Q.   Okay.  Just showing the average cost

13   of -- the average cost of remittances in various

14   countries, correct?

15        A.   That's correct.

16        Q.   Okay.  My question for you, Professor

17   Osler, is, does this figure have anything to do

18   with XRP?  In other words, were any of these

19   countries using XRP in a -- in a way that would

20   have shown up in any of these graphs during the

21   time period shown in this -- in this figure?

22                  MR. OPPENHEIMER:  Objection

23        to form.

24        A.   So your question had two parts:  One,

25   does it have anything to do with XRP and then you
```

 1    specified a way in which it might have something

 2    to do with XRP.

 3            So there was a message from the chart

 4    related to XRP, but it has nothing to do with what

 5    you were trying to impute would have been the

 6    message.

 7        Q.   Tell me the message from the chart then.

 8        A.   The message is that costs are exorb --

 9    very high around the world; that, as I've

10    highlighted, reducing the cost of remittances is a

11    world goal because -- world goal because poor

12    people worldwide are losing -- in 2020 it was 35

13    billion, I believe, out of their total remittance

14    payments of 540 million to low- and middle-income

15    countries and that's because, as I report, the

16    average cost is 6.7 percent.

17            So these costs are high and that is the

18    point of this -- this chart, to highlight that the

19    costs are very high and need to come down and to

20    set the stage for discussing Ripple.

21        Q.   Okay.  You said these costs are high by

22    country and these are average costs, correct?

23        A.   (No verbal response.)

24        Q.   So does this chart show anything about

25    whether a particular consumer in a particular

```
 1    country has access to lower-cost money remittance

 2    services or is this a conglomerate of a much

 3    larger set of data?

 4                   MR. OPPENHEIMER:  Objection;

 5          very compound.

 6         A.   Yes.  Yeah.  Why don't you pick that

 7    apart.

 8         Q.   Is XRP being used in any of these

 9    countries during the time that the -- shown by the

10    figure?

11                   MR. OPPENHEIMER:  Objection

12          to form.

13         A.   I believe it was being used in Jap -- it

14    may or may not have been.  I couldn't say with

15    absolute certainty and I -- yeah.  I couldn't say

16    with absolute certainty.

17         Q.   Okay.  So assuming it was being used in

18    at least one of these countries, Japan, during the

19    times shown, did use of -- the use of ODL,

20    Ripple's product ODL, did it have any effect,

21    either positive or negative, in the average cost

22    of remittances for that country?

23                   MR. OPPENHEIMER:  Objection

24          to form.

25         Q.   In other words, was it significant?
```

209

```
 1                    MR. OPPENHEIMER:  Objection

 2          to form.

 3      A.   So I -- I couldn't say --

 4      Q.   Okay.

 5      A.   -- based on the information available to

 6  me.

 7      Q.   Okay.  Let's look at paragraph 42.

 8           What's your understanding of the period

 9  of time that Ripple's ODL product was commercially

10  available?

11      A.   It was -- I believe it was formally

12  introduced in 2019.

13                    THE REPORTER:  2018?

14                    THE WITNESS:  '19.

15                    THE REPORTER:  Thank you.

16      Q.   Did Ripple have a money transfer product

17  which used XRP prior to 2019?

18      A.   It had a product called xRipple or

19  something like that, or xRemit.  I -- it had a --

20  a name previously and I do -- yeah, it -- there

21  was a product with a name prior to the name "ODL."

22      Q.   Are you familiar with the term "xRapid?

23      A.   Yes, that sounds familiar.

24      Q.   What is xRapid?

25      A.   It -- I couldn't tell you exactly
```

210

1    because my real focus has been on ODL.  It was the

2    predecessor product to ODL.

3         Q.   And was that available commercially

4    before 2019?

5         A.   To my knowledge, it was.

6         Q.   And did that have any effect, positive

7    or negative, in the average exchange rates --

8    average remittance -- I'm sorry, let me get the

9    right term -- the average cost of remittances in

10   any of the countries shown in your report?

11                    MR. OPPENHEIMER:  Objection

12           to form.

13        A.   So I think it's important to keep in

14   mind the broad context of my opinion.  My opinion

15   is that Ripple has a product that is disruptive to

16   traditional technologies and needs -- and that it

17   has a -- a very familiar challenge to economists,

18   which is that it needs to create a network, but

19   without -- the network is what will attract more

20   customers.

21           So I have clarified that Ripple is at

22   the early stages of an attempt to get past these

23   things and is using traditional strategies

24   recommended by economists.

25           So -- so your question does not seem

211

1    responsive to my report.

2        Q.    Exactly.  I'm testing your assertion

3    that Ripple's in the very -- very early stages.

4            If, hypothetically, Ripple had a

5    product, whether called ODL or xRapid, that was

6    commercially available prior to 2019, would that

7    have been an important fact to consider in your

8    analysis and -- and opinion that ODL is well

9    suited to meet the needs of money transmitters

10   around the world?

11                   MR. OPPENHEIMER:  Objection

12            to the form.

13       A.    No, because Ripple was a different

14   product -- I mean xRapid was a different product.

15       Q.    How did it differ from ODL?

16       A.    I don't -- you know, I -- this is

17   something where I don't know the specifics, but

18   there's a specific about ODL that I do know that's

19   important, that ODL provides guaranteed rates and

20   that that was specific to ODL.

21       Q.    How does -- how does ODL provide

22   guaranteed rates?

23       A.    The mechanism, it's patented and secret.

24       Q.    What can you tell us about it?  I mean,

25   we have a confidentiality order in this case.

212

```
 1    What -- what's the secret sauce that Ripple does

 2    for ODL?

 3                        MR. OPPENHEIMER:   Objection

 4             to form.

 5        A.   I don't mean it's secret in the sense

 6    that I can't give it away.  It's secret in the

 7    sense that I don't have it.

 8        Q.   You don't have it.  Okay.

 9             Let's look at paragraph 44.

10                        MR. OPPENHEIMER:   Rob, we

11             don't have to do it now, but if we

12             could take a break soon, that would

13             be great.

14                        MR. MOYE:   Good idea.  Very

15             soon.

16        Q.   In the middle of paragraph 44, you state

17    "Customers licensing ODL from Ripple use XRP to

18    make cross-border transactions and cross-currency

19    payments 'in as little as three seconds.'"  And

20    then there's a citation at paragraph -- I'm sorry,

21    at Footnote 68 to a Ripple website.

22             Do you see that?

23        A.   I do.

24        Q.   Okay.  Am I correct that this was your

25    source for that statement that ODL allowed for
```

213

 1    payments in as little as three seconds?

 2         A.   Yes.

 3                        MR. MOYE:  Okay.  We can

 4              take a break now.

 5                        THE WITNESS:  Okay.

 6                        THE VIDEOGRAPHER:  Okay.

 7              Going off the record at 2:27.

 8                   (Whereupon, a recess is taken.)

 9                        THE VIDEOGRAPHER:  Okay.

10              Back on the record at 2:46.

11    BY MR. MOYE:

12         Q.   Okay.  Professor Osler, I'd like to

13    direct your attention to paragraph 44 of your

14    initial report.  The part that starts at the

15    bottom of 18 and continues over to the top of page

16    19.

17              You introduce a new topic and you say

18    "For the reasons explained below, the ODL system

19    is superior to existing cross-border payment

20    systems and is therefore a viable competitor."

21                        THE REPORTER:  Excuse me.

22              Could you slow down?  The ODL system

23              --

24         Q.   -- "is superior to existing cross-border

25    payment systems and therefore a viable

214

```
 1    competitor."
 2              And then you introduce a number of
 3    things that you say ODL does better than the
 4    competition.
 5              Do you see that?  You say it's faster;
 6    it's more transparent; it's less costly.
 7              Did I read that right?
 8         A.   Correct.  Faster, more transparent.
 9         Q.   Okay.  We've talked a little bit about
10    how you came to an understanding of ODL speed.
11    I'd like to ask you now how you came to an
12    understanding that ODL was less costly than
13    existing payment systems.
14              What can you tell me?
15                   MR. OPPENHEIMER:  Objection
16         to form.
17         A.   Oh, beyond my report?
18         Q.   No.  I'd like you to tell me what you
19    say in your report about how it compares to cost.
20    Like where in your report do you compare the cost
21    of ODL to existing payment systems?
22         A.   I do not provide an explicit comparison.
23         Q.   Okay.  So I see in paragraph 54 in your
24    discussion of the speed of the XRP ledger, you do
25    compare the cost of an XRP transaction to a
```

215

```
 1    bitcoin transaction.

 2            Do you see that?

 3       A.   Uh-huh.

 4                 MR. OPPENHEIMER:  Objection.

 5       Q.   Is there any place in your report where

 6    you show or describe a comparison between the cost

 7    of an ODL transaction and the cost of another

 8    cross-border payment transaction?

 9       A.   There is no explicit comparison.

10       Q.   So what was your understanding about

11    that comparison?  How did you know that ODL was

12    less costly than the other systems?

13       A.   I -- I was basing it on the World Bank

14    report and the -- the high cost of those and the

15    fact that ledger transactions are so inexpensive.

16       Q.   Were you comparing apples to apples?

17                 MR. OPPENHEIMER:  Objection.

18       Q.   There are no -- do you think -- you

19    thought you knew the cost of the traditional bank

20    payment systems and you had some information about

21    ODL and what it did or could do.

22            How did you know what it would cost the

23    consumer?

24                 MR. OPPENHEIMER:  Objection

25            to form.
```

216

```
1          A.   So let's see how I can phrase this.  All
2     right.  So the -- the -- so the 10.7 percent cost
3     for -- all right.  I was basing it on the
4     extremely low cost of the actual transaction and
5     the fact that if you reduce the cost of the actual
6     transaction within and eliminate, say, the -- the
7     chain of correspondent banks and the very high
8     costs associated with transaction fees at
9     correspondent banks, if you -- and similar
10    qualifications for Western Union that you reduce
11    this one cost, that becomes less costly.
12         Q.   So your prior chart we looked at
13    comparing the cost of transactions among --
14    remit -- remittances among various countries,
15    those are average costs, correct?
16         A.   Those are average costs.
17         Q.   And within each country, some are going
18    to be -- some sources are going to be high and
19    some sources are going to be lower, correct?
20         A.   Correct.
21         Q.   Okay.  So when you say that ODL -- let
22    me find your words.  When you say it's "superior
23    to existing cross-border payment systems and
24    therefore a viable competitor," are you saying
25    it's better than the average or are you saying
```

217

1    it's better than the -- than all of the existing

2    payment systems?

3                        MR. OPPENHEIMER:   Objection

4         to form.

5         A.   I -- let's see.  I had in mind that it

6    was better than the average and very much better

7    than some of the individuals.

8         Q.   Did you think it was better than Western

9    Union?

10        A.   Yes.

11        Q.   Did you think it was better than

12   MoneyGram?

13        A.   I think it -- I wasn't thinking

14   specifically about individual -- Western Union is

15   a very big name.  I wasn't thinking about

16   MoneyGram.  I was thinking that it's far less

17   costly than the banking systems and less costly

18   than the post office, which is at 8 percent.

19        Q.   So how did you know what exactly it

20   cost?  Like, what was your -- what was your

21   understanding of what a -- an ODL transaction

22   would cost the consumer?

23                        MR. OPPENHEIMER:   Objection

24        to form.

25        A.   I -- so my understanding was based on

218

1    some of the facts I provided, which is that it is

2    a -- a dir -- it's a digital transfer and I was

3    basing it on the cost of digital transfers.

4        Q.   Did you know anything about what the

5    cost to a consumer would be when you wrote this

6    report?

7                    MR. OPPENHEIMER:   Objection

8           to the form.

9        Q.   I should say, did you know anything more

10   specific about what the cost to a consumer would

11   be for using ODL when you wrote this report?

12                   MR. OPPENHEIMER:   Objection

13          to form.

14       A.   The cost would vary according to the

15   remittance service providers.

16       Q.   Well, when you say that ODL would be

17   lower, what did you think someone might have to

18   pay to send $200 overseas?

19       A.   Remember, one here -- one concept here

20   is absolute and one concept is relative.   Lower

21   does not presume a specific number, which would be

22   absolute.

23       Q.   Did you have a -- a number in mind?

24       A.   I was highlighting that the efficiency

25   of the ODL process and the speed and the

219

1    transparency of it reduced the overall costs of

2    the remittances and it reduces it and the -- so I

3    was not pinpointing a number.

4         Q.   Okay.  In your chart of the average cost

5    of remittances, are those costs to the consumer,

6    the person who's sending money, or are they costs

7    to someone else, like the institution?

8         A.   These costs are the joint costs to

9    sender and receiver for remittances of the

10   standard amount looked at in the literature, which

11   is $200 or the equivalent.

12        Q.   In an ODL transaction, who pays the cost

13   of using XRP?

14                   MR. OPPENHEIMER:  Objection.

15        A.   The cost to use XRP, the -- the specific

16   fee, is, oh, something like one-thousandth of a

17   cent in U.S. -- as measured in U.S. dollars or

18   it's technically -- it's measured in XRP and it's

19   one-thousandths of 1 percent of an XRP or possibly

20   smaller.

21             And that cost -- I couldn't tell you for

22   sure.  It's -- there's going to be transactions

23   between the remittance service providers and

24   Ripple, the market maker.  And whether the cost is

25   paid by the service providers or Ripple, I -- I do

220

1    not know.

2         Q.   Can we agree that the consumers don't

3    buy the XRP in the ODL transaction?

4         A.   That is correct.

5                     MR. OPPENHEIMER:   Objection.

6         Q.   They're not the customers for purposes

7    of the cost of XRP, is that right?

8                     MR. OPPENHEIMER:   Objection.

9         A.   So we'd have to be very careful about

10   the definition.  Ripple refers to its clients as

11   the XRP -- as the ODL -- institutions that use

12   ODL.

13        Q.   And those institutions are the ones that

14   purchase the XRP, correct, not the consumer?

15                    MR. OPPENHEIMER:   Objection.

16        A.   The -- the institutions -- you know,

17   ownership of cryptocurrency is very complicated

18   and I couldn't tell you the legalities of who

19   technically owns what, when, in there and so I --

20   I couldn't tell you.

21        Q.   Okay.  So let's take a step back from

22   buying and selling XRP, look at the transaction as

23   a whole, the money moving through the ODL system.

24        A.   Right.

25        Q.   Aren't there other costs involved to the

221

1    transmitters and -- and the recipient?

2        A.   There's a lot of costs in remittances.

3    There's time.  There's uncertainty.  There can

4    be -- there can -- there are -- in the usual

5    foreign exchange wholesale market, there are

6    bid/ask spreads.  The nature of ODL is uncertain,

7    so I couldn't say that.  One thing I can say is

8    that ODL does -- has this patent about a feature

9    of the product that eliminates slippage, which

10   is -- comes up a lot in SEC discussions.

11       Q.   Aren't there costs on exchanges --

12                 MR. OPPENHEIMER:  Objection.

13       Q.   -- associated with ODL transactions?

14                 MR. OPPENHEIMER:  Objection

15           to form.

16       Q.   Don't you have to pay exchanges to get

17   money in one currency or to sell money in another

18   currency?

19                 MR. OPPENHEIMER:  Objection.

20       A.   I referred to that already in the figure

21   of point -- oh, I've forgotten how many zeroes,

22   but it's something like one one-thousandths of a

23   percent or possib -- it's probably smaller.

24   Perhaps 100-thousandths of a percent of XRP that

25   is paid in the process for an XRP transaction.

222

1        Q.   Right.  For the use of the XRP.

2             But what are the costs to acquire the

3   currency that's actually being exchanged?  ODL's

4   the bridge.  But someone still needs to purchase

5   the currency to make it available to the other

6   person, right?

7                     MR. OPPENHEIMER:  Objection

8             to form.

9        A.   I think I've been clear that there is a

10   cost to a transaction in XRP and that is this very

11   tiny, tiny fraction of an XRP.

12        Q.   All right.  So it's your testimony that

13   the only cost associated with a service provider

14   using ODL would be the tiny, tiny cost of XRP, is

15   that right?

16                     MR. OPPENHEIMER:  Objection;

17             mischaracterizes testimony.

18        A.   Exactly.  I have not said that it's the

19   only.  I have said that that is the transaction

20   cost that I'm aware of in terms of a fee for

21   making a transaction.

22        Q.   Do you understand that there are fees

23   associated with a foreign currency exchange that

24   still has to happen as part of the remittance

25   process?

223

```
1          A.   I --
2                       MR. OPPENHEIMER:  Objection.
3                       THE WITNESS:  Oh, I'm sorry.
4                       MR. OPPENHEIMER:  You can
5          answer.
6          A.   I understand that.  I've been very
7     careful here because I am not aware that ODL
8     char -- charges -- ODL has a specific kind of
9     product and I am not aware that they charge any
10    additional fees for transactions.
11         Q.   Okay.  So let's be clear about that.
12              Are you aware of any other costs to
13    using ODL other than the XRP fee that you've
14    already described?
15                       MR. OPPENHEIMER:  Objection
16         to form.
17         A.   I've mentioned with -- with any
18    transaction, there are costs of waiting, though in
19    this case, those costs are very small and --
20    well...
21              So let's say in terms of specific fees?
22    No, I'm not aware of any others.
23                       (Whereupon, exhibit is received
24              and marked SEC Osler Deposition
25              Exhibit 10 for identification.)
```

224

1    BY MR. MOYE:

2         Q.   Let's take a look at what's been marked

3    as Exhibit 10.

4              Are you familiar with Exhibit 10?

5         A.   I may have seen it but I don't remember

6    seeing it.

7         Q.   Exhibit 10 is Ripple publication

8    entitled "Free Working Capital with On-Demand

9    Liquidity."  It is referred to at -- on page 18 of

10   your report at Footnote 68.

11        A.   Okay.  So I did see it.

12        Q.   Is this one of your sources for

13   understanding how the ODL transaction system

14   works?

15                   MR. OPPENHEIMER:  Objection.

16        A.   It is something I looked at.

17        Q.   Something you cited, right?  Does that

18   mean you relied on it?

19        A.   I'll take your word for it.

20                   MR. OPPENHEIMER:  Objection.

21        Q.   Please look at paragraph 44, Footnote

22   68.

23        A.   All right.  Let me just see.

24   Forty-four.

25              Yes.  There you go.

225

1      Q.   Okay.  So on the third page of Exhibit

2  10, there's a diagram that says "How On-Demand

3  Liquidity Works."

4           Do you see that?

5      A.   I do.

6      Q.   And in that first sentence, it talks

7  about bridging "two currencies in as little as

8  three seconds..."

9           Do you see that?

10     A.   Yes.

11     Q.   Is that the same quote you used in

12 paragraph 44?

13     A.   I would guess so.

14     Q.   Okay.  Can you tell me if there's

15 anything in Exhibit 10 that talks about the costs

16 of an On-Demand Liquidity transaction?

17                 MR. OPPENHEIMER:  Counselor,

18           there appears to be a video that's

19           part of the pages not included here.

20                 Do you have a copy of that?

21                 MR. MOYE:  I'm not -- I

22           don't have a copy and can't play it.

23                 MR. OPPENHEIMER:  Okay.

24                 MR. MOYE:  So -- but if you

25           tell me it's a video, I will --

226

```
 1                    MR. OPPENHEIMER:  And I'm
 2          just --
 3                    MR. MOYE:  I'm not going to
 4          agree.
 5                    MR. OPPENHEIMER:  -- looking
 6          at the top of the -- one, two,
 7          three -- fourth page and I see the --
 8          the video play box.
 9                    MR. MOYE:  The 1 -- the
10          1:46?
11                    MR. OPPENHEIMER:  Yeah.
12                    MR. MOYE:  Okay.
13   BY MR. MOYE:
14       Q.   So if you turn the page over from "How
15   On-Demand Liquidity Works" to "Why Use XRP?"
16       A.   Uh-huh.
17       Q.   I don't see a video play bar, but I do
18   see the statement "XRP is ideally suited for
19   global payments because it is quicker, less
20   costly, more scalable and sustainable."
21            Do you see that?
22       A.   And it compares to the digital assets.
23       Q.   All right.  But is this your source for
24   your understanding that use of ODL is less costly
25   than any other digital asset?
```

[12/21/2021] Osler, Carol Expert Dep. Tr. 12.21.2021

```
 1                   MR. OPPENHEIMER:  Objection

 2          to the form.

 3      A.   Let me remind you that I have described

 4  the very, very low transaction fees for XRP and

 5  I've also described how it is faster than other

 6  digital currencies include -- and certainly faster

 7  than bank transfers, Western Union, and post

 8  office transfers.

 9          And -- and the -- so -- right.  So I've

10  highlighted the costs -- some of the costs in

11  question that I considered.

12      Q.   All right.  Well, I'm trying to find in

13  your report anything different than we've already

14  discussed about the cost of an ODL transaction and

15  I'm not seeing a description of the costs to

16  the -- either the ultimate consumer or the service

17  provider, but I'm happy to be corrected about

18  that.

19          Do you believe in your initial report

20  there was any discussion of the ODL process and

21  the cost associated with any or each part of it?

22                   MR. OPPENHEIMER:  Objection

23          to the form.

24      A.   As I had said earlier, I never put out a

25  specific cost number because I was talking about
```

228

1    comparative costs.

2         Q.    Okay.  So in your understanding of an

3    ODL transaction, is it your understanding that ODL

4    transactions involve the exchange of XRP into

5    another currency?

6                        MR. OPPENHEIMER:  Objection

7         to form.

8         A.    I lost track at the beginning.

9         Q.    Yeah.

10                       Is it your understanding that in an ODL

11   transaction, there's an exchange of XRP on

12   another -- into another currency?

13                       MR. OPPENHEIMER:  Objection.

14        A.    I would say yes.

15        Q.    Where does that exchange take place?

16                       MR. OPPENHEIMER:  Objection

17        to form.

18        A.    That's really not possible to answer.

19        Q.    Does it take place on an exchange

20   somewhere?

21                       MR. OPPENHEIMER:  Objection

22        to form.

23        A.    The ODL?

24        Q.    As part of the ODL transaction, you take

25   pesos, you get XRP, you exchange the XRP for yen.

229

1     Let's say that.

2              Someone has to -- you have to buy

3     that -- someone is buying that yen, correct?

4     Where do they get that yen?

5                        MR. OPPENHEIMER:  Objection

6              to form.

7                        You can answer.

8         A.   All right.  So the -- so the ODL

9     platform -- on the ODL platform, Ripple is the

10    market maker.  Ripple sources the foreign

11    currencies and -- and trades in and out of XRP

12    versus foreign currencies either from its own

13    balance sheet or by going to the many crypto

14    exchanges where XRP is exchanges -- exchanged for

15    currencies.

16        Q.   So are you aware that there -- wouldn't

17    there be fees for using an exchange to exchange

18    XRP for another currency?

19                        MR. OPPENHEIMER:  Objection.

20                        You can answer.

21        A.   This is a hypothetical.  In general,

22    there are fees to trade on exchanges.

23        Q.   In your report, do you anywhere take

24    that into account in evaluating the cost of using

25    ODL either to the consumer or to the service

1   provider?

2        A.   For this kind of purpose, those fees are

3   generally so very, very small that for this kind

4   of purpose, they're usually not an important part

5   of the overall cost.

6        Q.   Okay.  What's your basis for your

7   understanding that the fees of the exchange of XRP

8   for a real currency, a fiat currency, is very,

9   very small?

10                    MR. OPPENHEIMER:  Objection

11            to form.

12        A.   That statement is quite broad.  I've

13   been discussing specifically exchange fees.

14                    THE REPORTER:  Exchange?

15                    THE WITNESS:  Exchange fees.

16        Q.   Yeah.

17             What is the basis for -- for your

18   understanding that the exchange fees, when XRP is

19   exchanged for a fiat currency, are very small?

20                    MR. OPPENHEIMER:  Objection

21            to form.

22        Q.   How do you know that?

23        A.   I am aware of exchange fees on -- I

24   study the trading process, so I am aware of

25   exchange fees in many contexts.

1      Q.   Yeah.  So I'm focusing on the context

2   where you say you have no personal experience.

3   The XRP exchange for --

4      A.   Uh-huh.

5      Q.   -- some sort of -- pesos are exchanged

6   for XRP and then the XRP is exchanged for yen or

7   some Australian dollars or something else.

8           On those two exchange transactions, do

9   you agree with me that there are likely to be fees

10   associated with those transactions?

11      A.   I haven't --

12                    MR. OPPENHEIMER:  Objection

13           to form.

14                    You can answer.

15                    THE WITNESS:  Whoops.

16      A.   I have agreed that there are likely to

17   be fees.  I have also asserted that those fees are

18   likely to be small.

19      Q.   Okay.  So what I'm asking you is:  How

20   do you know what the fees for using XRP to

21   purchase fiat currency are if you have no personal

22   experience with that?

23      A.   Again, as I highlighted, it's my

24   experience studying markets as a whole that I

25   bring to bear here.  And in many years of studying

232

1    how markets function, the cost of exchange fees

2    have consistently been ignored to be perfectly

3    honest.  They are so small.

4         Q.   All right.  I'm going to look at another

5    document.  I want to think about whether I need to

6    come back to this or move on, but let me show you

7    Exhibit 11.

8                        (Whereupon, exhibit is received

9             and marked SEC Osler Deposition Exhibit

10            11 for identification.)

11                      THE WITNESS:  Here you go.

12                      THE REPORTER:  Thank you.

13   BY MR. MOYE:

14        Q.   Exhibit 11 is a printout with the title

15   "The Environmental Impact:  Cryptocurrency Mining

16   versus Consensus."

17            Do you see that?

18        A.   Yes, I do.

19        Q.   The author is David Schwartz?

20        A.   Yes.

21        Q.   And do you recognize David Schwartz as a

22   Ripple employee?

23        A.   I do.

24        Q.   Okay.  So you cite Exhibit 11 on page 22

25   of your report at Footnote 80.

233

1        A.   All right.

2        Q.   Do you see that?

3        A.   Yes, I do.

4        Q.   Okay.  And you cite this article for the

5   proposition that "The XRP Ledger requires less

6   than .002 percent of the computing power required

7   for proof-of-work."

8             Do you see that?

9        A.   I do.

10       Q.   Where in this -- are you able to tell me

11  where in Exhibit 11 you obtained that information?

12       A.   There's a problem at the top of the

13  third page of my exhibit where there's a lot of --

14  there's some stuff that's overwritten that's

15  important to me.

16       Q.   All right.  So I apologize for the print

17  job, but this is how we were able to find it.

18            Do you know what's under there and

19  whether that's what you were referring to?

20       A.   I -- okay.  I think I can help you out.

21  I think if you take -- yes, I see it.  If you take

22  1/57,000.  So it says here that XRP is 57,000

23  times more efficient to get the reverse, what

24  fraction of the bitcoin power does it take to do

25  an XRP transaction, which is the way I expressed

1    it.  You take 1/57,000 and that should give you a

2    number very close to .002.

3         Q.   Okay.  So thank you for explaining how

4    you derived that number.

5              Is it fair to say that your source for

6    the computing power or the efficiency of XRP as

7    compared to bitcoin comes directly from Ripple?

8                        MR. OPPENHEIMER:  Objection

9         to form.

10                       You can answer.

11        A.   My source for the fact that -- that

12   number comes from this document.  My understanding

13   of the relatively tiny resource requirements of a

14   transaction on the Ripple Ledger compared to the

15   bitcoin ledger comes from my understanding of the

16   consensus mechanisms involved in both ledgers.

17             The bitcoin process for achieving

18   consensus requires substantial computer work

19   and -- by -- by structure.  It requires

20   substantial computer work and that will not go

21   down as computing power increases.  That will

22   remain a big challenge for the -- it will require

23   a lot of computer work to verify a bitcoin

24   transaction no matter what because it's called

25   proof of work so the work is a requirement.

1          The -- Ripple -- the XRP consensus

2     requirement is simply a -- a voting algorithm.

3     That's it.  It's so -- it -- the fraction has to

4     be very -- the fraction of resources used has to

5     be very, very tiny relative to bitcoin.

6          Q.   And how did you come to learn what was

7     involved in this consensus mechanism that you

8     described and how bitcoin works in the blockchain

9     and -- and Ripple?  Is that something you knew

10    before you started this case?

11         A.   I knew some of it, yes.

12         Q.   Okay.

13         A.   I did not know about the XRP in

14    particular, but I learned that from the XRP white

15    paper.  The -- the -- a white paper written by

16    Ripple experts on what they were doing.

17         Q.   Okay.  Do you consider yourself an

18    expert in blockchain technology?

19         A.   No.

20         Q.   Do you consider yourself an expert in

21    how bitcoin operates?

22         A.   I have learned sufficient to make

23    reasoned conclusions on something like this.

24         Q.   Okay.  So same question about XRP.  Do

25    you consider yourself an expert in how the XRP

236

1    transactions work on the XRP Ledger?

2                    MR. OPPENHEIMER:  Objection

3          to form.

4      A.    I consider myself having learned plenty

5    to make this resource comparison.

6      Q.    Do you consider yourself having -- do

7    you believe you have expertise in how the XRP

8    Ledger functions?

9                    MR. OPPENHEIMER:  Objection

10          to form.

11     A.    I have knowledge.

12     Q.    My question was about expertise.

13     A.    I have generated as much knowledge as

14    required to understand that blockchain

15    transactions will inherently require a lot of work

16    because of the nature of the consensus mechanism,

17    which is to require a lot of work, and that the

18    XRP ledger will not require a lot of work simply

19    because it's a few electronic signals from here to

20    there that constitute voting.

21     Q.    In terms of expertise, do you believe

22    you have more or better -- a -- a greater or

23    better understanding than people who have read the

24    same sources that you have?

25                    MR. OPPENHEIMER:  Objection

1             to form.

2        A.   I couldn't compare.

3        Q.   It might be better but it might not be

4   as good.  Is that fair?

5                  MR. OPPENHEIMER:  Objection.

6        Q.   If you can't make a comparison?

7                  MR. OPPENHEIMER:  Objection.

8        A.   You know, this is -- I -- I'm not sure I

9   see much meaning in this question.  I'm sorry.

10  You know, if someone else read Dickens, would they

11  understand it better than me?  They might, they

12  might not.

13       Q.   Same would be true of the XRP material?

14  They might, they might not?

15       A.   They might, they might not.

16       Q.   Okay.  Fair enough.

17                  (Whereupon, exhibit is received

18           and marked SEC Osler Deposition Exhibit 5

19           for identification.)

20                  THE WITNESS:  Here you go,

21           Bridget.

22  BY MR. MOYE:

23       Q.   Professor Osler, please take a look at

24  what's been marked for identification as Exhibit

25  Number 5.

238

```
 1                    MR. OPPENHEIMER:  I'd just
 2             note for the record the version of
 3             Exhibit 5 we've been given appears to
 4             start on what's listed as page 2, not
 5             page 1.
 6                    MR. MOYE:  Correct.  It does
 7             not have the Exhibit A cover sheet
 8             which was filed with the Court.
 9   BY MR. MOYE:
10        Q.   Please tell me if you recognize what's
11   been marked as Exhibit Number 5?  And you can page
12   through it if that will help you.
13        A.   I do not recognize it.
14        Q.   Okay.  Why don't you flip to the last
15   page.
16        A.   The signature page?
17        Q.   Sure, the signature page.
18             So this is signed by someone named
19   Lawrence Angelilli on, it looks like, March 14th
20   of 2021.  And if you go back to the first page of
21   this declaration, Mr. Angelilli identifies himself
22   as the executive vice president and chief
23   financial officer of MoneyGram International.
24             Okay.  So with that introduction, and
25   you may look at it more if it would help you or
```

239

```
1    not, do you believe you've ever seen Exhibit 5

2    before?

3         A.   I have not seen Exhibit 5.

4         Q.   Okay.  Have you heard that MoneyGram,

5    which once had a relationship with Ripple using

6    the ODL project, stopped or withdrew from that

7    relationship and the -- and the two companies no

8    longer have a commercial relationship?

9                   MR. OPPENHEIMER:  Objection

10             to form.

11        Q.   I need a yes or no, not a nod.

12        A.   What is the -- so the question is do --

13   have I heard that?

14        Q.   Yes.  Have you heard that?

15        A.   Yes, I have heard that.

16        Q.   Okay.  Where did you hear that?

17        A.   I don't remember.

18        Q.   Okay.  Just to review what you said

19   before, I don't believe -- according to your prior

20   testimony, I don't believe you've read any

21   depositions in this case, is that correct?

22        A.   That's correct.

23        Q.   So you're -- you would not have read

24   Mr. Angelilli's deposition in this case, is that

25   right?
```

240

1     A.   Correct.

2     Q.   Okay.  You said you haven't read

3   documents regarding this litigation other than

4   those cited -- documents specific to this

5   litigation other than those cited in -- in your

6   report, is that right?

7     A.   That's correct.

8     Q.   So you wouldn't have read any agreements

9   between MGI, MoneyGram, and Ripple?

10    A.   That's correct.

11    Q.   Okay.  And it sounds like you have not

12  seen or had the opportunity to read

13  Mr. Angelilli's declaration before?

14                MR. OPPENHEIMER:  Objection;

15          asked and answered.

16                You can answer again.

17    A.   I have not seen or read this before.

18    Q.   All right.  Could you please take a look

19  on page 11, paragraph 40.  Take a chance -- take a

20  moment to read that to yourself.

21          (Pause)

22    Q.   Have you had a chance to read paragraph

23  40?

24    A.   I have.

25    Q.   Okay.  So a few caveats.  Some of the

241

 1    terms in here are technical.  I don't expect you

 2    to know necessarily what MXN is or MPSI, although

 3    I believe MXN refers to Mexican pesos.

 4         A.   It does.

 5         Q.   And obviously if you've never seen this

 6    before, you wouldn't know what Mr. Angelilli's

 7    testimony was about various fees or costs.  My

 8    question is related, though.

 9              At any time during the -- your expert

10    engagement, did you learn from Ripple's counsel or

11    from any other source that in MoneyGram's

12    experience using ODL, there were a variety of

13    fees, significant fees, associated with

14    MoneyGram's use of ODL?

15                   MR. OPPENHEIMER:  Hang on a

16         second.

17                   Counsel, do you think you could

18         rephrase that one to avoid asking whether

19         she learned it from counsel and just ask

20         whether she learned it or not?

21                   MR. MOYE:  I'll ask two

22         questions because both are important

23         to me.

24    BY MR. MOYE:

25         Q.   So the first question:  In your expert

242

1    engagement, did you learn at any point that

2    MoneyGram incurred a variety of fees which turned

3    out to be significant for using the ODL product in

4    its money transfer business?

5        A.   I did not.

6        Q.   Okay.  Did you ever discuss that

7    topic -- I'm not asking specific conversations

8    back and forth.  I'm asking a topic.

9            Did you ever discuss that topic with

10   counsel that retained you and helped you with your

11   report?

12                    MR. OPPENHEIMER:  Objection.

13                    I instruct you not to answer

14        that.

15       Q.   Will you follow that instruction?

16       A.   Yes.

17       Q.   Okay.  So let's move to paragraph 42.

18   If you could read that to yourself for a moment

19   and let me know when you've had a chance to do so.

20           (Pause)

21       Q.   Ready?

22       A.   Uh-huh.

23       Q.   Okay.  At any point in this litigation,

24   did you ever learn that Ripple was paying

25   substantial subsidies to MoneyGram in order to

243

```
1    effectuate that commercial relationship so that

2    MoneyGram would use ODL in its money transfer

3    business?

4                    MR. OPPENHEIMER:  Objection

5         to form.

6                    You can answer.

7         A.   I -- I learned at some point that Ripple

8    had been subsidizing MoneyGram.

9         Q.   Did you learn that before or after you

10   issued your initial report?

11        A.   I -- I believe I -- I -- I knew it when

12   I composed the report and that's -- yes.

13        Q.   Okay.  In discussing whether XRP -- or,

14   I'm sorry, the ODL product is well-positioned to

15   serve as a disruptive technology in -- in a

16   competitive money transfer business, why did you

17   not think it was important to acknowledge

18   MoneyGram's prior experience with Ripple and ODL,

19   including the -- the fees it had to pay and the

20   subsidies it received?

21                   MR. OPPENHEIMER:  Objection

22        to form.

23        A.   I'd like to highlight I have answered

24   already that I was not aware of these fees.  What

25   I was confident in is that subsidies are part of
```

1    the normal strategy that a firm in Ripple's --

2    with a product like Ripple's ODL needs to take

3    according to common wisdom among economists.

4        Q.   Okay.

5        A.   Ripple --

6        Q.   I'm sorry.  I want to let you finish.

7                  MR. MOYE:  But could you

8          read back -- after she's done, could

9          you read back her answer for the

10         sentence she just finished?

11       Q.   Go ahead.

12       A.   So Ripple is -- subsidies are a normal

13   part of the recommended strategy or -- I don't

14   know how do I put this.  That among economists,

15   disruptive innovation is a known strategy and the

16   challenges associated with products that require

17   networks are also widely known.  And it is

18   understood that in firms that need to establish a

19   network, subsidies are a normal part of the

20   initial process of getting a foothold in the

21   market.  Yes.

22               MR. MOYE:  Could you read

23         back from where I indicated the first

24         part of her answer?

25           (Whereupon, the record was read

245

```
 1              back.)

 2    BY MR. MOYE:

 3         Q.   Did you understand that the subsidies

 4    from Ripple to MoneyGram were meant to reduce the

 5    cost borne by MoneyGram in using ODL in

 6    transactions?

 7                        MR. OPPENHEIMER:  Objection

 8              to form.

 9         A.   I would say that what you just described

10    is the definition of a subsidy in this context.

11         Q.   So whether or not that's true, I'm

12    asking about your awareness.

13              Did you know that the purpose of the

14    subsidy was to make MoneyGram whole for costs, for

15    additional costs that it bore, in using ODL in its

16    money transfer business?

17                        MR. OPPENHEIMER:  Objection

18              to form.

19         A.   I knew that -- so let's be clear what I

20    knew.  What I knew and understood was that Ripple

21    had paid subsidies to MoneyGram.  Money is

22    fungible, so the exact nature of what it was

23    intended to compensate for, I -- I was not -- I

24    did not probe.

25         Q.   Okay.  Any -- is there anywhere in your
```

246

1    report where you indicate that Ripple was paying

2    subsidies to MoneyGram or any other user of ODL as

3    part of its technology?

4         A.   I did not point it out, but I believe

5    the report was explicit that subsidies are common.

6         Q.   Let's look at that.

7         A.   I say -- in the discussion of network

8    externalities --

9         Q.   I'm sorry, where are you?

10        A.   So I would be -- paragraph 69, somewhere

11   in that vicinity, is where I talk about network

12   externalities.

13             So I highlight the 50 million that

14   Ripple -- and I phrase it as used "to seed a

15   partnership with MoneyGram."  I was aware that

16   that was intended as a subsidy.

17        Q.   Wasn't that an equity investment?

18        A.   I think it took that form.  Yes, that

19   was the form it took.

20        Q.   How did you -- how did you learn about

21   that?  I don't see any source cited here.

22        A.   It's true.  I didn't provide a source.

23        Q.   You also mention "with this agreement in

24   hand."

25             So you were aware there was an

247

1   agreement?

2                   MR. OPPENHEIMER:  Objection

3           to form.

4       Q.   Am I correct that you were aware there

5   was an agreement?

6       A.   Yes, I was a -- I was aware there was an

7   agreement.

8       Q.   Did you ask for or review -- did you ask

9   for a copy of that agreement in preparing this

10  report?

11      A.   No.

12      Q.   Why not?

13      A.   I read about it and that was enough.

14      Q.   Where did you read about it?

15      A.   In the media somewhere, and this is a

16  place where I seem to have overlooked providing

17  a -- a source.

18      Q.   Okay.  So in looking for the media to

19  describe this agreement, did you also see media

20  describing the dissolution of the MoneyGram and

21  Ripple relationship?

22                  MR. OPPENHEIMER:  Objection

23          to form.

24      A.   I was -- the exact source I couldn't

25  pinpoint as you can tell.  I was aware that that

248

```
 1   agreement had dissolved.

 2        Q.   What was your understanding of why

 3   agreement had dissolved?

 4        A.   I couldn't tell you on the spot.

 5        Q.   Did you think it dissolved because it

 6   was too profitable?

 7                  MR. OPPENHEIMER:  Objection.

 8        Q.   Too successful?

 9                  MR. OPPENHEIMER:  Objection

10        to form.

11        A.   I -- look, I didn't probe exactly what

12   happened there.  I knew it didn't work out.

13        Q.   Did you assume that it didn't work out

14   for reasons that had nothing to do with the

15   viability of ODL?

16                  MR. OPPENHEIMER:  Objection

17        to form.

18        A.   As I have said, I did not probe the

19   reasons why it did not work out and I will clarify

20   why not.  ODL has a disruptive, innovative,

21   impotent product, and it's going to take -- it is

22   very challenging for such products to get a

23   foothold in the market.  And the idea that it will

24   all happen at once and every step will work out

25   beautifully would be unrealistic.
```

249

```
 1          So for all I knew -- so I couldn't

 2   identify the reasons that it did not work out.  I

 3   had not seen these documents and I did not probe.

 4      Q.   Okay.  Let me go back to the

 5   announcements about the MoneyGram/Ripple

 6   relationship.

 7          As you indicated, the published reports

 8   talked about a $50 million equity investment that

 9   Ripple made in MoneyGram.  Assume for the purposes

10   of my question to you that the other subsidies

11   that Ripple was paying to MoneyGram were not

12   publicly disclosed in the media, in media sources.

13   Okay?

14          So, in other words, my question is:  Did

15   you really learn -- did you learn about other

16   subsidies on -- online or did you learn about --

17   or did you never learn about any other subsidies

18   other than the $50 million?

19                 MR. OPPENHEIMER:  Objection

20          to the form.

21      Q.   All right.  That was a terrible

22   question.  Let me try again.

23          Did you learn about any other subsidies

24   besides the $50 million in preparing this report?

25                 MR. OPPENHEIMER:  Objection
```

250

1              to the form.

2         A.   At -- at some point over the last --

3    what are we? -- four months, five months, I

4    learned there had been some additional subsidies.

5    I don't remember precisely when I learned it.

6         Q.   Okay.  So besides the $50 million, do

7    you think there's any other place in the -- in

8    your report that you discuss these other

9    subsidies -- these other subsidies to MoneyGram?

10                   MR. OPPENHEIMER:  Objection.

11        A.   I was providing examples of Ripple's key

12   strategic moves and this served as an example and

13   that was sufficient for my purpose at that point.

14        Q.   Were you deliberately trying to

15   undersell the level of subsidy or did you not

16   think it was important?

17                   MR. OPPENHEIMER:  Objection

18             to form.

19        A.   There was -- let's be clear.  I was

20   providing an example.

21        Q.   Okay.  So I guess my question would be

22   different if the only subsidy you knew about was

23   the $50 million.  But since I'm not clear from

24   your answers whether you knew about those other

25   subsidies when you wrote your report, I'm trying

251

1    to understand why you chose only -- why you may

2    have chosen only to emphasize the 50 million.  You

3    said it was an example.  So I'm probing to find

4    out.

5            Did you think there would have been

6    anything wrong in indicating that there were other

7    subsidies on top of that?

8                        MR. OPPENHEIMER:  Objection

9            to the form.

10   Q.   Would that have been inconsistent with

11   your report?

12                       MR. OPPENHEIMER:  Same

13           objection.

14   A.   I'd like to highlight that an important

15   part of a clear document is conciseness and my

16   choices very often have to do with being concise.

17   Q.   Fair enough.

18           In -- in reaching your conclusion that O

19   -- that Ripple and its ODL product are

20   well-positioned to be a disruptive technology and

21   be successful in the money transfer business, did

22   you consider whether Ripple had competitors in

23   this business and whether they were also using

24   blockchain technology to compete in this space?

25   A.   I am aware that Ripple had a couple --

252

1    has a few competitors and I listed two of them and

2    so I'm aware of it.

3         Q.   What kind of cryptocurrency do they use

4    in the space?  Do you know?

5         A.   No, I don't.

6                   MR. OPPENHEIMER:   Objection

7         to form.

8         A.   Yeah.

9         Q.   Are you familiar with the --

10        A.   Perhaps you could clarify what you mean

11   by "kind of cryptocurrency."

12        Q.   Sure.  Are you familiar with the term

13   "stablecoins"?

14        A.   Yes, I am.

15        Q.   What is a stablecoin?

16        A.   A stablecoin is -- it's a cryptocurrency

17   whose value in terms of a base currency is fixed

18   and it's maintained that way by just changing the

19   supplier's needs.

20        Q.   Generally, how does that -- how do the

21   features of a stablecoin differ from XRP?

22                   MR. OPPENHEIMER:   Objection

23        to form.

24        A.   With respect to that particular feature?

25        Q.   Yes.

```
1        A.   With respect to the particular feature,

2    so with a stablecoin, the price is fixed and the

3    quantity varies.  With XRP -- and the quantity

4    varies according to market conditions as needed to

5    keep the value fixed.

6             With XRP, the amount of XRP in existence

7    is stable moment to moment.  There's no need to

8    keep the price fixed.  And -- I want to be careful

9    how I say this.

10            So it's -- it's stable in the moment and

11   it is -- when it changes, it is not just due to

12   volatility in the price of XRP.

13       Q.   With respect to the money transfer

14   business, which you -- which you've been

15   analyzing, and ODL's potential to act as a

16   disruptive technology, do you have any opinion

17   about whether use of a stablecoin would provide

18   one of Ripple's competitors with any sort of

19   advantages in competing for customers?

20                 MR. OPPENHEIMER:  Objection

21        to form.

22       A.   I have not considered this opinion,

23   this -- this question and I'd have to think about

24   it.

25       Q.   So at the time you wrote your report,
```

254

1    that's not something that you had considered,

2    right?

3         A.   I -- that's correct.

4         Q.   Just trying to clarify.  Thank you.

5                   (Whereupon, exhibit is received

6              and marked SEC Osler Deposition Exhibit

7              12 for identification.)

8                   (Whereupon, exhibit is received

9              and marked SEC Osler Deposition Exhibit

10             13 for identification.)

11   BY MR. MOYE:

12        Q.   I'm going to hand you two exhibits.

13   First is Exhibit 12.

14                   THE WITNESS:  Here you go.

15        Q.   The second is Exhibit 13.

16        A.   Thank you.

17        Q.   They're short so if it would help you,

18   you could read both of those before I ask you any

19   questions.

20         (Pause)

21        A.   Yeah.

22        Q.   Okay.  Let's start with Exhibit 12.

23   Exhibit 12 is from CoinDesk.  It's a publication

24   entitled "Mexican Crypto Exchange ██████

25   Incorporates Circle Solutions for Cross-Border

255

1    Payments Initiative."

2            Do you see that?

3       A.   Yes, I do.

4       Q.   I'd like you to go on the next page,

5    halfway down, there's a paragraph that begins "By

6    incorporating the payments solutions of Circle,

7    the payment services company that operates the USD

8    coin (USDC) stablecoin, the initiative will allow

9    users to make deposits and withdrawals via

10   domestic wire transfers and execute payments in

11   the U.S. or Mexico."

12           And at the bottom of the page, it

13   indicates that using an app, "while in-app

14   exchanges between US dollar-backed stablecoins and

15   Mexican pesos will be processed in seconds,

16   according to" Bitco -- "█████████"

17           So assume for the purpose of the

18   following question that the █████ money services

19   system is now partnering with Circle to use a

20   stablecoin cryptocurrency and it has an app that

21   allows payments between U.S. and Mexico to

22   function in seconds.

23           Based on those assumptions, do you have

24   reason to believe -- do you have any reason to

25   believe that Ripple's competitors might prefer to

```
1    use a stablecoin as a cryptocurrency to allow

2    money transfers to happen between U.S. and Mexico?

3                       MR. OPPENHEIMER:  Objection

4            to the form.

5        A.   I'd like to highlight that the products

6    here are different.  So what Circle is providing

7    here is conversion from a fiat into USDC or from

8    USDC back.  They're not focusing on remittance

9    channels where the conversion is from one fiat

10   currency to another.

11       Q.   Well, for purposes of my question, I've

12   asked you to assume that the exchanges between

13   U.S. dollars and Mexican pesos is a similar money

14   transfer to what we've been describing with --

15   with Ripple.

16            Do you understand how money could be

17   transferred from U.S. dollars through the use of

18   stablecoin to Mexican pesos using this technology?

19                       MR. OPPENHEIMER:  Objection

20           to the form.

21                       You can answer.

22       A.   It's -- you're kind of asking me -- let

23   me clarify here.

24            We have two very different products.

25   One allows conversion from a fiat currency to a
```

1    cryptocurrency or vice versa and that's it.  It's

2    not set up to make transfers from one fiat

3    currency to another fiat currency via a

4    cryptocurrency.  So that's one product.

5         The other product is intended to convert

6    one fiat currency to another fiat currency using a

7    cryptocurrency as a medium of exchange in between.

8         These are two very different products.

9    And your question says, well, what if the Circle

10   product were actually the same as the XRP product?

11   Then what would you think?

12        Well, the Circle product is not the same

13    as XRP, so it -- I can't answer that question.

14        Q.   All right.  Thanks for that

15   clarification.

16        Do you believe that this transfer

17   mechanism as described in this article, using the

18   U.S. dollar stablecoin, suggests that Ripple's

19   competitors would prefer the use of a stablecoin

20   over XRP?

21                  MR. OPPENHEIMER:  Objection

22        to form.

23        A.   It doesn't suggest any such thing.

24        Q.   Okay.  You can put that aside.

25                  MR. OPPENHEIMER:  Before we

1          move on from that, I just want to

2          note for the record it appears

3          there's missing text at the top of

4          both the second and possibly third

5          page of this exhibit.

6                    MR. MOYE:  That is very

7          possible, and if so, it was

8          inadvertent.  So thank you for

9          pointing that out.

10    BY MR. MOYE:

11       Q.   Let's look at Exhibit 13.

12          Exhibit 13 describes a new partnership

13    MoneyGram has with Stellar to use a USD coin, a

14    stablecoin governed by CoinBase.

15          And, again, in the third paragraph on

16    the second page, it -- this article indicates

17    "Customers will be able to convert cash into and

18    out of USDC for instant pickup at MoneyGram

19    locations."

20          Is there anything about this article

21    that suggests that -- suggests to you that

22    MoneyGram prefers the use of a stablecoin

23    cryptocurrency for its money transfer business

24    rather than continued use of XRP?

25                    MR. OPPENHEIMER:  Objection

259

```
 1              to form.
 2         A.   So I'd like to note there's a -- and I'd
 3    like to clarify why.  The -- the reasons that
 4    MoneyGram claimed XRP didn't work in the previous
 5    exhibit you sent to me had to do with fees.  Those
 6    fees will still apply, and so -- or one would
 7    assume those fees would still apply.
 8              So the -- the fact that they have moved
 9    to another cryptocurrency undermines their
10    original claim that that's the reason they wanted
11    to get out of the XRP, the arrangement with
12    Ripple.
13         Q.   Do you have anything else?
14         A.   That's all I have to say.  There's no
15    consistency here.
16         Q.   Okay.
17         A.   So one cannot infer anything.
18         Q.   All right.  You can put that aside then.
19                   MR. MOYE:  Want to take
20              another short break?
21                   THE VIDEOGRAPHER:  Okay.
22              Going off the record at 3:53.
23                   (Whereupon, a recess is taken.)
24                   THE VIDEOGRAPHER:  Back on
25              the record at 4:12.
```

260

1    BY MR. MOYE:

2         Q.   Dr. Osler, I'd like you to -- I'd like

3    to hand you what's been marked as Exhibit 6.

4         A.   Thank you.

5                        (Whereupon, exhibit is received

6              and marked SEC Osler Deposition Exhibit 6

7              for identification.)

8    BY MR. MOYE:

9         Q.   For the record, Exhibit 6 is the

10   rebuttal report of ██████████ dated November

11   12, 2021.

12              Are you familiar with Exhibit 6?

13        A.   Yes.

14        Q.   How did you become familiar with Exhibit

15   6?

16        A.   It was sent to me by counsel.

17        Q.   Okay.  And after receipt by counsel,

18   what did you do in terms of reviewing Exhibit --

19   or studying Exhibit 6?

20        A.   I reviewed it and studied it.

21        Q.   Okay.  I'm going to word this question

22   carefully.

23              Were you asked by counsel to form or

24   prepare any opinions in response to Exhibit 6?

25                        MR. OPPENHEIMER:  Objection

261

```
1              to the form.
2                    Hang on a second.
3                    I think I have to instruct you
4         not to answer that.
5                    MR. MOYE:  So this is a
6         chance, if she's prepared today to
7         talk about this report, we might be
8         able to go into it.  But if she's not
9         been asked as her --
10                   MR. OPPENHEIMER:  Counsel,
11        you are free --
12                   MR. MOYE:  -- part of her
13        engagement --
14                   MR. OPPENHEIMER:  -- you are
15        free to ask her about the report and
16        whether she has formed any opinions
17        on it in connection with her
18        engagement.  I think what you -- what
19        I would not allow her to answer is
20        whether she was -- what instructions
21        she received from counsel.
22   BY MR. MOYE:
23        Q.  All right.  So let's try this.  These
24   may be yes-or-no questions.
25                   Have you formed any opinions after
```

1    reading this report?

2                     MR. OPPENHEIMER:  You can

3            answer.

4        A.   Let me think about this.  I'm thinking

5    about the definition of an opinion.  I have formal

6    opinions here.

7        Q.   Correct.

8        A.   I certainly have not formed any formal

9    opinions.  I have thought about the positions

10   articulated here.

11       Q.   Okay.  And that's what I'm trying to get

12   at.

13           Is there something formal that you're

14   prepared to say today on the record about these

15   opinions?  And there's no rebuttal to rebuttal in

16   this case, but I'm just wanting not just -- not

17   just a response, but whether, as part of your

18   engagement, you were authorized to form, create,

19   or prepare opinions in response to that.

20                     MR. OPPENHEIMER:  Objection

21            to the form.

22                     You can answer if you

23            understand.

24                     Counsel, you can just ask her

25            about the report as well, but go ahead.

263

```
 1        A.   I'd be happy to give you a lecture on

 2   the mistakes in this.

 3        Q.   No, I really am here to ask -- talk to

 4   you about your opinions, which you've already

 5   given, so your initial and your rebuttal.

 6             So I just want to know if you prepared

 7   anything formal in response in this rebuttal.

 8        A.   Nothing formal.

 9        Q.   Okay.

10                  (Whereupon, exhibit is received

11             and marked SEC Osler Deposition Exhibit 7

12             for identification.)

13   BY MR. MOYE:

14        Q.   Please take a moment to take a look at

15   what's been marked as Exhibit 7, which is the

16   amended expert rebuttal report of Patrick E.

17   ██████ ████████.

18        A.   Amended?

19        Q.   Yeah.  It's dated four days after the

20   initial report and I believe there was correction

21   of -- don't quote me on this, but I believe there

22   was a correction of a typo.

23        A.   Oh.  Well, I have seen his expert

24   rebuttal report, Mr. ████████████ rebuttal

25   report.  I do not believe I've seen the amended
```

264

1    expert rebuttal report of Mr. ██████

2         Q.   Okay.  So I guess I could only ask you

3    about what you've seen.

4              So did you -- did you review it and

5    consider it?

6         A.   I reviewed it and considered it, yes.

7         Q.   Okay.  And did you prepare anything

8    formal in response to it like what you did for

9    your initial or your rebuttal report in this case?

10        A.   I --

11                      MR. OPPENHEIMER:  Objection

12             to the form.

13                      You can answer.

14        A.   I have not prepared a formal response.

15        Q.   Okay.  Why don't you put those two aside

16   for right now.

17                      (Whereupon, exhibit is received

18             and marked SEC Osler Deposition Exhibit 8

19             for identification.)

20   BY MR. MOYE:

21        Q.   Are you familiar with what's been marked

22   as Exhibit 8?

23        A.   Yes, I am.

24        Q.   What is Exhibit 8?

25        A.   It's my rebuttal expert report with

265

1    respect to Mr. ███████ original expert report.

2         Q.   And what were you asked to do by

3    counsel -- what was your assignment in connection

4    with this rebuttal report?

5                        MR. OPPENHEIMER:  You can

6              answer as to what your assignment

7              was.

8         Q.   And if it helps to refer to page 2,

9    paragraph 3, that's great.  If not, you can go

10   ahead --

11        A.   Ah, there we go.  There we go.  That's

12   the best way to put it.  Thank you.

13             So I was asked to evaluate and offer my

14   opinions on Mr. ███████ expert report on the

15   topics within my area of expertise.

16        Q.   All right.  And are those opinions set

17   forth in writing in your report?

18        A.   Yes.

19        Q.   I'm just connecting dots here.  You were

20   asked to do something.  You prepared a report.

21        A.   I was asked to do something.

22        Q.   Does this contain your opinions and

23   rebuttals to Mr. ███████ initial expert report?

24        A.   I -- yes.

25        Q.   Okay.  In other words, nothing left out.

266

1    This -- this was what you intended to submit?

2         A.   Nothing left out at the time.

3         Q.   All right.  So I'd like to ask you about

4    certain statements that you made in your rebuttal

5    report to Mr. ████ and I'd like to ask you a

6    number of follow-up questions.  So I'm going to

7    direct you to certain areas, but as in other parts

8    of the deposition today, if you think that to

9    answer that question, you need to refer to some

10   other portion of your rebuttal, you can do that.

11        A.   Thank you.

12        Q.   But let's -- let's direct your attention

13   to page -- to paragraph 9, Footnote 6.  So

14   Footnote 6 comes at the end of the sentence which

15   says "He" -- meaning Mr. ████ -- "asserts that

16   XRP has a fixed supply that affects its trading

17   price, supposedly because of the 100 billion units

18   of XRP that were created initially, a number that

19   cannot be increased."

20             Did I read that correctly?

21        A.   Are we in the paragraph or the footnote?

22        Q.   First the paragraph and then the

23   footnote comes at the end of that sentence.

24        A.   I'm sorry, I was reading the footnote.

25   Okay.

267

1          So "He asserts" -- okay -- "that XRP has

2      a fixed supply that affects its trading price,

3      supposedly because of the 100 billion units of

4      XRP..."

5          Q.   Okay.  And what did you say in your

6      footnote?  Do you mind reading that out loud?

7          A.   "To be clear, I do not disagree with

8      Mr. ████████ statement that the total supply of XRP

9      is capped at 100 billion units.  I disagree with

10     Mr. ████████ suggestion that this limitation on the

11     total number of units of XRP can have any

12     economically significant influence on the

13     day-to-day trading prices of XRP or that it

14     provides any basis to distinguish between XRP and

15     fiat currency."

16         Q.   Okay.  So I have a number of follow-up

17     questions.

18              Is it your view, Professor Osler, that

19     the -- that caps or limits on the number of tokens

20     available in digital asset markets can have no

21     effect on token price?

22                   MR. OPPENHEIMER:   Objection

23              to form.

24         A.   I -- no.

25         Q.   You think they can have an effect on

1    token price?

2        A.   I think I was clear in the footnote,

3    that it is not economically -- has no -- that it's

4    unlikely to have any sig -- economically

5    significant influence on day-to-day trading

6    prices.  So up and down, up and down, up and down.

7        Q.   All right.  Hypothetically, if a

8    different asset, bitcoin, tomorrow had 100 million

9    tokens max, maximum, instead of the current

10   greater limitation and all other things remained

11   equal, would you expect the price of bitcoin to

12   change?

13                   MR. OPPENHEIMER:  Objection

14          to the form.

15       A.   You know, I wasn't asked to opine about

16   bitcoin and I have nothing to say about bitcoin.

17       Q.   Would you be able to draw any conclusion

18   about the supply of the digital token if it were

19   suddenly restricted significantly?  Do you think

20   that would have -- do you think that the

21   principles of economics suggest that any -- that

22   there would be any effect on the price?

23                   MR. OPPENHEIMER:  Objection

24          to the form.

25       A.   So there -- there's a big problem with

269

```
1    your comments, which is that supply is not

2    defined.  And I have clarified that there are

3    various concepts of supply at play here.  And I am

4    taking issue with one concept that Mr. ████

5    applies, but he applies a different concept later

6    on and -- which is more consistent with the one I

7    would use that I think is relevant for what

8    happens on a reasonably semi-high-frequent basis.

9         Q.   Okay.  In your Footnote 6, you use the

10   qualifier "day-to-day trading prices of XRP."

11        Do you see that?

12        A.   Yes.

13        Q.   What do you mean by "day-to-day trading

14   prices"?  How does day-to-day qualify or explain

15   what you're referring to?

16        A.   I'm contrasting it with the, say,

17   averages over periods of time.  I'm talking about

18   the day-to-day fluctuations in prices.  And that

19   is consistent with my immediately following

20   analysis of what we find in macroeconomics with

21   respect to exchange rates, which is that the money

22   supply of a country has no discernible influence

23   on day-to-day, month -- week-to-week,

24   month-to-month movements of exchange rates except

25   in extreme and rare cases and the -- but, of
```

270

1    course, it does matter in the long run.

2         Q.   Do you believe that the limitation on

3    the total number of XRP doesn't have any effect on

4    the day-to-day price for XRP?

5         A.   It does -- the hundred billion

6    limitation?  That particular supply concept does

7    not influence the changes from day-to-day in the

8    price of XRP.

9         Q.   If -- hypothetically, if demand for XRP

10   were to go up significantly and the total number

11   of tokens available for XRP did not increase,

12   would you expect the day-to-day price of XRP to go

13   up?

14                   MR. OPPENHEIMER:   Objection

15             to the form.

16        A.   So I'd just like to highlight.  Is there

17   any difference between -- I mean, so this is a

18   hypothetical.  If the supply were not to change

19   and demand were to rise, would the price go up?

20   In general in economic markets, that's what

21   happens.

22        Q.   All right.  Now, can you analogize that

23   to the XRP market?  If the -- if the demand were

24   to increase significantly and the supply were not

25   to change, in other words, that limitation were

271

1    not to be expanded, would you expect -- would you

2    generally expect prices to rise?

3                        MR. OPPENHEIMER:   Objection

4            to form.

5                        You can answer.

6        A.    If the supply were not to change, yes.

7        Q.    Okay.  And what if the supply were --

8    were to be reduced using those same hypothetical

9    facts?  Would you expect the price to -- to rise

10   more?

11                       MR. OPPENHEIMER:   Objection

12           to the form.

13       A.    If the supply is reduced and the demand

14   simultaneously goes up?  Is that --

15       Q.    Yes.

16       A.    In general, in markets, if the supply is

17   reduced and the demand goes up -- let's be clear

18   on the concept of supply that's supplied here.  It

19   is not this hundred billion figure that matters.

20   It is the amount that's available to trade.  That

21   is the supply concept that's relevant in this

22   context.  That is the supply context -- concept

23   that Mr. ████ uses later on to highlight that the

24   fact that that supply is increasing could be

25   expected to reduce the price.

1          Q.   Is there any timeline where the cap --

2     where -- where a cap or limitation on the number

3     of tokens would matter?  Like over a very long

4     timeline, would it matter?

5                         MR. OPPENHEIMER:  Objection

6          to form.

7          A.   Again, we have -- I need you to be

8     specific about the exact supply or quantity

9     concept you have in mind.  Are you talking about

10    the long-run supply or the short-run supply?

11         Q.   I think I'm going to stick to asking

12    questions.  That's more fun.  Let me -- let me

13    proceed.

14              If the supply of XRP varied from

15    day-to-day, would you expect that to influence the

16    price -- the day-to-day price of XRP?

17                         MR. OPPENHEIMER:  Objection

18         to the form.

19         A.   As a general rule, as economists have

20    known for centuries now, changes in supply

21    typically influence price.

22         Q.   Okay.  So with respect to XRP -- and

23    this is a hypothetical -- if the escrow which is

24    limiting to some degree the circulating supply of

25    XRP, if the escrow were to be opened up and the

1   XRP that is currently in escrow was allowed to

2   circulate, would you expect the circulating supply

3   of XRP to increase quickly and significantly?

4                    MR. OPPENHEIMER:  Objection

5          to the form.

6          A.   It seems like you defined it as

7   increasing.

8          Q.   I said it was available.

9          A.   That was --

10         Q.   I haven't -- I haven't spoken about

11  demand.

12         A.   No, but what you've said is the amount

13  available to trade has gone up.  That is the --

14  that is a reasonable definition in the literature

15  of the short-run supply.  So you said the -- the

16  amount available to trade.  That means the

17  short-run supply of XRP.

18         Q.   Okay.  Let me get on the same page with

19  you.

20              So if the escrow is opened up and the

21  circulating supply is increased by the amount in

22  the escrow but demand does not change, what's your

23  expectation what would happen to the price of XRP?

24                    MR. OPPENHEIMER:  Objection

25         to the form.

274

 1              You can answer.

 2         A.   The -- if the entire escrow were made

 3    available immediately or something like that, I

 4    would expect the price to go down.

 5         Q.   All right.  Okay.  Let's look at

 6    paragraph 10, the next paragraph.  This starts at

 7    the bottom of page 5 and goes over to the top of

 8    page 6.  The phrase I'm going to ask you about is

 9    contained on page 6.  At the top of page 6 within

10    paragraph 10, you say "For XRP this is far less

11    than 100 billion units in existence because many

12    billions of XRP are, A, sequestered in escrow

13    accounts and cannot be traded or potentially, B,

14    held by individuals or entities with no interest

15    in selling their XRP holdings."

16              Do you see that?

17         A.   I do.

18         Q.   And that's what you wrote in your

19    rebuttal report?

20         A.   I did.

21         Q.   Okay.  What is your basis for suggesting

22    or concluding that XRP is being held by

23    individuals with no interest in selling their XRP

24    holdings?

25                   MR. OPPENHEIMER:  Objection

275

1              to form.

2                        You can answer.

3         A.   I was referring to some of the original

4    Ripple insiders.

5         Q.   Okay.  Such as Mr. Larsen,

6    Mr. Garlinghouse?

7         A.   I didn't have specifics in mind.

8         Q.   Okay.  Are you aware that Ripple, the

9    company, and Mr. Larsen and Mr. Gar --

10   Garlinghouse have in the past had a lot of XRP in

11   their holdings?

12                  MS. PROSTKO:  Objection to

13            form.

14                  MR. OPPENHEIMER:  Objection

15            to form.

16                  MR. MOYE:  She beat you to

17            it.

18                  MR. OPPENHEIMER:  You can

19            answer.

20        A.   "A lot" is very vaguely defined.  I know

21   they have had some.

22        Q.   Okay.  Are you aware that in the past,

23   Ripple and Larsen and Garlinghouse have sold much

24   of their XRP holdings?

25                  MR. OPPENHEIMER:  Objection

```
 1              to form.
 2                      MS. PROSTKO:  Objection to
 3              form.
 4         A.   I have -- I'm aware that sales have been
 5    made.
 6         Q.   Can you explain then why you say in
 7    paragraph 10 that "XRP is being held by
 8    individuals or entities with no interest in
 9    selling their XRP holdings"?  Who are you
10    referring to?
11                      MR. OPPENHEIMER:  Objection;
12              mischaracterizes the document.
13                      You can answer.
14         A.   I'm -- I'm just referring to people who
15    own a lot of it and -- general insiders with
16    respect to Ripple is how I thought about that.
17         Q.   Okay.  Why do you believe that these
18    insiders have no interest in selling their XRP?
19    What -- what allows you to make that conclusion or
20    suggestion?
21                      MR. OPPENHEIMER:  Objection
22              to form; mischaracterizes the
23              document and her testimony.
24                      You can answer.
25         A.   I have not thought about that question.
```

277

```
 1        Q.   Well, what were you thinking when you

 2   wrote in B that some of the hundred billion XRP in

 3   existence -- that many billions of the XRP is

 4   being "held by individuals or entities with no

 5   interest in selling their XRP holdings"?

 6                    MR. OPPENHEIMER:  Objection.

 7               Continues to mischaracterize the

 8               document.  I don't know why you keep

 9               ignoring the word "potentially," but

10               okay.

11        A.   I -- indicating that there are

12   individuals that have holdings and that it is my

13   understanding they have no intention of selling

14   them any -- in any great amount any time soon.

15        Q.   All right.  Well, appreciate that

16   clarification, but I'm still interested in an

17   answer, if you're willing to give one, is where

18   you obtained the -- what's the source for your

19   understanding that individuals such as Ripple

20   insiders are not interested in selling the XRP

21   that they hold?

22                    MR. OPPENHEIMER:  Objection;

23               mischaracterizes and asked and

24               answered multiple times.

25        A.   So I have clarified that I'm aware that
```

278

```
 1    there are Ripple insiders and some people who were

 2    once insiders who are not that have significant

 3    holdings and it is -- it was my impression that

 4    those holdings were fairly stable and so that is

 5    the -- the source of my statement.

 6         Q.   Okay.  So would it be fair to say that

 7    in articulating this part of your report, you did

 8    not consider whether, if the price for XRP were to

 9    increase significantly, those individuals might

10    have a desire to sell in the future?

11                   MR. OPPENHEIMER:  Objection

12              to the form.

13         A.   That's a big hypothetical.

14         Q.   It is, but you're an expert.  You can

15    consider and answer that.

16         A.   You know, that's beyond what I have an

17    opinion about in this document and beyond what I

18    have an opinion about now.

19         Q.   Okay.  Let's look at paragraph 11.  Now,

20    I'm not an economist, so I may -- I may not

21    understand this the way you wrote it.

22              But am I correct that in paragraph 11,

23    you're talking about various models or -- or

24    properties of fiat currencies and then you're

25    making an application to how those might affect
```

279

1    XRP?  Did I understand that correctly?

2                    MR. OPPENHEIMER:  Objection

3            to form.

4        A.    I -- I -- I'm not sure that's a -- a

5    great articulation of what's in the paragraph.

6        Q.    Well, let's look at the first paragraph.

7    You say there is a -- "a myriad."

8            Did you mean many?

9        A.    Many.

10       Q.    Many "empirical studies find that a

11   country's money supply has little to no detectable

12   impact on its exchange rates day-to-day,

13   week-to-week, or month-to-month."

14       A.    Yes, I say that.

15       Q.    And you're referring to fiat currencies,

16   correct?

17       A.    I'm referring to fiat currencies.  And

18   as I said in Footnote 6, by "day-to-day," I mean

19   it changes from day-to-day.

20       Q.    Okay.  And then you talk about the

21   hypothesis behind some of these myriad studies.

22   You say, "To quote one of these myriad

23   statements," and you have a quote in there about

24   empirical studies, and then you talk about the

25   time horizons.

280

1        And then you draw a conclusion:  "This

2   evidence suggests that the supply of XRP - however

3   it is measured - it also likely to have equally

4   limited influence on XRP exchange rates."

5        Did I read that last sentence correctly?

6        A.   You read that last sentence correctly.

7        Q.   Okay.  So am I correct that you are

8   saying that you're saying these empirical studies

9   have been done and they talk about the supply of

10  the currency, and because of what I see in these

11  other studies, I don't think that the supply of

12  XRP, however it is measured, is going to impact

13  very much the XRP exchange rate?

14               MR. OPPENHEIMER:  Objection

15        to the form.

16               You can answer.

17        A.   I think the sentence speaks for itself.

18  The evidence suggests that the supply of XRP is

19  likely to have an equally limited influence on XRP

20  exchange rates.

21        Q.   Is there any academic literature

22  applying the same economic models that are

23  applicable to fiat currency to cryptocurrency,

24  particularly with respect to supply of those

25  currencies?

1          A.   I couldn't --

2                     MR. OPPENHEIMER:  Objection.

3          A.   So are -- I guess the question is do you

4     mean models or empirical analyses?

5          Q.   Anal -- we can say analyses, sure.

6                     MR. OPPENHEIMER:  Same

7          objection.

8                     You can answer.

9          A.   Okay.  I'm not aware of any.

10         Q.   Are you making an assumption for

11    purposes of paragraph 11 that the same models and

12    rules that you see in the supply of fiat currency,

13    that those would apply the same way with regard to

14    cryptocurrencies?

15                    MR. OPPENHEIMER:  Objection

16         to form.

17                    You can answer.

18         A.    I'm highlighting a parallel that the

19    evidence -- there's a consensus of evidence with

20    respect to fiat currencies; that the supply of

21    those currencies has no detectable influence on

22    changes in the prices of those currencies over

23    short horizons, meaning any -- short horizons such

24    as those I've included here.

25                    And so I'm looking at the supply of XRP

282

1    and I'm saying if the evidence about one form of

2    money is correct, then we can perhaps use that as

3    an insight into these -- how it works with this

4    cryptocurrency.

5        Q.   Are you aware that Ripple has escrowed a

6    very large amount of the XRP that it owns?

7        A.   Yes.

8                 MR. OPPENHEIMER:  Objection

9            to the form.

10                THE WITNESS:  Sorry.

11       Q.   What's your -- what's your understanding

12   of why Ripple did that?

13                MR. OPPENHEIMER:  Objection.

14                You can answer if you know.

15       A.   My understanding was that there was a

16   fear among users that the -- that there was a

17   potential for a very large increase that could be

18   detrimental to the functioning of the market and

19   they wanted to reassure people that there wouldn't

20   be.

21       Q.   Do you view that fear, as you describe

22   it, among users as irrational?

23       A.   I see a strong parallel to the -- the --

24   how am I going to -- I'm looking for a phrase.  My

25   apologies for being slow -- a strong parallel to

283

1    the way money is managed in fiat currency

2    economies, which is it's very important, as we

3    know, for governments, and specifically central

4    banks, to ensure that money supplies do not grow

5    extremely rapidly.

6            And so there was a need to provide the

7    same reassurance.

8        Q.   And with regard to these users, as

9    you've described them, do you believe that these

10   users are people that are only holding XRP for a

11   minute each day as they do foreign currency

12   transactions or are you thinking of people that

13   hold their XRP as a store of value for much longer

14   periods of time?

15                   MR. OPPENHEIMER:   Objection

16           to the form.

17       A.   You know, I wasn't thinking specifically

18   about exactly which kind of Ripple user.

19       Q.   Well, I think according to paragraph 11,

20   you said -- if I understand paragraph 11

21   correctly, I think you're saying that the amount

22   of currency in circulation does not affect the

23   day-to-day price one way or the other.

24           And so I'm asking you if you think

25   Ripple's actions in escrowing a large amount of

1    the XRP that it owns had any economic basis if the

2    amount in circulation would not have affected the

3    day-to-day price of XRP?

4                        MR. OPPENHEIMER:  Objection

5            to the form.

6        A.   There's an elision here that I don't see

7    the -- it's not clear -- there's an elision here

8    and I -- that would need to be clarified before I

9    could answer and the elision is -- oh, God, now I

10   have to reconstruct it.

11           You've got the escrowing and day-to-day

12   price changes.  And would the escrowing have

13   affected the day-to-day price changes?  Maybe for

14   one day when it was announced, but otherwise, no.

15       Q.   Okay.  So just before I move on, can you

16   clarify whether you thought the users that -- that

17   Ripple wanted to reassure in creating the escrow

18   were the people that were doing foreign currency

19   exchanges using ODL?

20       A.   As I --

21                       MR. OPPENHEIMER:  Objection.

22                       You can answer.

23                       THE WITNESS:  Sorry.

24       A.   As I explained, I didn't think about

25   exactly which users were going to care about it.

285

1        Q.   When was the escrow created?

2        A.   I couldn't -- I don't remember the

3   precise date.

4        Q.   Was it created before or after ODL was

5   commercially available?

6        A.   I don't know the precise date.

7        Q.   Okay.  Let's look at paragraph 21 of

8   your rebuttal.  Nope, I'm sorry.  Went ahead too

9   fast.  Paragraph 17, bottom of page 9.

10            The first sentence of paragraph 17

11   indicates that "The absence of contrast between

12   fiat currencies and XRP in this regard also

13   invalidates Mr. ███████ implicit assertion that

14   Ripple chose to fix the supply of XRP day-to-day,

15   and grow it at a slow pace, to lead investors to

16   expect its price to rise."

17            Do you see that?

18        A.   I see that.

19        Q.   What do you mean by the qualifying

20   phrase, "in this regard"?  What are you referring

21   to?

22        A.   Oh, good Lord.  I apologize.  I have to

23   read the context.  You can see that the whole

24   paragraph refers to what's before it.

25        Q.   Yes.  Please read paragraphs 16 and 17

1    together if that helps.

2                       MR. OPPENHEIMER:  Read as

3              much of the report as you need to to

4              get the context.

5                       MR. MOYE:  Or do that.

6                       (Pause)

7        A.   So the question you posed had to do with

8    what I was referring to when I say "in this

9    regard"?

10       Q.   That's right.

11       A.   I am highlighting that with respect to

12   Mr. ███████ supposed contrast between fiat

13   currencies and XRP in terms of the supply, there

14   is no contrast; that fiat currencies do not have

15   variable supply in contrast to -- let's see.  What

16   is it?  Fiat currencies do not have variable

17   supply in contrast to what Mr. ██████ had claimed.

18       Q.   Do fiat currencies have fixed supply?

19                       MR. OPPENHEIMER:  Objection

20             to the form.

21       A.   I think we need to be very careful about

22   the nature of fixed supply as I am in my rebuttal.

23            I highlight that the supply that matters

24   for day-to-day pricing is kind of a slow-moving

25   amount that is similar to the slow growth in a

287

1    country's money supply in a well-managed country.

2           And so that on a minute-by-minute,

3    day-to-day -- usually day-to-day basis, there is

4    no change in the supply of XRP or in a country's

5    money supply.  That it's -- and that is why dollar

6    exchange rates and everything else fluctuate quite

7    dramatically as I showed in Figure 2 of this

8    rebuttal.

9       Q.  So are you asserting that US dollar

10    day-to-day has a fixed supply?

11                MR. OPPENHEIMER:  Objection

12         to the form.

13       A.  I've clarified that it has a controlled

14    supply.  And, in fact, I show that in one of the

15    figures in this rebuttal.  And, yes, in Figure 1

16    of this rebuttal, I show that U.S. money supply

17    grows slowly and fairly steadily and I highlight

18    that that is a controlled supply, if you will.

19           So I think the relevant contrast is, is

20    it controlled at any moment or is it changing at

21    every moment like a stablecoin in order to keep a

22    fixed price?  And the answer is, it is not

23    changing at every moment like a stablecoin.  In

24    both cases, fiat currencies and XRP, contrary to

25    Mr. ███████ claim that they're different, in fact,

288

1    they are the same.  They are growing at slow and

2    relatively steady rates.

3        Q.   So I understand your point about fiat

4    currency being different in its supply than a

5    stablecoin.  I do want to drill down more, though,

6    and understand what you -- what you mean by a very

7    slow rate of growth.

8             With regard to December 21st, 2021, do

9    you believe that the supply of US dollars is fixed

10   or variable?

11                  MR. OPPENHEIMER:  Objection

12           to the form.

13       A.   I -- I think that that's -- I just

14   clarified that fixed is not the relevant concept.

15       Q.   Do you believe that it is changing

16   during the day, during December 21st, 2021?

17                  MR. OPPENHEIMER:  Objection

18           to the form.

19       A.   I be -- so let's be -- let's talk about

20   monetary theory and how the money supply process

21   works.  The central bank has indirect control over

22   the money supply.  It controls something called

23   the monetary base.  As I describe in this

24   rebuttal, the money supply is the monetary base

25   times something known as the money multiplier.

1  And in -- in -- in most countries most of the

2  time, the -- the product of the two gives you the

3  money supply.

4          And so the central bank is doing its

5  best to create slow, steady growth in the money

6  supply, changing the monetary base as needed.  And

7  the signals in there are a little loose, so on any

8  given day, there may be some slight changes going

9  on.  But the -- what the central bank is

10  achieving, as highlighted in Figure 1 very

11  clearly, is slow, steady growth in the money

12  supply.  That is what's being achieved.

13      Q.   I understand that's what you're

14  referring to in Figure 1.  What I'm asking you may

15  be a different question, but I think we're getting

16  to the heart of it.

17          Do you think that the money supply

18  available in US dollars on December 21st, 2021, is

19  changing, however slightly, during today, during

20  the day?

21              MR. OPPENHEIMER:  Objection;

22          asked and answered.

23      Q.   You can answer.

24              MR. OPPENHEIMER:  You can

25          answer again.

290

1      A.   You know, it -- I guess what I'm trying

2   to say is Mr. ███████ characterization is false

3   whether or not it changes a tiny bit on a day.

4      Q.   Perfect.  Thank you.

5           And with regard to the analogy between

6   the central banks and the indirect supplier using

7   and how we're -- and trying to get to the function

8   or operation of XRP, how it's performing, do you

9   view Ripple as acting analogous to central bank

10  with regard to XRP the way the Federal Reserve

11  acts with regard to the US dollar?

12                  MR. OPPENHEIMER:  Objection

13          to the form.

14     A.   They are very different.

15     Q.   Very different.

16          Did you not suggest earlier that the

17  goal of the Federal Reserve would be to grow

18  slowly the supply of US dollars over time?  Is

19  that -- did I understand your testimony correctly?

20     A.   That is correct.  I said that.

21     Q.   Okay.  Do you believe Ripple has the

22  same goal or objective with regard to the supply

23  of XRP, to have it grow slowly over time?

24                  MR. OPPENHEIMER:  Objection

25          to the form.

291

```
 1        A.    I wouldn't know.

 2        Q.    Why do you think Ripple has escrowed

 3   such a significant percent -- such a significant

 4   percentage of the XRP that would otherwise be

 5   available to trade if it was not interested in

 6   controlling in some way the amount of XRP

 7   available?

 8              MR. OPPENHEIMER:   Objection;

 9        mischaracterizes the record, assumes

10        facts not in evidence, ambiguous, and

11        I think asked and answered.

12              You can answer again.

13        Q.    Yeah, go ahead.

14        A.    Ripple was sending a signal to the

15   market that one extreme possibility would not

16   happen.  There was -- the -- the market recognized

17   an extremely unlikely but nonetheless, in their

18   view, possible outcome of a huge flood in the

19   amount of XRP available all at once.

20              And Ripple was escrowing it to send a

21   signal to people that there would not be a huge

22   flood all at once.

23        Q.    Are Ripple and its founders continuing

24   to sell XRP into the market today?

25        A.    Today like today this day?
```

292

1                    MS. PROSTKO:  Objection.

2        Q.   Not like today the 21st of December, but

3    this year.

4                    MR. OPPENHEIMER:  Objection

5         to form.

6        A.   My understanding is that they -- the way

7    they choose to sell has to do with what's needed

8    to support the transactions on ODL in particular,

9    I believe.  In fact -- yeah.  I believe --

10       Q.   Is it analogous to growing -- sorry to

11   interrupt.  No, that's fine.

12                   MR. OPPENHEIMER:  Were you

13        done with your answer?

14                   THE WITNESS:  I'm done

15        answering.

16       Q.   Okay.  Is it in any way analogous to

17   growing the supply of XRP slowly over time as

18   needed?

19                   MR. OPPENHEIMER:  Objection

20        to the form.

21                   You can answer.

22       A.   There's a -- there's a difference here

23   that's quite important.  The -- the goal of a

24   central bank in controlling the money supply is to

25   avoid inflation, avoid too many change -- too fast

293

1    changes in the value of a money in terms of goods

2    and services.

3            The goal of Ripple is to ensure there is

4    sufficient liquidity, sufficient amount for

5    trading so that people don't run short.  And a

6    shortage of money is something that has happened

7    historically and can be a problem.

8        Q.   So how much -- do you have any idea how

9    much XRP is needed on a day-to-day or short-term

10   basis to trade in connection with ODL?

11       A.   I could not put a precise number on it

12   at all.

13       Q.   Are you suggesting in your answers today

14   that Ripple and its founders are only selling XRP

15   into the market to increase the supply and allow

16   ODL transactions to occur instead of a variety of

17   other reasons?

18                   MR. OPPENHEIMER:  Objection

19           to the form.

20                   MS. PROSTKO:  Objection to

21           the form.

22       A.   I could not preclude other reasons.

23       Q.   Okay.  Let's look at paragraph 18.  I'm

24   paraphrasing you, but you indicate that

25   Mr. ███████  incorrect.  You think there's not a

294

1    meaningful distinction between fiat currencies and

2    XRP with respect to whether the supplies and

3    prices are fixed or variable and that this

4    incorrect assertion also extends to his discussion

5    of stablecoins.

6              Am I more or less correct about what

7    you're saying?

8        A.   We haven't gotten to the meat of what

9    I'm saying in that paragraph.

10       Q.   All right.  Let me ask you some related

11   questions to what you're saying in that paragraph.

12             On a -- on any given day of the week --

13   could be this week, could be last week, could be

14   next week -- do you believe XRP has a variable or

15   a fixed supply?

16                  MR. OPPENHEIMER:  Objection

17             to the form.

18       A.   I have been very clear that fixed is not

19   the concept I'm working with; that it would not be

20   a relevant -- in -- in the context of the supply

21   of XRP, controlled would be -- or, anyhow.  It's

22   fixed on a -- on most individual days, it is

23   fixed.  I would be happy to say that.

24       Q.   Okay.  Does XRP have a fixed price

25   relative to the price of the US dollar?

295

1          A.   No, it does not.

2          Q.   On any given day of the week, does the

3     USDC stablecoin have a variable supply?

4          A.   It does so far as I'm aware.   My

5     understanding of how those work is that the supply

6     changes to keep the price in respect to US dollar

7     fixed.

8          Q.   Okay.

9          A.   The point of the paragraph is that that

10    does not fix the price of the USDC in terms of any

11    other currency.

12         Q.   Any other currency.   Okay.

13              But you agree USDC does have a fixed

14    price relative to -- that USDC does have a fixed

15    price relative to US dollar?

16         A.   Relative to one currency, yes.

17         Q.   Okay.  Let's go to paragraph 19.

18              You say "Contrary to the assertion in

19    paragraph 27 of Mr. ████████ report, economic

20    analysis indicates that a stablecoin would be

21    neither better nor worse than XRP as a vehicle

22    (bridge) currency because the value of a

23    stablecoin is only stable with respect to one

24    currency.  The issues Mr. ██████ identifies with

25    XRP in paragraphs 28 and 29 of his report would

296

 1    therefore arise equally with a stablecoin."

 2            Did I read that correctly?

 3        A.   You did read that correctly.

 4        Q.   All right.  What is the assertion that

 5    Mr. ████ made in paragraph 27 of his report?

 6                    MR. OPPENHEIMER:  Objection

 7            to form.

 8        Q.   I can give you a copy of the report

 9    if -- if it would be helpful.

10        A.   And this is his -- not --

11        Q.   This is his original report.

12        A.   -- not his amended rebuttal, but --

13        Q.   Okay.  I'm going to hand you -- the

14    question is still pending, but I'm going to hand

15    you what's been marked as Exhibit 9 because I

16    believe that may assist your answer.

17        A.   All right.

18                    MR. OPPENHEIMER:  I'll

19            withdraw the objection now that she's

20            got a copy.

21                    (Whereupon, exhibit is received

22            and marked SEC Osler Deposition Exhibit 9

23            for identification.)

24                    THE WITNESS:  Okay.

25                    MR. MOYE:  Perfect.

1      A.   27.

2      Q.   So what's the assertion you're

3  disagreeing with?

4      A.   Okay.  So the overall assertion is that

5  stablecoin -- you know, it's hard to know where to

6  start.  I'm so sorry.  The overall -- the

7  overall -- contrary to the assertion in paragraph

8  27, he's arguing in general that a stablecoin

9  would be superior as a -- as a vehicle currency

10  and -- which is colloquially known as a bridge

11  currency and -- and I'm taking issue with that.

12      Q.   You disagree with that for the reasons

13  set forth in paragraph 19 of your report?

14                  MR. OPPENHEIMER:  Objection

15          to the form.

16                  You can answer.

17      A.   Okay.  I disagree with that for reasons

18  set out in paragraph 18, and paragraph 19 can be

19  interpreted as a summary, if you will, of the

20  implications of paragraph 18.

21                  And what I highlight in paragraph 18 is

22  that the value of a stablecoin is only stable with

23  respect to one currency.  So, for example, if --

24  suppose we wanted to use a stablecoin to get from

25  Japanese yen to pesos as we've been talking about.

298

1    The initial exchange rate is between the yen and

2    the stablecoin, which is tied to the dollar, and

3    the subsequent exchange rate is between the

4    stablecoin and the peso and the stablecoin again

5    is tied to the dollar.

6            Well, we know that dollar exchange rates

7    are quite volatile, so the value of the stablecoin

8    in the two exchange rates for that transaction

9    would be unstable.  Would be -- well, let me just

10   say would not be stable.

11           And the idea put forth by Mr. ████

12   that the median price would be fixed, is

13   incorrect.

14       Q.   Okay.  In paragraph 19, you -- you're

15   disagreeing with Mr. ████  for the reasons

16   explained.  You say "economic analysis indicates."

17    What economic analysis are you referring to?  Are

18   you referring to your own understanding and

19   analysis or something else?

20                   MR. OPPENHEIMER:  Objection

21           to form.

22       A.   I'm referring to the economic analysis

23   in my report --

24       Q.   Okay.

25       A.   -- where I -- yeah.  I take the broad

299

```
 1    understandings in the literature, I apply them to

 2    the facts, and that's my analysis.

 3         Q.   All right.  Let's look at paragraph 21.

 4                   MR. OPPENHEIMER:  Of which

 5         report?

 6                   MR. MOYE:  Of the Osler

 7         rebuttal.

 8                   MR. OPPENHEIMER:  Thank you.

 9         Q.   So there's a sentence in here.  You say

10    "First, and most significantly, a person" -- you

11    quote Mr. ████    You say he's mistaken.  You say

12    his assertion "is flatly incorrect."  And then you

13    say "The vast majority of fiat currency

14    transactions that do not start or end in US

15    dollars require two steps, not one."

16              Do you see that?

17         A.   Yes.

18         Q.   Okay.  So I have a related question.

19         A.   I think it's important for the record to

20    just highlight what Mr. ████ did say.

21         Q.   Please read it.

22         A.   "Mr. ████ mistakenly asserts that 'when

23    using a traditional cross-border payment systems

24    there is a single foreign exchange transaction.'"

25         Q.   Correct.  So I'm asking you about ODL.
```

300

1            What percentage of ODL volume do you

2       understand is involved in a payment corridor that

3       does not start or end in US dollars?

4                        MR. OPPENHEIMER:  Objection

5            to the form.

6                        You can answer.

7       A.   I would have -- I -- I do not have

8       precise numbers.

9       Q.   Do you know if that amount is

10      significant at all?

11                       MR. OPPENHEIMER:  Objection

12           to form.

13      A.   I do not know, I'm sorry.  What I do

14      know is -- well, I'll just leave it at that.

15      Q.   So do you know -- do you know whether,

16      in fact, the percentage of ODL volume involved in

17      a payment corridor that does not start or end in

18      USDA and USD is extremely small, less than a

19      percentage?

20                       MR. OPPENHEIMER:  Objection

21           to form.

22      A.   Here's what I do know.  Ripple has

23      focused on creating networks in the Pacific Rim

24      and has created quite a few relationships with

25      Pacific Rim remittance service providers as we

301

1    discussed this morning.  And that is a logical

2    strategic development according to standard

3    economic analysis for disruptive innovation and

4    dealing with products that require a network.

5            So that all fits.

6        Q.   Let me ask you hypothetically.  Assuming

7    the Pacific Rim were in this corridor that

8    you're -- that you've been discussing.  Suppose it

9    runs, hypothetically, to or from the United

10   States.

11           Wouldn't that eliminate for the purpose

12    of that corridor virtually all transactions

13    within that remittance corridor because it would

14    either start or end in US dollars?

15                   MR. OPPENHEIMER:  Objection

16           to form.

17       A.   I -- I -- perhaps I'm unable to make

18   sense of your question.

19           Remittances go all throughout that

20   region, from one country to another, from

21   Singapore to Malaysia, from Thai -- Japan to

22   Thailand, from Hong Kong to all of these

23   countries.  From South Korea, that's another one

24   of the rich ones, to the Philippines.

25           So the dollar would -- if the U.S. is

302

1    added as another node, that would not change the

2    amount of -- that would not change anything.

3        Q.   So let's be clear about this.  We're

4    talking about ODL.

5            Do you know, in fact, the country of

6    origin and the destination country for all of the

7    transactions that take place in that remittance

8    corridor?

9                    MR. OPPENHEIMER:  Objection

10           to form.

11                   You can answer.

12       A.   I -- I do not know that -- that

13   information.

14       Q.   Do you believe that the ODL -- that the

15   transactions using ODL in the Pacific remittance

16   corridor do not mostly involve US dollars in the

17   originating or ending currency?

18                   MR. OPPENHEIMER:  Objection

19           to form.

20                   You can answer.

21       A.   I don't -- within -- maybe I -- I just

22   lost track of the question.  It's getting late in

23   the day.  Say it again.

24       Q.   Yeah.

25           Did you look to determine for the use of

303

1    ODL the amount of transactions which did not begin

2    or end with US dollars?

3                        MR. OPPENHEIMER:  Objection.

4                        You can answer.

5         A.   I did not look.  I would be surprised if

6    such information were available.

7         Q.   But without looking, you can't -- you

8    can't be certain, can you?

9         A.   I cannot be certain, but I do know

10   where the -- yeah.

11        Q.   Let's look at paragraph 21.  Continue to

12   look at paragraph 21, a little further down.  You

13   talk about currency pairs including the Danish

14   krone and the euro and the Japanese yen and the

15   euro.  I have some questions about that.

16             What's the basis for your understanding

17   about how these currency pairs operate?  I didn't

18   see a footnote but I could have missed it.

19        A.   This is common knowledge with respect to

20   how the foreign exchange market works.

21        Q.   Okay.  Is there a currency pair for the

22   Australian dollar to the Philippine peso?

23        A.   I don't believe so.

24        Q.   Is there a currency pair for the Swiss

25   franc to currency other than the U.S. dollar?

1        A.    So let's be clear.  Perhaps we need to

2     be precise about when you say "a currency pair."

3     The pair exists.  Is there active trading in the

4     direct exchange?  I do not believe so.

5        Q.    All right.  Is it possible there's a

6     host of other trading pairs where there's no

7     active trading going on?

8                        MR. OPPENHEIMER:  Objection

9            to form.

10                       You can answer.

11       A.    So technically one could be precise

12    about the number of theoretical pairs.  I worked

13    out the number using the United Nations' number of

14    active currencies, which is 154.  And you can do

15    the math.  And it turns out that the theoretical

16    number of pairs is something above 11,000.

17                And in terms of the actively traded

18    pairs, it -- the understanding around those of us

19    who know foreign exchange, supported by -- well,

20    anyhow, the understanding, the knowledge, is that,

21    by and large, the vast majority of these only

22    trade directly with dollar and the major

23    exceptions are now euro within Europe.

24       Q.    Do you know what percentage of ODL's

25    volume is with Pacific Rim?

305

```
 1                   MR. OPPENHEIMER:  Objection;

 2          asked and answered.

 3      A.   I'd like to highlight that in my

 4  analysis, I'm looking forward to -- I'm

 5  considering whether the product can become an

 6  important competitor.  And so I look at the total

 7  amount.  The total, all the corridors of

 8  remittances.

 9          And as I highlight in paragraph 22,

10  there are massive amounts of remittances from

11  states in the Near East to the subcontinent of

12  Asia.  There are tons of remittances going around

13  Asia.  There's tons of remittances going from

14  Europe now to the Near East.  So those are the

15  channels that I consider important, the ones where

16  Ripple could in the future compete.

17      Q.   So I apologize if this is too similar to

18  some of the prior questions I've asked you.  I'm

19  used to repeating myself a little bit.

20          Can you tell me why you didn't think it

21  was important to look at Ripple's experience using

22  ODL in forming your opinion about whether ODL is

23  well suited to compete as a disruptive technology?

24  I mean, wouldn't it make sense to look at Ripple's

25  past experience in determining whether it has
```

306

```
1     built a better mousetrap than the rest of the

2     world?

3                    MR. OPPENHEIMER:  Objection.

4                    You can answer.

5          A.   There's an assumption here that I did

6     not look.  The premise is false.

7          Q.   Did you look at MoneyGram?

8                    MR. OPPENHEIMER:  Objection.

9                    You can answer.

10         A.   I did not look closely at MoneyGram.

11         Q.   Did you look at the volume that goes

12    back and forth through using ODL to the Pacific

13    Rim?

14         A.   As I have stated already, that

15    information is not available.

16         Q.   How do you know it's not available?  Did

17    you ask Ripple?

18                   MR. OPPENHEIMER:  Objection.

19         A.   As I have stated, I did not reach out to

20    Ripple and I have not communicated with Ripple.

21         Q.   Okay.  And do you know whether the flow

22    of money between the United States and Mexico

23    flows predominantly in one direction or the other

24    as -- as used by Ripple's ODL product?

25                   MR. OPPENHEIMER:  Objection.
```

1        A.    As I have said, I don't have the

2    information on what's exactly on ODL.

3        Q.    Okay.  So let's look at paragraph 25.

4    The top of page 13, in the middle of paragraph 25,

5    you're referring to "interbank transfers."  You

6    say "the kind Mr. ███ considers here are the

7    most expensive with average costs in excess of 10

8    percent for remittances."

9              Do you see that?

10       A.    I see that text.

11       Q.    Okay.  So with respect to those

12   remittances which have the fees in excess of 10

13   percent that you've discussed previously today,

14   who is bearing those costs?  Is it the end user?

15                    MR. OPPENHEIMER:  Objection

16             to form.

17       A.    The 10 percent number I cited earlier,

18   as I explained earlier, is the sum of costs borne

19   by senders and receivers.

20                    THE REPORTER:  Borne by?

21                    THE WITNESS:  Senders and

22             receivers.

23       Q.    So at least one of those would be the

24   end user, correct?  The person who ends up with

25   the funds?

308

1                    MR. OPPENHEIMER:   Objection

2          to form.

3                    You can answer.

4          Q.   Let's use your terminology.   I

5    apologize.

6          A.   Okay.

7          Q.   All right.   Do you understand

8    Mr. ███████ report to be evaluating costs to

9    senders and receivers or is he evaluating costs to

10   remittance services?

11                   MR. OPPENHEIMER:   Objection.

12                   You can answer.

13         A.   Let's be clear.   Mr. ██████ statement

14   is ambiguous in many ways.   And as I highlight

15   here, he -- he con -- he appears to confuse

16   bid/ask spreads and fees.

17              So without clarity, it's -- it would be

18   very difficult to know exactly who he had in mind.

19         Q.   Are you certain you understood what he

20   was saying in his report?   Is it possible you

21   misperceived or misunderstood?

22                   MR. OPPENHEIMER:   Objection

23         to the form.

24                   You can answer.

25         A.   I am certain that he was confused

309

```
1    because he supports his description of fees with

2    information about bid/ask spreads rather than fees

3    from an academic paper.

4                    THE REPORTER:  From?

5                    THE WITNESS:  From an

6            academic paper.  You know what?  I'm

7            getting really dry.

8        Q.   Let's look at paragraph 27.  You say

9    "Mr. █████ argues that 'anyone buying XRP to

10   facilitate cross-border payments would have to

11   bear the substantial price volatility of XRP.'

12   This argument misunderstands the nature of

13   volatility and how the ODL product actually

14   functions."

15           Do you see that?

16       A.   Yes.

17       Q.   So in your report -- or in making that

18   statement, are you talking about the -- are you

19   talking about money transmitters or are you

20   talking about market participants, including

21   market makers?

22       A.   With respect to what?

23       Q.   Your criticism in paragraph 27.

24       A.   I'm discussing Mr. █████ point that

25   anyone buying XRP to facilitate.  So however he's
```

1   defining "anyone," I'm disputing -- I'm -- I'm

2   disputing that point.

3       Q.   Okay.  Are -- are you intending to

4   suggest that market makers would not be subject to

5   substantial price volatility in XRP?

6                   MR. OPPENHEIMER:  Objection

7           to form.

8       A.   What I highlight is that the standard

9   deviation of -- or the volatility of exchange rate

10  of the XRP price in terms of dollars at the

11  five-second time horizon is less than 1/100th of 1

12  percent.  And I contrast that with a figure he

13  provides of 65.1 percent, which is this annualized

14  version of one-month volatility and is not

15  relevant to the actual volatility that would be --

16  that anyone would be subject to at the five-second

17  time horizon.

18              And this -- this amount of volatility is

19  quite small.  And I also highlight -- I believe I

20  highlight it in there somewhere -- that dollar --

21  I highlight in these documents the dollar is quite

22  volatile.  It's an -- dollar exchange rates are

23  volatility and, as a result, anyone who uses the

24  normal foreign exchange markets to get from one --

25  from one nondollar currency to another and -- and

311

```
 1   uses the dollar as a vehicle currency would also

 2   be subject to volatility in that small time

 3   horizon.

 4        Q.   As you understand the ODL corridor, does

 5   anyone hold XRP for longer periods of time than

 6   you suggest in your report?

 7                   MR. OPPENHEIMER:  Objection

 8        to form.

 9        A.   It's my understanding that the -- so the

10   sender of the fiat currency does not and the

11   remittance service provider does not.  Ripple, as

12   a market maker, might or might not.  And then on

13   the other end, you've got the remittance service

14   provider on the other end, which can be the same

15   as the first one, they do not.  And the final

16   recipient of the fiat currency does not.

17        Q.   Are you assuming that Ripple does not

18   use market makers to provide liquidity in the ODL

19   corridor?

20                   THE REPORTER:  I'm sorry,

21        repeat.

22        Q.   Are you assuming that Ripple does not

23   use market makers to provide liquidity in ODL

24   corridors?

25                   MR. OPPENHEIMER:  Objection
```

312

```
 1              to form.
 2       A.   I have -- so what I have -- okay.  No,
 3   I'm not assuming.
 4       Q.   You think you have some knowledge
 5   that -- that precludes the possibility of Ripple
 6   using market makers in its ODL corridors?
 7                 MR. OPPENHEIMER:  Objection
 8              to form.
 9       A.   Okay.  We're getting tangled.  Let's
10   start again on that one.
11       Q.   All right.  Does Ripple use market
12   makers to provide liquidity in its ODL corridors?
13                 MR. OPPENHEIMER:  Objection.
14       A.   Clarify what you mean for "use market
15   makers," please.
16       Q.   Yeah.  Do people who use ODL, the ODL
17   product, for foreign currency exchange, do they
18   obtain their XRP from market makers other than
19   Ripple to effectuate these transactions?
20                 MR. OPPENHEIMER:  Objection
21              to form.
22       A.   My understanding of the ODL product is
23   that Ripple provides the XR -- does the
24   transaction in the middle as a market maker, as I
25   said earlier, and that Ripple sometimes sources --
```

1    and I -- the -- the XRP from other market

2    participants whether they're market makers or not.

3        Q.   Okay.  So I think you've explained your

4    understanding and I appreciate that and I thank

5    you for that.

6            I'm going to suggest a hypothetical.

7    Suppose you're wrong and suppose that in ODL

8    transactions, remittance providers reach out to

9    market makers other than Ripple to buy and sell

10   XRP in order to effectuate these transactions.

11           Under those conditions, wouldn't those

12   market makers be exposed to price volatility in

13   XRP because they are going to hold their XRP

14   longer than a minute or five seconds or -- or this

15   shorter time period we've talked about?

16       A.   The nature of market making is to take

17   on inventory risk.  This is one of the things that

18   all market makers in all circumstances do and they

19   get compensated for it.

20       Q.   Let's look at paragraph 28.

21                   MR. MOYE:  Why don't we do

22               that now.  Want to take a short --

23               why don't we take a short break so he

24               can switch cards.

25                   THE WITNESS:  Okay.

314

1                    THE VIDEOGRAPHER:  Okay.

2             Going off the record at 5:19.

3                    (Whereupon, a recess is taken.)

4                    THE VIDEOGRAPHER:  Okay.

5             Back on the record at 5:35.

6    BY MR. MOYE:

7        Q.   Professor Osler, do you know whether

8    Ripple in the past has paid market makers because

9    they bear the risk of holding XRP?

10       A.   I do not know that.

11       Q.   Let's look at paragraph 31 of your

12   rebuttal.  If I'm understanding correctly, you

13   indicate that "exchange rates among fiat

14   currencies are highly volatile."

15            Do you see that?

16       A.   I do.

17       Q.   And you criticize Mr. ███████ for what you

18   think is a misunderstanding about the average

19   change in certain prices between vehicle

20   currencies, is that correct?

21                    MR. OPPENHEIMER:  Objection

22            to form.

23       A.   I -- I'm not sure that's how I would

24   articulate it at all.

25       Q.   Okay.  How would -- how would you

```
1    articulate what you're saying in paragraph 31?

2         A.   I'll finish reading the paragraph and

3    then I'll provide a summary.  All right.

4              (Pause)

5         A.   So Mr. -- all right.  If I...

6         Q.   █████████

7         A.   Yes, I'm -- I'm trying to -- Mr. ██████

8    yes.  I'm trying to just reconstruct the line of

9    reasoning here.

10             So I'm saying that a fiat currency would

11   have volatility if it were used as a vehicle

12   currency as is true for XRP.  And, in fact, the

13   dollar is used as the vehicle currency in the

14   world's foreign exchange market.  It is -- it is

15   the dominant vehicle currency as I've discussed.

16   And dollar exchange rates are volatile, which

17   means that in the whatever seconds it is involved

18   in a conversion from yen to Phil -- to dollars and

19   dollars to Philippine pesos, whoever is doing the

20   conversion is exposed to risk.

21        Q.   Okay.

22        A.   So there's to be -- to summarize that,

23   there's no qualitative difference in that between

24   XRP and a fiat currency.

25        Q.   Is it your understanding that one of the
```

1    main remittance corridors that was involved in

2    using the ODL was between United States and

3    Mexico?  Is that consistent with your

4    understanding?

5                        MR. OPPENHEIMER:  Objection

6            to form.

7                        You can answer.

8        A.   I think I clarified earlier that I was

9    not aware of the balance of doll -- of remittance

10   flows within ODL.

11       Q.   Were you aware that the corridor between

12   United States and Mexico was one of the corridors

13   where ODL was used?

14                       MR. OPPENHEIMER:  Objection.

15                       You can answer.

16       A.   I think I've answered that.

17       Q.   Is that a yes?

18       A.   It depends on how the question was

19   phrased.

20       Q.   Let's repeat --

21       A.   I have answered that I did -- was not

22   aware of the balance of where ODL -- of currency

23   pairs of remittance corridors where ODL was used.

24       Q.   Okay.  Well, please assume for this

25   question then that it is true that the remittance

317

1    corridor is between the United States and

2    Mexico -- sorry -- and ODL was used to make

3    currency transactions in that corridor.  Okay?

4        A.  Okay.

5        Q.  Is there a vehicle corridor -- is there

6    a vehicle currency when trading between US dollars

7    and Mexican pesos?

8        A.  No, there is not.

9        Q.  How does the US dollar function in

10   trading between US dollars and Mexican pesos?

11       A.  It functions as the beginning currency,

12   the sending currency, and -- yeah, it's the

13   sending currency and then Mexican pesos are the

14   receiving currency.

15       Q.  Okay.  For transactions from US dollar

16   to Mexican pesos, do you know how long US dollars

17   is being held?

18                    MR. OPPENHEIMER:  Objection.

19                    You can answer.

20       A.  If -- there's an apples-to-oranges

21   comparison here.  The -- there's no vehicle

22   currency, so there no concept of holding the

23   dollars.

24       Q.  So how about for a transaction that does

25   use a vehicle currency?  Some Australian dollars

318

1    to US dollars to Philippine pesos.

2            Do you have any understanding of how

3    long the sender is exposed to price volatility of

4    US dollars?

5        A.   In the wholesale foreign exchange

6    market, those transactions happen extremely

7    rapidly.  Seconds.

8        Q.   Is the sender exposed to price

9    volatility if it takes time to settle?

10                   MR. OPPENHEIMER:  Objection.

11                   You can answer.

12       Q.   I'm sorry.

13            Is the recipient exposed to price

14   volatility?

15                   MR. OPPENHEIMER:  Objection.

16       A.   I -- I'm trying to understand your

17   question.  Perhaps you can clarify the mechanism

18   you have in mind.

19       Q.   Sure.

20            How much time does it take, as far as

21    you know, for a transaction to settle from

22    Australia to the Philippines?

23       A.   Are we talking about settlement time or

24   trading time?  Because these are different

25   concepts.

319

1      Q.   Let's talk about settlement time.

2      A.   Okay.

3      Q.   Do you know how long that takes?

4      A.   In the foreign exchange market, the

5  wholesale foreign exchange market, which are used

6  by banks and Western Union, it takes two days for

7  the majority of currency pairs to settle.

8      Q.   During those two days, does the price at

9  which the transaction was executed change?

10      A.   No, the trade has already happened, so

11  the price is all set.

12      Q.   So does anyone bear the cost of the

13  longer settlement time in that transaction?

14              MR. OPPENHEIMER:  Objection.

15              You can answer.

16      A.   The cost is not well defined.  Is there

17  a price change to worry about in the two days?

18  No, because the trade has been finalized and so

19  the price is -- no.

20      Q.   Okay.  Look at paragraph 33.  It's a

21  long paragraph -- feel free to read it -- but I'm

22  going to ask you about the second-to-last sentence

23  in what you say Mr. ███ has failed to consider.

24      A.   Okay.

25              (Pause)

```
 1          A.   Okay.

 2          Q.   All right.  So in paragraph 33, you say

 3    "Mr. ████ fails to consider the more logical

 4    explanation, that Ripple's statements advanced the

 5    goal of building Ripple's own network, as opposed

 6    to generating interest among Mr. ████ so-called

 7    'investment-oriented purchasers' of XRP."

 8               Did I read that correctly?

 9          A.   You read that correctly.

10          Q.   Okay.  So I want to ask you -- you

11    understand that in the ████ report, he quoted

12    from a variety of statements and documents

13    originated by Ripple or its executives, correct?

14                    THE REPORTER:  I -- I can't

15               hear that.  He quoted from a variety

16               of statements and documents...

17          Q.   -- statements and documents that

18    originated with Ripple or its executives, correct?

19          A.   He does.

20          Q.   Okay.  So I'd like to direct you to the

21    ████ -- initial ████ report, which is Exhibit 9.

22          A.   Do we have that one already?

23          Q.   You do.

24          A.   Okay.  And 3, 1.

25          Q.   Look on your right.
```

321

1      A.   Is it one of these perhaps?

2      Q.   I think so.

3      A.   It says ███ expert report.  Yes.

4      Q.   Okay.  Please look at page 24 of the

5   ███ report.  At the top -- this is within

6   paragraph 43.  Mr. ███ says "Indeed, when the

7   escrow" -- this is the escrow of XRP -- "was

8   announced, Ripple CEO Brad Garlinghouse wrote

9   about how this would benefit 'investors.'"

10          Please read for the record -- and do it

11    reasonably slowly -- the quote from

12    Mr. Garlinghouse that's in Mr. ███ report.

13     A.   "Today we are permanently removing" the

14   uncertainty -- "that uncertainty by committing to

15   place 55 billion XRP into a cryptographically

16   secured escrow account by the end of 2017.  By

17   securing the lion's share of our XRP, investors

18   can now mathematically verify" that the -- "verify

19   the maximum supply of XRP that can enter the

20   market."

21     Q.   What do you understand Mr. Garlinghouse

22   to be saying in that quote?

23                    MR. OPPENHEIMER:  Objection

24          to form.

25     A.   I think consistent with what I said

1    earlier, he's removing uncertainty.

2         Q.   For whom?

3                   MR. OPPENHEIMER:   Objection.

4         A.   As I said earlier, he's removing it for

5    lots of people.  He specifies investors, but he's

6    removing it for anyone interested in XRP for any

7    purpose.

8         Q.   Okay.  So that's your understanding.

9    But do you attribute any -- any significance to

10   his use of the term "investors"?

11                  MR. OPPENHEIMER:   Objection.

12        A.   I -- no.

13        Q.   In other words, why are you reading it

14   more broadly than the term "investors" that he

15   used here?

16                  MR. OPPENHEIMER:   Objection

17        to form.

18        A.   He -- okay.  He specifies investors?

19        Q.   He does.

20        A.   I do not attribute significance to it.

21   I -- my own interpretation is, as I said earlier,

22   he removed uncertainty for anyone interested in

23   XRP one way or the other.

24        Q.   Okay.  So thank you for clarifying that

25   and I think we've established that.

323

1          My question is why.  Why didn't you

2     attribute any significance to the word

3     "investors" in your understanding of this quote?

4                    MR. OPPENHEIMER:  Objection.

5          A.   I -- I have not been asked to opine on

6     Mr. Garlinghouse's mind and I have no opinions

7     about it.

8          Q.   But you did opine on whether Mr. █████

9     was correctly interpreting Mr. Garlinghouse's

10    statement, did you not?

11                   MR. OPPENHEIMER:  Objection;

12              mischaracterizes the report.

13         A.   I believe --

14         Q.   Let me rephrase that question.

15              You did think that Mr. █████ was

16    incorrect in the statements and documents that he

17    quoted from in his report and -- and you disagree

18    with him that those statements would be understood

19    as benefiting chiefly investments, is that fair?

20                   MR. OPPENHEIMER:  Objection;

21              mischaracterizes.

22                   You can answer.

23         A.   My opinion as stated in this rebuttal

24    report is that Mr. █████ characterization of

25    Ripple's strategic behavior is not necessarily

1    supported by the quotation he provides.  And that

2    the -- there's such a strong, very strong,

3    economic rationale for what Ripple has done along

4    the way, that that would be the logical place to

5    start.  There's something known as Occam's razor,

6    which is stick to this straightforward solution.

7    It's probably the right one.

8         Q.   Okay.  Let me return to something I

9    think you said earlier when you read the quote

10   from Garlinghouse.  And I'm going to give you the

11   chance to tell me if I got this wrong.

12             But did you say that he was trying to

13   reduce or eliminate uncertainty in the XRP market?

14   Is that a term you used?

15                  MR. OPPENHEIMER:  Objection.

16        A.   I used -- I did say reduce uncertainty.

17   I don't remember the rest of exactly what I said.

18        Q.   Okay.  Do you believe he was trying to

19   reduce uncertainty in the XRP market?

20                  MR. OPPENHEIMER:  Objection

21             to form.

22        A.   Again, I am not here to opine on what

23   Mr. Garlinghouse is thinking.

24        Q.   Do you have an understanding of who

25   would have been in the market to purchase XRP back

325

```
 1    at the end of 2017?

 2         A.   Not precisely.

 3         Q.   All right.  Just one of the exhibits we

 4    previously marked.  If you could please look at

 5    Exhibit 6, the rebuttal report of ██████████

 6         A.   All right.

 7                   MR. OPPENHEIMER:  I'm sorry,

 8              I'm having an issue with the real

 9              time.  Can we pause for a second?  We

10              don't have to go off the record.

11                   MR. MOYE:  As long as it

12              doesn't hurt my time, sure.

13                   MR. OPPENHEIMER:  I'll give

14              you back the minute if you need it.

15                   MR. MOYE:  Thank you.

16                   (Pause)

17    BY MR. MOYE:

18         Q.   All right.  Please open the ██████

19    rebuttal report to pages 8 and 9.  Eight first and

20    then we'll look at 9.  I'm going to ask you a

21    series of questions that are either quotes from or

22    paraphrased from Mr. ████████ report.  I don't

23    want to hide what I'm doing.  It's in -- it's

24    going to be in paragraphs B, C, and D on page 8

25    and then we'll look at a couple on page 9.  I'm
```

1   just going to ask you whether you agree or

2   disagree with the statement I'm reading.  Okay?

3   And we're going to go through several.

4           First statement.  Do you agree that "XRP

5   is not a commonly accepted medium of exchange for

6   the purpose of goods or services nor in processing

7   payments for goods"?

8                   MR. OPPENHEIMER:  Objection.

9                   You can answer.

10      A.   I had clarified earlier that "commonly

11  accepted" has no definition in the literature, so

12  I couldn't say.

13      Q.   Do you agree that "None of the largest

14  retailers in the U.S. nor the major payment

15  processors accept XRP as a medium of exchange"?

16                  MR. OPPENHEIMER:  Objection.

17      A.   I would note that none of the largest

18  retailers in the U.S. nor the major payment

19  processors -- well, I couldn't know about that --

20  have accepted euros as a medium of exchange

21  either.

22      Q.   Can you an -- can you answer the

23  question?

24      A.   I would like --

25      Q.   Do you agree --

1        A.   -- to highlight that focusing on the

2   U.S. as a benchmark for "commonly accepted," the

3   term is not defined and the United States is

4   certainly not the definition.

5        Q.   All right.  Are you unwilling to answer

6   the question I asked of whether --

7                  MS. PROSTKO:  Objection.

8        Q.   -- whether you agree that none of the

9   largest retailers in the U.S. nor the major

10  payment processors accept XRP as a medium of

11  exchange?

12                 MR. OPPENHEIMER:  Objection

13           to the form.

14       A.   I think I've made clear that the

15  statement is irrelevant.

16       Q.   So is that a no?  You're not willing to

17  answer the question?

18                 MR. OPPENHEIMER:  Objection.

19       A.   I think that's putting words in my

20  mouth.  I said the statement is irrelevant.

21       Q.   Well, Professor Osler, you probably

22  think most of my questions today were irrelevant.

23  Yet you were a very good sport and you answered

24  nearly all of them.  We're really close to the end

25  here.  I can keep repeating, but I just -- a

328

1    yes-or-no answer would help us get through this.

2           Do you agree or disagree that none of

3    the largest retailers in the U.S. nor the major

4    payment processors accept XRP as a medium of

5    exchange?

6                    MR. OPPENHEIMER:  Objection;

7              asked and answered.

8         A.   Noting that the matter is irrelevant to

9    the nature of XRP one way or the other, I will say

10   I agree with that.

11        Q.   Okay.  And that can be a standing

12   objection for these questions if that would be

13   helpful to you.  I'm happy to make that part of

14   the record.

15          Do you agree, Professor Osler, that "XRP

16   is not generally used to quote the prices and

17   values of goods and services"?

18                    MR. OPPENHEIMER:  Objection.

19        A.   I have the same objection right from the

20   start.  "Generally accepted" is, first of all, not

21   unanimously -- not defined.  So the questions here

22   are not relevant to whether XRP does or does not

23   function, have these functions.  And I -- so I

24   disagree that the definition that it is required

25   or that I disagree that there's any definition to

329

1    "generally accepted."

2          And I -- so I -- anyhow, these -- these

3    matters here, I disagree with fundamentally the

4    premise.

5        Q.   Do you agree that "XRP is not used

6    frequently or regularly to quote the" price of --

7    "prices and values of goods and services"?

8                    MR. OPPENHEIMER:  Objection

9          to form.

10       A.   That is still undefined and it is still

11   not relevant to the definition or the nature of a

12   currency.  As I've said, the -- the currency of

13   the Seychelles, the Seychelles rupee, is a

14   currency and there's less than a million people

15   there.  So this notion of generally accepted and

16   that it has to be based on the United States for

17   some reason has no foundation conceptually.

18         So it's -- it's just difficult for me to

19   make head or tail of why this is here.

20       Q.   Well, again, whether or not you think

21   it's relevant, are you able to answer whether you

22   agree or disagree whether XRP is frequently or

23   regularly used to quote the prices and values of

24   goods and services?

25       A.   I cannot say because "frequently" is not

330

1    defined.

2        Q.   Okay.  Can you say one way or the other

3    whether XRP is used in financial reporting?

4        A.   I couldn't say.

5        Q.   Can you say one way or the other

6    whether, in Ripple's own quarterly XRP market

7    reports, the amount of XRP that Ripple sells each

8    quarter is quoted in US dollars, not in XRP?

9                   MR. OPPENHEIMER:  Objection.

10       A.   I couldn't say that one way or the

11   other.

12       Q.   Have you seen any of Ripple's --

13       A.   I have looked at them.

14       Q.   -- XRP market reports?

15       A.   To say that it does not function some --

16   as something here does not imply that XRP does not

17   serve that function somewhere else.  So I have

18   highlighted that XRP serves as a unit of account

19   in the medium of exchange function that it serves

20   in the payment service it provides, which is the

21   goal of Ripple in terms of where it wants to head

22   as a business model.

23       Q.   Professor Osler, do you agree or

24   disagree that XRP is at least 11 times more

25   volatile -- that the price of XRP is at least 11

1   times more volatile than any of the top ten most

2   traded fiat currencies in the world?

3                      MR. OPPENHEIMER:   Objection.

4        A.   My own numbers don't go there to a

5   number 11 or more, though I haven't particularly

6   studied it.

7        Q.   So does that mean you don't know or you

8   disagree?

9        A.   That means I couldn't say specifically.

10       Q.   Okay.  Let's turn over to page 9.  These

11  questions will be similar and they'll be drawn or

12  paraphrased from --

13       A.   If I could flush out my answer to that.

14       Q.   You may.

15       A.   As I highlighted earlier today, the --

16  the standard deviation of XRP prices in that

17  academic article which implies a .1 percent

18  volatility at the one-minute horizon is five times

19  the volatility of a dollar or euro at the

20  one-minute horizon that I calculated.

21            So the number 11, it could well be

22  lower; it could be higher.  I -- my own evidence

23  does not suggest that 11 is -- is -- suggests that

24  11 is probably high.

25       Q.   All right.  I don't want to mislead you.

1    He was -- Professor ███████ was not looking at the

2    chart that I showed you earlier today.  I believe

3    he's referring to the chart on page 18 of this

4    report.  You are free to look at that if it helps

5    you.

6         A.   Okay.  Well, this is daily to start

7    with.  And my numbers were for the one-minute

8    horizon.

9         Q.   Right.

10        A.   So there's all this -- and -- and,

11   again, daily is not relevant for the cross

12   currency -- the remittance nondollar crosses that

13   Ripple is focused on.

14        Q.   So, again, is it that you disagree with

15   him with the statement I read to you or that you

16   can't say whether the statement is correct?

17                  MR. OPPENHEIMER:  Objection;

18             asked and answered.

19        A.   I would say that the data he provides

20   are -- I would say there's a lot of ways to

21   measure it.  Okay?  And this is one of them.

22        Q.   Okay.  Let's go over to page 9,

23   paragraph F., right after the first mention of the

24   bolivar.

25             Here's the question:  Do you agree that

333

```
 1     XRP is not designated legal tender nor government

 2     backed, like traditional fiat currencies?

 3          A.   I'm sorry, which statement within the

 4     paragraph?

 5          Q.   It's in the middle, starts "In

 6     contrast..."

 7          A.   Uh-huh.  I do not disagree with that.

 8          Q.   Here's the next statement.

 9               Do you agree that XRP -- that because

10     XRP is not a fiat or government-backed currency --

11     I'm sorry, let me scratch that.

12               Do you agree that because XRP is not

13     designated as legal tender, that it is not

14     required to be accepted as a medium of exchange?

15                    MR. OPPENHEIMER:  Objection

16               to form.

17          A.   Let me just think a little more.  This

18     is legal stuff and I feel like I'm out of my depth

19     with legal -- you know --

20          Q.   That's a fair caveat.  I'm not asking

21     for a legal explanation.  Simply as an economist.

22               Do you believe that someone could hold

23     XRP, bring them to a transaction, and say you

24     really must accept this XRP in payment because I

25     really want you to?
```

334

1                    MR. OPPENHEIMER:  Objection.

2        Q.   Do you think you could compel someone to

3   accept XRP in payment?

4                    MR. OPPENHEIMER:  Objection

5           to form.

6        A.   In general, one of the attractive things

7   about cryptocurrencies is that they are used

8   voluntarily.

9        Q.   Okay.  So do you agree or disagree that

10  Venezuelans today commonly transact goods in more

11  stable currencies than the bolivar like the US

12  dollar?

13       A.   I actually don't know.

14       Q.   Okay.  And do you agree or disagree that

15  in 2020, the country of Venezuela actually

16  legalized US dollar-based transactions?

17                   MR. OPPENHEIMER:  Objection.

18                   You can answer.

19       A.   I was not aware of it.  Venezuela is --

20  Venez -- using Venezuela misses the point.  There

21  are extremely volatile currencies such as the

22  Turkish lira.  In the 1990s, the Turkish lira was

23  depreciating at 40 to 80 percent per year and it

24  continued to be used.  So substantial volatility

25  in the value of a currency is consistent with it

1   being used as a currency.

2        Q.   All right.  Let's go to page 15.  And,

3   again, you can dis -- you can agree, you can

4   disagree, you can say you don't know or I suppose

5   you could object to my question.

6            But the question is, which is drawn from

7   paragraph 20, do you agree that XRP is not

8   commonly accepted as a medium of exchange by major

9   credit card processors like Visa, MasterCard,

10  American Express, et cetera?

11                  MR. OPPENHEIMER:  Objection.

12       A.   I see that it's written here and I can't

13  say that I looked at it directly myself.

14       Q.   So you don't know?

15       A.   So I am not aware one way or the other.

16       Q.   Okay.  And turning over to page 18 to

17  the figure, the diagram that I -- I'm sorry, the

18  chart that I referred you to before.

19       A.   Uh-huh.

20       Q.   Do you see that Professor ████ has

21  constructed a graph showing daily return of

22  volatility between August 6th, 2013 and December

23  22nd, 2020, for a variety of fiat currencies

24  versus XRP.

25            Do you see that?

1      A.    I do.

2      Q.    Okay.  As an economist, if you had the

3    appropriate data set, could you have created your

4    own chart showing the volatility of XRP against

5    other currencies for different periods of time?

6      A.    Absolutely.

7      Q.    Okay.

8               MR. MOYE:  Let me consult

9          with my colleague for a moment and

10          that may be all the questions that I

11          have for you.

12               THE VIDEOGRAPHER:  All

13          right.  Going off the record at 6:03.

14               (Pause)

15               THE VIDEOGRAPHER:  Okay.

16          Back on the record, 6:05.

17               MR. MOYE:  Thank you,

18          Professor Osler.  Those are all the

19          questions I have for you today.

20               THE WITNESS:  Okay.  Thank

21          you.

22    CROSS-EXAMINATION

23    BY MR. OPPENHEIMER:

24      Q.    Professor Osler, I have just a few

25    questions for you.  You were asked some questions

1    about the materials cited in your port -- in your

2    report and said -- I'll paraphrase a bit -- but

3    essentially you included the materials that were

4    critical to your opinion.

5            Do you recall that testimony?

6        A.   I do.  That was -- that was way at the

7    beginning of the day, but, yes.

8        Q.   Can you explain what you meant by

9    materials that were critical to your opinion?

10       A.   This is the information that -- it was

11   an important fact that I used or it provided an

12   important perspective that I used.  So I

13   considered it and I -- that it frame -- helped

14   frame the opinion.  It helped shape the opinion

15   that I actually have.

16       Q.   Are there any materials that helped

17   shape your opinions that were not listed in the

18   report?

19       A.   I think we went -- found one place where

20   I didn't cite something on a -- on a small item

21   and, otherwise, I was doing my best to cite

22   everything.

23       Q.   So aside from that one instance, you're

24   not aware of any places where there is material

25   that influenced your opinion that was not cited in

338

1    the report, is that correct?

2        A.    Correct.

3        Q.    Okay.  You were asked some questions

4    about whether you had made efforts to essentially

5    calculate what the costs of ODL transactions are.

6            Do you recall that set of questions?

7        A.    I -- I recall that there was such a set,

8    yes.

9        Q.    Can you briefly summarize what your

10   opinion about the cost of ODL is in this case?

11       A.    Could you be more specific?

12       Q.    Are you offering an opinion about the

13   actual costs that have been historically paid by

14   users of ODL?

15       A.    No.

16       Q.    Are you offering an opinion based on the

17   economic theory behind the ODL product?

18       A.    Yes.  I'm offering an opinion based on

19   the product properties of the ODL product.

20       Q.    Can you explain what types of costs are

21   typically present in a traditional cross-border

22   payment transaction?  Just the -- the categories

23   of costs.

24       A.    There are basic fees that the center

25   pays to whatever the remittance service provider

339

```
 1    is.  And then there is the exchange, the currency

 2    exchange process that involves different exchange

 3    rates and it's different for that -- the paying of

 4    the bid versus the ask.

 5              And then there are sometimes exchange

 6    fees.  If you're going through a -- through a

 7    bank, there are no exchange fees, so that would

 8    not be -- that would not be relevant in that

 9    context.  There would just be the -- the upfront

10    fees.

11              Plus the bid/ask spread or spreads if

12    it's going through a -- the dollars vehicle

13    currency or a vehicle currency.

14              And then there would be sender fees as

15    well.  And exactly the balance of those varies

16    quite widely from what I understand.

17              And so -- and then there's the

18    transaction fee that can be -- and then there's

19    the transaction fee.

20         Q.   So if I could summarize or if you could

21    tell me if I have this list right.

22         A.   Uh-huh.

23         Q.   You mentioned fees to the provider,

24    exchange fees, bid/ask spreads, sender fees, and

25    the transaction fee?
```

340

1       A.    Uh-huh.

2       Q.    Is that correct?

3       A.    Yeah.

4       Q.    And --

5       A.    Well, so those are those costs.  And

6    then there's the time, which is huge.  The -- the

7    time for bank transactions -- well, the time in

8    general is huge and this why the World Bank

9    considers a five-day receipt to be relatively

10   fast.  Five days is considered by the World Bank

11   to be relatively fast.  So just putting it out

12   there.

13          The -- the time of these transactions,

14   which for banks can go up to ten days sometimes,

15   is substantial and costly.

16      Q.    So let me go through those categories

17   now with respect to ODL.

18          Would ODL also have an -- a -- a bid/ask

19   spread?

20      A.    Yes.

21               MR. MOYE:  Objection;

22          foundation.

23      Q.    Would ODL potentially face exchange

24   fees?

25               MR. MOYE:  Objection;

341

1              foundation.

2        A.    I'm not certain about that because I

3  don't think of ODL as an exchange.

4        Q.    So it may or may not?

5        A.    It may or may not.

6        Q.    Does ODL have to involve sender fees?

7                    MR. MOYE:  Objection;

8              foundation.

9        A.    The RSP, the remittance service

10  provider, charges those.

11        Q.    So would you expect to see them in an

12  ODL transaction?

13        A.    Yes.  So those would be the same.

14        Q.    And what about a transaction fee?

15        A.    The transaction fee for ODL is trivially

16  small and the time is very short.

17        Q.    And what about fees to the remittance

18  service provider?  Would any be required for an

19  ODL transaction?

20        A.    You mean for the person bringing the

21  funds in?

22        Q.    I think one of the categories you

23  mentioned was fees to the provider.

24        A.    So I guess there's -- what I meant was

25  there's the person coming in who pays a fee and

1    there's the person who takes the money out who

2    pays the fee and that's where the balance of those

3    fees varies.

4        Q.   I see.

5             Can we call those sender and recipient

6    fees?

7        A.   Yes.

8        Q.   Okay.  I think we covered sender fees in

9    the context of ODL.

10       A.   Uh-huh.

11       Q.   Would there necessarily be recipient

12   fees in the context of ODL?

13                  MR. MOYE:  Objection;

14            foundation.

15       A.   Those are paid to the -- the recipi --

16   remittance service provider.

17                  THE REPORTER:  Repeat.

18                  THE WITNESS:  Me or him?

19                  THE REPORTER:  You.

20                  THE WITNESS:  Me.

21       A.   The -- whatever we were talking about.

22       Q.   Provider fees.

23       A.   The -- the sender and recipient fees are

24   both paid to the remittance service providers.

25       Q.   So as a matter of economic theory, is

1    the -- what -- what are the differences between

2    the various fees for ODL transactions compared to

3    traditional cross-border payment transactions?

4        A.    So the remittance service provider fees

5    at both ends will still happen.  Bid/ask spread

6    still happens.  And then the transaction fees are

7    lower.  And I believe on -- I have not read

8    anywhere about there being an ODL exchange fee.

9    So that is -- that's all I can say.  I believe

10   that's not there, but I wouldn't know for sure.

11            And then the speed is much, much faster.

12   The actual funds move in three to five seconds as

13   opposed to, in a wholesale foreign exchange

14   transaction, it's two days settlement, and then

15   for remittance transactions through banks, as

16   we've discussed, it's anywhere from a few days to

17   ten days.  And, in general, five days is

18   considered fast.

19                    MR. OPPENHEIMER:  All right.

20            I think -- no further questions at

21            this time.

22                    MR. MOYE:  I have no

23            questions.

24                    THE VIDEOGRAPHER:  All

25            right.  So this concludes the video

344

1          deposition of Professor Carol Osler.

2          The time is 6:14 and we're going off

3          the record.

4                    (Whereupon, the deposition

5          concluded at 6:14 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

345

1    STATE OF NEW YORK        )

2                            ) ss:

3    COUNTY OF NEW YORK       )

4         I hereby certify that the witness in the

5    foregoing deposition, CAROL L. OSLER, Ph.D. was by me

6    duly sworn to testify to the truth, the whole truth and

7    nothing but the truth, in the within-entitled cause; that

8    said deposition was taken at the time and place herein

9    named; and that the deposition is a true record of the

10   witness's testimony as reported by me, a duly certified

11   shorthand reporter and a disinterested person, and was

12   thereafter transcribed into typewriting by computer.

13        I further certify that I am not interested in

14   the outcome of the said action, nor connected with nor

15   related to any of the parties in said action, nor to

16   their respective counsel.

17        IN WITNESS WHEREOF, I have hereunto set my hand

18   this 23rd day of December, 2021.

19        Reading and Signing was:

20   ___ requested   ___ waived   _X_ not requested.

21

22

23   _____

24        BRIDGET LOMBARDOZZI, CSR, RMR, CRR

25

# Transcript Word Index

**[& - 264]**

### &

**&**
2:17 4:3,16 5:5,14 10:21

### 0

**002**
233:6 234:2
**0083**
130:16

### 1

**1**
6:10 14:4,7,11,13 20:24
34:19 58:1 59:21 68:14
69:15 73:24 74:4,5,6,11
88:25 128:5 132:12 191:2
192:14 219:19 226:9 238:5
287:15 289:10,14 310:11
320:24 331:17
**1/100th**
310:11
**1/10th**
202:6
**1/57,000**
233:22 234:1
**1:23**
160:3
**1:46**
226:10
**10**
7:21 202:6 223:25 224:3,4
224:7 225:2,15 274:6,10
276:7 307:7,12,17
**10.7**
216:2
**10:06**
65:17
**10:21**
65:20
**100**
167:15 169:15 170:18
221:24 266:17 267:3,9
268:8 274:11
**10006**
5:8
**10019-6064**
5:17
**10022**
4:8
**10281-1022**
3:14
**10-4-21**
6:11 7:18
**10832**
1:6 2:6 10:13
**11**
6:4 8:4 34:25 88:17 90:5

**11 (cont.)**
97:18 232:7,10,14,24
233:11 240:19 278:19,22
281:11 283:19,20 330:24
330:25 331:5,21,23,24
**11,000**
304:16
**11:08**
102:9
**11:19**
102:12
**11-12-21**
7:5,14
**11-16-21**
7:10
**11-18-21**
8:9
**12**
8:9 102:1 106:7,24 254:7
254:13,22,23 260:11
**12/13**
6:20
**12:29**
159:8
**1285**
5:16
**13**
6:25 8:16 9:6,12 111:14,16
113:1 186:18 190:6 197:20
206:5 254:10,15 258:11,12
307:4
**14**
6:10 127:16,17 128:8
129:14
**149**
7:11
**14th**
238:19
**15**
9:5 127:17 128:6 133:21
335:2
**154**
304:14
**16**
6:21 141:10 149:20,22
204:17 285:25
**1615**
4:20
**163**
9:5
**17**
9:12 23:25 145:5,11 204:17
285:9,10,25
**174**
6:14

**175**
6:19
**18**
23:24 149:4 150:15 162:14
213:15 224:9 293:23
297:18,20,21 332:3 335:16
**19**
20:21 209:14 213:16
295:17 297:13,18 298:14
**1980**
15:16
**1983**
16:3
**1985**
17:15
**1987**
16:13
**1990**
18:7,11
**1990s**
18:21 334:22
**1991**
17:15
**1993**
19:25
**1996**
19:25

### 2

**2**
6:14 31:2,17 34:20 59:24
78:5,6 174:7,14,16,18
179:8 180:1,5,7,10 185:17
238:4 265:8 287:7
**2:27**
213:7
**2:46**
213:10
**20**
1:6 2:6 7:15 10:13 192:16
335:7
**200**
3:12 218:18 219:11
**20036**
4:22
**2012**
174:21
**2013**
31:24 32:1 33:3,13 176:4
179:5 191:2,2,4 335:22
**2017**
36:20 77:6 321:16 325:1
**2018**
133:24 209:13
**2019**
209:12,17 210:4 211:6

**202.326.7999**
4:23
**2020**
165:10 207:12 334:15
335:23
**2021**
1:17 2:19 10:3,8 31:17 32:1
33:4,13 49:9 54:2 115:9,18
117:6,24 164:18,22 165:9
206:11 238:20 260:11
288:8,16 289:18 345:18
**21**
1:17 2:19 10:3 285:7 299:3
303:11,12
**211221blo**
1:25
**212.225.2951**
5:9
**212.336.0153**
3:15
**212.373.3067**
5:18
**212.909.6000**
4:9
**21st**
10:8 288:8,16 289:18 292:2
**22**
232:24 305:9
**223**
7:21
**22nd**
335:23
**232**
8:4
**237**
6:23
**23rd**
345:18
**24**
321:4
**242**
9:6
**25**
117:25 118:8,14 120:23
307:3,4
**254**
8:9,16
**260**
7:4
**261**
9:7
**263**
7:8
**264**
7:13

[27 - account]

| | | | |
|---|---|---|---|
| **27** | **5** | **8** | **absolutely (cont.)** |

**27**
295:19 296:5 297:1,8 309:8
309:23
**28**
295:25 313:20
**29**
197:21,22 202:15,24,25
206:2 295:25
**296**
7:17
**29th**
191:2

**3**

**3**
6:19 8:14 9:7 31:4 59:15
68:20 175:19,21 176:1
186:18 190:5,12 193:8
197:17 265:9 320:24
**3:53**
259:22
**31**
314:11 315:1
**3-14-21**
6:24
**33**
319:20 320:2
**336**
6:5
**35**
26:4 207:12
**39**
204:16 205:1,6,13

**4**

**4**
6:17 8:18 31:4 32:13,16
73:25 74:1,2,5,6
**4:12**
259:25
**40**
240:19,23 334:23
**400**
3:13 4:21 115:23
**41**
6:12
**416**
121:1
**42**
198:24 209:7 242:17
**43**
321:6
**44**
212:9,16 213:13 224:21
225:12
**4th**
14:17 49:21

**5**
6:23 8:7 32:17 102:2 106:7
111:16 237:18,25 238:3,11
239:1,3 274:7
**5:19**
314:2
**5:35**
314:5
**50**
7:19 246:13 249:8,18,24
250:6,23 251:2
**54**
202:4,16 203:13,16 214:23
**540**
207:14
**55**
321:15
**57,000**
233:22

**6**

**6**
7:4 127:15 260:3,6,9,12,15
260:19,24 266:13,14 269:9
274:8,9,9 279:18 325:5
**6.7**
207:16
**6:03**
336:13
**6:05**
336:16
**6:14**
2:18 344:2,5
**600**
50:16
**65.1**
310:13
**68**
212:21 224:10,22
**69**
246:10
**6th**
335:22

**7**

**7**
7:8 106:25 107:25 186:10
186:14,23 263:11,15
**73**
7:6
**75**
121:5
**78**
203:14
**7-8-20**
8:6

**8**
7:13,23 76:8 162:13 186:14
217:18 264:18,22,24
325:19,24
**80**
232:25 334:23
**86**
16:14
**87**
16:14,15
**8-9-12**
6:16

**9**

**9**
7:17 266:13 285:9 296:15
296:22 320:21 325:19,20
325:25 331:10 332:22
**9:07**
2:18 10:2,7
**90,000**
51:4,11,15 52:15
**900,000**
96:10
**91**
17:16
**919**
2:17 4:7 10:21
**93**
19:9,22
**96**
19:9,22
**9th**
174:21

**a**

**a.m.**
2:18 10:2,7
**abbe**
79:12
**abc**
138:24 139:2
**ability**
149:17 150:7,9,12
**able**
28:21 30:24 121:14,17
137:2 139:2,12 150:22
179:12,22 180:4 189:19
233:10,17 258:17 261:8
268:17 329:21
**absence**
285:11
**absolute**
208:15,16 218:20,22
**absolutely**
28:17 78:4 86:24 110:16,21

**absolutely (cont.)**
336:6
**academ**
33:11
**academic**
15:8 32:2,3 33:6 47:14 64:2
70:12,18 76:2,4,5 78:12,14
78:15,16,20,24,25 79:2,25
95:15 99:23 100:4,25
110:13 170:23 176:17
183:17 195:14 280:21
309:3,6 331:17
**academics**
63:18,21 64:14 73:4 74:17
74:21 78:22,23 82:23 83:8
99:22 101:10 109:20
112:10,15 194:8,20 196:4
196:15,22
**accept**
39:19 41:20 91:9 93:1,2,10
93:11 95:10 97:23 98:10
99:5 139:1 172:10,11,15
326:15 327:10 328:4
333:24 334:3
**acceptability**
101:18,19 152:12 153:9
154:18 162:21
**acceptable**
13:23 152:9,10
**acceptance**
58:8 81:16,22 90:10 95:16
100:1 101:2,6 106:4 110:6
**accepted**
39:20 40:11,24 41:1,14
87:11,16 90:23 94:2,13
95:21 98:23,25,25 99:14,18
100:15 101:21 137:19
138:18 152:13 172:1,7
326:5,11,20 327:2 328:20
329:1,15 333:14 335:8
**accepting**
94:5 95:18 96:10,24 100:8
**access**
53:18 208:1
**accessed**
165:18
**accessible**
110:2,5 141:22
**account**
102:18 104:5,10,22 105:5
106:3,8 107:3,12 112:25
113:23 115:1,16 160:13
161:1 172:24 173:4,15
180:13 182:1,9,18 229:24
321:16 330:18

[accounts - answered]

**accounts**
115:13,16 116:25 274:13
**accurate**
204:6
**accurately**
29:6 190:11
**achieve**
103:3,4 119:6
**achieved**
81:23 289:12
**achieving**
234:17 289:10
**acknowledge**
243:17
**acquire**
222:2
**act**
253:15
**acted**
35:11
**acting**
35:24 290:9
**action**
41:14 345:14,15
**actions**
283:25
**active**
25:25 26:1 304:3,7,14
**actively**
36:24 304:17
**activities**
43:16
**acts**
290:11
**actual**
68:5 120:25 216:4,5 310:15
338:13 343:12
**add**
12:25 143:8 144:19 145:18
193:9
**added**
302:1
**adding**
144:25
**addition**
196:17
**additional**
22:9 90:17 167:16 188:18
223:10 245:15 250:4
**address**
69:2 184:9,10,11,13
**addressed**
69:22 113:11 136:19 197:4
**addresses**
69:20

**administrative**
33:16
**advanced**
126:16 320:4
**advantages**
253:19
**adverse**
24:15 26:15,20,24 27:3
29:11 30:2
**adversely**
29:4
**advisors**
38:3
**affect**
278:25 283:22
**africa**
146:10
**aged**
109:22
**ago**
117:24 119:12 156:22
202:10
**agree**
41:18 52:12 82:15 90:9,18
105:19 146:17 149:5,12
162:4 164:3 169:22 170:5
171:13 180:20 181:4 182:3
183:12 184:4 187:6,16
188:20 190:1,3,4,13 195:12
195:15 220:2 226:4 231:9
295:13 326:1,4,13,25 327:8
328:2,10,15 329:5,22
330:23 332:25 333:9,12
334:9,14 335:3,7
**agreed**
146:18,19 231:16
**agreement**
246:23 247:1,5,7,9,19
248:1,3
**agreements**
240:8
**ah**
265:11
**ahahn**
4:11
**ahead**
12:13,21 64:23 205:10
244:11 262:25 265:10
285:8 291:13
**al**
10:12
**algorithm**
235:2
**allow**
255:8 256:1 261:19 293:15

**allowed**
212:25 273:1
**allows**
198:10 255:21 256:25
276:19
**alternative**
164:23
**ambiguous**
99:10 139:22 148:19
291:10 308:14
**amended**
7:8 55:9,10 263:16,18,25
296:12
**american**
95:1 335:10
**americas**
5:16
**amount**
219:10 253:6 271:20
273:12,16,21 277:14 282:6
283:21,25 284:2 286:25
291:6,19 293:4 300:9 302:2
303:1 305:7 310:18 330:7
**amounts**
117:5 305:10
**anal**
281:5
**analogize**
270:22
**analogous**
290:9 292:10,16
**analogy**
290:5
**analyses**
281:4,5
**analysis**
21:1 143:9,12 144:20
145:18 181:8 184:6 211:8
269:20 295:20 298:16,17
298:19,22 299:2 301:3
305:4
**analyze**
198:19
**analyzing**
194:8,21 195:14 253:15
**angelilli**
6:24 238:19,21
**angelilli's**
239:24 240:13 241:6
**announced**
284:14 321:8
**announcements**
249:5
**annualized**
310:13

**answer**
9:3 12:8,13,21 13:11 16:23
16:25 21:11,23 22:13 23:7
23:19 24:5 25:19 27:7,11
27:18,19,21 28:10,19 29:2
29:18 30:7,14,18,22 35:20
36:11 37:11,20 39:5,8,23
40:16 41:6,24 42:8,17
43:11 44:4,15,16,18 45:17
46:19 47:11 48:5,11 49:17
51:2,9,17 52:10,18 54:5,25
56:8 57:1,12,23 58:19 59:3
59:14 60:12,25 61:14 62:11
62:24 63:1,2,5,17 64:13
65:7 66:21 68:12,25 69:8
69:18 70:8 71:5,12,15,20
72:5,18,25 73:11,20 75:25
76:1,19 78:1 79:8,23 80:4
81:21 83:4 84:1 88:12 89:6
89:16,21 92:13,16 98:15
99:11 105:11,24 108:5
109:10,25 110:9 111:13
113:9,16,20 116:19 117:8
118:5 122:14 123:7,18
125:8 126:4,21 127:12
128:17 130:12 133:11
134:16 135:9,20 139:23
140:14,24 141:2,3,9 145:21
149:16 151:3,4,5,23 154:9
155:11,19 156:1,10 157:6
158:24 161:19 163:3
164:13 167:8 169:8 171:14
172:18 175:8 179:12,22
181:7,10,18 182:7,21 185:7
186:4 187:10,23 190:8
192:21 194:2 199:6 206:8
223:5 228:18 229:7,20
231:14 234:10 240:16
242:13 243:6 244:9,24
256:21 257:13 261:4,19
262:3,22 264:13 265:6
266:9 271:5 274:1 275:2,19
276:13,24 277:17 278:15
280:16 281:8,17 282:14
284:9,22 287:22 289:23,25
291:12 292:13,21 296:16
297:16 300:6 302:11,20
303:4 304:10 306:4,9 308:3
308:12,24 316:7,15 317:19
318:11 319:15 323:22
326:9,22 327:5,17 328:1
329:21 331:13 334:18
**answered**
72:17 73:19 86:10 95:14
147:18 186:3 240:15
243:23 277:24 289:22

[answered - attribute]

**answered (cont.)**
291:11 305:2 316:16,21
327:23 328:7 332:18
**answering**
59:19 62:20 86:21 292:15
**answers**
12:9,25 193:9 250:24
293:13
**anthropological**
77:8
**anthropologist**
77:7
**anthropologists**
77:18
**anthropology**
77:14
**anticipated**
20:12 183:22
**anybody**
82:22
**apart**
208:7
**apologies**
282:25
**apologize**
53:14 88:22 174:11 194:19
233:16 285:22 305:17
308:5
**app**
255:13,13,20
**appearances**
11:10
**appears**
191:17 198:25 225:18
238:3 258:2 308:15
**apples**
215:16,16 317:20
**applicable**
280:23
**application**
278:25
**applied**
21:1 171:16
**applies**
39:11 269:5,5
**apply**
259:6,7 281:13 299:1
**applying**
280:22
**appreciate**
28:23 196:11 277:15 313:4
**approach**
31:23
**approached**
54:8

**appropriate**
71:5 135:10 192:9 336:3
**approximately**
10:7 47:1 49:11 50:22
**arcane**
85:4,6,22 183:17
**area**
18:16 30:25 265:15
**areas**
77:22 85:3 266:7
**argue**
180:12
**argues**
309:9
**arguing**
297:8
**argument**
309:12
**argumentative**
60:23
**arranged**
107:9,10
**arrangement**
259:11
**arrive**
64:17
**arrived**
18:22
**art**
146:9,18,19,22
**article**
6:16,20 8:9 31:17 79:25
94:22 144:16 178:12,21
179:5 192:8 193:8,11,20
199:8,10 233:4 257:17
258:16,20 331:17
**articles**
47:14 64:2,3 193:18 194:4
194:7,13,14,20
**articulate**
314:24 315:1
**articulated**
80:11,15 262:10
**articulating**
278:7
**articulation**
279:5
**artwork**
146:13,23
**ashley**
4:5
**asia**
94:25 305:12,13
**aside**
42:11 47:5 56:18 175:12
193:10 197:17 257:24

**aside (cont.)**
259:18 264:15 337:23
**asked**
19:23 29:3 53:10 59:13,19
61:4 66:8 68:14 69:19,24
70:1,20,22 72:17 73:19
86:10 88:14 147:2,4 155:1
184:10,11,13 186:3 197:3
240:15 256:12 260:23
261:9 265:2,13,20,21
268:15 277:23 289:22
291:11 305:2,18 323:5
327:6 328:7 332:18 336:25
338:3
**asking**
11:17 20:7 38:11,16 40:9
43:17 71:6 84:23 86:2
92:20 121:19,20 130:18
144:18 151:15 154:14
157:20 160:8 162:15
169:13,22 171:14 172:13
199:2 231:19 241:18 242:7
242:8 245:12 256:22
272:11 283:24 289:14
299:25 333:20
**asks**
68:15
**aspect**
80:2,9 83:22 84:13 153:14
**asserted**
231:17
**asserting**
287:9
**assertion**
77:2 166:25 211:2 285:13
294:4 295:18 296:4 297:2,4
297:7 299:12
**asserts**
266:15 267:1 299:22
**assess**
183:20
**asset**
26:7 59:22 67:17,21 82:17
82:18 92:8 93:11 95:8 97:2
97:22 98:22,24 99:5 105:3
122:12,17,24 127:7,21
129:3 143:13 148:22
149:17 150:8,9,12 226:25
267:20 268:8
**assets**
128:3 226:22
**assign**
93:24
**assigned**
74:12 77:16

**assignment**
22:3 59:16 265:3,6
**assist**
296:16
**assistance**
53:1
**assistant**
18:6
**associated**
68:18 73:5 119:20 176:11
200:10 216:8 221:13
222:13,23 227:21 231:10
241:13 244:16
**association**
10:18 176:15,19 200:24
**assume**
94:25 96:21 104:2 156:15
163:25 189:16 195:10
248:13 249:9 255:17
256:12 259:7 316:24
**assumed**
76:8,14 109:18 129:8 130:3
**assumes**
139:19 291:9
**assuming**
123:2 190:9 208:17 301:6
311:17,22 312:3
**assumption**
281:10 306:5
**assumptions**
255:23
**asymmetric**
26:8,21
**asymmetry**
27:3
**attempt**
112:22 210:22
**attempted**
196:16
**attempting**
196:13
**attention**
14:24 128:8 179:9 186:22
213:13 266:12
**attorney**
62:9,12 63:3,15 70:25
71:16 163:14 201:5
**attorneys**
11:12 54:15 55:23 56:4
**attract**
210:19
**attractive**
334:6
**attribute**
80:20 83:2 101:2,16 153:9
322:9,20 323:2

**attributed**
99:17
**attributes**
68:4,17 73:2,3,5,23 74:12
77:16 82:25 84:19 102:16
102:22 111:4 129:3,6
136:10 141:12,14 142:17
143:8,12,21 144:22 145:1
145:12,23 147:9,11,20
148:2,22 149:5,13,24,25
150:16,19 151:14 196:18
**attributing**
142:2
**audience**
32:5 79:1,1,3
**august**
49:8,20 50:1 54:2 174:21
335:22
**australia**
36:21 318:22
**australian**
231:7 303:22 317:25
**author**
24:18 232:19
**authoritative**
111:3,8,12
**authority**
142:3
**authorized**
262:18
**avail**
66:24
**available**
28:20 95:5 112:16 113:5
115:15 117:9,11 121:4
134:13,18 135:3 171:23
204:12 209:5,10 210:3
211:6 222:5 267:20 270:11
271:20 273:8,13,16 274:3
285:5 289:18 291:5,7,19
303:6 306:15,16
**avenue**
2:17 4:7 5:16 10:22
**average**
47:3 202:9 203:3 206:4,12
206:13 207:16,22 208:21
210:7,8,9 216:15,16,25
217:6 219:4 307:7 314:18
**averages**
269:17
**avoid**
241:18 292:25,25
**aware**
38:10 63:17,25 79:18 89:8
103:10,17 112:17,21
125:24 131:11,16 158:22

**aware (cont.)**
158:25 161:10,15,24 162:2
162:9 172:9 176:25 177:18
193:18 194:7,14,19,23
195:2,5,6 222:20 223:7,9
223:12,22 229:16 230:23
230:24 243:24 246:15,25
247:4,6,25 251:25 252:2
275:8,22 276:4 277:25
281:9 282:5 295:4 316:9,11
316:22 334:19 335:15
337:24
**awareness**
195:1 245:12
**awful**
187:16
**awfully**
30:8
**axiom**
38:3

**b**

**bachelor's**
15:12
**back**
12:16 16:10 18:11 19:24
20:18 27:25 28:2 29:1 49:2
65:20 75:9 80:16 102:12
104:14 139:13 140:1,3
197:18 213:10 220:21
232:6 238:20 242:8 244:8,9
244:23 245:1 249:4 256:8
259:24 306:12 314:5
324:25 325:14 336:16
**backed**
255:14 333:2,10
**background**
63:9
**backward**
115:15
**bad**
195:25
**baked**
190:8
**balance**
229:13 316:9,22 339:15
342:2
**bank**
6:14 18:23 38:2,4 39:14
107:1,15,25 108:23 109:8
109:11,12,14 141:21 142:3
142:17,23 143:5 206:10
215:13,19 227:7 288:21
289:4,9 290:9 292:24 339:7
340:7,8,10

**banking**
64:16 199:11,20 203:10
205:22 217:17
**banks**
119:8 198:4 216:7,9 283:4
290:6 319:6 340:14 343:15
**bar**
226:17
**base**
252:17 288:23,24 289:6
**based**
43:12 63:3,15 95:7 209:5
217:25 255:23 329:16
334:16 338:16,18
**basic**
66:3 338:24
**basically**
46:24 106:18 126:16
**basing**
215:13 216:3 218:3
**basis**
62:22 116:5 183:11 194:25
204:13 230:6,17 267:14
269:8 274:21 284:1 287:3
293:10 303:16
**bates**
6:12,17,21,25 7:6,11,15,19
7:23 8:7,14,18
**bear**
170:24 231:25 309:11
314:9 319:12
**bearing**
307:14
**beat**
275:16
**beautifully**
248:25
**began**
49:8,19 54:1 73:16
**beginning**
49:12 50:1 57:25 64:24,25
106:23 149:3,20 197:22
228:8 317:11 337:7
**begins**
178:12 186:11 255:5
**begun**
137:6
**behalf**
2:16
**behavior**
187:2 188:17 189:22
323:25
**behavioral**
20:24 21:14 23:9
**belief**
61:15 63:3 129:19,23

**believe**
16:2 17:15 18:10 19:7,7
28:20 31:3 39:11,14 41:2
49:18 51:22 61:8,19 62:13
63:7 71:2 75:11 79:19 80:7
81:6,13,16 82:9 83:7,21
87:21 98:21,22,23 110:4
122:6 127:20 128:20
131:22 137:9 142:1,19
151:19,25 152:6,9,10,13,14
153:2,4,5 157:1 174:22
198:8 201:7 207:13 208:13
209:11 227:19 236:7,21
239:1,19,20 241:3 243:11
246:4 255:24,25 257:16
263:20,21,25 270:2 276:17
283:9 288:9,15 290:21
292:9,9 294:14 296:16
302:14 303:23 304:4
310:19 323:13 324:18
332:2 333:22 343:7,9
**believes**
84:12 160:25
**benchmark**
185:15 186:5,7 327:2
**benefit**
321:9
**benefiting**
323:19
**benjamin**
4:4
**berg**
4:18
**best**
69:24 114:20 176:23
194:11 265:12 289:5
337:21
**better**
214:3 216:25 217:1,6,6,8
217:11 236:22,23 237:3,11
295:21 306:1
**beyond**
60:12 88:13 121:12 126:18
126:19 147:1 200:14 201:6
214:17 278:16,17
**bid**
221:6 308:16 309:2 339:4
339:11,24 340:18 343:5
**big**
217:15 234:22 268:25
278:13
**billed**
51:5
**billing**
34:3 50:16

**billion**
115:24 121:1 167:15
169:15 170:18,25 171:11
207:13 266:17 267:3,9
270:5 271:19 274:11 277:2
321:15

**billions**
274:12 277:3

**bills**
43:19,20 50:14

**bio**
20:23 22:25 31:3 34:18

**bit**
26:17 49:2 51:4,20 117:22
153:12 156:14 214:9 290:3
305:19 337:2

**bitco**
255:16

**bitcoin**
150:23 151:15,20,25 152:3
152:6,9,13,14,21 153:2,5
158:13,16 176:3 179:3
180:13 183:13 186:24
189:20 190:12,14 193:12
215:1 233:24 234:7,15,17
234:23 235:5,8,21 268:8,11
268:16,16

**bitcoin's**
138:1 183:3 186:11

**bitcone**
151:19

▮▮▮▮▮
8:11 44:8,9 254:24 255:16
255:18

**bjleb**
4:10

**blackburn**
36:21

**blockchain**
235:8,18 236:14 251:24

**bolivar**
128:7 133:23 134:3 135:6,9
135:10 332:24 334:11

**bolivian**
124:25

**bond**
36:13 38:12,18

**bonds**
36:12 38:18

**book**
109:2 160:20,23

**boppenheimer**
4:24

**border**
8:12 43:25 60:1 61:22
212:18 213:19,24 215:8

**border (cont.)**
216:23 254:25 299:23
309:10 338:21 343:3

**borders**
44:22

**bore**
245:15

**borne**
245:5 307:18,20

**bottom**
31:2,17 32:16 34:19 186:13
213:15 255:12 274:7 285:9

**bought**
44:24

**boulders**
143:16 144:11,12

**bound**
8:21 67:1

**box**
226:8

**brad**
321:8

**bradley**
1:7 2:7 4:17 5:3

**brandeis**
17:3,7,8 20:20 21:7 22:17
22:24 23:4,14,25 24:21,25
33:22

**break**
51:19 65:11 75:19 102:4
151:11 159:3 204:20
212:12 213:4 259:20
313:23

**bridge**
92:8 97:22 105:2 127:7
205:14,25 222:4 295:22
297:10

**bridget**
1:24 2:19 11:2 237:21
345:24

**bridging**
225:7

**briefly**
106:2 338:9

**briefs**
47:20

**bring**
79:2 231:25 333:23

**bringing**
170:22 341:20

**brings**
37:2

**british**
190:15

**broad**
42:18 83:6 197:14 210:14

**broad (cont.)**
230:12 298:25

**broader**
83:8

**broadly**
28:5 100:7 142:11 322:14

**brought**
54:10

**bucket**
156:25

**buckets**
156:16

**building**
112:14 320:5

**built**
306:1

**bullying**
34:1,5

**bunch**
116:24

**bureau**
176:8,13

**business**
177:8,9 178:14,18 242:4
243:3,16 245:16 251:21,23
253:14 258:23 330:22

**businesses**
183:6

**buy**
91:20,23 104:16,19 123:12
127:1,12 155:21 220:3
229:2 313:9

**buying**
29:8 220:22 229:3 309:9,25

**buys**
127:4

**byzantine**
55:5

---

**c**

**calculate**
52:20 338:5

**calculated**
191:1 331:20

**calculating**
40:22 41:3

**calculation**
190:23

**california**
10:19

**call**
26:8 78:12 120:6 138:24
342:5

**called**
120:11 172:20 209:18
211:5 234:24 288:22 320:6

**calling**
98:11

**calls**
60:7,23 61:12 155:10

**camp**
93:21,22 94:5,22,25 97:15
100:10,22

**camps**
96:2

**canada**
36:7 38:3,13 39:14 40:18
40:18 41:10 42:1

**canadian**
38:17

**canadians**
38:14

**cap**
272:1,2

**capital**
7:21 224:8

**capped**
267:9

**caps**
267:19

**captures**
142:6

**card**
335:9

**cards**
313:24

**care**
143:25 284:25

**career**
176:11 191:25

**careful**
103:7 141:8 220:9 223:7
253:8 286:21

**carefully**
30:10 90:15 121:13 150:24
260:22

**carl**
81:25 82:2

**carol**
1:16 2:15 6:3,11 7:14 10:10
11:20 344:1 345:5

**case**
1:6 2:6 20:10 27:15 34:22
36:8,13,14 37:1 38:5,7,9,12
38:17,21,23 39:2,12,12
40:5,20 41:19 42:1,6,14
43:7,16 47:15,17,22 49:5
50:16,24 53:22 54:2,9,15
54:21 55:13,16 57:10 60:5
60:21 61:2,2,10 63:8 64:25
65:1 137:8 139:16 168:7,10
170:25 200:21 211:25

[case - clear]

**case (cont.)**
223:19 235:10 239:21,24
262:16 264:9 338:10
**cases**
39:11 126:18 269:25
287:24
**cash**
67:2,9,13 258:17
**categories**
144:12 338:22 340:16
341:22
**category**
75:2
**cattle**
141:5
**cause**
345:7
**caveat**
87:23 89:7 155:15 169:21
333:20
**caveats**
240:25
**ccr**
2:20
**ceased**
138:17
**cent**
219:17
**center**
338:24
**centers**
176:16
**central**
64:16 79:19 283:3 288:21
289:4,9 290:6,9 292:24
**centuries**
80:16 82:22 147:25 148:4
272:20
**century**
136:22
**ceo**
321:8
**certain**
57:8 64:4 79:18 89:8
121:19 124:24 125:10
266:4,7 303:8,9 308:19,25
314:19 341:2
**certainly**
17:23 20:5 94:8 110:15
183:18 227:6 262:8 327:4
**certainty**
121:15,18,25 122:5 208:15
208:16
**certified**
10:17 345:10

**certify**
345:4,13
**cetera**
145:24 335:10
**cgsh.com**
5:10
**chain**
216:7
**chains**
198:4 203:10
**chair**
33:23,25
**chaired**
24:22
**challenge**
210:17 234:22
**challenges**
38:23 244:16
**challenging**
248:22
**championed**
82:10
**chance**
48:24 52:13 73:14 180:8
240:19,22 242:19 261:6
324:11
**chances**
134:24
**change**
12:25 128:10 130:5 133:16
171:14 268:12 270:18,25
271:6 273:22 287:4 292:25
302:1,2 314:19 319:9,17
**changed**
130:17 181:22
**changes**
130:4,5 131:19,20 133:13
134:2 184:25 185:1 186:9
253:11 270:7 272:20
279:19 281:22 284:12,13
289:8 290:3 293:1 295:6
**changing**
167:16 252:18 287:20,23
288:15 289:6,19
**channels**
205:21,22 256:9 305:15
**char**
223:8
**characterization**
61:5 290:2 323:24
**characterize**
112:22
**characterized**
70:12 142:11
**charge**
109:15 223:9

**charges**
223:8 341:10
**chart**
131:25 133:18,18 191:10
191:14 207:3,7,18,24
216:12 219:4 332:2,3
335:18 336:4
**charts**
131:16,18,20 132:9,22
**check**
32:14
**chief**
238:22
**chiefly**
323:19
**choice**
12:12
**choices**
251:16
**choose**
163:21 192:17 292:7
**chooses**
127:8
**choosing**
179:18
**chose**
110:1 132:2 141:22 164:2,4
192:22 251:1 285:14
**chosen**
251:2
**chris**
38:2 39:13
**christian**
1:8 2:8 5:12
**cigarettes**
93:20 94:5,14 95:4,10,11
95:18,21 96:10,24 100:7
144:16
**circle**
8:11 254:25 255:6,19 256:6
257:9,12
**circulate**
273:2
**circulated**
138:17
**circulating**
272:24 273:2,21
**circulation**
136:25 283:22 284:2
**circumspect**
60:15
**circumstances**
313:18
**citation**
106:10,15 141:16 212:20

**citations**
77:11 110:2
**cite**
93:19 100:11 107:17
108:10 130:15 141:16
142:13 144:17 195:13
196:3 198:24 199:3 232:24
233:4 337:20,21
**cited**
74:25 75:12 93:25 94:10
107:25 110:12,15 168:20
168:22 203:15 224:17
240:4,5 246:21 307:17
337:1,25
**citing**
129:16 199:10
**civ**
1:6 2:6 10:13
**claim**
259:10 287:25
**claimed**
259:4 286:17
**claims**
54:20,22
**clarification**
29:23 39:17,24 44:17 53:14
58:12 88:23 90:18 100:24
102:24 118:7 146:1 158:11
166:10 194:6 257:15
277:16
**clarified**
30:21 72:19 113:11 210:21
269:2 277:25 284:8 287:13
288:14 316:8 326:10
**clarify**
12:20 27:21 28:10 29:1,2
30:20 41:8 42:19 47:16
56:1 58:2 71:22 86:13 98:5
111:11 113:21 146:20
147:19 148:20,21 161:22
166:6 172:8 178:24 181:3
193:22 248:19 252:10
254:4 256:23 259:3 284:16
312:14 318:17
**clarifying**
85:25 89:15,16,20 145:23
202:12 203:12 205:22
322:24
**clarity**
308:17
**class**
21:4,15,19 41:14
**clear**
49:25 96:18 101:17 103:9
117:16 120:6 130:1 144:1
147:3,3 155:1 158:3 196:11

**[clear - consensus]**

clear (cont.)
197:11 200:3 203:15 222:9
223:11 245:19 250:19,23
251:15 267:7 268:2 271:17
284:7 294:18 302:3 304:1
308:13 327:14
clearly
114:13 289:11
cleary
5:5
client
177:22
clients
176:24 220:10
close
20:21,22 234:2 327:24
closely
306:10
closer
49:18
closest
193:1
clr
1:24 2:20
coin
152:4 255:8 258:13
coin.ph.
116:23
coinbase
258:14
coincidence
91:15
coindesk
8:9 254:23
coins.ph
125:22
colleague
336:9
college
15:10 17:12 106:14
colloquially
89:11 297:10
columbia
18:20,21 19:2,3,6 20:3
160:17
comfortable
98:11 189:6
coming
48:14 341:25
commencing
2:18
comment
202:23
comments
269:1

commercial
239:8 243:1
commercially
209:9 210:3 211:6 285:5
commission
1:4 2:4 3:7 10:11
committee
15:6 24:22
committees
34:11,15
committing
321:14
common
85:3 244:3 246:5 303:19
commonly
74:12 76:8,14 77:16 89:25
93:25 103:18 171:1 326:5
326:10 327:2 334:10 335:8
communicate
99:22
communicated
26:14 86:25,25 306:20
communication
25:21 62:10,19 70:6
communications
45:19 60:11 70:10 71:14,18
163:17
community
170:23
companies
116:15 239:7
company
55:23 56:4,21 255:7 275:9
comparable
204:11
comparative
228:1
compare
147:21 214:20,25 237:2
compared
151:14 190:13 192:11
199:3 234:7,14 343:2
compares
192:4 214:19 226:22
comparing
193:11 198:16 203:8
215:16 216:13
comparison
133:7,14 135:23 147:8
152:4 191:16 192:13,18
198:7 214:22 215:6,9,11
236:5 237:6 317:21
comparisons
198:11
compel
334:2

compensate
245:23
compensated
313:19
compete
251:24 305:16,23
competing
253:19
competition
214:4
competitive
243:16
competitor
8:17 213:20 214:1 216:24
305:6
competitors
251:22 252:1 253:18
255:25 257:19
compiled
200:15
complaint
55:9,10
complete
31:10 32:20 113:16 148:8
completely
30:11 183:4 184:1
complex
69:12
complicated
66:7 69:9 187:15 220:17
composed
243:12
compound
208:5
computer
234:18,20,23 345:12
computing
233:6 234:6,21
con
308:15
concept
81:8,13 218:19,20 269:4,5
270:6 271:18,21,22 272:9
288:14 294:19 317:22
concepts
106:11,16 205:15,15,17
269:3 318:25
conceptually
329:17
concise
251:16
concisely
26:18
conciseness
251:15

concluded
112:4 344:5
concludes
343:25
concluding
274:22
conclusion
61:13 111:24,25 112:6,20
128:19 130:6 157:21
164:10 199:13 251:18
268:17 276:19 280:1
conclusions
60:7 112:16 128:14 191:6
235:23
conditions
253:4 313:11
confidence
203:25 204:5
confident
35:15,21 243:25
confidential
9:15
confidentiality
211:25
confine
135:9
confirmed
25:13
conflates
83:25
confuse
308:15
confused
308:25
confusing
29:22
confusion
39:9
conglomerate
208:2
connect
197:7
connected
345:14
connecting
265:19
connection
22:5,21 27:2 35:15 46:22
147:13,14 148:13 165:19
261:17 265:3 293:10
consensus
8:6 70:17,18 73:4,21 74:16
74:20 75:14 83:6,8,15,19
84:1,8 99:22 100:4,19
101:1 102:15 106:19,20
112:14,14 129:2 142:2,7,11

**[consensus - countries]**

consensus (cont.)
142:20 143:2 149:12
162:10 170:24 171:17
184:14 196:14,16,22
197:13,14 232:16 234:16
234:18 235:1,7 236:16
281:19

consider
59:14,19 64:7 84:17,23
97:2 100:7 158:6 161:16
162:3 211:7 235:17,20,25
236:4,6 251:22 264:5 278:8
278:15 305:15 319:23
320:3

consideration
187:7

considered
38:22 39:18 40:12 57:5,17
63:22,24 64:4 65:2 73:6
83:2 84:10 85:6,10,17 86:3
86:7 93:12 94:6 95:11 99:5
100:1,12 110:22,25 127:22
128:3,3 138:18 146:15
151:17 157:20,22,25 158:5
158:13,17 161:16 162:9
187:21 189:1 227:11
253:22 254:1 264:6 337:13
340:10 343:18

considering
98:4 305:5

considers
307:6 340:9

consistency
259:15

consistent
136:8 269:6,19 316:3
321:25 334:25

consistently
232:2

consisting
146:14

constitute
236:20

constructed
335:21

constructing
205:16

consult
336:8

consultant
35:11

consulted
120:16 166:15 168:25
169:6,24 175:4

consulting
36:16 37:6 177:10,11,14,17

consumer
207:25 215:23 217:22
218:5,10 219:5 220:14
227:16 229:25

consumers
220:2

contain
265:22

contained
274:9

contains
15:2

context
96:1 114:21,24 140:20
142:10 157:8 210:14 231:1
245:10 271:22,22 285:23
286:4 294:20 339:9 342:9
342:12

contexts
76:3 89:9 114:2,3 230:25

continue
191:13 303:11

continued
4:1 5:1 258:24 334:24

continues
31:3 186:13 213:15 277:7

continuing
117:5 291:23

contract
50:2

contractors
53:3

contrary
287:24 295:18 297:7

contrast
285:11 286:12,14,15,17
287:19 310:12 333:6

contrasting
269:16

contribute
149:13 150:16

contributions
38:9 177:2

control
288:21

controlled
131:3 287:13,18,20 294:21

controlling
291:6 292:24

controls
288:22

conversation
78:10,11,21 146:8

conversations
60:8,17 72:1 242:7

conversion
114:24 256:7,9,25 315:18
315:20

convert
257:5 258:17

convertible
67:23

convey
83:5 196:14,16

conveyed
71:17 83:7

copies
53:19

copy
28:7,15,24 50:14 225:20,22
247:9 296:8,20

core
110:21

corpus
171:15

correct
16:20 17:1,3 31:24,25
32:10,19 33:1 34:13,16
50:18 52:11 59:4 68:13
75:6 91:2 94:11 102:14
103:1 107:23 110:13 116:6
119:16,17 120:21 122:2,10
122:16 128:15 129:14,17
129:21,24 131:4,9,25
132:14 141:14,15,25
143:17,22 144:13 145:13
147:11,12 149:10 158:9
161:13,25 162:1 163:10
164:6 170:14 181:19
182:18 185:3 188:10
190:11 195:17 196:15
198:13 203:14 206:14,15
207:22 212:24 214:8
216:15,19,20 220:4,14
229:3 238:6 239:21,22
240:1,7,10 247:4 254:3
262:7 278:22 279:16 280:7
282:2 290:20 294:6 299:25
307:24 314:20 320:13,18
332:16 338:1,2 340:2

corrected
227:17

correction
263:20,22

correctly
92:19,21 180:18 183:9
190:19 266:20 279:1 280:5
280:6 283:21 290:19 296:2
296:3 314:12 320:8,9 323:9

correlation
187:1 188:17 189:22

correspondent
198:4 203:10 216:7,9

corresponding
199:20

corridor
300:2,17 301:7,12,13 302:8
302:16 311:4,19 316:11
317:1,3,5

corridors
125:9 126:11,22 305:7
311:24 312:6,12 316:1,12
316:23

cost
166:3 205:20 206:4,12,13
207:10,16 208:1,21 210:9
214:19,20,25 215:6,7,14,19
215:22 216:2,4,5,11,13
217:20,22 218:3,5,10,14
219:4,12,15,21,24 220:7
222:10,13,14,20 227:14,21
227:25 229:24 230:5 232:1
245:5 319:12,16 338:10

costly
214:6,12 215:12 216:11
217:17,17 226:20,24
340:15

costs
153:1,3 207:8,17,19,21,22
216:8,15,16 219:1,5,6,8,8
220:25 221:2,11 222:2
223:12,18,19 225:15
227:10,10,15 228:1 241:7
245:14,15 307:7,14,18
308:8,9 338:5,13,20,23
340:5

counsel
12:10 13:17 28:23 42:3
43:23 45:19,23 46:14,17
50:7 52:24 53:6,16 60:9,12
60:18 61:7,19 62:20 64:18
64:23 69:25 70:7 71:3,15
71:18 72:2 163:12,18,25
164:9 171:6,18 200:24
201:3 241:10,17,19 242:10
260:16,17,23 261:10,21
262:24 265:3 345:16

counselor
225:17

counsels
10:23,24

counsel's
60:14

count
34:25 123:5

countries
125:25 126:12,13,14,16,17

[countries - day]

countries (cont.)
137:4 206:5,14,19 207:15
208:9,18 210:10 216:14
289:1 301:23
country
44:12,12 87:12,17 207:22
208:1,22 216:17 269:22
287:1 301:20 302:5,6
334:15
country's
279:11 287:1,4
county
345:3
couple
145:9 180:6 186:15 202:10
251:25 325:25
course
22:15 34:8 108:21 203:4
270:1
courses
17:17 18:12 20:24 21:6
court
1:1 2:1 10:14,19 11:1 25:5
37:14,17 38:22 39:18 40:4
40:12,23 41:1,3,10,15,17
47:20 60:20 61:8,19 84:11
99:23 155:13 175:16 238:8
courtroom
38:6
cover
125:11 238:7
covered
342:8
cowrie
145:2,3,6,9,12,17,22,25
146:2,9,14,21,23 147:9,14
147:18,22,23 148:4,14,20
148:24
cows
104:13 143:15 144:3
145:16
create
190:7 191:15 210:18
262:18 289:5
created
167:16 206:3,3 266:18
285:1,4 300:24 336:3
creating
55:2 284:17 300:23
creation
168:24
credible
141:24
credit
335:9

criteria
81:18 161:2
critical
57:2,14,19 58:4,9,23 337:4
337:9
criticism
309:23
criticize
314:17
cross
8:12 43:25 60:1,1 61:22
95:4 194:5 212:18,18
213:19,24 215:8 216:23
254:25 299:23 309:10
332:11 336:22 338:21
343:3
crossed
82:1
crosses
332:12
crr
1:24 2:20 345:24
crypto
8:10 229:13 254:24
cryptocurrencies
15:19 16:6,8,9,17 17:18,24
18:17 19:24 20:7,9,11 21:8
22:16,20 23:11,15,21 24:1
24:16 27:4 28:5 37:4 42:21
42:22,24 45:10 63:10,19,23
64:4 65:2 66:13,22 137:23
138:3,17 150:18 194:9,21
195:14,21 196:23 197:12
281:14 334:7
cryptocurrency
8:5 18:13 24:8,12 25:23
29:25 37:8 43:2,8,22 65:23
65:25 66:4,17 67:24 138:9
193:12 220:17 232:15
252:3,11,16 255:20 256:1
257:1,4,7 258:23 259:9
280:23 282:4
cryptographically
321:15
cryptos
195:7
csr
1:24 345:24
curious
68:21 144:19
currencies
20:5,9 21:4,5 25:24 43:13
45:1 62:15 73:5,23 74:13
76:9,23 77:4 83:14 91:4
101:21 105:5 113:12
114:17 115:5 122:11,19

currencies (cont.)
123:4,25 125:5 126:1 128:2
128:4 136:5,11,16,20,23,24
137:13 183:5 184:2 187:2
188:18 189:23 190:13,16
191:18 192:1,5 225:7 227:6
229:11,12,15 278:24
279:15,17 280:25 281:20
281:21,22 285:12 286:13
286:14,16,18 287:24 294:1
304:14 314:14,20 331:2
333:2 334:11,21 335:23
336:5
currency
18:13,15 23:11 29:4 43:25
45:3,7,10 59:23 60:1 61:22
62:15 63:24 64:5,15 65:2
68:4,7,10,16,18,19,22 69:2
69:3,5,11,14,22 70:2,12,23
71:9,25 72:9,10,13,20,22
73:6,8,15,22 75:22 80:1
85:11,17 86:3,7 87:3 88:24
89:3,19,24 91:7 92:8 93:10
93:10,12 94:14 95:9,10,18
95:22 96:11,25 97:2,22,24
98:12 99:6 100:2,12,15,15
104:18 111:18 112:20
113:14,24 115:20 116:10
116:16 118:9,17 122:18
123:5,9,15,20,21 124:7
125:1 127:22 128:11 129:1
129:4 130:3 135:7,13,18
136:1,10,10,11 137:5,13,18
138:24 141:13 142:18
145:18 146:4 147:24 148:4
148:15,16,23 149:6 150:1,3
150:4,7,17 151:15 153:14
153:15 154:5,15,23 155:7
156:17 157:20,25 158:13
158:17 176:3 179:4 186:12
192:4 194:9 196:13,17,18
196:24 212:18 221:17,18
222:3,5,23 228:5,12 229:18
230:8,8,19 231:21 252:17
256:10,25 257:3,3,6,6
267:15 280:10,23 281:12
283:1,11,22 284:18 288:4
295:11,12,16,22,24 297:9
297:11,23 299:13 302:17
303:13,17,21,24,25 304:2
310:25 311:1,10,16 312:17
315:10,12,13,15,24 316:22
317:3,6,11,12,13,14,22,25
319:7 329:12,12,14 332:12
333:10 334:25 335:1 339:1
339:13,13

current
27:23 33:21 268:9
currently
24:10,25 35:24 178:23
273:1
curriculum
15:3
customers
183:6 210:20 212:17 220:6
253:19 258:17
cv
31:3,14
cyberspace
66:25

d

d.c.
4:22
daily
48:12 114:17,19 204:12
332:6,11 335:21
damages
40:22 41:3
danish
303:13
daphna
3:10
dartmouth
17:11
data
134:7,12,17 135:4 190:10
191:4,6 192:12 208:3
332:19 336:3
database
134:10,13,14
date
10:7 50:23 51:3,6 134:11
176:4 179:4 285:3,6
dated
6:16,24 7:5,10,14,18
174:21 260:10 263:19
david
5:23 10:16 176:3 177:25
178:13 232:19,21
day
21:19,25 114:22 115:11,14
128:9,9 130:7,7,19,19,20
130:20,25,25 131:2,2,5,5
131:11,11 160:7 204:18,19
267:13,13 268:5,5 269:10
269:10,13,13,14,14,18,18
269:23,23 270:4,4,7,7,12
270:12 272:15,15,16,16
279:12,12,18,18,19,19
283:11,23,23 284:3,3,11,11
284:13,13,14 285:14,14
286:24,24 287:3,3,3,3,10

**[day - disagree]**

**day (cont.)**
287:10 288:16 289:8,20
290:3 291:25 293:9,9
294:12 295:2 302:23 337:7
340:9 345:18
**days**
67:11 202:10 203:9 263:19
294:22 319:6,8,17 340:10
340:14 343:14,16,17,17
**de**
197:22
**dealing**
24:7 301:4
**dealt**
39:12 90:14
**debate**
82:21 85:7 158:15
**debates**
82:23,24 85:23
**debevoise**
2:17 4:3 10:21
**debevoise.com**
4:10,11,12
**decade**
18:23 119:1
**december**
1:17 2:19 10:3,8 176:4
179:5 288:8,16 289:18
292:2 335:22 345:18
**decide**
61:9,10,20
**deciding**
60:20
**decision**
132:7,8
**declaration**
6:23 238:21 240:13
**deeply**
87:8 88:15
**def**
114:10
**defendant**
4:2,14 5:3,12 13:20
**defendants**
1:9 2:9 54:14 55:15 56:15
**define**
61:3 106:8 108:2 197:23
**defined**
73:8 96:1 99:15,19 101:7,8
101:18 107:10 111:8
138:15 140:23 141:2 146:8
187:13,18 188:3 269:2
273:6 275:20 319:16 327:3
328:21 330:1
**defines**
198:12

**defining**
129:9 310:1
**definitely**
23:21
**definition**
57:18 61:5 65:25 66:9
67:23 68:5,14,21 69:1,3
70:23 71:8,25 72:12 73:15
75:21 97:6 111:12 114:10
123:10 138:14 140:16,17
141:9 151:18 185:8 187:14
188:19 220:10 245:10
262:5 273:14 326:11 327:4
328:24,25 329:11
**definitions**
72:10 106:20,21 107:3
148:21 161:2
**degree**
15:15,16,19,22 16:5 75:13
272:24
**deliberately**
250:14
**delve**
85:4,6 98:16
**delved**
99:24 158:20
**delving**
85:22
**demand**
7:22 59:24 61:20 224:8
225:2,16 226:15 270:9,19
270:23 271:13,17 273:11
273:22
**denying**
161:7,13,23
**department**
178:13
**depending**
84:3
**depends**
140:20 316:18
**deposed**
11:24
**deposition**
1:15 2:15 9:1 10:9 14:7
37:23 38:6 45:14 46:22
47:13 48:2,21 49:3 52:6
55:18 89:3 151:18 153:16
174:7 175:19 223:24 232:9
237:18 239:24 254:6,9
260:6 263:11 264:18 266:8
296:22 344:1,4 345:5,8,9
**depositions**
40:3 239:21
**deposits**
255:9

**depreciating**
133:23,24 334:23
**depreciation**
135:6,7
**depth**
333:18
**derived**
234:4
**describe**
21:20,24 33:21 39:11 41:13
91:13 176:18,23 215:6
247:19 282:21 288:23
**described**
30:3 39:15 62:5 107:4
111:20 173:21 223:14
227:3,5 235:8 245:9 257:17
283:9
**describes**
59:15 258:12
**describing**
40:21 55:4 75:14 83:14,19
100:25 106:19 109:5
247:20 256:14
**description**
6:8 7:2 8:2 154:17 191:23
202:14 227:15 309:1
**descriptions**
56:21
**design**
33:25
**designated**
333:1,13
**desire**
278:10
**destination**
302:6
**detail**
199:8
**details**
85:4,7
**detectable**
279:11 281:21
**determine**
117:14 302:25
**determining**
305:25
**detrimental**
282:18
**deutsche**
38:4
**develop**
197:15
**development**
301:2
**deviation**
310:9 331:16

**diagram**
225:2 335:17
**dickens**
237:10
**differ**
211:15 252:21
**difference**
150:2 270:17 292:22
315:23
**differences**
132:12,17 152:11,23 343:1
**different**
38:21 43:18 44:12 45:1,10
75:10 79:16 86:1 91:8
101:24 104:24 105:18
111:19 119:23 139:8
153:22 171:11 179:7
192:10 211:13,14 227:13
250:22 256:6,24 257:8
268:8 269:5 287:25 288:4
289:15 290:14,15 318:24
336:5 339:2,3
**differently**
156:14
**difficult**
104:5 132:16,23,24 308:18
329:18
**dig**
122:17
**digital**
59:22 67:16,21 122:11,11
122:17,24 218:2,3 226:22
226:25 227:6 267:20
268:18
**dir**
218:2
**direct**
11:14 13:6 14:23 119:3
147:8 179:8 186:21 213:13
266:7,12 304:4 320:20
**directing**
179:15
**direction**
9:3 306:23
**directly**
28:6 55:23 61:18 105:2
147:21 152:18 204:11
234:7 304:22 335:13
**dis**
48:16 335:3
**disagree**
41:19 90:16 148:12 162:4
181:13,14 182:4 183:12
184:5 187:6,20 189:19
267:7,9 297:12,17 323:17
326:2 328:2,24,25 329:3,22

[disagree - economy]

disagree (cont.)
330:24 331:8 332:14 333:7
334:9,14 335:4
disagreeing
297:3 298:15
disagreements
85:4
discernible
269:22
disclose
70:5 71:16
disclosed
249:12
discontinued
137:5
discourse
76:15
discovery
31:18 47:19,19 55:13,16
discuss
17:24 20:3 21:3,5 56:14
59:6,9 60:10 157:10,14
163:16 197:19 242:6,9
250:8
discussed
21:14,17 58:23 111:18
153:16 160:7 171:1 174:24
227:14 301:1 307:13
315:15 343:16
discusses
68:3 77:9
discussing
64:3 84:17 101:11 194:8,20
207:20 230:13 243:13
301:8 309:24
discussion
21:20 22:6 30:25 70:15
80:11,15 82:21 145:17
147:14 148:1 195:19
214:24 227:20 246:7 294:4
discussions
55:21 56:2 221:10
disentangle
161:21
disinterested
345:11
dismissed
40:6,8
dispute
191:6
disputing
310:1,2
disruptive
119:5 210:15 243:15
244:15 248:20 251:20
253:16 301:3 305:23

dissertation
34:15
dissolution
247:20
dissolved
248:1,3,5
distant
23:13
distinction
89:10,15,19 294:1
distinguish
267:14
distributed
66:24
district
1:1,2 2:1,2 10:14,15
divergence
82:25 84:18
dividends
67:12
divisibility
144:5 145:24 147:20
divisible
151:25 152:1
document
13:6,7,8,10 41:12,25 232:5
234:12 251:15 276:12,23
277:8 278:17
documents
9:20 40:21 45:21 47:15,16
47:18 54:19 55:1,6 56:23
57:2,8 58:4,5,9,10,21 59:8
76:4 240:3,4 249:3 310:21
320:12,16,17 323:16
doing
33:15 155:18 235:16
284:18 289:4 315:19
325:23 337:21
doll
316:9
dollar
122:19 128:6 132:14 133:7
133:14,15,17,18 140:25
171:11 192:12,15,15
255:14 257:18 287:5,9
290:11 294:25 295:6,15
298:2,5,6 301:25 303:22,25
304:22 310:20,21,22 311:1
315:13,16 317:9,15 331:19
334:12,16
dollars
43:21,23 122:25 123:4
132:18 190:2 219:17 231:7
256:13,17 288:9 289:18
290:18 299:15 300:3
301:14 302:16 303:2

dollars (cont.)
310:10 315:18,19 317:6,10
317:16,23,25 318:1,4 330:8
339:12
domestic
255:10
dominant
142:17 315:15
██████████
7:9,18 46:1,2,4,5 47:6
135:21 192:6 202:8 263:17
264:1 266:5,15 269:4
271:23 286:17 295:24
296:5 298:11,15 299:11,20
299:22 307:6 309:9 314:17
315:6,7 319:23 320:3,11,21
320:21 321:3,5,6 323:8,15
██████████
263:24 265:1,14,23 267:8
267:10 285:13 286:12
287:25 290:2 293:25
295:19 308:8,13 309:24
320:6 321:12 323:24
dots
197:7 265:19
double
91:14
downloaded
171:22 173:8
dozen
96:22 97:8,9
dozens
94:18
dr
260:2
draft
56:11
dramatically
133:16,23 287:7
draw
71:14 112:16 128:7 198:11
268:17 280:1
drawn
112:6,20 199:13 331:11
335:6
drew
70:17
drill
153:11 288:5
drive
147:8
dry
309:7
due
253:11

duly
11:5 345:6,10
durability
168:24 169:11

e

earlier
44:17 135:22 147:19
153:16 160:7 172:8 174:12
174:24 176:11 188:25
227:24 290:16 307:17,18
312:25 316:8 322:1,4,21
324:9 326:10 331:15 332:2
early
18:21 49:20 54:19 210:22
211:3
earth
67:1
easier
103:3
east
305:11,14
eastern
100:14
econ
82:22
economic
59:21 85:7 174:20 176:8,13
270:20 280:22 284:1
295:19 298:16,17,22 301:3
324:3 338:17 342:25
economically
59:25 61:21 267:12 268:3,4
economics
15:12 26:4 64:15 268:21
economies
283:2
economist
43:13 77:12 81:24 82:6
84:12 108:17 109:6 112:17
160:14 278:20 333:21
336:2
economists
26:2,3 77:17 79:18 80:8,16
82:16 83:10,16,21 93:19,24
94:8 100:6,19 101:1,22
102:15 106:12,13 108:24
109:7,13 110:3 112:10,21
129:2 140:12 142:21 143:3
144:17 149:5,11,12 158:16
158:25 160:25 161:5
171:17 176:15,19,22
184:14 195:20 196:14,22
210:17,24 244:3,14 272:19
economy
91:9 92:23 93:9 98:9 99:1,4
135:18

[educated - exchanging]

**educated**
78:12
**education**
15:4
**effect**
208:20 210:6 267:21,25
268:22 270:3
**effectively**
104:10
**effectuate**
243:1 312:19 313:10
**efficiency**
218:24 234:6
**efficient**
91:1 233:23
**efforts**
338:4
**eight**
325:19
**either**
22:20 24:11 39:19 41:16
54:3 55:21 56:2 64:8 68:21
82:9 89:15 95:5 106:4
127:18 153:21 182:3
183:11 187:6 206:3 208:21
227:16 229:12,25 301:14
325:21 326:21
**elaborate**
104:11
**electronic**
166:4 199:25 236:19
**element**
201:18
**eliminate**
216:6 301:11 324:13
**eliminates**
221:9
**elision**
284:6,7,9
**email**
3:16
**emergent**
81:2,15 82:11
**emphasize**
251:2
**empirical**
279:10,24 280:8 281:4
**employed**
17:7,8
**employee**
232:22
**employees**
53:2 55:22 56:3
**employment**
15:4 22:19

**endorsed**
109:13
**ends**
116:1 307:24 343:5
**endurance**
204:20
**engage**
43:15
**engagement**
35:17 36:16 43:4 49:7,25
50:3 52:23 112:6 241:10
242:1 261:13,18 262:18
**engagements**
33:5,12 34:22 35:1,7,10
37:3,7 38:1 42:11
**enhance**
141:12 142:18 149:13,25
**enhances**
149:17
**enrich**
28:4
**ensure**
283:4 293:3
**enter**
321:19
**entire**
13:8 274:2
**entities**
173:3 274:14 276:8 277:4
**entitled**
224:8 254:24 345:7
**entity**
43:20 176:10
**environmental**
8:4 232:15
**equal**
52:14 268:11
**equally**
280:3,19 296:1
**equity**
246:17 249:8
**equivalent**
219:11
**escrow**
272:23,25 273:1,20,22
274:2,12 284:17 285:1
321:7,7,16
**escrowed**
282:5 291:2
**escrowing**
283:25 284:11,12 291:20
**especially**
136:14 196:15 205:22
**esquire**
3:9,10 4:4,5,6,17,18 5:6,15

**essential**
58:15
**essentially**
19:4 129:7 337:3 338:4
**establish**
25:16 72:11 244:18
**established**
322:25
**estimate**
114:20
**estimated**
115:25
**et**
10:12 145:24 335:10
**euro**
190:16 192:12,15 303:14
303:15 304:23 331:19
**europe**
100:14 304:23 305:14
**european**
100:14
**euros**
124:21 326:20
**evaluate**
73:16 265:13
**evaluated**
112:18
**evaluating**
229:24 308:8,9
**evidence**
62:4 117:9,11 139:20 280:2
280:18 281:19,19 282:1
291:10 331:22
**exact**
69:10 116:25 143:3 245:22
247:24 272:8
**exactly**
76:5,5 94:16 99:25 115:13
125:12 178:4,9 185:16
195:7 209:25 211:2 217:19
222:18 248:11 283:18
284:25 307:2 308:18
324:17 339:15
**exam**
22:3
**examination**
6:2 11:14 336:22
**examine**
30:10
**examined**
11:5 192:1
**example**
77:10 91:16 100:6 104:14
104:23,24 133:8 250:12,20
251:3 297:23

**examples**
250:11
**exceed**
52:14
**exception**
74:24
**exceptions**
90:19 304:23
**excess**
307:7,12
**excessive**
186:25 188:16 189:2,21
**exchange**
1:4 2:4 3:7 8:10 10:11
17:19,22 18:13 22:21,25
23:1,16 24:1 31:24 39:12
42:1 45:4,7 62:15 81:17
90:9,11 91:1,1,3,6 92:1,2
92:4,10,17,25 98:10 102:17
103:13,19 104:3,9,17
105:20 106:1 113:5,12
114:11,12,14,17,22,24
116:16 118:1,10,17 119:20
123:5,9 125:4 126:1 128:10
130:8,21 131:1,2,6,12
132:13 133:15 134:11,12
135:23,25 153:17 154:5,23
155:7 156:18 160:12 172:1
173:14 192:15 210:7 221:5
222:23 228:4,11,15,19,25
229:17,17 230:7,13,14,15
230:18,23,25 231:3,8 232:1
254:24 257:7 269:21,24
279:12 280:4,13,20 287:6
298:1,3,6,8 299:24 303:20
304:4,19 310:9,22,24
312:17 314:13 315:14,16
318:5 319:4,5 326:5,15,20
327:11 328:5 330:19
333:14 335:8 339:1,2,2,5,7
339:24 340:23 341:3 343:8
343:13
**exchanged**
91:8 222:3 229:14 230:19
231:5,6
**exchanges**
17:19,20 115:19 116:10
152:15,22,24,25 153:10,24
153:25 154:4,8,21 155:20
157:19 158:4 162:22,24
163:8 164:11,22,25 165:9
221:11,16 229:14,14,22
255:14 256:12 284:19
**exchanging**
91:4

[excuse - feedback]

**excuse**
26:19 53:10 58:2 62:8
88:11 213:21
**execute**
255:10
**executed**
319:9
**executing**
119:5
**executive**
238:22
**executives**
320:13,18
**exhausted**
193:7
**exhibit**
6:10,14,19,23 7:4,8,13,17
7:21 8:4,9,16 13:13 14:4,6
14:7,11,13,24 15:1 20:24
58:1 73:24 74:3,4,5,6 174:6
174:7,14,16,18 175:18,19
175:21 176:1 187:1 188:17
189:22 197:17 223:23,25
224:3,4,7 225:1,15 232:7,8
232:9,14,24 233:11,13
237:17,18,24 238:3,7,11
239:1,3 254:5,6,8,9,13,15
254:22,23 258:5,11,12
259:5 260:3,5,6,9,12,14,18
260:19,24 263:10,11,15
264:17,18,22,24 296:15,21
296:22 320:21 325:5
**exhibits**
6:7 7:1 8:1,21 14:21 185:2
254:12 325:3
**exist**
16:10,18 18:1,19 19:24
20:11 63:20 132:1,22
194:23
**existed**
77:9,10 80:25,25
**existence**
20:13 128:9 167:15 169:15
170:19 195:1,2,6 253:6
274:11 277:3
**existing**
13:19 213:19,24 214:13,21
216:23 217:1
**exists**
63:25 304:3
**exorb**
207:8
**expand**
28:11
**expanded**
23:10 271:1

**expect**
241:1 268:11 270:12 271:1
271:2,9 272:15 273:2 274:4
285:16 341:11
**expectation**
273:23
**expected**
271:25
**expensive**
307:7
**experience**
15:8 17:10 19:12,18 26:24
35:23 42:12,20 43:25 62:14
231:2,22,24 241:12 243:18
305:21,25
**expert**
6:10 7:8,13,17 14:14 27:14
33:5,12 34:17,25 35:6,12
35:24,25 37:3,6,14,16,25
39:19 42:10,14 46:9 47:7
47:21 49:4,7 52:7 54:18
56:14 59:16,20 63:8 64:14
69:15 72:14 75:20 77:13
85:2 110:22 111:1 168:7
177:10,14,17 235:18,20,25
241:9,25 263:16,23 264:1
264:25 265:1,14,23 278:14
321:3
**expertise**
18:16 43:13 126:20 236:7
236:12,21 265:15
**experts**
39:25 53:2,21 56:12 74:13
74:14 75:1,13 76:16 77:15
77:21,23 83:9 235:16
**explain**
25:14 48:25 60:19 68:8
71:24 72:12,23 269:14
276:6 337:8 338:20
**explained**
200:18 213:18 284:24
298:16 307:18 313:3
**explaining**
89:20 234:3
**explanation**
320:4 333:21
**explicit**
214:22 215:9 246:5
**explore**
21:16 57:6
**exposed**
313:12 315:20 318:3,8,13
**express**
335:10
**expressed**
121:13 233:25

**extends**
147:1 294:4
**extensive**
33:15,23 63:9 77:8
**extensively**
18:16
**extent**
70:7 173:9 179:21 185:1
186:8
**externalities**
246:8,12
**extrapolation**
130:24
**extreme**
137:8 269:25 291:15
**extremely**
93:16,18 197:13 216:4
283:5 291:17 300:18 318:6
334:21

**f**

**face**
340:23
**facilitate**
96:23 118:24 309:10,25
**fact**
25:25 57:8 61:9 80:19,24
93:24 94:1 100:11 134:22
136:8 137:18 152:3 163:7
164:21 166:25 168:18
169:18,20 171:2,11 188:24
203:23 204:13 211:7
215:15 216:5 234:11 259:8
271:24 287:14,25 292:9
300:16 302:5 315:12
337:11
**facts**
112:15 117:18 139:20,21
170:24 197:6 218:1 271:9
291:10 299:2
**factual**
173:10
**faculty**
33:23
**fail**
144:4
**failed**
188:17 319:23
**fails**
187:1 189:21 320:3
**fair**
20:13 23:3,14,24 24:6
30:15 32:18 33:2 35:17
36:18 43:6 52:4 57:7 58:25
72:2,21 73:9 78:22 85:8
87:10 88:16 96:16 97:2
101:1 109:8,16 110:6 118:2

**fair (cont.)**
119:15 127:23 128:21,24
131:13 138:8,13 147:7
148:11,16 156:6 157:3
162:13 167:22 171:4 188:7
193:6 202:13 203:2,25
205:8 234:5 237:4,16
251:17 278:6 323:19
333:20
**fairly**
94:7 278:4 287:17
**false**
290:2 306:6
**familiar**
54:2 79:4,14 81:1,6,7,24
82:5 94:9 140:5,8,10
160:14,18,20,23 176:7
178:2,17 209:22,23 210:17
224:4 252:9,12 260:12,14
264:21
**far**
31:9,11 38:7 40:6 41:11
45:8,12 51:21,25 54:7 72:7
82:3 96:4,8 119:2 191:4
199:25 217:16 274:10
295:4 318:20
**fast**
199:22 200:17,22 285:9
292:25 340:10,11 343:18
**faster**
199:18 200:1 214:5,8 227:5
227:6 343:11
**favorable**
129:3
**fear**
282:16,21
**feature**
221:8 252:24 253:1
**features**
68:4 252:21
**fed**
145:13 147:10 149:24
**federal**
6:14 18:22 19:2 22:18
101:14 106:25 107:4,14,15
107:19,25 108:23 109:7,11
109:11,13 110:18,21 111:4
141:11,21 142:3,16,20,23
143:5,21 174:18,25 290:10
290:17
**fee**
219:16 222:20 223:13
339:18,19,25 341:14,15,25
342:2 343:8
**feedback**
104:25

**[feel - form]**

**feel**
  19:14 31:6 59:16 71:5
  88:18 127:16 145:8 179:6
  319:21 333:18
**fees**
  50:11 216:8 222:22 223:10
  223:21 227:4 229:17,22
  230:2,7,13,15,18,23,25
  231:9,17,17,20 232:1 241:7
  241:13,13 242:2 243:19,24
  259:5,6,7 307:12 308:16
  309:1,2 338:24 339:6,7,10
  339:14,23,24,24 340:24
  341:6,17,23 342:3,6,8,12
  342:22,23 343:2,4,6
**fewer**
  152:24
**fiat**
  87:11,17 122:10 123:15,20
  123:21,24 124:6 137:18
  230:8,19 231:21 256:7,9,25
  257:2,3,6,6 267:15 278:24
  279:15,17 280:23 281:12
  281:20 283:1 285:12
  286:12,14,16,18 287:24
  288:3 294:1 299:13 311:10
  311:16 314:13 315:10,24
  331:2 333:2,10 335:23
**field**
  83:7
**figel**
  4:16
**figure**
  19:20 120:23 128:5 130:16
  130:25 131:17 132:12
  177:21 185:19 186:18
  190:5,12,20 193:8 206:3,10
  206:17,21 208:10 221:20
  271:19 287:7,15 289:10,14
  310:12 335:17
**figures**
  120:25 287:15
**filed**
  238:8
**final**
  38:19 180:7,9 183:2 311:15
**finalized**
  56:12 319:18
**finally**
  12:19 13:5
**finance**
  20:25 21:14 23:9 178:13
**financial**
  20:25 25:25 26:1,2,3 29:5
  116:21 238:23 330:3

**find**
  89:11 91:18,20,23 99:2
  108:21 117:13 168:22
  197:7 201:22 216:22
  227:12 233:17 251:3
  269:20 279:10
**finding**
  93:5
**finds**
  165:18
**fine**
  12:18 13:11 29:18 36:9
  52:21 102:7 151:3 175:11
  179:24 180:2 292:11
**finish**
  12:7 13:2 244:6 315:2
**finished**
  57:9 244:10
**finishes**
  184:3
**firm**
  36:5 43:20 50:6,8 244:1
**firms**
  54:15 244:18
**first**
  12:6 19:17 40:20,22 78:5,8
  79:17 106:24 133:13
  142:15 149:23 186:22
  195:5 202:23,23 225:6
  238:20 241:25 244:23
  254:13 266:22 279:6
  285:10 299:10 311:15
  325:19 326:4 328:20
  332:23
**fit**
  75:2,14 143:20 144:11
  147:9
**fits**
  76:6 86:16 147:10 301:5
**five**
  130:16 192:24 193:2
  199:24 201:13,15 202:9
  203:3,7,23 250:3 310:11,16
  313:14 331:18 340:9,10
  343:12,17
**fix**
  285:14 295:10
**fixed**
  140:15,16 252:17 253:2,5,8
  266:16 267:2 286:18,22
  287:10,22 288:9,14 294:3
  294:15,18,22,23,24 295:7
  295:13,14 298:12
**flatly**
  299:12

**flip**
  23:22 133:5 179:6 238:14
**flood**
  291:18,22
**flow**
  306:21
**flows**
  67:2,9,13 306:23 316:10
**fluctuate**
  128:4 287:6
**fluctuates**
  128:2
**fluctuation**
  131:12
**fluctuations**
  127:19,21 128:9 130:8,19
  130:21 131:1,2,5 269:18
**flush**
  331:13
**focus**
  21:7,18 23:9 119:8 163:7
  210:1
**focused**
  22:20,25 23:15,25 31:5
  33:4,5 119:7 300:23 332:13
**focusing**
  22:18 231:1 256:8 327:1
**follow**
  147:25 242:15 266:6
  267:16
**following**
  74:15 180:11 255:18
  269:19
**follows**
  11:6 107:10 167:1 181:21
**foothold**
  244:20 248:23
**footnote**
  78:6 88:25 107:25 166:4
  203:14 212:21 224:10,21
  232:25 266:13,14,21,23,24
  267:6 268:2 269:9 279:18
  303:18
**footnoted**
  56:19 58:16
**footnotes**
  74:25 75:12
**force**
  33:25
**foregoing**
  345:5
**foreign**
  17:19,21 18:13 22:21 23:1
  23:16 24:1 31:23 39:12
  42:1 45:9 62:15 115:19
  116:10,16 118:1,9,17 154:5

**foreign (cont.)**
  154:14,23 155:7 156:17
  221:5 222:23 229:10,12
  283:11 284:18 299:24
  303:20 304:19 310:24
  312:17 315:14 318:5 319:4
  319:5 343:13
**forget**
  99:16
**forgotten**
  221:21
**form**
  16:22 20:15 21:10,22 22:12
  23:6,18 25:18 27:6,17
  29:14 30:6,17 32:24 33:8
  37:10,19 39:4,22 40:15
  41:5,23 42:16 43:10 44:3
  44:14 47:10 48:4,10 49:16
  49:24 51:1,8 52:9,17 53:25
  54:24 55:25 56:7,25 57:22
  58:18 60:7,23 61:12,24
  62:7,17,23 63:12 64:12
  65:6 66:6,20 67:19 68:1,24
  71:11 72:4 75:8,16,24
  77:20 79:22 80:22 81:4,11
  81:20 82:13 83:18,24 84:15
  84:21 85:13,20 86:10,18,23
  87:6,14,20 88:4 89:5 90:13
  90:21 91:12 92:12 93:4,14
  94:20 95:13,24 96:13 97:4
  98:1,14 99:8 101:5,13
  102:20 103:6,16,23 104:8
  105:7,13,23 107:7 109:24
  111:7 112:2 113:8,18 114:1
  115:4,22 116:18 118:12,21
  119:22 120:20 121:11,23
  122:21 123:17 124:3 125:7
  126:3 127:3,10 128:23
  130:23 132:21 135:16
  136:7 137:5 138:6,12,21
  139:5,15 142:5,25 143:11
  143:24 144:24 145:20
  146:6 147:17,24 148:7,18
  150:21 151:7 152:17
  153:20 154:11,25 155:10
  157:5 158:2,19 161:4 163:2
  163:23 165:2,12,24 166:9
  166:17 167:7 168:4,13
  169:3 170:4,11,21 171:9,21
  172:4,17 173:1,7 174:1
  175:7 176:21 177:4,13
  180:23 181:6,17 182:6,20
  183:15 184:8,21 185:6,14
  186:3 188:9,23 189:10,25
  190:18 191:9,21 195:23
  196:8 197:1 198:22 199:16

[form - go]

**form (cont.)**
200:12 201:1 202:18 204:2
204:9 205:4 206:23 208:12
208:24 209:2 210:12
211:12 212:4 214:16
215:25 217:4,24 218:8,13
221:15 222:8 223:16 227:2
227:23 228:7,17,22 229:6
230:11,21 231:13 234:9
236:3,10 237:1 239:10
243:5,22 245:8,18 246:18
246:19 247:3,23 248:10,17
249:20 250:1,18 251:9
252:7,23 253:21 256:4,20
257:22 259:1 260:23 261:1
262:18,21 264:12 267:23
268:14,24 270:15 271:4,12
272:6,18 273:5,25 275:1,13
275:15 276:1,3,22 278:12
279:3 280:15 281:16 282:1
282:9 283:16 284:5 286:20
287:12 288:12,18 290:13
290:25 292:5,20 293:19,21
294:17 296:7 297:15
298:21 300:5,12,21 301:16
302:10,19 304:9 307:16
308:2,23 310:7 311:8 312:1
312:8,21 314:22 316:6
321:24 322:17 324:21
327:13 329:9 333:16 334:5

**formal**
66:9 98:17,20 143:2 262:5
262:8,13 263:7,8 264:8,14

**formally**
93:17 209:11

**formed**
164:10 261:16,25 262:8

**forming**
57:3,15 172:19 305:22

**formulate**
27:11 147:5

**formulated**
66:9

**forth**
242:8 265:17 297:13
298:11 306:12

**forty**
224:24

**forward**
41:14 200:5 305:4

**found**
107:11,14 337:19

**foundation**
177:1 329:17 340:22 341:1
341:8 342:14

**foundations**
160:21

**founders**
291:23 293:14

**four**
33:24 46:24,24,24 103:8,9
111:17 112:9,19 202:11
224:24 250:3 263:19

**fourth**
40:20 226:7

**fraction**
222:11 233:24 235:3,4

**frame**
88:11 136:18 337:13,14

**framingham**
11:23

**franc**
303:25

**frederick**
4:16

**free**
7:21 19:14 59:16 88:18
127:16 145:8 179:6 224:8
261:11,15 319:21 332:4

**frequent**
269:8

**frequently**
68:17 152:21,22 166:23
329:6,22,25

**fresh**
168:15

**friedrich**
82:6

**front**
178:21

**fulfill**
144:4 150:13

**fulfills**
129:5,6 197:3

**fun**
272:12

**function**
59:22 73:8 87:3 91:10 92:9
103:13 105:20 110:19
143:13 148:3,23 150:8
153:15 161:1 168:11
170:22 184:12 193:13,17
194:9,21 195:15,21 232:1
255:22 290:7 317:9 328:23
330:15,17,19

**functional**
75:22

**functioned**
71:7

**functioning**
282:18

**functions**
6:15 61:9 68:15,15,17 69:2
69:21,21 70:1,11,15,16,19
72:8,20,23 73:2,2,3,22
74:12 82:18 102:21,25
103:2,3,7 107:15,17 111:17
111:19 112:5,9,12,19,23
129:1,6 136:9 150:10,13
160:9 162:8,10,17 167:25
174:20,24 182:8,13 196:13
196:17,23 197:3,5 236:8
309:14 317:11 328:23

**fundamental**
24:15

**fundamentally**
329:3

**funding**
177:6

**funds**
177:2 307:25 341:21
343:12

**fungible**
245:22

**further**
48:16 86:21 181:15 182:3
184:5 187:7 196:10 303:12
343:20 345:13

**furthermore**
99:20

**future**
26:7 67:2,9 119:10 278:10
305:16

**g**

**g20**
206:5

**gain**
136:11

**gained**
166:24 167:25

**gap**
18:9

**gar**
275:9

**garlinghouse**
1:8 2:8 5:3 275:6,10,23
321:8,12,21 324:10,23

**garlinghouse's**
323:6,9

**garrison**
5:14

**gathered**
48:6

**gathering**
176:18

**general**
36:9 58:8 63:13 66:15

**general (cont.)**
67:16 68:22 71:4 90:10
93:8 99:25 101:2,6 135:8
137:16 170:23 199:24
229:21 270:20 271:16
272:19 276:15 297:8 334:6
340:8 343:17

**generally**
27:8 63:10 66:22 67:10
78:23 90:23 98:25 99:14,18
101:21 115:17 136:3 143:7
167:23 230:3 252:20 271:2
328:16,20 329:1,15

**generals**
55:5

**generated**
236:13

**generating**
320:6

**george**
79:9

**german**
100:10,22

**germany**
97:15

**getting**
188:4 244:20 289:15
302:22 309:7 312:9

**gift**
44:21

**give**
13:12 21:12 38:5 48:24
62:22 66:23 70:10 71:15
73:14 87:9 98:6,21 151:3,4
212:6 234:1 263:1 277:17
296:8 324:10 325:13

**given**
25:21 26:5,6 27:15 39:1
41:16 115:14 238:3 263:5
289:8 294:12 295:2

**gives**
289:2

**giving**
151:17

**glad**
38:16 180:8

**glendale**
10:19

**global**
134:5,7,9,19,20 135:1
197:23 198:12 226:19

**go**
12:4,13,21 13:12,13 19:21
29:1 34:19 40:23 48:16
49:2 64:23 76:21 86:20
91:25 104:14 111:14

[disagree - economy]

disagree (cont.)
330:24 331:8 332:14 333:7
334:9,14 335:4
disagreeing
297:3 298:15
disagreements
85:4
discernible
269:22
disclose
70:5 71:16
disclosed
249:12
discontinued
137:5
discourse
76:15
discovery
31:18 47:19,19 55:13,16
discuss
17:24 20:3 21:3,5 56:14
59:6,9 60:10 157:10,14
163:16 197:19 242:6,9
250:8
discussed
21:14,17 58:23 111:18
153:16 160:7 171:1 174:24
227:14 301:1 307:13
315:15 343:16
discusses
68:3 77:9
discussing
64:3 84:17 101:11 194:8,20
207:20 230:13 243:13
301:8 309:24
discussion
21:20 22:6 30:25 70:15
80:11,15 82:21 145:17
147:14 148:1 195:19
214:24 227:20 246:7 294:4
discussions
55:21 56:2 221:10
disentangle
161:21
disinterested
345:11
dismissed
40:6,8
dispute
191:6
disputing
310:1,2
disruptive
119:5 210:15 243:15
244:15 248:20 251:20
253:16 301:3 305:23

dissertation
34:15
dissolution
247:20
dissolved
248:1,3,5
distant
23:13
distinction
89:10,15,19 294:1
distinguish
267:14
distributed
66:24
district
1:1,2 2:1,2 10:14,15
divergence
82:25 84:18
dividends
67:12
divisibility
144:5 145:24 147:20
divisible
151:25 152:1
document
13:6,7,8,10 41:12,25 232:5
234:12 251:15 276:12,23
277:8 278:17
documents
9:20 40:21 45:21 47:15,16
47:18 54:19 55:1,6 56:23
57:2,8 58:4,5,9,10,21 59:8
76:4 240:3,4 249:3 310:21
320:12,16,17 323:16
doing
33:15 155:18 235:16
284:18 289:4 315:19
325:23 337:21
doll
316:9
dollar
122:19 128:6 132:14 133:7
133:14,15,17,18 140:25
171:11 192:12,15,15
255:14 257:18 287:5,9
290:11 294:25 295:6,15
298:2,5,6 301:25 303:22,25
304:22 310:20,21,22 311:1
315:13,16 317:9,15 331:19
334:12,16
dollars
43:21,23 122:25 123:4
132:18 190:2 219:17 231:7
256:13,17 288:9 289:18
290:18 299:15 300:3
301:14 302:16 303:2

dollars (cont.)
310:10 315:18,19 317:6,10
317:16,23,25 318:1,4 330:8
339:12
domestic
255:10
dominant
142:17 315:15
████████
7:9,18 46:1,2,4,5 47:6
135:21 192:6 202:8 263:17
264:1 266:5,15 269:4
271:23 286:17 295:24
296:5 298:11,15 299:11,20
299:22 307:6 309:9 314:17
315:6,7 319:23 320:3,11,21
320:21 321:3,5,6 323:8,15
████████
263:24 265:1,14,23 267:8
267:10 285:13 286:12
287:25 290:2 293:25
295:19 308:8,13 309:24
320:6 321:12 323:24
dots
197:7 265:19
double
91:14
downloaded
171:22 173:8
dozen
96:22 97:8,9
dozens
94:18
dr
260:2
draft
56:11
dramatically
133:16,23 287:7
draw
71:14 112:16 128:7 198:11
268:17 280:1
drawn
112:6,20 199:13 331:11
335:6
drew
70:17
drill
153:11 288:5
drive
147:8
dry
309:7
due
253:11

duly
11:5 345:6,10
durability
168:24 169:11

e

earlier
44:17 135:22 147:19
153:16 160:7 172:8 174:12
174:24 176:11 188:25
227:24 290:16 307:17,18
312:25 316:8 322:1,4,21
324:9 326:10 331:15 332:2
early
18:21 49:20 54:19 210:22
211:3
earth
67:1
easier
103:3
east
305:11,14
eastern
100:14
econ
82:22
economic
59:21 85:7 174:20 176:8,13
270:20 280:22 284:1
295:19 298:16,17,22 301:3
324:3 338:17 342:25
economically
59:25 61:21 267:12 268:3,4
economics
15:12 26:4 64:15 268:21
economies
283:2
economist
43:13 77:12 81:24 82:6
84:12 108:17 109:6 112:17
160:14 278:20 333:21
336:2
economists
26:2,3 77:17 79:18 80:8,16
82:16 83:10,16,21 93:19,24
94:8 100:6,19 101:1,22
102:15 106:12,13 108:24
109:7,13 110:3 112:10,21
129:2 140:12 142:21 143:3
144:17 149:5,11,12 158:16
158:25 160:25 161:5
171:17 176:15,19,22
184:14 195:20 196:14,22
210:17,24 244:3,14 272:19
economy
91:9 92:23 93:9 98:9 99:1,4
135:18

[highlighted - independent]

**highlighted**
100:5 112:10 114:16 128:1
129:4 200:13 207:10
227:10 231:23 289:10
330:18 331:15
**highlighting**
129:8 130:10 135:21
205:19 218:24 281:18
286:11
**highlights**
77:7 143:12
**highly**
9:15 42:3 147:24 314:14
**hired**
71:2
**hirsch**
4:6
**historical**
76:15
**historically**
164:24 165:4 293:7 338:13
**history**
15:4,5 83:10
**hold**
85:17 103:20 123:13 136:5
139:11 156:4 189:2,5
277:21 283:13 311:5
313:13 333:22
**holder**
115:16
**holders**
189:3
**holding**
139:1,2 283:10 314:9
317:22
**holdings**
274:15,24 275:11,24 276:9
277:5,12 278:3,4
**holds**
104:4 192:25 193:4
**honest**
175:9 195:4 197:8,9 232:3
**hong**
126:12,14 301:22
**hope**
46:10 183:9
**hoped**
200:1
**hopefully**
180:17
**horizon**
192:11,14,18,22,23 193:2
310:11,17 311:3 331:18,20
332:8
**horizons**
192:10 279:25 281:23,23

**host**
304:6
**hour**
50:17
**hours**
47:4
**huge**
291:18,21 340:6,8
**huh**
31:8 34:10 48:19,22 66:14
78:7 89:22 90:7 95:2 121:7
135:12 151:16 154:19
163:11 172:12 177:23
185:21 200:8 215:3 226:16
231:4 242:22 333:7 335:19
339:22 340:1 342:10
**hundred**
170:25 171:10 270:5
271:19 277:2
**hundreds**
94:14 95:3 114:20
**hurt**
325:12
**hypothesis**
279:21
**hypothetical**
92:20 94:24 96:21 105:9
139:6 147:1 190:9 191:13
229:21 270:18 271:8
272:23 278:13 313:6
**hypothetically**
92:6 123:12 130:9 138:23
181:24 183:25 188:13
211:4 268:7 270:9 301:6,9

**i**

**idea**
90:8 106:1 212:14 248:23
293:8 298:11
**ideal**
192:23
**ideally**
226:18
**identification**
14:8 174:8,13,15,17 175:20
175:22 223:25 232:10
237:19,24 254:7,10 260:7
263:12 264:19 296:23
**identified**
106:25 129:1 145:13
**identifies**
141:12 142:17 238:21
295:24
**identify**
76:4 112:11 115:13,15
205:17 249:2

**identifying**
149:24
**ignored**
232:2
**ignoring**
277:9
**ii**
93:22 94:6 97:15 100:10
**iii**
74:8,10,15 75:12 76:7
**illustrate**
58:6,7 106:16 107:16 144:7
144:9
**illustration**
94:3 146:1
**imf**
134:10,12,17,23 135:4
**immediately**
55:4 269:19 274:3
**impact**
8:4 232:15 279:12 280:12
**implications**
297:20
**implicit**
105:25 285:13
**implicitly**
127:11 130:2
**implied**
95:15 97:14 100:3 106:5
187:13
**implies**
331:17
**imply**
91:7 330:16
**important**
23:8 26:11 33:15 45:21
53:13 75:18 80:2,9,19
81:17 83:22 84:13 87:24
89:7,9,14,18 99:21 101:2
103:12 135:24 144:1
152:12 161:2 182:15 191:2
201:18 210:13 211:7,19
230:4 233:15 241:22
243:17 250:16 251:14
283:2 292:23 299:19 305:6
305:15,21 337:11,12
**impose**
190:2
**imposes**
186:24 188:15 189:20
**impossible**
183:5 188:1
**impotent**
248:21
**impression**
278:3

**impute**
207:5
**inaccurate**
72:6
**inadvertent**
258:8
**inappropriate**
197:9
**include**
23:11 35:10 43:4 52:1
57:13 69:1 77:23 80:18
113:15 126:11 133:6
144:19 153:13,22 154:9
155:21 227:6
**included**
23:21 51:22 52:5 57:14
58:10 116:21 127:11
131:17,22,24 143:18
145:22,25 148:20 225:19
281:24 337:3
**includes**
110:20 134:10 143:6
**including**
34:9,14 83:9 112:10 133:4
148:24 243:19 303:13
309:20
**income**
207:14
**incomplete**
60:16
**inconsistent**
251:10
**incorporates**
8:11 254:25
**incorporating**
255:6
**incorrect**
105:10,14 191:7 293:25
294:4 298:13 299:12
323:16
**increase**
270:11,24 273:3 278:9
282:17 293:15
**increased**
266:19 273:21
**increases**
234:21
**increasing**
271:24 273:7
**increasingly**
134:23
**incurred**
51:6 242:2
**independent**
146:3 166:22

**[independently - jberg]**

**independently**
170:15,17 173:5 181:9
**index**
6:1 9:1 10:12
**indicate**
111:19 141:11 155:17
168:19 201:12 246:1
293:24 314:13
**indicated**
3:1 50:10 117:23 127:20
150:15 201:14 244:23
249:7
**indicates**
117:9 190:20 255:13
258:16 285:11 295:20
298:16
**indicating**
130:17 251:6 277:11
**indirect**
288:21 290:6
**individ**
79:15
**individual**
30:9 38:24 125:14 172:5
173:22,23 217:14 294:22
**individually**
119:25 125:14
**individuals**
30:1 74:18,19,25 75:11
82:10 100:8 217:7 274:14
274:23 276:8 277:4,12,19
278:9
**inexpensive**
215:15
**infer**
259:17
**inflation**
292:25
**influence**
267:12 268:5 269:22 270:7
272:15,21 280:4,19 281:21
**influenced**
337:25
**information**
15:1 24:15 25:21,22 26:9
26:12,13,21,23 27:1,4 48:7
63:4,16 71:1 115:12 164:15
166:12 167:19 168:25
169:25 170:1,7,16 171:15
171:22 173:8,24 174:3
199:12 200:6 204:11 209:5
215:20 233:11 302:13
303:6 306:15 307:2 309:2
337:10
**informed**
22:16

**inherently**
236:15
**initial**
14:15,16,20 51:22 54:18
56:19 59:19 64:8 119:14
139:13 195:3 213:14
227:19 243:10 244:20
263:5,20 264:9 265:23
298:1 320:21
**initially**
119:7 266:18
**initiative**
8:13 197:23 198:13 255:1,8
**innovation**
119:5 244:15 301:3
**innovative**
248:20
**insiders**
275:4 276:15,18 277:20
278:1,2
**insight**
134:5,8,9,19,20 135:2
282:3
**insights**
79:2
**insofar**
128:25
**instance**
53:20 337:23
**instant**
258:18
**institution**
219:7
**institutions**
220:11,13,16
**instruct**
60:10 70:5 163:16 242:13
261:3
**instructed**
163:20 164:1
**instructing**
179:17
**instruction**
63:13 155:24 242:15
**instructions**
261:20
**intelligence**
201:8,10
**intended**
44:11,20 78:25 79:2 109:20
109:21 110:4,10 143:1
147:19 162:16 245:23
246:16 257:5 266:1
**intending**
33:25 148:3 310:3

**intention**
165:6 277:13
**intentionally**
110:1
**interbank**
307:5
**interchangeably**
88:24 89:3,12,24
**interest**
67:10,12 160:21 196:4
274:14,23 276:8,18 277:5
320:6
**interested**
13:7 15:20 58:13 151:5
196:21 277:16,20 291:5
322:6,22 345:13
**interesting**
93:15 116:3
**intermediate**
105:3
**international**
18:25 118:24 238:23
**internationally**
44:23,24
**internet**
165:18 171:7,19,23
**interpretation**
322:21
**interpreted**
42:2 297:19
**interpreting**
323:9
**interrupt**
292:11
**intraday**
204:13
**intrinsic**
140:6,9,21,25 141:5 146:2
146:7
**introduce**
213:17 214:2
**introduced**
209:12
**introduction**
238:24
**intuitively**
133:12 166:1 169:9
**invalidates**
285:13
**inventory**
313:17
**investing**
42:21
**investment**
38:3 122:7 139:12,13
155:21 157:24 246:17

**investment (cont.)**
249:8 320:7
**investments**
323:19
**investors**
156:6 285:15 321:9,17
322:5,10,14,18 323:3
**involve**
45:3,7,10 198:4 228:4
302:16 341:6
**involved**
17:18 26:5 122:18 123:19
123:21,25 124:7 183:21
220:25 234:16 235:7 300:2
300:16 315:17 316:1
**involves**
61:3 123:15 339:2
**involving**
66:13
**irrational**
282:22
**irrelevant**
31:7 189:8,12 327:15,20,22
328:8
**island**
144:14
**islands**
100:16,17
**issuance**
46:23
**issue**
35:25 37:3 54:21 269:4
297:11 325:8
**issued**
14:17 38:20 53:7 54:18
56:16 115:8 120:4 243:10
**issues**
37:8 295:24
**item**
91:14 337:20
**items**
114:5,6

**j**

**january**
191:1
**jap**
208:13
**japan**
116:22 125:19,22 126:13
126:15 208:18 301:21
**japanese**
91:16 190:15 297:25
303:14
**jberg**
4:25

**[jersey - lion's]**

jersey
  2:21 15:24
job
  1:25 83:5 85:2,6 99:21
  233:17
█
  7:4 260:10 325:5
joint
  219:8
jones
  65:12
judge
  42:1,3
judgment
  40:11
jurisdiction
  137:19
justice
  69:13
justin
  4:18

**k**

keep
  117:19 210:13 253:5,8
  277:8 287:21 295:6 327:25
kellogg
  4:16 50:9,11,13 54:13
kellogghansen.com
  4:24,25
key
  250:11
kind
  15:1 201:18 223:8 230:2,3
  252:3,11 256:22 283:18
  286:24 307:6
kindle
  109:3
kinds
  153:22
kingdom
  132:13
knapp
  79:9
knew
  215:19 235:9,11 243:11
  245:19,20,20 248:12 249:1
  250:22,24
know
  12:22 13:1 14:10 16:10
  20:17 25:2 31:9,11 32:4
  33:15,18 34:23 40:10 41:11
  41:15 45:8,12 48:24 50:14
  50:15 51:10,14 53:5,8,10
  53:11,11,15 54:9,12 55:7
  56:9 58:13 61:1,2 63:21
  66:7,25 68:3 75:20 78:1

know (cont.)
  82:3 84:22 85:16 86:2,14
  86:15 87:16 93:17 94:7,21
  95:19 96:15 98:3 108:16,17
  114:6 116:8 117:2 121:16
  121:20 123:14,24 124:9
  125:3,9,16 126:21,25 130:7
  130:20 137:4 138:2,9,16
  139:6,11 140:4 142:19
  144:4 146:21 155:8 158:15
  158:22 160:18,24 161:5
  168:6,14 169:17 171:25
  172:6,14 177:5,6 182:11
  184:14 185:23 187:20
  189:3,6,13 196:9 197:2,4
  199:7,17,19,22,23 200:20
  200:22 204:19,20 211:16
  211:17,18 215:11,22
  217:19 218:4,9 220:1,16
  230:22 231:20 233:18
  235:13 237:8,10 241:2,6
  242:19 244:14 245:13
  252:4 263:6 268:15 275:20
  277:8 278:16 282:14 283:3
  283:17 285:6 290:1 291:1
  297:5,5 298:6 300:9,13,14
  300:15,15,22 302:5,12
  303:9 304:19,24 306:16,21
  308:18 309:6 314:7,10
  317:16 318:21 319:3
  326:19 331:7 333:19
  334:13 335:4,14 343:10
knowing
  43:13 188:5,19 196:21
  197:5,6 203:23
knowledge
  64:17 83:9 99:24 210:5
  236:11,13 303:19 304:20
  312:4
known
  94:1 244:15,17 272:20
  288:25 297:10 324:5
knows
  26:6,21
kong
  126:12,14 301:22
korea
  301:23
krone
  303:14
kusimba
  77:6,12,13 78:6,8

**l**

labeled
  70:15

labs
  1:7 2:7 4:2,14 10:12
laptop
  53:17
large
  95:21 96:1 186:24 188:15
  189:20 190:2 192:16 282:6
  282:17 283:25 304:21
largely
  129:5
larger
  208:3
largest
  326:13,17 327:9 328:3
larsen
  1:8 2:8 5:12 275:5,9,23
late
  302:22
law
  36:5 43:20 50:5,8 54:15
lawrence
  6:23 238:19
lawyers
  53:22 69:24
lay
  76:17,20
layman's
  68:8
layperson
  78:13
lead
  285:15
leading
  22:2 91:1
learn
  54:20 106:13 119:18 167:3
  168:10,25 169:6,17,24
  200:23 235:6 241:10 242:1
  242:24 243:9 246:20
  249:15,15,16,17,23
learned
  164:9 167:9 170:16 171:5
  171:16 194:12 195:8 198:9
  201:3 235:14,22 236:4
  241:19,20 243:7 250:4,5
learning
  117:20 120:2
leave
  69:14 300:14
leb
  4:4
lecture
  263:1
ledger
  66:24 115:12,16 166:3
  167:2,4,9,12,17 173:10,14

ledger (cont.)
  203:14,16,24 214:24
  215:15 233:5 234:14,15
  236:1,8,18
ledgers
  166:21 234:16
ledger's
  202:4
left
  265:25 266:2
legal
  10:17 60:7,14 61:12,25
  70:21,22 71:8 79:19 87:17
  88:13 137:19 333:1,13,18
  333:19,21
legalities
  220:18
legalized
  334:16
legitimate
  76:23 77:3 83:13 84:12
length
  20:6
lengthy
  179:5
lens
  25:23
lerner
  79:12,14
letter
  50:3 173:14
level
  250:15
liberty
  5:7
licensing
  212:17
limit
  63:2 99:3 171:11
limitation
  267:10 268:10 270:2,6,25
  272:2
limited
  60:16 153:5,6 167:13,14
  169:12,15 280:4,19
limiting
  123:22 272:24
limits
  267:19
line
  9:4,11,16,21 169:14 315:8
links
  30:10
lion's
  321:17

**[liquidity - mastercard]**

**liquidity**
7:22 29:7,7,9 59:25 61:20
224:9 225:3,16 226:15
293:4 311:18,23 312:12

**lira**
334:22,22

**list**
31:1,9 35:23 55:8 57:8
58:24 77:5 117:3 125:17
143:6,19 149:8 339:21

**listed**
19:11 32:6,12 35:8,16
36:15,20 39:13 55:2,7 57:3
58:5,5 76:6 143:5,6,7
168:14 174:3,3 191:22
200:15 238:4 252:1 337:17

**listen**
108:11

**lists**
73:1 101:15 107:11

**literature**
26:4 70:13,14,14,19 76:2
77:8 95:15 97:12 99:24
101:9 195:7,19 219:10
273:14 280:21 299:1
326:11

**litigation**
35:16 40:1 54:10 168:1
240:3,5 242:23

**little**
49:2 51:3,20 85:25 117:19
117:22 153:12 156:14
204:22 212:19 213:1 214:9
225:7 279:11 289:7 303:12
305:19 333:17

**live**
11:22,23

**lives**
25:4

**living**
100:17

**llc**
38:3

**llp**
4:3 5:14

**load**
33:21

**located**
10:20,21

**location**
67:1

**locations**
125:11,25 258:19

**logical**
62:3 301:1 320:3 324:4

**logically**
181:21

**lombardozzi**
1:24 2:19 11:2 345:24

**long**
19:6 20:18 30:8 47:1 49:11
154:13 155:17 167:14
169:14 192:24 197:14
204:18,19 270:1 272:3,10
317:16 318:3 319:3,21
325:11

**longer**
138:18 192:18 193:4
204:23 239:8 283:13 311:5
313:14 319:13

**look**
31:1 34:17 37:7 40:5 48:13
55:8 59:15 73:24 133:20
141:10 145:5 147:2 175:3
175:13 180:8 186:14 190:5
196:2 203:1 204:16 209:7
212:9 220:22 224:2,21
232:4 237:23 238:25
240:18 246:6 248:11
258:11 263:14 274:5
278:19 279:6 285:7 293:23
299:3 302:25 303:5,11,12
305:6,21,24 306:6,7,10,11
307:3 309:8 313:20 314:11
319:20 320:25 321:4 325:4
325:20,25 332:4

**looked**
41:17 46:11 48:12,23 57:9
57:13 58:14 59:8 72:8,9
73:23 116:20 117:13 131:5
134:5,11 175:10 177:5
193:11,20 196:4 198:19
202:10 216:12 219:10
224:16 330:13 335:13

**looking**
19:17 23:12 31:16 48:8
73:21 74:7 102:25 191:13
196:6 202:2 226:5 247:18
281:25 282:24 303:7 305:4
332:1

**looks**
26:12 31:16,22 133:23
238:19

**loose**
289:7

**lord**
285:22

**lose**
136:12,15 139:10

**loses**
135:13,18 136:1 137:13

**loses (cont.)**
138:9

**losing**
117:20 138:14 207:12

**lost**
136:20 137:24 138:3 228:8
302:22

**lot**
23:2 33:18 75:17 126:12
143:4 187:12,16 195:6
221:2,10 233:13 234:23
236:15,17,18 275:10,20
276:15 332:20

**lots**
322:5

**loud**
74:10 204:25 267:6

**louis**
6:15 101:15 107:1,5,15,20
108:1,24 109:8,12,14
141:21 143:5 174:19,25

**low**
93:16,18 100:4 153:2 186:6
207:14 216:4 227:4

**lowdown**
174:20

**lower**
99:3 208:1 216:19 218:17
218:20 331:22 343:7

**lucia**
100:16

**lunch**
159:3

**luncheon**
159:9

**m**

**macro**
64:14

**macroeconomic**
21:1

**macroeconomics**
21:3 43:14 89:9 269:20

**macroeconomist**
18:24,25,25

**magnitude**
96:2 117:17

**mail**
4:10,24 5:10,19

**main**
35:1 102:16,25 316:1

**maintained**
166:22 252:18

**major**
26:3 119:8 190:13 304:22
326:14,18 327:9 328:3
335:8

**majority**
94:8 122:6 299:13 304:21
319:7

**maker**
127:5,12 219:24 229:10
311:12 312:24

**makers**
309:21 310:4 311:18,23
312:6,12,15,18 313:2,9,12
313:18 314:8

**making**
43:25 60:1 127:13 182:16
222:21 278:25 281:10
309:17 313:16

**malaysia**
301:21

**manage**
110:19

**managed**
283:1 287:1

**management**
33:19 183:8,20 184:16

**mancinelli**
38:5,11,18,21 39:2

**mankiw**
107:16,20,21

**march**
206:11 238:19

**marked**
9:15 14:4,7 174:7 175:19
176:1 223:24 224:2 232:9
237:18,24 238:11 254:6,9
260:3,6 263:11,15 264:18
264:21 296:15,22 325:4

**market**
20:25 23:16 29:5 31:23
127:5,12 219:24 221:5
229:10 244:21 248:23
253:4 270:23 282:18
303:20 309:20,21 310:4
311:12,18,23 312:6,11,14
312:18,24 313:1,2,9,12,16
313:18 314:8 315:14 318:6
319:4,5 321:20 324:13,19
324:25 330:6,14

**markets**
18:14 24:2 31:18 127:13
231:24 232:1 267:20
270:20 271:16 310:24

**massachusetts**
11:23

**massive**
305:10

**mastercard**
335:9

[master's - money]

**master's**
15:22,23 16:1,2,5
**material**
178:4 237:13 337:24
**materials**
47:24 48:23 57:9 58:14
168:1 337:1,3,9,16
**math**
304:15
**mathematically**
321:18
**math's**
35:1
**matter**
10:10 14:15 47:8 60:14
61:25 62:14 69:9 85:22
88:13 108:25 234:24 270:1
272:3,4 328:8 342:25
**matters**
23:9 35:10,23 37:25 109:6
271:19 286:23 329:3
**matthew**
4:6
**maurice**
36:20
**max**
268:9
**maximum**
100:8 268:9 321:19
**mean**
17:5 26:16 66:16 67:5,8,13
68:6,9 69:14,23,25 83:20
84:10 91:6 113:15,19
124:11 127:22 140:11,18
145:23 150:11 154:1 172:5
184:23 185:12 186:1
211:14,24 212:5 224:18
252:10 269:13 270:17
279:8,18 281:4 285:19
288:6 305:24 312:14 331:7
341:20
**meaning**
138:25 147:19 237:9
266:15 281:23
**meaningful**
188:11 294:1
**means**
104:3 150:12 160:12
173:12 273:16 315:17
331:9
**meant**
154:1,9 162:16 187:21
188:5 245:4 337:8 341:24
**measure**
332:21

**measured**
104:22 114:19 219:17,18
280:3,12
**meat**
294:8
**mechanism**
211:23 235:7 236:16
257:17 318:17
**mechanisms**
234:16
**media**
94:2 247:15,18,19 249:12
249:12
**median**
298:12
**medium**
81:17 90:9,11,25 91:3,6
92:1,4,9,17,25 102:17
103:13,19 104:3,9 105:20
105:25 113:12 114:10,12
114:13,17,22,24 125:4,4,25
172:1 173:13 257:7 326:5
326:15,20 327:10 328:4
330:19 333:14 335:8
**meet**
46:13,16 211:9
**meetings**
46:25 47:2
**member**
110:18
**memory**
168:17
**menger**
81:25 82:3
**mention**
18:17 20:8,10 128:5,6
143:22 246:23 332:23
**mentioned**
56:19 97:18 117:12 125:17
125:19,20,21,22 126:23
135:5 203:17 223:17
339:23 341:23
**merchant**
172:14
**merchants**
171:25 172:6,10,21
**merits**
40:13,24
**message**
207:3,6,7,8
**met**
70:20,22 71:8
**method**
160:12
**methodology**
40:21 41:12,18

**mexican**
8:10 124:23 241:3 254:24
255:15 256:13,18 317:7,10
317:13,16
**mexico**
255:11,21 256:2 306:22
316:3,12 317:2
**mgi**
240:9
**michael**
160:15,18 161:14
**micronesia**
143:16
**microstructure**
31:23
**mid**
49:8 52:2
**middle**
180:9 186:23 207:14
212:16 307:4 312:24 333:5
**million**
96:3,6 100:13,18,20,21
101:20 207:14 246:13
249:8,18,24 250:6,23 251:2
268:8 329:14
**millions**
114:18,21
**mind**
48:15 55:3 67:7 77:21
125:18 136:19 150:2
153:23 168:15 175:15
186:5 210:14 217:5 218:23
267:6 272:9 275:7 308:18
318:18 323:6
**minimum**
101:19
**mining**
8:5 232:15
**minute**
21:16 57:6 84:3 156:22
185:20 192:11,14,17,22
193:1,4 202:6 283:11 287:2
287:2 313:14 325:14
331:18,20 332:7
**minutes**
65:13 202:6
**mischarac**
193:25
**mischaracterization**
99:13 148:9
**mischaracterize**
277:7
**mischaracterizes**
41:5,7 72:4 86:23,24 99:8
139:21 148:18 156:9 171:9
202:18 222:17 276:12,22

**mischaracterizes (cont.)**
277:23 291:9 323:12,21
**mislead**
331:25
**misleading**
99:9
**misperceived**
308:21
**misrepresents**
72:7
**missed**
303:18
**misses**
334:20
**missing**
258:3
**misstate**
204:14
**mistaken**
299:11
**mistakenly**
83:25 299:22
**mistakes**
263:2
**misunderstanding**
12:22 157:15 314:18
**misunderstands**
309:12
**misunderstood**
12:24 194:18 308:21
**mjhirsch**
4:12
**model**
330:22
**models**
278:23 280:22 281:4,11
**moment**
34:21 36:25 62:8 88:11,19
151:2 153:1 201:21 240:20
242:18 253:7,7,10 263:14
287:20,21,23 336:9
**moments**
117:24 119:12
**monetary**
16:7 19:3 64:15 110:19
160:22 288:20,23,24 289:6
**money**
6:15 17:24 43:14 44:11,21
63:24 64:5 65:3 69:10 77:9
77:13,17 79:5,20 80:1,2,9
80:12,16,20,24 81:2,9,15
81:18,23 82:11,17,18 83:1
83:2,11,22 84:10,13,19,25
84:25 85:11,17,18 86:4,8
86:15 87:4,11,17 88:23
89:2,19,24 90:9,10 91:7,10

[money - number]

**money (cont.)**
91:13 93:7,20 94:3,5,6
95:11 100:7 101:3,11
102:15,17,22 103:1,2,8,13
103:21 104:6 105:20
107:16 110:20 111:5
112:19,23 129:9 143:13,17
143:19,21 144:6,13,22
145:13 147:9,11 149:14,18
149:19 150:7,10,13 160:10
162:17 174:20,24 184:12
184:15 193:13,13,16,17
194:9,22 195:15,21 196:24
197:3 208:1 209:16 211:9
219:6 220:23 221:17,17
242:4 243:2,16 245:16,21
251:21 253:13 255:18
256:2,13,16 258:23 269:21
279:11 282:2 283:1,4 287:1
287:5,16 288:20,22,24,25
289:3,5,11,17 292:24 293:1
293:6 306:22 309:19 342:1
**moneygram**
8:16 44:6 217:12,16 238:23
239:4 240:9 242:2,25 243:2
243:8 245:4,5,14,21 246:2
246:15 247:20 249:5,9,11
250:9 258:13,18,22 259:4
306:7,10
**moneygram's**
241:11,14 243:18
**money's**
160:25
**month**
31:13 49:14 269:23,24,24
279:13,13 310:14
**months**
49:18 200:14 250:3,3
**morning**
11:9 301:1
**mountains**
69:10
**mousetrap**
306:1
**mouth**
131:15 171:4 327:20
**move**
29:19 30:24 64:21,22 73:13
98:20 101:24 151:4 232:6
242:17 258:1 284:15
343:12
**moved**
259:8
**movements**
269:24

**moves**
250:12
**moving**
67:11 191:12 220:23
286:24
**moye**
3:9 6:4 11:9,15,16 13:22
14:9 17:21 27:24 28:13
40:8 56:1 62:25 65:10,13
65:21 102:7,13 139:25
159:2 160:4 174:9,16
175:15,23,24 179:14,24
193:16 212:14 213:3,11
224:1 225:21,24 226:3,9,12
226:13 232:13 237:22
238:6,9 241:21,24 244:7,22
245:2 254:11 258:6,10
259:19 260:1,8 261:5,12,22
263:13 264:20 275:16
286:5 296:25 299:6 313:21
314:6 325:11,15,17 336:8
336:17 340:21,25 341:7
342:13 343:22
**moyer**
3:16
**mpsi**
241:2
**multiple**
203:9 277:24
**multiplier**
288:25
**mxn**
241:2,3
**myriad**
153:10,25 154:1 157:18
158:4 162:21 163:8 279:7
279:21,22

**n**

**n.w.**
4:20
**name**
10:16 11:18 46:11 79:17
81:5,8,12 82:1 126:24
194:10 209:20,21,21
217:15
**named**
47:6 48:1 81:24 82:6
160:14 238:18 345:9
**names**
34:22 39:10 116:25 125:18
**narratives**
56:20
**narrow**
27:20
**national**
176:7,13

**nations**
304:13
**nature**
17:23 21:4 25:22 26:12,13
61:3 67:23 69:10 101:18
105:25 128:10 167:1
169:10 221:6 236:16
245:22 286:22 309:12
313:16 328:9 329:11
**nber**
6:19 176:2 177:6,14,21
**near**
305:11,14
**nearby**
100:16
**nearly**
183:5 327:24
**necessarily**
58:24 241:2 323:25 342:11
**necessary**
76:22 77:3 83:13 84:9
99:25 133:18 144:2
**need**
12:25 13:8 39:24 43:15
66:7 88:22 90:17 91:23
95:10 98:5 123:10 138:15
154:5 161:20 179:6,11
197:8 204:20,24 207:19
232:5 239:11 244:18 253:7
266:9 272:7 283:6 284:8
286:3,21 304:1 325:14
**needed**
71:7 127:17 253:4 289:6
292:7,18 293:9
**needs**
105:20 179:21 184:15
210:16,18 211:9 222:4
244:2 252:19
**negative**
208:21 210:7
**neglected**
65:24
**neither**
76:22 77:3 83:13 144:2,2
295:21
**network**
119:6 200:2 210:18,19
244:19 246:7,11 301:4
320:5
**networks**
199:20 244:17 300:23
**new**
1:2 2:2,17,17,21,21 3:8,11
3:14,14 4:8,8 5:8,8,17,17
10:15,22,22 15:24 18:23
67:11 175:14 178:14

**new (cont.)**
197:12 213:17 258:12
345:1,3
**newspaper**
120:9
**nick**
38:24
**nicole**
5:6
**nod**
239:11
**node**
302:1
**non**
24:15 201:9
**nondollar**
310:25 332:12
**noneconomists**
25:14
**nonprivileged**
62:22
**nonstandard**
84:18
**nope**
285:8
**normal**
244:1,12,19 310:24
**normally**
68:17
**northwestern**
18:2
**notary**
2:20
**note**
238:2 258:2 259:2 326:17
**noted**
10:24
**notes**
77:5
**notice**
2:21 35:6 88:24
**noticed**
202:24
**noting**
328:8
**notion**
329:15
**november**
52:2 191:2 260:10
**ntatz**
5:10
**number**
6:8 7:2 8:2 10:13 33:14
94:4,15,16,17 95:17,20,21
96:22 99:3 100:4,8,9,20,21
101:20 122:11,16 172:9

[number - okay]

**number (cont.)**
192:9,10 198:24 214:2
218:21,23 219:3 227:25
234:2,4,12 237:25 238:11
266:6,18 267:11,16,19
270:3,10 272:2 293:11
304:12,13,13,16 307:17
331:5,21

**numbers**
192:7,9 202:10 204:15
300:8 331:4 332:7

**number's**
97:1

**nyu**
178:18

**o**

**object**
335:5

**objection**
12:11 13:20,21 16:21 20:14
21:9,21 22:7,11 23:5,17
24:4 25:17 27:5,10,16
28:18 29:13,20 30:5,16
32:23 33:7 35:19 36:10
37:9,18 39:3,21 40:14 41:4
41:22 42:7,15 43:9 44:2,13
45:16 47:9 48:3,9 49:15,23
50:25 51:7,13,16 52:8,16
53:24 54:4,23 55:24 56:6
56:24 57:11,21 58:17 59:2
60:6,22 61:11,23 62:6,16
62:23 63:11 64:11 65:5
66:5,19 67:18,25 68:11,23
69:7,17 70:4,24 71:10 72:3
72:16,24 73:10,18 74:22
75:4,7,15,23 76:18 77:19
77:25 79:7,21 80:3,10,21
81:3,10,19 82:12,19 83:3
83:17,23 84:14,20 85:1,12
85:19 86:9,17,22 87:5,13
87:19 88:3 89:4 90:3,12,20
90:22 91:11 92:11 93:3,13
94:19 95:12,23 96:12,17
97:3,25 98:13 99:7 101:4
101:12 102:19 103:5,15,22
104:7 105:6,12,22 107:6
108:4,19 109:9,17,23 110:8
111:6,10 112:1,7 113:7,17
113:25 115:3,10,21 116:12
116:17 117:7,15 118:4,11
118:20 119:21 120:19,22
121:10,22 122:3,8,13,20
123:6,16 124:2 125:6 126:2
127:2,9,24 128:16,22
129:22,25 130:11,22 131:8
131:14 132:20 133:1,10

**objection (cont.)**
134:15 135:15,19 136:6
137:1,7,15,21,25 138:5,11
138:20 139:4,14 140:13,22
141:7 142:4,24 143:10,23
144:23 145:19 146:5,11,16
146:25 147:16 148:6,17
149:15 150:5,20 151:6,22
152:16 153:19 154:10,24
155:9,23 156:8 157:4 158:1
158:18,23 161:3,9,12,18
162:6 163:1,15,22 164:12
165:1,11,23 166:8,16 167:6
168:3,12 169:2,7 170:3,10
170:20 171:8,20 172:3,16
172:25 173:6,20,25 175:6
176:20 177:3,12 180:22
181:5,16 182:5,19 183:14
184:7,20 185:5,13 186:2
187:9,22,24 188:8,22 189:9
189:24 190:17,24 191:8,20
192:20 193:23 195:22
196:7,25 198:21 199:5,15
200:11,25 202:17 204:1,8
205:3 206:7,22 208:4,11,23
209:1 210:11 211:11 212:3
214:15 215:4,17,24 217:3
217:23 218:7,12 219:14
220:5,8,15 221:12,14,19
222:7,16 223:2,15 224:15
224:20 227:1,22 228:6,13
228:16,21 229:5,19 230:10
230:20 231:12 234:8 236:2
236:9,25 237:5,7 239:9
240:14 242:12 243:4,21
245:7,17 247:2,22 248:7,9
248:16 249:19,25 250:10
250:17 251:8,13 252:6,22
253:20 256:3,19 257:21
258:25 260:25 262:20
264:11 267:22 268:13,23
270:14 271:3,11 272:5,17
273:4,24 274:25 275:12,14
275:25 276:2,11,21 277:6
277:22 278:11 279:2
280:14 281:2,7,15 282:8,13
283:15 284:4,21 286:19
287:11 288:11,17 289:21
290:12,24 291:8 292:1,4,19
293:18,20 294:16 296:6,19
297:14 298:20 300:4,11,20
301:15 302:9,18 303:3
304:8 305:1 306:3,8,18,25
307:15 308:1,11,22 310:6
311:7,25 312:7,13,20
314:21 316:5,14 317:18

**objection (cont.)**
318:10,15 319:14 321:23
322:3,11,16 323:4,11,20
324:15,20 326:8,16 327:7
327:12,18 328:6,12,18,19
329:8 330:9 331:3 332:17
333:15 334:1,4,17 335:11
340:21,25 341:7 342:13

**objective**
290:22

**obstacles**
205:19

**obtain**
312:18

**obtained**
206:4 233:11 277:18

**obvious**
15:17 36:15 133:12 166:1
169:10

**obviously**
13:9 31:6 241:5

**occam's**
324:5

**occasion**
16:6 48:17 162:3 173:4
178:20

**occasionally**
178:3

**occur**
15:14 293:16

**occurred**
39:15

**october**
14:17 49:21 54:19 115:9,18
116:3 164:17,22

**odl**
61:20 92:2,3 97:21,23 98:5
114:19 115:2,14,19,25
116:3,9,16 118:14,14,16
119:1 126:11 127:4 173:14
192:23 197:20 198:3,17,20
199:1,3,14,18,22,23 200:7
200:16,23 201:12 202:14
202:23 208:19,20 209:9,21
210:1,2 211:5,8,15,18,19
211:20,21 212:2,17,25
213:18,22 214:3,10,12,21
215:7,11,21 216:21 217:21
218:11,16,25 219:12 220:3
220:11,12,23 221:6,8,13
222:14 223:7,8,13 224:13
226:24 227:14,20 228:3,3
228:10,23,24 229:8,9,25
239:6 241:12,14 242:3
243:2,14,18 244:2 245:5,15
246:2 248:15,20 251:19

**odl (cont.)**
284:19 285:4 292:8 293:10
293:16 299:25 300:1,16
302:4,14,15 303:1 305:22
305:22 306:12,24 307:2
309:13 311:4,18,23 312:6
312:12,16,16,22 313:7
316:2,10,13,22,23 317:2
338:5,10,14,17,19 340:17
340:18,23 341:3,6,12,15,19
342:9,12 343:2,8

**odl's**
97:22 222:3 253:15 304:24

**offer**
62:3 63:8 85:9 86:11,12,19
86:25 87:7 155:2 265:13

**offered**
35:12 173:2

**offering**
129:20 155:5 338:12,16,18

**office**
3:8,11 10:20 217:18 227:8

**officer**
238:23

**offices**
2:16

**officials**
77:24

**oh**
28:12 48:13 74:5 84:3
116:24 120:6 139:18 141:3
172:19 205:5 214:17
219:16 221:21 223:3
263:23 284:9 285:22

**okay**
10:5 13:14,25 14:17,20,23
15:7,17,25 18:11 19:13,16
19:21 20:2,12,23 21:6 22:1
24:14,18 25:2,5 27:13
28:20,22,25,25 29:24 30:13
31:12,16 32:9,16,20 33:10
34:17,25 35:5,14 36:13
37:1,22,25 39:16,25 41:9
43:6,24 45:6,24 46:3,5,8
47:1,5 48:15 49:2,11,19
50:2,13 51:3,11,19 52:4,12
53:19 55:12 57:4,16 58:12
59:10,12 61:17 62:2,11
63:5,17 64:1 65:9,15,19
66:10 67:8,15,22 68:3
71:21 72:11 73:7,13 74:1
74:14,19,24 75:3,20 76:7
76:16 77:1,15 78:3,14,18
78:25 81:7,14 82:5,15,24
84:2,17 85:8 86:20 88:22
89:2,14,23 90:1,4 91:5

[okay - oppenheimer]

**okay (cont.)**
94:13 95:1 96:20 97:11
98:8,19 102:8,11,24 103:12
104:2 105:16 106:3,7,19,23
107:13,18 108:10,14 109:1
109:19 110:12,17 111:23
112:24 116:22 117:4,11
118:16 119:17 120:13,15
120:24 121:3,5,24 122:23
123:11 124:8 125:24 126:8
126:19 127:6 128:14
129:19 130:14 131:4,10,20
131:24 132:7,12 133:2
134:21 135:1,5,11 137:10
142:1,8 144:18 145:11,15
149:10 150:14 151:13
152:25 153:24 154:3 155:4
156:24 158:7 159:1,4,7
160:2,20,24 161:15 163:19
164:2,5,16 165:17 166:20
167:22 169:21 170:6 171:3
173:11,16 174:5,22 175:9
175:23 177:1,20 178:11,17
178:20 179:3 180:6,9,20
181:3,10,20,22 182:14
183:1,11,17,22 184:17
185:10,18 186:10,21 187:5
187:11,19 189:18 190:21
191:4,12,24 192:3 193:6
194:6,11,25 195:10,18
196:19 197:16 198:15
199:9,21 200:3,20,22 201:4
201:11,20 202:2 203:1,12
204:24 205:7,10,11 206:12
206:16 207:21 208:17
209:4,7 212:8,24 213:3,5,6
213:9,12 214:9,23 216:21
219:4 220:21 223:11
224:11 225:1,14,23 226:12
228:2 230:6 231:19 232:24
233:4,20 234:3 235:12,17
235:24 237:16 238:14,24
239:4,16,18 240:2,11,25
242:6,17,23 243:13 244:4
245:25 247:18 249:4,13
250:6,21 254:22 257:24
259:16,21 260:17,21
262:11 263:9 264:2,7,15
265:25 266:25 267:1,5,16
269:9 271:7 272:22 273:18
274:5,21 275:5,8,22 276:17
277:10 278:6,19 279:20
280:7 281:9 284:15 285:7
290:21 292:16 293:23
294:24 295:8,12,17 296:13
296:24 297:4,17 298:14,24

**okay (cont.)**
299:18 303:21 306:21
307:3,11 308:6 310:3 312:2
312:9 313:3,25 314:1,4,25
315:21 316:24 317:3,4,15
319:2,20,24 320:1,10,20,24
321:4 322:8,18,24 324:8,18
326:2 328:11 330:2 331:10
332:6,21,22 334:9,14
335:16 336:2,7,15,20 338:3
342:8

**once**
46:11 239:5 248:24 278:2
291:19,22

**ones**
47:5 55:3 125:16 220:13
301:24 305:15

**online**
44:25 48:6,8 55:6,22 56:3
120:9,17 121:2 171:2 203:6
203:18,19 249:16

**oops**
130:13

**oopsy**
189:11

**open**
325:18

**opened**
272:25 273:20

**operate**
126:10 303:17

**operates**
235:21 255:7

**operation**
290:8

**opine**
66:8 71:7 88:14 117:16
155:2 268:15 323:5,8
324:22

**opined**
158:25

**opinion**
27:14 35:12,25 36:2,4 37:4
38:8 39:19 41:16 57:15,20
60:19 62:1,3 64:18 69:1
70:3 74:11 80:23 85:10,21
86:11,13,14,19 87:1,7,9
98:16 112:8 116:4 121:19
129:20 147:2,5 152:20
155:3,5 157:7,24 158:12
162:7,11 165:7,14 170:13
173:2 182:8,10 183:18,20
184:9,11 195:13,19 210:14
210:14 211:8 253:16,22
262:5 278:17,18 305:22
323:23 337:4,9,14,14,25

**opinion (cont.)**
338:10,12,16,18

**opinions**
38:21,23,24 39:25 40:10
41:11 42:14 57:3 59:16
63:8,22 65:1 80:17,18
121:12 172:20 182:16
260:24 261:16,25 262:6,9
262:15,19 263:4 265:14,16
265:22 323:6 337:17

**oppenheimer**
4:17 6:5 13:17,24 16:21,24
20:14 21:9,21 22:7,11 23:5
23:17 24:4 25:17 27:5,9,16
28:9,18 29:13,20 30:5,16
32:23 33:7 35:19 36:10
37:9,18 39:3,7,21 40:14
41:4,22 42:7,15 43:9 44:2
44:13 45:16 46:18 47:9
48:3,9 49:15,23 50:25 51:7
51:13,16 52:8,16 53:24
54:4,23 55:24 56:6,24
57:11,21 58:17 59:2 60:6
60:22 61:11,23 62:6,16
63:11 64:11,21 65:5,15
66:5,19 67:18,25 68:11,23
69:7,17 70:4,24 71:10 72:3
72:16,24 73:10,18 74:22
75:4,7,15,23 76:18 77:19
77:25 79:7,21 80:3,10,21
81:3,10,19 82:12,19 83:3
83:17,23 84:14,20 85:1,12
85:19 86:9,17,22 87:5,13
87:19 88:3 89:4 90:3,12,20
91:11 92:11 93:3,13 94:19
95:12,23 96:12,17 97:3,25
98:13 99:7 101:4,12 102:5
102:19 103:5,15,22 104:7
105:6,12,22 107:6 108:4,19
109:9,17,23 110:8 111:6,10
112:1,7 113:7,17,25 115:3
115:10,21 116:12,17 117:7
117:15 118:4,11,20 119:21
120:19,22 121:10,22 122:3
122:8,13,20 123:6,16 124:2
125:6 126:2 127:2,9,24
128:16,22 129:2,25
130:11,14,22 131:8,14
132:20 133:1,10 134:15
135:15,19 136:6 137:1,7,15
137:21,25 138:5,11,20
139:4,14,17,19 140:13,22
141:7 142:4,24 143:10,23
144:23 145:19 146:5,11,16
146:25 147:16 148:6,17
149:15 150:5,20 151:6,22

**oppenheimer (cont.)**
152:16 153:19 154:10,24
155:9,23 156:8 157:4 158:1
158:18,23 159:5 161:3,9,12
161:18 162:6 163:1,15,22
164:12 165:1,11,23 166:8
166:16 167:6 168:3,12
169:2,7 170:3,10,20 171:8
171:20 172:3,16,25 173:6
173:20,25 175:6 176:20
177:3,12 179:10,16,20
180:22 181:5,16 182:5,19
183:14 184:7,20 185:5,13
186:2 187:9,22 188:8,22
189:9,24 190:17,24 191:8
191:20 192:20 193:23,25
195:22 196:7,25 198:21
199:5,15 200:11,25 202:17
204:1,8 205:3 206:7,22
208:4,11,23 209:1 210:11
211:11 212:3,10 214:15
215:4,17,24 217:3,23 218:7
218:12 219:14 220:5,8,15
221:12,14,19 222:7,16
223:2,4,15 224:15,20
225:17,23 226:1,5,11 227:1
227:22 228:6,13,16,21
229:5,19 230:10,20 231:12
234:8 236:2,9,25 237:5,7
238:1 239:9 240:14 241:15
242:12 243:4,21 245:7,17
247:2,22 248:7,9,16 249:19
249:25 250:10,17 251:8,12
252:6,22 253:20 256:3,19
257:21,25 258:25 260:25
261:10,14 262:2,20 264:11
265:5 267:22 268:13,23
270:14 271:3,11 272:5,17
273:4,24 274:25 275:14,18
275:25 276:11,21 277:6,22
278:11 279:2 280:14 281:2
281:6,15 282:8,13 283:15
284:4,21 286:2,19 287:11
288:11,17 289:21,24
290:12,24 291:8 292:4,12
292:19 293:18 294:16
296:6,18 297:14 298:20
299:4,8 300:4,11,20 301:15
302:9,18 303:3 304:8 305:1
306:3,8,18,25 307:15 308:1
308:11,22 310:6 311:7,25
312:7,13,20 314:21 316:5
316:14 317:18 318:10,15
319:14 321:23 322:3,11,16
323:4,11,20 324:15,20
325:7,13 326:8,16 327:12

[oppenheimer - pause]

oppenheimer (cont.)
327:18 328:6,18 329:8
330:9 331:3 332:17 333:15
334:1,4,17 335:11 336:23
343:19
opportunities
189:14
opportunity
16:6,18 18:12 20:3 21:12
40:5 240:12
opposed
320:5 343:13
option
60:1 61:21
orally
41:16
oranges
317:20
order
43:16 47:25 48:1 61:10
90:11 91:7,10 95:10 106:3
117:14 169:24 179:12,21
211:25 242:25 287:21
313:10
organization
177:24
oriented
320:7
origin
302:6
original
259:10 265:1 275:3 296:11
originated
320:13,18
originating
302:17
osler
1:16 2:15 6:3,11 7:14 10:10
11:20 14:1,7 33:3 45:13
65:22 102:14 160:5 167:22
174:7,22 175:19,25 203:21
206:17 213:12 223:24
232:9 237:18,23 254:6,9
260:2,6 263:11 264:18
267:18 296:22 299:6 314:7
327:21 328:15 330:23
336:18,24 344:1 345:5
osler's
41:17
outcome
26:24 60:5 291:18 345:14
outline
40:18
outside
22:9

overall
73:4 219:1 230:5 297:4,6,7
overlooked
247:16
overseas
218:18
overstating
171:3
overview
203:14,17
overwritten
233:14
owners
186:25 188:16 189:20
190:2
ownership
220:17
owns
220:19 282:6 284:1

p

p.m.
2:18 344:5
pace
285:15
pacific
116:25 126:12,13,13,17,17
300:23,25 301:7 302:15
304:25 306:12
packages
95:5
page
6:8 7:2 8:2 9:4,11,16,21
19:17 31:2,4,17,21 32:13
32:16,16 34:19,19 59:15
66:2 68:20 73:25 74:1,2,4,5
74:6 102:2 106:7 111:14,16
127:15 162:13 178:6,11
179:8,25 180:5,7,10 185:17
186:10,13,14,18,23 190:6
197:20 202:2 213:15 224:9
225:1 226:7,14 232:24
233:13 238:4,5,11,15,16,17
238:20 240:19 255:4,12
258:5,16 265:8 266:13
273:18 274:7,8,9,9 285:9
307:4 321:4 325:24,25
331:10 332:3,22 335:2,16
pages
6:12,17,21,25 7:6,11,15,19
7:23 8:7,14,18 204:17
225:19 325:19
paid
42:23 43:1,7 44:22 50:23
51:6,21,25 52:14 67:10
219:25 221:25 245:21
314:8 338:13 342:15,24

pair
303:21,24 304:2,3
pairs
303:13,17 304:6,12,16,18
316:23 319:7
paper
6:19 24:16 25:13,15,20
26:12 27:2 28:8,16 30:4,9
30:11,23 66:12 67:3 93:19
94:9 95:17 108:3 110:13
167:10 176:2 177:25
179:11 195:8,13 235:15,15
309:3,6
papers
24:7,9,10 32:10,13,25 55:4
79:3 195:5,14
paper's
25:16
paragraph
42:2 76:8 77:6 78:5 88:17
90:5 97:18 102:1 106:7,23
106:25 111:16 112:13
113:1 127:16,16 128:6,8
129:14 133:21 141:10
142:13 144:21,25 145:5,11
148:1 149:4,20,22 150:15
162:14 180:7,10 183:3
186:13,23 197:21,22
201:15 202:4,15,16,19,22
202:24 203:13,16 204:16
205:1,6,13,14 206:1,2
209:7 212:9,16,20 213:13
214:23 224:21 225:12
240:19,22 242:17 246:10
255:5 258:15 265:9 266:13
266:21,22 274:6,6,10 276:7
278:19,22 279:5,6 281:11
283:19,20 285:7,9,10,24
293:23 294:9,11 295:9,17
295:19 296:5 297:7,13,18
297:18,20,21 298:14 299:3
303:11,12 305:9 307:3,4
309:8,23 313:20 314:11
315:1,2 319:20,21 320:2
321:6 332:23 333:4 335:7
paragraphs
127:18 186:12,16,20
205:18 285:25 295:25
325:24
paralegal
5:22
parallel
281:18 282:23,25
paraphrase
337:2

paraphrased
325:22 331:12
paraphrasing
293:24
part
32:9 41:20 157:10 181:10
187:17 213:14 222:24
225:19 227:21 228:24
230:4 243:25 244:13,19,24
246:3 251:15 261:12
262:17 278:7 328:13
participants
91:8 99:4 309:20 313:2
participation
15:6
particular
81:12 82:16 137:18 165:21
168:18 169:20 207:25,25
235:14 252:24 253:1 270:6
292:8
particularly
280:24 331:5
parties
40:1 47:20 170:8 345:15
partner
116:9
partnering
255:19
partners
8:16 116:15,21
partnership
246:15 258:12
parts
13:10 59:6 161:20 179:7
206:24 266:7
party
169:5 200:10
patent
221:8
patented
211:23
path
82:1 194:5
paths
183:17
███████
7:9,17 263:16,24
paul
5:14
paulweiss.com
5:19
pause
88:20 180:3 186:17 201:25
205:9 240:21 242:20
254:20 286:6 315:4 319:25
325:9,16 336:14

**[pay - positions]**

**pay**
43:21 134:14 218:18
221:16 243:19
**paying**
50:11 242:24 246:1 249:11
339:3
**payment**
97:24 104:4 213:19,25
214:13,21 215:8,20 216:23
217:2 255:7 299:23 300:2
300:17 326:14,18 327:10
328:4 330:20 333:24 334:3
338:22 343:3
**payments**
8:13 44:1 60:2 61:22
118:24 197:23 198:13
205:21 207:14 212:19
213:1 226:19 255:1,6,10,21
309:10 326:7
**pays**
43:19,20,23 219:12 338:25
341:25 342:2
**peer**
78:15,16,20
**pending**
12:13,15 13:2 296:14
**pennsylvania**
15:11
**people**
36:22 66:16 76:17,20 91:9
92:23,23,25 93:1,9,11 95:9
95:21 98:9 99:4,25 100:10
100:13,17,21 110:3 114:13
114:15 135:17 136:4
137:12 139:1,11 146:10
155:21 156:4,17 157:1,22
189:2 207:12 236:23
276:14 278:1 282:19
283:10,12 284:18 291:21
293:5 312:16 322:5 329:14
**percent**
117:25 118:8,14 120:23
121:5 130:16 192:14,16
207:16 216:2 217:18
219:19 221:23,24 233:6
291:3 307:8,13,17 310:12
310:13 331:17 334:23
**percentage**
291:4 300:1,16,19 304:24
**percentages**
119:13
**perfect**
290:4 296:25
**perfectly**
232:2

**perform**
129:4 182:12
**performing**
290:8
**performs**
180:13 181:25 182:10,17
182:23 184:12,13
**period**
17:14 18:5,24 33:3 123:13
191:1 192:19 206:21 209:8
313:15
**periods**
269:17 283:14 311:5 336:5
**permanently**
321:13
**person**
26:21,23,25 27:12 46:16
55:22 56:3 62:3 91:18,19
92:7,7 97:23 104:19 108:18
124:12,13 129:17 219:6
222:6 299:10 307:24
341:20,25 342:1 345:11
**personal**
42:12,20 43:24 231:2,21
**personally**
20:13 124:11 125:24
140:18
**person's**
79:17
**perspective**
59:22 337:12
**peso**
92:5 298:4 303:22
**pesos**
91:17,21,23,24 92:3,8,24
93:1,1 97:17,20,20 104:15
104:17 105:2 123:19,23
124:6,10,23 228:25 231:5
241:3 255:15 256:13,18
297:25 315:19 317:7,10,13
317:16 318:1
**ph.d**
11:4
**ph.d.**
1:16 2:15 6:3 15:23 16:12
16:17 24:21,23 34:9,14
106:13 345:5
**phil**
315:18
**philippine**
91:17,20,21 92:5 104:15,17
105:1 123:19,23 124:6,9
303:22 315:19 318:1
**philippines**
116:23 123:11 124:1
125:23 126:23 301:24

**philippines (cont.)**
318:22
**phrase**
57:4,16,19 216:1 246:14
274:8 282:24 285:20
**phrased**
92:19,21 129:10 316:19
**phrasing**
84:4 90:22 99:16
**pick**
126:22 163:20 208:6
**pickup**
258:18
**piece**
100:6 141:22,23 144:17
**pinpoint**
247:25
**pinpointing**
219:3
**place**
159:3 163:5 178:4,8 215:5
228:15,19 247:16 250:7
302:7 321:15 324:4 337:19
345:8
**places**
205:24 337:24
**plaintiff**
1:5 2:5,16 3:4
**platform**
92:3 127:4 192:23 229:9,9
**platforms**
122:12,17,24
**play**
225:22 226:8,17 269:3
**plaza**
5:7
**please**
11:3 12:7,20 13:1 41:8,8
47:16 48:24 69:6 84:4
85:14 89:21 104:11 108:2
119:24 140:1 224:21
237:23 238:10 240:18
263:14 285:25 299:21
312:15 316:24 321:4,10
325:4,18
**plenty**
236:4
**plimpton**
2:17 4:3 10:21
**pllc**
4:16
**plus**
23:25 339:11
**podcast**
108:3,6,10,15,22 109:6,19
109:20,21 111:3 141:23

**podcast (cont.)**
174:20,23
**point**
40:4 45:11 58:8 59:8
133:13,14,17 138:25
144:25 145:11 146:1 158:8
172:9 192:16 197:9,11
205:12 207:18 221:21
242:1,23 243:7 246:4 250:2
250:13 288:3 295:9 309:24
310:2 334:20
**pointed**
116:7
**pointing**
258:9
**points**
12:4 79:16 204:25
**policies**
34:1
**policy**
110:20 160:22
**polynesia**
144:15
**poor**
207:11
**poorly**
129:11 180:13 181:25
182:24
**popular**
32:5 79:1,3
**population**
100:5
**port**
337:1
**portability**
145:24 147:21
**portable**
151:20,21
**portion**
9:15 13:6 266:10
**portrayed**
190:11
**posed**
69:20 286:7
**posit**
80:8
**positing**
92:6
**position**
139:7 147:5 182:2 184:4
187:6 188:20
**positioned**
243:14 251:20
**positions**
262:9

[positive - profitable]

**positive**
208:21 210:6
**possib**
221:23
**possibilities**
108:21
**possibility**
291:15 312:5
**possible**
49:19 68:9 96:14 110:6
164:23 199:9 228:18 258:7
291:18 304:5 308:20
**possibly**
96:3,7 100:20 219:19 258:4
**post**
217:18 227:7
**postings**
170:1
**potential**
253:15 282:17
**potentially**
60:8 274:13 277:9 340:23
**pound**
124:17 128:5 132:13 133:7
190:15
**pow**
94:5,22,25 96:2 97:15
100:10,22
**power**
233:6,24 234:6,21
**pows**
94:5,13 95:1,17 96:10
**pr**
108:18
**practice**
13:19
**precise**
66:18 114:18 169:19 285:3
285:6 293:11 300:8 304:2
304:11
**precisely**
67:20 117:2 137:3,11
138:15 151:9 250:5 325:2
**preclude**
293:22
**precludes**
312:5
**predecessor**
210:2
**predominantly**
306:23
**preface**
135:20
**prefer**
255:25 257:19

**preferring**
137:12
**prefers**
258:22
**prejudice**
66:11
**premise**
146:17 194:16 306:6 329:4
**premises**
105:9,14
**prep**
49:3
**preparation**
46:22 47:13 50:20
**prepare**
43:16 45:13 47:25 48:1,20
52:6 260:24 262:19 264:7
**prepared**
75:2 157:10,13 261:6
262:14 263:6 264:14
265:20
**preparing**
35:24 36:2,3,24 52:23 64:7
175:4 196:2,6 247:9 249:24
**present**
5:21 10:23,24 12:22 23:13
33:4 36:20 59:25 164:19
165:8 338:21
**presented**
41:1,13
**president**
238:22
**presumably**
109:15
**presume**
163:19 218:21
**presumes**
46:14 93:23
**pretty**
19:10 124:24 134:24
**previous**
27:20 127:12 162:19
170:12 259:4
**previously**
17:11 19:24 111:20 162:15
162:20 209:20 307:13
325:4
**price**
31:18 104:20 127:19,21
130:17 132:18 133:9 253:2
253:8,12 266:17 267:2,21
268:1,11,22 270:4,8,12,19
271:9,25 272:16,16,21
273:23 274:4 278:8 283:23
284:3,12,13 285:16 287:22
294:24,25 295:6,10,14,15

**price (cont.)**
298:12 309:11 310:5,10
313:12 318:3,8,13 319:8,11
319:17,19 329:6 330:25
**priced**
114:5,7
**prices**
135:23 160:21 166:18
267:13 268:6 269:10,14,18
271:2 281:22 294:3 314:19
328:16 329:7,23 331:16
**pricing**
286:24
**primarily**
76:20 119:3 122:18
**primary**
118:23,23
**princeton**
15:24
**principles**
58:6 268:21
**print**
233:16
**printout**
174:18 232:14
**prior**
17:10 22:17 37:23 54:13
62:14 64:20,24,24,25 66:12
118:2 193:9 209:17,21
211:6 216:12 239:19
243:18 305:18
**prisoner**
93:21,22
**prisoners**
96:22
**private**
24:14 134:14,20
**privilege**
201:5
**privileged**
62:10,19 63:4,16 70:9,25
71:14
**pro**
205:21
**probably**
41:25 82:4 135:3 159:2
195:25 221:23 324:7
327:21 331:24
**probe**
245:24 248:11,18 249:3
**probing**
251:3
**problem**
27:3 29:12 30:2 55:6 105:8
233:12 268:25 293:7

**procedure**
40:18 167:11
**proceed**
11:8 89:23 272:13
**proceeded**
38:7
**proceeding**
37:17 40:4
**process**
21:1 43:14 113:13 114:25
203:10 218:25 221:25
222:25 227:20 230:24
234:17 244:20 288:20
339:2
**processed**
255:15
**processing**
326:6
**processors**
326:15,19 327:10 328:4
335:9
**produce**
28:7,15
**produced**
40:21 47:18,22
**product**
59:25 61:21 62:12 71:4,17
197:20 208:20 209:9,16,18
209:21 210:2,15 211:5,14
211:14 221:9 223:9 242:3
243:14 244:2 248:21
251:19 257:4,5,10,10,12
289:2 305:5 306:24 309:13
312:17,22 338:17,19,19
**products**
119:2 244:16 248:22 256:5
256:24 257:8 301:4
**professional**
19:11,18 22:19 35:22 43:6
43:12 191:25
**professor**
6:10 10:10 14:1,3 18:7 33:3
41:17 45:13 65:22 102:14
160:5 162:5 167:22 174:22
175:25 178:2 180:11,21
181:24 183:12,25 184:3
186:24 188:14 190:10,14
191:16 203:21 206:16
213:12 237:23 267:18
314:7 327:21 328:15
330:23 332:1 335:20
336:18,24 344:1
**profit**
177:8,9,22
**profitable**
248:6

[program - rare]

**program**
24:22
**progress**
205:19,25
**prohibited**
155:16
**project**
239:6
**promise**
119:9
**promoted**
82:10
**prompted**
48:17
**pronunciation**
25:12
**proof**
202:7 233:7 234:25
**properties**
66:23 67:6 143:3,4,6
196:12 197:6 200:7 278:24
338:19
**proposition**
233:5
**prostko**
5:15 275:12 276:2 292:1
293:20 327:7
**protocol**
55:5 167:11 202:5
**provide**
28:24 30:21 36:2,3 58:6
68:13 69:3 134:4 182:22
211:21 214:22 246:22
253:17 283:6 311:18,23
312:12 315:3
**provided**
43:2 106:14 168:2 218:1
337:11
**provider**
29:7,8 126:24,25 127:7
222:13 227:17 230:1
311:11,14 338:25 339:23
341:10,18,23 342:16,22
343:4
**providers**
117:1 125:10,15 126:10,24
218:15 219:23,25 300:25
313:8 342:24
**provides**
135:4 211:19 267:14
310:13 312:23 324:1
330:20 332:19
**providing**
29:9 247:16 250:11,20
256:6

**public**
2:20
**publication**
15:4 31:22 32:6 78:9,15,17
108:1,2 109:12 119:19
120:8,10,17 129:16 170:2
224:7 254:23
**publications**
31:2,6,10 32:2,3,6 47:25
64:3,10 78:20
**publicly**
121:4 134:13,17 135:3,4
249:12
**published**
24:7,9 31:17,24 32:18,22
38:8 63:18,22 79:3 168:1
249:7
**publishing**
33:6
**purchase**
30:1 114:5,6 123:14,14,25
124:9 156:17 157:2 220:14
222:4 231:21 324:25
**purchased**
122:24,25 123:3 124:15,17
124:21,23,25 157:22
**purchaser**
29:6
**purchasers**
29:10,25 320:7
**purchases**
45:9 117:25 118:6
**purchasing**
27:12 156:19
**purpose**
65:3 73:8 78:21 96:20,20
112:5 118:1,10,23,23 119:2
139:3 148:23 149:1,2
156:15 158:7 183:19 230:2
230:4 245:13 250:13
255:17 301:11 322:7 326:6
**purposes**
72:13,22 94:24 113:24
118:9,17 122:7 123:2 154:7
154:22,22 155:22 156:16
158:6 220:6 249:9 256:11
281:11
**pursuant**
2:21
**pursued**
194:24
**put**
13:18 19:19 29:21 44:17
81:5 84:22 98:3 99:3 120:4
124:4 139:8 175:11 178:21
193:10 195:11 197:2,10,16

**put (cont.)**
197:17 227:24 244:14
257:24 259:18 264:15
265:12 293:11 298:11
**putting**
84:23 131:15 171:3 327:19
340:11

**q**
**q3**
115:24 116:1 117:5,24
120:5
**qualification**
182:15,23
**qualifications**
216:10
**qualifier**
269:10
**qualify**
75:12 269:14
**qualifying**
285:19
**qualitative**
315:23
**qualitatively**
182:11
**quant**
182:22
**quantities**
114:23
**quantity**
253:3,3 272:8
**quarter**
115:24 330:8
**quarterly**
330:6
**question**
12:8,12,14,16,19,21 13:2,9
15:17 16:4 19:23 20:16
26:5,10,11 27:22,23 29:16
29:21 30:14,21 43:18 44:16
44:22 59:21,24 62:12,21
63:6 68:14 69:15,20,22,24
70:8,13 71:13,20 74:11
75:10,17 83:25 85:14,25
86:21 88:10 92:18 93:6,15
95:7 98:4,7,17 105:15,15
108:16 111:13 113:11
117:21 119:23 123:3
126:19 127:17 129:11
136:18 139:24 140:24
141:3,4,9 145:15 146:18
147:20 151:9 153:21
154:13 155:25 156:14,15
170:13 172:13 178:25
179:13 183:23 184:10
185:24,25 190:9 194:25

**question (cont.)**
195:24 196:1,5,19 205:6
206:16,24 210:25 227:11
235:24 236:12 237:9
239:12 241:8,25 249:10,14
249:22 250:21 253:23
255:18 256:11 257:9,13
260:21 266:9 276:25 281:3
286:7 289:15 296:14
299:18 301:18 302:22
316:18,25 318:17 323:1,14
326:23 327:6,17 332:25
335:5,6
**questions**
11:17 12:24 59:13,18 60:4
61:4 62:4 89:15,20 107:19
116:6 135:7,24 145:9 147:4
147:6 162:18 169:14 179:8
179:22 180:7 186:15 193:7
197:5 200:4 241:22 254:19
261:24 266:6 267:17
272:12 294:11 303:15
305:18 325:21 327:22
328:12,21 331:11 336:10
336:19,25,25 338:3,6
343:20,23
**quick**
69:12 102:4 147:3 174:11
**quicker**
226:19
**quickly**
201:12 273:3
**quite**
33:23 77:5 82:20 92:18
93:23 100:4 117:3 127:25
230:12 287:6 292:23 298:7
300:24 310:19,21 339:16
**quotation**
324:1
**quote**
225:11 263:21 279:22,23
299:11 321:11,22 323:3
324:9 328:16 329:6,23
**quoted**
320:11,15 323:17 330:8
**quotes**
68:20 325:21

**r**
**radford**
93:20 94:10 100:6 144:16
**raised**
21:24
**rapidly**
283:5 318:7
**rare**
269:25

[rate - relevant]

**rate**
50:16 131:12 132:13
134:11,12 192:15 280:13
288:7 298:1,3 310:9

**rates**
23:1 128:10 130:8,21 131:1
131:3,6,12 133:15 135:23
135:25 210:7 211:19,22
269:21,24 279:12 280:4,20
287:6 288:2 298:6,8 310:22
314:13 315:16 339:3

**rationale**
324:3

**razor**
324:5

**reach**
306:19 313:8

**reached**
115:23

**reaching**
157:21 251:18

**reaction**
135:17

**read**
12:16 13:8 27:24 28:1
34:22 35:5 45:20 53:6,9,12
53:15 54:21 55:9,12,15,18
56:11,20 64:1,2,9 74:9 76:2
79:16,25 80:5 82:2 88:21
94:12 117:19 139:25 140:2
167:5 171:12 178:3,23
179:11,15,19,21 180:17,24
181:1,23 183:9 186:20
198:16 204:24 205:5 214:7
236:23 237:10 239:20,23
240:2,8,12,17,20,22 242:18
244:8,9,22,25 247:13,14
254:18 266:20 280:5,6
285:23,25 286:2 296:2,3
299:21 319:21 320:8,9
321:10 324:9 332:15 343:7

**reader**
84:11

**readily**
204:12

**reading**
180:1 181:8 190:19 262:1
266:24 267:6 315:2 322:13
326:2 345:19

**reads**
109:2

**ready**
73:13 145:10 242:21

**real**
176:3 179:4 210:1 230:8
325:8

**realize**
12:23 23:1 134:24 136:18

**realized**
27:19 65:24

**really**
60:18 88:5 93:10 94:23
97:1,5 121:12 129:11 139:7
168:16 188:11 228:18
249:15 263:3 309:7 327:24
333:24,25

**reason**
35:18 63:14 157:19 173:4
187:19 190:22 191:5,6
195:18 201:6 255:24,24
259:10 329:17

**reasonable**
273:14

**reasonably**
35:14,21 188:3 269:8
321:11

**reasoned**
235:23

**reasoning**
315:9

**reasons**
36:15 213:18 248:14,19
249:2 259:3 293:17,22
297:12,17 298:15

**reassurance**
283:7

**reassure**
282:19 284:17

**rebuttal**
7:4,8,13 46:4 52:1 64:8
119:14 130:15 135:21
192:6 202:8 260:10 262:15
262:15 263:5,7,16,24,24
264:1,9,25 265:4 266:4,10
274:19 285:8 286:22 287:8
287:15,16 288:24 296:12
299:7 314:12 323:23 325:5
325:19

**rebuttals**
45:22,24 46:2 52:7 265:23

**recall**
37:12 42:5 48:17,18 79:15
79:16 94:21 114:9 136:9
194:12 199:7 337:5 338:6,7

**receipt**
260:17 340:9

**receive**
15:25 16:12 53:1 177:2

**received**
14:6 50:23 51:3 95:4 174:6
175:18 223:23 232:8
237:17 243:20 254:5,8

**received (cont.)**
260:5 261:21 263:10
264:17 296:21

**receiver**
219:9

**receivers**
307:19,22 308:9

**receiving**
100:9 317:14

**recess**
65:18 102:10 159:9 213:8
259:23 314:3

**recipi**
342:15

**recipient**
24:23 221:1 311:16 318:13
342:5,11,23

**recognize**
14:10 232:21 238:10,13

**recognized**
204:10 291:16

**recollection**
38:25 79:11

**recommended**
210:24 244:13

**reconstruct**
284:10 315:8

**record**
10:6,25 11:19 12:5 13:19
28:1 65:17,20 71:22 102:9
102:12 140:2 159:8 160:3
213:7,10 238:2 244:25
258:2 259:22,25 260:9
262:14 291:9 299:19 314:2
314:5 321:10 325:10
328:14 336:13,16 344:3
345:9

**recorded**
203:6

**red**
95:4

**reduce**
216:5,10 245:4 271:25
324:13,16,19

**reduced**
219:1 271:8,13,17

**reduces**
219:2

**reducing**
205:20 207:10

**refer**
13:10,25 19:14 77:15,23
89:25 102:1 127:16 152:3
165:8 185:19 265:8 266:9

**reference**
64:22 74:17 78:6,8 153:24

**reference (cont.)**
154:20

**referred**
118:13 119:12,13 221:20
224:9 335:18

**referring**
74:14,16 76:13,16 90:5
135:8 149:8 153:14,17
233:19 269:15 275:3
276:10,14 279:15,17
285:20 286:8 289:14
298:17,18,22 307:5 332:3

**refers**
26:20,22 206:2 220:10
241:3 285:24

**refresh**
38:25

**regard**
27:4 109:19 281:13 283:8
285:12,20 286:9 288:8
290:5,10,11,22

**regarding**
24:11 37:4 240:3

**region**
301:20

**regional**
3:8,11

**regularly**
89:11 329:6,23

**rejected**
39:20

**related**
152:18 207:4 241:8 294:10
299:18 345:15

**relates**
205:1,2

**relationship**
29:15 126:10 239:5,7,8
243:1 247:21 249:6

**relationships**
300:24

**relative**
61:4 133:14 135:22 198:2
199:1,14 218:20 235:5
294:25 295:14,15,16

**relatively**
93:23 95:20,20,25,25
234:13 288:2 340:9,11

**relevant**
27:14 28:6 42:13 60:5
133:19 136:14 189:15,17
269:7 271:21 287:19
288:14 294:20 310:15
328:22 329:11,21 332:11
339:8

**relied**
41:2 55:2 57:5,17 134:23
224:18
**relies**
190:10
**remain**
136:16 234:22
**remained**
268:10
**remains**
198:2 199:1
**remember**
12:15 20:17 54:7 59:10
94:15 108:6 116:22 137:8
160:8 164:14 169:19 175:9
195:4 201:14,15 205:16
218:19 224:5 239:17 250:5
285:2 324:17
**remind**
12:6 117:20 227:3
**remit**
216:14
**remittance**
117:1 125:10 126:9 207:13
208:1 210:8 218:15 219:23
222:24 256:8 300:25
301:13 302:7,15 308:10
311:11,13 313:8 316:1,9,23
316:25 332:12 338:25
341:9,17 342:16,24 343:4
343:15
**remittances**
119:7 205:20 206:5,13
207:10 208:22 210:9
216:14 219:2,5,9 221:2
301:19 305:8,10,12,13
307:8,12
**remote**
3:1 4:4,5,6 5:6,15
**removed**
322:22
**removing**
321:13 322:1,4,6
**rendered**
42:14
**rendering**
157:24
**renders**
183:6
**repeat**
27:22 34:12 80:14 89:17
99:20 151:9 154:6 311:21
316:20 342:17
**repeating**
305:19 327:25

**rephrase**
12:12 37:15 84:5 87:15
241:18 323:14
**report**
6:10 7:4,9,13,17 14:14,15
14:16,20 38:19 46:1 47:21
49:13,20 51:23 52:1,23
54:18 55:2,3,7 56:20 57:4,8
57:10,17 58:15 59:6,14,20
64:8 68:3,6,10 69:16,19
72:14,22 73:1 74:7 78:9
84:11,22,24 88:18,25 89:13
90:6 91:4,13 94:10 102:2
106:8 111:20 112:9 115:9
117:17 119:14 120:4,5
127:21 128:15,19 129:21
130:15 131:7,11,21 136:9
141:11 149:4,11,21 157:9
157:11 162:9,14 164:17,17
175:4 194:15 195:3 196:3,6
197:18 201:11,19 203:23
206:11 207:15 210:10
211:1 213:14 214:17,19,20
215:5,14 218:6,11 224:10
227:13,19 229:23 232:25
240:6 242:11 243:10,12
246:1,5 247:10 249:24
250:8,25 251:11 253:25
260:10 261:7,15 262:1,25
263:16,20,24,25 264:1,9,25
265:1,4,14,17,20,23 266:5
274:19 278:7 286:3 295:19
295:25 296:5,8,11 297:13
298:23 299:5 308:8,20
309:17 311:6 320:11,21
321:3,5,12 323:12,17,24
325:5,19,22 332:4 337:2,18
338:1
**reported**
1:23 120:14 203:3,8,10
345:10
**reporter**
11:1,7 17:20 25:6 34:2,6,7
34:12 40:7 80:13 86:5
89:17 96:5 110:24 140:7
144:8 174:14 175:16,21
178:7 193:14 204:3 209:13
209:15 213:21 230:14
232:12 307:20 309:4
311:20 320:14 342:17,19
345:11
**reporting**
10:19 330:3
**reports**
45:22,24 46:23 47:6,7 52:7
53:6,9,16,20 56:11,16

**reports (cont.)**
249:7 330:7,14
**repository**
166:4
**represent**
84:8,8 85:21 175:2
**representative**
74:20
**representing**
11:16
**request**
9:20
**requested**
64:19,23 345:20,20
**require**
37:7 71:13 234:22 236:15
236:17,18 244:16 299:15
301:4
**required**
37:3 40:23 45:9 61:9,19
90:10 106:4 137:19 172:19
202:7 203:9 233:6 236:14
328:24 333:14 341:18
**requirement**
234:25 235:2
**requirements**
234:13
**requires**
202:5 233:5 234:18,19
**reread**
45:21
**rescan**
76:4
**research**
22:2,10,16,24,25 23:2,4,14
23:20,23 27:13 28:3,6 33:6
63:18,22 69:10 78:19,24
93:17 176:8,14 177:24
**reserve**
6:14 18:22 19:2 22:18
101:15 107:1,5,15,20,25
108:23 109:7,11,12,14
110:18,22 111:4 141:11,21
142:3,16,20,23 143:5,22
174:19,25 290:10,17
**resource**
234:13 236:5
**resources**
235:4
**respect**
26:25 112:19 136:17
252:24 253:1,13 265:1
269:21 272:22 276:16
280:24 281:20 286:11
294:2 295:6,23 297:23
303:19 307:11 309:22

**respect (cont.)**
340:17
**respective**
345:16
**respond**
71:19 188:1
**responded**
46:10
**response**
27:20 98:18,20 164:7
207:23 260:24 262:17,19
263:7 264:8,14
**responses**
47:19 55:13,16
**responsibilities**
33:20,22
**responsibility**
157:17
**responsible**
50:11
**responsive**
211:1
**rest**
306:1 324:17
**restate**
84:4 85:14 92:15 139:24
154:12 195:24
**restricted**
268:19
**result**
310:23
**retailers**
326:14,18 327:9 328:3
**retain**
146:23
**retained**
54:8,9 55:23 56:15 62:13
63:7 242:10
**retention**
54:13,17 64:25
**rethink**
145:3
**return**
162:13 324:8 335:21
**reveal**
45:18 62:18
**revealing**
60:17 61:7,18 62:12 70:9
72:1
**reverse**
170:12 233:23
**review**
12:3 15:7 28:3 45:25 47:7
47:14,24 54:19 88:19 145:8
147:3 168:10 171:6 182:3
195:19 239:18 247:8 264:4

[reviewed - semester]

**reviewed**
55:1 78:15,16,20 260:20
264:6
**reviewing**
260:18
**rich**
69:11 70:14 82:20 301:24
**rifkind**
5:14
**right**
11:13 12:17 13:3,16 14:3
15:21 17:2,6,9 19:1,9 20:4
20:19 21:2 25:8,11 28:13
30:13,23 31:19 32:13,15
33:2 35:3,4,22 39:16 42:10
42:19 43:17 46:6,6 50:17
52:21 54:1 57:25 59:5
68:20 71:3 73:24 86:21
89:7 90:5,25 91:24 93:7
97:7,13,16 107:18,22
108:12 109:4 116:4 119:9
127:15 135:25 136:15
139:8,12 141:17 149:3
153:8 156:2,12 157:12
158:10 161:17,22 162:5
163:13 166:2 167:13
170:14 171:24 172:23
174:5 175:11 177:25 180:1
181:4 188:6,13 190:5
200:16,21 202:12 205:10
205:17,18 206:2 210:9
214:7 216:2,3 220:7,24
222:1,6,12,15 224:17,23
226:23 227:9,12 229:8
232:4 233:1,16 239:25
240:6,18 249:21 254:2
257:14 259:18 261:23
264:16 265:16 266:3 268:7
270:22 274:5 277:15
286:10 294:10 296:4,17
299:3 304:5 308:7 312:11
315:3,5 320:2,25 324:7
325:3,6,18 327:5 328:19
331:25 332:9,23 335:2
336:13 339:21 343:19,25
**rim**
116:25 126:12,13,13,17,17
300:23,25 301:7 304:25
306:13
**ripple**
1:7 2:7 4:2,14 8:17 10:12
37:1 43:19 47:18 50:5,13
53:21 54:3,11 55:6,22 56:4
56:5,5,21 69:23 70:1,20
116:8 118:25 119:4,6,20,20
120:4,16 121:1,2 127:5

**ripple (cont.)**
167:20 168:2 169:1,6,25
170:1,2,9 199:13 200:9,10
200:24 201:7,9 203:4,8,23
204:6,13 205:2 207:20
209:16 210:15,21 211:4,13
212:1,17,21 219:24,25
220:10 224:7 229:9,10
232:22 234:7,14 235:1,9,16
239:5 240:9 242:24 243:7
243:18 244:5,12 245:4,20
246:1,14 247:21 249:5,9,11
251:19,22,25 256:15
259:12 275:4,8,23 276:16
277:19 278:1 282:5,12
283:18 284:17 285:14
290:9,21 291:2,14,20,23
293:3,14 300:22 305:16
306:17,20,20 311:11,17,22
312:5,11,19,23,25 313:9
314:8 320:13,18 321:8
324:3 330:7,21 332:13
**ripple's**
59:24 61:20 127:13 197:19
198:2,17 199:1,3,18 208:20
209:9 211:3 241:10 244:1,2
250:11 253:18 255:25
257:18 283:25 305:21,24
306:24 320:4,5 323:25
330:6,12
**rise**
270:19 271:2,9 285:16
**risk**
183:5,7,20 184:15 187:14
313:17 314:9 315:20
**risks**
186:25 188:15 189:20
190:2
**rmr**
1:24 2:20 345:24
**rob**
212:10
**robert**
3:9 11:16
**room**
12:11
**roughly**
19:8 94:16 115:24 119:1
**royal**
38:2 39:13
**rsp**
341:9
**rule**
272:19
**rules**
281:12

**run**
270:1 272:10,10 273:15,17
293:5
**runs**
301:9
**rupee**
100:12 329:13

**s**

**sales**
276:4
**sarah**
5:15
**sat**
19:20 52:19
**satisfaction**
148:2
**sauce**
212:1
**saw**
194:12 195:8
**saying**
29:10 73:7 83:14 95:19
101:23 112:4 135:2 161:10
161:15 169:16,17 177:20
182:17 201:17 216:24,25
280:8,8 282:1 283:21 294:7
294:9,11 308:20 315:1,10
321:22
**says**
178:5 180:25 183:3 185:10
185:21 186:24 225:2
233:22 257:9 266:15 321:3
321:6
**sbi**
116:21
**scalable**
226:20
**scan**
125:14
**school**
106:14 109:22 110:4,11
178:14,18
**schwartz**
232:19,21
**scratch**
101:23 333:11
**sec**
5:22 6:8 7:2 8:2 11:16 14:7
47:19 174:7 175:19 221:10
223:24 232:9 237:18 254:6
254:9 260:6 263:11 264:18
296:22
**sec.gov**
3:16,17
**second**
12:10 71:11 76:7 133:15

**second (cont.)**
160:6 186:13 193:2 241:16
254:15 258:4,16 261:2
310:11,16 319:22 325:9
**secondary**
23:8 109:22
**seconds**
130:17 192:24 199:24
201:13,15 202:5,9,11 203:3
203:7,23 212:19 213:1
225:8 255:15,22 313:14
315:17 318:7 343:12
**secret**
211:23 212:1,5,6
**sec's**
54:10,22 55:10,12
**section**
32:7,13,20 34:18 35:17
74:7,10,15,15 75:12 76:7
186:10 197:19
**sections**
180:12,25
**secured**
321:16
**securing**
321:17
**securities**
1:4 2:4 3:7 10:11
**security**
61:10 166:21
**seed**
246:14
**seeing**
224:6 227:15
**seen**
131:16,18 178:25 193:19
194:3,4 224:5 239:1,3
240:12,17 241:5 249:3
263:23,25 264:3 330:12
**selected**
29:4
**selection**
24:15 26:16,20 27:3 29:12
30:2
**sell**
91:19,21,22,24 127:7,13
189:14 221:17 278:10
291:24 292:7 313:9
**selling**
29:8 104:16 220:22 274:15
274:23 276:9,18 277:5,13
277:20 293:14
**sells**
330:7
**semester**
18:10 21:18

**[semi - sorry]**

**semi**
269:8
**senate**
33:24
**send**
53:19 218:18 291:20
**sender**
219:9 311:10 318:3,8
339:14,24 341:6 342:5,8,23
**senders**
307:19,21 308:9
**sending**
219:6 291:14 317:12,13
**sense**
40:25 67:13 71:4 93:6
104:21 105:17 126:6
145:25 166:10 182:23
212:5,7 301:18 305:24
**sent**
53:21 259:5 260:16
**sentence**
76:7,10 106:24 112:25
128:8,20 129:13 142:15
149:23 153:13 181:23
183:1,2 184:3 186:22
187:15 188:2 198:1,15
203:16 225:6 244:10
266:14,23 280:5,6,17
285:10 299:9 319:22
**separately**
8:21
**september**
116:1
**sequestered**
274:12
**series**
6:19 143:8 174:21 176:2
184:19,24 185:3,10,22
186:9 325:21
**serve**
34:11,14 90:11 149:18
150:8,9 243:15 330:17
**served**
93:20 250:12
**servers**
166:22
**serves**
92:3 111:17 112:5,11 119:2
127:5 330:18,19
**service**
5:23 42:24 43:2 44:10
125:10,15 126:9,24,25
127:7 134:14 218:15
219:23,25 222:13 227:16
229:25 300:25 311:11,13
330:20 338:25 341:9,18

**service (cont.)**
342:16,24 343:4
**services**
43:7,12 63:15 91:2 98:11
103:19 114:7 136:13,21
153:18 156:19 172:2 208:2
255:7,18 293:2 308:10
326:6 328:17 329:7,24
**serving**
162:17
**set**
42:10 207:20 208:3 257:2
265:16 297:13,18 319:11
336:3 338:6,7 345:17
**settle**
40:6 318:9,21 319:7
**settlement**
318:23 319:1,13 343:14
**seven**
145:14 149:9
**seychelles**
100:12,14 329:13,13
**shape**
337:14,17
**share**
60:4 69:6 321:17
**shared**
83:10
**sheet**
229:13 238:7
**shells**
145:2,4,6,9,12,18,22,25
146:2,9,14,22,23 147:9,14
147:18,22,24 148:5,14,21
148:24
**shereck**
5:23,23 10:16,17
**short**
65:11 254:17 259:20
272:10 273:15,17 281:23
281:23 293:5,9 313:22,23
341:16
**shortage**
293:6
**shorter**
313:15
**shorthand**
345:11
**shortly**
18:22
**show**
132:17 207:24 215:6 232:6
287:14,16
**showed**
287:7 332:2

**showing**
133:8 190:12 206:12
335:21 336:4
**shown**
206:20,21 208:9,19 210:10
**shows**
32:17 131:18 132:12
178:12 185:4 190:23
**shuran**
24:19,20 25:1,6
**side**
42:4 199:21
**sig**
268:4
**sign**
50:2
**signal**
291:14,21
**signals**
236:19 289:7
**signature**
238:16,17
**signed**
53:6 164:17 238:18
**significance**
142:22 322:9,20 323:2
**significant**
117:5 135:6 185:4,9 208:25
241:13 242:3 267:12 268:5
278:2 291:3,3 300:10
**significantly**
268:19 270:10,24 273:3
278:9 299:10
**signing**
345:19
**similar**
16:4 30:3 145:15 196:5
216:9 256:13 286:25
305:17 331:11
**simply**
44:20 58:5 182:24 235:2
236:18 333:21
**simultaneously**
271:14
**singapore**
126:11,14 301:21
**single**
299:24
**siskinds**
36:7,14
**sit**
61:6,17 80:7 85:9 87:2
116:14 124:8 171:24 182:1
187:5 189:18 190:21
**sitting**
42:5 48:14

**situation**
26:20,22 92:6
**six**
141:12 142:17 145:14
**size**
94:22 97:14
**slight**
289:8
**slightly**
43:18 181:23 289:19
**slippage**
221:9
**slow**
198:2 199:1,14,14 203:9
213:22 282:25 285:15
286:24,25 288:1,7 289:5,11
**slowly**
287:17 290:18,23 292:17
321:11
**small**
85:5 93:23 95:20,25 96:22
97:1,5 223:19 230:3,9,19
231:18 232:3 300:18
310:19 311:2 337:20
341:16
**smaller**
219:20 221:23
**smoke**
95:6
**smoother**
13:12
**sn**
1:6 2:6
**social**
176:18
**societary**
81:8
**sold**
275:23
**solely**
157:22
**solicited**
63:15
**solution**
324:6
**solutions**
8:12 254:25 255:6
**solving**
55:5
**soon**
205:23 212:12,15 277:14
**sorry**
16:14 34:4 70:21 74:6 78:6
80:13 96:9 111:16 113:22
116:13 130:13,18 134:6
139:18 140:7 141:3 153:15

sorry (cont.)
158:21 173:19 176:1
178:24 193:24 201:2
202:19 204:3 205:2 206:9
210:8 212:20 223:3 237:9
243:14 244:6 246:9 266:24
282:10 284:23 285:8
292:10 297:6 300:13
311:20 317:2 318:12 325:7
333:3,11 335:17
sort
35:16 66:10,15 67:1 94:2
160:6 163:5 231:5 253:18
sound
19:9 35:3 59:25 61:21
sounds
19:10 35:4 86:20 122:1,1
148:11,25 156:12 209:23
240:11
source
58:6,7 59:7 77:1 106:10,15
106:17,25 107:5,11,13,24
108:22,23 111:23,24
117:13 119:18 120:2,15,16
121:1,2 134:2,23 135:3
141:17,19,20 142:12
162:23 163:5 164:5,8,14
165:19,20,21,22 166:6,19
167:4,18 169:19 170:16
173:18,21,22,23 174:2
192:8 198:7,8,25 199:2,12
200:6 202:14,16 203:8,13
203:15 206:4 212:25
226:23 234:5,11 241:11
246:21,22 247:17,24
277:18 278:5
sourced
149:24 192:8
sources
77:5 107:17 126:25 162:18
166:14 168:9,14,20,24
169:5,23,25 171:6 173:24
200:13,15 201:8,9 216:18
216:19 224:12 229:10
236:24 249:12 312:25
south
301:23
southeast
94:25
southern
1:2 2:2 10:14
space
251:24 252:4
spaces
67:11

speak
36:22 201:2
speaker
108:14
speaking
42:3 109:7 123:20 130:9
speaks
280:17
special
142:2,22
specific
28:5 39:10 42:9 67:16
68:22 71:8 74:17 76:5
94:23 95:14 106:15,15
112:22 115:11,13 127:25
130:15 150:9 166:18 172:5
198:8 211:18,20 218:10,21
219:15 223:8,21 227:25
240:4 242:7 272:8 338:11
specifically
18:17 20:8 21:8 48:20 61:7
67:14 90:8 115:6 118:13
127:18 135:8 144:14
167:23 199:8 217:14
230:13 283:3,17 331:9
specifics
94:21 185:23 211:17 275:7
specified
29:5 70:13 73:22 143:21
163:24 207:1
specifies
322:5,18
specify
74:23 96:19 164:1 202:8
speculate
139:7 155:12
speculating
155:16,17
speculation
60:24 155:10
speculative
98:3
speed
198:16,19 200:7 202:14,24
214:10,24 218:25 343:11
speeds
204:10
spell
11:18 46:5
spelled
107:21
spelling
25:6
spent
98:4

spi
125:22
spoke
45:22 108:24
spoken
273:10
spons
77:9
sponsored
76:9
sponsorship
76:22 77:2 80:2,9,19 83:1
83:12,21 84:9,13
spontaneous
81:1,14 82:11
sport
327:23
spot
248:4
spread
339:11 340:19 343:5
spreads
221:6 308:16 309:2 339:11
339:24
sprostko
5:19
square
4:19
ss
345:2
st
6:14 100:16 101:15 107:1,5
107:15,20 108:1,24 109:8
109:12,14 141:21 143:5
174:19,25
stable
253:7,10 278:4 295:23
297:22 298:10 334:11
stablecoin
252:15,16,21 253:2,17
255:8,20 256:1,18 257:18
257:19 258:14,22 287:21
287:23 288:5 295:3,20,23
296:1 297:5,8,22,24 298:2
298:4,4,7
stablecoins
252:13 255:14 294:5
stage
207:20
stages
210:22 211:3
staines
38:2 39:13
stand
62:23

standard
219:10 301:2 310:8 331:16
standards
100:5
standing
77:7 328:11
start
11:18 13:18 34:18 99:12
205:5 238:4 254:22 297:6
299:14 300:3,17 301:14
312:10 324:5 328:20 332:6
started
235:10
starting
106:13
starts
213:14 274:6 333:5
state
76:9,21 77:2 79:4 80:1,8,19
83:1,12,21 84:9,12 85:11
85:18 86:3,8,15 87:3
119:24 141:13 182:24
212:16 345:1
stated
306:14,19 323:23
statement
42:2 105:8 111:3 128:21,25
129:19,23 141:20 161:6,8
161:14,24,25 162:4,19
164:18 165:13,17,20,21
166:7 174:4 180:11,20
182:4 183:10,13 184:5
186:1 187:7 188:11,21
189:19 198:25 212:25
226:18 230:12 267:8 278:5
308:13 309:18 323:10
326:2,4 327:15,20 332:15
332:16 333:3,8
statements
117:18 162:16 168:22,23
196:12 266:4 279:23 320:4
320:12,16,17 323:16,18
states
1:1 2:1,20 3:7 10:14 77:9
77:10 80:25 110:20 301:10
305:11 306:22 316:2,12
317:1 327:3 329:16
stating
112:8 142:20 149:11
status
79:19 148:14
steadily
287:17
steady
288:2 289:5,11

[steen - swiss]

steen
  5:5
stella
  5:22
stellar
  8:17 258:13
stenographic
  10:25
step
  40:23 196:10 220:21
  248:24
steps
  299:15
sterling
  124:18
stern
  178:14,17
stick
  272:11 324:6
stipulations
  9:10
stopped
  239:6
storage
  153:1,2
store
  101:25 102:17 103:14
  105:21 106:1,9 107:3,12,12
  156:5,11,21,25 157:2,23
  160:13 180:14 182:1,9,18
  188:25 283:13
stored
  166:2
straight
  134:24
straightforward
  324:6
strategic
  250:12 301:2 323:25
strategical
  118:25
strategies
  210:23
strategy
  119:5 244:1,13,15
street
  3:12 4:20
strike
  64:22
strong
  282:23,25 324:2,2
structure
  20:25 234:19
students
  20:4 22:2,14 34:9,9,14,14
  53:2 89:10 93:25 109:22

students (cont.)
  110:5,11
studied
  16:5,7 188:5 260:20 331:6
studies
  279:10,21,24 280:8,11
study
  15:19,22 16:6,19 23:10
  25:16 28:16 37:7 40:2
  50:20 52:7 182:3 184:5
  187:7 188:18 230:24
studying
  15:18 16:16 181:14 193:12
  231:24,25 260:19
stuff
  233:14 333:18
subcontinent
  305:11
subject
  22:2 30:2 35:1 56:15 67:4
  82:20 93:17 195:8 310:4,16
  311:2
subjects
  42:13 155:2
submissions
  47:20
submit
  266:1
submitted
  40:1,11 49:13,21 52:2
subsequent
  298:3
subsequently
  117:19
subset
  99:1 118:18 172:13
subsidies
  242:25 243:20,25 244:12
  244:19 245:3,21 246:2,5
  249:10,16,17,23 250:4,9,9
  250:25 251:7
subsidizing
  243:8
subsidy
  245:10,14 246:16 250:15
  250:22
substance
  45:18 60:11 62:19 70:6
  71:16 163:17 180:24
substantial
  114:23 173:17 234:18,20
  242:25 309:11 310:5
  334:24 340:15
successful
  147:24 148:14,15 248:8
  251:21

succession
  18:8
sudden
  116:2
suddenly
  268:19
suffer
  29:11
sufficient
  64:17 76:22 77:3 83:13
  144:3 201:10 235:22
  250:13 293:4,4
suggest
  83:20 84:10 104:24 110:23
  148:3 152:23 257:23
  268:21 290:16 310:4 311:6
  313:6 331:23
suggested
  80:1 97:7
suggesting
  96:9 105:4 111:2 116:6
  274:21 293:13
suggestion
  116:2 267:10 276:20
suggests
  257:18 258:21,21 280:2,18
  331:23
suite
  3:13 4:21
suited
  211:9 226:18 305:23
sum
  307:18
summarize
  204:25 315:22 338:9
  339:20
summarized
  120:5
summary
  23:3 40:11 69:12 118:2
  127:23 156:6 297:19 315:3
sumner
  4:19
superior
  213:19,24 216:22 297:9
supervisory
  33:19
supplied
  271:18
supplier
  290:6
supplier's
  252:19
supplies
  283:4 294:2

supply
  43:14 153:6 167:14,14
  169:12,14 266:16 267:2,8
  268:18 269:1,3,22 270:6,18
  270:24 271:6,7,13,16,18,21
  271:22,24 272:8,10,10,14
  272:20,24 273:2,15,17,21
  279:11 280:2,9,11,18,24
  281:12,20,25 285:14
  286:13,15,17,18,22,23
  287:1,4,5,10,14,16,18
  288:4,9,20,22,24 289:3,6
  289:12,17 290:18,22
  292:17,24 293:15 294:15
  294:20 295:3,5 321:19
support
  9:1 133:17 292:8
supported
  194:17 304:19 324:1
supporting
  128:24
supports
  309:1
suppose
  105:1 297:24 301:8 313:7,7
  335:4
supposed
  286:12
supposedly
  266:17 267:3
sure
  19:19 25:7 29:15 30:14
  44:19 49:1 58:3 59:11
  65:12 66:2 68:5 84:6 87:22
  88:1,2 89:8 92:18 111:15
  120:1,1 142:12 159:5,6
  177:7,15 179:2 180:2
  201:23 204:23 219:22
  237:8 238:17 252:12 279:4
  281:5 314:23 318:19
  325:12 343:10
surprise
  88:8
surprised
  303:5
sustainable
  226:20
swarthmore
  15:10
swear
  11:3
swift
  198:9,12,18 199:10,11,12
  199:21 200:1
swiss
  303:24

[switch - thinking]

switch
313:24
sworn
11:5 345:6
synonymous
150:6
synthesis
76:1 78:11,19
system
110:19 111:4 198:3,17
199:1,4,11,18,18,19 213:18
213:22 220:23 224:13
255:19
systems
213:20,25 214:13,21
215:12,20 216:23 217:2,17
299:23

**t**

table
190:7 191:22
tail
329:19
taiwan
126:15
taken
2:16 41:13 65:18 102:10
159:10 170:25 171:10
173:10 206:10 213:8
259:23 314:3 345:8
talk
17:9 33:17 49:4 90:25 91:3
93:7 101:10,25 133:22
143:15 145:6 153:1 156:18
156:20,20,24 246:11 261:7
263:3 279:20,24 280:9
288:19 303:13 319:1
talked
154:4,15 174:12 214:9
249:8 313:15
talking
19:1 29:16 49:3 65:22 71:3
107:18 162:20 186:8
227:25 269:17 272:9
278:23 297:25 302:4
309:18,19,20 318:23
342:21
talks
38:9 225:6,15
tangled
312:9
tank
176:17
task
33:25
tatz
5:6

taught
17:11,23 18:2,6,15,21 19:3
19:4,8 20:5 64:16 106:18
teach
17:17 18:12,20 20:3,24
89:10
teaches
24:25
teaching
15:5 17:2,10 20:20 21:7
22:19
tech
120:11,12,12
technical
26:15 126:20 241:1
technically
123:20 219:18 220:19
304:11
techno
120:6
technologies
210:16
technology
235:18 243:15 246:3
251:20,24 253:16 256:18
305:23
technx
120:12
telephone
3:15 4:9,23 5:9,18 56:3
tell
11:18 13:13 14:25 15:8
31:7 33:11 36:6 52:20 66:3
69:25 73:14 115:6 132:4
163:12 164:8 166:24 186:7
195:9 196:19 207:7 209:25
211:24 214:14,18 219:21
220:18,20 225:14,25
233:10 238:10 247:25
248:4 305:20 324:11
339:21
telling
71:23
tells
28:14
ten
65:13 132:19 331:1 340:14
343:17
tender
79:19 87:17 137:20 333:1
333:13
tense
164:19
terizes
194:1

term
26:15 65:23 66:17 67:16
68:6,9,19 69:15 71:8 88:23
140:5,8,10,12 156:22,23
167:14 169:14 184:18,22
184:23 209:22 210:9
252:12 293:9 322:10,14
324:14 327:3
terminology
308:4
terms
32:21,25 68:8 91:4 97:9,16
112:23 119:11 136:13,21
187:12,13,17 188:2,19
222:20 223:21 236:21
241:1 252:17 260:18
286:13 293:1 295:10
304:17 310:10 330:21
terrible
249:21
test
151:1 168:18 204:21
tested
22:4 200:16
testified
11:6 37:13,16,22
testify
345:6
testimony
12:5 38:6 39:1 41:5,7 50:19
55:19 71:24 72:4,7 99:9
117:23 118:3 147:15
148:18 171:9 193:3 222:12
222:17 239:20 241:7
276:23 290:19 337:5
345:10
testing
211:2
text
108:7 258:3 307:10
thai
301:21
thailand
301:22
thank
11:7 13:24 14:5 19:16 34:6
53:13 85:24 100:24 104:23
118:7 129:10 133:20
158:10 159:1 175:17
182:16 186:19 194:6
197:16 202:12 203:12
204:22 209:15 232:12
234:3 254:4,16 258:8 260:4
265:12 266:11 290:4 299:8
313:4 322:24 325:15
336:17,20

thanks
25:11 39:16 58:12 102:24
257:14
theoretical
304:12,15
theory
16:7 19:3 79:4 81:2,6,8,15
82:11 85:11,18 86:3,8,15
87:3 160:21 288:20 338:17
342:25
thesis
15:5,5 24:22 25:15
thing
12:6 40:20 134:20 172:23
175:4 181:12 188:15 221:7
257:23
things
44:24 45:14 48:15,18 56:18
58:22 102:23 106:16 113:5
116:22 119:23 120:7 142:9
143:19 144:21 171:12
203:20 210:23 214:3
268:10 313:17 334:6
think
12:20 13:12 21:13 26:17
40:17 50:10 60:19 71:6
74:20 75:17 82:24 87:25
88:1 93:5 98:24 99:9 109:4
109:21 112:25 117:4,12
118:8,16 119:12 124:5
132:9 133:3,6 134:22
136:17 144:5 150:24
169:12 170:6 176:17,22
182:14 183:22 186:3 189:4
189:4 190:22 193:7,19
199:9 200:18 210:13
215:18 217:8,11,13 218:17
222:9 232:5 233:20,21
241:17 243:17 246:18
248:5 250:7,16 251:5
253:23 257:11 261:3,18
262:4 266:8 267:25 268:2
268:19,20 269:7 272:11
280:11,17 283:19,21,24
284:24 286:21 287:19
288:13 289:15,17 291:2,11
293:25 299:19 305:20
312:4 313:3 314:18 316:8
316:16 321:2,25 322:25
323:15 324:9 327:14,19,22
329:20 333:17 334:2
337:19 341:3,22 342:8
343:20
thinking
20:16 127:25 156:3 164:24
165:3,6 181:9,15 183:16

[thinking - try]

**thinking (cont.)**
217:13,15,16 262:4 277:1
283:12,17 324:23
**third**
2:17 4:7 10:21 36:19 169:5
170:8 225:1 233:13 258:4
258:15
**thought**
20:17 58:14 67:20 87:8
88:15 117:24 121:13 132:9
157:9 168:19 194:19
195:20 215:19 262:9
276:16,25 284:16
**thousand**
118:25
**thousands**
95:1,9
**thousandth**
219:16
**thousandths**
219:19 221:22,24
**three**
19:8 38:20 102:16,25
156:16 212:19 213:1 225:8
226:7 343:12
**threshold**
93:16,18 94:4 95:15,16
97:10,14 101:19
**tied**
298:2,5
**tier**
31:18
**time**
10:6 12:10,10 17:14,17
18:5,19 20:11,18 49:3 59:5
59:5,9 65:23 81:23 98:4
102:6 103:24 115:8 116:20
123:13 131:7,10 133:9
136:2,12,15,18 165:3
177:16,18 184:18,24,25
185:1,2,4,10,22 186:9,9
191:24,24 192:19,23 193:2
193:20 197:14 202:11
203:4,22 206:21 208:9
209:9 221:3 241:9 253:25
266:2 269:17 277:14
279:25 283:14 289:2
290:18,23 292:17 310:11
310:17 311:2,5 313:15
318:9,20,23,24 319:1,13
325:9,12 336:5 340:6,7,7
340:13 341:16 343:21
344:2 345:8
**timeline**
272:1,4

**times**
12:1 32:5 37:13,22 46:13
46:21 114:12,14 208:19
233:23 277:24 288:25
330:24 331:1,18
**timing**
164:16
**tiny**
222:11,11,14,14 234:13
235:5 290:3
**title**
25:13 174:19 176:2 179:3
232:14
**titled**
31:18
**today**
10:20 11:1,17 12:5 17:5
37:2,23 40:3 42:5 45:14
48:2 61:6,17 80:7 85:9 87:2
115:2,6 116:14 124:8
135:22 146:15,24 157:16
171:24 178:22 182:2 187:5
189:18 190:21 191:3 193:3
261:6 262:14 266:8 289:19
291:24,25,25 292:2 293:13
307:13 321:13 327:22
331:15 332:2 334:10
336:19
**today's**
10:7
**todd**
4:16
**token**
123:13 267:21 268:1,18
**tokens**
267:19 268:9 270:11 272:3
**told**
61:8
**tomorrow**
268:8
**tons**
305:12,13
**tool**
183:7 184:15
**top**
32:16 34:19 68:20 174:19
176:2 186:14 213:15 226:6
233:12 251:7 258:3 274:7,9
307:4 321:5 331:1
**topic**
21:15,24 22:1 26:3 28:5
101:24 213:17 242:7,8,9
**topics**
20:4 23:4 265:15
**total**
100:17 115:23 207:13

**total (cont.)**
267:8,11 270:3,10 305:6,7
**track**
117:20 126:6 228:8 302:22
**trade**
17:19,22 23:1,16 24:1
25:21 26:6,14 29:4,5,9 95:6
96:24 97:16 115:5 229:22
271:20 273:13,16 291:5
293:10 304:22 319:10,18
**traded**
66:23 115:14 122:10,24
152:14,21 153:10 154:3,8
154:20,22 155:6,19 157:18
158:4,5 162:21,24 163:8
164:10,21,25 165:8,9
274:13 304:17 331:2
**trader**
124:13
**traders**
30:9,12
**trades**
229:11
**trading**
18:15 20:25 21:4,5 22:21
23:11 24:2,8 25:25 26:1,6
42:21 48:12 64:15 104:13
105:1 113:24 114:9,19
115:23,25 116:3 118:6,9,14
118:14 119:11,13,18 120:3
120:25 121:6 122:7 153:14
153:15,22 154:15 158:6
230:24 266:16 267:2,13
268:5 269:10,13 293:5
304:3,6,7 317:6,10 318:24
**trading's**
117:4
**traditional**
205:21 210:16,23 215:19
299:23 333:2 338:21 343:3
**transact**
91:21 115:19 116:10
334:10
**transaction**
104:15,18 126:7 155:7
199:11 200:17,23 201:12
203:4 214:25 215:1,7,8
216:4,6,8 217:21 219:12
220:3,22 221:25 222:10,19
222:21 223:18 224:13
225:16 227:4,14 228:3,11
228:24 233:25 234:14,24
298:8 299:24 312:24
317:24 318:21 319:9,13
333:23 338:22 339:18,19
339:25 341:12,14,15,19

**transaction (cont.)**
343:6,14
**transactions**
91:10 114:18 167:12 172:6
173:9 192:25 199:23 203:5
203:19 212:18 215:15
216:13 219:22 221:13
223:10 228:4 231:8,10
236:1,15 245:6 283:12
292:8 293:16 299:14
301:12 302:7,15 303:1
312:19 313:8,10 317:3,15
318:6 334:16 338:5 340:7
340:13 343:2,3,15
**transcribed**
345:12
**transcript**
108:8,9,11,22 141:23
174:23
**transcripts**
55:18
**transfer**
44:11,21 209:16 218:2
242:4 243:2,16 245:16
251:21 253:13 256:14
257:16 258:23
**transferred**
256:17
**transfers**
96:23 198:3 199:4,25 218:3
227:7,8 255:10 256:2 257:2
307:5
**transition**
117:22
**transmitters**
211:9 221:1 309:19
**transparency**
219:1
**transparent**
214:6,8
**trial**
37:17 40:12
**trivially**
341:15
**true**
16:11,17 18:3 172:23
181:12 191:3 237:13
245:11 246:22 315:12
316:25 345:9
**truth**
345:6,6,7
**try**
12:8 51:19 58:20 84:7
88:11 105:18 113:21
126:21 195:25 201:21
249:22 261:23

**[trying - uvaydova]**

**trying**
  25:16 29:24 61:3 71:25
  72:11 73:16 86:13 91:19,22
  92:22 99:2 107:8 108:21
  112:3 113:16 116:5 117:13
  119:6 129:11 168:22
  171:14 172:8 177:21 205:1
  205:12 207:5 227:12
  250:14,25 254:4 262:11
  290:1,7 315:7,8 318:16
  324:12,18
**tuesday**
  1:17 2:19 10:8
**turkish**
  334:22,22
**turn**
  57:25 178:6,11 226:14
  331:10
**turned**
  242:2
**turning**
  31:21 205:24 335:16
**turns**
  304:15
**twice**
  12:2 18:7
**type**
  36:8 78:9 173:3 174:3
**types**
  338:20
**typewriting**
  345:12
**typically**
  272:21 338:21
**typo**
  263:22

**u**

**u.s.**
  43:21 110:10 122:19,25
  123:4 132:14,18 133:7
  140:25 219:17,17 255:11
  255:21 256:2,13,17 257:18
  287:16 301:25 303:25
  326:14,18 327:2,9 328:3
**uh**
  31:8 34:10 48:19,22 66:14
  78:7 89:22 90:7 95:2 121:7
  135:12 151:16 154:19
  163:11 172:12 177:23
  185:21 200:8 215:3 226:10
  231:4 242:22 333:7 335:19
  339:22 340:1 342:10
**uk**
  133:7
**ultimate**
  29:10,25 120:15 227:16

**ultimately**
  32:18
**unable**
  60:18 80:6,6 94:23 187:20
  301:17
**unanimity**
  84:1
**unanimously**
  328:21
**uncertain**
  221:6
**uncertainty**
  221:3 321:14,14 322:1,22
  324:13,16,19
**unchanging**
  129:9
**unclear**
  12:20 113:19
**undefined**
  69:15 72:22 90:24 329:10
**undergraduate**
  15:9,18
**undergraduates**
  19:4
**underlined**
  106:9,10
**undermines**
  259:9
**undersell**
  250:15
**understand**
  25:24 30:19 54:20 57:19
  58:22 62:9 70:2,7 71:4,21
  81:13,15 84:6 85:24 86:12
  87:23 91:5 92:14 98:19
  107:8 123:5,8 151:19
  153:25 155:15,15 168:17
  169:21 184:17,22 185:12
  190:6 191:15 198:10
  205:11 222:22 223:6
  236:14 237:11 245:3 251:1
  256:16 262:23 278:21
  279:1 283:20 288:3,6
  289:13 290:19 300:2 308:7
  311:4 318:16 320:11
  321:21 339:16
**understanding**
  22:15 28:4 60:3,13,15 62:2
  63:14 65:25 66:4,16 67:15
  67:22 69:4,11 70:11,18
  83:6,6,8 85:3 95:8 96:2
  109:5 115:18 118:18,22
  119:4 121:8,21 122:15
  155:4 162:23 164:20
  165:15,20,22 166:20,25
  167:19,24 170:23,24

**understanding (cont.)**
  182:15 184:18 192:3 209:8
  214:10,12 215:10 217:21
  217:25 224:13 226:24
  228:2,3,10 230:7,18 234:12
  234:15 236:23 248:2
  277:13,19 282:11,15 292:6
  295:5 298:18 303:16
  304:18,20 311:9 312:22
  313:4 314:12 315:25 316:4
  318:2 322:8 323:3 324:24
**understandings**
  299:1
**understood**
  244:18 245:20 308:19
  323:18
**uniform**
  152:6,7
**union**
  216:10 217:9,14 227:7
  319:6
**unique**
  142:21
**unit**
  100:15 102:18 104:5,10,21
  105:5 106:3,8 107:3,11
  112:24 113:23 115:1,1
  160:13 161:1 172:24 173:3
  173:15 180:13 181:25
  182:9,18 330:18
**united**
  1:1 2:1 3:7 10:13 110:20
  132:13 301:9 304:13
  306:22 316:2,12 317:1
  327:3 329:16
**units**
  165:17 167:16 266:17
  267:3,9,11 274:11
**universal**
  81:16,22
**universally**
  83:15 94:1,7
**university**
  15:24 17:3 18:3 20:20
  22:17 33:16 160:17 178:14
**unpacked**
  90:14
**unrealistic**
  248:25
**unspecific**
  30:11
**unstable**
  298:9
**untethered**
  183:4 184:2

**unwilling**
  327:5
**updated**
  166:23
**upfront**
  339:9
**usd**
  255:7 258:13 300:18
**usda**
  300:18
**usdc**
  255:8 256:7,8 258:18 295:3
  295:10,13,14
**use**
  17:18 18:12 22:20 23:15
  24:12 41:19 45:9 57:16
  66:16 68:6,9,19 70:3 89:2
  97:21 104:5 115:12 123:15
  125:11 135:1 139:2 140:12
  147:18 150:1,3,6,11 155:13
  155:14 163:12 173:3
  208:19,19 212:17 219:15
  220:11 222:1 226:15,24
  241:14 243:2 252:3 253:17
  255:19 256:1,17 257:19
  258:13,22,24 269:7,9 282:2
  297:24 302:25 308:4
  311:18,23 312:11,14,16
  317:25 322:10
**useful**
  60:20 132:3,5,10
**usefulness**
  150:17
**useless**
  183:7
**user**
  246:2 283:18 307:14,24
**users**
  255:9 282:16,22 283:8,10
  284:16,25 338:14
**uses**
  57:4 75:21 118:19 125:25
  271:23 310:23 311:1
**usual**
  221:4
**usually**
  40:3 230:4 287:3
**utah**
  25:4
**utility**
  150:11
**uvaydova**
  5:22

[vague - whichever]

**v**

**vague**
138:15 139:21 148:19
**vaguely**
275:20
**valuable**
146:15 149:6
**value**
26:7 101:25 102:18 103:14
103:20 104:4 105:21 106:2
106:9 107:4,12 113:4,6,13
113:22 115:1 128:2,4 129:9
130:4 131:16,18,21 132:11
133:12,16 134:3 135:14,18
136:1,5,12,15,21 137:14,24
138:4,10,14,19,24,25
139:11 140:6,9,21 141:1,6
141:12 142:18 146:2,7,23
149:13,18 150:1,3,3,6,11
156:5,11,21,25 157:2,23
160:13 180:14 182:1,9,18
183:3 184:1 188:25 252:17
253:5 283:13 293:1 295:22
297:22 298:7 334:25
**values**
328:17 329:7,23
**variable**
286:15,16 288:10 294:3,14
295:3
**variations**
133:8
**varied**
80:17 272:14
**varies**
253:3,4 339:15 342:3
**variety**
82:17 241:12 242:2 293:16
320:12,15 335:23
**various**
162:17 171:17 191:18
192:1 206:13 216:14 241:7
269:3 278:23 343:2
**vary**
218:14
**vast**
94:8 299:13 304:21
**vehicle**
104:18 295:21 297:9 311:1
314:19 315:11,13,15 317:5
317:6,21,25 339:12,13
**venez**
334:20
**venezuela**
334:15,19,20
**venezuelan**
125:1 128:7 133:22

**venezuelans**
334:10
**verbal**
164:7 207:23
**verification**
202:5
**verified**
203:5,18,24
**verifiers**
203:19
**verify**
124:19,22 167:11 170:18
173:5 234:23 321:18,18
**verifying**
170:15
**versa**
257:1
**version**
98:7 238:2 310:14
**versus**
10:12 38:3 39:13 124:6
165:3 186:6 229:12 232:16
335:24 339:4
**vesey**
3:12
**vetted**
109:15
**viability**
248:15
**viable**
213:20,25 216:24
**vice**
238:22 257:1
**vicinity**
246:11
**video**
5:23 10:9,18 46:16 225:18
225:25 226:8,17 343:25
**videographer**
5:23 10:5,17 65:16,19
102:8,11 159:7 160:2 213:6
213:9 259:21,24 314:1,4
336:12,15 343:24
**videotaped**
1:15 2:15
**view**
27:13 64:17 83:15 127:23
128:21 129:20,23 142:21
147:10 267:18 282:21
290:9 291:18
**views**
82:17,25 84:18,24
**violates**
80:24
**virtually**
301:12

**visa**
335:9
**visiting**
18:6
**vitae**
15:3
**volatile**
190:15 298:7 310:22
314:14 315:16 330:25
331:1 334:21
**volatilities**
191:1
**volatility**
130:16,24 184:19,25 185:3
185:4,11,22 186:9 187:1
188:16 189:1,4,7,21 190:3
190:12 191:16 192:1,4,7,13
192:14 253:12 309:11,13
310:5,9,14,15,18,23 311:2
313:12 315:11 318:3,9,14
331:18,19 334:24 335:22
336:4
**volume**
114:9 300:1,16 304:25
306:11
**voluntarily**
334:8
**voting**
55:5 167:10 235:2 236:20
**vs**
8:5

**w**

**wait**
12:7 84:3 139:17 187:25
**waiting**
223:18
**waived**
345:20
**wallet**
166:21
**wallets**
166:3,7 168:23
**want**
12:3 13:1,10 71:22 73:14
123:12 127:19 135:6,20
151:2 157:17 158:22 163:7
174:13 179:7 183:16
191:13 197:18 232:5 244:6
253:8 258:1 259:19 263:6
288:5 313:22 320:10
325:23 331:25 333:25
**wanted**
28:11 29:2 142:19 179:25
259:10 282:19 284:17
297:24

**wanting**
262:16
**wants**
91:20,24 123:12 330:21
**war**
93:21,21,22,22 94:6 97:15
100:10
**warrants**
91:15
**washington**
4:22
**watch**
203:6,18
**waxman**
3:10
**waxmand**
3:17
**ways**
127:13 308:14 332:20
**weaknesses**
186:11
**web**
169:20,24 173:9 204:12
**website**
114:6 117:12 167:21
198:10,12,18,19 204:6
212:21
**websites**
114:4
**week**
269:23,23 279:13,13
294:12,13,13,14 295:2
**weir**
38:24
**weiss**
5:14
**welcome**
29:22
**went**
15:9,10 48:6 134:24 135:2
135:3 285:8 337:19
**western**
216:10 217:8,14 227:7
319:6
**we've**
11:12 29:16 65:22 113:10
154:15 162:20 193:11
200:18 214:9 227:13 238:3
256:14 297:25 313:15
322:25 343:16
**wharton**
5:14
**whereof**
345:17
**whichever**
43:20

[white - years]

**white**
55:4 167:10 235:14,15
**wholesale**
221:5 318:5 319:5 343:13
**whoops**
231:15
**wide**
95:16 106:4
**widely**
83:10 94:2 244:17 339:16
**widest**
110:6
**willing**
28:15 96:23 97:23 99:3
122:2 172:10,15 175:1
189:5 277:17 327:16
**wire**
255:10
**wisdom**
244:3
**wisely**
119:4
**withdraw**
296:19
**withdrawals**
255:9
**withdrew**
239:6
**witness**
4:14 6:2 9:3 11:3 28:12
34:4 96:7 102:3 111:1
116:13 130:13 133:2
139:18 144:9 156:2 159:6
178:9 179:18 187:11
189:11 193:24 206:9
209:14 213:5 223:3 230:15
231:15 232:11 237:20
254:14 282:10 284:23
292:14 296:24 307:21
309:5 313:25 336:20
342:18,20 345:4,17
**witnesses**
11:11
**witness's**
345:10
**wonder**
39:9
**woodford**
160:15,19 161:14 162:5
**word**
70:3 224:19 260:21 277:9
323:2
**wording**
181:22
**words**
14:25 127:1 131:15 157:23

**words (cont.)**
163:10,13,21,21 164:1,2,4
171:4 191:17 199:17
206:18 208:25 216:22
249:14 265:25 270:25
322:13 327:19
**work**
22:9 33:16 34:8,13 40:1
49:4,6,8,12 50:23 51:22
52:1,5,6,13,22 56:4 62:12
64:25 66:12 71:3,17 73:17
78:12 110:14 129:14,15
177:2 202:7 233:7 234:18
234:20,23,25,25 236:1,15
236:17,18 248:12,13,19,24
249:2 259:4 295:5
**worked**
18:23 33:12 34:23 35:7,15
38:14 40:19 54:14 72:19
304:12
**working**
6:19 7:21 24:10 32:10,12
32:17,21,25 36:5,17 40:19
49:20 53:22 54:1 65:24
66:12 72:1,13 176:2 224:8
294:19
**workplace**
34:1,2
**works**
198:9,11 199:19 224:14
225:3 226:15 235:8 282:3
288:21 303:20
**world**
87:12,18 93:21,21 94:6
97:15 100:10 136:2 153:11
154:4,8,21 155:20 162:22
162:25 163:9 164:11,22,25
166:23 176:16 206:10
207:9,11,11 211:10 215:13
306:2 331:2 340:8,10
**world's**
142:16 315:14
**worldwide**
93:19 125:12 207:12
**worry**
319:17
**worse**
295:21
**writing**
41:16 265:17
**written**
32:4 38:21,22,23 47:19
56:20 107:2 108:1,2,7,7
151:18 235:15 335:12
**wrong**
169:16 188:7 190:22

**wrong (cont.)**
201:17 251:6 313:7 324:11
**wrote**
129:13 131:7,10 164:17
194:15 195:3 218:5,11
250:25 253:25 274:18
277:2 278:21 321:8

**x**

**xr**
127:5,5 312:23
**xrapid**
209:22,24 211:5,14
**xremit**
209:19
**xripple**
209:18
**xrp**
43:7 48:12 54:3 56:22
59:22 61:4,9 68:15 69:21
70:22 71:7 73:16 74:11
85:10,16 86:2,16 87:2,11
87:16 92:2,2,3,9 98:6,10,11
98:22 104:19,20,20,22
111:17 112:4,11,18,22,24
113:4,5,12,13,22,23 114:8
114:16,21,21 115:14,23
117:25 118:9,15,19 119:11
119:19 120:3 121:6 122:7
122:10,23 123:3,12,25
124:6,9,15 125:3,12,25
126:5 127:1,1,5,6,8,14,19
128:10,11 129:4,5 130:7,21
131:1,5,12,16,18,21 132:18
133:9,12 135:23 136:14
139:10,11,13 140:21 143:9
144:20 145:1,18 147:10,15
147:22 148:3,15 149:4
150:15,19 151:14,20 152:1
152:7,10,15 153:3,6,10,15
154:3,7,22 155:5,19,21
156:4,17 157:2,8,18,22
162:17,21,24 163:8 164:10
164:21,24 166:9,17 166:2,7
167:1,3,9,10,12,14,17,24
168:6,10,23,24 169:10,14
170:7,17,18,25 171:1,5,16
172:1,7,10,11,15 173:3,13
181:25 182:17 183:21
188:15,15,24 189:3,20
192:7,13,25 193:4 197:3,6
202:4 205:2 206:18,19,25
207:2,4 208:8 209:17
212:17 214:24,25 219:13
219:15,18,19 220:3,7,11,14
220:22 221:24,25 222:1,10
222:11,14 223:13 226:15

**xrp (cont.)**
226:18 227:4 228:4,11,25
228:25 229:11,14,18 230:7
230:18 231:3,6,6,20 233:5
233:22,25 234:6 235:1,13
235:14,24,25 236:1,7,18
237:13 243:13 252:21
253:3,6,6,12 257:10,13,20
258:24 259:4,11 266:16,18
267:1,4,8,11,13,14 269:10
270:3,4,8,9,11,12,23
272:14,16,22,25 273:1,3,17
273:23 274:10,12,15,22,23
275:10,24 276:7,9,18 277:2
277:3,5,20 278:8 279:1
280:2,4,12,13,18,19 281:25
282:6 283:10,13 284:1,3
285:12,14 286:13 287:4,24
290:8,10,23 291:4,6,19,24
292:17 293:9,14 294:2,14
294:21,24 295:21,25 309:9
309:11,25 310:5,10 311:5
312:18 313:1,10,13,13
314:9 315:12,24 320:7
321:7,15,17,19 322:6,23
324:13,19,25 326:4,15
327:10 328:4,9,15,22 329:5
329:22 330:3,6,7,8,14,16
330:18,24,25 331:16 333:1
333:9,10,12,23,24 334:3
335:7,24 336:4
**xrp's**
148:1 154:17 184:1 192:4
203:14

**y**

**yap**
144:14
**yeah**
19:5 22:5 29:4 32:15 36:22
45:2 47:18 49:22 55:7 74:6
76:20 78:4 85:15 108:3
114:10 121:1 124:5 145:7
154:14 165:25 166:11
183:16 194:3 202:21 208:6
208:15 209:20 226:11
228:9 230:16 231:1 252:8
254:21 263:19 291:13
292:9 298:25 302:24
303:10 312:16 317:12
340:3
**year**
292:3 334:23
**years**
19:8 20:21 23:25 26:4
33:24 76:3 80:5 132:19
231:25

**[yen - zhang]**

**yen**
  91:17,18,19,23 92:1,4,7,9
  92:17,23 93:1,2 97:17,20
  97:20 104:15,16,19,20,22
  105:1 124:15 190:15
  228:25 229:3,4 231:6
  297:25 298:1 303:14
  315:18
**yermack**
  6:20 176:4 178:1,2,13
  180:4,10,11,21 181:24
  183:25 184:3 186:24
  188:14 190:10,14 191:16
  193:19
**yermack's**
  183:12
**york**
  1:2 2:2,17,18,21 3:8,11,14
  3:14 4:8,8 5:8,8,17,17
  10:15,22,22 18:23 178:14
  345:1,3

**z**

**zero**
  138:25
**zeroes**
  221:21
**zhang**
  24:19,20 25:1,6