# Exhibit 34

1

1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF NEW YORK

3

4   SECURITIES AND EXCHANGE    )
    COMMISSION,                )
5                              )
             Plaintiff,        )
6                              ) Case No.
       vs.                     ) 20-Civ-10832(AT)(SN)
7                              )
    RIPPLE LABS, INC., BRADLEY )
8   GARLINGHOUSE, and          )
    CHRISTIAN A. LARSEN,       )
9                              )
             Defendants.       )
10  _____)

11

12

13

14       CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

15            REMOTE VIDEO DEPOSITION OF

16              DANIEL R. FISCHEL

17           Monday, February 28, 2021

18

19

20

21

22

23

    STENOGRAPHICALLY REPORTED BY:
24  CHERYL L. SANDECKI, CSR, RPR
    LICENSE NO. 084-03710
25  JOB NO. 220228LAK

2

 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF NEW YORK

 3

 4    SECURITIES AND EXCHANGE      )
      COMMISSION,                  )
 5                                 )
                 Plaintiff,        )
 6                                 ) Case No.
        vs.                        ) 20-Civ-10832(AT)(SN)
 7                                 )
      RIPPLE LABS, INC., BRADLEY   )
 8    GARLINGHOUSE, and            )
      CHRISTIAN A. LARSEN,         )
 9                                 )
                 Defendants.       )
10    _____)

11

12

13         The videotaped deposition of

14    DANIEL R. FISCHEL, called for examination

15    pursuant to the Rules of Civil Procedure for the

16    United States District Courts pertaining to the

17    taking of depositions, taken before

18    CHERYL L. SANDECKI, Certified Shorthand Reporter

19    for the State of Illinois, at 110 North Wacker

20    Drive, Chicago, Illinois, on February 28, 2022,

21    at the hour of 9:15 a.m.

22

23

24

25

3

1   A P P E A R A N C E S:

2

3   FOR THE PLAINTIFF:

4   UNITED STATES SECURITIES AND EXCHANGE COMMISSION

5   CHICAGO REGIONAL OFFICE

6   BY:   BENJAMIN J. HANAUER, ESQUIRE

7   175 West Jackson Boulevard

8   Suite 900

9   Chicago, Illinois 60604

10   Telephone:  312.353.8642

11   E-mail: hanauerb@sec.gov

12     - and -

13   UNITED STATES SECURITIES AND EXCHANGE COMMISSION

14   NEW YORK REGIONAL OFFICE

15   BY:   MARK SYLVESTER, ESQUIRE

16   New York Regional Office

17   200 Vesey Street

18   Suite 400

19   New York, New York 10281-1022

20   Telephone:  212.336.1060

21   Email:   sylvesterm@sec.gov

22

23

24

25

4

1    A P P E A R A N C E S (Continued)

2    FOR DEFENDANT RIPPLE LABS INC.:

3    DEBEVOISE & PLIMPTON LLP

4    BY:   SCOTT CARAVELLO, ESQUIRE (Remote)

5    919 Third Avenue

6    New York, New York 10022

7    Telephone:  212.909.6000

8    E-Mail:  scaravello@debevoise.com

9         -and-

10   KELLOGG, HANSEN, TODD, FIGEL & FREDERICK PLLC

11   BY:   REID M. FIGEL, ESQUIRE

12         GAVAN GIDEON, ESQUIRE

13         KYLIE CHISEUL KIM, ESQUIRE (Remote)

14         ELIANA PFEFFER, ESQUIRE (Remote)

15         COLLIN R. WHITE, ESQUIRE (Remote)

16   Sumner Square

17   1615 M Street, N.W.

18   Suite 400

19   Washington, D.C. 20036

20   Telephone:  202.326.7999

21   E-mail: rfigel@kellogghansen.com

22         ggideon@kellogghansen.com

23         kkim@kellogghansen.com

24         epfeffer@kellogghansen.com

25         cwhite@kellogghansen.com

5

1    A P P E A R A N C E S (Continued)

2    FOR DEFENDANT BRADLEY GARLINGHOUSE:

3    CLEARY GOTTLIEB STEEN & HAMILTON

4    BY:   MICHAEL SCHULMAN, ESQUIRE (Remote)

5    2112 Pennsylvania Avenue, NW

6    Washington, D.C. 20037

7    Telephone:  202.974.1500

8    E-mail: mschulman@cgsh.com

9

10   FOR DEFENDANT CHRISTIAN A. LARSEN:

11   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

12   BY:   MARTIN FLUMENBAUM (Remote)

13         KRISTINA A. BUNTING (Remote)

14         EMILY M. GLAVIN (Remote)

15   1285 Avenue of the Americas

16   New York, New York  10019

17   Telephone:  212.373.3191

18   E-mail:  mflumenbaum@paulweiss.com

19            kbunting@paulweiss.com

20            eglavin@paulweiss.com

21

22

23

24

25

6

1    A P P E A R A N C E S (Continued):

2

3    ALSO PRESENT:

4    EUGENE CANJELS, Ph.D, SEC

5    MAXWELL CLARKE, SEC

6    MARINA MARTYNOVA, SEC

7    ARTUR MINKIN, SEC

8    ANA GUARDADO, Ripple Labs

9    STELLA UVAYDOVA, SEC

10   DEREK LETELLIER, Videographer

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

7

1                          INDEX

2     WITNESS                          EXAMINATION

3
       DANIEL FISCHEL
4
       EXAMINATION BY MR. HANAUER          9
5

6
                          EXHIBITS
7

8     NUMBER                         MARKED FOR ID

9     Fischel Deposition Exhibit

10    Exhibit DF-1    Expert Rebuttal Report     19
                      of Daniel R. Fischel
11                    Dated November 12, 2021

12    Exhibit DF-2    Amended Expert Report of    63
                      ███████████ Ph.D. dated
13                    October 6, 2021

14    Exhibit DF-3    Article:  Announcement      73
                      Effects in the
15                    Cryptocurrency Market by
                      Mohammad Hashemi Joo
16
      Exhibit DF-19   Model Calculations         126
17
      Exhibit DF-12   Declaration of Daniel R.   217
18                    Fischel In Re:  Shah, et
                      al., v. Zimmer Biomet
19                    Holdings, Inc., et al.

20

21           *** EXHIBITS BOUND SEPARATELY ***

22

23

24

25

8

1          THE VIDEOGRAPHER:  This is media unit one.

2     We are now on the video record.

3               This is the videotaped deposition of

4     Daniel Fischel being taken on February 28, 2022.

5     The time is now 9:17 a.m. as indicated on the

6     video screen.  We are located at 110 North

7     Wacker Drive, Suite 3800, Chicago, Illinois.

8               This deposition is being taken on

9     behalf of the plaintiff and video recorded on

10    behalf of the plaintiff in the matter of

11    Securities and Exchange Commission versus Ripple

12    Labs, Inc., et al.  The case number is

13    20-Civ-10832, filed in the United States

14    District Court, Southern District of New York.

15              My name is Derek Letellier, certified

16    legal videographer representing Gradillas Court

17    Reporters with offices in Glendale, California.

18    The court reporter today is Cheryl Sandecki also

19    of Gradillas Court Reporters.

20              Counsel, please identify yourselves for

21    the video record and state the parties that you

22    represent.

23         MR. HANAUER:  I think we usually just type

24    them in.

25         THE VIDEOGRAPHER:  Okay, that's fine.  If the

1    court reporter could please swear in the

2    witness.

3                    (Witness administered an oath.)

4                    DANIEL FISCHEL,

5    having been first administered an oath, was

6    examined and testified as follows:

7                         EXAMINATION

8    BY MR. HANAUER:

9        Q.   Could you please state and spell your

10   name for the record please?

11       A.   Daniel Robert Fischel, F-i-s-c-h-e-l.

12       Q.   And good morning, Mr. -- or Professor

13   Fischel.  My name is Ben Hanauer.  I represent

14   the plaintiff, the SEC in this case.

15            Is there any reason why you cannot give

16   accurate testimony today?

17       A.   No.

18       Q.   And how many preparation sessions did

19   you have for today's deposition?

20       A.   Well, I had many, many discussions with

21   people that I work with at Compass Lexecon and

22   then I had one Zoom call with several counsel.

23       Q.   Counsel for Ripple in this case?

24       A.   Yes.  I assume counsel for Ripple or

25   whoever else.

10

1       Q.   Which counsel was it?  Who was it?

2       A.   For -- well, certainly for Ripple, but

3  I don't know if Ripple is the only -- you know,

4  in other words, the defendant -- there is more

5  than one defendant.

6       Q.   So who were the attorneys on the Zoom

7  call you just referenced?

8       A.   Well, Mr. Figel was on.  Mr. Flumenbaum

9  was on.  I believe there was an attorney from

10  Cleary on.  There might have been some others.

11       Q.   And that was the only preparation

12  session you had with counsel to prepare for

13  today's deposition?

14       A.   That's right.

15       Q.   And did you review -- in preparing for

16  today's deposition, did you review any documents

17  other than the ones cited in your report that

18  you have considered in forming any opinion that

19  you will express in this case?

20       A.   I looked at some of the studies on

21  studying whether cryptocurrencies trade in an

22  efficient market, some of the ones cited in my

23  report but also some others.  I can't think of

24  anything else that I reviewed.

25       Q.   And the ones you didn't cite in your

1    report, will you be disclosing those?

2        A.   I have no objection to it.  But it's

3    certainly not up to me.

4        Q.   What are they?

5        A.   I don't know the titles, but the --

6    there have been other articles written in

7    addition to the ones cited by Dr. ████   And we

8    just did a more complete literature search.

9        Q.   And who is "we"?

10       A.   My firm, Compass Lexecon.

11       Q.   And you considered those studies?

12       MR. FIGEL:  Objection.

13       THE WITNESS:  Well, considered, yes, in the

14   sense that I looked at them.

15   BY MR. HANAUER:

16       Q.   And did those -- did you consider those

17   studies in forming any opinion you will be

18   expressing in this case?

19       A.   I would say for the most part, they

20   were consistent with the opinions that I did

21   express in my report.

22       MR. HANAUER:  Well, in that case, Counsel,

23   we're just going to put on the record that we

24   request that you disclose those studies pursuant

25   to Rule 26.

1        MR. FIGEL:  Your request is noted.  We will

2    take it under advisement.

3    BY MR. HANAUER:

4        Q.   Professor Fischel, how many times have

5    you had your deposition taken as an expert

6    witness?

7        A.   I haven't counted, but I would say a

8    significant number of times.

9        Q.   More than 200?

10       A.   I don't think more than 200.  Probably

11   more than 100, but I don't think more than 200.

12       Q.   And if -- for the depositions you've --

13   the depositions that were taken of you as an

14   expert witness, those are listed on Appendix A

15   to your report?

16       A.   Yes, they should be.

17       Q.   How many times have you testified at

18   trial as an expert witness?

19       A.   Also I haven't counted, but a

20   significant number of times as well.

21       Q.   More than 50?

22       A.   Probably more than 50.

23       Q.   In this case, this lawsuit, were you

24   ever retained in a nontestifying or consulting

25   capacity?

13

1          MR. FIGEL:  Objection.

2               You can answer.

3          THE WITNESS:  My understanding is that we are

4     always retained in a nontestifying capacity

5     until a decision is made to disclose, so in this

6     case, me as an expert.

7     BY MR. HANAUER:

8          Q.   How many of your testifying expert

9     witness cases were you engaged by the

10    government?

11         A.   I don't know the exact number.  But,

12    you know, a number of times.

13         Q.   Would you say it's a large or a small

14    percentage of your engagements?

15         A.   Well, as a percentage of the total, you

16    know, probably pretty small but, you know, in

17    some very important cases.

18         Q.   When was the last time you provided us

19    expert testimony on behalf of the government?

20         A.   I testified in a case, it was a couple

21    years ago, in connection with the Chrysler

22    bankruptcy.  I'm sure it's on my CV and it's a

23    long-reported decision that came out of that

24    case.

25         Q.   And who did you represent -- who

1    retained you in that case?

2         A.   The justice department.

3         Q.   Was that a criminal matter?

4         A.   No.

5         Q.   When was the last time you were

6    retained as an expert witness by the government

7    in a prosecution or enforcement matter?

8         A.   In the last couple weeks.

9         Q.   And what case was that?

10        A.   It's -- it hasn't been disclosed yet,

11   so I'm not going to disclose it.

12        Q.   You were engaged to be a testifying

13   expert?

14        A.   You know, again, usually the

15   understanding, even if it's not explicit, is we

16   are retained to provide expert services and a

17   decision is made at a subsequent point in time

18   as to who is going to -- if anyone, is going to

19   be a testifying expert.

20        Q.   Do you have any employment other than

21   being a law professor and your work at Compass

22   Lexecon?

23        A.   Well, I would say right now my formal

24   sole employment is with Compass Lexecon, even

25   though I still have very close connections to

1    the University of Chicago, not just the law

2    school.

3         Q.   So are you still a professor at the

4    University of Chicago?

5         A.   I still have my title.  I haven't

6    actively taught in the last couple of years.  I

7    keep trying to fit it in because I'm always

8    asked.  But the last couple of years I've just

9    gotten too busy to do it.

10        Q.   Do you still receive a salary or

11   compensation from the University of Chicago?

12        A.   No.  But even when I was an active

13   faculty member, I donated all my compensation

14   back.  So that really hasn't changed.

15             But as I said, I'm still very much

16   involved with the university.

17        Q.   How much of your professional time do

18   you spend working as an expert witness as

19   opposed to being involved as a professor?

20        MR. FIGEL:  Objection.

21             You can answer.

22        THE WITNESS:  You know, I would say now and

23   in the recent past really a hundred percent of

24   my professional time is associated with my work

25   and role at Compass Lexecon.

16

1    BY MR. HANAUER:

2        Q.    In your role as a testifying expert,

3    has your expert testimony ever been excluded for

4    any reason?

5        A.    For any reason?  I guess I would have

6    to say yes to that.

7        Q.    How many times?

8        A.    You know, not very many and for, you

9    know, a series of different kind of reasons,

10   too.  But I would say not on substance or

11   credentials, rather on other disclosed too late

12   or in one well-known case, the defendant's

13   disclosure was deemed by the District Court to

14   be inadequate and that led to a long series of

15   follow-up appellate and on bond-cum litigation

16   all involving the justification for the -- by

17   the District Court to allow me to testify as a

18   summary witness but not as an expert witness.

19            So -- and I guess there was one --

20       Q.    What case was that, sir?

21       A.    The criminal case, the United States

22   versus Nacchio.  And then there was --

23       Q.    In the Nacchio case, you performed an

24   event study in that case?

25       A.    I don't remember.  Very possibly, but I

17

 1   don't remember.

 2      Q.   And I'm sorry, you were mentioning

 3   another case when you spoke?

 4      A.   I just don't want my answer to be

 5   incomplete and, therefore, misleading.

 6           There was another case, the Pfizer

 7   Securities Fraud Case in the Second Circuit

 8   where a District Court did exclude my testimony.

 9   Again, it's a complicated story behind that.

10   But then the Court of Appeals reversed the

11   District Court.  Let me just finish, just to

12   give a complete answer.

13           The Court of Appeals ruled that -- if I

14   remember correctly, that the District Court did

15   not abuse its discretion in not allowing one

16   minor calculation to be admitted into evidence.

17   But the -- that was a very small part of my

18   testimony.  The Court of Appeals said the rest

19   of my -- the District Court was reversed in not

20   allowing the rest of my testimony to be

21   presented to the jury.

22      Q.   And that was the Pfizer securities

23   litigation?

24      A.   That's right.

25      Q.   And you performed an event study in

18

1    that case?

2        A.   I'm sure I performed an event study.  I

3    mean, I performed hundreds of event studies.

4    And in any kind of securities fraud case, I'm

5    sure I performed an event study.

6        Q.   And the Second Circuit in the Pfizer

7    case affirmed the District Court's finding that

8    a portion of your testimony was unreliable?

9        A.   One calculation -- small calculation, I

10   think as the Court of Appeals stated or, more

11   accurately, that the District Court did not

12   abuse its discretion in that finding.

13       Q.   Any other cases where your testimony

14   was excluded?

15       A.   Let's see.  There was a case many years

16   ago where one opinion out of three of my

17   opinions -- it was actually a jointly-authored

18   report and the District Court ruled that one out

19   of three opinions, I think the court said,

20   wasn't relevant, if I remember correctly.

21       Q.   What case was that?

22       A.   You know, if I looked at my CV, I could

23   find it.  But I don't remember the name of the

24   case.  It was a long time ago.

25       Q.   And --

1      A.   I don't remember any others.

2      Q.   You beat me to my question.

3      A.   Yeah.

4      Q.   So speaking of CV, probably a good time

5  as any, I put in front of you exhibit that's

6  been marked as DF-1.  Do you see that?

7      A.   Yes.

8                (Whereupon, Deposition

9                Exhibit DF-1 was marked for

10               identification.)

11 BY MR. HANAUER:

12     Q.   And DF-1, that's a copy of the expert

13 rebuttal report you submitted in this case?

14     A.   Yes.

15     Q.   And I would like to ask you some

16 questions about your CV, which I believe is

17 Appendix A to Exhibit DF-1.

18     A.   Okay.

19     Q.   How many times has a court refused to

20 credit or to follow your expert opinion?

21     MR. FIGEL:  Objection.

22     THE WITNESS:  You know, I can't possibly

23 answer that question.  You know, if you mean a

24 court did not rule in the way that -- or didn't

25 base a ruling on my expert testimony or

20

```
 1    disagreed with my expert testimony, I can't

 2    possibly answer that question.

 3    BY MR. HANAUER:

 4         Q.   Okay.  Has it been many times?

 5         MR. FIGEL:  Objection.

 6         THE WITNESS:  Well, I've testified a lot.  I

 7    would say the overwhelming majority of times

 8    courts have -- where courts have commented on my

 9    testimony have credited, agreed with it, cited

10    it, relied on it.  And certainly there have been

11    a few times where the opposite occurred, where a

12    court disagreed with my testimony.

13    BY MR. HANAUER:

14         Q.   So I would like to ask you, referring

15    to page 4 of the appendix, the United States v.

16    Bases and Pacilio case.  You testified in that

17    matter?

18         A.   I did.

19         Q.   Here in Chicago?

20         A.   I did.

21         Q.   And what was your -- that was only this

22    past summer, correct?

23         A.   That's right.

24         Q.   And what was your opinion in that case?

25         A.   That the economic evidence that I
```

1    reviewed did not support, it was really

2    inconsistent with the government's allegations

3    about spoofing.

4         Q.   And the jury convicted the defendants

5    in that case?

6         A.   It was actually a mixed verdict.  The

7    jury acquitted on the spoofing count, which was

8    the count that I testified about; and convicted

9    on, I think, mail or wire-fraud counts, if I

10   remember correctly.

11        Q.   And I want to ask you about turning to

12   page 9 of your CV.  The Commodities Futures

13   Trading Commission versus Oystacher case.  It's

14   the third one on page 9.

15        A.   Yes, I see that.

16        Q.   And you provided expert testimony at a

17   preliminary injunction hearing in that case?

18        A.   That's right.

19        Q.   And you critiqued the opinion of the

20   CFTC's expert witness?

21        A.   That's correct.

22        Q.   And Judge St. Eve in that case found

23   that your critiques did not undermine the CFTC's

24   expert's opinions?

25        MR. FIGEL:  Objection.

1        THE WITNESS:  You know, I would want to see

2    the opinion.  I basically remember the court --

3    well, I don't want to -- I don't want to

4    speculate.  I would rather see the opinion.

5    BY MR. HANAUER:

6        Q.   And on the next page of your CV,

7    page 10, you referenced SEC versus Wiley case.

8        A.   Yes, I remember that case.

9        Q.   And you provided trial testimony for

10   the defendant?

11       A.   I can't remember if it was a trial or

12   some kind of preliminary injunction hearing or

13   something.  But I certainly testified for the

14   defendant.

15       Q.   What was your opinion in that case?

16       A.   You know, as you go farther back in

17   time, I just need to see.  If you have a copy,

18   show it to me and I'll -- it will refresh my

19   recollection.

20       Q.   You don't remember as we sit here

21   today?

22       A.   I don't remember it well; well enough

23   to describe.

24       Q.   If you go to page 14 of your case --

25   I'm sorry, of your CV.  And do you see the case

23

1    near the middle of the page SEC versus Carl

2    Jasper?

3        A.   I do.

4        Q.   In that case you performed an event

5    study on behalf of the defendant?

6        A.   Actually, you know, that's over ten

7    years ago.  I have no recollection what that

8    case was about.

9        Q.   And going to page 17 of your CV, the

10   second case is a case called United States

11   versus Sanjay Kumar?

12       A.   Yes, I remember that case.

13       Q.   And in that case you provided an

14   opinion that challenged the government's expert

15   witness's event study?

16       MR. FIGEL:  Objection.

17       THE WITNESS:  I don't know if that's really a

18   fair characterization of what I did.  I remember

19   I challenged the government's calculation of

20   economic loss, if I remember correctly, in a

21   sentencing hearing.

22   BY MR. HANAUER:

23       Q.   And in that case the court accepted the

24   government's expert opinion and did not accept

25   yours?

24

1          MR. FIGEL:  Objection.

2          THE WITNESS:  Yeah, that's correct, to the

3     best of my recollection.

4     BY MR. HANAUER:

5          Q.   Then going to page 29 of your CV, in

6     the middle of the page, do you see a case called

7     SEC versus First City Finance Corporation?

8          A.   Yes, I see that.

9          Q.   I know it's going a little bit back.

10    But do you --

11         A.   That's 25 years ago.

12         Q.   Did you provide expert testimony for

13    the defendant in that case?

14         A.   Yeah, I was going to say I think it was

15    an affidavit, but it says it's testimony, so it

16    was probably testimony.

17         Q.   Do you remember anything about that

18    testimony?

19         A.   Believe it or not, I do.

20              I think it was about the economic

21    consequences of a 13(d) filing, if I remember

22    correctly.

23         Q.   And in that case the court determined

24    that your opinion relied on purely speculative

25    hypothetical figures?

25

1          MR. FIGEL:  Objection.

2          THE WITNESS:  You know, again, something that

3    specific I would have to look.

4    BY MR. HANAUER:

5          Q.   When was the last time that you

6    provided expert testimony against the government

7    and the defendant was found not guilty or not

8    liable?

9          MR. FIGEL:  Objection.

10         THE WITNESS:  So it can't be the times I've

11   testified for the government and the courts have

12   relied and cited extensively my testimony,

13   you're not including that in your question?

14   BY MR. HANAUER:

15         Q.   That's not part of my question.

16         A.   I don't remember.

17         Q.   Who retained you in this case?

18         A.   I think I was originally retained by

19   the -- at least in terms of who contacted me,

20   the Kellogg Hansen firm.

21         Q.   And is -- did you sign like an

22   engagement letter or something like that?

23         A.   I don't know because sometimes we have

24   engagement letters, sometimes we don't depending

25   on typically whether the client that's retaining

26

```
 1    us wants an engagement letter.

 2         Q.   Who is the client that's retaining you

 3    in this case?

 4         A.   Well, as I said, I believe it's all the

 5    defendants, but I'm not a hundred percent sure

 6    of that.

 7              I know the company Ripple is retaining

 8    us and possibly the other defendants as well.

 9         Q.   Are you providing testimony on behalf

10    of either of the individual defendants in this

11    case?

12         MR. FIGEL:  Objection.

13         THE WITNESS:  The testimony that I'm giving

14    is what's contained in my report and whatever --

15    and my answers to questions.  As I said, I -- I

16    know that I'm being retained by Ripple.  I

17    assume I'm being retained by the other

18    defendants, but I'm not a hundred percent sure.

19    BY MR. HANAUER:

20         Q.   Your hourly rate on this engagement is

21    $1,750?

22         A.   That's right.

23         Q.   Is that your standard rate?

24         A.   Yes.

25         Q.   When did you last raise rates?
```

27

 1        A.    Maybe a couple years ago.

 2        Q.    When were you first retained in this

 3   case?

 4        A.    Well, the -- I don't remember exactly,

 5   but, you know, probably sometime in 2021.

 6        Q.    Were you and Compass Lexecon retained

 7   at the same time?

 8        A.    Compass Lexecon would be the party that

 9   was retained.  I'm not typically, or to the best

10   of my recollection, ever separately retained

11   from Compass Lexecon.

12        Q.    You're the chairman and president of

13   Compass Lexecon?

14        A.    I am.

15        Q.    Are you also the founder?

16        A.    No.

17        Q.    How long have you been with Compass

18   Lexecon?

19        MR. FIGEL:  Objection.

20        THE WITNESS:  Well, Compass Lexecon is the

21   successor firm to Lexecon.  If you count the

22   times when it was just Lexecon, I think I

23   affiliated with Lexecon the first time, I think,

24   in 1981, if I remember correctly.

25

28

```
 1    BY MR. HANAUER:

 2         Q.   Did you found Lexecon?

 3         A.   No.

 4         Q.   How many Compass Lexecon experts have

 5    been retained in this case?

 6         MR. FIGEL:  Objection.

 7         THE WITNESS:  Well, if you mean formal

 8    employees of Compass Lexecon, I think I'm the

 9    only one, as far as I know.

10              Although I'm not exactly sure whether

11    Laurentius Morais is an employee or

12    an independent contractor.  I believe Allen

13    Ferrell is an independent contractor.

14              Those are the experts that I'm aware of

15    that, you know, we have some relationship with.

16    BY MR. HANAUER:

17         Q.   Anyone else?

18         A.   Not that I know of or not that I can

19    think of.  But it's possible that there are

20    other experts that I'm just not aware of.

21         Q.   How many other engagements have you

22    done for Ripple?

23         A.   None as far as I'm aware.

24         Q.   And when I say "Ripple," do you

25    understand that I'm referring to the defendant
```

29

1    in this case?

2        A.   Yes, I understand that.

3        MR. FIGEL:  Objection, Mr. Hanauer.  I assume

4    when you talk about defendant, you're going to

5    distinguish among Ripple and the individual

6    defendants?

7        MR. HANAUER:  Thank you, Counsel.

8    BY MR. HANAUER:

9        Q.   I'll clare -- when I talk about

10   Ripple -- or when I say "Ripple," you understand

11   that to mean the defendant Ripple Labs in this

12   case?

13       A.   Yes, that's what I understand.

14       Q.   How many engagements have you done for

15   the Kellogg Hansen firm?

16       MR. FIGEL:  You can answer it with a number

17   to start with.

18       THE WITNESS:  You know, again, I -- a

19   nontrivial number, but I -- over a long period

20   of time.  I don't know the exact number.

21   BY MR. HANAUER:

22       Q.   More than ten?

23       A.   It might be more than ten.  Maybe right

24   around ten, just as a rough -- just as a rough

25   guess.

30

1      Q.   How many engagements have you done for

2   the Debevoise law firm?

3      MR. FIGEL:  Again, why don't you start with a

4   number, if you know.

5      THE WITNESS:  Yeah, I want some clarification.

6   Do you want me personally or the firm?

7   BY MR. HANAUER:

8      Q.   Well, let's start with you.

9      A.   Because if these questions are for the

10   firm, I really don't know.  I can only speak

11   about the times I've -- I personally can

12   remember being involved in a case with the

13   Debevoise law firm only.

14          You know, again, a nontrivial number.

15   I don't know the exact number.

16      Q.   Around the same as the Kellogg firm?

17      MR. FIGEL:  Objection.

18      THE WITNESS:  Maybe a little less, but, you

19   know, again, it's over a lot of years, so I'm

20   not a hundred percent sure.

21   BY MR. HANAUER:

22      Q.   On this case, did the other testifying

23   Compass Lexecon experts and their support teams

24   coordinate any of their analysis or opinions?

25      MR. FIGEL:  Objection.

31

1        THE WITNESS:  Well, I can't speak for others.

2    I can only speak for myself.

3            I did not coordinate with anyone.

4    BY MR. HANAUER:

5        Q.   And does Compass Lexecon have any

6    processes or checks installed in place to ensure

7    that teams work independently and do not overlap

8    or coordinate?

9        MR. FIGEL:  Objection.

10       THE WITNESS:  I think that would be a

11   case-by-case determination on whether those

12   kinds of separations, structural separations,

13   are required.

14   BY MR. HANAUER:

15       Q.   Were any employed in this case?

16       MR. FIGEL:  Objection.

17       THE WITNESS:  In terms of formal directions

18   that -- of the teams would be completely

19   separate, I would say no.

20   BY MR. HANAUER:

21       Q.   How many hours did you work on this

22   engagement between the time you were engaged and

23   the completion of your report?

24       A.   I don't remember exactly.  You know, as

25   a rough guess, I would say somewhere between 25

32

```
 1    and 50 but -- hours, but I'm not sure.  I would

 2    have to check.

 3         Q.   And how many hours have you billed

 4    since completing your report?

 5         MR. FIGEL:  Objection.

 6         THE WITNESS:  You know, again, in terms of

 7    the -- not all the time has been recorded yet,

 8    so, you know, I'll just give the same rough --

 9    excuse me, the same rough guess, you know, maybe

10    somewhere between 25 and 50.

11    BY MR. HANAUER:

12         Q.   How much money has Compass billed to

13    Ripple on this case in total?

14         MR. FIGEL:  Objection.

15         THE WITNESS:  I don't know.

16    BY MR. HANAUER:

17         Q.   How are you compensated by Compass?

18         MR. FIGEL:  Objection.

19         THE WITNESS:  I get a hundred percent of my

20    hourly rate.  And then I also get some share of

21    the overall profits of Compass Lexecon.

22    BY MR. HANAUER:

23         Q.   Do you receive a portion of the rates

24    charged by other experts and staff working on

25    this litigation?
```

33

1       A.    No.

2       Q.    But the full 1,750 an hour, that goes

3    to you?

4       A.    Yes.

5       Q.    You've been on emeritus status at the

6    University of Chicago since 2006?

7       A.    I don't know the exact year, but

8    approximately that's right.

9       Q.    When was the last article or

10   publication that you authored?

11      A.    It's on my CV, so whatever that is.

12      Q.    Why don't we just take a look so we

13   have it in the record.

14      A.    Okay.  It looks like 2006.

15      Q.    Do you consider yourself an expert in

16   the field of blockchain technologies?

17      A.    No.

18      Q.    Do you consider yourself an expert in

19   the field of digital assets or cryptocurrencies?

20      A.    No.

21      Q.    Have you ever owned any digital assets

22   or cryptocurrencies?

23      A.    No.

24      Q.    Are you an expert on the issue of

25   whether digital assets are securities under the

34

1   federal securities laws?

2       MR. FIGEL:  Objection.

3       THE WITNESS:  Well, first of all, that's a

4   legal question, so I'm not offering any legal

5   testimony.  But apart from that, the answer is

6   no.

7   BY MR. HANAUER:

8       Q.   Are you offering an opinion on how

9   courts interpret the term "investment contract"

10  as it relates to the federal securities laws?

11      A.   That's the same answer as I just gave.

12  It's a legal question.  I'm not offering any

13  legal opinions.  And in addition to that, the

14  answer is no.

15      Q.   Will you be offering an opinion whether

16  any XRP transaction constituted or involved

17  sales or offers of investment contracts?

18      MR. FIGEL:  Objection.

19      THE WITNESS:  Again, that's a legal opinion.

20  I will not be offering any opinion like that.

21  BY MR. HANAUER:

22      Q.   Are you offering or will you be

23  offering any opinion on whether any transaction

24  qualifies for an exemption from registration

25  under the federal securities laws?

35

```
 1        A.    That's the same answer as my last

 2   several answers.  That's a legal question.  I'm

 3   not offering any legal opinions.

 4              And apart from that, I'm not going to

 5   -- I don't have expertise on that issue.

 6        Q.    How many times have you provided an

 7   expert opinion related to an event study?

 8        MR. FIGEL:  Objection.

 9              You can answer.

10        THE WITNESS:  Countless numbers of times.

11   BY MR. HANAUER:

12        Q.    How many times have you performed an

13   event study as an expert witness?

14        MR. FIGEL:  Objection.

15        THE WITNESS:  Hundreds, if not thousands of

16   times.

17   BY MR. HANAUER:

18        Q.    Have you ever performed an event study

19   related to a digital asset or cryptocurrency?

20        A.    No, not that I can think of.

21        Q.    Are you offering any opinion whether

22   there are specific adjustments that should be

23   made to an event study for digital assets as

24   compared to an event study for stocks?

25        MR. FIGEL:  Objection.
```

1      THE WITNESS:  Well, I don't know if I would

2  say adjustments is the right word.  I do think

3  one of the issues that always comes up with

4  event studies is the relationship between event

5  studies and the existence of efficient markets.

6  I'm extremely familiar with that issue.

7           And I do think there is a fundamental

8  difference between the use or the appropriate

9  use of event studies in connection with

10  cryptocurrencies as compared with, for example,

11  event studies in connection with publicly-traded

12  stocks on the New York Stock Exchange or NASDAQ

13  or any organized exchange, assuming that those

14  stocks on those exchanges satisfy the criteria

15  for an efficient market.

16  BY MR. HANAUER:

17      Q.   So I understand that, but I guess my

18  question is:  Are you offering an opinion about

19  any specific adjustments that should be made to

20  an event study for digital assets as compared to

21  an event study for stocks?

22      MR. FIGEL:  Objection.

23      THE WITNESS:  I guess the specific adjustment

24  is whether it's appropriate to use an event

25  study other than as a test for whether or not

1   cryptocurrencies trade in an efficient market.

2   BY MR. HANAUER:

3       Q.   And I would -- what's your answer to

4   whether an event study is an appropriate test

5   for whether -- actually, strike that.

6           Again, I understand you're that saying

7   that there are differences between crypto

8   markets and stock markets.  But are you going to

9   give the opinion that an adjustment needs to be

10  made to an event study for crypto assets as

11  opposed to an event study for stocks?

12      MR. FIGEL:  Objection.

13      THE WITNESS:  I've answered that question

14  several times.  I think there is no event study

15  in the academic literature that finds that

16  cryptocurrencies trade in an efficient market.

17  And that raises the question, given that

18  finding -- and I discussed this in my report --

19  as to whether it's appropriate to use an event

20  study to reach conclusions about the

21  relationship between information and price

22  movements in the cryptocurrency context as

23  compared with the context where stocks trade in

24  an efficient market, such as the situations that

25  I've just described.

38

 1   BY MR. HANAUER:

 2       Q.   When you perform an event study for

 3   expert testimony, does your expert report

 4   typically include a description of the important

 5   steps in your methodology?

 6       MR. FIGEL:  Objection.

 7       THE WITNESS:  Well, that's a pretty vague

 8   question.

 9            You know, I guess I frequently discuss

10   what's generally referred to as the Cammer

11   factors, which are criteria which are frequently

12   recognized as criteria for determining whether

13   stocks or bonds or, I guess, any financial asset

14   trade in a financial -- trade in an efficient

15   market.

16            So I guess in that sense, I would say

17   yes.

18   BY MR. HANAUER:

19       Q.   When you perform an event study, do you

20   first start with identifying all significant

21   price changes and then check to see if those

22   changes can be linked to news, or do you start

23   by identifying news and then check to see if

24   there was a price reaction to the news

25   announcement?

39

```
1        MR. FIGEL:  Objection.

2        THE WITNESS:  Well, you know, first of all, I

3   would say every case depends on the relevant

4   facts and circumstances depending on the

5   question being analyzed.

6            But, generally speaking, in event

7   studies, you have particular periods of time

8   that you're analyzing, and you analyze the

9   relationship between price movements and what

10  happened in connection with events or the lack

11  of events on particular days.

12  BY MR. HANAUER:

13       Q.  But do you first look for price changes

14  of an asset and then see if those price changes

15  can be linked to news, or do you start with news

16  and then look to see if the news is linked to

17  price changes?

18       MR. FIGEL:  Objection.

19       THE WITNESS:  As I said, every case is

20  different.  So it depends on the relevant facts

21  and circumstances, but I would say most

22  typically neither of the alternatives that you

23  just posited.

24            Most typically you look at days.  If

25  you're looking at -- and whatever the relevant
```

40

1    period of time is in connection with the inquiry

2    that you're providing, you look at all the days

3    and you look at the -- you have a -- you form a

4    statistical model and you perform a -- one or

5    more regressions to analyze, as I said, the

6    relationship between price movements, or the

7    lack of price movements, on a set of days that

8    you are analyzing.

9    BY MR. HANAUER:

10       Q.   In event studies that involve repeated

11   public announcements or repeated the news

12   announcements, do you typically only use the

13   date of the earliest news release, or do you

14   include all event days when that same news is

15   repeated?

16       MR. FIGEL:  Objection.

17       THE WITNESS:  There's a difference between

18   what you look at and how you interpret what you

19   look at.

20           In terms of what you look at, generally

21   speaking, you don't make subjective judgments as

22   to which days you look at.  You look at all the

23   days.  And then how you interpret the results

24   depends on, you know, again, the particular

25   facts and circumstances that you're analyzing.

41

1          So that if you see that there is a

2    series of days that have similar information or

3    identical information being disclosed, you take

4    that into account in how you interpret the

5    results.

6    BY MR. HANAUER:

7          Q.   If the same news is announced on

8    multiple days, do you treat each day where there

9    is the same announcement as an event day?

10         MR. FIGEL:  Objection.

11         THE WITNESS:  Again, it just doesn't really

12   capture the typical way that event studies are

13   performed.  You look at all the days.

14         Again, speaking at a high level of

15   generality, because as I said, every case is

16   different and you always have to take into

17   account the relevant facts and circumstances,

18   but you don't make subjective judgments about

19   what's an event day.

20         You look at all the days, and then you

21   see what happens on each day, if anything, and

22   what price reaction occurred on each day, if

23   anything.  And you interpret the data as

24   appropriate depending on the relevant facts and

25   circumstances.

42

 1   BY MR. HANAUER:

 2       Q.   Before you perform an event study as an

 3   expert witness, do you always check whether the

 4   market for the financial product at issue is

 5   sufficiently efficient?

 6       MR. FIGEL:  Objection.

 7       THE WITNESS:  I would say either explicitly

 8   or implicitly, yes, I think you do.

 9   BY MR. HANAUER:

10       Q.   And what's the difference about how you

11   go about checking efficiency explicitly or

12   implicitly?

13       MR. FIGEL:  Objection.

14       THE WITNESS:  Well, many of my expert reports

15   go through the various Cammer factors, as I

16   stated, so I would say that's an explicit

17   treatment.

18           Sometimes there's no dispute and it's

19   just obvious.  So if you take a very actively

20   traded stock on the New York Stock Exchange, for

21   example, it might just be assumed by everyone

22   that that stock trades in an efficient market so

23   there's no need to demonstrate what's obvious.

24   So, you know, that's also possible.

25

43

1   BY MR. HANAUER:

2       Q.   So for certain of your event studies,

3   you don't start by performing a Cammer analysis --

4       MR. FIGEL:  Objection.

5   BY MR. HANAUER:

6       Q.   -- C-A-M-M-E-R?

7       A.   Yes, I'm sure that's true.

8       Q.   Did anyone -- referring to your report

9   in this case, Exhibit DF-1, did anyone assist

10  you in preparing the report?

11      A.   Yes.

12      Q.   And who was that?

13      A.   I would say three people particularly.

14  David Gross, Eddie Grgeta, and Constance Kelly.

15      Q.   And those three individuals, they are

16  all affiliated with Compass?

17      A.   They're all employees of Compass

18  Lexecon, correct.

19      Q.   Did you write the entirety of your

20  report?

21      A.   You mean did I draft every word, no.

22      Q.   Who did?  Or who else did?

23      A.   You know, probably -- probably the

24  latter two names that I mentioned were involved

25  in the drafting, working under my supervision.

44

1      Q.   Going through your report, are you able

2   to discern what portions you wrote and what

3   portions other people wrote?

4      A.   No.  Well, first of all, it's a very

5   interactive process.

6           Secondly, there were multiple drafts

7   that were written.  And everyone was involved to

8   some extent.

9           But as I said, I would say primarily

10   the other people that did most of the drafting,

11   initial drafting, under my supervision were

12   Eddie Grgeta and Constance Kelly.

13      Q.   And did those two folks, did they do

14   most -- did they draft most of your report?

15      MR. FIGEL:  Objection.

16      THE WITNESS:  I would say they -- they were

17   the most involved in implementing the opinions

18   that I wanted to give.

19           And, again, the report is a product of

20   multiple drafts.  As I stated, it was very much

21   of a cooperative project in terms of talking

22   about it, thinking about it, organizing it,

23   obviously, all done under my supervision and

24   direction.

25

45

 1   BY MR. HANAUER:

 2       Q.   Was anything in your report written by

 3   Ripple's attorneys?

 4       MR. FIGEL:  Objection.

 5           You can answer yes or no.

 6       THE WITNESS:  No.

 7   BY MR. HANAUER:

 8       Q.   Did Ripple's attorneys direct you to

 9   write anything?

10       MR. FIGEL:  Objection.  Give me just a

11   second, Mr. Hanauer.

12           Start with, you can answer yes or no.

13       THE WITNESS:  No.

14   BY MR. HANAUER:

15       Q.   Did you -- does your report incorporate

16   comments from Ripple's attorneys?

17       MR. FIGEL:  Objection.

18           You can answer yes or no.

19       THE WITNESS:  I don't think so, no.

20   BY MR. HANAUER:

21       Q.   And you testified that there were three

22   Compass team members who primarily assisted in

23   preparing your report; is that correct?

24       A.   Yes.  In thinking about the case,

25   conceptualizing the case, discussing ideas about

```
 1    the case, which ultimately led to the

 2    preparation of the report and continued work

 3    subsequently to the preparation of the work.

 4    Those three that I mentioned.

 5        Q.   And how many other Compass Lexecon

 6    personnel affiliated -- or assisted the three

 7    people you mentioned?

 8        MR. FIGEL:  Objection.

 9        THE WITNESS:  There were certainly some

10    others.  I don't know how many.  I mean, I can

11    think of a couple names, and I'm sure there were

12    research assistants and others as well.

13    BY MR. HANAUER:

14        Q.   How many Compass personnel billed time

15    in relation to your report?

16        A.   I don't know.

17        Q.   Who prepared Exhibits 1 and 2 to your

18    report?

19        A.   Well, they were prepared after going

20    through Dr. ███ backup.  I'm actually not

21    sure who actually, at least originally, went

22    through Dr. ███ backup to get the data to

23    prepare Exhibits 1 and 2.

24        Q.   So understanding that you don't know

25    who went through Dr. ███ backup data, do you
```

47

```
1    know who was the person that prepared Exhibits 1

2    and 2 to your report?

3        MR. FIGEL:  Objection.

4        THE WITNESS:  Physically prepared the

5    reports -- the exhibits, excuse me?  No, I would

6    say I went over the backup with the three people

7    that I mentioned.  But how that backup got

8    physically translated into the exhibits, which,

9    as I said I went over, specifically went over

10   with the three people that I mentioned, I'm not

11   sure.

12   BY MR. HANAUER:

13       Q.   Is there anything in your report that

14   is inaccurate?

15       A.   Not that I know of.

16       Q.   And when I say "your report," do you

17   understand that I'm referring to Exhibit DF-1?

18       A.   Yes, I understand that.

19       Q.   Is there anything in your report that

20   you need to correct?

21       A.   Not that I'm aware of.

22       Q.   Does your report contain a complete

23   statement of all the opinions you will express

24   in this case?

25       MR. FIGEL:  Objection.
```

48

1          THE WITNESS:  Well, certainly, the opinions

2    that I was aware of at the time of my report.

3    I'm not aware of any other opinions as of now

4    that I would express if asked.  But, obviously,

5    in cases of this complexity and magnitude,

6    things might come up.

7              I haven't, you know, reviewed the

8    testimony of Dr. ███  for example, or any other

9    expert, you know, so I don't know what I could

10   be asked, what additional work could be

11   performed.

12             But as of now, I don't have any

13   additional opinions to the ones that are

14   expressed in my report.

15   BY MR. HANAUER:

16        Q.   So, I take it, you will not be

17   offering -- as you sit here today, are you aware

18   of any opinions that you will offer in this case

19   that are not contained in your report?

20        MR. FIGEL:  Objection.

21        THE WITNESS:  As I sit here today, I am not

22   aware of any other opinions.  But, as I said, in

23   cases of this complexity and magnitude, it's my

24   experience that things tend to come up, you keep

25   working, you keep thinking of new things, you're

49

1    told about new things, you're aware of positions

2    that are being taken in the case.  So things

3    could come up.

4           But as of now, I'm not aware of any

5    additional opinions to the ones that are

6    contained in my report.

7    BY MR. HANAUER:

8        Q.   Have you been asked to prepare either a

9    supplemental report or an additional report in

10   this case?

11       MR. FIGEL:  Start by answering yes or no.

12       THE WITNESS:  No.

13   BY MR. HANAUER:

14       Q.   Does your report contain all of the

15   bases and reasons for the opinions you're

16   offering?

17       MR. FIGEL:  Objection.

18       THE WITNESS:  I would say yes, combined with

19   my experience and expertise.

20   BY MR. HANAUER:

21       Q.   Does appendix -- why don't we just look

22   at it.  Can you pull up Appendix B to your

23   report, please.

24           Does Appendix B to your report identify

25   all the facts and data you considered in forming

1   the opinions expressed in your report?

2       A.   That I relied on in my report, it

3   should.

4       Q.   Different question.  Not relied on.

5   Considered.

6       MR. FIGEL:  Objection.

7       THE WITNESS:  Well, "considered" is such a

8   broad term.  Anything that I came in contact

9   with.

10  BY MR. HANAUER:

11      Q.   "Considered" is the words from the

12  federal rules, so that's why I'm using that

13  word.

14      MR. FIGEL:  Objection.

15      THE WITNESS:  I would say considered in the

16  way that I used the material for purposes of my

17  report, I would say yes.  But it's not all the

18  material that I've ever seen in connection with

19  this case.  That's what I -- that's the

20  distinction that I would draw.

21  BY MR. HANAUER:

22      Q.   Just so the record is clear on this,

23  does Appendix B to your report identify all the

24  facts and data you considered in forming the

25  opinions expressed in your report?

51

1        MR. FIGEL:  Objection.

2        THE WITNESS:  Considered in the way that you

3    described, yes.

4    BY MR. HANAUER:

5        Q.   Does Appendix B list all of the

6    academic literature and textbooks you considered

7    in forming the opinions expressed in your

8    report?

9        A.   Yes, with the caveat that I mentioned

10    in my earlier answer, that I'm aware of other

11    articles that analyze the efficiency of

12    cryptocurrency markets, other than those cited

13    by Dr. █████ that I looked at in connection with

14    the preparation of my report.

15        Q.   And can you name any of those?

16        A.   Not from memory, as I said earlier.

17        Q.   Aside from those articles you just

18    mentioned, are there any facts or data that you

19    considered but did not rely upon for this

20    engagement?

21        MR. FIGEL:  Objection.

22        THE WITNESS:  Well, that's really the

23    distinction that I was drawing before.  I'm sure

24    I saw a lot of paper in this case that I'm not

25    relying on.  I don't know if that comes within

52

1   your definition of "considered."

2   BY MR. HANAUER:

3        Q.   Did the articles you just mentioned

4   that you said you reviewed but can't remember

5   the names of them, were any of them published in

6   peer-reviewed journals?

7        A.   I believe so, yes.

8        Q.   All of them?

9        A.   I don't know.

10       MR. HANAUER:  And, again, Counsel, I'll just

11   repeat my request on the record for disclosure

12   of those materials considered by Professor

13   Fischel.

14       MR. FIGEL:  We understand your request and we

15   will take it under advisement.

16   BY MR. HANAUER:

17       Q.   Apart from the information contained in

18   the documents either identified in your report

19   or in Appendix B to your report, did you

20   consider any other facts or data in forming the

21   opinions stated in your report?

22       MR. FIGEL:  Objection.

23       THE WITNESS:  I don't have anything to add to

24   what I've already said.  I don't recall anything

25   that I considered in connection with forming my

53

1    opinions, but I don't want to say that I didn't

2    see anything else in connection with my work in

3    this case.

4    BY MR. HANAUER:

5        Q.   Did you consider any of the SEC's

6    interrogatory responses?

7        A.   I think I -- didn't I cite some

8    interrogatory responses by the SEC in my report?

9    I think I did.  Maybe I'm confusing that with --

10       Q.   And I don't want to --

11       A.   Footnote was what I was thinking of.

12       Q.   Yeah.  And I don't want to trip you up,

13   Professor.  It looks like under Legal Documents

14   and Expert Reports, the only discovery response

15   you have listed is the SEC's Answers to the

16   First Set of Requests for Admission.

17       A.   Yeah, that's what --

18       MR. FIGEL:  Objection.

19       THE WITNESS:  That's what I was just thinking

20   of in footnote 33.

21   BY MR. HANAUER:

22       Q.   Okay.  So I'll repeat my question.

23           Did you consider any SEC interrogatory

24   responses?

25       MR. FIGEL:  Objection.

1          THE WITNESS:  Not in forming my opinions.  I

2     don't remember if I ever saw any.

3     BY MR. HANAUER:

4          Q.   Did you consider any request for

5     admission responses other than the SEC's

6     response to Defendant's First Set of Requests

7     for Admissions?

8          MR. FIGEL:  Objection.

9          THE WITNESS:  Same answer.  I don't recall

10    one way or the other.

11    BY MR. HANAUER:

12         Q.   Have you reviewed any deposition

13    transcripts in this case?

14         A.   I don't believe so.  I certainly plan

15    to look at Dr. ██████ deposition at some point,

16    but I haven't as of yet.

17         Q.   Have you read any other deposition

18    transcripts from this case?

19         A.   No.

20         Q.   You read the entirety of the amended

21    complaint in this case?

22         A.   Well, when you say "the entirety," if

23    you mean every word, probably not.

24         Q.   Are you offering the opinion that any

25    factual allegation in the complaint is untrue?

1      MR. FIGEL:  Objection.

2      THE WITNESS:  It's very hard to answer that

3  question.  I'm certainly not generally offering

4  opinions about factual testimony one way or the

5  other.  But what comes within your definition of

6  a "factual allegation," whether there is any

7  overlap between whatever your definition is and

8  the economic evidence and analysis that I

9  discussed in my report, I don't know.

10         So I think you'd have to be a little

11  bit more specific as to what you're including as

12  a factual allegation.

13  BY MR. HANAUER:

14      Q.   Do you have first-hand knowledge of any

15  fact alleged in the complaint?

16      A.   First-hand knowledge, no.

17      Q.   In forming your opinions in this case,

18  did you consider any of the statements Ripple

19  made on its website?

20      MR. FIGEL:  Objection.

21      THE WITNESS:  I don't believe so, no.

22  BY MR. HANAUER:

23      Q.   Did you consider any social media posts

24  by Ripple or its personnel?

25      MR. FIGEL:  Objection.

56

```
 1        THE WITNESS:  No.

 2   BY MR. HANAUER:

 3        Q.   Did you consider any Ripple promotional

 4   materials?

 5        MR. FIGEL:  Objection.

 6        THE WITNESS:  No.

 7   BY MR. HANAUER:

 8        Q.   Did you speak with any purchasers or

 9   holders of XRP?

10        A.   No, not to the best of my knowledge.

11        Q.   Did you review any documents to

12   determine any purchaser or holder, their intent

13   for obtaining XRP?

14        MR. FIGEL:  Objection.

15        THE WITNESS:  No.

16   BY MR. HANAUER:

17        Q.   Did you do anything to determine

18   whether any purchaser intended to sell their XRP

19   for a profit?

20        A.   No.

21        Q.   Did you do anything to determine

22   whether any particular purchaser or holder

23   intended to profit based on Ripple's efforts?

24        MR. FIGEL:  Objection.

25        THE WITNESS:  No.
```

57

1    BY MR. HANAUER:

2        Q.   Are you offering any opinion about the

3    intent or expectation of any XRP purchaser or

4    holder?

5        MR. FIGEL:  Objection.

6        THE WITNESS:  No.

7    BY MR. HANAUER:

8        Q.   So we've been going a little bit more

9    than an hour.  I just want to check with you how

10   you're doing on time and breaks.

11       A.   I'm fine either taking a break or not

12   taking a break, whatever your preference is or

13   other people's preference.

14       MR. FIGEL:  Why don't we take a break.

15           Before we go off the record, just a

16   couple things.  One, I assume we can have the

17   standard understanding that an objection by one

18   party constitutes an objection by all parties.

19       MR. HANAUER:  So stipulated.

20       MR. FIGEL:  And just since we are all dating

21   ourselves, I believe the Belzberg case was 35

22   years ago, not 25 years ago.

23       MR. HANAUER:  Let's go off the record.

24       THE VIDEOGRAPHER:  We are going off the

25   record.  The time is 10:24 a.m.

58

1              (Whereupon, a recess was had at

2              10:24 a.m., after which the

3              deposition was resumed at

4              10:44 a.m. as follows:)

5      THE VIDEOGRAPHER:  We are back on the record.

6  The time is 10:44 a.m.

7          You may proceed.

8  BY MR. HANAUER:

9      Q.   Professor Fischel, have you read

10  Ripple's well submission that it submitted in

11  this matter?

12     A.   No.

13     Q.   In preparing your report, did you

14  consider any academic research or digital assets

15  or cryptocurrencies?

16     A.   The articles on cryptocurrencies and

17  efficient markets that I mentioned.  I can't

18  think of anything else, but let me just check to

19  make sure.

20          No.  Other than that general category,

21  I would say no.

22     Q.   So with the exception of the two papers

23  cited on Appendix B to your report, the Joo

24  paper and the Feng paper, in preparing your

25  report did you consider any other academic

59

```
 1    literature relating to digital assets for

 2    cryptocurrencies?

 3         MR. FIGEL:  Objection.

 4         THE WITNESS:  I'm getting the -- the sequence

 5    of when I saw articles a little bit fuzzy in my

 6    mind.  I can't remember if Dr. █████ cited more

 7    than those two.  I think he did.  But I

 8    certainly looked at every article that he cited

 9    on cryptocurrencies and efficient markets.

10         And as I said, I have looked at other

11    articles besides those two, but I can't remember

12    before or after.  I know some after.  But I

13    can't remember if there were also some before

14    other than those two.

15         MR. FIGEL:  Excuse me, Mr. Hanauer, I'm not

16    sure if the -- I had an objection to the last

17    question.  I'm not sure if that was the "chk."

18         THE COURT REPORTER:  That was a check.  I

19    didn't hear.  Speak a little louder.

20         MR. FIGEL:  Okay.  Will do.

21    BY MR. HANAUER:

22         Q.  Are you disputing the conclusions of

23    any academic paper cited by Mr. █████

24         A.  Again, it's a pretty open-ended

25    question.  You'd have to show me which
```

60

1   conclusion or which paper you're referring to

2   before I could answer one way or the other.

3       Q.   Maybe we'll get to that in a little

4   bit.

5           Do any of the opinions in your report

6   rely on any assumptions?

7       MR. FIGEL:  Objection.

8       THE WITNESS:  Again, that's such a broad

9   open-ended question.

10          You know, the term "assumptions" is

11  pretty open-ended.  But I think in terms of any

12  of the opinions formally being based on any

13  particular assumptions, I think the answer to

14  that is no.

15  BY MR. HANAUER:

16      Q.   Did Ripple's -- did Ripple or its

17  attorneys ask you to make any assumptions in

18  this case?

19      MR. FIGEL:  Objection.

20          You can answer yes or no.  Don't reveal

21  any communications with Ripple's counsel.

22      THE WITNESS:  No.

23  BY MR. HANAUER:

24      Q.   Are you offering any opinions related

25  to the conduct of the individual defendants in

1     this case, Mr. Garlinghouse or Mr. Larsen?

2          MR. FIGEL:  Objection.

3          THE WITNESS:  I don't believe so, no.

4     BY MR. HANAUER:

5          Q.   Will you be offering any opinion

6     related to industry custom and practice?

7          A.   No.

8          Q.   Will you be offering an opinion related

9     to any of the defendants' affirmative defenses?

10         MR. FIGEL:  Objection.

11         THE WITNESS:  You have to tell me what they

12    are.

13    BY MR. HANAUER:

14         Q.   As you sit here today, can you think of

15    any opinion you're offering related to any of

16    the defendants' affirmative defenses?

17         A.   I don't know because I don't know what

18    the affirmative defenses are from memory.

19         Q.   Are you offering -- will you be

20    offering any opinion related to Ripple's fair

21    notice defense?

22         MR. FIGEL:  Objection.

23         THE WITNESS:  No.

24    BY MR. HANAUER:

25         Q.   Will you be offering an opinion related

62

1    to either of the individual defendants' scienter

2    defenses?

3         MR. FIGEL:  Objection.

4         THE WITNESS:  No.  I mean, obviously the

5    opinions I'm offering are the ones in my report.

6    So if there is any overlap between any of my

7    opinions in my report and any of your questions,

8    you know, obviously my -- I'm expected to

9    testify if asked about my report.

10             But in connection with all the

11   questions that you're asking me, I don't expect

12   to, at least as of now, offer any additional

13   opinions beyond what's in my report on those

14   subjects.

15   BY MR. HANAUER:

16        Q.   The opinions you offer in this case are

17   rebuttals to opinions offered by Dr. ████  in his

18   amended report dated October 6, 2021?

19        A.   Again, I'm not sure of the date.  But

20   they are rebuttal opinions to the opinions of

21   Dr. ████    That's correct.

22        Q.   And just so it's in the record, a copy

23   of Dr. ████  report, that's Exhibit DF-2?

24        A.   Yes, I see that.  I wasn't aware of it.

25   I see the date as well.

63

```
 1              (Whereupon, Deposition

 2              Exhibit DF-2 was marked for

 3              identification.)

 4    BY MR. HANAUER:

 5         Q.   Do your opinions in this case pertain

 6    solely to the opinions set forth in Dr. ███

 7    report?

 8         MR. FIGEL:  Objection.

 9         THE WITNESS:  It's really an ambiguous

10    question.  Some of the opinions are based on

11    economic theory or literature that's not based

12    on Dr. ███ more general.

13              But the opinions I'm offering in the

14    case are rebuttal opinions to the opinions of

15    Dr. ███

16    BY MR. HANAUER:

17         Q.   Are you offering any rebuttal opinions

18    to Dr. ███ rebuttal to Dr. Ferrell's report?

19         A.   Same answer as I gave a minute ago.

20    Not specifically, except to the extent that

21    something in my report can be characterized as

22    also relevant to a criticism of -- in responding

23    to a criticism of Dr. Ferrell's report --

24    Professor Ferrell's report.

25         Q.   Have you read Dr. ███ rebuttal
```

64

1     report?

2          A.   You mean this exhibit, whatever it is,

3     Exhibit 2?

4          Q.   No.  The rebuttal expert report that

5     Dr. ▇▇▇ has submitted in this case.

6          A.   I don't believe so, no.

7          Q.   Will you be offering opinions regarding

8     any of the SEC's experts other than Dr. ▇▇▇

9          MR. FIGEL:  Objection.

10         THE WITNESS:  Same answer.  Again, not

11    specifically as far as I know, other than to the

12    extent that the opinions in my report have some

13    relevance, if they do, to responding to claims

14    by other experts as well.

15    BY MR. HANAUER:

16         Q.   And if I refer to Dr. ▇▇▇ report, do

17    you understand that I'm referring to Exhibit

18    DF-2?

19         A.   That is what I understand, correct.

20         Q.   Have you reviewed any of the SEC's

21    expert reports in this case other than

22    Dr. ▇▇▇ report?

23         A.   No.

24         Q.   So I want to ask you some questions

25    about event studies.

65

```
 1              If you had been asked to conduct an
 2     event study that assessed the claim -- I'm
 3     sorry, let me start over.
 4              If you had been asked to conduct an
 5     event study that assessed claims of any link
 6     between Ripple announcements and XRP prices,
 7     would you have been able to do that?
 8        MR. FIGEL:  Objection.
 9        THE WITNESS:  It's very hard to answer that
10     question.  Would I be given a purpose for why
11     I'm doing it, the context of why I'm doing it?
12              I'm not sure I can answer the question
13     without an answer to those questions.
14     BY MR. HANAUER:
15        Q.   Well, Dr. █████ he did an event study
16     that looked at the impact of Ripple public
17     announcements and XRP prices, right?
18        MR. FIGEL:  Objection.
19        THE WITNESS:  Yes, he did that.
20     BY MR. HANAUER:
21        Q.   If you wanted to conduct a similar
22     event study, could you do that?
23        MR. FIGEL:  Objection.
24        THE WITNESS:  Again, it's hard to answer that
25     question because if you just mean the actual act
```

1    of conducting an event study, you can conduct an

2    event study of the relationship between any

3    event and any price.  It has nothing -- there's

4    nothing unique about cryptocurrencies.

5              The only issue is whether it's

6    appropriate to do it, what it shows you, what

7    you can infer from it.  And that's why context

8    is important.

9              If you asked me to conduct an event

10   study between announcements by Kellogg's and the

11   price of Corn Flakes, you can do that.

12             In other words, an event study is just

13   a statistical technique to analyze the

14   relationship between what occurs on particular

15   days or events on particular days and price

16   movements.

17             It might not be valid for any purpose,

18   it might not tell you anything, but you could

19   physically conduct that statistical analysis for

20   anything.

21             But that's not really meaningful

22   outside the issue of for what purpose, whether

23   it's appropriate, and what it tells you.  And,

24   again, that's one of the really fundamental

25   flaws, in my opinion, in Dr. ███ report and

67

1    why his methodology is so defective.

2    BY MR. HANAUER:

3        Q.   Would you be able to conduct an event

4    study that validly or accurately determined a

5    link between Ripple public announcements and XRP

6    prices?

7        MR. FIGEL:  Objection.

8        THE WITNESS:  You know, again, it depends for

9    what purpose and it depends by what you mean by

10   "validly."

11            In other words, there are a series of

12   academic studies that have attempted to use

13   event studies to analyze whether cryptocurrencies

14   trade in an efficient market.  If that's the

15   question that's being analyzed, then, yes, I

16   could -- if I were interested in analyzing that

17   question independently from the academic studies

18   that have analyzed that question, I could an --

19   I could do that, in the same way that academic

20   studies have already done that.

21            That's -- excuse me.  That's why the

22   purpose of conducting an event study has to be

23   considered anytime you're asking the question of

24   what you can validly do or not do.

25

68

1    BY MR. HANAUER:

2         Q.   So I think you said you could conduct

3    an event study to determine the efficiency of

4    the market for XRP?

5         MR. FIGEL:  Objection.

6         THE WITNESS:  That's right.

7    BY MR. HANAUER:

8         Q.   Could you conduct an event study for

9    another purpose such as accurately determining

10   the impact of public announcements on XRP

11   prices?

12        MR. FIGEL:  Objection.

13        THE WITNESS:  Well, that gets a lot more

14   complicated because one of the findings in the

15   academic literature is -- one of the purposes of

16   determining whether it's possible to draw

17   meaningful conclusions about the relationships

18   between events and prices is the existence of an

19   efficient market because the definition of a

20   semi-strong efficient market is prices that

21   reflect publicly-available information quickly

22   and without bias.

23            And in the absence of a finding of an

24   efficient market, you don't have a -- those

25   criteria are not satisfied or may not be

69

1    satisfied or one or both may not be satisfied.

2         And that immediately is something that

3    has to be taken into account at the very least

4    and may call into question any conclusions that

5    are drawn in the absence of an efficient market.

6         But, again, you need to provide a

7    little more context and definition to answer

8    beyond that general answer.

9    BY MR. HANAUER:

10        Q.   Did you conduct an event study in this

11   case?

12        A.   No, other than -- not independently,

13   other than reviewing the academic literature and

14   reviewing the work by Dr. ████.

15        Q.   Did anyone at Compass conduct an event

16   study related to this case?

17        A.   Not to the best of my knowledge.

18        Q.   Are you offering an opinion in this

19   case on the informational efficiency of the XRP

20   market?

21        MR. FIGEL:  Objection.

22        THE WITNESS:  Well, I think Dr. ████ for all

23   practical purposes, concedes that the XRP market

24   is not informationally efficient.

25        And apart from that, a number of the

1    academic studies concede the same thing.  In

2    fact, the Joo article that he cites, if I

3    remember correctly, concludes that the XRP

4    market is one of the least efficient

5    cryptocurrency market, although he doesn't cite

6    that.

7    BY MR. HANAUER:

8        Q.   What article is that?

9        A.   The Joo article that he cites.

10       Q.   J-O-O?

11       A.   J-O-N, I think it is.  Or maybe I'm

12   getting the name wrong.

13            Yeah, I'm sorry, J-O-O, you're right.

14       Q.   Did you do any independent analysis to

15   test the efficiency of the XRP market?

16       A.   No, other than what I just described of

17   reviewing the academic literature and looking at

18   the findings of Dr. █████

19       Q.   Did anyone at Compass do any

20   independent analysis to test the efficiency of

21   the XRP market?

22       A.   Not to the best of my knowledge.

23       Q.   As an expert witness, have you ever

24   performed an event study where you tried to

25   assess whether there was a link between a news

1     event and a price reaction, and you concluded

2     that there was no such link based on the

3     observation of abnormal reactions in price on

4     days with no news events?

5          MR. FIGEL:  Objection.

6          THE WITNESS:  You know, I've conducted a lot

7     of event studies in a lot of different contexts.

8     You know, I just don't know.  I don't recall one

9     way or the other whether that situation has ever

10    occurred.

11    BY MR. HANAUER:

12         Q.   Can you name any case, as you sit here

13    today, where you applied such an analysis?

14         MR. FIGEL:  Objection.

15         THE WITNESS:  Well, it's reached a particular

16    conclusion if I understood your -- based on an

17    assumed set of facts, if I understood your

18    question correctly.

19              I can't name any event study in the

20    hundreds or thousands that I've done where --

21    because there's so many different permutations

22    in so many event studies over so many years.  I

23    just can't tell you one way or the other.

24    BY MR. HANAUER:

25         Q.   So I want to ask you about the Joo

72

1    article, Announcement of Facts in the

2    Cryptocurrency Markets.

3         A.   Okay.

4         Q.   You read that article in connection

5    with your report?

6         A.   Yes, that's correct.

7         Q.   Do you dispute any of the findings in

8    the Joo article?

9         A.   Well, again, you have to show me the

10   article and show me which finding you're

11   referring to.

12        Q.   As you sit here today, can you name any

13   findings that you're able to dispute?

14        MR. FIGEL:  Objection.

15        THE WITNESS:  As I sit here, I don't remember

16   all the findings, so I don't know if there's any

17   that I disagree with without looking at the

18   findings themselves.

19   BY MR. HANAUER:

20        Q.   Are you aware of any scholarly article

21   disputing any findings from the Joo article?

22        MR. FIGEL:  Objection.

23        THE WITNESS:  I'd have to look.

24   BY MR. HANAUER:

25        Q.   As you sit here today?

73

```
 1        A.   I don't have the articles in front of

 2   me.  As I sit here today, I just don't know one

 3   way or the other.

 4        Q.   Do you have any critiques of the design

 5   of the event studies described in the Joo

 6   article?

 7        MR. FIGEL:  Objection.

 8        THE WITNESS:  Again, I don't have the article

 9   in front of me so I don't know.

10                   (Whereupon, Deposition

11                    Exhibit DF-3 was marked for

12                    identification.)

13   BY MR. HANAUER:

14        Q.   Is Exhibit DF-3 a copy of the Joo

15   article we've just been discussing?

16        A.   It is.

17             What do you want me to look at?

18        Q.   Well, I asked you some questions and

19   you said you'd need to have the report in front

20   of you so --

21        A.   I thought you asked me some questions

22   about particular aspects of the Joo article.

23        Q.   Okay.  Do you have any critique of the

24   author's design of the event studies described?

25        A.   You know, I haven't studied the design
```

74

1    of the empirical test in any detail.  But just

2    looking over the article, I don't have any

3    particular specific criticisms.

4        Q.   Did you -- in preparing your report,

5    did you consider the Feng article, Informed

6    Trading in the Bitcoin Market?

7        A.   I think I considered it and discussed

8    it in -- I think it was a footnote in my report

9    if I remember correctly.

10        Q.   Are you offering an opinion that

11    disputes any of the findings in that paper?

12        MR. FIGEL:  Objection.

13        THE WITNESS:  The same answer that I just

14    gave about this.

15        First of all -- this Joo article, first

16    of all, I don't have the article in front of me.

17        Secondly, even if I do have the article

18    in front of me, I'm not really trying to

19    duplicate the results and the kinds of things

20    you would really need to do to be able to know

21    if I had any disagreement with any of the

22    findings or the structure of the empirical

23    tests.

24        I did think the particular finding that

25    I put in the footnote of my report was

75

1    significant and, again, very similar to the

2    finding in the Joo report.

3    BY MR. HANAUER:

4        Q.   And what finding is that?

5        A.   The finding of inefficiencies in the

6    market creating arbitrage opportunities because

7    of the deviations from market efficiency that

8    exists in other contexts.

9        Q.   Did you review the design of the event

10   study in the Feng article?

11       MR. FIGEL:  Objection.

12       THE WITNESS:  You know, as I would say -- I

13   would say the same thing as I said about the Joo

14   article.  Not in any detail.

15           I certainly reviewed the article and

16   the findings and the conclusions.  If there was

17   anything specific, you'd have to show me the

18   article.

19           But, as I said, even if you showed it

20   to me, I couldn't say definitively because that

21   wasn't really my intention in reviewing the

22   articles and I didn't try and duplicate the

23   results to see if I got the same answers as the

24   authors themselves got.

25

76

```
 1    BY MR. HANAUER:

 2        Q.   Did you try and duplicate the results

 3    of either the Gerritsen article or the Schaub

 4    article cited in Mr. ▮▮▮▮ report?

 5        A.   No.

 6        Q.   So the Gerritsen report, Can Bitcoin

 7    Investors Profit From Predictions by Crypto

 8    Experts, you did not cite that report in

 9    Appendix B to your own report, you did not cite

10    that paper.

11            Did you consider the Gerritsen paper in

12    preparing your report in this case?

13        MR. FIGEL:  Objection.

14        THE WITNESS:  Yes, I looked at all the

15    reports cited by Dr. ▮▮▮▮

16    BY MR. HANAUER:

17        Q.   Before you signed your report?

18        A.   That's what I'm just a little bit

19    confused about in terms of timing.  I'm not sure

20    if it was before or after.

21        Q.   And as you sit here today, are you

22    offering any opinion disputing any of the

23    findings in the Gerritsen article?

24        MR. FIGEL:  Objection.

25        THE WITNESS:  The exact same answers that I
```

77

```
1    gave about the other two articles.

2         I don't have the article in front of

3    me, so I don't know which finding you're

4    referring to.  But even if I did have the

5    article in front of me, I would give the same

6    answer, that I didn't really read the article

7    with the intention of trying to duplicate the

8    results to see if I agreed with everything that

9    was done and the results that were reported in

10   the article.

11        I was trying to survey the academic

12   literature to see what it revealed about certain

13   issues that were discussed in Dr. █████ report.

14   BY MR. HANAUER:

15        Q.   Would your answer be the same for the

16   Mark Schaub article cited by Dr. ████

17        A.   Yes --

18        MR. FIGEL:  Objection.

19        THE WITNESS:  Yes, it would.

20   BY MR. HANAUER:

21        Q.   For Dr. █████ report, did you read the

22   entirety of it?

23        A.   Yes.

24        Q.   Are you offering any opinion whether

25   Dr. ████ is qualified to offer the opinions
```

78

1   expressed in his report?

2        A.   No, I'm not.  I'm not offering any

3   opinion on whether he is or he isn't.

4        Q.   Do you have any reason to dispute his

5   qualifications?

6        A.   No, I don't.

7        Q.   Did you review Dr. ████ work for

8   errors?

9        MR. FIGEL:  Objection.

10       THE WITNESS:  I'm not sure what you mean by

11  "errors."  Like computational errors or -- what

12  kind of errors are you talking about?

13  BY MR. HANAUER:

14       Q.   Did you review his report for

15  computational errors?

16       A.   No.

17       Q.   Did anyone at Compass review Dr. ████

18  work to see if there were computational errors?

19       A.   I don't believe so, no.

20       Q.   Did you review the data Dr. ████ used

21  to conduct his event study?

22       MR. FIGEL:  Objection.

23       THE WITNESS:  I mean, I reviewed the report

24  so I saw the data that Dr. ████ used in his

25  report.  That's what I would say.

79

```
 1    BY MR. HANAUER:

 2        Q.   Did you review the backup data from

 3    Dr. ███████ report that the SEC produced to

 4    Ripple?

 5        A.   Yes.  I mean, as I said before, that's

 6    where my Exhibits 1 and 2 came from, his backup

 7    data.

 8        Q.   And did you review that data?

 9        A.   Well, again, I'm not sure what you mean

10    by "review that data."  I reviewed the data in

11    his backup in order to create Exhibits 1 and 2.

12        Q.   Did you or anyone at Compass find any

13    errors in Dr. ███████ data?

14        MR. FIGEL:  Objection.

15        THE WITNESS:  We didn't really look for

16    errors.  I don't know if anybody saw anything

17    that they thought was an error, if you mean like

18    a mechanical error or computational error.

19    BY MR. HANAUER:

20        Q.   Did you or anyone working at your

21    direction attempt to replicate Dr. ███████

22    calculations?

23        A.   No, as far as I know.

24        Q.   And I believe that you testified that

25    neither you nor anyone at Compass conducted an
```

1    event study related to XRP?

2        A.   I said that's certainly true of me.

3    And to the best of my knowledge, it's true of

4    others as well.

5        Q.   Why didn't you or anyone at Compass try

6    and conduct an event study, excuse me, related

7    to XRP?

8        A.   Because I thought the use of event

9    studies by Dr. ███ in his opinion was

10   methodologically flawed for a number of

11   different reasons in ways that could not be

12   corrected by performing another event study.

13       Q.   Did you or anyone at Compass conduct an

14   event study related to any other digital assets?

15       MR. FIGEL:  Objection.

16       THE WITNESS:  No, to the best of my

17   knowledge.

18   BY MR. HANAUER:

19       Q.   Did you conduct any study to test the

20   efficiency of the XRP market?

21       A.   I think I've answered that already.

22       I think Dr. ███ I think in his

23   report, concedes that the XRP market is not

24   efficient.  And apart from that, there is a

25   series of academic articles that conclude the

81

1   same thing.

2       Q.   Did you attempt to apply the Cammer

3   factors to XRP?

4       A.   I actually thought about that and I

5   thought about the Cammer factors.  And, again,

6   it was obvious that XRP would not meet the

7   Cammer factors -- would not meet the

8   requirements for the finding of an efficient

9   market listed in the Cammer factors.

10      Q.   Did you -- is there any written work or

11  analysis applying the Cammer factors to XRP?

12      MR. FIGEL:  Objection.

13      THE WITNESS:  I actually don't know the

14  answer to that because I specifically raised

15  that issue with people that I was working with,

16  and I didn't really follow up on it because the

17  answer is obvious.

18           But I don't know whether the people I

19  was working with actually implemented that

20  request in a -- or that idea in a formal way by

21  creating written work product.  I just don't

22  know.

23  BY MR. HANAUER:

24      Q.   Have you reviewed any event studies

25  related to XRP other than Dr. Metz's?

 1      A.   And other than what's in the academic

 2  articles, no.

 3      Q.   Okay.  So what academic articles

 4  performing an event study related to XRP have

 5  you reviewed?

 6      MR. FIGEL:  Objection.

 7      THE WITNESS:  Whatever articles that I

 8  reviewed discuss the efficiency of the market in

 9  XRPs by looking, you know, for example, at the

10  speed of price adjustment, the existence of

11  serial correlation, the existence of arbitrage

12  opportunities.  That's what I would say.

13  BY MR. HANAUER:

14      Q.   And I'm just looking for which articles

15  actually discuss that for XRP.

16           So that's in the Joo article, right?

17      A.   Yes, I think that's in a number of the

18  articles.  But, again, I can't recite that from

19  memory without looking at all the articles.

20      Q.   You can't name an article other than

21  the Joo article that performed an event study

22  related to XRP?

23      MR. FIGEL:  Objection.

24      THE WITNESS:  I can't name them from memory

25  without having the articles in front of me,

83

1    correct.

2    BY MR. HANAUER:

3        Q.   Are you offering an opinion in this

4    case regarding Dr. ███████ conclusions about the

5    link between XRP prices and the prices of other

6    digital assets?

7        MR. FIGEL:  Objection.

8        THE WITNESS:  I would say I didn't -- I

9    certainly saw Dr. ███████ discussion of that

10   issue in numerous places, but I did not conduct

11   any separate analysis of that one way or the

12   other.

13   BY MR. HANAUER:

14       Q.   Are you offering the opinion whether or

15   not Ripple's actions or public announcements

16   cause XRP price movements?

17       A.   Well, first of all, you're using the

18   word "cause."  That has a particular meaning in

19   event study analysis.

20            You know, what an event study can show

21   is correlation.  I think that's what even -- if

22   I -- I don't remember exactly Dr. ███████

23   phraseology, but that's the right statistical

24   answer to what an event study shows.  And then

25   by interpretation you might be able to reach a

84

1    conclusion about the causation.

2           So I don't really think Dr. ███ shows

3    that or even claims that.  But I wouldn't rule

4    out that certain events -- certain announcements

5    by XRP resulted in price changes in the sense

6    that, in the absence of those announcements, the

7    exact same price changes would not have

8    occurred.

9       Q.   And when you say announcements by XRP,

10   do you mean --

11      A.   I'm sorry.

12      Q.   -- announcements by Ripple?

13      A.   I meant announcements by Ripple.  Thank

14   you.

15      Q.   So using the correlation language that

16   you just referenced, are you opining in this

17   case whether or not there's a correlation

18   between Ripple's actions or public announcements

19   and XRP price movements?

20      A.   Again, it's very hard to answer that

21   question at the level of generality of your

22   question.

23           I think Dr. ███ study is

24   fundamentally flawed in a variety of different

25   ways, but I still would not rule out the

85

1    possibility that there were times when

2    announcements by Ripple were correlated at some

3    point in time with price movements by XRP.

4           I think that's a fair interpretation of

5    the data.

6      Q.   And did you perform any work or

7    analysis to determine if there was a correlation

8    between Ripple's actions or public announcements

9    and XRP price movements?

10     MR. FIGEL:  Objection.

11     THE WITNESS:  You know, I guess I would say

12   some in the sense that as a result of background

13   and experience, if you pick certain events that

14   you can anticipate would have a big price

15   effects or see the price effects first and then

16   look backwards towards the events, I believe you

17   could imagine -- not just imagine, conclude that

18   there was a correlation between certain

19   announcements and certain price movements.

20           But, again, that might be true for my

21   Kellogg's and Corn Flakes example.  Or maybe a

22   more relevant example would be De Beers

23   announcements.

24           In other words, for any price movement

25   that's related to a product, if you look over a

86

1    multi-year period, you can find announcements

2    that are likely going to be correlated with

3    price movements.  And that's really all that

4    Dr. ███ did.

5    BY MR. HANAUER:

6        Q.   And I don't want to talk about the

7    theoretical.  I just want to talk about like

8    what you actually did.

9            And did you perform any analysis to

10   actually determine if there is a statistically

11   significant association between Ripple's actions

12   or public announcements and XRP's price

13   movements?

14       MR. FIGEL:  Objection.

15       THE WITNESS:  I will say not in a formal

16   statistical sense.  I think we looked at some of

17   the biggest price movements and the events that

18   occurred around those price movements or the

19   announcements that occurred around those price

20   movements.

21           And as I said, I think it would be fair

22   to conclude that there was a correlation between

23   the biggest price movements and certain

24   announcements, even to the point of going beyond

25   what an event study can tell you itself and

87

1    conclude for certain isolated price movements.

2    Those were at a minimum correlated, possibly

3    even caused by those announcements, but, again,

4    in ways that you can find throughout the

5    different -- all the myriad of different

6    relationships between products and price

7    movements.

8    BY MR. HANAUER:

9        Q.    How many Ripple announcements did you

10   find were correlated with statistically

11   significant XRP price movements?

12       MR. FIGEL:  Objection.

13       THE WITNESS:  Well, I didn't quite say that.

14           What I said was, what we did do was

15   look at some of the biggest price movements that

16   Dr. ███  found and then looked at certain

17   announcements that occurred around the time of

18   those price movements and concluded that, you

19   know, just based on a fair interpretation of the

20   data that there would -- there would likely be a

21   correlation between the announcements and the

22   price movements, and possibly even a stronger

23   relationship for that handful of announcements

24   and that handful of price movements.

25

88

1    BY MR. HANAUER:

2        Q.    And how many such announcements did you

3    find?

4        A.    I don't remember the exact number.   But

5    I think we tried to find the biggest price

6    movements.   I'm not sure how we -- exactly how

7    we defined the biggest price movements but --

8    what the cutoff was, but some relatively small

9    number just really to illustrate that if you

10   start with 500 announcements over a seven-year

11   period or whatever it was, you can find a

12   handful that there are big price movements where

13   there is a relationship with -- that there

14   appears to be a relationship with a handful of

15   really big price movements and particular

16   announcements.

17       Q.    Do you agree that Dr. ███████ procedures

18   flagged days with large positive price

19   reactions?

20       MR. FIGEL:   Objection.

21       THE WITNESS:   I'm not sure what you mean by

22   "flagged days."   You can look at price reactions

23   on every single day if you have the data to do

24   it.   And then you can create a model to tell you

25   what a large price movement -- to define what a

89

1    large price movement is.

2        So I don't know if that's what you mean

3    by flagging days.  But, you know, that's

4    certainly what you can do with a series of price

5    movements.

6    BY MR. HANAUER:

7        Q.   Did Dr. ███ miss any days with large

8    positive price reactions?

9        MR. FIGEL:  Objection.

10       THE WITNESS:  I don't know because I didn't

11   attempt to replicate his study.

12   BY MR. HANAUER:

13       Q.   Do you dispute Dr. ███ conclusion

14   that he finds statistically significant evidence

15   that XRP prices react to news about Ripple's

16   actions?

17       A.   That's a hard question to answer.

18   Because I -- I find that the study is so

19   methodologically flawed for numerous reasons.

20       But notwithstanding those

21   methodological flaws, I do not disagree for the

22   reasons that I just said, that you could

23   identify certain large price movements that are

24   associated with -- in terms of correlation,

25   possibly even causation, with certain

90

```
 1    announcements by Ripple.  But I don't believe
 2    that supports any of the conclusions that -- or
 3    any of the opinions that Dr. ███ reached
 4    because his analysis is so methodologically
 5    flawed.
 6         Q.   So you discuss confounding news in your
 7    report?
 8         A.   Among other things, that's right.
 9         Q.   Did you do any analysis to determine
10    whether Dr. ███ results were actually
11    confounded by confounding information?
12         MR. FIGEL:  Objection.
13         THE WITNESS:  You mean other than what I said
14    in the report?  I'm not sure I understand the
15    question.
16    BY MR. HANAUER:
17         Q.   Well, your report identifies various
18    events that you claim could be confounding news,
19    right?
20         A.   Or were confounded, correct.
21         Q.   Did you do any testing or analysis to
22    determine the effect on XRP's price of the
23    announcements you claim to be confounding news?
24         MR. FIGEL:  Objection.
25         THE WITNESS:  Well, sometimes I think there
```

91

1     is some qualitative things that you can say, as

2     I did in the report, and as Dr. ████ himself

3     said in his report in terms of certain

4     concessions that he made.

5          But a lot of times you can't

6     disentangle confounding information.  And when

7     that happens -- this is a very well-known

8     problem in event studies -- you can't draw --

9     you can't reach conclusions about the -- in this

10    case I'll use the word "cause" -- causes of the

11    price movement.

12         You know, so for an example, in more

13    conventional event studies, it's frequently the

14    case that on a particular day you have two

15    events that occur, let's say, at the same time

16    and you don't have a basis for distinguishing

17    which one was responsible for the price

18    movement.

19         So in that situation, when that occurs,

20    it would be a mistake to conclude that one of

21    the two confounding events was responsible for a

22    price movement if you can't distinguish between

23    them.

24         And there is a similar problem that

25    exists with the confounding events in Dr. ████

92

1    event study, although with respect to certain of

2    the events you can go beyond that and make

3    qualitative statements, as Dr. ██ himself does

4    in his report.

5    BY MR. HANAUER:

6        Q.   Did you make any attempt to, in your

7    words, disentangle the announcements you

8    identified as confounding?

9        MR. FIGEL:  Objection.

10       THE WITNESS:  Some qualitative effort, yes.

11   But a lot of times you can't disentangle, that's

12   the whole point, and that's one of the

13   criticisms of the inferences that Dr. ██ draws

14   to the extent that his event study is meant to

15   demonstrate a relationship between Ripple's

16   actions that reflect Ripple's, I'll use the

17   word, "entrepreneurial efforts" and other causes

18   of particular price movements.

19   BY MR. HANAUER:

20       Q.   Did you look at intraday price

21   movements to see the effect of multiple

22   announcements on the same day?

23       MR. FIGEL:  Objection.

24       THE WITNESS:  That's not really the big

25   problem with confounding information in

93

1    Dr. ████ event study.

2             But as I said, a lot of times you can't

3    disentangle and that causes you to not be able

4    to reach conclusions about the causes of price

5    movements.  But I certainly did make some

6    qualitative assessments, as Dr. ████ does

7    himself.

8             In other words, there is a basic

9    distinction between creating information and

10   reporting information.  If you take an example

11   outside of event studies and, for example, a

12   newscaster, a newscaster can report an event

13   which has a big effect -- it could even have a

14   big effect on prices -- but the newscaster is

15   reporting an event that the newscaster didn't

16   have anything to do with or the newscaster is

17   just reporting an event that is the product of

18   actions by others.

19            But if you looked at the price reaction

20   to what the newscaster said, sometimes markets

21   can move based on what the newscaster said, even

22   though the newscaster had nothing to do with

23   creating the event.

24            And so if you drew the inference that

25   it was the newscaster's efforts that created the

1    price movement, you would be making a

2    fundamental mistake because you would be

3    ignoring the difference between creating

4    information and reporting information.

5           And so in the case of cryptocurrencies,

6    for example, in XRP and Dr. ████ report, when

7    he uses things like decisions by other platforms

8    to allow XRP to be traded on a different

9    platform and calls that a significant event by

10   XRP, an XRP announcement that results in a

11   significant price movement, forgetting any other

12   problems with that analysis, in many ways that's

13   like the newscaster example.  That's ignoring

14   the distinction between creating information and

15   reporting information.

16          And there are a number of other

17   illustrations like that in Dr. ████ list of, I

18   guess what he calls, "event days" that have

19   significant price reactions.  And that's really

20   what I discuss in my report.  And actually it's

21   Dr. ████ himself acknowledges in his report

22   because he has one footnote -- I don't remember

23   exactly what the subject was -- and I'm sure I

24   could find it -- where he reports significant

25   results and I think he has a footnote saying

1    it's not clear whether Ripple had anything to do

2    with the underlying events which caused the

3    price movement, even though the announcement was

4    made by Ripple but the announcement was

5    announcing something that was done by others.

6            If you are trying -- if what you are

7    trying to test for is whether entrepreneurial

8    efforts by Ripple are correlated with price

9    movements, then you can't ignore the distinction

10   between creating information and reporting

11   information.  And that's a basic confounding

12   problem that really permeates all of Dr. ███████

13   analysis, one of many really fundamental

14   methodological flaws.

15   BY MR. HANAUER:

16       Q.   Did you look at any intraday price data

17   on this assignment?

18       MR. FIGEL:  Objection.

19       THE WITNESS:  I think I said no because

20   that's not the principal reason why I'm -- at

21   least this particular methodological flaw in

22   Dr. █████ study occurred.

23   BY MR. HANAUER:

24       Q.   And you said you made a variety of

25   qualitative assessments about the effect of

96

1    confounding announcements.  Did you perform any

2    quantitative assessments about the effect of

3    confounding announcements?

4         MR. FIGEL:  Objection.

5         THE WITNESS:  No.  But, again, as I said, one

6    of the problems with confounding announcements

7    is frequently they can't be disentangled and

8    that occurs all the time in standard event study

9    analysis.  And when that occurs, it has to be

10   recognized as a limitation of what you can infer

11   from the data.  And that's exactly what Dr. █████

12   did not do.  That's another, as I said, basic

13   methodological flaw.

14   BY MR. HANAUER:

15        Q.   Are you offering any opinions about the

16   appropriateness of how Dr. █████ decided to

17   categorize the various types of Ripple news

18   discussed in his report?

19        MR. FIGEL:  Objection.

20        THE WITNESS:  I think to some extent, yes.

21   It's totally subjective.  He picked certain days

22   to analyze, ignores the vast majority of days.

23   He also analyzes public events but not negative

24   events.

25             I'm not aware of any event study in any

97

1    academic journal that describes as proper

2    methodology only analyzing the price reaction to

3    positive events as opposed to negative events or

4    positive price reactions as opposed to negative

5    price reactions.

6            I'm not saying that none exists.  But

7    it seems so fundamentally inconsistent with

8    basic statistical analysis and basic event study

9    methodology.  I'm just not aware of any support

10   in peer-reviewed journals or anywhere else for

11   that kind of approach.

12   BY MR. HANAUER:

13       Q.   Did Ripple make any public

14   announcements that categorized XRP in a negative

15   light?

16       MR. FIGEL:  Objection.

17       THE WITNESS:  I don't know whether they did

18   or they didn't.  But it's not only how Ripple

19   characterized the event; it's what the price

20   reaction is to the event.

21           And typically event studies analyzing

22   the relationship between events and price

23   movements don't limit themselves to positive

24   price movements.  As I said, that's a departure

25   from any recognized event study methodology that

98

1    I've ever seen --

2    BY MR. HANAUER:

3        Q.   Are you --

4        A.    -- in any peer-reviewed journals that

5    I'm familiar with.

6        Q.   Are you offering any opinions regarding

7    the appropriateness of Dr. ██████ index modeling

8    in this case?

9        MR. FIGEL:  Objection.

10       THE WITNESS:  You know, that's -- he's got

11   all those 20 different regressions.  I haven't

12   really thought about whether there were any that

13   could have been added or subtracted.  So I guess

14   no, I don't have any specific criticisms of that

15   one issue.

16   BY MR. HANAUER:

17       Q.   Can you please look at your report,

18   paragraph 14.

19       A.   Okay, I have it.

20       Q.   And do you see you say [as read]:

21   Based on my review of the economic evidence?

22       A.   Yes, I see that.

23       Q.   What do you mean by "economic

24   evidence"?  What are you referring to?

25       A.   The things that are referred to

99

1    immediately after.

2        Q.   Well, what's immediately after are your

3    conclusions, right?

4        A.   About economic evidence.

5        Q.   So when you say "economic evidence," is

6    that the -- mean the same thing as the facts and

7    data you reviewed?

8        MR. FIGEL:  Objection.

9        THE WITNESS:  Well, I mean, if you look at

10   the sentence, it says [as read]:  Based on my

11   review of the economic evidence, I have

12   concluded that Dr. ███████ analysis is

13   fundamentally flawed for multiple reasons and

14   provides no support for the SEC's claim that XRP

15   is a security.

16            And then it lists the areas that I gave

17   as reasons based on economic evidence that

18   Dr. ███████ analysis, in my opinion, is

19   fundamentally flawed.

20   BY MR. HANAUER:

21       Q.   And the four romanettes in paragraph

22   14, those are the four general critiques you

23   have about Dr. ██████ opinions?

24       A.   Yes, that's right.

25       Q.   And beyond the reasons cited in

```
 1    paragraph 14, are you offering any other reasons

 2    why you believe Dr. ████████ analysis is

 3    fundamentally flawed?

 4         MR. FIGEL:  Objection.

 5         THE WITNESS:  Well, you know, I think the

 6    report speaks for itself.  It's organized I

 7    think consistently with these four areas.  So

 8    that's what I would say.

 9    BY MR. HANAUER:

10         Q.   I guess, though, is there an area

11    beyond the four identified in paragraph 14 that

12    you think makes Dr. ████████ analysis

13    fundamentally flawed?

14         MR. FIGEL:  Objection.

15         THE WITNESS:  Really just what's contained in

16    my report.

17    BY MR. HANAUER:

18         Q.   Can you look at paragraph 16, please.

19         A.   Sixteen.  Okay.

20         Q.   And referring to the first paragraph --

21    or the first sentence of paragraph 16, is there

22    an accepted economics definition of security --

23    of a security?

24         A.   I don't know if I would call it an

25    accepted economic definition.  But what's stated
```

1    in the first sentence of paragraph 16 is a

2    general statement about the economic meaning of

3    a security.

4        Q.   Is there an accepted economics

5    definition of an investment contract?

6        A.   Again, I'm not sure whether something

7    is understood as an accepted definition.  But at

8    least my understanding of the common economic

9    meaning of an investment contract is an

10   investment, the success of which varies based on

11   the success or lack of success or -- of whatever

12   the firm or venture that the economic actor is

13   investing in.

14       Q.   In this lawsuit does the court decide

15   whether Ripple's XRP distributions violated the

16   federal securities laws using the economics

17   definition of investment contract or the

18   definition of investment contract as commonly

19   used under the federal securities laws?

20       MR. FIGEL:  Objection.

21       THE WITNESS:  I don't have an opinion on what

22   the court should rely on.  That's obviously up

23   to the court.

24   BY MR. HANAUER:

25       Q.   Are you offering the opinion that in

102

1    order for an investment product to be considered

2    a security under the federal securities laws the

3    holder of that investment product must have a

4    claim on the cash flows or some other asset of

5    the investment products issuer?

6         MR. FIGEL:  Objection.

7         THE WITNESS:  That's a legal opinion.  I'm

8    not offering any legal opinions.

9    BY MR. HANAUER:

10        Q.   So you cite the Supreme Court's

11   decision in SEC versus W.J. Howey Company?

12        A.   That's right.

13        Q.   And you refer to the Howey test?

14        A.   Correct.

15        Q.   And that's in paragraph seven of your

16   report?

17        A.   That's right.

18        Q.   Does Dr. ███ offer the opinion that

19   XRP is a security under the Howey test?

20        MR. FIGEL:  Objection.

21        THE WITNESS:  Well, you'd have to ask him.  I

22   didn't see that particular opinion phrased that

23   way in his report.

24   BY MR. HANAUER:

25        Q.   Does Dr. ███ report offer an opinion

103

1   whether any aspect of the Howey test is

2   satisfied?

3       MR. FIGEL:  Objection.

4       THE WITNESS:  If you mean does he literally

5   offer an opinion that says this element is

6   satisfied or not satisfied, again, you'd have to

7   ask him.  But not that I recall.

8   BY MR. HANAUER:

9       Q.    Does Dr. ███████ opine whether any XRP

10  transactions constitute the offer of sale of

11  securities?

12      MR. FIGEL:  Objection.

13      THE WITNESS:  Same answer.

14  BY MR. HANAUER:

15      Q.    And are you offering an opinion on

16  whether any of Ripple's XRP transactions

17  satisfied the Howey test?

18      A.    Again, that's a legal opinion.  So, no,

19  I'm not; I'm not offering any legal opinions.

20      Q.    Did you consider yourself an expert on

21  how courts have applied the Supreme Court's

22  Howey decision?

23      MR. FIGEL:  Objection.

24      THE WITNESS:  That's another legal opinion.

25  And I'm not offering any legal opinions.

104

1    BY MR. HANAUER:

2        Q.   Did you have -- have courts provided

3    more recent guidance since Howey on how to

4    determine if transactions involve the offer or

5    sales of securities?

6        MR. FIGEL:  Objection.

7        THE WITNESS:  That's another legal opinion.

8    I'm not offering any legal opinions.

9    BY MR. HANAUER:

10       Q.   Did you review any such decisions in

11   preparing your report?

12       A.   No.

13       MR. HANAUER:  Let's go off the record.

14       THE VIDEOGRAPHER:  This is the end of media

15   unit one.  We are going off the record.  The

16   time is 11:57 a.m.

17                   (Whereupon, a recess was had at

18                    11:57 a.m., after which the

19                    deposition was resumed at

20                    12:19 p.m. as follows:)

21       THE VIDEOGRAPHER:  We are back on the record.

22   This is the start of media unit two, the

23   deposition of Daniel Fischel.  The time is

24   12:19 p.m.

25           You may proceed.

105

1    BY MR. HANAUER:

2         Q.   Professor Fischel, before we went on

3    break, you provided an economics definition of

4    investment contract.

5              Do you remember that?

6         A.   I think I said I'm not sure there is

7    such a thing as an accepted definition, but

8    that's, I think, a general economic

9    understanding of what an investment contract is.

10        Q.   I actually want to clarify that point.

11   Whatever definition you gave, does that come

12   from any academic textbook or scholarly article?

13        A.   It very well might as a description.  I

14   didn't search to see if that, I would say,

15   general understanding is contained in some type

16   of finance or business text.  I would expect

17   that it would appear somewhere.  But I didn't

18   check.

19        Q.   Can you name one as you sit here today?

20        A.   No, I can't because I didn't

21   investigate that question.

22        Q.   Can I ask you to look at paragraph --

23   or page 10 of your report, please.

24        A.   Sure.  Okay.

25        Q.   And do you see a heading A says [as

106

```
1    read]:  The findings of Dr. ████ event study

2    methodology do not demonstrate that XRP holders

3    profit solely or primarily from the efforts of

4    Ripple?

5         A.   Yes, I see that.

6         Q.   Does Dr. ████ report offer the

7    opinion that XRP holders profit solely or

8    primarily from the efforts of Ripple?

9         MR. FIGEL:  Objection.

10        THE WITNESS:  Again, he doesn't use those

11   words.  But in my opinion he reports his results

12   in a very misleading way because what he does

13   is, you know, for a series of the announcements

14   that he subjectively picks, he has a series of

15   exhibits where he just shows check marks to show

16   that there is, in his opinion, a statistical

17   relationship between the events out of the 500

18   that he picks and price reactions.

19             But if you look at his backup, and

20   that's the purpose of my Exhibit 1, you get a

21   very different reaction, a very different

22   understanding of what that relationship is,

23   meaning that on the overwhelming majority of

24   days where he says there are events, there is no

25   statistically significant price reaction.  And
```

1    on a significant number of days where there is

2    no events, there is a statistically significant

3    price reaction.  And you would never get that

4    understanding from his exhibits with checks.

5            And so I thought the way he reported

6    his results were very misleading, apart from the

7    other fundamental methodological flaws that I

8    discuss in my report, a few of which I referred

9    to already.  And that's really the purpose of

10   this section.

11   BY MR. HANAUER:

12        Q.   Did you perform any work or analysis to

13   test whether XRP holders profits solely or

14   primarily from the efforts of Ripple?

15        MR. FIGEL:  Objection.

16        THE WITNESS:  I think Dr. ███████ own results

17   taken at face value, even apart from the

18   methodological flaws which exist, demonstrate

19   that XRP price changes are not, and therefore,

20   XRP's holders profits from price changes are not

21   solely or primarily attributable to Ripple's

22   efforts.

23   BY MR. HANAUER:

24        Q.   I'm not asking what Dr. █████ did.  I'm

25   asking what you did.

108

1          Did you do any work or analysis to test

2     whether XRP holders profit solely or primarily

3     from Ripple's efforts?

4          MR. FIGEL:  Objection.

5          THE WITNESS:  As I said, I didn't think it

6     was necessary to do any tests because Dr. ████

7     own results demonstrate what I just said, which

8     is also included in this particular section of

9     my report and in Exhibit 1.

10    BY MR. HANAUER:

11         Q.   Can the SEC satisfy the expectation of

12    profits prong of the Howey test by establishing

13    that under the circumstances Ripple promoted XRP

14    primarily as an investment?

15         MR. FIGEL:  Objection.

16         THE WITNESS:  That sounds like a legal

17    question.  I don't have any opinion on that one

18    way or the other.

19    BY MR. HANAUER:

20         Q.   Are you offering an opinion whether,

21    under all the circumstances, Ripple ever

22    promoted XRP primarily as an investment?

23         MR. FIGEL:  Objection.

24         THE WITNESS:  No, I'm not offering an opinion

25    on that.

109

1    BY MR. HANAUER:

2        Q.   Did you consider whether Ripple ever

3    promoted XRP primarily as an investment?

4        A.   No, I didn't.  For purposes of the

5    analysis in my report, I did not.

6        Q.   Are you offering an opinion on whether,

7    under all the circumstances, Ripple promoted XRP

8    as a means whereby XRP purchasers could pool

9    their own activities, their money, and Ripple's

10   contribution in a meaningful way?

11       MR. FIGEL:  Objection.

12       THE WITNESS:  I'm not offering an opinion

13   about that.

14   BY MR. HANAUER:

15       Q.   Did you consider whether Ripple ever

16   promoted XRP as a means whereby Ripple

17   purchasers could pool their own activities,

18   their money, and Ripple's contributions in a

19   meaningful way?

20       MR. FIGEL:  Objection.

21       THE WITNESS:  No.  As with the previous

22   questions, it's not really.  I didn't consider

23   it and it's not relevant for the purposes of my

24   analysis.

25

110

1   BY MR. HANAUER:

2       Q.    Well, why is it relevant for you to

3   consider whether XRP holders profits solely or

4   primarily from the efforts of Ripple but not

5   whether Ripple promoted XRP as an investment?

6       MR. FIGEL:  Objection.

7       THE WITNESS:  For the reason that I just

8   said, that Dr. ████ has exhibit after exhibit

9   where he reports the existence of relationships

10  with check marks.  But if you look at his

11  backup, you get a very different impression of

12  what's behind those check marks.  And it's only

13  as a result of his subjective choice of dates to

14  look at and how he interprets price reactions in

15  connection with those dates that he can even get

16  the check marks that he shows.

17          But as I said, even apart from the

18  methodological flaws, which are pervasive in

19  Dr. ████ report, even taken at face value, I

20  think it's fair to say that he reports his

21  results in a very misleading way.  And if you

22  look at his backup, you can see that the

23  relationships which he purports to find are

24  actually much weaker and look very different

25  than the way that he reports them.

111

1    BY MR. HANAUER:

2         Q.   Are you offering an opinion as to

3    whether XRP purchasers had a reasonable

4    expectation of profits to be derived from the

5    entrepreneurial or managerial efforts of Ripple?

6         A.   I'm not offering an opinion about that.

7         Q.   Did you consider whether XRP purchasers

8    had a reasonable expectation of profits to be

9    derived from the entrepreneurial or managerial

10   efforts of Ripple?

11        A.   I didn't consider that in connection

12   with forming any of my opinions because it's not

13   relevant.

14        Q.   Can you look please at page -- or

15   paragraph 18 of your report.

16        A.   Okay.

17        Q.   And I want to refer you to the second

18   sentence.  And you write [as read]:  In fact,

19   taken at face value, Dr. ████ analysis finds

20   that, (i), most days were significantly

21   positive, XRP returns had no news about Ripple's

22   efforts; and, (ii), most days with news about

23   Ripple's efforts did not have significantly

24   positive XRP returns.

25             Do you see that?

112

1      A.   Yes, I see that.

2      Q.   Are you offering the opinion that

3 either of those metrics identified in the two

4 romanettes, are you offering the opinion that

5 either of those are the determinative metrics

6 for event studies?

7      MR. FIGEL:  Objection.

8      THE WITNESS:  I don't understand that

9 question.

10 BY MR. HANAUER:

11      Q.   Well, have you -- are you offering the

12 opinion that an event study gauges price

13 reaction by looking at the days where there is

14 significant returns but no -- no news

15 announcements?

16      MR. FIGEL:  Objection.

17      THE WITNESS:  I mean, an event study can show

18 you that.  How relevant that is in a particular

19 case depends on the -- obviously the relevant

20 facts and circumstances of the case.

21 BY MR. HANAUER:

22      Q.   Have you ever performed an event study

23 for litigation that based your finding on the

24 comparison of days with significantly positive

25 returns compared to the days without news

113

```
 1    announcements?

 2         MR. FIGEL:  Objection.

 3         THE WITNESS:  Yeah, I think probably the

 4    answer to that would be yes, I think.

 5    BY MR. HANAUER:

 6         Q.   Can you name one, please?

 7         A.   I think there was some insider trading

 8    cases that I have been involved in where that

 9    kind of presentation was part of what we did,

10    showing basically the relationship between

11    trading days and events and showing -- and price

12    movements, and showing that a lot of days when

13    there were events, there was no trading in

14    advance of the events.  And a lot of the days

15    when there were big price movements, there was

16    no trading or no events, something of that

17    nature.  So I think the answer to your question

18    would be yes.

19         Q.   Can you name one of the those cases, as

20    you sit here today?

21         A.   For some reason the name Billy Bob

22    Harris sticks in my mind.  I don't know if

23    that's a real person or I'm just imagining that

24    name.  But I think there was a case involving

25    Billy Bob Harris.  But I know there were others,
```

114

1   too.

2           But as I sit here, I don't remember the

3   exact names of the cases.

4       Q.   Did you ever perform an event study for

5   litigation where the determining metric you

6   looked at was days with events not having

7   significantly positive returns?

8       MR. FIGEL:  Objection.

9       THE WITNESS:  What did you say?  "The

10  determining metric"?  You know, other than what

11  I just said, I can't think of any others, as I

12  sit here.  But, again, I've done so many event

13  studies and so many different contexts over so

14  many years, it's very hard to generalize of what

15  I did or didn't do that would fit every single

16  example.

17  BY MR. HANAUER:

18      Q.   Can I ask you to look at paragraph 20,

19  please --

20      A.   Okay.

21      Q.   -- of your report.

22           What is the significance of 76.3 to

23  89.5 percent of days with significantly positive

24  XRP returns having no news about Ripple's

25  efforts?

115

```
1        MR. FIGEL:  Objection.

2        THE WITNESS:  It's what I just said.  It

3    demonstrates from Dr. ████ own backup exactly

4    what the relationship was between statistically

5    significant days with statistically significant

6    returns and whether or not there was news,

7    again, taking Dr. ████ study at face value,

8    including his subjective analysis of which of

9    the 500 days should be analyzed, which shouldn't

10   be analyzed, which are -- tell you something

11   that is probative in terms of the hypothesis

12   that he's testing.

13        But even just taking exactly what he

14   did at face value and forgetting all the

15   methodological criticisms that exist, this is

16   what his results show, which is very different

17   from the way he reports his results with checks.

18       MR. HANAUER:  One second.

19                (Short pause in proceedings.)

20   BY MR. HANAUER:

21       Q.   In order to determine whether Ripple

22   news announcements contribute to XRP prices,

23   should one check the magnitude of the price

24   reaction on news days?

25       MR. FIGEL:  Objection.
```

```
 1        THE WITNESS:  Well, again, your question

 2   presumes that there is a basis for looking at an

 3   inefficient market, a price reaction on days

 4   where there are announcements.

 5             And one of the whole significant

 6   findings of the lack of an efficient market is

 7   there is not really a theoretical or empirical

 8   basis to do that.

 9             But putting that fundamental criticism

10   to one side, as a matter of statistics, it's

11   generally accepted that there are well-accepted

12   methodological techniques to answer questions of

13   which price movements are large enough or which

14   returns, to be more precise, are large enough

15   that they are unlikely to be attributable to

16   chance alone.

17   BY MR. HANAUER:

18        Q.   Did you perform any analysis in this

19   case to check the magnitude of price reaction of

20   XRP to Ripple announcements?

21        MR. FIGEL:  Objection.

22        THE WITNESS:  Not other than reviewing

23   Dr. ████ analysis and, again, with the

24   background of the relevant academic literature

25   that I've referred to several times.
```

117

1    BY MR. HANAUER:

2        Q.   Is it informative in event studies to

3    compare price reaction on news days to price

4    reaction on no news days?

5        MR. FIGEL:  Objection.

6        THE WITNESS:  Can be.  I mean, I think it's a

7    function of what it is you're trying to test

8    under the relevant facts and circumstances at

9    the time.

10   BY MR. HANAUER:

11       Q.   Did you perform any such analysis in

12   this case?

13       MR. FIGEL:  Objection.

14       THE WITNESS:  No, other than looking at the

15   results that Dr. ████ reported.

16   BY MR. HANAUER:

17       Q.   Have you performed such analysis before

18   on other event studies for litigation?

19       MR. FIGEL:  Objection.

20       THE WITNESS:  Probably.  I mean, comparing

21   the returns on news days with the returns on

22   non-news days, yeah.  I think so, yes, for the

23   magnitude of returns, the volatility of returns.

24   Yes, I'm sure I have.

25

118

 1   BY MR. HANAUER:

 2       Q.   Did you do any work or analysis on this

 3   case to determine whether there was a difference

 4   between significant returns on news days and no

 5   news days?

 6       MR. FIGEL:  Objection.

 7       THE WITNESS:  In terms of the magnitude of

 8   returns, I don't think so, but I'm not a hundred

 9   percent sure.

10   BY MR. HANAUER:

11       Q.   Did you do any work or analysis to

12   determine how much XRP returns on the news days

13   contributed to the total XRP returns during the

14   relevant periods -- relevant period?

15       A.   You know, that's really, I think, the

16   same question you just asked me.

17            I don't think so in terms of that very

18   specific comparison, but I'm not a hundred

19   percent sure.

20       Q.   Did you test the magnitude of abnormal

21   returns estimated by Dr. ████ on news days

22   compared to no news days?

23       THE COURT REPORTER:  You said abnormal,

24   right?  Okay.

25       MR. FIGEL:  Objection.

119

1          THE WITNESS:  Yeah, as I've said a number of

2     times, I just analyzed Dr. ███ backup to look

3     at what he himself found, as opposed to

4     performing any completely independent event

5     studies.

6               What I'm not sure of is -- in response

7     to a couple of your questions is whether we took

8     his results and sliced them and diced them in

9     the ways that you're suggesting, as opposed to

10    the ways that are reported in my Exhibit 1.

11    BY MR. HANAUER:

12         Q.   In your words, did you slice and dice

13    Dr. ███ results in a way that's not reflected

14    on Exhibit 1?

15         A.   You know, as I said, I don't think so

16    in any systematic way, but I'm not a hundred

17    percent sure.

18         Q.   Are you offering the opinion that

19    Dr. ███ event study is flawed based on the

20    number of no news days with significant returns?

21         A.   You know, again, I think, you know,

22    that presumes, you know, among other things, the

23    efficiency of the market.  And so I'm ignoring

24    some of the methodological criticisms that I

25    believe characterize Dr. ███ report.

120

1          But in specific answer to your

2     question, again, that's, if I understand the

3     question correctly, different from the way I

4     reported Dr. ██████ backup in Exhibit 1.  And so

5     I don't believe we did exactly what you just

6     said, but I'm not sure.

7     BY MR. HANAUER:

8          Q.   Are you offering the opinion that

9     Mr. █████ event study is flawed based on the

10    number of news days without significant returns?

11         A.   As I said, I think Dr. █████ reports his

12    results in a fundamentally misleading way, and I

13    think there are other methodological flaws that

14    undermine his event study.

15         And that's basically what I said in my

16    report and that's what I think.

17         Q.   So in paragraph 20, the percentages in

18    romanettes (i) and (ii), does that come from

19    Exhibit 1 --

20         A.   Yes.

21         Q.   -- to your report?

22         A.   Yes, it does.

23         Q.   And do the metrics in those two

24    romanettes establish that XRP holders do not

25    profit solely or primarily from the efforts of

121

1    Ripple?

2        A.   I think they are inconsistent with the

3    claim that XRP holders primarily -- that profit

4    primarily or solely from the profits of Ripple.

5        Q.   So for Exhibit 1 to your report, can

6    you remind me who prepared that?

7        A.   I'll just adopt all my previous answers

8    to that question.  I'm not sure who actually

9    physically prepared the exhibit.

10           The exhibits are taken straight from

11   Dr. ████ backup, which we analyzed to try and

12   get behind the way he reported his results in

13   his report.

14       Q.   So whoever -- whoever it is that

15   prepared Exhibit 1 to your report, what did you

16   do to verify their work?

17       A.   Again, we just took the exhibit

18   directly from Dr. ████ backup to his report.

19   It wasn't an independent test that we did.  It

20   was just reporting what Dr. ████ himself found

21   but didn't include in his report.

22       Q.   But you didn't prepare Exhibit 1,

23   right, to your report?

24       A.   You mean personally did I create the

25   exhibit physically, as opposed to the idea of

1   showing that his own backup looks very different

2   from the way he reported his results in the

3   report?  If that's what you're asking, yes, I

4   did not physically prepare the exhibit.

5          Q.   So if you didn't prepare the exhibit,

6   what did you do, if anything, to verify the work

7   of whoever did prepare Exhibit 1 to your report?

8          A.   Because the work, again, is taken

9   directly from Dr. ███████ backup.

10              I mean, did I check whether every

11  number is transcribed correctly?  No, I didn't.

12  I assume we usually have some internal checking

13  process, so I assume that was done.

14              But this is -- again, these are not a

15  matter of any independent analysis that we did

16  other than looking at what Dr. █████ found as

17  revealed in his backup and just moving those

18  findings from the backup to the exhibit.

19         Q.   So referring to the second romanette on

20  Exhibit 20 where you cite the 70.5 to

21  84.8 percent figure, where on Exhibit M do those

22  numbers come from?  Or, I'm sorry, where on

23  Exhibit 1 to your report do those numbers come

24  from?

25         A.   Just one second, please.

123

1              All right.  If you look at Exhibit 1,

2      and you look at the first page of Exhibit 1, and

3      you look at the top two lines going across for

4      the very last vertical entry, percentage of

5      event days with significant returns and without

6      significant returns, okay, you see the two

7      numbers, 70.5 percent and 84.8 percent.

8          Q.   So column M?

9          A.   Column M, which are itself -- just one

10     second, please.

11             If you look at the pages behind the

12     first page and you look at all the entries under

13     exhibit -- under letter M, if everything is

14     working correctly, you should find a low number

15     of 70.5 and a high number of 84.8.

16             So, let's see.  I see the 84.8 and I

17     see the 70.5.

18         Q.   And the 84.8 number, that comes from

19     the two-sided nonparametric specification of

20     model one?

21         A.   That's correct.

22         Q.   And how did you calculate the numbers

23     in column M?

24         A.   You know, frankly, I can't remember if

25     those calculations were by us to sort of -- to

124

1    take Dr. ███████ numbers and just translate them

2    to percentages or whether they were in the

3    backup themselves.  I just don't remember.

4         Q.   So is the number M the function of

5    comparing any two other columns on Exhibit 1?

6         A.   You know, again, I would have to check

7    myself if the -- you know, I just have to check.

8         Q.   Okay.

9         A.   I'm not sure.

10        Q.   I think I figured it out how to do it,

11   but I'm going to ask you to verify it for me.

12   Okay?

13        A.   Okay.

14        MR. HANAUER:  Would you mind passing this

15   down.

16        THE WITNESS:  Yeah, I'm not going to use your

17   little calculator or computer or whatever this

18   is.  I mean, you can represent whatever numbers

19   you want to me based on your usage of this

20   instrument.  And if I can agree, I will, or if I

21   can't agree, I'll say I need to independently

22   verify it.

23   BY MR. HANAUER:

24        Q.   So if I ask you to type something into

25   a calculator, you won't do that?

1          A.   I will do it, I'm just not going to do

2     anything more than type the numbers into the

3     calculator.

4          Q.   Okay.  And I won't ask you to.  Okay?

5          A.   Okay.

6          Q.   So I think that the way you got to

7     column M is to divide column F by column D.

8               Can you try doing that for model 1,

9     two-sided nonparametric?

10         A.   Yeah, you know, for --

11         MR. FIGEL:  I object to this.

12              Mr. Hanauer, you obviously have a

13    calculator.  You could have done it before this.

14    You can represent to him what the arithmetic is.

15    I don't think it's an appropriate use of

16    deposition time to have him go through a

17    rhetorical exercise of using a calculator.

18         THE WITNESS:  Well, you know, for whatever

19    it's worth, I do think that is what it is.  I

20    was just looking at the -- eyeballing the data.

21              But I can't perform the calculation in

22    my head, and I don't want to use your

23    calculator.  But that is the way it looks to

24    me.

25

126

1          (Whereupon, Deposition

2          Exhibit DF-19 was marked for

3          identification.)

4     MR. FIGEL:  As I suspected, you've already

5     done the math, so we'll take your

6     representations about the arithmetic.

7     MR. HANAUER:  I've been told you may not want

8     the witness using a calculator.

9     BY MR. HANAUER:

10    Q.   So, again, if I'm trying to figure out

11    how you arrived at column M, is it safe to say

12    that you divided, at least for the two-sided

13    nonparametric portion of model 1, did you divide

14    column F by column D?

15    A.   You know, as I said, I think so.  I

16    mean, that's what I thought so before you gave

17    me this sheet.  I didn't perform these

18    calculations so it looks right to me.  But, you

19    know, obviously, I want to have a chance to

20    check it myself.

21    Q.   And that's why I put a calculator in

22    front of you.

23    A.   Yeah, but I don't want to use your

24    calculator and I don't want to do these

25    calculations on the fly.

127

1         That's the way it looks to me.  I'm

2    willing to say that much.  That's what I think.

3         But to be a hundred percent sure, I'd

4    want to check myself.

5    Q.   Okay.  Well, maybe if we're -- when we

6    have a break and you can use whatever instrument

7    you feel is appropriate, if you think my math is

8    wrong, please let me know.

9    MR. FIGEL:  I have a proposal, Mr. Hanauer.

10   We'll take your representation that you've done

11   the math correctly.  I will do a parallel check.

12   If I see something, I will bring that to your

13   attention.

14        I just don't think it's fair to ask the

15   witness to use an unfamiliar calculator and do

16   mathematical calculations on the record.

17   MR. HANAUER:  Okay.

18   THE WITNESS:  And just to be clear, I'm not

19   suggesting that I think your math is wrong.  I

20   didn't say that.

21   BY MR. HANAUER:

22   Q.   Well, there's a good chance it could

23   be, but that's neither here nor there.

24        So column M, it looks like that

25   calculates the frequency of event days without

128

1    significant returns among all event days.

2            Is that accurate?

3       A.    That's the way it looks.

4       Q.    And are you offering the opinion

5    that --

6       A.    Actually, can you just hold on for one

7    second.  There may be a simpler answer to this.

8            And I apologize for not thinking of

9    this right away.  If you look at the last page

10   of Exhibit 1, there is a legend that tells you

11   how every column is calculated.

12           And column M is column F divided by

13   column D.

14      Q.    There we go.

15           So having that --

16      A.    It's on -- in other words, it's on the

17   exhibit.

18      Q.    Exhibit 1 to your report?

19      A.    Correct.

20      Q.    So on Exhibit 1 to your report, does

21   column M calculate the frequency of event days

22   without significant returns among all event

23   days?

24      A.    I mean, column M calculates whatever is

25   that's reflected on column M, which is what's

129

1    stated.

2         Q.   So that would be significant -- the

3    frequency of significant returns, that's column

4    F, right?  I'm sorry.

5              So column F is event days without

6    significant returns?

7         A.   That's right.

8         Q.   And column D is event days total?

9         MR. FIGEL:  Objection.

10        THE WITNESS:  Again, this is -- just to be

11   clear, this is Dr. ██████ backup.  It's not our

12   calculation.  This is reporting what he found --

13   what he did based on his determination as to

14   what days counted and what days didn't count and

15   how you separate the days in different

16   categories in his subjective opinion.

17             But column D is -- again, the number of

18   the event days varies depending on which

19   specification you're looking at.  Because for

20   some specifications, there were more trading

21   days -- or more days and therefore more event

22   days than others.  He discusses that in his

23   report.

24             But with respect to the first

25   regression specification on page 2 of 6, there

1    are 105 -- according to Dr. ████ 105 total

2    event days; 16 of them have significant returns,

3    according to Dr. ████ 89 of them do not have

4    significant returns.

5           Again, I'm just going to say, again,

6    this is accepting Dr. ████ conclusions and

7    analysis at face value and ignoring the

8    methodological flaws that exist.  But these are

9    his reports -- these are his results, rather, as

10   reported in his backup.

11   BY MR. HANAUER:

12        Q.   Have you ever prepared an event study

13   as a testifying expert that relies on the metric

14   frequency of event days without significant

15   returns among all -- among all event days that

16   relies on that metric to establish or disprove

17   the relationship between public announcements

18   and the price of a security?

19        A.   Well, that was sort of a compound

20   question.

21           The closest thing that I can think of

22   is what I've said we've done in a number of

23   different insider trading cases, which I do

24   recall, of looking at some total set of days

25   that were at issue in the case and looking at

1    the days when there were price movements or were

2    not price movements and were trades -- was

3    trading around those days, there was not trading

4    around those days, and the various comparisons

5    that you get performing that analysis.

6        Q.   And that was -- and if I were to ask

7    you to name a case --

8        A.   The only name that came to me was Billy

9    Bob Harris.  But I do think there are other

10   cases as well.

11       Q.   Are you aware of any academic or

12   scholarly literature that supports using that

13   metric to support an event study?

14       MR. FIGEL:  Objection.

15       THE WITNESS:  I don't know what you mean,

16   "support an event study."  These are the --

17   these are Dr. ███████ results of his event study.

18   They neither support or don't support.  It's

19   just what the event study shows, according to

20   Dr. █████

21   BY MR. HANAUER:

22       Q.   Are you aware of any academic or

23   scholarly literature that supports using that

24   metric as a way to criticize an event -- the

25   results of an event study?

132

```
 1        A.   I'm not criticizing the results of an

 2    event study.  The results are what the results

 3    are.

 4             Again, putting aside the methodological

 5    criticisms that I have, these are the results

 6    that are reported.  What I have said is the way

 7    that Dr. ██████ reported these results, his own

 8    results, with just checks and not showing how

 9    weak the relationships are even if under his

10    test choosing the days that he wants to look at,

11    ignoring the vast majority of days, you know,

12    defining his own test of statistical

13    significance, these are just all his results

14    just taken at face value.

15             And I do think both because of the

16    subjectivity, the fact that there was an

17    inefficient market, the fact that he's only

18    looking at one-sided events, he's not looking at

19    negative events, as well as some other

20    methodological criticisms that are even more

21    fundamental, for the most part, I'm ignoring all

22    of those right now.

23             I'm just looking at, this is what he

24    found.  But he didn't report this is what he

25    found.  What he reported was a series of check
```

1    marks.  And I think the check marks are

2    misleading in light of the actual results of the

3    event studies that he himself performed.

4        Q.   Let me ask you about column L on

5    Exhibit 1 to your report.

6        A.   Okay.

7        Q.   And that represents the frequency of

8    event days that had significant returns?

9        A.   That's right.

10       Q.   And it looks like -- does Exhibit 1

11   have -- contain the data you would need to

12   calculate the frequency of nonevent days with

13   significant returns?

14       MR. FIGEL:  Objection.

15       THE WITNESS:  Well, if you look at columns G,

16   H, and I, if I understand the question

17   correctly, they deal with the number of nonevent

18   days and the number of significant returns and

19   the number of nonsignificant returns, according

20   to Dr. ████ in his own event study in all these

21   -- in all these different specifications.

22   BY MR. HANAUER:

23       Q.   So if I wanted to find the frequency of

24   nonevent days with significant returns using

25   Dr. ████ data, would I divide column H by

1   column G?

2       A.   The number of nonevent days with

3   significant returns, that's the question?  Yes,

4   I think that's what you would do.

5       Q.   So I'd like to refer you to model 1,

6   two-sided nonparametric specification.

7       A.   Okay.

8       Q.   So if I wanted to divide H by G for

9   that model, would it be 104 divided by 2,264?

10      A.   I believe so, yes, that's what it would

11  be.

12      Q.   And if we look at exhibit -- my Exhibit

13  DF-19, it says 104 divided by 2,264 equals

14  4.6 percent?

15      A.   That's what it looks like.

16      Q.   Do you have any reason to doubt that

17  calculation?

18      A.   No, I don't.

19      Q.   Are you familiar with the concept of

20  false positives in statistical tests?

21      A.   Yes.

22      Q.   What is the typical expectation for

23  false positives in a statistical test?

24      MR. FIGEL:  Objection.

25      THE WITNESS:  At the level of generality of

135

1    your question, I'm not sure there is an

2    expectation.

3    BY MR. HANAUER:

4        Q.   Isn't the level of -- you would

5    typically expect false positives in statistical

6    tests between five and ten percent?

7        A.   Those are conventional levels of

8    statistical significance.

9            In event studies, I'm not sure they

10   would apply always, no matter what the test was.

11   But generally you would expect to find,

12   depending if you had a one-tailed test or a

13   two-tailed test, a price reaction that's

14   statistically significant randomly, even if not

15   attributable to, not correlated with or caused

16   by a particular event.  Solely by chance, in

17   other words.

18       Q.   So if we think about that 4.6 percent

19   number of the nonevent days with significant

20   returns, is it possible that some of those

21   significant nonevent observations with

22   significant returns could be false positives?

23       MR. FIGEL:  Objection.

24       THE WITNESS:  I'm not sure I'd call them

25   false positives.  I mean, they are what they

136

1    are.

2        MR. HANAUER:  Now a good time for a break?

3        MR. FIGEL:  Sure.

4        THE VIDEOGRAPHER:  We are going off the

5    record.  The time is 1:11 p.m.

6                      (Whereupon, a recess was had at

7                      1:11 p.m., after which the

8                      deposition was resumed at

9                      2:22 p.m. as follows:)

10       THE VIDEOGRAPHER:  We are back on the record.

11   The time is 2:22 p.m.

12          You may proceed.

13   BY MR. HANAUER:

14       Q.   Professor Fischel, could I ask you to

15   please look at page 18 of your report.

16          And do you see a heading D in between

17   paragraphs 30 and 31?

18       A.   Yes, I do.

19       Q.   Does Dr. ████████ report offer the

20   opinion that XRP holders are engaged in a common

21   enterprise with Ripple?

22       A.   He doesn't say those words, as far as I

23   can recall.

24       Q.   Did you perform any work or analysis to

25   determine whether or not XRP holders are engaged

1    in a common enterprise with Ripple?

2         A.   Well, I would say one of my

3    methodological criticisms of Dr. ██████ is his

4    entire event study proves nothing about any of

5    the competing claims in this case.  Not only it

6    doesn't prove anything, it doesn't shed any

7    light on any of the competing claims in this

8    case.

9              And to the extent that one of the

10   claims in this case related to whether or not

11   XRP is a security, which is clearly a legal

12   question, according to what Dr. █████ has done,

13   his whole approach, even the way he sets up his

14   hypothesis that he's testing in paragraph 30,

15   has nothing to do with anything in terms of the

16   disputed issues in the case.

17             And so that's a really basic criticism,

18   but it's really a basic methodological

19   criticism.  In other words, if you wanted to

20   show that this event study that Dr. █████ did

21   sheds some light on any of the issues in the

22   case, you would want to say that these results

23   that he finds, apart from some of the other

24   methodological criticisms, show something of

25   consequence in terms of the relationship between

1    XRP and Ripple that does not exist in multiple

2    other contexts.

3              So just to give one example, if you --

4    I think I mentioned this earlier.  If you took

5    De Beers and you took seven years of price --

6    seven years of announcements and seven years of

7    analysis of the prices of diamonds, I haven't

8    done the analysis, but I have no doubt that if

9    you took hundreds of announcements over seven

10   years, you would find some announcements that

11   had a price effect on diamonds.

12             And that would be true about oil.  I

13   even mentioned earlier about a less direct

14   example, but, nevertheless, the same point about

15   a food -- a food manufacturer like Kellogg's and

16   a product like, you know, the price of Corn

17   Flakes.

18             And so to the extent that the event

19   study doesn't have any claim -- doesn't have any

20   relationship, doesn't even purport to have any

21   relationship to any of the issues that are

22   relevant in an economic or legal sense to what's

23   disputed in the case, including the issue of

24   whether Ripple and XRP are in a common

25   enterprise, I think that's a really major

139

1    methodological flaw.

2         Q.   Okay.  And I understand that your --

3    you disagree with Dr. ███ conclusion -- well,

4    you disagree with a contention that there's a

5    common enterprise, right?

6         MR. FIGEL:  Objection.

7         THE WITNESS:  Well, common enterprise is, in

8    part, a legal term.  But, you know, whatever it

9    means as a matter of economics, Dr. ███ does

10   not show that the relationship between Ripple

11   and XRP is any different than the relationship

12   between De Beers and diamonds or oil companies

13   and oil or food manufacturers and food prices,

14   and doesn't even purport to.

15        He never even states what he's testing

16   in ways that distinguish the relationship

17   between De Beers -- excuse me, the relationship

18   between Ripple and XRP from all of these other

19   examples.

20        You know what, when I looked at

21   paragraph 30 of his report -- and I remember the

22   number -- I think all you have to do is look at

23   that paragraph and realize that the entire

24   exercise that Dr. ███ is conducting is really

25   fundamentally flawed from a methodological point

140

 1    of view.

 2              Because, for example, he doesn't have

 3    any control group.  If you wanted to do this in

 4    some kind of an academic way, you would want to

 5    try and show that the relationship -- forgetting

 6    all the subjectivity and the lack of efficient

 7    markets, you'd want to show that the

 8    relationship between Ripple and XRP, for

 9    example, is different than the relationship

10    between other cryptocurrencies, between their

11    founders' companies and price movements.

12              You'd want to show that it's different

13    from commodities, such as diamonds.

14    BY MR. HANAUER:

15         Q.   And excuse me, Professor, I think

16    you're steering a little from my question, so if

17    you don't mind, I'm going to try and rephrase.

18         MR. FIGEL:  Objection.  I'd like the witness

19    to be able to finish his answer.  You

20    interrupted him.

21         MR. HANAUER:  Well, I move to strike his

22    answer as nonresponsive.

23         MR. FIGEL:  Well, I'd like to have him finish

24    it and then you can make whatever motion you'd

25    like.

141

1    BY MR. HANAUER:

2         Q.   Is there anything else you'd like to

3    add to the question of:  You disagree with the

4    contention that there's a common enterprise?

5         A.   I think for the reasons that I just

6    stated, and the lack of a control group, a lack

7    of a comparison.

8              Again, that's just a basic and

9    fundamental methodological flaw because it sheds

10   no light on this relationship, has any different

11   characteristics than an infinite number of other

12   relationships that have nothing to do with

13   securities or cryptocurrency.

14             And so in terms of what it has to do

15   with common enterprise, to the extent that

16   there's some intended relationship between what

17   Dr. ███ has done and the -- to shed any light

18   on the relevant issues that need to be decided

19   in this case, including the issue of common

20   enterprise, he hasn't done that.  He doesn't

21   purport to do that.

22             And, again, that just fails all basic

23   recognized standards for proper methodological

24   approaches.  And that's a fundamental defect.

25        Q.   So I understand that you disagree with

142

1    Dr. ███ methodology.

2           What I'm asking you, though, is:  Did

3    you perform any affirmative work or testing or

4    analysis to try and test whether XRP holders are

5    engaged in a common enterprise with Ripple?

6        MR. FIGEL:  Objection.

7        THE WITNESS:  You know, as I've indicated

8    multiple times, my report is a rebuttal report

9    to Dr. ███

10          The conclusion that I've reached is for

11   reasons that I've just stated and other reasons

12   that I've previously stated or are contained in

13   my reports, I don't believe that Dr. ███

14   entire analysis, because it is so methodologically

15   flawed and violates all standards of appropriate

16   methodology and peer-tested -- and peer-reviewed

17   journals, sheds any light on the question of

18   whether or not the relationship between Ripple

19   and XRP is one that you could call a common

20   enterprise.

21   BY MR. HANAUER:

22       Q.   But did you do any testing on your own

23   to answer that question?

24       MR. FIGEL:  Objection, asked and answered two

25   or three times now.

143

```
 1        THE WITNESS:  Yeah, I don't have anything to

 2   add.  The analysis that I did on my own was my

 3   analysis and critique of Dr. ████   That's what

 4   I did.

 5   BY MR. HANAUER:

 6        Q.   Is there an accepted economics

 7   definition of common enterprise?

 8        A.   Again, you've asked me this question in

 9   connection with other terms.  I don't know if

10   I'd say there's an accepted definition.  There's

11   frequently an understanding of what a common

12   enterprise is.

13        Q.   In the economics literature?

14        A.   As a matter of economics.

15        Q.   So if I wanted to test, from an

16   economic perspective, whether a common

17   enterprise exists or not, what would I do?

18        MR. FIGEL:  Objection.

19        THE WITNESS:  Well, it depends a little bit

20   on the context.  But one thing you would want to

21   do is you'd want to see if the relationship

22   between the parties creates some commonality in

23   terms of what's good news for one is good news

24   for the other and what's bad news for one is bad

25   news for the other.
```

144

```
 1          Again, I don't know if I'd call that an

 2   accepted definition, but that's a usual economic

 3   understanding of the term common enterprise.

 4   BY MR. HANAUER:

 5          Q.   And are you offering the opinion that

 6   XRP holders are not engaged in the common

 7   enterprise with Ripple?

 8          MR. FIGEL:  Objection.

 9          THE WITNESS:  The opinions that I'm offering

10   are exactly what I've said and what's contained

11   in my report.

12   BY MR. HANAUER:

13          Q.   I'm asking a yes or no question.

14          MR. FIGEL:  Objection.

15          THE WITNESS:  You know, you told me -- you

16   cut me off before, so I don't want to repeat

17   what I just said.  But if you want me to repeat

18   it again, I will.

19          I'm offering the opinion that the

20   analysis that Dr. ███ has performed is

21   fundamentally flawed, violates various basic

22   requirements of standard methodology established

23   in peer-reviewed journal after peer-reviewed

24   journal.

25          And for all those reasons, including
```

145

1    ones that I've stated in my previous answers and

2    the ones contained in my report, I believe his

3    report sheds no light whatsoever on the issue of

4    whether or not Ripple and XRP are engaged in a

5    common enterprise, however common enterprise is

6    defined.

7    BY MR. HANAUER:

8        Q.   So the question you just identified

9    "engaged in a common enterprise," why is that

10   question even relevant to this case?

11       MR. FIGEL:  Objection.

12       THE WITNESS:  Well, whether it's legally

13   relevant or not is a question for the court to

14   decide, not for me to decide.

15           I mean, I think those words are used in

16   the Howey test itself, you know.  But, you know,

17   again, I'm not offering any legal opinions.

18           The basic opinion I'm offering is that

19   if you look at the test that Dr. ███ claims he

20   is performing, look at paragraph 30 -- I'm happy

21   to read it into the record if you want me to

22   read it into the record -- it's a generic

23   question that has nothing to do with the

24   relationship between Ripple and XRP in a way

25   that's any different from the relation of

1    countless other firms and products of firms or

2    investments in firms, however you want to phrase

3    it.

4    BY MR. HANAUER:

5        Q.   So you cite to Howey.  Does Howey use

6    the terms "engaged in a common enterprise"?

7        MR. FIGEL:  Objection.

8        THE WITNESS:  Well, you know that better than

9    I do.  But let's see what -- I quoted it, so I

10   don't want to paraphrase it.

11   BY MR. HANAUER:

12       Q.   I want to make sure we're right on the

13   terminology here.

14       A.   The words "common enterprise" appear in

15   paragraph seven.

16       Q.   I asked you engaged in a common

17   enterprise.  Is that language anywhere in Howey?

18       MR. FIGEL:  Objection.

19       THE WITNESS:  I don't see those exact words

20   in Howey.

21   BY MR. HANAUER:

22       Q.   And, in fact, Howey --

23       A.   At least not in this quote that I have.

24       Q.   And, instead, Howey uses the words

25   "invests money in a common enterprise," correct?

147

 1        A.   That's what it says.

 2        Q.   Are you offering an opinion whether or

 3   not XRP purchasers invested money in a common

 4   enterprise?

 5        A.   Well, I think if you're asking whether

 6   I'm expressing an opinion whether holders of XRP

 7   invested in Ripple, you know, there is certainly

 8   not a one-for-one correlation there.

 9        Q.   That wasn't my question.

10        Are you offering an opinion whether or

11   not holders of XRP invested money in a common

12   enterprise?

13        A.   Your question doesn't really make any

14   sense.  Ripple is the common -- I don't

15   understand.  What is your definition of what the

16   common enterprise is in your definition -- in

17   your question?

18        Q.   Unfortunately, I'm the one that asks

19   the questions.

20        A.   Then I don't understand the question.

21        Q.   What I'm trying to determine is why are

22   you using the term "engaged in a common

23   enterprise" when the test is "invested money in

24   a common enterprise"?

25        MR. FIGEL:  Objection.

148

```
1         THE WITNESS:  You know, as I said, I'm not

2    offering any legal opinions.  The judge can

3    decide if what I said about a criticism -- a

4    fundamental criticism in Dr. ████ methodology

5    because he doesn't distinguish -- among the

6    other fundamental methodological criticisms

7    because he doesn't distinguish in any way the

8    relationship between Ripple and XRP from the

9    relationship between De Beers and diamonds, oil

10   companies and oil, and countless other examples,

11   and he doesn't even claim to.

12         And if you look at his paragraph 30,

13   it's generic.  It applies to every single one of

14   the examples that I just mentioned.  The judge

15   can decide if that's a valid criticism or not a

16   valid criticism, but that's my opinion.

17   BY MR. HANAUER:

18     Q.  Did Ripple pool the money it received

19   from selling XRP to different purchasers?

20     MR. FIGEL:  Objection.

21     THE WITNESS:  I don't know.  I don't have an

22   opinion on that one way or the other.

23   BY MR. HANAUER:

24     Q.  Did Ripple deposit the funds it

25   received from selling XRP into a single bank
```

149

1    account?

2         MR. FIGEL:  Objection.

3         THE WITNESS:  I don't know.  I have no

4    opinion on that one way or the other.

5    BY MR. HANAUER:

6         Q.   Did Ripple separately manage the funds

7    it received from different XRP purchasers?

8         MR. FIGEL:  Objection.

9         THE WITNESS:  I don't know.  I have no

10   opinion on that one way or the other.

11   BY MR. HANAUER:

12        Q.   Did Ripple use the money it received

13   from selling XRP to fund its operations?

14        MR. FIGEL:  Objection.

15        THE WITNESS:  You know, at one point I think

16   I've seen some data on that, on the sources of

17   funds that Ripple had.  You know, I guess all I

18   can say is I've seen some funds -- I've seen

19   some data on that, but I haven't really

20   conducted any study of it.

21   BY MR. HANAUER:

22        Q.   Did Ripple use the money it received

23   from selling XRP to fund the construction of the

24   Ripple ecosystem?

25        MR. FIGEL:  Objection.

1       THE WITNESS:  It really would be the same

2   answer.  I think I've seen some data on that,

3   but I haven't really studied that question.

4   BY MR. HANAUER:

5       Q.   Did Ripple endeavor to increase the

6   range of goods and services that holders of XRP

7   would find beneficial to buy and sell using XRP?

8       MR. FIGEL:  Objection.

9       THE WITNESS:  Same answer.

10  BY MR. HANAUER:

11      Q.   Did the success of the digital asset

12  ecosystem that Ripple built drive demand for

13  XRP?

14      MR. FIGEL:  Objection.

15      THE WITNESS:  The phrase "drive demand" is

16  too vague, so I'm not sure how to answer the

17  question.

18  BY MR. HANAUER:

19      Q.   Well, if Ripple creates a product that

20  uses XRP to make the product work, is Ripple

21  driving demand for XRP by increasing the use of

22  that product?

23      MR. FIGEL:  Objection.

24      THE WITNESS:  You know, I guess you could say

25  that.  But that's exactly the same generic point

151

```
 1    that doesn't distinguish the relationship

 2    between Ripple and XRP from countless other

 3    relationships that have nothing to do with

 4    securities or allegations about securities.

 5    It's just -- presumably when a firm creates a

 6    product, it's frequently the case or typically

 7    the case that by creating the product the firm

 8    is taking steps to increase the demand for the

 9    product.  So by definition -- because if the

10    product didn't exist, there wouldn't be demand

11    for it.

12           But that's exactly the criticism I'm

13    making of Professor ████   He has this

14    completely generic test that has nothing to do

15    with anything that distinguishes this

16    relationship from countless other relationships,

17    and he doesn't even claim that it does.

18           And your question is, you know, subject

19    to exactly the same response, that, yes, Ripple,

20    by creating XRP increases the demand for XRP by

21    definition because XRP didn't otherwise exist.

22    And that's true for every single -- maybe

23    overstating slightly -- but as a general matter,

24    that is true for every single creator of a

25    product where the success of the product is
```

1  based in some way on market acceptance of the

2  product.

3  BY MR. HANAUER:

4      Q.   Are you offering any opinion on what

5  drove demand for XRP?

6      MR. FIGEL:  Objection.

7      THE WITNESS:  Not a separate opinion.  But I

8  discuss a lot of different examples of different

9  ways, I guess you could say, in which demand for

10  XRP existed.

11  BY MR. HANAUER:

12      Q.   Does Dr. ███████ report offer the

13  opinion that an event study can establish

14  whether or not offers or sales of securities

15  took place?

16      MR. FIGEL:  Objection.

17      THE WITNESS:  Again, I don't think he uses

18  those words.  But as I've tried to indicate,

19  presumably, he didn't go to all this effort to

20  conduct a study that has no relationship to the

21  issues in the case.  And one of my fundamental

22  criticisms is exactly that; that his study in no

23  way distinguishes the relationship between

24  Ripple and XRP from countless other

25  relationships that have nothing to do with the

153

```
 1    facts and circumstances of this case, let alone

 2    have nothing to do with the issue whether

 3    something is a security.

 4    BY MR. HANAUER:

 5        Q.   And I guess you used the example of an

 6    oil company, right?

 7        A.   As one example, that's right.

 8        Q.   Does any oil company own the majority

 9    of all the oil in existence?

10        MR. FIGEL:  Objection.

11        THE WITNESS:  Not that I know of.

12    BY MR. HANAUER:

13        Q.   Did any oil company or its founders

14    create oil?

15        A.   You mean discover oil or you mean

16    chemically create?  I'm not sure exactly what

17    you mean.

18        Q.   The latter.

19        A.   Did they chemically create oil?  Not to

20    the best of my knowledge, but I don't really

21    know for certain.

22        Q.   Does oil have use independent of

23    trading or speculation?

24        A.   Trading or speculation?  Yes, it does.

25        Q.   Are you offering an opinion in this
```

154

 1   case whether uses of XRP exist other than for

 2   trading or speculation?

 3        MR. FIGEL:  Objection.

 4        THE WITNESS:  I'm not -- you know, I assume

 5   you're not suggesting any of these questions

 6   have anything to do with Dr. ███████ study.  I

 7   mean, that's what I'm responding to.  So I just

 8   want to make sure the context of my answers is

 9   clear.

10   BY MR. HANAUER:

11        Q.   Okay.  Can you answer my question?

12        A.   I did answer it.

13        Q.   Are you offering an opinion in this

14   case on any use of XRP other than for trading or

15   speculation?

16        MR. FIGEL:  Objection.

17        THE WITNESS:  I would say I have some

18   background familiarity with that issue, but I am

19   not expressing any separate opinion on that

20   issue.

21   BY MR. HANAUER:

22        Q.   Are you offering an opinion about the

23   date by which any of Ripple's products that use

24   XRP became commercially operational?

25        MR. FIGEL:  Objection.

155

1       THE WITNESS:  No, I'm not.

2   BY MR. HANAUER:

3       Q.   Are you offering the opinion that XRP

4   cannot be offered or sold as an investment

5   contract -- let me rephrase.

6            Are you offering the opinion that XRP

7   cannot be offered or sold as an investment

8   contract under any circumstances?

9       MR. FIGEL:  Objection.

10      THE WITNESS:  That sounds like a legal

11  opinion.  I'm not offering any legal opinions on

12  any subject.

13  BY MR. HANAUER:

14      Q.   Can I ask you to look at page 12 of

15  your report.

16      A.   Okay.

17      Q.   So you talk about in paragraph -- in

18  section B of your report, you talk about

19  confounding news or confounding information.

20      A.   That's right.

21      Q.   And I'm trying to figure out what you

22  mean by "confounding news."

23            Are you talking about public

24  announcements that Dr. ███ identified but

25  didn't place on one of the 105 event days, or

156

1   are you talking about announcements from those

2   105 event days that weren't really -- that, in

3   your opinion, weren't really announcements about

4   Ripple's efforts?

5       MR. FIGEL:  Objection.

6       THE WITNESS:  I don't think either one of

7   those alternatives fairly describes the content

8   of this particular section of my report.

9   BY MR. HANAUER:

10      Q.   Okay.  Well, then why don't you tell me

11  what you mean by "confounding information" as it

12  pertains to opinion B on page 2 of your report.

13      A.   All right.  Opinion B has a discussion

14  of two different types of confounding

15  information.

16          One type is a fundamental problem that

17  I described earlier of -- many of Dr. ███████

18  announcements are not -- to the extent there is

19  a claim of a price reaction that's correlated

20  with those announcements are not solely a

21  product of Ripple's entrepreneurial efforts, but

22  rather are a combination of Ripple's efforts and

23  new information about supply and demand in the

24  marketplace.

25          And as I said earlier, there is

1    basically a continuum from situations where both

2    effects are occurring and it's really difficult

3    or really impossible to disentangle them.

4          In other situations where Professor --

5    excuse me, Dr. ███ himself recognizes the

6    problem and just states as a matter of fact that

7    it's not clear in some of his examples whether

8    Ripple is even involved in the event itself that

9    Ripple is announcing.  That's closer to the

10   example that I gave about the difference between

11   creator of information and reporter of

12   information.  So that's one type of confounding

13   information.

14         And the other type really relates to

15   the fact that XRPs are not traded in an

16   efficient market.  And when you have information

17   that's not traded in an efficient market, you

18   don't really have a definitive theory of when

19   prices are going to react to that information,

20   whether they're going to react to that

21   information without bias.

22         And, therefore, when you have

23   confounding events, other I should say

24   compounding news because I don't mean to limit

25   myself to Dr. ███ 105 event days.  But when

158

1    you have other news, even news that's contained

2    in Dr. ███████ -- I think it's Exhibit C with his

3    500-plus announcements -- within a window -- and

4    I describe different windows around the

5    so-called event day -- because you're in a world

6    of inefficient markets, you can't really

7    attribute, even as a correlation, the price

8    reaction to the event that Professor ████ --

9    excuse me, Dr. ████ is claiming that there is a

10   correlation because you can't exclude the

11   possibility in an inefficient market.

12          The other news announcements in the

13   different windows of time that I describe in

14   Exhibit 2 also are responsible, at least in

15   part, as well as other announcements in --

16   outside even of the windows that I identified

17   that could have had an effect on the prices that

18   Dr. ████ claims are correlated with particular

19   announcements -- with announcements on

20   particular event days.

21          Q.   Did you perform any work or analysis to

22   quantify the impact of confounding news on XRP

23   prices?

24          MR. FIGEL:  Objection.

25          THE WITNESS:  Again, I think the whole point

159

1    of an inefficient market is you can't quantify

2    it because you don't have a theory of how

3    quickly prices react to information.  That's one

4    of the characteristics of an inefficient market.

5           So what you can do, what I did do is

6    identify other news that occurred in the same

7    time period in the different windows that I

8    describe in Exhibit 2 at the same time as the

9    information that Dr. ███ claims as an event day

10   that's correlated with a particular price

11   reaction.

12          And that, as I stated in my report,

13   really underestimates the significance of the

14   fact that XRPs do not trade in an efficient

15   market.  Because in an inefficient market, there

16   is no way to say, there is no way to conclude

17   that those confounding announcements also didn't

18   have an effect on the price that Dr. ███ claims

19   is correlated with a particular announcement on

20   a particular event day.

21   BY MR. HANAUER:

22      Q.  If you had wanted, could you have been

23   capable of checking for the -- if you had

24   wanted, could you have been capable of trying to

25   quantify the effect of confounding news?

160

1          MR. FIGEL:  Objection.

2          THE WITNESS:  I think under the facts and

3     circumstances of this case, given the fact that

4     XRP is trading in an inefficient market, I think

5     it would be very difficult.  I'm not sure how

6     you do it.

7     BY MR. HANAUER:

8          Q.   Did you perform any work or analysis to

9     determine whether Dr. ▇▇▇▇ results would

10    change if he excluded confounding news days?

11         A.   No, I didn't perform any such analysis

12    since I think -- if you look at the two

13    different types of confounding information, I'm

14    not even sure how you would decide what to

15    exclude.

16         Q.   So going back to I think the first of

17    the two definitions you talked about in

18    describing confounding, the one where you said

19    the Ripple news announcement, it's more about

20    supply and demand than Ripple's efforts -- do

21    you understand what I'm talking about or

22    referring to?

23         A.   I understand what you're talking about,

24    but that's not an accurate paraphrase of what I

25    said.

1      Q.    Okay.  You understand which of the

2   versions of confounding I'm referring to?

3      A.    Yes, I do understand that.

4      Q.    Okay.  So for those events, how did you

5   determine whether a Ripple announcement related

6   to, on one hand, Ripple's efforts, or the other

7   information about the supply, demand, or

8   expectation of market participants other than

9   Ripple?

10      MR. FIGEL:  Objection.

11      THE WITNESS:  Again, that's a

12   mischaracterization of what I said.  It's not a

13   matter of one or the other; it's both are

14   occurring simultaneously, in effect.  Because an

15   announcement can reveal an effort by Ripple and

16   it can also reveal information about supply and

17   demand in the marketplace.  So they can both be

18   occurring at the same time.

19          And, again, it is like the problem of

20   confounding information in more traditional

21   event studies where, when you have confounding

22   information, when you can't disentangle, it

23   makes it impossible to reach a conclusion about

24   the -- what part of the price reaction is

25   attributable to one aspect, one part of the

162

1    confounding information versus another part.

2           Sometimes there is external sources of

3    information that you can look to to, you know,

4    possibly reach some judgments depending, you

5    know, obviously on the relevant facts and

6    circumstances.  But sometimes it's just

7    impossible.  And you have to recognize that, and

8    that's something that Dr. ███ doesn't do.

9           But, again, I want to emphasize,

10   sometimes it's possible to say something

11   stronger than that.  And I keep coming back to,

12   you know, the example of an event which produces

13   news that's announced by a third party.  And the

14   announcement by a third party can be what causes

15   the price reaction, but it's just disclosing

16   events that are not caused by the party

17   disclosing the information.

18          In a situation like the example that I

19   used before of third parties deciding to allow

20   XRP to trade on their platforms, it's similar to

21   that.  Ripple is announcing that other parties

22   are now allowing XRP to trade on their

23   platforms.  And Dr. ███ somewhere has a

24   footnote where it's either that example or some

25   other example where he says it's not even clear

163

1    that Ripple had any involvement in any of the

2    events that it's announcing.

3            And those type of situations, which are

4    part of Dr. Ripple's [sic] 105 days, the days

5    that he considers relevant as opposed to the 400

6    or so that he, for all practical purposes,

7    ignores, that really highlights the problem,

8    those type of situations.  Because those

9    situations are not only compounded, but they

10   really highlight the distinction between, as I

11   said, creating information and reporting

12   information, which professor -- excuse me,

13   Dr. █████ ignores.  And that's the problem.

14   BY MR. HANAUER:

15        Q.   So in Exhibit C -- or I'm sorry,

16   Appendix C to Dr. ██████ report, he actually

17   lists all the news announcements he covered in

18   his event study?

19        A.   That's my understanding.

20        Q.   And did you read the contents of all

21   those news announcements?

22        A.   No, I did not.

23        Q.   Did you read the contents of any of

24   those news announcements?

25        A.   You know, at least parts that Dr. █████

1    quoted in his report.

2        Q.   Only the ones he quoted in his report?

3        A.   I think so.  I don't remember doing any

4    kind of systematic investigation of the ones

5    that he either ignored entirely or even the ones

6    that he used as part of event days.

7             I guess I read what he considered

8    relevant.

9        Q.   Well, do you know whether Dr. ███ read

10   the entirety of all those reports?

11       MR. FIGEL:  Objection.

12       THE WITNESS:  No.  You would have to ask him.

13   BY MR. HANAUER:

14       Q.   Are you offering any opinions on the

15   efforts Ripple took to increase demand for XRP?

16       MR. FIGEL:  Objection.

17       THE WITNESS:  Not in isolation, no, I'm not.

18   BY MR. HANAUER:

19       Q.   Are you offering any opinions on

20   whether Ripple's efforts affected demand for

21   XRP?

22       MR. FIGEL:  Objection.

23       THE WITNESS:  I'm not offering a separate

24   opinion on that subject.

25

```
 1   BY MR. HANAUER:

 2        Q.   Could Ripple take efforts that would

 3   increase demand for XRP?

 4        A.   Yes, obviously.

 5        Q.   Are you offering any opinions on the

 6   efforts Ripple took to impact supply of XRP?

 7        MR. FIGEL:  Objection.

 8        THE WITNESS:  Again, I have, you know, some

 9   background in my report on what Ripple did with

10   respect to supply of XRP.  That's like some of

11   the other questions that you asked, part of

12   background, part of the facts and circumstances

13   of the case.  But I'm not offering a separate

14   opinion about it.

15   BY MR. HANAUER:

16        Q.   Are you offering any opinions on

17   whether Ripple -- Ripple's efforts actually did

18   affect the supply of XRP?

19        MR. FIGEL:  Objection.

20        THE WITNESS:  Again, I'm not offering any

21   separate opinions about that.  I have discussion

22   of that in the background section of my report,

23   but it's not a separate opinion.

24   BY MR. HANAUER:

25        Q.   And all things being equal, from an
```

1    economics perspective, if demand for an asset

2    stays flat and the supply of that asset goes

3    down, should we expect the price of that asset

4    to go up?

5         MR. FIGEL:  Objection.

6         THE WITNESS:  Well, it would depend on the

7    shape of the supply curve.  But, you know,

8    that's certainly a reasonable assumption that

9    that would happen frequently, I guess.  I don't

10   know what else to say.

11            But in any particular situation,

12   obviously you'd have to analyze the relevant

13   facts and circumstances and look at the data to

14   form a conclusion.

15   BY MR. HANAUER:

16        Q.   Are you offering any opinions on the

17   efforts Ripple took to increase the price of

18   XRP?

19        MR. FIGEL:  Objection.

20        THE WITNESS:  No, I'm not, not as a separate

21   opinion.

22   BY MR. HANAUER:

23        Q.   Are you offering any opinions on

24   whether any of Ripple's efforts actually did

25   affect XRP's price?

167

```
1        A.   I think I said earlier that we did try

2   and look at the biggest price reactions of XRP

3   and look at certain disclosures by Ripple at

4   very -- at the same period as the price

5   reactions or very close to the price reactions.

6            And I think I said it seemed

7   reasonable, with respect to that handful set of

8   price reactions, to conclude that there was at

9   least a correlation between the announcements

10  and -- with respect to those few announcements,

11  those announcements and price reactions and

12  even, you know, be stronger than that and, you

13  know, at least as a working hypothesis, you

14  know, conclude that there was likely a causal

15  relationship.

16       Q.   Are you offering any opinions on

17  whether Ripple's efforts, independent of public

18  news announcements, affected XRP's price?

19       MR. FIGEL:  Objection.

20       THE WITNESS:  I'm not offering any separate

21  opinions on that subject.

22  BY MR. HANAUER:

23       Q.   Are you offering any opinions on the

24  efforts Ripple took to increase the liquidity of

25  XRP?
```

168

1       MR. FIGEL:  Objection.

2       THE WITNESS:  Same answer.

3   BY MR. HANAUER:

4       Q.   Are you offering any opinions on how

5   liquidity of XRP affects its price?

6       MR. FIGEL:  Objection.

7       THE WITNESS:  No, I'm not.

8   BY MR. HANAUER:

9       Q.   Can I ask you to look at paragraph 22

10  of your report.

11      A.   Okay.

12      Q.   And what do you mean when you say that

13  [as read]:  Statistically significant XRP

14  returns are correlated with announcements

15  related to the expected supply and demand for

16  XRP or other market conditions?

17      A.   Well, I mean, there's a whole paragraph

18  that describes it.  I mean, there's a -- there's

19  a couple of points.

20          One, just like all the questions that

21  you just asked me, the company's associated

22  products want those profits to be successful in

23  terms of whatever it is, increasing demand,

24  increasing liquidity, increasing price,

25  affecting supply.

169

```
 1              So, again, there's no distinction

 2    between any of those outcomes or intentions by

 3    companies that in any way is linked to whether

 4    or not something is a security.

 5              That's like the other things that I've

 6    already described, which are completely generic

 7    that have nothing to do with whether something

 8    is a security.  And that's just a continual

 9    methodological flaw in Dr. ██████ analysis.

10         Q.   I apologize because I think we're --

11    you may not have understood the question or I

12    did a bad job of asking it.

13              Can I just ask you:  What did you mean

14    when you were referring to statistically

15    significant XRP returns?

16         A.   Okay.  That's a completely different

17    question.

18         Q.   Yeah, and I'm sorry.  That's the one I

19    would like for you to discuss.

20         A.   That's fine.

21              I meant returns that, in Dr. ██████

22    event study, he found to be statistically

23    significant in either a parametric or a

24    nonparametric test in either a one- or a

25    two-tailed test.
```

170

1          Q.   And are you -- did you do any work or

2     analysis that disputes that finding of

3     statistical significance?

4          A.   You mean whether Dr. ███ calculated

5     statistical significance correctly using the

6     model that he used?

7          Q.   Yes.

8          A.   And the days that he chose?  No, other

9     than, you know, describing the extreme

10    subjectivity of what he did and looking at

11    positive results, not negative results.

12              I mean, there's a lot of criticisms,

13    but the actual calculation that he did of what's

14    a statistically significant return based on the

15    model that he used, I didn't do any work to see

16    whether his regression -- his regression result,

17    given the regression that he used and the data

18    that he used for the regression, that the data

19    that he reported was an accurate description of

20    the data resulting from the regression.

21         Q.   And what was your methodology for

22    trying to determine if an announcement related

23    to supply, demand, or expectations of market

24    participants on one hand or Ripple's efforts on

25    the other?

1     A.   The methodology was to highlight how

2  various announcements have both effects going on

3  simultaneously.  And some of the announcements,

4  as I've said several times, and as Dr. ███

5  himself concedes, are announcements about

6  actions by third parties that have very little,

7  if anything, to do with actions by Ripple

8  itself.

9     Q.   For Ripple's own announcements, what

10  was your methodology for determining whether the

11  announcement related to supply or demand, as

12  opposed to Ripple's efforts?

13     A.   It's basically what I've already said.

14     Q.   Can you elaborate?

15     A.   Yeah.  I just highlighted how various

16  announcements contain information about Ripple's

17  efforts, as well as new information about supply

18  and demand conditions in the marketplace where

19  it's very hard, if not impossible, to

20  disentangle those two.

21        But also, there are certain events that

22  Dr. ███ includes in his event days where he

23  himself concedes that there's no obvious

24  relationship or any relationship between

25  Ripple's actions and the effect of the

172

1    announcement that Ripple itself makes.

2        Q.   For the announcements that you didn't

3    actually read, what was your basis for

4    determining whether those announcements related

5    to supply or demand as opposed to Ripple's

6    efforts?

7        MR. FIGEL:  Objection.

8        THE WITNESS:  Because I read how Dr. ███ in

9    his report characterized them, his justification

10   for why he included them, and how he described

11   them, and was able to reach the conclusions that

12   I reached as described in my report.

13   BY MR. HANAUER:

14       Q.   Could another expert reasonably reach

15   the conclusion that the announcements Dr. ███

16   analyzed did, in fact, relate to Ripple's

17   efforts as opposed to supply and demand?

18       MR. FIGEL:  Objection.

19       THE WITNESS:  That's, again, a

20   mischaracterization of my opinion and what I've

21   said.  As to what another expert could conclude,

22   you'd have to ask them.

23   BY MR. HANAUER:

24       Q.   You talk about how some of the

25   announcements Dr. ███ looked at related to the

173

 1   expectations of market participants as opposed

 2   to Ripple's efforts; is that right?

 3         A.   You know, I think there is some

 4   sentences to that effect, if I remember

 5   correctly.  But why don't you point me to

 6   whatever it is that you're referring to so I can

 7   respond directly.

 8         Q.   So in paragraph 21 of your report.

 9         A.   Okay.

10         Q.   I think in the third sentence you say

11   how information about Ripple's efforts could be

12   confounded about information about the

13   expectations of market participants.

14         MR. FIGEL:  Mr. Hanauer, just so the record

15   is clear, would you mind reading the sentence

16   you're referring to?

17   BY MR. HANAUER:

18         Q.   The third sentence of paragraph 21 of

19   your report.  Do you see that?

20         A.   Beginning "Such confounding

21   information"?

22         Q.   Correct.

23         A.   Okay, I've read it.

24         Q.   So the expectations of market

25   participants, is that one of the factors of the

174

1   Howey test?

2       MR. FIGEL:  Objection.

3       THE WITNESS:  That's a legal question.  I

4   don't have any legal opinions that I'm offering

5   in this case.

6   BY MR. HANAUER:

7       Q.   Well, you state in your report a

8   section of Howey and then you say it's referred

9   to as the Howey test.

10      MR. FIGEL:  Objection.

11  BY MR. HANAUER:

12      Q.   Paragraph seven.

13      A.   I say my understanding is that's a

14  description of the Howey test, correct.

15      Q.   And one of the factors that you

16  describe the Howey test involves the expectation

17  of market participants?

18      A.   Are you saying -- is that contained in

19  what I quoted in paragraph seven?  I'm not sure

20  what you're asking me.

21      Q.   So I'm guessing -- or I'm asking:  Why

22  is it proper to consider Ripple announcements

23  that discuss the expectation of market

24  participants a confounding event if that is one

25  of the factors of a Howey test?

```
 1         MR. FIGEL:  Objection.

 2         THE WITNESS:  Again, that sounds like partly

 3    a -- or entirely a legal -- asking for a legal

 4    opinion, which I'm not giving.

 5              But you're also not focusing or looking

 6    at the whole sentence which describes what's

 7    meant not in terms of a legal opinion, but in

 8    terms of how to interpret price movements.

 9    BY MR. HANAUER:

10         Q.   Did you do anything to determine

11    whether the expectation of market participants

12    was impacted by their expectation of Ripple's

13    efforts?

14         MR. FIGEL:  Objection.

15         THE WITNESS:  You know, again, that's too

16    vague a question.

17              But it also, again, is a kind of

18    generic question that does not in any way

19    distinguish the relationship between Ripple and

20    XRP and countless other examples of exactly the

21    same thing that have nothing to do with any of

22    the issues relating to what's -- what is a

23    security, if what you're asking me is, is there

24    any relationship between Ripple's efforts and

25    investors' expectations about XRP.  If that --
```

176

```
 1    that's the way I understood the question.

 2    BY MR. HANAUER:

 3         Q.   That's not my question.

 4              My question is --

 5         A.   Okay.  Then maybe I misunderstood the

 6    question.

 7         Q.   -- is whether you did anything to

 8    determine whether the expectation of any market

 9    participant was impacted by that participant's

10    expectation of Ripple's efforts?

11         MR. FIGEL:  Objection.

12         THE WITNESS:  All right.  Well, at least to

13    me that's the same question.

14              I didn't do any independent analysis.

15    I don't have any independent opinion on that

16    subject other than to the extent that

17    relationship exists; it is a generic

18    relationship having nothing to do with anything

19    that's specific to the relationship between

20    Ripple and XRP but has to do with the

21    relationship between efforts of firms or

22    companies or founders, whatever the relevant

23    issue that's being -- or situation that's being

24    analyzed, and whatever the firm or product --

25    firm or founder or, again, whatever the
```

177

1    situation is that's being analyzed, what they

2    are doing and how that affects expectations of

3    whatever, whether it's a product or an

4    investment, whatever it is.

5            It's a completely generic question

6    that, no matter how it's resolved, has nothing

7    to do with anything specific about the

8    relationship between Ripple and XRP.

9    BY MR. HANAUER:

10       Q.   Did you do anything to determine the

11   expectation of any particular market

12   participant?

13       A.   No, I did not.

14       MR. HANAUER:  What do you say we take a break

15   right now.

16       THE VIDEOGRAPHER:  We are going off the

17   record.  The time is 3:23 p.m.

18                      (Whereupon, a recess was had at

19                       3:23 p.m., after which the

20                       deposition was resumed at

21                       3:23 p.m. as follows:)

22       THE VIDEOGRAPHER:  This is the end of media

23   unit two.  We are going off the record.  The

24   time is 3:23 p.m.

25

178

```
 1                    (Whereupon, a recess was had at

 2                    3:23 p.m., after which the

 3                    deposition was resumed at

 4                    3:42 p.m. as follows:)

 5        THE VIDEOGRAPHER:  We are --

 6        MR. FIGEL:  Before we -- could we just get a

 7   time check?

 8        THE VIDEOGRAPHER:  Oh, I'm sorry.  Yeah,

 9   we've been on the record for 4 hours and

10   14 minutes.

11        MR. FIGEL:  And not holding you to anything

12   Ben, but do you think we're going to go the full

13   whole seven?

14        MR. HANAUER:  I hope not.

15        MR. FIGEL:  Okay, good.

16        THE VIDEOGRAPHER:  All right.  We are back on

17   the record.  This is the start of media unit

18   three, the deposition of Daniel Fischel.  The

19   time is 3:42 p.m.

20            You may proceed.

21   BY MR. HANAUER:

22        Q.   Professor Fischel, can I please refer

23   you to paragraph 23 of your report.

24        A.   Okay.

25        Q.   And do you see in romanette (i) you
```

1   talk about how announcements about Ripple's

2   equity financing provide information about the

3   state of the market for XRP?

4        A.   Yes, I see that.

5        Q.   What information do Ripple's financing

6   amount -- I mean financing announcements provide

7   about the state of the market of XRP?

8        A.   Well, as the paragraph describes,

9   Ripple has different sources of -- different

10  sources of funds.  Equity issuances and selling

11  XRP units are two different sources of funds.

12           So the more Ripple relies on one source

13  of funds, all else equal can communicate

14  information to market participants about their

15  need to use alternative sources of funds, such

16  as selling units of XRP.

17           So I would say that's an example of

18  what -- as the section describes, as a compound

19  announcement.  The announcement itself is about

20  an equity issuance by Ripple.

21           But one of the reasons it has a price

22  effect is not because of just the equity

23  issuance by Ripple itself, which does not

24  directly involve XRP, but rather information

25  that it communicates about XRP.

1          And that's, again, an example of what I

2     refer to as a compound announcement because it's

3     an announcement about one thing that has nothing

4     to do with XRP but it communicates information

5     about market conditions for XRP, and, therefore,

6     it's a compound announcement.

7          Q.   Did you do anything to determine

8     whether obtaining equity financing actually

9     decreased the supply of XRP?

10         MR. FIGEL:  Objection.

11         THE WITNESS:  Well, first of all, that's not

12    what the paragraph says.  But the answer, did I

13    actually investigate that question, no, I

14    didn't.

15    BY MR. HANAUER:

16         Q.   Could Ripple increase its capital

17    expenditures and research and development

18    spending using the newly-obtained equity

19    financing while keeping its XRP sales at the

20    same level?

21         MR. FIGEL:  Objection.

22         THE WITNESS:  Is that possible?  Yes, it's

23    possible.

24    BY MR. HANAUER:

25         Q.   Do you know whether or not Ripple did

181

1   that?

2        A.   No, I don't.  I didn't investigate that

3   question.

4             But, again, that's not the point of the

5   paragraph.

6        Q.   If Ripple ceased to exist as a company,

7   how would that impact the market for XRP?

8        MR. FIGEL:  Objection.

9        THE WITNESS:  I don't know.  One would have

10  to speculate about the future, which is not so

11  easy.

12            And I don't know if it would be

13  possible to give a definitive answer because one

14  doesn't know what could happen in the future.

15  BY MR. HANAUER:

16       Q.   Do you have an opinion one way or the

17  other?

18       MR. FIGEL:  Objection.

19       THE WITNESS:  I don't.

20  BY MR. HANAUER:

21       Q.   Does Ripple going out and obtaining

22  equity financing, does that involve efforts by

23  Ripple?

24       A.   Well, it's a decision made by Ripple

25  for sure.  And what's done to the method for

182

```
1    what Ripple -- the steps that Ripple takes to

2    raise equity funds, you just have to investigate

3    that.  I can't answer that in the abstract.

4         Q.   Do you know how much money Ripple spent

5    to obtain equity financing?

6         A.   No, I don't, not from memory.

7         Q.   Did you review any documents that would

8    have shed light on how much money Ripple spent

9    to obtain equity financing?

10        MR. FIGEL:  Objection.

11        THE WITNESS:  Not that I recall.

12             But, again, I wasn't looking for that

13   information, so it's possible that it was in

14   some document that I saw, but I don't recall any

15   discussion of that in any document that I

16   remember reviewing.

17   BY MR. HANAUER:

18        Q.   And do you have any understanding of

19   whether the parties that provided equity

20   financing to Ripple, whether those parties

21   sought out Ripple on their own or were they

22   solicited by Ripple?

23        A.   I don't know.

24        Q.   And in paragraph 23, romanette (i), you

25   mention Ripple's decision to escrow 55 billion
```

183

1    XRP tokens?

2        MR. FIGEL:  Objection.

3        THE WITNESS:  Yes, that's right.

4    BY MR. HANAUER:

5        Q.   Was that an effort of Ripple to escrow

6    the 55 billion XRP?

7        A.   Well, it was a decision by Ripple, yes,

8    it was.

9        Q.   Could that escrowing have occurred

10   without Ripple's efforts?

11       MR. FIGEL:  Objection.

12       THE WITNESS:  Well, by definition, no, it

13   couldn't.

14   BY MR. HANAUER:

15       Q.   And in paragraph 23 (i), you also --

16   or, I'm sorry, paragraph 23 romanette (i), you

17   talk about Ripple receiving New York's first

18   BitLicense.

19       A.   Yes, that's right.

20       Q.   And did Ripple have to undertake

21   efforts to obtain that license?

22       A.   I don't know.

23       Q.   Do you know how much money Ripple spent

24   associated with applying for the BitLicense?

25       A.   No, I don't.

184

1       Q.   In the next paragraph, paragraph 23,

2   romanette (ii), you talk about the trading

3   platforms.

4       A.   Yes, I see that.

5       Q.   Do you know what efforts Ripple

6   undertook to get listed on any particular

7   exchange?

8       MR. FIGEL:  Objection.

9       THE WITNESS:  No, I haven't studied that

10  either.

11  BY MR. HANAUER:

12      Q.   Do you know whether Ripple paid money

13  to get listed on any exchange?

14      MR. FIGEL:  Objection.

15      THE WITNESS:  No, I don't.

16  BY MR. HANAUER:

17      Q.   Do you know any particular exchange's

18  reasons for listing XRP?

19      A.   No, I don't.

20      Q.   If Ripple paid an exchange to list XRP,

21  would that exchange listing of XRP involve

22  Ripple's efforts?

23      A.   It would -- yes.  If I make that

24  assumption, it would involve Ripple's efforts,

25  but that's not the same as saying that the

185

```
 1    information communicated would be solely as a

 2    result of Ripple's efforts.

 3              And even with respect to Ripple's

 4    efforts, what I've referred to several times,

 5    but I didn't have Dr. ▅▅▅▅ report in front of

 6    me, is paragraph 49 -- I'm sorry, footnote 49,

 7    where he states -- or at least it's -- or

 8    there's a reference to his report Figure 16,

 9    where on page 34 of Dr. ▅▅▅▅ report where he

10    acknowledges that the majority of the 11

11    announcements involve Ripple's actions.

12         Q.   But did Dr. ▅▅▅▅ actually look to --

13    did Dr. ▅▅▅▅ do anything to determine why any

14    particular exchange listed XRP?

15         MR. FIGEL:  Objection.

16         THE WITNESS:  You'll have to ask him.  I

17    don't know what he did.  I know what he

18    acknowledged.

19    BY MR. HANAUER:

20         Q.   In that same paragraph 23, romanette

21    (ii), you talk about how other cryptocurrencies

22    such as Bitcoin are listed on platforms without

23    the effort of a company like Ripple.

24         A.   Yes, I see that.

25         Q.   Do you know what cryptocurrencies other
```

1    than Bitcoin have been listed on exchanges

2    without the effort of a sponsoring company?

3        MR. FIGEL:  Objection.

4        THE WITNESS:  No, I don't.

5    BY MR. HANAUER:

6        Q.   At the time the first exchange listed

7    Bitcoin, was there a company that owned the

8    majority of Bitcoin in existence?

9        A.   I don't believe so.

10       Q.   Has there ever been a company that

11   owned the majority of Bitcoin in existence?

12       A.   Not as far as I know.

13       Q.   So I want to refer you now to the next

14   two subparagraphs, paragraph 23, romanette (iii)

15   and (iv).

16           Do you see those?

17       A.   Yes, I see that.

18       Q.   Do you know what efforts Ripple

19   undertook to get users to use its products?

20       MR. FIGEL:  Objection.

21       THE WITNESS:  No, I haven't studied that

22   question.

23           Again, it's like so many questions, one

24   of his completely generic questions having

25   nothing to do with any particular relationship

1    between Ripple and XRP.

2    BY MR. HANAUER:

3        Q.   Do you know whether Ripple paid

4    rebates, incentives, bonuses, or other

5    compensation in order to get users to use

6    Ripple's products and software?

7        MR. FIGEL:  Objection.

8        THE WITNESS:  No, I don't.

9    BY MR. HANAUER:

10       Q.   Do you know any particular user's

11   reasons for using Ripple's products?

12       A.   Other than they made a decision it was

13   in their interests to do so, no, I don't.

14       Q.   If Ripple paid someone to use its

15   products, would that person's decision to use

16   the product involve Ripple's efforts?

17       MR. FIGEL:  Objection.

18       THE WITNESS:  Yes.  But --

19       MR. FLUMENBAUM:  Objection.

20       THE COURT REPORTER:  He said objection.  Got

21   it.

22       MR. FLUMENBAUM:  Thank you.  I didn't hear

23   Reid.

24       MR. FIGEL:  I did object, Marty.

25       MR. FLUMENBAUM:  Good.

188

```
 1        THE WITNESS:  I just wanted to finish my

 2    answer.

 3             The point is not that all these actions

 4    had no involvement by Ripple, although some of

 5    them apparently did not have any, at least

 6    according to Dr. ████.

 7             But the point is that the information

 8    content of the announcement was not solely a

 9    product of Ripple's actions.

10             And one of the ways that you can tell

11    that is that the actions frequently don't even

12    involve XRP.  They involve use of Ripple's

13    software, use of Ripple's equity issuances.  But

14    they have a price effect on XRP.

15             Now, why is that?  Again, taking

16    Dr. ████ findings and his analysis at face

17    value, the reason is that the information

18    content of an announcement that has nothing to

19    do with XRP communicates information to market

20    participants about market conditions for XRP

21    and, therefore, there is a price reaction for

22    XRP, at least according to Dr. ████ a

23    correlation with the price reaction for XRP in

24    connection with an announcement that on its face

25    has nothing to do with XRP.
```

189

```
1              And that's, again, a simple and clear
2    example of why these announcements are compound
3    announcements with respect to explanations of
4    price movements of XRP, even taking Dr. ████
5    findings at face value.
6    BY MR. HANAUER:
7         Q.   So which of Dr. -- the announcements
8    analyzed by Dr. ████ which of those
9    announcements had nothing to do with XRP?
10        MR. FIGEL:  Objection.
11        THE WITNESS:  Announcements that don't refer
12   to XRP but at least what I'm just referring to,
13   announcements that refer to actions by Ripple
14   independent of actions about XRP, such as
15   Ripple's equity issuances and use by customers
16   of Ripple's software.
17   BY MR. HANAUER:
18        Q.   Can you name any of the announcements
19   Ripple made about its software that involved
20   software that did not require the use of XRP?
21        MR. FIGEL:  Objection.
22        THE WITNESS:  It's not whether the software
23   could be used for XRP.  That is one of the
24   factors that explains -- or that communicates
25   information about potential increase in demand
```

190

1   for XRP.

2          But the point is the announcement is

3   itself -- the announcement itself is about

4   decisions by third parties to use Ripple's

5   software.  And that, notwithstanding the fact

6   that the announcement itself is about a decision

7   to use Ripple's software, again, as the

8   paragraph states, that also communicates

9   information about the expected supply and demand

10  for XRP from users of the XRP ledger.

11  BY MR. HANAUER:

12      Q.   Do you know which of Ripple's products

13  required the use of XRP?

14      A.   No, not without studying the issue.

15  But I don't have any opinion on that.

16      Q.   Are you aware that some of Ripple's

17  products and software required XRP to work?

18      A.   I think Ripple had a number of

19  different products, some related to XRP, some

20  not, some payment system products not related to

21  XRP.

22          But beyond that, I haven't studied the

23  issue and I certainly don't have an opinion

24  about it.

25      Q.   Can we look at Exhibit 2 to your

191

1    report, please.

2         A.   Okay.

3         Q.   Who prepared Exhibit 2 to your report?

4         A.   This is just like Exhibit 1.  We looked

5    at Dr. ████ backup.  He has a series of

6    columns, as I recall, about other announcements

7    in his Exhibit C within certain periods of his

8    event days.  And we just took that data that he

9    himself reports and just transferred it to

10   Exhibit 2.

11        Q.   I asked who prepared it.

12        A.   You mean who -- again, I'm sorry the

13   same question who physically prepared Exhibit 2?

14        Q.   Yes.

15        A.   I don't know who physically prepared

16   Exhibit 2.  It might have been a research

17   assistant.

18        Q.   Did you do anything to verify the

19   accuracy of Exhibit 2?

20        A.   Well, something.  I mean, I looked at

21   the various documents in Dr. ████ event study

22   to see how the numbers on Exhibit 2 were

23   created.  You know, I guess that's what we did.

24        Q.   Does Exhibit 2 to your report, does it

25   only identify news announcements that Dr. ████

192

1    identified that were not included in his 105

2    news days?

3        MR. FIGEL:  Objection.

4        THE WITNESS:  It refers to other

5    announcements on Dr. ██████ Exhibit C

6    surrounding one or more of Dr. ██████ event

7    days.  But, frankly, I'm not sure from memory

8    without checking whether any of the confounding

9    announcements were also themselves event days.

10   I would have to check to make sure.

11   BY MR. HANAUER:

12       Q.    Did Dr. ██████ determine that the

13   announcements that were not in his five select

14   categories would not be expected to move XRP

15   prices?

16       MR. FIGEL:  Objection.

17       THE WITNESS:  I think that's what he said in

18   his report.

19   BY MR. HANAUER:

20       Q.    And did you do any work or analysis to

21   determine whether the excluded events actually

22   did affect Ripple -- or XRP's price?

23       MR. FIGEL:  Objection.

24       THE WITNESS:  I didn't.  But the point is

25   there is kind of a selection bias, a

1    subjectivity that produces a selection bias.

2          If you want to test the effective

3    announcements on prices, if you start by picking

4    your subjective judgment of the events that have

5    -- are the most likely to have an effect on

6    prices, it's no big surprise that your

7    subjective judgment, if you do it competently,

8    is more likely to produce events that are

9    correlated with price movements because that's

10   your selection criteria.

11         If you select important events, you're

12   going to get a result that reflects your

13   selection bias, that you're starting with

14   important events that you subjectively identify

15   and your results are going to reflect that.

16         It's different than analyzing the

17   number of -- the percentage of statistically

18   significant results and not statistically

19   significant results.  If you don't use that

20   selection bias, then you start with all 500

21   days, for example, you would get different

22   results.

23   BY MR. HANAUER:

24        Q.   Of the approximately 400 events that

25   Dr. ███ excluded from his analysis, how many of

194

1    those news announcements did you read the

2    contents of in their entirety?

3         MR. FIGEL:  Objection.

4         THE WITNESS:  You know, I would say, unless

5    their results were quoted somewhere, probably

6    none.  In terms of the description of them, I

7    certainly read the description provided by

8    Dr. ██████ of them and why he, in his opinion,

9    decided not to include them in his results.

10   BY MR. HANAUER:

11        Q.   Are you offering the opinion that any

12   particular of the announcements that Dr. █████

13   excluded from his analysis actually confounded

14   or otherwise affected Dr. ██████ analysis?

15        MR. FIGEL:  Objection.

16        THE WITNESS:  Well, clearly it affected his

17   analysis because he ignored 400 out of the 500

18   days, rounding.  Yes, that affects your

19   analysis.

20            If you have a percentage of days with

21   significant results and a percentage of days

22   without significant results, even if you're just

23   talking about correlations, forgetting all the

24   other methodological flaws that I've identified,

25   obviously it affects your results if you throw

195

1     out 400 days and don't consider them and only

2     look at 100 and of those 100 only look at a

3     small subset of those days when there are

4     statistically -- you find a correlation with

5     statistically significant results.  Obviously

6     that affects your results and your analysis.

7     BY MR. HANAUER:

8          Q.   Did you perform any work or testing to

9     see how ███████ analysis would have changed if

10    any of the excluded events had, in fact, been

11    included?

12         MR. FIGEL:  Objection.

13         THE WITNESS:  I think the point is obvious

14    from what I said.  Assuming that there was some

15    principal reason for choosing -- selecting the

16    100 events to test and excluding the 400, if you

17    used 500 events, you would get a much lower

18    percentage of statistically significant days

19    relative to 500 days than you do relative to 100

20    days, rounding.  I think it's 105 days, but it's

21    the same point.

22    BY MR. HANAUER:

23         Q.   But did you actually do any testing

24    that included the events that Dr. ██████ excluded?

25         A.   I didn't do any testing.  But Dr. █████

196

```
 1    himself states that in his report as the reason

 2    why he excluded the 400 other events or the

 3    400 -- you know, events have sort of a double

 4    meaning in this case.  So why he excluded the

 5    400 other announcements is probably more

 6    accurate.

 7         Q.   And if I wanted to see how the results

 8    would change by including events that Dr. ████

 9    excluded, would that require doing another

10    iteration of the event study with additional

11    events in it?

12         MR. FIGEL:  Objection.

13         THE WITNESS:  Well, additional announcements

14    -- and, again, in answering these questions, I'm

15    just accepting Professor -- Dr. ████ analysis

16    at face value, meaning I'm not focused on the

17    deficiency caused -- deficiencies caused by the

18    fact that you're interpreting -- or Dr. ████ is

19    interpreting price reactions in relation to

20    announcements in an inefficient market, which,

21    you know, creates serious problems of its own.

22              But putting that all to one side, it

23    would be possible to duplicate what Dr. ████

24    did, accepting all of his conditions, selection

25    criteria, and putting to one side all the
```

197

1    methodological flaws associated with doing that,

2    and do the exact same announcements with -- the

3    exact same analysis with 500 announcements as he

4    does with 100 announcements, again rounding the

5    500 and the 100.

6    BY MR. HANAUER:

7         Q.    It would be possible to do that

8    testing?

9         A.    Yes, absolutely it would be possible.

10        Q.    Did you or Compass, in fact, do that

11   testing?

12        A.    No, for the reason that I stated.  And

13   it's also described by Dr. ████ himself as part

14   of his methodology and the reasons why he used

15   that methodology.

16        Q.    I would ask you to assume that Dr. ████

17   was correct, that the excluded events should not

18   be included in his testing.

19            If we were to accept that assumption,

20   would Exhibit 2 still support the opinion that

21   the announcements Dr. ████ analyzed may be

22   confounded by other contemporaneous

23   announcements?

24        MR. FIGEL:  Objection.

25        THE WITNESS:  Yes.  The point would still

198

1    apply.

2    BY MR. HANAUER:

3        Q.   And why is that?

4        A.   Because you don't have to have a

5    statistically significant price reaction to have

6    an effect on prices.  And particularly in an

7    inefficient market, you cannot confidently, even

8    as a matter of correlation, associate particular

9    price movements with particular announcements.

10   And if you have multiple announcements, you

11   can't tell if the, for example, the announcement

12   that you are calling statistically significant

13   is only statistically significant because it's

14   partly reflecting the effects of another

15   announcement in the same window, you know, just

16   as an example.

17            It's just another illustration of --

18   about Dr. ████ recognizing that he's dealing

19   with an inefficient market but not appreciating

20   the significance and the consequence and the

21   implications of that admission.

22       Q.   Did you look at any news announcements

23   beyond the 504 -- 514 identified by Dr. ████

24       A.   Not that I recall.

25       Q.   Do you consider repetitive news as

199

1    value relevant news that should be considered

2    separately for measuring price impact?

3        MR. FIGEL:  Objection.

4        THE WITNESS:  Again, it depends entirely on

5    the relevant facts and circumstances.  It is

6    certainly possible that information that would

7    generally be referred to as stale, the price

8    reaction to that would have to be interpreted in

9    light of the fact that the information is stale.

10           On the other hand, sometimes repetition

11   of the same information makes the information

12   more important, not less important.  It just

13   depends on the relevant facts and circumstances.

14   BY MR. HANAUER:

15       Q.   Did you do any work or analysis to

16   determine whether any of the events identified

17   by Dr. ███ were stale or were repetitive?

18       MR. FIGEL:  Objection.

19       THE WITNESS:  No, I didn't.  I saw what

20   Dr. ███ did as a justification for excluding

21   certain announcements.  As I said, there is a

22   lot of subjective decision making by Dr. ███ as

23   to which announcements counted, which

24   announcements don't count.

25           It's one thing to interpret results in

200

```
 1    a particular way.  It's another thing to

 2    subjectively decide which observations need to

 3    be included in terms of analyzing what the

 4    results of a particular study show.

 5              And I think one always needs to be

 6    careful, again, as a lot of support for this in

 7    the academic literature about subjectively

 8    including or excluding which announcements or

 9    which events you include in a particular

10    analysis absent a principal basis for doing so.

11    BY MR. HANAUER:

12         Q.   Is there an objective way to determine

13    which news should be included in Dr. █████

14    analysis?

15         MR. FIGEL:  Objection.

16         THE WITNESS:  Well, you know, I guess one

17    starting point is you could report results for

18    all 514 announcements.  That would be a good way

19    to start.

20    BY MR. HANAUER:

21         Q.   Do the figures on your table in

22    Exhibit 2 to your report, do those figures

23    include repetitive or stale news?

24         A.   I don't know without looking.  But,

25    again, to say something is repetitive is not the
```

201

1    same thing as saying that it's stale.

2           And, again, that's a function of

3    interpretation depending on the relevant facts

4    and circumstances.  Sometimes the repetition of

5    an announcement can have a smaller or no effect

6    because the effect of the announcement was

7    earlier.

8           Other times you can have exactly the

9    reverse, that a particular announcement, when

10   it's made the first time, has a very small or no

11   effect, but when it's made the second time has a

12   big effect precisely because it's being

13   repeated.

14          And, therefore, to arbitrarily exclude

15   announcements because they've been in one's

16   subjective judgment made at an earlier or

17   something similar has been made at an earlier

18   point in time is really an error.  Because the

19   fact that information is repeated doesn't tell

20   you by itself whether that -- whether the

21   repetition makes the information more important

22   or less important.

23          That's just another methodological flaw

24   in what Dr. ████ did.

25        Q.   Can you please pull out Dr. ██████

202

1    report.

2         A.   Okay.  I have it.

3         Q.   And look at page 29.

4         A.   Okay, I have it.

5         Q.   Look at footnote 67, please.

6         A.   Okay.  Just give me a second to look at

7    it.

8              Okay, I've looked at it.

9         Q.   And do you see how Dr. ██████ writes [as

10   read]:  On May 16, 2017, Ripple announces its

11   plan to escrow 55 billion XRP tokens.  A

12   newsroom article from May 26, 2017, again

13   reports Ripple's plan to escrow 55 billion XRP

14   tokens.  I exclude the May 26, 2017, event from

15   my analysis as stale?

16        A.   Yes, I see that.

17        Q.   Should the May 26, 2017, event

18   referenced in that footnote, should that be

19   considered as confounding news for the May 16th

20   announcement?

21        A.   Confounding news?  I wouldn't call it

22   confounding news.

23        Q.   Would the May 26, 2017, announcement

24   show up within the ten -- plus or minus ten-day

25   window on Exhibit 2 to your report?

```
 1        MR. FIGEL:  Objection.

 2        THE WITNESS:  It might and it should.

 3   BY MR. HANAUER:

 4        Q.   Why is that when you just said that the

 5   May 26th announcement would not be confounding

 6   news?

 7        MR. FIGEL:  Objection.

 8        THE WITNESS:  Because previously we were

 9   using the term to be situations where

10   confounding news was information either -- in my

11   report, either information that communicated

12   information about Ripple's efforts, if there

13   were efforts, and new information about supply

14   and demand conditions, as well as multiple

15   announcements within a particular event window

16   and different event windows that you cannot

17   exclude the possibility, have an effect on

18   price, particularly because of the

19   acknowledgement that XRP is trading in an

20   efficient market.

21             So let's take this particular example

22   of excluding 5/26.  One of the things that I've

23   written about in my own articles about event

24   studies is the need to avoid "I know it when I

25   see it" tests to decide what's important or not
```

1    important just based on your own subjective

2    judgment, as opposed to doing the analysis

3    yourself, looking at the price reaction and

4    deciding whether or not the price reaction

5    demonstrates that the announcement, in this

6    case, the second announcement, relative to the

7    first announcement is bigger, smaller, what --

8    or the same.

9            That's the proper methodology to use.

10   You don't know without looking based on an "I

11   know it when I see it" test what the

12   relationship is between the price effects of

13   these two different announcements.  And because

14   what's involved is an inefficient market, there

15   is no theory for when information is reflected

16   in prices in an information market.

17           So it may be that some of the price

18   reaction on the one announcement, either one of

19   them, is a product of other information from the

20   other announcement just not being reflected in

21   prices on that day but on the other day or

22   they're combined in some way.  There is no way

23   to know without actually doing the analysis and

24   actually looking at the effect on prices or the

25   correlation, to be more precise, using

205

1    Dr. ██████ term, as opposed to making a

2    subjective judgment and arbitrarily including

3    some announcements but not other announcements.

4            Again, I just think that's a basic

5    methodological error.

6    BY MR. HANAUER:

7        Q.   On Exhibit 2 you say that the events

8    Dr. ██████ included may have been confounded

9    without actually doing any analysis to determine

10   the impact of potentially confounding

11   announcements?

12       MR. FIGEL:  Objection.

13       THE WITNESS:  I wouldn't say there is no

14   analysis.  The announcement is the proximity in

15   time and the significance of the proximity in

16   time, particularly in a situation where you're

17   dealing with an inefficient market when there is

18   no theory for what time period information is

19   reflected in prices, when that occurs and

20   whether it occurs without bias, and if there is

21   bias when the bias disappears.

22           That's the point of Exhibit 2.

23   BY MR. HANAUER:

24       Q.   Did you do any analysis or testing to

25   make a quantitative determination on the impact

1    of any particular piece of potentially

2    confounding news?

3        MR. FIGEL:  Objection.

4        THE WITNESS:  You know, again, I've tried to

5    make this point several times.  It's very hard

6    to do really and sometimes impossible to do in

7    an inefficient market because you don't know

8    when the price effects of any particular

9    announcement, when they are reflected in prices

10   or when they're fully reflected in prices, when

11   they're reflected in prices without bias.

12        If you have an efficient market, you

13   have a premise for stating that for certain

14   types of information there is empirical support

15   for those types of announcements in an efficient

16   market, what the speed of price adjustment is to

17   new information.

18        In fact, that is one of the key

19   provisions in the Cammer factors that we

20   discussed earlier.

21        But with an inefficient market you

22   don't have a theory of the speed of price

23   adjustment to new information.  And that's why

24   the existence of multiple announcements in a

25   particular window is particularly important in

1    creating, at a minimum, caution in attributing a

2    correlation between a price -- between a

3    particular announcement and a price movement

4    when there are other announcements in the same

5    window as the announcement that, in this case,

6    Dr. ███ is attributing correlation to.  And

7    that's what Exhibit 2 is meant to illustrate.

8    BY MR. HANAUER:

9        Q.   Are you offering any opinion as to the

10   quantitative impact of any potentially

11   confounding news?

12       MR. FIGEL:  Objection.

13       THE WITNESS:  I would say no for the reasons

14   that I just described.

15   BY MR. HANAUER:

16       Q.   How many -- besides the May 26, 2017,

17   example, how many other news repetitions are

18   included in your analysis on Exhibit 2 to your

19   report?

20       MR. FIGEL:  Objection.

21       THE WITNESS:  Well, first of all, I'm not

22   sure about the premise of your question.

23           When you said that the May 26th

24   announcement is included -- it might be -- but I

25   don't have a way of knowing that for sure as I

1    sit here --

2    BY MR. HANAUER:

3        Q.   Well, you included all of Dr. ███████

4    514 announcements, right?

5        MR. FIGEL:  Just to -- just so the record is

6    clear, Dr. Fischel, Professor Fischel, did you

7    finish your answer before Mr. Hanauer asked a

8    clarifying question?

9        THE WITNESS:  No.  I was trying to finish my

10   answer.

11       MR. FIGEL:  Do you want the court reporter to

12   read back the question on where you were?

13       THE WITNESS:  No, I remember the question.

14           What I was about to say is, as I said,

15   you might be right in what you said about the

16   May 26th announcement.  But I don't have the --

17   I have the number of other announcements within

18   the same windows as what's reflected in

19   Exhibit 2, but I don't have the list of

20   announcements themselves in front of me.

21           So I can tell you what Exhibit 2 says,

22   but I cannot say with certainty which specific

23   announcements are included because I don't have

24   them in front of me.

25

209

1    BY MR. HANAUER:

2        Q.   Do you know how many repetitive or

3    stale announcements are included on Exhibit 2?

4        A.   That's what I was trying to answer.

5            I don't -- first of all, a repetitive

6    announcement is not the same as a stale

7    announcement for reasons that I've said several

8    times.  A repetitive announcement may have a

9    much bigger effect than the initial

10   announcement.

11           So to assume that they're stale and

12   they have no effect and you can ignore them,

13   that's a fundamental error in an event study

14   analysis.

15           So let me just start there.

16           Apart from that, I don't know which

17   announcements you're considering to be

18   repetitive or stale; so, therefore, I do not

19   know how many of whatever you're considering to

20   be repetitive or stale, even for the moment

21   ignoring the error in equating repetitive with

22   stale, how many of what you are defining in a

23   particular category, how many of those

24   announcements are included in Exhibit 2.

25       Q.   Did you do any work to determine

210

```
 1    whether -- strike that.

 2            Did you do any work to determine the

 3    amount, if any, of repetitive or stale events

 4    included in Exhibit 2?

 5         MR. FIGEL:  Objection.

 6         THE WITNESS:  I would say no because that

 7    would not be relevant for purposes of the

 8    analysis that I did in Exhibit 2.

 9    BY MR. HANAUER:

10         Q.   So the title of Exhibit 2 is [as read]:

11    Event days analyzed in Dr. █████  select

12    categories test may be confounded by other

13    announcements on or near the event day.

14         A.   That's right.

15         Q.   And that's your opinion?

16         A.   That's right, particularly in the

17    context of identifying characteristics of

18    inefficient markets and the implications of what

19    an inefficient market means.

20         Q.   Are you offering an opinion that goes a

21    step further than that, that the events analyzed

22    in Dr. █████  select categories' test are

23    confounded by other announcements?

24         MR. FIGEL:  Objection.

25         THE WITNESS:  I think what I've said multiple
```

211

```
1    times is in inefficient markets when there's no

2    theory of when information is reflected in

3    price, it is impossible to know, if you have

4    multiple announcements in a particular time

5    period, what price reactions can be confidently

6    attributed to one announcement as compared to

7    both announcements or even compared to neither

8    announcement.  That's the point.

9    BY MR. HANAUER:

10       Q.   So do you have any specific examples of

11   news events from Dr. █████ analysis that were

12   confounded on the same day with other news?

13       A.   I'd have to check.  That's a good

14   question.  I'd have to check to be sure.

15            I don't know --

16       Q.   You don't know --

17       A.   I don't know without checking.

18            I mean, it's in the data, but I -- from

19   memory, I don't remember.

20       Q.   So on Exhibit 2 to your report, can we

21   look at row number one.

22       A.   I'm sorry, this is █████

23            Okay, I have it.

24       Q.   And how many days are in the windows

25   reflected in row number one?
```

212

```
1        A.    Ten days, plus or minus, from the event

2   day.

3        Q.    So is that 21 days total?

4        A.    Yes, that would be 21 days total.

5        Q.    And what is the fourth row, the row

6   titled Average?  What does that represent?

7        A.    That means if you look at all of the

8   event days and look at all of the other

9   announcements within that event window and you

10  average them all from, again, a minimum of zero

11  to a maximum of 14 with a median of 4, you get

12  an average of 5.

13       Q.    And from Exhibit 2, can we tell if

14  those average of five other announcements are in

15  the first ten days of the 21-day window?

16       A.    No, you can't.

17       Q.    Do you know -- can you tell how many of

18  the average of five events are on the last ten

19  days of the 21-day window?

20       A.    I mean, you could by checking, but you

21  can't tell just looking at this exhibit.

22       Q.    Is it fair to say that to reach the

23  conclusion from Exhibit 2 to your report, that

24  event days analyzed in Dr. ████ category may

25  be confounded by other announcements, that to
```

1    reach that conclusion, it doesn't matter if the

2    other announcements are before, on, or after the

3    event day analyzed by Dr. ███████.

4        MR. FIGEL:  Objection.

5        THE WITNESS:  I don't know if I'd say it

6    doesn't matter.  Although, one of the articles,

7    I actually discuss it in my report, on the

8    existence or lack of existence of an efficient

9    market, does exactly what is in this exhibit of

10   looking at arbitrage opportunities both before

11   and after particular events.

12           So there's support in the academic

13   literature for analyzing the issue the way I

14   did.  But you -- on the exhibit itself, you

15   cannot tell whether the announcements are before

16   or after, or most before or most after.

17   BY MR. HANAUER:

18       Q.   Does it affect your analysis?

19       A.   For this purpose, no, it does not

20   affect my analysis.

21       Q.   Does Exhibit 2 to your report

22   distinguish between announcements in Dr. ███████

23   select categories on one hand and announcements

24   in Dr. ███████ other categories on the other?

25       MR. FIGEL:  Objection.

214

1          THE WITNESS:  You know, you asked me that

2    before, and I said I'd have to check.

3               I think most of the -- if I remember

4    correctly, most of the other announcements

5    around the event day are not in Dr. ███

6    select categories, but I don't remember if all

7    of them are.

8    BY MR. HANAUER:

9          Q.   Does it matter for your analysis?

10         A.   No.

11         Q.   Did you test if any of the news

12   announcements outside of the five categories

13   analyzed by Dr. ███ were associated with

14   statistically significant price returns?

15         MR. FIGEL:  Objection.

16         THE WITNESS:  Did I specifically test that?

17   No, I don't think I did.

18   BY MR. HANAUER:

19         Q.   Did you test how quickly the effect of

20   news announcements were incorporated into XRP's

21   price?

22         MR. FIGEL:  Objection.

23         THE WITNESS:  I mean, that's -- one of the

24   characteristics of an inefficient market is you

25   don't really have a theoretical basis for

215

1    analyzing that question.

2    BY MR. HANAUER:

3        Q.   So the answer is no?

4        A.   There's no test that you can conduct

5    that can definitively answer that question if

6    it's an inefficient market.

7             You can have shorter event windows,

8    larger event windows, there's tradeoffs with

9    respect to both of those strategies.  And the

10   reason why you have different event windows is

11   because you can't answer the question

12   definitively and there's no theoretical basis

13   for doing so.

14            That's the reason to have different

15   event windows.

16       Q.   When you perform an event study, do you

17   always look for confounding news and make

18   adjustments to account for confounding news?

19       MR. FIGEL:  Objection.

20       THE WITNESS:  Again, every case depends on

21   the relevant facts and circumstances.  But when

22   you're dealing with an efficient market, again,

23   one of the definitions of an efficient market is

24   publicly available information is reflected

25   quickly and without bias in prices.  And there

1   has been a number of studies of how quick that

2   is, whether or not there's bias.

3            So there is a framework in the academic

4   literature for what the logical length of time

5   to look at to determine the effect of a piece of

6   publicly available information, whether from an

7   announcement or otherwise.

8            And that doesn't exist in inefficient

9   markets.  And that's why there are these

10  different trading windows -- trading event

11  windows in the study that is -- I discuss in my

12  report about arbitrage opportunities before and

13  after particular events demonstrating market

14  insufficiently with cryptocurrencies.

15  BY MR. HANAUER:

16       Q.    That's the Joo paper?

17       A.    No.  I think that's the -- I just want

18  to look just to make sure that what I just said

19  is accurate.  But it's not the Joo paper, I

20  don't believe.

21       Q.    Would it be the Feng paper then?

22       A.    Yeah, it's footnote 71.

23       MR. HANAUER:  Do you mind if we take a quick

24  break?

25       MR. FIGEL:  Not at all.

1        MR. HANAUER:  Off the record, please.

2        THE VIDEOGRAPHER:  We are going off the

3    record.  The time is 4:45 p.m.

4                    (Whereupon, a recess was had at

5                    4:45 p.m., after which the

6                    deposition was resumed at

7                    5:11 p.m. as follows:)

8        THE VIDEOGRAPHER:  We are back on the record.

9    The time is 5:12 p.m.

10           You may proceed.

11   BY MR. HANAUER:

12        Q.   Professor Fischel, in other of your

13   testifying expert engagements, have you prepared

14   reports that test the market efficiency for a

15   specific security?

16        A.   Certainly I analyzed that question.

17   I'm trying to remember if any of my reports on

18   that issue were ever filed.

19        MR. HANAUER:  Exhibit 12.

20        THE WITNESS:  And I'd have to check.

21   Certainly, I filed a number of reports concluding

22   that markets were efficient.

23                    (Whereupon, Deposition

24                    Exhibit DF-12 was marked for

25                    identification.)

218

1   BY MR. HANAUER:

2        Q.   Is Exhibit DF-12 a copy of the expert

3   report you submitted in a case called Shah

4   versus Zimmer Biomet Holdings, Inc., in the

5   Northern District of Indiana?

6        A.   Yes, it appears to be.

7        Q.   And in the Shah case, did you test the

8   market efficiency of a specific security?

9        A.   You know, I actually don't remember

10  very well, but let me just look and I can answer

11  that question.

12            Yes, I did.

13       Q.   And was one of the ways you tested for

14  market efficiency in the Shah case was by

15  performing an event study?

16       A.   Yes.

17       Q.   In this case did you perform an event

18  study to test the efficiency of the XRP trading

19  markets?

20       A.   No, for the reasons that I've stated.

21       Q.   Did you perform any work or analysis to

22  assess XRP price movement independent of

23  Bitcoin?

24       MR. FIGEL:  Objection.

25       THE WITNESS:  I would say no unless one of

219

```
 1    Dr. ████ different 20 regression

 2    specifications, you might be able to draw

 3    inferences about that question by looking at his

 4    different regressions and the explanatory power

 5    of different independent variables.

 6              But in terms of any independent

 7    analysis, no, I didn't.

 8    BY MR. HANAUER:

 9         Q.   Did you perform any work or analysis to

10    assess XRP price movement independent of any

11    other digital asset other than Bitcoin?

12         MR. FIGEL:  Objection.

13         THE WITNESS:  Really, the same answer as I

14    just gave.

15    BY MR. HANAUER:

16         Q.   When you're defining market efficiency,

17    is it a black-and-white issue where markets can

18    only be efficient or not efficient?

19         MR. FIGEL:  Objection.

20         THE WITNESS:  I think it depends.  Define for

21    what purpose.  For purposes of interpreting

22    price movements in an event study, I think

23    market efficiency and satisfying the conditions

24    for semi-strong market efficiency, I think

25    that's quite important.
```

220

```
 1              I would say more generally market

 2     efficiency in a pure economic sense without

 3     consideration of the context of how market

 4     efficiency is either being used or not used,

 5     it's probably more accurate to say that markets,

 6     depending on which market you're talking about,

 7     it's probably more accurate to talk about a

 8     continuum of market efficiency to complete

 9     inefficiency to somewhere in between.

10     BY MR. HANAUER:

11         Q.   So that continuum you just discussed,

12     does that apply to market efficiency as it

13     relates to event studies?

14         A.   Not so much.  I mean, that -- that's

15     what I was describing a second ago, that if you

16     want to attribute correlation, let alone

17     causation, between a particular event and a

18     particular price movement, you need some

19     empirical basis, some theoretical and empirical

20     basis generally from existing academic

21     literature, but also tests that you yourself can

22     perform, that gives you a basis for concluding

23     that particular events or announcements can be

24     confidently associated with or correlated with

25     particular price movements.
```

1    Q.   For -- as they relate to -- as it

2  relates to event studies, what's the difference,

3  if any, between a market being less efficient

4  and a market being not efficient?

5    A.   Not very much in terms of the way event

6  studies are usually used for purposes of

7  analyzing the relationship between public

8  announcements or events and price movements.

9    Q.   So are you saying that -- can an event

10  study be performed to accurately test the impact

11  between news announcements and prices when the

12  market is less efficient but not not efficient?

13    MR. FIGEL:  Objection.

14    THE WITNESS:  Well, again, I'm trying to

15  distinguish between how event studies can be

16  used in ways that you have confidence about the

17  results versus how they could potentially be

18  used.

19        So, for example, if you try and do an

20  event study with an asset that's never traded,

21  then it would be -- that's really one end of the

22  spectrum of inefficiency, but then you get all

23  kinds of intermediate cases that can exist where

24  you still cannot confidently establish

25  correlation between particular events and

222

1   particular price movements, again, depending on

2   the event and depending on the price movement

3   because there may be things that you know from

4   other sources that allow you to -- in

5   particular, the situations reach inferences

6   whether or not the market is efficient.

7          And that's -- that's the logic in these

8   academic studies of having all kinds of

9   different windows, short windows, medium

10  windows, long windows.  But, again, there's

11  tradeoffs because let's say with a market that

12  is not efficient but it's not like the market

13  where nothing ever trades, and so you don't

14  really have a basis for knowing how quickly

15  prices react to new publicly available

16  information.

17         And the way you deal with that, the way

18  a number of academic studies do, is you extend

19  the event window.  So instead of one day, you

20  look at ten days or seven days.

21         And that's a way to try and compensate

22  for the fact that you don't really have a basis

23  or a theory for why the effect should be

24  immediate.  But the problem when you do that is

25  you introduce the possibility that other things

223

1   are occurring in the seven days or the ten days

2   that are also having an effect other than what

3   it is that you're measuring.

4            And it's very hard to basically solve

5   both things at the same time, to expand event

6   windows before and after to try and capture the

7   fact that you don't know how quickly information

8   is being reflected in prices and at the same

9   time not introduce the possibility that you're

10  also taking -- now taking into account -- or

11  possibly taking into account the effect of other

12  events that may have an influence on price but

13  are not the events that you're trying to

14  measure.

15           So that's the basic reality.  And

16  that -- lengthening those event windows might be

17  the best you can do, but then you have to

18  interpret the results in the context of the

19  tradeoffs that exist and the limitations that

20  occur when you're in that position, something

21  that Dr. ███ did not do.

22           So, you know, I guess that's what I

23  would say.

24  BY MR. HANAUER:

25       Q.   So is it Dr. █████ opinion that the

224

```
 1    XRP markets are less efficient than the stock
 2    market or is it that they're not efficient at
 3    all?
 4         MR. FIGEL:  Objection.
 5         THE WITNESS:  Well, you have to ask him.  I
 6    assume he would not say that they're not
 7    efficient at all; because if they were not
 8    efficient at all, then price movements would
 9    just be completely random in relation to
10    announcements or events.  And I assume he
11    doesn't believe that.  So if --
12    BY MR. HANAUER:
13         Q.   Do you believe that?
14         A.   Do I believe that the XRP market was
15    completely inefficient, meaning there's no
16    relationship between announcements and price
17    movements?  No, I don't believe that.
18         Q.   Did you do any work in this case to
19    determine whether the XRP trading markets were
20    less efficient as opposed to not efficient?
21         MR. FIGEL:  Objection.
22         THE WITNESS:  You know, I reviewed a lot of
23    academic literature, peer-reviewed literature on
24    this question, as well as looking at Dr. ████
25    own analysis.  You know, you're coming up with
```

1   categories that are not really typical.

2          But I wouldn't say that I have an

3   opinion or there's a finding in the academic

4   literature that there's no connection of any

5   kind between announcements and price movements,

6   no correlation ever.  I wouldn't say that no

7   correlation ever exists because that would be

8   too strong.

9   BY MR. HANAUER:

10     Q.   Are you offering the opinion that the

11  XRP trading markets are not sufficiently

12  efficient to perform an event study that

13  accurately measures the impact of news

14  announcements on price?

15     MR. FIGEL:  Objection.

16     THE WITNESS:  Yes.  I'm saying one of the

17  characteristics of an inefficient market, which

18  is what the academic literature finds and what

19  Dr. ███ concedes, is it has implications for

20  how confident you can be, that you're accurately

21  measuring the effect or the correlation between

22  particular events or announcements and

23  particular price movements.  That's the meaning

24  of an inefficient market.

25

1    BY MR. HANAUER:

2        Q.    Does Dr. ███ concede that XRP does not

3    trade in an efficient market?

4        MR. FIGEL:  Objection.

5        THE WITNESS:  Well, you'd have to ask him.

6    But when he reports the findings of academic

7    studies which conclude that when he talks about

8    the existence of serial correlation and comes up

9    with attempted statistical tests to try and

10   correct for the existence of serial correlation,

11   which is itself a violation of a random walk and

12   even weak form of efficient markets, so I would

13   say, yes, he does, by the literature that he

14   cites and the tests that he performs, and his

15   analysis of the nature of price movements in

16   cryptocurrency markets.

17            So yes, I would say he does acknowledge

18   the general finding, as far as I'm aware, in

19   every academic study that considers the question

20   that cryptocurrency markets, in general, and

21   XRP, in particular, do not exhibit the

22   characteristics of an efficient market.

23   BY MR. HANAUER:

24       Q.    Does he -- does Dr. ███ say anywhere

25   in his report that XRP does not trade in an

227

1    efficient market?

2         A.   Does he use those words?  I'd have to

3    look but the characteristics of price movements

4    that he describes and the empirical tests that

5    he does and the literature that he cites all

6    demonstrate a recognition on his part that, from

7    his own analysis of price movements as well as

8    the academic literature that he relies on, that

9    cryptocurrency markets, in general, and XRP, in

10   particular, do not -- that neither of those --

11   or XRP as an example of cryptocurrency markets

12   trade in efficient market.

13           In fact, as I mentioned, the Joo

14   article, if I remember correctly concludes that

15   XRP is one of the least efficient cryptocurrency

16   markets.

17   BY MR. HANAUER:

18        Q.   Does the Joo article say that the XRP

19   markets are insufficiently efficient such that

20   you can't accurately measure the impact of news

21   announcements on XRP prices?

22        MR. FIGEL:  Objection.

23        THE WITNESS:  Well, again, I don't recall

24   exactly what they say.  But what the -- the

25   purpose of the article is to do a test of market

228

1  efficiency, to conclude one way or the other

2  whether cryptocurrency markets, and XRP in

3  particular, trades in an efficient market.  And

4  the conclusion of the article is that they

5  don't.  Crypto markets generally don't trade in

6  an efficient market, and crypto -- and XRP

7  specifically does not trade in an efficient

8  market.

9        In fact, it's farther away from an

10  efficient market than other cryptocurrencies.

11  BY MR. HANAUER:

12     Q.   In an efficient market are stock price

13  increases associated with positive relevant news

14  announcements?

15     MR. FIGEL:  Objection.

16     THE WITNESS:  Not necessarily.

17  BY MR. HANAUER:

18     Q.   When an -- when the market is

19  efficient, when are stock price increases

20  generally -- strike that.

21        In an efficient market, are stock price

22  increases generally associated with positive

23  relevant news announcements?

24     MR. FIGEL:  Objection.

25     THE WITNESS:  Well, statistically significant

229

1      price increases are, by definition, positive.

2      Whether they are associated with positive

3      announcements generally is too vague of a

4      question.  You need a definition of what a

5      positive announcement is.  Is it the language is

6      positive?  That certainly is not the case.

7      There are many positive-sounding announcements

8      that have big negative stock price consequences.

9              So it just depends.  You have to look

10     at the actual data.  And as I said in my answers

11     a few minutes ago, you can't just rely on a "I

12     know it when I see it" test.

13             You have to actually look at what

14     happens with a particular announcement and what

15     the price reaction is in relation to that

16     announcement.

17     BY MR. HANAUER:

18         Q.   In an efficient market, does the price

19     of a security react to news that is not

20     material?

21         MR. FIGEL:  Objection.

22         THE WITNESS:  The price reflects all publicly

23     available information.  So in that sense, the

24     answer is yes.

25             Whether that reaction is statistically

```
 1    significant, that's a different question, and

 2    whether you can exclude the possibility that the

 3    price reaction is attributable to chance alone,

 4    that's also a different question.

 5            But the definition of a semi-strong

 6    efficient market is that prices react to all

 7    publicly available information, whether material

 8    or not, it's just you can't tell whether the

 9    movement also is random and, therefore,

10    something that you can't reject the hypothesis

11    that the movement is attributable to chance

12    alone.

13    BY MR. HANAUER:

14       Q.   When did securities markets become

15    sufficiently efficient for event studies to

16    accurately measure the impact of news

17    announcements on stock prices?

18       MR. FIGEL:  Objection.

19       THE WITNESS:  Well, that's a pretty broad

20    question.  You know, I'm not sure there is a

21    clear answer to it in terms of a dividing line

22    chronologically.

23            You know, a lot of the famous articles

24    about market efficiency I think started

25    appearing in the '70s and then, you know,
```

231

```
 1    continued since then.

 2    BY MR. HANAUER:

 3        Q.   Were securities markets sufficiently

 4    efficient for event studies to accurately

 5    measure the impact of news announcements on

 6    stock prices before the advent of the internet?

 7        MR. FIGEL:  Objection.

 8        THE WITNESS:  I think many of the main

 9    studies of market efficiency on which event

10    studies relied occurred before the advent of the

11    internet.

12    BY MR. HANAUER:

13        Q.   Same question but instead of internet,

14    what if I were to -- well, I'll just ask the

15    question.

16             Were securities markets sufficiently

17    efficient for event studies to measure the

18    impact of news announcements on stock prices

19    before CNBC or Bloomberg were widely available?

20        MR. FIGEL:  Objection.

21        THE WITNESS:  Well, part of my problem is I

22    don't know when CNBC and Bloomberg were widely

23    available.  But in terms of the academic

24    literature on the efficiency of prices, I

25    don't -- I haven't reviewed them recently with
```

1   that -- or ever with that question in mind, you

2   know.  So I -- I would think the answer to that

3   is yes, but I would have to investigate it a

4   little bit further to -- I don't know if

5   Bloomberg was available in -- well, I guess

6   Bloomberg is because of Bloomberg.  I don't

7   know.  He's -- I don't know how old he is, so I

8   don't know the answer to your question.

9           I would say probably, but I'd want to

10  investigate more, for sure.

11  BY MR. HANAUER:

12      Q.   Are the cryptocurrency markets more or

13  less efficient over the past five years than the

14  stock market was in the 1980s?

15      MR. FIGEL:  Objection.

16      THE WITNESS:  You know, it's an odd

17  comparison.

18      MR. FLUMENBAUM:  It's way beyond the scope,

19  too.  I mean, I don't understand this line of

20  questioning.  It has nothing to do with his

21  report.

22      MR. HANAUER:  Anything else, Counsel?

23      MR. FLUMENBAUM:  No.

24      THE WITNESS:  I started to say, it's sort of

25  a very odd question of comparing one against the

1    other in different markets with different types

2    of claims.  I don't know if that specific

3    question has ever been studied.

4    BY MR. HANAUER:

5        Q.   Have you ever studied that question?

6        MR. FIGEL:  Objection.

7        THE WITNESS:  No.  I would say the one thing

8    that I have done is used event studies using

9    data from the 1980s based on literature,

10   academic literature on the efficiency of markets

11   at that time.  And I don't think there's a

12   similar academic literature about

13   cryptocurrencies in the last five years.  So I

14   haven't studied that question.  I don't want to

15   express an opinion about that question.

16           But to the extent I have a reaction to

17   the question, it's what I just said.

18   BY MR. HANAUER:

19       Q.   Going back to the Cammer factors that

20   you referenced earlier today, what's the

21   methodology for determining whether a market is

22   efficient or not when certain of the Cammer

23   factors support efficiency but certain don't?

24       MR. FIGEL:  Objection.

25       THE WITNESS:  Well, that's partly a legal

234

 1    question again, and I'm not expressing a legal

 2    opinion.  But I think there is a general

 3    understanding that certain factors are more

 4    important than others.

 5    BY MR. HANAUER:

 6        Q.   And which are the most important

 7    factors?

 8        A.   Well, again, it might, you know, depend

 9    on the relevant facts and circumstances that are

10    at issue.  But, generally, it's the extent that

11    one can say that the -- that price reactions to

12    particular events occur quickly and without

13    bias.  I think that's generally regarded as

14    probably the most important factor; certainly

15    the most important economic factor.  And I -- so

16    that's what I would say.

17        Q.   So beyond the Cammer factors to

18    determine the efficiency of a market for a

19    digital -- or I'm sorry.

20             To determine the efficiency of a market

21    for a particular asset, can you also

22    appropriately consider a company's

23    capitalization?

24        MR. FIGEL:  Objection.

25        THE WITNESS:  Yes, I think you can

235

1    appropriately consider a company's

2    capitalization.

3    BY MR. HANAUER:

4        Q.    What about bid/ask spread?

5        A.    That's another factor that has

6    sometimes been considered certainly by courts.

7        Q.    What about percentage --

8        A.    And bid/ask spread is a measure of

9    liquidity, and liquidity can be correlated with

10   the speed of price adjustment to new

11   information.

12       Q.    Are you offering any opinion as to the

13   liquidity of the XRP markets?

14       A.    No, I'm not.

15       Q.    Did you perform any work or analysis to

16   determine the period of time by which

17   information is fully incorporated into XRP

18   prices without bias?

19       A.    Well, that's part of the problem; you

20   don't know that.  That's, again, one of the

21   characteristics of the inefficient market.  I'm

22   just going to repeat again what I just said.

23   That's the logic of using different event

24   windows because you don't know, so you increase

25   the event window hoping that the effect of a

236

1    particular or a -- that a particular event is

2    correlated with a price movement within a

3    certain period of time, so you have short event

4    windows and then longer event windows.

5           But, first of all, you don't even know

6    with the longer event window that that fully

7    captures the -- what the price reaction that's

8    correlated with a particular event.

9           But, again, even if you could solve

10   that problem, you introduce another problem,

11   which is you start introducing unrelated events.

12   And, again, that just creates another problem in

13   figuring out how much of a price reaction is

14   correlated with a particular disclosure or

15   event.

16       Q.   Did you perform a Cammer analysis in

17   this case?

18       A.   I think I answered that question a

19   number of hours ago.  I suggested that it would

20   be interesting to do, in some sense knowing the

21   answer, but I'm not sure whether the people that

22   I was working with actually implemented the

23   analysis as opposed to just something we

24   discussed.

25       Q.   Are you offering the opinion then on

237

1    the outcome of any Cammer analysis as it relates

2    to XRP?

3        A.   I do not --

4        MR. FLUMENBAUM:  Objection.

5        THE WITNESS:  I wouldn't say I'm offering an

6    opinion about it.  I haven't offered an opinion

7    about it.  But I think the implication of the

8    conclusion and all of the academic studies as

9    well as in Dr. ███ report that XRP does not

10   trade in an inefficient market means that XRP

11   would not satisfy the Cammer factors.

12   BY MR. HANAUER:

13       Q.   How does XRP's daily trading volume

14   compare to that of smaller stocks on the S&P 500

15   index?

16       MR. FIGEL:  Objection.

17       MR. FLUMENBAUM:  Objection.

18       THE WITNESS:  I don't know.  I would have to

19   look.

20   BY MR. HANAUER:

21       Q.   Is XRP covered by investment

22   professionals?

23       MR. FIGEL:  Objection.

24       MR. FLUMENBAUM:  Objection.

25       THE WITNESS:  I'm sure there are some

238

1    investment professionals who try and follow

2    price movements of XRP.

3    BY MR. HANAUER:

4        Q.   Do you know the extent of coverage of

5    XRP by investment professionals?

6        MR. FIGEL:  Objection.

7        THE WITNESS:  I haven't specifically studied

8    that question.

9    BY MR. HANAUER:

10       Q.   Are there market makers that make a

11   market in XRP?

12       MR. FLUMENBAUM:  Objection.

13       THE WITNESS:  I haven't specifically studied

14   that question either.

15   BY MR. HANAUER:

16       Q.   Are you aware of the allegation in the

17   amended complaint that Ripple paid market makers

18   to make a market in XRP?

19       MR. FLUMENBAUM:  Objection.

20       THE WITNESS:  You'd have to show it to me.

21   BY MR. HANAUER:

22       Q.   How does Ripple's capitalization

23   compare to smaller stocks on the -- smaller

24   companies included in the S&P 500 index?

25       MR. FIGEL:  Objection.

239

```
 1        MR. FLUMENBAUM:  Objection.

 2        THE WITNESS:  I haven't studied that

 3   question.

 4   BY MR. HANAUER:

 5        Q.   Have you studied the bid/ask spread in

 6   the XRP markets?

 7        MR. FIGEL:  Objection.

 8        THE WITNESS:  No, I haven't.

 9   BY MR. HANAUER:

10        Q.   Have you studied the percentage of XRP

11   tokens held by the public?

12        MR. FIGEL:  Objection.

13        THE WITNESS:  No, I haven't.

14   BY MR. HANAUER:

15        Q.   Are you able to provide specific

16   examples of Ripple news announcements that you

17   think were not fully incorporated into XRP's

18   price within three days?

19        MR. FIGEL:  Objection.

20        MR. FLUMENBAUM:  Objection.

21        THE WITNESS:  You know, it's the same problem

22   because the stock -- not the stock, excuse me --

23   because XRP does not trade in an efficient

24   market.  There is no way to know whether the

25   price effect is fully incorporated within three
```

1    days or any other time period.

2            And by the way, that is why the price

3    reaction test is generally considered to be the

4    most important test that determines whether a

5    stock trades in an efficient market and the

6    Cammer factors as well.

7    BY MR. HANAUER:

8        Q.   Isn't that sort of circular, that

9    you're saying you need to establish in the

10   Cammer factors a cause-effect relationship

11   between news announcements and stock price

12   movement, but that you can't make that

13   determination until you establish the Cammer

14   factors?

15       MR. FIGEL:  Objection.

16       THE WITNESS:  It's not circular because one

17   of the things that the academic studies do is,

18   you know, for example, look for serial

19   correlation, look for arbitrage opportunities,

20   things that would not exist if prices fully

21   reflected the effects of particular

22   announcements or other types of publicly

23   available information.  If that were true, then

24   there would be no arbitrage opportunities, there

25   wouldn't be serial correlation, you wouldn't

241

1   need to have these different studies looking at

2   different event windows, et cetera.

3           So, you know, that's why the Cammer

4   factors are a way to look at a series of

5   different factors to determine whether, in the

6   case of the Cammer factors, a stock or other

7   security trades in an efficient market.

8           But with respect to cryptocurrencies

9   and XRP, based on the academic literature, based

10  on Dr. ████  own findings, you already know it

11  doesn't trade -- XRP doesn't trade in an

12  efficient market and, therefore, you know it

13  wouldn't satisfy the Cammer factors, which are

14  intended to be a test of whether a particular

15  security or financial asset trades in an

16  efficient market.

17  BY MR. HANAUER:

18      Q.   Did Ripple have policies that

19  contemplated the public announcements about

20  Ripple or the XRP protocol could affect the

21  decision to buy or sell XRP?

22      MR. FIGEL:  Objection.

23      THE WITNESS:  I don't know.

24  BY MR. HANAUER:

25      Q.   Did Ripple have policies that

242

```
1    contemplated that certain announcements by

2    Ripple could significantly affect the trading

3    price of XRP?

4         MR. FIGEL:  Objection.

5         MR. FLUMENBAUM:  Objection.  He's not a fact

6    witness.  He's not testifying --

7         MR. HANAUER:  Speaking objection, Counsel.

8         MR. FLUMENBAUM:  You're way beyond what

9    you're allowed to ask him --

10        MR. HANAUER:  Speaking objection, Counsel.

11        MR. FLUMENBAUM:  -- as an expert.

12        MR. HANAUER:  Can you reread the question,

13   please?

14                   (Whereupon, the record was read

15                    as requested.)

16        MR. HANAUER:  I'll restate it.

17   BY MR. HANAUER:

18        Q.   Did Ripple have policies that

19   contemplated that certain announcements by

20   Ripple could significantly affect the trading

21   price of XRP?

22        MR. FIGEL:  Objection.

23        MR. FLUMENBAUM:  Objection.

24        THE WITNESS:  I don't know.

25
```

243

1    BY MR. HANAUER:

2         Q.   Did Ripple advise its employees that

3    Ripple's news announcements become generally

4    known two days following an announcement?

5         MR. FIGEL:  Objection.

6         MR. FLUMENBAUM:  Objection, improper

7    question.

8         THE WITNESS:  I don't know.

9    BY MR. HANAUER:

10        Q.   Have you reviewed any of Ripple's

11   internal codes of conduct?

12        A.   No.

13        Q.   Have you reviewed any of Ripple's

14   insider trading policies?

15        A.   No.

16        Q.   Are you aware whether or not Ripple has

17   insider trading policies or ever did?

18        MR. FLUMENBAUM:  Objection.

19        THE WITNESS:  I don't recall one way or the

20   other.

21        MR. HANAUER:  One moment please while I

22   confirm with counsel.

23        MR. FIGEL:  Could we also get a time check?

24        THE VIDEOGRAPHER:  Yeah, we've been on the

25   record a little over six hours.

244

1      MR. FIGEL:  So we have one hour left to get

2   to seven?

3      THE VIDEOGRAPHER:  I believe so, yeah.  A

4   little over six hours.

5      MR. HANAUER:  Let's go off the record and

6   take a very short break, please.

7      THE VIDEOGRAPHER:  We are going off the

8   record.  The time is 5:55 p.m.

9                    (Whereupon, a recess was had at

10                    5:55 p.m., after which the

11                    deposition was resumed at

12                    5:58 p.m. as follows:)

13      THE VIDEOGRAPHER:  We are back on the record.

14   The time is 5:58 p.m.

15         You may proceed.

16      MR. HANAUER:  Thank you, Professor Fischel.

17   The SEC has no further questions at this time.

18      MR. FIGEL:  No question from Ripple Labs.

19      THE COURT REPORTER:  Anybody on the phone?

20      MR. FIGEL:  Mr. Flumenbaum?

21      THE VIDEOGRAPHER:  Are we on mute?

22      THE COURT REPORTER:  No.

23      MR. FLUMENBAUM:  No questions.

24      THE COURT REPORTER:  I think we have standing

25   orders for you guys on this case?

245

1       MR. HANAUER:   In terms of delivery and all

2   that?

3       THE COURT REPORTER:   Yeah.

4       MR. HANAUER:   We can go off the record.

5       THE VIDEOGRAPHER:   This is end of media unit

6   three.   This concludes the deposition of Daniel

7   Fischel.   The video will be retained by

8   Gradillas Court Reporters.

9           We are going off the record.   The time

10   is 5:59 p.m.

11                      (Whereupon, the witness was

12                       excused.)

13                      (The proceedings concluded at

14                       5:59 p.m.)

15

16

17

18

19

20

21

22

23

24

25

246

1                    CERTIFICATE OF WITNESS

2

3

4        I, DANIEL R. FISCHEL, do hereby declare under

5        penalty of perjury that I have read the entire

6        foregoing transcript of my deposition testimony,

7        or the same has been read to me, and certify that

8        it is a true, correct and complete transcript of

9        my testimony given on February 28, 2022, save and

10       except for changes and/or corrections, if any, as

11       indicated by me on the attached Errata Sheet, with

12       the understanding that I offer these changes and/or

13       corrections as if still under oath.

14          _____ I have made corrections to my deposition.

15          _____ I have NOT made any changes to my deposition.

16

17    Signed: _____
                 DANIEL R. FISCHEL
18

19    Dated this _____ day of _____ of 20____.

20

21    Sworn to and Subscribed before me,

22    this_____day of_____, 20____.

23    _____
      Notary Public          My commission expires:_____
24

25

247

```
1    STATE OF ILLINOIS

2    COUNTY OF COOK

3

4         I, CHERYL L. SANDECKI, a Certified

5    Shorthand Reporter within and for the State of

6    Illinois, do hereby certify that heretofore,

7    to-wit, on February 28, 2022, personally

8    appeared before me, at 110 North Wacker Drive,

9    Chicago, Illinois, DANIEL R. FISCHEL, in a cause

10   now pending and undetermined in the United

11   States District Court, Southern District of New

12   York, wherein Securities and Exchange

13   Commission is the plaintiff and RIPPLE LABS,

14   INC., BRADLEY GARLINGHOUSE, and CHRISTIAN LARSEN

15   are the Defendants.

16         I further certify that the said

17   DANIEL R. FISCHEL was first administered an oath

18   to testify the truth, the whole truth and

19   nothing but the truth in the cause aforesaid;

20   that the testimony then given by said witness

21   was reported stenographically by me in the

22   presence of the said witness, and afterwards

23   reduced to typewriting by Computer-Aided

24   Transcription, and the foregoing is a true and

25   correct transcript of the testimony so given by
```

248

1    said witness as aforesaid.

2         I further certify that the signature to

3    the foregoing deposition was reserved by counsel

4    for the respective parties and that there were

5    present at the deposition the attorneys

6    hereinbefore mentioned.

7         I further certify that I am not counsel

8    for nor in any way related to the parties to

9    this suit, nor am I in any way interested in the

10   outcome thereof.

11        IN TESTIMONY WHEREOF:  I certify to the

12   above facts this 1st day of March, 2022.

13

14

15

16

17

18              _____
                CHERYL L. SANDECKI, RPR, CLR
                CERTIFIED SHORTHAND REPORTER
19              IL CSR NO.:  084-03710
                ID NO.:  SRL-1145
20              NJ CCR NO.:  30XI00241500
                TN NO.: 823
21              WA CCR NO.:  22001795

22

23

24

25

249

```
1                        ERRATA SHEET

2       Deposition of:  DANIEL R. FISCHEL
        Date taken:  FEBRUARY 28, 2022
3       Case:  SEC v. RIPPLE LABS, INC., et al.

4       PAGE  LINE
        _____ _____  CHANGE: _____
5                    REASON: _____

6       _____ _____  CHANGE: _____
                     REASON: _____
7
        _____ _____  CHANGE: _____
8                    REASON: _____

9       _____ _____  CHANGE: _____
                     REASON: _____
10
        _____ _____  CHANGE: _____
11                   REASON: _____

12      _____ _____  CHANGE: _____
                     REASON: _____
13
        _____ _____  CHANGE: _____
14                   REASON: _____

15      _____ _____  CHANGE: _____
                     REASON: _____
16
        _____ _____  CHANGE: _____
17                   REASON: _____

18      _____ _____  CHANGE: _____
                     REASON: _____
19
        _____ _____  CHANGE: _____
20                   REASON: _____

21      _____ _____  CHANGE: _____
                     REASON: _____
22
        _____ _____  CHANGE: _____
23                   REASON: _____

24      Signed_____

25      Dated_____
```

# Transcript Word Index

**[& - 55]**

| & |
| --- |
| **&** |
| 4:3,10 5:3,11 |

| 0 |
| --- |
| **084-03710** |
| 1:24 248:19 |

| 1 |
| --- |
| **1** |
| 7:10 19:6,9,12,17 43:9 |
| 46:17,23 47:1,17 79:6,11 |
| 106:20 108:9 119:10,14 |
| 120:4,19 121:5,15,22 122:7 |
| 122:23 123:1,2 124:5 125:8 |
| 126:13 128:10,18,20 133:5 |
| 133:10 134:5 191:4 |
| **1,750** |
| 26:21 33:2 |
| **1:11** |
| 136:5,7 |
| **10** |
| 22:7 105:23 |
| **10:24** |
| 57:25 58:2 |
| **10:44** |
| 58:4,6 |
| **100** |
| 12:11 195:2,2,16,19 197:4 |
| 197:5 |
| **10019** |
| 5:16 |
| **10022** |
| 4:6 |
| **10281-1022** |
| 3:19 |
| **104** |
| 134:9,13 |
| **105** |
| 130:1,1 155:25 156:2 |
| 157:25 163:4 192:1 195:20 |
| **10832** |
| 1:6 2:6 8:13 |
| **11** |
| 185:10 |
| **11:57** |
| 104:16,18 |
| **110** |
| 2:19 8:6 247:8 |
| **1145** |
| 248:19 |
| **12** |
| 7:11,17 155:14 217:19,24 |
| 218:2 |
| **12:19** |
| 104:20,24 |

| **126** |
| --- |
| 7:16 |
| **1285** |
| 5:15 |
| **13** |
| 24:21 |
| **14** |
| 22:24 98:18 99:22 100:1,11 |
| 178:10 212:11 |
| **16** |
| 100:18,21 101:1 130:2 |
| 185:8 202:10 |
| **1615** |
| 4:17 |
| **16th** |
| 202:19 |
| **17** |
| 23:9 |
| **175** |
| 3:7 |
| **18** |
| 111:15 136:15 |
| **19** |
| 7:10,16 126:2 134:13 |
| **1980s** |
| 232:14 233:9 |
| **1981** |
| 27:24 |
| **1st** |
| 248:12 |

| 2 |
| --- |
| **2** |
| 7:12 46:17,23 47:2 62:23 |
| 63:2 64:3,18 79:6,11 |
| 129:25 156:12 158:14 |
| 159:8 190:25 191:3,10,13 |
| 191:16,19,22,24 197:20 |
| 200:22 202:25 205:7,22 |
| 207:7,18 208:19,21 209:3 |
| 209:24 210:4,8,10 211:20 |
| 212:13,23 213:21 |
| **2,264** |
| 134:9,13 |
| **2:22** |
| 136:9,11 |
| **20** |
| 1:6 2:6 8:13 98:11 114:18 |
| 120:17 122:20 219:1 |
| 246:19,22 |
| **200** |
| 3:17 12:9,10,11 |
| **20036** |
| 4:19 |
| **20037** |
| 5:6 |

| **2006** |
| --- |
| 33:6,14 |
| **2017** |
| 202:10,12,14,17,23 207:16 |
| **202.326.7999** |
| 4:20 |
| **202.974.1500** |
| 5:7 |
| **2021** |
| 1:17 7:11,13 27:5 62:18 |
| **2022** |
| 2:20 8:4 246:9 247:7 |
| 248:12 249:2 |
| **21** |
| 173:8,18 212:3,4,15,19 |
| **2112** |
| 5:5 |
| **212.336.1060** |
| 3:20 |
| **212.373.3191** |
| 5:17 |
| **212.909.6000** |
| 4:7 |
| **217** |
| 7:17 |
| **22** |
| 168:9 |
| **22001795** |
| 248:21 |
| **220228lak** |
| 1:25 |
| **23** |
| 178:23 182:24 183:15,16 |
| 184:1 185:20 186:14 |
| **25** |
| 24:11 31:25 32:10 57:22 |
| **26** |
| 11:25 202:12,14,17,23 |
| 207:16 |
| **26th** |
| 203:5 207:23 208:16 |
| **28** |
| 1:17 2:20 8:4 246:9 247:7 |
| 249:2 |
| **29** |
| 24:5 202:3 |

| 3 |
| --- |
| **3** |
| 7:14 73:11,14 |
| **3:23** |
| 177:17,19,21,24 178:2 |
| **3:42** |
| 178:4,19 |
| **30** |
| 136:17 137:14 139:21 |
| 145:20 148:12 |

| **30xi00241500** |
| --- |
| 248:20 |
| **31** |
| 136:17 |
| **312.353.8642** |
| 3:10 |
| **33** |
| 53:20 |
| **34** |
| 185:9 |
| **35** |
| 57:21 |
| **3800** |
| 8:7 |

| 4 |
| --- |
| **4** |
| 20:15 178:9 212:11 |
| **4.6** |
| 134:14 135:18 |
| **4:45** |
| 217:3,5 |
| **400** |
| 3:18 4:18 163:5 193:24 |
| 194:17 195:1,16 196:2,3,5 |
| **49** |
| 185:6,6 |

| 5 |
| --- |
| **5** |
| 212:12 |
| **5/26** |
| 203:22 |
| **5:11** |
| 217:7 |
| **5:12** |
| 217:9 |
| **5:55** |
| 244:8,10 |
| **5:58** |
| 244:12,14 |
| **5:59** |
| 245:10,14 |
| **50** |
| 12:21,22 32:1,10 |
| **500** |
| 88:10 106:17 115:9 158:3 |
| 193:20 194:17 195:17,19 |
| 197:3,5 237:14 238:24 |
| **504** |
| 198:23 |
| **514** |
| 198:23 200:18 208:4 |
| **55** |
| 182:25 183:6 202:11,13 |

[6 - analysis]

**6**

**6**
7:13 62:18 129:25
**60604**
3:9
**63**
7:12
**67**
202:5

**7**

**70.5**
122:20 123:7,15
**70.5.**
123:17
**70s**
230:25
**71**
216:22
**73**
7:14
**76.3**
114:22

**8**

**823**
248:20
**84.8**
122:21 123:7,16,18
**84.8.**
123:15
**89**
130:3
**89.5**
114:23

**9**

**9**
7:4 21:12,14
**9:15**
2:21
**9:17**
8:5
**900**
3:8
**919**
4:5

**a**

**a.m.**
2:21 8:5 57:25 58:2,4,6
104:16,18
**able**
44:1 65:7 67:3 72:13 74:20
83:25 93:3 140:19 172:11
219:2 239:15
**abnormal**
71:3 118:20,23

**absence**
68:23 69:5 84:6
**absent**
200:10
**absolutely**
197:9
**abstract**
182:3
**abuse**
17:15 18:12
**academic**
37:15 51:6 58:14,25 59:23
67:12,17,19 68:15 69:13
70:1,17 77:11 80:25 82:1,3
97:1 105:12 116:24 131:11
131:22 140:4 200:7 213:12
216:3 220:20 222:8,18
224:23 225:3,18 226:6,19
227:8 231:23 233:10,12
237:8 240:17 241:9
**accept**
23:24 197:19
**acceptance**
152:1
**accepted**
23:23 100:22,25 101:4,7
105:7 116:11,11 143:6,10
144:2
**accepting**
130:6 196:15,24
**account**
41:4,17 69:3 149:1 215:18
223:10,11
**accuracy**
191:19
**accurate**
9:16 128:2 160:24 170:19
196:6 216:19 220:5,7
**accurately**
18:11 67:4 68:9 221:10
225:13,20 227:20 230:16
231:4
**acknowledge**
226:17
**acknowledged**
185:18
**acknowledgement**
203:19
**acknowledges**
94:21 185:10
**acquitted**
21:7
**act**
65:25
**actions**
83:15 84:18 85:8 86:11

**actions (cont.)**
89:16 92:16 93:18 171:6,7
171:25 185:11 188:3,9,11
189:13,14
**active**
15:12
**actively**
15:6 42:19
**activities**
109:9,17
**actor**
101:12
**actual**
65:25 133:2 170:13 229:10
**add**
52:23 141:3 143:2
**added**
98:13
**addition**
11:7 34:13
**additional**
48:10,13 49:5,9 62:12
196:10,13
**adjustment**
36:23 37:9 82:10 206:16,23
235:10
**adjustments**
35:22 36:2,19 215:18
**administered**
9:3,5 247:17
**admission**
53:16 54:5 198:21
**admissions**
54:7
**admitted**
17:16
**adopt**
121:7
**advance**
113:14
**advent**
231:6,10
**advise**
243:2
**advisement**
12:2 52:15
**affect**
165:18 166:25 192:22
213:18,20 241:20 242:2,20
**affidavit**
24:15
**affiliated**
27:23 43:16 46:6
**affirmative**
61:9,16,18 142:3

**affirmed**
18:7
**aforesaid**
247:19 248:1
**ago**
13:21 18:16,24 23:7 24:11
27:1 57:22,22 63:19 220:15
229:11 236:19
**agree**
88:17 124:20,21
**agreed**
20:9 77:8
**aided**
247:23
**al**
7:18,19 8:12 249:3
▮▮▮▮
7:12
**allegation**
54:21 55:6,12 238:16
**allegations**
21:2 151:4
**alleged**
55:15
**allen**
28:12
**allow**
16:17 94:8 162:19 222:4
**allowed**
242:9
**allowing**
17:15,20 162:22
**alternative**
179:15
**alternatives**
39:22 156:7
**ambiguous**
63:9
**amended**
7:12 54:20 62:18 238:17
**americas**
5:15
**amount**
179:6 210:3
**ana**
6:8
**analysis**
30:24 43:3 55:8 66:19
70:14,20 71:13 81:11 83:11
83:19 85:7 86:9 90:4,9,21
94:12 95:13 96:9 97:8
99:12,18 100:2,12 107:12
108:1 109:5,24 111:19
115:8 116:18,23 117:11,11
118:2,11 122:15 130:7
131:5 136:24 138:7,8 142:4

[analysis - assistants]

**analysis (cont.)**
142:14 143:2,3 144:20
158:21 160:8,11 169:9
170:2 176:14 188:16
192:20 193:25 194:13,14
194:17,19 195:6,9 196:15
197:3 199:15 200:10,14
202:15 204:2,23 205:9,14
205:24 207:18 209:14
210:8 211:11 213:18,20
214:9 218:21 219:7,9
224:5 226:15 227:7
235:15 236:16,23 237:1
**analyze**
39:8 40:5 51:11 66:13
67:13 96:22 166:12
**analyzed**
39:5 67:15,18 115:9,10
119:2 121:11 172:16
176:24 177:1 189:8 197:21
210:11,21 212:24 213:3
214:13 217:16
**analyzes**
96:23
**analyzing**
39:8 40:8,25 67:16 97:2,21
193:16 200:3 213:13 215:1
221:7
**announced**
41:7 162:13
**announcement**
7:14 38:25 41:9 72:1 94:10
95:3,4 159:19 160:19 161:5
161:15 162:14 170:22
171:11 172:1 179:19,19
180:2,3,6 188:8,18,24
190:2,3,6 198:11,15 201:5
201:6,9 202:20,23 203:5
204:5,6,7,18,20 205:14
206:9 207:3,5,24 208:16
209:6,7,8,10 211:6,8 216:7
229:5,14,16 243:4
**announcements**
40:11,12 65:6,17 66:10
67:5 68:10 83:15 84:4,6,9
84:12,13,18 85:2,8,19,23
86:1,12,19,24 87:3,9,17,21
87:23 88:2,10,16 90:1,23
92:7,22 96:1,3,6 97:14
106:13 112:15 113:1
115:22 116:4,20 130:17
138:6,9,10 155:24 156:1,3
156:18,20 158:3,12,15,19
158:19 159:17 163:17,21
163:24 167:9,10,11,18
168:14 171:2,3,5,9,16

**announcements (cont.)**
172:2,4,15,25 174:22 179:1
179:6 185:11 189:2,3,7,9
189:11,13,18 191:6,25
192:5,9,13 193:3 194:1,12
196:5,13,20 197:2,3,4,21
197:23 198:9,10,22 199:21
199:23,24 200:8,18 201:15
203:15 204:13 205:3,3,11
206:15,24 207:4 208:4,17
208:20,23 209:3,17,24
210:13,23 211:4,7 212:9,14
212:25 213:2,15,22,23
214:4,12,20 220:23 221:8
221:11 224:10,16 225:5,14
225:22 227:21 228:14,23
229:3,7 230:17 231:5,18
239:16 240:11,22 241:19
242:1,19 243:3
**announces**
202:10
**announcing**
95:5 157:9 162:21 163:2
**answer**
13:2 15:21 17:4,12 19:23
20:2 29:16 34:5,11,14 35:1
35:9 37:3 45:5,12,18 51:10
54:9 55:2 60:2,13,20 63:19
64:10 65:9,12,13,24 69:7,8
74:13 77:6,15 81:14,17
83:24 84:20 89:17 103:13
113:4,17 116:12 120:1
128:7 140:19,22 142:23
150:2,9,16 154:11,12 168:2
180:12 181:13 182:3 188:2
208:7,10 209:4 215:3,5,11
218:10 219:13 229:24
230:21 232:2,8 236:21
**answered**
37:13 80:21 142:24 236:18
**answering**
49:11 196:14
**answers**
26:15 35:2 53:15 75:23
76:25 121:7 145:1 154:8
229:10
**anticipate**
85:14
**anybody**
79:16 244:19
**anytime**
67:23
**apart**
34:5 35:4 52:17 69:25
80:24 107:6,17 110:17
137:23 209:16

**apologize**
128:8 169:10
**apparently**
188:5
**appeals**
17:10,13,18 18:10
**appear**
105:17 146:14
**appeared**
247:8
**appearing**
230:25
**appears**
88:14 218:6
**appellate**
16:15
**appendix**
12:14 19:17 20:15 49:21,22
49:24 50:23 51:5 52:19
58:23 76:9 163:16
**applied**
71:13 103:21
**applies**
148:13
**apply**
81:2 135:10 198:1 220:12
**applying**
81:11 183:24
**appreciating**
198:19
**approach**
97:11 137:13
**approaches**
141:24
**appropriate**
36:8,24 37:4,19 41:24 66:6
66:23 125:15 127:7 142:15
**appropriately**
234:22 235:1
**appropriateness**
96:16 98:7
**approximately**
33:8 193:24
**arbitrage**
75:6 82:11 213:10 216:12
240:19,24
**arbitrarily**
201:14 205:2
**area**
100:10
**areas**
99:16 100:7
**arithmetic**
125:14 126:6
**arrived**
126:11

**article**
7:14 33:9 59:8 70:2,8,9
72:1,4,8,10,20,21 73:6,8,15
73:22 74:2,5,15,16,17
75:10,14,15,18 76:3,4,23
77:2,5,6,10,16 82:16,20,21
227:25 228:4
**articles**
11:6 51:11,17 52:3 58:16
59:5,11 73:1 75:22 77:1
80:25 82:2,3,7,14,18,19,25
203:23 213:6 230:23
**artur**
6:7
**aside**
51:17 132:4
**asked**
15:8 48:4,10 49:8 62:9 65:1
65:4 66:9 73:18,21 118:16
142:24 143:8 146:16
165:11 168:21 191:11
208:7 214:1
**asking**
62:11 67:23 107:24,25
122:3 142:2 144:13 147:5
169:12 174:20,21 175:3,23
**asks**
147:18
**aspect**
103:1 161:25
**aspects**
73:22
**assess**
70:25 218:22 219:10
**assessed**
65:2,5
**assessments**
93:6 95:25 96:2
**asset**
35:19 38:13 39:14 102:4
150:11 166:1,2,3 219:11
221:20 234:21 241:15
**assets**
33:19,21,25 35:23 36:20
37:10 58:14 59:1 80:14
83:6
**assignment**
95:17
**assist**
43:9
**assistant**
191:17
**assistants**
46:12

[assisted - calculated]

**assisted**
45:22 46:6
**associate**
198:8
**associated**
15:24 89:24 168:21 183:24
197:1 214:13 220:24
228:13,22 229:2
**association**
86:11
**assume**
9:24 26:17 29:3 57:16
122:12,13 154:4 197:16
209:11 224:6,10
**assumed**
42:21 71:17
**assuming**
36:13 195:14
**assumption**
166:8 184:24 197:19
**assumptions**
60:6,10,13,17
**attached**
246:11
**attempt**
79:21 81:2 89:11 92:6
**attempted**
67:12 226:9
**attention**
127:13
**attorney**
10:9
**attorneys**
10:6 45:3,8,16 60:17 248:5
**attributable**
107:21 116:15 135:15
161:25 230:3,11
**attribute**
158:7 220:16
**attributed**
211:6
**attributing**
207:1,6
**authored**
18:17 33:10
**authors**
75:24
**author's**
73:24
**available**
68:21 215:24 216:6 222:15
229:23 230:7 231:19,23
232:5 240:23
**avenue**
4:5 5:5,15

**average**
212:6,10,12,14,18
**avoid**
203:24
**aware**
28:14,20,23 47:21 48:2,3
48:17,22 49:1,4 51:10
62:24 72:20 96:25 97:9
131:11,22 190:16 226:18
238:16 243:16

**b**

**back**
15:14 22:16 24:9 58:5
104:21 136:10 160:16
162:11 178:16 208:12
217:8 233:19 244:13
**background**
85:12 116:24 154:18 165:9
165:12,22
**backup**
46:20,22,25 47:6,7 79:2,6
79:11 106:19 110:11,22
115:3 119:2 120:4 121:11
121:18 122:1,9,17,18 124:3
129:11 130:10 191:5
**backwards**
85:16
**bad**
143:24,24 169:12
**bank**
148:25
**bankruptcy**
13:22
**base**
19:25
**based**
56:23 60:12 63:10,11 71:2
71:16 87:19 93:21 98:21
99:10,17 101:10 112:23
119:19 120:9 124:19
129:13 152:1 170:14 204:1
204:10 233:9 241:9,9
**bases**
20:16 49:15
**basic**
93:8 95:11 96:12 97:8,8
137:17,18 141:8,22 144:21
145:18 205:4 223:15
**basically**
22:2 113:10 120:15 157:1
171:13 223:4
**basis**
91:16 116:2,8 172:3 200:10
214:25 215:12 220:19,20
220:22 222:14,22

**beat**
19:2
**beers**
85:22 138:5 139:12,17
148:9
**beginning**
173:20
**behalf**
8:9,10 13:19 23:5 26:9
**believe**
10:9 19:16 24:19 26:4
28:12 52:7 54:14 55:21
57:21 61:3 64:6 78:19
79:24 85:16 90:1 100:2
119:25 120:5 134:10
142:13 145:2 186:9 216:20
224:11,13,14,17 244:3
**belzberg**
57:21
**ben**
9:13 178:12
**beneficial**
150:7
**benjamin**
3:6
**best**
24:3 27:9 56:10 69:17
70:22 80:3,16 153:20
223:17
**better**
146:8
**beyond**
62:13 69:8 86:24 92:2
99:25 100:11 190:22
198:23 232:18 234:17
242:8
**bias**
68:22 157:21 192:25 193:1
193:13,20 205:20,21,21
206:11 215:25 216:2
234:13 235:18
**bid**
235:4,8 239:5
**big**
85:14 88:12,15 92:24 93:13
93:14 113:15 193:6 201:12
229:8
**bigger**
204:7 209:9
**biggest**
86:17,23 87:15 88:5,7
167:2
**billed**
32:3,12 46:14
**billion**
182:25 183:6 202:11,13

**billy**
113:21,25 131:8
**biomet**
7:18 218:4
**bit**
24:9 55:11 57:8 59:5 60:4
76:18 143:19 232:4
**bitcoin**
74:6 76:6 185:22 186:1,7,8
186:11 218:23 219:11
**bitlicense**
183:18,24
**black**
219:17
**blockchain**
33:16
**bloomberg**
231:19,22 232:5,6,6
**bob**
113:21,25 131:9
**bond**
16:15
**bonds**
38:13
**bonuses**
187:4
**boulevard**
3:7
**bound**
7:21
**bradley**
1:7 2:7 5:2 247:14
**break**
57:11,12,14 105:3 127:6
136:2 177:14 216:24 244:6
**breaks**
57:10
**bring**
127:12
**broad**
50:8 60:8 230:19
**built**
150:12
**bunting**
5:13
**business**
105:16
**busy**
15:9
**buy**
150:7 241:21

**c**

**calculate**
123:22 128:21 133:12
**calculated**
128:11 170:4

[calculates - cite]

**calculates**
127:25 128:24
**calculation**
17:16 18:9,9 23:19 125:21
129:12 134:17 170:13
**calculations**
7:16 79:22 123:25 126:18
126:25 127:16
**calculator**
124:17,25 125:3,13,17,23
126:8,21,24 127:15
**california**
8:17
**call**
9:22 10:7 69:4 100:24
135:24 142:19 144:1
202:21
**called**
2:14 23:10 24:6 158:5
218:3
**calling**
198:12
**calls**
94:9,18
**cammer**
38:10 42:15 43:3 81:2,5,7,9
81:11 206:19 233:19,22
234:17 236:16 237:1,11
240:6,10,13 241:3,6,13
**canjels**
6:4
**capable**
159:23,24
**capacity**
12:25 13:4
**capital**
180:16
**capitalization**
234:23 235:2 238:22
**capture**
41:12 223:6
**captures**
236:7
**caravello**
4:4
**careful**
200:6
**carl**
23:1
**case**
1:6 2:6 8:12 9:14,23 10:19
11:18,22 12:23 13:6,20,24
14:1,9 16:12,20,21,23,24
17:3,6,7 18:1,4,7,15,21,24
19:13 20:16,24 21:5,13,17
21:22 22:7,8,15,24,25 23:4

**case (cont.)**
23:8,10,12,13,23 24:6
24:13,23 25:17 26:3,11
27:3 28:5 29:1,12 30:12,22
31:11,11,15 32:13 39:3,19
41:15 43:9 45:24,25 46:1
47:24 48:18 49:2,10 50:19
51:24 53:3 54:13,18,21
55:17 57:21 60:18 61:1
62:16 63:5,14 64:5,21
69:11,16,19 71:12 76:12
83:4 84:17 91:10,14 94:5
98:8 112:19,20 113:24
116:19 117:12 118:3
130:25 131:7 137:5,8,10,16
137:22 138:23 141:19
145:10 151:6,7 152:21
153:1 154:1,14 160:3
165:13 174:5 196:4 204:6
207:5 215:20 218:3,7,14,17
224:18 229:6 236:17 241:6
244:25 249:3
**cases**
13:9,17 18:13 48:5,23
113:8,19 114:3 130:23
131:10 221:23
**cash**
102:4
**categories**
129:16 192:14 210:12,22
213:23,24 214:6,12 225:1
**categorize**
96:17
**categorized**
97:14
**category**
58:20 209:23 212:24
**causal**
167:14
**causation**
84:1 89:25 220:17
**cause**
83:16,18 91:10 240:10
247:9,19
**caused**
87:3 95:2 135:15 162:16
196:17,17
**causes**
91:10 92:17 93:3,4 162:14
**caution**
207:1
**caveat**
51:9
**ccr**
248:20,21

**ceased**
181:6
**certain**
43:2 77:12 84:4,4 85:13,18
85:19 86:23 87:1,16 89:23
89:25 91:3 92:1 96:21
153:21 167:3 171:21 191:7
199:21 206:13 233:22,23
234:3 236:3 242:1,19
**certainly**
10:2 11:3 20:10 22:13 46:9
48:1 54:14 55:3 59:8 75:15
80:2 83:9 89:4 93:5 147:7
166:8 190:23 194:7 199:6
217:16,21 229:6 234:14
235:6
**certainty**
208:22
**certificate**
246:1
**certified**
2:18 8:15 247:4 248:18
**certify**
246:7 247:6,16 248:2,7,11
**cetera**
241:2
**cftc's**
21:20,23
**cgsh.com**
5:8
**chairman**
27:12
**challenged**
23:14,19
**chance**
116:16 126:19 127:22
135:16 230:3,11
**change**
160:10 196:8 249:4,6,7,9
249:10,12,13,15,16,18,19
249:21,22
**changed**
15:14 195:9
**changes**
38:21,22 39:13,14,17 84:5
84:7 107:19,20 246:10,12
246:15
**characteristics**
141:11 159:4 210:17
214:24 225:17 226:22
227:3 235:21
**characterization**
23:18
**characterize**
119:25

**characterized**
63:21 97:19 172:9
**charged**
32:24
**check**
32:2 38:21,23 42:3 57:9
58:18 59:18 105:18 106:15
110:10,12,16 115:23
116:19 122:10 124:6,7
126:20 127:4,11 132:25
133:1 178:7 192:10 211:13
211:14 214:2 217:20
243:23
**checking**
42:11 122:12 159:23 192:8
211:17 212:20
**checks**
31:6 107:4 115:17 132:8
**chemically**
153:16,19
**cheryl**
1:24 2:18 8:18 247:4
248:18
**chicago**
2:20 3:5,9 8:7 15:1,4,11
20:19 33:6 247:9
**chiseul**
4:13
**chk**
59:17
**choice**
110:13
**choosing**
132:10 195:15
**chose**
170:8
**christian**
1:8 2:8 5:10 247:14
**chronologically**
230:22
**chrysler**
13:21
**circuit**
17:7 18:6
**circular**
240:8,16
**circumstances**
39:4,21 40:25 41:17,25
108:13,21 109:7 112:20
117:8 153:1 155:8 160:3
162:6 165:12 166:13 199:5
199:13 201:4 215:21 234:9
**cite**
10:25 53:7 70:5 76:8,9
102:10 122:20 146:5

[cited - confounded]

**cited**
  10:17,22 11:7 20:9 25:12
  51:12 58:23 59:6,8,23 76:4
  76:15 77:16 99:25
**cites**
  70:2,9 226:14 227:5
**city**
  24:7
**civ**
  1:6 2:6 8:13
**civil**
  2:15
**claim**
  65:2 90:18,23 99:14 102:4
  121:3 138:19 148:11
  151:17 156:19
**claiming**
  158:9
**claims**
  64:13 65:5 84:3 137:5,7,10
  145:19 158:18 159:9,18
  233:2
**clare**
  29:9
**clarification**
  30:5
**clarify**
  105:10
**clarifying**
  208:8
**clarke**
  6:5
**clear**
  50:22 95:1 127:18 129:11
  154:9 157:7 162:25 173:15
  189:1 208:6 230:21
**clearly**
  137:11 194:16
**cleary**
  5:3 10:10
**client**
  25:25 26:2
**close**
  14:25 167:5
**closer**
  157:9
**closest**
  130:21
**clr**
  248:18
**cnbc**
  231:19,22
**codes**
  243:11
**collin**
  4:15

**column**
  123:8,9,23 125:7,7,7
  126:11,14,14 127:24
  128:11,12,12,13,21,24,25
  129:3,5,8,17 133:4,25
  134:1
**columns**
  124:5 133:15 191:6
**combination**
  156:22
**combined**
  49:18 204:22
**coming**
  162:11 224:25
**commented**
  20:8
**comments**
  45:16
**commercially**
  154:24
**commission**
  1:4 2:4 3:4,13 8:11 21:13
  246:23 247:13
**commodities**
  21:12 140:13
**common**
  101:8 136:20 137:1 138:24
  139:5,7 141:4,15,19 142:5
  142:19 143:7,11,16 144:3,6
  145:5,5,9 146:6,14,16,25
  147:3,11,14,16,22,24
**commonality**
  143:22
**commonly**
  101:18
**communicate**
  179:13
**communicated**
  185:1 203:11
**communicates**
  179:25 180:4 188:19
  189:24 190:8
**communications**
  60:21
**companies**
  139:12 140:11 148:10
  169:3 176:22 238:24
**company**
  26:7 102:11 153:6,8,13
  181:6 185:23 186:2,7,10
**company's**
  168:21 234:22 235:1
**compare**
  117:3 237:14 238:23
**compared**
  35:24 36:10,20 37:23

**compared (cont.)**
  112:25 118:22 211:6,7
**comparing**
  117:20 124:5 232:25
**comparison**
  112:24 118:18 141:7
  232:17
**comparisons**
  131:4
**compass**
  9:21 11:10 14:21,24 15:25
  27:6,8,11,13,17,20 28:4,8
  30:23 31:5 32:12,17,21
  43:16,17 45:22 46:5,14
  69:15 70:19 78:17 79:12,25
  80:5,13 197:10
**compensate**
  222:21
**compensated**
  32:17
**compensation**
  15:11,13 187:5
**competently**
  193:7
**competing**
  137:5,7
**complaint**
  54:21,25 55:15 238:17
**complete**
  11:8 17:12 47:22 220:8
  246:8
**completely**
  31:18 119:4 151:14 169:6
  169:16 177:5 186:24 224:9
  224:15
**completing**
  32:4
**completion**
  31:23
**complexity**
  48:5,23
**complicated**
  17:9 68:14
**compound**
  130:19 179:18 180:2,6
  189:2
**compounded**
  163:9
**compounding**
  157:24
**computational**
  78:11,15,18 79:18
**computer**
  124:17 247:23
**concede**
  70:1 226:2

**concedes**
  69:23 80:23 171:5,23
  225:19
**concept**
  134:19
**conceptualizing**
  45:25
**concessions**
  91:4
**conclude**
  80:25 85:17 86:22 87:1
  91:20 159:16 167:8,14
  172:21 226:7 228:1
**concluded**
  71:1 87:18 99:12 245:13
**concludes**
  70:3 227:14 245:6
**concluding**
  217:21 220:22
**conclusion**
  60:1 71:16 84:1 89:13
  139:3 142:10 161:23
  166:14 172:15 212:23
  213:1 228:4 237:8
**conclusions**
  37:20 59:22 68:17 69:4
  75:16 83:4 90:2 91:9 93:4
  99:3 130:6 172:11
**conditions**
  168:16 171:18 180:5
  188:20 196:24 203:14
  219:23
**conduct**
  60:25 65:1,4,21 66:1,9,19
  67:3 68:2,8 69:10,15 78:21
  80:6,13,19 83:10 152:20
  215:4 243:11
**conducted**
  71:6 79:25 149:20
**conducting**
  66:1 67:22 139:24
**confidence**
  221:16
**confident**
  225:20
**confidential**
  1:14
**confidently**
  198:7 211:5 220:24 221:24
**confirm**
  243:22
**confounded**
  90:11,20 173:12 194:13
  197:22 205:8 210:12,23
  211:12 212:25

**confounding**
90:6,11,18,23 91:6,21,25
92:8,25 95:11 96:1,3,6
155:19,19,22 156:11,14
157:12,23 158:22 159:17
159:25 160:10,13,18 161:2
161:20,21 162:1 173:20
174:24 192:8 202:19,21,22
203:5,10 205:10 206:2
207:11 215:17,18

**confused**
76:19

**confusing**
53:9

**connection**
13:21 36:9,11 39:10 40:1
50:18 51:13 52:25 53:2
62:10 72:4 110:15 111:11
143:9 188:24 225:4

**connections**
14:25

**consequence**
137:25 198:20

**consequences**
24:21 229:8

**consider**
11:16 33:15,18 52:20 53:5
53:23 54:4 55:18,23 56:3
58:14,25 74:5 76:11 103:20
109:2,15,22 110:3 111:7,11
174:22 195:1 198:25
234:22 235:1

**consideration**
220:3

**considered**
10:18 11:11,13 49:25 50:5
50:7,11,15,24 51:2,6,19
52:1,12,25 67:23 74:7
102:1 164:7 199:1 202:19
235:6 240:3

**considering**
209:17,19

**considers**
163:5 226:19

**consistent**
11:20

**consistently**
100:7

**constance**
43:14 44:12

**constitute**
103:10

**constituted**
34:16

**constitutes**
57:18

**construction**
149:23

**consulting**
12:24

**contact**
50:8

**contacted**
25:19

**contain**
47:22 49:14 133:11 171:16

**contained**
26:14 48:19 49:6 52:17
100:15 105:15 142:12
144:10 145:2 158:1 174:18

**contemplated**
241:19 242:1,19

**contemporaneous**
197:22

**content**
156:7 188:8,18

**contention**
139:4 141:4

**contents**
163:20,23 194:2

**context**
37:22,23 65:11 66:7 69:7
143:20 154:8 210:17 220:3
223:18

**contexts**
71:7 75:8 114:13 138:2

**continual**
169:8

**continued**
4:1 5:1 6:1 46:2 231:1

**continuum**
157:1 220:8,11

**contract**
34:9 101:5,9,17,18 105:4,9
155:5,8

**contractor**
28:12,13

**contracts**
34:17

**contribute**
115:22

**contributed**
118:13

**contribution**
109:10

**contributions**
109:18

**control**
140:3 141:6

**conventional**
91:13 135:7

**convicted**
21:4,8

**cook**
247:2

**cooperative**
44:21

**coordinate**
30:24 31:3,8

**copy**
19:12 22:17 62:22 73:14
218:2

**corn**
66:11 85:21 138:16

**corporation**
24:7

**correct**
20:22 21:21 24:2 43:18
45:23 47:20 62:21 64:19
72:6 83:1 90:20 102:14
123:21 128:19 146:25
173:22 174:14 197:17
226:10 246:8 247:25

**corrected**
80:12

**corrections**
246:10,13,14

**correctly**
17:14 18:20 21:10 23:20
24:22 27:24 70:3 71:18
74:9 120:3 122:11 123:14
127:11 133:17 170:5 173:5
214:4 227:14

**correlated**
85:2 86:2 87:2,10 95:8
135:15 156:19 158:18
159:10,19 168:14 193:9
220:24 235:9 236:2,8,14

**correlation**
82:11 83:21 84:15,17 85:7
85:18 86:22 87:21 89:24
147:8 158:7,10 167:9
188:23 195:4 198:8 204:25
207:2,6 220:16 221:25
225:6,7,21 226:8,10 240:19
240:25

**correlations**
194:23

**counsel**
8:20 9:22,23,24 10:1,12
11:22 29:7 52:10 60:21
232:22 242:7,10 243:22
248:3,7

**count**
21:7,8 27:21 129:14 199:24

**counted**
12:7,19 129:14 199:23

**countless**
35:10 146:1 148:10 151:2
151:16 152:24 175:20

**counts**
21:9

**county**
247:2

**couple**
13:20 14:8 15:6,8 27:1
46:11 57:16 119:7 168:19

**court**
1:1 2:1 8:14,16,18,19 9:1
16:13,17 17:8,10,11,13,14
17:18,19 18:10,11,18,19
19:19,24 20:12 22:2 23:23
24:23 59:18 101:14,22,23
118:23 145:13 187:20
208:11 244:19,22,24 245:3
245:8 247:11

**courts**
2:16 20:8,8 25:11 34:9
103:21 104:2 235:6

**court's**
18:7 102:10 103:21

**coverage**
238:4

**covered**
163:17 237:21

**create**
79:11 88:24 121:24 153:14
153:16,19

**created**
93:25 191:23

**creates**
143:12 150:19 151:5
196:21 236:12

**creating**
75:6 81:21 93:9,23 94:3,14
95:10 151:7,20 163:11
207:1

**creator**
151:24 157:11

**credentials**
16:11

**credit**
19:20

**credited**
20:9

**criminal**
14:3 16:21

**criteria**
36:14 38:11,12 68:25
193:10 196:25

**criticism**
63:22,23 116:9 137:17,19
148:3,4,15,16 151:12

[criticisms - derek]

**criticisms**
74:3 92:13 98:14 115:15
119:24 132:5,20 137:3,24
148:6 152:22 170:12
**criticize**
131:24
**criticizing**
132:1
**critique**
73:23 143:3
**critiqued**
21:19
**critiques**
21:23 73:4 99:22
**crypto**
37:7,10 76:7 228:5,6
**cryptocurrencies**
10:21 33:19,22 36:10 37:1
37:16 58:15,16 59:2,9 66:4
67:13 94:5 140:10 185:21
185:25 216:14 228:10
233:13 241:8
**cryptocurrency**
7:15 35:19 37:22 51:12
70:5 72:2 141:13 226:16,20
227:9,11,15 228:2 232:12
**csr**
1:24 248:19
**cum**
16:15
**curve**
166:7
**custom**
61:6
**customers**
189:15
**cut**
144:16
**cutoff**
88:8
**cv**
13:22 18:22 19:4,16 21:12
22:6,25 23:9 24:5 33:11
**cwhite**
4:25

**d**

**d.c.**
4:19 5:6
**daily**
237:13
**daniel**
1:16 2:14 7:3,10,17 8:4 9:4
9:11 104:23 178:18 245:6
246:4,17 247:9,17 249:2
**data**
41:23 46:22,25 49:25 50:24

**data (cont.)**
51:18 52:20 78:20,24 79:2
79:7,8,10,10,13 85:5 87:20
88:23 95:16 96:11 99:7
125:20 133:11,25 149:16
149:19 150:2 166:13
170:17,18,20 191:8 211:18
229:10 233:9
**date**
40:13 62:19,25 154:23
249:2
**dated**
7:11,12 62:18 246:19
249:25
**dates**
110:13,15
**dating**
57:20
**david**
43:14
**day**
41:8,9,19,21,22 88:23
91:14 92:22 158:5 159:9,20
202:24 204:21,21 210:13
211:12 212:2,15,19 213:3
214:5 222:19 246:19,22
248:12
**days**
39:11,24 40:2,7,14,22,23
41:2,8,13,20 66:15,15 71:4
88:18,22 89:3,7 94:18
96:21,22 106:24 107:1
111:20,22 112:13,24,25
113:11,12,14 114:6,23
115:5,9,24 116:3 117:3,4
117:21,22 118:4,5,12,21,22
119:20 120:10 123:5
127:25 128:1,21,23 129:5,8
129:14,14,15,18,21,21,22
130:2,14,15,24 131:1,3,4
132:10,11 133:8,12,18,24
134:2 135:19 155:25 156:2
157:25 158:20 160:10
163:4,4 164:6 170:8 171:22
191:8 192:2,7,9 193:21
194:18,20,21 195:1,3,18,19
195:20,20 210:11 211:24
212:1,3,4,8,15,19,24
222:20,20 223:1,1 239:18
240:1 243:4
**de**
85:22 138:5 139:12,17
148:9
**deal**
133:17 222:17

**dealing**
198:18 205:17 215:22
**debevoise**
4:3 30:2,13
**debevoise.com**
4:8
**decide**
101:14 145:14,14 148:3,15
160:14 200:2 203:25
**decided**
96:16 141:18 194:9
**deciding**
162:19 204:4
**decision**
13:5,23 14:17 102:11
103:22 181:24 182:25
183:7 187:12,15 190:6
199:22 241:21
**decisions**
94:7 104:10 190:4
**declaration**
7:17
**declare**
246:4
**decreased**
180:9
**deemed**
16:13
**defect**
141:24
**defective**
67:1
**defendant**
4:2 5:2,10 10:4,5 22:10,14
23:5 24:13 25:7 28:25 29:4
29:11
**defendants**
1:9 2:9 21:4 26:5,8,10,18
29:6 60:25 61:9,16 62:1
247:15
**defendant's**
16:12 54:6
**defense**
61:21
**defenses**
61:9,16,18 62:2
**deficiencies**
196:17
**deficiency**
196:17
**define**
88:25 219:20
**defined**
88:7 145:6
**defining**
132:12 209:22 219:16

**definition**
52:1 55:5,7 68:19 69:7
100:22,25 101:5,7,17,18
105:3,7,11 143:7,10 144:2
147:15,16 151:9,21 183:12
229:1,4 230:5
**definitions**
160:17 215:23
**definitive**
157:18 181:13
**definitively**
75:20 215:5,12
**delivery**
245:1
**demand**
150:12,15,21 151:8,10,20
152:5,9 156:23 160:20
161:7,17 164:15,20 165:3
166:1 168:15,23 170:23
171:11,18 172:5,17 189:25
190:9 203:14
**demonstrate**
42:23 92:15 106:2 107:18
108:7 227:6
**demonstrates**
115:3 204:5
**demonstrating**
216:13
**department**
14:2
**departure**
97:24
**depend**
166:6 234:8
**depending**
25:24 39:4 41:24 129:18
135:12 162:4 201:3 220:6
222:1,2
**depends**
39:3,20 40:24 67:8,9
112:19 143:19 199:4,13
215:20 219:20 229:9
**deposit**
148:24
**deposition**
1:15 2:13 7:9 8:3,8 9:19
10:13,16 12:5 19:8 54:12
54:15,17 58:3 63:1 73:10
104:19,23 125:16 126:1
136:8 177:20 178:3,18
217:6,23 244:11 245:6
246:6,14,15 248:3,5 249:2
**depositions**
2:17 12:12,13
**derek**
6:10 8:15

**[derived - dr]**

**derived**
111:4,9
**describe**
22:23 158:4,13 159:8
174:16
**described**
37:25 51:3 70:16 73:5,24
156:17 169:6 172:10,12
197:13 207:14
**describes**
97:1 156:7 168:18 175:6
179:8,18 227:4
**describing**
160:18 170:9 220:15
**description**
38:4 105:13 170:19 174:14
194:6,7
**design**
73:4,24,25 75:9
**detail**
74:1 75:14
**determination**
31:11 129:13 205:25
240:13
**determinative**
112:5
**determine**
56:12,17,21 68:3 85:7
86:10 90:9,22 104:4 115:21
118:3,12 136:25 147:21
160:9 161:5 170:22 175:10
176:8 177:10 180:7 185:13
192:12,21 199:16 200:12
205:9 209:25 210:2 216:5
224:19 234:18,20 235:16
241:5
**determined**
24:23 67:4
**determines**
240:4
**determining**
38:12 68:9,16 114:5,10
171:10 172:4 233:21
**development**
180:17
**deviations**
75:7
**df**
7:10,12,14,16,17 19:6,9,12
19:17 43:9 47:17 62:23
63:2 64:18 73:11,14 126:2
134:13 217:24 218:2
**diamonds**
138:7,11 139:12 140:13
148:9

**dice**
119:12
**diced**
119:8
**difference**
36:8 40:17 42:10 94:3
118:3 157:10 221:2
**differences**
37:7
**different**
16:9 39:20 41:16 50:4 71:7
71:21 80:11 84:24 87:5,5
94:8 98:11 106:21,21
110:11,24 114:13 115:16
120:3 122:1 129:15 130:23
133:21 139:11 140:9,12
141:10 145:25 148:19
149:7 152:8,8 156:14 158:4
158:13 159:7 160:13
169:16 179:9,9,11 190:19
193:16,21 203:16 204:13
215:10,14 216:10 219:1,4,5
222:9 230:1,4 233:1,1
235:23 241:1,2,5
**difficult**
157:2 160:5
**digital**
33:19,21,25 35:19,23 36:20
58:14 59:1 80:14 83:6
150:11 219:11 234:19
**direct**
45:8 138:13
**direction**
44:24 79:21
**directions**
31:17
**directly**
121:18 122:9 173:7 179:24
**disagree**
72:17 89:21 139:3,4 141:3
141:25
**disagreed**
20:1,12
**disagreement**
74:21
**disappears**
205:21
**discern**
44:2
**disclose**
11:24 13:5 14:11
**disclosed**
14:10 16:11 41:3
**disclosing**
11:1 162:15,17

**disclosure**
16:13 52:11 236:14
**disclosures**
167:3
**discover**
153:15
**discovery**
53:14
**discretion**
17:15 18:12
**discuss**
38:9 82:8,15 90:6 94:20
107:8 152:8 169:19 174:23
213:7 216:11
**discussed**
37:18 55:9 74:7 77:13
96:18 206:20 220:11
236:24
**discusses**
129:22
**discussing**
45:25 73:15
**discussion**
83:9 156:13 165:21 182:15
**discussions**
9:20
**disentangle**
91:6 92:7,11 93:3 157:3
161:22 171:20
**disentangled**
96:7
**disprove**
130:16
**dispute**
42:18 72:7,13 78:4 89:13
**disputed**
137:16 138:23
**disputes**
74:11 170:2
**disputing**
59:22 72:21 76:22
**distinction**
50:20 51:23 93:9 94:14
95:9 163:10 169:1
**distinguish**
29:5 91:22 139:16 148:5,7
151:1 175:19 213:22
221:15
**distinguishes**
151:15 152:23
**distinguishing**
91:16
**distributions**
101:15
**district**
1:1,2 2:1,2,16 8:14,14

**district (cont.)**
16:13,17 17:8,11,14,19
18:7,11,18 218:5 247:11,11
**divide**
125:7 126:13 133:25 134:8
**divided**
126:12 128:12 134:9,13
**dividing**
230:21
**document**
182:14,15
**documents**
10:16 52:18 53:13 56:11
182:7 191:21
**doing**
57:10 65:11,11 125:8 164:3
177:2 196:9 197:1 200:10
204:2,23 205:9 215:13
**donated**
15:13
**double**
196:3
**doubt**
134:16 138:8
**dr**
11:7 46:20,22,25 48:8
51:13 54:15 59:6 62:17,21
62:23 63:6,12,15,18,18,23
63:25 64:5,8,16,22 65:15
66:25 69:14,22 70:18 76:15
77:13,16,21,25 78:7,17,20
78:24 79:3,13,21 80:9,22
81:25 83:4,9,22 84:2,23
86:4 87:16 88:17 89:7,13
90:3,10 91:2,25 92:3,13
93:1,6 94:6,17,21 95:12,22
96:11,16 98:7 99:12,18,23
100:2,12 102:18,25 103:9
106:1,6 107:16,24 108:6
110:8,19 111:19 115:3,7
116:23 117:15 118:21
119:2,13,19,25 120:4,11
121:11,18,20 122:9,16
124:1 129:11 130:1,3,6
131:17,20 132:7 133:20,25
136:19 137:3,12,20 139:3,9
139:24 141:17 142:1,9,13
143:3 144:20 145:19 148:4
152:12 154:6 155:24
156:17 157:5,25 158:2,9,18
159:9,18 160:9 162:8,23
163:4,13,16,25 164:9 169:9
169:21 170:4 171:4,22
172:8,15,25 185:5,9,12,13
188:6,16,22 189:4,7,8
191:5,21,25 192:5,6,12

**[dr - et]**

**dr (cont.)**
193:25 194:8,12,14 195:24
195:25 196:8,15,18,23
197:13,16,21 198:18,23
199:17,20,22 200:13
201:24,25 202:9 205:1,8
207:6 208:3,6 210:11,22
211:11 212:24 213:3,22,24
214:5,13 219:1 223:21,25
224:24 225:19 226:2,24
237:9 241:10

**draft**
43:21 44:14

**drafting**
43:25 44:10,11

**drafts**
44:6,20

**draw**
50:20 68:16 91:8 219:2

**drawing**
51:23

**drawn**
69:5

**draws**
92:13

**drew**
93:24

**drive**
2:20 8:7 150:12,15 247:8

**driving**
150:21

**drove**
152:5

**duplicate**
74:19 75:22 76:2 77:7
196:23

**e**

**earlier**
51:10,16 138:4,13 156:17
156:25 167:1 201:7,16,17
206:20 233:20

**earliest**
40:13

**easy**
181:11

**economic**
20:25 23:20 24:20 55:8
63:11 98:21,23 99:4,5,11
99:17 100:25 101:2,8,12
105:8 138:22 143:16 144:2
220:2 234:15

**economics**
100:22 101:4,16 105:3
139:9 143:6,13,14 166:1

**ecosystem**
149:24 150:12

**eddie**
43:14 44:12

**effect**
90:22 92:21 93:13,14 95:25
96:2 138:11 158:17 159:18
159:25 161:14 171:25
173:4 179:22 188:14 193:5
198:6 201:5,6,11,12 203:17
204:24 209:9,12 214:19
216:5 222:23 223:2,11
225:21 235:25 239:25
240:10

**effective**
193:2

**effects**
7:14 85:15,15 157:2 171:2
198:14 204:12 206:8
240:21

**efficiency**
42:11 51:11 68:3 69:19
70:15,20 75:7 80:20 82:8
119:23 217:14 218:8,14,18
219:16,23,24 220:2,4,8,12
228:1 230:24 231:9,24
233:10,23 234:18,20

**efficient**
10:22 36:5,15 37:1,16,24
38:14 42:5,22 58:17 59:9
67:14 68:19,20,24 69:5,24
70:4 80:24 81:8 116:6
140:6 157:16,17 159:14
203:20 206:12,15 213:8
215:22,23 217:22 219:18
219:18 221:3,4,12,12 222:6
222:12 224:1,2,7,8,20,20
225:12 226:3,12,22 227:1
227:12,15,19 228:3,6,7,10
228:12,19,21 229:18 230:6
230:15 231:4,17 232:13
233:22 239:23 240:5 241:7
241:12,16

**effort**
92:10 152:19 161:15 183:5
185:23 186:2

**efforts**
56:23 92:17 93:25 95:8
106:3,8 107:14,22 108:3
110:4 111:5,10,22,23
114:25 120:25 156:4,21,22
160:20 161:6 164:15,20
165:2,6,17 166:17,24
167:17,24 170:24 171:12
171:17 172:6,17 173:2,11
175:13,24 176:10,21
181:22 183:10,21 184:5,22
184:24 185:2,4 186:18

**efforts (cont.)**
187:16 203:12,13

**eglavin**
5:20

**effort**
26:10 42:7 49:8 52:18
57:11 62:1 76:3 112:3,5
156:6 162:24 164:5 169:23
169:24 184:10 203:10,11
204:18 220:4 238:14

**elaborate**
171:14

**element**
103:5

**eliana**
4:14

**email**
3:21

**emeritus**
33:5

**emily**
5:14

**emphasize**
162:9

**empirical**
74:1,22 116:7 206:14
220:19,19 227:4

**employed**
31:15

**employee**
28:11

**employees**
28:8 43:17 243:2

**employment**
14:20,24

**endeavor**
150:5

**ended**
59:24 60:9,11

**enforcement**
14:7

**engaged**
13:9 14:12 31:22 136:20,25
142:5 144:6 145:4,9 146:6
146:16 147:22

**engagement**
25:22,24 26:1,20 31:22
51:20

**engagements**
13:14 28:21 29:14 30:1
217:13

**ensure**
31:6

**enterprise**
136:21 137:1 138:25 139:5
139:7 141:4,15,20 142:5,20

**enterprise (cont.)**
143:7,12,17 144:3,7 145:5
145:5,9 146:6,14,17,25
147:4,12,16,23,24

**entire**
137:4 139:23 142:14 246:5

**entirely**
164:5 175:3 199:4

**entirety**
43:19 54:20,22 77:22
164:10 194:2

**entrepreneurial**
92:17 95:7 111:5,9 156:21

**entries**
123:12

**entry**
123:4

**epfeffer**
4:24

**equal**
165:25 179:13

**equals**
134:13

**equating**
209:21

**equity**
179:2,10,20,22 180:8,18
181:22 182:2,5,9,19 188:13
189:15

**errata**
246:11 249:1

**error**
79:17,18,18 201:18 205:5
209:13,21

**errors**
78:8,11,11,12,15,18 79:13
79:16

**escrow**
182:25 183:5 202:11,13

**escrowing**
183:9

**esquire**
3:6,15 4:4,11,12,13,14,15
5:4

**establish**
120:24 130:16 152:13
221:24 240:9,13

**established**
144:22

**establishing**
108:12

**estimated**
118:21

**et**
7:18,19 8:12 241:2 249:3

**[eugene - external]**

**eugene**
6:4
**eve**
21:22
**event**
16:24 17:25 18:2,3,5 23:4
23:15 35:7,13,18,23,24
36:4,4,9,11,20,21,24 37:4
37:10,11,14,19 38:2,19
39:6 40:10,14 41:9,12,19
42:2 43:2 64:25 65:2,5,15
65:22 66:1,2,3,9,12 67:3,13
67:22 68:3,8 69:10,15
70:24 71:1,7,19,22 73:5,24
75:9 78:21 80:1,6,8,12,14
81:24 82:4,21 83:19,20,24
86:25 91:8,13 92:1,14 93:1
93:11,12,15,17,23 94:9,18
96:8,25 97:8,19,20,21,25
106:1 112:6,12,17,22 114:4
114:12 117:2,18 119:4,19
120:9,14 123:5 127:25
128:1,21,22 129:5,8,18,21
130:2,12,14,15 131:13,16
131:17,19,24,25 132:2
133:3,8,20 135:9,16 137:4
137:20 138:18 152:13
155:25 156:2 157:8,25
158:5,8,20 159:9,20 161:21
162:12 163:18 164:6
169:22 171:22 174:24
191:8,21 192:6,9 196:10
202:14,17 203:15,16,23
209:13 210:11,13 212:1,8,9
212:24 213:3 214:5 215:7,8
215:10,15,16 216:10
218:15,17 219:22 220:13
220:17 221:2,5,9,15,20
222:2,19 223:5,16 225:12
230:15 231:4,9,17 233:8
235:23,25 236:1,3,4,6,8,15
241:2
**events**
39:10,11 66:15 68:18 71:4
84:4 85:13,16 86:17 90:18
91:15,21,25 92:2 95:2
96:23,24 97:3,3,22 106:17
106:24 107:2 113:11,13,14
113:16 114:6 132:18,19
157:23 161:4 162:16 163:2
171:21 192:21 193:4,8,11
193:14,24 195:10,16,17,24
196:2,3,8,11 197:17 199:16
200:9 205:7 210:3,21
211:11 212:18 213:11
216:13 220:23 221:8,25

**events (cont.)**
223:12,13 224:10 225:22
234:12 236:11
**evidence**
17:16 20:25 55:8 89:14
98:21,24 99:4,5,11,17
**exact**
13:11 29:20 30:15 33:7
76:25 84:7 88:4 114:3
146:19 197:2,3
**exactly**
27:4 28:10 31:24 83:22
88:6 94:23 96:11 115:3,13
120:5 144:10 150:25
151:12,19 152:22 153:16
175:20 201:8 213:9 227:24
**examination**
2:14 7:2,4 9:7
**examined**
9:6
**example**
36:10 42:21 48:8 82:9
85:21,22 91:12 93:10,11
94:6,13 114:16 138:3,14
140:2,9 153:5,7 157:10
162:12,18,24,25 179:17
180:1 189:2 193:21 198:11
198:16 203:21 207:17
221:19 227:11 240:18
**examples**
139:19 148:10,14 152:8
157:7 175:20 211:10
239:16
**exception**
58:22
**exchange**
1:4 2:4 3:4,13 8:11 36:12
36:13 42:20 184:7,13,20,21
185:14 186:6 247:12
**exchanges**
36:14 186:1
**exchange's**
184:17
**exclude**
17:8 158:10 160:15 201:14
202:14 203:17 230:2
**excluded**
16:3 18:14 160:10 192:21
193:25 194:13 195:10,24
196:2,4,9 197:17
**excluding**
195:16 199:20 200:8
203:22
**excuse**
32:9 47:5 59:15 67:21 80:6
139:17 140:15 157:5 158:9

**excuse (cont.)**
163:12 239:22
**excused**
245:12
**exemption**
34:24
**exercise**
125:17 139:24
**exhibit**
7:9,10,12,14,16,17 19:5,9
19:17 43:9 47:17 62:23
63:2 64:2,3,17 73:11,14
106:20 108:9 110:8,8
119:10,14 120:4,19 121:5,9
121:15,17,22,25 122:4,5,7
122:18,20,21,23 123:1,2,13
124:5 126:2 128:10,17,18
128:20 133:5,10 134:12,12
158:2,14 159:8 163:15
190:25 191:3,4,7,10,13,16
191:19,22,24 192:5 197:20
200:22 202:25 205:7,22
207:7,18 208:19,21 209:3
209:24 210:4,8,10 211:20
212:13,21,23 213:9,14,21
217:19,24 218:2 226:21
**exhibits**
7:6,21 46:17,23 47:1,5,8
79:6,11 106:15 107:4
121:10
**exist**
107:18 115:15 130:8 138:1
151:10,21 154:1 181:6
216:8 221:23 223:19
240:20
**existed**
152:10
**existence**
36:5 68:18 82:10,11 110:9
153:9 186:8,11 206:24
213:8,8 226:8,10
**existing**
220:20
**exists**
75:8 91:25 97:6 143:17
176:17 225:7
**expand**
223:5
**expect**
62:11 105:16 135:5,11
166:3
**expectation**
57:3 108:11 111:4,8 134:22
135:2 161:8 174:16,23
175:11,12 176:8,10 177:11

**expectations**
170:23 173:1,13,24 175:25
177:2
**expected**
62:8 168:15 190:9 192:14
**expenditures**
180:17
**experience**
48:24 49:19 85:13
**expert**
7:10,12 12:5,14,18 13:6,8
13:19 14:6,13,16,19 15:18
16:2,3,18 19:12,20,25 20:1
21:16,20 23:14,24 24:12
25:6 33:15,18,24 35:7,13
38:3,3 42:3,14 48:9 53:14
64:4,21 70:23 103:20
130:13 172:14,21 217:13
218:2 242:11
**expertise**
35:5 49:19
**experts**
28:4,14,20 30:23 32:24
64:8,14 76:8
**expert's**
21:24
**expires**
246:23
**explains**
189:24
**explanations**
189:3
**explanatory**
219:4
**explicit**
14:15 42:16
**explicitly**
42:7,11
**express**
10:19 11:21 47:23 48:4
233:15
**expressed**
48:14 50:1,25 51:7 78:1
**expressing**
11:18 147:6 154:19 234:1
**extend**
222:18
**extensively**
25:12
**extent**
44:8 63:20 64:12 92:14
96:20 137:9 138:18 141:15
156:18 176:16 233:16
234:10 238:4
**external**
162:2

[extreme - flawed]

**extreme**
170:9
**extremely**
36:6
**eyeballing**
125:20

**f**

**face**
107:17 110:19 111:19
115:7,14 130:7 132:14
188:16,24 189:5 196:16
**fact**
55:15 70:2 111:18 132:16
132:17 146:22 157:6,15
159:14 160:3 172:16 190:5
195:10 196:18 197:10
199:9 201:19 206:18
222:22 223:7 227:13 228:9
242:5
**factor**
234:14,15 235:5
**factors**
38:11 42:15 81:3,5,7,9,11
173:25 174:15,25 189:24
206:19 233:19,23 234:3,7
234:17 237:11 240:6,10,14
241:4,5,6,13
**facts**
39:4,20 40:25 41:17,24
49:25 50:24 51:18 52:20
71:17 72:1 99:6 112:20
117:8 153:1 160:2 162:5
165:12 166:13 199:5,13
201:3 215:21 234:9 248:12
**factual**
54:25 55:4,6,12
**faculty**
15:13
**fails**
141:22
**fair**
23:18 61:20 85:4 86:21
87:19 110:20 127:14
212:22
**fairly**
156:7
**false**
134:20,23 135:5,22,25
**familiar**
36:6 98:5 134:19
**familiarity**
154:18
**famous**
230:23
**far**
28:9,23 64:11 79:23 136:22

**far (cont.)**
186:12 226:18
**farther**
22:16 228:9
**february**
1:17 2:20 8:4 246:9 247:7
249:2
**federal**
34:1,10,25 50:12 101:16,19
102:2
**feel**
127:7
**feng**
58:24 74:5 75:10 216:21
**ferrell**
28:13
**ferrell's**
63:18,23,24
**field**
33:16,19
**figel**
4:10,11 10:8 11:12 12:1
13:1 15:20 19:21 20:5
21:25 23:16 24:1 25:1,9
26:12 27:19 28:6 29:3,16
30:3,17,25 31:9,16 32:5,14
32:18 34:2,18 35:8,14,25
36:22 37:12 38:6 39:1,18
40:16 41:10 42:6,13 43:4
44:15 45:4,10,17 46:8 47:3
47:25 48:20 49:11,17 50:6
50:14 51:1,21 52:14,22
53:18,25 54:8 55:1,20,25
56:5,14,24 57:5,14,20 59:3
59:15,20 60:7,19 61:2,10
61:22 62:3 63:8 64:9 65:8
65:18,23 67:7 68:5,12
69:21 71:5,14 72:14,22
73:7 74:12 75:11 76:13,24
77:18 78:9,22 79:14 80:15
81:12 82:6,23 83:7 85:10
86:14 87:12 88:20 89:9
90:12,24 92:9,23 95:18
96:4,19 97:16 98:9 99:8
100:4,14 101:20 102:6,20
103:3,12,23 104:6 106:9
107:15 108:4,15,23 109:11
109:20 110:6 112:7,16
113:2 114:8 115:1,25
116:21 117:5,13,19 118:6
118:25 125:11 126:4 127:9
129:9 131:14 133:14
134:24 135:23 136:3 139:6
140:18,23 142:6,24 143:18
144:8,14 145:11 146:7,18
147:25 148:20 149:2,8,14

**figel (cont.)**
149:25 150:8,14,23 152:6
152:16 153:10 154:3,16,25
155:9 156:5 158:24 160:1
161:10 164:11,16,22 165:7
165:19 166:5,19 167:19
168:1,6 172:7,18 173:14
174:2,10 175:1,14 176:11
178:6,11,15 180:10,21
181:8,18 182:10 183:2,11
184:8,14 185:15 186:3,20
187:7,17,24 189:10,21
192:3,16,23 194:3,15
195:12 196:12 197:24
199:3,18 200:15 203:1,7
205:12 206:3 207:12,20
208:5,11 210:5,24 213:4,25
214:15,22 215:19 216:25
218:24 219:12,19 221:13
224:4,21 225:15 226:4
227:22 228:15,24 229:21
230:18 231:7,20 232:15
233:6,24 234:24 237:16,23
238:6,25 239:7,12,19
240:15 241:22 242:4,22
243:5,23 244:1,18,20
**figure**
122:21 126:10 155:21
185:8
**figured**
124:10
**figures**
24:25 200:21,22
**figuring**
236:13
**filed**
8:13 217:18,21
**filing**
24:21
**finance**
24:7 105:16
**financial**
38:13,14 42:4 241:15
**financing**
179:2,5,6 180:8,19 181:22
182:5,9,20
**find**
18:23 79:12 86:1 87:4,10
88:3,5,11 89:18 94:24
110:23 123:14 133:23
135:11 138:10 150:7 195:4
**finding**
18:7,12 37:18 68:23 72:10
74:24 75:2,4,5 77:3 81:8
112:23 170:2 225:3 226:18

**findings**
68:14 70:18 72:7,13,16,18
72:21 74:11,22 75:16 76:23
106:1 116:6 122:18 188:16
189:5 226:6 241:10
**finds**
37:15 89:14 111:19 137:23
225:18
**fine**
8:25 57:11 169:20
**finish**
17:11 140:19,23 188:1
208:7,9
**firm**
11:10 15:20 27:21 29:15
30:2,6,10,13,16 101:12
151:5,7 176:24,25
**firms**
146:1,1,2 176:21
**first**
9:5 24:7 27:2,23 34:3 38:20
39:2,13 44:4 53:16 54:6
55:14,16 74:15,15 83:17
85:15 100:20,21 101:1
123:2,12 129:24 160:16
180:11 183:17 186:6
201:10 204:7 207:21 209:5
212:15 236:5 247:17
**fischel**
1:16 2:14 7:3,9,10,18 8:4
9:4,11,13 12:4 52:13 58:9
104:23 105:2 136:14
178:18,22 208:6,6 217:12
244:16 245:7 246:4,17
247:9,17 249:2
**fit**
15:7 114:15
**five**
135:6 192:13 212:14,18
214:12 232:13 233:13
**flagged**
88:18,22
**flagging**
89:3
**flakes**
66:11 85:21 138:17
**flat**
166:2
**flaw**
95:21 96:13 139:1 141:9
169:9 201:23
**flawed**
80:10 84:24 89:19 90:5
99:13,19 100:3,13 119:19
120:9 139:25 142:15
144:21

[flaws - hanauer]

**flaws**
66:25 89:21 95:14 107:7,18
110:18 120:13 130:8
194:24 197:1

**flows**
102:4

**flumenbaum**
5:12 10:8 187:19,22,25
232:18,23 237:4,17,24
238:12,19 239:1,20 242:5,8
242:11,23 243:6,18 244:20
244:23

**fly**
126:25

**focused**
196:16

**focusing**
175:5

**folks**
44:13

**follow**
16:15 19:20 81:16 238:1

**following**
243:4

**follows**
9:6 58:4 104:20 136:9
177:21 178:4 217:7 244:12

**food**
138:15,15 139:13,13

**footnote**
53:11,20 74:8,25 94:22,25
162:24 185:6 202:5,18
216:22

**foregoing**
246:6 247:24 248:3

**forgetting**
94:11 115:14 140:5 194:23

**form**
40:3 166:14 226:12

**formal**
14:23 28:7 31:17 81:20
86:15

**formally**
60:12

**forming**
10:18 11:17 49:25 50:24
51:7 52:20,25 54:1 55:17
111:12

**forth**
63:6

**found**
21:22 25:7 28:2 87:16
119:3 121:20 122:16
129:12 132:24,25 169:22

**founder**
27:15 176:25

**founders**
140:11 153:13 176:22

**four**
99:21,22 100:7,11

**fourth**
212:5

**framework**
216:3

**frankly**
123:24 192:7

**fraud**
17:7 18:4 21:9

**frederick**
4:10

**frequency**
127:25 128:21 129:3
130:14 133:7,12,23

**frequently**
38:9,11 91:13 96:7 143:11
151:6 166:9 188:11

**front**
19:5 73:1,9,19 74:16,18
77:2,5 82:25 126:22 185:5
208:20,24

**full**
33:2 178:12

**fully**
206:10 235:17 236:6
239:17,25 240:20

**function**
117:7 124:4 201:2

**fund**
149:13,23

**fundamental**
36:7 66:24 94:2 95:13
107:7 116:9 132:21 141:9
141:24 148:4,6 152:21
156:16 209:13

**fundamentally**
84:24 97:7 99:13,19 100:3
100:13 120:12 139:25
144:21

**funds**
148:24 149:6,17,18 179:10
179:11,13,15 182:2

**further**
210:21 232:4 244:17
247:16 248:2,7

**future**
181:10,14

**futures**
21:12

**fuzzy**
59:5

---

**g**

**garlinghouse**
1:8 2:8 5:2 61:1 247:14

**garrison**
5:11

**gauges**
112:12

**gavan**
4:12

**general**
58:20 63:12 69:8 99:22
101:2 105:8,15 151:23
226:18,20 227:9 234:2

**generality**
41:15 84:21 134:25

**generalize**
114:14

**generally**
38:10 39:6 40:20 55:3
116:11 135:11 199:7 220:1
220:20 228:5,20,22 229:3
234:10,13 240:3 243:3

**generic**
145:22 148:13 150:25
151:14 169:6 175:18
176:17 177:5 186:24

**gerritsen**
76:3,6,11,23

**getting**
59:4 70:12

**ggideon**
4:22

**gideon**
4:12

**give**
9:15 17:12 32:8 37:9 44:18
45:10 77:5 138:3 181:13
202:6

**given**
37:17 65:10 160:3 170:17
246:9 247:20,25

**gives**
220:22

**giving**
26:13 175:4

**glavin**
5:14

**glendale**
8:17

**go**
22:16,24 42:11,15 57:15,23
92:2 104:13 125:16 128:14
152:19 166:4 178:12 244:5
245:4

**goes**
33:2 166:2 210:20

**going**
11:23 14:11,18,18 23:9
24:5,9,14 29:4 35:4 37:8
44:1 46:19 57:8,24 86:2,24
104:15 123:3 124:11,16
125:1 130:5 136:4 140:17
157:19,20 160:16 171:2
177:16,23 178:12 181:21
193:12,15 217:2 233:19
235:22 244:7 245:9

**good**
9:12 19:4 127:22 136:2
143:23,23 178:15 187:25
200:18 211:13

**goods**
150:6

**gotten**
15:9

**gottlieb**
5:3

**government**
13:10,19 14:6 25:6,11

**government's**
21:2 23:14,19,24

**gradillas**
8:16,19 245:8

**grgeta**
43:14 44:12

**gross**
43:14

**group**
140:3 141:6

**guardado**
6:8

**guess**
16:5,19 29:25 31:25 32:9
36:17,23 38:9,13,16 85:11
94:18 98:13 100:10 149:17
150:24 152:9 153:5 164:7
166:9 191:23 200:16
223:22 232:5

**guessing**
174:21

**guidance**
104:3

**guilty**
25:7

**guys**
244:25

---

**h**

**hamilton**
5:3

**hanauer**
3:6 7:4 8:23 9:8,13 11:15
11:22 12:3 13:7 16:1 19:11
20:3,13 22:5 23:22 24:4

---

[hanauer - important]

**hanauer (cont.)**
25:4,14 26:19 28:1,16 29:3
29:7,8,21 30:7,21 31:4,14
31:20 32:11,16,22 34:7,21
35:11,17 36:16 37:2 38:1
38:18 39:12 40:9 41:6 42:1
42:9 43:1,5 45:1,7,11,14,20
46:13 47:12 48:15 49:7,13
49:20 50:10,21 51:4 52:2
52:10,16 53:4,21 54:3,11
55:13,22 56:2,7,16 57:1,7
57:19,23 58:8 59:15,21
60:15,23 61:4,13,24 62:15
63:4,16 64:15 65:14,20
67:2 68:1,7 69:9 70:7 71:11
71:24 72:19,24 73:13 75:3
76:1,16 77:14,20 78:13
79:1,19 80:18 81:23 82:13
83:2,13 86:5 87:8 88:1 89:6
89:12 90:16 92:5,19 95:15
95:23 96:14 97:12 98:2,16
99:20 100:9,17 101:24
102:9,24 103:8,14 104:1,9
104:13 105:1 107:11,23
108:10,19 109:1,14 110:1
111:1 112:10,21 113:5
114:17 115:18,20 116:17
117:1,10,16 118:1,10
119:11 120:7 124:14,23
125:12 126:7,9 127:9,17,21
130:11 131:21 133:22
135:3 136:2,13 140:14,21
141:1 142:21 143:5 144:4
144:12 145:7 146:4,11,21
148:17,23 149:5,11,21
150:4,10,18 152:3,11 153:4
153:12 154:10,21 155:2,13
156:9 159:21 160:7 163:14
164:13,18 165:1,15,24
166:15,22 167:22 168:3,8
172:13,23 173:14,17 174:6
174:11 175:9 176:2 177:9
177:14 178:14,21 180:15
180:24 181:15,20 182:17
183:4,14 184:11,16 185:19
186:5 187:2,9 189:6,17
190:11 192:11,19 193:23
194:10 195:7,22 197:6
198:2 199:14 200:11,20
203:3 205:6,23 207:8,15
208:2,7 209:1 210:9 211:9
213:17 214:8,18 215:2
216:15,23 217:1,11,19
218:1 219:8,15 220:10
223:24 224:12 225:9 226:1
226:23 227:17 228:11,17

**hanauer (cont.)**
229:17 230:13 231:2,12
232:11,22 233:4,18 234:5
235:3 237:12,20 238:3,9,15
238:21 239:4,9,14 240:7
241:17,24 242:7,10,12,16
242:17 243:1,9,21 244:5,16
245:1,4
**hanauerb**
3:11
**hand**
55:14,16 161:6 170:24
199:10 213:23
**handful**
87:23,24 88:12,14 167:7
**hansen**
4:10 25:20 29:15
**happen**
166:9 181:14
**happened**
39:10
**happens**
41:21 91:7 229:14
**happy**
145:20
**hard**
55:2 65:9,24 84:20 89:17
114:14 171:19 206:5 223:4
**harris**
113:22,25 131:9
**hashemi**
7:15
**head**
125:22
**heading**
105:25 136:16
**hear**
59:19 187:22
**hearing**
21:17 22:12 23:21
**held**
239:11
**hereinbefore**
248:6
**heretofore**
247:6
**high**
41:14 123:15
**highlight**
163:10 171:1
**highlighted**
171:15
**highlights**
163:7
**hold**
128:6

**holder**
56:12,22 57:4 102:3
**holders**
56:9 106:2,7 107:13,20
108:2 110:3 120:24 121:3
136:20,25 142:4 144:6
147:6,11 150:6
**holding**
178:11
**holdings**
7:19 218:4
**hope**
178:14
**hoping**
235:25
**hour**
2:21 33:2 57:9 244:1
**hourly**
26:20 32:20
**hours**
31:21 32:1,3 178:9 236:19
243:25 244:4
**howey**
102:11,13,19 103:1,17,22
104:3 108:12 145:16 146:5
146:5,17,20,22,24 174:1,8
174:9,14,16,25
**hundred**
15:23 26:5,18 30:20 32:19
118:8,18 119:16 127:3
**hundreds**
18:3 35:15 71:20 138:9
**hypothesis**
115:11 137:14 167:13
230:10
**hypothetical**
24:25

**i**

**idea**
81:20 121:25
**ideas**
45:25
**identical**
41:3
**identification**
19:10 63:3 73:12 126:3
217:25
**identified**
52:18 92:8 100:11 112:3
145:8 155:24 158:16 192:1
194:24 198:23 199:16
**identifies**
90:17
**identify**
8:20 49:24 50:23 89:23
159:6 191:25 193:14

**identifying**
38:20,23 210:17
**ignore**
95:9 209:12
**ignored**
164:5 194:17
**ignores**
96:22 163:7,13
**ignoring**
94:3,13 119:23 130:7
132:11,21 209:21
**ii**
111:22 120:18 184:2
185:21
**iii**
186:14
**il**
248:19
**illinois**
2:19,20 3:9 8:7 247:1,6,9
**illustrate**
88:9 207:7
**illustration**
198:17
**illustrations**
94:17
**imagine**
85:17,17
**imagining**
113:23
**immediate**
222:24
**immediately**
69:2 99:1,2
**impact**
65:16 68:10 158:22 165:6
181:7 199:2 205:10,25
207:10 221:10 225:13
227:20 230:16 231:5,18
**impacted**
175:12 176:9
**implemented**
81:19 236:22
**implementing**
44:17
**implication**
237:7
**implications**
198:21 210:18 225:19
**implicitly**
42:8,12
**important**
13:17 38:4 66:8 193:11,14
199:12,12 201:21,22
203:25 204:1 206:25
219:25 234:4,6,14,15 240:4

[impossible - issues]

**impossible**
157:3 161:23 162:7 171:19
206:6 211:3
**impression**
110:11
**improper**
243:6
**inaccurate**
47:14
**inadequate**
16:14
**incentives**
187:4
**include**
38:4 40:14 121:21 194:9
200:9,23
**included**
108:8 172:10 192:1 195:11
195:24 197:18 200:3,13
205:8 207:18,24 208:3,23
209:3,24 210:4 238:24
**includes**
171:22
**including**
25:13 55:11 115:8 138:23
141:19 144:25 196:8 200:8
205:2
**incomplete**
17:5
**inconsistent**
21:2 97:7 121:2
**incorporate**
45:15
**incorporated**
214:20 235:17 239:17,25
**increase**
150:5 151:8 164:15 165:3
166:17 167:24 180:16
189:25 235:24
**increases**
151:20 228:13,19,22 229:1
**increasing**
150:21 168:23,24,24
**independent**
28:12,13 70:14,20 119:4
121:19 122:15 153:22
167:17 176:14,15 189:14
218:22 219:5,6,10
**independently**
31:7 67:17 69:12 124:21
**index**
7:1 98:7 237:15 238:24
**indiana**
218:5
**indicate**
152:18

**indicated**
8:5 142:7 246:11
**individual**
26:10 29:5 60:25 62:1
**individuals**
43:15
**industry**
61:6
**inefficiencies**
75:5
**inefficiency**
220:9 221:22
**inefficient**
116:3 132:17 158:6,11
159:1,4,15 160:4 196:20
198:7,19 204:14 205:17
206:7,21 210:18,19 211:1
214:24 215:6 216:8 224:15
225:17,24 235:21 237:10
**infer**
66:7 96:10
**inference**
93:24
**inferences**
92:13 219:3 222:5
**infinite**
141:11
**influence**
223:12
**information**
37:21 41:2,3 52:17 68:21
90:11 91:6 92:25 93:9,10
94:4,4,14,15 95:10,11
155:19 156:11,15,23
157:11,12,13,16,19,21
159:3,9 160:13 161:7,16,20
161:22 162:1,3,17 163:11
163:12 171:16,17 173:11
173:12,21 179:2,5,14,24
180:4 182:13 185:1 188:7
188:17,19 189:25 190:9
199:6,9,11,11 201:19,21
203:10,11,12,13 204:15,16
204:19 205:18 206:14,17
206:23 211:2 215:24 216:6
222:16 223:7 229:23 230:7
235:11,17 240:23
**informational**
69:19
**informationally**
69:24
**informative**
117:2
**informed**
74:5

**initial**
44:11 209:9
**injunction**
21:17 22:12
**inquiry**
40:1
**insider**
113:7 130:23 243:14,17
**installed**
31:6
**instrument**
124:20 127:6
**insufficiently**
216:14 227:19
**intended**
56:18,23 141:16 241:14
**intent**
56:12 57:3
**intention**
75:21 77:7
**intentions**
169:2
**interactive**
44:5
**interested**
67:16 248:9
**interesting**
236:20
**interests**
187:13
**intermediate**
221:23
**internal**
122:12 243:11
**internet**
231:6,11,13
**interpret**
34:9 40:18,23 41:4,23
175:8 199:25 223:18
**interpretation**
83:25 85:4 87:19 201:3
**interpreted**
199:8
**interpreting**
196:18,19 219:21
**interprets**
110:14
**interrogatory**
53:6,8,23
**interrupted**
140:20
**intraday**
92:20 95:16
**introduce**
222:25 223:9 236:10

**introducing**
236:11
**invested**
147:3,7,11,23
**investigate**
105:21 180:13 181:2 182:2
232:3,10
**investigation**
164:4
**investing**
101:13
**investment**
34:9,17 101:5,9,10,17,18
102:1,3,5 105:4,9 108:14
108:22 109:3 110:5 155:4,7
177:4 237:21 238:1,5
**investments**
146:2
**investors**
76:7 175:25
**invests**
146:25
**involve**
40:10 104:4 179:24 181:22
184:21,24 185:11 187:16
188:12,12
**involved**
15:16,19 30:12 34:16 43:24
44:7,17 113:8 157:8 189:19
204:14
**involvement**
163:1 188:4
**involves**
174:16
**involving**
16:16 113:24
**isolated**
87:1
**isolation**
164:17
**issuance**
179:20,23
**issuances**
179:10 188:13 189:15
**issue**
33:24 35:5 36:6 42:4 66:5
66:22 81:15 83:10 98:15
130:25 138:23 141:19
145:3 153:2 154:18,20
176:23 190:14,23 213:13
217:18 219:17 234:10
**issuer**
102:5
**issues**
36:3 77:13 137:16,21
138:21 141:18 152:21

[issues - literally]

**issues (cont.)**
175:22
**iteration**
196:10
**iv**
186:15

**j**

**jackson**
3:7
**jasper**
23:2
**job**
1:25 169:12
**jointly**
18:17
**joo**
7:15 58:23 70:2,9 71:25
72:8,21 73:5,14,22 74:15
75:2,13 82:16,21 216:16,19
227:13,18
**journal**
97:1 144:23,24
**journals**
52:6 97:10 98:4 142:17
**judge**
21:22 148:2,14
**judgment**
193:4,7 201:16 204:2 205:2
**judgments**
40:21 41:18 162:4
**jury**
17:21 21:4,7
**justice**
14:2
**justification**
16:16 172:9 199:20

**k**

**kbunting**
5:19
**keep**
15:7 48:24,25 162:11
**keeping**
180:19
**kellogg**
4:10 25:20 29:15 30:16
**kellogghansen.com**
4:21,22,23,24,25
**kellogg's**
66:10 85:21 138:15
**kelly**
43:14 44:12
**key**
206:18
**kim**
4:13

**kind**
16:9 18:4 22:12 78:12
97:11 113:9 140:4 164:4
175:17 192:25 225:5
**kinds**
31:12 74:19 221:23 222:8
**kkim**
4:23
**know**
10:3,3 11:5 13:11,12,16,16
14:14 15:22 16:8,9 18:22
19:22,23 22:1,16 23:6,17
24:9 25:2,23 26:7,16 27:5
28:9,15,18 29:18,20 30:4
30:10,14,15,19 31:24 32:6
32:8,9,15 33:7 36:1 38:9
39:2 40:24 42:24 43:23
46:10,16,24 47:1,15 48:7,9
48:9 51:25 52:9 55:9 59:12
60:10 61:17,17 62:8 64:11
67:8 71:6,8,8 72:16 73:2,9
73:25 74:20 75:12 77:3
79:16,23 81:13,18,22 82:9
83:20 85:11 87:19 89:2,3
89:10 91:12 97:17 98:10
100:5,24 106:13 113:22,25
114:10 118:15 119:15,21
119:21,22 123:24 124:6,7
125:10,18 126:15,19 127:8
131:15 132:11 138:16
139:8,20 142:7 143:9 144:1
144:15 145:16,16 146:8
147:7 148:1,21 149:3,9,15
149:17 150:24 151:18
153:11,21 154:4 162:3,5,12
163:25 164:9 165:8 166:7
166:10 167:12,13,14 170:9
173:3 175:15 180:25 181:9
181:12,14 182:4,23 183:22
183:23 184:5,12,17 185:17
185:17,25 186:12,18 187:3
187:10 190:12 191:15,23
194:4 196:3,21 198:15
200:16,24 203:24 204:10
204:11,23 206:4,7 209:2,16
209:19 211:3,15,16,17
212:17 213:5 214:1 218:9
222:3 223:7,22 224:22,25
229:12 230:20,23,25
231:22 232:2,4,7,7,8,16
233:2 234:8 235:20,24
236:5 237:18 238:4 239:21
239:24 240:18 241:3,10,12
241:23 242:24 243:8
**knowing**
207:25 222:14 236:20

**knowledge**
55:14,16 56:10 69:17 70:22
80:3,17 153:20
**known**
16:12 91:7 243:4
**kristina**
5:13
**kumar**
23:11
**kylie**
4:13

**l**

**labs**
1:7 2:7 4:2 6:8 8:12 29:11
244:18 247:13 249:3
**lack**
39:10 40:7 101:11 116:6
140:6 141:6,6 213:8
**language**
84:15 146:17 229:5
**large**
13:13 88:18,25 89:1,7,23
116:13,14
**larger**
215:8
**larsen**
1:8 2:8 5:10 61:1 247:14
**late**
16:11
**laurentius**
28:11
**law**
14:21 15:1 30:2,13
**laws**
34:1,10,25 101:16,19 102:2
**lawsuit**
12:23 101:14
**led**
16:14 46:1
**ledger**
190:10
**left**
244:1
**legal**
8:16 34:4,4,12,13,19 35:2,3
53:13 102:7,8 103:18,19,24
103:25 104:7,8 108:16
137:11 138:22 139:8
145:17 148:2 155:10,11
174:3,4 175:3,3,7 233:25
234:1
**legally**
145:12
**legend**
128:10

**length**
216:4
**lengthening**
223:16
**letellier**
6:10 8:15
**letter**
25:22 26:1 123:13
**letters**
25:24
**level**
41:14 84:21 134:25 135:4
180:20
**levels**
135:7
**lexecon**
9:21 11:10 14:22,24 15:25
27:6,8,11,13,18,20,21,22
27:23 28:2,4,8 30:23 31:5
32:21 43:18 46:5
**liable**
25:8
**license**
1:24 183:21
**light**
97:15 133:2 137:7,21
141:10,17 142:17 145:3
182:8 199:9
**limit**
97:23 157:24
**limitation**
96:10
**limitations**
223:19
**line**
230:21 232:19 249:4
**lines**
123:3
**link**
65:5 67:5 70:25 71:2 83:5
**linked**
38:22 39:15,16 169:3
**liquidity**
167:24 168:5,24 235:9,9,13
**list**
51:5 94:17 184:20 208:19
**listed**
12:14 53:15 81:9 184:6,13
185:14,22 186:1,6
**listing**
184:18,21
**lists**
99:16 163:17
**literally**
103:4

[literature - median]

**literature**
11:8 37:15 51:6 59:1 63:11
68:15 69:13 70:17 77:12
116:24 131:12,23 143:13
200:7 213:13 216:4 220:21
224:23,23 225:4,18 226:13
227:5,8 231:24 233:9,10,12
241:9

**litigation**
16:15 17:23 32:25 112:23
114:5 117:18

**little**
24:9 30:18 55:10 57:8 59:5
59:19 60:3 69:7 76:18
124:17 140:16 143:19
171:6 232:4 243:25 244:4

**llp**
4:3 5:11

**located**
8:6

**logic**
222:7 235:23

**logical**
216:4

**long**
13:23 16:14 18:24 27:17
29:19 222:10

**longer**
236:4,6

**look**
25:3 33:12 39:13,16,24
40:2,3,18,19,20,22,22
41:13,20 49:21 54:15 72:23
73:17 79:15 85:16,25 87:15
88:22 92:20 95:16 98:17
99:9 100:18 105:22 106:19
110:10,14,22,24 111:14
114:18 119:2 123:1,2,3,11
123:12 128:9 132:10
133:15 134:12 136:15
139:22 145:19,20 148:12
155:14 160:12 162:3
166:13 167:2,3 168:9
185:12 190:25 195:2,2
198:22 202:3,5,6 211:21
212:7,8 215:17 216:5,18
218:10 222:20 227:3 229:9
229:13 237:19 240:18,19
241:4

**looked**
10:20 11:14 18:22 51:13
59:8,10 65:16 76:14 86:16
87:16 93:19 114:6 139:20
172:25 191:4,20 202:8

**looking**
39:25 70:17 72:17 74:2

**looking (cont.)**
82:9,14,19 112:13 116:2
117:14 122:16 125:20
129:19 130:24,25 132:18
132:18,23 170:10 175:5
182:12 200:24 204:3,10,24
212:21 213:10 219:3
224:24 241:1

**looks**
33:14 53:13 122:1 125:23
126:18 127:1,24 128:3
133:10 134:15

**loss**
23:20

**lot**
20:6 30:19 51:24 68:13
71:6,7 91:5 92:11 93:2
113:12,14 152:8 170:12
199:22 200:6 224:22
230:23

**louder**
59:19

**low**
123:14

**lower**
195:17

**m**

**magnitude**
48:5,23 115:23 116:19
117:23 118:7,20

**mail**
3:11 4:8,21 5:8,18 21:9

**main**
231:8

**major**
138:25

**majority**
20:7 96:22 106:23 132:11
153:8 185:10 186:8,11

**makers**
238:10,17

**making**
94:1 151:13 199:22 205:1

**manage**
149:6

**managerial**
111:5,9

**manufacturer**
138:15

**manufacturers**
139:13

**march**
248:12

**marina**
6:6

**mark**
3:15 77:16

**marked**
7:8 19:6,9 63:2 73:11 126:2
217:24

**market**
7:15 10:22 36:15 37:1,16
37:24 38:15 42:4,22 67:14
68:4,19,20,24 69:5,20,23
70:4,5,15,21 74:6 75:6,7
80:20,23 81:9 82:8 116:3,6
119:23 132:17 152:1
157:16,17 158:11 159:1,4
159:15,15 160:4 161:8
168:16 170:23 173:1,13,24
174:17,23 175:11 176:8
177:11 179:3,7,14 180:5
181:7 188:19,20 196:20
198:7,19 203:20 204:14,16
205:17 206:7,12,16,21
210:19 213:9 214:24 215:6
215:22,23 216:13 217:14
218:8,14 219:16,23,24
220:1,3,6,8,12 221:3,4,12
222:6,11,12 224:2,14
225:17,24 226:3,22 227:1
227:12,25 228:3,6,8,10,12
228:18,21 229:18 230:6,24
231:9 232:14 233:21
234:18,20 235:21 237:10
238:10,11,17,18 239:24
240:5 241:7,12,16

**marketplace**
156:24 161:17 171:18

**markets**
36:5 37:8,8 51:12 58:17
59:9 72:2 93:20 140:7
158:6 210:18 211:1 216:9
217:22 218:19 219:17
220:5 224:1,19 225:11
226:12,16,20 227:9,11,16
227:19 228:2,5 230:14
231:3,16 232:12 233:1,10
235:13 239:6

**marks**
106:15 110:10,12,16 133:1
133:1

**martin**
5:12

**marty**
187:24

**martynova**
6:6

**material**
50:16,18 229:20 230:7

**materials**
52:12 56:4

**math**
126:5 127:7,11,19

**mathematical**
127:16

**matter**
8:10 14:3,7 20:17 58:11
116:10 122:15 135:10
139:9 143:14 151:23 157:6
161:13 177:6 198:8 213:1,6
214:9

**maximum**
212:11

**maxwell**
6:5

**mean**
18:3 19:23 28:7 29:11
43:21 46:10 54:23 62:4
64:2 65:25 67:9 78:10,23
79:5,9,17 84:10 88:21 89:2
90:13 98:23 99:6,9 103:4
112:17 117:6,20 121:24
122:10 124:18 126:16
128:24 131:15 135:25
145:15 153:15,15,17 154:7
155:22 156:11 157:24
168:12,17,18 169:13 170:4
170:12 179:6 191:12,20
211:18 212:20 214:23
220:14 232:19

**meaning**
83:18 101:2,9 106:23 196:4
196:16 224:15 225:23

**meaningful**
66:21 68:17 109:10,19

**means**
109:8,16 139:9 210:19
212:7 237:10

**meant**
84:13 92:14 169:21 175:7
207:7

**measure**
223:14 227:20 230:16
231:5,17 235:8

**measures**
225:13

**measuring**
199:2 223:3 225:21

**mechanical**
79:18

**media**
8:1 55:23 104:14,22 177:22
178:17 245:5

**median**
212:11

**[medium - new]**

medium
222:9
meet
81:6,7
member
15:13
members
45:22
memory
51:16 61:18 82:19,24 182:6
192:7 211:19
mention
182:25
mentioned
43:24 46:4,7 47:7,10 51:9
51:18 52:3 58:17 138:4,13
148:14 227:13 248:6
mentioning
17:2
method
181:25
methodological
89:21 95:14,21 96:13 107:7
107:18 110:18 115:15
116:12 119:24 120:13
130:8 132:4,20 137:3,18,24
139:1,25 141:9,23 148:6
169:9 194:24 197:1 201:23
205:5
methodologically
80:10 89:19 90:4 142:14
methodology
38:5 67:1 97:2,9,25 106:2
142:1,16 144:22 148:4
170:21 171:1,10 197:14,15
204:9 233:21
metric
114:5,10 130:13,16 131:13
131:24
metrics
112:3,5 120:23
■
7:12 11:7 48:8 51:13 59:6
59:23 62:17,21 63:12,15
64:5,8 65:15 69:14,22
70:18 76:15 77:16,25 78:20
78:24 80:9,22 84:2 86:4
87:16 89:7 90:3 91:2 92:3
92:13 93:6 94:21 96:11,16
102:18 103:9 107:24 110:8
117:15 118:21 120:11
121:20 122:16 130:1,3
131:20 132:7 133:20 137:3
137:12,20 139:9,24 141:17
142:9 143:3 144:20 145:19
151:13 155:24 157:5 158:8

■ (cont.)
158:9,18 159:9,18 162:8,23
163:13,25 164:9 170:4
171:4,22 172:8,15,25
185:12,13 188:6,22 189:8
191:25 192:12 193:25
194:8,12 195:24,25 196:8
196:18,23 197:13,16,21
198:18,23 199:17,20,22
201:24 202:9 205:8 207:6
211:22 213:3 214:13
223:21 225:19 226:2,24

■
46:20,22,25 54:15 62:23
63:6,18,25 64:16,22 66:25
76:4 77:13,21 78:7,17 79:3
79:13,21 81:25 83:4,9,22
84:23 88:17 89:13 90:10
91:25 93:1 94:6,17 95:12
95:22 98:7 99:12,18,23
100:2,12 102:25 106:1,6
107:16 108:6 110:19
111:19 115:3,7 116:23
119:2,13,19,25 120:4,9
121:11,18 122:9 124:1
129:11 130:6 131:17
133:25 136:19 139:3 142:1
142:13 148:4 152:12 154:6
156:17 157:25 158:2 160:9
163:16 169:9,21 185:5,9
188:16 189:4 191:5,21
192:5,6 194:14 195:9
196:15 200:13 201:25
205:1 208:3 210:11,22
211:11 212:24 213:22,24
214:5 219:1 223:25 224:24
237:9 241:10
mflumenbaum
5:18
michael
5:4
middle
23:1 24:6
mind
59:6 113:22 124:14 140:17
173:15 216:23 232:1
minimum
87:2 207:1 212:10
minkin
6:7
minor
17:16
minus
202:24 212:1
minute
63:19

minutes
178:10 229:11
mischaracterization
161:12 172:20
misleading
17:5 106:12 107:6 110:21
120:12 133:2
mistake
91:20 94:2
misunderstood
176:5
mixed
21:6
model
7:16 40:4 88:24 123:20
125:8 126:13 134:5,9 170:6
170:15
modeling
98:7
mohammad
7:15
moment
209:20 243:21
monday
1:17
money
32:12 109:9,18 146:25
147:3,11,23 148:18 149:12
149:22 182:4,8 183:23
184:12
morais
28:11
morning
9:12
motion
140:24
move
93:21 140:21 192:14
movement
85:24 88:25 89:1 91:11,18
91:22 94:1,11 95:3 207:3
218:22 219:10 220:18
222:2 230:9,11 236:2
240:12
movements
37:22 39:9 40:6,7 66:16
83:16 84:19 85:3,9,19 86:3
86:13,17,18,20,23 87:1,7
87:11,15,18,22,24 88:6,7
88:12,15 89:5,23 92:18,21
93:5 95:9 97:23,24 113:12
113:15 116:13 131:1,2
140:11 175:8 189:4 193:9
198:9 219:22 220:25 221:8
222:1 224:8,17 225:5,23
226:15 227:3,7 238:2

minutes ... 
moving
122:17
mschulman
5:8
multi
86:1
multiple
41:8 44:6,20 92:21 99:13
138:1 142:8 198:10 203:14
206:24 210:25 211:4
mute
244:21
myriad
87:5

**n**

n.w.
4:17
nacchio
16:22,23
name
8:15 9:10,13 18:23 51:15
70:12 71:12,19 72:12 82:20
82:24 105:19 113:6,19,21
113:24 131:7,8 189:18
names
43:24 46:1 52:5 114:3
nasdaq
36:12
nature
113:17 226:15
near
23:1 210:13
necessarily
228:16
necessary
108:6
need
22:17 42:23 47:20 69:6
73:19 74:20 124:21 133:11
141:18 179:15 200:2
203:24 220:18 229:4 240:9
241:1
needs
37:9 200:5
negative
96:23 97:3,4,14 132:19
170:11 229:8
neither
39:22 79:25 127:23 131:18
211:7 227:10
nevertheless
138:14
new
1:2 2:2 3:14,16,19,19 4:6,6
5:16,16 8:14 36:12 42:20
48:25 49:1 156:23 171:17

[new - oil]

**new (cont.)**
183:17 203:13 206:17,23
222:15 235:10 247:11
**newly**
180:18
**news**
38:22,23,24 39:15,15,16
40:11,13,14 41:7 70:25
71:4 89:15 90:6,18,23
96:17 111:21,22 112:14,25
114:24 115:6,22,24 117:3,4
117:21,22 118:4,5,12,21,22
119:20 120:10 143:23,23
143:24,25 155:19,22
157:24 158:1,1,12,22 159:6
159:25 160:10,19 162:13
163:17,21,24 167:18
191:25 192:2 194:1 198:22
198:25 199:1 200:13,23
202:19,21,22 203:6,10
206:2 207:11,17 211:11,12
214:11,20 215:17,18
221:11 225:13 227:20
228:13,23 229:19 230:16
231:5,18 239:16 240:11
243:3
**newscaster**
93:12,12,14,15,16,20,21,22
94:13
**newscaster's**
93:25
**newsroom**
202:12
**nj**
248:20
**non**
117:22
**nonevent**
133:12,17,24 134:2 135:19
135:21
**nonparametric**
123:19 125:9 126:13 134:6
169:24
**nonresponsive**
140:22
**nonsignificant**
133:19
**nontestifying**
12:24 13:4
**nontrivial**
29:19 30:14
**north**
2:19 8:6 247:8
**northern**
218:5

**notary**
246:23
**noted**
12:1
**notice**
61:21
**notwithstanding**
89:20 190:5
**november**
7:11
**number**
7:8 8:12 12:8,20 13:11,12
29:16,19,20 30:4,14,15
69:25 80:10 82:17 88:4,9
94:16 107:1 119:1,20
120:10 122:11 123:14,15
123:18 124:4 129:17
130:22 133:17,18,19 134:2
135:19 139:22 141:11
190:18 193:17 208:17
211:21,25 216:1 217:21
222:18 236:19
**numbers**
35:10 122:22,23 123:7,22
124:1,18 125:2 191:22
**numerous**
83:10 89:19
**nw**
5:5

**o**

**oath**
9:3,5 246:13 247:17
**object**
125:11 187:24
**objection**
11:2,12 13:1 15:20 19:21
20:5 21:25 23:16 24:1 25:1
25:9 26:12 27:19 28:6 29:3
30:17,25 31:9,16 32:5,14
32:18 34:2,18 35:8,14,25
36:22 37:12 38:6 39:1,18
40:16 41:10 42:6,13 43:4
44:15 45:4,10,17 46:8 47:3
47:25 48:20 49:17 50:6,14
51:1,21 52:22 53:18,25
54:8 55:1,20,25 56:5,14,24
57:5,17,18 59:3,16 60:7,19
61:2,10,22 62:3 63:8 64:9
65:8,18,23 67:7 68:5,12
69:21 71:5,14 72:14,22
73:7 74:12 75:11 76:13,24
77:18 78:9,22 79:14 80:15
81:12 82:6,23 83:7 85:10
86:14 87:12 88:20 89:9
90:12,24 92:9,23 95:18
96:4,19 97:16 98:9 99:8

**objection (cont.)**
100:4,14 101:20 102:6,20
103:3,12,23 104:6 106:9
107:15 108:4,15,23 109:11
109:20 110:6 112:7,16
113:2 114:8 115:1,25
116:21 117:5,13,19 118:6
118:25 129:9 131:14
133:14 134:24 135:23
139:6 140:18 142:6,24
143:18 144:8,14 145:11
146:7,18 147:25 148:20
149:2,8,14,25 150:8,14,23
152:6,16 153:10 154:3,16
154:25 155:9 156:5 158:24
160:1 161:10 164:11,16,22
165:7,19 166:5,19 167:19
168:1,6 172:7,18 174:2,10
175:1,14 176:11 180:10,21
181:8,18 182:10 183:2,11
184:8,14 185:15 186:3,20
187:7,17,19,20 189:10,21
192:3,16,23 194:3,15
195:12 196:12 197:24
199:3,18 200:15 203:1,7
205:12 206:3 207:12,20
210:5,24 213:4,25 214:15
214:22 215:19 218:24
219:12,19 221:13 224:4,21
225:15 226:4 227:22
228:15,24 229:21 230:18
231:7,20 232:15 233:6,24
234:24 237:4,16,17,23,24
238:6,12,19,25 239:1,7,12
239:19,20 240:15 241:22
242:4,5,7,10,22,23 243:5,6
243:18
**objective**
200:12
**observation**
71:3
**observations**
135:21 200:2
**obtain**
182:5,9 183:21
**obtained**
180:18
**obtaining**
56:13 180:8 181:21
**obvious**
42:19,23 81:6,17 171:23
195:13
**obviously**
44:23 48:4 62:4,8 101:22
112:19 125:12 126:19
162:5 165:4 166:12 194:25

**obviously (cont.)**
195:5
**occur**
91:15 223:20 234:12
**occurred**
20:11 41:22 71:10 84:8
86:18,19 87:17 95:22 159:6
183:9 231:10
**occurring**
157:2 161:14,18 223:1
**occurs**
66:14 91:19 96:8,9 205:19
205:20
**october**
7:13 62:18
**odd**
232:16,25
**offer**
48:18 62:12,16 77:25
102:18,25 103:5,10 104:4
106:6 136:19 152:12
246:12
**offered**
62:17 155:4,7 237:6
**offering**
34:4,8,12,15,20,22,23 35:3
35:21 36:18 48:17 49:16
54:24 55:3 57:2 60:24 61:5
61:8,15,19,20,25 62:5
63:13,17 64:7 69:18 74:10
76:22 77:24 78:2 83:3,14
96:15 98:6 100:1 101:25
102:8 103:15,19,25 104:8
108:20,24 109:6,12 111:2,6
112:2,4,11 119:18 120:8
128:4 144:5,9,19 145:17,18
147:2,10 148:2 152:4
153:25 154:13,22 155:3,6
155:11 164:14,19,23 165:5
165:13,16,20 166:16,23
167:16,20,23 168:4 174:4
194:11 207:9 210:20
225:10 235:12 236:25
237:5
**offers**
34:17 152:14
**office**
3:5,14,16
**offices**
8:17
**oh**
178:8
**oil**
138:12 139:12,13 148:9,10
153:6,8,9,13,14,15,19,22

**[okay - percent]**

**okay**
8:25 19:18 20:4 33:14
53:22 59:20 72:3 73:23
82:3 98:19 100:19 105:24
111:16 114:20 118:24
123:6 124:8,12,13 125:4,4
125:5 127:5,17 133:6 134:7
139:2 154:11 155:16
156:10 161:1,4 168:11
169:16 173:9,23 176:5
178:15,24 191:2 202:2,4,6
202:8 211:23
**old**
232:7
**ones**
10:17,22,25 11:7 48:13
49:5 62:5 145:1,2 164:2,4,5
**one's**
201:15
**open**
59:24 60:9,11
**operational**
154:24
**operations**
149:13
**opine**
103:9
**opining**
84:16
**opinion**
10:18 11:17 18:16 19:20
20:24 21:19 22:2,4,15
23:14,24 24:24 34:8,15,19
34:20,23 35:7,21 36:18
37:9 54:24 57:2 61:5,8,15
61:20,25 66:25 69:18 74:10
76:22 77:24 78:3 80:9 83:3
83:14 99:18 101:21,25
102:7,18,22,25 103:5,15,18
103:24 104:7 106:7,11,16
108:17,20,24 109:6,12
111:2,6 112:2,4,12 119:18
120:8 128:4 129:16 136:20
144:5,19 145:18 147:2,6,10
148:16,22 149:4,10 152:4,7
152:13 153:25 154:13,19
154:22 155:3,6,11 156:3,12
156:13 164:24 165:14,23
166:21 172:20 175:4,7
176:15 181:16 190:15,23
194:8,11 197:20 207:9
210:15,20 223:25 225:3,10
233:15 234:2 235:12
236:25 237:6,6
**opinions**
11:20 18:17,19 21:24 30:24

**opinions (cont.)**
34:13 35:3 44:17 47:23
48:1,3,13,18,22 49:5,15
50:1,25 51:7 52:21 53:1
54:1 55:4,17 60:5,12,24
62:5,7,13,16,17,20,20 63:5
63:6,10,13,14,14,17 64:7
64:12 77:25 90:3 96:15
98:6 99:23 102:8 103:19,25
104:8 111:12 144:9 145:17
148:2 155:11 164:14,19
165:5,16,21 166:16,23
167:16,21,23 168:4 174:4
**opportunities**
75:6 82:12 213:10 216:12
240:19,24
**opposed**
15:19 37:11 97:3,4 119:3,9
121:25 163:5 171:12 172:5
172:17 173:1 204:2 205:1
224:20 236:23
**opposite**
20:11
**order**
1:14 79:11 102:1 115:21
187:5
**orders**
244:25
**organized**
36:13 100:6
**organizing**
44:22
**originally**
25:18 46:21
**outcome**
237:1 248:10
**outcomes**
169:2
**outside**
66:22 93:11 158:16 214:12
**overall**
32:21
**overlap**
31:7 55:7 62:6
**overstating**
151:23
**overwhelming**
20:7 106:23
**owned**
33:21 186:7,11
**oystacher**
21:13

_____ **p** _____

**p.m.**
104:20,24 136:5,7,9,11
177:17,19,21,24 178:2,4,19

**p.m. (cont.)**
217:3,5,7,9 244:8,10,12,14
245:10,14
**pacilio**
20:16
**page**
20:15 21:12,14 22:6,7,24
23:1,9 24:5,6 105:23
111:14 123:2,12 128:9
129:25 136:15 155:14
156:12 185:9 202:3 249:4
**pages**
123:11
**paid**
184:12,20 187:3,14 238:17
**paper**
51:24 58:24,24 59:23 60:1
74:11 76:10,11 216:16,19
216:21
**papers**
58:22
**paragraph**
98:18 99:21 100:1,11,18,20
100:21 101:1 102:15
105:22 111:15 114:18
120:17 137:14 139:21,23
145:20 146:15 148:12
155:17 168:9,17 173:8,18
174:12,19 178:23 179:8
180:12 181:5 182:24
183:15,16 184:1,1 185:6,20
186:14 190:8
**paragraphs**
136:17
**parallel**
127:11
**parametric**
169:23
**paraphrase**
146:10 160:24
**part**
11:19 17:17 25:15 113:9
132:21 139:8 158:15
161:24,25 162:1 163:4
164:6 165:11,12 197:13
227:6 231:21 235:19
**participant**
176:9 177:12
**participants**
161:8 170:24 173:1,13,25
174:17,24 175:11 179:14
188:20
**participant's**
176:9
**particular**
39:7,11 40:24 56:22 60:13

**particular (cont.)**
66:14,15 71:15 73:22 74:3
74:24 83:18 88:15 91:14
92:18 95:21 102:22 108:8
112:18 135:16 156:8
158:18,20 159:10,19,20
166:11 177:11 184:6,17
185:14 186:25 187:10
194:12 198:8,9 200:1,4,9
201:9 203:15,21 206:1,8,25
207:3 209:23 211:4 213:11
216:13 220:17,18,23,25
221:25 222:1,5 225:22,23
226:21 227:10 228:3
229:14 234:12,21 236:1,1,8
236:14 240:21 241:14
**particularly**
43:14 198:6 203:18 205:16
206:25 210:16
**parties**
8:21 57:18 143:22 162:19
162:21 171:6 182:19,20
190:4 248:4,8
**partly**
175:2 198:14 233:25
**parts**
163:25
**party**
27:8 57:18 162:13,14,16
**passing**
124:14
**paul**
5:11
**paulweiss.com**
5:18,19,20
**pause**
115:19
**payment**
190:20
**peer**
52:6 97:10 98:4 142:16,16
144:23,23 224:23
**penalty**
246:5
**pending**
247:10
**pennsylvania**
5:5
**people**
9:21 43:13 44:3,10 46:7
47:6,10 81:15,18 236:21
**people's**
57:13
**percent**
15:23 26:5,18 30:20 32:19
114:23 118:9,19 119:17

[percent - price]

**percent (cont.)**
122:21 123:7,7 127:3
134:14 135:6,18
**percentage**
13:14,15 123:4 193:17
194:20,21 195:18 235:7
239:10
**percentages**
120:17 124:2
**perform**
38:2,19 40:4 42:2 85:6 86:9
96:1 107:12 114:4 116:18
117:11 125:21 126:17
136:24 142:3 158:21 160:8
160:11 195:8 215:16
218:17,21 219:9 220:22
225:12 235:15 236:16
**performed**
16:23 17:25 18:2,3,5 23:4
35:12,18 41:13 48:11 70:24
82:21 112:22 117:17 133:3
144:20 221:10
**performing**
43:3 80:12 82:4 119:4
131:5 145:20 218:15
**performs**
226:14
**period**
29:19 40:1 86:1 88:11
118:14 159:7 167:4 205:18
211:5 235:16 236:3 240:1
**periods**
39:7 118:14 191:7
**perjury**
246:5
**permeates**
95:12
**permutations**
71:21
**person**
47:1 113:23
**personally**
30:6,11 121:24 247:7
**personnel**
46:6,14 55:24
**person's**
187:15
**perspective**
143:16 166:1
**pertain**
63:5
**pertaining**
2:16
**pertains**
156:12

**pervasive**
110:18
**pfeffer**
4:14
**pfizer**
17:6,22 18:6
**ph.d**
6:4
**ph.d.**
7:12
**phone**
244:19
**phrase**
146:2 150:15
**phrased**
102:22
**phraseology**
83:23
**physically**
47:4,8 66:19 121:9,25
122:4 191:13,15
**pick**
85:13
**picked**
96:21
**picking**
193:3
**picks**
106:14,18
**piece**
206:1 216:5
**place**
31:6 152:15 155:25
**places**
83:10
**plaintiff**
1:5 2:5 3:3 8:9,10 9:14
247:13
**plan**
54:14 202:11,13
**platform**
94:9
**platforms**
94:7 162:20,23 184:3
185:22
**please**
8:20 9:1,9,10 49:23 98:17
100:18 105:23 111:14
113:6 114:19 122:25
123:10 127:8 136:15
178:22 191:1 201:25 202:5
217:1 242:13 243:21 244:6
**plimpton**
4:3
**pllc**
4:10

**plus**
158:3 202:24 212:1
**point**
14:17 54:15 85:3 86:24
92:12 105:10 138:14
139:25 149:15 150:25
158:25 173:5 181:4 188:3,7
190:2 192:24 195:13,21
197:25 200:17 201:18
205:22 206:5 211:8
**points**
168:19
**policies**
241:18,25 242:18 243:14
243:17
**pool**
109:8,17 148:18
**portion**
18:8 32:23 126:13
**portions**
44:2,3
**posited**
39:23
**position**
223:20
**positions**
49:1
**positive**
88:18 89:8 97:3,4,23
111:21,24 112:24 114:7,23
170:11 228:13,22 229:1,2,5
229:6,7
**positives**
134:20,23 135:5,22,25
**possibility**
85:1 158:11 203:17 222:25
223:9 230:2
**possible**
28:19 42:24 68:16 135:20
162:10 180:22,23 181:13
182:13 196:23 197:7,9
199:6
**possibly**
16:25 19:22 20:2 26:8 87:2
87:22 89:25 162:4 223:11
**posts**
55:23
**potential**
189:25
**potentially**
205:10 206:1 207:10
221:17
**power**
219:4
**practical**
69:23 163:6

**practice**
61:6
**precise**
116:14 204:25
**precisely**
201:12
**predictions**
76:7
**preference**
57:12,13
**preliminary**
21:17 22:12
**premise**
206:13 207:22
**preparation**
9:18 10:11 46:2,3 51:14
**prepare**
10:12 46:23 49:8 121:22
122:4,5,7
**prepared**
46:17,19 47:1,4 121:6,9,15
130:12 191:3,11,13,15
217:13
**preparing**
10:15 43:10 45:23 58:13,24
74:4 76:12 104:11
**presence**
247:22
**present**
6:3 248:5
**presentation**
113:9
**presented**
17:21
**president**
27:12
**presumably**
151:5 152:19
**presumes**
116:2 119:22
**pretty**
13:16 38:7 59:24 60:11
230:19
**previous**
109:21 121:7 145:1
**previously**
142:12 203:8
**price**
37:21 38:21,24 39:9,13,14
39:17 40:6,7 41:22 66:3,11
66:15 71:1,3 82:10 83:16
84:5,7,19 85:3,9,14,15,19
85:24 86:3,12,17,18,19,23
87:1,6,11,15,18,22,24 88:5
88:7,12,15,18,22,25 89:1,4
89:8,23 90:22 91:11,17,22

[price - questioning]

price (cont.)
92:18,20 93:4,19 94:1,11
94:19 95:3,8,16 97:2,4,5,19
97:22,24 106:18,25 107:3
107:19,20 110:14 112:12
113:11,15 115:23 116:3,13
116:19 117:3,3 130:18
131:1,2 135:13 138:5,11,16
140:11 156:19 158:7
159:10,18 161:24 162:15
166:3,17,25 167:2,4,5,8,11
167:18 168:5,24 175:8
179:21 188:14,21,23 189:4
192:22 193:9 196:19 198:5
198:9 199:2,7 203:18 204:3
204:4,12,17 206:8,16,22
207:2,3 211:3,5 214:14,21
218:22 219:10,22 220:18
220:25 221:8 222:1,2
223:12 224:8,16 225:5,14
225:23 226:15 227:3,7
228:12,19,21 229:1,8,15,18
229:22 230:3 234:11
235:10 236:2,7,13 238:2
239:18,25 240:2,11 242:3
242:21

prices
65:6,17 67:6 68:11,18,20
83:5,5 89:15 93:14 115:22
138:7 139:13 157:19
158:17,23 159:3 192:15
193:3,6 198:6 204:16,21,24
205:19 206:9,10,11 215:25
221:11 222:15 223:8
227:21 230:6,17 231:6,18
231:24 235:18 240:20

primarily
44:9 45:22 106:3,8 107:14
107:21 108:2,14,22 109:3
110:4 120:25 121:3,4

principal
95:20 195:15 200:10

probably
12:10,22 13:16 19:4 24:16
27:5 43:23,23 54:23 113:3
117:20 194:5 196:5 220:5,7
232:9 234:14

probative
115:11

problem
91:8,24 92:25 95:12 156:16
157:6 161:19 163:7,13
222:24 231:21 235:19
236:10,10,12 239:21

problems
94:12 96:6 196:21

procedure
2:15

procedures
88:17

proceed
58:7 104:25 136:12 178:20
217:10 244:15

proceedings
115:19 245:13

process
44:5 122:13

processes
31:6

produce
193:8

produced
79:3

produces
162:12 193:1

product
42:4 44:19 81:21 85:25
93:17 102:1,3 138:16
150:19,20,22 151:6,7,9,10
151:25,25 152:2 156:21
176:24 177:3 187:16 188:9
204:19

products
87:6 102:5 146:1 154:23
168:22 186:19 187:6,11,15
190:12,17,19,20

professional
15:17,24

professionals
237:22 238:1,5

professor
9:12 12:4 14:21 15:3,19
52:12 53:13 58:9 63:24
105:2 136:14 140:15
151:13 157:4 158:8 163:12
178:22 196:15 208:6
217:12 244:16

profit
56:19,23 76:7 106:3,7
108:2 120:25 121:3

profits
32:21 107:13,20 108:12
110:3 111:4,8 121:4 168:22

project
44:21

promoted
108:13,22 109:3,7,16 110:5

promotional
56:3

prong
108:12

proper
97:1 141:23 174:22 204:9

proposal
127:9

prosecution
14:7

protective
1:14

protocol
241:20

prove
137:6

proves
137:4

provide
14:16 24:12 69:6 179:2,6
239:15

provided
13:18 21:16 22:9 23:13
25:6 35:6 104:2 105:3
182:19 194:7

provides
99:14

providing
26:9 40:2

provisions
206:19

proximity
205:14,15

public
40:11 65:16 67:5 68:10
83:15 84:18 85:8 86:12
96:23 97:13 130:17 155:23
167:17 221:7 239:11
241:19 246:23

publication
33:10

publicly
36:11 68:21 215:24 216:6
222:15 229:22 230:7
240:22

published
52:5

pull
49:22 201:25

purchaser
56:12,18,22 57:3

purchasers
56:8 109:8,17 111:3,7
147:3 148:19 149:7

pure
220:2

purely
24:24

purport
138:20 139:14 141:21

purports
110:23

purpose
65:10 66:17,22 67:9,22
68:9 106:20 107:9 213:19
219:21 227:25

purposes
50:16 68:15 69:23 109:4,23
163:6 210:7 219:21 221:6

pursuant
2:15 11:24

put
11:23 19:5 74:25 126:21

putting
116:9 132:4 196:22,25

q

qualifications
78:5

qualified
77:25

qualifies
34:24

qualitative
91:1 92:3,10 93:6 95:25

quantify
158:22 159:1,25

quantitative
96:2 205:25 207:10

question
19:2,23 20:2 25:13,15 34:4
34:12 35:2 36:18 37:13,17
38:8 39:5 50:4 53:22 55:3
59:17,25 60:9 63:10 65:10
65:12,25 67:15,17,18,23
69:4 71:18 84:21,22 89:17
90:15 105:21 108:17 112:9
113:17 116:1 118:16 120:2
120:3 121:8 130:20 133:16
134:3 135:1 137:12 140:16
141:3 142:17,23 143:8
144:13 145:8,10,13,23
147:9,13,17,20 150:3,17
151:18 154:11 169:11,17
174:3 175:16,18 176:1,3,4
176:6,13 177:5 180:13
181:3 186:22 191:13
207:22 208:8,12,13 211:14
215:1,5,11 217:16 218:11
219:3 224:24 226:19 229:4
230:1,4,20 231:13,15 232:1
232:8,25 233:3,5,14,15,17
234:1 236:18 238:8,14
239:3 242:12 243:7 244:18

questioning
232:20

**[questions - relation]**

**questions**
19:16 26:15 30:9 62:7,11
64:24 65:13 73:18,21
109:22 116:12 119:7
147:19 154:5 165:11
168:20 186:23,24 196:14
244:17,23
**quick**
216:1,23
**quickly**
68:21 159:3 214:19 215:25
222:14 223:7 234:12
**quite**
87:13 219:25
**quote**
146:23
**quoted**
146:9 164:1,2 174:19 194:5

**r**

**raise**
26:25 182:2
**raised**
81:14
**raises**
37:17
**random**
224:9 226:11 230:9
**randomly**
135:14
**range**
150:6
**rate**
26:20,23 32:20
**rates**
26:25 32:23
**reach**
37:20 83:25 91:9 93:4
161:23 162:4 172:11,14
212:22 213:1 222:5
**reached**
71:15 90:3 142:10 172:12
**react**
89:15 157:19,20 159:3
222:15 229:19 230:6
**reaction**
38:24 41:22 71:1 93:19
97:2,20 106:21,25 107:3
112:13 115:24 116:3,19
117:3,4 135:13 156:19
158:8 159:11 161:24
162:15 188:21,23 198:5
199:8 204:3,4,18 229:15,25
230:3 233:16 236:7,13
240:3
**reactions**
71:3 88:19,22 89:8 94:19

**reactions (cont.)**
97:4,5 106:18 110:14 167:2
167:5,5,8,11 196:19 211:5
234:11
**read**
54:17,20 58:9 63:25 72:4
77:6,21 98:20 99:10 106:1
111:18 145:21,22 163:20
163:23 164:7,9 168:13
172:3,8 173:23 194:1,7
202:10 208:12 210:10
242:14 246:5,7
**reading**
173:15
**real**
113:23
**reality**
223:15
**realize**
139:23
**really**
15:14,23 21:1 23:17 30:10
41:11 51:22 63:9 66:21,24
74:18,20 75:21 77:6 79:15
81:16 84:2 86:3 88:9,15
92:24 94:19 95:12,13 98:12
100:15 107:9 109:22 116:7
118:15 137:17,18 138:25
139:24 147:13 149:19
150:1,3 153:20 156:2,3
157:2,3,14,18 158:6 159:13
163:7,10 201:18 206:6
214:25 219:13 221:21
222:14,22 225:1
**reason**
9:15 16:4,5 78:4 95:20
110:7 113:21 134:16
188:17 195:15 196:1
197:12 215:10,14 249:5,6,8
249:9,11,12,14,15,17,18,20
249:21,23
**reasonable**
111:3,8 166:8 167:7
**reasonably**
172:14
**reasons**
16:9 49:15 80:11 89:19,22
99:13,17,25 100:1 141:5
142:11,11 144:25 179:21
184:18 187:11 197:14
207:13 209:7 218:20
**rebates**
187:4
**rebuttal**
7:10 19:13 62:20 63:14,17
63:18,25 64:4 142:8

**rebuttals**
62:17
**recall**
52:24 54:9 71:8 103:7
130:24 136:23 182:11,14
191:6 198:24 227:23
243:19
**receive**
15:10 32:23
**received**
148:18,25 149:7,12,22
**receiving**
183:17
**recess**
58:1 104:17 136:6 177:18
178:1 217:4 244:9
**recite**
82:18
**recognition**
227:6
**recognize**
162:7
**recognized**
38:12 96:10 97:25 141:23
**recognizes**
157:5
**recognizing**
198:18
**recollection**
22:19 23:7 24:3 27:10
**record**
8:2,21 9:10 11:23 33:13
50:22 52:11 57:15,23,25
58:5 62:22 104:13,15,21
127:16 136:5,10 145:21,22
173:14 177:17,23 178:9,17
208:5 217:1,3,8 242:14
243:25 244:5,8,13 245:4,9
**recorded**
8:9 32:7
**reduced**
247:23
**refer**
64:16 102:13 111:17 134:5
178:22 180:2 186:13
189:11,13
**reference**
185:8
**referenced**
10:7 22:7 84:16 202:18
233:20
**referred**
38:10 98:25 107:8 116:25
174:8 185:4 199:7
**referring**
20:14 28:25 43:8 47:17

**referring (cont.)**
60:1 64:17 72:11 77:4
98:24 100:20 122:19
160:22 161:2 169:14 173:6
173:16 189:12
**refers**
192:4
**reflect**
68:21 92:16 193:15
**reflected**
119:13 128:25 204:15,20
205:19 206:9,10,11 208:18
211:2,25 215:24 223:8
240:21
**reflecting**
198:14
**reflects**
193:12 229:22
**refresh**
22:18
**refused**
19:19
**regarded**
234:13
**regarding**
64:7 83:4 98:6
**regional**
3:5,14,16
**registration**
34:24
**regression**
129:25 170:16,16,17,18,20
219:1
**regressions**
40:5 98:11 219:4
**reid**
4:11 187:23
**reject**
230:10
**relate**
172:16 221:1
**related**
35:7,19 60:24 61:6,8,15,20
61:25 69:16 80:1,6,14
81:25 82:4,22 85:25 137:10
161:5 168:15 170:22
171:11 172:4,25 190:19,20
248:8
**relates**
34:10 157:14 220:13 221:2
237:1
**relating**
59:1 175:22
**relation**
46:15 145:25 196:1 224:9
229:15

[relationship - returns]

**relationship**
28:15 36:4 37:21 39:9 40:6
66:2,14 87:23 88:13,14
92:15 97:22 106:17,22
113:10 115:4 130:17
137:25 138:20,21 139:10
139:11,16,17 140:5,8,9
141:10,16 142:18 143:21
145:24 148:8,9 151:1,16
152:20,23 167:15 171:24
171:24 175:19,24 176:17
176:18,19,21 177:8 186:25
204:12 221:7 224:16
240:10
**relationships**
68:17 87:6 110:9,23 132:9
141:12 151:3,16 152:25
**relative**
195:19,19 204:6
**relatively**
88:8
**release**
40:13
**relevance**
64:13
**relevant**
18:20 39:3,20,25 41:17,24
63:22 85:22 109:23 110:2
111:13 112:18,19 116:24
117:8 118:14,14 138:22
141:18 145:10,13 162:5
163:5 164:8 166:12 176:22
199:1,5,13 201:3 210:7
215:21 228:13,23 234:9
**relied**
20:10 24:24 25:12 50:2,4
231:10
**relies**
130:13,16 179:12 227:8
**rely**
51:19 60:6 101:22 229:11
**relying**
51:25
**remember**
16:25 17:1,14 18:20,23
19:1 21:10 22:2,8,11,20,22
23:12,18,20 24:17,21 25:16
27:4,24 30:12 31:24 52:4
54:2 59:6,11,13 70:3 72:15
74:9 83:22 88:4 94:22
105:5 114:2 123:24 124:3
139:21 164:3 173:4 182:16
208:13 211:19 214:3,6
217:17 218:9 227:14
**remind**
121:6

**remote**
1:15 4:4,13,14,15 5:4,12,13
5:14
**repeat**
52:11 53:22 144:16,17
235:22
**repeated**
40:10,11,15 201:13,19
**repetition**
199:10 201:4,21
**repetitions**
207:17
**repetitive**
198:25 199:17 200:23,25
209:2,5,8,18,20,21 210:3
**rephrase**
140:17 155:5
**replicate**
79:21 89:11
**report**
7:10,12 10:17,23 11:1,21
12:15 18:18 19:13 26:14
31:23 32:4 37:18 38:3 43:8
43:10,20 44:1,14,19 45:2
45:15,23 46:2,15,18 47:2
47:13,16,19,22 48:2,14,19
49:6,9,9,14,23,24 50:1,2,17
50:23,25 51:8,14 52:18,19
52:21 53:8 55:9 58:13,23
58:25 60:5 62:5,7,9,13,18
62:23 63:7,18,21,23,24
64:1,4,12,16,22 66:25 72:5
73:19 74:4,8,25 75:2 76:4,6
76:8,9,12,17 77:13,21 78:1
78:14,23,25 79:3 80:23
90:7,14,17 91:2,3 92:4
93:12 94:6,20,21 96:18
98:17 100:6,16 102:16,23
102:25 104:11 105:23
106:6 107:8 108:9 109:5
110:19 111:15 114:21
119:25 120:16,21 121:5,13
121:15,18,21,23 122:3,7,23
128:18,20 129:23 132:24
133:5 136:15,19 139:21
142:8,8 144:11 145:2,3
152:12 155:15,18 156:8,12
159:12 163:16 164:1,2
165:9,22 168:10 172:9,12
173:8,19 174:7 178:23
185:5,8,9 191:1,3,24
192:18 196:1 200:17,22
202:1,25 203:11 207:19
211:20 212:23 213:7,21
216:12 218:3 226:25
232:21 237:9

**reported**
1:23 13:23 77:9 107:5
117:15 119:10 120:4
121:12 122:2 130:10 132:6
132:7,25 170:19 247:21
**reporter**
2:18 8:18 9:1 59:18 118:23
157:11 187:20 208:11
244:19,22,24 245:3 247:5
248:18
**reporters**
8:17,19 245:8
**reporting**
93:10,15,17 94:4,15 95:10
121:20 129:12 163:11
**reports**
42:14 47:5 53:14 64:21
76:15 94:24 106:11 110:9
110:20,25 115:17 120:11
130:9 142:13 164:10 191:9
202:13 217:14,17,21 226:6
**represent**
8:22 9:13 13:25 124:18
125:14 212:6
**representation**
127:10
**representations**
126:6
**representing**
8:16
**represents**
133:7
**request**
11:24 12:1 52:11,14 54:4
81:20
**requested**
242:15
**requests**
53:16 54:6
**require**
189:20 196:9
**required**
31:13 190:13,17
**requirements**
81:8 144:22
**reread**
242:12
**research**
46:12 58:14 180:17 191:16
**reserved**
248:3
**resolved**
177:6
**respect**
92:1 129:24 165:10 167:7
167:10 185:3 189:3 215:9

**respect (cont.)**
241:8
**respective**
248:4
**respond**
173:7
**responding**
63:22 64:13 154:7
**response**
53:14 54:6 119:6 151:19
**responses**
53:6,8,24 54:5
**responsible**
91:17,21 158:14
**rest**
17:18,20
**restate**
242:16
**result**
85:12 110:13 170:16 185:2
193:12
**resulted**
84:5
**resulting**
170:20
**results**
40:23 41:5 74:19 75:23
76:2 77:8,9 90:10 94:10,25
106:11 107:6,16 108:7
110:21 115:16,17 117:15
119:8,13 120:12 121:12
122:2 130:9 131:17,25
132:1,2,2,5,7,8,13 133:2
137:22 160:9 170:11,11
193:15,18,19,22 194:5,9,21
194:22,25 195:5,6 196:7
199:25 200:4,17 221:17
223:18
**resumed**
58:3 104:19 136:8 177:20
178:3 217:6 244:11
**retained**
12:24 13:4 14:1,6,16 25:17
25:18 26:16,17 27:2,6,9,10
28:5 245:7
**retaining**
25:25 26:2,7
**return**
170:14
**returns**
111:21,24 112:14,25 114:7
114:24 115:6 116:14
117:21,21,23,23 118:4,8,12
118:13,21 119:20 120:10
123:5,6 128:1,22 129:3,6
130:2,4,15 133:8,13,18,19

**returns (cont.)**
133:24 134:3 135:20,22
168:14 169:15,21 214:14
**reveal**
60:20 161:15,16
**revealed**
77:12 122:17
**reverse**
201:9
**reversed**
17:10,19
**review**
10:15,16 56:11 75:9 78:7
78:14,17,20 79:2,8,10
98:21 99:11 104:10 182:7
**reviewed**
10:24 21:1 48:7 52:4,6
54:12 64:20 75:15 78:23
79:10 81:24 82:5,8 97:10
98:4 99:7 142:16 144:23,23
224:22,23 231:25 243:10
243:13
**reviewing**
69:13,14 70:17 75:21
116:22 182:16
**rfigel**
4:21
**rhetorical**
125:17
**rifkind**
5:11
**right**
10:14 14:23 17:24 20:23
21:18 26:22 29:23 33:8
36:2 65:17 68:6 70:13
82:16 83:23 90:8,19 99:3
99:24 102:12,17 118:24
121:23 123:1 126:18 128:9
129:4,7 132:22 133:9 139:5
146:12 153:6,7 155:20
156:13 173:2 176:12
177:15 178:16 183:3,19
208:4,15 210:14,16
**ripple**
1:7 2:7 4:2 6:8 8:11 9:23,24
10:2,3 26:7,16 28:22,24
29:5,10,10,11 32:13 55:18
55:24 56:3 60:16 65:6,16
67:5 79:4 84:12,13 85:2
87:9 90:1 95:1,4,8 96:17
97:13,18 106:4,8 107:14
108:13,21 109:2,7,15,16
110:4,5 111:5,10 115:21
116:20 121:1,4 136:21
137:1 138:1,24 139:10,18
140:8 142:5,18 144:7 145:4

**ripple (cont.)**
145:24 147:7,14 148:8,18
148:24 149:6,12,17,22,24
150:5,12,19,20 151:2,19
152:24 157:8,9 160:19
161:5,9,15 162:21 163:1
164:15 165:2,6,9,17 166:17
167:3,24 171:7 172:1
174:22 175:19 176:20
177:8 179:9,12,20,23
180:16,25 181:6,21,23,24
182:1,1,4,8,20,21,22 183:5
183:7,17,20,23 184:5,12,20
185:23 186:18 187:1,3,14
188:4 189:13,19 190:18
192:22 202:10 238:17
239:16 241:18,20,25 242:2
242:18,20 243:2,16 244:18
247:13 249:3
**ripple's**
45:3,8,16 56:23 58:10
60:16,21 61:20 83:15 84:18
85:8 86:11 89:15 92:15,16
101:15 103:16 107:21
108:3 109:9,18 111:21,23
114:24 154:23 156:4,21,22
160:20 161:6 163:4 164:20
165:17 166:24 167:17
170:24 171:9,12,16,25
172:5,16 173:2,11 175:12
175:24 176:10 179:1,5
182:25 183:10 184:22,24
185:2,3,11 187:6,11,16
188:9,12,13 189:15,16
190:4,7,12,16 202:13
203:12 238:22 243:3,10,13
**robert**
9:11
**role**
15:25 16:2
**romanette**
122:19 178:25 182:24
183:16 184:2 185:20
186:14
**romanettes**
99:21 112:4 120:18,24
**rough**
29:24,24 31:25 32:8,9
**rounding**
194:18 195:20 197:4
**row**
211:21,25 212:5,5
**rpr**
1:24 248:18
**rule**
11:25 19:24 84:3,25

**ruled**
17:13 18:18
**rules**
2:15 50:12
**ruling**
19:25

---

**s**

**s&p**
237:14 238:24
**safe**
126:11
**salary**
15:10
**sale**
103:10
**sales**
34:17 104:5 152:14 180:19
**sandecki**
1:24 2:18 8:18 247:4
248:18
**sanjay**
23:11
**satisfied**
68:25 69:1,1 103:2,6,6,17
**satisfy**
36:14 108:11 237:11
241:13
**satisfying**
219:23
**save**
246:9
**saw**
51:24 54:2 59:5 78:24
79:16 83:9 182:14 199:19
**saying**
37:6 94:25 97:6 174:18
184:25 201:1 221:9 225:16
240:9
**says**
24:15 99:10 103:5 105:25
106:24 134:13 147:1
162:25 180:12 208:21
**scaravello**
4:8
**schaub**
76:3 77:16
**scholarly**
72:20 105:12 131:12,23
**school**
15:2
**schulman**
5:4
**scienter**
62:1
**scope**
232:18

**scott**
4:4
**screen**
8:6
**search**
11:8 105:14
**sec**
6:4,5,6,7,9 9:14 22:7 23:1
24:7 53:8,23 79:3 102:11
108:11 244:17 249:3
**sec.gov**
3:11,21
**second**
17:7 18:6 23:10 45:11
111:17 115:18 122:19,25
123:10 128:7 201:11 202:6
204:6 220:15
**secondly**
44:6 74:17
**sec's**
53:5,15 54:5 64:8,20 99:14
**section**
107:10 108:8 155:18 156:8
165:22 174:8 179:18
**securities**
1:4 2:4 3:4,13 8:11 17:7,22
18:4 33:25 34:1,10,25
101:16,19 102:2 103:11
104:5 141:13 151:4,4
152:14 230:14 231:3,16
247:12
**security**
99:15 100:22,23 101:3
102:2,19 130:18 137:11
153:3 169:4,8 175:23
217:15 218:8 229:19 241:7
241:15
**seen**
50:18 98:1 149:16,18,18
150:2
**select**
192:13 193:11 210:11,22
213:23 214:6
**selecting**
195:15
**selection**
192:25 193:1,10,13,20
196:24
**sell**
56:18 150:7 241:21
**selling**
148:19,25 149:13,23
179:10,16
**semi**
68:20 219:24 230:5

**sense**
11:14 38:16 84:5 85:12 86:16 138:22 147:14 220:2 229:23 236:20
**sentence**
99:10 100:21 101:1 111:18 173:10,15,18 175:6
**sentences**
173:4
**sentencing**
23:21
**separate**
31:19 83:11 129:15 152:7 154:19 164:23 165:13,21 165:23 166:20 167:20
**separately**
7:21 27:10 149:6 199:2
**separations**
31:12,12
**sequence**
59:4
**serial**
82:11 226:8,10 240:18,25
**series**
16:9,14 41:2 67:11 80:25 89:4 106:13,14 132:25 191:5 241:4
**serious**
196:21
**services**
14:16 150:6
**session**
10:12
**sessions**
9:18
**set**
40:7 53:16 54:6 63:6 71:17 130:24 167:7
**sets**
137:13
**seven**
88:10 102:15 138:5,6,6,9 146:15 174:12,19 178:13 222:20 223:1 244:2
**shah**
7:18 218:3,7,14
**shape**
166:7
**share**
32:20
**shed**
137:6 141:17 182:8
**sheds**
137:21 141:9 142:17 145:3
**sheet**
126:17 246:11 249:1
**short**
115:19 222:9 236:3 244:6
**shorter**
215:7
**shorthand**
2:18 247:5 248:18
**show**
22:18 59:25 72:9,10 75:17 83:20 106:15 112:17 115:16 137:20,24 139:10 140:5,7,12 200:4 202:24 238:20
**showed**
75:19
**showing**
113:10,11,12 122:1 132:8
**shows**
66:6 83:24 84:2 106:15 110:16 131:19
**sic**
163:4
**side**
116:10 196:22,25
**sided**
123:19 125:9 126:12 132:18 134:6
**sign**
25:21
**signature**
248:2
**signed**
76:17 246:17 249:24
**significance**
114:22 132:13 135:8 159:13 170:3,5 198:20 205:15
**significant**
12:8,20 38:20 75:1 86:11 87:11 89:14 94:9,11,19,24 106:25 107:1,2 112:14 115:5,5 116:5 118:4 119:20 120:10 123:5,6 128:1,22 129:2,3,6 130:2,4,14 133:8 133:13,18,24 134:3 135:14 135:19,21,22 168:13 169:15,23 170:14 193:18 193:19 194:21,22 195:5,18 198:5,12,13 214:14 228:25 230:1
**significantly**
111:20,23 112:24 114:7,23 242:2,20
**similar**
41:2 65:21 75:1 91:24 162:20 201:17 233:12
**simple**
189:1
**simpler**
128:7
**simultaneously**
161:14 171:3
**single**
88:23 114:15 148:13,25 151:22,24
**sir**
16:20
**sit**
22:20 48:17,21 61:14 71:12 72:12,15,25 73:2 76:21 105:19 113:20 114:2,12 208:1
**situation**
71:9 91:19 162:18 166:11 176:23 177:1 205:16
**situations**
37:24 157:1,4 163:3,8,9 203:9 222:5
**six**
243:25 244:4
**sixteen**
100:19
**slice**
119:12
**sliced**
119:8
**slightly**
151:23
**small**
13:13,16 17:17 18:9 88:8 195:3 201:10
**smaller**
201:5 204:7 237:14 238:23 238:23
**sn**
1:6 2:6
**social**
55:23
**software**
187:6 188:13 189:16,19,20 189:22 190:5,7,17
**sold**
155:4,7
**sole**
14:24
**solely**
63:6 106:3,7 107:13,21 108:2 110:3 120:25 121:4 135:16 156:20 185:1 188:8
**solicited**
182:22
**solve**
223:4 236:9
**sorry**
17:2 22:25 65:3 70:13 84:11 122:22 129:4 163:15 169:18 178:8 183:16 185:6 191:12 211:22 234:19
**sort**
123:25 130:19 196:3 232:24 240:8
**sought**
182:21
**sounding**
229:7
**sounds**
108:16 155:10 175:2
**source**
179:12
**sources**
149:16 162:2 179:9,10,11 179:15 222:4
**southern**
1:2 2:2 8:14 247:11
**speak**
30:10 31:1,2 56:8 59:19
**speaking**
19:4 39:6 40:21 41:14 242:7,10
**speaks**
100:6
**specific**
25:3 35:22 36:19,23 55:11 74:3 75:17 98:14 118:18 120:1 176:19 177:7 208:22 211:10 217:15 218:8 233:2 239:15
**specifically**
47:9 63:20 64:11 81:14 214:16 228:7 238:7,13
**specification**
123:19 129:19,25 134:6
**specifications**
129:20 133:21 219:2
**spectrum**
221:22
**speculate**
22:4 181:10
**speculation**
153:23,24 154:2,15
**speculative**
24:24
**speed**
82:10 206:16,22 235:10
**spell**
9:9

[spend - supply]

**spend**
15:18
**spending**
180:18
**spent**
182:4,8 183:23
**spoke**
17:3
**sponsoring**
186:2
**spoofing**
21:3,7
**spread**
235:4,8 239:5
**square**
4:16
**srl**
248:19
**st**
21:22
**staff**
32:24
**stale**
199:7,9,17 200:23 201:1
202:15 209:3,6,11,18,20,22
210:3
**standard**
26:23 57:17 96:8 144:22
**standards**
141:23 142:15
**standing**
244:24
**start**
29:17 30:3,8 38:20,22
39:15 43:3 45:12 49:11
65:3 88:10 104:22 178:17
193:3,20 200:19 209:15
236:11
**started**
230:24 232:24
**starting**
193:13 200:17
**state**
2:19 8:21 9:9 174:7 179:3,7
247:1,5
**stated**
18:10 42:16 44:20 52:21
100:25 129:1 141:6 142:11
142:12 145:1 159:12
197:12 218:20
**statement**
47:23 101:2
**statements**
55:18 92:3
**states**
1:1 2:1,16 3:4,13 8:13

**states (cont.)**
16:21 20:15 23:10 139:15
157:6 185:7 190:8 196:1
247:11
**stating**
206:13
**statistical**
40:4 66:13,19 83:23 86:16
97:8 106:16 132:12 134:20
134:23 135:5,8 170:3,5
226:9
**statistically**
86:10 87:10 89:14 106:25
107:2 115:4,5 135:14
168:13 169:14,22 170:14
193:17,18 195:4,5,18 198:5
198:12,13 214:14 228:25
229:25
**statistics**
116:10
**status**
33:5
**stays**
166:2
**steen**
5:3
**steering**
140:16
**stella**
6:9
**stenographically**
1:23 247:21
**step**
210:21
**steps**
38:5 151:8 182:1
**sticks**
113:22
**stipulated**
57:19
**stock**
36:12 37:8 42:20,20,22
224:1 228:12,19,21 229:8
230:17 231:6,18 232:14
239:22,22 240:5,11 241:6
**stocks**
35:24 36:12,14,21 37:11,23
38:13 237:14 238:23
**story**
17:9
**straight**
121:10
**strategies**
215:9
**street**
3:17 4:17

**strike**
37:5 140:21 210:1 228:20
**strong**
68:20 219:24 225:8 230:5
**stronger**
87:22 162:11 167:12
**structural**
31:12
**structure**
74:22
**studied**
73:25 150:3 184:9 186:21
190:22 233:3,5,14 238:7,13
239:2,5,10
**studies**
10:20 11:11,17,24 18:3
36:4,5,9,11 39:7 40:10
41:12 43:2 64:25 67:12,13
67:17,20 70:1 71:7,22 73:5
73:24 80:9 81:24 91:8,13
93:11 97:21 112:6 114:13
117:2,18 119:5 133:3 135:9
161:21 203:24 216:1
220:13 221:2,6,15 222:8,18
226:7 230:15 231:4,9,10,17
233:8 237:8 240:17 241:1
**study**
16:24 17:25 18:2,5 23:5,15
35:7,13,18,23,24 36:20,21
36:25 37:4,10,11,14,20
38:2,19 42:2 65:2,5,15,22
66:1,2,10,12 67:4,22 68:3,8
69:10,16 70:24 71:19 75:10
78:21 80:1,6,12,14,19 82:4
82:21 83:19,20,24 84:23
86:25 89:11,18 92:1,14
93:1 95:22 96:8,25 97:8,25
106:1 112:12,17,22 114:4
115:7 119:19 120:9,14
130:12 131:13,16,17,19,25
132:2 133:20 137:4,20
138:19 149:20 152:13,20
152:22 154:6 163:18
169:22 191:21 196:10
200:4 209:13 215:16
216:11 218:15,18 219:22
221:10,20 225:12 226:19
**studying**
10:21 190:14
**subject**
1:14 94:23 151:18 155:12
164:24 167:21 176:16
**subjective**
40:21 41:18 96:21 110:13
115:8 129:16 193:4,7
199:22 201:16 204:1 205:2

**subjectively**
106:14 193:14 200:2,7
**subjectivity**
132:16 140:6 170:10 193:1
**subjects**
62:14
**submission**
58:10
**submitted**
19:13 58:10 64:5 218:3
**subparagraphs**
186:14
**subscribed**
246:21
**subsequent**
14:17
**subsequently**
46:3
**subset**
195:3
**substance**
16:10
**subtracted**
98:13
**success**
101:10,11,11 150:11
151:25
**successful**
168:22
**successor**
27:21
**sufficiently**
42:5 225:11 230:15 231:3
231:16
**suggested**
236:19
**suggesting**
119:9 127:19 154:5
**suit**
248:9
**suite**
3:8,18 4:18 8:7
**summary**
16:18
**summer**
20:22
**sumner**
4:16
**supervision**
43:25 44:11,23
**supplemental**
49:9
**supply**
156:23 160:20 161:7,16
165:6,10,18 166:2,7 168:15
168:25 170:23 171:11,17

**[supply - three]**

**supply (cont.)**
172:5,17 180:9 190:9
203:13
**support**
21:1 30:23 97:9 99:14
131:13,16,18,18 197:20
200:6 206:14 213:12
233:23
**supports**
90:2 131:12,23
**supreme**
102:10 103:21
**sure**
13:22 18:2,5 26:5,18 28:10
30:20 32:1 43:7 46:11,21
47:11 51:23 58:19 59:16,17
62:19 65:12 76:19 78:10
79:9 88:6,21 90:14 94:23
101:6 105:6,24 117:24
118:9,19 119:6,17 120:6
121:8 124:9 127:3 135:1,9
135:24 136:3 146:12
150:16 153:16 154:8 160:5
160:14 174:19 181:25
192:7,10 207:22,25 211:14
216:18 230:20 232:10
236:21 237:25
**surprise**
193:6
**surrounding**
192:6
**survey**
77:11
**suspected**
126:4
**swear**
9:1
**sworn**
246:21
**sylvester**
3:15
**sylvesterm**
3:21
**system**
190:20
**systematic**
119:16 164:4

**t**

**table**
200:21
**tailed**
135:12,13 169:25
**taken**
2:17 8:4,8 12:5,13 49:2
69:3 107:17 110:19 111:19
121:10 122:8 132:14 249:2

**talk**
29:4,9 86:6,7 155:17,18
172:24 179:1 183:17 184:2
185:21 220:7
**talked**
160:17
**talking**
44:21 78:12 155:23 156:1
160:21,23 194:23 220:6
**talks**
226:7
**taught**
15:6
**team**
45:22
**teams**
30:23 31:7,18
**technique**
66:13
**techniques**
116:12
**technologies**
33:16
**telephone**
3:10,20 4:7,20 5:7,17
**tell**
61:11 66:18 71:23 86:25
88:24 115:10 156:10
188:10 198:11 201:19
208:21 212:13,17,21
213:15 230:8
**tells**
66:23 128:10
**ten**
23:6 29:22,23,24 135:6
202:24,24 212:1,15,18
222:20 223:1
**tend**
48:24
**term**
34:9 50:8 60:10 139:8
144:3 147:22 203:9 205:1
**terminology**
146:13
**terms**
25:19 31:17 32:6 40:20
44:21 60:11 76:19 89:24
91:3 115:11 118:7,17
137:15,25 141:14 143:9,23
146:6 168:23 175:7,8 194:6
200:3 219:6 221:5 230:21
231:23 245:1
**test**
36:25 37:4 70:15,20 74:1
80:19 95:7 102:13,19 103:1
103:17 107:13 108:1,12

**test (cont.)**
117:7 118:20 121:19
132:10,12 134:23 135:10
135:12,13 142:4 143:15
145:16,19 147:23 151:14
169:24,25 174:1,9,14,16,25
193:2 195:16 204:11
210:12,22 214:11,16,19
215:4 217:14 218:7,18
221:10 227:25 229:12
240:3,4 241:14
**tested**
142:16 218:13
**testified**
9:6 12:17 13:20 20:6,16
21:8 22:13 25:11 45:21
79:24
**testify**
16:17 62:9 247:18
**testifying**
13:8 14:12,19 16:2 30:22
130:13 217:13 242:6
**testimony**
9:16 13:19 16:3 17:8,18,20
18:8,13 19:25 20:1,9,12
21:16 22:9 24:12,15,16,18
25:6,12 26:9,13 34:5 38:3
48:8 55:4 246:6,9 247:20
247:25 248:11
**testing**
90:21 115:12 137:14
139:15 142:3,22 195:8,23
195:25 197:8,11,18 205:24
**tests**
74:23 108:6 134:20 135:6
203:25 220:21 226:9,14
227:4
**text**
105:16
**textbook**
105:12
**textbooks**
51:6
**thank**
29:7 84:13 187:22 244:16
**theoretical**
86:7 116:7 214:25 215:12
220:19
**theory**
63:11 157:18 159:2 204:15
205:18 206:22 211:2
222:23
**thereof**
248:10
**thing**
70:1 75:13 81:1 99:6 105:7

**thing (cont.)**
130:21 143:20 175:21
180:3 199:25 200:1 201:1
233:7
**things**
48:6,24,25 49:1,2 57:16
74:19 90:8 91:1 94:7 98:25
119:22 165:25 169:5
203:22 222:3,25 223:5
240:17,20
**think**
8:23 10:23 12:10,11 18:10
18:19 21:9 24:14,20 25:18
27:22,23 28:8,19 31:10
35:20 36:2,7 37:14 42:8
45:19 46:11 53:7,9 55:10
58:18 59:7 60:11,13 61:14
68:2 69:22 70:11 74:7,8,24
80:21,22,22 82:17 83:21
84:2,23 85:4 86:16,21 88:5
90:25 94:25 95:19 96:20
100:5,7,12 105:6,8 107:16
108:5 110:20 113:3,4,7,17
113:24 114:11 117:6,22
118:8,15,17 119:15,21
120:11,13,16 121:2 124:10
125:6,15,19 126:15 127:2,7
127:14,19 130:21 131:9
132:15 133:1 134:4 135:18
138:4,25 139:22 140:15
141:5 145:15 147:5 149:15
150:2 152:17 156:6 158:2
158:25 160:2,4,12,16 164:3
167:1,6 169:10 173:3,10
178:12 190:18 192:17
195:13,20 200:5 205:4
210:25 214:3,17 216:17
219:20,22,24 230:24 231:8
232:2 233:11 234:2,13,25
236:18 237:7 239:17
244:24
**thinking**
44:22 45:24 48:25 53:11,19
128:8
**third**
4:5 21:14 162:13,14,19
171:6 173:10,18 190:4
**thought**
73:21 79:17 80:8 81:4,5
98:12 107:5 126:16
**thousands**
35:15 71:20
**three**
18:16,19 43:13,15 45:21
46:4,6 47:6,10 142:25
178:18 239:18,25 245:6

**throw**
194:25
**time**
8:5 13:18 14:5,17 15:17,24
18:24 19:4 22:17 25:5 27:7
27:23 29:20 31:22 32:7
39:7 40:1 46:14 48:2 57:10
57:25 58:6 85:3 87:17
91:15 96:8 104:16,23 117:9
125:16 136:2,5,11 158:13
159:7,8 161:18 177:17,24
178:7,19 186:6 201:10,11
201:18 205:15,16,18 211:4
216:4 217:3,9 223:5,9
233:11 235:16 236:3 240:1
243:23 244:8,14,17 245:9
**times**
12:4,8,17,20 13:12 16:7
19:19 20:4,7,11 25:10
27:22 30:11 35:6,10,12,16
37:14 85:1 91:5 92:11 93:2
116:25 119:2 142:8,25
171:4 185:4 201:8 206:5
209:8 211:1
**timing**
76:19
**title**
15:5 210:10
**titled**
212:6
**titles**
11:5
**tn**
248:20
**today**
8:18 9:16 22:21 48:17,21
61:14 71:13 72:12,25 73:2
76:21 105:19 113:20
233:20
**today's**
9:19 10:13,16
**todd**
4:10
**tokens**
183:1 202:11,14 239:11
**told**
49:1 126:7 144:15
**top**
123:3
**total**
13:15 32:13 118:13 129:8
130:1,24 212:3,4
**totally**
96:21
**trade**
10:21 37:1,16,23 38:14,14

**trade (cont.)**
67:14 159:14 162:20,22
226:3,25 227:12 228:5,7
237:10 239:23 241:11,11
**traded**
36:11 42:20 94:8 157:15,17
221:20
**tradeoffs**
215:8 222:11 223:19
**trades**
42:22 131:2 222:13 228:3
240:5 241:7,15
**trading**
21:13 74:6 113:7,11,13,16
129:20 130:23 131:3,3
153:23,24 154:2,14 160:4
184:2 203:19 216:10,10
218:18 224:19 225:11
237:13 242:2,20 243:14,17
**traditional**
161:20
**transaction**
34:16,23
**transactions**
103:10,16 104:4
**transcribed**
122:11
**transcript**
246:6,8 247:25
**transcription**
247:24
**transcripts**
54:13,18
**transferred**
191:9
**translate**
124:1
**translated**
47:8
**treat**
41:8
**treatment**
42:17
**trial**
12:18 22:9,11
**tried**
70:24 88:5 152:18 206:4
**trip**
53:12
**true**
43:7 80:2,3 85:20 138:12
151:22,24 240:23 246:8
247:24
**truth**
247:18,18,19

**try**
75:22 76:2 80:5 121:11
125:8 140:5,17 142:4 167:1
221:19 222:21 223:6 226:9
238:1
**trying**
15:7 74:18 77:7,11 95:6,7
117:7 126:10 147:21
155:21 159:24 170:22
208:9 209:4 217:17 221:14
223:13
**turning**
21:11
**type**
8:23 105:15 124:24 125:2
156:16 157:12,14 163:3,8
**types**
96:17 156:14 160:13
206:14,15 233:1 240:22
**typewriting**
247:23
**typical**
41:12 134:22 225:1
**typically**
25:25 27:9 38:4 39:22,24
40:12 97:21 135:5 151:6

**u**

**ultimately**
46:1
**underestimates**
159:13
**underlying**
95:2
**undermine**
21:23 120:14
**understand**
28:25 29:2,10,13 36:17
37:6 47:17,18 52:14 64:17
64:19 90:14 112:8 120:2
133:16 139:2 141:25
147:15,20 160:21,23 161:1
161:3 232:19
**understanding**
13:3 14:15 46:24 57:17
101:8 105:9,15 106:22
107:4 143:11 144:3 163:19
174:13 182:18 234:3
246:12
**understood**
71:16,17 101:7 169:11
176:1
**undertake**
183:20
**undertook**
184:6 186:19

**undetermined**
247:10
**unfamiliar**
127:15
**unfortunately**
147:18
**unique**
66:4
**unit**
8:1 104:15,22 177:23
178:17 245:5
**united**
1:1 2:1,16 3:4,13 8:13
16:21 20:15 23:10 247:10
**units**
179:11,16
**university**
15:1,4,11,16 33:6
**unrelated**
236:11
**unreliable**
18:8
**untrue**
54:25
**usage**
124:19
**use**
36:8,9,24 37:19 40:12
67:12 80:8 91:10 92:16
106:10 124:16 125:15,22
126:23 127:6,15 146:5
149:12,22 150:21 153:22
154:14,23 179:15 186:19
187:5,14,15 188:12,13
189:15,20 190:4,7,13
193:19 204:9 227:2
**users**
186:19 187:5 190:10
**user's**
187:10
**uses**
94:7 146:24 150:20 152:17
154:1
**usual**
144:2
**usually**
8:23 14:14 122:12 221:6
**uvaydova**
6:9

**v**

**vague**
38:7 150:16 175:16 229:3
**valid**
66:17 148:15,16
**validly**
67:4,10,24

[value - working]

**value**
107:17 110:19 111:19
115:7,14 130:7 132:14
188:17 189:5 196:16 199:1

**variables**
219:5

**varies**
101:10 129:18

**variety**
84:24 95:24

**various**
42:15 90:17 96:17 131:4
144:21 171:2,15 191:21

**vast**
96:22 132:11

**venture**
101:12

**verdict**
21:6

**verify**
121:16 122:6 124:11,22
191:18

**versions**
161:2

**versus**
8:11 16:22 21:13 22:7 23:1
23:11 24:7 102:11 162:1
218:4 221:17

**vertical**
123:4

**vesey**
3:17

**video**
1:15 8:2,6,9,21 245:7

**videographer**
6:10 8:1,16,25 57:24 58:5
104:14,21 136:4,10 177:16
177:22 178:5,8,16 217:2,8
243:24 244:3,7,13,21 245:5

**videotaped**
2:13 8:3

**view**
140:1

**violated**
101:15

**violates**
142:15 144:21

**violation**
226:11

**volatility**
117:23

**volume**
237:13

**vs**
1:6 2:6

---

| w |
| --- |

**w.j.**
102:11

**wa**
248:21

**wacker**
2:19 8:7 247:8

**walk**
226:11

**want**
17:4 21:11 22:1,3,3 30:5,6
53:1,10,12 57:9 64:24
71:25 73:17 86:6,7 105:10
111:17 124:19 125:22
126:7,19,23,24 127:4
137:22 140:4,7,12 143:20
143:21 144:16,17 145:21
146:2,10,12 154:8 162:9
168:22 186:13 193:2
208:11 216:17 220:16
232:9 233:14

**wanted**
44:18 65:21 133:23 134:8
137:19 140:3 143:15
159:22,24 188:1 196:7

**wants**
26:1 132:10

**washington**
4:19 5:6

**ways**
80:11 84:25 87:4 94:12
119:9,10 139:16 152:9
188:10 218:13 221:16

**weak**
132:9 226:12

**weaker**
110:24

**website**
55:19

**weeks**
14:8

**weiss**
5:11

**went**
46:21,25 47:6,9,9 105:2

**west**
3:7

**we've**
57:8 73:15 130:22 178:9
243:24

**wharton**
5:11

**whatsoever**
145:3

**whereof**
248:11

---

**white**
4:15 219:17

**widely**
231:19,22

**wiley**
22:7

**willing**
127:2

**window**
158:3 198:15 202:25
203:15 206:25 207:5 212:9
212:15,19 222:19 235:25
236:6

**windows**
158:4,13,16 159:7 203:16
208:18 211:24 215:7,8,10
215:15 216:10,11 222:9,9
222:10,10 223:6,16 235:24
236:4,4 241:2

**wire**
21:9

**wit**
247:7

**witness**
7:2 9:2,3 11:13 12:6,14,18
13:3,9 14:6 15:18,22 16:18
16:18 19:22 20:6 21:20
22:1 23:17 24:2 25:2,10
26:13 27:20 28:7 29:18
30:5,18 31:1,10,17 32:6,15
32:19 34:3,19 35:10,13,15
36:1,23 37:13 38:7 39:2,19
40:17 41:1 42:3,7,14
44:16 45:6,13,19 46:9 47:4
48:1,21 49:12,18 50:7,15
51:2,22 52:23 53:19 54:1,9
55:2,21 56:1,6,15,25 57:6
59:4 60:8,22 61:3,11,23
62:4 63:9 64:10 65:9,19,24
67:8 68:6,13 69:22 70:23
71:6,15 72:15,23 73:8
74:13 75:12 76:14,25 77:19
78:10,23 79:15 80:16 81:13
82:7,24 83:8 85:11 86:15
87:13 88:21 89:10 90:13,25
92:10,24 95:19 96:5,20
97:17 98:10 99:9 100:5,15
101:21 102:7,21 103:4,13
103:24 104:7 106:10
107:16 108:5,16,24 109:12
109:21 110:7 112:8,17
113:3 114:9 115:2 116:1,22
117:6,14,20 118:7 119:1
124:16 125:18 126:8
127:15,18 129:10 131:15
133:15 134:25 135:24

---

**witness (cont.)**
139:7 140:18 142:7 143:1
143:19 144:9,15 145:12
146:8,19 148:1,21 149:3,9
149:15 150:1,9,15,24 152:7
152:17 153:11 154:4,17
155:1,10 156:6 158:25
160:2 161:11 164:12,17,23
165:8,20 166:6,20 167:20
168:2,7 172:8,19 174:3
175:2,15 176:12 180:11,22
181:9,19 182:11 183:3,12
184:9,15 185:16 186:4,21
187:8,18 188:1 189:11,22
192:4,17,24 194:4,16
195:13 196:13 197:25
199:4,19 200:16 203:2,8
205:13 206:4 207:13,21
208:9,13 210:6,25 213:5
214:1,16,23 215:20 217:20
218:25 219:13,20 221:14
224:5,22 225:16 226:5
227:23 228:16,25 229:22
230:19 231:8,21 232:16,24
233:7,25 234:25 237:5,18
237:25 238:7,13,20 239:2,8
239:13,21 240:16 241:23
242:6,24 243:8,19 245:11
246:1 247:20,22 248:1

**witness's**
23:15

**word**
36:2 43:21 50:13 54:23
83:18 91:10 92:17

**words**
10:4 50:11 66:12 67:11
85:24 92:7 93:8 106:11
119:12 128:16 135:17
136:22 137:19 145:15
146:14,19,24 152:18 227:2

**work**
9:21 14:21 15:24 31:7,21
46:2,3 48:10 53:2 69:14
78:7,18 81:10,21 85:6
107:12 108:1 118:2,11
121:16 122:6,8 136:24
142:3 150:20 158:21 160:8
170:1,15 190:17 192:20
195:8 199:15 209:25 210:2
218:21 219:9 224:18
235:15

**working**
15:18 32:24 43:25 48:25
79:20 81:15,19 123:14
167:13 236:22

**[world - zoom]**

**world**
  158:5
**worth**
  125:19
**write**
  43:19 45:9 111:18
**writes**
  202:9
**written**
  11:6 44:7 45:2 81:10,21
  203:23
**wrong**
  70:12 127:8,19
**wrote**
  44:2,3

---

**x**

**xrp**
  34:16 56:9,13,18 57:3 65:6
  65:17 67:5 68:4,10 69:19
  69:23 70:3,15,21 80:1,7,20
  80:23 81:3,6,11,25 82:4,15
  82:22 83:5,16 84:5,9,19
  85:3,9 87:11 89:15 94:6,8
  94:10,10 97:14 99:14
  101:15 102:19 103:9,16
  106:2,7 107:13,19 108:2,13
  108:22 109:3,7,8,16 110:3
  110:5 111:3,7,21,24 114:24
  115:22 116:20 118:12,13
  120:24 121:3 136:20,25
  137:11 138:1,24 139:11,18
  140:8 142:4,19 144:6 145:4
  145:24 147:3,6,11 148:8,19
  148:25 149:7,13,23 150:6,7
  150:13,20,21 151:2,20,20
  151:21 152:5,10,24 154:1
  154:14,24 155:3,6 158:22
  160:4 162:20,22 164:15,21
  165:3,6,10,18 166:18 167:2
  167:25 168:5,13,16 169:15
  175:20,25 176:20 177:8
  179:3,7,11,16,24,25 180:4
  180:5,9,19 181:7 183:1,6
  184:18,20,21 185:14 187:1
  188:12,14,19,20,22,23,25
  189:4,9,12,14,20,23 190:1
  190:10,10,13,17,19,21
  192:14 202:11,13 203:19
  218:18,22 219:10 224:1,14
  224:19 225:11 226:2,21,25
  227:9,11,15,18,21 228:2,6
  235:13,17 237:2,9,10,21
  238:2,5,11,18 239:6,10,23
  241:9,11,20,21 242:3,21
**xrps**
  82:9 157:15 159:14

**xrp's**
  86:12 90:22 107:20 166:25
  167:18 192:22 214:20
  237:13 239:17

---

**y**

**yeah**
  19:3 24:2,14 30:5 53:12,17
  70:13 113:3 117:22 119:1
  124:16 125:10 126:23
  143:1 169:18 171:15 178:8
  216:22 243:24 244:3 245:3
**year**
  33:7 86:1 88:10
**years**
  13:21 15:6,8 18:15 23:7
  24:11 27:1 30:19 57:22,22
  71:22 114:14 138:5,6,6,10
  232:13 233:13
**york**
  1:2 2:2 3:14,16,19,19 4:6,6
  5:16,16 8:14 36:12 42:20
  247:12
**york's**
  183:17

---

**z**

**zero**
  212:10
**zimmer**
  7:18 218:4
**zoom**
  9:22 10:6