# Exhibit 40

EXHIBIT
LM-5

Milestones

|  |  | Cumulative XRP Return | | |
|---|---|---|---|---|
|  |  | **Unusual** | **Regular** | *All* |
| **News Event?** | **Yes** | 1.99 | 1.03 | 2.05 |
|  | **No** | 4,198,673 | 0.0000107 | 45.06 |
|  | *All* | 8,352,186 | 0.0000111 | 92.55 |



SEC v Ripple
EXHIBIT
LM-5
L. Marais 12.21.21