# Exhibit 41

**EXHIBIT LM-6**

Select Events

| | | Cumulative XRP Return | | |
|---|---|---|---|---|
| | | Unusual | Regular | *All* |
| **News Event?** | Yes | 482.20 | 0.29 | 139.95 |
| | No | 7,776 | 0.0000851 | 0.66 |
| | *All* | 3,749,376 | 0.0000247 | 92.55 |



SEC v Ripple
EXHIBIT
**LM-6**
L. Marais 12.21.21