# Exhibit 44

1

1          UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF NEW YORK
2

3    SECURITIES AND EXCHANGE    §
     COMMISSION,                §
4                               §  CIVIL ACTION
         PLAINTIFF,             §  NO. 20-CV-1(AT)(SN)
5                               §
      AGAINST                   §
6                               §
     RIPPLE LABS, INC.,         §
7    BRADLEY GARLINGHOUSE,      §
     AND CHRISTIAN A.           §
8    LARSEN,                    §
                                §
9      DEFENDANTS.              §

10

11      **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

12

13           ORAL AND VIDEOTAPED DEPOSITION OF
                    ██████████████
14               FEBRUARY 16, 2022

15

16

17

18      ORAL AND VIDEOTAPED DEPOSITION OF ████████████████
     produced as a witness at the instance of the
19   Defendant and duly sworn, was taken in the above
     styled and numbered cause on Wednesday,
20   February 16, 2022, from 9:23 a.m. to 6:56 p.m.,
     before TAMARA CHAPMAN, CSR, RPR-CRR in and for the
21   State of Texas, reported by computerized stenotype
     machine, at the offices of King & Spalding, LLP, 500
22   West 2nd Street, Austin, Texas, pursuant to the
     Federal Rules of Civil Procedure and any provisions
23   stated on the record herein.

24

25   Job No. 206109

2

1                    A P P E A R A N C E S

2


3    FOR THE PLAINTIFF:
         Mark Sylvester, Esq.
4        Daphna Waxman, Esq.
         U.S. SECURITIES AND EXCHANGE COMMISSION
5        New York Regional Office - Brookfield Place
         New York, New York 10281

6


7


8


9    FOR THE DEFENDANT CHRISTIAN LARSEN:
         Kristina Bunting, Esq.
10       PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
         1285 Avenue of the Americas
11       New York, New York 10019

12


13


14   FOR THE DEFENDANT BRADLEY GARLINGHOUSE:
         Matthew Solomon, Esq.
15       Caleb Robertson, Esq. (via Zoom)
         CLEARY GOTTLIEB STEEN & HAMILTON LLP
16       2112 Pennsylvania Avenue, NW
         Washington, D.C. 20037

17


18


19


20


21


22


23


24


25

1              A P P E A R A N C E S (Continued)

2

  FOR THE DEFENDANT RIPPLE LABS, INC.:
3      Andrew Ceresney, Esq.
       Matt Hirsch, Esq.
4      Kyle Chermak, Esq. (via Zoom)
       Christopher Ford, Esq. (via Zoom)
5      DEBEVOISE & PLIMPTON LLP
       919 Third Avenue
6      New York, New York 10022

7

8

9

10

11

12

13

14
       Bradley Oppenheimer, Esq.
15     Lillian Smith, Esq.
       Collin White, Esq. (via Zoom)
16     Justin Berg, Esq. (via Zoom)
       KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
17     1615 M Street N.W.
       Washington, D.C. 20036

18

19

20

21
  ALSO PRESENT:
22     Casey Mummert, Videographer
       Stu Alderoty, Ripple Labs
23     Deborah McCrimmon, Ripple Labs (via Zoom)
       Marty Flumenbaum (via Zoom)
24     M. Kellogg (via Zoom)

25

4

1                    I N D E X

2                                        PAGE

3     APPEARANCES............................   2

4     ███████████████

5     EXAMINATION
         By Mr. Oppenheimer.......................   6
6        By Mr. Sylvester........................ 309
         By Mr. Oppenheimer...................... 311
7
      CORRECTION PAGE.......................... 313
8     SIGNATURE PAGE........................... 314
      REPORTER'S CERTIFICATION................. 315

9
                   E X H I B I T S
10

11                                     PAGE LINE
      Exhibit 1,                          8   18
12    Expert Report of ████████████████
      (No Bates - 50 pages)
13    Exhibit 2,                         25   18
      Appendix A, Curriculum Vitae of
14    ██████████
      (No Bates - 2 pages)
15    Exhibit 3,                        127   12
      Appendix B, Documents and data sources
16    (No Bates - 8 pages)
      Exhibit 4,                        174    5
17    SEC's First Amended Complaint
      (No Bates - 79 pages)
18    Exhibit 5,                        205   19
      John Deaton Twitter
19    (No Bates - 6 pages)
      Exhibit 6,                        257   24
20    Amended Expert Rebuttal Report of
21    ████████████ (No Bates - 149 pages)
      Exhibit 7,                        284   25
22    Deposition Transcript of Lawrence
      Angelilli, August 3, 2021
23    (No Bates - 83 pages)
      Exhibit 8,                        293   17
24    Wayback Machine results for
      Twitter.com/SierraIguana
25    (No Bates - 1 page)

1                     ██████ - 2/16/2022

2                    THE VIDEOGRAPHER:  This is the start

3     of media labeled No. 1 of the video-recorded

4     deposition of ███████████ in the matter of

5     Securities and Exchange Commission vs. Ripple Labs,

6     Inc., et al., in the U.S. Southern District Court of

7     New York, No. 20-CV-1.

8                    This deposition is being held at

9     King & Spalding, LLP, 500 West 2nd Street, Austin,

10    Texas, on February 16, 2022, at approximately

11    9:23 a.m.  My name is Casey Mummert.  I am the legal

12    video specialist from TSG Reporting, Inc.,

13    headquartered at 228 East 45th Street, Suite 810,

14    New York, New York, 11017.

15                   The court reporter is Tamara Chapman,

16    in association with TSG Reporting.

17                   Counsel, please introduce yourselves.

18                   MR. OPPENHEIMER:  Good morning.  My

19    name is Bradley Oppenheimer.  I'm with Lillian Smith

20    from Kellogg Hansen on behalf of Ripple.

21                   MR. ALDEROTY:  Stu Alderoty, general

22    counsel for Ripple.

23                   MR. CERESNEY:  Andrew Ceresney and

24    Matthew Hirsch from Debevoise and Plimpton,

25    representing Ripple.

1                         ███████ - 2/16/2022

2                   MR. SOLOMON:  Matthew Solomon from

3     Cleary Gottlieb, representing Brad Garlinghouse.

4                   MS. BUNTING:  Kristina Bunting from

5     Paul, Weiss, Rifkind, Wharton & Garrison on behalf

6     of Mr. Christian Larsen.

7                   MS. WAXMAN:  Daphna Waxman with the

8     SEC representing the plaintiff.

9                   MR. SYLVESTER:  Mark Sylvester with

10    the SEC, representing the plaintiff.

11                  THE VIDEOGRAPHER:  Will the court

12    reporter please swear in the witness.

13                         ████████████

14    having been first duly sworn, testified as follows:

15                         EXAMINATION

16    BY MR. OPPENHEIMER:

17         Q.    Good morning.  Can you please state your

18    full name for the record.

19         A.    My name is ████████████

20         Q.    Mr. ██████ you understand that you're

21    testifying today under the same oath that you would

22    take if you were testifying in court before a jury.

23    Right?

24         A.    Yes, I do.

25         Q.    Is there any reason you can't give

```
1                    ████ - 2/16/2022
2    truthful and accurate testimony today?
3         A.    No.
4         Q.    Have you ever been deposed before?
5         A.    No.
6         Q.    Just to give you a little overview of how
7    this will work today, I'll be asking you questions.
8    I'll ask that you make sure I finish the question
9    entirely before you start answering, even if you
10   think you know where it's going.  It's important
11   that we not talk over each other so that the court
12   reporter can have a clear record at the end.
13              If you need a break at any time, feel
14   free to ask.  I'll ask that you finish the question
15   that's pending, but we can take a break any time you
16   need.
17              Mr. ████ you submitted an expert report
18   and a rebuttal report in connection with this case.
19              Right?
20        A.    Yes.
21        Q.    Your October 4th expert report contains
22   all of the affirmative opinions that you intend to
23   offer in the case.  Is that right?
24        A.    I offered opinions in both reports.
25        Q.    Right.  So I'm distinguishing here
```

1                            ██████ - 2/16/2022

2       between your own opinions and your rebuttal opinions

3       responding to other experts.

4                In terms of your own opinions that you

5       are affirmatively offering, those are all in your

6       October 4th report.  Correct?

7            A.   Yes.

8                     MR. SYLVESTER:  Object to form.  Just

9       give me a moment to object, please.

10                    THE WITNESS:  Sorry.

11           Q.   And your November 16th, 2021, amended

12      rebuttal report contains all of the rebuttal

13      opinions that you intend to offer in response to

14      Ripple's experts in this case.  Correct?

15           A.   Yes.

16           Q.   I'm going to mark as Exhibit ████ 1 a

17      copy of your opening expert report.

18                (Exhibit 1 was marked.)

19           Q.   Mr. █████ you recognize Exhibit 1 as a

20      copy of your expert report in this case?

21           A.   I do.

22           Q.   I'd like you to look at Page 4, please,

23      and Paragraph 4.

24                     MR. SYLVESTER:  Before we proceed,

25      were there appendices attached to your expert report

```
 1                          ██████ - 2/16/2022
 2     that are not with this exhibit?
 3                     MR. OPPENHEIMER:  The report did have
 4     appendices.  The SEC served them in separate
 5     documents.  They weren't attached.
 6                     MR. SYLVESTER:  Okay.  Go ahead.
 7                     MR. OPPENHEIMER:  We've got copies if
 8     you need to refer to them at any time.  I will be
 9     introducing them at some point.  But if you need
10     them, feel free to let me know.
11          Q.    Looking at Page 4, Paragraph 4 of your
12     report, the last full sentence on the page says:  In
13     addition to my experience in digital asset
14     investments, I have 19 years of experience
15     evaluating and investing in companies, public
16     equities, commodities, real estate, bonds,
17     currencies, and derivatives of those asset classes.
18                Do you see that?
19          A.    Yes.
20          Q.    How old are you?
21          A.    37.
22          Q.    So 19 years ago you would have been about
23     18?
24          A.    That's right.
25          Q.    When you were 18 how much money did you
```

10

1              ███████ - 2/16/2022

2     have invested in public equities?

