1                   ███████ - 2/16/2022

2    this case as assisting the SEC?

3         A.    No.

4               MR. SYLVESTER:  Object to form.

5         A.    I view my role as an independent expert.

6         Q.    You viewed your role in other cases as

7    assisting the SEC, though.  Isn't that right?

8               MR. SYLVESTER:  Object to form.

9         A.    Which case are you talking about in

10   particular?

11        Q.    I'm asking you, isn't it true that you've

12   viewed your role in other cases as assisting the

13   SEC?

14              MR. SYLVESTER:  Object to form.

15        A.    I'm not sure.  I'd have to hear a

16   specific example of a matter to -- to determine

17   that.

18        Q.    Did you believe you were assisting the

19   SEC when you wrote an expert report in SEC versus

20   ███████████?

21        A.    In SEC versus ███████ case I was an

22   independent expert.

23        Q.    So didn't view your role as assisting the

24   SEC?

25        A.    I viewed my role --

82

████████ - 2/16/2022

1

2          MR. SYLVESTER:  Objection; asked and

3     answered.

4          A.    I viewed my role as an independent

5     expert.

6          Q.    You didn't view your role as assisting

7     the SEC.  Is that right?

8          MR. SYLVESTER:  Objection; asked and

9     answered.

10          A.    I viewed my role as an independent

11     expert.

12          Q.    You are saying "independent expert" here.

13     Is it your view that as an independent expert you

14     were not assisting the SEC?

15          MR. SYLVESTER:  Objection; asked and

16     answered.

17          A.    I viewed my role as an independent

18     expert.

19          Q.    What do you mean when you say

20     "independent expert"?

21          A.    I mean that I was -- you know, my task

22     was to do some analysis based on assignment and to

23     write an expert report based on that analysis and to

24     basically provide my -- my expert opinion to the

25     court in the matter.

1                      ███████ - 2/16/2022

2           Q.    But not to assist the Securities and

3     Exchange Commission?

4                 MR. SYLVESTER:  Objection; asked and

5     answered.

6           A.    My role was to provide analysis based on

7     an assignment and provide an expert report so that

8     the court could rely on my expert testimony.

9           Q.    Did you view your role as assisting the

10    SEC when you wrote an expert declaration in the SEC

11    versus ███████ case?

12                MR. SYLVESTER:  Objection.

13          A.    The same thing in that -- in that

14    situation, I view my role as providing expert

15    testimony and being an independent expert.

16          Q.    So that's a no, you didn't view your role

17    as assisting the SEC?

18                MR. SYLVESTER:  Objection; asked and

19    answered.

20          A.    I view my role as being an independent

21    expert.

22          Q.    Is there some reason you can't answer

23    "yes" or "no" as to whether you thought you were

24    assisting the SEC in those cases?

25                MR. SYLVESTER:  Objection; asked and

84

███████ - 2/16/2022

1   answered.

2      A.   You're asking if there's a reason I can't

3   answer "yes" or "no"?  I don't understand what you

4   mean.  What --

5      Q.   I've asked you if you thought you were

6   assisting the SEC in those cases and you said your

7   role as being an independent expert.  Is there some

8   reason you can't say whether you thought, yes or no,

9   you were assisting the SEC in those cases?

10         MR. SYLVESTER:  Object to form.

11     A.   I've tried to state what I thought my

12  role was in that case.  And, you know, whether

13  somebody interprets that in another way, the way

14  that you're trying to ask the question, I -- I don't

15  really have an opinion, I just -- I just know that

16  my role was as an independent expert.

17     Q.   I'm not asking what other people might

18  interpret it as.  Did you interpret your role as

19  assisting the SEC?

20         MR. SYLVESTER:  Objection;

21  argumentative.

22     A.   Like I said, I think, what I'm very clear

23  on is that my role was to provide expert testimony

24  and to provide insight analysis on those cases, to

1                        ███████ - 2/16/2022

2       provide expert -- to provide an expert report if,

3       you know, if needed.  And I guess I inherently view

4       that role as assisting the court in the process in

5       that.

6               To assist or doesn't assist, I don't have

7       an opinion on it.  I'm very clear that my role is to

8       provide independent expert analysis.

9       Q.    So you don't have an opinion as to

10      whether you were assisting the SEC in those cases?

11              MR. SYLVESTER:  Objection; asked and

12      answered now five, six times.

13      A.    I view my role as having given expert --

14      independent expert analysis.

15      Q.    All right.  Turn to ██████ Exhibit 2.

16      It's a copy of your CV that was attached as an

17      exhibit to your report.  The first page of ██████

18      Exhibit 2, underneath the first heading "Key

19      Qualifications and Experiences," if you look down at

20      the fourth bullet point you see it says:  Wrote

21      expert declaration to assist the Securities and

22      Exchange Commission to achieve the first successful

23      market manipulation action related to digital assets

24      in --

25              And it gives the case name.

86

1                      ███████  -  2/16/2022

2               -- United States Securities and Exchange

3    Commission versus ███████████████████████

█    ███████████████████████████

5               Do you see that?

6          A.    Yes.

7          Q.    Do you think this description in your CV

8    is accurate when you wrote that you -- wrote an

9    expert declaration to assist the SEC?

10         A.    Yes.

11         Q.    And right below that, the next bullet

12   says:  Wrote expert report to assist the Securities

13   and Exchange Commission in U.S. Securities and

14   Exchange Commission versus ███████████████████

█    ████████████████

16              Do you see that?

17         A.    Yes.

18         Q.    Do you think that description is accurate

19   when you said you wrote an expert report to assist

20   the SEC in that case?

21         A.    Yes.

22         Q.    You testified that you don't believe

23   you're assisting the SEC in this case.  What makes

24   this case different?

25              MR. SYLVESTER:  Objection;

1                      ████████ - 2/16/2022

2      mischaracterizes his testimony.

3           A.    Yeah, I didn't say that.

4                     MR. OPPENHEIMER:  Can you read that

5      back?

6                     (The requested material was read.)

7                     (Discussion off the written record.)

8           Q.    So you testified that you don't believe

9      you are assisting the SEC in this case.  What makes

10     this case different from the other two that you

11     listed in your CV?

12                    MR. SYLVESTER:  Objection; still

13     mischaracterizes his testimony.

14          A.    I believe that the testimony you just

15     read asked if I view my role as to assist the SEC.

16     I don't believe that's the same as what you just

17     asked me.

18          Q.    Did you view your role as assisting the

19     SEC in those other cases?

20          A.    I viewed my role in those cases as

21     providing independent expert testimony.

22          Q.    Why did you write in your CV that you

23     wrote an expert report to assist the SEC in those

24     cases?

25          A.    So this is what I was getting at with one

1                          ████████ - 2/16/2022

2      of my earlier answers to you, is whether or not

3      something assists somebody or not, that's a separate

4      question from whether I -- you know, my role was to

5      assist them.

6              So earlier you asked whether my role was

7      to assist the SEC.  I said, you know, my role was to

8      provide independent expert testimony.  Whether that

9      testimony -- you know, who that testimony assisted

10     is a separate question.

11         Q.    In your CV did you write:  Wrote expert

12     report to give independent testimony in these cases?

13              MR. SYLVESTER:  Objection.  Where are

14     you reading from?

15              MR. OPPENHEIMER:  The fourth and

16     fifth bullet points under "Key Qualifications and

17     Experiences" that we were looking at earlier.

18         Q.    Did you write in those bullet points:

19     Wrote expert report to provide independent testimony

20     in those cases?

21         A.    No.

22         Q.    We may have mentioned this earlier, but

23     under education you list a bachelor's degree in

24     electrical engineering and a master's degree in

25     electrical engineering.  Do you have any degrees

```
1                      ██████ - 2/16/2022
2    other than those two?
3        A.   No.
4        Q.   Neither of those degrees involved a study
5    of digital assets, did they?
6        A.   My bachelor of science was earned in
7    ████  Digital assets didn't exist at that point in
8    time.
9        Q.   So that's a, no, they didn't involve
10   study of digital assets?
11       A.   That would be no.
12       Q.   And you don't -- neither of those degrees
13   was in any finance-related field, were they?
14       A.   No.
15       Q.   If you look at Page 2 of this exhibit.
16            MR. SYLVESTER:  Which exhibit?
17            MR. OPPENHEIMER:  The same exhibit,
18   ████  Exhibit 2.
19       Q.   You list some companies that you've
20   worked for previously.  The first one in time, the
21   bottom of the page, is ████████████████████.
22            Do you see that?
23       A.   Yes.
24       Q.   Was that your first job out of graduate
25   school?
```

```
 1                        ████████ - 2/16/2022
 2          A.    My first job after graduating from
 3     graduate school, yes.
 4          Q.    Had you worked any full-time jobs before
 5     then?
 6          A.    I worked off and on during graduate
 7     school on -- in various roles.  Some were full-time,
 8     some were part-time, some were internships, some
 9     were full-time roles.
10          Q.    Did any of those jobs prior to the ████
██                ████████████████ involve digital assets?
12          A.    No.
13          Q.    Did any of those jobs prior to ████████
██                ███████████ involve making investment decisions?
15          A.    I guess you have to specify for me who
16     the investment decisions would be on behalf of.
17          Q.    Well, let's say this.  Prior to the
18     beginning of your job at the ████████████████████,
19     did anyone ever pay you to work in a job involving
20     making investment decisions?
21          A.    I'd say broadly -- I'll give the same
22     answer I gave earlier, which is that I worked in
23     jobs considering investments in a range of assets.
24     And some of those jobs involved making those
25     decisions, yes.
```

91

```
 1                  ████████ - 2/16/2022
 2        Q.    Who paid you to work in a job involving
 3    making investment decisions before the ████████
      ███ ██████████  job?
 5        A.    The assisting companies in making
 6    decisions about, again, intellectual property
 7    software, making purchase decisions, making
 8    investments in software, R&D, was done at -- just
 9    off the top of my head I can think of ███████
      ████   (phonetic) and ████████
11        Q.    Did anyone ever pay you to make
12    investment decisions relating to equities,
13    commodities, bonds, real estates, derivatives, or
14    digital assets prior to September of 2010?
15        A.    One of the --
16             MR. SYLVESTER:  Object to form.
17             Go ahead.
18        A.    One of those jobs involved trading in
19    commodities.  Not on behalf of the company I was
20    working for, but certainly involved commodities
21    trading.
22        Q.    Which job involved commodities trading?
23        A.    ██████
24        Q.    What was your role at ████████
25        A.    I was helping to implement the nodal
```

1              ███████ - 2/16/2022

2    electricity market in Texas.  So that involved

3    forming market rules, testing, and a variety of

4    functions around that.

