159

1                            ███████ - 2/16/2022

2      have been made by Ripple.

3          Q.    Did you look for statements -- sorry.

4      Did you look for statements by Ripple that do not

5      support your conclusions in the report?

6          A.    I think I've --

7                    MR. SYLVESTER:  Object to form.

8                    Go ahead.

9          A.    -- I've addressed areas in my report

10     where, for instance, the statements or the design

11     factors would relate to utility users, and I think

12     there are times in the report where I talk about how

13     those statements or design factors would actually be

14     beneficial towards utility purchasers.

15                    So I would -- I would disagree with the

16     characterization of the report, that there is

17     nothing in any of those statements that -- that

18     support utility usage or noninvestment

19     considerations by reasonable purchasers.

20         Q.    So you agree that Ripple made public

21     statements that were not targeted at an investment

22     purpose.  Is that right?

23                    MR. SYLVESTER:  Objection;

24     mischaracterizes his testimony.

25         A.    I think Ripple's made statements about

1                       ███████ - 2/16/2022

2    all kinds of things, and I certainly don't have

3    every statement that Ripple made in this report.  As

4    you mentioned, Ripple has many other public

5    statements.  Not every one of those statements is in

6    the report.

7              Those statements are about many

8    different -- many different things, but I'm -- I'm

9    specifically looking to synthesize an understanding

10   of how their statements and their actions and the

11   design of their platform and software relate to

12   the -- the factors that I've put forth.

13        Q.   Did you look for any --

14              MR. SYLVESTER:  And just -- sorry.

15   I think we might be at a good point to take a lunch

16   break sometime soon.  I think we've been going for

17   about an hour, even notwithstanding my two-minute --

18   two-minute break.

19              MR. OPPENHEIMER:  I have a few more

20   in this line, but I agree we can break pretty soon.

21              MR. SYLVESTER:  Okay.

22        Q.   Did you look for any statements by Ripple

23   that are inconsistent with an investment-use case?

24        A.   I looked -- as I mentioned earlier, I

25   looked for -- I looked through many, many

161

1                    ██████ - 2/16/2022

2   statements.  I looked for as many sources and

3   statements as I -- that I could find.  And I looked

4   through many on a variety of topics.

5          Q.    But you only considered the ones that are

6   listed in Appendix B to your report.  Right?

7          A.    I --

8                      MR. SYLVESTER:  Objection.

9                      Go ahead.

10         A.    -- don't think there is a difference in

11  the two sets that I was talking about just now.  I

12  think maybe I should hone down what you mean by

13  "public statements," but public statements can be

14  made in a variety of places.  Some of them -- those

15  don't always get recorded in a place where I can

16  even access them or see them.  But I searched for

17  public statements.  The ones I found that are on

18  this -- on this list.

19         Q.    Since you didn't consider the SEC's

20  complaint in this case, I take it you don't know

21  whether the complaint alleges that there were

22  particular statements that would have led purchasers

23  of XRP to expect profits, based on Ripple's efforts?

24         A.    So wait.  Sorry.  Say that -- say the

25  question again, what I was looking for in the -- in

```
1                    ████████ - 2/16/2022

2     the statement of the complaint.

3          Q.    Yeah.

4                Since you didn't consider the SEC's

5     complaint in this case, I take it you don't know

6     whether the complaint alleges that there were

7     specific statements that would have led purchasers

8     of XRP to expect profits, based on Ripple's efforts?

9          A.    I think --

10                    MR. SYLVESTER:  Object to form.

11                    But you can answer.

12         A.    -- you made an assumption that I don't

13    know what's in the complaint, and I would disagree

14    with that.

15         Q.    Did you consider the complaint in forming

16    your opinion in this case?

17         A.    The documents that I -- that informed my

18    analysis are on this report.

19         Q.    So the complaint did not inform your

20    analysis, because it's not listed in Appendix B of

21    Exhibit 3.  Is that right?

22         A.    So what I'm trying to get at, and I think

23    this goes back to what we were talking about

24    earlier, is you're making an assumption about

25    whether or not I've seen the complaint -- you're
```

1                          ▮▮▮▮▮ - 2/16/2022

2   asking different questions about whether I've seen

3   it or whether I've, you know, pulled from it to, you

4   know, write my report, and those are different

5   questions.  So I -- I'm getting confused as to

6   exactly about --

7        Q.    In the --

8              (Simultaneous speaking.)

9        A.    -- if you're asking me if I've seen it or

10  read it or --

11             (Simultaneous speaking.)

12       Q.    Let me ask the question again.  I think

13  it's pretty straightforward.  The complaint did not

14  inform your analysis in this expert report, because

15  it's not listed in Appendix B to your report.  Is

16  that right?

17             MR. SYLVESTER:  Objection; form.

18       A.    The reason I'm confused is you just asked

19  the question about whether -- you said you assumed I

20  hadn't seen what was in the complaint, and you're

21  also asking about whether it was the basis for my

22  findings.

23             And I think you're asking me those -- if

24  those are the same -- the premise of your question

25  implies that those are the same thing, but they're

██████████ - 2/16/2022

1

2      not, and I'm honestly just confused about what --

3      specifically, you're trying to ask me about what

4      I've seen in the complaint or not.

5           Q.   I'm asking you to just take it one

6      question at a time.

7           A.   Okay.

8           Q.   I'm asking you one question right now.

9      My question is, the complaint did not inform your

10     analysis in this expert report, Exhibit 1, because

11     it's not listed in Appendix B to your report,

12     Exhibit 3.  Isn't that right?

13          A.   So --

14               MR. SYLVESTER:  Objection; form.

15               Go ahead.

16          A.   -- I -- I've -- I think what we're

17     dancing around here is I've read the complaint, so

18     I've seen information that was in the complaint.

19          Q.   Uh-huh.

20          A.   And I think earlier you asked me a

21     question if -- you said you assumed that I hadn't,

22     so that's not correct.  I have seen it.

23               You were also asking me if that was how I

24     found out certain information, and so that's why

25     I'm -- I'm trying to answer your questions

165

███████ - 2/16/2022

1

2  accurately, but I'm honestly confused about whether

3  you're asking me whether I've seen something, if

4  whether it's the first time I've seen something, or

5  whether it was something that I -- I know what's in

6  there, or if I can even remember what's in there

7  right now.

8          I would generally say I've read the

9  complaint.  It -- I -- I can't, sitting here without

10 it in front of me, tell you everything that's in it.

11 If you wanted to ask me about a specific point in

12 there, it's -- it's -- I guess an easy way to say it

13 is it's not -- the complaint's not cited in my

14 report.

15      Q.    So you did read the complaint before you

16 wrote your expert report in this case.  Right?

17      A.    Yes.

18      Q.    But you didn't consider what it was

19 saying in connection with forming your opinions.  Is

20 that right?

21      A.    I haven't cited the report -- sorry -- I

22 haven't cited the complaint in the report, and I

23 don't think that it was something that information

24 in the report formed any of my expert opinion about

25 this.  So it wasn't -- it wasn't a consideration in

1                      ██████ - 2/16/2022

2      doing my analysis and methodology that I've lined

3      out.  The methodology and analysis that I lined out

4      was based on my experience and based on the, you

5      know, data that I've collected.

6               Those are the sources that are in my

7      appendix here.  It doesn't mean that I've -- there

8      is probably other times in my life I've seen a

9      document that had to do with Ripple.  That doesn't

10     mean I'm not -- haven't seen it, but that means that

11     it hasn't, you know, impacted my conclusions in the

12     report that I wrote.

13          Q.   So even though you read it, you didn't

14     consider what the complaint said in forming your

15     expert opinions in this case.  Is that right?

16               MR. SYLVESTER:  Object to form.

17          A.   I feel like there is a specific legal

18     definition here of "consider" that maybe I'm not

19     understanding.  But I think I already explained it,

20     that, you know, I've read it.  I can't, sitting here

21     right now, remember exactly what's in it.  So I

22     don't know if there is a particular part of the

23     complaint that you're referring to, but, you know,

24     the -- the materials that form the basis of my

25     conclusion are, you know, cited in my report and

1                    ▓▓▓▓▓ - 2/16/2022

2      listed in this appendix.

3           Q.    Did you read the amended complaint?

4           A.    Yes.

5           Q.    Did you ever do any comparison of the

6      amended complaint to the original complaint?

7           A.    Honestly, right now it's been so long

8      since I've read either that I couldn't tell you what

9      the specific differences are in the two.

10          Q.    Did you -- let's see.

11                Have you deleted any tweets from your

12     Twitter account since the time you were retained as

13     an expert in this case?

14          A.    I use TweetDelete, so throughout the

15     course of my entire Twitter history my tweets are

16     regularly deleted for the past -- going back past

17     six years, I think, that they last a week or

18     something.  I can't remember exactly how long.

19     Probably seven days.

20          Q.    Have you taken any steps to disable

21     TweetDelete since you were engaged as an expert in

22     this case?

23          A.    No.

24          Q.    Do you know what tweets were deleted

25     since you became an expert in this case?

1                    ████████ - 2/16/2022

2        A.    No.

3        Q.    Why do you use TweetDelete?

4        A.    I'm not under my real name on Twitter.

5   My point of being there is not to build a brand or

6   promote a company or product.  I don't -- I don't

7   intend to keep a -- you know, a chronological, you

8   know, publicly accessible record of everything.

9   It's really more meant to be a platform that I can

10  just have conversations.

