1                   ███████ - 2/16/2022

2    identified those factors, I needed to collect data

3    that pertained to those -- to those factors, so I,

4    you know, spent time collecting a variety of data

5    across a variety of different types of sources.

6    Some of those are written communications, some of

7    those are communications in other formats, such as

8    interviews and speeches.

9              And then, you know, other important data

10   that related to those -- to the design of the

11   blockchain and how those factors, you know, were

12   addressed as to collect, you know, data on the usage

13   of the, you know, main product offering, which in

14   this case is ODL.

15             And then, you know, also throughout my

16   original report and then the other reports, you

17   know, an understanding of the mechanics of the

18   blockchain was important.  So that involved both

19   looking at blockchain data, as well as reading kind

20   of how the blockchain worked to understand, again,

21   elements of the design of the software products that

22   were offered, and the design of the blockchain

23   itself.

24             So having determined the important

25   factors that are at play and then having, you know,

1                    ████████ - 2/16/2022

2    collected the data that I think was important that

3    related to those factors, then the last half, you

4    know, of my methodology was to -- using my kind of

5    background in the space and expertise to synthesize

6    an understanding of what the data suggested about

7    people's -- you know, reasonable purchaser's

8    expectations related to those, you know, key factors

9    that identified.

10        Q.   So your methodology depends, in part, on

11   your own personal knowledge of the digital asset

12   space based on your experience trading digital

13   assets, using blockchains and blockchain assets, and

14   your experience in the traditional financial

15   markets.  Is that right?

16        A.   I think I listed some other things there

17   that comprise my background area and expertise, but,

18   certainly, the things you mentioned are part of

19   that.  I mean, my -- my experience trading digital

20   assets -- both digital assets and traditional

21   financial assets and using blockchains and

22   blockchain assets, certainly part of that

23   experience.

24        Q.   So nobody else would be able to replicate

25   your methodology unless they were able to get all of

1                      ██████ - 2/16/2022

2     the knowledge and experience that you already have

3     relevant to this field.  Is that right?

4                 MR. SYLVESTER:  Objection; form.

5          A.    I'm not making any claim about me being

6     the only person that can -- can do that.  I think --

7     all I'm suggesting is that I have significant

8     experience in the space and that I use that

9     experience to identify important factors that

10    reasonable purchasers look towards.

11         Q.    Right.  And nobody else would be able to

12    use your experience to be able to conduct this

13    analysis.  Right?

14         A.    I think --

15                MR. SYLVESTER:  Objection; form.

16         A.    -- other people that have similar types

17    of experience can bring that experience to bear.  So

18    when you say my experience, I'm not sure exactly

19    what you're asking, but you know, nobody's had the

20    specific combination of experiences that I've had.

21    But other people have had similar experiences.

22    There are other people who are very knowledgeable

23    about the blockchain space.  There are other people

24    who have participated as users and investors in the

25    blockchain space.

238

1                        ██████ - 2/16/2022

2              And, you know, I think that there is a

3    commonality in the type of factors that many market

4    participants would look towards in the blockchain

5    space just because, kind of, over time in that

6    space, there is a -- there is a general kind of idea

7    of the type of things that companies speak about

8    because I know there is a set of factors that

9    purchasers look towards in making their decisions.

10             And they -- they know that they need to

11   communicate information about those and I think

12   that's why, in fact, companies do communicate

13   information about those -- those factors, because

14   they know that a reasonable purchaser will look

15   towards those and rely on those communications to

16   understand the -- whether they're from an investment

17   perspective where they're trying to understand the

18   risk/reward of owning that asset or from a usage

19   perspective where they're trying to understand the

20   utility of that purchase for themselves or -- or

21   the, you know -- the pros and cons of using that

22   solution versus another blockchain or another

23   blockchain asset.

24        Q.   Have you had the opportunity to review

25   the rebuttal report of Dr. Kristina Shampanier?

1                        ██████ - 2/16/2022

2        A.    Yes.

3        Q.    Do you have any response to the points

4    that Dr. Shampanier raised in her rebuttal report?

5              MR. SYLVESTER:  Objection; beyond the

6    scope.

7        A.    I need to look at the report.  I haven't

8    read it in quite a while to -- to look at something,

9    you know, specific from -- from there.

10       Q.    So sitting here today, nothing comes to

11   mind as a response to the points that Dr. Shampanier

12   raised.  Is that right?

13             MR. SYLVESTER:  Objection --

14       A.    I --

15             MR. SYLVESTER:  -- mischaracterizes

16   his testimony.

17             Go ahead.

18       A.    Sorry.  I'm happy to take a look at the

19   report and look at a specific point in that expert

20   rebuttal and we can talk about it.  But in general,

21   I don't know what to -- what you're asking me about.

22       Q.    Dr. Shampanier critiqued your report as

23   offering a survey of one.  Do you recall seeing that

24   in her rebuttal opinion?

25             MR. SYLVESTER:  Objection.  He just

240

████████ - 2/16/2022

1
2    said he hasn't read the report in a long time and
3    would need to see the report to reference it.  So if
4    you want to ask him a question about what she said,
5    I think it's appropriate to put the report in front
6    of him.
7                    MR. OPPENHEIMER:  Yeah.  I'm just
8    asking if he recalls that point from the report.
9                    (Simultaneous speaking.)
10       A.    I would need to look at the report.
11             Sorry.  Go ahead.
12       Q.    Do you recall that point from her report?
13       A.    To speak to something specific in the
14    report, I really need to look at it.  I mean, you're
15    telling me that there is a sentence in that report,
16    but before commenting on it, I would really like to
17    see the specific wording there.
18       Q.    Okay.  Have you billed any time in this
19    engagement for review and analysis of
20    Dr. Shampanier's report?
21       A.    I've reviewed the report --
22                    MR. SYLVESTER:  Sorry.  Hold on.
23                    Objection; form.
24                    Go ahead.
25       A.    I've reviewed the report and I've billed

241

████████ - 2/16/2022

1     time for anything I'm doing on this matter, so it

2     stands to reason that I've billed hours for that,

3     yes.

4         Q.   Approximately, how many hours have you

5     billed for your review of Dr. Shampanier's report?

6         A.   I don't know.

7         Q.   Do you think it's more than ten?

8         A.   I really don't know.

9         Q.   Okay.  Take a look at Exhibit 1,

10    Paragraph 85 of your report.  Paragraph 85, you

11    write:  Investment-oriented purchasers of digital

12    assets often pay close attention to company

13    communications related to the factors described

14    above.  Ripple's extensive public comments and

15    reports about those topics likely served to inform

16    and persuade investment-oriented purchasers about

17    the potential reward of purchasing XRP for the

18    purpose of generating a profit.

19         MR. SYLVESTER:  Just for the record,

20    you read "those."  It's "these topics."

21         MR. OPPENHEIMER:  Thank you.

22         Q.   Do you see that passage that I just read,

23    subject to the correction?

24         A.   Yes.

1                    ███████ - 2/16/2022

2          Q.    Did you do anything to test whether

3     actual purchasers of XRP had the reactions that you

4     suggest in this passage that we just read?

5                    MR. SYLVESTER:  Object to the form.

6          A.    I didn't specifically ask about the

7     reaction of an individual purchaser to these -- to

8     these factors.  I -- again, you know, I identified

9     the factors I thought were important to digital

10    asset purchasers and how asset purchasers generally

11    would -- you know, how those relate to the

12    understanding of asset purchasers.  But I didn't do

13    a specific, you know, session with a specific

14    purchaser about their reaction to the statements.

15         Q.    Prior to your retention as an expert in

16    this case, did you pay close attention to Ripple's

17    public communications in deciding not to purchase

18    XRP?

19                   MR. SYLVESTER:  Objection; form.

20                   Go ahead.

21         A.    I, as with any digital asset, generally

22    paid attention to what was out there in the world

23    about that asset.  I read news, read information

24    about it in making the determination whether I

25    thought it was a good risk/reward.

243

████████ - 2/16/2022

1

2     Q.    And did you look at the statements by

3  Ripple cited in your expert report when you were

4  deciding not to purchase XRP?

5               MR. SYLVESTER:  Objection; form.

6               Go ahead.

7     A.    I read many of the statements in this

8  report and that generally -- all those statements,

9  yeah, generally informed my opinion about whether to

10  invest in a particular asset or not.

11     Q.    Did you read all of the statements by

12  Ripple from this report at the time you decided not

13  to -- to purchase XRP?

14     A.    I can't remember, sitting here right now,

15  whether every single one of these statements is

16  something that I saw at a specific date.

17     Q.    What conclusions did you reach about the

18  potential reward of purchasing XRP for the purpose

19  of generating a profit at the time you decided not

20  to buy it?

21     A.    Sorry.  Say that again.

22     Q.    What conclusions did you reach about the

23  potential reward of purchasing XRP for the purpose

24  of generating a profit at the time you decided not

25  to buy XRP?

