# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>     v.<br><br>RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>                    Defendants. | Case No. 20-CV-10832 (AT) (SN) |

### DECLARATION OF ANDREW J. CERESNEY
### IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE
### THE TESTIMONY OF ███████

I, Andrew J. Ceresney, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney associated with the law firm of Debevoise & Plimpton LLP, counsel to defendant Ripple Labs Inc. I submit this declaration in support of Defendants' Motion to Exclude the Testimony of ███████.

2. Attached as **Exhibit 1** to this declaration is a true and correct copy of the Amended Expert Report of ███████, dated October 13, 2021.

3. Attached as **Exhibit 2** to this declaration is a true and correct copy of the transcript of the February 15, 2022 Deposition of ███████.

4. Attached as **Exhibit 3** to this declaration is a true and correct copy of an article titled, ███████████████████████████████████████████████, published in ███████████████████████████, on December ██.

5.	Attached as **Exhibit 4** to this declaration is a true and correct copy of the Rebuttal Expert Report of Allen Ferrell, dated November 12, 2021.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: July 12, 2022
       New York, NY

|  |  |
|---|---|
| By: | /s/ Andrew J. Ceresney |
|  | Andrew J. Ceresney |
|  | DEBEVOISE & PLIMPTON LLP |
|  | 919 Third Avenue |
|  | New York, NY 10022 |
|  | (212) 909-6000 |
|  | aceresney@debevoise.com |