UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,       :
                                          :
                                Plaintiff,      :      20 Civ. 10832 (AT) (SN)
                                          :
                 - against -              :      ECF Case
                                          :
RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,  :
and CHRISTIAN A. LARSEN,                  :
                                          :
                             Defendants.     :
                                          :
------------------------------------------------------------------------x

## DECLARATION OF MARK R. SYLVESTER IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF ▋

I, Mark R. Sylvester, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I represent Plaintiff Securities and Exchange Commission (the "SEC") as counsel in this action.

2. I respectfully submit this declaration and the attachments hereto in support of Plaintiff Securities and Exchange Commission's Brief in Opposition to Defendants' Motion to Exclude the Testimony of ▋ filed herewith.

3. Attached hereto as Exhibit A is a true and correct copy of the Deposition Transcript of ▋, taken on May 26, 2021.

4. Attached hereto as Exhibit B is a true and correct copy of a Memorandum from ▋ to Ripple, dated July 5, 2018, re: "Media and Think Tank Fly-in – Briefing Memo," bearing Bates numbers RPLI_SEC 0431593-1604.

5.  Attached hereto as Exhibit C is a true and correct copy of an email from ▮▮▮▮ to ▮▮▮▮, and ▮▮▮▮, dated July 17, 2018, bearing Bates numbers RPLI_SEC 0290850-53.

6.  Attached hereto as Exhibit D is a true and correct copy of an email from ▮▮▮▮ to ▮▮▮▮, and ▮▮▮▮, dated June 20, 2018, bearing Bates numbers RPLI_SEC 0862817-19.

7.  Attached hereto as Exhibit E is a true and correct copy of an email from ▮▮▮▮ to ▮▮▮▮, and ▮▮▮▮, dated July 20, 2018, bearing Bates numbers RPLI_SEC 0523227-29.

8.  Attached hereto as Exhibit F is a true and correct copy of an email from ▮▮▮▮ to Brad Garlinghouse, ▮▮▮▮, and "Comms," dated February 7, 2019, with attachment, bearing Bates numbers RPLI_SEC 0971231-36.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  New York, New York
        August 9, 2022

/s/ Mark R. Sylvester
Mark R. Sylvester
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
100 Pearl Street, Suite 20-100
New York, NY 10004
(212) 336-0159 (Sylvester)
sylvesterm@sec.gov