# EXHIBIT D

Message

From: ██████@ripple.com]
on behalf of ██████@ripple.com> [██████@ripple.com]
Sent: 6/20/2018 9:54:04 AM
To: ██████@ripple.com>]; ██████@ripple.com>];
    <██████@ripple.com>]; ██████@ripple.com>]
CC: ██████@ripple.com>]
BCC: ██████@ripple.com>]
Subject: Re: notes from today

██████,

Good morning!

Please see enclosed draft for Insights. Can you please help populate this chart with the criteria and data points? Ideally, we want to tell the story that if you believe bitcoin and ethereum are decentralized, than the facts point to the XRP Ledger also being decentralized.

The Design team is ready to turn the chart into a format so we can share via social as well.

Per Brad's timeline - we'd like to get this out today if possible. But I can't speak to how much time it will take to get the data points. Is that reasonable?

Thanks so much for rallying around this.

Bests,
██████

On Tue, Jun 19, 2018 at 6:32 PM ██████ @ripple.com> wrote:
██████ let me send you some more suggestions to consider. I think this is a good start but not enough.

I also like the idea about supplementing this with a blog post about it.

On Tue, Jun 19, 2018 at 6:30 PM ██████ @ripple.com> wrote:
Docs team has proposed adding the following line to the first sentence at the top of the page:

No one can freeze XRP. For other currencies in the XRP Ledger, their issuers can freeze the non-XRP balances they have issued.

Let me know if this is clear enough.

██████

On Tue, Jun 19, 2018 at 5:47 PM, ██████ @ripple.com> wrote:
Yes, I can work with ██████ on updating the current language on dev portal to make it more clear that XRP cannot be frozen.

I will send a draft to this group for review and approval before pushing the update.

--
[redacted]
[redacted]@ripple.com

On Tue, Jun 19, 2018, 5:44 PM [redacted]@ripple.com> wrote:
> Thanks, [redacted]
>
> @[redacted] - do you have next steps on the "freeze" dev portal article? Or should I reach out to [redacted]?
>
> On Tue, Jun 19, 2018 at 5:42 PM [redacted]@ripple.com> wrote:
>> Thanks Brad. Moving you to bcc.
>>
>> @rest - let me pull together a draft Insights post to share with you in the morning. I'll definitely need your help with the technical details and specs. But let me get the framing together to get us started.
>>
>> Many thanks,
>> [redacted]
>>
>> On Tue, Jun 19, 2018 at 4:54 PM Brad Garlinghouse <brad@ripple.com> wrote:
>>> https://docs.google.com/document/d/1fmd0eCKc1IQBeiTFb5azKJBihS6u3LamN3KGx1NERCI/edit
>>>
>>> https://developers.ripple.com/freezes.html
>>>
>>> https://news.earn.com/quantifying-decentralization-e39db233c28e
>>>
>>>
>>> --
>>> [redacted]
>>> [redacted].com | ripple.com

--
[redacted] | Ripple
[redacted].com | [redacted]

**ripple**

Introducing Cobalt: An Update to the XRP Ledger Consensus Protocol (article)

XRP Performance Throughput Increases to 1,500 Transactions Per Second (link)

How Ripple is Further Decentralizing XRP Ledger (article)

Ripple Escrows 55 Billion XRP for Supply Predictability (article)

**Latest Releases:** DepositAuth, Checks, History Sharding, & Preferred Ledger Branch (0.90.0)



--
| Ripple
.com | ripple.com

CONFIDENTIAL

RPLI_SEC 0862819