UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>Defendants. | Case No. 20-CV-10832 (AT) (SN) |

**DECLARATION OF BRADLEY E. OPPENHEIMER
IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE
THE TESTIMONY OF** ▮

I, Bradley E. Oppenheimer, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney at the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., and counsel to Defendant Ripple Labs Inc. I submit this declaration in support of Defendants' Motion to Exclude the Testimony of ▮

2. Attached as **Exhibit A** to this declaration is a true and correct copy of the Expert Report of ▮ dated October 4, 2021.

3. Attached as **Exhibit B** to this declaration is a true and correct copy of the transcript of ▮ February 16, 2022 deposition.

4. Attached as **Exhibit C** to this declaration is a true and correct copy of the Expert Rebuttal Report of Kristina Shampanier, Ph.D., dated November 12, 2021.

5. Attached as **Exhibit D** to this declaration is a true and correct copy of the Expert Report of Allen Ferrell, Ph.D., dated October 4, 2021.

6. Attached as **Exhibit E** to this declaration is a true and correct copy of the Expert Report of Prof. Carol Osler, dated October 4, 2021.

7. Attached as **Exhibit F** to this declaration is a true and correct copy of the Expert Rebuttal Report of ▮▮▮▮▮▮ dated November 12, 2021.

8. Attached as **Exhibit G** to this declaration is a true and correct copy of the Second Amended Expert Rebuttal Report of ▮▮▮▮▮▮, dated February 24, 2022.

9. Attached as **Exhibit H** to this declaration is a true and correct copy of the Expert Report of Peter Adriaens, dated October 4, 2021.

10. Attached as **Exhibit I** to this declaration is a true and correct copy of the Expert Report of Yesha Yadav, dated October 4, 2021.

I hereby declare under the penalty of perjury that, to the best of my knowledge, information, and belief, the foregoing is true and correct.

Dated: July 12, 2022
       Washington, D.C.

By:   /s/ *Bradley E. Oppenheimer*
      Bradley E. Oppenheimer

      KELLOGG, HANSEN, TODD,
        FIGEL & FREDERICK, P.L.L.C.
      Sumner Square
      1615 M Street, N.W., Suite 400
      Washington, D.C. 20036
      +1 (202) 326-7900
      boppenheimer@kellogghansen.com