UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>Defendants. | Case No. 20-CV-10832 (AT) (SN) |

NOTICE OF DEFENDANTS'
MOTION TO EXCLUDE THE TESTIMONY OF ▇▇▇▇▇▇▇ PH.D.

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Declaration of Kylie Chiseul Kim, and exhibits attached thereto, Defendants Ripple Labs Inc., Bradley Garlinghouse, and Christian A. Larsen hereby move, pursuant to Federal Rule of Evidence 702, for an order excluding the testimony of ▇▇▇▇▇▇▇ Ph.D.

Dated: July 12, 2022
         Washington, D.C.

By: */s/ Reid M. Figel*
      Reid M. Figel

KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
+1 (202) 326-7900
rfigel@kellogghansen.com

DEBEVOISE & PLIMPTON LLP

*Counsel for Defendant Ripple Labs Inc.*

CLEARY GOTTLIEB STEEN &
HAMILTON LLP

*Counsel for Defendant Bradley Garlinghouse*

PAUL, WEISS, WHARTON, RIFKIND &
GARRISON LLP

*Counsel for Defendant Christian A. Larsen*