UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

v.

RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,

          Defendants.

Case No. 20-CV-10832 (AT) (SN)

---

**NOTICE OF DEFENDANTS'
MOTION TO EXCLUDE THE TESTIMONY OF ███████████ PH.D.**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Declaration of Christopher S. Ford and the exhibits attached thereto, and all prior pleadings in this action, Defendants Ripple Labs, Inc., Bradley Garlinghouse, and Christian A. Larsen hereby move, pursuant to Federal Rules of Evidence 403 and 702, for an order excluding the testimony of Dr. ███████████.

Dated: July 12, 2022
      New York, NY

DEBEVOISE & PLIMPTON LLP

By: /s/ Lisa Zornberg
    Lisa Zornberg
    919 Third Avenue
    New York, NY 10022
    (212) 909-6000
    lzornberg@debevoise.com

KELLOGG, HANSEN, TODD, FIGEL, & FREDERICK PLLC

*Counsel for Defendant Ripple Labs Inc.*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

*Counsel for Defendant Bradley Garlinghouse*

PAUL, WEISS, WHARTON, RIFKIND & GARRISON LLP

*Counsel for Defendant Christian A. Larsen*