UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>Defendants. | Case No. 20-CV-10832 (AT) (SN) |

**DECLARATION OF KYLIE CHISEUL KIM
IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE
THE TESTIMONY OF ███████ PH.D.**

I, Kylie Chiseul Kim, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an associate at the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., and counsel to Defendant Ripple Labs Inc. I submit this declaration in support of Defendants' Motion to Exclude the Testimony of ███████ Ph.D.

2. Attached as **Exhibit A** to this declaration is a redacted copy of the Amended Expert Report of ███████ Ph.D., dated October 6, 2021.

3. Attached as **Exhibit B** to this declaration is a true and correct copy of the transcript of ███████ February 18, 2022 deposition, filed under seal pending review for redactions.

4. Attached as **Exhibit C** to this declaration is a redacted copy of the Expert Rebuttal Report of Daniel R. Fischel, dated November 12, 2021.

5. Attached as **Exhibit D** to this declaration is a true and correct copy of the transcript of █████ May 10, 2022 supplemental deposition, filed under seal pending review for redactions.

6. Attached as **Exhibit E** to this declaration is a redacted copy of the Supplemental Expert Report of █████ Ph.D., dated February 28, 2022.

7. Attached as **Exhibit F** to this declaration is a redacted copy of the Supplemental Expert Report of M. Laurentius Marais, Ph.D., dated May 13, 2022.

8. Attached as **Exhibit G** to this declaration is a true and correct copy of Exhibit 16 to the May 10, 2022 Supplemental Deposition of █████ Ph.D., filed under seal pending review for redactions.

I hereby declare under the penalty of perjury that, to the best of my knowledge, information, and belief, the foregoing is true and correct.

Dated: July 12, 2022
Washington, D.C.

By: /s/ Kylie Chiseul Kim

Kylie Chiseul Kim

KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
+1 (202) 326-7900
kkim@kellogghansen.com