# Exhibit D

1

2   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
3   - - - - - - - - - - - - - - - - -x
    SECURITIES AND EXCHANGE
4   COMMISSION,

5              Plaintiff,
                                    Case No.
6        vs.                        20-civ-10832(AT)(SN)

7   RIPPLE LABS, INC., BRADLEY
    GARLINGHOUSE, and CHRISTIAN A.
8   LARSEN,

9              Defendants.
    - - - - - - - - - - - - - - - - -x
10

11

12        CONTINUED VIDEOTAPED DEPOSITION OF

13        ███████████, Ph.D.

14             New York, New York

15        Tuesday, May 10, 2022

16

17

18

19

20

21

22

23  Reported by

24  JEFFREY BENZ, CRR, RMR

25  JOB NO. 211049

1

2

3

4

5                        May 10, 2022

6                        1:12 p.m.

7

8

9        Continued Videotaped Deposition of ████████

10   ████  Ph.D., taken at Debevoise & Plimpton LLP,

11   919 Third Avenue, New York, New York, before

12   Jeffrey Benz, a Certified Realtime Reporter,

13   Registered Merit Reporter and Notary Public of the

14   State of New York.

15

16

17

18

19

20

21

22

23

24

25

1

2   A P P E A R A N C E S :

3

4   FOR THE PLAINTIFF:

5        U.S. Securities and Exchange Commission

6             100 Pearl Street

7             New York, New York 10004

8        BY:   MARK SYLVESTER, ESQ.

9             ROBERT MOYE, ESQ. (remotely)

10

11

12

13

14   FOR DEFENDANT RIPPLE LABS:

15        Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

16             1615 M Street NW

17             Washington, D.C. 20036

18        BY:   REID FIGEL, ESQ.

19             KYLIE KIM, ESQ.

20             ELIANA PFEFFER, ESQ.

21             CLAYTON MASTERMAN, ESQ. (remotely)

22             MICHAEL KELLOGG, ESQ. (remotely)

23             BRADLEY OPPENHEIMER, ESQ. (remotely)

24

25

Page 4

```
 1
 2    A P P E A R A N C E S: (Ctd.)
 3
 4    FOR DEFENDANT BRADLEY GARLINGHOUSE:
 5          Cleary Gottlieb Steen & Hamilton LLP
 6                2112 Pennsylvania Avenue, NW
 7                Washington, D.C. 20037
 8          BY:   JORGE BONILLA LOPEZ, ESQ. (remotely)
 9
10    FOR DEFENDANT CHRISTIAN A. LARSEN:
11          Paul, Weiss, Rifkind, Wharton & Garrison LLP
12                1285 Avenue of the Americas
13                New York, New York 10019
14          BY:   MARTIN FLUMENBAUM, ESQ. (remotely)
15                CARLY LAGROTTERIA, ESQ. (remotely)
16
17
18
19
20
21    ALSO PRESENT:
22          DMITRY ZVONKOV, Videographer
23          DEBORAH McCRIMMON, Ripple Labs, Inc.
24          ELIZABETH GOODY, S.E.C.
25
```

1          ██████

2          THE VIDEOGRAPHER:  We are on the

3     record.  Today's date is May 10, 2022.  The

4     time on the video screen is 1:12 p.m.

5          This is Video 1 in the deposition of

6     Dr. ████████  in the matter of the SEC

7     versus Ripple Labs, Inc., et al., in the

8     U.S. District Court, Southern District of

9     New York, Case Number 20-CIV-10882

10    (AT) (SM).

11         This deposition is being taken at

12    919 Third Avenue, New York, New York.

13         My name is Dmitry Zvonkov.  I'm the

14    videographer with TSG Reporting.  The court

15    reporter is Jeff Benz, also with TSG.

16         All appearances are on the

17    stenographic record.  Would the reporter

18    please swear in the witness.

19    ████████, Ph.D.,

20    called as a witness, having been first

21    duly sworn by Jeffrey Benz, a Notary

22    Public within and for the State of New

23    York, was examined and testified as

24    follows:

25

1                         ██████

2    EXAMINATION BY MR. FIGEL:

3         Q.   Good afternoon, Dr. ██████  Could you

4    please state your name for the record.

5         A.   ████████████.

6         Q.   And any reason you can't give truthful

7    and accurate testimony today?

8         A.   I don't believe so, no.

9         Q.   You've submitted an expert -- an

10   opening expert report, or rebuttal report and a

11   supplemental report in connection with this

12   case.

13              Is that correct?

14        A.   Yes, that's correct.

15        Q.   And just for the record, I think we're

16   going to be referring to at least all of them.

17              I show you what has been previously

18   marked as Exhibit 1 from your prior deposition.

19              So I'll put that before you so you can

20   have access to it.

21              MR. FIGEL:  And then -- do we have the

22        exhibit sticker?  I don't need this.

23        Q.   And just so the record's clear, that

24   is the opening amended report that you submitted

25   in this case?

1          █████

2          Is that correct?

3     A.    It appears to be yes.

4     Q.    And since we have three reports, can

5  we agree that for the purposes of the

6  deposition, that we'll refer to that report as

7  your opening report?

8     A.    That's satisfactory to me.

9          MR. FIGEL:  Okay.  And so just so the

10         record's clear, the opening report will be

11         the amended expert report of Dr. █████

12         dated October 6, 2021.

13    Q.    All right.  I'd now like to show you

14  what's -- we previously marked as Exhibit 2.

15         Is this the supplemental report that

16  you -- I'm sorry, this was marked as Exhibit 13?

17  Is that right?

18         Wasn't this Exhibit 2?

19         I'm sorry, Dr. █████ Can I borrow

20  that back from you for a second.

21         It's Exhibit 2 on yours.

22         All right.  And is Exhibit 2 the

23  rebuttal report that you issued in this case on

24  November 12, 2021?

25    A.    It appears to be, yes.

1                          █████

2       Q.   And again, so the record's clear, can

3   we agree that when I refer to your rebuttal

4   report, we're referring to Exhibit 2?

5       A.   That's satisfactory to me.

6       Q.   Okay.

7            And I now show you what's been marked

8   as Exhibit 13.

9            (Dr. ██████ February 28, 2022,

10           supplemental expert report was marked ████

11           Exhibit 13 for identification, as of this

12           date.)

13      Q.   And is this the supplemental expert

14  report that you issued on February 28, 2022?

15      A.   It appears to be.

16      Q.   And again, for the record, can we

17  agree that when I refer to this supplemental

18  report, we'll be -- I'll be referring to

19  Exhibit 13?

20      A.   That's fine with me.

21      Q.   All right.  Now, in your opening

22  report, you offer the opinion that you found,

23  and -- I'm quoting -- Statistically significant

24  evidence that XRP prices react to new

25  information about Ripple's actions.

1          ███

2          Correct?

3      A.   That -- I -- I believe so.

4      Q.   I'll represent to you I'm trying to

5   quote from paragraph 12A.  We can -- we can let

6   the report speak for itself.

7          MR. SYLVESTER:  And just perhaps

8      before we go too far down this road, I just

9      want to note for the record that, of

10     course, we're here pursuant to the Court's

11     order of April 19, 2022, in which

12     Judge Netburn stated -- I'll quote in

13     part -- Expert discovery is reopened until

14     May 13, 2022, for the limited purpose of,

15     one, redeposing Dr. ███ regarding the

16     analysis in his supplemental report,

17     limited to four hours.  Which he continues,

18     close quote.

19         So, I'll let you have a little bit of

20     leeway, but I want to put on the record

21     right away that the purpose of this

22     deposition is to explore Dr. ███

23     supplemental analysis as set forth in his

24     supplemental report.

25         It's not to reopen his initial

1        ██████

2   deposition to give defendants more time to

3   question when they used, I believe, 6 hours

4   and 58 minutes for the initial deposition.

5        So, I'm happy to hear the question,

6   and we can take it one question at a time,

7   but I just want to put on the record right

8   away that we intend to direct Dr. ████ to

9   answer questions within the scope of the

10  Court's order and -- or rather, to permit

11  him to answer questions within the scope of

12  the Court's order, and direct him not to

13  answer any questions that fall outside that

14  scope.

15       MR. FIGEL:  I understand your

16  position, and just so the record's clear,

17  we intend to examine him about his

18  supplemental report.

19       But as I believe we'll establish

20  through questioning, and I intend to

21  establish through questioning, the facts,

22  data, methodology, and work papers, work

23  product that he created in connection with

24  the supplemental report, is on all fours

25  with the work he did with his original

1

2      report.

3           And, as a result, we view it as

4      impossible to not ask questions about

5      certain aspects of his original report -- I

6      think I've got determination right, in

7      connection with the supplemental report.

8           So you can make objections.  You can

9      direct however you like, but our position

10     is, we will be questioning him about his

11     opening report, and we believe it's fully

12     consistent with the judge's order that

13     allows us to examine him with respect to

14     the conclusions and methodologies in his

15     supplemental report.

16          MR. SYLVESTER:  Okay.  As I said, I

17     hear your position, we can take it one

18     question at a time.

19     Q.   All right.  Do you recall that I was

20 asking you about the conclusion you reached in

21 paragraph 12A of your opening report?

22     A.   Yes, I recall.

23     Q.   And that conclusion was based on your

24 finding of a statis-- significant statistical

25 correlation between certain public announcements

1

2    made by Ripple, and price returns of XRP, as

3    reported in public sources.

4              Is that correct?

5              MR. SYLVESTER:  Let's stop right here.

6        Objection.  How is this related to his

7        supplemental analysis?

8              MR. FIGEL:  Well, I don't have to

9        preview for you the questions I'm going to

10       ask.  But he found in his opening report,

11       as I just believe I accurately

12       summarized -- let me just make sure -- do

13       we have an answer to the question yet, or

14       you're not going to let him answer?

15             MR. SYLVESTER:  Yeah, I lodged an

16       objection.  He answered the question, Do

17       you recall that I was asking you about the

18       conclusion that you reached in your opening

19       report.

20             MR. FIGEL:  And you didn't permit him

21       to answer my question.

22             So I'll -- I'll have a colloquy with

23       you, but we're not going to do this

24       question by question.

25             He has a methodology in which he made

1 ████

2 findings in his original report, which we

3 believe carries over and are relevant to

4 his supplemental report, and I fully intend

5 to question him about the methodology in

6 his original report that bears on his

7 supplemental report.

8      MR. SYLVESTER:  And -- and we would

9 object to that.  You had seven hours to

10 question him about his methodology in his

11 opening report.  That's not what this

12 deposition is for.

13      You -- you have an entire report

14 before you that you can ask -- you're free

15 to ask him any questions on his

16 supplemental report.  You're free to ask

17 him any questions that you think are tied

18 to his supplemental report, but what we've

19 started on is his initial report, which,

20 again, you had 7 hours to ask questions on

21 and did use 6 hours and 58 minutes, so I --

22 I do object to this line of questioning.

23      If we can move to the supplemental

24 report, then perhaps we can -- you can

25 demonstrate how this is of relevance to --

1      ████

2    and within the bounds of the Court's order,

3    but sitting here right now, I don't see it.

4         MR. FIGEL:  Well, Mr. Sylvester, with

5    all respect, I don't have to demonstrate

6    anything to you, you can make your

7    objections, I'm going to ask my questions.

8         I've proffered to you the reasons why

9    questions about his opening report are

10   relevant to his supplemental report.  And

11   you can then do what you want, but I'm not

12   going to change my questions or the scope

13   of what I intend to ask him about based on

14   what you think the permissive --

15   permissible scope of the Court's order is.

16   Q.   All right.

17        MR. FLUMENBAUM:  And I want to note

18   for the record that it is -- in his own

19   supplemental report, he refers to the

20   methodology that he filed in his amended

21   report.  And -- and maybe you can establish

22   the relevance of that through that

23   question.

24        And he refers to his first report in

25   his supplemental report.  And you're

1    ▮

2         wasting time, Mr. Sylvester, which I'm

3         going to ask the court reporter to take

4         away -- to add back to the four hours.

5              Just either object -- no more

6         speeches.  We understand your position, but

7         enough.

8              MR. SYLVESTER:  Mr. Flumenbaum --

9              MR. FLUMENBAUM:  You're just stopping

10        the deposition --

11             MR. SYLVESTER:  Mr. Flumen--

12             MR. FLUMENBAUM:  -- which is your goal

13        here, and you've been sanctioned in order

14        to get here so just -- you know, just stop.

15             MR. SYLVESTER:  Mr. Flumenbaum, that

16        itself was a speech.  So thank you for

17        that.

18        Q.   All right.  So let me -- I believe

19   Mr. Sylvester objected -- Sylvester objected

20   before you answered my question.  The conclusion

21   in your opening report was that you found a

22   significant statistical correlation between

23   certain public announcements made by Ripple and

24   price returns of XRP as reported from public

25   sources.

1                        ██

2              Is that correct?

3        A.    I -- I -- that sounds correct, yes.

4        Q.    All right.  Now, directing your

5    attention to the rebuttal report, in your

6    rebuttal report, your opinions were limited to

7    various observations and arguments that you had

8    in which you disagreed with the expert report

9    submitted by Allen Ferrell.

10             Is that correct?

11       A.    My rebuttal report, I was asked to

12   respond to certain arguments put forward by

13   Dr. Ferrell.

14       Q.    And you didn't offer any new opinions

15   in support of your own analysis in the opening

16   report, in the rebuttal report.

17             Correct?

18       A.    I -- I would say that that's correct.

19       Q.    All right.  Now, directing your

20   attention to the supplemental report, in the

21   supplemental report, you offer an opinion for

22   the first time that but for the impact of news

23   and public statements related to Ripple, the

24   U.S. dollar price per XRP token, quote, would

25   rarely have exceeded 2 cents per unit.

1                       █████

2            Is that correct?

3       A.   Are you quoting from the report?

4    That's --

5       Q.   Yes.

6       A.   That sounds correct, but I just --

7       Q.   Yes.

8       A.   Yes, that's correct.

9       Q.   And you go on to say, But for the news

10   related to Ripple on just 23 days, and I'll --

11   we'll put a pin in the 23 days -- the price of

12   XRP would rarely have surpassed about a penny,

13   and it would never/reached the actual high of

14   $3.38.

15           Is that correct?

16      A.   Can you just -- I just want to make --

17   where are you exactly?

18      Q.   Well, I'm summarizing.

19           But if you want to look at the

20   paragraph.

21           So if you look at paragraph 9, the

22   second bullet point, the last sentence.

23      A.   Yes.  Correct.

24      Q.   Now, is it a fair summary of the

25   opinions expressed in your supplemental report

1 ████

2  that but for what you believe is the positive

3  price impact that certain Ripple announcements

4  had on the price of XRP, as of October 28, 2020,

5  the market price per unit of XRP would have been

6  2 cents or less at a time when the actual market

7  price for XRP was approximately 24 cents?

8       A.   You put a particular date there.

9            October --

10      Q.   -- 28, 2020, which I believe was

11 the --

12      A.   Right.

13      Q.   -- last date of your study.

14      A.   So I'm sorry, Mr. Figel.  Would you

15 repeat the question.

16      Q.   Yeah.  Your -- your opinion as

17 expressed in the supplemental report was that

18 but for what you believe to be the statistically

19 significant positive impact of certain Ripple

20 announcements on the price of XRP as of

21 October 28, 2020, the market price per unit of

22 XRP would have been 2 cents or less at a time

23 when the fair market price or the market price

24 of XRP was 24 and a half cents.

25           Correct?

1          █████

2          A.    I'm not sure that I know exactly what

3     the counterfactual price was on October 28,

4     2020, according to Model 2.  You may very well

5     be correct.

6               But sitting here right now, I don't

7     know that I remember the number.

8          Q.    Did you review your supplemental

9     report before your deposition today?

10         A.    I did.

11         Q.    All right.  Just so we are clear -- we

12    asked this last time, but I want to make sure

13    the record is clear on this.  The opinions you

14    express your opening report, the rebuttal

15    report, and the supplemental report contain all

16    the affirmative opinions you intend to offer in

17    this case.

18               Is that correct?

19         A.    I believe that's correct.  Of course,

20    the -- the rebuttal report, you might say,

21    contains rebuttal opinions rather than

22    affirmative opinions.  But that notwithstanding,

23    I -- I think that's correct, yes.

24         Q.    Is it your testimony that the rebuttal

25    report contains rebuttal opinions?

1

2          MR. SYLVESTER:  Objection to the

3      extent it calls for a legal conclusion.

4      A.    They contain opinions.  You inserted

5  the word "affirmative opinion."  I don't know --

6  I don't know how to characterize the rebuttal

7  report as whether that contains rebuttal

8  opinions or affirmative opinions.  It contains

9  opinions.

10     Q.    Well, does your -- does your

11 supplemental report include opinions that you

12 are expressing for the first time in this

13 litigation?

14     A.    I would say that the supplemental

15 report contains opinions -- some new opinions,

16 yes.  Prior to your supplemental report, you

17 never offered the opinion that but for the

18 impact of certain Ripple news announcements the

19 price per unit of XRP would never have risen

20 above 2 cents.  You never offered that -- that's

21 an opinion you're offering in your supplemental

22 report.

23          Correct?

24          MR. SYLVESTER:  Objection.

25     A.    Well, you inserted the word "never."

1                       ███

2      I think I use words like "rarely."

3                But broadly speaking, you're correct

4      that the -- my opening report and rebuttal

5      report did not contain an opinion on the

6      counterfactual price level but for the news

7      of -- of Ripple.

8          Q.   So the first time you're expressing an

9      opinion on the but-for price of XRP is in your

10     supplemental report.

11               Isn't that correct?

12         A.   I would agree with that, yes.

13         Q.   And your opening report, your rebuttal

14     report, and your supplemental report sets forth

15     all of the bases for the opinions you express in

16     those reports.

17               Correct?

18         A.   Yes.  I would agree with that.

19         Q.   Has the SEC asked you to further

20     modify or amend your opening report in any way,

21     other than what's in the supplemental report?

22         A.   No.

23         Q.   You're not doing any work as you sit

24     here today as you were at the last deposition in

25     which you're planning to issue new opinions, or

1       ████

2    further reports.

3         A.    Related to this case?

4         Q.    Correct.

5         A.    Yes, that's correct.

6         Q.    All right.  Has the -- has the SEC

7    asked you to further modify or amend your

8    supplemental report in any way?

9         A.    No.  The SEC has not asked me that.

10             I don't know if now is a time to

11   mention, I spotted a typo when I was reviewing

12   the supplemental report.  But I spotted it.

13        Q.    Well, let's -- let's have you correct

14   the typo --

15        A.    Okay.

16        Q.    -- in your supplemental report so the

17   record is clear.

18        A.    I believe it's footnote 13.  It's just

19   a calculation.  It reads, 0.01787 equals 0.1422.

20   That should have said 0.01422.

21        Q.    Okay.  Any other typos or errors in

22   your supplemental report that you're aware of?

23        A.    Not that I'm aware of, no.

24             MR. SYLVESTER:  Just a reminder to let

25        him answer the question -- finish the

1

2       question.

3              THE WITNESS:  I apologize.

4       Q.    And are you doing any additional work

5  that relates to the opinions expressed in your

6  supplemental report or any of the methodologies

7  or facts or data that you relied on in reaching

8  those opinions?

9       A.    No, I'm not.

10      Q.    So you have no reason to further

11 supplement or modify any of your three reports

12 as you sit here today.

13             Correct?

14      A.    That's correct.  As I sit here today,

15 I -- I have no reason and no expectation to

16 modify or supplement any of these reports.

17      Q.    Right.  In connection with the

18 preparation of your supplemental report, did the

19 SEC ask you to analyze or evaluate any aspect of

20 your prior opinions or the data that you

21 collected that are not discussed or referred to

22 in either your opening report or your rebuttal

23 report?

24      A.    I'm sorry, sir.  May I hear that

25 again?

1    ████

2        Q.    Sure.    In connection with the

3    preparation of your supplemental report, did the

4    SEC ask you to analyze or evaluate any aspect of

5    your prior opinions or the data that you

6    collected that are not discussed or referred to

7    in either your opening report or your rebuttal

8    report?

9            MR. SYLVESTER:    I'm going to object on

10           work product grounds.    I -- to the extent

11           you can answer that question, I think it

12           goes solely to your assignment, and I'm

13           fine with that.    But to the extent it goes

14           beyond that into communications with the

15           SEC, I'll object on work-product grounds.

16       Q.    Why don't we start with yes or no.

17       A.    Well, I'm -- I am struggling with the

18   language that this supplemental report is an

19   analysis using similar data from the opening

20   report.    So if your question was did they ask me

21   to do an analysis on data in my opening report

22   for purposes of preparing the supplemental

23   report, I -- if I take those words literally, I

24   think the answer to that question is, yes, as

25   the supplemental report uses data from -- is an

1

2   analysis of data in the -- in the opening

3   report.  But I may be misunderstanding your

4   question.

5        Q.   Well, let's -- let's break it down.

6             Let's start with, did the SEC ask you

7   to analyze or reevaluate any of the opinions you

8   expressed in your opening report or your

9   rebuttal report in connection with the

10  preparation of your supplemental report?

11            MR. SYLVESTER:  Objection.

12       A.   My assignment as laid out in the

13  supplemental report does not involve revisiting

14  or revising prior opinions.

15       Q.   And now the question is, did the SEC

16  ask you to reevaluate any of the opinions that

17  you expressed in your opening report or in your

18  rebuttal report in connection with the

19  preparation of the supplemental report?

20            MR. SYLVESTER:  Objection.

21       A.   No, they did not ask me that.

22       Q.   All right.  In your opening report at

23  paragraph 11, in your rebuttal report at

24  paragraph 4, and in your supplemental report at

25  paragraph 6, you reserve the right to modify or

1                        ███

2   supplement your conclusions.

3            Do you still reserve this right?

4       A.   Well, I -- I don't believe I've waived

5   the right, so I suppose I reserve the right.

6       Q.   And are you actively considering any

7   new information or conducting new analyses that

8   relate to either your opening report, your

9   rebuttal report or your supplemental report?

10      A.   Sitting here today, I am not currently

11  actively working on additional analysis related

12  to this matter.

13      Q.   Do you have any plans to do any

14  analyses or review the methodology or the

15  opinions in your opening report or your rebuttal

16  report?

17      A.   Sitting here today, I have no such

18  plans.

19      Q.   And any plans to review any aspect of

20  the methodology or the opinions in your

21  supplemental report?

22      A.   Sitting here today, I have no such

23  plans.

24      Q.   All right.  Now, in connection with

25  the preparation of your supplemental report, did

1    ███

2    you conduct any additional regression analyses,

3    other than the regression analyses that you

4    conducted for the opening report?

