# Exhibit G

## Model results for May 16, 2017

| | Predicted return | Lower bound of confidence interval | Upper bound of confidence interval | Does the counterfactual price analysis replace the actual return with the predicted return? |
|---|---|---|---|---|
| Model 1  | 1.79%   | -21.63% | 25.21% | Yes |
| Model 2  | 26.99%  | 1.85%   | 52.13% | No  |
| Model 3  | 1.69%   | -21.78% | 25.16% | Yes |
| Model 4  | 26.96%  | 1.69%   | 52.22% | No  |
| Model 5  | 1.47%   | -22.09% | 25.02% | Yes |
| Model 6  | 27.03%  | 1.74%   | 52.31% | No  |
| Model 7  | 7.98%   | -12.03% | 27.98% | No  |
| Model 8  | 23.13%  | 1.14%   | 45.13% | No  |
| Model 9  | 3.70%   | -17.42% | 24.81% | Yes |
| Model 10 | 23.06%  | 0.04%   | 46.08% | No  |
| Model 11 | -1.23%  | -24.58% | 22.12% | Yes |
| Model 12 | 44.72%  | 23.39%  | 66.04% | No  |
| Model 13 | -1.19%  | -24.78% | 22.40% | Yes |
| Model 14 | 45.36%  | 23.69%  | 67.04% | No  |
| Model 15 | -1.13%  | -24.83% | 22.58% | Yes |
| Model 16 | 45.71%  | 24.01%  | 67.40% | No  |
| Model 17 | 5.00%   | -15.12% | 25.13% | Yes |
| Model 18 | 40.96%  | 21.80%  | 60.11% | No  |
| Model 19 | 0.16%   | -20.70% | 21.01% | Yes |
| Model 20 | 39.90%  | 20.15%  | 59.66% | No  |

Note: Actual return on May 16, 2017 was 25.6%.