3          A.    I can't remember an exact number.

4          Q.    ████████████████████████

5          A.    ████████████████████████████

      ██████

7          Q.    ████████████████

8                MR. SYLVESTER:  Objection to form.

9                Go ahead.

10         A.    ████████████████████████████

   ██████████████████████████████

   ██████████████████████████████

   ███████████████████████  ████████████████

   ██████████████████████████████

   █████████████████████████

                ████████████████████████

17    ██████████████████████████████

   ██████████████

19         Q.    And my question is when you started

20    investing.  You say you have 19 years of experience

21    that started when you were age 18.  So when you

22    first started investing, how much money

23    approximately did you have under investment?

24         A.    I don't --

25                MR. SYLVESTER:  Object to form.

1          █████████ - 2/16/2022

2              Just wait for me to object, please.

3    Okay.  Go ahead.

4         A.   I don't remember.

5         Q.   How much money did you invest in

6    commodities when you were 18?

7         A.   I don't specifically remember.

8         Q.   How about real estate?

9              MR. SYLVESTER:  Object to form.

10             Go ahead.

11        A.   Real estate, when I was 18 I hadn't

12   started investing in, you know, (unintelligible)

13   properties yet, but in terms of public listed real

14   estate there was some amount, but, again, I can't

15   remember.

16        Q.   Do you remember how much you had invested

17   in bonds when you were 18?

18        A.   I can't remember.

19        Q.   How about currencies?

20             MR. SYLVESTER:  Object to form.

21             Go ahead.

22        A.   I can't remember.

23        Q.   How about derivatives?

24             MR. SYLVESTER:  Object to form.

25        A.   I can't remember.

1                        ████████ - 2/16/2022

2          Q.    When you were 18 that was roughly the

3     time you were a freshman in college.  Is that right?

4          A.    I guess freshman and sophomore, yeah.

5          Q.    How much time did you spend working on

6     investing in companies, public equities,

7     commodities, real estate, bonds, currencies, and

8     derivatives of those asset classes while you were in

9     college?

10         A.    I can't specifically remember how much

11    time.

12         Q.    Do you have an approximation?

13         A.    No.

14         Q.    Do you think it was more than ten hours a

15    week?

16                    MR. SYLVESTER:  Object to form.

17         A.    It was a significant amount of time.  I

18    can't remember exactly how much.

19         Q.    So you don't remember one way or the

20    other whether it was more than ten hours a week?

21                    MR. SYLVESTER:  Object to form.

22         A.    I don't specifically remember.

23         Q.    Have you ever -- have you ever advised

24    other people on investing in companies, public

25    equities, commodities, real estate, bonds,

1                    ████████ - 2/16/2022

2   currencies, or derivatives of those asset classes?

3                    MR. SYLVESTER:  Object to form.

4                    What do you mean by "advise"?

5        Q.    You can answer.

6        A.    Yeah, I ask the same question.  I don't

7   know exactly what you mean by "advise."

8        Q.    Do you understand what it means to

9   provide advice to somebody about assets?

10       A.    I think there is probably a legal

11  definition there of being an investment advisor and,

12  you know, what that entails, compared to just, say,

13  you know, casually chatting about investments.  And,

14  you know, advice probably can fit somewhere in that

15  wide spectrum.  So I don't exactly know what you're

16  specifically asking me about.

17       Q.    Have you ever worked as an investment

18  advisor?

19       A.    No.

20       Q.    Outside of working as an investment

21  advisor, have you ever given anyone advice

22  that -- withdrawn.

23                    Outside of working as an investment

24  advisor, have you ever done what you would consider

25  giving advice to other people about investments?

1          ██████ - 2/16/2022

2          A.    Again, I really don't -- you have to be

3     more specific.  I don't know exactly what actions

4     you're asking me about.

5          Q.    What do you consider to be giving advice

6     about investments?

7                MR. SYLVESTER:  Object to form.

8          A.    So as I said earlier, I think that that

9     word can mean a lot of different things.  I know

10    there is a legal standard and a -- a standard that

11    revolves around being as a profession giving people,

12    you know, official investment advice.  And that

13    probably can range all the way through talking with

14    people about a particular stock or a particular

15    asset.

16                And, you know, I think that asking about

17    whether somebody gave advice can, you know, fit

18    anywhere along that whole spectrum.  So I'm not

19    exactly sure, you know, how to answer based on that.

20         Q.    Okay.  So if advice can fit anywhere

21    along that whole spectrum, have you ever given

22    someone advice about investments anywhere along that

23    entire spectrum?

24                MR. SYLVESTER:  Object to form.

25         A.    If you're asking me have I ever spoken to

1          ██████ - 2/16/2022

2   somebody about investing, then, yes, I've spoken to

3   people about investing.

4          Q.    And in more formal context than just

5   one-off conversations about investing, have you ever

6   given people advice on that portion of the spectrum

7   you just defined?

8                    MR. SYLVESTER:  Object to form.

9          A.    I'm sorry.  Can you repeat the question?

10         Q.    You defined a spectrum of things that you

11  think advice can mean, ranging from informal

12  conversations to a very formal legal definition.

13                    Is that a fair summary of what you said?

14         A.    Yes.

15         Q.    So putting aside the informal one-off

16  conversations that you may have had with people

17  about investing, have you ever given someone advice

18  about investments anywhere else along that spectrum?

19                    MR. SYLVESTER:  Object to the form.

20         A.    Yes.

21         Q.    And in what sense have you given people

22  advice?

23                    MR. SYLVESTER:  Object to the form.

24         Q.    In what sense have you given people

25  advice about investing other than in those informal

1                           █████ - 2/16/2022

2    one-off conversations?

3                    MR. SYLVESTER:  Object to form.

4         A.    For instance, around investment

5    partnership and at times we've had -- I have a

6    partner.  We have -- have people, you know, work for

7    us, and certainly in that context, we've had, you

8    know, in-depth discussions about investments in that

9    context.  So I've certainly given people advice that

10   are people I work with and people I partnered with.

11        Q.    Did you ever give investment advice,

12   other than in those informal conversations you

13   described, prior to starting your investment

14   partnership?

15                   MR. SYLVESTER:  Object to the form.

16        A.    I've also run other businesses and part

17   of those -- the function of those businesses even

18   though the main, you know, function of the business

19   was not as investment partnership, those businesses

20   had to make investing decisions.  And so in those

21   contexts as well, I gave, you know, advice to

22   employees, partners, as well as had discussions

23   with, you know, venture capital funds, people who

24   were involved in the business in various ways.

25        Q.    Which other businesses have you run that

███████  - 2/16/2022

1
2      have made decisions whether to invest in companies,

3      public equities, commodities, real estate bonds,

4      currencies, or derivatives of those assets?

5          A.    I have -- I have started and run a

6      variety of companies.  Some are, you know, ranging

7      from single-member LLCs to a tech startup and, you

8      know, in addition, you know, I would say I helped

9      run companies that I wasn't the founder and primary

10     owner on as well.  So that -- that covers a lot of

11     different organizations.

12         Q.    And in each of those companies that you

13     described, were those businesses -- did those

14     businesses have to make decisions whether to invest

15     in companies, public equities, commodities, real

16     estate bonds, or derivatives of those assets?

17                    MR. SYLVESTER:  Object to the form.

18         A.    I'd have to review on a case-by-case

19     basis for each company.  Certainly, many of those

20     companies would have been involved in either some

21     subset of those, if not all of those.

22         Q.    Can you name all of the companies that

23     you've started and run?

24         A.    Probably not.  I could think about it and

25     I'd probably miss one.

1              ████████  -  2/16/2022

2        Q.    Sitting here today, can you name as many

3   of the companies that you've started and run as you

4   can remember?

5        A.    Sure.  There have been a couple of

6   companies that were sole proprietorships so they

7   weren't separate, legal entities.  The ones that

8   were separate legal entities, ██████████████████

    ████████████████████████████████████████

    ████████████████████████████████████████████

    ████████

12             Let me think.  I think that's it off the

13   top of my head.

14        Q.    What were the sole proprietorships that

15   you started?

16        A.    They ranged from, you know,

17   landscaping-type businesses to just doing consulting

18   work.  I've done consulting work for private equity

19   firms, venture capital firms.

20             THE STENOGRAPHER:  Just a second.

21   What firms?

22             THE WITNESS:  Private equity firms.

23             (Reporter admonishment.)

24        Q.    What was the nature of the consulting

25   work you did?

1          ███████ - 2/16/2022

2              MR. SYLVESTER:  Object to form.

3     A.    I -- it depends.  I've been asked to

4  consult on a -- such a wide variety of -- of topics.

5     Q.    Who are your clients who hire you as a

6  consultant?

7     A.    There are dozens.

8     Q.    Name as many as you can, sitting here

9  today, that you remember.

10             MR. SYLVESTER:  Object to form.

11             Go ahead.

12     A.    Let's see.  I consulted for the IRS,

13  Department of Justice, FBI, California Department of

14  Justice, Securities and Exchange Commission,

15  I Squared Capital, British Columbia Securities

16  Commission.  Let me think.  Department of Homeland

17  Security, the United States Air Force, the United

18  States Navy, United States Army, United States

19  Marine Corps, Department of Defense, DARPA, IARPA.

20  Let me think.  Ontario Securities Commission.

21             I'm sure there are others.  I can't think

22  of all of them.