5              Basically at the time Texas was switching

6    from a zonal electricity market to a nodal

7    electricity market.  And so there are, you know, a

8    variety of financial considerations in terms of how

9    do you design a marketplace, how do you design

10   market rules to have a well-functioning commodities

11   market.

12             In this case the commodity would be the

13   electricity market.  And then, you know -- actually,

14   that involved several markets because, you know, as

15   you might know, the electricity market is not a

16   single market, but there is a market for real power.

17   There is also a market for ancillary services.  So

18   we're designing market rules and mechanics for

19   different market participants in the various

20   ancillary services markets as well, such as, you

21   know, the market for spending reserves, the market

22   for up regulation and down regulation services.

23             And that involved realtime and, you know,

24   day-ahead market.  So I really -- the role there was

25   really the nexus of understanding the physical

```
 1                        ████████ - 2/16/2022

 2    constraints, the phenomenology around operating an

 3    electric grid, and also designing a financial market

 4    that would allow market participants, including, you

 5    know, investment banks and proprietary traders to

 6    participate in that space.

 7              And part of that included, you know, how

 8    to facilitate derivatives trading in that

 9    marketplace as well.

10         Q.   When did you work at ██████

11         A.   I'm sorry.  When?

12         Q.   When did you work at ██████

13         A.   I can't remember the exact dates.

14         Q.   Which year, approximately?

15         A.   It was something like -- it was in the

16    range of probably 2007 to 2009, something like that.

17         Q.   What was your job title?

18         A.   I can't remember.

19         Q.   Did you have any responsibility for

20    making commodities trading decisions at ██████

21         A.    Well, as I described, I helped to design

22    elements of the -- the rules around a commodities

23    marketplace.  So that involved a deep kind of

24    analysis of commodities trading from various market

25    participants, how various market participants might
```

94

1                          ████████ - 2/16/2022

2      think about trading strategies and provide services

3      both on the grid and financially in terms of making

4      commitments to buy and sell electricity, including

5      futures, derivatives, and, you know, realtime and

6      also ancillary services products in that space.

7           Q.    Did you have any responsibility for

8      making commodities trading decisions at ████████

9                     MR. SYLVESTER:  Objection; asked and

10     answered.

11          A.    I think what I described does involve

12     making commodities trading decisions.  If you're

13     talking about like purchasing a specific contract, I

14     was not doing that on behalf of ████    But there --

15     you know, commodities trading was generally the

16     topic that -- that I was, yeah, considering and

17     working on, yeah.

18          Q.    Was your job at ████  a paid or unpaid

19     job?

20          A.    It was paid.

21          Q.    And what was your title?

22          A.    I can't remember.

23          Q.    Okay.  I'm sorry.  I think I may have

24     asked that.  I apologize.

25                     Other than ████ did any of your jobs

95

1                        ███████ - 2/16/2022

2     prior to September 2010 involve making discretionary

3     investments in equities, commodities, bonds, real

4     estate derivatives, private businesses, or digital

5     assets, other than the companies that you started?

6         A.    Other than everything I mentioned today,

7     I can't remember another one.

8         Q.    Okay.  Your job at the ███████████

█           ███████████  that involved radar systems.

10              Is that right?

11        A.    That's generally correct.

12        Q.    That did not involve assessing

13    discretionary investment opportunities in equities,

14    commodities, bonds, real estate, derivatives, and

15    digital assets.  Is that right?

16              MR. SYLVESTER:  Object to form.

17        A.    It generally involved radar systems.

18        Q.    Your next job at the ████████████

19    from January of 2013 to June of 2015, did that job

20    also involve radar systems?

21        A.    Yes, it did, generally.

22        Q.    And generally, that job did not involve

23    assessing discretionary investment opportunities in

24    equities, commodities, bonds, real estate,

25    derivatives, or digital assets.  Right?

1                    ██████████ - 2/16/2022

2        A.    That's right.

3        Q.    Then your next job was at ███████████ in

4    July of 2015 until August of 2016.  Is that right?

5        A.    That's right.

6        Q.    And that company was also focused on

7    automotive radar systems, in part; yes?

8                    MR. SYLVESTER:  Object to the form.

9        A.    In part, that -- that company was also

10   focused on radar systems.

11       Q.    Okay.  Was ███████████ an investment

12   company?

13                    MR. SYLVESTER:  Object to the form.

14       A.    ███████████ was a corporation.

15       Q.    Was its primary line of business to

16   invest in equities, commodities, real estate, bonds,

17   derivatives, or digital assets?

18       A.    No, it was not.

19       Q.    In September of 2016 -- in September

20   of 2016, your CV says you became founder and CEO of

21   ██████████████  Is that right?

22       A.    That's right.

23       Q.    When was █████████████ founded?

24       A.    I can't remember exactly.

25       Q.    How long did it operate before

1          ███████  -  2/16/2022

2    registering as an LLC?

3          A.    I can't remember exactly.

4          Q.    Was it multiple months?

5                MR. SYLVESTER:  Object to the form.

6          A.    Yes, it was multiple months.

7          Q.    Was it multiple years?

8                MR. SYLVESTER:  Object to the form.

9          A.    Not multiple years, no.

10         Q.    How many employees does ██████████

11   have today?

12         A.    Two.

13         Q.    How many did it have in September of

14   2016?

15         A.    Two.

16         Q.    Has it been the same two employees the

17   entire time?

18         A.    Yes.

19         Q.    Who are the employees?

20         A.    Myself and ████████████.

21         Q.    What's your ownership interest in

22   ███████████████ ██████

23         A.    I can't remember an exact figure.

24         Q.    Are you a majority owner?

25         A.    Yes.

1                            ██████████  -  2/16/2022

2        Q.    Who owns the minority interest in

3    ████████████████  ████

4        A.    ████████████████

5        Q.    Does anyone else own any share of

6    ████████████████

7        A.    No.

8        Q.    Does ██████████ have a physical office?

9        A.    Yes.

10       Q.    Where?

11       A.    █████████████████████████████████.

12       Q.    Is that its headquarters?

13       A.    Yes.

14       Q.    Does it have any other physical offices?

15       A.    No.

16       Q.    Does it have a website?

17       A.    No.

18       Q.    What was ████████████████ doing between

19   the time when it was founded and the time that it

20   was, let's call it, incorporated as an LLC?

21             MR. SYLVESTER:  Object to the form.

22       A.    ██████████ was developing software,

23   developing intellectual property, and developing --

24   yeah, I'll leave it there.  Developing intellectual

25   property and -- and software primarily.

99

1                    ███████ - 2/16/2022

2         Q.    How many hours per week approximately do

3    you spend working on ████████

4         A.    I --

5                    MR. SYLVESTER:  Can we get a time

6    frame on that?  You mean, like, this week or

7    earlier?

8         Q.    Across the last three years,

9    approximately how many hours per week have you spent

10   working on ████████████████

11        A.    It has ranged.  A huge amount.  I think

12   there were probably -- there were weeks when it was

13   probably 80 hours a week and there are weeks when

14   that was a much smaller number than that and it's

15   been, you know, different from week to week.

16        Q.    What has it been on the smaller side?

17        A.    On the smaller side, probably ten hours.

18        Q.    Who is your boss at ██████████

19        A.    ██████████

20        Q.    And have you ever told Mr. ███ about your

21   job at ████████████

22        A.    Yes.

23        Q.    Have you ever told ███████████ about

24   your job at █████████████

25        A.    For both of those people, I've told them

100

1                    ████████  - 2/16/2022

2      that I run an investment partnership.

3           Q.    How much money does ████████████  have

4      under management today?

5           A.    Under the NDA, I've signed with ████████

6      ████████ I can't give specific figures.

7           Q.    Can you give an approximation?

8           A.    I can't give specific figures based on

9      the NDA.

10          Q.    Would you be able to provide an

11     approximation if you didn't have an NDA?

12          A.    I don't know what you mean by would I be

13     able to.  Like, is it physically possible?

14          Q.    I mean, sitting here today, if you

15     weren't prohibited by your NDA, would you be able to

16     tell me --

17          A.    A specific number --

18          Q.    -- approximately how much money ████████

19     ████████ has under management?

20          A.    Yes.

21          Q.    Okay.  How much money does it have under

22     management?

23          A.    I'm not going to say that.  I'm

24     prohibited under the NDA.