11       Q.    Do you know whether your Twitter account

12  is protected?

13       A.    Yes.

14       Q.    Is it?

15       A.    Yes.

16       Q.    When did you protect your Twitter

17  account?

18       A.    It's been protected on and off throughout

19  the entire period that I've ever had the account.

20  So that's, again, going back -- I think I started an

21  account in 2016.  And I'd say that it's been

22  protected for the majority of that time.  And I

23  think there have been times when I needed to talk to

24  an individual person and that required unprotecting

25  and protecting again.  But I couldn't tell you

1                    ▮▮▮▮ - 2/16/2022

2    exactly when or how many times.

3         Q.    Do you know when you most recently

4    protected your account?

5         A.    No.

6         Q.    Would it surprise you to learn that it

7    was in October of 2021 after you submitted your

8    expert report in this case?

9                    MR. SYLVESTER:  Objection; form.

10        A.    I don't remember when it was.

11        Q.    Do you have any reason to disagree with

12   the suggestion that it was in October of 2021?

13                   MR. SYLVESTER:  Objection; calls for

14   speculation.

15        A.    I don't remember when it was.

16        Q.    That wasn't my question.  My question was

17   do you have any reason to disagree that it was in

18   October of 2021?

19                   MR. SYLVESTER:  Objection; calls for

20   speculation.

21        A.    I don't know what you mean by that, but I

22   don't remember when it was.

23                   MR. SYLVESTER:  And, Brad, we've been

24   going for probably another ten, so can we take a

25   lunch break?

170

███████  - 2/16/2022

1

2          MR. OPPENHEIMER:  Less than three

3     questions and we can break.

4          MR. SYLVESTER:  Okay.

5     Q.    Would you be willing to give defendants

6     access to your Twitter account, not as in to run the

7     account, but access to read the posts from your

8     Twitter account in this case?

9          MR. SYLVESTER:  Objection; form.

10    A.    I don't understand.  As we just said, I

11    use TweetDelete.  So the tweets are regularly,

12    automatically deleted without my input.

13    Q.    Do you know if there are any tweets on

14    your account that have not yet been deleted as we

15    sit here today?

16    A.    I believe that there are no tweets on

17    there that have not been deleted.  I don't use

18    Twitter that often, so I'm pretty sure that the --

19    I'm very confident that the last time I used it was

20    so long ago that it would have been deleted.  It's

21    probably been -- well, it's been much more than

22    seven days.

23    Q.    Okay.  Do you recall when the last time

24    was that you used it?

25    A.    I would guess it was --

1                         ████████ - 2/16/2022

2                  MR. SYLVESTER:  Objection; form.

3                  "Used it"?  Are we talking about

4       Twitter?

5                  MR. OPPENHEIMER:  Sorry.  Yes.

6          Q.     When was the last time you made a post

7       through your Twitter account?

8          A.     That I posted?  I believe it was in 2021.

9                  MR. OPPENHEIMER:  Okay.  We can go

10      off the record.

11                 THE VIDEOGRAPHER:  The time is 1:45.

12      We are off the record.

13                      (Break.)

14                 THE VIDEOGRAPHER:  The time is 2:37.

15      We are on the record.

16         Q.     Mr. █████ I want to go back to digital

17      assets that you or ████████ have purchased in the

18      past.  I think you've already said that both you and

19      ████████ at one point had purchased ██████ and

20      █████████  Is that right?

21         A.     ████████ and ██████ yes.

22         Q.     ████████  Thank you.

23                 Did you or ████████ ever purchase

24      ████████

25                 MR. SYLVESTER:  Object to form.

172

1                        ███████ - 2/16/2022

2        A.    Yes.

3        Q.    How about ██████

4        A.    I don't think so.  I don't believe I did.

5        Q.    And when you say you don't believe "you"

6   did, is that you personally or both you and Lily --

7        A.    Sorry.  I meant for both me personally

8   and for ███████ I don't believe I ever have.

9        Q.    Okay.  What about ████████████

10                  MR. SYLVESTER:  Object to form.

11       A.    ███████████████████████████
  ██  ████████████  ████████████  ████████
  ██  ████████████████████████████████
  ██  ████████████████████████

15       Q.    Have you or ██████████ ever owned ████████

16       A.    I don't think so.

17       Q.    What about ███████

18       A.    I don't think so.

19       Q.    What about ██████

20       A.    I don't think so.

21       Q.    What about ██████

22       A.    I don't believe so.

23       Q.    How about ███████

24       A.    I don't believe so.

25       Q.    ████████

173

1                    ████████ - 2/16/2022

2        A.    Yes.

3        Q.    ████████

4        A.    Yes.

5        Q.    ██████

6        A.    Yes.

7        Q.    ███████

8        A.    I assume you meant ████ but...

9        Q.    I'm sorry.  ██████  You're right.  Yes,

10   ████ just to be clear.

11              THE STENOGRAPHER:  I can't hear.  I

12   need to go off the record.

13              MR. OPPENHEIMER:  Okay.  Let's go off

14   the record.

15              THE VIDEOGRAPHER:  The time is 2:39.

16   We are off the record.

17              (Break.)

18              THE VIDEOGRAPHER:  The time is 2:40.

19   We are on the record.

20        Q.    Have you or ████████ ever owned ██████

21              MR. SYLVESTER:  Object to form.

22        A.    Yes.

23        Q.    How about ████████

24              MR. SYLVESTER:  Object to form.

25        A.    Yes.

174

█████████ - 2/16/2022

1

2      Q.    How about █████████

3                 MR. SYLVESTER:  Object to form.

4      A.    I don't think so.

5                 (Exhibit 4 was marked.)

6      Q.    I'm going to show you a document that

7   we'll mark as ██████ Exhibit 4.  This is the SEC's

8   first amended complaint in this case.  And I'll

9   direct you to Paragraph 331.  You can feel free to

10  read whatever you need for context, but I'm asking

11  specifically about a quotation from that paragraph.

12              Paragraph 331 quotes a tweet by Ripple,

13  saying, quote, the price of #XRP continues to surge,

14  showing that people are looking for #bitcoin

15  alternatives, end quote.

16              That wasn't one of the statements that

17  you relied on or that you considered in forming your

18  opinion in this case, was it?

19                 MR. SYLVESTER:  Object to form.

20     A.    I don't believe -- I have to go back and

21  read through my report, but I don't think that

22  specific tweet was quoted in my report.

23     Q.    How about if you turn to Paragraph 252.

24     A.    252?

25     Q.    Yeah, 252.  There is a paragraph -- there

1            ████████ - 2/16/2022

2      is a quotation in Paragraph 252 saying:  On

3      January 21st, 2017, Cryptographer-1 represented in

4      the XRP chat that Ripple was, quote, heavily

5      focused, end quote, on, quote, building up an

6      awesome payments infrastructure, end quote, using

7      XRP, and had, quote, several strategies, end quote,

8      to do so.

9            You did not consider that statement by

10     Ripple in connection with forming your opinion in

11     this case, did you?

12          A.   I did not include that statement in my

13     report.

14          Q.   Okay.  Did you review drafts of any other

15     experts' reports in this case?

16          A.   No.

17          Q.   Do you know if any other experts reviewed

18     drafts of your reports --

19          A.   Actually let me just clarify.  I've read

20     the reports that I made rebuttals to.  I guess that

21     would be -- not be a draft, though.  Right?  That

22     would be a final product.  I guess I'm just trying

23     to clarify.  I've read other expert reports because

24     I've read the ones that I've basically offered a

25     rebuttal opinion against.

176

1                      ██████████ - 2/16/2022

2          Q.    Have you read any draft or final reports

3     of any other SEC experts in this case?

4          A.    No.

5          Q.    Have you spoken with any other SEC

6     experts in this case?

7          A.    Yes.

8          Q.    Which ones?

9          A.    ████████████ and ████████████████

10         Q.    Let's start with Dr. ██████████  Do you

11    know if he is affiliated with Integra?

12                    MR. SYLVESTER:  Object to form.

13         A.    He's not an employee of Integra.

14         Q.    When did you speak with Dr. ████████ about

15    this case?

16         A.    I can't remember the exact dates, but it

17    would have been sometime in spring of 2021, I think.

18         Q.    So before you wrote your report?

19         A.    Before I wrote my report, yeah.

20         Q.    What did you discuss with Mr. ████████

21    when you spoke with him?

22         A.    We discussed -- you know, we're trying to

23    help find somebody who would be a blockchain expert.

24    So I had discussions with him to kind of just

25    establish that he was knowledgeable in the

1               ███████ - 2/16/2022

2    blockchain space and that he knew about, you know,

3    blockchain technology.

4         Q.   Did you have any further conversations

5    with him after that one?

6         A.   I can't remember exactly, but I think

7    that we talked twice.  Two -- I think two times,

8    yeah.

9         Q.   What did you speak with him -- what did

10   you talk about with him during the second time you

11   spoke?

12        A.   It was the same topics of conversation.

13        Q.   I apologize.  I don't think I've asked

14   this yet, but if I'm duplicating, my mistake.

15             Do you know if any of the SEC's other

16   experts reviewed drafts of your opinion in this

17   case?

18        A.   I don't know.

19        Q.   Have you spoken about this case with

20   anyone outside of the SEC or Integra other than

21   Dr. ██████?

22        A.   Anyone outside of Integra or the SEC

23   besides Dr. ████████  I don't think so.