244

███████ - 2/16/2022

```
1
2        A.    Well --
3              MR. SYLVESTER:  Objection;
4    foundation.
5              Go ahead.
6        A.    -- since I didn't purchase XRP, I never
7    made a determination that the risk/reward was
8    favorable, at least compared to the kind of
9    opportunities set in front of me of the other
10   potential assets that I could purchase.
11       Q.    Have you ever worked for a money
12   transmitter?
13             MR. SYLVESTER:  Objection; form.
14       A.    No, I have not.
15       Q.    Have you ever interviewed anyone who
16   works for a money transmitter?
17       A.    As part of this expert report, I saw
18   testimony of employees at -- or maybe at least one
19   employee at a money transmitter.  I've also read,
20   you know, financial statements, filings -- public
21   filings, and press releases and other communications
22   by money transmitters.
23       Q.    Have you ever interviewed anyone who
24   works for a money transmitter?
25       A.    I have not.
```

1                           ███████ - 2/16/2022

2          Q.     Take a look at Paragraph 86 of the

3    report.  You write in Paragraph 86:  Purchasers of

4    XRP for cross-border payments would also be

5    interested in some of these topics, but not all.

6    For example, a money transmitter likely cares deeply

7    about specific topics like the liquidity of the

8    digital asset trading platforms it needs to rely on

9    to complete an ODL transaction, but is less

10   interested in Ripple's communications about the bull

11   case for the price of XRP.

12               What expertise do you have to identify

13   what money transmitters were likely to care deeply

14   about?

15         A.     As I said, I read, you know, many

16   statements by money transmitters about the type of

17   issues they care about, about their business model,

18   about their business strategy.  In addition, you

19   know, read their -- details about their finances.

20   So, you know, through that information, I came to an

21   understanding about what issues were important to

22   them in terms of the platforms they use.

23               I think in the specific example, the

24   sentence we just read, you know, employees for

25   MoneyGram were very direct about addressing these

246

████████ - 2/16/2022

 2   topics.

 3       Q.    So your basis for deciding what a money

 4   transmitter would likely care about comes from

 5   public filings and statements by MoneyGram.  Is that

 6   right?

 7       A.    I've read and studied the business models

 8   and business strategy of many companies in the -- in

 9   the financial -- institutional financial space.

10   MoneyGram is one example, I think it's a

11   particularly important example because, you know,

12   MoneyGram, at the peak of ODL uses during the

13   issuance period, MoneyGram made roughly 95 percent

14   of those ODL transactions.  So when the, you know,

15   CFO or somebody who's important at MoneyGram makes,

16   you know, specific statements about what aspects of

17   the market are important to them, when they say

18   something like, you know, talking about liquidity

19   and talking about their holding periods of XRP,

20   whether they view it as a long-term investment, when

21   they talk about those things, you know, they're a

22   main customer of ODL, that's a particularly

23   important voice.

24            But, you know, in general, I've paid

25   attention to many companies that are in -- involved

247

█████ - 2/16/2022

1

2      in, you know, financial business world.

3          Q.    Do you have any special knowledge in this

4      field that someone else who paid close attention to

5      the business -- withdrawn.

6              Do you have any special knowledge in this

7      field that someone else who paid close attention to

8      businesses in the financial business world and who

9      read the materials from MoneyGram that you've cited

10     in your report would not have?

11             MR. SYLVESTER:  Object to form.

12         A.    Sorry that was -- can you repeat that?

13     I'm confused exactly what you're asking me.

14         Q.    Do you have any basis to opine on what

15     was important to a money transmitter other than

16     publicly available materials and the comments by

17     MoneyGram in this case?

18             MR. SYLVESTER:  Objection;

19     mischaracterizes his testimony.

20         A.    The statements specific to MoneyGram that

21     I just talked about and how a money transmitter such

22     as MoneyGram would -- you know, like the type of

23     factors that are important to them, I think that's

24     discussed at length in my report.

25             As you asked earlier, I didn't have a

1                 ██████████ - 2/16/2022

2        specific one-on-one conversation with a MoneyGram

3        employee about that, but they've certainly, through

4        various forms, made their opinions very clear and --

5        and talked about the things that are working for

6        them and not working for them in terms of using this

7        product and so, as laid out in the report, I've

8        relied on -- on those indicators.

9            Q.    And, again, those indicators are public

10       sources and statements by MoneyGram in this

11       litigation.  Right?

12                      MR. SYLVESTER:  Objection.

13                      Go ahead.

14           A.    Yeah.  As I described, you know,

15       MoneyGram in particular is an important voice

16       because they're 95 percent of the usage of ODL

17       during the peak usage period of the period that I

18       was looking at.  So, you know, their statements were

19       important indicators to me, I certainly included

20       those when I saw them.

21           Q.    And you never worked for MoneyGram?

22           A.    That's correct.

23           Q.    You never worked for Western Union?

24           A.    Correct.

25           Q.    You never considered any statements by

249

█████████ - 2/16/2022

1

2      Western Union in forming that opinion, did you?

3           A.    I didn't see statements from Western

4      Union.

5           Q.    Did you ask to see statements from

6      Western Union?

7           A.    I don't remember asking for specific data

8      from Western Union.

9           Q.    Were you aware that Western Union

10     produced documents to the SEC in this case?

11               MR. SYLVESTER:  Objection.  I'm going

12     to ask you -- instruct you not to answer that to the

13     extent that it reveals conversations with counsel.

14     If you can answer without revealing conversations

15     with counsel, you can answer.

16          A.    I don't remember.

17          Q.    Take a look at Paragraph 50 of your

18     report.  It's on Page 26 of Exhibit 1.  In

19     Paragraph 50, you write:  Based on my experience as

20     an investor in digital assets as well as my close

21     observation of the digital asset space, I believe

22     that a reasonable investment-oriented purchaser of

23     XRP would consider at least the following factors

24     when purchasing XRP.

25               And then you set out a list of six

```
1                   ███████  - 2/16/2022
2    factors.  Do you see that?
3         A.    Yes.
4         Q.    Now, there's no citation in the footnote
5    there, is there?
6                   MR. SYLVESTER:  Sorry, Brad.  What
7    footnote?
8                   MR. OPPENHEIMER:  Footnote 48.
9         Q.    At the end of that sentence, there's no
10   citation to any source for this?
11                  MR. SYLVESTER:  Object; form.
12        A.    I'm sorry.  I just read the footnote.
13   What were you asking me about it?
14        Q.    You didn't provide a citation for the
15   list of the six factors in Paragraph 50.  Right?
16        A.    Correct.
17        Q.    You drew that list based on your own
18   personal experience.  Is that right?
19        A.    I --
20                  MR. SYLVESTER:  Objection;
21   mischaracterizations his testimony.
22                  Go ahead.
23        A.    The factors in this paragraph as well as
24   other parts of the report that I've identified as
25   important factors to a reasonable purchaser that
```

1              ███████ - 2/16/2022

2    was -- those are important factors I identified

3    based on my knowledge and experience of watching the

4    space.

5         Q.   You didn't cite any academic papers

6    setting out those factors as important, did you?

7         A.   Correct.

8         Q.   You didn't cite any industry journals or

9    other business articles identifying those factors.

10   Right?

11              MR. SYLVESTER:  Objection; form.  You

12   just got to give me a second.

13              THE WITNESS:  Sorry.

14              THE REPORTER:  What was your answer?

15   I didn't hear it.

16              THE WITNESS:  "Correct."

17        Q.   You don't cite any books or websites or

18   other publications that list those six factors.

19   Right?

20              MR. SYLVESTER:  Objection; form.

21        A.   Correct.

22        Q.   Do you believe that digital asset buyers

23   in the context of an ICO, initial coin offering,

24   consider different factors than digital asset buyers

25   outside of an ICO?

252

1          ████████ - 2/16/2022

2               MR. SYLVESTER:  Objection; form, and

3    beyond the scope.

4          A.    In putting together this report, I put

5    together the, you know, based on my knowledge and

6    experience, the factors that I thought were

7    important to a potential purchaser of XRP.  I think

8    that was my assignment.  You're asking about

9    something that I haven't, you know, had the time to

10   think about or put that together.

11         Q.    So sitting here today you haven't thought

12   about whether ICO purchasers have different factors

13   that they would consider than non-ICO purchasers?

14              MR. SYLVESTER:  Objection; form,

15   beyond the scope.

16         A.    That -- it's not that I haven't

17   considered ICOs in addition to a wide variety of

18   other digital assets.  You know, sitting here right

19   now and preparing this report that wasn't part of

20   what I was asked to consider.

21         Q.    And just to be clear you're not opining

22   that Ripple held an ICO from 2013 to 2020, are you?

23         A.    I've never made a kind of legal

24   determination about, you know, specific terms that

25   you would classify their -- their issuance of XRP or

253

█████████ - 2/16/2022

1    their offering.  You know, some projects have

2    self-labeled in certain ways and some have not, but

3    my assignment was not to make that kind of

4    determination.

5          Q.    So you're not offering an opinion about

6    whether Ripple held an ICO from 2013 to 2020, are

7    you?

8          A.    I'm not offering an opinion on what --

9    what they -- what you would call or label their

10   issuance.

11         Q.    Your report uses the term

12   "investment-oriented purchaser of XRP" in several

13   places.  How do you define an investment-oriented

14   purchaser?

15         A.    I think, in general, throughout the

16   report I talk about investment-oriented purchasers

17   and utility-oriented purchasers.  Those aren't

18   mutually exclusive categories.  Somebody can be

19   investment and utility-oriented purchaser.  It's

20   just a reflection of the idea that different types

21   of reasonable purchasers have different goals in

22   mind and some of those are to use services on the

23   blockchain, to use software products, to use

24   blockchain solutions.