5         A.   No, I did not.

6         Q.   So the opinions expressed in your

7    supplemental report are based on the exact same

8    regression analyses that you conducted in

9    connection with your opening report.

10            Is that correct?

11        A.   You used the words, "are based on."  I

12   might use words, utilize the same regression

13   analysis from the opening report.

14        Q.   Give me just a second.

15            So let me try it with your

16   reformulation.

17            So the opinions expressed in your

18   supplemental report are based on the same -- the

19   exact same regression analyses that you utilized

20   in connection with your opening report.

21            Is that correct?

22        A.   My supplemental report, broadly

23   speaking, has two threads of opinion, if you

24   will, one of which utilizes regression analyses,

25   which were this very same regression analyses in

1                    ███████

2   my opening report.

3           The other thread of opinion in my

4   supplemental report does not utilize any

5   regression analyses at all.

6       Q.   And when you say the second thread,

7   you're referring to the investment return that

8   would have been realized by an XRP purchaser who

9   purchased the day before an event and held for

10  28 days?  Just so the record's clear.

11      A.   For various days, including 28 days,

12  but yes, that -- that's the thread that I had in

13  mind.

14      Q.   Now, when you say, with respect to the

15  first thread, that you used the very same

16  regression analyses, by "very same," you mean

17  without modifications or changes or additional

18  work.

19           Correct?

20      A.   Well, there's -- there's additional

21  work, but not additional regression analysis.

22      Q.   So the 20 models are the same

23  20 models you used -- the 20 model -- withdrawn.

24           The 20 models you used in your opening

25  report are the same 20 models that you rely on

1       ■

2   in your supplemental report.

3           Correct?

4       A.   Yes, that's correct.

5       Q.   And the results of those 20 models are

6   unchanged with respect to the opinions you reach

7   in your supplemental report.

8           Correct?

9       A.   Yes, that's correct.

10      Q.   Did you consider any additional events

11  related to XRP or Ripple, other than the events

12  you identified in your opening report, in

13  connection with the opinions you offer in your

14  supplemental report?

15      A.   No, I did not.

16      Q.   So you didn't change or modify or

17  supplement any of the facts or data related to

18  XRP, or Ripple, other than what you relied upon

19  in your opening report.

20          Is that correct?

21          MR. SYLVESTER:  Objection.

22      A.   That sounds correct.  Yes.

23      Q.   Is there anything about it that sounds

24  incorrect?

25      A.   There was just so many words, but I

1              ███

2   didn't -- I didn't rerun aggressions -- rerun

3   regressions, modify regressions, or identify

4   additional events or news beyond what I

5   discussed in my opening report.

6        Q.   And the XRP market prices that you

7   used in your opening report are the same XRP

8   market prices that you used in connection with

9   the opinions you offer in your supplemental

10  report.

11            Correct?

12       A.   Yes, that's correct.

13       Q.   Other than the calculation of the

14  counterfactual XRP price that's set forth in

15  your supplemental report, did you perform any

16  other analyses, other than what you performed in

17  connection with your opening report?

18            MR. SYLVESTER:  Objection.

19       A.   Well, there's -- there's a second

20  thread of opinion, as we've discussed.

21       Q.   Let -- let's -- apologies, that's my

22  fault.

23            Let's leave the second -- what you

24  call the second thread to the side.  I'm talking

25  just about the counterfactual XRP price that you

1

2    opine about in your supplemental report.

3          And the question is, other than the

4    methodology that allowed you to offer the

5    opinion that the price of XRP rarely would have

6    gone above 2 cents per unit, whatever the -- the

7    arithmetical backing out of the -- what you call

8    the abnormal price returns, were there any other

9    analyses that you did in connection with

10   reaching the opinion you offer with respect to

11   what you call the first thread of your

12   supplemental report?

13         MR. SYLVESTER:  Objection.

14     A.   I -- I'm -- I'm just trying to digest

15   the -- the -- I'm just not sure I understand the

16   question.  I'm sorry.

17     Q.   All right.  Let's -- let's see if we

18   can break it down.

19         We'll go through this in considerable

20   detail, but at a high level, can we agree that

21   the opinion you express in your supplemental

22   report, with respect to the counterfactual price

23   of XRP, was effectively backing out what you

24   consider to be abnormal positive price returns

25   that were correlated with various Ripple events,

1      ██████

2   and recalculating what the price of XRP would

3   have been but for those events in those price

4   impacts?

5       A.   Yes, I would -- I would agree with

6   that.

7       Q.   And I'm sure it's very complicated,

8   but -- but --

9       A.   I -- that --

10      Q.   -- it can be simplified to your

11  backing out specific price returns and price

12  increases, to take it from what the market price

13  was on or about October 28, 2020, to the 2 cents

14  that -- that you offer.  Correct?

15          MR. SYLVESTER:  Objection.

16      A.   Your summary, I think, was very fair.

17  Again, I don't -- just don't remember what the

18  counterfactual price is on that particular date,

19  so I -- I don't know that it was 2 cents.

20          But -- but your summary up to that

21  point, I think, was -- was fair.

22      Q.   All right.  Other than that exercise

23  in which you backed out what you consider to be

24  the abnormal price returns, did you conduct any

25  other analyses that you relied on in connection

1       ███

2   with what you call the first thread of your

3   opinion as expressed in your supplemental

4   report?

5           MR. SYLVESTER:  Objection.

6       A.   Well, having backed out the -- the

7   abnormal returns attributable to those events,

8   the result then is a counterfactual price

9   history, and I then do very simple analysis to

10  calculate certain summary statistics on those

11  counterfactual price histories.

12          So, for instance, I calculate the

13  fifth percentile price or the median price, so

14  on and so forth.

15          But to get to the counterfactual price

16  itself, again, I think that I -- I think that

17  your summary was fair.

18      Q.   All right.  And you didn't offer a

19  counterfactual price for XRP for any time period

20  in either your opening report or your rebuttal

21  report.  Correct?

22      A.   That's correct.

23      Q.   And you didn't attempt to quantify the

24  impact of any announcement by Ripple on the

25  market price or the price return of XRP in

1        ██████

2    connection with your opening report or your

3    rebuttal report.  Correct?

4        A.   No, I don't think that's correct.

5        Q.   Okay.  What respects is that not

6    correct?

7        A.   Well, I believe that my opening report

8    does present information on the impact of these

9    Ripple events on XRP prices.

10       Q.   With all respect, that wasn't my

11   question.

12       A.   I'm sorry.

13       Q.   I'll ask it again.

14            You did not attempt to quantify the

15   impact of any announcement by Ripple on the

16   market price or the price return of XRP in

17   connection with your opening report or your

18   rebuttal report.  Correct?

19       A.   I -- I don't know that I -- I -- I can

20   agree with that.  The opening report does

21   present a demonstration of the quantum of impact

22   of Ripple news on XRP prices.  So I'm not quite

23   sure that I can agree with your

24   characterization.

25       Q.   So why don't we turn to -- I believe

1       ███████

2    it's Exhibit 1 of your opening report.

3            And can you please identify for us

4    where in that report you attempted to quantify

5    the impact of any announcement by Ripple on

6    either the market profile of XRP or the price

7    return of XRP.

8            MR. SYLVESTER:  Objection.

9        A.   Well, in -- I just want to get the

10   section -- Section 6 of the opening report

11   contains a number of charts that show the

12   average impact of the news items that I -- that

13   I refer to in Section 6 on XRP prices.

14       Q.   So can -- why don't -- just so the

15   record's clear, why don't you give us a page or

16   a chart number so we can --

17       A.   As an example, Figure 31, on page 55.

18       Q.   And where in Figure 31 do you quantify

19   the price impact of any Ripple announcement on

20   the -- either the market price of XRP or the

21   price return of XRP?

22       A.   Well, Figure 31 presents the average

23   return on XRP prices following the -- what did I

24   call it?  The select -- the select events, which

25   is the combination of milestones, customer

1          ██████

2    product and some other categories.

3               That's what Figure 31 is presenting.

4               So for instance, one can read from

5    Figure 31, that the average one-day impact, or

6    average one-day return following those

7    particular news items is -- is a little more

8    than 3 percent.

9               And the average three-day return is --

10   is about 11 percent, and so on and so forth.

11        Q.   Just to the record's clear, explain

12   what the 3 percent you just testified to is, is

13   based on.

14        A.   It's the value of the blue line at --

15   where the X-axis says 1, reading that as a

16   little over 103, which would correspond to a

17   return of a little more than 3 percent.

18        Q.   And what announcement by Ripple does

19   this 3 percent price increase refer to?

20        A.   It's the average increase -- it is the

21   increase on average following all of the

22   announcements in the select category discussion,

23   which is the combination of milestones, customer

24   and product announcements, exchange listings,

25   commercial initiatives, and I think I'm

1   ███

2   forgetting one.

3           Acquisition and investment.

4       Q.   And those, what you just referred to,

5   are a number of categories.  Correct?

6       A.   Yes.

7       Q.   And each of the categories has several

8   Ripple announcements within the category?

9       A.   Yes, that's correct.

10      Q.   And your select category, I believe,

11  included more than a hundred different events?

12      A.   Yes, that's correct.

13      Q.   And so your testimony is that

14  Figure 31 quantifies the impact of a -- of an

15  announcement by Ripple on the market price of

16  XRP?

17          MR. SYLVESTER:  Objection.

18      A.   No.  I said the -- the average impact,

19  the average over those 105 -- or 113, however

20  many it was.

21      Q.   It doesn't attempt to quantify the

22  impact of any single Ripple event on the price

23  of XRP.  Correct?

24          MR. SYLVESTER:  Objection.

25      A.   No, it doesn't attempt to identify the

1       ████

2   impact of any single Ripple event on XRP.  It

3   does attempt to quantify the impact of this

4   category or superset of Ripple announcements on

5   XRP.

6       Q.   It purports to quantify the average

7   return of a hundred different events on the

8   price of XRP --

9           MR. SYLVESTER:  Objection.

10      Q.   -- correct?

11          MR. SYLVESTER:  Sorry.

12      A.   Yes, I think that's correct.

13      Q.   All right.  Other than Figure 31, is

14  there anywhere else in your opening report where

15  you believe you have attempted to quantify the

16  impact of any announcement by Ripple on the

17  market price or price return of XRP?

18      A.   Well, throughout this Section 6 of my

19  opening report, as I study different categories

20  of news, there is, I think in all cases, or at

21  least almost all cases, a chart which is

22  analogous in structure to Figure 31.

23          So, for example, there is a chart that

24  shows the average impact following the milestone

25  announcements or the average impact following

1       ████

2    the customer and product announcements and so on

3    and so forth.

4        Q.   But, again, each of those charts

5    reflect what you believe is the average price

6    impact of a series of events that you included

7    in a category on the price of XRP.  Correct?

8        A.   Yes, that's correct.

9        Q.   Just so the record is clear, did you

10   attempt to quantify the impact of any specific

11   announcement by Ripple on the market price or

12   the price return of XRP in your opening report?

13       A.   My opening report does not report the

14   impact of individual events, event by event, no.

15       Q.   All right.  And the total number of

16   Ripple events in your opening report is more

17   than 500.  Is that correct?

18           MR. SYLVESTER:  You can feel free to

19       refer to your report.

20       A.   I believe that's correct.  I think --

21   I want to say it was 514, if memory serves.

22       Q.   And those 514 events were also the

23   same 514 events that you utilized in connection

24   with the opinions you expressed in your

25   supplemental report.  Correct?

1                          █████

2        A.   Well, I didn't utilize all 514.

3        Q.   But the reservoir, if you will, or the

4   universe of Ripple events that your opening

5   report and your supplemental report was based on

6   was the same 514 events.  Correct?

7             MR. SYLVESTER:  Objection.

8        A.   I would say that that's correct.  Yes.

9        Q.   And then just so the record is clear,

10  you then excluded a number of categories and

11  reduced the number of events to approximately a

12  hundred.  Correct?

13            MR. SYLVESTER:  Objection.

14            Go ahead.

15       A.   Yes, that's correct.  I studied a -- a

16  set of categories.  I did not study all 514

17  events.

18       Q.   And again, just so the record is

19  clear, no new events in -- withdrawn.

20            You didn't consider any new events in

21  your supplemental report, other than the events

22  that were -- you considered in your opening

23  report.  Correct?

24            MR. SYLVESTER:  Objection.

25            Go ahead.

1

2    A.   Again, I think that's correct.  Yes.

3    Q.   And when you narrowed down the

4 categories to your select categories and reduced

5 the number of Ripple announcements from

6 approximately 514 to 100 in your opening report,

7 that's the exact limitation or exclusion of

8 Ripple announcements that you made in connection

9 with the work you did in your supplemental

10 report.  Correct?

11   A.   My supplemental report begins with

12 that same set.  As I discuss in the supplemental

13 report, I excluded five of the exchange

14 listings, which I had also discussed in my

15 opening report.  But broadly speaking, yes, I --

16 what you say is correct.

17   Q.   And the date range in your opening

18 report, which I believe was May 5, 2014, through

19 October 28, 2020, was the same date range that

20 you utilized in your supplemental report.

21        Correct?

22   A.   There would have been no change to

23 date ranges.  Just to be clear, that date range

24 is covered -- is certainly covered by Model 1.

25 That date range may not have -- and was not

1            ███

2 covered by every model.

3         But -- but there was no change to my

4 treatment of date ranges in the supplemental

5 report with respect to how they were treated in

6 the opening report.

7     Q.   So now applying the 20 models that you

8 came up with in your opening report to the

9 categories and the event days that you

10 considered, it's the same analysis in the

11 supplemental report.  Correct?

12         In other words, it's the same 20

13 regression models applied to the same events,

14 with the exception of the 5 that you just

15 testified you excluded in your supplemental

16 report.  Correct?

17         MR. SYLVESTER:  Objection.

18         Go ahead.

19     A.   I -- I did not modify or alter the

20 regression models, and I did not add new events

21 or recategorize events between my opening report

22 and my supplemental report.

23     Q.   And the purpose of the 20 models in

24 both the opening report and the supplemental

25 report was to identify statistically significant

1                              █████

2    abnormal returns.  Correct?

3              MR. SYLVESTER:  Objection.

4              Go ahead.

5         A.    Each of those models can be used and

6    was used to identify statistically significant

7    abnormal returns.

8         Q.    And the results of applying the 20

9    models to the categories and the announcements

10   that you applied them to resulted in the exact

11   same identification, model by model, of

12   statistically significant abnormal price returns

13   for XRP.  Correct?

14             MR. SYLVESTER:  Objection.

15             Go ahead.

16        A.    I would say that, yes, that's correct.

17        Q.    All right.  Can I direct your

18   attention now to paragraph 4 of your

19   supplemental report.

20        A.    Yes.

21        Q.    Can you just read paragraph 4 into the

22   record, please.

23        A.    Since submitting the ████ rebuttal

24   report, I have been asked by the SEC to provide

25   additional quantification of the economic

1   █████

2   significance of the impact that certain news

3   related to Ripple had on XRP prices.

4       Q.    You stated that the SEC asked you to

5   provide additional quantification of the

6   economic significance of Ripple news events on

7   the price of XRP.  Correct?

8       A.    That is what I wrote, yes.

9       Q.    But you didn't provide any

10  quantification of the economic significance of

11  the impact that certain news related to Ripple

12  had on XRP prices in either your opening report

13  or your rebuttal report.  Correct?

14          MR. SYLVESTER:  Objection.

15      A.    As I testified, no, I don't think

16  that's correct.  I did provide quantification of

17  the impact of Ripple events on XRP prices in my

18  opening report.

19      Q.    Well, other than what we just went

20  through in which you identified certain charts,

21  where you identified the average price returns

22  of categories of events on XRP prices, you

23  didn't do any quantification.  Correct?

24          MR. SYLVESTER:  Objection.

25      Q.    We've been through this.  You've

1   █████

2   identified all the quantification that you

3   believe you did in your opening report with

4   respect to the economic impact of a Ripple event

5   on an XRP price.  Correct?

6        A.    The -- the opening report was meant to

7   investigate whether there was a link between

8   Ripple Labs and the XRP market.

9             That was the purpose of the opening

10  report.  In doing that, there is quantification

11  of the impact of those categories on Ripple

12  prices.  But if your question is, besides --

13  besides the quantification that I did, did I do

14  any other quantification, the answer, of course,

15  is no.

16       Q.    And is it a fair summary that the

17  opinion you expressed in your opening report was

18  that you were able to reject the null hypothesis

19  of a -- of independence between Ripple

20  announcements, and XRP prices?

21       A.    That sounds correct, yes.

22       Q.    In order to reach that opinion, it was

23  unnecessary for you to quantify the impact of

24  any specific Ripple announcement on a particular

25  price impact of XRP on a -- on a -- on a

1             ▮

2 particular day.

3          Correct?

4          MR. SYLVESTER:  Objection.

5     A.   I'm struggling with that a little bit.

6     Q.   All right.  I'll withdraw the

7 question.  Let me ask it again.

8          In order to reject the null hypothesis

9 in your opening report, it was unnecessary for

10 you to quantify the price impact that any

11 announcement by Ripple had on XRP.

12          Correct?

13     A.   I -- I'm still struggling with that.

14          In order to test the hypothesis, I

15 have to calculate an abnormal return and

16 evaluate its statistical significance.  So -- so

17 I had to, in your words, quantify the impact of

18 news on prices.

19          I didn't -- I didn't have a fulsome

20 reporting of those impacts in the opening report

21 because it wasn't necessary to have a fulsome

22 reporting of those impacts.

23          But your question was, I think, did I

24 calculate them, and it was a necessary step, in

25 conducting the work of the opening report, to

1   ▮

2   make those calculations.  There's -- there's no

3   way to avoid it.

4       Q.   And why was it unnecessary to report

5   the specific price impact of Ripple

6   announcements on the price of XRP in order to

7   reject the null hypothesis, as you did in your

8   opening report?

9       A.   Well, it was unnecessary, or --

10  because I -- I was about to say it was

11  unnecessary because it wasn't necessary; that's

12  not a very helpful answer.

13          I -- the report, the opening report,

14  focused on establishing and testing whether

15  there was a link between Ripple Labs and XRP

16  prices.

17          So the opening report, you know, goes,

18  I think, to -- to great lengths to explain the

19  statistical properties of that test and the

20  various statistical results around that test.

21          I -- all I can say is it didn't strike

22  me as necessary to then have tables and tables

23  and tables showing actual -- you know, showing

24  the abnormal returns on different dates and --

25  and tying them back to particular Ripple events.

1          ▮

2    It just didn't strike me as necessary to do.

3          All -- all of that information is

4    contained in the code and the models, and the

5    information behind the scenes, if you will, in

6    that report, but I -- it didn't -- I -- I didn't

7    see any benefit to having tables and tables of

8    such numbers in the opening report.

9    Q.   The reason that there -- it was

10   unnecessary was because the methodology you used

11   in your opening report was to look at categories

12   of news events and determine whether you could

13   correlate those news events with abnormal price

14   returns for XRP at a higher incidence, a higher

15   level of correlation, than you would have

16   expected to find by random chance.

17        Correct?

18        MR. SYLVESTER:  Objection.

19   A.   I -- much of what you said is -- is

20   true.  But you said it wasn't -- I mean, again

21   to -- to look at a -- a category is simply a set

22   of events.

23        To look at a category and determine

24   whether there is a statistically significant

25   correlation between the events of that category

1 　　　　　　　■■■

2  and XRP prices requires, as a necessary step,

3  that you calculate abnormal returns on every

4  day, and -- and think about events on every day.

5  　　　　So it's -- it's a -- it's a necessary

6  step.  It was not then necessary as -- as output

7  or presentation, as I said, to have table after

8  table after table saying, Model 1 through 20,

9  here's the abnormal return on the day that they

10 escrowed 55 billion tokens or the day they got

11 funding Round A and so on and so forth.

12 　　　　So I agree that it wasn't necessary as

13 a matter of -- of presentation.  But I don't see

14 how I could have done the calculations in the

15 opening report without the intermediate steps of

16 calculating abnormal returns.

17 　　Q.　Was it material to the opinion you

18 reached in your opening report as to which of

19 the Ripple announcements was correlated with a

20 statistically significant abnormal price return

21 of XRP?

22 　　A.　The nature of the Ripple announcements

23 was material to my opinion, as -- as we

24 discussed, I think, last time.

25 　　　　The reason I tested certain categories

1

2  and not others was because the nature of the

3  news made the test more economically meaningful

4  than some other news.

5          So to me, it was material to test

6  milestones and customer announcements and so on

7  and so forth.  It was not material to test

8  general market commentary about the state of

9  crypto markets.

10          So the nature of the news was material

11  in order for me -- in order for me to reach my

12  opinions in the opening report.

13     Q.   That's not my question.  Let's focus

14  on a single category.

15     A.   Okay.

16     Q.   Call it milestones.  I don't want to

17  get hung up on the details.

18          But within the milestone category,

19  there was a large -- a number of XRP -- of

20  Ripple announcements.

21          Correct?

22     A.   Correct.

23     Q.   Right.  And based on your regression

24  analyses, you could predict that if the

25  correlation was random, how many of those Ripple

1             █████

2  announcements would correlate to abnormal price

3  returns.

4           Correct?

5     A.    Essentially, yes.

6     Q.    And because, with respect to certain

7  of those categories, you found a higher number

8  of correlations than you would have expected by

9  random chance, you concluded that there was a

10 statistically significant correlation.

11          Correct?

12    A.    Again, without quibbling over every

13 word, broadly, yes, I think that's -- that's

14 correct.

15    Q.    And that -- again, without quibbling

16 over every word -- was the basis on which you

17 rejected the null hypothesis.

18          Correct?

19          MR. SYLVESTER:  Objection.

20    A.    That -- that was certainly a basis

21 on -- yeah, yes, that was the basis on which I

22 rejected the null hypothesis of statistical

23 independence, yes.

24    Q.    And hypothetically, if there were

25 20 Ripple's announcements in a category, and

1   ▮

2   based on your regression analyses, you would

3   have expected two of them to be correlated with

4   a statistically significant abnormal price

5   return, and you found that there were five,

6   instead, and that was a statistically

7   significant number, that would be a basis for

8   you to reject the null hypothesis.

9          Correct?

10     A.   Yes, especially if the set of

11  20 events that we're talking about was of some

12  economic interest, as opposed to, as I said,

13  20 articles written by the New York Times about

14  the crypto market.

15         But, as long as it's an interesting

16  set of 20 announcements, yes, I would agree with

17  what you said.