23     Q.    Okay.  Thank you.

24             Is it fair to say that for all of the

25  government agencies you just named as clients, you

1           ████████ - 2/16/2022
2    were not advising them on evaluating potential
3    investment opportunities?
4        A.    At times, I was advising about things
5    that were investments, but I think what you're
6    asking is was I advising them whether they should
7    purchase assets.  Is that what you're asking about?
8        Q.    The question is, were you providing
9    advice to government agencies about evaluating
10   potential investment opportunities?
11              MR. SYLVESTER:  Object to form.
12       A.    I'm not -- I -- I think I would ask the
13   same question I just asked.  I'm not exactly sure
14   what you're getting at.  I think you might be asking
15   if I am -- if I was advising them whether they
16   should be purchasing assets.  Is that -- is that
17   your question?
18       Q.    Why don't we start with that.  You
19   weren't advising those government agencies whether
20   they should be purchasing assets, were you?
21       A.    Actually, I probably should have worded
22   that a different way because assets has a broader
23   meaning than just for the purposes of an investment
24   and so -- I was at times advising the government on
25   whether they should purchase some assets, yes.

1                           ██████ - 2/16/2022

2       Q.    What types of assets?

3       A.    Usually, it revolved around technology.

4  That might be intellectual property.  It might be a

5  purchase of hardware, a purchase of software,

6  something along those lines.

7       Q.    You weren't -- you were not advising

8  those government agencies about whether they should

9  make financial investments in any financial

10  instruments, were you?

11              MR. SYLVESTER:  Object to the form.

12       A.    When you say "make financial

13  investments," I would say at times it was advising

14  them about making a financial investment, yeah.

15       Q.    Which financial instruments did you

16  advise government agencies to invest in?

17              MR. SYLVESTER:  Object to the form.

18       A.    I think I have to -- by "financial

19  instrument," are you limiting that to say an

20  investment in a -- you know, I'm not sure exactly

21  what you mean by "financial instrument."  I listed

22  some of the things that I advised them -- type of

23  assets that I advised them on.  If that's a good,

24  you know, indication for you, type of -- you know,

25  the ways that I would have consulted on them whether

1                      ███████ - 2/16/2022

2    to make a purchase of something or not.

3         Q.    So you were generally consulting

4    on -- well, withdrawn.

5              With respect to consulting about what

6    assets these government agencies should consider

7    purchasing, you were generally consulting on

8    technology or intellectual property that they were

9    considering acquiring.  Is that right?

10              MR. SYLVESTER:  Object to the form.

11         A.    I was consulting on, among many other

12   things, whether they should make an investment in a

13   particular intellectual property or technology, yes,

14   but I think that the term -- well, the type of

15   advice I gave obviously went beyond that scope.

16   But, yes, I advised them on whether to purchase

17   intellectual property or technology at times, yes.

18         Q.    What did ████████████████ do?

19         A.    The business model of ████████████████

20   was to finance and -- well, purchase solar energy

21   systems and then do a -- you know, a leaseback.  So

22   we would purchase and install solar hot water

23   heaters and solar PV systems on commercial

24   properties, own the systems, and then usually be --

25   well, the goal would be to have an agreement on, you

```
 1                    ███████ - 2/16/2022
 2   know, selling the energy from that system back to
 3   the -- the customer or arranging a lease
 4   relationship with them.
 5        Q.    When did you start that company?
 6        A.    It's been a long time.  I can't remember
 7   exactly the year.  It would have been about maybe
 8   2007.
 9        Q.    Does that company still exist?
10        A.    No.
11        Q.    When did it disband?
12        A.    I can't remember exactly, but it probably
13   would have been around -- in the, you know, late
14   2000s.  Probably 2009 or something, 2010.  I don't
15   know.
16        Q.    Why did it disband?
17        A.    I moved on to pursuing other
18   opportunities.
19        Q.    Were you the sole owner of that LLC?
20        A.    Yes.
21        Q.    Did it have any other employees?
22        A.    No.
23        Q.    You also mentioned a company -- I didn't
24   fully catch the name -- it started with ███████
25        A.    Yeah.
```

1          ███████ - 2/16/2022

2          Q.    What was that company name?

3          A.    Actually, realizing after I said that, I

4    think that -- I'm not sure that company was -- it

5    was related to the same space so I mentioned that

6    part of it was leasebacks and part of it was selling

7    energy.  They're both sort of working in that

8    same -- that same area.  They're both energy-related

9    companies.  And, yeah, they -- they were separate

10   but related entities.

11         Q.    What was the name of the company that

12   started with ██████

13         A.    ██████████████████████

14         Q.    Is ████████████████████ active

15   today?

16         A.    No.

17         Q.    Did it disband around the same time?

18         A.    Yeah, around the same time.

19         Q.    And why did it disband at that time?

20         A.    The same reason.

21         Q.    When did you found ███████████████████?

22         A.    ██████████████████ was founded in 2020.

23         Q.    And is it still active today?

24         A.    Yes.

25         Q.    What does ███████████████████do?

1          ████████ - 2/16/2022

2          A.    It makes investments in the real estate

3     space, owns and operates real estate properties.

4          Q.    Approximately how many hours a week do

5     you spend working on ████████████████?

6          A.    It varies greatly from week to week.

7          Q.    What's the range that you've experienced?

8          A.    Probably ranges anywhere from -- you

9     know, I've had -- I've had probably weeks where it

10    was five hours a week.  I've had weeks where it

11    probably got as high as, you know, 20 hours.

12         Q.    Does ████████████ have any other

13    employees?

14         A.    No.

15         Q.    I'm going to mark as ██████ -- Exhibit

16    ██████ 2 a copy of your CV.  It was attached as

17    Exhibit A to your report.

18               (Exhibit 2 was marked.)

19         Q.    Mr. ██████ do you recognize Exhibit 2 as

20    a copy of your CV?

21         A.    Yes.

22         Q.    Your CV does not list any of those sole

23    proprietorships that you just discussed, does it?

24         A.    That's correct.

25               MR. SYLVESTER:  Object to form.

1                    ███████ - 2/16/2022

2          Q.    It doesn't list ████████████, does

3    it?

4          A.    It does not.

5          Q.    It doesn't list ██████████

6    ██████████  does it?

7          A.    It does not.

8          Q.    It doesn't list ████████████  does

9    it?

10         A.    It does not.

11         Q.    Why didn't you list those things on your

12   CV?

13              MR. SYLVESTER:  Object to form.

14         A.    This is a timeline of kind of the main --

15   the jobs I had that basically consumes the, you

16   know, majority of my time and that I was focused on.

17   I had -- you know, I had many, many investments that

18   don't show up here.  I certainly didn't list every

19   investment that I ever made on here or everything I

20   spent my time on on here.  I think the purpose of a

21   CV is to highlight the key things that I was

22   involved with backwards through time.

23         Q.    And you didn't consider those other

24   businesses to be the key things that you were

25   involved with at the time they were running.  Is

1                    ███████ - 2/16/2022

2       that fair?

3           A.    Typically, I was doing that while -- as

4       you can see, this list -- if I'm not mistaken, it

5       covers the entire timeline going back through

6       September 2010 through present day without any gaps,

7       so yeah, I think it's fair to say that these were

8       the things that I was spending the majority of my

9       time on each step along the way.  This lists a

10      single, you know, job at any given point in time.

11          Q.    Where did you get the money that you used

12      to start investing when you were 18?

13          A.    Some of it was through the -- some of the

14      sole proprietorships I mentioned.  I had, you know,

15      made money working jobs, working summer jobs.  And

16      besides summer jobs, I, you know, had a -- like I

17      said, I had kind of a landscaping business that I

18      made money on.  And I also had some money from

19      Social Security.

20          Q.    Any other sources?

21          A.    No.

22          Q.    Do you have any formal training in

23      evaluating investment opportunities?

24          A.    What would you mean by "formal training"?

25          Q.    Have you ever taken any courses on it?

████████ - 2/16/2022

1
2        A.    Yes.

3        Q.    What courses have you taken on evaluating

4   investment opportunities?

5        A.    I'm not going to be able to remember all

6   of them, but I've taken a wide range of courses

7   related to business accounting, management

8   accounting, economics, and if you're just limiting

9   that to kind of courses in college, I think that

10  would probably be the gist of it.

11       Q.    I'm not limiting it to courses in

12  college.  I'm asking any courses you have ever taken

13  on evaluating investment opportunities, so let me

14  ask this:  Have you taken any courses on evaluating

15  investment opportunities outside of college?

16       A.    I think I have.  I can't specifically

17  remember, like, names of them.  I've taken a lot of

18  courses that were -- over the years that were, you

19  know, from -- that were online courses that were

20  basically from college courses or graduate school

21  courses that were recorded, and I, you know, watched

22  the lectures and things like that, yeah.

23       Q.    So you took courses in college on topics

24  like business accounting, management accounting, and

25  economics.  You've taken online courses that were

1          ████████ - 2/16/2022

2    college or graduate school courses on similar

3    topics.  Any other courses that you have taken on

4    evaluating investment opportunities?

5                    MR. SYLVESTER:  Object to form.

6         A.    Nothing that I can specifically remember.

7    I mean, I know that over the years I've taken lots

8    of opportunities to learn anything I can whenever I

9    can, and that takes a lot of different forms,

10   whether that's reading papers, reading blog posts,

11   attending conferences, things like that.  But I

12   can't specifically remember anything by name, no.

13        Q.    Have you ever taught courses on

14   evaluating investment opportunities?

15        A.    No.

16        Q.    Do you have a degree in business

17   accounting?

18        A.    No, I do not.

19        Q.    What about management accounting?

20        A.    No.

21        Q.    What about economics?

22        A.    No.

23        Q.    What about finance?

24        A.    No.

25        Q.    Do you have any degrees that aren't

30

1                        ██████ - 2/16/2022

2    listed on your CV?

3         A.    All of the degrees I've earned are listed

4    on my CV.

5         Q.    Has your strategy for evaluating

6    investment opportunities changed at all over the 19

7    years that you've been investing in companies,

8    public equities, commodities, real estate, bonds,

9    currencies, and derivatives?

10                       MR. SYLVESTER:  Object to form.

11        A.    I have developed many strategies over

12   that time period, many different strategies.  So to

13   the extent that at various points in time I was

14   developing or pursuing one strategy, at another

15   point in time I was developing and pursuing another

16   strategy, at times it was for different strategies.