25          Q.    Who contributed the money that ████████

101

1                    ███████  - 2/16/2022

2    ███████ has under management today?

3        A.    The partners of ███████████

4        Q.    Does it manage anyone else's money other

5    than the two partners?

6        A.    No.

7        Q.    What are ███████ ████████ approximate

8    lifetime returns since September of 2016?

9                    MR. SYLVESTER:  Objection to form.

10       A.    Are you asking me the cumulative return

11   on investment from initial capital to -- to present

12   day?

13       Q.    Yes.

14       A.    I can't remember exactly.

15       Q.    Do you have an approximation?

16       A.    Yes.

17       Q.    Approximately, what has the cumulative

18   return for ████████ ████████ investments been?

19       A.    Probably about 3,000 percent.

20       Q.    And that's overall or annualized?

21       A.    I don't understand the distinction

22   between overall and unrealized.

23       Q.    Annualized.

24       A.    Oh, okay.  Those are the cumulative

25   returns, roughly.

102

1                    ██████ - 2/16/2022

2          Q.    Do you have any understanding of how

3     those returns compare to the returns ██████

4     ██████ would have had if it had bought bitcoin and

5     held it for the entire period?

6                    MR. SYLVESTER:  Objection.  What --

7     the entire period we're talking about?

8                    MR. OPPENHEIMER:  ██████ ██████

9     lifetime returns since September of 2016.

10         A.    I don't have that figure off the top of

11    my head.

12         Q.    If I were to tell you that bitcoin has

13    had a more than 7,000 percent return since September

14    of 2016, would that sound about right?

15         A.    I'd have to look at the -- the figure

16    myself.

17         Q.    What about Ethereum?  Do you know how

18    ██████ ██████ cumulative returns since

19    September of 2016 compares to cumulative returns of

20    buying and holding Ethereum during that time?

21         A.    I -- I don't have that figure in front of

22    me right now.  I don't know.

23         Q.    Who did you negotiate your NDA at

24    ██████ with?

25                    MR. SYLVESTER:  Objection; form.

103

1                         ███████ - 2/16/2022

2          A.    The NDA was negotiated between the

3    company and each partner in the company.

4          Q.    And you're the CEO of the company?

5          A.    Yes.

6          Q.    Do you have the authority to waive any

7    terms of the NDA or to amend the NDA as the CEO of

8    ████████████████████

9          A.    No.

10               MR. SYLVESTER:  Object to form.

11         Q.    Whose authorization would be required to

12   do that?

13         A.    The -- it would have to be a unanimous

14   decision between the partners of the company.

15         Q.    Through your work at ██████████████

16   have you had substantive discussions with retail

17   users of digital assets about their preferences with

18   respect to purchasing digital assets?

19               MR. SYLVESTER:  Object to the form.

20         A.    I'm not sure I understand the question.

21   You're asking about conversations I had with retail

22   purchasers of digital assets?

23         Q.    Yeah.  What conversations have you had

24   with retail purchasers of digital assets about why

25   they choose to buy digital assets?

104

1                     ███████ - 2/16/2022

2            MR. SYLVESTER:  Can we get a time

3 frame on that?

4        Q.    During the time you worked at ███████

5 ███████

6        A.    I've had conversations with so many

7 people about digital assets across so many different

8 topics that it's impossible for me to relate a

9 specific, you know, characterization of a specific

10 conversation that would come anywhere close to being

11 representative of all those interactions that I've

12 had.

13        Q.    All the interactions that you've had have

14 involved people with different viewpoints on why

15 they buy digital assets.  Is that fair to say?

16            MR. SYLVESTER:  Objection; form.

17        A.    I -- you're asking if all of the

18 conversations have had -- involved different

19 participants or different --

20        Q.    Here, let me -- let me give you a better

21 question.

22            You testified that it would be impossible

23 to give a characterization of your conversations

24 with retail users of digital assets that would come

25 anywhere close to being representative of all the

1                    ██████ - 2/16/2022

2    interactions you've had.

3              My question is, is that because the

4    various interactions you've had with retail users or

5    retail purchasers of digital assets have involved

6    those retail users or retail purchasers expressing

7    different views as to why they purchased digital

8    assets?

9              MR. SYLVESTER:  Object to form.

10       A.    Some users purchase for investment

11   purchase; some purchase for utility purpose.  There

12   are -- the conversations spanned so many years and

13   so many different types of assets that it's hard to

14   sum up conversations with people about digital

15   assets into a specific, you know, summary.

16       Q.    Do all of the retail purchasers who have

17   an investment purpose have the same views on what

18   factors are important to them based on the

19   conversations they've had with you?

20              MR. SYLVESTER:  Objection;

21   foundation.

22       A.    I would say that there are some generally

23   accepted factors within the blockchain space that

24   are important to purchasers of digital assets and

25   the -- and to that extent, you know, somebody

1                     ███████ - 2/16/2022

2      might -- I think I might have misremembered exactly

3      how you worded that, but I think you might've said

4      like whether they would reach different conclusions.

5                Certainly people would reach different

6      conclusions based on, you know, whether they think

7      the risk/reward of a particular asset is favorable

8      or not and, of course, that's what makes a market,

9      there are always going to be, on a given digital

10     asset, people who think it's going to go up, people

11     who think it's going to go down just like with any

12     other -- I mean, this applies to any other assets

13     kind of in the world and that ███████ trades.  I

14     mean, that -- that also applies to the, you know,

15     equity investments or commodities or currency

16     markets trading.

17               There's always two sides to a trade; so

18     generally, there's somebody who thinks it's going up

19     and somebody who thinks it's going down.

20               Let's say, you know, there's -- there's a

21     general framework at any given time of how people

22     think about what factors are important.

23          Q.    That wasn't my question.  My question

24     was, did all of the retail purchasers you've spoken

25     with who have an investment purpose have the same

1              ████████ - 2/16/2022

2    views on what factors are important to them based on

3    the conversations that they've had with you?

4              MR. SYLVESTER:  Objection;

5    foundation.

6        A.    I'm sorry.  Can you repeat the question?

7              MR. OPPENHEIMER:  Can you repeat the

8    question?

9        A.    It's getting to be a long, wordy

10   question.

11              (Discussion off the written record.)

12              (The requested material was read.)

13              MR. SYLVESTER:  Same objection.

14       A.    I think when you ask me any question

15   about do all people in this same category have the

16   same view?  I dont know.  You know, I might've had a

17   conversation with them about one thing and they

18   might have a view that they didn't tell me about, I

19   certainly didn't speak to the exact complete set of

20   motivations for every person that I've ever spoken

21   to.

22       Q.    Which retail purchasers of digital assets

23   have you spoken to during your time at ████████

24   ████████

25              MR. SYLVESTER:  Object to form.

1          ███████ - 2/16/2022

2          A.     I've spoken to purchasers who purchase

3    for utility reasons, purchasers who bought digital

4    assets for investment purposes, people who purchased

5    because they were interested in a particular

6    industry, people who purchased because they were

7    executing a specific trading strategy.  And I think,

8    you know, I've spoken to many different types of

9    purchasers who, you know, are buying for many

10   different reasons.

11         Q.     How did you meet these people?

12                MR. SYLVESTER:  Object to form.

13         A.     I have met people through, like -- are

14   you asking how I first encountered them or how did

15   we communicate or I'm trying to figure out exactly

16   what you're asking me here?

17         Q.     You've testified that you've had

18   conversations with retail purchasers of digital

19   assets.  I'm asking you how you met those people

20   that you had conversations with?

21         A.     A wide variety of ways that I've met with

22   people and communicate with them.

23         Q.     How many retail purchasers approximately

24   do you think you have spoken with about digital

25   asset trading strategies?

109

1            ███████ - 2/16/2022

2                 MR. SYLVESTER:  Object to form.

3       A.    I -- I don't know.  It's hard for me to

4    pinpoint on a specific answer like that.

5       Q.    You're unable to give an approximation?

6                 MR. SYLVESTER:  Objection; form.

7       A.    I don't know how many people.

8       Q.    How many institutional investors have you

9    communicated with about their trading strategies

10   concerning digital assets during your time at

11   ████████████

12                 MR. SYLVESTER:  Object to form.

13                 Go ahead.

14      A.    I don't know a specific number.

15      Q.    How many cryptocurrency miners have you

16   communicated with about their strategies for trading

17   digital assets during your time at ████████████

18      A.    I --

19                 MR. SYLVESTER:  Object to form.

20                 Go ahead.

21      A.    I can't give a specific answer.

22      Q.    How many software developers have you

23   communicated with during your time at ██████████

24   ████████ concerning their strategies for trading

25   digital assets?

110

1                          ████████ - 2/16/2022

2                    MR. SYLVESTER:  Object to form.

3                    Go ahead.

4         A.    I can't remember with a specific answer.

5         Q.    How many venture investors have you

6    communicated with about their strategies for trading

7    digital assets during your time at ████████████

8                    MR. SYLVESTER:  Object to form.

9         A.    I can't remember the specific answer.

10        Q.    Do you have an approximation for how many

11   venture capital investors?

12                   MR. SYLVESTER:  Object to form.

13        A.    No.

14        Q.    Do you have an approximation for any of

15   those categories that I just gave?

16        A.    No.

17                   MR. SYLVESTER:  Object to form.

18        Q.    Is ████████████ engaged in the

19   business of providing advice to others about digital

20   asset trading?