24             I mean, I guess I'm talking to you about

25   it now so that would actually have to be a yes.  I

178

1                    ████████ - 2/16/2022

2   don't think any of you work at Integra or

3   Dr. ████████   Sorry.

4        Q.    Before today, other than your

5   conversation with Dr. ████████ you didn't speak

6   about this case with anyone outside of the SEC or

7   Integra.  Is that right?

8        A.    I don't think so.

9        Q.    Okay.  You said you also had

10  conversations about this case with Dr. ████████

11  When did you have those conversations?

12                    MR. SYLVESTER:  Objection;

13  mischaracterizes testimony.

14       A.    Yeah.  You didn't ask me if I had

15  conversations about this case with Dr. ████████   You

16  asked if I spoke to any experts in this case.

17       Q.    I see.

18                    Have you spoken with Dr. ████████ about

19  this case?

20       A.    Not anything about substantive details.

21  I mean, we work at the same company, so at times,

22  I'm sure we've had conversations like scheduling

23  and, like, are you -- you know, we've discussed, you

24  know, declines of when reports are due or when

25  depositions are going to be and stuff like that.

179

1                    █████████ - 2/16/2022
2    But I haven't discussed my analysis in this case
3    with him.
4         Q.    When was the last time you spoke with
5    Dr. ████████
6         A.    I think it would have been two days ago.
7         Q.    And did you discuss this case at that
8    time?
9         A.    No.
10        Q.    Have you reviewed the transcripts of any
11   expert witness deposition in this case?
12        A.    Yes.
13        Q.    Which experts' transcripts have you
14   reviewed?
15        A.    Professor Osler.
16        Q.    Anyone else?
17        A.    I think that's it.
18        Q.    Have you reviewed the transcripts of any
19   fact depositions -- fact witness depositions in this
20   case?
21        A.    No.
22        Q.    I take it from your earlier testimony you
23   did not review Dr. ███████ expert report.  Is that
24   right?
25        A.    That's right.

180

1                          ███████ - 2/16/2022

2        Q.   So you don't know if the statements that

3    you describe by Ripple in your report are the same

4    as those that Dr. ████ describes in his report?

5        A.   I -- I don't know who Dr. ████ is or that

6    he even wrote a report, so I have no idea.

7        Q.   Okay.  When you trade in digital assets,

8    either personally or through ████████████████  do

9    you consider the terms of contracts involving other

10   holders of that same digital asset?

11              MR. SYLVESTER:  Objection; form.

12       A.   I don't understand what you're asking.

13       Q.   When you or ██████████████  makes trades

14   in digital assets, you consider a variety of factors

15   in deciding whether you're going to make the trade.

16   Right?

17       A.   Correct.

18       Q.   Are contracts involving other individuals

19   or entities who hold that same digital asset one of

20   the things that you or ██████████  consider in deciding

21   whether to make those trades?

22              MR. SYLVESTER:  Object to form.

23       A.   So, honestly, I don't understand what

24   you're asking me.  Do I consider contracts that are

25   held by other people?

1                    ██████ - 2/16/2022

2        Q.    Do you think that the terms of a contract

3    between third parties can be a source of purchaser's

4    expectations about potential profits from a digital

5    asset purchase?

6                    MR. SYLVESTER:  Object to form;

7    vague.

8        A.    You have to give me an example of what

9    we're talking about because I -- I honestly don't

10   understand what type of scenario you're -- you're

11   trying to discuss.

12       Q.    In forming your -- your opinion in this

13   case, did you look at the terms of any of Ripple's

14   contracts with any other buyer of XRP?

15       A.    Yes.

16       Q.    Which contracts did you look at?

17       A.    There are a variety so I can't remember

18   all of them right here, but I think, you know, some

19   of those are discussed and footnoted in the report

20   specifically.

21       Q.    Take a look at Exhibit 3, which is

22   Appendix B to your opening report.  Do you see any

23   contract listed in Appendix B of your report?

24       A.    (Pause.)

25             So I know that there are some contracts

182

1                    ████████ - 2/16/2022

2    listed in the -- the footnotes and I'm not sure if

3    one of those is the same thing I'm looking at here

4    because I think that any of those would have a Bates

5    number on them so I can't see the title beyond the

6    Bates number.  I'm not sure, looking at this, if one

7    of those contracts is one of these examples or not.

8    I'm pretty sure that there are places in the report

9    where that's described in a -- in a footnote,

10   though.  That's the type of document that I was

11   referring to there.

12                   (Discussion off the written record.)

13        Q.    Can you point me to any footnote in your

14   report that cites a Ripple contract in Exhibit 1?

15        A.    Sure.  Let me look.

16              (Pause.)

17              No, I don't see any.  I think I might

18   have been confused and maybe it's in the rebuttal

19   report.

20        Q.    Okay.

21        A.    The footnote I'm thinking about.

22        Q.    But there is no Ripple contract cited in

23   your opening report.  Right?

24        A.    None that I saw just now, no.

25        Q.    Okay.  Take a look at Paragraph 2 in your

1                     ▮▮▮▮▮ - 2/16/2022

2    report, Exhibit 1.  You write in this paragraph:

3    The SEC retained me to independently analyze and

4    render opinions on a perspective of a reasonable

5    purchaser of XRP on Ripple's statements, actions,

6    and product offerings.  The purchasers I am

7    considering in this matter primarily include

8    individuals, institutional investors, and financial

9    services companies.

10            You say, "primarily include."  Are there

11   other types of purchasers you also considered?

12        A.   I -- I think it's possible that there are

13   entities that wouldn't fall into those categories

14   that have made a purchase of XRP.  And so to the

15   extent that that exists, it wasn't really part of

16   the group of entities or individuals that I was

17   considering.

18        Q.   You didn't define the term "reasonable

19   purchaser" in your report, did you?

20        A.   I think we talked about earlier today

21   some aspects of what a reasonable purchaser is,

22   but --

23        Q.   Well --

24        A.   -- I don't think it was defined -- broken

25   out as, you know, a specific definition in the

184

1          ████████ - 2/16/2022

2    report.

3          Q.    Okay.  How did you decide which

4    individuals, institutional investors, or financial

5    services companies were reasonable purchasers and

6    which were not?

7                MR. SYLVESTER:  Object to the form.

8          A.    I think anybody who falls into those

9    groups is an individual institutional investor or

10   financial service company that is, you know,

11   rationally considering making a purchase of XRP

12   could fall into that group.  I can't individually

13   identify every one of the people or entities that

14   would fall into that category, but, you know, the --

15   that general group is the type of market participant

16   that I was considering.

17         Q.    Would you agree that individuals come in

18   all different levels of sophistication in terms of

19   investment experience?

20               MR. SYLVESTER:  Object to the form.

21         A.    I -- yeah, I think that there are some

22   individuals that are more sophisticated in the

23   marketplace than others.

24         Q.    Would you agree that, on the whole,

25   institutional investors or financial services

185

1                    ███████ - 2/16/2022

2    companies are likely to be more sophisticated than

3    typical individuals?

4                    MR. SYLVESTER:  Object to form,

5    beyond the scope.

6        A.    I think -- it's hard for me to make a

7    blanket statement like that.  I think there are

8    plenty of institutional investors that are less

9    sophisticated than individual -- specific examples

10   of individual investors and vice versa, so you could

11   find examples going both directions there.

12       Q.    When you did your analysis in your

13   report, you didn't analyze each of these three

14   groups, individuals, institutional investors, and

15   financial services companies separately, you

16   considered them all as whole.  Right?

17                    MR. SYLVESTER:  Object to form.

18       A.    I think at many places in the report, as

19   you can see if you go through it, I speak to the

20   specific considerations and needs of -- of some of

21   those on their own.

22                And there are some -- there's some

23   discussions that apply generally across -- you know,

24   more generally across people -- institutional

25   investors and financial services company as a group,

186

1                          ███████ - 2/16/2022

2        and there's some considerations and topics that

3        pertain to one more than the other, and I think

4        I've -- at -- at those times, I've broken out that

5        discussion to how what I'm talking about kind of

6        pertains to one or the other of those.

7             Q.    How many individuals or entities have

8        purchased XRP?

9             A.    I --

10                  MR. SYLVESTER:  Object to form.

11            A.    Sitting here right now, I can't give you

12       an exact number.

13            Q.    Can you even give me an estimate?

14                  MR. SYLVESTER:  Object to form,

15       beyond the scope.

16            A.    Sitting here now, I can't -- I can't tell

17       you.  That wasn't part of my assignment, that wasn't

18       part of what I was analyzing, it wasn't something I

19       tried to calculate, so I could -- I can't really

20       give you an answer.  That's not something I've

21       looked at.

22            Q.    So you don't know how many reasonable

23       purchasers of XRP exist in the real world.  Is that

24       right?

25                  MR. SYLVESTER:  Object to form.

1              ███████ - 2/16/2022

2       A.    Sitting here now, I can't tell you how

3    many total purchasers there have been of XRP going

4    back over time.

5       Q.    And you don't know where purchasers of

6    XRP are located geographically in terms of, for

7    example, how many are in versus outside of the

8    United States.  Is that right?

9              MR. SYLVESTER:  Object to form.

10      A.    So as I mentioned, I don't have specific

11   numbers on any of these things, but there are

12   certainly indications about whether people are

13   likely to be inside or out of the country, based on

14   kind of looking at blockchain data and the platforms

15   they're using and things like that.

16      Q.    Based on the data you've looked at,

17   approximately what percentage of XRP purchasers were

18   located inside the United States?