254

███████ - 2/16/2022

1
2          Some of the goals include, you know,
3    speculative profits, short-term profits, long-term
4    profits, like a lot of the different types of
5    strategies that we talked about today with regard to
6    my own activity and experience in the space.  And,
7    you know, those -- those two different types of
8    goals can overlap or not on a particular person.
9          Q.   So how do you define an
10   investment-oriented purchaser?
11         A.   That's a purchaser who is interested in
12   earning investment gains off of the activity
13   surrounding, you know, purchasing and selling
14   digital assets.
15         Q.   Are there any other categories of actual
16   or potential purchasers of XRP other than
17   investment-oriented and utility-oriented?
18              MR. SYLVESTER:  Objection; form.
19         A.   Sitting here now, it's not something --
20   you know, I'd have to think carefully about how to
21   categorize, you know, each and every possible use
22   and whether it fits into one of those two buckets or
23   not.  I think, generally, those are the -- the broad
24   categories that purchasing activity falls under.
25              (Discussion off the written record.)

1                    ██████ - 2/16/2022

2                    MR. OPPENHEIMER:  Why don't we go off

3      the record here?

4                    THE VIDEOGRAPHER:  The time is 4:44.

5      We're off the record.

6                         (Break.)

7                    THE VIDEOGRAPHER:  The time is 5:02.

8      We are on the record.

9         Q.    A little bit before the break, I had

10     asked you whether you looked at the statements by

11     Ripple cited in your expert report at the time you

12     had decided not to purchase XRP, and I think your

13     testimony was that you did read many of the

14     statements in the report at that time.  Is that

15     right?

16        A.    I mean --

17                   MR. SYLVESTER:  Objection; form.

18                   Go ahead.

19                   THE WITNESS:  Sorry.

20        A.    -- when you're asking at that time, I

21     think it implies a specific point in time but, you

22     know, over a pretty long period of time, I would say

23     that I never purchased XRP.

24              So at each kind of point on that

25     timeline, there would have been different statements

256

█████ - 2/16/2022

in this report that hadn't been made yet, that had

been made yet, public announcements that had been

made or not yet.

      To the extent they had been made, also

the market reports would be a good example.  They

came out once a quarter.  So it could have -- it's

hard for me to place for a specific point in time

exactly which ones I have and haven't read, but it's

definitely impossible for me to say that there was a

moment in time that I -- that it was the only moment

that I didn't buy it, and in exactly which subset of

these communications that I'd seen at that point.

    Q.   So sitting here today, giving testimony

under oath, which -- can you say that you recall

seeing any of the statements quoted in your report

prior to your engagement as an expert in this case?

    A.   As somebody who just pays attention to

the articles and reports and press releases that are

out there in the world about blockchain space, I'm

confident that I ran across a lot of the information

that was out there about Ripple and XRP at the time.

      But sitting here now, I can't

specifically remember whether I had seen a specific

one or not at a particular moment in time.

257

1                          ▉▉▉▉▉  -  2/16/2022

2          Q.    Can you say that you saw any of the

3   statements quoted in your report prior to your

4   engagement as an expert in this case?

5          A.    So as I said, I -- I pay close attention

6   to the blockchain space.  I look at a lot of news

7   interviews, podcasts, things that are written.  But

8   I can't pinpoint for you a specific quote in here

9   that I did or didn't see at a specific point in

10  time.  So if I -- I can't do it for a -- on a

11  one-off basis, I can't, you know, collect those and

12  tell you which, if any, I've seen.

13         Q.    Okay.  So you --

14                    (Discussion off the written record.)

15                    MR. OPPENHEIMER:  Let's go off the

16  record.

17                    THE VIDEOGRAPHER:  The time is 5:05.

18  We are off the record.

19                    (Break.)

20                    THE VIDEOGRAPHER:  The time is 5:08.

21  We are on the record.

22         Q.    Mr. ▉▉▉▉  I'm going to hand you an

23  exhibit that's marked as Exhibit ▉▉▉  6.

24                    (Exhibit 6 was marked.)

25         Q.    This is the amended rebuttal report that

258

████████ - 2/16/2022

1

2   you submitted on November 16th, 2021.

3                     MR. SYLVESTER:  Thanks.

4        Q.    Do you recognize this document?

5        A.    Yes, I do.

6        Q.    Okay.  I'm going to start by pointing to

7   your rebuttal of Professor Osler, and in particular,

8   Paragraphs 15 to 18 of ██████  Exhibit 6.

9             Now, in responding to Professor Osler,

10  you say in Paragraph 16:  Professor Osler provides

11  no justification or uses any methodology to explain

12  why she believes ODL is less costly than traditional

13  cross-border payments using fiat currency.

14            In Paragraph 17, you respond to Professor

15  Osler's statement that:  ODL can be, and in my

16  opinion, is a viable option for making cross-border

17  payments, even if it is not currently viable.

18            And you say that she:  Looks at

19  technology firms, such as Airbnb and Pinterest, but

20  she just as easily could have looked at unprofitable

21  companies like Webvan and MoviePass.

22            And then, in Paragraph 18, you look at

23  her statement that says:  I understand that the SEC

24  has argued that ODL is unprofitable or earns only

25  de minimis revenue.  Assuming that is true, it

███████ - 2/16/2022

1

2    provides no information on the firm's ability to

3    compete as a payment service provider using ODL.

4              And you say with respect to that:  In a

5    similar manner, Professor Osler does not supply any

6    such information suggesting Ripple was able to

7    provide an attractive value proposition for ODL in

8    order to, quote, compete as a payment service

9    provider, end quote.

10             Do you see those lines of rebuttal?

11             MR. SYLVESTER:  Objection.  I just

12   want to say, for the record, the first paragraph of

13   17 ends in the word "profitable," not "viable."

14             MR. OPPENHEIMER:  Oh, thank you.

15   Q.    Do you see those rebuttal points?

16   A.    Yes.

17   Q.    You don't offer any rebuttals to

18   Professor Osler's opinion outside of Paragraphs 15

19   to 18 of your rebuttal report, do you?

20   A.    I think that there is a lot of

21   information throughout this rebuttal report about

22   the cost structure of ODL and the comparisons

23   between the costs of using ODL compared to other

24   payment solutions and, you know, Professor Osler

25   never put forth a specific calculation of estimates

███████ - 2/16/2022

1

2    of the costs of using ODL for particular

3    transactions.

4              Professor Ferrell did that, and I did

5    that.  And I think that, you know, if you're asking

6    for other discussion about the viability of ODL, I

7    would point you towards my more in-depth analysis

8    about the cost structure of ODL in terms of its, you

9    know, much higher cost structure for particular

10   transaction sizes and transaction types, compared to

11   the traditional financial space and how the array of

12   different subsidies and incentive payments were

13   required to incentivize market participants to use

14   that service instead of other services that the core

15   product offering was much more cost-effective.

16        Q.    Where in your rebuttal report do you

17   offer any rebuttal explanation to show that ODL is

18   not viable as a matter of economic theory, as

19   opposed to the actual costs that have been incurred

20   by previous users?

21              MR. SYLVESTER:  Object to form.

22        A.    I think I have discussed in several

23   places, I think, the overall mechanics of ODL and

24   how it works and why some of the, you know, design

25   elements of how ODL operates in the world is, you

261

1                        ████████ - 2/16/2022

2      know, structurally more costly than a traditional

3      financial system.  And those are separate from the

4      real-world data which calculates specific costs

5      related to doing those transactions.

6           Q.    Point me to a paragraph in your rebuttal

7      report where you explain why ODL is not viable as a

8      matter of economic theory?

9                      MR. SYLVESTER:  Objection; form.

10                     Go ahead.

11          A.    (Pause.)

12                So in Paragraph 24, I lay out several

13     factors why structural ODL is -- has elements of the

14     product offering that are more costly than some

15     alternatives.  And, again, that's separate from

16     doing a specific analysis looking at the actual

17     costs incurred by market participants.

18                And so, as an example in the first part

19     of that, I talk about how the, you know, trade

20     between a fiat currency and XRP incurs an exchange

21     fee, and that to use the ODL product, if we take the

22     example of the most poplar payment corridor, which

23     is the United States to Mexico, thinking about going

24     from U.S. dollars to Mexican pesos, describe that,

25     you know, to complete that trade or to -- sorry --

1            ███████ - 2/16/2022

2    to execute that money transfer across the border,

3    using ODL requires two sets of exchange trading

4    fees.

5            Whereas, a traditional payment using the

6    traditional financial system could be executed with

7    a single FOREX transaction between dollars and pesos

8    directly, as opposed to going U.S. dollars to XRP on

9    one exchange, then transferring assets to another

10   exchange, and going from XRP to pesos on the other

11   exchange.

12           In the next example, they are asking

13   about -- I talk about the, you know, exchange rate

14   that you see on a lit exchange, actually on a

15   combination of exchanges.

16           So using that example we were just

17   talking about, you know, if you combine the -- the

18   two trades from a exchange from dollars to XRP on

19   Bitstamp and an exchange from XRP to pesos on ███████

20   you can think about the combination of those trades

21   as giving you an effective implied exchange rate

22   from dollars to pesos.