18     Q.   And it didn't matter which 5 of the 20

19  were correlated with a statistically significant

20  price return.

21         Correct?

22         MR. SYLVESTER:  Objection.

23     A.   That's correct.  It -- it wouldn't

24  have mattered which 5 of the 20.  Yes, I would

25  agree with that.

1    ███

2         Q.   All right.  Now, turning to the

3    opinion in your supplemental report, again, just

4    for terminology, can we agree that the opinion

5    that you offer is the counterfactual price of

6    XRP but for the impact of certain announcements

7    by Ripple?

8         A.   I agree that one thread is based on

9    that, yes.

10        Q.   Thread 1, yes.

11             But let's just agree that unless I

12   specifically address what you refer to as

13   Thread 2, we're talking about Thread 1.

14             MR. SYLVESTER:  Objection.

15        A.   I -- okay.  I --

16        Q.   They're very different methodologies.

17             Correct?

18        A.   They are very different methodologies.

19        Q.   So my questions, unless I tell you

20   differently, relate to Thread 1.

21        A.   I -- I will try to -- try to bear that

22   in mind.

23        Q.   Okay.

24             All right.  So the first step for you

25   in calculating the counterfactual price of XRP

1   █████

2   was to identify those days in which you believe

3   the market price reflected what you believed was

4   a statistically significant positive return.

5           Correct?

6       A.   The -- I just want to -- the first

7   step was -- I remember -- I don't want to get

8   hung up on the word "first."

9           I'm sorry, could you repeat the

10  question?

11      Q.   The first step for you, in trying to

12  calculate the counterfactual price of XRP, was

13  to identify those days in which you believed the

14  market price reflected a statistically

15  significant positive return.

16          Correct?

17      A.   Certainly a step.  I don't know that I

18  want to hang my hat on the word "first," but a

19  step was to identify such days, yes.

20      Q.   All right.  And just so the record is

21  clear, what do you mean when you say you were

22  looking at price returns?

23      A.   I mean that I was looking at the

24  change in the log of price, which is a common

25  transformation in academic studies to measure

1

2    the return on price.

3        Q.    What do you mean by "log price"?

4        A.    You can take any positive number.  You

5    can take the natural log of it.  So we have

6    prices on every date.  We take the natural log

7    of those prices.  Then we take the difference,

8    just one minus the other, to get the change in

9    the log of the price.  And that is a measure of

10   the return on the price.

11       Q.    And what's the difference between

12   return, as you just defined it, and increase in

13   price?

14       A.    Well, it depends on how sort of

15   pedantic we want to be.  An increase in price

16   might refer only to positive returns.  An

17   increase in price could be calculated as the

18   price on one day minus the price on another day.

19   So -- so I would say that talking about the

20   increase in price could mean -- could mean

21   different things.

22       Q.    Well, let's break it down.

23             Assume that on Day 1, the price is

24   50 cents and on Day 2 the price is 55 cents.

25             Is there a difference between the

1       █████

2    5-cent increase and the log or the price return

3    that you just testified about?

4              MR. SYLVESTER:   Objection.

5         A.   Well, they will be different numbers.

6         Q.   And why will they be different

7    numbers?

8         A.   Because they're based on a different

9    calculation.   One is .55 minus .5, and the other

10   is the log of .55 minus the log of .5.

11        Q.   So one is a percentage -- one is an

12   absolute return; one a percentage return?   Would

13   that be a way to simplify it?

14        A.   One is -- I -- no.   I -- when you --

15   when you say "absolute," I start to think

16   absolute value.   One is a change in price, and

17   one is a percentage change in price.

18        Q.   I thought that's what I said, but I'll

19   take your answer.

20              All right.   Just on -- just on this

21   point, now on your methodology, now.   The way in

22   which you identified statistically significant

23   price returns, was based on the 20 models.

24              Correct?

25        A.   Well, each model produces a measure of

1    ███████

2    the abnormal return and a measure of the

3    statistical significance of the abnormal return.

4         Q.   And the results, though, of the use of

5    those regression -- those 20 regression models

6    to identify statistically significant price

7    returns was identical.  In other words, the

8    results didn't change with respect to the work

9    you did on your supplemental report from the

10   work you did on your opening report.

11           Correct?

12           MR. SYLVESTER:  Objection.

13        A.   I believe that's correct.

14        Q.   All right.  Now, let's go to Figure 3

15   of your supplemental report, which is on page 7.

16           With me?

17        A.   Yes.

18        Q.   All right.  And down the vertical

19   axis, the first column is the 20 models that you

20   used in your opening report.

21           Correct?

22        A.   Yes, that's correct.

23        Q.   And the second column is the number --

24   when you say "number of significant events,"

25   that is the number of statistically significant

1   ▮

2   abnormal returns that were identified by using

3   each model.

4           Correct?

5      A.   Very nearly correct.  It's the number

6   of events that have positive significant

7   abnormal returns and no negative significant

8   abnormal returns.

9           So approximately correct.  Right.

10     Q.   I'll take your modification.

11          But the results, the yield, if you

12   will, of the number of such events that, as you

13   just described them, is different by model.

14          Correct?

15     A.   Some models yield a different number,

16   yes.

17     Q.   All right.  And the range here is,

18   look like it's between 19 and 24.

19     A.   Skimming it right now, I -- I think

20   that looks correct.

21     Q.   And in your supplemental report, you

22   consistently use the number 23; and that's

23   because that was the number of statistically

24   significant event days that correlated with

25   Model 1.

1           ▮▮▮

2           Correct?

3           MR. SYLVESTER:  Objection.

4      A.   That's correct.  For -- for

5   expositional purposes in this report and in my

6   opening report, I tend to focus on the results

7   of Model 1 to explain ideas.

8      Q.   So in your report, you use the

9   number 23.  I'm going to -- in the deposition,

10  I'm going to use the number 23.  But we can

11  agree that the number 23 correlates to Model 1;

12  and if we were talking about Model 17, we'd be

13  talking about 20.

14          Correct?

15     A.   Yes.  I -- correct.

16          MR. FIGEL:  Okay.  I can't remember

17      when we started.  We've been going about an

18      hour.  Does anybody need a break?

19          MR. SYLVESTER:  Dr. ▮▮▮?

20          THE WITNESS:  I'm fine.

21     Q.   All good?  Okay.

22          If you would like one, just, you know,

23  indicate.

24     A.   Thank you.

25     Q.   All right.  Earlier you testified that

1       █████

2    the reason you tested certain categories and not

3    others in your opening report, because the

4    nature of the event or the news in that category

5    would make the test more economically meaningful

6    than for other categories.

7            Correct?

8            MR. SYLVESTER:  Objection.

9       A.   I believe I testified to that, yes.

10      Q.   And what was the methodology by which

11   you determined whether news was economically

12   meaningful?

13           MR. SYLVESTER:  Objection.

14           I'm going to instruct not to answer

15      that.

16           That goes to the methodology that's

17      strictly to his opening report.  It's not

18      covered at all in his supplemental report.

19           MR. FIGEL:  It is covered in

20      supplemental report.  It's baked into the

21      analysis that he did.  He replicated the

22      same analysis, and he excludes certain

23      events that we're going to talk about.

24           MR. SYLVESTER:  That's a

25      methodological question you could have

1            █████

2     asked him and I think did ask at length in

3     the first deposition.  So we --

4          MR. FIGEL:  Are you directing him not

5     answer the question?

6          MR. SYLVESTER:  In accordance with the

7     Court's order, I am.

8          MR. FIGEL:  We will reserve our right

9     to challenge that.  I think it's quite

10    ill-advised, Mr. Sylvester, for you to

11    suggest that we can't follow up on that,

12    particularly when he just offered the

13    testimony in the context of this

14    deposition.

15         MR. SYLVESTER:  I think with respect

16    to methodological questions that go to his

17    first report that you could and did examine

18    him about extensively in the seven hours

19    you had for his first report, that is

20    well -- well without the bounds that the

21    Court established repeatedly in her

22    opinion.

23         MR. FIGEL:  All right.  He volunteered

24    the explanation.

25         MR. FLUMENBAUM:  The methodological

1           █████

2    flaws, Mr. Sylvester, continue in the

3    supplemental report.  And we should be

4    allowed to go into the -- the methodology

5    that he used for the supplemental report.

6    That is perfectly allowed by the -- by

7    the -- by the Court order.

8         Your objection just makes no sense

9    whatsoever.  He's putting in a chart where

10   he talks about 23 events, and it's -- and

11   it's in Figure 3.  Mr. -- Mr. Figel should

12   be allowed to ask him about those

13   23 events.

14        MR. SYLVESTER:  Mr. Flumenbaum,

15   Mr. Figel, we had this conversation at a

16   meet-and-confer.  It may be that we differ

17   as to what the meaning of the order is.

18        I read both defendants' brief seeking

19   to strike Dr. ██████ report and seeking, in

20   the alternative, to question him on his

21   additional analysis in this report.  We are

22   now beyond the additional analysis that he

23   conducted in this report.

24        If you want to question him as to

25   whether or not he took additional

1          ███

2   methodological steps -- in fact, I think

3   you already have and he's answered no.  So

4   I suggest we move on.

5        MR. FIGEL:  Right.  Well we reserve

6   our rights to seek appropriate relief.  I

7   urge you to reconsider your direction,

8   because I don't think it's appropriate.

9        He offered that explanation in this

10  deposition today, and I'm asking a

11  follow-up question about it.  I think

12  that's perfectly appropriate.

13       You want to direct him not to answer;

14  there will be consequences or we we'll seek

15  consequences.

16       You going to stand by the instruction?

17       MR. SYLVESTER:  We disagree.  We

18  reserve our rights as well.

19       Please proceed.

20       MR. FIGEL:  I just want the record to

21  be clear.  You're directing him not to

22  answer the question after this colloquy?

23       MR. SYLVESTER:  I am.

24       MR. FIGEL:  All right.  I think, based

25  on that, we should take a break.

1               ███

2          THE WITNESS:  Okay.

3          THE VIDEOGRAPHER:  This ends Unit 1.

4     We're off the record at 2:18.

5          (Recess from 2:18 to 2:37.)

6          THE VIDEOGRAPHER:  This begins Unit 2.

7     We're on the record at 2:37.

8     Q.   All right, Dr. ███  I believe we are

9  on Figure 3 of your supplemental report.

10         Sorry.

11         Now, directing your attention to

12  Model 1 of the supplemental report, you

13  identify -- you found 23 statistically

14  significant positive returns.  Correct?

15    A.   Well, as we discussed, I just want to

16  distinguish event from return.  23 events

17  associated with statistically significant

18  positive returns and not negative returns.

19    Q.   Fair enough.

20         And those 23 days are culled from the

21  514 event days that you considered in your

22  opening report.  Correct?

23    A.   It is correct.  Those 23 event days

24  would be among -- well, I -- sorry.

25         514 events, I don't know how many

1                        ████

2    event days there are among those 514.

3             This -- this 23 is in terms of events,

4    which I actually think might be event days,

5    really should be event days.

6             So I -- so the events are part of the

7    514 events.  If we're speaking in terms of days,

8    I don't know how many unique days there were

9    among the 514 events.

10        Q.   Approximately 500 event days.

11        A.   Approximately, but I don't know the

12   exact number.

13        Q.   And the methodology you used in your

14   supplemental report reflects your judgment to

15   exclude approximately 400 of those event days

16   from your analysis.  Correct?

17             MR. SYLVESTER:  Objection.

18        A.   I'm sorry, sir.  Could you repeat the

19   question?

20        Q.   The methodology you used in your

21   supplemental report reflects your judgment to

22   exclude approximately 400 of those event days

23   from your analysis.

24             Isn't that correct?

25             MR. SYLVESTER:  Objection.

1

2      A.   My supplemental report is meant to

3  further quantify the economic impact of the

4  events that I focused on in my opening report,

5  which were some events and not others.

6      Q.   And what was the methodology you used

7  to exclude the approximately 400 event days from

8  the 500 that you examined in connection with the

9  opinions expressed in your supplemental report?

10           MR. SYLVESTER:  Objection.

11      A.   Well, as I think we discussed at

12  length last time, the event study methodology is

13  the study of certain events and not other

14  events.

15           So selecting the events to study is an

16  integral part of the event study methodology

17  itself.

18      Q.   And my question, what was the

19  methodology you used to determine which events

20  you would study and which events you would not

21  that you relied on in connection with the

22  opinions expressed in your supplemental report?

23      A.   I used my understanding of economics

24  generally to categorize the 514 events into, I

25  believe, 14 categories and, again, used my

1          ▮

2      understanding of economics to determine which of

3      those categories I thought would merit testing.

4              Some categories include events which,

5      by their nature, do not appear to be breaking

6      news.  There is no theoretical reason why they

7      should impact XRP prices.

8              Other categories seemed of economic

9      interest to test to determine whether or not

10     there was a link between Ripple Labs and XRP

11     prices.

12     Q.  So you -- you didn't rely on any

13     academic research or publications to inform the

14     judgment that you just described that led to

15     excluding approximately 400 of the 500 events

16     that you had collected.

17              Correct?

18              MR. SYLVESTER:  Objection.

19     A.  Well, I don't think that's a fair

20     characterization.  Again, the -- part of the

21     event study methodology is the selection of

22     events.  And economists routinely use their

23     understanding of economics to categorize events

24     in ways that are meaningful to the analysis at

25     hand.  That's what I did.

1      ████

2      Q.    And my question is, you can't point to

3  any external methodology, formula, guidance,

4  that you used when you were exercising your

5  unilateral judgment about which events to

6  consider and which events to exclude.  Correct?

7            MR. SYLVESTER:  Objection.

8      A.    Again, I don't think that that's a

9  fair characterization.  So for instance, the --

10 the principle that an article, which does not

11 contain new information -- the principle that

12 that would presumably not impact a market price,

13 is, I would say, a well-established principle.

14 That's not a principle I invented.  It's a

15 well-established principle.

16            So I -- I don't -- I don't know that

17 that's a -- a fair characterization.  Again,

18 event study methodologies require -- well, let

19 me back up.

20            In some cases, an event study might be

21 conducted on -- on a particular event for some

22 reason, but many other event study methodologies

23 begin with categorizing sets of events to -- to

24 study questions of interest.

25      Q.    What I'm trying to understand is,

1          ■

2     other than the operation, the subjective

3     operation of your own mind, was there any

4     framework you used, any formula, any guidance

5     that you referred to or relied upon, in making

6     these judgments?

7          Or is it just your subjective judgment

8     about what you think is relevant and what's not?

9          MR. SYLVESTER:  Objection.

10    A.    We discussed this at great length last

11    time.

12          I begin with a set of news articles

13    which were culled by Ripple Labs in its curated

14    news sources of different types, as we discussed

15    in our prior deposition.

16          I then applied my understanding of

17    economics to construct what I thought was a -- a

18    helpful, meaningful, useful taxonomy by which to

19    categorize those events, and, further, applied

20    my understanding of economics to select some

21    categories to test and not others.

22    Q.    All right.  And I just want the record

23    to be clear.  You have not identified a

24    publication in an academic journal that you

25    referred to or consulted or relied on in making

1                         ███

2    that judgment.

3              Is that correct?

4              MR. SYLVESTER:  Objection.

5         A.   Beyond my general academic training

6    and 20 years of experience working with news and

7    information and thinking about how news impacts

8    prices, I -- I did not cite to an article that

9    says, Here is how to categorize Ripple news.

10        Q.   And focusing on the approximately 400

11   Ripple announcements that you excluded from your

12   methodology, in connection with the work you did

13   on your supplemental report, did you revisit any

14   of those events to determine whether they were

15   likely to be associated with a statistically

16   significant positive price impact on XRP?

17        A.   I'm sorry.  Did I -- did I revisit any

18   of those events -- I -- I apologize, sir.  Could

19   you repeat the question?

20        Q.   In connection with the work you did on

21   your supplemental report, did you go back and

22   reexamine any of the 400, approximately 400

23   events, that you excluded from the methodology

24   that you applied in your opening report?

25             MR. SYLVESTER:  Objection.

1                          ▮

2        A.   Well, so -- again, as we discussed

3   last time, I didn't exclude all 400.  I tested

4   some of them.  For instance, the -- the office

5   and staff announcements, and some of the other

6   initiatives of Ripple Labs, so some of those 400

7   that you're referring to were indeed tested.

8              But in preparing my supplemental

9   report, no, I did not revisit or reconsider any

10  of the events outside of the category which,

11  again, I believe I called select events -- I

12  apologize if I'm not using the right phrase --

13  but that superset of five categories, that was

14  studied in my opening report.  I did not

15  reconsider events outside of that set.

16       Q.   All right.  And with respect to the

17  approximately 100 events, event days that you

18  did consider in your supplemental report, you

19  substituted, at least with respect to Model 1,

20  23 of your estimated returns for the actual

21  returns.

22              Correct?

23              MR. SYLVESTER:  Objection.

24       A.   Almost correct.  So for 23 events,

25  following the methodology that I outline in my

1        ▮

2   supplemental report, 23 events are associated

3   with a statistically significant positive

4   abnormal return -- again, speaking about

5   Model 1 -- and not associated with a

6   statistically significant negative abnormal

7   return.

8            In some cases, that is measured over

9   one day, sometimes over two, sometimes over

10  three.  So for 23 events, I replaced the

11  statistically significant cumulative abnormal

12  return with the expected cumulative return.

13           So that might be somewhat more than 23

14  returns itself because, again, some will be two

15  days and some might be three days.  I don't know

16  offhand the total count.

17           But with that larger, more-detailed

18  explanation, the general thrust of your question

19  was correct.

20      Q.   So to summarize -- and I'm going to

21  use 23, as modified by your last answer, because

22  I accept that some may have been included or

23  excluded based on two- and three-day window you

24  used.

25           But using 23, which was the number

1

2  that's associated with the chart in Table 3, you

3  replaced actual price returns, with your

4  estimated price returns, for 23 of the 514 total

5  events that you considered using your

6  methodology.

7          Correct?

8          MR. SYLVESTER:  Objection.

9      A.   I followed the standard academic

10  practice when -- in terms of dealing with

11  abnormal returns to exclude the abnormal return

12  associated with 23 events.  Correct.

13      Q.   Out of a universe of 514 that you had

14  initially identified as potentially relevant

15  Ripple announcements.  Correct?

16          MR. SYLVESTER:  Objection.

17      A.   As we've established, 23 events would

18  be found among the 514; that is true.  What's

19  being studied here is a set of roughly a hundred

20  event days, 23 of which I replaced or removed

21  the abnormal return.

22      Q.   And that's over a period of

23  approximately -- it's in your report, but

24  approximately 2400 total days during the period

25  of time that you studied, correct?

1         ███

2         A.   Approximately, yes.

3         Q.   All right.  And just so the record is

4    clear, the date on which you substitute the

5    actual -- the -- your estimated price return,

6    your predicted price return for the actual price

7    return is the date of Ripple's announcement.

8    Correct?

9              MR. SYLVESTER:  Objection.

10        A.   So -- so there's an event date.  We

11   can look at the abnormal return over one day,

12   two days, three days.  We can establish whether

13   any of those is statistically significantly

14   positive with a -- with a check for whether some

15   are statistically significant and negative.

16              And following standard academic

17   practice, I removed the statistically

18   significant abnormal returns.

19              I think that was your question.

20        Q.   That wasn't my question, but I'll try

21   and make sure the record is clear here.

22              My question is, assume Ripple has an

23   announcement on, hypothetically, January 1,

24   2017.  It's hypothetical.  Right?

25              And you find a statistically

1          ██████

2    significant positive return on XRP on January 1,

3    2017, and January 2, 2017.

4              Right?

5              The -- the day you replace will be --

6    the first day you replace will be January 1 and

7    January 2.  Correct?  You don't skip January 1

8    and go to January 2 when you substitute the

9    predicted return for the actual return.

10             Correct?

11   A.    I'm not sure I followed that.

12             So I'll describe what I did if that's

13   all right.

14             So if -- if -- let's say that on

15   December 31, the price was, let's just say a

16   dollar.  And during the day January 1, there's

17   an event of interest that we're studying.  And

18   the closing price at the end of the day,

19   January 1, is $1.25.

20             So the return on that day is

21   approximately 25 percent.

22             If that is statistically significant,

23   that abnormal -- and it -- if the abnormal

24   return is statistically significant, I would

25   then remove the abnormal return and -- which is

1                          ███

2    another way of saying, replace the actual

3    25 percent return with the expected return for

4    that day, which would be model-specific.

5              So, for example, if the expected

6    return were, let's say, 5 percent, then I would

7    be removing a 25 percent return and replacing it

8    with a 5 percent return so that with allowances

9    for logs and things like that, in rough numbers,

10   the price on December 31 is a dollar, and now

11   the counterfactual price at the close of

12   January 1 would be on the order of $1.05.

13        Q.   I'm just focusing on January 1.  The

14   date you will replace on your hypothetical, in

15   my hypothetical is January 1.  Right?

16        A.   I was trying to follow your

17   hypothetical.  Yes.

18        Q.   And what is the cutoff time for

19   January 1 versus January 2 in your methodology?

20        A.   Prices are -- I use closing prices as

21   measured by UTC time.

22        Q.   What's UTC time?

23        A.   I don't remember what that stands for,

24   but I think it's essentially Greenwich Mean

25   Time, Universal something, something.

1

2      Q.   So if Ripple's announcement was

3  20 minutes before UTC cut-off time, you still

4  would replace the actual return on XRP for the

5  estimated return for that day.  Correct?

6      A.   Hypothetically, per standard practice,

7  yes.

8      Q.   Now, if any of the 23 events that you

9  replaced in the methodology that we've been

10  discussing were confounded because you failed to

11  consider some omitted variable -- I think you

12  earlier testified some x factor -- the results

13  of your counterfactual price calculation in the

14  supplemental report would be unreliable.

15          Correct?

16          MR. SYLVESTER:  Objection.

17      A.   Well, understand the basis of the

18  supplemental analysis.  It is really motivated

19  by a statement Professor Fischel made in his

20  rebuttal report where he said -- and I'm

21  paraphrasing -- Even if the link established in

22  my opening report were assumed to be correct,

23  there's no economic significance at face value

24  23 events can't matter.

25          I'm paraphrasing.

1                          ▮

2              So the supplemental report begins with

3    the presumption, as that invites, to say, well,

4    let's assume the analysis of my opening report

5    is correct, which means that we can associate

6    these abnormal returns with these events.

7              And on that basis, we can then proceed

8    in the matter -- in the manner that I do, in the

9    supplemental report.

10             So the -- the supplemental report does

11   not provide additional evidence that the link

12   was correct.  The supplemental report begins

13   with a presumption that the link is correct and

14   proceeds to establish the economic significance

15   of that link.