17        Q.    So you don't always use the same

18   investment strategies when you're evaluating

19   potential investment opportunities of your own.  Is

20   that right?

21                       MR. SYLVESTER:  Object to form.

22        A.    I'm not sure I understand the way you put

23   that.  I don't always use the same strategies.  I

24   use different strategies.

25        Q.    In evaluating different investment

1                       ███████ - 2/16/2022

2    strategies -- or withdrawn.

3              In evaluating different investment

4    opportunities over the course of your experience,

5    you have applied different strategies at different

6    times.  Is that right?

7        A.    Well, for instance, you mentioned certain

8    types of assets that didn't even exist when I was,

9    you know, developing certain investing strategies,

10   so digital assets in particular.  You know, digital

11   assets really weren't an asset class at the

12   beginning.

13       Q.    So that's a yes, in evaluating different

14   investment opportunities over the course of your

15   experience, you've applied different strategies at

16   different times?

17             MR. SYLVESTER:  Object to form.

18       A.    I think I've developed a wide range of

19   investment strategies over time.

20       Q.    I want to point you back to Exhibit 1,

21   Paragraph 4, Page 4, the same place we were.  The

22   same paragraph a couple of sentences back says:  In

23   addition to analyzing hundreds of companies,

24   project (sic), coins, and tokens in the digital

25   asset space, I have developed and executed

1                    ███████ - 2/16/2022

2     successful cryptocurrency arbitrage strategies.

3            Do you see that?

4     A.    Yes.

5     Q.    When did you first begin conducting

6     analyses of companies, projects, coins, and tokens

7     in the digital asset space?

8     A.    Probably -- I'm not sure I can pin it

9     down exactly.  I'm trying to put myself in the --

10    in -- my mind in the mid-2010 somewhere, so I'm

11    going to say probably early 2015.

12    Q.    And which digital assets did you

13    initially evaluate when you began looking into that

14    field in approximately early 2015?

15            MR. SYLVESTER:  Object to form.

16    A.    I'm not going to be able to specifically

17    remember a list, but certainly in the early phases

18    of the digital asset space, you know, a lot of the

19    platforms were limited in terms of what assets they

20    offered, and so it was, you know, generally limited

21    to the assets that were available at the time, both

22    available to trade, and that existed at that time.

23    Q.    Do you remember any of the digital assets

24    that you evaluated at that time?

25            MR. SYLVESTER:  Object to form.

1                        ████████  -  2/16/2022

2        A.      Yes.

3        Q.      Which ones do you remember?

4        A.      ████████

5        Q.      Any others that you remember?

6        A.      Well, we'd have go back through year by

7   year and refresh my memory about the timeline.  I

8   just know that's probably the first one that I, you

9   know, looked at seriously.

10       Q.      Did you decide to buy ████████  in

11  approximately early 2015?

12       A.      Yes.

13       Q.      Why?

14               MR. SYLVESTER:  Object to form.

15       Q.      Let me ask a more precise question.  Why

16  did you decide to buy ████████ in approximately early

17  2015?

18       A.      I thought it would offer an attractive

19  risk/reward profile.

20       Q.      And what factors led you to believe that?

21       A.      Sitting here right now, I can't put

22  myself in the mind of myself in 2015 to remember all

23  of the things that I considered at that time.

24       Q.      How did you make your purchase of ████████

25  the first time you bought it?

1                    ██████ - 2/16/2022

2                    MR. SYLVESTER:  Object to form.

3          A.    It would have been on a digital asset

4    trading platform.

5          Q.    Do you recall which one?

6          A.    I can generally remember the platforms

7    that I used.  I can't remember which would have been

8    the first or exactly when that would have taken

9    place.

10         Q.    Can you tell me which platforms you

11   generally used in the early years in which you were

12   investing in digital assets, let's call it roughly

13   early 2015 and a year or so after?

14         A.    Sure.  I think the platforms I used in

15   the early phase would have been Coinbase, Coinbase

16   Pro, which at the time was called GDAX, ██████

17   Matrix, futures platforms, such as BitMEX and

18   Deribit.  Let me think.  The -- I know I had

19   accounts on many others.  I just can't remember all

20   of them for that specific phase.

21         Q.    Looking back to that sentence we just

22   read in your report that says:  I have developed and

23   executed successful cryptocurrency arbitrage

24   strategies.

25                What successful cryptocurrency arbitrage

```
 1               ██████ - 2/16/2022

 2     strategies have you developed and executed?

 3          A.    I don't know how to answer that question,

 4     what were -- what strategies?  Like, there's not

 5     really a name of them.  I just -- I developed, you

 6     know, algorithmic trading strategies that use

 7     software to trade across a variety of venues,

 8     spotlight markets, futures markets, across

 9     different -- different platforms in different ways.

10     The specifics of the -- how the trading strategies

11     worked are -- are -- you know, I can't really

12     describe those by, you know, classifying the

13     strategy with a name.  It's complex.

14          Q.    What factors did the algorithms that you

15     developed consider in determining when to trade

16     digital assets?

17               MR. SYLVESTER:  Object to form.

18          A.    They considered many factors.  The

19     algorithms pulled data in from a variety of sources

20     and, you know, considered lots of different -- they

21     considered lots of different things.

22          Q.    What things did they consider?

23               MR. SYLVESTER:  Object to form.

24          A.    Sitting here right now, I'm not going to

25     be able to tell you everything they considered.
```

1          ███████ - 2/16/2022

2    Partly because, you know, you're trying to get me to

3    place this in a specific point in time and it's been

4    a while.  I don't have the code in front of me.  If

5    I -- I -- you know, if I could review the code, I

6    could tell you.

7              But -- but also, you know, in general,

8    the specifics of the strategies, you know, I can

9    tell you at a high level that I worked on arbitrage

10   strategies, but that's the intellectual property of

11   this company, and I'm under an NDA not to disclose,

12   you know, specifics of that to you.

13        Q.    Which company owns that intellectual

14   property?

15        A.    ████████████

16        Q.    And so you say you have a NDA with ████

17   ████████ that prohibits you from disclosing the

18   specifics of those strategies?

19        A.    That's right.

20              MR. SYLVESTER:  Object to form.

21        Q.    When did you sign that NDA?

22        A.    I've signed a variety of agreements with

23   ███████ going back through the founding of it.  So

24   there's not a single, you know -- there's not a, you

25   know, single time that I can remember.

1             ████████ - 2/16/2022

2        Q.    Who signed on behalf of ██████████████

3        A.    I don't have the document in front of me

4    so I'd need to see.

5        Q.    At a high level, what factors did your

6    arbitrage algorithms consider in making trading

7    decisions?

8                  MR. SYLVESTER:  Object to form.

9        A.    One key factor would be the price of an

10   asset.

11       Q.    Any others that you remember sitting here

12   today?

13       A.    Well, like I said, there were a lot of

14   factors.  Some of those are, you know, unique to the

15   system that ████████ developed and, therefore, some

16   of those I can't discuss at length.

17             But, you know, generally, in an arbitrage

18   strategy you're trying to take advantage of price

19   differences between one venue and another venue or,

20   you know, things -- that would kind of be a spot

21   arbitrage strategy.  And also, you know, ████████

22   was heavily involved with spot-to-futures arbitrage,

23   so that would mean, you know, buying in a spot

24   market in one place and, for instance, selling an

25   asset on the futures market on another venue

1          ██████████ - 2/16/2022

2     typically at a premium.

3               And, you know, there are many different

4     ways that can play out.  There -- some futures

5     contracts that have an expiration date so you're

6     considering the premium and the amount of time it

7     takes for that futures to expire.  And other times,

8     there's a perpetual contract, there might not be a

9     premium or significant premium at the time, but

10    you're expecting to collect, you know, a funding

11    payment.

12              You know, I mentioned BitMEX as a venue

13    so most futures markets took the lead from BitMEX so

14    that funding payment would kind of occur every eight

15    hours.  And so this is kind of, again, high level,

16    just as an example, you might -- there might be

17    enough, you know, interest in buying a particular

18    asset with leverage that you expect to receive a

19    funding rate continuously over time against your --

20    your spot position which is a hedge against that

21    futures position.  So you'd hope to kind of cancel

22    out the price risk of an asset going up or down

23    while collecting the funding rating over time.

24         Q.    Were there any particular digital assets

25    that you or ████████████ applied those arbitrage

1                    ███████ - 2/16/2022

2       strategies to?

3                    MR. SYLVESTER:  Object to form.

4            A.    There were many digital assets that were

5       involved in that arbitrage -- in those arbitrage

6       strategies, generally.

7            Q.    How did you select which digital assets

8       would be the focus of those arbitrage strategies?

9            A.    Partly, it relied on the availability of

10      trading those assets on the exchanges we had

11      accounts.  Probably relied upon the liquidity

12      available on various platforms.

13                 Again, the arbitrage strategies are

14      different for different -- for, you know, spot

15      arbitrage versus the so-called, you know,

16      cash-and-carry arbitrage spot versus futures.  So in

17      that situation, it would also depend on the

18      liquidity and availability of futures contracts

19      available on different futures exchanges.

20                 Also, the availability and liquidity of

21      different derivatives besides the, you know, fixed

22      and perpetual futures contract that I mentioned, you

23      know, there's also options contracts that are

24      available on different platforms.

25                 So the availability and kind of liquidity

```
 1              ███████ - 2/16/2022
 2   and how deep the order book was on all of those
 3   platforms for each of those products was certainly a
 4   factor.
 5              The other piece was just the
 6   determination of my algorithms themselves about
 7   whether it would be profitable to trade with a given
 8   digital asset.  So based on that, you know, out of
 9   the universe of assets that were available to trade
10   at various times, you know, some of them wouldn't be
11   involved in the strategy and some would and it just
12   kind of depends on the determination of the
13   profitability of those digital assets with respect
14   to the arbitrage strategy.
15        Q.    So the way you chose digital assets to be
16   the focus of those arbitrage strategies was by
17   considering the reliability of the exchanges where
18   the digital assets were listed, the liquidity and
19   availability of digital assets or futures for them,
20   and then the algorithm's determination of whether it
21   was likely to be profitable to trade that digital
22   asset.  Is that right?
23        A.    I didn't say the reliability of
24   exchanges.
25        Q.    I think the transcript did have that, but
```

1          ████████ - 2/16/2022

2    what -- can you tell me, again, then, what

3    reliability point was that you were referring to?