21                   MR. SYLVESTER:  Object to form.

22        A.    By "others," do you mean other

23   organizations outside of ████████

24        Q.    Let me ask it this way.  Can a person or

25   a company come to ████████ and pay ████████ to get

```
 1                    ██████ - 2/16/2022
 2     advice about digital asset trading?
 3          A.    No.
 4          Q.    Does ████████████ do anything to
 5     determine which digital assets it trades might be
 6     securities under the Federal Securities Laws?
 7                    MR. SYLVESTER:  Object to form.
 8          A.    Sorry.  Repeat it exactly.  Does
 9     ████████ --
10          Q.    Does ██████████████ do anything to
11     determine which digital assets it trades might be
12     considered securities under the Federal Securities
13     Laws?
14                    MR. SYLVESTER:  Same objection.
15          A.    Again, I'd say this really is a question
16     that depends on the trading strategy because there
17     are many different trading strategies.  And, again,
18     certain risks come into play for one trading
19     strategy that might not come into play for another.
20          Q.    So for some trading strategies it may
21     evaluate whether a digital asset would be considered
22     a security under the Federal Security Laws and for
23     other trading strategies it may not?
24                    MR. SYLVESTER:  Object to form.
25          A.    I'm not a lawyer and it's not my ability
```

1                      ███████ - 2/16/2022

2      or role or ██████████ to make a determination about

3      whether an asset is a security.  I would say that at

4      times I might try to assess relative risk that a

5      regulatory risk might come into play.

6           Q.    But not every time?

7                 MR. SYLVESTER:  Object to form.

8           A.    At times certain risk factors are more

9      important than others, sometimes the risk factor

10     might not be present at all, it really depends on

11     the trading strategy we're talking about.

12                Again, for some trading strategies,

13     regulatory risk isn't a factor, for some trading

14     strategies regulatory risk might be a factor.  But

15     in either of those cases, I think I would -- if I

16     heard your question right, I think I would disagree

17     with the question as asked, if I could determine

18     whether something is security because I can't do

19     that.  I don't do that.

20                But, you know, there are certain times

21     when kind of a relative risk is something I might

22     think about.

23                MR. SYLVESTER:  All right.  We've

24     been going about an hour-ten, so whenever it's a

25     good time to take a break, let's take a break.

113

```
 1                        ███████ - 2/16/2022
 2                   MR. OPPENHEIMER:  Sure.  Give me --
 3      I'll do one or two questions and then we can take a
 4      break.
 5                   MR. SYLVESTER:  Okay.
 6         Q.    What factors does ████████████
 7      consider when it's evaluating regulatory risk of
 8      whether a particular asset may be considered a
 9      security under the Federal Securities Laws?
10                   MR. SYLVESTER:  Object to form.
11      Calls for a legal conclusion.
12         A.    So again, ████████ doesn't make a
13      determination about whether a particular digital
14      asset is a security or not.
15         Q.    Yeah, I didn't ask that.
16               My question is what factors does ████████
17      ████████ consider when it's evaluating the regulatory
18      risk associated with a particular digital asset?
19                   MR. SYLVESTER:  Object to form.
20      Calls for a legal conclusion.
21         A.    There are many different types of
22      regulatory risk.  And so the factors that ████████
23      considers in terms of regulatory risk, it might be
24      different on a case-by-case basis.  There might be a
25      digital asset that's operating in a particular
```

████████ - 2/16/2022

1  
2    industry that has regulatory risk unique to that

3    industry and so there would be regulatory risk

4    factors applied to that asset that don't apply to

5    others.

6            So it -- it's impossible to give a

7    specific set of factors as far as regulatory risk

8    that are considered the same way each and every time

9    across every single digital asset.

10           I would add that, you know, assessing

11   regulatory risk goes beyond the digital asset

12   investments that █████ makes.  I think there

13   are regulatory risks and -- that need to be assessed

14   in, you know, equities, bonds, real estate, and

15   other types of assets as well.  And, again, I think

16   the specific factors that are considered are

17   different across each of those investments.

18       Q.   And is it fair to say from your earlier

19   answer, ████████████ has never made a

20   determination, one way or the other, as to whether a

21   particular digital asset its considering trading

22   would be considered a security under the Federal

23   Securities Laws?

24           MR. SYLVESTER:  Object to form.

25           Go ahead.

```
 1                    ████████ - 2/16/2022
 2        A.    I'm not a lawyer so I can't make a legal
 3    conclusion about whether a specific asset is a
 4    security or not.  So since I'm incapable of doing
 5    that, that's not, you know, something I have done.
 6        Q.    So just to be clear ████████████ has
 7    never made a determination one way or the other on
 8    that issue.  Is that right?
 9              MR. SYLVESTER:  Object to form, calls
10    for a legal conclusion.
11        A.    Yeah, I think the way I put it earlier is
12    that ████████ might assess relative risk of
13    regulatory factors -- sorry, regulatory risks, and
14    so it's a topic that would be considered, but
15    ████████ itself would not make a determination that
16    a particular digital asset is or is not a security.
17              MR. OPPENHEIMER:  Okay.  Let's go off
18    the record.
19              THE VIDEOGRAPHER:  The time is 11:59.
20    We are off the record.
21                    (Break.)
22              THE VIDEOGRAPHER:  The time is 12:28.
23    We are on the record.
24        Q.    Before the break, we were talking about
25    your conversations with other market participants.
```

116

1 ██████ - 2/16/2022

2 My question for you now is, which institutional

3 investors did you speak with regarding their digital

4 asset trading strategies?

5        MR. SYLVESTER:  Object to form.

6    A.    I can't remember specific people I spoke

7 to about trading strategies.

8    Q.    You don't remember the name of a single

9 institutional investor that you spoke to on that

10 topic?

11        MR. SYLVESTER:  Object to form.

12    A.    I can't specifically recall, you know,

13 what I talked about with different people, so no, I

14 can't remember something that would be responsive to

15 that.

16    Q.    Do you remember the name of a single

17 cryptocurrency miner who you spoke with about

18 digital asset trading?

19    A.    The same thing, I can't remember the

20 details of the specific conversations with specific

21 people and whether we talked about that topic or

22 not, so no.

23    Q.    Do you remember the name of a single

24 software developer who you've spoken with about

25 digital asset trading?

117

███████ - 2/16/2022

1

2          MR. SYLVESTER:  Object to form.

3          Go ahead.

4     A.    I still say no, I mean, I can't recall

5     the specific conversations with specific people,

6     so...

7     Q.    Do you recall the name of a single

8     venture capital investor who you spoke with

9     regarding digital asset trading?

10         MR. SYLVESTER:  Objection.

11    A.    Same answer.

12    Q.    Do you recall the name of any retail

13    users who you spoke with regarding digital asset

14    trading?

15    A.    I can't remember.

16         MR. SYLVESTER:  Objection to form.

17    A.    I can't remember specific details about

18    specific conversations.

19    Q.    Do you have any notes about these

20    conversations?

21         MR. SYLVESTER:  Object to form.

22    A.    I don't think so.

23    Q.    What was the venue in which these

24    conversations took place?

25         MR. SYLVESTER:  Object to form.  Are

```
 1                    ██████ - 2/16/2022
 2    we talking about just, in your words, retail users,
 3    or any of it about the conversations?
 4         Q.    What was the venue in which any of your
 5    conversations with any market participants about
 6    digital asset trading took place?
 7                   MR. SYLVESTER:  Object to form.
 8         A.    I mean, the time and place has varied
 9    greatly.  The type of venue has varied.  I mean,
10    I've spoken to people at conferences and one-on-one
11    settings.  I've talked to people on the phone.  I've
12    talked to people, yeah, I -- in a variety of
13    different places and ways.
14         Q.    But you didn't take notes on those
15    conversations, and you don't recall any single one
16    of those conversations, just sitting here today.  Is
17    that right?
18                   MR. SYLVESTER:  Object to form.
19         A.    Yeah, I can't remember the details of any
20    specific conversation I had, yeah.
21                   (Discussion off the written record.)
22         Q.    Did any of your conversations with
23    digital asset market participants take place over
24    social media channels?
25                   MR. SYLVESTER:  Object to form.
```

119

1                ███████ - 2/16/2022

2        A.    Yes.

3        Q.    Which ones?

4        A.    Twitter.

5        Q.    Any others?

6        A.    Not that I can think of.

7        Q.    Have you ever had any conversations with

8    market participants on Reddit?

9        A.    I don't think so.

10       Q.    What's your Twitter handle?

11       A.    ███████████ .

12       Q.    Can you spell that?

13       A.    ██████████████████

14       Q.    Do you recall any specific conferences

15   you've gone to at which you've had conversations

16   with digital asset market participants?

17       A.    I've been to a lot of different digital

18   asset kind of events.  I can -- off the top of my

19   head, I can think of the Monero conference, the

20   conference of -- Texas blockchain conference.  There

21   are probably others.  I can't think of any right

22   now.

23       Q.    When was the Monero conference held?

24       A.    Summer of 2019.

25       Q.    When was the Texas blockchain conference

120

1               █████████ - 2/16/2022

2    held?

3          A.    Last fall.  I can't remember exactly

4    when.

5          Q.    You don't remember any specific

6    conversations you had with anyone else at those

7    conferences, though, do you?

8          A.    Not the names of the people or the -- you

9    know, the specific details of -- of those.

10         Q.    I'm sorry.  To help the court reporter

11   here, can you spell your Twitter handle again a

12   little more slowly?