19      A.    I can't give you a specific number for

20   that.

21      Q.    Do you have an estimate?

22      A.    I don't have a specific estimate for

23   that.

24      Q.    You -- would you be able to come up with

25   an estimate, based on the blockchain data?

188

1                       ████████ - 2/16/2022

2                  MR. SYLVESTER:  Object to form.

3          A.    I would have to have the question, you

4    know, better defined than the way you've given it to

5    me just now.  I could -- I think, using blockchain

6    data, it's possible to develop insights into

7    location of various purchasers and where activity

8    took place, especially related to specific

9    platforms.

10              But the -- I think the way you asked it

11   is pretty broad and open-ended.  I wouldn't -- I

12   don't think I could give you a yes or no without

13   hearing the specific question you would want me to

14   answer.

15         Q.    Okay.  So using blockchain data

16   especially related to specific platforms, it's

17   possible to get insights into the location of

18   purchasers.  Is that right?

19                  MR. SYLVESTER:  Object to form.

20         A.    I think you can learn information about

21   the geographic location of purchasers based on a

22   variety of data and blockchain analysis, and the

23   platforms they're using would be examples of that,

24   yes.

25         Q.    Okay.  And you didn't do that blockchain

1                    ███████ - 2/16/2022

2    analysis in connection with your opening report.

3    Right?

4         A.    In my opening report, I did not.

5         Q.    Okay.  And you didn't do that blockchain

6    analysis in connection with your rebuttal report,

7    did you?

8         A.    I did.

9         Q.    What blockchain data did you analyze in

10   your rebuttal report on this issue?

11        A.    XRP Ledger data.

12        Q.    Do you know how many XRP owners also own

13   other digital assets?

14                    MR. SYLVESTER:  Objection; beyond the

15   scope.

16        A.    Are you asking, like, what percentage of

17   people who own XRP owned some other digital asset in

18   addition to XRP?

19        Q.    Sure.  We can start with that.

20        A.    I can't give you a specific number on the

21   percentage of XRP holders that hold a separate

22   asset.  I mean, those assets appear on separate

23   blockchains.  I certainly haven't done that analysis

24   for each and every blockchain that exists in the

25   world.

1          ██████ - 2/16/2022

2          Q.    So you don't know what percentage of

3    people who own XRP own some other digital asset in

4    addition?

5                 MR. SYLVESTER:  Objection; beyond the

6    scope.

7          A.    I haven't done that analysis.

8          Q.    Are you aware that XRP holders can make

9    purchases using XRP-based debit cards?

10                MR. SYLVESTER:  Objection; form.

11         A.    I'm aware that people use debit cards to

12   make purchases that are funded out of a digital

13   asset.

14                I would disagree with the way that -- the

15   mechanism of how that transaction works start to

16   finish, I would disagree with the way that you

17   phrased that, so I've slightly -- answered a

18   slightly different question.

19                But there are debit cards out there in

20   the world that will fund a U.S. dollar transaction

21   by first selling a digital asset.

22         Q.    And there are debit cards that will fund

23   transactions by selling XRP.  Isn't that right?

24         A.    I can't give you a specific example of

25   one but, in general, yeah, I'm aware that there are

1 ███████ - 2/16/2022

2 debit cards that will allow you to sell an

3 investment, whether that's XRP or, you know, many

4 other types of digital assets and then use the U.S.

5 dollars generated from that transaction to complete

6 a purchase.

7      Q.   Are you familiar with the Uphold debit

8 card?

9      A.   I'm not familiar with that specifically,

10 no.

11      Q.   Are you familiar with the GlobaliD debit

12 card?

13      A.   No.

14      Q.   Do you know if there were any purchasers

15 of XRP who didn't know that Ripple existed at the

16 time they bought XRP?

17      A.   Sorry.  Say that again for me.

18      Q.   Do you know if there were any purchasers

19 of XRP who didn't know that Ripple existed at the

20 time they bought XRP?

21      A.   I can't speak to every single purchaser

22 of XRP and what they knew at the time that they

23 purchased it.

24      Q.   Suppose there is somebody out there who

25 didn't know about Ripple at the time they purchased

1                    ████████ - 2/16/2022

2    XRP.  Is it your opinion that that purchaser would

3    have been relying on statements by Ripple when they

4    made their purchase of XRP?

5                    MR. SYLVESTER:  Objection; beyond the

6    scope.

7        A.    I can't speak to what an individual

8    person knew or didn't know at the time.

9        Q.    Is it your opinion that an individual who

10   didn't know about Ripple at the time they purchased

11   XRP would have had an expectation of profits based

12   on Ripple's actions at the time they purchased?

13                   MR. SYLVESTER:  Objection; beyond the

14   scope.

15       A.    I'm having a hard time figuring out

16   exactly what you're asking me.  I mean, for a long

17   time, people didn't even distinguish between the

18   name of Ripple the company versus Ripple the

19   digital.  So when -- it's hard for me to say that

20   somebody understood that, like, Ripple the digital

21   asset existed when Ripple the company didn't exist.

22            I mean, you know, hypothetical purchaser

23   in that moment would have just thought they were

24   purchasing Ripple.  And I think that somebody who

25   didn't understand that the company existed but that

1                     ██████ - 2/16/2022

2      the asset existed, it -- it's hard to hypothetically

3      speak about the mindset of that person.

4          Q.    Did you do anything to find out whether

5      there were actually people who purchased XRP and

6      didn't know about Ripple's existence at the time

7      they purchased it?

8          A.    I never studied the question of

9      specifically how many people knew what XRP was, but

10     didn't know what the company Ripple was.

11         Q.    And do you have any opinions as to

12     whether, if such people existed, they were relying

13     on actions by Ripple to receive a profit from

14     purchasing XRP?

15                MR. SYLVESTER:  Objection; beyond the

16     scope.

17         A.    I can't put myself in the mindset of that

18     person.  I can think of a scenario where somebody

19     read about the bull case for XRP that could have

20     even been communicated by Ripple, but they could

21     have read that and still relied on that without

22     knowing the identity of the person who wrote it.  I

23     mean, it might have just appeared in an interview,

24     or a clip, or a -- an article, or something like

25     that.

1                          ███████ - 2/16/2022

2            I mean, there is a lot of hypothetical

3     scenarios I can think of that would probably cut

4     both directions on that.  So it's hard for me to

5     give you a specific answer about a specific person

6     without kind of hashing out what they read, and

7     what -- who -- what they understood about who made

8     the statement, and what they understood about the

9     purchase -- the link between the digital asset and

10    the person who made the statement.

11        Q.   So you would need to know more about this

12    hypothetical person before you could put yourself in

13    their mindset to understand what they were expecting

14    when they purchased XRP.  Is that right?

15             MR. SYLVESTER:  Objection; beyond the

16    scope.

17        A.   Well, I think the way you ask the

18    question is not specific enough in terms of what

19    they knew and what information they were relying on,

20    so it's hard for me to construct even hypothetically

21    in their mind what the link would be between those

22    two things.

23        Q.   Suppose someone were to testify that when

24    they purchased XRP, they were aware of Ripple, and

25    they knew that Ripple offered products to banks, but

1                          ▮▮▮▮▮▮ - 2/16/2022

2   that they decided to purchase XRP not because of

3   Ripple, but because of XRP's superior technology.

4          Would that change your opinion about

5   whether reasonable purchasers of XRP were relying on

6   Ripple's statements, actions, and product offerings?

7          MR. SYLVESTER:  Objection; beyond the

8   scope.

9      A.    I think that, in preparing my opinion, I

10  collected, you know, the appropriate information

11  that I needed to know and formed my opinion based on

12  that, so I wouldn't be changing my opinion.

13      Q.    Would it change your opinion if you

14  learned that there were hundreds of people who

15  testified that?

16          MR. SYLVESTER:  Objection; beyond the

17  scope.

18          Go ahead.

19      A.    Again, I think I collected the pertinent

20  information as set forth by my methodology and by

21  the analysis that I did, and I collected the

22  information I needed to collect.  So that

23  information would not -- I can't sit here, you know,

24  imagine that the information would change my

25  opinion, but if, you know, you wanted me to, you

1          ██████ - 2/16/2022

2     know, redo that analysis, I would need to, you know,

3     do a lot more than just kind of answer that

4     off-the-cuff right now.  I don't know without doing

5     an analysis.

6          Q.   Suppose someone were to testify that they

7     acquired XRP because it was a top 10 cryptocurrency

8     by market cap and listed at a lower price compared

9     to others, not because of anything that Ripple said

10    or did?

11          Would that change your opinion about

12    whether reasonable purchasers of XRP were relying on

13    Ripple's statements, actions, and product offerings?

14               MR. SYLVESTER:  Objection; beyond the

15    scope.

16          A.   So to draw any conclusion about how my

17    opinions have changed, I would need to do a lot more

18    work analysis than just hearing one data point and

19    making a decision based on that.

20          Q.   How many purchasers did you speak with to

21    obtain data points before you wrote your report in

22    this case?

23               MR. SYLVESTER:  Object to form.

24          A.   I didn't interview particular purchasers.

25          Q.   If you were to learn that -- withdrawn.

1               ████████ - 2/16/2022

2               Suppose someone were to testify that they

3       acquired XRP for noninvestment purposes, such as to

4       pay for goods and services or to use as a substitute

5       for fiat currency.  Would that change your opinion

6       about whether reasonable purchasers of XRP were

7       relying on Ripple's statements, actions, and product

8       offerings?