23           And it's possible to, you know, think

24   about a comparison between, you know, going directly

25   from dollars to pesos on the iterative bank market,

1                    ███████ - 2/16/2022

2    compared to going from dollars to pesos across

3    multiple steps using ODL.

4              So the -- looking at the difference

5    between those two implies an FX spread which has to

6    be considered.  Again, that's separate from looking

7    at the actual costs of using those services.  It's,

8    you know, looking in the abstract at how those --

9    the mechanics of both types of transfers work, I

10   could make a comparison between those two solutions.

11             And, you know, the third example here is

12   talking about when you actually go to make those

13   trades on an exchange, you might not get the implied

14   exchange rate that we just discussed.  You're likely

15   to get an effective exchange rate that's worse than

16   that from the perspective of the user of ODL of the

17   money transmitter.

18             So, again, going with the same example

19   we've been talking about, you could expect to

20   experience slippage on both of those exchanges.  The

21   slippage from the initial trade from dollars to XRP

22   has to be combined with the slippage on the second

23   transaction after making a transfer on the XRP

24   Ledger with the XRP asset.

25             So then you add in the slippage from the

264

█████████ - 2/16/2022

1

2    trade going from XRP to pesos.  And the -- the

3    combination of those needs to be added onto the FX

4    spread.  That's between kind of the benchmark FX

5    rate and the implied rate.

6            And I think all three of those factors

7    are -- you know, we can discuss those conceptually

8    and theoretically without looking at the actual data

9    that was -- you know, to see what the actual costs

10   were that were incurred by a specific market

11   participant on a specific trade.

12           I have taken that step to also look at

13   the specific cost structure of these transactions

14   that were experienced by market participants, but if

15   you're asking about an example of looking more in

16   the abstract or theoretically about why one might be

17   advantageous versus the other, I think that would be

18   one example.

19           And, you know, I feel like we can look to

20   other parts of the report where sometimes it's

21   looking at theoretical considerations about the

22   differences in the, you know, market structures and

23   the product designs for those solutions.

24           And then, at times, as Professor

25   Ferrell's report outlines, I, you know, specifically

1                     ████████ - 2/16/2022

2      looked at the trading data to -- to calculate the --

3      the actual costs incurred by those market

4      participants.

5                I would say, even in those cases where we

6      look at the actual data of the costs from one

7      solution to another solution, despite Professor

8      Ferrell's numbers being, you know, clearly worse

9      than traditional financial payments, and despite my

10     numbers being even -- I believe, the corrected

11     version of those being even higher than Professor

12     Ferrell's numbers, nonetheless, I think both of

13     those sets of calculations that both Professor

14     Ferrell did and I did are artificially low because

15     those numbers incorporate subsidies and incentives

16     that were made by Ripple to incentivize market

17     participants to participate where they otherwise

18     wouldn't have.

19                So, for instance, when a market

20     participant, such as a market maker is involved,

21     providing liquidity where they wouldn't have

22     normally been doing that if not for the incentive

23     structure that was provided by Ripple, certain of

24     those fees would be even wider.

25                And then I think, you know, beyond market

1                      ████████ - 2/16/2022

2    makers adding liquidity and people even being there,

3    you know, performing in the first place, there were

4    specific subsidies to reimburse some of the

5    theoretical factors that we just talked about.  For

6    instance, there was a slippage pool to reimburse

7    slippage costs that were incurred by market

8    participants.

9              And so that would be an example where we

10   have a theoretical kind of analysis of why one might

11   be worse than the other.  Then we have hard data

12   about the actual costs of using one versus the

13   other.  And then on top of that we can look to

14   outside incentives that reimburse some of those

15   costs to draw conclusions about directionally how

16   large the costs would have been, you know, over and

17   above that absent, you know, subsidies and efforts

18   by Ripple to bring those market participants into

19   the fold.

20        Q.    Are you done your answer?

21        A.    Yes.

22        Q.    Are you offering an opinion that based on

23   the exchange trading fees, the implied exchange rate

24   or FX spread from these transactions in ODL and

25   slippage that it is impossible for ODL to ever be

267

1                        ████████ - 2/16/2022

2      less expensive than traditional cross-border payment

3      rails as a matter of economic theory?

4                     MR. SYLVESTER:  Object to form and

5      beyond the scope.

6          A.    So the analysis in my report about the

7      specific advantages and disadvantages of one

8      (unintelligible) versus another, as well as the cost

9      structure was focused on the issuance period.  So we

10     asked can they ever.  I'd have to, you know, redo

11     the analysis given, you know, new data since then,

12     but the data that I had to work with was confined to

13     the issuance period.

14                     I certainly haven't seen anything that

15     suggests to me that I would change my opinion as

16     written here, but you're asking about analysis that

17     was sort of outside of the scope of what I was asked

18     to do in the analysis that I performed.

19         Q.    So you're not offering a forward-looking

20     opinion as to whether ODL is or is not potentially

21     viable as a matter of economic theory in the future?

22                     MR. SYLVESTER:  Object to form.

23         A.    So there are times in the report where I

24     do look into the future and say, you know, here is

25     the trends of what I'm seeing during the issuance

1       ███████ - 2/16/2022

2    period.  And, you know, based on what I'm seeing

3    during the issuance period and based on my, you

4    know, expert analysis of this -- this payment system

5    and how it works, you know, I can draw some

6    conclusions about how I expect this to, you know,

7    develop in the future in terms of the cost

8    structures.

9              And, you know, I can see what the trends

10   and the trajectory of those costs look like.  Again,

11   I -- so I have made comments about how I see this

12   developing in the future.  I haven't specifically,

13   you know, gone back and redone my analysis with

14   different data, but I haven't seen anything that

15   would change my opinion now, compared to what I've

16   said and laid out in the report.

17       Q.    So are you offering an opinion that as a

18   matter of economic theory ODL could never possibly

19   be viable?

20              MR. SYLVESTER:  Objection; asked and

21   answered.

22       A.    What I've -- offering an opinion on is

23   based on the data during the issuance period to make

24   assessments about the design of the software

25   product, the financial product, the cost structure

████████ - 2/16/2022

1
2    that was actually experienced on market

3    participants, and looking at the trajectory of those

4    going forward.

5            I certainly didn't consider every

6    possible hypothetical scenario about what this

7    product could become.  I looked closely at the

8    product as designed, as it functioned, and drew

9    conclusions about how it operated during the

10   issuance period and also how I anticipated that it

11   operated -- it would continue to operate in the

12   future.

13           I think based on the structural issues

14   that I identified, if the product is more or less,

15   you know, similar to the one that I've analyzed with

16   the same sort of structural problems that I've

17   analyzed, leading to the real world, you know, cost

18   differences that I've looked at, then given that

19   data and that -- my analysis concluded that it was

20   unlikely to change in that regard going forward.

21       Q.    It was unlikely to change in that regard.

22   Where did you say that in your report?

23               MR. SYLVESTER:  Object to form.

24       A.    (Pause.)

25               There are several places where I make

1                    ███████  - 2/16/2022

2    statements similar to the one I just made.  One of

3    them is Paragraph 39, where I said the trajectory of

4    ODL costs for money transmitters at the end of the

5    issuance period gave no indication that ODL would

6    have an economical value proposition for financial

7    institutions to continue to adopt ODL, absent

8    subsidies provided by Ripple.

9            So there are other examples, but I think

10   that's one example where as I just mentioned, you

11   know, given the trajectory of cost structure that I

12   analyzed during the issuance period, that the basic

13   structural problems I identified with ODL compared

14   to other payment mechanisms, such as traditional

15   financial system or, you know, blockchain transfers

16   using a stable coin, that the significant subsidies

17   that were provided by Ripple to incentivize various

18   market participants to participate in ODL and to

19   reduce the structural cost advantage to those market

20   participants, you know, absent those, that the basic

21   problems I saw would persist into the future.

22       Q.   And you extrapolated that trend from the

23   last three months of the issuance period.  Is that

24   right?

25       A.   Well, as I mentioned, I think there are

█████ - 2/16/2022

1
2   many places in the report where I talk about the
3   structural cost advantages of many different types
4   of ODL.  But the example you just gave is one
5   important one, yes.  I think Professor Ferrell used
6   an FX spread for ODL that was -- first of all, there
7   was an error in the calculation.  He said that it
8   was the average between September -- I'm sorry,
9   October to December, but that was -- that was
10  incorrect.  Using the same dataset I calculated that
11  that was lower than the average value.
12          But I think more importantly, and to the
13  trajectory point that I was just making, Professor
14  Ferrell described the cost structure as going down
15  over time but ignored that the last, you know,
16  four-month period of the issuance period that we
17  were both -- I think we were both looking at, the
18  costs were actually increasing, not decreasing.  So
19  that was more a point about the -- directionally the
20  trajectory of, you know, one specific cost
21  disadvantage of the ODL system going in a different
22  direction than -- than I think the other report
23  indicated.
24      Q.   You didn't consider actual data from
25  after the issuance period, just extrapolating from

1          ███████ - 2/16/2022

2    those last few months of the issuance period.

3    Right?

4              MR. SYLVESTER:  Objection; form, and

5    mischaracterizes his testimony.