16        Q.   And my question was, if you determined

17   that the assumption of the link was incorrect

18   because there was a confounding factor --

19   Elon Musk went a bought a billion dollars' worth

20   of XRP that day -- and you, therefore, had a

21   reason to know that the abnormal price return

22   was not correlated with the Ripple event that

23   you chose, the counterfactual price that you

24   calculated in your supplemental report would be

25   unreliable.  Isn't that correct?

1

2          MR. SYLVESTER:  Objection.

3      A.   Well, I'm not going to accept your

4  example as a -- as actually an example of

5  confounding information.

6          Elon Musk may have bought whatever you

7  said, a million, billion tokens of XRP because

8  of the event.  So that doesn't confound the

9  event.

10     Q.   Assume he didn't.  Assume the event is

11 confounded.  Your assumption about linkage is

12 incorrect.  The methodology that you used to

13 count -- to calculate the counterfactual price

14 return would be unreliable.  Correct?

15     A.   The -- the methodology that I use to

16 construct the counterfactual price assumes that

17 the link is true.

18         If that assumption -- if -- if

19 somebody were to read the opening report, for

20 example, and say, Well, I'm not persuaded that

21 there's a link, then that person would not be

22 persuaded that these are the counterfactual

23 prices.  One does follow from the other.

24     Q.   And I'm asking you if you today

25 learned that the link, the assumption you're

1                           ███

2    making about the link for one of those 23 events

3    was not a sound one and needed to be discarded,

4    then the counterfactual price calculation in

5    your supplemental report would be unreliable.

6              Isn't that correct?

7              MR. SYLVESTER:  Objection.

8         A.   I -- again, I can only repeat what I

9    said.  The counterfactual price, the methodology

10   of -- of attributing the abnormal return to the

11   event, which is the standard methodology in the

12   literature, presupposes that the event drives

13   the abnormal return.

14             That's -- that's the -- the starting

15   assumption of the supplement analysis, as --

16   again, as suggested by Professor Fischel, to say

17   even if the link is true, it doesn't matter.

18   The purpose of the supplemental report is to

19   say, well, if we assume the link is true, let's

20   see whether or not it matters.  And the results

21   follow from that.

22             But the supplemental report assumes

23   that the link is true.

24        Q.   And if you could not assume that the

25   link was true or you determined that that

 1                         ███████

 2   assumption was incorrect, then the

 3   counterfactual price set forth in your

 4   supplemental report would be unreliable.

 5              Isn't that correct?

 6              MR. SYLVESTER:  Objection.

 7        A.   If -- if -- if -- we wouldn't -- we

 8   would not necessarily be able to attribute the

 9   entire abnormal return to the event.

10        Q.   So the answer to my question is yes,

11   correct?

12              MR. SYLVESTER:  Objection.

13        A.   I don't know about -- you're using

14   this word "unreliable."  I agree that the

15   methodology -- this aspect of the methodology in

16   the supplemental report is assuming that we can

17   associate the abnormal return to the event.

18   If -- if we can't make that assumption, then

19   we'd have to modify the methodology somehow in

20   the supplemental report.  I agree.

21        Q.   And if you had to modify the

22   methodology based on that inaccurate assumption,

23   the opinion you reach in your supplemental

24   report would no longer be a reliable opinion.

25              Correct?

1          ▮

2          A.   I -- I can only say it again.  The

3     supplemental report presupposes this link.  The

4     opening report attempts to establish it.  The

5     supplemental report essentially is saying, all

6     right, you know, it has been suggested that at

7     face value, 23 events can't -- can't amount to

8     anything.  Let's go see whether or not that's

9     true.

10              Could 23 events amount to something?

11              That's the purpose of the supplemental

12     report.

13              Supplemental report does not by itself

14     establish that -- any sort of link for those 23

15     events.  The supplemental report assumes a link

16     for those 23 events.  As any analysis based on

17     an assumption, if the underlying assumption is

18     not valid, the subsequent analysis is then not

19     valid.  That's almost a tautology.

20          Q.   And you made an assumption with

21     respect to the methodology you used in reaching

22     the opinion set forth in your supplemental

23     report that it was not necessary for there to be

24     a semi-strong efficient market for XRP during

25     the period of time that you conducted your

1      █

2    study.

3           Correct?

4      A.   Well, again, we've discussed this at

5    great length as well.  I would characterize the

6    supplemental report as exploring a question

7    Professor Fischel posed.

8           Professor Fischel asserted that even

9    if the abnormal return on these 23 days could be

10   entirely attributable to Ripple Labs, it doesn't

11   matter economically.  That was -- that was the

12   assertion he made.

13          I am in this section of the

14   supplemental report exploring that assertion,

15   saying -- if -- if I could finish -- okay, those

16   are the ground rules; let's posit that the

17   abnormal return on these 23 days is indeed

18   attributable to Ripple Labs.  Is it true or is

19   it false that that is then of no economic

20   consequence?

21     Q.   It's very interesting, Dr. █ but I

22   would like you to try and answer my question.

23          Let's break it down.  You testified

24   earlier, that it was not necessary for your

25   methodology to be -- methodology to be reliable,

1        ████

2   that XRP operated in a semi-strong efficient

3   market.

4           Correct?

5           MR. SYLVESTER:  Objection.

6       A.   I testified -- testified when to that?

7   In our previous deposition?

8       Q.   And in your report you said that the

9   evidence shows that the market for XRP is not

10  semi-strong efficient.

11          Correct?

12      A.   I did write that.  The academic

13  literature is consistent with that.  My own

14  studies are consistent with that, yes.

15      Q.   And, nevertheless, you performed a

16  methodology in which, notwithstanding your

17  acknowledgment that the market for XRP was not

18  semi-strong efficient, that you could calculate

19  a counterfactual price of XRP.

20          Correct?

21          MR. SYLVESTER:  Objection.

22      A.   I -- I can only say what I said.

23  The -- the supplemental report -- is -- is

24  taking the formulation as suggested by

25  Professor Fischel, which is if we can say that

1                      ████

2    the abnormal return is due to Ripple Labs, it

3    then doesn't -- it doesn't matter.  And the

4    supplemental report that's part of the

5    supplemental report is simply exploring that

6    question.  Is that true, or is that false?

7         Q.   So is that the limit of the opinion

8    you express in your supplemental report?

9         A.   I'm sorry.  Is what the limit of my

10   opinion?

11        Q.   That if you take 23 days and back

12   out -- 23 days with statistically abnormal

13   positive returns from the -- the price of XRP,

14   that you get to two cents?  You're just

15   showing -- you're just disproving what you

16   believe Professor Fischel testified?  That's the

17   sum total of the opinion that you express in

18   your supplemental report?

19             MR. SYLVESTER:  Objection.

20        A.   I -- the opinions of my supplemental

21   report are laid out.  Again, there's -- there

22   are essentially two threads of attempting to

23   quantify the economic significance of the events

24   that are discussed in my opening report.

25        Q.   Are you or are you not offering the

1    █████

2    opinion with respect to Model 1, that there were

3    23 events or announcements by Ripple that

4    resulted in an increase or an inflation of the

5    price of XRP well above 2 cents per unit?

6              MR. SYLVESTER:  Objection.

7         A.   I think so.

8         Q.   And you say you think so.

9         A.   I mean, I hadn't -- I hadn't put it in

10   those words.  But those words sound correct to

11   me.

12        Q.   Let me direct your attention to

13   paragraph 9 of your supplemental report.

14        A.   Yes.

15        Q.   In Bullet Point 1, you state -- and

16   I'm quoting:  But for the news and public

17   announcements related to Ripple to which XRP

18   prices reacted in a statistically significant

19   way, the U.S. dollar price for XRP token would

20   rarely have exceeded 2 cents.

21        A.   Yes.

22        Q.   That is your opinion, correct?

23        A.   Correct.

24        Q.   That has nothing to do with anything

25   that Professor Fischel testified to, does it?

1      ███

2           MR. SYLVESTER:  Objection.

3      Foundation.

4      A.   That -- that is my opinion, based on

5  an analysis, which again, was -- was motivated

6  in response to something that Professor Fischel

7  said.

8           The -- the analysis is -- is based on

9  a -- on a presumption that we can associate the

10  abnormal return with the event.

11      Q.   Could you have reached --

12      A.   I --

13      Q.   Sorry.

14      A.   Sorry, if I could finish.

15           If we can associate the abnormal

16  return with the event, which I agree is a

17  question -- somebody could ask, Can you or can't

18  you?  This analysis says, if we can, then

19  certain things follow therefrom.  That's what

20  the supplemental -- that's what this part of the

21  supplemental report is doing.

22      Q.   Directing your attention to

23  paragraph 9.  If you were persuaded that XRP did

24  not trade in a semi-strong efficient market,

25  could you have offered the opinion that you

1                      ▓▓▓▓

2    offer in paragraph 9?

3              And by the paragraph 9, I'm talking

4    about bullet point 1, Thread 1 in your

5    terminology.

6         A.   Well --

7              MR. SYLVESTER:  Objection.

8         A.   I -- yes, because I am persuaded that

9    XRP did not, at least at all points, trade in a

10   semi-strong efficient market.

11        Q.   And if you learned or if you were

12   persuaded that you could not perform an event

13   study in the absence of a semi-strong efficient

14   market for XRP, could you have offered the

15   opinion that you offer in paragraph 9?

16             MR. SYLVESTER:  Objection.

17        A.   It's -- I -- I'm -- I'm -- again, I --

18   in my opening report, I followed methodologies

19   found in the peer-reviewed academic literature,

20   which acknowledge that the XRP market

21   specifically is not, at least at all points,

22   semi-strong efficient and yet nevertheless apply

23   event study techniques very similar to the ones

24   that I do.

25             So if I were persuaded that that was

1        ███

2    not valid, which would, of course, require those

3    peer-reviewed academic articles, I suppose, to

4    be withdrawn, with correction, if things were

5    different, the world would be different.

6            But those -- you know, I'm following

7    peer-reviewed academic literature in applying

8    event study techniques to this market despite

9    the apparent fact that it was not at least at

10   all times semi-strong efficient.

11       Q.   And my question -- I would like you to

12   try to answer it, Dr. ███ -- is, if the

13   academic literature turned from what you believe

14   it says and said, You cannot do an event study

15   for XRP in the absence of a semi-strong

16   efficient market, could you offer the opinion

17   that you offered in paragraph 9?

18            MR. SYLVESTER:  Objection.

19       A.   I'm just struggling.  If the world

20   were different, it would not be the same.

21   That's true.  If -- the -- the opinion in

22   paragraph 9 of the supplemental report is

23   essentially a mechanical exercise that says, if

24   the abnormal return can be associated with the

25   event, certain things follow.  It's really -- as

1            ▮

2    I said, it's mechanical.  It's arithmetic, it is

3    what it is, 2 plus 2 equals 4.

4            Now, if -- if I were persuaded and

5    convinced that in no circumstances could we

6    attribute the abnormal return to the event, then

7    I -- while the arithmetic would still be true,

8    it would cease to be interesting.

9        Q.   It would cease to be reliable,

10   correct?

11       A.   Well, reliable, reliable for what

12   purpose?  I agree it would cease to be

13   economically interesting.

14       Q.   Well, I don't want to -- I don't want

15   to fence with you about words.  The -- the

16   question for you, as an expert in this case, is

17   whether you are offering a reliable opinion.  My

18   question is, if a semi-strong efficient market

19   for XRP was necessary for you to have conducted

20   your event study, could you reliably offer the

21   opinion that's set forth in paragraph 9?

22           MR. SYLVESTER:  Objection.  Asked and

23       answered.

24       A.   It has been asked.  It has been

25   answered.

1

2          I -- I don't -- if the world were that

3   different from how it actually is, I -- I -- I

4   don't know how I would respond.  I...

5          It's -- it's an extreme hypothetical.

6   I just -- I just don't -- I just don't know

7   what -- I don't know what that world looks like,

8   the world that you're describing.

9       Q.  Can you answer this question,

10  Dr. ███  If your event study that was set

11  forth in your opening report was proved to be

12  unreliable, could you offer the opinion in your

13  supplemental report that's set forth in

14  paragraph 9?

15      A.  If I -- if I were -- if somebody could

16  disprove or if I were convinced that my analysis

17  in the opening report were invalid and

18  unreliable, I would not offer the opinions that

19  I'm offering in this supplemental report.

20      Q.  You wouldn't offer it because it

21  wouldn't be reliable.  Correct?

22          MR. SYLVESTER:  Objection.  Asked and

23          answered.

24      A.  I wouldn't offer it because I don't

25  find it -- I wouldn't find it economically

1

2    interesting.  I'll let other people use words

3    like "reliable."

4              But if -- if I were convinced that

5    there was no link between Ripple Labs and XRP

6    prices, then I would say, It is, therefore,

7    uninteresting to do the sort of exercise that

8    I've done in the supplemental report, and so I

9    wouldn't do it.

10        Q.   All right.

11             If on any given day that Ripple

12   released an announcement, certain of your models

13   of the 20 models that you have used identified a

14   statistically significant price increase and

15   others of the 20 models identified a

16   significantly negative price increase, you

17   couldn't reliably offer an opinion that on that

18   day, Ripple's announcement caused a significant

19   price impact, correct?

20             MR. SYLVESTER:  Can I clarify?  Are

21        you asking about his 20 models or a

22        hypothetical?

23             MR. FIGEL:  20 models.

24             MR. SYLVESTER:  Okay.

25        Q.   Do you understand my question,

1          ████

2    Dr. ████

3         A.    Could you repeat the question.

4         Q.    Yes.

5              The question is, you have 20 models.

6    You have a event day with a Ripple announcement.

7    Ten of the models says -- identifies a

8    statistically significant price return on that

9    day.  The other ten identified a statistically

10   significant negative price return on that day.

11             You with me?

12        A.    I am.

13        Q.    Based on the results of your

14   regression analyses, could you conclude that

15   there was -- that the Ripple announcement on

16   that day caused a statistically significant

17   positive return, abnormal positive return?

18             MR. SYLVESTER:  Objection.

19        A.    I would say that under -- that there

20   was evidence that it did with some models, and

21   some models there was evidence that it didn't.

22             It is -- it is not a requirement of

23   the event study methodology that every possible

24   model deliver exactly the same indication on an

25   event.

1               ▮

2         So all I could say is that under these

3 models, there's evidence that there was a

4 statistically significant positive abnormal

5 return on that day; and under some other models,

6 there is not such evidence.

7         That's all I can say.

8     Q.   And what would your opinion be as to

9 whether the Ripple announcement on that day

10 caused a statistically significant positive

11 abnormal return?

12         MR. SYLVESTER:  Objection.

13     A.   I -- I haven't -- I -- hypothetically,

14 if it were 10 and 10?

15         I don't know.  Honestly, I think it --

16 I think I would just need more information.

17 Which 10?  What did the models look like?  I

18 probably want to understand why the models were

19 giving such -- such opposite results on the same

20 day.

21         I would probably want to -- I would

22 probably want to investigate further before I

23 could -- before I could answer that question.

24     Q.   And why would you want to?

25     A.   Because I would -- I would want to

1          ███

2     understand what was happening that might lead to

3     such an extreme outcome.  I would -- I would

4     just want to understand what it was.  For

5     example, I would just want to understand what it

6     was.

7          Q.   And did you analyze or compare for any

8     specific day that Ripple released an

9     announcement, which of your 20 models identified

10    statistically positive abnormal price returns

11    and which did not?

12          MR. SYLVESTER:  Objection.

13          A.   Those results are available.  But, no,

14    I did not -- I did not personally -- I did not

15    do the exercise of saying, for this event, let

16    me see what each the 20 models indicates.  I did

17    not do that exercise.

18          Q.   And why not?

19          A.   I -- I wasn't interested in the

20    question -- I wasn't interested in that

21    question.  Positing 20 models, which I think are

22    reasonable models and I'm conducting an analysis

23    under each one.  And I find, broadly speaking,

24    that all of my results are robust and consistent

25    across all 20 models.

1                ▮

2     Q.   Right.   In paragraph 28 of your

3 opening report, you state that your report

4 tested whether XRP returns are associated with

5 news about Ripple.

6         Correct?

7     A.   Sorry.   Paragraph 28?

8         I must have misheard you.

9 Paragraph 28?   I don't see the quote at

10 paragraph 28.   I'm sorry if I misheard you.

11     Q.   Let's go to -- apologies.   I think I

12 have a typo there.   Let's go to paragraph 34.

13     A.   Uh-huh.

14     Q.   You wrote in paragraph 34:   The

15 econometric question of event study answers is

16 whether the differences between actual and

17 expected price movements are sufficiently large,

18 that from a statistical standpoint.   Such

19 differences are unlikely to be explained by

20 random chance.

21     A.   I did write that, yes.

22     Q.   And you still agree with that,

23 correct?

24     A.   I do.

25     Q.   And you go on to explain that

1          ███

2  sufficiently large differences between actual

3  price movement and expected price movements are

4  those which are statistically significant.

5          Correct?

6     A.   I did write that.

7     Q.   And those are still your views?

8     A.   Yes.

9     Q.   Now, when you say "associated" -- in

10 other words, a Ripple announcement is associated

11 with a statistically significant abnormal price

12 return -- you're talking about this correlation.

13         Correct?

14    A.   What correlation?  I'm sorry.

15         MR. SYLVESTER:  Objection.

16    Q.   A sufficiently large difference

17 between actual price movement and expected price

18 movement.

19         MR. SYLVESTER:  Objection.

20    A.   So -- so I'm sorry.  The question was?

21    Q.   When you say "events are associated,"

22 what you mean by "association" is evidence of a

23 statistically significant correlation.

24         Correct?

25    A.   Not exactly.  No.

1

2      Q.    Well, what do you mean by when you use

3  the word "associate" in the -- in connection

4  with a Ripple announcement and a statistically

5  significant price impact?

6      A.    I mean that there is a statistically

7  significant price impact and a Ripple

8  announcement at the same time.

9      Q.    And that association, that connection

10  is established through statistical analysis.

11         Correct?

12     A.    Well, not -- no.  That -- that

13  association is established by looking at the

14  date.  So when I say that an event is associated

15  with a return, all I mean is the event came out

16  on January 1, and there was a statistically

17  significant return on January 1.

18         Therefore -- in that context, when I

19  use the word "associated," I'm -- that's what I

20  mean, that the event is associated.

21     Q.    And how do you distinguish between

22  events that occur -- announcement that occurs on

23  the same day that you observe a statistically

24  significant price return, to determine whether

25  that's random or there's some form of

1                          ███

2    correlation?

3         A.    Well, that is -- that question is, to

4    a large extent, what my opening report deals

5    with.  It's precisely trying to determine

6    whether we can -- whether we can say, Is that

7    just a coincidence because coincidences happen?

8    Or is it beyond coincidence?

9              So my opening report lays out the

10   statistical principles that would allow us to

11   test that question and explains the evidence

12   that I have, which would allow me to reject that

13   hypothesis that it's just a coincidence.

14        Q.    And if you find that it's more than

15   just a coincidence, you say the events are

16   correlated, correct?

17        A.    I -- I test the hypothesis that

18   Ripple Labs is independent of XRP prices.  I'm

19   able to reject the hypothesis that they're

20   independent.

21             THE COURT REPORTER:  "Reject" or

22        "recheck"?

23             THE WITNESS:  Reject.

24        Q.    Look at paragraph 30 of your opening

25   report if you would.

1          ██████

2             And if you could just read the two --

3    the last two sentences of paragraph 30, the one

4    that begins:  I've been asked by the SEC's...

5         A.   I've been asked by the SEC's

6    litigation counsel to test whether news about

7    Ripple Labs and its actions is associated with

8    statistically significant XRP price changes.

9    This association can be tested based on the idea

10   of independence.  That is, by evaluating the

11   likelihood that news about Ripple Labs would

12   occur at the same time as significant XRP price

13   change -- as a significant XRP price change.

14        Q.   How are you using the word

15   "associated" in those two sentences?

16        A.   Here I am asking whether there is a

17   correlation or association or connection between

18   news of Ripple Labs and XRP price changes.

19   DIR  Q.   And when you find -- and what is the

20   methodology by which you determine whether there

21   is a correlation or association between news of

22   Ripple Labs and XRP price changes?

23             MR. SYLVESTER:  Objection.  We've now

24        wandered well into his methodology in his

25        opening report.  You know, I -- I'm trying

1  ▮

2       to give some latitude to ask questions

3       about the supplemental report, but you're

4       asking him directly a question about what

5       methodology he employed for purposes of

6       reaching his opinion in his opening report.

7       And that's just not within the Court's

8       order.  So I'm going to object to that

9       question.

10          If you want to ask him a question

11      about his methodology in the supplemental

12      report, that --

13          MR. FIGEL:  Are you directing him not

14      answer the question?

15          MR. SYLVESTER:  I am.

16      Q.   Look at paragraph 9 of your

17  supplemental report.

18      A.   Uh-huh.

19      Q.   Could you read the sentence under the

20  first bullet point, beginning with Figure 1.

21  Read that into the record, please.

22      A.   Figure 1, below, presents the results

23  for the constant mean return model, Model 1,

24  described in the ▮ report, when the

25  statistically significant abnormal returns

1        ▮

2   associated with Ripple events are removed from

3   the price history of XRP and a counterfactual

4   price history is constructed; i.e., a price

5   history of XRP but for the statistically

6   significant price reactions to the Ripple

7   events.

8        Q.   How are you using the word

9   "associated" in the sentence you just read?

10       A.   I would say I'm using it in everyday

11  speech to say the returns that are linked

12  with -- the statistically significant abnormal

13  returns linked with Ripple events.

14       Q.   Well, we are talking about the

15  statistically significant abnormal returns that

16  you remove as part of your -- your

17  counterfactual analysis.

18            Correct?

19            MR. SYLVESTER:  Objection.

20       A.   I believe that's correct.  Yes.

21       Q.   And those are the returns that you

22  write in this sentence are associated with

23  Ripple events.

24            Correct?

25       A.   Yes.

1          ▮▮▮▮

2          Q.    And the basis for removing those

3    returns in your counterfactual analysis, it's

4    because they are associated as that term is used

5    in everyday speech.

6                That's the -- the association in terms

7    of everyday speech is the reason that you

8    exclude abnormal price returns.

9                Is that correct?

10                MR. SYLVESTER:  Objection.

11          Q.    Let me withdraw the question.

12          A.    Yeah.  I'm sorry.  I don't understand.

13          Q.    I've asked you -- I've asked you to

14    define the word "association."  You said you

15    used that word in this paragraph as you would

16    use it in everyday speech.