4          A.    I'd have to see that section, but I might

5    have said "availability."  I think that -- that may

6    have been what I was saying.  I don't know.  Have to

7    go back and see.

8          Q.    Well, let me --

9          A.    That's generally talking about the

10   availability of assets being on a particular trading

11   platform or not.  And so one trading platform might

12   have some subset of assets that are available to

13   trade and other trading platform might have a

14   different subset of assets available to trade.

15   There might be some overlap between those.

16              If you -- if you look together at all of

17   the different trading platforms that we had, you

18   know, accounts, at any given moment, the

19   profitability and availability of assets on each of

20   those would determine whether it was profitable to

21   engage in an arbitrage strategy with that particular

22   set of assets and that particular set of platforms.

23              And, again, that is a different

24   consideration if you're talking about spot arbitrage

25   versus futures arbitrage or, you know,

1           ███████ - 2/16/2022

2     cash-and-carry strategies; wherein, that case,

3     you're also considering the availability and

4     liquidity of assets not just on the spot markets but

5     also on the futures markets.

6              And I should add, you know, in an

7     arbitrage strategy, one of the factors that comes

8     into play is if the price is higher on one location

9     and lower on another, you typically have digital

10    assets flowing in one direction.  And where, you

11    know, basically assets are flowing to the -- the

12    venue where the price is the highest.  So one

13    digital asset might flow into one venue and another

14    type of digital asset might flow into another venue;

15    and so you also have to consider whether you're set

16    up from a technology standpoint or software

17    standpoint at that point in time to transfer the

18    digital assets kind of on the blockchain to even out

19    those flows over time and replenish your supply of

20    assets on each platform.

21              So when I talk about the availability of

22    assets, I'm really talking about a lot of different

23    things, but it includes whether those things are

24    tradeable and whether I can actually transfer assets

25    from -- from one account to another given all the

1              ███████ - 2/16/2022

2     different permutations and combinations of trades

3     that you need to make as well as transfers of -- of

4     assets that you need to make.

5          Q.    So in general terms, the way you chose

6     digital assets to be the focus of those arbitrage

7     strategies was by considering liquidity of the

8     digital assets, availability of the digital assets,

9     including technological considerations about their

10    blockchains, and the likelihood that trades would be

11    profitable for those digital assets.  Is that right?

12                MR. SYLVESTER:  Object to form.

13         A.    I'd say it's much more complicated than

14    that, but, in part, that's some piece of the

15    considerations that I would make.

16         Q.    What were the other major factors that

17    you considered?

18         A.    The -- you would have to consider a lot

19    of different risks, so I've kind of mostly here

20    described price risk and the availability to trade.

21                But other risks include, you know,

22    whether you think that a blockchain is, you know,

23    dependable in the standpoint that you can feel

24    comfortable holding your assets.  This -- this

25    varies from strategy to strategy because at times

█████████ - 2/16/2022

you might be holding an asset for a small period of

time, sometimes it's longer while the arbitrage

resolves itself.  So in the meantime although you --

with an arbitrage strategy, specifically you're

trying to cancel out the price risk of the price

moving.

There are other risks that you take while

you're holding the asset.  If the blockchain sort of

fails to function then, you know, if the -- if

the -- you know, if the liveliness of a blockchain

disappears, then you have problems there.  So there

are other kind of, you know, technological

considerations and there's just a variety of risk

factors that need to be evaluated, whether it's a

good risk/reward to hold assets in the form of a

particular digital asset in a given moment.

Q.    Are there any other factors that you

considered in deciding which digital assets would be

the focus of your arbitrage strategies?

A.    There are a lot of other factors.

Probably sitting right here, I can't remember and

recount every single one of them for you.  But, you

know, these strategies were developed over a very

long period of time, with a lot of thought and

1                         ████████ - 2/16/2022

2      consideration and a lot of hours spent.  So we were

3      always trying to think of new potential risks that

4      needed to be considered and, you know, assess how

5      that impacts our decision-making process.

6          Q.    Are there any other factors that you

7      considered in deciding which digital assets would be

8      the focus of your arbitrage strategies that you can

9      remember sitting here today?

10         A.    No.

11         Q.    Prior to your involvement in this case,

12     did you ever perform any analysis of XRP?

13                 MR. SYLVESTER:  Objection; form.

14         A.    I was generally aware and tried to keep

15     close tabs on as many digital assets as I could and

16     XRP was a -- you know, certainly a known topic of

17     conversation and so I certainly had looks -- had

18     read about XRP and, you know, tried to learn about

19     it.

20         Q.    So you did perform an analysis of XRP as

21     a potential purchase.  Is that right?

22                 MR. SYLVESTER:  Object to form.

23         A.    I'm sorry.  I couldn't hear the first

24     part.

25         Q.    You did perform an analysis of XRP as a

1                              ███████ - 2/16/2022

2    potential purchase.  Is that right?

3                     MR. SYLVESTER:  Object to form.

4         A.    I'd say that generally I, on some level,

5    thought about, you know, an analysis of risk and

6    reward for practically every asset that I could, you

7    know, think of and learn about closely.

8              Sometimes that ranged from, you know, a

9    short kind of dive into what it was or what I did,

10   and sometimes that resulted in a very deep

11   understanding of it and a lot of hours spent

12   analyzing it, so kind of between those two points.

13   I can't specifically remember at a specific point in

14   time where it would fall -- you know, would have

15   fallen in that spectrum.  But I certainly knew about

16   it and had learned about it and, you know,

17   understood a good deal of what it was.

18        Q.    What analysis -- well, withdrawn.

19              Do you recall when you first learned

20   about XRP?

21        A.    No, I don't remember.

22        Q.    Have you ever purchased XRP?

23        A.    No.

24        Q.    Have you ever purchased any derivatives

25   related to XRP?

2    A.    No.

3    Q.    Did you ever consider purchasing XRP or

4  any derivatives related to it?

5    A.    Again, I'm not sure how to answer that

6  question because the way I think about my, you know,

7  investment partnership is that potentially any

8  asset, you know, in the universe is a potential

9  investment.  So, you know, nearly any asset that I

10  could have access to is something that I could

11  potentially purchase in a given moment.

12    Q.    So XRP is an asset that you could

13  potentially purchase, but you never have.  Is that

14  right?

15    A.    That's correct.

16    Q.    Why didn't you -- why -- withdrawn.

17         Why didn't you purchase XRP?

18    A.    Sitting here now, I can't remember at a

19  given point in time why exactly all the reasons that

20  I made a decision to purchase an asset or not

21  purchase an asset, but, you know, to say that, you

22  know, in general if I haven't purchased an asset, at

23  that moment I didn't think it was strong enough

24  risk/reward based on the opportunity set that I had

25  in front of me at the moment.

1          ▉▉▉▉▉▉ - 2/16/2022

2          Q.     What factors did you consider in deciding

3     that XRP wasn't a strong enough risk/reward based on

4     the opportunity set in front of you at the moment?

5          A.     There were many factors.  And, you know,

6     sitting here now I can't remember every single

7     factor that I thought about or applied to that --

8          Q.     What factors --

9          A.     -- decision.

10         Q.     -- what factors do you remember thinking

11    about when you made that decision?

12                    MR. SYLVESTER:  Object to form.

13                    Go ahead.

14         A.     I can't remember.  You know, again,

15    I want to be accurate here.  So sitting here right

16    now, I can't put myself in that mindset and remember

17    exactly the way I thought about it.  Yeah.  I can't

18    tell you exactly what it was that made me decide to

19    purchase or not purchase that specific digital

20    asset.

21         Q.     Have you ever revisited your decision not

22    to purchase XRP and done any further analysis of

23    whether it would make sense to purchase XRP at a

24    different time?

25                    MR. SYLVESTER:  Object to form.

1                  █████ - 2/16/2022

2      A.    Well, I think like I said the first time,

3  it wasn't -- I don't think I would characterize it

4  as a specific point in time that I, you know, made

5  that decision.  In general, there are a wide variety

6  of assets that I could choose to investment in or

7  not at any given point in time.

8           And, you know, constantly trying to

9  evaluate the entire opportunity set in front of me

10  and, you know, at any given point in time, based on

11  the opportunity set, there are some assets that I'm,

12  you know, thinking about very closely and analyzing

13  very closely, and some I'm kind of generally aware

14  of, and there are some that are somewhere in between

15  those two.

16           So when you ask if there is another

17  specific time that I revisited a decision, I can't

18  think of a specific moment that I revisited the

19  decision and kind of redid that analysis.

20           But over time, you know, I've looked at

21  many digital assets, continued to learn about them,

22  and potentially, you know, with some restrictions,

23  you know -- you know, I could consider purchasing

24  any of those.

25      Q.    But sitting here today you don't remember

1                    ███████ - 2/16/2022

2    the particular factors that led you to decide not to

3    purchase XRP at any given time.  Is that right?

4         A.   I can't, yeah, enumerate the specific

5    factors that would have gone -- that were in my head

6    at that moment.

7         Q.   Okay.  Now, I think you just mentioned

8    that with some restrictions you could potentially

9    purchase any digital asset.  What restrictions were

10   you referring to there?

11        A.   As part of my work with ███████ if you

12   see, we have an insider trading policy.  So there

13   are some digital assets that are off-limits based on

14   that.

15        Q.   And how do you learn which digital assets

16   are off-limits based on Integra's policy?