13         A.    Okay.  ██████████████████████

     █   ██  ██████████████████████

15         Q.    Okay.  Thanks.

16               You work at ██████████ now.  Right?

17         A.    Yes.

18         Q.    How did you first become affiliated with

19   ██████

20         A.    I don't remember how I first became

21   affiliated with ██████   I mean, I started working

22   there at the date on my résumé, but I can't remember

23   the initial conversations before that.

24         Q.    How many employees does ██████ have?

25         A.    It varies from time to time, so I don't

████████ - 2/16/2022

2  know an exact number.

3       Q.    Do you have an approximation today?

4       A.    It's probably, like, 15.

5       Q.    Do you know what percentage of -- sorry.

6  This thing fell out.

7             Okay.  Do you know what percentage of

8  Integra's work is done on behalf of the SEC?

9       A.    I don't know.

10      Q.    Do you have an approximation?

11      A.    No.

12      Q.    Approximately what percentage of your own

13 work at ████████ is on behalf of the SEC?

14      A.    I don't know.

15      Q.    Do you have an approximation?

16      A.    No.

17      Q.    You're not sure how much of your own work

18 is for the SEC at ████████

19      A.    Yeah, I don't have a number for you.

20      Q.    Is it a majority of your work at ████████

21            MR. SYLVESTER:  Could we get a time

22 period on this again?

23            THE WITNESS:  Yeah.

24            MR. SYLVESTER:  That might be

25 helpful.

1                    ██████ - 2/16/2022

2       Q.    Well, you just testified you don't know.

3   Do you know as to any particular time frames how

4   much of your work is for the SEC?

5       A.    So, over time, I've worked on many

6   different projects for many different organizations,

7   both private organizations and government agencies.

8   Typically, I'm working on more than one project at

9   the same time.

10           So sitting here right now, it's hard for

11  me to separate out a exact percentage of how much

12  was spent with one organization versus another

13  organization.

14      Q.    Yeah, I don't need -- I don't need an

15  exact percentage.  I'm just asking if you can give

16  me an estimate of approximately how much of your

17  work has been on behalf of the SEC, let's say, in

18  the last year?

19      A.    Yeah, I -- I don't know.  I'd have to --

20  I'd have to look at the numbers on that.

21      Q.    And would you know that as to the year

22  before?

23      A.    No.

24      Q.    Would you know that as to -- from the

25  time you started until whenever that period just got

123

1                          ████████ - 2/16/2022

2      us to, so roughly 2019 calendar year?

3           A.     No.

4           Q.     How are you compensated by ██████

5           A.     I'm a salaried employee of ██████

6           Q.     Do you get any bonuses?

7           A.     Yes.

8           Q.     What do your bonuses depend on?

9           A.     There is a factor based on billable

10     hours, and then I think -- there is not a specific

11     metric.  It's just based on performance.

12          Q.     Do you get any compensation based on

13     business that you bring into ████████

14          A.     No.

15          Q.     What was your base compensation from

16     ████████ last year?

17          A.     ██████

18          Q.     Did you receive a bonus in 2021?

19          A.     Yes.

20          Q.     What was the bonus?

21          A.     ██████

22          Q.     Approximately how many hours have you

23     worked on this case to date?

24          A.     I can't remember.

25          Q.     Do you have a ballpark?

124

1              ███████ - 2/16/2022

2        A.    It's a substantial number of hours.  I

3   can't remember, yeah, exactly how many that is.

4        Q.    What's your billing rate in this case?

5        A.    I'd have to actually look.  I know it's

6   on the report.

7        Q.    Okay.  Feel free.

8        A.    What?

9        Q.    Feel free.

10       A.    Okay.  I'm not used to seeing this

11   two-sided.

12             (Pause.)

13       Q.    I can point you to ████ Exhibit 1,

14   Paragraph 5, if it helps.

15       A.    Yes, Paragraph 5.

16             $435 per hour.

17       Q.    Is that your billing rate for all cases?

18       A.    I'm not sure.  I don't believe so.  I

19   don't handle the billing.

20       Q.    Do you know whether you charge a higher

21   hourly rate in other cases in which the SEC is not

22   the client?

23       A.    I'm not sure.

24       Q.    You served as an expert witness in four

25   cases before.  Is that right?

125

████████ - 2/16/2022

1

2     A.    Including this case?

3     Q.    Including this case.

4     A.    Yes.  Wait.  Yes, that's right.

5     Q.    And that's three court cases and one

6  arbitration case.  Is that right?

7     A.    Yes.

8     Q.    What was the subject of the arbitration

9  case?

10    A.    I cannot disclose that.  I'm under a NDA

11  about the contents of the case.

12    Q.    Who is the NDA with?

13    A.    I don't remember exactly who I signed it,

14  who the counterparty was.  It might have been the

15  law firm.  It might have been the company that

16  retained the law firm.  I'm not -- I can't remember.

17    Q.    Were you deposed in that case?

18    A.    No.

19    Q.    Did you testify at trial in that case?

20    A.    Yes.

21    Q.    And it's your position that you can't

22  give any information about the subject of your trial

23  testimony.  Is that right?

24    A.    That's correct.

25    Q.    Okay.  I think we dispute that, but we

1                            ████████ - 2/16/2022

2     can move on for now and circle back.

3                  Talking about the court cases that you've

4     been an expert in, have you ever served as an expert

5     in a court case on behalf of any party that's not

6     the SEC?

7          A.    No.

8          Q.    And in any of the court cases in which

9     you served as an expert for the SEC, do you know if

10    your testimony was subject to a Daubert motion?

11                  MR. SYLVESTER:  Objection.

12         A.    I don't think so, but I don't -- yeah, I

13    don't think that happened.

14         Q.    So to the best of your knowledge, a court

15    has never ruled on a Daubert motion concerning your

16    testimony.  Is that right?

17                  MR. SYLVESTER:  Objection.

18         A.    I'm -- since I'm not a lawyer, I'm

19    unclear of the specifics for how that process works,

20    but I don't think that my testimony has ever been

21    challenged or thrown out or anything like that.

22         Q.    And I'm just asking to the best of your

23    knowledge has a court ever ruled on a Daubert motion

24    concerning your testimony?

25                  MR. SYLVESTER:  Objection.

127

1                        ████████ - 2/16/2022

2        Q.    Do you know?

3        A.    I don't know.

4        Q.    Okay.   Take a look at ████ Exhibit 1,

5    your expert report.   At Page 5, Paragraph 6.

6              Paragraph 6 says:   Appendix B to this

7    report contains a complete list of documents and

8    data sources I relied upon to complete the analysis

9    in this report.

10             Do you see that?

11       A.    Yes.

12             (Exhibit 3 was marked.)

13       Q.    I'm going to mark as ████ Exhibit 3 a

14   copy of Appendix B to the report.

15             Do you recognize Exhibit -- ████

16   Exhibit 3 as a copy of Appendix B to your report in

17   this case?

18       A.    Yes, that looks right.

19       Q.    Is this a complete list of all of the

20   documents that you considered in forming your

21   opinions in this matter?

22       A.    This is a complete list of all the

23   sources.   I think on some of these, like social

24   media sites, you know, there are different pages on

25   that site that are kind of incorporated into that

1                          ███████ - 2/16/2022

2      source.  It's not like every thread of every comment

3      or anything like that is listed here.  But, yeah,

4      all the sources that I relied upon are here.

5          Q.   Are there any sources you considered that

6      you didn't list in Appendix B?

7          A.   No, I don't think so.

8          Q.   How did you learn what this case was

9      about?

10         A.   I can't remember.

11              MR. SYLVESTER:  Objection.

12              To the extent that that calls for

13     communications with counsel I'm going to instruct

14     you not to answer.

15         A.   I can't remember when I first learned

16     about it or exactly how.  I mean, I know that I read

17     a news article about it I think after the case was

18     filed.  But in terms of -- yeah, I think -- yeah,

19     that's probably...

20         Q.   Did you consider any background facts

21     about this case in forming your expert opinions?

22         A.   Did I consider any -- sorry.  Any what?

23         Q.   Any background facts about the case

24     itself --

25         A.   I don't know what you mean --

1                        ▮▮▮▮▮ - 2/16/2022

2          Q.    -- in forming your opinions?

3          A.    -- by that.

4          Q.    Well, let me give you an example.  Take a

5    look in ▮▮▮▮ Exhibit 1, your report, Paragraph 2.

6    Exhibit 1.

7                     MR. SYLVESTER:  Did you say

8    Paragraph 2?

9                     MR. OPPENHEIMER:  Paragraph 2.

10         Q.    You wrote at the end of Paragraph 2:  The

11   purchases of XRP were made through trades on the XRP

12   Ledger on digital asset trading platforms and in

13   private over-the-counter transactions throughout the

14   period that Ripple offered XRP for sale from 2013 to

15   the filing of the SEC's complaint on December 22nd,

16   2020 (issuance period).

17                How did you come up with that period?

18         A.    I think --

19                     MR. SYLVESTER:  Objection; form.

20                     Go ahead.

21         A.    That was part of my assignment in this

22   case.

23         Q.    You didn't read the complaint or the

24   amended complaint in connection with forming your

25   opinions in this case, did you?

130

█████ - 2/16/2022

1

2       MR. SYLVESTER:  Objection.

3       A.    I thought -- it seems like you're asking

4   me two different things, like if I read the

5   complaint or if that helped form my opinion.

6       Q.    Did you consider the complaint or the

7   amended complaint when you were forming your

8   opinions in this case?

9       MR. SYLVESTER:  Objection.

10      A.    I did my own independent analysis on this

11  case.