9               MR. SYLVESTER:  Objection; beyond the

10      scope.

11          A.   Again, sitting here now, having collected

12      the information I think was pertinent to form my

13      opinion and not, you know, doing more analysis, I

14      can't tell you that just kind of off-the-cuff my

15      opinion would change.

16          Q.   What other information would you need to

17      figure out whether your opinion would change?

18          A.   All the information I collected in this

19      report was considered, the totality of that was

20      considered.  Hypothetically, if I had done this

21      analysis and the information that was out there in

22      the world was different, I might have come to a

23      different conclusion.  So it's probably not a matter

24      of the -- and I can't tell you right now

25      specifically what individual piece of information

198

1          █████ - 2/16/2022

2   would change my opinion or not, but I'd have to

3   consider the totality of the evidence and the data

4   that exists.

5        Q.    Suppose someone were to testify they

6   purchased XRP with the intention of using it to

7   develop a project or an application that involved

8   XRP or the XRP Ledger?

9             Would that change your opinion about

10  whether reasonable purchasers of XRP were relying on

11  Ripple's statements, actions, and product offerings?

12                 MR. SYLVESTER:  Objection; beyond the

13  scope.

14       A.    I collected and considered all of the

15  information that I thought was pertinent, given my

16  assignment.  And, again, I think giving me a

17  hypothetical of one additional data point sitting

18  here right now doesn't make me change my opinion.

19       Q.    What if it was thousands of additional

20  data points?  What if thousands of people testified

21  along those lines?

22                 MR. SYLVESTER:  Objection; beyond the

23  scope and form.

24       A.    An individual piece of evidence, sitting

25  here right now, without doing additional analysis,

1              ██████ - 2/16/2022

2     doesn't change that I collected the information I

3     thought was relevant, important to make my analysis,

4     and then, you know, conducted analysis based on that

5     data and based on my methodology.

6         Q.    Suppose someone were to testify that they

7     purchased XRP with the intent to transfer other

8     digital assets, currencies, or send value to others

9     using the XRP Ledger?

10            Would that change your opinion as to

11    whether reasonable purchasers of XRP were relying on

12    Ripple's statements, actions, and product offerings?

13            MR. SYLVESTER:   Objection; beyond the

14    scope.

15        A.    Giving me a single hypothetical piece of

16    data, sitting here right now it doesn't change my

17    opinion as written, which was, you know, the result

18    of process, methodology, analysis, and including,

19    you know, my own collection of data that I thought

20    was relevant to the case.

21        Q.    How many hours did you spend doing your

22    analysis on this report?

23        A.    I can't remember exactly.

24        Q.    Do you know if it was more than 50?

25        A.    It was more than 50.

1                          ████████ - 2/16/2022

2        Q.    Was it more than 500?

3        A.    I'm not sure.

4        Q.    It may have been, it may not have been,

5    you don't know?

6        A.    I --

7              MR. SYLVESTER:  Object to form.

8        A.    -- I don't know a specific number.

9        Q.    Suppose someone were to testify that they

10   utilized XRP as collateral to obtain financing.

11   Would that change any of the opinions you're

12   offering in this case?

13              MR. SYLVESTER:  Objection; beyond the

14   scope.

15       A.    That hypothetical piece of data does not

16   cause me to change my opinion.  Again, my opinion

17   was based on the data that I collected and

18   identified in support of the methodology that I laid

19   out and the process that I followed that was, you

20   know, based on my experience in the space, my expert

21   opinion.

22       Q.    Have you ever heard of Nexo?

23       A.    Yes.

24       Q.    What is Nexo?

25       A.    Nexo is a financial institution.

1              ███████ - 2/16/2022

2        Q.    Does Nexo allow people to loan digital

3     assets and earn interest by doing that?

4                   MR. SYLVESTER:  Object to form.

5        A.    My understanding is that Nexo does allow

6     lending services.

7        Q.    Do you know whether XRP is one of the

8     assets that can be used for lending on Nexo?

9        A.    I believe that Nexo allows a wide variety

10    of digital assets.  I can't remember the entire

11    list, start to finish.

12       Q.    Do you know whether XRP is one of the

13    assets that can be used for lending on Nexo?

14                   MR. SYLVESTER:  Objection; asked and

15    answered.

16       A.    I know that Nexo allows a wide variety of

17    digital assets to be used on their platform.

18       Q.    So you're not sure whether XRP is one of

19    those assets?

20                   MR. SYLVESTER:  Objection.

21                   Go ahead.

22       A.    Sitting here right now, without pulling

23    up their website, I don't know whether, you know, a

24    given platform has, you know, changed over time in

25    terms of things that they've offered, they

202

███████ - 2/16/2022

1

2   discontinued, they started to offer.  It's been a

3   while since I've looked at their website.  So I

4   would need to look at their current product

5   offerings.

6        Q.    And you didn't consider what was on their

7   website in connection with forming your opinions in

8   this case.  Right?

9              MR. SYLVESTER:  Objection.  You mean

10  Exhibit 1?

11       Q.    I mean in connection with forming your

12  opinions in this case.

13       A.    The documents that I considered for my

14  initial report are on the -- the list here.

15       Q.    Have you heard of the online platform

16  Celsius?

17       A.    Yes, I've heard of that.

18       Q.    Is that another platform that allows

19  lending services of digital assets?

20       A.    Yes.

21       Q.    How about Bitrue?

22             MR. SYLVESTER:  Objection; form.

23       A.    I can't tell you, sitting here right now,

24  specifically what assets either of those platforms

25  offer.

1                    ████████ - 2/16/2022

2        Q.    Are you familiar with Bitrue?

3        A.    I've -- you know, I'm not as familiar

4    with Bitrue as the others.

5        Q.    What platform do you use to stake crypto?

6              MR. SYLVESTER:  Objection; form.

7        A.    I've staked crypto using blockchains, but

8    I don't believe I've ever staked on a centralized

9    platform like the ones that you're talking about.

10       Q.    Are you familiar with BlockFi?

11       A.    Yes.

12       Q.    Is -- what is BlockFi?

13       A.    I think it's -- broadly it's similar to

14   some of the platforms you discussed.  It's a

15   financial institution.

16       Q.    Have you ever used BlockFi?

17       A.    No.

18       Q.    Are you aware of the SEC enforcement

19   action announced against BlockFi yesterday?

20       A.    I am.

21       Q.    Have you stopped staking digital assets

22   in light of that enforcement action?

23             MR. SYLVESTER:  Objection; assumes

24   facts not in evidence.

25             Did he say he's staking digital

204

1                    ███████  -  2/16/2022

2    assets right now?   I thought you spoke in the past

3    tense.

4         A.    In answer to your question about

5    centralized platforms like the one we just

6    discussed, I said I have not staked on those

7    platforms.

8         Q.    I didn't ask about on platforms.

9               When was the last time you staked digital

10   assets?

11        A.    I can't remember specifically.

12        Q.    Within the last six months?

13        A.    Probably.

14        Q.    Did you ever stop staking -- did you ever

15   make a decision to stop staking digital assets?

16        A.    Do you mean in general or with a

17   particular asset?

18        Q.    Either.

19        A.    I've had assets that were staked and then

20   not staked later, if that's what you mean.

21        Q.    Have you decided to stop staking digital

22   assets generally at any point?

23        A.    No.

24        Q.    If someone were to testify that they

25   staked their XRP on digital trading platforms, such

█████████ - 2/16/2022

1   as Nexo, Celsius, or Bitrue, and that they earn

2   interest or compensation for loaning XRP, would that

3   change any of the opinions you're offering in this

4   case?

5   

6            MR. SYLVESTER:  Objection; beyond the

7   scope.

8       A.   That hypothetical data point does not

9   change the opinion that I've laid forth in this

10  report, sitting here today.  It was made using all

11  of the relevant data and methodology that I thought

12  was appropriate given my expertise in this space.

13      Q.   Do you know who John Deaton is?

14      A.   No.

15      Q.   I'm going to show you what we'll mark as

16  Exhibit █████ 5.   █████ 5 is a series of tweets by

17  John Deaton and it looks like they're dated

18  February 11th.

19            (Exhibit 5 was marked.)

20            MR. SYLVESTER:  2022?

21            MR. OPPENHEIMER:  Yes, as far as I

22  can tell.  Thank you.

23      Q.   So Exhibit 5 has a series of tweets.

24  Have you ever seen them before?

25            MR. SYLVESTER:  Take your time to

1                        ███████ - 2/16/2022

2       look through the document so you can answer that

3       question accurately.

4             A.    (Pause.)

5             Q.    And I'll note for the record while you're

6       reading that some of the tweets are duplicated

7       across pages so that you can see how the series

8       links up at the top and bottom.

9             A.    Wait.  Sorry.  Say that again.

10                   (Simultaneous speaking.)

11            Q.    Some of them are duplicated across pages

12      so you can see how they link up.  As an example, the

13      second page of Exhibit 5 ends with a tweet numbered

14      16 and then that tweet numbered 16 is at the top of

15      the third page.  So you can see the order that they

16      continue to go in.

17            A.    So, actually, these are all printed in

18      reverse order?

19            Q.    Yeah.

20            A.    So they start from the end.

21            Q.    So take your time to read it.  My

22      question will be have you ever seen these tweets

23      before.