6              Go ahead.

7        A.    As I mentioned earlier, I did not redo

8    this analysis using the actual cost data.  My

9    assignment was to use real world cost data from the

10   issuance period and to make, you know, calculations

11   about, you know, the money transfer for particular

12   scenarios in the real world and what the costs were

13   for traditional financial payment transfer version

14   of that versus ODL.

15             And so I didn't redo that entire analysis

16   with new data that was from after the issuance

17   period.  But I haven't specifically seen anything

18   that would lead me to change the opinions I made

19   about the cost structure of ODL compared to other

20   payment solutions since that point.

21       Q.    Let's turn back to Paragraph 24, which

22   you pointed to earlier.  Subpart 3 mentions

23   slippage, and you talked about that in one of your

24   earlier answers.

25             Are you aware that Ripple has taken out a

273

████████ - 2/16/2022

 1   patent on a computer system to eliminate slippage?

 2        A.   I'm not aware that Ripple has found a way

 3   to eliminate slippage.

 4        Q.   Would it change your opinion if you

 5   learned that Ripple had taken out a patent on a

 6   computer system designed to eliminate slippage?

 7        A.   I would certainly need to analyze the

 8   specifics of how that technology worked before I

 9   made any conclusions about anything about that.

10        Q.   So you don't know one way or the other

11   whether that would affect your opinions?

12             MR. SYLVESTER:  Objection.

13        A.   I would have to look at what that

14   technology is and what it purports to do, and how it

15   functions in the real world, look at data and

16   results.  From that, just hearing that somebody has

17   an approach to reduce costs doesn't change the facts

18   or the analysis that I've done using real world data

19   for this money transfer product.

20        Q.   You testified earlier that you had

21   reviewed the transcript of Professor Osler's

22   deposition.  When she mentioned the patent in her

23   deposition, did you do any analysis to try to find

24   or evaluate that patent?

1                          ███████ - 2/16/2022

2                     MR. SYLVESTER:  Are you referencing

3    her deposition transcript?

4         Q.    I asked the question.  The question is --

5                     MR. SYLVESTER:  Okay.  Well, let me

6    place my objection.

7                     If you're referencing her deposition

8    transcript, then I'd ask that you show the witness a

9    copy of the deposition transcript and point him to

10   the selection that you're quoting from so that he

11   can see the context and has some understanding about

12   what you're saying.

13        Q.    You can answer, if you can.

14        A.    I don't remember seeing that portion of

15   the deposition transcript.  And I should probably be

16   more specific in saying that I did not read that

17   deposition transcript front-to-back.  I've read

18   pieces and portions of that deposition transcript.

19   I don't remember seeing what you're talking about.

20        Q.    Is it fair to say you haven't looked to

21   try to find that patent that Ripple holds?

22                     MR. SYLVESTER:  Object to form.

23        A.    By "looked for the patent," have I looked

24   at the -- for the patent office filings and things

25   like that?  No, I have not looked through patent

1        ████████ - 2/16/2022

2    office filings for technology from Ripple to

3    eliminate slippage.

4        Q.   Okay.  Also in Paragraph 24 you have the

5    discussion of the implied exchange rate.  And you

6    mentioned in your answer earlier that XRP requires

7    two trades.

8             Isn't it true that for foreign exchange

9    trades that don't start or end in U.S. dollars,

10   there is also two currency exchange trades required?

11       A.   That is incorrect.

12       Q.   And what's your basis for saying that

13   it's incorrect?

14       A.   I have frequently traded FOREX products

15   and I have traded in trading pairs that do not begin

16   or end in U.S. dollars that do not require two

17   different transactions across two different trading

18   pairs.

19       Q.   When did you first begin trading FOREX

20   products?

21       A.   It probably was in 2002.

22       Q.   And how many FOREX trades have you

23   conducted since 2002?

24       A.   I can't remember.

25       Q.   Do you have an estimate?

1              ███████ - 2/16/2022

2       A.    It's many, but I don't have a specific

3    estimate over, you know, 19 years of activity.

4       Q.    More than a thousand?

5       A.    Sorry?

6       Q.    More than a thousand?

7       A.    That --

8              MR. SYLVESTER:  Objection; form.

9              Go ahead.

10      A.    I'm not going to be able to nail down a

11   specific number, but I think it's very likely it's

12   well more than a thousand, yes.

13      Q.    And which trading pairs have you traded

14   in that don't involve U.S. dollars?

15      A.    Australian dollars and New Zealand

16   dollar.

17      Q.    Is that the only one?

18             MR. SYLVESTER:  Objection; form.

19             Go ahead.

20      A.    I'd have go back and think carefully

21   about every trading pair I ever traded in, but what

22   I can say is that I've traded many different trading

23   pairs.  Some of those don't involve U.S. dollars on

24   the front end or the back end so that's -- that's

25   why I would say it's an accurate statement that

277

1                           ███████  -  2/16/2022

2      every trading pair begins or ends in U.S. dollars.

3           Q.    Do you know if there is a liquid trading

4      pair between Australian dollars and Philippine

5      pesos?

6                     MR. SYLVESTER:  Objection; form.

7           A.    I haven't looked recently at the

8      liquidity of a trading pair between -- you gave the

9      example of Australian dollars and Philippine pesos.

10     Is that right?

11          Q.    (Nods.)  So you don't know, sitting here

12     today, whether that is a liquid trading pair?

13          A.    For that specific trading pair?  I -- I

14     have not traded that trading pair.  I've traded

15     Australian dollars against different currencies, but

16     I haven't attempted to go from -- as far as I can

17     remember, specifically from Australian dollars to

18     Philippine pesos.

19          Q.    Do you know how much volume ODL has

20     today?

21                     MR. SYLVESTER:  Objection; form.

22          A.    You're asking for daily or monthly volume

23     figures of, like, today, this week, this month?  I

24     haven't seen that data.

25          Q.    Do you know whether ODL volumes have been

278

█████████ - 2/16/2022

1
2    upwards of hundreds of millions of dollars

3    equivalent -- U.S. dollars equivalent over the past

4    several quarters?

5                    MR. SYLVESTER:  Objection; form.

6        A.    I haven't looked at the data for ODL

7    volumes recently.

8        Q.    Are you offering an opinion that any

9    money transmitter that is using ODL is using an

10   inherently inferior product?

11                   MR. SYLVESTER:  Objection; form,

12   beyond the scope.

13       A.    What I looked at was the structure of ODL

14   during the issuance period and the data provided

15   especially by -- related to MoneyGram during the

16   issuance period.  As I mentioned earlier, I think

17   the peak of that activity before a precipitous drop

18   in the volume of ODL transactions, MoneyGram made up

19   something like 95 percent of those transactions and

20   most of that was on the U.S. dollar to Mexican peso

21   corridor.  I'm very familiar with the cost structure

22   of those transactions.

23                   I've also looked at the many subsidies

24   that MoneyGram and other market participants

25   received for those transactions and that's the data

279

█████████ - 2/16/2022

and the analysis I used to conclude that those

subsidies were an important piece of MoneyGram's

participation.

        I think that that -- that analysis is

also consistent with something we talked about

earlier which was that I looked at statements from

the MoneyGram CFO who directly said that absent

those subsidies, ODL would not be a -- I'm

paraphrasing him, but he said something along the

lines of absent the significant subsidies from

Ripple, ODL would not be a competitive product or a

cost-effective product for them which, you know,

strongly implied that -- the same conclusion that I

drew from looking at the real world data, which was

that, you know, absent the volume-based incentives,

the slippage pool, the lower spreads due to

incentives to market-makers, about all those things,

they would have, you know, had lower costs by

sticking with a traditional financial system.  And I

think that's also reflected in just the total

volumes that they did so, you know, they had a large

business doing cross-border payments and ODL was a

relatively small piece of that total -- that total

business.  Even though MoneyGram was 95 percent of

280

1                          ████████ - 2/16/2022

2      ODL transactions, you know, ODL transactions were

3      only a, you know, relatively small minority of

4      MoneyGram transactions.

5                 So I think all those things together led

6      to my conclusions that based on everything I saw

7      that was from data and analysis during the issuance

8      period, they were, in large part, participating in

9      that program due to the significant incentives and

10     subsidies that were in place.

11         Q.    Take a look at Page 16 of Exhibit 6,

12     Section 2.6.1 of your rebuttal report.  The heading

13     in Section 2.6.1 is:  Professor Ferrell's Own

14     Calculations that ODL, without Subsidies, Is

15     Uneconomical for Financial Institutions such as

16     MoneyGram.

17                Do you see that?

18         A.    Yes.

19         Q.    You aren't offering an opinion that ODL

20     is uneconomical for all financial institutions, are

21     you?

22                MR. SYLVESTER:  Objection; form.

23         A.    What I analyzed was the product offering

24     of ODL as it existed during the issuance period, as

25     well as the, you know, real world data and, you

281

████████ - 2/16/2022

 1   know, MoneyGram's activity on that system I think is

 2   a very good representation of the economics of

 3   market participants in general because 95 percent of

 4   activity was MoneyGram's.

 5          I think if you were to average the cost

 6   structure of other market participants, given that I

 7   looked specifically at 95 percent of the volume, I

 8   think that's a good sample of the total cross-border

 9   payments that were made on ODL at that time.  So

10   that leads me to conclude that, you know, other

11   financial institutions would have, you know, a

12   similar cost structure.