17                Can you -- can you explain what you

18    mean by using the word "association" as you

19    would in everyday speech?

20          A.    I -- I -- I suppose I mean that there

21    is some form of a connection between two things.

22          Q.    What do you mean by "some form of

23    connection" as you use the word "association" in

24    this paragraph?

25          A.    I mean that -- so, again, the

1          ██████

2    supplemental report is presuming the link that

3    the opening report establishes, which means that

4    for the purposes of the supplemental report, we

5    are assuming that XRP prices can react to news

6    and actions by Ripple Labs.  I understand you

7    don't agree with that, but that's the

8    presumption.

9              So now, what do we do?

10             Now we go event by event in the set of

11   events that we're considering.  And where a

12   statistically significant abnormal return can be

13   associated with or linked to or assigned to or

14   ascribed to an event, we then remove that

15   abnormal return, which is, again, the typical

16   approach to -- to -- that is what you find in

17   the literature, in event studies, when we are

18   trying to quantify the impact of an event on a

19   price.  We do it in terms of the abnormal

20   return.

21      Q.   Dr. ██████  I'm asking you to explain

22   the connection between the Ripple announcements

23   and the abnormal price returns that you remove

24   as part of your counterfactual analysis.

25             Is it your testimony that the basis

1

2    for removing those abnormal price returns is

3    because you believe the Ripple announcement

4    caused the abnormal price return?

5        A.    The -- again, the presumption of the

6    supplemental report as suggested by Professor

7    Fischel is to make precisely that assumption.

8        Q.    And what do you mean by "precisely

9    that assumption"?

10       A.    The assertion was made by

11   Professor Fischel that even if the abnormal

12   return could be attributed to Ripple Labs at

13   face value, 23 such abnormal returns in the

14   history of 2400 days cannot amount to much of

15   economic significance.  I'm testing to see

16   whether that's true or false.

17            So if we're going to make that

18   assumption, which I -- I understand you don't

19   want to make.  I understand that.  But if we

20   want to make that assumption, certain things

21   follow.

22            I don't know what those things are

23   going to be until I do the work.  But having

24   done the work, I find what I find, which is, for

25   instance, that the counterfactual XRP price

1          █████

2   barely ever moves.

3          Q.   And I'm asking you, for the purpose of

4   the opinion you express in your supplemental

5   report, whether you are making that assumption,

6   you personally, Dr. █████

7          A.   The --

8               MR. SYLVESTER:  Objection.

9          A.   As I've testified several times, yes.

10  That is the underlying assumption of the

11  supplemental report.  As I explained in the

12  supplemental report, if -- if the abnormal

13  return can be attributed to event, what does

14  that mean?

15               This is what it means.

16         Q.   Do you have an opinion as to whether

17  the abnormal return can be attributable to the

18  Ripple event on the 23 instances that you

19  analyze in connection with your counterfactual

20  report?

21         A.   I am of the opinion that the XRP --

22  XRP prices do react to some news and actions

23  from Ripple Labs.  That's an opinion I laid out

24  in my opening report.

25               And I am of the opinion that if the --

1      ███

2    all of the abnormal return can be attributed to

3    the event, that this is the subsequent

4    counterfactual price history.

5         Q.   All right.

6              In your prior deposition, you

7    testified:  Causation is not a question which is

8    generally subject to proof as a matter of

9    economics.

10             Do you still agree with that

11   statement?

12        A.   I do still agree with that statement,

13   yes.

14        Q.   And why is it that you agree with

15   that?

16        A.   Because certainly in the space of

17   empirical economics or econometrics, which is

18   the application of statistics to data, the sort

19   of statistics that economists usually have

20   access to are correlative in nature.

21             In other words, there's a -- and there

22   are exceptions.  There are exceptions in the

23   sphere of behavioral economics or experimental

24   economics, where a researcher might be able to

25   conduct a study and manipulate it in such a way

1

2    that, arguably, causation could be proven

3    through the study.

4            Most of the time -- well, I don't know

5    most of the time.  Let's say much of the time,

6    economists don't have access to that kind of

7    experimental data.  They're picking up data on

8    things that happened.  Prices went up; prices

9    went down.  Output went up; output went down.

10           And they do statistical investigation

11   into those data, and they establish that one

12   thing is perhaps correlated with another.

13           As I testified at length last time, it

14   is true that simply establishing that one thing

15   is correlated with another, simply establishing

16   that A is correlated with B by itself does not

17   allow you to say, therefore, A caused B.  There

18   are other possible explanations which would

19   result in a correlation between A and B.

20           So economists begin with statistics;

21   but they then typically do other work, other

22   analysis, to then draw a conclusion or an

23   inference of likely causation.

24   Q.    And in connection with the opinions

25   that you offer in your supplemental report, did

1      ████

2    you engage in any of the type of behavioral

3    economics or experimental economics that would

4    allow you to go past statistical correlation to

5    causation?

6              MR. SYLVESTER:  Objection.

7         A.   I certainly didn't conduct any

8    experiments related to my supplemental report.

9    No.

10             MR. SYLVESTER:  We have been going for

11        about an hour now.  Would it be a good time

12        for a break?

13             MR. FIGEL:  Can I just do one more

14        question to close this out?

15             MR. SYLVESTER:  Certainly.

16        Q.   You just testified that you are of the

17   opinion that XRP prices do react to some news

18   and actions from Ripple Labs.

19             What do you mean by the term "react"?

20        A.   I mean that, upon learning the news,

21   at least some news from Ripple Labs, prices then

22   respond.

23        Q.   And what is the basis for the

24   connection between learning news and price

25   response?

1       ▮

2              That suggests causation, right?  The

3  news comes out, and there's a response based on

4  the news.

5       A.   Again --

6            MR. SYLVESTER:  Objection.

7       A.   -- as I explained and as I testified

8  at our last deposition, I think that the -- the

9  evidence, taken as a whole, supports an

10 inference that the news causes the price.

11      Q.   You say "supports an inference,"

12 correct?

13      A.   I did say that.

14      Q.   You're not -- you're not testifying

15 that you have established causation.  Correct?

16      A.   I am testifying that I have assembled

17 the type of economic evidence that is routinely

18 used in assigning causation to events -- between

19 events and prices.  I've assembled precisely the

20 same kind of evidence.

21             In my opinion, there is a connection

22 between Ripple Labs and XRP prices, and the most

23 likely explanation is that the news caused the

24 price.  Because other possible explanations seem

25 unreasonable and unlikely.

1

2      Q.   All right.  See if you can answer this

3  yes or no:  Did you engage in any economic work

4  to determine whether you could establish that

5  Ripple news caused a change in the price of XRP?

6           MR. SYLVESTER:  Objection.

7      Argumentative.

8      A.   I would point to my entire opening

9  report as the work that I did to establish the

10  linkage between the two and to explain why, in

11  my opinion, the reasonable inference to draw

12  from the available evidence is that the price

13  caused the -- I'm sorry -- that the news caused

14  the price.  My entire opening report explores

15  these questions.

16      Q.   Are you testifying that the

17  methodology that you used allows you to say

18  anything more than that there is a reasonable

19  inference that a Ripple news event impacted the

20  price of XRP?

21           MR. SYLVESTER:  Objection.  Misstates

22      his testimony.

23      A.   My opinions are laid out in my opening

24  report.  I believe the evidence suggests that

25  the price -- XRP prices are reacting to the

1           ███

2  news.  And I -- I -- we covered this at the

3  previous deposition.  I have an entire report on

4  the subject.

5           I establish the correlation, but then

6  I do a number of other investigations to rule

7  out, to -- to rule out other logically possible

8  explanations for the evidence that I have, such

9  that what I am left with is the opinions that I

10 have in this matter.

11      Q.   How do you square that answer with

12 your earlier testimony that causation is not a

13 question which is generally subject to proof as

14 a matter of economics?

15           MR. SYLVESTER:  Objection.

16      A.   As -- as we -- as I explained last

17 time, proof in the sense of -- of positing a

18 hypothesis that A caused B, and then accepting

19 or rejecting the hypothesis, is not typically in

20 the scope of what an empirical economist is able

21 to do.

22           An empirical economist typically --

23 you can find exceptions -- typically, is

24 positing hypotheses of the type, A is correlated

25 with B, yes or no, true or false?  That's the

1                              ▪

2    statistical analysis.

3              The economic analysis is a combination

4    of statistical analysis with other research and

5    understanding and analysis, such that economists

6    frequently will make a statement like, The

7    earnings announcement caused a drop in the stock

8    price.  That's a routine statement that

9    economists make.

10             Now, if you ask that -- an economist

11   who made that statement, Did your statistical

12   analysis allow you to say that?  I think the

13   economist would give you the same answer I did,

14   which is, No.  The statistical analysis allowed

15   me to say there was -- there was a statistically

16   significant price drop.  My understanding of the

17   facts and the circumstances of the case allow me

18   to make a statement like, the earnings

19   announcement caused the price to drop.

20             MR. FIGEL:  Why don't we take a break.

21             THE VIDEOGRAPHER:  This ends Unit 2.

22        We are off the record at 3:43.

23             (Recess from 3:43 to 4:19.)

24             THE VIDEOGRAPHER:  This begins Unit 3.

25        We are on the record at 4:19.

1        ██████

2        Q.   Dr. ██████ you didn't rely on or

3   consider any new academic studies of literature

4   in your supplemental report other than what you

5   identified in the opening report.  Correct?

6        A.   As I would interpret that, I would say

7   yes.  I cite to -- I cite to an -- to an article

8   that I had cited to previously.  I think I may

9   have cited to a different location in that

10  article, but not to -- not to a new article.

11       Q.   And you knew you were under an

12  obligation to identify and disclose any such

13  authority, had you considered or relied on it,

14  correct?

15       A.   Well, I -- I understand I need to

16  report documents relied upon.  Yes.

17       Q.   And considered.

18       A.   I always thought it was relied upon.

19  In this case I don't know that there's a

20  difference, but I -- I always thought it was

21  relied upon.

22       Q.   And -- and just so we're clear, and

23  what I'm particularly focused on is, you are not

24  pointing to any additional academic literature,

25  textbooks, studies, to support the opinions that

1 ████

2 you are offering in your supplemental report

3 beyond what was disclosed in the opening report,

4 correct?

5 A.   Again, I think that's correct, with

6 the understanding that I think I might be citing

7 to a different location in -- in an article that

8 I had previously cited to.

9         But I -- I don't believe there are any

10 new articles.

11 Q.   And none of the academic studies or

12 literature that you cited in your opening report

13 or that you referred to in your supplemental

14 report addresses calculating a counterfactual

15 price for a digital asset by identifying

16 statistically significant returns that coincide

17 with events and replacing the actual returns.

18         Correct?

19         MR. SYLVESTER:  Objection.

20 A.   Well, they -- again, they -- they

21 certainly do discuss the -- the concept of -- of

22 attributing the abnormal return to the event in

23 the context of an event study.

24         I don't know whether they say this

25 also applies to digital tokens.  I'm sure they

1

2  don't say it does not apply to digital tokens.

3  My guess is they don't use the word "digital

4  token."

5          But the general approach of

6  attributing the abnormal return to an event in

7  the context of an event study is -- is standard

8  in the literature.

9      Q.   And again, my question goes to the

10  counterfactual price opinion you offered in your

11  supplemental report.

12          Do any of the academic studies or any

13  of the information that you cite, in any of your

14  reports, discuss a methodology for determining

15  the counterfactual price in the manner that you

16  set forth in your supplemental report?

17      A.   Well, I -- I would say yes.

18      Q.   What -- what studies are those?

19      A.   Well, the ones that I cite to in my

20  supplemental report.  I don't remember which

21  footnote it is.

22          But the Campbell, Lowe and McKinley --

23  To appraise the event's impact, we acquire a

24  remeasure of the abnormal return, and we

25  interpret counterfactual... or sorry, the rest

1       ███████

2    of that is me.

3              I'm sorry, I will continue the

4    footnote:  We interpret the abnormal return over

5    the event window as a measure of the impact of

6    the event on the value of the firm or its

7    equity.

8              So again, the basic methodology of

9    saying the -- in the context of an event study,

10   that the abnormal return is the measure of the

11   impact of the event, I would say, is standard.

12             Once you understand that, the method

13   of -- that I follow follows from that.

14        Q.   Dr. ██████ I'd like to show you what's

15   been marked as Exhibit 14.

16             (Article entitled "The Econometrics of

17             Financial Markets" was marked ██████ Exhibit

18             14 for identification, as of this date.)

19             MR. SYLVESTER:  Do you have a copy for

20             me, please?

21             Thank you.

22        Q.   Is this a copy of the article that you

23   just referenced in your testimony?

24             MR. SYLVESTER:  Take your time to

25             review it.

1   [REDACTED]

2          A.   Well, I -- I mean, it's -- it's the

3   same authors and the same title.  Whether it's

4   the -- the same edition, I -- I -- I don't know

5   if I know if it's the same edition or not.  But

6   it's the same authors, the same title.  Is it

7   the same edition?

8          Q.   It's your footnote and --

9          A.   Well, my footnote points to second

10  edition, 1996.  I see here copyright 1997.  I'm

11  just looking for where it may say second

12  edition.  I'm probably just not seeing it.

13              I don't know.  I don't -- I don't see

14  "second edition." If somebody else sees it and

15  wants to point it to me.

16         Q.   Why don't you take a look at the page

17  citations that you have in your footnote --

18         A.   Uh-huh.

19         Q.   -- that you just identified as the

20  source of the methodology for calculating the

21  counterfactual return that you -- that you

22  conducted in your supplemental report.

23         A.   Uh-huh.

24         Q.   And tell us whether, on page 151, you

25  see anything that you believe supports your

1

2    testimony that this article discusses the --

3    the -- the counterfactual calculation that you

4    performed in your supplemental report.

5          A.    Well, Bullet 3, page 155 -- 151.

6                To appraise the event's impact, we

7    require a measure of the abnormal return.  The

8    abnormal return is the actual ex-post return of

9    the security over the event window minus the

10   normal return of the firm over the event window.

11               It defines the normal return as the

12   expected return.  Defines the abnormal return.

13   Discusses ways to model them, but essentially,

14   in essence, this -- this is consistent with --

15   with what I'm saying, which is that in the event

16   study literature, the impact of the event is

17   measured by the abnormal return.

18         Q.    And it's your testimony that this

19   article establishes a methodological basis for

20   the counterfactual return that is set forth in

21   your supplemental report?

22         A.    I believe it does, yes.

23         Q.    All right.  Other than this article,

24   are you aware of any other publication, academic

25   treatise, textbook, that supports the

1   ████

2   counterfactual analysis, counterfactual price,

3   methodology that you utilized in your

4   supplemental report?

5       A.   It is my general understanding and

6   awareness that the abnormal return is the

7   measure of the impact of an event.  This is one

8   citation that makes that point.

9           Sitting here today, I -- can I list

10  other ones?  No, I can't.  But that is generally

11  the received result that I'm aware of.

12          I think it's consistent, for instance,

13  with court treatments of -- of abnormal returns,

14  and damages in certain cases.  So I -- I believe

15  this is a very standard result.

16      Q.   But none of the other authorities set

17  forth in any of your reports specifically

18  address this issue.  Correct?

19      A.   Well, I -- I don't know that that's

20  true.  I -- you're saying that none of the other

21  authorities that I reference in my reports

22  discuss how to measure the impact of an event.

23  I'm not prepared to say that they don't discuss

24  it.

25      Q.   Well, you don't cite to any of them in

1

2    support of the methodology that you are

3    utilizing in your supplemental report.  Correct?

4         A.   Correct.  This is -- this is -- I

5    would say this is a -- a settled, established,

6    unremarkable result.  I cite to one authority.

7    I suppose I could have cited to a dozen, but I

8    cited to one.

9         Q.   And the authority that you did cite to

10   sounds like it was published in 1996 or 1997.

11   That doesn't endorse the methodology that you

12   used in your supplemental report for calculating

13   the counterfactual price of a digital asset.

14              Correct?

15              MR. SYLVESTER:  Objection.

16        A.   Well, I -- I would say that it does.

17   It says that we measure the impact of an event,

18   by its abnormal return.  That is what I did.

19        Q.   And show me where in Exhibit 14

20   there's any mention of utilizing that approach

21   for a counterfactual price for a digital asset.

22        A.   Well, again, I don't know that I --

23   based on the date of publication, I assume the

24   words "digital asset" do not appear.

25              But the general principle that the

1    ███

2    impact of an event is measured by the abnormal

3    return is the principle that I'm using.

4        Q.   And my question is -- so we agree that

5    the -- the article that you cite doesn't endorse

6    the use of this methodology for calculating a

7    counterfactual return to digital assets.

8            My question is, are you aware of any

9    other literature that has applied that

10   methodology to the counterfactual price of a

11   digital asset?

12           MR. SYLVESTER:  Objection.  Misstates

13       his testimony.  And compound.

14       A.   Yeah, I mean, I'm -- I'm not going to

15   agree with you that it doesn't support it.

16           Again, this -- this is -- in the event

17   study literature, the impact of an event is

18   measured by the abnormal return.

19           As I've said before today, I'm -- I'm

20   really taking Professor Fischel's suggestion to

21   say, Well, if we want to associate the abnormal

22   return with the events, then it is of no

23   economic consequence.  And I'm exploring that

24   question.

25           Associating the abnormal return with

1

2      the event is the standard methodology in the

3      economics literature.

4              And I -- I'm following standard

5      practice.

6          Q.   You became a professional expert

7      witness in approximately 2018?  Correct?

8          A.   I -- I began my career as an economic

9      consultant in 2018, yes, that's correct.

10         Q.   And since that time, have you ever

11     conducted a counterfactual price analysis with

12     respect to any asset, other than in this case?

13         A.   I'm -- I'm -- I'm trying to remember

14     some work that I did in -- in the Rio Tinto

15     matter.

16              There was a -- there was a -- there

17     was a price analysis in that matter that

18     explored the question of how the price of

19     certain bonds might have been different had

20     circumstances been different.  That's a form of

21     a counterfactual price analysis.

22              There was a question of the valuation

23     implication from an abnormal equity return on

24     the valuation of a real asset.  That's, again,

25     essentially -- not essentially, that is saying

1          ████

2     that the impact of the event is measured by the

3     abnormal return.

4               Those two things come to mind.

5     Those -- those two things come to mind.

6          Q.   Well, one was the Rio Tinto case.

7     What was the other matter in which you

8     conducted --

9          A.   Those were both -- those -- both of

10    those examples that I mentioned were elements of

11    the -- the Rio Tinto matter.

12         Q.   In the Rio Tinto case, did you offer a

13    counterfactual price analysis for an asset

14    excluding certain events or excluding the price

15    impact of certain events?

16         A.   Again, in that matter, there was some

17    discussion of -- of the quantification of a

18    certain event.  I don't -- I don't really want

19    to go into -- because I'm just not sure that I

20    can go into too many details.  And that

21    quantification was measured by the abnormal

22    return.

23              That's -- the essential methodological

24    approach that I'm using here.

25         Q.   Did you --

1

2      A.   Did I say, But for this announcement,

3  the price would have been X?

4           I did not literally say that.  But

5  implicitly, in everything that we're doing, I'm

6  saying, But for this announcement, the price

7  would have been X because I'm saying that

8  this -- the impact of this announcement is

9  measured by the abnormal return.

10     Q.   Did you express an opinion on the

11  counterfactual price of an asset in the

12  Rio Tinto case?

13          MR. SYLVESTER:  Objection.

14     A.   I would not describe my opinions in

15  that case that way, no.

16     Q.   So the answer to my question is no.

17  Correct?

18          MR. SYLVESTER:  Objection.  Asked and

19     answered.

20     Q.   You did not offer an opinion about the

21  counterfactual price of an asset in the

22  Rio Tinto case.

23          Isn't that correct?

24          MR. SYLVESTER:  Objection.  Asked and

25     answered.

1                     █████

2     A.   Yeah.  Again, I'm struggling just to

3 say yes, because while I would not characterize

4 my opinions in terms of counterfactual price, my

5 opinions related to abnormal returns.

6         So by implication, if I were asked

7 what do I think the price would have been but

8 for this news event, I would give essentially

9 the same type of answer that I'm giving in this

10 case.  That's -- that's the best way that I can

11 answer your question.

12     Q.   Now, you've not been engaged to

13 provide an expert opinion by anyone other than

14 the SEC.  Correct?

15     A.   No, that's not correct.

16     Q.   Who else has engaged you to offer an

17 expert opinion?

18     A.   I was engaged by counsel for the

19 debtors in an ongoing bankruptcy dispute.

20     Q.   What bankruptcy dispute was that?

21     A.   I suppose -- well, I suppose I can

22 say.  LATAM Air.  I was engaged by

23 Cleary Gottlieb, and I don't remember the rest

24 of the names.

25     Q.   Did you offer an opinion about a

1                    ████

2    counterfactual price of an asset, in the LATAM

3    bankruptcy matter?

4              MR. SYLVESTER:  You might just want to

5         take a pause because, obviously, the SEC

6         has nothing to do with this.

7              THE WITNESS:  Yeah.

8              MR. SYLVESTER:  I'll just ask you to

9         consider your obligations in that case with

10        respect to confidentiality or privilege.

11   Q.   Let's start with yes or no.  That

12   doesn't seem to be...

13             They're public proceedings.  You can

14   answer --

15   A.   I --

16   Q.   If you can, answer yes or no whether

17   you offered an opinion, an expert opinion about

18   the counterfactual price of an asset in that

19   proceeding.

20             MR. SYLVESTER:  Have you offered a

21        public opinion?  Can we ask that

22        foundational question?

23             MR. FIGEL:  Let him answer this, and

24        then we'll see where we go.

25             MR. SYLVESTER:  Just trying to keep

1

2        him out of trouble.

3              THE WITNESS:  Yeah, and I appreciate

4        that.

5        A.   The status of that -- of my

6   involvement in that case is I've submitted an

7   expert report and I've been deposed.  I have

8   not -- I simply don't know the extent to which

9   any of that is public.

10       Q.   Other than in this case, have you ever

11  offered an expert opinion about the

12  counterfactual price of an asset?

13       A.   I've -- I've tried to answer your

14  question.  I -- I -- in -- in other cases, I

15  have offered opinions about the impact of

16  events.  In all such cases, I've measured the

17  impact of the event through the abnormal return.

18              Implicit in doing that is an

19  understanding that -- what the counterfactual

20  price would be.  In those other cases, as I've

21  said, I did not explicitly write down and say,

22  By the way, the counterfactual price would have

23  been X.  That -- I didn't do that.