17        A.   Well, I look at the policy and I apply

18   the restrictions from that policy to the -- the --

19   to make a decision about whether or not the assets

20   that I'm -- you know, out of that universe of

21   digital assets at any given moment I can look at the

22   insider trading policy and I can see that there are

23   certain of those assets that would be off-limits.

24        Q.   Is there a list of prohibited assets that

25   ███████ maintains?

1                              ███████ – 2/16/2022

2          A.    No.

3          Q.    How do you figure out which digital

4     assets are prohibited under Integra's policy?

5          A.    It's based on which assets I have

6     nonpublic information about.

7          Q.    Is there any prohibition under Integra's

8     policy on you trading digital assets that other

9     employees at ██████ may be working with?

10                   MR. SYLVESTER:  Object to form.

11         A.    I'm not sure I understand the question

12    exactly.  I mean, typically if -- if one employee --

13    well, in many cases another employee has insider

14    information or nonpublic information, I should say,

15    about a digital asset, and I also have nonpublic

16    information about that asset.  So to that extent we

17    would both be prohibited from trading that specific

18    digital asset at the same moment.

19                   But I have to look at the insider trading

20    policy to try to work out, like, a specific

21    permutation of a scenario, if you're trying to ask

22    about that.

23         Q.    Which digital assets are you currently

24    prohibited from trading under Integra's policy?

25                   MR. SYLVESTER:  Object to form.

52

1                          ███████ - 2/16/2022

2                    And I'm going to instruct you not to

3    answer that question to the extent it reveals any

4    communications with Securities and Exchange

5    Commission attorneys or any other projects'

6    directions that you received from attorneys or

7    analysis you provided.

8         A.    Yeah, I'm not going to answer that

9    question.  I think -- I'm not allowed to speak to

10   any of those that would potentially be on that list.

11        Q.    So all of the digital assets currently on

12   that list would be based on work with the SEC?

13                    MR. SYLVESTER:  Object to form.

14        A.    This policy applies to any nonpublic

15   information that I have, and that's not specific to

16   a particular agency.

17        Q.    What steps do you take to ensure that

18   ███████ does not purchase any of the assets on

19   Integra's -- withdrawn.

20                    What steps do you take to ensure that

21   ███████ does not purchase any of the assets that

22   are prohibited by Integra's policy?

23        A.    I review the insider trading policy and,

24   you know, at times have conversations with, you

25   know, staff at ███████ to make sure I'm on the same

1                        ████████ - 2/16/2022

2    page about what would, you know, be prohibited or

3    not.

4            And then, you know, once I've

5    established, both just from my own kind of reasoning

6    about what I'm working on and through talking with

7    staff at ████████ once I've established kind of at

8    that given moment, okay, here's what's off-limits,

9    then, you know, I make sure that ████████ is

10   complying with that restriction.

11       Q.   How do you make sure that ████████ is

12   complying with that restriction?

13       A.   I make sure because I'm part of the

14   leadership of ████████ So if I decide that we

15   shouldn't, you know, purchase a particular digital

16   asset, that's -- you know, that's part of the

17   investment process for ████████ is my -- is my

18   direction about what we should or should not

19   purchase, so...

20       Q.   What directions have you provided to

21   ████████ about which digital assets should not be

22   purchased due to the ████████ policy?

23            MR. SYLVESTER:  Object to form.

24            And once again if the answer to that

25   question would reveal any of your communications

```
1                        ███████  -  2/16/2022
2      with any Securities and Exchange Commission's
3      attorneys, I'll instruct you not to answer as to
4      that.  If you can answer the question without
5      revealing those communications, you're free to
6      answer.
7           A.    Yeah, I'm going to decline to answer.
8      I'm not exactly even sure how to answer, but I just
9      don't want to wade into revealing, you know,
10     information that I have a nondisclosure agreement on
11     that I'm not allowed to discuss, you know.  I
12     certainly don't want to discuss anything that
13     I've -- I have knowledge about as a result of my
14     work with ██████
15          Q.    I'm not sure that's an appropriate
16     instruction, but let's see if we can cut through
17     this one question at a time.
18               Have you ever provided instructions to
19     ███████████  about which digital assets should
20     not be purchased due to the ██████ policy?  And
21     that is a "yes" or "no" question.
22               MR. SYLVESTER:  If you can recall.
23          A.    I don't -- I don't exactly know what you
24     mean by if I've provided instructions.  I can say
25     that I have -- I have never -- whether individually
```

1                              ██████ - 2/16/2022

2    or -- you know, personally or as part of my role

3    with ██████ traded a digital asset that was

4    prohibited under the insider trading policy.

5        Q.    Have you ever communicated to anyone else

6    at ████████████ that ████████ should not

7    purchase a particular asset due to Integra's policy?

8               MR. SYLVESTER:  You can answer that

9    yes or no, if you recall.

10       A.    I'm sorry.  Say it exactly.  I just want

11    to make sure...

12       Q.    Yeah.

13       A.    I'm trying to thread the needle here

14    between not saying something I'm not supposed to say

15    in terms of revealing, you know, sensitive or

16    confidential information, but...

17       Q.    Have you ever communicated to anyone else

18    at ████████████ that ████████ should not

19    purchase a particular digital asset because of

20    Integra's policy?

21               MR. SYLVESTER:  And again, yes, no,

22    or I don't know.

23       A.    I don't know.  I can't remember a

24    specific example of that.

25       Q.    So sitting here today, you don't remember

```
 1                  ███████ - 2/16/2022
 2    one way or the other if you've ever communicated to
 3    someone at ███████████ that ███████ should not
 4    purchase a particular digital asset because of
 5    Integra's policy.  Is that right?
 6         A.    I don't think that for ████████ the issue
 7    has ever come up in the sense that I don't think
 8    we've had a situation where ████████ was set to
 9    purchase a particular digital asset and then I had
10    to step in and say we can't do that.  So that would
11    be kind of a hypothetical about how I would handle
12    that situation in the future.
13              But I can definitely say unequivocally
14    that I've never made a trade that would have
15    violated that policy, but I don't remember -- you
16    know, I don't specifically remember having that
17    conversation because, you know, A, the -- the same
18    confidentiality agreements that I'm talking about
19    here today prohibit me from talking about specific
20    digital assets with other people that aren't kind of
21    on that same nondisclosure.  But, luckily, I think,
22    like I said, I don't think that's ever come up so
23    that's why I can't remember ever having that
24    discussion.
25              Certainly discussed that there is a
```

```
 1                    ███████  -  2/16/2022
 2    policy in place that there could potentially be a
 3    conflict, but I don't think it's actually ever come
 4    up just based on the -- the actual matters that I've
 5    been involved in.
 6         Q.    Have you ever had discussions with anyone
 7    outside of ███████████ at any other company
 8    that you're affiliated with about Integra's digital
 9    asset trading policy?
10                    MR. SYLVESTER:  Object to the form.
11         A.    At other companies that I'm involved
12    with?
13         Q.    Yes.
14         A.    What -- you're asking if I've had
15    discussions with anybody outside of ██████ and
16    outside of ██████ about ██████ trading policy?
17         Q.    Yes.
18         A.    I don't recall ever having a discussion
19    like that.
20         Q.    Okay.
21                    MR. OPPENHEIMER:  Why don't we pause
22    here for a break?
23                    MR. SYLVESTER:  Okay.
24                    THE VIDEOGRAPHER:  The time is 10:29.
25    We are off the record.
```

58

1                        ███████  -  2/16/2022

2                        (Break.)

3                 THE VIDEOGRAPHER:   The time is 10:49.

4      We are on the record.

5           Q.     Have you ever traded digital assets

6      outside of digital asset trading platforms?

7           A.     Not that I can remember.  Yeah.

8           Q.     And has any company that you've been

9      affiliated with such as ███████████  ever traded

10     digital assets outside of digital asset trading

11     platforms, to the best of your knowledge?

12          A.     You just mean has it made a transaction

13     that wasn't, like, entered onto a -- into the

14     interface that's used -- the software product that's

15     offered by a platform?  I'm trying to figure out

16     exactly what you mean to give you an accurate

17     answer.

18          Q.     Have you or ███████  -- have you or ██████

19     ███████  ever made any digital asset trades

20     directly on Ledger?

21          A.     Oh.  Well, I think your first question

22     was about trading platforms.  Some of those are on

23     Ledger so I think those two questions sort of

24     conflict with one another.

25          Q.     It's a different question.

1                    ███████ - 2/16/2022

2         A.    Okay.

3         Q.    What I'm asking you now is have you or

4    ████████████    ever made any digital asset trades

5    directly on Ledger?

6         A.    Yes.

7         Q.    Have you or ██████████████ ever made

8    any digital asset trades through decentralized

9    finance platforms?

10        A.    Do you have a specific platform in mind?

11   What I'm trying to do is give you an accurate answer

12   and some of those terms are broad.  I -- I think I

13   generally know what you're getting at, but if you're

14   asking me about a particular platform, I could

15   give -- probably give a better yes or no for that.

16        Q.    Let's try it this way.  Which digital

17   asset trading platforms do you current have accounts

18   on?

19        A.    I've got accounts on many platforms that

20   I probably wouldn't even be able to remember of all

21   of them.  Some of them date back to the -- you know,

22   the discussion we were having previously about

23   activity that goes back in time that the accounts

24   probably still exist, but they haven't been used in

25   a while.  So there's -- I'm not going to be able to

60

 █████████ - 2/16/2022

1

2     give a simple answer to that question.

3         Q.     Which platforms do you have accounts on

4     that you can recall as you sit here today?

5         A.     Coinbase Pro, █████ Bittrex.  Some

6     platforms I mentioned earlier, the account probably

7     still exists even though I am probably barred from

8     using it because they've shut off access to American

9     customers in the meantime.  So that would include --

10    you know, earlier I mentioned having accounts on

11    BitMEX and Deribit.  That -- those would fall into

12    that category.  So those accounts I think probably

13    are still there.

14             Let's see.  I can't remember any others

15    specifically.  I think, you know, you were asking

16    about decentralized finance platforms, but you don't

17    really have accounts on those.  So, yeah, I would

18    just leave it there.  Those are the ones I can

19    remember.