12      Q.    Did you consider the complaint or the

13  amended complaint when you were forming your

14  opinions?

15      MR. SYLVESTER:  Objection; asked and

16  answered.

17      A.    Yeah, I did my own independent analysis.

18      Q.    Did that independent analysis include

19  consideration of the complaint or the amended

20  complaint?

21      A.    I did my own analysis on this -- in this

22  case.  I don't -- I really don't have anything else

23  to say about that.

24      Q.    You didn't list the complaint or the

25  amended complaint in Exhibit B.  Correct?  I'm

131

1                    ███████ - 2/16/2022

2      sorry.  Appendix B to your report, Exhibit 3 in this

3      deposition.  Correct?

4           A.   Let me just go back and make sure.  It's

5      been a while since I've seen this.

6                (Pause.)

7                No, I don't see it listed there.

8           Q.   So does that mean you did not consider

9      the complaint or the amended complaint in forming

10     your opinions in this case?

11          A.   The sources I considered are in this

12     list.

13          Q.   And the complaint and the amended

14     complaint are not among them.  Right?

15          A.   Not on that list.

16          Q.   Okay.  So how did you learn what this

17     case was about?

18                MR. SYLVESTER:  Objection; same

19     instruction.

20                To the extent that you can answer

21     that question without revealing communication with

22     SEC counsel, you're free to answer.  And to the

23     extent that it calls for communications with

24     counsel, please do not answer.

25          A.   I can't remember all the details around

132

████████ - 2/16/2022

2   that, but -- yeah, that's -- I'll leave it there.

3       Q.   So you can't remember how you learned

4   what this case was about.  Is that right?

5               MR. SYLVESTER:  Objection;

6   mischaracterizes testimony.

7       A.   Yeah, I don't think that's what I said.

8       Q.   Okay.  So tell me what you do remember

9   about how you learned what this case was about.

10              MR. SYLVESTER:  Objection.

11              To the extent that that calls for

12  communications with counsel, I'm going to instruct

13  you not to answer.

14      A.   Yeah, I'm going to not answer that

15  question.

16      Q.   So did you learn about what this case was

17  about solely through conversations with counsel?

18              MR. SYLVESTER:  Objection;

19  mischaracterizes testimony.

20      A.   Sorry.  Repeat the question.

21      Q.   Did you learn what this case was about

22  solely through conversations with the SEC's counsel?

23      A.   For the reasons that we talked about, I'm

24  not going to answer that question.

25      Q.   I don't think you have the option not to

133

1

2    answer that question.  I'm not asking you what you

3    talked about with them.  I'm asking did you learn

4    about this case solely through conversations --

5    sorry.

6              Did you learn what this case was about

7    solely through conversations with the SEC's counsel?

8         A.   I think that involves the discussions I

9    had with SEC counsel and what we talked about, so...

10        Q.   You haven't been instructed not to answer

11   that question.  Are you refusing to answer it?

12        A.   I think I've already given a general

13   sense of some of the information and where I've

14   learned about it.  And then in other cases I think

15   that I've learned things about this case from

16   conversations with attorneys.  So I've been

17   instructed not to disclose those.  And so I think

18   I've covered the answer to your question as best as

19   I can.

20        Q.   My question is did you learn about what

21   this case is about solely through conversations with

22   the SEC's counsel?

23              MR. SYLVESTER:  Objection; asked and

24   answered.

25              He's testified to

134

&#9608;&#9608;&#9608;&#9608; - 2/16/2022

2  this (unintelligible) --

3          MR. OPPENHEIMER:  Counsel, you know

4  he has not answered the question.

5          MR. SYLVESTER:  I do know that he has

6  answered the question.  He's testified, for one

7  thing, that he read about the case elsewhere.

8      Q.   What sources did you -- from what sources

9  did you learn about this case, other than the SEC's

10 counsel?

11     A.   I can't remember the specific news

12 sources or articles written in the -- in the press,

13 in the -- about the case.

14     Q.   But you didn't consider those articles in

15 forming your opinions in this case because they're

16 not listed in Exhibit B to your report.  Right?

17         MR. SYLVESTER:  Objection; form.

18     A.   The -- the documents considered to

19 complete my report are in this list.

20     Q.   Right.  And that list does not include

21 news articles about this litigation.  Correct?

22     A.   I can go through and kind of go one by

23 one and explain what the -- what they are.  But

24 there are certainly news articles here about digital

25 assets.  I don't know -- I can't remember a specific

1                        ████████ - 2/16/2022

2    article that I read that -- that you're asking about

3    this case.  And since I didn't list it in here, it

4    wasn't part of my -- part of the data that I used

5    to -- to form my expert opinion.

6        Q.    So to be clear, you did not consider news

7    articles about this litigation in forming your

8    opinions in this case.  Right?

9        A.    There are certainly news articles listed

10   in this -- in this list.

11       Q.    That's not my question.  My question

12   is --

13              MR. SYLVESTER:  Please let him finish

14   his answer.

15       A.    The -- again, I think we -- we could go

16   through this list and look at what each of these

17   articles is about, but I don't feel comfortable

18   characterizing every word -- every article that's in

19   here, whether one of those talks about the

20   litigation or not.  I mean, I'm not -- I'm not

21   really prepared to -- I can't remember specifically

22   every word that's in these articles.  I can't really

23   say whether that's true or not.

24       Q.    Why don't you read Exhibit B to yourself

25   and tell me if you see any news articles about this

1                    ██████ - 2/16/2022

2      litigation listed in Exhibit B -- I'm sorry,

3      Appendix B to your report, Exhibit 3 --

4           A.    Exhibit 3.  Right?

5           Q.    -- to your deposition.

6           A.    This one?

7           Q.    Yes.

8           A.    (Pause.)

9                 Okay.  None of the items in my list, at

10     least in titles, appear to reference the litigation

11     itself.

12          Q.    So turning back to Exhibit 1 in

13     Paragraph 2, how did you come up with that date

14     range for the issuance period of 2013 to the filing

15     of the complaint on December 22nd, 2020?

16                MR. SYLVESTER:  Again, I'm going to

17     instruct you to the extent that you learned that

18     conversation through conversations with counsel, not

19     to answer to the extent it reveals conversations

20     with counsel.  If you learned that information from

21     any other source you may have read, you're free to

22     answer that.

23                MR. OPPENHEIMER:  And, again, I think

24     that's not a proper instruction for something

25     disclosed to a testifying expert that he relied on

137

███████ - 2/16/2022

1    in his report, but let's --

2              MR. SYLVESTER:  Yeah.  I'm asking him

3    just not to reveal any conversations with counsel.

4              If you learned this from reading a

5    document, you're free to reveal that document that

6    you were given -- that you obtained on your own or

7    that you received from counsel.

8         A.   What I can remember sitting here now is

9    that this is, you know, part of -- part of the

10   assignment was that date range.

11        Q.   When you say "part of the assignment,"

12   you mean part of the instructions that you received

13   from the SEC?

14        A.   So I mean the assignment of, you know,

15   what I was asked to offer independent expert

16   testimony is included in this description that I

17   wrote about the assignment and part of that

18   description that I wrote about the assignment is the

19   time range.  And so, you know, the time range that I

20   was analyzing was -- was part of that assignment.

21             MR. SYLVESTER:  Brad, can we take

22   literally a two-minute break?  I think this could be

23   resolved briefly.  I just need to consult with

24   Mr. ██████

138

1                    ███████ - 2/16/2022

2               MR. OPPENHEIMER:  Sure.

3               MR. SYLVESTER:  Thank you very much.

4               THE VIDEOGRAPHER:  The time is 12:55.

5    We are off the record.

6                    (Break.)

7               THE VIDEOGRAPHER:  The time is 1:07

8    we are on the record.

9         Q.    Mr. ██████ did the SEC provide you with

10   any factual assumptions that you relied on in

11   forming your opinions in this case?

12        A.    Nothing that I can remember.  I think

13   they gave me the assignment as listed here.

14        Q.    Take a look at Exhibit 1, your report, at

15   Page 6, Paragraph 8.  The beginning of Paragraph 8,

16   you write:  The design of XRP is a fixed-supply

17   coin, as well as statements made by Ripple, were

18   consistent with promoting an investment-use case for

19   XRP.  Based on my experience in the digital asset

20   space, I conclude that a reasonable purchaser would

21   have had an expectation of future profit derived

22   from the efforts of Ripple.

23               You see that?

24        A.    Yes.

25        Q.    And you're offering that opinion based on

1                  ████████ - 2/16/2022

2      your experience in the digital asset space.  Right?

3          A.    In part, based on my experience in the

4      digital asset space.  In part, you know, this is the

5      result of the, you know, total analysis that I did

6      that I got put here in the report.

7                But I think, you know, I identified, you

8      know, key factors that are important to reasonable

9      purchasers of digital assets and that did come

10     from -- from my experience in the digital asset

11     space from both trading, the arbitrage strategies,

12     and the discretionary trading strategies we talked

13     about earlier.