24            A.    (Pause.)

25                   Okay.  I've read through them.

207

███████ - 2/16/2022

1

2     Q.    Have you seen these tweets before?

3     A.    No.

4     Q.    If you look at the final page of

5  Exhibit 5, the tweet at the very bottom, it says:

6  I've literally been in contact with thousands of XRP

7  holders.

8           And then above that, the tweet marked

9  No. 1 says:  The majority of first-time XRP

10  purchasers were actually unaware of a company called

11  Ripple and its use of XRP.

12           Do you see that?

13     A.    I do.

14     Q.    If you were to learn that a majority of

15  first-time XRP purchasers were unaware of a company

16  called Ripple and its -- and its use of XRP, would

17  that change any of the opinions you're offering in

18  this case?

19     A.    I mean, looking at this, I have no way of

20  knowing whether any of this is true.  I don't know

21  who this person is.  I don't know who they spoke to.

22  I don't know if he validated that the people he

23  spoke to are right and, you know, if some -- just

24  because somebody, you know, said that, that doesn't

25  change my opinion here.  It's -- it's not part of

1          ▇▇▇▇▇▇▇ - 2/16/2022

2    the data that I felt that I needed to conduct my

3    analysis.

4          Q.   So I'm not asking you to accept this

5    tweet as fact.  What I'm asking you is

6    hypothetically assume it is true.

7               If you were to learn that a majority of

8    first-time XRP purchasers were unaware of a company

9    called Ripple and its use of XRP, would that change

10   your opinions in this case?

11               MR. SYLVESTER:  Objection; asked and

12   answered.

13         A.   Yeah.  I -- I don't have a different

14   answer for you.  It's hard for me to draw any

15   conclusions based on somebody making a claim that

16   they know that some other unnamed people have -- you

17   know, made their own claim about what they knew

18   about Ripple at that time.

19         Q.   And you've not undertaken any efforts to

20   figure out what a majority of first-time XRP

21   purchasers did or didn't know in connection with

22   forming your opinion.  Right?

23         A.   Along the lines of my inability to

24   validate that this person actually spoke to

25   individuals who actually work for XRP purchasers and

1                    ███████ - 2/16/2022

2      they did or didn't know specific things, I also

3      don't have a, you know, authenticated validated list

4      of people who were queried at the time that they

5      made an XRP purchase for the first time and -- and

6      what they knew or didn't know.

7            Q.    Did you try to find any XRP purchasers to

8      ask them?

9                      MR. SYLVESTER:  Object to form.

10                     Go ahead.

11           A.    I did not interview specific XRP

12     purchasers or attempt to validate whether anybody

13     did, you know, make a specific purchase and what

14     their knowledge of Ripple was at that moment that

15     they made that purchase.

16           Q.    Take a look at the tweet marked No. 9 on

17     Page 4 of this exhibit.  This tweet says:  65K XRP

18     holders granted amicus affirm when they acquired

19     XRP, they were not relying on the efforts of the

20     company, Ripple, or its management team for any

21     purpose.

22                 If you were to learn that 65,000 people

23     submitted testimony saying that they affirm that

24     when they acquired XRP, they were not relying on the

25     efforts of the company, Ripple, or its management

1                    ████████ - 2/16/2022

2      team for any purpose, would that change the opinions

3      you're offering in this case?

4                    MR. SYLVESTER:  Object to the form.

5           A.    It would not.

6           Q.    Why not?

7           A.    For all the reasons you just said, it's

8      impossible for me to validate that there is a

9      specific number of individuals who had that specific

10     information in their mind at the moment they made

11     that purchase, but I think whether they realize it

12     or not, they -- you know, Ripple -- there are

13     certain, kind of, facts I know about what happened

14     in the development of the XRP Ledger.  One of them

15     is that Ripple aided the development, so without

16     Ripple, they wouldn't have been able to even make

17     that purchase.  Whether they know that they relied

18     on those development efforts or not, if those --

19     hypothetically, if those development efforts didn't

20     exist, they couldn't have even made that purchase.

21                    So, you know, in addition to being

22     impossible to authenticate that a specific person

23     knew or didn't know something, there is a separate

24     issue between what they, you know, knew in their

25     mind and what was true in the world in terms of

1            ▮▮▮▮▮▮ - 2/16/2022

2     their reliance of -- on Ripple to make that

3     purchase.

4                    MR. SYLVESTER:  Brad, maybe when

5     we're done with this exhibit, we could take a break.

6     We've been going for about an hour.

7                    MR. OPPENHEIMER:  Sure.  We can

8     finish soon.

9        Q.    When -- you mentioned that you know

10    certain kinds of facts about what happened in the

11    development of the XRP Ledger.  One of them is that

12    Ripple was working on the development of the XRP

13    Ledger.  Is that with respect to past conduct or

14    ongoing future development?

15                   MR. SYLVESTER:  Object to form;

16    vague.

17       A.    I was referring to the, kind of, origin

18    of the XRP Ledger that if there had not been any

19    initial development work to bring the XRP Ledger

20    into the world, it would have been -- you know, XRP

21    and XRP Ledger wouldn't have existed and somebody

22    would not have been physically capable of making a

23    purchase of XRP if that hadn't happened.

24       Q.    So you're saying that anyone who bought

25    XRP was relying on past actions that Ripple already

212

▮▮▮▮▮▮ - 2/16/2022

1

2   took when it developed the XRP Ledger.  Is that

3   right?

4                 MR. SYLVESTER:  Objection; beyond the

5   scope.

6        A.    People who, you know, purchased XRP, they

7   did that for a wide variety of reasons and, you

8   know, I've discussed in my report a list of

9   important factors that a reasonable purchaser would

10  consider, and beyond that, it's -- it's hard for me

11  to speculate on a specific factor that did or didn't

12  weigh in the mind of a specific, kind of,

13  hypothetical person that has reported something they

14  knew or didn't know at the time.

15       Q.    Is it your opinion that a purchaser who

16  didn't rely on -- withdrawn.

17                Is it your opinion that a purchaser who

18  didn't consider the factors listed in your report

19  was not a reasonable purchaser?

20                MR. SYLVESTER:  Object to form.

21       A.    I'm sorry.  Say that again.

22       Q.    Is it your opinion that a

23  person -- withdrawn.

24                Is it your opinion that someone who

25  purchased XRP but didn't consider the factors listed

1                    ███████ - 2/16/2022

2    in your report, that that person was not a

3    reasonable purchaser of XRP?

4              MR. SYLVESTER:  Object to the form.

5        A.    The analysis I've done in my report was

6    to lay out, in general, the types of things that

7    reasonable purchasers -- the type of things that are

8    relevant to reasonable purchasers.

9              And as I've said, you know, earlier

10   today, you know, there are different types of market

11   participants.  They might have different factors

12   that are more important to them or less important to

13   them.  Some of those market participants have

14   completely different factors that are important to

15   them.  So I can't, sitting here, you know, without

16   knowing every purchaser and having some way to

17   validate what they knew or didn't know, rule out the

18   possibility that there was some factor that they

19   considered that is not in my report and I wasn't

20   trying to do that with the report.  I was trying to,

21   you know, based on my knowledge and expertise and

22   experience in the space, lay out the factors that I

23   think are generally important to regional

24   purchasers.

25        Q.    Are you offering an opinion that a

214

1                          ███████ - 2/16/2022

2         purchaser who doesn't consider the same factors that

3         you laid out in your report is not a reasonable

4         purchaser?

5                          MR. SYLVESTER:  Objection; beyond the

6         scope.

7              A.    My report, the factors I laid out based

8         on the assignment that I have and data that I

9         collected, the goal was to identify and analyze

10        important factors that were pertinent generally to

11        reasonable purchasers.

12             Q.    So you're not saying that somebody who

13        doesn't rely -- or withdrawn.

14                   So you're not saying that somebody who

15        doesn't consider those factors can't be a reasonable

16        purchaser as well.  Is that right?

17                         MR. SYLVESTER:  Object to form.

18             A.    I think if you're asking me, like,

19        hypothetically is it possible for somebody to exist

20        that is a reasonable purchaser that considered some

21        subset of the factors I've outlined or considered a

22        different factor also, that's -- that's certainly

23        possible.

24             Q.    Okay.

25                         MR. OPPENHEIMER:  Let's go off the

215

1                        ███████ - 2/16/2022

2    record.

3                        THE VIDEOGRAPHER:  The time is 3:37.

4    We're off the record.

5                        (Break.)

6                        THE VIDEOGRAPHER:  The time is 3:54.

7    We're on the record.

8         Q.    Take a look on Paragraph 89.  In

9    Paragraph 89, you write, quote:  Over the course of

10   the issuance period, a reasonable purchaser of XRP

11   would have had an expectation of generating profit

12   based on the efforts of Ripple and its management to

13   accomplish the growth strategies that Ripple

14   advertised to the public as being already achieved

15   or planned for the future.

16                   And then, later in that paragraph, you

17   also say:  A reasonable purchaser --

18                        (Discussion off the written record.)

19        Q.    A reasonable purchaser would have closely

20   considered many factors --

21                        MR. SYLVESTER:  I'm sorry, Brad.

22   Where does the "reasonable purchaser" start?

23                        MR. OPPENHEIMER:  That is, if you

24   count from the bottom, one, two, three, four,

25   five -- the sixth line up, the reasonable purchaser.

1              ████████ - 2/16/2022

2                    MR. SYLVESTER:  Okay.  So you're

3        there starting in the middle of that sentence.  Go

4        ahead.