13          I think if another financial institution

14   had a significantly superior cost structure to

15   MoneyGram, then it stands to reason that they would

16   have participated on ODL in greater numbers and ODL,

17   you know, just to take an example again, you know,

18   May 2020, if another financial institution had a

19   very significant cost advantage in how they ran

20   their business using ODL, it's probably likely that,

21   you know, MoneyGram's total volume would have been

22   significantly less than 95 percent of those

23   transactions.

24          The fact that they comprised such a large

1          ██████████  - 2/16/2022

2    portion of those transactions tells me that, you

3    know, whether from the underlying cost structure of

4    the product or from the subsidies, you know, they

5    were more well-positioned to -- to benefit from

6    doing those -- those transactions.

7               And as I analyzed, the vast majority of

8    those benefits came from the subsidies, not the

9    underlying cost structure.  And that's, you know,

10   backed up by the CFO's comments that basically said

11   exactly -- and again paraphrasing -- said exactly

12   that.

13        Q.   What analysis did you do to determine

14   whether MoneyGram's cost structure made it an ideal

15   customer for ODL as compared to other money

16   transmitters?

17               MR. SYLVESTER:  Object to the form.

18        A.   Yeah.  I think that looking at the

19   dominance of MoneyGram on the ODL system in terms of

20   their share of ODL transactions, it stands to reason

21   that they -- they had a, you know -- they had a

22   reason to make those transactions, that some of

23   their competitors, they might have looked at -- you

24   know, I can't put myself in their shoes, but

25   presumably, they looked at the same product and made

283

1                    ████████  - 2/16/2022

2     a decision not to participate.

3              So I haven't seen real world data from

4     the other, you know, competitors of MoneyGram that

5     weren't participating in ODL.  I can just see the

6     real world transactions that took place on ODL with

7     MoneyGram and note that MoneyGram was the vast

8     majority of the transaction activity on ODL.

9          Q.    Take a look at Paragraph 33 of your

10    rebuttal report.  In Paragraph 33, you opine that,

11    quote, it is not appropriate to use this low

12    transaction size --

13                    MR. SYLVESTER:  Sorry, Brad, where

14    are you?

15                    MR. OPPENHEIMER:  At the

16    second-to-last sentence.

17                    MR. SYLVESTER:  On Page 19?

18                    MR. OPPENHEIMER:  Yeah, Page 19.

19                    MR. SYLVESTER:  Okay.

20         Q.    "It is not appropriate to use this low

21    transaction size" --

22              Which a few words earlier was

23    approximately $12,000.

24              -- "for traditional transfers to

25    calculate break-even costs for ODL since MoneyGram

284

1                           ▮▮▮▮ - 2/16/2022

2    would normally have batch transfers in much larger

3    sizes absent ODL?"

4              Do you see that?

5         A.   Yes.

6         Q.   And in support, you say:  According to

7    MoneyGram's CFO, virtually all other money

8    transmitters batch their payments and, thus, even

9    smaller money transmitters would not find ODL to be

10   economically viable relative to the traditional

11   financial system.

12             Do you see that?

13        A.   Yes.

14        Q.   And you cite the transcript of

15   Mr. Angelilli for it.  Right?

16        A.   Let me see.

17        Q.   Footnote 37.

18        A.   Footnote 37.  And then there

19   is something -- where is Footnote 37?  Yeah, I

20   think -- I think both of those footnotes speak to

21   that point, yeah, generally.  Yes, I see that.

22        Q.   Okay.  I'm going to mark as ▮▮▮▮

23   Exhibit 7 the transcript of the deposition of

24   Mr. Angelilli.

25             (Exhibit 7 was marked.)

285

1                    █████ - 2/16/2022

2        Q.    Thank you.

3              Footnote 37 accompanies a sentence that

4    says:  Virtually all other money transmitters --

5              Well, I'll read the whole thing.

6              -- according to MoneyGram's CFO,

7    virtually all other money transmitters batch their

8    payments?

9              And Footnote 37 cites to Pages 73 and 74

10   of this transcript.  Can you tell me where on

11   Pages 73 and 74 of this transcript Mr. Angelilli

12   says that virtually all other money transmitters

13   batch their payments?

14       A.    (Pause.)

15             I don't see it here.  I think that it's

16   possible this was a mistake in specifically which

17   portion of this testimony was being referenced.  I

18   can -- I generally have in my mind the -- the gist

19   of the -- the statements that I was referring to,

20   but I don't think it's this specific page of the

21   deposition.

22       Q.    Okay.  Are you familiar with the

23   distinct -- or -- withdrawn.

24             What's the difference between FX

25   disadvantage and FX spread?

1                    ████████ - 2/16/2022

2              MR. SYLVESTER:  Objection;

3    foundation.

4         A.    Those -- depending on who you're talking

5    to, those statements can have different meanings.

6    Typically, I think the way FX spread is discussed in

7    the context of Professor Ferrell's report, in my

8    report, FX spread refers to the -- the difference

9    in, you know, the exchange rate from the -- the lit

10   market rate on two exchange transactions through ODL

11   versus the FX spread between the two currencies that

12   would be experienced with the traditional trade such

13   as on the interbank market.

14              So the spread between those two rates

15   would be what's referred to as the FX spread.

16   Whereas, I -- I have to look at a specific place

17   where you're referring to FX's advantage to give the

18   compare and contrast between those, but that's

19   what's generally being referred to when we're

20   talking about FX spread.

21        Q.    The FX spread doesn't include exchange

22   fees, does it?

23        A.    The way that I've broken out the -- the

24   cost structures here, the FX spread is a separate

25   concept from -- from the trading fees that are

287

1                          ███████  -  2/16/2022

2     experienced on exchange.  Yes.

3               So if you look at my -- so either

4     Professor Ferrell's table which is, I think, Table 1

5     and Table 2, if I'm not mistaken, you see different

6     fees here for the exchange fees on Bitstamp and

7     ██████  and you see a separate breakout of FX spread,

8     same thing on Table 2.

9               And I think if you look at summary of my

10    analysis of the cost calculations, the same thing,

11    you see exchange fee for Bitstamp, you see an

12    exchange fee for ██████  and then you see an FX

13    spread separate to that.

14       Q.    Take a look at Page 23, Figure 4.

15    Figure 4 is labeled:  Average monthly FX spread

16    using ODL in the USD-MXN corridor in 2020.

17             Are you aware that the numbers reflected

18    in that figure actually include the exchange fees?

19       A.    I don't believe that's accurate.

20       Q.    Take a look at Paragraph 40 of your

21    rebuttal report, Exhibit 6.  Near the end of this

22    paragraph on Page 26, it looks like the second --

23    third-to-last sentence, you write, quote, MoneyGram

24    averaged $73 million in monthly transactions for the

25    U.S. to Mexico payment corridor.

288

1          ██████████ - 2/16/2022

2              And you state that this, quote,

3    Corresponds to exchange fees of 7 basis points for

4    Bitstamp and 26 basis points for ████████

5              And then you opine that, quote, The total

6    exchange fees should, therefore, be 33 basis points

7    instead of the 10 basis points used in the Ferrell

8    report's higher market liquidity scenario shown in

9    Table 2.

10             Do you see that?

11                  MR. SYLVESTER:  Objection.  For the

12   record you did not read the last three sentences.

13   In the third-to-last sentence you omitted the words

14   "in 2020."

15                  MR. OPPENHEIMER:  Thanks.

16        Q.    Do you see that part of your opinion?

17        A.    Yes.  In relation to the last thing that

18   we just talked about, the 10 basis points that are

19   use as the exchange fees for Ferrell's report are,

20   alone, higher than the FX spread shown in September

21   of the FX spread on that chart.  So it's not

22   possible for the FX spread for that month to include

23   his exchange rate fees.

24        Q.    Are you -- you're -- you're critiquing

25   Professor Ferrell in this passage for understating

289

1                        ▊▊▊▊▊ - 2/16/2022

2    the exchange fees from his analysis.   Right?

3         A.    What I've generally pointed out on -- in

4    this section is that I looked up the real world

5    exchange fees on the specific exchanges that are

6    involved in this transaction and they're a different

7    number than -- to be clear, there's a special rate

8    on exchanges at times just for particular assets.

9    If those exchange fees are subsidized by some third

10   party.

11              And so the numbers that Ferrell used

12   included subsidies from Ripple to the exchange, you

13   know, direct payments made by Ripple.  And my

14   understanding, that's -- that's a direct agreement

15   to specifically lower the exchange fees paid by

16   market participants on that exchange with that

17   particular digital asset.

18              And the point I'm making here is that if

19   you want to look at the underlying cost structure of

20   the ODL product that the appropriate number to use

21   is the exchanges -- exchange fees across their

22   products, that'd be an unsubsidized number.

23              So I'm comparing the unsubsidized

24   exchange fees to make this calculation, whereas

25   Professor Ferrell is using the subsidized --

1                    ██████ - 2/16/2022

2    subsidized fees.

3         Q.    26 basis points isn't actually the

4    unsubsidized fee that would apply on ██████ is it?

5                    MR. SYLVESTER:  Objection; form.

6                    Go ahead.

7         A.    So if a user logs on to a ██████ account,

8    when this screenshot in Figure 6 was taken, and they

9    trade with a digital -- they traded a digital asset

10   that was not specifically subsidized to have a lower

11   number, they just used the exchanges, you know,

12   exchange rate to trade their, you know, default

13   value for digit assets, that number is accurate.