24              But if I were asked to do that, I

25  would do it in exactly the same way.  And it's,

1             ▮

2 again, implicit -- the fundamental question is,

3 is the impact of the event measured by the

4 abnormal return?

5             If you say yes, all of the rest of

6 this follows.

7             If you say no, then you're at odds

8 with the economic literature.

9    Q.    Dr. ▮  in this case you offered an

10 opinion that but for the impact of certain

11 Ripple announcements, the price of XRP would

12 have been 2 cents -- would not have been greater

13 than 2 cents.

14             Correct?

15    A.    Would have rarely been greater than

16 2 cents.

17    Q.    Have you ever offered an opinion in

18 any other case in which you said, But for

19 certain events, the price of an asset would not

20 have been greater than X?  Yes or no.

21             MR. SYLVESTER:  Objection.

22             Argumentative.

23    A.    To that specific question, I would

24 say, no, I have never offered an opinion that

25 would formally resemble what you described.

1

2      Q.   Now, the opinions expressed in your

3 supplemental report are based on what you

4 believe are statistically significant

5 correlations between Ripple news and positive

6 XRP price returns.  Correct?

7      A.   I -- I think that's broadly correct,

8 yes.

9      Q.   And it's possible for Ripple news

10 events to be correlated with statistically

11 significant price decreases.

12           Correct?

13      A.   Certainly logically possible, yes.

14      Q.   And the actual price data that you

15 relied on showed both positive and negative

16 reported returns for XRP, correct?

17      A.   That is certainly true.

18      Q.   Sometimes the prices went up?

19      A.   Sometimes they went down.

20      Q.   And sometimes they went abnormally

21 down, correct?

22           MR. SYLVESTER:  Objection.

23      A.   Yes, I do know that sometimes the

24 decreases would be flagged as statistically

25 significant.

1 ▮

2      Q.   Just so the record is clear, the 20

3 models that you relied on for the opinions

4 you've expressed in this case generated both

5 predictions of statistically -- withdrawn.

6           The 20 models that you relied on in

7 this case identified both statistically positive

8 impact on XRP and statistically significantly

9 negative price impact on XRP.  Correct?

10          MR. SYLVESTER:  Objection.

11     A.   I -- well, no, I'm not prepared to say

12 that.  The 20 models identified statistically

13 significantly positive abnormal returns and

14 statistically significantly negative abnormal

15 returns.

16          I tested, if you recall in the opening

17 report, whether there was any correlation

18 between the event days and the negative returns.

19 And I found that there was no indication of

20 correlation.  In other words, the assumption of

21 independence between the news and negative

22 returns could not be rejected.

23          So I would say, based on the work in

24 my opening report, I -- I have seen no evidence

25 that the news is associated with, in a

1           █████

2    statistically significant way, significant price

3    decreases.

4         Q.   And were you looking for evidence that

5    a Ripple announcement was associated with a

6    statistically significant price decrease?

7         A.   I -- I explored the question, yes,

8    because, as I explained in my opening report,

9    while -- while a correlation between what

10   appears to be good news and -- as I explained in

11   my opening report, if the news is good, one

12   would -- one might expect positive price

13   increases.  And one would not expect negative

14   price increases.

15           Therefore, I thought as a -- as part

16   of my analysis, it was worth checking:  Well, is

17   there any correlation between this news, which

18   reads as generally good news, and negative

19   increases?

20           And I found that there was not, which

21   is -- that absence is part of my opinion that

22   allows me to say that I think there's a --

23   there's a -- a relationship between the news and

24   the price.

25        Q.   Dr. █████ when you were replacing the

1

2    actual XRP price returns with your estimated

3    price returns, you excluded -- or I use the word

4    "disqualified" -- certain event days and price

5    impact when you found a statistically

6    significant negative return on either the first

7    day, the second day, or the third day.

8            Correct?

9            MR. SYLVESTER:  Objection.

10      A.    That sounds correct.  In other words,

11   if -- if -- if we want to say that a Ripple

12   event is going to be associated with a

13   significantly positive abnormal return, we

14   can -- we can simply ask that question.

15           I further asked the question:  Well, I

16   want to make sure that it's not associated with

17   a significantly negative return.

18           So, yes, I -- I checked whether or not

19   any of the returns was significantly negative as

20   part of my procedure.

21      Q.    And the way you checked was by

22   referencing your 20 regression models, correct,

23   to determine whether the estimated price,

24   negative price in certain circumstances, was

25   correlated with a statistically significant

1

2    negative XRP price.  Correct?

3              MR. SYLVESTER:  Objection.

4        A.   I -- I really didn't understand that

5    question.  I'm sorry.

6        Q.   Well, let me -- let me try it a

7    different way.  You said that you considered

8    statistically significantly negative XRP price

9    returns when you were replacing predicted

10   returns with actual returns.  Correct?

11       A.   Correct.

12       Q.   And how did you identify when there

13   was a statistically significant negative XRP

14   price return?

15       A.   That is a part of the output of the

16   regression analysis.

17       Q.   When you say the regression analyses,

18   you mean the 20 models that -- that are set

19   forth in your opening report and that you relied

20   on in your supplemental report, correct?

21       A.   Correct.

22       Q.   So those models allow you to identify

23   statistically significant negative returns.

24   Correct?

25       A.   Those models identify statistically

1        ▇▇▇▇

2   significant abnormal returns, yes.

3           Both positive and negative.

4      Q.   All right.  But your counterfactual

5   price methodology excluded statistically

6   significant negative XRP price returns.

7   Correct?

8      A.   No.

9      Q.   Well, if on Day 1 there -- you

10  identified no significant return, Day 2 --

11     A.   Uh-huh.

12     Q.   -- you identified a statistically

13  significant negative return, and Day 3 you

14  identified a statistically significant positive

15  return --

16     A.   Correct, yes.

17     Q.   -- and -- and the -- the aggregation

18  or the net of those three observations was a

19  statistically significant positive return --

20     A.   Uh-huh.

21     Q.   -- you would not include that in your

22  counterfactual price analysis.

23           Correct?

24     A.   Under -- under the circumstance if you

25  lay it out, I would just adjust any of those

1                          ████

2    returns.

3        Q.   And, in general, when you identified a

4    statistically significant negative price return

5    prior to a statistically significant positive

6    price return, in the one-, two-, or three-day

7    windows that you were looking at, you excluded

8    that event from your counterfactual price

9    analysis.

10           Correct?

11           MR. SYLVESTER:  Objection.

12       A.   I think that -- yes.  I think that

13   what you're saying is correct.

14       Q.   And so at no point in your

15   counterfactual calculation did you reduce any of

16   the statistically significant positive price

17   impacts you identified by any statistically

18   significant negative price impacts that you

19   identified, correct?

20       A.   Sorry.  At no -- I'm sorry, could I

21   hear that again?  I'm sorry.

22       Q.   So at no point in your counterfactual

23   calculation did you reduce any of the

24   significantly -- significant positive XRP price

25   impacts that you identified by any statistically

1                      ██████

2    significant negative XRP price impacts you

3    identified.

4         A.   Sorry.

5              I -- I -- I think that's true.

6              But -- but you're -- you're talking

7    about reducing one thing by another.  I

8    didn't -- but I -- I think I understand what

9    you're saying.  And I think that what you're

10   saying is correct.

11             But --

12        Q.   Well, I want to make sure --

13        A.   -- maybe not how I would have

14   described it.

15        Q.   I want to make sure the record is

16   clear, Dr. ██████

17             As I understand the methodology for

18   your counterfactual price analysis, you

19   effectively replaced statistically significant

20   positive price impact on XRP that occurred

21   within a day, two, or three, of a Ripple

22   announcement.

23             Correct?

24        A.   If there were no significant negative

25   returns in -- in that --

1                    ███

2        Q.    And that -- that is exactly my point.

3              In other words, if you saw a

4    statistically significant price impact on Day 3,

5    and an either statistically significant negative

6    or any negative price return on Day 2, you would

7    not net them out such that the amount of the

8    replacement would be reduced by whatever

9    negative price returns you observed?

10       A.    I wouldn't -- in that case I'm not

11   making any adjustments to anything.  So,

12   therefore, no, I'm not netting one thing out

13   from another.

14             I'm leaving -- in the case you

15   describe, I'm leaving the data alone.  So, just

16   so we're clear, if -- if the price dropped but

17   then increased a lot such that if we looked at

18   the three-day cumulative return, we might say,

19   Oh, well, it was significantly positive, I take

20   the, what I would say is conservative approach

21   to say, Well, I agree it's positive, but because

22   of the drop, I'm not going to say that that

23   three-day positive is due to the event.

24             Now, look, it might be.  It might be.

25             But I'm not going to say that it is.

1

2           So I'm going to leave all of those

3    prices alone.  Meaning in my counterfactual

4    price history, you will see the drop followed by

5    the rise.

6        Q.    I was with you until the last

7    sentence.

8           In -- in what aspect of your

9    counterfactual calculations will you see the

10   impact of the drop followed by a rise?

11       A.    Because I'm not making any adjustment.

12   I'm leaving the drop and the rise in place.

13           I'm not adjusting them.

14           They were there before, they're there

15   now.

16       Q.    And is it only for drops that are not

17   statistically negative?

18           MR. SYLVESTER:  Objection.

19       A.    No, it's -- it's if I see a

20   statistically significantly negative drop

21   somewhere in this history, somewhere in these

22   three days, I -- I then am taking the position

23   of -- sort of in an overabundance of caution,

24   I'm saying, Well, I am, therefore, not going to

25   say that -- even though I see a significant

1            [REDACTED]

2    increase measured over all three days, I'm not

3    going to say that that has anything to do with

4    the event.

5              Again, it might.  It might.  But I'm

6    not willing to say that it does.

7              So, I leave those price -- I leave

8    those returns, strictly speaking, I leave those

9    returns alone.  I don't change any of them.

10             So, just -- just to throw out numbers,

11   as -- as an example, if -- the price starts at a

12   dollar, it drops to 80 cents, and let's say that

13   that's significant.  But then it rebounds to a

14   dollar fifty by Day 3.  Okay?  Hypothetical.

15             And somebody might look at that and

16   say, Well, the three-day cumulative return going

17   from a dollar to a dollar 50, is significantly

18   positive.  Okay, that might be true.

19             Somebody might say, Well, so then you

20   could say that that increase from a dollar to a

21   dollar 50 is due to the event.

22             I agree.  Somebody might say that.

23   And they might be right.

24             I'm not going to say that because when

25   I look at that, I say, Yes, I agree with those

1                        ███

2    facts, but I see this drop, and I think, I think

3    that arguably muddies the water, so I'm not

4    going to say that the increase from a dollar to

5    a dollar 50 was due to the event.  I'm not going

6    to adjust any of these prices.  And I'm going to

7    move on to the next event.

8              So then my counterfactual price

9    history will still have the dollar, down to

10   80 cents, back up to a dollar 50.

11             Is that clear?

12       Q.   I -- you've answered the question, and

13   we'll -- we'll move on.

14             And just to make sure the record is

15   clear, on a day in which you observe a

16   statistically significant positive return, and

17   the announcement that you correlate with that

18   return occurs late in the 24-hour window that

19   you consider that event day, you don't make any

20   adjustment for the run-up in price prior to the

21   announcement.

22             Correct?

23       MR. SYLVESTER:  Objection.

24       A.   Literally that's correct.  I -- I was

25   not using any intraday price data here, as we

1        ▮

2    discussed in the prior deposition.

3              In some cases, we are really having

4    only, you know, a few hours of response, but I

5    didn't -- I didn't factor that into -- into the

6    analysis, no.

7         Q.   Did you perform an analysis in which

8    you replaced the -- the actual returns that

9    occurred over a four-day cumulative period?

10        A.   Over four days, that's the question?

11        Q.   Yes.

12        A.   I -- I don't believe so.  I did -- I

13   did three and I did one.  I don't believe I ever

14   did four.

15        Q.   You didn't do seven?

16        A.   Not -- I -- I don't think so.  I don't

17   remember doing seven.

18        Q.   And why did you limit your analysis to

19   just three days?

20        A.   Well -- well, again, this was

21   primarily a response to an assertion from

22   Professor Fischel that even if we attribute

23   these abnormal returns to Ripple Labs, it

24   doesn't matter.

25              So the -- the genesis of this was to

1       ███

2    say, Okay, let's associate the abnormal returns

3    to Ripple's actions and see what happens.

4            So that was -- that was the -- the

5    genesis.  And since my opening report focused on

6    three days, I -- I continue to focus on

7    three days for the supplemental report.

8            I also did a one-day version of that,

9    which I view as very conservative, to say even

10   if we want to -- even if we're not comfortable

11   saying that the impact could take as long as

12   three days, even if we want to say no, no, no,

13   the impact can -- can't possibly take more than

14   a day, let's stop the clock there, I -- I show

15   the results under that assumption as well.

16           But I start with three days because

17   that was the basis of my opening report.

18       Q.   And again, just so the record's clear,

19   in your supplemental report -- and I believe

20   it's using Model 1 -- you reduce approximately

21   23 days out of a total of, say, 2400 days,

22   during the entire period.  Correct?

23       A.   Again, keeping in mind that some of

24   those events might be associated with two days

25   or three days, so it may be more than 23 days.

1          ████

2    And I -- I don't know the number of days.

3         Q.    But approximately 1 percent of the

4    days.

5         A.    On -- on the order of -- of -- is it

6    1 percent?  Yes, on the order of 1 percent.

7              And just to -- so the math is a little

8    easier, in the one-day analysis, of course, it's

9    one to one between events and days.  So in the

10   one-day analysis where I think it's 14 events,

11   it is, therefore, also 14 days.  We know that

12   answer.

13             With the three days, I just, sitting

14   here today, I don't know exactly how many days

15   were involved.

16        Q.    All right.  And you didn't replace any

17   of the actual XRP returns that were

18   statistically lower than the returns that your

19   models estimated, correct?

20        A.    Correct.  Since I had not established

21   any sort of link between events and negative

22   returns, I, therefore, wouldn't say that the

23   news caused a negative return; and so,

24   therefore, I did not replace statistically

25   significant negative abnormal returns.  That's

1

2   correct.

3      Q.   Just so the record is clear, though,

4   the regression models that you utilized would

5   have allowed you to both identify statistically

6   significant negative returns and to replace

7   those returns with estimated returns, correct,

8   had you wanted to do so?

9      A.   I agree that the information is

10  available.

11         But I -- but there would be no

12  economic foundation for doing it.  But I agree

13  with you that the information is available to do

14  that exercise.

15     Q.   And that would be true even if the

16  statistically significant negative return

17  coincided with a Ripple announcement.  Correct?

18         MR. SYLVESTER:  Objection.

19     A.   Well, again, I tested in the opening

20  report whether there was any evidence of a -- a

21  correlation between the news and negative

22  returns.  And I was -- I never found any such

23  evidence.

24         So I -- I don't think there's any

25  evidence -- I haven't seen any evidence to

1       ▮

2    suggest that the news would cause a negative

3    return, which is why I wouldn't make that -- the

4    replacement that you suggest.

5           But the information to do that is

6    certainly available.

7    Q.   And mathematically, had you replaced

8    the statistically significant negative returns

9    that your model identified, it would have

10   narrowed the gap between the observed XRP price

11   and the counterfactual price that you

12   calculated.  Right?

13   A.   Well, directionally, that's

14   unambiguously true.

15          But I will say that in many cases, I

16   don't -- I think there is frequently zero,

17   sometimes one, maybe two significantly negative

18   events.  So I would be -- I haven't done it.

19   Again, I don't think it's meaningful to do.

20          But I -- I don't know the practical

21   implications of making those substitutions.  But

22   directionally, you're correct; it would narrow

23   that difference.

24   Q.   You said that you thought there were

25   one, maybe two statistically negative price

1

2    returns.  I'm asking you a question.

3        A.   Yeah.

4        Q.   Do you know, based on the output from

5    your 20 regression models, how many trading days

6    XRP's actual returns were worse or lower than

7    the returns that your models estimated?

8             MR. SYLVESTER:  Objection.

9        A.   So -- so you're asking, do I know how

10   many times the abnormal return was negative?  Is

11   that your question?

12            Meaning the actual return was less

13   than the expected return?

14       Q.   Correct.

15       A.   The answer to your question is, no, I

16   don't know.

17            I -- the answer to your question is,

18   no, I don't know.

19       Q.   All right.  I take it from that

20   answer -- but I want to make sure the record is

21   clear -- that you don't know on how many days on

22   which there was a Ripple announcement that the

23   actual returns were statistically significantly

24   lower than the returns your model estimated?

25   I'm now focusing on statistically significant

1            ▮

2    negative abnormal returns.

3                MR. SYLVESTER:  Objection.

4        A.   So, sitting here today, I don't

5    remember.  I know that it's -- I can say that

6    it's not very many, because it is certainly not

7    more than would be expected by just random

8    chance.

9                But I don't know how -- I don't know

10   the number.  I seem to recall that it's very

11   small.  But that's -- but to be clear for the

12   record, that is me sitting here with sort of a

13   recollection of looking at some numbers a few

14   months ago, and I could be wrong.

15               But I -- but I -- but I can say,

16   because I tested it and that test is reported in

17   the opening report, that -- that it is not

18   enough to infer any correlation between the news

19   and negative returns.

20       Q.   Did you go through the process of

21   tabulating, counting, examining the number of

22   instances in which one of your 20 regression

23   models predicted a return in comparison to which

24   the actual return was statistically significant

25   and negative?

1

2      A.   Well, I think this is a question you

3  just asked a moment ago.  Do I know how many

4  times the actual return was less than the

5  expected return.  And the answer to that

6  question is, no, I don't.

7      Q.   My question was a different one.

8           I understand, as you sit here today,

9  you don't remember that number.

10          My question was, did you go through

11  the exercise of looking for that number and

12  considering it?

13          MR. SYLVESTER:  Objection.

14      A.   Well, yes, in -- in a version of it --

15  so, yes, for the news days and the event days in

16  question, I went through the exercise of -- of

17  determining whether there was -- how many

18  significantly negative returns were associated

19  with the news days in question, because, again,

20  I tested that question.  And I report that test

21  in my opening report.

22          So for the purposes of conducting that

23  test, it's necessary to do the tabulation that

24  you're describing.

25      Q.   And my question, so the record is

1          ▋

2  clear, in connection with the counterfactual

3  analysis that you set forth in your supplemental

4  report, did you revisit that data to remind

5  yourself or to consider on how many occasions

6  there were statistically negative price impacts

7  on XRP?

8          MR. SYLVESTER:  Objection.

9     A.   Well, for the purposes of the

10  supplemental report, no, I did not revisit and

11  remind myself of the number of days that

12  we're -- that we're describing, no.

13     Q.   Now, I'm just -- I'm going to ask you

14  a methodological question.  I want to know

15  whether you went through the mental exercise or

16  the econometric exercise of determining on how

17  many days one day after a Ripple announcement

18  the actual XRP returns were statistically lower

19  than the returns your models estimated.

20     A.   Significantly lower?

21          For the opening report or the

22  supplemental report?

23     Q.   Supplemental report.

24     A.   No.  Again, for the supplemental

25  report, while my -- as part of the methodology,

1     ████

2     I'm -- I'm -- the -- the computer code is

3     necessarily checking the question you're asking,

4     because that's part of the methodology.

5              I did not output that tabulation or

6     review it.  But the -- the computer code is

7     checking what you're asking.

8          Q.   Does it also check for the number of

9     days in which there is a statistically

10    significant negative XRP price return on the

11    third day after the event?

12         A.   It is checking, yes.

13         Q.   So that information was available to

14    you.

15         A.   Yes.

16         Q.   In connection with the preparation of

17    your -- of the opinions expressed -- withdrawn.

18              In connection with the opinions that

19    you're offering in your supplemental report, did

20    you conduct any analysis or investigation as to

21    whether any of the, say, 400-some events that

22    you excluded from your methodology in the

23    opening report were associated with a

24    statistically significant negative return of

25    XRP?

1            ███

2       A.    Well, I don't know that I want to

3  accept your characterization of excluding them

4  from the methodology.

5            The methodology was to categorize news

6  and test certain categories versus others.

7            But setting that aside, for the

8  purposes of my supplemental report, I did not

9  investigate the frequency with which the

10 excluded events were associated with significant

11 negative returns.  No, I did not.

12      Q.    Dr. ███  I would like to show you now

13 what has been marked as Exhibit 15.

14            (Table of abnormal negative return

15       dates was marked ███ Exhibit 15 for

16       identification, as of this date.)

17      Q.    Do you recognize this table?

18      A.    Not particularly.  I don't know that

19 I've seen this table before.

20      Q.    I'll represent to you that this is

21 what we believe is a document that sets forth,

22 based on your own work papers and the results of

23 your various regressions, each day in which your

24 models identified a significantly negative

25 abnormal return under the constant mean model,

1              █████

2   which is your Model 1.

3              MR. SYLVESTER:  Can I ask a clarifying

4       question?  Is this -- is this output from

5       Dr. █████ work papers, or is it something

6       that defendants created?

7              MR. FIGEL:  We created it, based on

8       the work papers.  It's a culling of the

9       information in the work papers.

10      Q.   All right.  Now, the column on the

11  left indicates how many of those days there was

12  a Ripple announcement -- I'm sorry -- how many

13  of those days there was a -- give me one second.

14      A.   Sure.

15      Q.   So the column on the left is days in

16  which there was statistically significant

17  abnormal negative returns.  And the second

18  column, the zero or the 1, represents whether

19  there was a Ripple announcement on that date.

20      A.   May I ask, a Ripple announcement of

21  what type?

22      Q.   Of the type that you included in your

23  methodology, one of the 100-some days.

24      A.   So not just any Ripple announcement

25  but -- but specifically one of those select

1                    ███

2    categories.  Okay.

3         Q.    Right.

4              So based on this, on how many days

5    does your constant mean return model, which is

6    Model 1, indicate that there was a statistically

7    significant negative return for XRP on the same

8    day that Ripple announced an event?

9              MR. SYLVESTER:  I just want to be

10        clear that you're asking him to -- to

11        interpret a document that defendants

12        created.

13             MR. FIGEL:  Correct.

14             MR. SYLVESTER:  That he's never seen

15        before.

16             MR. FIGEL:  Well, he's seen the data,

17        but fair enough, he -- I don't believe he's

18        seen this particular document.

19        A.    Well, so the number -- the -- the

20   information that's in this table, if I'm not

21   missing something, would indicate four, one,

22   two, three, four -- I count four days in this

23   table where the news indicator is a 1.