20        Q.     Does █████████ have its own

21    separate accounts on any digital asset platforms --

22    digital asset trading platforms?

23        A.     What do you mean by "does it have its own

24    separate accounts"?

25        Q.     Does ██████████ have accounts that

1                    ██████████ - 2/16/2022

2      are distinct from your personal accounts on any

3      platforms?

4           A.    Yes.

5           Q.    Which platforms does ████████████████

6      have accounts on?

7           A.    All -- my previous answer was all about

8      ████████████████ accounts on those platforms.

9           Q.    And are there any accounts -- withdrawn.

10                Are there any platforms that you

11     personally have an account on?

12          A.    Yes.

13          Q.    Which ones?

14          A.    I have an account on Coinbase.

15          Q.    Any others?

16          A.    I know there are others, but again, most

17     of those were from a long time ago before -- you

18     know, before my trading.  So just tell you that, you

19     know, there was a period of time when the activity

20     was under personal accounts and then ████████████

21     ████████ was formed and the trading under the

22     personal accounts hasn't really persisted past that

23     point.  So it's going to be hard for me to remember

24     that activity exactly because it's been kind of a

25     long time.

1                        ███████ - 2/16/2022

2        Q.    Sitting here today, is the only personal

3   account that you have on a digital asset trading

4   platform that you are aware of the account on

5   Coinbase?

6                   MR. SYLVESTER:  Object to the form.

7        A.    No, I think -- I know there are others.

8   Yeah.

9        Q.    Which other ones do you have?

10       A.    The one -- so one I can remember is I'm

11  pretty sure I had a separate personal account on

12  ███████   And so there is ███████ Coinbase,

13  Crypto.com.  Again, I know there are others, but I

14  can't remember because it's been a long time since

15  I've specifically traded under the personal

16  accounts.  I think the only one there that would be

17  somewhat recent would be the Crypto.com account I

18  think.

19       Q.    When was the last time that you recall

20  trading on your personal account?

21       A.    I can't remember.

22       Q.    Was it within the last three years?

23       A.    I can't remember.

24       Q.    Do you personally own any digital assets

25  today?

1                     ██████████ – 2/16/2022

2          A.    Yes.

3          Q.    Which ones?

4          A.    You're distinguishing ████████ to all

5    things in my personal holdings?

6          Q.    Right.  I'm asking about your personal

7    holds of digital assets.

8          A.    My personal holding are, I believe,

9    ██████████████████.

10         Q.    Any others?

11         A.    I don't think so.

12         Q.    Have you ever owned any other digital

13   assets in your personal capacity?

14         A.    Yes.

15         Q.    Which other digital assets have you

16   previously owned?

17         A.    So some of the investment activity and

18   arbitrage strategies that we talked about earlier, I

19   developed those, in part, before the formation of

20   ██████████ and so all the activity I discussed

21   earlier, at one point, that activity would be done

22   under personal accounts and so that encompasses a

23   wide variety of digital assets and I can't remember

24   all of them.

25         Q.    Sitting here today, which ones can you

1                    ███████ - 2/16/2022

2    remember?

3         A.    I know it was a big list.  I can -- at

4    this point, I can remember -- let's see. ████████

█    ██████████████████████████████████████████████████

█    ██████████████████████████████████████████

█    ████████████████████████████████████

█              ███████████  And there are many others, but like I

9    said, I can't remember specifically for the personal

10   account that long ago.

11        Q.    Approximately, how many different digital

12   assets have you owned personally at any point?

13        A.    I can't remember.

14        Q.    Was it more than 50?

15        A.    I can't remember.

16        Q.    It may have been; it may not.  You're not

17   sure?

18        A.    It may have been -- yeah, if I had to,

19   like, guess, that -- that's probably, like, on the

20   right order.  It's probably 50ish, but, I mean, it's

21   not -- the number is not 50.  It's just, you know --

22        Q.    In the ballpark of 50?

23        A.    Something like that, I guess, yeah.

24        Q.    Okay.  Which digital assets has ██████████

25   ██████████ owned at any time?

1          ███████  - 2/16/2022

2      A.    I can't remember specifically the list.

3      Q.    Approximately how many different digital

4  assets has ██████████ owned at any time?

5      A.    I can't remember.

6      Q.    Do you think it was more than 50?

7              MR. SYLVESTER:  Apologies.

8  Objection.  You said "owned at any time."  I just

9  wanted to make sure the record is clear.  Do you

10  mean throughout the history of ███████████ or

11  at a specific point in time?

12              MR. OPPENHEIMER:  I mean at any time.

13              MR. SYLVESTER:  So total through its

14  existence?

15              MR. OPPENHEIMER:  Right.

16              MR. SYLVESTER:  Okay.

17      A.    Oh, okay.

18      Q.    At any time -- so I'm asking if ████████

19  ████████  has ever bought or sold a digital asset that

20  would count as one, and for each of those that you

21  count up, approximately how many digital assets has

22  ██████████████  owned at any time?

23      A.    More than the number I gave for my

24  personal activity.  I have a hard time remembering

25  exactly how many that is, but I would probably say

66

1                    ███████ - 2/16/2022

2     it's more like 100.

3          Q.    Which digital assets do you recall,

4     sitting here today, █████████████ owned at any

5     point in time?

6          A.    █████████ ██████████████████████

      ██████████████████████ ██████████ ███████

      ████████████████████████████████

      ████████████████████████████

      ███████████████████████████

      ████████████████████████████████

      ██████████████████████████

           ████████████████████████

      ████████████████████████████

      ███████████ ██████████ ███████████████

16    ████████████████████████████

      ████████ ███████████████ ██████████████

      ██████████████████████

      ████████████████████

20         Q.    Okay.  When ███████████████ decided to

21    trade those digital assets, did it consider the

22    regulatory risk involved with any of them?

23               MR. SYLVESTER:  Objection to form.

24         A.    I considered a wide variety of risks.

25         Q.    Did that include regulatory risks?

1          ███████ - 2/16/2022

2                    MR. SYLVESTER:  Objection to form.

3          A.    I think you would have to -- maybe we can

4     hone down to a specific asset and talk through the

5     risks but, you know, in general, any possible risk

6     that I can, you know, identify is something that I

7     would have to think about.

8                    To the extent that for a particular coin,

9     you know, regulatory risk is something I can kind of

10    make a risk assessment on, then that's going to be

11    something I considered.

12                    (Discussion off the written record.)

13         Q.    Are there any digital assets that

14    █████████████ has ever traded that you did not

15    consider the regulatory risk in connection with?

16                    MR. SYLVESTER:  Object to form.

17         A.    I can't specifically remember my exact

18    thought process, sitting here right now, for every

19    asset that I've ever traded.

20         Q.    But it would be your and ████████

21    ██████████ general practice to consider regulatory

22    risk whenever you could.  Is that right?

23                    MR. SYLVESTER:  Object to form.

24         A.    I have considered regulatory risk on some

25    assets in the past.  I can't, sitting here right

1                    ████████  -  2/16/2022
2    now, remember exactly what risks I considered or
3    didn't consider for every asset that I've ever
4    traded.
5         Q.    You said you considered regulatory risk
6    on some assets in the past.  Are there some that you
7    didn't consider it on?
8                    MR. SYLVESTER:  Object to form.
9         A.    So the reason I'm having a hard time
10   thinking through this is, as we've discussed, I have
11   had different trading strategies, and some of those
12   trading strategies involve holding assets longer
13   term.  And in that case, a different set of risks
14   come into play.
15            Some of them involve holding assets for
16   very short periods of time, and there is a unique
17   set of risks for those, and so there is going to be
18   some set of those assets and that trading activity
19   that falls into that -- to one bucket where a
20   particular risk might not apply, and a certain
21   portion of the trading activity falls into another
22   strategy, another bucket where a particular risk
23   might apply.
24            So every single risk doesn't apply to
25   every single trade.  You know, it's different on a

1                      ███████ - 2/16/2022

2    case-by-case basis, and depending on, you know, what

3    specific trading strategy was being used to make

4    that transaction.

5         Q.    Which digital assets have you or ████████

6    ██████ traded in order to hold for a longer term?

7              MR. SYLVESTER:  Objection; form.

8         A.    I guess longer term is -- I'm going to

9    have trouble giving a specific answer to that

10   because I don't exactly know, you know, what you

11   mean by the exact amount of time that would qualify

12   as longer term or not.

13             I mean, it's just -- I generally

14   described how there are different buckets and

15   different types of trading strategies, but I don't

16   have a bright line where it would be like, okay,

17   this many days or this many months qualify -- counts

18   as, quote, unquote, longer term or, quote, unquote,

19   not longer term, so I don't know exactly how to

20   categorize them based on that question.

21        Q.    I think you said there was a bucket of

22   longer-term holdings as compared to other buckets.

23   What do you consider to be longer-term holdings?

24        A.    So let me clarify that earlier statement.

25   I don't mean that there is a specific bucket where

1               ███████ - 2/16/2022

2    there's one precisely defined category where the

3    specific risks apply.

4               I was generally describing that there are

5    just different types of trading strategies,

6    different types of holding periods, and different

7    risks might apply to one or the other of those, and

8    there are certain times that the risks are going to

9    be in common across those, certain times not.  But I

10   didn't mean to imply that there is a specific named

11   subset of trades that I call -- you know, that I've

12   labeled as having the name "longer term."

13        Q.   For how long does █████████████

14   typically hold a digital asset that it buys?

15               MR. SYLVESTER:  Object to form.

16        A.   There is no answer to say what a typical

17   holding period is.  It ranges greatly.  Sometimes

18   the holding period is very short, sometimes the

19   holding period is very long and everything in

20   between.  There is no typical answer to that.

21        Q.   And what would you call a very long

22   holding period in that last answer?