14                I mean, I think that includes my

15     experience in the -- the traditional financial space

16     trading a variety of other asset classes like

17     stocks, bonds, and FOREX and commodities.  It

18     includes my experience just interacting with, you

19     know, market participants in the space, plus

20     experience just kind of also on the noninvestment

21     side being a user of blockchains, someone has just

22     routinely used digital assets and blockchains

23     before.  I'm also extremely familiar with the

24     blockchain space through the investigative work that

25     I've done, fraud investigations and such.

1                    █████ - 2/16/2022

2              And then I think, you know, using that

3      knowledge, identifying key factors that are

4      important to reasonable purchasers and then

5      collecting data that is relevant to that so that

6      includes, you know, public statements by Ripple and

7      by employees of Ripple and it also includes, you

8      know, blockchain data and trading data and, you

9      know, a variety of both written communications

10     and -- and hard data along those lines and I think,

11     you know, synthesizing those together to create an

12     understanding of how a reasonable purchaser would

13     interpret, you know, aspects of what Ripple and --

14     did and what, you know, the design of XRP was to --

15     to reach conclusions about, you know, how a

16     reasonable purchaser would, you know -- how -- how

17     those factors and that data was relevant to a

18     reasonable purchaser.

19          Q.    Was there anything other than the

20     elements you just described that you were relying on

21     to form your opinions in this case?

22          A.    Everything I did I think is primarily,

23     you know, laid out in the report.  I think I just

24     gave a very high-level overview of one piece of

25     that.  But, you know, there are -- there is a lot

141

████████ - 2/16/2022

1
2  more detail about the -- the work that went into

3  that and the analysis in the rest of the report.

4      Q.    Okay.  And you don't have any academic

5  training on digital assets.  Right?

6              MR. SYLVESTER:  Object to form.

7      A.    I'm not exactly sure what you mean by

8  that, whether I have academic training.

9      Q.    Well, you don't have a degree in any

10  field related to digital assets.  Right?

11              MR. SYLVESTER:  Object to form.

12      A.    I think -- I might be wrong, but I think

13  earlier we were talk- -- when you asked those

14  questions, we were talking about, you know, digital

15  assets as an investment or the financial aspects of

16  that.  But digital assets are, you know --

17  blockchains generally rely on, you know,

18  cryptographic cash functions and software and

19  technology and algorithms and things like that that

20  I learned a great deal about in getting a master's

21  degree in electrical engineering.

22              And then after that -- after those

23  degrees, like I mentioned on my CV, I worked as an

24  engineer developing software, developing algorithms

25  and learning about, you know, many different areas

1                          ███████ - 2/16/2022

2       of expertise that are directly relevant to the

3       blockchain space.  So -- so I would disagree with

4       that.

5            Q.    So you have an engineering degree; you

6       don't have a finance degree.  Right?

7            A.    That's correct.

8            Q.    You don't have an economics degree.

9       Right?

10           A.    That's correct.

11           Q.    You don't have a degree in any

12      investment-related field.  Right?

13           A.    That's correct.

14           Q.    Now, one of the things that you mentioned

15      in that sentence we just read was the design of XRP

16      as a fixed-supply coin as something that was

17      consistent with promoting an investment-use case for

18      XRP.  Do you see that?

19           A.    Yes.

20           Q.    Bitcoin is also a fixed-supply coin.

21      Right?

22           A.    The supply of bitcoin changes over time.

23           Q.    It is capped at a long-term maximum,

24      isn't it?

25           A.    I would say even still over the period of

1                      ███████ - 2/16/2022

2    time we've been talking here today -- it's been,

3    what, four years -- there have been probably over

4    that period of time 24ish block rewards at 6.25

5    bitcoin each.  So that's probably, you know, a large

6    number of, you know, freshly mined bitcoin that have

7    come into existence just since we've been sitting

8    here at the table.

9              So I disagree with your assertion that's

10   a fixed-supply coin.  The supply has literally

11   changed since we've been talking today.

12       Q.    There is a long-term maximum on the

13   number of bitcoins that will ever exist, isn't

14   there?

15       A.    The current consensus rules for that

16   protocol, yes, dictate a 21 million maximum supply.

17   Those can change and there have also been forks of

18   the coin that have, you know, introduced differences

19   to that.

20       Q.    So the answer is yes, under the current

21   consensuses rules, there is a long-term maximum

22   supply of bitcoins.  Is that right?

23              MR. SYLVESTER:  Object to form.

24       A.    Under the current -- yes, under the

25   current design of bitcoin, there is a maximum future

1                          ██████ - 2/16/2022

2    supply, but the supply is constantly increasing.  I

3    mean, I think at some point way into the future, the

4    block reward will actually be zero and that will

5    cease to be true, but as of right now, the supply is

6    going up over time.

7         Q.    And that's true of Ethereum as well, that

8    there is a long-term maximum number of Ether that

9    will exist.  Is that right?

10        A.    That's correct.

11              MR. SYLVESTER:  Objection; form.

12        A.    The supply of Ether also grows over time,

13   but I think, especially after the recent update, the

14   mechanism in place for minting and burning tokens

15   changes depending on the demand for block space.

16   And so there are actually times when the opposite of

17   that is true and the supply is decreasing.

18   Sometimes the supply is increasing.  The amount of

19   the decrease or increase is variable so that changes

20   over time.  So it's theoretically possible to have

21   long stretches of time where the supply of Ether is

22   actually going down and other times there are going

23   to be stretches of time when the -- when the supply

24   goes up.  But unlike XRP which has an initial value

25   that's set and doesn't change and bitcoin which, as

145

█████ - 2/16/2022

1

2  you identified, has kind of an upper bound but we're

3  constantly increasing towards that bound, for

4  Ethereum, it's a totally different matter.  There

5  is -- there is no target number that is a limit in

6  either direction.

7      Q.   You just said XRP has an initial value

8  that's set and doesn't change.  What do you mean by

9  that?

10     A.   I mean when the XRP Ledger and XRP tokens

11 were created, there were -- a certain number of them

12 were mined and that number exists in the world and

13 hasn't changed since that point.

14     Q.   So when you said "value" there, you were

15 referring to the number of tokens, you weren't

16 referring to price?

17     A.   That's correct.  I meant the number of --

18 actually, I mistakenly said tokens, they're coins.

19 The number of coins was -- was set kind of as a

20 complete separate concept than the price.  The

21 number of coins was set at a point in time and

22 hasn't changed since then.

23     Q.   Is it your view that any cryptocurrency

24 that has a fixed supply in which all of the existing

25 coins exist from the outset is consistent with

1                        ████████ - 2/16/2022

2     promoting an investment use?

3                    MR. SYLVESTER:  Objection; beyond the

4     scope.

5         A.    I'd -- I'd have to think through the

6     specifics of another asset that you have in mind.

7     Just as a general principle, if there's a -- if

8     there's a company or a product offering that has

9     some economic activity on it and the supply of that

10    coin or token is fixed, then, you know, increased

11    participation in that, increased kind of value of

12    economic activity taking place on that platform or

13    using that token is linked to the price of the token

14    if there is a, you know, a fixed supply in that

15    token because the value of that economic activity,

16    you know, is -- is sort of spread among that fixed

17    and finite and constant supply of tokens.

18                   So to the extent that a certain dollar

19    value of assets needs to be reflected in that pool

20    of tokens to facilitate that economic activity, the

21    total kind of dollar value of that pool of tokens

22    needs to grow or shrink to accommodate that economic

23    activity.

24                   And, you know -- you know, the concept

25    I'm getting across here, and I think it holds

1                           ████████ - 2/16/2022

2    generally but not in every possible situation

3    because I can imagine some -- you know, I can't

4    consider every possible scenario how that could be

5    different, is that, yeah, in fact, the -- the fixed

6    supply basically provides that linkage between the

7    value of the economic activity happening on the coin

8    and on the platform with the -- the price of the

9    token.

10              Basically, if you don't have that fixed

11   supply, then the market cap of the token can shrink

12   or grow without directly impacting the price of a

13   single coin.

14        Q.    Do you know approximately how many

15   bitcoins are in existence today?

16        A.    I'm -- I'm going to be guessing.  As of

17   right now, I think it's probably something like 16

18   million.

19        Q.    And do you know approximately how many

20   bitcoins are mined everyday?

21        A.    6.25 times 6 times 24.  Whatever that

22   number is.

23        Q.    Don't look at me.

24        A.    Statistically, that's how many are going

25   to be mined everyday.  The actual number will be

1                    ███████ - 2/16/2022

2   different.  You could have a scenario where many

3   fewer than that are mined or more than that are

4   mined on a given day.  I mean, not just could, in

5   fact, that is the case.  Everyday it's going to be a

6   different number.  But kind of statistically

7   speaking, as an average over time, it's 6.25 times 6

8   times 24.

9       Q.    So something in the ballpark of 1,000

10  coins per day?

11      A.    Let me think for a second.

12            Yeah, that sounds about right.

13      Q.    Is it your view that where there's about

14  16 million bitcoin already in existence, a change of

15  1,000 new bitcoins per day severs the link between

16  economic activity and the price of bitcoin that you

17  were just discussing?

18            MR. SYLVESTER:  Objection; beyond the

19  scope.

20      A.    I think over time this issue of the --

21  the growth of the number of tokens has actually been

22  extremely important to many market participants and

23  has been hotly debated.  And I think, yeah,

24  generally you would find many people to take, you

25  know, great importance into the exact number of how

1                         ████████ - 2/16/2022

2    many coins are mined each day.

3              I mentioned just a minute ago, the idea

4    that on the Ethereum blockchain, the growth of that

5    is kind of variable over time and I don't mean in a

6    statistical sense like I just mentioned with

7    bitcoin, but I mean, that's -- the actual number can

8    increase or shrink and -- and, you know, this has

9    been a -- a huge deal and part of, you know,

10   people's investment thesis even about -- about Ether

11   that if -- now that there's a mechanism that allows

12   the number of coins to shrink over time during

13   certain periods that, you know, that can be a really

14   important factor for making a decision whether to

15   invest or not.