5                    MR. OPPENHEIMER:  Yeah.  I'll do the

6        whole sentence, if you want.  Since we got

7        interrupted.  Why don't we start the whole question

8        over.

9            Q.    Paragraph 89, you write:  Over the course

10       of the issuance period, a reasonable purchaser of

11       XRP would have had an expectation of generating

12       profit based on the efforts of Ripple and its

13       management to accomplish the growth strategies that

14       Ripple advertised to the public as being already

15       achieved or planned for the future.

16                    And then, a little further down:  Given

17       this relationship between Ripple's performance and

18       the price of XRP, a reasonable purchaser would have

19       closely considered many factors that were publicized

20       by Ripple, such as disclosed partnerships with

21       financial institutions, the quality of Ripple's

22       management team, the target addressable market for

23       Ripple's products, and the availability of liquidity

24       on trading platforms for XRP.

25                    Do you see that?

217

1                      ████████  - 2/16/2022

2          A.    Yes.

3          Q.    You didn't do any empirical testing to

4     support that opinion, did you?

5                 MR. SYLVESTER:  Objection; form.

6          A.    What do you mean by -- specifically by

7     "empirical testing"?

8          Q.    Did you conduct any surveys to see how

9     purchasers viewed and interpreted Ripple's

10    statements, efforts, and product offerings?

11                MR. SYLVESTER:  Objection; form.

12         A.    I -- I think throughout the report I have

13    laid out the methodology that I used, which included

14    kind of using my background in the space, my

15    experience trading digital assets, my experience as

16    a user of digital assets, in understanding how

17    blockchains and blockchain companies and blockchain

18    projects work, to identify the key factors that a

19    reasonable purchaser -- that basically pertains to a

20    reasonable purchaser, and how the design of the XRP

21    Ledger, and the design of the software products, and

22    how Ripple's statements and communications related

23    to those -- those key factors, so --

24         Q.    Let us -- sorry.  Are you done?

25         A.    I wasn't finished.

1                          ▌▌▌▌▌ - 2/16/2022

2          Q.    Go ahead.

3          A.    The -- you asked about -- in the part you

4    read about the -- how the -- the communications --

5    of Ripple in fulfilling the kind of product

6    trajectory plays into that.  And I think throughout

7    the report I laid out several ways that the -- that

8    that link that you just repeated from the language

9    from this Paragraph 89 was made very explicit by

10   Ripple management, that they were basically going to

11   develop a successful product offering that targeted

12   a very large, addressable market.

13              And that, you know, I think those --

14   those public announcements then directly made the

15   link that if that was successful, there would be a

16   large demand by institutions and others to hold XRP

17   as part of the usage of that product, and that

18   through the, you know, fixed-supply nature of the

19   coin, that those holdings of XRP would tend to

20   increase the price of XRP.

21         Q.    So that's a no, you didn't conduct any

22   surveys?

23              MR. SYLVESTER:  Object to form.

24         A.    I think I just laid out what the

25   methodology was of my paper.

1                    ▓▓▓▓▓ - 2/16/2022

2        Q.    And there were no surveys in it.  Right?

3        A.    There were no -- well, there were surveys

4   of the communications that were made by Ripple.

5   There were surveys of blockchain data that I --

6        Q.    Did you --

7        A.    You have to be more specific about

8   exactly what kind of survey you're talking about.

9        Q.    Well, that was the original question, but

10  I'll ask it again.  Did you conduct any surveys to

11  see how purchasers viewed and interpreted Ripple's

12  statements, efforts, or product offerings?

13                 MR. SYLVESTER:  Object to form.

14       A.    I think what you're asking me is did I

15  conduct, like, a poll of individuals who have

16  claimed they owned XRP, and if that's the question

17  you're getting at, then the answer is no.

18                 But when you -- you're saying did I do a

19  survey, and I think I've said I surveyed the

20  available, you know, information that's laid out in

21  my report.

22                 But it seems like you're asking a

23  specific question about a specific type of poll or

24  specific type of question that I was asking to

25  people who purported to purchase XRP.  If that's

220

███████ - 2/16/2022

1

2     what you're asking, then no.

3          Q.    You didn't do any surveys of XRP

4     purchasers.  Right?

5          A.    I didn't identify specific XRP purchasers

6     and ask them questions about, you know, what was in

7     their head at the moment that they purchased it.

8          Q.    You didn't hold any focus groups.  Right?

9          A.    Correct, I did not hold a focus group.

10         Q.    You did not conduct any interviews.

11    Right?

12         A.    I did not conduct any interviews with --

13    again, I think with XRP purchasers, if that's what

14    you're asking, yeah.

15         Q.    Did you conduct interviews with anyone

16    else to form your opinions in this case?

17         A.    No.

18         Q.    You didn't perform any statistical

19    analyses to see whether Ripple's statements,

20    efforts, or product offerings had any long-term

21    impacts on the price of XRP, did you?

22         A.    Statistical analyses?  Is that what you

23    asked?

24         Q.    That's what I asked.

25              MR. SYLVESTER:  Objection; beyond the

1                        █████ - 2/16/2022

2      scope.

3                  Go ahead.

4      A.    I think, in my original report and

5      rebuttal report, I did analysis that involved --

6      that involved using statistics, yes.

7      Q.    Where in your original report did you do

8      a statistical analysis?  Can you point me to the

9      paragraph?

10     A.    I'd just have to go back and look.

11           (Pause.)

12           I'd say that Figure 4, which has monthly

13     ODL volumes, involves statistics about ODL usage

14     over time.

15     Q.    So you considered Figure 4 a statistical

16     analysis.  Is that right?

17     A.    I mean, the term "statistical analysis"

18     is very broad.  I don't exactly know what you're --

19     if there is a specific type of analysis that you

20     have in mind.  I mean, my -- you know, data-based,

21     you know, calculations, charts, and figures, to me,

22     that -- that has to do with statistics.

23           But I think you're trying to ask about a

24     specific kind of analysis.  I could probably answer

25     the question better if you narrowed in on what that

1                          ████████ - 2/16/2022

2    type of analysis is that you're asking about.

3         Q.    My question was, did you perform any

4    statistical analyses to see whether Ripple's

5    statements, efforts, or product offerings had any

6    long-term impacts on the price of XRP.  And --

7                    (Simultaneous speaking.)

8                    MR. SYLVESTER:  Objection; beyond the

9    scope.

10                   Go ahead.

11        Q.    Your answer to that question was that you

12   did statistical analyses in both your opening and

13   rebuttal reports.

14                   So let's make clear, did you perform any

15   statistical analyses to see whether Ripple's

16   statements, efforts, or product offerings had any

17   long-term impacts on the price of XRP?

18                   MR. SYLVESTER:  Objection; beyond the

19   scope.

20        A.    The -- all the analysis that I've

21   performed is kind of shown in the report.  I mean,

22   we can disagree about the specific -- you know, I

23   gave you one example.  You disagree about the

24   specific nature of that relating to your question or

25   not.  If you can, you know, ask more specifically

1                  ███████ - 2/16/2022

2     about the type of analysis that you're seeing if I

3     did or not, I mean, we could talk about that.

4              But I think, in general, you know,

5     looking to the report, I identified the factors that

6     I thought were pertinent and collected a variety of

7     data to perform that analysis.  And I think, you

8     know, any time you're collecting quantitative data

9     and, you know, producing calculations based on that,

10    that has to do with statistics.  So, broadly,

11    that -- that's statistical analysis.

12             But if you're -- again, if you're trying

13    to ask me if I did a specific type of statistical

14    analysis, we can talk through that.

15       Q.    Where does Figure 4 say anything about

16    the price of XRP?

17                  MR. SYLVESTER:  Objection; form.

18       A.    The word "price of XRP" is not in

19    Figure 4.  The Y axis on Figure 4, though, is a U.S.

20    dollar value, so because these ODL transactions were

21    transferred from, you know, one exchange to another

22    on the XRP Ledger, the price of XRP is baked into

23    this chart, because we're looking at dollar values

24    on the Y axis, whereas U.S. dollars were not sent on

25    the XRP Ledger for these transactions.  We're

1                    ███████ - 2/16/2022

2    looking at XRP transactions that had a dollar value,

3    so the price of XRP times the number of coins gives

4    you a -- gives you a U.S. dollar figure.

5         Q.    And where does Figure 4 say anything

6    about the effects of Ripple's statements, actions,

7    and product offerings on the price of XRP in the

8    long-term?

9                    MR. SYLVESTER:  Objection; form.

10        A.    The title of Figure 4 does not have

11   that -- those words in it.  I think, taken in the

12   totality of the report, everything in the report is

13   there to lay out the framework I used and the

14   analysis I used to make the determinations and the

15   opinions that I have.

16             So they are -- you know, everything in

17   the report is related to my, you know, analytical

18   framework.  I think every word of the -- of a

19   specific conclusion is going to show up in every

20   figure head, though.

21        Q.    You're not a statistician, are you?

22        A.    That's correct.

23        Q.    Do you have any statistical -- any

24   training to conduct statistical analyses?

25        A.    Well, I use statistics all the time as a

225

1                            ███████ - 2/16/2022

2      course of my work, both my present and in previous

3      jobs.  We talked earlier about my work at ███

4      ██████████████████ and ████████ and I used statistics

5      heavily in those jobs.  So I have a familiarity with

6      using data and statistics, but not formal training

7      as a statistician or conducting kind of -- I guess,

8      so yeah, I don't have formal training as a

9      statistician.