14        Q.    You -- I'm sorry.

15        A.    I think --

16        Q.    Go ahead?

17        A.    Again, I think I recognize that for

18   specific assets on specific exchanges, the exchange

19   rate could be lower.  But, you know, the point I'm

20   making is that some of those change rates on

21   specific assets were lower not because the -- it was

22   cheaper for the exchange to provide that service.

23   They were lower because they had specifically been

24   paid money from a third party to subsidize that

25   activity of trading of that asset.  And I think this

1                      ███████ - 2/16/2022

2    is -- this is exactly what happened with ████ and

3    XRP.

4              So I'm not disputing that people might

5    have experienced that rate in the real world, but

6    I've recognized that difference and tried to show

7    that I'm calculating an unsubsidized, you know, cost

8    calculation for using ODL.  To the extent that I can

9    unwind different subsidies and sometimes those are

10   baked in where I can't unwind those, in some cases I

11   can.  This is an example that I can unwind the

12   effect of the subsidy on the cost structure from

13   what the underlying cost would be to make that

14   trade, you know, absent the subsidies.

15        Q.    You got the 26 basis points by looking at

16   the table you included in Figure 6 of your report

17   and going down to where the number -- the volume

18   would be greater than 50 million.  Is that right?

19              MR. SYLVESTER:  Object to form.

20        Q.    Based on the $73 million volumes you

21   describe in Paragraph 40?

22              MR. SYLVESTER:  Object to form.

23              Go ahead.

24        A.    So based on MoneyGram's average

25   transaction of OEMs in 2020 of 73 million, you'd

1                    ████████ - 2/16/2022

2    look down the list of Bitso's transaction fees on

3    the taker column because MoneyGram would be, in any

4    given transaction, likely to be the taker rather

5    than the maker in that transaction, and look for the

6    value that's greater than $50 million of monthly

7    transaction volume and less than 150 million.

8         Q.    But the volume numbers are given in

9    Mexican pesos, aren't they?

10                   MR. SYLVESTER:  Object to form.

11        A.    It does say transactions are in Mexican

12   pesos.  Yes.

13        Q.    If you convert to Mexican pesos you'd end

14   up with a lower fee than the one you described in

15   your report.  Right?

16        A.    Yes.

17        Q.    Take a look at Paragraph 20 -- I'm sorry,

18   Paragraph 92 of your rebuttal report.  In

19   Paragraph 92 you're responding to the expert report

20   filed by Professor Yadav.

21                   MR. SYLVESTER:  Brad, if we're going

22   to move on to a different section of his rebuttal

23   report is now a good time for a break?

24                   MR. OPPENHEIMER:  Sure.  Let's take a

25   break.

293

1                      ████████ - 2/16/2022

2              THE VIDEOGRAPHER:  The time is 6:02.

3    We're off the record.

4                       (Break.)

5              THE VIDEOGRAPHER:  The time is 6:18.

6    We're on the record.

7        Q.    You testified earlier that you had not

8    disabled TweetDelete after being engaged as an

9    expert in this case.  Did you ever enable

10   TweetDelete after you had been engaged as an expert

11   in this case?

12       A.    I can't remember when TweetDelete came on

13   and off.  I just know that generally for the whole

14   six-year period I typically had TweetDelete enabled.

15       Q.    I want to show you an exhibit that we'll

16   mark as ████   Exhibit 8.

17                  (Exhibit 8 was marked.)

18       Q.    ████    Exhibit 8 is a web archive capture

19   of the ██████████  Twitter page from October 15th,

20   2021.  I want to look down --

21                  (Discussion off the written record.)

22       Q.    And if you look at the tweets shown on

23   this page, they go back at least to September 7th.

24   Do you see that?

25       A.    Yes, I see that.

294

█████████ - 2/16/2022

1

2      Q.    Does that suggest to you that TweetDelete

3  was not enabled as of October 15th?

4      A.    That does not suggest that to me, no.

5              (Discussion off the written record.)

6      Q.    Why do you think

7  TweetDelete -- withdrawn.

8              Is it -- do you think that TweetDelete

9  was enabled as of October 15th, 2021?

10      A.    I think so, but I'm not sure about a

11  specific point in time.

12      Q.    If TweetDelete was enabled as of

13  October 15th, 2021, would you expect to see tweets

14  going back to September 7th as of that date?

15      A.    I'm not sure.  It depends on the amount

16  of time that TweetDelete would have been set in

17  terms of how many days back it went.

18      Q.    Why did you change your account to

19  protected on or after October 15th, 2021?

20              MR. SYLVESTER:  Objection; asked and

21  answered.

22      A.    So as I said earlier, I think the first

23  time I protected my account was probably six years

24  ago in January of 2016.  There have probably been

25  times since then that it's been toggled back and

1      ████████ - 2/16/2022

2   forth, but that certainly wasn't the first time that

3   I protected the account.

4      Q.   Take a look at the tweet from

5   September 28th.  It's the first one on this list.

6   This appears to be in response to somebody who

7   writes, quote, Musk, I don't think crypto is

8   the second -- is Second Coming of the Messiah.

9           And the response says:  Holy shit.  That

10  means it's the first one.

11          What did you mean by that?

12     A.   It was --

13          MR. SYLVESTER:  Object to form.

14          Go ahead.

15     A.   It was a joke about -- you know, about

16  Musk's comment.

17     Q.   And what did you mean by that joke?

18     A.   I think -- I think it's self-explanatory,

19  but Musk is saying that it's not the Second Coming

20  of the Messiah, so the joke would be that the

21  logical conclusion would be that he's saying it's

22  the first, instead of the second.

23     Q.   If you look at the second, third, fourth,

24  the fifth -- sixth tweet down the page, this is one

25  dated September 7th, and it says:  If Brian

1                          █████████  -  2/16/2022

2      Armstrong actually doesn't understand how lending

3      products can be securities...hoo, boy.

4                  What did you mean by that?

5          A.    This is in response to a tweet by Brian

6      Armstrong that says:  How can lending be a security?

7                  I think that, in reality, there are

8      plenty of lending products that are securities.

9          Q.    What analysis have you done to figure out

10     which lending products are securities?

11                  MR. SYLVESTER:  Objection;

12     foundation.

13         A.    I just know that in the real world, there

14     are financial products that have registered as

15     securities or that, you know, speak about themselves

16     as being securities in the real world.

17         Q.    Do you consider the possibility that a

18     financial product may qualify as a security when you

19     make investment decisions on behalf of ███████

20     ███████

21         A.    Sorry.  Say it again.

22         Q.    Do you consider the possibility that a

23     financial product may qualify as a security when you

24     make investment decisions on behalf of ███████

25     ███████

297

1              ███████ - 2/16/2022

2                    MR. SYLVESTER:  Object to form.

3         A.    When I make investment decisions on

4    behalf of ████████████ I consider a variety of

5    risk factors.  Some of those risk factors are

6    regulatory risks, so I do think about whether a

7    particular asset is more or less likely to be, you

8    know, considered a security.

9         Q.    Have you ever tweeted about XRP?

10        A.    I don't remember anything specific like

11   that.

12        Q.    Do you remember one way or the other

13   whether you have or have not?

14                    MR. SYLVESTER:  Objection; asked and

15   answered.

16        A.    I don't remember.

17        Q.    You testified earlier a bit about an NDA

18   that you have with ████████████  Are you

19   willing to ask ███████████ to release you from

20   that NDA?

21        A.    I can consider having that discussion.

22        Q.    Have you attempted to have that

23   discussion in connection with your offering an

24   expert report in this case?

25        A.    No.

298

████████ - 2/16/2022

1

2          MR. SYLVESTER:  Object to form.

3          Just got to hang on for the

4   objection.

5          THE WITNESS:  Sorry.

6     Q.    Take a look at Paragraph 95 of your

7   rebuttal report, which is responding to Professor

8   Yadav, in Paragraph 95, you say:  The four indicia

9   used by Professor Yadav to determine the geographic

10  location of digital asset trading platforms

11  critically omit a key factor - the location of a

12  digital asset platform's servers.

13          Is it your opinion that servers are an

14  important factor in determining where offers on an

15  exchange become final and binding?

16          MR. SYLVESTER:  Objection; form,

17  beyond the scope.

18     A.    I think that the motivation for

19  discussing that factor here was that there were

20  points in Professor Yadav's report that did discuss

21  the location of the digital asset platform servers,

22  and then other parts of the report where those were

23  left out.

24          I think I say here Professor Yadav

25  mentions the digital asset platform servers as a

299

█████████ - 2/16/2022

1  
2    potential indicia of location and gives weight to

3    this indicium by listing it alongside other indicia

4    that were actually employed in determining the

5    location of a digital asset platform.

6          So there are parts of the report where

7    she talks about -- where the -- where Professor

8    Yadav speaks about location of servers, and there

9    are other parts where that is kind of left out of

10   the analysis.

11     Q.    I didn't ask you about your motivation.

12   My question was, is it your opinion that servers are

13   an important factor in determining where offers on

14   an exchange become final and binding?