24        Q.    Correct.

25        A.    Which would mean -- from what you have

1    ███

2    told me, would mean that there are four days

3    with a -- a -- a Ripple announcement of the type

4    that we've generally been considering and a

5    significant negative abnormal return.

6         Q.   So let's go just down this document.

7    I think the first one which indicates the

8    association between a Ripple event and a

9    negative return is on -- and this is the -- I

10   guess the European formulation so January 16,

11   2018.

12              Are you with me?

13        A.   I see that, yes.

14        Q.   Right.  And the -- the actual return

15   was a negative 35 percent.  The return predicted

16   by your Model 1 was positive 1.46 percent, and

17   so the abnormal return is the sum of those two,

18   36.79 percent?

19        A.   The difference between the two, but

20   yes.

21        Q.   And this would be a price return that

22   you would not include in your counterfactual

23   price methodology, correct?

24        A.   That's correct.  Yes.

25        Q.   And that would be true for each of the

1   █████

2   four event days indicated on this document.

3   Correct?

4           MR. SYLVESTER:  Let me just place an

5       objection on the record.  I understand

6       defendants' representation that this

7       document was culled from Dr. █████ work

8       product.

9           He hasn't seen it before.  I think

10      it's unfair to ask him to endorse data that

11      was compiled by defendants that he's never

12      seen.

13      So I just am going to object entirely

14      to this line of questioning based on

15      defendants' work product.

16          MR. FIGEL:  I understand your

17      objection, and I'm not asking him to adopt

18      the accuracy.  I'm representing to you this

19      is our good-faith effort to replicate the

20      information that's in his work papers.

21          And without asking him to obviously

22      confirm that, I'm asking him to testify

23      about whether he would or would not have

24      included in his counterfactual analysis the

25      statistically significant negative price

1

2       returns.

3              And I think the record's clear that he

4       would not.

5       A.    For -- for the reasons we've

6  discussed.

7       Q.    And I believe you said it's a truism,

8  but just to make sure it's clear, that had you

9  included these four statistically negative

10  abnormal returns in your counterfactual price

11  analysis, that would have increased your

12  counterfactual price.

13              Correct?

14              MR. SYLVESTER:  Same objection.

15       A.    I mean, arithmetically, that's true.

16  But again, as I explained, there would be no

17  foundation, there would be no economic reason to

18  do that.

19              I tested, explicitly tested the

20  question of whether these news events were

21  correlated with negative returns, and I -- I

22  found no evidence that they were.

23              Therefore, I'm not saying, and I don't

24  know that anybody is saying, that there is any

25  reason to think that the news caused the events.

1                     ███

2    These events.

3              So I wouldn't -- I didn't do it and I

4    wouldn't do it.

5              But arithmetically, yes.  If we

6    adjusted these four, the resulting

7    counterfactual price would presumably be higher

8    if we adjusted these four.

9         Q.   And just to make sure the record's

10   clear again, because you couldn't do it and

11   wouldn't do it, you're not in a position today

12   to offer testimony about what your

13   counterfactual price would have been had you

14   replaced these four statistically negative XRP

15   price returns with the estimated price returns

16   in your Model 1.

17             MR. SYLVESTER:  Same objection.  And

18        vague.

19        A.   I mean, I -- I -- I'm certainly not

20   prepared to make any comment about what -- the

21   results of the exercise you're describing to me.

22             MR. SYLVESTER:  Reid, we're again at

23        about an hour in.  Is now a good time to

24        take a break?

25             MR. FIGEL:  Good.

1           ▮

2           MR. SYLVESTER:  Great.

3           THE VIDEOGRAPHER:  This ends Unit 3.

4       We're off the record at 5:17.

5           (Recess from 5:17 to 5:43.)

6           THE VIDEOGRAPHER:  This begins Unit 4.

7       We're on the record at 5:43.

8           MR. FIGEL:  Dr. ▮▮ I would like to

9       now show you what has been marked as

10      Exhibit 16.

11          (Results of each of Dr. ▮▮ 20

12      models with respect to predicted returns

13      for May 16, 2017, was marked ▮ Exhibit

14      16 for identification, as of this date.)

15      Q.   Again, I'll represent to you this is

16  our effort to put in a document the results of

17  each of your 20 models with respect to predicted

18  returns, for May 16, 2017, which is the date

19  that you discuss in your supplemental report?

20          MR. SYLVESTER:  So again for the

21      record, Exhibit 16 is defendants' work

22      product.

23          MR. FIGEL:  Correct.

24          MR. SYLVESTER:  Before we get started,

25      I'll just make the same objection I made

1              █████

2          before, which is he hasn't seen this

3          document before, he has no way of knowing

4          whether or not the numbers in these are a

5          correct interpretation of his work product,

6          and it's unfair to be asking him these

7          kinds of questions about something that he

8          hasn't seen.

9              MR. FIGEL:  Right.

10     Q.   Dr. █████  I'm not asking you to adopt

11  or ratify the accuracy of the report.  We'll

12  represent this is our good-faith effort to

13  reproduce, in this format, information that was

14  produced as part of The Brattle Group's work

15  papers.

16          And if you if go down the first

17  vertical column, you'll see it's Models 1

18  through 20, which refers to the 20 models you

19  used in the regression analysis that you've

20  referred to in your reports.

21          And the second column gives the

22  predicted returns using those models for the

23  events of May 16, which is the date you refer to

24  in paragraph 11 of your supplemental report, in

25  which you talk about the announcement about the

1

escrow of the XRP tokens.

3          You with me?

4     A.   Yes.

5     Q.   And just take a look down here.

6 You'll see that the models predict very

7 different price returns.  Correct?

8          MR. SYLVESTER:  Same objection.

9     A.   Well, you used the word "very."  I

10 agree they predict different price returns.

11    Q.   Well, would you -- would you agree

12 that the -- assuming this is accurate, and I --

13 you know, I believe it is -- that the predicted

14 return of 1.79 from Model 1 is materially

15 different than the 26.99 predicted return in

16 Model 2?

17         MR. SYLVESTER:  Same objection.

18    A.   I -- I agree they're different, yes.

19    Q.   And do you recall, in connection with

20 the preparation of your reports and the opinions

21 expressed in your report, focusing on the

22 different predicted returns for May 16, that was

23 generated by each of the 20 models?

24         MR. SYLVESTER:  Objection.

25    A.   I'm sorry, you're asking me in -- I'm

1          ▅▅▅▅

2    sorry, could you repeat the question?

3          Q.   Yeah.  Well, I'll try and dumb it down

4    for you.  I don't mean dumb it down, but I'll

5    try and simplify it.

6               Do you recall being aware that the

7    predicted returns for May 16, based on the

8    20 different models in your regression analyses,

9    resulted in this range of predicted returns?

10              MR. SYLVESTER:  Same objection.

11         A.   No, I don't -- I don't recall having

12    that awareness, no.

13         Q.   All right.  And assuming that this is

14    correct, Models 2 and 4 show a statistically

15    insignificant predicted return, correct?

16              MR. SYLVESTER:  Same objection.

17         A.   You asked did they show a

18    statistically insignificant predicted return?

19         Q.   Uh-huh.

20         A.   With respect -- I don't think that's

21    what you meant to ask.  I think you meant to

22    ask, Do they show a statistically and

23    significant abnormal return.

24         Q.   I thought that's what I was asking

25    you, but I'll take your clarification.

1    ▮

2              The predicted returns on Model 1 and

3    Model 3 --

4         A.   Uh-huh.

5         Q.   -- are relatively low single-digit

6    percentages, correct?

7              MR. SYLVESTER:  Objection.

8         Q.   The return --

9         A.   I would agree with that

10   characterization, yes.

11        Q.   The model returns on -- the predicted

12   returns on Models 2 and 4 are in the range of

13   27 percent.

14             Correct?

15             MR. SYLVESTER:  Same objection.

16        A.   Yes, correct.  Those are the numbers

17   that are here.

18        Q.   All right.  And in addition, you'll

19   see that some of the predicted returns on your

20   models are negative numbers.  Correct?

21             MR. SYLVESTER:  Same objection.

22        A.   I -- I see that in the sheet here,

23   Exhibit 16, there are some negative numbers in

24   the "Predicted Return Column," yes.

25        Q.   Which of these 20 models generated the

1 █████

2 correct predicted return for XRP on May 6 --

3 May 16, 2017?

4          MR. SYLVESTER:  Objection.

5     A.   Well, your -- the premise of your

6 question is -- is faulty in that you're saying

7 there is a correct expected return.  Different

8 models can generate different expected returns.

9 I don't know that there's a basis to say that

10 one is correct and another is incorrect.

11          They are different.

12    Q.   So if I understand your answer, you

13 can't say that any of the models generated what

14 you believe to be the correct counterfactual

15 return for XRP on May 16, 2017.

16          Correct?

17    A.   I -- when I -- what I'm saying is

18 that, presenting the question as though there is

19 a correct number to be found is not the right

20 way to frame the question.  They produce

21 different estimates.

22          That's all that I can say.

23    Q.   And as you sit here today, assuming

24 these are correct, which do you think is the

25 best estimate?

1      ████

2           MR. SYLVESTER:  Same objection.

3      A.   Sitting here today, I don't have --

4  I -- I don't have a view of which I think is the

5  best estimate.

6           As I've testified, I think, today, and

7  probably in the previous session, I think all 20

8  models are reasonable specifications.  And my

9  results, both in my opening report and

10 supplemental report, are consistent across all

11 20 models.

12          I don't have a point of view that one

13 model is better or more correct than another

14 model.  I haven't been asked to form that view,

15 and I have not yet formed that view.

16     Q.   So you have no opinion, for instance,

17 whether the better prediction for the XRP price

18 return on May 16, 2017, was the approximately

19 40 percent positive return that was generated by

20 model 20, and not the negative 1.23 percent

21 negative return generated by model 11.

22          MR. SYLVESTER:  Same objection.

23     A.   I have not formed a view.  Clearly,

24 you know, the pattern in these numbers is --

25 indicates that those models that control for the

1

2    account growth in XRP are generating a higher

3    predicted return on this day than those models

4    that do not control for account growth in XRP.

5              That's what this -- that's what this

6    table seems to indicate.

7         Q.   So you can't identify which of these

8    models produces the most reasonable estimate of

9    the counterfactual value of XRP on May 16, 2017.

10   Correct?

11             MR. SYLVESTER:  Objection.

12        A.   I'm not -- I'm not in a position to

13   say which of these models I think is better than

14   any other model.  Model 1 and Model 11 are

15   models that are found in the peer-reviewed

16   literature of event studies in XRP markets.  I

17   can say that.

18             The other models are, I think,

19   reasonable models of XRP returns.  And on this

20   particular day in this particular case, they're

21   generating different predictions of the expected

22   return on that date.

23        Q.   And if you go to the far-right column,

24   you'll see the header, Does the counterfactual

25   price analysis replace the actual return with

1                          ▇

2    the predicted return?

3              And you'll see yeses and nos.

4              Again, I'm not asking you to confirm

5    the accuracy of these.  But fair to say that on

6    a given day, any given day, with 20 different

7    regression models, depending on the output of

8    that model, under your methodology, your

9    counterfactual methodology, there would be

10   output that would cause you to replace the

11   actual return with an estimated return, and

12   there would be outputs for which you did not

13   replace the actual return with estimated

14   returns?

15             MR. SYLVESTER:  Objection.

16        A.   I -- I agree that on a particular

17   day -- and this is, again, taking these numbers

18   as -- as offered -- this would appear to be such

19   a day where some models would suggest -- would

20   indicate that the abnormal return was

21   significant, and some models would suggest or

22   indicate that it was not significant.

23             Therefore, per my procedure, I would

24   replace the abnormal return on this day, using

25   some models, and not others.

1        ███

2              It remains true that no matter which

3   model you want to pick or focus on, the

4   counterfactual prices that result over the

5   history of XRP are, I would say, fairly similar.

6        Q.   Dr. ███ can you state with certainty

7   that the Ripple announcement on May 16, 2017,

8   did or did not result in a statistically

9   significant price impact on XRP, based on these

10  models?

11             MR. SYLVESTER:   Same objection.

12       A.   I have not formed an opinion on

13  whether I think the announcement of May 16

14  caused a statistically significant price impact.

15  That was outside the scope of what I was asked

16  to do.

17             I was asked to establish the principle

18  of whether there is any connection between

19  Ripple Labs and XRP markets, not to establish or

20  evaluate whether any particular announcement

21  caused a price reaction.

22             It was outside the scope of my mandate

23  to form the opinion you're suggesting.  I have

24  not formed it.

25       Q.   So you're not offering an opinion that

1                    ████

2    the Ripple announcement on May 16, 2017, did or

3    did not -- withdrawn.

4              You're not offering an opinion that

5    the Ripple announcement on May 16, 2017, had a

6    statistically significant positive price impact

7    on XRP, correct?

8         A.   I was asked to investigate whether

9    there is evidence of a link between Ripple Labs

10   and XRP markets.  I found that there was.

11             Absent that foundational work, it

12   wouldn't even make sense to ask the question

13   that you're asking.

14             So the work that I did is a -- is a

15   prerequisite to the question that you're asking.

16   I was not asked the question that you're asking.

17   I was not asked to form an opinion about whether

18   I thought the announcement of May 16 caused a

19   reaction.  I don't have an opinion one way or

20   the other whether the announcement of May 16

21   caused a price reaction.  I wasn't asked to do

22   that.

23        Q.   And I don't want to -- we have limited

24   time, and I don't want to belabor the point.

25   But were I to show you a similar document that

1  ▅▅▅▅

2  showed the output from the regression analyses

3  for any day on which there was a Ripple

4  announcement, it -- as I understand your

5  testimony, you will not be in a position to

6  offer testimony whether on that day that Ripple

7  announcement did or did not have a -- cause a

8  statistically significant price return for XRP?

9           MR. SYLVESTER:  Objection.

10     A.   It -- it -- it was not in the scope of

11  what I was asked to do to form any such

12  opinions.  I have not formed any such opinions.

13     Q.   And that would be true for each of the

14  100 days that you have tested in your various

15  regression analyses.  Correct?

16           MR. SYLVESTER:  Objection.

17     Q.   Just -- I'm sorry.  Let me make the

18  record clear.  The approximately 100 Ripple

19  event days.

20           MR. SYLVESTER:  Objection.

21     A.   As I said, I was asked to investigate

22  whether there is a link, so let's back up for a

23  second.

24           Very often there are disputes about

25  whether a particular corrective disclosure

1

2    caused the stock price of XYZ Enterprises to

3    drop.  People argue about that.

4            Part of that dispute is not the

5    question of whether it's possible that a

6    corrective disclosure might have caused the

7    stock price to drop.  Everybody agrees --

8    everybody agrees that it's possible.

9            The question is, did it?

10           And people go about answering that,

11   and there are arguments.  And some will say yes,

12   and some will say no.

13           Here if I had asked the question, do I

14   think the Ripple announcement caused a reaction

15   in XRP markets, I haven't even established that

16   it's possible that it might have.  Right?  That

17   was in dispute.  People would not have agreed

18   with me that it was even possible that it might

19   have, let alone whether it did.  They wouldn't

20   have agreed that it was even possible.

21           So my opening report is dedicated

22   largely to that question of, is it even possible

23   to think that the announcement caused the

24   reaction?  That's what I focused in on, on my

25   opening report.  And my supplemental report, as

1                         ▮

2    we explained this afternoon, says, okay,

3    assuming it did, what does that mean for prices

4    and what's the economic impact?

5             At no point was I asked to form an

6    opinion of whether I thought a particular

7    announcement caused a reaction.

8             So if you ask me about May 16, I'm not

9    prepared to offer an opinion.  And if you ask me

10   about some other date, I'm not prepared to offer

11   an opinion.

12        Q.   Let me show you now what will be

13   marked as Exhibit 17.

14             (Document describing all of the days

15        in which Dr. ▮ regression analysis

16        identified a statistically significant

17        abnormal price return in XRP was marked

18        Exhibit 17 for identification, as of this

19        date.)

20        Q.   Again, just so the record is clear, so

21   Mr. Sylvester can make his objection, this

22   represents our work product, which was an effort

23   to identify the days from your work papers on

24   which there were abnormal positive --

25   statistically significant abnormal positive

1       █████

2   returns in XRP on the -- on the various event

3   days.

4           MR. SYLVESTER:  I will continue to

5       object to use of the defendants' work

6       product that Dr. ████ has never seen nor

7       had the opportunity to verify in this

8       deposition.  So when I say "same

9       objection," that's the objection.

10      Q.   So do you understand, in substance,

11  what this document, we believe, purports to

12  show?  It is all of the days in which your

13  various regression -- which your Model 1

14  regression analysis identified a statistically

15  significant abnormal price return in XRP.

16      A.   One-day price return.

17      Q.   One-day price return, yes.

18      A.   I understand what this is purporting

19  to convey, yes.

20      Q.   All right.  And if you go down the

21  second column, you'll see "news" and it's

22  binary.  It's 0 or 1.  And if there's a 1, that

23  means that is a day in which you had identified

24  a Ripple event that was included in -- in your

25  various reports.

1

2          MR. SYLVESTER:  Same objection.  He

3     has no basis to know that one way or the

4     other.

5     Q.   And you can count them up, but I

6  believe there's 14.

7     A.   There should be 14.

8     Q.   And there's approximately 101 total

9  event days.  That's consistent with the results

10 that found and reported in your opening report

11 and your supplemental report, correct?

12          MR. SYLVESTER:  Same objection.

13    A.   I remember the 14.  I don't remember

14 the 101, but that -- that doesn't -- I have no

15 reason to think that that's not -- not the right

16 number.

17    Q.   It's approximately a hundred, right?

18    A.   I --

19          MR. SYLVESTER:  Objection.

20    A.   I think so, but I don't remember, but

21 again, I -- I think so.

22    Q.   It's in -- it's in your report.

23          So let's go, if you would -- I just

24 want to make clear, this is the document I'm

25 going to spare you going through day by day.

1                █████

2         But you would not be in a position,

3 even based on Model 1, to say that the Ripple --

4 on days in which there's a 1, that the Ripple

5 announcement caused a statistically significant

6 price impact on that day.

7         Correct?

8         MR. SYLVESTER:  Same objection.

9     A.   Well, I would say that Model 1

10 indicates that it did.  That's -- that's what I

11 would say.

12     Q.   But would you be able to offer the

13 opinion, based on the results of Model 1, that

14 the Ripple event on that date caused a

15 statistically significant positive XRP price

16 return?

17         MR. SYLVESTER:  Same objection.

18     Q.   This is a causation question.  In

19 other words, based on the output of Model 1,

20 could you say that the -- that an XRP

21 announcement caused statistically significant

22 positive XRP price return?

23         MR. SYLVESTER:  Objection.

24     A.   Well, I'm trying to understand the

25 question.

1               ████

2         Model 1 -- using Model 1 and using

3    Models 1 through 20, but also using Model 1, I

4    tested various questions as outlined in my

5    opening report.

6         And based on that, I concluded that

7    there's a link between Ripple Labs and XRP

8    prices, that XRP prices can react to news of

9    Ripple Labs.

10        Model 1 is certainly consistent with

11   that opinion.

12        So having -- having established that,

13   if you then ask me, based on the results of

14   Model 1, do I think that the news on some date

15   caused a certain reaction, I would say -- so I

16   can I would say, yes, based on the results of

17   Model 1, that's what that would appear to

18   indicate.

19        I -- and I haven't -- I haven't asked

20   myself the question you're asking.

21        But the way you framed it, I think I

22   would say, yes, based on the results of Model 1.

23   Q.   And if I showed you the results of the

24   other 19 models and we had the same type of

25   differing outputs on price estimates and

1

2  abnormal price returns, would you continue to

3  say that Model 1 reliably allows you to offer

4  the opinion that a -- a particular Ripple

5  announcement resulted in a statistically

6  significant positive abnormal price return for

7  XRP?

8          MR. SYLVESTER:  Objection.

9     A.   Well, that's a different question.

10    Q.   It is a different question.  I'd like

11 to -- I'd like an answer to the different

12 question, please.

13    A.   Well -- but the premise of your

14 different question is different from the

15 previous question.

16          The previous question was,

17 essentially, based on the results of Model 1,

18 does it indicate one thing or another.

19          Now you're asking me, do I think that

20 Model 1 is -- is -- so if -- if you showed me

21 the results for different models, I would say

22 based on the output of whatever model we're

23 looking at, it says one thing or another.

24    Q.   And based on that, on -- you could

25 offer five or six different opinions, depending

1       ▮

2    on the model, as to whether a particular

3    announcement by Ripple caused a statistically

4    significant abnormal price return for XRP?

5         A.   Well --

6              MR. SYLVESTER:  Objection.

7         A.   Again, I -- I have not been asked to

8    form opinions of that type.  I'm not -- I have

9    not formed opinions of that type.

10             All I can say is based on the output

11   of whatever model we're looking at, there's

12   evidence that it did on this day or that day or

13   the other day.

14             If you then want to say, Well, what is

15   your opinion about what happened on that day, I

16   haven't reached an opinion about what happened

17   on that particular day.  I --

18        Q.   So let's --

19        A.   -- I don't know.

20        Q.   Let's look on --

21             MR. SYLVESTER:  Let him finish.

22             MR. FIGEL:  You good?

23             MR. SYLVESTER:  Ask him.

24        A.   I'm finished.

25        Q.   Let's look at -- I think it's the

1 ▮

2 second page, and again, this is European

3 Convention, so it's May 4, 2017?

4     A.   I'm sorry, where are we looking?

5     Q.   Well, look at the date in the first

6 column, European Convention, May 4, 2017.

7     A.   May 4, 2017.  Okay.

8     Q.   And you'll see an actual -- actual

9 price return of 26.58 percent?

10         MR. SYLVESTER:  Same objection.

11     A.   I see that number in this table.  Yes.

12     Q.   And again, you see the binary zeros

13 and ones.  You'll see a zero on that line -- or

14 on that row?

15         MR. SYLVESTER:  Same objection.

16     A.   I -- I see a zero on that row, yes.

17     Q.   And that suggests that there was no

18 Ripple news event on that day?

19         MR. SYLVESTER:  Same objection.

20     A.   It suggests that there was no Ripple

21 news event in the categories that we're

22 considering on that day.

23     Q.   Right.  Fair enough.

24         And so you're not offering any opinion

25 as to whether Ripple or a Ripple announcement

1                    ▮

2   caused the 26.58 percent price return on May 4,

3   2017.

4          Correct?

5          MR. SYLVESTER:  Same objection.

6      A.   I have not been asked, and I have not

7   developed an opinion about what I think happened

8   on May 4, 2017.