23        A.   Well, the digital asset space has existed

24   roughly for the past 13 years, so longer term would

25   be kind of caps on the high end there, as opposed to

1                        ███████ - 2/16/2022

2    some other asset classes.  But, you know, on the

3    short end, it might be seconds, and on the long end,

4    it might be indefinite, but with the constraint that

5    some of these assets haven't existed for that many

6    years.

7        Q.    Which digital assets have you or ███████

8    ███████ traded with an intent to hold them for

9    longer than one month?

10                   MR. SYLVESTER:  Object to form,

11   compound.

12       A.    I can't specifically remember, sitting

13   here, which ones I intended to hold for a particular

14   period of time when I made the transaction.  I

15   think, in many of those cases -- well, you can say,

16   you know, when the transactions were made, there's

17   not going to be a specific clock on that where you

18   can say we're going to hold this for exactly, you

19   know, three months or one year or anything like

20   that.

21                   There is a continuous process to evaluate

22   the suitability of an investment, whether it's --

23   provides an attractive risk/reward, whether it still

24   fits in with the trading strategies and the trading

25   objectives.

1                      █████████ - 2/16/2022

2              So I wouldn't, you know, make a decision

3      not to trade an asset simply because at the

4      beginning I had already predetermined the length of

5      time of that holding.  That wouldn't be -- that

6      wouldn't be something that I would consider.

7          Q.      █████████ arbitrage strategy, is it fair

8      to say -- withdrawn.

9              Is it fair to say that when █████████

10     makes trades in furtherance of an arbitrage

11     strategy, it typically intends to sell the digital

12     assets it's buying in a short time frame, less than

13     a day?

14         A.    So I described earlier that there are

15     many different arbitrage strategies, so when you

16     talk about the arbitrage strategy, that -- that --

17     that isn't how I would classify it at all, because

18     there are actually many different strategies, even

19     with the arbitrage, you know, kind of

20     classification, umbrella over those.

21             And as we talked about earlier, you know,

22     some of those involve very short trades, so maybe

23     you're buying on spot market in one venue and

24     selling in spot market on another venue, and so in

25     that situation, the two trades might take place very

1                        ▬▬▬▬ - 2/16/2022

2       closely in time, maybe within even seconds.

3               There are other forms of arbitrage that

4       involve holding periods that are very long.  I mean,

5       the holdings could last for years in some cases,

6       because I mentioned that, you know, maybe you're

7       buying something as part of a cash-and-carry

8       strategy in which maybe you're buying a -- an asset

9       on the spot market in one location and you're

10      hedging that with a derivative of some sort on

11      another platform.

12              The spot market purchase could be held as

13      a long position for as long as that -- that

14      cash-and-carry trade is earning a premium, as long

15      as there is a positive funding rate on that

16      transaction and you're continuing to expect that

17      you'll earn, you know, positive carry by holding

18      that asset over time.

19              Even though it's a arbitrage strategy,

20      and maybe you've tried to hedge out the price risk,

21      you still would be owning that asset continuously

22      for a very long period of time.  So I wouldn't

23      classify it the way you have, that arbitrage

24      necessarily implies that the holding period is short

25      and non-arbitrage implies something different.

1          ███████ - 2/16/2022

2          Arbitrage strategies can also kind of run

3     the spectrum from very short holding periods to long

4     periods, and discretionary strategies as well could

5     run the spectrum from short holding periods to very

6     long holding periods.

7          Q.    Approximately what fraction of ███████

8     holdings has ███████ sold within a week of

9     purchasing?

10         A.    I don't know that answer.  I'd have to

11    look through -- to the extent they even have the

12    ability to look at that anymore.  I -- I have no

13    idea just sitting here right now.

14              (Discussion off the written record.)

15         Q.    Have you ever staked assets on a digital

16    asset trading platform?

17              MR. SYLVESTER:  Object to form.

18         A.    I have staked assets, yes.

19         Q.    Which assets?

20         A.    I can't remember, sitting here right now.

21         Q.    Do you consider ███████ to be a

22    reasonable purchaser of digital assets?

23              MR. SYLVESTER:  Object to form.

24         A.    I think ███████ is a rational actor in

25    the digital asset space.

75

1                    ███████ - 2/16/2022

2        Q.    Does being a rational actor in the

3   digital asset space make it a reasonable purchaser

4   of digital assets?

5                MR. SYLVESTER:  Object to form.

6        A.    I think that reasonable purchasers are

7   rational, yes.

8        Q.    My question is, do you consider ███████

9   ███████ to be a reasonable purchaser of digital

10  assets?

11               MR. SYLVESTER:  Objection; asked and

12  answered.

13       Q.    You can answer.

14       A.    Oh, sorry.  Can you repeat the question?

15       Q.    Do you consider ████████████ to be a

16  reasonable purchaser of digital assets?

17               MR. SYLVESTER:  Same objection.

18       A.    I think reasonable purchasers of digital

19  assets are rational purchasers of digital assets and

20  ███████ falls into that category.

21       Q.    Is every rational purchaser of digital

22  assets a reasonable purchaser of digital assets?

23               MR. SYLVESTER:  Objection.

24       A.    Is every rational purchaser of digital

25  assets a reasonable purchaser of digital assets?

1              ████████ - 2/16/2022

2    Yeah, I would say, yes, I think.  Yeah.

3         Q.    Do you consider yourself a reasonable

4    purchaser of digital assets?

5         A.    Yes.

6         Q.    Were you a reasonable purchaser of

7    digital assets the very first time you purchased a

8    digital asset?

9         A.    Yes.

10        Q.    Do you believe it takes any special

11   training or experience to become a reasonable

12   purchaser of digital assets?

13        A.    I think if -- by specialized training,

14   I'm not sure exactly what you mean by that.  The

15   digital asset space is new so there are really no

16   formal kind of certification or anything along those

17   lines.  So I'm not sure what you're referring to.

18        Q.    Okay.  I didn't say specialized, but just

19   to make the question clearer, do you think it takes

20   any training or experience to become a reasonable

21   purchaser of digital assets?

22              MR. SYLVESTER:  Object to form.

23        A.    I think that's -- there's not a specific,

24   you know, set of qualifications that you need to

25   fulfill to become a reasonable purchaser.

1            ██████ - 2/16/2022

2      Certainly, I think reasonable purchase in general,

3      I've had experience thinking about digital assets or

4      being in the digital asset space.

5            But, you know, reasonable purchasers are

6      also, you know, in the category of people who might

7      be using a digital asset for a utility purpose not

8      just an investment purpose.

9            So when you're talking about experience

10     in purchasing or investing in digital assets, that

11     could be one path towards the type of background

12     that a reasonable purchaser might have, but I'd say

13     there are other market participants who are

14     reasonable purchasers who are, you know, coming at

15     that from a different set of experiences that

16     probably have not had experience and background in

17     investing in digital assets but, rather, you know,

18     they're making that purchase in order to use the

19     asset in some way.

20     Q.     So different reasonable purchasers of

21     digital assets can have different backgrounds and

22     different motivations.  Is that right?

23     A.     Yeah, I'd say different reasonable

24     purchasers can have different motivations.

25     Everybody has a different background, so I'm not

1          ███████ - 2/16/2022

2     sure to the extent there's more reasonable purchaser

3     they have different backgrounds, I think that would

4     be probably clear.

5               But people can have different -- a

6     different focus from their background.  Some might

7     be -- you know, I've talked about different types of

8     trading strategies here, for instance.  So

9     reasonable might be a reasonable purchaser that are

10    focused on short-term trading or technical analysis

11    or something like that.  Some might be more

12    fundamentally oriented and have a different

13    strategy.

14              Some might be utility purchasers or users

15    of a blockchain or work for a company that intends

16    to use the digital asset in some way.  All of those

17    people are generally experienced and have a

18    background in the digital asset space.  But each of

19    them might have a different, you know, motivation or

20    reason.

21              A reasonable purchaser, I think, can have

22    different -- different reasonable purchasers can

23    have different reasons for purchasing digital

24    assets.

25         Q.    And different reasonable purchasers can

79

1                    ███████  - 2/16/2022

2     care about different factors when they decide

3     whether to buy a digital asset.  Right?

4                MR. SYLVESTER:  Object to form.

5          A.    I'd say some reasonable purchasers might

6     care much more about the -- the price appreciation

7     of the asset, some reasonable purchasers might care

8     more about the utilities of the asset.  And there

9     are a lot of other reasons, but reasonable

10    purchasers can have a lot of different motivations

11    for purchasing a digital asset.

12         Q.    Is ███████████████  an

13    investment-oriented purchaser of digital assets?

14         A.    At times ████████████████  has made

15    purchases for different reasons.  I wouldn't

16    categorize it solely as ████████████████  is

17    exclusively purchasing digital assets for investment

18    purposes, but it certainly has purchased assets for

19    investment-oriented purposes.

20         Q.    What other purposes has ████████████████

21    purchased assets for?

22         A.    At times --

23         Q.    Sorry.  What other purposes has ██████████

24    ██████  purchased digital assets for?

25                MR. SYLVESTER:  Object to form.

1                    ███████ - 2/16/2022

2        A.     There have been times when ████████

3     ████████ purchased digital assets as a utility user

4     of a token to enable some activity on the

5     blockchain, to, you know, facilitate some kind of

6     activity that the asset was required to have or to

7     use to do that rather than purchasing the asset with

8     the intent that that specific asset would appreciate

9     in price.

10       Q.     Do ███████    ████████   arbitrage

11    strategies focus on investment use or utility use of

12    digital assets?

13                    MR. SYLVESTER:   Object to form.

14       A.     The arbitrage strategies in -- involve

15    buying assets for both utility use and investment

16    use.  So the end goal of that strategy is to make

17    money off of the -- you know, the profitability of

18    the trading strategy.

19                    But at times for their -- when that

20    activity requires using platforms, blockchains or

21    products that require utility users of a token,

22    then, you know, completing or executing those

23    strategies can also involved using digital assets as

24    utility purchaser as well.

25       Q.     Do you view -- do you view your role in