16             Certainly, I would say that when you have

17   something that's worth $44,000 a coin like bitcoin,

18   and you mentioned, you know, roughly a thousand new

19   coins per day, all is equal, there needs to be

20   another $44 million of demand for that asset to kind

21   of keep things in equilibrium.  So it's very

22   significant that the number of tokens changes over

23   time.

24             But I mean, I think it's -- if you're

25   looking at that analysis the way I kind of put it

150

1               ███████ - 2/16/2022

2    out that there's a certain time -- I think in time

3    there's a market cap of the coins and you divide

4    that market cap by the number of tokens.

5               To the extent that somebody has an idea

6    of what the value of the protocol or the blockchain

7    should be, the number of coins is, you know,

8    directly linked to that -- to that number, and so if

9    it's a fixed supply, the -- over time, then the

10   economic value of the entire protocol or the entire

11   blockchain is directly proportional in that case to

12   the price of the token.  So there is a proportional,

13   direct, consistent linkage there.

14               And I think you're talking about in

15   bitcoin and certainly in Ethereum, that linkage

16   is -- is variable, but certainly the number of

17   tokens is hotly debated and is a -- the maximum cap

18   on bitcoins is the reason why many people say

19   that -- they would point to that as a reason to

20   invest in the token.

21       Q.    Are you familiar with the concept of

22   market efficiency?

23       A.    Yes.

24       Q.    In your view are large cap digital asset

25   markets efficient?

1        ████████ - 2/16/2022

2              MR. SYLVESTER:  Objection; beyond the

3     scope.

4        A.    There are different types of market

5     efficiency.  Even as an academic topic, there's, you

6     know weak-form efficient markets, strong-form

7     efficient markets and, colloquially, people use that

8     term in many different ways.  So I really have no

9     idea how you're specifically using that term when

10    you're asking me the question, are large cap digital

11    assets efficient?  Can you kind of hone in on which

12    version of market efficiency you have in mind?

13       Q.    Why don't we start with weak-form

14    efficiency.  Do you believe that digital asset

15    markets are weak-form efficient?

16              MR. SYLVESTER:  Objection; beyond the

17    scope.

18       A.    As a general principle, I would say that

19    the fact that I am -- spent so much time doing

20    arbitrage in the cryptocurrency space, would suggest

21    that there are inefficiencies in the digital asset

22    space.

23       Q.    Okay.

24       A.    Because if the inefficiencies didn't

25    exist then there wouldn't be a large profit pool

152

1                          ████████ - 2/16/2022

2    available for arbitrage.

3         Q.    As a general principal, if a market is

4    efficient, you wouldn't be able to arbitrage

5    successfully in it.  Is that right?

6                   MR. SYLVESTER:  Objection; beyond the

7    scope.

8         A.    Arbitrage profits are linked to the

9    inefficiencies that exist in a digital asset space,

10   yes.

11        Q.    And because you've been able to achieve

12   significant profits through arbitrage, your view is

13   that there are inefficiencies in the digital asset

14   markets.  Correct?

15                  MR. SYLVESTER:  Objection; beyond the

16   scope.

17        A.    So you're asking me, are there right now?

18   I mean, that covers a lot of different assets and,

19   you know, my activity in the space covers a lot of

20   different time and a lot of different assets.

21                  There's certainly been periods of time

22   when there were no arbitrage opportunities available

23   for certain assets and there were periods of time

24   when there were large opportunities available -- I'm

25   sorry -- arbitrage opportunities available for

153

1                            ███████ - 2/16/2022

2    certain assets.

3            So there's really a different answer for

4    that, at different points in time and for different

5    assets.  It's -- it's hard to make an overarching

6    statement about how efficient the cryptocurrency

7    markets are.

8        Q.    If you look at Paragraph 8 in your

9    report, Exhibit 1, that same sentence we've been

10   looking at you first mention:  The design of XRP is

11   fixed-supply coin.

12           Then you say:  As well as statements made

13   by Ripple.

14           How did you select which of Ripple's

15   statements to analyze and opine on in this report?

16       A.    I generally searched through Ripple's

17   public statements and any statements that I could

18   find that -- that I came across on kind of known

19   platforms, especially social media platforms, but

20   also statements that I found through interviews and

21   speeches, things like that.

22       Q.    So you went and looked for all these

23   statements yourself?

24       A.    I looked for statements personally, yes.

25       Q.    Did the SEC provide you any statements

1                          ████████ - 2/16/2022

2     for you to consider?

3          A.   I don't remember any specific statements

4     that were given to me by the SEC about this.

5          Q.   I'm not asking you if you remember which

6     specific ones.  My question is, did the SEC provide

7     you any statements for you to consider in forming

8     your opinions?

9          A.   I don't remember.

10         Q.   Does Exhibit B to your report, that is

11    Exhibit 3 in the deposition, does ████ Exhibit 3

12    include every statement by Ripple that you

13    considered in forming your report --

14         A.   So --

15         Q.   -- your opinion --

16         A.   -- as I mentioned earlier, I'm very

17    confident that this covers all of the websites and

18    sources.  I think on a individual website here like,

19    you know, Twitter is mentioned, for instance, there

20    were other individual Twitter threads that -- that I

21    read.  But maybe every single thread isn't listed

22    here, but certainly all of the -- certainly all the

23    general, you know, platforms where I drew this

24    information are listed on this.

25         Q.   Your report cites about 40 statements by

1            ███████ - 2/16/2022

2    Ripple in all.  You know, I'm not asking you to

3    count them up, I'm just telling you I have counted.

4    There are about 40.

5               Did you look for any statements by Ripple

6    beyond those roughly 40 that would have shown that

7    Ripple was promoting any activities in a way that

8    was not consistent with an investment-use case?

9               MR. SYLVESTER:  Object to form.

10       A.    There was many statements by Ripple.

11   Some of those ended up in the report, some of those

12   didn't.  I think there are additional statements by

13   Ripple or by Ripple employees that suggest an

14   investment-use case.  I think I have talked about --

15   I have included statements in here that speak to

16   noninvestment-use cases as well.  There's like a

17   combination.

18               So I guess I would say that that sort of

19   mischaracterizes what's in the report, because there

20   is a combination of investment -- known

21   investment-use cases that show up in the quotes, and

22   there are also investment and noninvestment cases

23   that show up outside of those quotes.  There are

24   also many statements by Ripple and individuals

25   related to Ripple that are talking about a wide

         1                    ████████ - 2/16/2022

         2      variety of topics that are either irrelevant or have

         3      nothing to do with this analysis.

         4              But as I mentioned, I kind of -- I set

         5      forth a list of important factors that are

         6      considered by reasonable purchasers, and those

         7      important factors are based on my understanding of

         8      the space and my involvement in the space, both as a

         9      user of blockchains and investor in the space.

        10              And, you know, I try to -- to focus on

        11      statements that were -- you know, informed the --

        12      the understanding of reasonable purchasers regarding

        13      those important factors that they might consider.

        14          Q.    So you set out the list of important

        15      factors that you believe are considered by

        16      reasonable purchasers, and then look to see if there

        17      were Ripple statements regarding those factors.  Is

        18      that right?

        19          A.    The -- the -- well -- I -- I can't -- I

        20      can't tell if you're trying to get at, like, a --

        21      are you trying to get at a chronology of which one

        22      happens first, or are you trying to get at, like, a

        23      completeness of whether there is a statement that

        24      exists in the world that's responsive to one of

        25      those factors, or I can't exactly tell what you're

1                         ████████ - 2/16/2022

2    asking me about here.

3          Q.    The question is about how you went about

4    finding these statements by Ripple that you quote in

5    the report, and so I'm asking:  Based on the answer

6    you just gave, it sounded like what you were saying,

7    and you can tell me if I have this

8    wrong -- withdrawn.  Let me ask a good question.

9                From your testimony, it sounds like the

10   way you found these statements was that you set out

11   the list of important factors that you believe are

12   considered by reasonable purchasers, and then you

13   looked to see if there were Ripple statements

14   regarding those factors.  Is that right?

15         A.    I'd say that's -- that's generally the --

16   yeah, the approach I took.  I mean I think that a

17   more detailed explanation of my approach and my

18   findings are -- there is a lot more to it than that,

19   because there is a, you know -- a 50-page report

20   about that here.

21               But, yes, generally, I -- I identified

22   factors that are important to reasonable purchasers,

23   based on my experience in the space.  And I have

24   included -- searched for data, searched for

25   communications that were made and, you know, part of

158

1                         ███████ - 2/16/2022

2      that is also a synthesis of my understanding of how

3      the blockchain works.

4             I mean, we have talked also about the

5      design of XRPs, the fixed-supply coin, so some of

6      that is from the blockchain analysis itself, some of

7      that is from the communications that have been made

8      by Ripple and by some Ripple employees.  And to the

9      extent that those statements in one direction or

10     another, you know, related to these topics, then,

11     you know, I -- I included those.

12        Q.    Sitting here today, you don't know how

13     many total public statements Ripple made between

14     2013 and 2020, do you?

15        A.    I don't know.

16        Q.    And you don't know what percentage of

17     Ripple's total public statements the ones in your

18     report constitute, do you?

19        A.    I don't know.

20        Q.    You don't know if it's less than a

21     fraction of a percent of total public statements?

22        A.    I --

23              MR. SYLVESTER:  Object to form.

24              Go ahead.

25        A.    I don't know how many public statements