10          Q.    Did you conduct a factor analysis to

11     determine what factors influence the price the XRP?

12          A.    I identified --

13                MR. SYLVESTER:  Objection; beyond the

14     scope.

15          A.    -- I identified several factors in my

16     report that, you know, based on my expertise in the

17     space, my knowledge of the blockchain space, and as

18     both a user and an investor that I thought were

19     important factors to a reasonable purchaser of XRP.

20          Q.    Do you know what a statistical factor

21     analysis is?

22          A.    Yes.

23          Q.    Did you do one of those?

24          A.    No.

25          Q.    Did you do an events study to figure out

1                      ██████ - 2/16/2022

2      what -- withdrawn.

3                You're not a psychologist, are you?

4      A.    Correct.

5      Q.    And you're not offering an opinion about

6      how an ordinary person would interpret statements

7      made in the English language, are you?

8                MR. SYLVESTER:  Object to form.

9      A.    I'm not sure I understand exactly what

10     you're asking.  Yeah, I'd ask you to see if we can

11     hone in on that better.

12     Q.    Are you offering an opinion about what a

13     set of statements would mean to someone who reads

14     them?

15                MR. SYLVESTER:  Objection; form.

16     A.    I think as an expert in the blockchain

17     space, I understand how certain terminology, jargon,

18     and even, you know, broadly, statements about

19     digital assets are perceived by people who

20     understand the blockchain.

21                There are certain, you know, blockchain

22     terms that someone who has no idea what blockchain

23     is, they wouldn't understand what that meant.  But

24     somebody that is a software developer in the

25     blockchain space or a sophisticated investor in the

227

█████ - 2/16/2022

1
2    blockchain space, they would have a different
3    understanding of that word completely.
4         And so in that sense, yes, I think I
5    qualified as an expert in the blockchain space to --
6    to understand how certain words and communications
7    are interpreted by another person who's involved in
8    the blockchain space.
9    Q.    Are you offering an opinion that the
10   statements that you quote from Ripple wouldn't be
11   understandable to a layperson?
12   A.    I think that many of the statements by
13   Ripple have specific meaning to someone who is in
14   the blockchain space.  So when Ripple talks about,
15   you know, creating their escrow amounts to remove
16   XRP from the kind of free float, that's an example
17   where if you talk to somebody who's not in the
18   blockchain space, and tell them an escrow, they
19   might have a specific kind of reaction to that word
20   or a meaning in their head of that word.
21         Maybe they've made a home purchase and
22   they've put some money in an escrow and they
23   understand it to be a third party who holds money
24   for short-term while a transaction is closing.
25         I think to someone in the blockchain

1           ██████ - 2/16/2022

2      space that has a different meaning, and they

3      understand that, you know, Ripple's statements about

4      escrowing XRP away is about, you know, controlling

5      the circulating supply of XRP at a given moment.

6               And they don't understand that, you know,

7      generally that type of action to alter the free

8      float is done to assure investors that, you know,

9      selling pressure will be removed from the market.

10     There are a variety of specific kind of consequences

11     of using that word that an investor in the

12     blockchain space would understand completely

13     different than an investor in the ordinary space.

14               An ordinary investor or a -- not even an

15     investor, just an ordinary person who is not in the

16     blockchain space would not draw that connection

17     between, you know, digital assets being escrowed and

18     the float being reduced for a certain amount of time

19     and what that does to the price of the token over

20     time.

21       Q.    So somebody without a lot of experience

22     in the digital asset space might interpret some of

23     these statements differently from the way you do as

24     an expert.  Is that right?

25               MR. SYLVESTER:  Objection; form, and

229

1                        ███████ - 2/16/2022

2    beyond the scope.

3         A.    So I'm not specifically saying that my

4    interpretation is different than everybody else's

5    interpretation.  I'm saying that as an expert in the

6    blockchain space, I understand the meaning of some

7    of these terms and how they relate to people in the

8    blockchain space.

9              And, you know, part of what I tried to do

10   in this report is to synthesize that expertise and

11   that knowledge about how these communications are --

12   you know, relate to participants, you know, market

13   participants in the blockchain space.  And the way

14   that those terms and those communications relate to

15   participants in the blockchain space is, you know,

16   different than how those terms would relate to

17   somebody that's not a potential purchaser of

18   blockchain assets because they're not -- they're not

19   in that space.

20             And I guess, you know, to give another

21   example, like we talked about escrow, but maybe

22   somebody talks about liquidity.  So someone in the

23   blockchain space can have a specific understanding

24   of the term liquidity, what it means, why it's

25   important for a company to increase the depth of

230

1      ███████ - 2/16/2022

2      liquidity on a particular exchange and why it's

3      important for a company to increase the availability

4      of their asset on other, you know, trading platforms

5      in order to promote liquidity and to promote trading

6      in the product.

7              Somebody who hasn't kind of followed

8      along with the trajectory of the blockchain space

9      and, you know, specific developments that have

10     happened with different companies might not

11     understand what an important factor promoting

12     liquidity is for blockchain trading in general and

13     also for, you know, a blockchain product such as the

14     one I'm talking about here, such as ODL, why

15     liquidity is so important, to promote ODL usage.

16             So those are just two examples and I

17     think there are others in the report, but, you know,

18     I think many of these terms and many of these

19     communications are, you know, interpreted in a

20     certain way by someone who's in the blockchain space

21     versus somebody who's not.  I can, you know, speak

22     to how those words and terms pertain to market

23     participants in the blockchain space.

24         Q.    So a more sophisticated participant in

25     the blockchain space would interpret some of these

231

1                   ████████ - 2/16/2022

2      statements by Ripple differently than someone who

3      doesn't have blockchain experience.

4                   (Simultaneous speaking.)

5                   MR. SYLVESTER:  Objection.  Sorry.

6                   MR. OPPENHEIMER:  Go ahead.

7                   MR. SYLVESTER:  Form, and beyond the

8      scope.

9           A.    Sorry.  Can you repeat the question?

10          Q.    So a more sophisticated participant in

11     the blockchain space would interpret some of these

12     statements by Ripple differently than someone who

13     doesn't have a lot of blockchain experience?

14                  MR. SYLVESTER:  Objection.

15                  (Simultaneous speaking.)

16          Q.    Isn't that right?

17                  MR. SYLVESTER:  Sorry.

18                  Objection; form, beyond the scope of

19     his expert opinion.

20          A.    So I think you're talking about two

21     different things there, which is somebody in the

22     blockchain space and are they sophisticated.  The

23     way you -- I interpreted your question, that seems

24     like you're saying it's one or the other and I

25     disagree with that.

1           ███████ - 2/16/2022

2           You could be a blockchain -- you can be a

3     participant in the blockchain space with more or

4     less sophistication.  It can be someone who is

5     outside of the blockchain space who has more or less

6     sophistication.

7           What I generally try to identify are the

8     concepts that are important to, you know, reasonable

9     purchasers.  So people who are, you know, making

10    decisions about whether to purchase digital assets,

11    there are certain factors that they consider.  They

12    would interpret specific words differently than

13    somebody who has no understanding of the blockchain

14    space.

15          I've given a couple of examples of those,

16    but I think people would, you know -- I guess I'm

17    saying that there are different groups of people who

18    would interpret those words differently.  I wouldn't

19    draw the lines of classification around those groups

20    of people exactly the way that you just did.

21          Q.    Suppose somebody had no blockchain or

22    digital asset experience at all.  They went to go

23    buy a digital asset for the first time and chose XRP

24    and saw some of these statements that you describe

25    in your report.

1                        ██████ - 2/16/2022

2              Would you expect that that person who has

3    no digital asset experience would interpret some of

4    these statements differently from the way you do as

5    an expert?

6                   MR. SYLVESTER:  Objection; beyond the

7    scope of your expert report.

8         A.    I didn't specifically do analysis on the

9    hypothetical person that you're talking about who's

10   brand-new to blockchain and shows up at a digital

11   asset exchange and makes a specific purchase of a

12   specific asset.

13             What I tried to do is explain how, you

14   know, generally reasonable purchasers of digital

15   assets understand these design decisions and

16   communications.

17        Q.    Did you do anything to figure out how

18   many purchasers of XRP actually encountered the

19   statements that you quote in your report?

20                   MR. SYLVESTER:  Objection; form.

21                   Go ahead.

22        A.    I do not know the specific number of how

23   many people were exposed to any one of these pieces

24   of communication.

25        Q.    What steps did you take to try to find

234

███████  - 2/16/2022

1

2  that out, if any?

3      A.    That was not part of my analysis.  I

4  think, you know, again, I laid out the methodology

5  that I used, the steps that based on my experience

6  and knowledge of the space were necessary.  Found

7  data that pertained to those steps that I laid out

8  and then conducted my analysis.

9      Q.    So let's talk about your methodology.

10  What was the first step in your analysis, the first

11  thing you did?

12      A.    So the methodology is basically to

13  synthesize my knowledge of the digital asset space

14  that's based on, again, my experience trading

15  digital assets and using blockchains and blockchain

16  assets.  Also my experience just in the traditional

17  financial markets as a trader and investor, my

18  knowledge of information that's written about the

19  space in academic literature and blogs and podcasts

20  and conferences, and to -- to use that expertise and

21  background knowledge to synthesize an understanding

22  of the important factors that relate to a potential

23  purchaser of a digital asset.

24          So, you know, my first task was to

25  identify those -- those factors, and then once I