15     A.    I think, first of all, the opinion I put

16   forth was that the word "offer" is broader than just

17   where a trade is matched on a server -- or sorry --

18   on an exchange.  There is a broader offering process

19   at play there that incorporates, you know,

20   facilitating those transactions with explaining to

21   investors where they can find, you know, platforms

22   and fora that include that particular digital asset.

23          It includes advertising to people that

24   they should buy it, and it includes all the steps

25   along the way of entering an order, and having that

300

███████ - 2/16/2022

1
2  order be matched and completed.

3          So when you're asking about if it's an

4  important factor, I'd said there are a lot of

5  different factors at play.  The location of the

6  participants, whether that's individuals, companies,

7  and also servers, the location of all those are

8  important to that process.

9      Q.    Suppose an exchange had servers in ten

10  different countries.  Is it your opinion that that

11  exchange would be located in all ten different

12  countries?

13      A.    I think that a company that has many

14  other indicators that they're in a particular

15  country, that that company doesn't become a --

16  classified as existing in many different countries

17  at once if they just, you know, move some of their

18  code to, for instance, a cloud server in several

19  countries.

20          So I don't think that a company can

21  suddenly -- you can suddenly ignore the other

22  factors that are involved there.  I think all of the

23  factors have to come into play.

24      Q.    Suppose the Tokyo Stock Exchange places a

25  server in New York.  Is it your opinion that this

1                                      

2    means some trades on the Tokyo Stock Exchange now

3    occur in the United States?

4        A.    I'm sorry.  Read the hypothetical again.

5        Q.    Suppose the Tokyo Stock Exchange places a

6    server in New York.  Is it your opinion that that

7    means some trades on the Tokyo Stock Exchange now

8    occur in the United States?

9        A.    I'd have to look at the -- all the

10   details around that stock exchange, their business,

11   and how they operate to make that determination.  I

12   think, sitting right here, just telling me that

13   there is one factor that's involved and that's

14   changed, I can't really say how that would play out

15   in my analysis.

16       Q.    What details would you need about the

17   stock exchange, their business, and how they

18   operate?

19       A.    I would need to look at a variety of

20   factors to understand -- to understand that,

21   including, you know, where the company is located,

22   you know, where they have advertised to customers,

23   the languages that they've used to serve those

24   customers, the platforms and the type of advertising

25   campaigns they've used to reach customers.  And

1                    ███████ - 2/16/2022

2    there are other factors involved as well.  That's

3    just an example.

4         Q.    Any other factors you would need to

5    understand?

6         A.    I -- I'd first want to, you know, look at

7    the specific question in front of me because, I

8    mean, I think you're talking about a type of

9    platform that's inherently different than a digital

10   asset trading platform in this hypothetical.  And

11   there are similarities and differences but, you

12   know, I think I have mentioned some of the relevant

13   factors that are involved.

14        Q.    Are there other relevant factors you

15   would need to consider?

16        A.    Yes, there are.

17        Q.    What other factors?

18        A.    Like I said, sitting here right now, I

19   can't think of all of them but, you know, as an

20   example, if -- if an exchange had a lit exchange

21   that was based in one country and, you know, made --

22   facilitated direct sales in another country or

23   over-the-counter sales somewhere else, that could be

24   an important piece of information.

25              Yeah, basically, you know, there might be

1         ████████ - 2/16/2022

2    other venues or areas where the trades took place,

3    rather than just that single server that you've

4    mentioned, you know, could hypothetically move from

5    Point A to Point B.

6         Q.    Any other factors you'd need to consider?

7         A.    Along with the process that's kind of

8    laid out in my report for making those decisions, I

9    can't specifically think of how a traditional

10   financial exchange would differ.

11        Q.    Did you consider all of those factors

12   with respect to determining where ████████ is

13   located?

14              MR. SYLVESTER:  Objection; form.

15        A.    No, I did not.

16        Q.    Did you consider all of those factors

17   with respect to where Bitfinex is reported -- is

18   located?

19              MR. SYLVESTER:  Objection; form.

20        A.    You know, the work I've done to look at a

21   specific exchange, to the extent that I looked at

22   that, is discussed in my report.  I mean, I kind of

23   walk through some of the -- the reasons there that I

24   think -- the factors that were not present in

25   Professor Yadav's report should be included and some

1                    ███████ - 2/16/2022

2       of the ways that the factors applied by Professor

3       Yadav were applied inconsistently.

4            Q.    Mr. ██████ it's a question --

5                    MR. SYLVESTER:  Let him finish the

6       question, please.

7            Q.    Go ahead.

8            A.    But sitting here now, if you're asking me

9       to do a new piece of analysis, I would need to study

10      that and --

11           Q.    I --

12           A.    -- and, you know, apply the specifics of

13      that type of exchange which is used as a digital

14      asset exchange, and I need to think through that.

15           Q.    I'm not asking you to do a new analysis.

16      I'm not asking you to walk through other things you

17      discuss in your report.  My question is, all of

18      those factors that you just listed in response to my

19      question, did you consider all of those factors with

20      respect to Bitfinex?

21           A.    (Pause.)

22                  I'm trying to refresh my memory if there

23      was anything specific to Bitfinex in here, but

24      beyond what I've just said, but I don't think there

25      is.

1                         ███████ - 2/16/2022

2                   MR. SYLVESTER:  Counsel, is there a

3       specific portion of the report you want to direct

4       him to, to answer your question?

5                   MR. OPPENHEIMER:  No.  I think he's

6       right.  I don't think there is.

7            Q.    You didn't consider each of those factors

8       that you just identified in response to my questions

9       as to any of the roughly two dozen exchanges that

10      Professor Yadav listed in her report, did you?

11                  MR. SYLVESTER:  Objection; form.

12           A.    I'm sorry.  Can you repeat that?

13           Q.    You didn't consider each of those factors

14      you just identified in response to my question as to

15      any of the roughly two dozen exchanges that

16      Professor Yadav identified in her report, did you?

17                  MR. SYLVESTER:  Same objection.

18           A.    The analysis I did related to the -- to

19      Professor Yadav's analysis is laid out in the

20      rebuttal, and you can see the steps I took to -- to

21      look at those here, and I think -- you know, you've

22      asked a hypothetical about how I would analyze a

23      different kind of platform.  I've given some

24      additional factors that I might consider and -- but,

25      you know, the factors that I did consider and the

306

1                         ███████ - 2/16/2022

2    analysis I did do is laid out in the report.

3         Q.    What did you do to prepare for your

4    deposition today?

5                    MR. SYLVESTER:  Object to form.

6                    Go ahead.

7         A.    I've read through my own report.  I've

8    read through the reports that I rebutted.  And I've

9    just generally refreshed myself on the -- the

10   reports that I wrote and the analysis that I did.

11        Q.    Did you meet with the SEC's counsel at

12   all?

13        A.    Yes.

14        Q.    How many times?

15        A.    I think four.

16        Q.    And approximately how many hours total

17   did you spend in those four meetings?

18        A.    I can't remember exactly.

19        Q.    Do you have an estimate?

20        A.    Probably something like 20 hours.  Like

21   four hours each.

22        Q.    Who was present at the first meeting?

23        A.    Mark Sylvester.  And I can't remember

24   specifically for each meeting, but generally those

25   meetings included Daphna Waxman and Mark Sylvester.

307

1                        ████████ - 2/16/2022

2        Q.    Anyone else?

3        A.    I don't think so.

4        Q.    Was there anyone outside the SEC present

5    at those meetings?

6        A.    I was present at those meetings.

7        Q.    In addition to you, was there anyone

8    outside the SEC who was present at those meetings?

9        A.    I don't think so.

10       Q.    Okay.  During those meetings were you

11   shown any documents that refreshed your recollection

12   as to the issues in this case?

13       A.    I was shown the documents that I just

14   mentioned that I've, you know, read again more

15   recently, including my own -- primarily my own

16   expert reports.

17       Q.    Any documents other than the expert

18   reports that refreshed your recollection?

19              MR. SYLVESTER:  Objection.  I'm going

20   to instruct you not to answer that question to the

21   extent it reveals work product.  If you can answer

22   that question without identifying any documents that

23   were selected by the SEC to show you during your

24   prep sessions, you can answer it.

25              MR. OPPENHEIMER:  Wait, wait, wait.

308

1                          ███████ - 2/16/2022

2    If it refreshed his recollection, that's not work

3    product.  That's something that refreshes a witness'

4    recollection and that's discoverable.  I'm not

5    asking for everything you showed him.  I asked were

6    there any documents, other than the expert reports,

7    that refreshed his recollection.

8                    MR. SYLVESTER:  Okay.  I'm fine with

9    that.  You can answer that.

10       A.    Sitting here right now, I can't remember

11   specific documents that I looked at.

12       Q.    Okay.  Did anyone provide comments on any

13   drafts of your expert report in this case?

14       A.    Yes.

15       Q.    Who?

16       A.    ███████  ████████,  ████

17   ████ (phonetic),  ████████, Mark Sylvester,

18   Daphna Waxman.  I can't remember who else.

19       Q.    Are all of those folks that you just

20   listed associated with either the SEC or Integra?

21       A.    Yes.

22       Q.    Is it -- would that be the same set as to

23   your rebuttal report?

24                    MR. SYLVESTER:  Objection.  Sorry.  I

25   thought you were answering both reports together,