9      Q.   And you undertook no investigation to

10   determine what may have caused the 26.58 percent

11   price increase in XRP on that date.

12          Correct?

13          MR. SYLVESTER:  Same objection.

14      A.   I did not concern myself with -- with

15   what may or may not have happened on May 4,

16   2017.

17      Q.   Okay.  So let's go to the row for

18   December 29, 2017.

19      A.   December 29, 2017.

20          Okay.

21      Q.   Again, you'll see no Ripple news event

22   and a 43.53 percent price return.

23          Do you see that?

24          MR. SYLVESTER:  Same objection.

25      A.   I -- I see those numbers, yes.

1                      ▋

2        Q.    So again, because you didn't identify

3   any Ripple news event on that day, you're not

4   offering an opinion that Ripple caused the

5   45.53 percent price increase on that day?

6             Correct?

7             MR. SYLVESTER:  Same objection.

8        A.    Well, as I -- as I've testified, I'm

9   not offering opinions about causation on any

10  particular day.

11            I -- I would -- just so the record's

12  clear, I would point out, that I don't know, for

13  instance, if there was news on December 28, or

14  December 27, which, when we think about the

15  length of time that it might take for news to

16  react -- so, so the answer to your question is

17  it might -- I don't remember whether there's

18  news on December 28 or December 27 which might

19  be associated with this return.  I don't

20  remember.

21            There may be, there may not be.

22       Q.    And it wasn't part of your methodology

23  in either your opening report or your

24  supplemental report to try and determine what

25  factor or what causes may have led to the

1             ▮▮▮▮

2    43.53 percent price increase on December 29,

3    2017, correct?

4             MR. SYLVESTER:  Same objection.

5        A.   Well, I -- I -- I don't know that

6    that's correct.  In other words, I was asked to

7    investigate whether there's a connection between

8    Ripple Labs and XRP markets.

9             And so I was investigating that

10   connection and whether those particular

11   announcements are associated in a -- or if you

12   want to say cause, XRP price increases, so I was

13   investigating that.

14            I just don't remember -- I don't have

15   the list of dates memorized -- whether there

16   might have been news within three days of this

17   particular return that you're talking about.

18            So I'm not going to say that I did not

19   investigate this particular return.  I might

20   have investigated this particular return.  I

21   don't know.

22       Q.   Well, on this chart, are all of the

23   statistically significant --

24       A.   One-day returns.

25       Q.   -- one-day returns for XRP.

1                          ███

2           Correct?

3      A.    Uh-huh.

4           MR. SYLVESTER:  Same objection.

5      A.    Well, that's what you say is here for

6  Model 1.  Yes.

7      Q.    Right.  Right.

8           Did you, as part of the work you did

9  to reach the opinions in either your opening

10  report or your supplemental report, engage in

11  any effort to determine what caused the price

12  returns on days for which there is not, on that

13  date, a Ripple announcement?

14      A.    Well, again, as I've explained, I was

15  looking for a relationship between news and

16  Ripple prices, and I considered event windows of

17  three days.  I also considered one, I also

18  considered seven.

19           So I -- I simply can't say whether or

20  not there was news within three days of this

21  date or within seven days of this date, so

22  I'm -- I -- I simply can't say whether I have

23  any information about what I think might have

24  caused this return on this particular date.

25           I don't remember the sequence of

1            ██████

2   dates, and I don't have them all memorized.

3            I -- I -- so I don't know.

4        Q.    All right.  I understand that you

5   believe you undertook work to identify days on

6   which a Ripple announcement was correlated with

7   a statistically significant XRP price return.

8            Did you engage in any work to identify

9   any other factors that could have been

10  associated with a statistically significant

11  positive XRP price return, in other words, any

12  of the days on this sheet?

13       A.    Did I do any work?

14           MR. SYLVESTER:  Same objection.

15       A.    Well, I -- you know, we testified -- I

16  testified at length the first time about this

17  notion of confounding news, and I took a number

18  of steps to eliminate that as a possible

19  explanation for the events that I was focusing

20  on.

21           To the extent that there were -- I

22  mean, I will say this.  I have no doubt that

23  there are other statistically significant

24  abnormal returns which are not associated with

25  Ripple news events in the set of events that I

1                     ███

2   studied.  I have no doubt that such things

3   exist.  And, no, I -- it was not necessary for

4   me; and so, therefore, no, I did not investigate

5   what might possibly have happened on that day.

6            Maybe I -- so, no, I did not look to

7   see what might have happened on such days.  It

8   wasn't -- it wasn't germane to my opinions.  So

9   no, I did not.

10      Q.   And similar, for the counterfactual

11  price analysis that you conducted in your

12  supplemental report, you undertook no effort to

13  identify how much of any price of XRP could be

14  attributed to those other factors.  Correct?

15           MR. SYLVESTER:  Objection.

16      Q.   In other words, you -- answer my

17  question.  Let's start there.

18      A.   Well, again, as I've explained, the --

19  the presumption of my supplemental report, I

20  take from Professor Fischel's argument, which

21  is, even if we assume that the abnormal returns

22  can be associated to the Ripple events in

23  question, it is of no economic significance.

24           So, therefore, that is the basis on

25  which the supplemental report proceeds.  It --

1                         ▮▮▮▮

2     it -- if you will, it picks up that challenge

3     and says, Okay, let's make that assumption and

4     let's see what happens, what follows from that

5     assumption.  That is the basis of that aspect of

6     my supplemental report.

7               I did not -- the supplemental report

8     does not contribute any new evidence to say that

9     those abnormal returns should be associated with

10    Ripple events.  That is the analysis in -- in

11    the opening report.  The supplemental report

12    takes the point of view of, let's assume that it

13    does; what is the economic impact that follows

14    from that assumption?

15    Q.   I want to take you back to your answer

16    to the previous question.  You said, I have no

17    doubt there are other statistically significant

18    abnormal returns which are not associated with

19    Ripple news events in the set of events that I

20    studied.  I have no doubt that such things

21    exist.

22              What did you mean by that?

23    A.   I --

24              MR. SYLVESTER:  Objection.

25    A.   I can repeat it.  I have no doubt that

1                    ▮▮▮▮

2    such things exist.

3         Q.   And by "the things," you're talking

4    about other factors that could have been

5    correlated with a statistically significant

6    positive price return for XRP.  Correct?

7              MR. SYLVESTER:  Objection.

8         A.   No.  No.  No.  I -- the things in that

9    sentence were statistically significant at

10   positive abnormal returns, not associated with

11   news events that I'm studying.

12             I have no doubt that such things, such

13   abnormal returns, exist.

14        Q.   And as you sit here today, did you do

15   any investigation as to whether those things, as

16   you described it -- i.e., statistically

17   significant positive XRP returns -- were

18   correlated with any other event or factor?

19             MR. SYLVESTER:  Objection.

20        A.   I was only -- I only studied the

21   events that I studied.  I did not study events

22   that I did not study.

23             So I -- my question was whether these

24   events are associated with significant positive

25   returns in a way beyond what random chance could

1         ████

2    explain, and I found that they were.  That was

3    the basis of my opening study.

4              I did not ask the question, here is a

5    significant abnormal return that does not appear

6    associated with one of these events; what caused

7    it?  I did not concern myself with that

8    question.  It was not a relevant question, and I

9    did not investigate that question.

10       Q.   All right.  Let's go to what you

11   called Thread 2.

12             And let me direct your attention to

13   paragraphs -- looks like it's 20 to 24 of your

14   supplemental report.  You with me?

15       A.   Paragraph 20 and 24.

16             Yes.

17       Q.   And if I can direct your attention now

18   to paragraph 22.

19             Can you read the -- beginning with the

20   second sentence of that paragraph to the end of

21   the paragraph just before the header, Figure 6.

22       A.   For example, an investor investing on

23   event day -- i.e., purchasing at the closing

24   price of the day before -- would earn an average

25   28-day return of 63.1 percent compared to an

1   ████

2   average return of 21.3 percent earned when

3   investing on any other days.  Excluding those

4   28-day holding periods which include event days,

5   the average return falls to just 7.5 percent.

6       Q.   Now, you say in this paragraph, For

7   investor investing on the event day.

8            And then you define that as purchasing

9   at the closing price of the day before.

10            Can you explain how purchasing on the

11  day before an event day can be described fairly

12  as investing on the event day?

13      A.   Well, that is typically what we mean

14  when we talk about, again, the impact of news.

15  That would be, how did the price change from

16  where it was?

17            So that's the question that I'm

18  asking.  If we had purchased before the event

19  and then sold after the event or 3 days after

20  the event or 7 or 28, what return would you have

21  earned on that investment?

22      Q.   Well --

23      A.   I'm not -- I'm not arguing that this

24  is a strategy that they could have followed.

25  They would have needed to know that the news was

1       ██████

2  coming out.  That's a different question.

3          This is simply asking this question.

4  If you invest -- if you invested around the

5  news, what kind of return would you have earned?

6      Q.  Well, wouldn't it have been more

7  accurate to say, For an investor investing on

8  the day before the event day?

9      A.  Well, I -- again, I define the term.

10  The -- the operative point is that when they

11  purchase -- that they purchase XRP before the

12  news comes out.  So absent other information,

13  I'm saying, suppose they purchased it at the

14  same price that we observe at the close of the

15  previous day.

16          I'm not saying that they purchased at

17  the close of the previous day.  I'm saying they

18  purchased at the price equal to what we observe

19  at the close of the previous day.  They could

20  have done it at 11:00 o'clock in the morning.  I

21  don't know when they did it.  But this -- this

22  experiment is saying, suppose you purchased at

23  that price.

24      Q.  And if you were seeking to calculate

25  the return for a purchaser who purchased on the

1                    ▮

2    event day, in other words, after the

3    announcement of the event, you would have a

4    different starting point for your analysis.

5               Correct?

6         A.   Correct.  You're asking a different

7    question.  Suppose somebody purchased after the

8    announcement came out -- i.e., suppose they

9    purchased at the price, at the closing price of

10   the day of the announcement -- what would --

11   what return would that investor have earned?

12   That is a different question.  One could ask

13   that question, and one could answer that

14   question.

15        Q.   But you didn't do that methodology,

16   correct?

17             MR. SYLVESTER:  Objection.

18        A.   I did the methodology as I described

19   here.

20        Q.   And you said that there is no basis to

21   assume that a purchaser would have purchased the

22   day before an event, correct?  That's an

23   assumption.

24        A.   Well, I --

25             MR. SYLVESTER:  Objection.

1           ▮▮▮▮

2           Go ahead.

3      A.   Again, I didn't -- I didn't speak to

4  the time in which they made the investment.  I

5  spoke to the price at which they made the

6  investment.

7           I'm simply saying, suppose they

8  purchased XRP at the price equal to the closing

9  price of the day before.  Again, maybe they did

10 that at 11:00 o'clock in the morning or 3:00 in

11 the afternoon.  I don't know.  So I was focused

12 on the price.

13          And then after that -- I'm sorry, sir.

14 I forgot the rest of your question.

15     Q.   I think you answered my question, but

16 let's make sure the record is clear.

17          Fair to say that had you run your

18 methodology based on the price observed in the

19 market after the announcement, that the return

20 would be lower?

21     A.   It would be different.  And I would

22 not be -- I would expect it would be lower,

23 because you're -- what you're describing as an

24 experiment, where we say, suppose the investor

25 lost out on the first part of the reaction to

1
2  the news, but managed to capture subsequent
3  reaction to the news.
4          That's a question you could ask.  My
5  expectation is, by the way it's formulated, that
6  such an investor would earn a lower return than
7  an investor who captured the full impact of the
8  news.
9          But I haven't done it, and so I don't
10 know for sure.
11         But that would be -- that would be my
12 prior expectation before I ran the number.
13     Q.   And the model you ran or the
14 methodology you used, you selected 1-, 3-, 7-,
15 and 28-day holding periods, correct?
16     A.   That's correct.  Yes.
17     Q.   And how did you pick those days or
18 those numbers of days?
19     A.   Well, three, again, is a horizon
20 that's been of interest throughout my opening
21 report and this report.  One day was meant to
22 show what happens literally in that first day
23 following the -- you know, when the news comes
24 out, which, as we discussed last time, could
25 really just be a few hours.

1 ▉

2          Seven days, just holding it for a

3 week.  I just thought it was interesting to see.

4          And 28 days, just as a longer

5 investment period.  I -- I recall Dr. Ferrell

6 focused on 28-day returns.  So I simply wanted

7 to show a longer horizon investment return.

8      Q.   So you weren't relying on any academic

9 literature, scholarship or publications for

10 the -- the dates you chose.  Correct?

11          MR. SYLVESTER:  Objection.

12      A.   I was reporting results for different

13 horizons that I -- I thought might naturally be

14 of interest.

15      Q.   Essentially arbitrary dates, correct?

16          MR. SYLVESTER:  Objection.

17      Argumentative.

18      A.   Well, I -- I don't know that I agree

19 they're fully arbitrary.  Again, a one-day

20 return seems like a natural question.

21          A three-day return, given our focus on

22 three-day event windows, seemed like a natural

23 question.

24          The 28-day return, again, Dr. Ferrell

25 did his analysis in terms of 28-day returns.

1               ███████

2               I suppose you could say, did I need to

3     include the seven days?  I included it for the

4     sake of interest.  If people don't want to look

5     at that column, I -- fine, they're free not to

6     look at it.

7          Q.   I meant you didn't do a similar

8     calculation for a year holding period.  Correct?

9          A.   No, I didn't.

10         Q.   You mentioned earlier that you were

11    retained in the LATAM bankruptcy, provided

12    expert testimony, correct?

13         A.   Correct.

14         Q.   Were you deposed in that litigation?

15         A.   I was.

16         Q.   And were -- was your testimony subject

17    to a Daubert motion?

18         A.   No.

19         Q.   And when was that testimony?

20         A.   The deposition was Thursday of last

21    week.

22         Q.   Thursday of last week?

23         A.   Yes.

24         Q.   And other than last week and the time

25    we've spent together, have you been deposed in

1        ▆▆▆▆

2   any other matter?  Other than Rio Tinto, which

3   you testified to earlier.

4        A.   No other depositions since we were

5   depose-- since you deposed me in February.

6             MR. FIGEL:  Could we go off the record

7        for just a second.  I want to see how much

8        time we have.

9             THE WITNESS:  Sure.

10            THE VIDEOGRAPHER:  This ends Unit 4.

11       We're off the record at 6:28.

12            (Discussion off the record.)

13            THE VIDEOGRAPHER:  This begins Unit 5.

14       We're on the record at 6:30.

15       Q.   All right.  Dr. ▆▆▆ if you could

16   look at paragraph 10 of your supplemental

17   report.

18            I want to focus you on the last

19   sentence, where you write, Doing so tells us

20   what XRP prices would have been but for the news

21   about Ripple on event days associated with

22   significant abnormal returns.

23            And you cite to Mr. Fischel's rebuttal

24   report on paragraph 18.

25       A.   I see that, yes.

1      ███

2      Q.   Can you tell us what you meant by the

3 methodology you believe that Mr. Fischel is

4 endorsing?

5      A.   Well, I --

6           MR. SYLVESTER:  Objection.

7      A.   As -- as I recall, and I'm

8 paraphrasing, my recollection is that

9 Professor Fischel suggests that even if we can

10 associate the abnormal return on those days to

11 Ripple's actions, essentially there's very --

12 at -- at face value, 23 or 24 days can't amount

13 to much of any economic significance.

14           Again, I'm paraphrasing.  But -- but I

15 recall essentially reading that, or at least

16 that's how I interpreted what I read.

17           And so that seemed to invite the

18 analysis of -- of doing what I did, which is to

19 say, Very well, let's associate the abnormal

20 return with those events, and see -- see what

21 the -- what the impact of that is.

22      Q.   So the analysis that you contend

23 Professor Fischel endorses is exactly what?

24      A.   The -- to associate the abnormal

25 return with the event.  That's the essence of

1          ███

2     it.

3          Q.   All right.  And then you go on to

4     write, Without conducting any analysis of XRP

5     prices, Professor Fischel questions the extent

6     to which XRP holders profited from the event

7     studied in the  ███  report, even assuming the

8     abnormal returns related to those events are the

9     result of Ripple's efforts.

10               Let me just start with, what do you

11    mean with the qualification, Even assuming the

12    abnormal returns related to those events are the

13    result of Ripple's efforts?

14          A.   What did I mean by that?

15               So this is the central assumption that

16    we've -- we've discussed at length today, which

17    is to say, if we -- if we assume that the Ripple

18    events caused the abnormal returns, what

19    happens?

20               So that's -- that's the assumption

21    that that's describing.

22          Q.   Oh, I see.  And so what you're writing

23    is that you think Professor Fischel questions

24    whether, quote, XRP holders profited from the

25    events studied in the  ███  report, even with the

1 ████

2 assumption that they're the result of Ripple's

3 efforts?

4        A.   Again, I don't have it in front of me,

5 but what I remember -- it's been a while -- is,

6 essentially a formulation of that type.  And

7 again, I'm paraphrasing, I'm not quoting, that

8 even if we assume that the abnormal returns are

9 attributable to Ripple's actions, at face value,

10 24 events will -- cannot -- cannot amount to

11 much of economic significance.  Again, words to

12 that effect.

13        Q.   As I understand your testimony, that

14 is the purpose of the supplemental report that

15 you issued, is to show that mathematically, you

16 do not believe that Professor Fischel is correct

17 that 23 or 24 event days could cause the -- the

18 price of XRP that was reported in the market.

19             Is that correct?

20             MR. SYLVESTER:  Objection.

21        A.   No, I don't -- I don't think that's a

22 fair characterization.  The -- the purpose of

23 the supplemental report, as I -- as I think I

24 explain, is to provide additional quantification

25 of the economic impact of these events.

1          ▮

2          How are we going to do that?

3          Well, there are a couple of ways we

4     could do that.  One of the ways that I do that

5     is motivated in -- in -- is motivated, at least

6     in part, by a formulation that Professor Fischel

7     laid out.  So that's one way that I demonstrate

8     it.

9          Another way that I demonstrate it has

10    nothing to do with that, which is the -- the

11    Thread 2, which -- which, in some sense, is a

12    reaction to work that -- that Dr. Marais did.

13         But the purpose of the supplemental

14    report, as it says, is to provide additional

15    quantification of the economic impact of these

16    events.

17         It's -- it's not to rebut anybody,

18    just to provide additional quantification of

19    that impact.

20         MR. FIGEL:  All right.  Thank you,

21    Dr. ▮ That concludes the deposition.

22         THE WITNESS:  Thank you very much.

23         THE VIDEOGRAPHER:  This concludes

24    todays proceedings --

25         MR. FIGEL:  Oh, wait, let's -- I'm

1          ███████

2     sorry.  I should -- I'm not sure whether

3     Mr. Flumenbaum or Mr. Lopez had questions.

4          MR. SYLVESTER:  I don't think they

5     have any time for any questions.  We're at

6     4:00.

7          MR. FIGEL:  Marty, did you have any

8     follow-up questions, or Jorge?

9          MR. LOPEZ:  None for me, thanks.

10         MR. FLUMENBAUM:  I have no time, so

11    I'll reserve all my rights.

12         MR. FIGEL:  Okay.

13         THE VIDEOGRAPHER:  This concludes

14    today's proceedings.  Total number of

15    videos used is five.  We're off the record

16    at 6:36.

17         (Time noted: 6:36 p.m.)

18

19

20

21              ------------------------

22              ████████████  Ph.D.

23         Subscribed and sworn to before me

24         this    day of          2022.

25

1

2                    C E R T I F I C A T E

3

4    STATE OF NEW YORK     )
                           )  Ss.:
5    COUNTY OF NEW YORK    )

6              I JEFFREY BENZ, a Certified Realtime

7         Reporter, Registered Merit Reporter and

8         Notary Public within and for the State of

9         New York, do hereby certify:

10             That ██████████ Ph.D., the witness

11        whose examination is hereinbefore set

12        forth, was duly sworn by me and that this

13        transcript of such examination is a true

14        record of the testimony given by such

15        witness.

16             I further certify that I am not

17        related to any of the parties to this

18        action by blood or marriage; and that I am

19        in no way interested in the outcome of this

20        matter.

21             IN WITNESS WHEREOF, I have hereunto

22        set my hand this 11th of May, 2022.

23                        _____

24                        JEFFREY BENZ, CRR, RMR

25

```
 1

 2       ----------------------INDEX---------------------

 3   WITNESS                   EXAMINATION BY      PAGE

 4   ████████████, Ph.D.   MR. FIGEL              6

 5       --------------------EXHIBITS-------------------

 6   NUMBER         DESCRIPTION              PG    LN

 7   Exhibit 13     Dr. █████ February 28,    8    13
                    2022, supplemental expert
 8                  report

 9   Exhibit 14     Article entitled "The    117   19
                    Econometrics of Financial
10                  Markets"

11   Exhibit 15     Table of abnormal negative 152  17
                    return dates
12
     Exhibit 16     Results of each of Dr.   159   15
13                  █████ 20 models with
                    respect to predicted
14                  returns for May 16, 2017

15   Exhibit 17     Document describing all of 172  20
                    the days in which Dr.
16                  █████ regression analysis
                    identified a statistically
17                  significant abnormal price
                    return in XRP

18

19
     PREVIOUSLY MARKED:
20
     NUMBER         DESCRIPTION              PG
21
     Exhibit 1      Amended expert report of  6
22                  ████████████

23   Exhibit 2      Dr. █████ November 12,     7
                    2021, rebuttal report
24

25
```

1

2

3                          * * * * * * *

4

5     WITNESS DIRECTED NOT TO ANSWER:

6     Page 100

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    ERRATA SHEET

 2   Case Name:

 3   Deposition Date:

 4   Deponent:

 5   Pg.   No.  Now Reads      Should Read   Reason

 6   ____  ____ _____    _____   _____

 7   ____  ____ _____    _____   _____

 8   ____  ____ _____    _____   _____

 9   ____  ____ _____    _____   _____

10   ____  ____ _____    _____   _____

11   ____  ____ _____    _____   _____

12   ____  ____ _____    _____   _____

13   ____  ____ _____    _____   _____

14   ____  ____ _____    _____   _____

15   ____  ____ _____    _____   _____

16   ____  ____ _____    _____   _____

17   ____  ____ _____    _____   _____

18   ____  ____ _____    _____   _____

19   ____  ____ _____    _____   _____

20                            _____

                                   Signature of Deponent

21

22   SUBSCRIBED AND SWORN BEFORE ME

23   THIS _____ DAY OF _____, 2022.

24   _____

25   (Notary Public)   MY COMMISSION EXPIRES:_____
```