# EXHIBIT B

Page 1

1

2   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
3   ---------------------------------------X
    SECURITIES AND EXCHANGE COMMISSION,
4
                        Plaintiff,        Civil Action No.
5           against                       20-cv-1
                                          (AT)(SN)
6   RIPPLE LABS, INC., BRADLEY
    GARLINGHOUSE and CHRISTIAN A. LARSEN,
7
                        Defendants.
8   ---------------------------------------X

9               ** HIGHLY CONFIDENTIAL **

10

11    VIDEOTAPED DEPOSITION OF ███████████  Ph.D.

12              New York, New York

13           Friday, December 17, 2021

14

15

16

17

18

19

20

21

22

23  Reported by

24  JEFFREY BENZ, CRR, RMR

25  JOB NO. 203725

1

2

3

4                          December 17, 2021

5                          8:21 a.m.

6

7

8        Videotaped Deposition of ███████████

9   Ph.D., held at the offices of the U.S. Securities

10  and Exchange Commission, 200 Vesey Street, New

11  York, New York, before Jeffrey Benz, a Certified

12  Realtime Reporter, Registered Merit Reporter and

13  Notary Public of the State of New York.

14

15

16

17

18

19

20

21

22

23

24

25

```
 1

 2   A P P E A R A N C E S:

 3

 4        U.S. SECURITIES AND EXCHANGE COMMISSION

 5        Attorneys for Plaintiff

 6             200 Vesey Street

 7             New York, New York  10281

 8   BY:   MARK SYLVESTER, ESQ.

 9         JON DANIELS, ESQ.

10         LADAN STEWART, ESQ. (Remotely)

11         DAPHNA WAXMAN, ESQ.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1

2   A P P E A R A N C E S: (Ctd.)

3

4        DEBEVOISE & PLIMPTON LLP

5        Attorneys for Defendant Ripple Labs, Inc.

6             919 Third Avenue

7             New York, New York    10022

8             LISA ZORNBERG, ESQ.

9             ASHLEY HAHN, ESQ. (Remotely)

10            BENJAMIN LEB, ESQ. (Remotely)

11            SCOTT CARAVELLO, ESQ. (Remotely)

12            CHRISTOPHER FORD, ESQ.

13

14

15

16                  -and-

17       KELLOGG, HANSEN, TODD, FIGEL & FREDERICK

18            1615 M Street, N.W.

19            Washington, D.C.  20036

20       BY:  COLLIN WHITE, ESQ.

21

22

23

24

25

1

2      A P P E A R A N C E S: (Ctd.)

3

4          PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

5          Attorneys for Defendant Christian Larsen

6               1285 Avenue of the Americas

7               New York, New York  10019

8      BY:   CARLY LAGROTTERIA, ESQ.

9            MEREDITH DEARBORN, ESQ. (Remotely)

10

11

12

13

14         CLEARY GOTTLIEB STEEN & HAMILTON LLP

15         Attorneys for Defendant Bradley Garlinghouse

16              One Liberty Plaza

17              New York, New York  10006

18     BY:   SAMUEL LEVANDER, ESQ.

19

20   ALSO PRESENT:

21       CHRISTOPHER JOHNSON, Videographer

22       DAVID SCHWARTZ, Ripple Labs, Inc. (Remotely)

23       DEBORAH McCRIMMON, Ripple Labs, Inc. (Remotely)

24       STELLA UVAYDOVA, S.E.C. (Remotely)

25       KYLE E. CHERMAK, Debevoise & Plimpton (Remotely)

1        ████████  - Highly Confidential

2        THE VIDEOGRAPHER:  We are now on the

3   record.  This is the start of media labeled

4   number 1 of the video-recorded deposition

5   of ████████████████ in the matter of

6   Securities and Exchange Commission versus

7   Ripple Labs, Incorporated, et al., in the

8   United States District Court for the

9   Southern District of New York.  Civil

10  Action Number 20-CV-10832 (AT)(SN).

11       This deposition is being held at

12  U.S. SEC, 200 Vesey Street, Suite 400,

13  New York, New York.  Today is Friday,

14  December 17, 2021.  And the time on the

15  video monitor is approximately 8:21 a.m.

16  My name is Chris Johnson.  I am the legal

17  video specialist from TSG Reporting,

18  Incorporated, headquartered -- excuse me.

19       The court reporter today is Jeff Benz,

20  in association with TSG Reporting.

21       Will all counsel present please

22  introduce yourself and the parties you

23  represent.

24       MS. ZORNBERG:  Good morning.  I'm Lisa

25  Zornberg from Debevoise & Plimpton together

1          ███████ - Highly Confidential

2    with Chris Ford, who is also in the room.

3    We represent Defendant Ripple Labs, Inc.,

4    in this case.

5          I would also just let you know that we

6    have through Webex participating today two

7    employees of Ripple:  David Schwartz, who

8    is the chief technology officer, and

9    Deborah McCrimmon, who is the vice

10   president for litigation.

11         THE WITNESS:  Good morning.

12         MR. SYLVESTER:  I'm Mark Sylvester.  I

13   am an attorney for the plaintiff, the

14   Securities and Exchange Commission.  I'm

15   here with my colleagues Jon Daniels and

16   Daphna Waxman.

17         MR. LEVANDER:  Samuel Levander of

18   Cleary Gottlieb, on behalf of the defendant

19   Brad Garlinghouse.

20         MS. LAGROTTERIA:  Carly Lagrotteria.

21   I'm from Paul, Weiss.

22         THE VIDEOGRAPHER:  Will the court

23   reporter please swear in the witness and

24   then we may proceed.

25

```
 1              ████████  - Highly Confidential

 2   ███████████████  Ph.D.,

 3        called as a witness, having been first

 4        duly sworn by Jeffrey Benz, a Notary

 5        Public within and for the State of

 6        New York, was examined and testified as

 7        follows:

 8   EXAMINATION BY MS. ZORNBERG:

 9        Q.   Good morning.

10        A.   Good morning.

11        Q.   Dr. ████████  for purposes of today's

12   deposition, I'm going to refer to Defendant

13   Ripple Labs as Ripple.  Okay?

14        A.   Very good, yes.

15        Q.   Yes?  Okay.  Are you taking any

16   medication or suffering from any medical or

17   physical condition, that would prevent you from

18   testifying truthfully and completely today?

19        A.   No.

20        Q.   Okay.  Please state your full name for

21   the record.

22        A.   ████████████████

23        Q.   Where do you live?

24        A.   I live in ████████████████.

25        Q.   How old are you?
```

1              ████████ - Highly Confidential

2     A.    44.

3     Q.    Have you ever been deposed before?

4     A.    No.

5     Q.    Okay.  You understand that your

6  testimony is under oath.  Correct?

7     A.    Yes.

8     Q.    And it's being taken down by the

9  stenographer and by the videographer in this

10  lawsuit.  You understand that --

11     A.    Yes.

12     Q.    -- correct?

13     A.    Yes.  I do.

14          MR. SYLVESTER:  Just let her finish

15          the question before you answer.

16          THE WITNESS:  Okay.

17          MS. ZORNBERG:  Just a couple of ground

18          rules.  Because the court reporter is

19          taking down all of the testimony, it's

20          important that you verbalize all answers.

21          So a nod of the head is not sufficient.

22          You have to be verbal.

23          Another ground rule that your counsel

24          just pointed out -- or not -- counsel for

25          the SEC just pointed out, please let me

```
1              █████████  - Highly Confidential

2         finish my questions before you start to

3         give an answer so that we get a clean

4         record and we're not talking over one

5         another.

6              Sound good?

7    A.   Yes.

8    Q.   Okay.

9              We'll take regular breaks.  If you

10   need a break at any point, just let me know and

11   we'll be accommodating.

12             The only thing I may ask is that you

13   answer a pending question before we take a

14   break.

15             Okay?

16   A.   Yes.

17   Q.   Okay.  Is English your first language?

18   A.   No.

19   Q.   What is your first language?

20   A.   ██████.

21   Q.   Are you fluent in English?

22   A.   I consider myself fluent in English,

23   yes.

24   Q.   Do you write papers in English?

25   A.   I do.
```

```
1              ███████  - Highly Confidential

2         Q.    Have you taught classes in English?

3         A.    Yes, I did.

4         Q.    Okay.  If for whatever reason you

5    don't understand a question, that I've asked,

6    please let me know you don't understand the

7    question.  I'll be happy to repeat it or

8    rephrase it.

9                Have you ever lived in the

10   United States, Dr. ███████

11        A.    ███████████████

     ████████████████████

     ████████████████████████████

     ████████████████████████████

15        Q.    Have you ever given testimony under

16   oath in any type case?

17        A.    I did in ███████.

18        Q.    What type of case?

19        A.    ████████████████████

     ███████████████████

     ███████████████████

     ████████████████████

     ████████████████████

     ████████████████████

     █████████
```

1          ███████  - Highly Confidential

2          Q.    ████████████████████

   ████████████████

4          Q.   I'm sorry for that experience.

5               Have you ever served as an expert

6    witness in any type of case before?

7          A.   You mean the court case, such as this

8    one, the legal proceeding?

9          Q.   Yes, in a legal proceeding.

10         A.   No, I did not.  No.

11         Q.   Okay.  So this case is the first time

12   that you're serving as an expert in any type of

13   legal case.

14         A.   Yes, it is.

15         Q.   When was your first contact with the

16   SEC about this case?

17         A.   My first contact with the SEC in this

18   case was in the summer, so June this year.

19         Q.   Your first contact from the SEC was

20   June 2021?

21         A.   2021.  June 2021.

22         Q.   How did that contact come about?  I'm

23   not asking you to tell me your conversations

24   with SEC lawyers, but how did -- without

25   revealing those conversations, how did the

```
 1                   ███████  - Highly Confidential

 2  contact come about?

 3     A.      ███████    people from  ███████████

 4  reached out to me, so they found me.  I think it

 5  was a cold email first.  Would I be interested

 6  in -- I think the email said, I believe, I --

 7  the email said the -- the -- like, they would

 8  like me to be an expert on some -- on some court

 9  case related to the blockchain.

10           Then I had a discussion with  ████████

11  with maybe one hour, initial, where they didn't

12  reveal which case this was.

13           And, after that, I had a call with

14  SEC, which was also -- so we were all talking

15  early June.  I could not give you exact dates,

16  but we are talking early June.

17     Q.   When was -- when was the cold email

18  from  █████████  that initial email from  ████████

19     A.   Let's say it was, again, early June or

20  very late May, I would put more probability -- I

21  don't know.  I cannot vouch for it.  My take is

22  very early June.  We're talking 1st to 4th of

23  June maybe.  I'm not sure.

24     Q.   Was that your first contact with

25  ████████
```

1            ██████████  - Highly Confidential

2       A.   Yes.

3       Q.   What is ████████

4       A.   I believe it's -- so it's a litigation

5    firm that, to my understanding, helps SEC with

6    certain case.

7       Q.   Is your engagement in this case the

8    first time you've ever interacted with ██████████

9       A.   Yes, it is.

10      Q.   Who at ████████ did you speak with

11   prior to your engagement in this case?

12      A.   I spoke to ████████.  I'm not sure I

13   pronounce his name correct.  I spoke to

14   ████████ and ██████████.  I believe that is

15   it.

16      Q.   Can you give the last name one more

17   time?

18      A.   ████████████.

19      Q.   █████████████?

20      A.   Yes.

21      Q.   Okay.  Thank you.

22      A.   ████████ and ████████, I think, is

23   the last name.

24      Q.   Can you describe your communications

25   with ████████████ about this case.

```
 1              ███████ - Highly Confidential
 2      A.    ████████  reached out to me.  And,
 3  again, if I recall correctly, to the best of my
 4  recollection, he was trying to understand if I
 5  would like to be an expert in a certain
 6  litigation in a court case.  Since it related to
 7  blockchain, I'm interested.  But I'm not
 8  necessarily interested in just picking up
 9  anything, so -- you know.
10          Then he suggested that -- he asked me
11  few questions about, how would you -- how would
12  you think about going classifying certain
13  blockchain system as decentralized and
14  centralized?  So we discussed that topic.
15          And I told him, basically, what's my
16  approach, how I think about it.  So we talked
17  about it real time, so I didn't -- he was asking
18  questions; I was giving him answers.
19          And, yeah.  I guess this was the
20  reason they carried on with me.
21      Q.    That was -- that was your initial
22  one-hour call, was with ██████████████
23      A.    There might be ████████ on that call
24  and ██████████  but, yeah.  So the first --
25  I -- I distinctly remember communicating -- like
```

1          ███████  - Highly Confidential

2    discussing this decentralization/centralization

3    with ███████.

4         Q.   How did you discuss the issue with

5    decentralization with ███████  In other

6    words, was it a phone call, a video conference,

7    an email, some other messaging communications?

8         A.   It was a video call or Webex, I

9    believe.

10        Q.   And did you email with him as well

11   about the subject of decentralization?

12        A.   I don't recall I did.

13        Q.   Is it possible you did?

14        A.   I doubt.  It might be possible since I

15   don't recall for sure.  So let's leave it to

16   possibility, I doubt.

17        Q.   Have you communicated with

18   ███████  by any means other than -- in

19   writing, by any means other than email?

20        A.    In writing an email or sending an

21   email?  No?

22             THE COURT REPORTER:  I'm sorry.  Say

23        that again, please.

24        A.   I'm just repeating the question.

25   Sorry.  So -- have you communicated in writing?

```
 1                ███████  - Highly Confidential
 2    I'm repeating the question.
 3         Q.   Yes.
 4         A.   In any other means other than email?
 5              No.  Could I be missing something?
 6    Like -- we didn't text.  We didn't write
 7    letters, so no.
 8         Q.   Okay.  So -- did ███████  tell you
 9    what he was looking for?
10              MR. SYLVESTER:  Objection.
11         Q.   You can answer.
12         A.   I can answer.  Okay.
13              No.  No.
14         Q.   Other than this case, have you worked
15    with the SEC in any capacity?
16         A.   No.
17         Q.   Prior to -- do you have a written
18    retention agreement in this matter with the SEC?
19         A.   I have a written agreement with
20    ███████  And with SEC, I -- I signed some
21    documents which are nondisclosure documents
22    and -- and certain documents.  I think, for
23    example, things like my rate and these things,
24    they are all signed with ███████
25         Q.   Okay.  Do you know --
```

1              █████████ - Highly Confidential

2       A.   I don't know if this answers your

3    question.

4       Q.   Do you know the date of your retention

5    agreement with █████████

6       A.   It was -- it must be, again, in June.

7    I don't know the date.

8       Q.   Okay.  Prior to your engagement in

9    this case, had you heard of Ripple Labs, Inc.?

10      A.   I did.  Yes.

11      Q.   How?

12      A.   I followed the blockchain space since

13   2009, so basically since the inception of

14   bitcoin.  And Ripple was definitely prominent

15   blockchain network, which on top of that was

16   trying to put in work, consensus protocols that

17   are different than those used by bitcoin, which

18   I happened to be researching since 2003.  So

19   again, much before -- like considerably before

20   bitcoin was accepted -- incepted.

21           So I did research on these protocols

22   in my Ph.D. thesis.  Since I did it and Ripple

23   was essentially trying to come up with a

24   similar, let's say the protocol which falls

25   into -- into this category, then it obviously

1          ███████  - Highly Confidential

2    drew my attention.

3               And then I was paying attention to the

4    protocol discussing at that time with my

5    colleague and collaborator, ███████████████,

█████████████████████████████████████.

7               And then we discussed, like, look at

8    this protocol; this is similar to what we did.

9    But it doesn't seem that -- you know, there

10   seems to be something not correct with this

11   protocol.  And then we actually started looking

12   into that.

13              And then I understood that Ripple -- I

14   think at some point Ripple was in the name of

15   the network.  Before it was called XRP Ledger,

16   there were different names.  And Ripple was in

17   the name of the network.  And then the name of

18   the Ripple was associated to this organization,

19   this -- this protocol, as --

20        Q.   So when -- approximately when did you

21   start talking to your collaborator, ███████████,

22   about the protocol for the XRP Ledger?

23        A.   We started intensively -- we might

24   have mentioned it before the date I will give

25   you, but we started looking -- actually, he

```
 1            █████████  - Highly Confidential

 2    started looking into more details, and I was

 3    following on the high level -- I can explain in

 4    more technical details what's the high level --

 5    in 2015.

 6         Q.   Okay.  So --

 7         A.   I heard about -- sorry.  Just to the

 8    complement the answer, I heard about Ripple even

 9    before, as you're -- as I'm following the --

10         Q.   Yeah.

11         A.   Yeah.

12         Q.   So let me just clarify.  You heard

13    about Ripple prior to 2015, correct?

14         A.   Yes.

15         Q.   The person you've described as your

16    collaborator, ████████, started looking at the

17    protocol for the XRP Ledger, around 2015?

18         A.   So 2015 I moved back to ██████████, as

19    you can see in my CV.  Right?  So this is the

20    moment when I was collaborating with ████████

21    nonstop.  So I was collaborating with ████████

22    since 2008 to 2010 when I was in ███.  And then

23    I went to ██████ to be assistant professor.  But

24    we continued collaboration.  So we might have

25    mentioned it before, but, intensively, we
```

1          ██████████ - Highly Confidential

2     started looking into it in 2015.

3          Q.   You just said that you and ████████

4     intensively started looking at the XRP Ledger

5     protocol in 2015.

6          A.   Uh-huh.

7          Q.   But a few minutes ago, you said that

8     ████████████ started looking at it first, and you

9     were following his work at a high level.

10              Can you clarify?

11         A.   Yes.  It's the first thing.  So when I

12    say "we," I mean as a team, because we looked --

13    but he was leading the analysis of the -- let's

14    say within the team, he was leading the analysis

15    of the XRP Ledger.

16              I was following it on a high level.  I

17    can explain.  For -- yeah.  If you wish.

18         Q.   What does it mean that you and ████████

19    were the team?

20         A.   We co-authored many scientific papers

21    together.  We would discuss protocol -- when we

22    designed a new protocol, we would discuss

23    protocol details together, each and every one of

24    us trying to find, you know, shortcomings in

25    others' work.  And this is what, you know, the

1          ██████████ - Highly Confidential

2    whole scientific community is doing.  We're just

3    at a faster pace of iteration, talking to each

4    other.

5               We're exchanging ideas, collaborating

6    on -- on building protocols, collaborating on

7    analysis of the protocols and so on.

8         Q.   Okay.

9               And so just to make sure I understand

10   your testimony, ██████████ started looking into

11   the details of the XRP Ledger protocol in 2015?

12        A.   To my understanding, yes.  He might

13   have started earlier.  But at least in 2015.

14        Q.   Was that as part of his work at

15   ██████████ or as a separate interest of his?

16             MR. SYLVESTER:  Objection.

17        Q.   You can answer.

18        A.   Uh-huh.  As part of -- so we had -- we

19   had very much freedom in what we choose to work

20   for ██.  It was never -- as researchers of the

21   standing that we were just, just like how -- how

22   ██ approached blockchain.  They let us suggest

23   what are we going to work on.

24             So, yes, it was part of ██████████.

25   But it came -- you can say that it came bottom

1            █████████  - Highly Confidential

2  up, grassroots, during -- because of his

3  interest, because he thought it is relevant.

4       Q.   So can you please describe what work

5  you personally have done, or did, relating to

6  the XRP Ledger protocol, while at ██████████.

7       A.   So I looked at the -- the -- the

8  original white paper.  And basically, original

9  white paper, which is co-authored by David

10  Schwartz, had reasoned about the quorums, which

11  are the sizes of the faulty nodes, Byzantine

12  faulty nodes that are tolerated by the protocol.

13  And these were rather nonstandard.

14            Since the protocol was underspecified,

15  I didn't dive much into the details.  But it

16  seemed that this is not a correct protocol, so

17  it's not doing what it promises to do.  So I was

18  reading and I was gathering this understanding.

19       Q.   So let me pause you there.

20       A.   Yes.

21       Q.   In what year was this?

22       A.   This is year 2015.

23       Q.   Okay.  Can you just state again,

24  what -- what was it that you, based on reading

25  the white paper by David Schwartz, did you think

1          ████████ - Highly Confidential

2    was not correct?

3          A.   It was not correct that it can

4    basically tolerate -- it can provide a guarantee

5    that it does.

6          Q.   Which guarantees did you felt, based

7    on reading the white paper, the XRP Ledger

8    protocol could not provide?

9          A.   It -- that it couldn't provide safety

10   and liveness because of the way quorums are

11   sized, essentially, in the protocol.

12         Q.   What does it mean for a quorum to be

13   sized?

14         A.   Because of its assumption in the

15   number of quorums and the assumption of the

16   number of correct nodes, the number of faulty

17   nodes.  So that defines the quorums.  So the

18   adversarial assumption is how many -- which

19   percentage of nodes can be Byzantine or not.  So

20   basically the -- how the protocol was

21   constructed, it was intuitive, according to my

22   prior experience of designing this protocol,

23   that something is wrong here.

24         Q.   Did you write any papers between 2015

25   and 2020 relating to your evaluation of the

1        ███████  - Highly Confidential

2    XRP Ledger protocol?

3        A.   So we write -- so ██████████ we wrote

4    one paper, which is called ███████████████

5    █████████████████  where, basically, the things with

6    Ripple protocols were mentioned.  So --

7        Q.   Other than that paper you've

8    mentioned, ████████████████████████████  --

9        A.   Yes.

10       Q.   -- did you write -- in which you --

11   you said that the XRP Ledger protocol is

12   mentioned in there.  Correct?

13       A.   Yes.

14       Q.   Did you -- did that paper, ████████████

15   █████████████████████  express or contain

16   analysis of safety and liveness concerns that

17   you're talking about here today?

18       A.   I believe -- I believe we mentioned

19   it.  But it was not analyzed in the details, for

20   example, at the level I'm giving in the -- in my

21   expert report.

22       Q.   Other than the paper ██████████████

23   █████████████████████  have you written any

24   papers to date addressing the XRP Ledger

25   protocol?

```
 1              ███████ - Highly Confidential

 2         A.   No, I did not.

 3         Q.   So the answer is, no?

 4         A.   No.

 5         Q.   Within ████████████, did you prepare

 6    any written analysis, during the time that you

 7    were at ██████████, on the XRP Ledger

 8    protocol?

 9         A.   No, I did not.

10         Q.   Do you know anyone who works for

11    Ripple?

12         A.   You mean like personally?

13         Q.   Yes.

14         A.   I do not, no.

15         Q.   Have you ever met Chris Larsen?

16         A.   No, I did not.

17         Q.   Have you ever met Jed McCaleb?

18         A.   No, I did not.

19         Q.   Have you met David Schwartz?

20         A.   No, I did not.

21         Q.   Have you ever communicated with

22    David Schwartz in any way?

23         A.   No, I did not.

24         Q.   Back in 2015 when you've described

25    that you started looking at the XRP Ledge
```

1          ████████  - Highly Confidential

2     protocol, did you ever consider reaching out to

3     David Schwartz to discuss your concerns about

4     the protocol?

5          A.   No, I did not.

6          Q.   Why not?

7          A.   You know, we were focusing -- it's in

8     our interest to look at other protocols.  At

9     that time we were trying to build -- we were

10    busy building our own systems.  And it's not my

11    job to help others, necessarily.  I didn't have

12    a -- you know, even this -- the attack was not

13    specific or anything.  And it's not my job to

14    reach out to people and help them out.

15         Q.   What do you mean -- just said the

16    attack was not specific or anything.

17         A.   So --

18         Q.   What do you mean by that?

19         A.   Yeah.  So, for example, the attack

20    that I'm describing in my report, I didn't have

21    that level of understanding of Ripple protocol

22    that I gained later on, where I actually took to

23    analyze it in details, took the task of

24    analyzing it in details.

25         Q.   When was it that you analyzed the

1           ████████ - Highly Confidential

2   protocol at the level of detail that you're

3   describing is contained in your report?

4        A.   After I -- after I was retained by

5   ████████ and I started working for SEC, so we're

6   talking after June this year.

7        Q.   Would it be fair to say that the

8   concerns that you noted in 2015 about the

9   XRP Ledger protocol were at a high level?

10           MR. SYLVESTER:  Objection.

11        Q.   You can answer.

12        A.   We can say that, yes.

13        Q.   And it was not until after -- sometime

14   in or after June 2021 that you looked at those

15   issues in detail.  Correct?

16        A.   Yes.

17        Q.   Have you ever met Brad Garlinghouse?

18        A.   No.

19        Q.   Have you ever spoken to anyone at

20   Ripple, to your knowledge?

21        A.   No.

22        Q.   Did you read any of the deposition

23   transcripts taken in this case?

24        A.   I did.

25        Q.   Which ones?

1        ███████  - Highly Confidential

2        A.   David Schwartz.

3        Q.   How many transcripts of David

4   Schwartz's testimony did you read?

5        A.   I'm not sure I get the question.  How

6   many?

7        Q.   Do you know if there's one or more

8   than one deposition or -- let me rephrase.  Do

9   you know if there's one or more than one

10  transcript of David Schwartz giving testimony

11  related to this case?

12       A.   To my understanding, there is one.

13       Q.   Okay.  So you read one transcript?

14       A.   One.

15       Q.   Did you read the entire transcript?

16       A.   I did.

17       Q.   All right.  Do you recall the date of

18  the transcript that you read?

19       A.   The transcript.  I think it was in

20  May.  Don't hold my -- you know.  I think it was

21  May, May this year.

22       Q.   Dr. ███████ do you know anyone from

23  the Ethereum Foundation?

24       A.   No.

25            So let me put it this way:  I never

1             ██████ - Highly Confidential

2    met physically anyone.

3             So, no, if this is like your

4    definition of "no," no, we never met physically

5    or something.

6         Q.   Have you ever -- have you ever met in

7    any way, physically or through other means of

8    communication, Vitalik Buterin?

9         A.   No, I did not.

10        Q.   Have you ever met in any way

11   Gavin Wood?

12        A.   No, I did not.

13        Q.   Do you know who he is?

14        A.   I know.

15        Q.   Who is he?

16        A.   He's the -- one of the original

17   founders of Ethereum.

18        Q.   Okay.

19        A.   And currently, he is mostly involved

20   in the Polkadot project, so he's putting his

21   attention there.

22        Q.   What is the relationship between

23   Ethereum Foundation and Ether, if you know?

24        A.   I would need more details to answer

25   this question.  So Ether -- yeah, I would need

1          ███████  - Highly Confidential

2     more details to answer this question.  So

3     normally Ether is the token which is the native

4     token of Ethereum network.  And Ethereum

5     Foundation is linked to the development of

6     Ethereum network, so that's it.

7          Q.   Do you know what Ethereum Foundation

8     does?

9          A.   To my understanding, it funds the

10    development of the Ethereum network.  It might

11    be doing other things that I'm not aware.

12         Q.   Do you know what the Ethereum

13    Foundation's ecosystem support program is?

14         A.   I do not.

15         Q.   Does the existence of a foundation

16    that's dedicated to supporting the Ethereum

17    network mean that Ethereum is a centralized

18    system?

19              MR. SYLVESTER:  Objection.

20         Q.   You can answer.

21         A.   No, it does not.  So it's -- I give

22    definitions in my report.  I give precise

23    definitions, about the basic or minimal

24    condition for a system to be considered

25    decentralized.  I can repeat it for you if you

1          ██████████ - Highly Confidential

2    wish.

3              And the existence of Ethereum

4    Foundation is related to governance aspect that

5    I discussed my report.  It should be looked at

6    as such, through this lens.

7        Q.   Is it your view that simply the

8    existence of a foundation that is dedicated to

9    supporting development on a particular

10   blockchain network, does that automatically mean

11   that network is centralized?

12       A.   It does not.  So I could imagine

13   several -- so imaginary networks, several people

14   who are interested in development of a

15   blockchain network, they come up with their own

16   foundations.  So you could have ten foundations

17   for one blockchain network.

18              And, yeah, we call it centralized

19   because these foundations exist, so normally

20   these -- these would be people who distribute

21   their wealth, let's say, in those tokens, to

22   fund the development of the network.

23       Q.   That does not render the network

24   centralized.

25              MR. SYLVESTER:  Objection.

1            ██████████ - Highly Confidential

2      A.   So that -- that meaning what?  Can you

3   repeat?  "That does not render" -- so "that" is

4   what?

5      Q.   I'm just trying to clarify my own

6   understanding of what you're saying.  Does the

7   mere existence of one or more foundations,

8   dedicated to supporting a blockchain network,

9   mean that network is centralized?

10     A.   You got my brain racked.  So does

11  the -- I'm repeating the question.  Does the

12  existence of several foundations mean that the

13  blockchain network is centralized?

14           I guess the answer is no.

15           So.  Yeah.

16     Q.   In the case of Ethereum, besides the

17  Ethereum Foundation, are you aware of other

18  foundations that -- that exist in order to

19  support Ethereum?

20           MR. SYLVESTER:  Objection.

21     A.   To support Ethereum development, to

22  support --

23     Q.   Yes.

24     A.   To support --

25           I'm not aware of any.

1            ████████  - Highly Confidential

2        Q.   Okay.  Do you know anyone from

3   ConsenSys?

4        A.   No, I do not.

5        Q.   Have you ever met Joe Lubin?

6        A.   No.

7        Q.   Do you know what ConsenSys does?

8        A.   ConsenSys, to my understanding, it

9   takes the Ethereum public blockchain network and

10  tries to adopt it in a way that it can be used

11  in so-called permission blockchain networks, in

12  blockchain for businesses, as we call it in ████

13          And I know about the existence of

14  ConsenSys because they were, like, competitors

15  to ███  once we worked in ███  the permission

16  blockchain space, because they were trying to

17  build their technology on the Ethereum stack.

18  That's what I know about ConsenSys.

19       Q.   Okay.  Do you know anyone from the

20  Bitcoin Foundation.

21       A.   No.

22       Q.   Have you ever met Gavin Andresen?

23       A.   "Andresen."

24            No.

25       Q.   Andresen.

1          ███████  - Highly Confidential

2          Have you ever met someone named

3   Craig Wraight?

4        A.   No, I did not.

5        Q.   Do you believe that he invented

6   bitcoin?

7        A.   No, I do not.

8        Q.   Why not?

9        A.   There is a simple proof.  If you

10  invented bitcoin and you claim you did it, there

11  is an, arguably, high probability that you mined

12  as an early player in the bitcoin network one

13  the first bitcoin blocks.

14          So if you want to prove, it's very

15  easy.  So you could use the cryptographic keys

16  that are associated with that block to sign

17  basically any message.  So you give the Craig

18  Wraight challenge:  Sign me this message.  And

19  if he does it, you can verify that this was

20  signed with the keys that belonged to one of the

21  first blocks.

22          That's a very simple test.  And he

23  never was able to produce such a test -- to

24  basically produce such a signature.

25        Q.   Do you know what services the Bitcoin

1            ███████  - Highly Confidential

2    Foundation provides to bitcoin?

3                MR. SYLVESTER:  Objection.

4        A.   I do not.

5        Q.   Do you know anyone from the XRP Ledger

6    Foundation?

7        A.   No, I do not.

8        Q.   Do you know anyone who runs an XRP

9    Ledger validator?

10       A.   No.  Well, I know institutions that

11   were reported in my report that's run XRP Ledger

12   validators.

13              As for persons, if they're private

14   persons, if you ask me that, or somebody

15   maintaining this node, I don't know these people

16   personally.

17       Q.   Outside of the information on

18   validators included in your report, do you know

19   anyone who runs an XRP Ledger validator?

20       A.   No.

21       Q.   Do you know Peter Adriaens?

22       A.   No, I do not.

23       Q.   Have you ever heard him speak?

24       A.   No.

25       Q.   Have you read any of his reports in

1              ██████ - Highly Confidential

2    this case?

3         A.   I did.

4         Q.   What reports of Peter Adriaens have

5    you read?

6         A.   I read the rebuttal to my report.  And

7    I read his original report.

8         Q.   What other expert reports, if any, in

9    this litigation, have you read?

10        A.   I read ████████ rebuttal on agent's

11   report.  We can classify it as expert's report,

12   right?

13        Q.   Yes.

14        A.   And that would be it.

15        Q.   You say you read ███████ rebuttal

16   report?

17        A.   Yes.

18        Q.   Are there any U.S. universities that

19   you have worked closely with, Dr. ██████

20        A.   If you define "closely" for me,

21   closely.

22        Q.   Well, what -- what U.S. universities

23   have you worked with in any substantive way?

24        A.   Let's put it this way, so -- did I

25   ever co-author a paper with somebody.  That's an

1          ███████ - Highly Confidential

2    interesting question, actually.

3               So I know many researchers -- let me

4    put it this way.  I know many researchers from

5    conferences from different U.S. universities,

6    including Cornell, UT Austin, Brown University,

7    et cetera.

8               Did me -- did I ever -- this is an

9    interesting question.  Did I ever co-author, for

10   example, a paper?  I don't know, I would need to

11   check.

12        Q.   Fine.

13             Have you ever heard of MIT's Digital

14   Currency Initiative?

15        A.   I think I heard.

16        Q.   Okay.  Have you ever interacted with

17   MIT's Digital Currency Initiative?

18        A.   No, I didn't.

19        Q.   Have you had any interactions with

20   Neha Narula?

21        A.   No.  I think we were attending maybe a

22   few workshops or conferences, so I know the

23   name.  I believe she might know mine, but we

24   never -- I don't think we even talked.  No.

25        Q.   Do you know whether Ms. Narula has a

1              ████████  - Highly Confidential

2    good reputation in the scientific community?

3              MR. SYLVESTER:  Objection.

4         A.   You need to define "a good

5    reputation."

6         Q.   Do you -- do you know -- do you know

7    anything about her reputation in the scientific

8    community?

9              You know, is she -- is she well

10   regarded?  If you know?

11        A.   I don't know.

12        Q.   Okay.

13             Have you ever met or spoken with Gary

14   Gensler?

15        A.   No, I did not.

16        Q.   Dr. ██████  do you know what this

17   lawsuit is about?

18        A.   I could state it in my words, and then

19   you tell me if I know or don't know.  Can I --

20        Q.   Go ahead.

21        A.   So, what I believe is that SEC is

22   complaining that -- maybe the answer is I don't

23   know.  But since I started talking, then I

24   should just finish.  But --

25             MR. SYLVESTER:  Only say what you

1          ████████ - Highly Confidential

2     know.

3              THE WITNESS:  Yes, so what I know.

4     A.    So the SE-- the Ripple and the

5     defendants were selling certain products,

6     including, perhaps, the XRP token, as

7     unregistered securities.

8     Q.    Do you know what, if any, allegations

9     the SEC has made in this case relating to

10    decentralization?

11    A.    I don't -- I don't know.

12    Q.    Okay.

13    A.    No.

14    Q.    Have you read any of the court filings

15    in this case?

16    A.    I read the complaint.

17    Q.    Okay.  When did you review the

18    complaint?

19    A.    Very early in the process, so we would

20    be talking again June this year.

21    Q.    Why is that not listed in your report

22    as materials that you considered in the case?

23    A.    It didn't influence my expert opinion.

24    Q.    Do you understand that you were

25    required in this case to identify all materials

1          ██████   - Highly Confidential

2    that you considered, whether or not you

3    ultimately relied on them?

4         A.   What does it mean to consider?  If I

5    just read them?

6         Q.   Yes.

7              MR. SYLVESTER:  Objection.

8         A.   I was -- so I was -- if this is

9    correct, what you're saying, I was not aware of

10   this.  And what I listed is what impacted my

11   expert opinion --

12        Q.   So you --

13        A.   -- which this complaint did not.

14        Q.   I'm sorry, did you finish your answer?

15        A.   Which this complaint did not.  Yes.

16        Q.   So your report only listed materials

17   that you relied on, not that you considered?

18             MR. SYLVESTER:  Objection.  Misstates

19        his testimony.

20        A.   Again, can you please define

21   "considered" for me.

22        Q.   Well, I would -- I would -- that is

23   actually a term -- that's a term that is

24   required of all experts.  The rule says to --

25   you have to identify materials you considered.

1          ███████ - Highly Confidential

2              For purposes of today, I'll ask it

3     this way.  Are there materials that you read,

4     and thought about, and looked through, in --

5     during your work on this case, that you did not

6     cite in your report?

7          A.   There are many scientific papers

8     that -- for example, that I didn't cite in my

9     report.  Because, for certain concepts, they are

10    very well accepted.  So there would be hundreds

11    of papers that refer to this concept, and I

12    didn't make each and every -- for example, if I

13    talk about resilience of distributed and

14    decentralized algorithms, I know literally

15    hundreds of papers, which, you know, they were

16    in my head as someone with 18 years' experience

17    on this topic.  Which you can call I considered.

18    Which are not referenced there.

19              But this is like, you know.

20         Q.   Yeah.

21         A.   Can I reference all the papers that --

22    on the topic that I know about?

23              Would it be useful?

24         Q.   Well, your report ultimately lists

25    22 references.

```
1              ███████████  - Highly Confidential
2         How many scientific papers beyond the
3    22 did you look at during the timeframe from
4    June 2021 through the -- you know, through
5    October 4, 2021, when you -- when you issued
6    your report in this case?
7         MR. SYLVESTER:  Objection.  Limited
8         only to his preparation of the report.
9         Correct?
10        You asked how many papers he looked at
11        in that timeframe.  I just want to limit
12        the question to preparing the report.
13        MS. ZORNBERG:  That's fine.
14    A.   So, it depends again on the definition
15   of "consideration."  So, if I'm writing my
16   report, I'm relying on 18 years of experience.
17        So, even if I didn't read the paper in
18   the timeframe you're referring to, I might be
19   considering it because it's part of my
20   understanding of the topic.  So that's where the
21   definition of "considering" versus "read" is
22   unclear to me.
23        How many papers?  So there were more
24   papers that I read than those that I cite.  But
25   I give -- so, yeah.  So there -- there are more
```

1          ███████████ - Highly Confidential

2     papers.  How many more, I cannot say precisely.

3          Q.   So you read more papers in your work

4     on this case than just the ones you cite in your

5     report --

6               MR. SYLVESTER:  Objection.

7          Q.   -- correct?

8          A.   So I -- in the timeframe between --

9     that you're referring to, I read more papers

10    that relate to this topic that -- you know, than

11    what I cite in my report.  Yes.

12         Q.   Outside of attorneys with the SEC,

13    with whom have you discussed your work on this

14    case?

15         A.   With no one.  I think my contract

16    allows me to mention the case to my wife, which

17    I did.

18               No one else.

19         Q.   Well, you talked about it with ███████

20    ███████  correct?

21         A.   Sorry.  Can you -- okay, can you

22    repeat the question --

23         Q.   Yeah.  Other than SEC --

24         A.   -- because I didn't --

25         Q.   Other than SEC attorneys, I asked --

1          ███████ - Highly Confidential

2          A.   Other than SEC attorneys, yes.

3          Q.   -- who -- with whom did you discuss

4     your work on this case.

5          A.   Okay.  Very good.

6          Q.   You said your wife.

7          A.   Very good, very good.  So with the

8     ████████ -- with the members of the ██████████

9          Q.   Did you discuss your work on this case

10    with anyone at ████████████████?

11         A.   No, I did not.

12         Q.   Did you discuss your work on this case

13    with ██████████?

14         A.   No, I did not.

15         Q.   What did you do to prepare for today's

16    deposition?

17         A.   I read Adriaens' rebuttal,

18    Professor Adriaens' rebuttal.  I tried to

19    prepare for, essentially, dismissing the points

20    that he makes in his rebuttal.

21         Q.   What -- and can you describe what that

22    means?  What did you to do to prepare to dismiss

23    points in Professor Adriaens' rebuttal?

24         A.   Yes.  So Professor Adriaens' rebuttal

25    states, for example, if he cites a paper, he

1         ██████ - Highly Confidential

2    would take certain sentence out of the context.

3    For example -- can I gave an example?  May I

4    give an example.

5         Q.   Go ahead.

6         A.   So I base my basic definition of

7    decentralized systems on the paper by Troncoso

8    and three other authors from 2017.  So this is

9    the paper that systemizes 15 years of research

10   in decentralization, and comes up with a

11   definition of decentralized systems.

12             At that paper, so example, what

13   Adriaens did, is that -- there is a motivation

14   in 2017 paper which says it is not well

15   understood how decentralization is defined.  But

16   that's the motivation of that paper.

17             And then it continues, it actually

18   says, This is the motivation of our work; hence,

19   we systemized -- systematized 15 years of

20   research and then we give this definition.

21             So Adriaens would take the definition,

22   you know -- definition.  Take the sentence.

23   There is no definition.  Even Troncoso admits

24   that there is no definition, no -- that's the

25   motivation of their work, and they actually

1            ███████ - Highly Confidential

2    propose the definition.

3            So things like that.  And then you go,

4    point by point, and -- yeah.

5        Q.   Okay.  Who did you meet with from the

6    SEC in preparing for the deposition?  Just

7    names, not communications.

8        A.   Yes.  I met Mark Sylvester.

9        Q.   And did you review any documents in

10   preparing for today's deposition that were not

11   cited in your own report of October 2021?

12       A.   No, I did not.  My report itself was

13   cited in my report.  I reviewed my report.

14       Q.   Okay.  Let's turn to another subject.

15           What digital assets, if any, do you

16   yourself currently own or have you owned in the

17   past?

18       A.   ███████████  I have owned in the

19   past other -- other digital assets.

20       Q.   Okay.  So -- so today, sitting here

21   today, the only digital asset you own is

22   ███████

23       A.   Yes.  I have interest in ██████████ as

24   well, since part of my compensation is in

25   ████████

1              ████████ - Highly Confidential

2        Q.    How much ████████ do you currently own?

3        A.    ████████

4        Q.    ████████

5        A.    Yes.

6              With my wife.  So it's not my personal

7     owning, so it's like a -- you know, I'm married

8     and things --

9        Q.    How did you acquire that ████████

10       A.    All ████████ were acquired by

11    purchasing from my -- so, purchasing on the --

12    today registereds exchanges, so mostly from

13    ████████ so I would take my salary by coins

14    from ████████

15       Q.    When did you first purchase ████████

16       A.    2017.

17       Q.    What's the current value of your

18    ████████ holdings?

19       A.    ████████████████████████

20       Q.    Why did you start purchasing ████████

21    in 2017?

22       A.    That's an interesting question.  So, I

23    would say working in this space -- and this is

24    the blockchain space, et cetera -- so I was

25    starting slowly by experimenting.  It's more

```
 1                 ███████  - Highly Confidential

 2    like do we have skin in the game about the whole

 3    space that you are working on.  This was the

 4    first motivation.

 5               And then I invested a bit more when my

 6    understanding of ████████ changed and what it

 7    actually could do.

 8         Q.   And when was that?

 9         A.   So that understanding was -- changing

10    in the understanding was in 2020.

11               In the meantime I also -- so we also

12    invested. ████████████████████████████████████

      ████████████████████████████████████████████  So

14    we bought in the -- between 2017 and 2020, but

15    my understanding of ████████ the way -- so not

16    from technical side, it changed in 2020.

17         Q.   Did you invest substantially more

18    money in ████████ starting in 2020?

19         A.   In 2020 substantially more -- I would

20    say more, yes.

21         Q.   Have your ever acquired ████████ by

22    mining?

23         A.   No.

24         Q.   Have you ever been compensated in

25    ████████
```

1          ███████ - Highly Confidential

2      A.   No, I did not.

3      Q.   Where do you store your ██████

4      A.   ████████████████████████

████████████████████████████████████

6      Q.   Have you ever -- have you ever sold

7 ██████

8      A.   I did.

9      Q.   When?

10      A.   I did several times.  You can say I

11 sold when I -- if I buy a different token, so

12 you sell ██████ to buy that token.  So this was

13 in 2017.  And my last sale of ██████ was in

14 early 2021.

15         But not for -- so basically for other

16 tokens, at that point I called it a day, and

17 soon after that I moved my holdings back to

18 ██████ with -- ████████████████████████.

19      Q.   When you sold ██████ in 2017, did you

20 sell at a profit?

21      A.   I sold it to buy other coins.  So if

22 you measure profit in U.S. dollars and -- so --

23 or U.S. dollars or any other fiat currency, then

24 the answer is no because I never did it.

25      Q.   Okay.  What -- and what coins did you

```
 1                 ████ - Highly Confidential

 2   use ████ to buy in 2017?

 3        A.   So, I was buying directly ████ -- so

 4   for fiat money, I was buying ████████████

 5   at 2000-- in 2017.  And probably I bought some

 6   minor coins.

 7             So I think there was ████ as a

 8   project that's working on data storage.  Some

 9   other coins I cannot -- you know, I don't have

10   an exact recollection, but these were minor --

11   these were minor amounts.

12             So nothing --

13        Q.   Okay.

14        A.   -- nothing substantially.

15        Q.   So just so we have a clear -- just to

16   clarify, other than ████ what other digital

17   assets or tokens have you purchased?

18        A.   I purchased ████ and I purchased

19   ████ on very small amounts at some point.

20   Very early in 2017.

21             And few others.  Maybe ████ I

22   recently purchased ████ because my son asked me

23   to buy him some ████ I guess after ████████

     ████████

25             THE COURT REPORTER:  After what?
```

1          ██████ - Highly Confidential

2          THE WITNESS:  ████████████████████

3     or something like that.  When ████ became

4     popular --

5          MS. ZORNBERG:  Did you get that?

6          ██████████████████████

7     A.   My son -- my son wanted me to buy him

8  some ██████ And I think --

9     Q.   Okay.

10    A.   -- yeah.

11    Q.   So other than ██████ ████ █████

12  ████████ and ██████ sitting here today, can you

13  think of other digital assets or tokens you've

14  purchased?

15    A.   There could be others, minors, for

16  very min-- for like smaller fraction.  I don't

17  remember exactly which one.

18          I would definitely not say that the --

19  that the list ends there but honestly not

20  because I'm trying to withhold, because I don't

21  remember.

22    Q.   Okay.  Have you ever --

23    A.   At some point -- at some points for --

24  what I know, what I can recall, I invested in

25  the ICO of ██████

1              ██████  - Highly Confidential

2         Q.    ██████

3         A.    Yes.  And so basically, I think -- I

4    remember I sent half a █████ to █████ ICO and

5    recovered less than that.  So no profits, even a

6    loss in ██████ which is typical when you do

7    these things, yeah.

8         Q.    Would you say that among all digital

9    assets, you've purchased more █████ than

10   anything else?

11        A.    We can say that.  I probably -- at the

12   beginning, there was -- yeah, more █████ than

13   ███ for sure at the beginning.  I don't hold

14   any ███ today.

15        Q.    You hold no ████ now?

16        A.    No.

17        Q.    Okay.  Let's just first finish up on

18   ██████ Then I'll turn to █████

19             Have you ever used █████ to purchase

20   a product?

21        A.    No, I did not.

22        Q.    Have you ever used █████ to purchase

23   a service?

24        A.    No, I did not.

25        Q.    So, can you just describe how much

1          ███████     - Highly Confidential

2     █████ you -- you've owned at any point and, you

3     know, when you purchased and when you sold?

4          A.   I don't remember exactly.  I think at

5     some point I had like 100 ██████

6               But I'm not sure.  So everything --

7     that all is conflated now to my ███████

8     holdings.  So...

9          Q.   Why did you -- did -- was it your

10    testimony that you transferred your holdings in

11    ██████  to purchase ███████

12         A.   At some point, yes.

13         Q.   When was this?

14         A.   Last time, end of 2020, beginning of

15    2021.

16         Q.   Have you ever used ██████ to purchase a

17    product?

18         A.   No, I did not.

19         Q.   Have you ever purchased XRP?

20         A.   No, I did not.

21         Q.   Have you ever held XRP, no?

22         A.   I did not.

23         Q.   Do you own any NFTs?

24         A.   No, I do not.

25         Q.   Have you ever used ██████  to purchase a

1          ██████████ - Highly Confidential

2    service?

3          A.    I did not.

4          Q.    Okay.  All right.

5                Outside of your work on this case, can

6    you describe your personal or professional use

7    of the bitcoin blockchain.

8                MR. SYLVESTER:  Objection.

9          A.    Personal or professional use of

10   bitcoin blockchain?

11               I didn't get the question, sorry.

12         Q.    Have you ever used the bitcoin

13   blockchain for personal use?

14               MR. SYLVESTER:  Objection.

15         A.    I still don't understand the question.

16   Like how would you define "personal use"? █

████████████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████

21         Q.    So let me -- let me rephrase the

22   question.

23                    ████████████████████████████████

████████████████  how, if at all, have you used the

25   bitcoin blockchain?

1            ███████ - Highly Confidential

2       A.   I did not.

3       Q.   Have you ever run a bitcoin node?

4       A.   I did.

5       Q.   You did run a bitcoin node.

6       A.   Yes.

7       Q.   When did you do that?

8       A.   I started two months ago.

9       Q.   For what purpose?

10      A.   For purpose of further

11  decentralization of the network, to contribute

12  with the small node to further decentralization

13  of the network.

14      Q.   Have you ever run a node on a

15  blockchain system other than bitcoin?

16      A.   No, I did not.

17      Q.   Have you ever run a bitcoin miner?

18      A.   No, I did not.

19      Q.   So the node that you started to run

20  two months ago can participate in validation but

21  does not mine?

22      A.   Yes.

23      Q.   Have you ever submitted a bitcoin

24  improvement proposal?

25      A.   No, I did not.

1               ███████ - Highly Confidential

2         Q.    Have you conducted research projects

3    specifically using the bitcoin network?

4         A.    Currently, we are doing a similar

5    project.   It's not exclusively using bitcoin

6    network, but it's using the bitcoin network.

7         Q.    What project is that?

8         A.    This is the project of anchoring the

9    membership of proof of stake, like blockchains,

10   into bitcoin.

11              Proof-of-stake blockchains have an

12   attack surface when they reconfigure membership.

13   This is actually similar to accept the ledger.

14   And when you change the membership, this is the

15   pain point of these protocols.

16              So if you put concisely the membership

17   of the network into the bitcoin blockchain, you

18   get more security out of the whole system

19   together.

20         Q.    Is that a project you're doing for

21   ███████████?

22         A.    You can say I'm doing it -- I started

23   it in █████ I continued while I'm working with

24   ████████████.   I wouldn't use the word "for."

25   I would say the ████████████ knows, of course,

1          ████████  - Highly Confidential

2    and supports that I'm doing this project, and

3    yes, I would put it this way.

4         Q.   And just -- would it be fair to say

5    that your -- your project involves using a

6    development on the -- hold on.

7              Say it one more time.

8         A.   Yes.

9         Q.   Explain how does -- how does the

10   project relate Ethereum to the -- to the bitcoin

11   network?

12             MR. SYLVESTER:  Objection.

13        A.   Ah, so I didn't say Ethereum.

14        Q.   Okay.  So tell me --

15        A.   I was talking about proof-of-stake

16   family of protocols.  And also, Byzantine full

17   tolerance protocols.  They -- they are very

18   similar, so proof of stake and Byzantine full

19   tolerance protocols, they are -- they are very

20   close to each other.

21             Their pain point is the -- so if you

22   have a static membership -- static membership

23   meaning membership doesn't change -- then you

24   can run Byzantine Full-Tolerant protocols, and

25   that works.  This is like how we understand

1              █████████ - Highly Confidential

2    them, that would work.

3              It would come with a big assumption.

4    It's usually you have a threshold of the number

5    of Byzantine nodes that such a protocol can

6    tolerate.  And that's static, that's fixed in

7    time.

8              So if you start modifying the

9    membership, you are starting playing with the --

10   with the -- essentially which nodes.

11             For example, to give you -- give you

12   an example.  In proof-of-stake protocols, what's

13   dangerous is that current power of the network

14   is relate to the stake of the validators.

15             And we have a snapshot in time in

16   which, you and me, we have the power in the

17   network, but then, we are transferring this

18   stake to others.  But we are keeping the

19   cryptographic keys from this point in time.

20             So basically, once we don't have the

21   stake in the network, we can essentially invent

22   another history that would be valid because we

23   were valid validators at some point, and if we

24   present two alternative histories to the client,

25   the client couldn't tell which one to believe

1            ███████ - Highly Confidential

2     because they're both legitimate.

3            Now, what you -- what the client could

4     say is this one that evolved first, is the right

5     one, but how do you know which one is the first.

6        Q.   So how is your project trying to solve

7     for what you've described?

8        A.   Great question.  Thank you so much.

9            So it would, from time to time, as --

10    for example, this first -- as we are

11    transferring tokens to others.

12            When the system sees that there is a

13    lot of difference between the membership --

14    membership or the stakeholders at certain

15    snapshot of time, and the other, it would go and

16    checkpoint this information of the new members

17    and the new stakeholders to the bitcoin

18    blockchain, which doesn't suffer from this

19    because of the way consensus protocol works in

20    bitcoin.  We can just checkpoint this

21    information into bitcoin.

22            And basically, then, in order to mount

23    the attack that I just described, you would need

24    to mount the attack on bitcoin as well, to forge

25    that network, in order for that work on your

1          ████████  - Highly Confidential

2    network.

3               So you're actually gaining more

4    security from the -- in a proof-of-stake

5    blockchain or Byzantine fault-tolerant protocol

6    from the proof-of-work protocol.  You're getting

7    the security from there.

8          Q.   So your proposal would have

9    proof-of-stake networks rely on bitcoin network

10   for certain aspects of security?

11         A.   Yes.

12         Q.   Okay.  Are you -- is it your view that

13   a BFT protocol works well only if membership is

14   static?

15              MR. SYLVESTER:  Objection.

16         A.   Depends on the definition of the

17   protocol.  So it's much better understood how it

18   works, and the security properties are much more

19   easier to guarantee and prove if the membership

20   is static.

21         Q.   So sit -- so sitting here today, are

22   you saying that BFT protocols will only work

23   well if membership is static?

24         A.   No.

25              MR. SYLVESTER:  Objection.  Misstates

1          ███████ - Highly Confidential

2     his testimony.

3          THE WITNESS:  Yes.

4     Q.   Okay.  So you're not --

5     A.   I'm not saying that.

6     Q.   Okay.  Have you ever run an Ethereum

7     node?

8     A.   I did not.

9     Q.   Have you ever run an Ethereum miner?

10    A.   No, I did not.

11    Q.   Have you ever proposed changes to the

12    Ethereum consensus protocol?

13    A.   I did not.

14    Q.   Have you done any research projects --

15    putting aside the proof-of-stake project that

16    you've just described you're currently working

17    on, have you done any research projects

18    specifically relating to Ethereum?

19    A.   The predecessor of that project was

20    trying to do the same what I described,

21    checkpointing into bitcoin network, checkpoint

22    into Ethereum proof-of-work network, because so

23    long as you have a proof-of-work protocol, you

24    can do this thing.

25          And we had one protocol, one --

```
 1              ██████  - Highly Confidential

 2   basically the predecessor to the work of

 3   checkpoint into bitcoin that I'm describing,

 4   that we did as a -- while I was still in IBM,

 5   actually.  We did -- we checkpoint into Ethereum

 6   assuming Ethereum runs on proof of work.  So

 7   it's important which class of protocol

 8   checkpoints into which.  You cannot

 9   checkpoint --

10        Q.    Right.

11        A.    -- proof of stake into proof of stake

12   that doesn't make sense, but you can checkpoint

13   proof of stake to proof of work.

14        Q.    So have all of your checkpoint

15   research projects involved creating an extra

16   checkpoint on a proof-of-work network?

17        A.    Yes, they did.

18        Q.    Okay.  Outside of your work on this

19   case, have you ever used the XRP Ledger?

20        A.    I did not.

21        Q.    Well, including your work on this

22   case, even during your work on this case, did

23   you use the XRP Ledger?

24        A.    No, I did not.

25        Q.    Why not?
```

1            ████████  - Highly Confidential

2       A.   I didn't.  So while I was analyzing

3   the -- mostly the internals of the consensus

4   protocol, I was inspecting the code, as I

5   mentioned.  And I was expecting -- inspecting

6   the papers which were endorsed by Ripple

7   employees.

8            To -- for me to gain the understanding

9   of how the protocol works, I gained it without

10  running the node.

11      Q.   Okay.  So have you ever run a node on

12  the XRP Ledger?

13      A.   No, I did not.

14      Q.   Have you ever run a validator on the

15  XRP Ledger?

16      A.   No, I did not.

17      Q.   Have you ever proposed changes to

18  Ripple D?

19      A.   No, I did not.

20      Q.   Have you ever conducted research

21  projects relating to the XRP Ledger?

22      A.   Apart from the paper that we

23  discussed, if you call that, that would be a

24  yes.  Or otherwise, no.

25      Q.   And the paper that we discussed,

```
 1          ████████ - Highly Confidential
 2   you're referring to the 2017 --
 3        A.   '17 paper, yes.
 4        Q.   -- paper.
 5             Okay.
 6        A.   Yes.
 7        Q.   Have you -- while at ████ did any of
 8   your work projects involve the XRP Ledger?
 9        A.   No, they did not, apart from -- yeah.
10        Q.   Are you aware that the XRP Ledger
11   contains a decentralized exchange?
12        A.   I think I heard about something that
13   would go along these lines.  I'm very about
14   calling things decentralized, as you may
15   imagine, without looking more deeply into that.
16        Q.   So you -- you don't really know?
17        A.   If you -- if you tell me, Do I know if
18   it runs on decentralized exchange, I say yes,
19   then I might be admitting that it's
20   decentralized, so this is not what I'm doing.
21             So I heard, I have -- I have
22   understanding that some people run something
23   which they call decentralized exchange on the
24   Ripple -- on the XRP Ledger.
25        Q.   Have you ever used it?
```

1          ███████  - Highly Confidential

2       A.   No.

3       Q.   Do you know what the Interledger

4    Protocol is?

5       A.   Not -- no.

6       Q.   Okay.

7            All right.  We're going to mark -- or

8    show you what's been premarked, actually --

9            MR. SYLVESTER:  Louise, we're at about

10       an hour.  Should we take a break before you

11       mark?

12           MS. ZORNBERG:  If -- if Dr. ██████

13       wants to take a break, we can break.

14       Otherwise I want to -- I'd -- I'd push

15       through, but if this a convenient time.

16           THE WITNESS:  Yeah, let's -- let's

17       take a break, yeah.

18           MS. ZORNBERG:  Ten minutes?  How --

19           THE WITNESS:  Ten minutes.

20           THE VIDEOGRAPHER:  The time is

21       9:24 a.m.  We're going off the record.

22           (Recess from 9:24 to 9:39.)

23           THE VIDEOGRAPHER:  It is 9:39 a.m.  We

24       are back on the record.

25       Q.   All right.  Dr. ██████  I'm showing

```
 1                 ███████  - Highly Confidential

 2   you what's been marked as Exhibit ██ 1.

 3                 (Expert Report of ████████████

 4        Ph.D., was marked ██ Exhibit 1 for

 5        identification, as of this date.)

 6        Q.   Is this a copy of your expert report

 7   in this case?

 8                 (Witness reviewing document.)

 9        A.   Yes, it is.

10        Q.   Okay.  And on page 28, is that your

11   signature?

12        A.   Yes, it is.

13        Q.   Does this report contain all of the

14   opinions that you're expressing in this case?

15        A.   This report contains all the -- yes.

16        Q.   I'm asking, because if -- if there are

17   any --

18        A.   Yes, if there -- yeah, so what I wrote

19   in my paper, maybe.  But my report, if there are

20   any additional -- so provided with all the

21   information I got until that date.

22                 If there are new developments, I

23   reserve the right to supplement my report.

24        Q.   Well, are there additional opinions

25   that you're offering in this case that are not
```

1          █████████  - Highly Confidential

2    contained in your report?  As you sit here

3    today.

4         A.   Yes.  If -- as of my -- so in

5    particular, my report is related to a snapshot,

6    as I've explained on the -- on the software.

7              If the software changes, there could

8    be additional opinions.

9         Q.   Okay.  Sitting here today,

10   Dr. ██████  are you -- are there additional

11   opinions, as you sit here today, that you're

12   offering in this case?

13        A.   I know there are other changes, to the

14   software, which might change certain things that

15   I wrote in this report.

16             And they actually happened after the

17   report was submitted.

18             So I know about that.  But I'm not --

19   I'm reserving the right.  So in some cases, it

20   would take me more time to form this depth of

21   the opinion.  So I wouldn't necessarily offer

22   them today.  I -- in some cases, I would require

23   more time to, for example, analyze the software

24   changes in depth, to adapt my report to the new

25   reality, right?  So you always need to -- when

1          ███████     - Highly Confidential

2     you have already decentralized system, you're

3     actually taking a snapshot in time.

4          Q.   What changes in the software for the

5     XRP Ledger have been made since October 4, 2021,

6     that you're referring to?

7          A.   To my understanding and what I checked

8     is that there are two validator list sites

9     instead of one.  So Ripple 1.7.3, there are --

10    there was one validator list site, which was

11    important for the things I wrote in the paper,

12    in the report.  And that was controlled at the

13    URL vl.ripple.com.

14              So there was another one added to the

15    configuration, default configuration filed, plus

16    recently there is update that's called

17    Negative UNL.  That was in the software since

18    2020, but it was not active.  So in a sense, it

19    didn't influence the operation of --

20         Q.   Okay.

21         A.   -- the software.

22              But it was, to my understanding,

23    activated on 23rd of November, so just recently.

24         Q.   All right.  Let's take those two for a

25    minute.  You said that since your report in this

1          ███████ - Highly Confidential

2     case, you've seen that the -- the rippled code

3     now contains two validator list sites.

4              Correct?

5          A.   Yes.

6          Q.   Does that change in the rippled code

7     affect any of the opinions you previously

8     expect -- expressed in your report?

9          A.   We would not go in -- you would need

10    to go in details to see.  There are certain

11    sentences that I say.  For example, I'm pretty

12    sure I say at some point that only -- that the

13    only validator list sites listed in the

14    configuration file is Ripple.  That's obviously

15    need to be amended.

16              In general and on a high level, does

17    it influence -- because in the report, I'm

18    accepting the Troncoso definition that a system

19    is decentralized if no single authority is fully

20    trusted by all.  That change doesn't impact the

21    fact that XRP Ledger, according to that

22    definition, cannot be classified as

23    decentralized.  So it doesn't impact the main

24    finding of the report.

25         Q.   What -- what opinions in your report

1              █████████ - Highly Confidential

2    have changed based on the change in the software

3    listing to validator lists?

4              MR. SYLVESTER:  Objection.

5         A.   I would need to spend more time, so

6    basically, I'm offering at that -- at this

7    moment, I'm offering my opinion on the current

8    report.  I would need more time to -- in

9    details, so I don't want to tell you certain

10   things now online and then not be sure that

11   these are all the implications.  So basically,

12   that -- so if I say it affects Sentence A, I

13   need to just process and be sure that it affects

14   Sentence A; but I also need to be sure that

15   if -- you know, if I don't say it affects

16   Sentence B, that this is actually the case; it

17   may be affecting Sentence B, and I need more

18   time to go through that.

19        Q.   You're not prepared to do that today?

20        A.   I'm not prepared to do that today in

21   details.  I can discuss certain high-level

22   things.  Yes.

23        Q.   At a high level --

24        A.   Yes.

25        Q.   -- how do you think it could affect

1            ██████ - Highly Confidential

2    your opinions in this case that the rippled

3    software lists two validator sites?

4         A.   It will -- just let me refer to my

5    report.

6              (Witness reviewing document.)

7         A.   For example, I see one thing that is

8    not necessarily so.  I see one item that would

9    not need to be done by Ripple anymore.

10        Q.   What are you referring to?  What page?

11        A.   Page 25, item 1.  But this is an

12   example.  I would -- you know, before we go into

13   details, I would just give an example.  So I

14   gave you an example of my opinion that doesn't

15   change, which is the qualification of the

16   XRP Ledger on the Troncoso definition it would

17   remain centralized.  I'm giving you an example

18   of what changes.

19        Q.   Okay.  And --

20        A.   And then for exhaustiveness of this,

21   we would need -- I would need more time to make

22   sure, you know, that this is one that I notice,

23   aha, this would change.  So we can discuss that.

24              Page 25 -- sorry.

25              Page 25 at the top of the page.

1          ███████  - Highly Confidential

2      Q.   Okay.

3      A.   So --

4      Q.   So let's just -- let's just be clear

5  for the record.  Page 25 at the top of the page

6  contains your answer to the question, E2, quote,

7  To what extent have Ripple's efforts been needed

8  to support the proper functioning of the

9  XRP Ledger, closed quote?

10          Right?

11      A.   Yes.

12      Q.   Okay.  So you're saying that the

13  change, you've noticed recently of there being

14  two validator lists in the rippled code, could

15  impact your answer to that question.

16          MR. SYLVESTER:  Objection.

17      A.   Yes.  So it could impact my answer to

18  that question, assuming that the protocol

19  changed.  So in my -- for the specifics of my

20  report, which are discussed and I'm getting --

21  if I fix my opinion to my report, my report

22  sticks -- my opinion with rippled 1.7.3.  So it

23  wouldn't change this.  If you say, Would I

24  change my opinion?  And this refers to 1.7.3,

25  the answer is, no, it wouldn't change.

1           ███████ - Highly Confidential

2           If new elements are presented as of

3    October 4, and this happened after October 4, if

4    I would be in a hypothetical case where I would

5    be assuming the new version of the code and

6    writing this report as of Ripple 1.8.1, this

7    would change.

8           MS. ZORNBERG:  Okay.  Let's show

9       Exhibit 13.

10      Q.   And while we're getting that exhibit,

11   I would like to direct your attention to the

12   bottom of page 20 of your report.

13          In the last -- in the last paragraph,

14   of your report, you reference the validators

15   example text file.  Correct?

16      A.   Sorry.  Can you repeat?  I was --

17      Q.   Yeah.  Page 20 of your report.

18      A.   Yes.

19      Q.   The very -- it's the very last

20   sentence on the page that ends on the top of

21   page 21.  In that part of your report, you

22   reference the validator example .text file.

23   Correct?

24      A.   Yes.

25      Q.   Okay.  So please take a look at what's

1          ███████ - Highly Confidential

2    been marked as Exhibit █ 13.

3              (Document was marked █ Exhibit 13 for

4         identification, as of this date.)

5         A.   Yes.

6         Q.   Do you recognize this document?

7              And I'm basically asking, is this the

8    document -- is this the -- what you've cited, at

9    the very last line of your report, on page 20?

10   The cite.

11        A.   It is not.  So --

12        Q.   Why is it not?

13        A.   So just a second.

14             (Witness reviewing document.)

15        Q.   Dr. ████████ doesn't the -- the actual

16   citation at the last line of your report,

17   page 20, match exactly to --

18        A.   Yes.

19        Q.   -- the GitHub site at the top of

20   Exhibit 13?

21        A.   It does.  I see where the error is.

22   Okay.

23        Q.   Okay.  What is the error that you're

24   seeing?

25        A.   The error is that this is the cite --

1          ███████  - Highly Confidential

2     so the link that I put, so I'm always referring

3     to the code that was in the release, 1.7.3.

4              And this was on the develop branch.

5     So basically, the link that I'm giving, by

6     error, is referring to the development branch,

7     which is not in the release branch.  So you can

8     see by the URL mentioned the develop.

9          Q.   Okay.

10         A.   So the development, yes, in the

11    development branch, the second validator list

12    site was mentioned for a long time, but this

13    doesn't affect the release.

14         Q.   Okay.  So you're saying there's an

15    error in your report in including that citation?

16              MR. SYLVESTER:  Objection.

17         A.   Yes.  So there is -- what I meant here

18    is to refer to the release branch.  And I

19    think -- so not I think.

20              I basically say that in page 19,

21    Item 3, I'm referring to rippled software on its

22    release branch.

23              And then I'm probably by omission

24    giving the -- the development branch, which you

25    can see the URL denoted as develop.

```
 1                 ████████ - Highly Confidential
 2        Q.    If you turn your attention to lines 57
 3    and 58 --
 4        A.    Yes.
 5        Q.    -- of Exhibit 13.
 6              Would you agree that those lines of
 7    code identify one validator list for
 8    vl.ripple.com and one for vl.xrplf.org?
 9        A.    They do.
10        Q.    What do you understand that to mean?
11        A.    So this is -- basically, this was in
12    the development branch but not in the release of
13    1.7.3.
14              This was propagated to the release.
15    This is the change that we discussed after my
16    report which propagated to the release branch of
17    1.8.1, if I'm correct.  This means that a server
18    which periodically refreshes the dUNL, instead
19    of going only to vl.ripple.com and no other site
20    as a release 1.7.3, would now first go to the
21    vl.ripple.com.  And then if this doesn't work,
22    it would go to xrplf.org.
23        Q.    How long was -- did this commit exist
24    in the code?
25              MR. SYLVESTER:  Objection.
```

1 ███████ - Highly Confidential

2     A.   I'm not sure.  If we look at the

3 document that you gave me, it says, Latest

4 commit on May 10.  Need to observe that this is

5 the commit to the development branch.

6     Q.   Okay.  And you -- you considered this

7 before you wrote your report, correct?

8     A.   I saw this before I -- before I wrote

9 my report.

10     Q.   Okay.

11     A.   I was focusing on the release branch

12 as I pointed out on page 19, Item 3.

13     Q.   All right.  Let me just show you

14 briefly, Exhibit 13A.

15          And that would be Exhibit ██ 13A.

16          (History Page was marked ██ Exhibit

17          13A for identification, as of this date.)

18     Q.   I'll represent to you that Exhibit 13A

19 is what -- is the page you get if you click on

20 the link in Exhibit 13, that says, History.

21          So this is the page that shows up as

22 history.

23          Did you ever review Exhibit 13A in

24 your work on this case?

25     A.   This is -- so as you presented it

```
 1                    ███████  - Highly Confidential

 2   here, I did not have this list.  This is mostly

 3   related to the development branch again.

 4        Q.   Okay.

 5        A.   And I focused my findings on the

 6   rippled release Version 1.7.3, as pointed out on

 7   page 19, item 3.

 8        Q.   And the history, in Exhibit 13A, do

 9   you agree it shows that a commit was made on

10   July 27, 2021, to add the XRP Ledger Foundation

11   to the validator list sites?

12        A.   This is the commit, yes, that affected

13   the development branch --

14        Q.   Did you --

15        A.   -- which means at that point -- which

16   means at that point if somebody downloads the

17   releases code, it gets -- it is not affected by

18   this change.

19        Q.   Did you consider this commit at any

20   time before July 27, 2021?

21        A.   If you asked me did I saw that the

22   development branch has two validator sites, it

23   does.  I did.

24             I took a snapshot of the release

25   talking about with one validator list site.
```

1            ██████████ - Highly Confidential

2      Q.   So --

3      A.   Yes.

4      Q.   So Dr. ████████ if you were aware of

5  this code change in development before you wrote

6  your report in this case, why did you not --

7  what -- did you consider it -- did you consider

8  it in writing your report in this case?

9            MR. SYLVESTER:  Objection.

10     A.   I -- well, if -- what I read, I

11 considered, you can say I had it in mind.  So

12 you can say I, you know, considered it in the

13 sense of consideration that we discussed before.

14           When you talk about decentralization

15 of a certain blockchain, you need to fix the

16 code.

17           This is a development branch.  Things

18 can come, go, and back from the development

19 branch.

20           So for that purpose I'm focusing on

21 the release branch.  Now we can -- I mean, so

22 this propagating to if I were writing the report

23 now, I would need to consider this change and

24 include it in my report because now, only now,

25 after I submitted my report, it's in the

1          ███████ - Highly Confidential

2    release.

3        Q.   And what would happen if a validator

4    used this configuration in Exhibit 13, for its

5    Unique Node List?

6        A.   I think we discussed it.  So if this

7    means that it go would to vl.ripple.com and

8    fetch the -- try to fetch the UNL from there, if

9    this doesn't work, it would go to the

10   vl.xrplf.org and try to fetch the UNL from

11   there.

12       Q.   Would the validator recognize the

13   nodes on both lists as trusted?

14       A.   It would -- so from the perspective of

15   the node, it would continue its operation,

16   regardless of where it fetches the UNL from.

17       Q.   So is that yes?

18       A.   Can you repeat the question?

19       Q.   Yeah.  Would a validator using the

20   configuration code in Exhibit 13 recognize the

21   nodes on both UNL lists as trusted?

22       A.   I wouldn't say so trusted -- it would

23   continue operation of the protocol, regardless

24   of the place it fetched the UNL from.

25            Whether they are trusted or not, I

1        ███████     - Highly Confidential

2    mean, if the -- so if the node would trust the

3    UNLs that it gets from the validator list sites,

4    the answer would be yes.

5        Q.   Can a server run the development

6    branch?

7        A.   You can install the development

8    branch, sure, run it in production yes, you can.

9        Q.   Okay.  And is it your understanding

10   that the UNL at Ripple and the XRPL Foundation

11   URLs -- hold on.  Let me rephrase.

12            Do you know one way or another if the

13   UNLs at the Ripple's published UNL and the

14   XRPL Foundation's URL are identical?

15       A.   I do not know for sure.

16       Q.   Okay.  All right.

17            Were there drafts of your final

18   report, prior to this final version in

19   Exhibit 1?

20       A.   There were.

21       Q.   Did you show those drafts to anyone?

22       A.   I showed them to ███████

23       Q.   Do you know who ███████ showed them

24   to?

25       A.   I suspect that they showed them to the

```
 1                    ███████  - Highly Confidential
 2    SEC.
 3         Q.   Who at ████████ reviewed your draft?
 4         A.   ███████████ ███████████ mostly.  At
 5    some point █████ I don't remember last name.
 6    I'm not sure ████ reviewed it, but I don't think
 7    I got any comments from █████
 8         Q.   And did ████ and the others at ████████
 9    aside from ████████, provide comments?
10         A.   Sorry.  Can you repeat?  Did █████
11         Q.   Did anyone at ██████ or the SEC
12    provide comments on your draft report?
13         A.   So --
14              MR. SYLVESTER:  Objection.  With
15         respect to the SEC, any SEC comments, I
16         just instruct you not to get into the
17         substance of any communications between any
18         SEC attorney and yourself.
19         A.   So SEC and ████████ yeah, they
20    provided comments on my draft, yes.
21         Q.   Okay.  You identify two changes, in
22    the software, rippled, since your report was
23    issued, that might change your opinions.
24              The first we've just talked about, the
25    two validator lists.  You also mentioned a
```

1          ███████  - Highly Confidential

2    Negative UNL update.

3          A.   Yes.

4          Q.   What is that?

5          A.   To my understanding, which is -- so

6    that's a substantial protocol change which

7    doesn't affect dUNLs.  So when you reason about

8    decentralization of the system of the dUNL, this

9    Negative UNL doesn't really impact that aspect

10   of centralization.

11              Now, Negative UNL, to my

12   understanding, but I would definitely need time

13   to dive into more details of that, to my

14   mid-level understanding, is that what it does is

15   it takes this dUNL and doesn't treat it as a

16   fixed line, assuming that you get always the

17   same UNL from the validator list site.

18              Now, this not a static configuration,

19   but this can change basically -- now, I'm

20   getting into the territory where I need more

21   time to inspect, but based on how nodes behave

22   on the network, you can exclude them from the

23   UNL.

24        Q.   How might that change in the

25   rippled code affect the opinions you've given in

```
 1                            - Highly Confidential
 2   this case?
 3        A.   For that I would need more time to
 4   opine.
 5        Q.   Sitting here today, you're not
 6   prepared to say one way or another if it affects
 7   your opinions --
 8        A.   I can say it does not impact the main.
 9   So it doesn't make XRP Ledger suddenly pass the
10   Troncoso definition because it doesn't have --
11   so neither of the two changes that I can say
12   make XRP Ledger pass the Troncoso definition
13   because we still need to trust a single
14   authority.  We can go into details why.
15             There might be other parts of the
16   paper.  Notably I would need to understand, you
17   know, does it impact my Appendix B attack or
18   some other point in the paper?  But for that I
19   would not offer any other opinion before I have
20   time to opine on that.
21             It's a very -- it's a substantial
22   change.  It's an interesting one.  It's an
23   interesting one.  But -- and I would actually
24   like to have more time to look at it, but I
25   didn't.
```

1          ███████ - Highly Confidential

2          Q.    Has the SEC given you the

3    assignment -- any assignments beyond the

4    issuance of the report you've already done in

5    this case?

6          A.    No.

7          Q.    So you've not been asked -- sitting

8    here today you've not been asked by the SEC to

9    offer a supplemental opinion?

10         A.    No.

11         Q.    So why don't you tell us, what is your

12   view as to -- going back to the two validator

13   list sites that you've acknowledged are now in

14   the rippled code, why does that not change your

15   opinion that -- that there is still a single

16   trusted -- hold on.  Let me rephrase.

17              You've said that the two validator

18   lists sites do not affect your opinion on how

19   the Troncoso definition applies to the

20   XRP Ledger.  Please explain why.

21         A.    Assume vl.ripple.com is the first

22   validator list site.  Let's assume that it

23   doesn't disappear; it continues publishing the

24   list.  It just serves -- the different list is

25   the attack that I'm describing for the untrusted

1              ███████  - Highly Confidential

2    validator list site.  It just serves a different

3    dUNL -- continues serving different dUNLs to

4    different nodes.

5              It can break safety line as properties

6    of the system, regardless of the adding of the

7    second one.  You can add third and fourth and

8    fifth, and it doesn't really matter.

9              In the way they are added, like one by

10   one, one after the other.

11       Q.   So your view is that it doesn't matter

12   how many UNL validator lists are referenced in

13   the rippled code, no matter what?  Even if there

14   are a hundred, it's still a centralized system?

15       A.   Why?  Because if you default to first,

16   as the software goes and defaults first to

17   first, and that one is working, it can serve

18   different UNL to different nodes, hence by

19   actually invalidating, so making the UNL overlap

20   nonexisting.

21             And as we know from the analysis which

22   I confirmed through my inspection of the code,

23   this overlap is required.  And you would need to

24   trust the first validator site on the list, that

25   it doesn't serve a different UNL.

1            ███████ - Highly Confidential

2            And then if that one doesn't work,

3    you're defaulting to the second one.  You need

4    to trust that one.  So let's assume

5    vl.ripple.com doesn't exist anymore.  Everybody

6    goes to vl.xrplf.org and now everybody needs to

7    trust vl.xrplf.org that it's not -- that it

8    doesn't serve different UNLs for different

9    people.

10            So somehow, what this contributes to

11   the protocol, is it improves in some sense

12   availability if validators list sites are not

13   trying to cheat others.  It would help you that.

14            But it still assumes that validator

15   list sites do not cheat to validator nodes.

16        Q.   What is the basis for your statement,

17   that there's still a default validator list when

18   there's more than one listed in the code?

19        A.   So because the software is defaulting

20   to the first one; and then if it doesn't work,

21   it goes -- it goes to the second one.

22        Q.   What is that based on?

23        A.   Based on my analysis of the protocol.

24        Q.   Is it your understanding that

25   validators will only use the first working

1          ██████       - Highly Confidential

2     listed UNL in the code?

3          A.    While it works.  Yes.  While it

4     replies.

5          Q.    So it's your understanding that if

6     there are two that are listed, that validators

7     will only use the first one and never reach the

8     second one as long as the first is working?

9          A.    This is my understanding of software,

10    yes.

11         Q.    Are you -- are you a hundred percent

12    sure of that?

13              MR. SYLVESTER:   Objection.

14         A.    Yes.

15         Q.    Okay.

16         A.    Let's -- yeah, let's say, because this

17    was not the -- this was not the part of the

18    software I was -- analyzed when I did, I would

19    need more time to give you 100 percent answer.

20    And I'm pretty sure this is the case.

21         Q.    Okay.  So your testimony is that

22    you're pretty sure, but you're not a hundred

23    percent sure.

24         A.    I would need more time because this is

25    a change that affected my report.

1          ██████  - Highly Confidential

2     Q.   Okay.

3     A.   Under this understanding, this is

4  what's happening.

5     Q.   Okay.

6     A.   Let me make sure that this is -- so

7  with additional time, I can make sure that this

8  is -- actually you understand.

9     Q.   To be clear, I'm not requesting that

10  you do anything.

11     A.   Yes.

12     Q.   Although I am requesting that you turn

13  to the curriculum vitae that is contained in

14  your report.

15          And my question is, when did you most

16  recently review your curriculum vitae?

17     A.   I think I reviewed it before

18  submitting it to this -- before sending the

19  report.  So late September, early October.

20     Q.   Okay.

21          MS. ZORNBERG:  Can everybody on Webex

22     please go on mute.

23     Q.   Okay.  So you last reviewed the

24  curriculum vitae in September?

25     A.   Yes.

```
1                ██████  - Highly Confidential

2        Q.    Okay.  Is there anything that

3   should -- that you would want that's new since

4   October 4, 2021, that you would want to add?

5             (Witness reviewing document.)

6        A.    So the first paper on the publication

7   list on page 6 of the appendix that appears, in

8   the meantime -- yeah.  I don't think there are

9   any substantial change.

10       Q.    Okay.  So I just want to briefly

11  review with you your educational background.

12       A.    Yes.

13       Q.    You have a degree in electrical

14  engineering from the ███████████████  in

15  2021.  Yes?

16       A.    Yes.

17       Q.    And you got your Ph.D. in distributed

18  systems in 2008?

19       A.    Yes.

20       Q.    And that was from the ████████

    ████████████████████████████

    ██████████████?  Right?

23       A.    ████████████████████████████

    ████████████  is the school at ██████  ████  is the

25  university, ██████████████████████████
```

1          ████████   - Highly Confidential

2     ████████

3          Q.    Thank you for that clarification.

4                How much of your educational training

5     was in coding?

6                MR. SYLVESTER:  Objection.

7          A.    How would I -- what do you mean?

8          Q.    Well, I'm trying to understand if

9     you -- what is your coding capability?

10               MR. SYLVESTER:  Objection.

11         A.    How do you measure coding capability?

12         Q.    Do you consider yourself a coder?

13         A.    I consider myself a coder, yes.

14         Q.    Yes.  Okay.  Do you consider yourself

15    an expert in computer coding?

16         A.    I -- we would need to define "expert

17    in computer coding."  There are certainly other

18    people who can code better than me.  Yes.

19         Q.    For the development -- have you worked

20    on development projects where you yourself are

21    the coder of those projects?

22         A.    Yes, I did.

23         Q.    Okay.

24               What language do you code in?

25         A.    The last contributions were in Go.

```
 1                  █████  - Highly Confidential
 2   Go.  Go on.  Go.  Go.  Go.
 3        Q.   Can you spell that?
 4        A.   G-O.
 5        Q.   G-O.  Okay.
 6        A.   Yes.
 7        Q.   Thank you.
 8             Besides your undergraduate degree in
 9   electrical engineering and your Ph.D. in
10   distributed systems, have you received any other
11   formal education training?
12        A.   Formal as in a degree?  No.
13             I mean, I went to high school.  You're
14   not probably saying that.  Yes.
15             I went to high school and elementary
16   school, yes.
17        Q.   Yes.  Okay.
18             Do you hold a degree in economics?
19        A.   I do not.
20        Q.   Have you done any formal academic
21   training in economics?
22        A.   I did not.
23        Q.   Do you have an MBA or an equivalent
24   degree in business?
25        A.   I have a micro MBA, which doesn't
```

1          ██████    - Highly Confidential

2    qualify as MBA.  I have a micro MBA from a

3    course that I took while in  ████

4               Is it mentioned?

5        Q.   Is that -- is that reflected in your

6    CV?

7        A.   No.  It's a one-week course.  You can

8    disregard it if you want.

9        Q.   Okay.

10       A.   I was elected the best CEO of that

11   week, but -- yeah.

12       Q.   Okay.  So it was a one-week training

13   class on business.

14       A.   You can put it that way.

15       Q.   Beyond the one-week training class in

16   business at  ████  have you received any formal

17   training in business or business management?

18       A.   I did not.

19       Q.   Have you received any degrees or

20   formal academic training in the areas of

21   innovation and entrepreneurship?

22       A.   Can you repeat it again.  Sorry.

23       Q.   Do you hold a degree in innovation?

24       A.   No.  I mean, innovation as in --

25   what's a degree in innovation.

1         ███████  - Highly Confidential

2         Q.   You know, I'm not --

3         A.   I mean, by getting a Ph.D. and doctor,

4    I innovated something, so I got a degree in

5    innovation.  But I -- it's not called that way.

6         Q.   Okay.  Is it -- is it fair to say that

7    to the extent there are universities that offer

8    degrees in entrepreneurship studies or

9    innovation studies styled in that way, you've

10   not received degrees in those areas?

11        A.   There is a degree in innovation and

12   entrepreneurship.  I did not.

13        Q.   How about environmental science?  Have

14   you received any degree in environmental

15   science?

16        A.   I did not.

17        Q.   Have you taken any academic coursework

18   on environmental science?

19        A.   I did not.

20        Q.   Do you consider yourself an expert in

21   the field of environmental science?

22        A.   I did not.

23        Q.   How about in the field of business?

24   Do you consider yourself an expert in business

25   management?

1               ▮▮▮▮▮ - Highly Confidential

2        A.   I do not.

3        Q.   What is the distributed blockchain

4    system?

5        A.   Distributed blockchain system is a

6    different definition.  It's a distributed

7    system, meaning there's several computers that

8    are contributing that are working towards a

9    common goal, roughly speaking.  The famous

10   definition of the distributed systems, by

11   Tanenbaum that I cite in my report says that

12   distributed systems appear to the end users as a

13   single coherent system.  "Coherent" is a bit

14   vague there.  It depends on the specification of

15   the system.

16           But systems function as -- as one,

17   regardless of the fact that it's executed on

18   different machines, on distributed machines.

19           So that would be a distributed system.

20           Now, the blockchain system is

21   typically a distributed system in which there is

22   a data structure, which reminds of a blockchain.

23   So there is a chain of blocks.  There are --

24   there is certain data contained in the block.

25   And the blocks are linked, usually

1            █████████ - Highly Confidential

2    cryptographically to each other.

3         Q.   Do you consider bitcoin, Ethereum, and

4    the XRP Ledger all to be distributed blockchain

5    systems?

6         A.   I do.

7         Q.   Okay.  And do you consider the terms

8    "blockchain system" and "distributed ledger

9    system" to be interchangeable?

10        A.   We can say that on a high level, yes.

11   It requires definitions of both of the terms.

12   But people, when they say "blockchain" and

13   "distributed ledger," they tend to often mean

14   the same thing.

15        Q.   Okay.  For purposes of today's

16   deposition, if I use the terminology "blockchain

17   system," is it -- can we agree that that will

18   also encompass distributed ledger systems?

19        A.   I think we just said that all three

20   systems, we can classify them in distributed

21   blockchain.  So, yeah, feel free to call them

22   blockchain or distributed ledger.  I would go

23   with it.

24        Q.   Okay.  On the -- still on your CV, at

25   the bottom of page 2, you noted that you were

1          ▮▮▮▮▮ - Highly Confidential

2     the PC co-chair of three peer-reviewed workshops

3     with published proceedings --

4          A.   Yes.

5          Q.   -- in the period 2017 to 2019.

6               What does that mean?

7          A.   Workshops are typically ranked below

8     conferences and journals in academic quality,

9     which is why I don't list workshops on my CV.

10    When you are PC co-chair -- program committee

11    co-chair, which means that you are, either alone

12    or with other co-chairs, selecting which

13    researchers are going to form a program

14    committee.

15              And what the program committee does

16    then is, that it reviews the papers submitted by

17    other researchers.  So like the editor of --

18    you're not the editor but you're organizing

19    other -- you're inviting other researchers to

20    contribute by -- to peer review the submitted

21    papers.

22              So PC co-chair is the person who

23    actually asks and oversee the entire process of

24    the -- of the review process.  It invites other

25    researchers to join the program committee.

1            ██████████ - Highly Confidential

2       Q.    Okay.

3       A.    And this is how it works.

4       Q.    You mentioned a ranking.  Is that --

5  what do you -- what do you mean by that?

6       A.    So, I meant that PC co-chairs, for

7  example, they -- if they are co-chairing, they

8  typically look at the process, inviting people

9  to be program committee -- members of the

10  program committee, and make sure that the

11  reviews are detailed enough that they are

12  timely, rather than reviewing the papers

13  themselves.

14            Sometimes, you know, you're jumping

15  into -- if it's needed that there is an

16  additional review, but this is usually not the

17  part of the -- so it's more the -- it's not the

18  hierarchy, it's more the distribution of roles.

19       Q.    Okay.

20       A.    Yeah.

21       Q.    Within scientific literature, what

22  does it mean for a publication to be peer

23  reviewed?

24       A.    Yes, so what this means, that there

25  were some peers, usually people who sit on the

1            ██████    - Highly Confidential

2    set program committee, who would read the paper,

3    and accept that this is acceptable in the -- so,

4    it should be published.  So basically there is a

5    filter.

6            So program committee, which we

7    discussed, poses a filter and selects, out of

8    submitted papers, a fraction of them.  Depending

9    on the quality of conferences, fraction can be

10   bigger or smaller.

11   Q.   Are peer-reviewed publications

12   considered to be more reliable than those that

13   are not?

14   A.   That's a good question.  So, we will

15   need to see by whom.  There are some very

16   valuable -- normally you would.  In the

17   scientific world, in the academic world, the

18   general answer is yes.

19           This is not the only answer.  Why?

20   Because sometimes the impact is measured, for

21   example, by the number of times people cite your

22   work.

23           There are certain cases where people

24   don't publish their work in a peer-reviewed

25   sense.  So they publish it, you know, as -- so

1                    ███████ - Highly Confidential

2    there is freely accessible and everything, but

3    in the -- they're not peer reviewed.  I don't

4    know.

5              One example that comes to mind is the

6    bitcoin's white paper.  It was never peer

7    reviewed, this was just out there, but you

8    wouldn't say that this is a bad paper and that

9    it has a small impact.

10             You would look at other metrics, for

11   example, like the number of citations, and it

12   would give you what people -- what impact on

13   thinking and, you know, advancement of human

14   knowledge this has.

15        Q.   Okay.

16        A.   So in general, yes.  In practice,

17   it's -- it's a bit more blurry, yeah.

18        Q.   Okay.  When you -- when you said

19   "impact," I want to understand; in your mind,

20   what's the relationship between a paper having

21   impact versus being reliable?

22        A.   Did you define reliable paper?  Which

23   means -- how we define reliable paper?  That all

24   the claims in the paper are...

25        Q.   Well, what do you think of as a

1            ██████  - Highly Confidential

2    reliable paper?

3        A.    So that would be paper that has

4    reproducible results.  That has something that,

5    you know, has -- basically comes with research

6    that can be validated by others --

7        Q.    Okay.

8        A.    -- independently.

9            And this result is reproducible, and

10   so we would call it reliable.

11           There -- there are also -- for

12   example, the difference would be -- between

13   reliable and impactful paper, would be a paper

14   that has a bug, so describes a protocol that has

15   a bug inside, but bug is difficult to discover,

16   it's discovered only years afterwards.  But in

17   the meantime, there is a lot of citations to

18   that paper, so the paper is impactful.

19       Q.    Okay.  Why did you decide to leave ██

20   ████████  to become self employed?

21       A.    I decided -- so I worked in ██ since

22   2015, and I worked on blockchain projects.  So,

23   you know, we can definitely add permission to

24   blockchain projects, to the space of blockchain

25   projects.

```
 1                  ███████  - Highly Confidential

 2            And I worked on that, and in my

 3     classification of -- and methodology, we'll see

 4     a distinction between permissionless and

 5     permission blockchains.

 6            So while working on permission

 7     blockchains, I was one of the coin mentors of

 8     ████████████████.  I'm one of the three

 9     original architects of the flow, how that works.

10            And this was meant to be a blockchain

11     that's used for businesses.  Right?  So, this is

12     just a decentralized -- so this -- this

13     distributed -- some cases, it could be in

14     decentralized -- ledger, which is distributed

15     across multiple companies, and they track

16     certain information.  It's like a distributed

17     database which tolerates certain aspects of

18     faults.  Right?

19             Companies that participate in these

20     blockchains, they're selected either by

21     consortium, they select each other, they kind

22     of -- so this is where the permissionness of it

23     comes.

24             Whereas in permissionless systems,

25     which are open for participations of anyone,
```

1              ███████ - Highly Confidential

2    this is a more open system.  They are more

3    challenging to design.

4              And, I was trying to actually work on

5    that for a long time.  So you see that some of

6    the projects that I mentioned on bitcoin and

7    Ethereum, they were started even while I was

8    working in ████

9              So for a while, I was trying

10   internally to make ████ just a step in the

11   direction of permissionless blockchains, and for

12   different strategical reasons or -- or like

13   orientation if ████ did -- didn't work.

14             And then I just decided to step out to

15   that space and to work in that space because

16   this is what I like working on.

17        Q.   Okay.  So would it be fair to say that

18   one of the reasons, or -- or perhaps part of the

19   motivation for leaving ██████████ was to focus

20   more of your attention on permissionless

21   blockchain?

22        A.   Yes.

23        Q.   And would it be fair to say that most

24   of your work while at ██████████ focused on

25   permissioned blockchain?

1          ████████  - Highly Confidential

2          A.    This is fair to say.  Again, I

3    mentioned two projects in -- you know, one paper

4    that came out while I was in  ████  was actually

5    the link between permission blockchains and

6    Ethereum network, and so there was research not

7    constrained only to permissioned blockchains,

8    but -- you know.

9              So, it was -- definitely the larger

10   fraction of the time and larger percentage of

11   time was oriented to permission blockchains,

12   indeed.

13         Q.    Can a permissioned blockchain be

14   decentralized?

15         A.    It can.

16         Q.    So both permissioned and

17   permissionless blockchains could be

18   decentralized?

19         A.    They can.

20         Q.    Okay.

21              How are you compensated for your work

22   with  ████████████ ?

23         A.    I have -- so basically, I have a

24   monthly -- contract with monthly payment in U.S.

25   dollars.  And I have certain like compensation

1          ███████ - Highly Confidential

2   in ████████ tokens with a big -- so with a

3   vesting period and everything.

4          Q.   Does your compensation with ██████

███████ depend in any way on the success of the

6   project, projects you're working on?

7          A.   In some sense, it would.  Because, you

8   know, you would get the recognition, and you

9   would climb up the certain compensation ladder,

10  or you would be awarded more compensation if you

11  are evaluated as a -- successful.

12          But it's not -- if you asked it's in

13  the contract, it's not in contract.  It's

14  more --

15          Q.   Okay.  Why did you leave academia in

16  2014?

17          A.   Ah, that's a good question.  So, I

18  left academia because of the so-called two-body

19  problem.  In academia, usually my wife is also a

20  researcher.  She has a Ph.D. in ██████████.

21  And normally if you work in academia, one

22  terrible problem that you have as a family is to

23  find two jobs at the same physical geographical

24  location.

25          So we tried to do it when we were in

```
 1              ████████ - Highly Confidential
 2     ████████ My wife was a postdoc in ████████ This
 3     is like a big government -- I mean public
 4     research institution in ████████ But she has a
 5     temporary contract as a postdoc.
 6              I was assistant prof-- well, actually,
 7     it was professor, but it's not, because it's
 8     tenured, which is why I also mentioned tenure.
 9     And we had a position there.  At some point, she
10     needed to -- she was kicked out -- not kicked
11     out, but her contract --
12          Q.  You don't need to -- I don't need to
13     know the details.
14          A.  So, I should jump in, then she got an
15     offer from ████████████████, and I was picking
16     up phone from my, like -- you know, trying to
17     get a position at the same geographical location
18     as her.
19              And I knew people in ████ because I
20     work there as a postdoc before.  I was picking
21     up the phone, saying, Guys, you know, is it okay
22     I come.  We were collaborating for a long time.
23     They were, of course, happy.
24              And I went -- it's is more difficult
25     to become at that time -- you know, I'm not sure
```

1          ████████ - Highly Confidential

2     I could do it now, but I probably have bigger

3     chances than I had at the time.

4               To be a professor at ████████ it's the

5     top thing.  It's comparable to being professor

6     at MIT and Stanford University.  So it's not

7     easy to just go there and be a professor, right?

8     That's why I went to ████████████.

9          Q.   Okay.  How many people work for you

10    now in your current self employment?

11         A.   Myself.

12         Q.   Okay.  Have you ever run a company?

13         A.   I was -- I didn't run a company

14    myself.  So I -- I was -- at some point, █

████████████████████████████████████████████

████████████████████████

17    ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████

21         Q.   Okay.

22               So is it -- you've never run a tech

23    startup?

24         A.   I never run a tech startup yet, no.

25         Q.   Okay.  Do you sit on and boards of any

1              ███████  - Highly Confidential

2    technology companies?

3        A.    No.

4        Q.    Okay.

5              All right.  Let's turn -- turning to

6    another topic.

7              I assume you consider yourself to be

8    part of the scientific community?

9        A.    I do.

10       Q.    What types of professionals, or

11   people, do you consider to be within the

12   scientific community?

13             MR. SYLVESTER:  Objection.

14       A.    I'm not sure I understand the

15   question.  Sorry.

16             Which types of professional is

17   considered part of scientific community.

18             Anybody who follows the scientific --

19   I guess, very broadly, anyone who follows

20   scientific principles, tries to publish papers,

21   you know, following the scientific approach in a

22   repeatable fashion.  We -- we discussed this a

23   bit.

24             Normally to get some -- so this could

25   be people who have formal academic education,

1              ███████ - Highly Confidential

2     like Ph.D.s, master's students, but it doesn't

3     really have to be.

4          Q.    Okay.

5                When did you first read the 2017

6     Troncoso paper?

7          A.    I read it while I was preparing for

8     the -- this deposition.  In details, yes.

9          Q.    Okay.  So, when was that that you

10    first read Troncoso?

11         A.    That must be June and July, yes.

12         Q.    Of -- of 2021?

13         A.    Yes.

14         Q.    How did you come to read the Troncoso

15    paper?

16         A.    I was searching for -- to formalize my

17    intuitive understanding of what decentralized

18    systems mean.  And I was looking through the

19    literature to understand if somebody had done

20    this before.

21                It's easier, much, much easier,

22    much -- in some sense -- well, easier to

23    convince other people, right, if you find the

24    prior art which did it.

25                So I was doing this, and the one of

1           ▮▮▮▮▮▮ - Highly Confidential

2    the papers that stand -- stood out because it

3    systematized 15 years, as the title says, of

4    research and decentralization and privacy, was

5    that paper.

6           Since I know Carmela Troncoso, and

7    George Danezis, so I know them.  So, this was a

8    paper that stood -- ah, these are the people

9    whose opinion I value.  They're very well known

10   researchers in the community.

11        Q.   How do you know Carmela Troncoso?

12        A.   While we were working in ▮▮▮ on COVID

13   passports, she was -- we were proposing a

14   ▮▮▮▮▮▮▮▮▮▮▮ blockchain-based solution for

15   basically how COVID passes work today.  This was

16   one of the ideas I contributed in March last

17   year.

18           And we were developing a blockchain

19   solution, and Carmela Troncoso -- whilst we

20   talked to Swiss government to adopt this

21   solution for their COVID pass, Carmela Troncoso

22   was on the board that reviewed the solution.

23        Q.   Have you discussed this -- your work

24   in this case with Carmela Troncoso?

25        A.   No, I did not.

1          ████████ - Highly Confidential

2      Q.    Okay.  The Troncoso paper, by the way,

3  that we've been referring to, is Reference 21 in

4  your report.  Correct?  On page 30.

5      A.    Yes, it is.

6      Q.    The -- that reference, 21, lists the

7  other authors.  Which of other authors of that

8  paper do you know personally?

9      A.    I spoke to George Danezis.

10     Q.    When did you speak to him?

11     A.    September or -- August or September.

12 This year.

13     Q.    Of 2021?

14     A.    Yes.

15     Q.    What did you discuss with him?

16     A.    Collaboration, because the -- George

17 Danezis is a very well-known researcher in the

18 blockchain space.  He worked for many blockchain

19 projects, including Facebook's -- or Meta's --

20 Libra or Diem project, and I was trying to get

21 him on board that we collaborate on the same

22 projects.

23          Which you could call, these are the

24 projects that I do in the context of ████████

25 ████  but as you see, this is in the whole

1          ███████  - Highly Confidential

2   decentralized computing research space, so we

3   were discussing the possibilities if we

4   collaborate together.

5          Q.   Did you talk to Mr. Danezis about your

6   work on this case?

7          A.   No.

8          Q.   Did you talk to Mr. Danezis about your

9   plans to cite the Troncoso paper?

10          A.   No.

11          Q.   You said earlier this morning that the

12   Troncoso paper itself had a motivation of -- of

13   coming up with a definition of decentralization

14   because there was no consensus at that point.

15   Is that right?

16          MR. SYLVESTER:  Objection.

17          A.   One of the lines in the paper is that

18   the motivation of the paper is that there are

19   different definitions of the decentralization.

20   And this was one of the motiving points for them

21   to, in 2017 or earlier -- you usually do the

22   research a bit earlier than -- than when the

23   paper is published -- that they -- I guess like

24   I'm giving an expert opinion here because fixing

25   this is important for people, and they started

1            ███████  - Highly Confidential

2    looking, like few years ago, including Troncoso.

3    So at that moment we could say that it was not

4    as clear as today what this means.

5         Q.   Is -- today as you sit here, do people

6    in the scientific community use the term,

7    "decentralized," consistently, in discussing

8    distributed systems?

9              MR. SYLVESTER:  Objection.

10        A.   Can you define "consistently"?  Do

11   they use the very same wording?  Probably not.

12   Do they think the same thing?  That's a

13   different thing.  Well, what do you mean by

14   "consistent"?

15        Q.   Well, do you -- do you believe that

16   there is consensus in the scientific community

17   about the proper way to define decentralization

18   in blockchain systems?

19        A.   I think there is a consensus on what

20   is the minimum.  If not explicit/there is

21   certainly -- there is certainly.  To my

22   understanding, there is implicit consensus of

23   what requires the basic or minimum definition or

24   if you want the necessary definition for a

25   system to be considered decentralized.

1          ██████████ - Highly Confidential

2          Q.   What are you referring to there?

3    What -- what is -- what do you think there is

4    consensus about?

5          A.   So the minimal conditions that a

6    the -- that system needs to satisfy in order to

7    potentially be called decentralized.  So, people

8    might differ, right, if this is not satisfied, I

9    don't know if any expert, my colleague, or

10   anyone who would call the system decentralized

11   even if this -- basic definition is not

12   satisfied.

13             Then again, some might put the bar

14   higher.  So even if you pass this basic

15   definition, some people would probably not still

16   call it decentralized because you're not passing

17   the higher bar.  And the bar that we are

18   discussing is the Troncoso definition.

19         Q.   So, based on what you just said,

20   doesn't that mean that people in the scientific

21   community still today have not reached consensus

22   on where to place the bar on decentralization?

23             MR. SYLVESTER:  Objection.

24         A.   It's -- I said, so they can -- there

25   is -- to my understanding, there is a consensus

1                         ███████ - Highly Confidential

2    on the minimal condition.

3        Q.   What is the consensus?

4        A.   So, this is -- the fact, the fact,

5    this is the -- to my understanding, no one would

6    call the system -- no researcher who considers

7    him an expert in the field would call a system

8    decentralized, even if it does not satisfy the

9    Troncoso definition.

10            Let's me put this way.

11       Q.   What is the minimum condition for

12   decentralization that you think there's

13   consensus about?

14       A.   That there is no single authority

15   trusted by all, in the system.  In a distributed

16   system with authorities controlled by different

17   parties, so with components controlled by

18   different authorities or different parties,

19   there must not be the one which is fully trusted

20   by all.

21            I don't know if anyone who would call

22   a system decentralized which does not satisfy

23   this.  Which means, you get a system in which

24   there is a party which is fully trusted by all,

25   and you get an expert who says, This system is

1          ████████ - Highly Confidential

2    still decentralized even though there is a party

3    which is fully trusted by all.

4          This would be negating the Troncoso

5    definition and still -- still calling the system

6    decentralized, I think there is a consensus that

7    this is not case.

8          Q.   Is it your position that the

9    scientific community has reached consensus that

10   Troncoso's definition of decentralization is the

11   correct one?

12         A.   I didn't say that.  So you can phrase

13   what I said in different ways.

14         For example, one of the papers that --

15   for example, Adriaens, Professor Adriaens cited

16   in his rebuttal, it's not citing Troncoso but

17   it's using the same definition, same wording,

18   of -- what I just said, to say whether -- which

19   system is decentralized.

20         It's not even citing Troncoso, but

21   it's using the same wording.  So, you know, if

22   you ask whether, word for word, Troncoso

23   definition is consented upon, that's probably --

24   we can discuss that, but the essence of it is --

25   what's emerging is the -- what emerged as a

```
1              ██████ - Highly Confidential

2     minimal definition of decentralization.

3              So you need to pass the definition in

4     order to be called decentralized.  Some people

5     might call -- still call it centralized, even if

6     you pass the definition.

7         Q.  Dr. ████████ did you speak at the

8     ███████████████████████████████████

      ████████ --

10        A.  I did.

11        Q.  -- ██████████████?

12        A.  I did.

13        Q.  Do you recall -- and there's a --

14    there's a ████████████████████████

      ██████████████████████████████

16        A.  Not of my remarks but of my talk, yes.

17        Q.  Of your talk.

18        A.  Yes.

19        Q.  Do you recall stating, █████████

      █████████████████████, that you had an

21    impression there was no consensus in how to

22    define decentralization, but then you found a

23    nice PETS paper by Carmolo -- Carmela Troncoso

24    and others.

25        A.  I don't recall the -- the exact
```

1            ██████      - Highly Confidential

2    wording, sorry.

3        Q.   Okay.  Let's play it for you.

4            And I think the way we'll do this

5    is -- because of the limitations here, I don't

6    think we can put it on the screen.

7            Can we?  You want to try?

8            MR. FORD:  I could, but it would get

9        rid of the Webex.

10           MS. ZORNBERG:  Okay.  Why don't you

11       just take it over there and show

12       Dr. ██████

13           We're going to -- Exhibit 33 is the

14       clip that we'll show you from your -- from

15       you ██████████████████████████████

    ████████████████████████████

17           (Recording played.)

18       A.   You can stop it.  Thank you.  Very

19    good.  So...

20       Q.   So let me -- let me put the question.

21           Having watched the video clip, do you

22    agree that you said, on ██████████████, I had

23    an impression that there was no consensus in how

24    do you define decentralization.  Then I found a

25    nice PETS paper by Carmela Troncoso and others.

1         ██████████ - Highly Confidential

2    And you go on.

3              Is that accurate?

4         A.   That I say.  I said that, yes.

5         Q.   Okay.  So, did you -- would you agree

6    that, at a minimum, until you found the Carmela

7    Troncoso paper, which you said occurred in June

8    or July of 2021 -- before that time, you had the

9    impression that there was no consensus in how to

10   define decentralization?

11        A.   I was -- that is fair.

12             That is fair --

13        Q.   Okay.

14        A.   -- to say.  Yes.

15        Q.   So, since finding the Troncoso paper

16   in June or July of 2021, what have you done to

17   determine whether others in the scientific

18   community also adopt the Troncoso definition?

19        A.   When I -- basically -- they don't need

20   to adopt it.  Again, we discuss that somebody

21   can put the bar higher.  When you put the bar

22   higher, there are papers who require you, you --

23   a blockchain system to be called decentralized,

24   to work with honest majority -- or something

25   like that -- by allow -- allowing that a

1          ███████ - Highly Confidential

2    minority of parties is considered Byzantine.  So

3    that's higher a bar.

4          So if you're allowing, you agree with

5    me.  So if you have a Troncoso definition, you

6    would have these things.

7          But in order for Troncoso definition

8    to be minimal, and I like that it's very

9    permissive, it's very general, it admits a lot

10   of systems so the not bar is not set high so

11   it's debatable.

12          What I liked is that it puts the bar

13   very low and goes into the essence of trust in a

14   single authority.  So I was -- and actually,

15   that was my understanding.

16          If you ask me if I wrote the report

17   without actually looking -- refreshing like what

18   happened in last four years, this would be my

19   definition.  I would actually not put the bar

20   higher because I don't think this is fair.

21          For example, I mention -- in the rest

22   of the talk, I mention the four-node BFT

23   protocol.  This is a permission system that runs

24   on four nodes and tolerates any malicious party

25   among them.

1              ████████  - Highly Confidential

2              It's a closed system with closed

3    membership, and I was -- I think -- I still

4    think it's fair to call it decentralized.

5         Q.   Okay.

6         A.   Now, when I saw -- when I looked at

7    the Troncoso definition, I was like, Okay.  So,

8    I mean, before I looked at this from the -- from

9    the formal perspective, I thought -- and it was

10   open.

11             When I -- when I -- when I started

12   writing about methodology, one possible outcome

13   was that we still didn't come up to the minimal

14   definition, as a scientific community.  That

15   could be one outcome.

16             So, while I was doing that -- and I

17   didn't write the report, so that was one

18   possible outcome.

19             Now, when I started diving into the

20   literature, I saw that people had been looking

21   into this, and the bar is actually set very low.

22             And -- yeah.  And I couldn't find the

23   definition, I couldn't find any definition which

24   goes against -- that, again, would admit a

25   system is decentralized if it does not satisfy

1          ████████     - Highly Confidential

2     Troncoso definition.

3               So we are talking about a system in

4     which there is single authority which is trusted

5     by all, and you call that thing decentralized.

6          Q.   What alternative definitions of

7     decentralization, besides Troncoso, did you

8     consider when you dove into this subject in the

9     summer of 2021?

10              MR. SYLVESTER:  Objection.

11         A.   So, one of the papers that I cite in

12    my report, which is the paper by Sai and others,

13    it puts the bar high.  So basically discusses

14    decentralized systems, which require an honesty

15    majority.

16              So basically with any honest majority,

17    the system would still be called decentralized,

18    which means that it tolerates dishonest

19    minority.  That puts the bar higher.

20         Q.   Okay.  If fewer than all participants

21    in a system trust only one party, would you

22    degree that's not centralized?

23         A.   I think you are getting something

24    wrong.  At least in my -- from my brain.  Can

25    you repeat, please?

1                       ███████  - Highly Confidential

2        Q.   If fewer than all participants --

3   sorry.

4        A.   Yes.

5        Q.   If fewer than all participants trust

6   any one party, would you agree that's not

7   centralized?

8        A.   If I and all other participants, we

9   trust the same party, would I agree that this is

10  not centralized.

11            No?

12       Q.   Rephrase it.  Rephrase it.

13       A.   I would say -- so the way I understand

14  your system here is, driving, I would say it's

15  centralized and not decentralized.

16       Q.   Before you settled on the Troncoso

17  definition in your report, with whom did you

18  discuss the definition of decentralization?

19            MR. SYLVESTER:  Objection.

20       A.   I was reviewing and discussing with

21  myself.  I'm giving opinions, so I'm consulting

22  the literature and -- yeah.

23       Q.   Okay.  Now, the Troncoso definition

24  refers to decentralized distributed systems

25  having multiple authorities that control

1             ████████ - Highly Confidential

2    different system components.

3         A.    Yes.

4         Q.    Right?

5               Might those multiple authorities

6    provide updates to the system components over

7    time?

8         A.    You mean can they change software on

9    which they're running or --

10        Q.    Yes.

11        A.    They can.

12        Q.    Can they improve the system components

13   over time?

14        A.    They can.

15        Q.    Can the multiple authorities fix bugs

16   in the system over time?

17        A.    It depends on how the system -- if

18   it's an open-source system and depending on the

19   governance of that open-source project, they

20   could.  They -- in some cases, they might not be

21   able to because they don't have the rights.  It

22   depends.

23        Q.    Okay.  Does the fact that multiple

24   authorities can provide updates to the system

25   over time affect whether the system is

1           ███████  - Highly Confidential

2    decentralized?

3        A.    Again, to -- in my report, and the way

4    I think about this systems, you need to fix the

5    software before you call it decentralized or

6    not.

7             What these authorities in your example

8    would be allowed to do is to change their own

9    copy.  If I am running a validator node on

10   blockchain X, I could change my validator, and

11   this is the -- so change and basically put any

12   code that I want to run there.  That I can do,

13   even with the fixed code of others.

14            Then if I'm doing that, I'm trying

15   to -- I'm considered Byzantine because I'm not

16   playing by the set rules.

17            What's important is that that -- at

18   that moment, the system maintains property not

19   with respect to me because I violated the

20   contracts by running the code that's -- that I'm

21   not supposed to run, but I'm not supposed to

22   influence others.

23            So you -- these nodes are usually

24   caused the honest nodes.  Does this answer your

25   question?

1            ██████ - Highly Confidential

2       Q.   Not quite.  But let me -- let me ask

3  it again.

4            We agree that multiple authorities, in

5  certain blockchain systems, can contribute to

6  updates to the system that do get accepted into

7  the protocol over time?

8       A.   We need to fix -- again, we need to

9  fix the software version, and then discuss its

10 decentralization.

11           Once we do that, we need to exclude

12 your case where you propagate updates to others,

13 because we need to -- so we need to take a

14 snapshot.  You can make a decentralized system

15 centralized by code changing.  You can make a

16 centralized system decentralized by code

17 changing.  You have to do both.

18      Q.   You can do both?

19      A.   You can do both.

20           Since we can do both, you need to take

21 a snapshot in time, stop software changes that

22 you propagate to others that others adopt, and

23 basically focus on that particular software, and

24 maybe changes -- if you're a Byzantine node

25 untrusted by others, you are allowed to change

1        ████████ - Highly Confidential

2   the -- your software that you are running

3   however you want.  But that's your software.

4   You are not propagating the changes to others.

5        Q.   Okay.  Troncoso says that all parties

6   must trust one authority --

7        A.   It doesn't say that.

8        Q.   -- for the -- well, I didn't finish

9   the question.

10        A.   I'm sorry.

11        Q.   If a system is set -- in a centralized

12   system, Troncoso says that all parties must

13   trust one authority?

14        A.   This is not -- so there must --

15   negation of the property will say there exist

16   authority which is trusted by all.

17        Q.   One authority trusted by all?

18        A.   At least one.

19        Q.   Okay.  So my question is, if fewer

20   than all parties trust any one authority, does

21   that meet Troncoso's definition of

22   decentralized?

23        A.   No.

24        Q.   Why not?

25        A.   We used it in centralized.  We just

1            █████████  - Highly Confidential

2    negated the Troncoso defi-- the Troncoso says no

3    parties fully trusted by all.  If you have a

4    party which is trusted by all, that negates the

5    definition.

6              Are you -- do you agree?

7        Q.   If fewer than all parties trust --

8        A.   Fewer than all --

9        Q.   -- one --

10       A.   -- fewer than all parties.  Okay.

11       Q.   -- then do you agree that meets the

12   Troncoso definition of decentralization?

13       A.   If --

14       Q.   I'm sorry, did you answer?

15       A.   Yes, yes, yes, I'm thinking.

16             So you could build systems like that.

17   That -- that could -- that could happen, yes.

18   That could be allowed by the -- by the

19   definition, yes.

20       Q.   Okay.

21             All right.  You mentioned the Sai

22   paper.  We've marked it as Exhibit 4.

23             (Sai paper was marked █ Exhibit 4 for

24        identification, as of this date.)

25       Q.   And the Sai paper is a paper you

1        ████████        - Highly Confidential

2    repeatedly recite -- repeatedly cite in your

3    report as Reference Number 17 in your reference

4    list.  Right?

5        A.   Yes.

6        Q.   I'm going to refer to it, Exhibit 17

7    as the Sai paper, or Sai.

8             Are you aware that this is a

9    peer-reviewed -- this paper was published in a

10   peer-reviewed academic journal?

11             MR. SYLVESTER:  Sorry, Lisa, the Sai

12        paper that I'm looking at is marked ██ 4.

13             MS. ZORNBERG:  Oh, thank you for the

14        correction.  It's Reference Number 17 in

15        Dr. ████████ report, but we're marking it

16        here as Exhibit ██ 4.  Thank you.  Thank

17        you.

18        Q.   Okay.

19             Looking at Exhibit 4, Dr. ████████ are

20   you aware that this paper was published in a

21   peer-reviewed academic journal?

22        A.   Yes, I am.

23        Q.   Okay.  And the purpose of the Sai

24   paper was to conduct a systematic review of

25   academic literature that discussed

1          ███████     - Highly Confidential

2    decentralization to --

3          A.    In public block-- blockchain systems.

4          Q.    In public blockchain systems.

5          A.    As the name says, yes.

6          Q.    Okay.  And in the abstract of paper,

7    it references that Sai reviewed 89 research

8    papers published between 2009 and 2019, to

9    arrive at a taxonomy of centralization.

10         MR. SYLVESTER:  And, █████ if you

11         don't recall, take your time to take a look

12         at the paper to answer her question.

13         A.    Yes.

14         I -- at some point, I need to go to

15   the toilet.

16         Q.    Then why don't we take a break now?

17         A.    Is this the right time.

18         Q.    Yeah, it's fine.  It's totally fine.

19         A.    Okay.  Thank you.

20         THE VIDEOGRAPHER:  The time is

21   10:52 a.m.  We're going off the record.

22         (Recess from 10:52 to 11:10.)

23         THE VIDEOGRAPHER:  It is 11:10 a.m.

24   We are back on the record.

25         Q.    Dr. ██████ a little while ago we

1          ███████ - Highly Confidential

2     were speaking about permissioned and

3     permissionless blockchain systems.  What is a

4     permissioned blockchain system?

5          A.    Permissioned blockchain system is, in

6     a nutshell, a system in which you cannot join

7     without permission of some entity.  This can be

8     a centralized entity.  This can be a

9     decentralized entity, like current members in

10    the system could vote to admit another one into

11    the system and so on.

12              As opposed to that in permissionless

13    systems, this permission is not necessary.  So

14    you would just -- if you want to run a validator

15    in a -- in some kind of blockchain effort, you

16    would download the code.  You would join the

17    game, start validating transactions.

18         Q.   You said earlier that a -- a

19    permissioned system can be either centralized or

20    decentralized.  Correct?

21         A.   Yes.

22         Q.   Can you give an example of a

23    decentralized permission system?

24         A.   So we could -- if you have four

25    validator nodes, and they run a consensus

1          ████████ - Highly Confidential

2    protocol and they tolerate any malicious action

3    of any one of them.  So usually -- I mean,

4    depending on the failure thresholds, this number

5    of Byzantine nodes that tolerate is less than

6    one-third of nodes, sometimes one-half of nodes.

7    And usually in the literature, that depends --

8    so this is the best you can do.

9              And that distinction, whether it's one

10   or the other, it depends on network assumptions,

11   how timely is the network, which means if I send

12   a message to you, is it delivered in, like,

13   limited amount of time?  So does every message,

14   for example, take up to two seconds, not more,

15   for me to reach you?  If it takes more and

16   albeit a long time -- we talk about asynchronous

17   network.  So if network is asynchronous or

18   synchronous, these bounds --

19        Q.   If a network?

20        A.   Is asynchronous -- asynchronous or

21   synchronous --

22        Q.   I don't know that word.

23        A.   If it takes unbounded amount of -- so

24   I send -- so my computer is sending --

25              THE COURT REPORTER:  I'm not hearing

1          ████████ - Highly Confidential

2          your words now.

3               THE WITNESS:  Okay.  Sorry.

4               THE COURT REPORTER:  If it takes what?

5          A.   If it takes unbounded amount of time

6     and for -- in the worst case, for my message to

7     reach to you, which means that probably on the

8     network there are some network outages, network

9     partitions, so maybe there are, like, you know,

10    cable under water, cable is broken down and

11    somebody needs to repair it, and I keep trying

12    to reach you and only eventually my message

13    reaches.  And this time period is unbounded.  We

14    are talking about asynchronous network.

15         Q.   Can you sell that word?

16         A.   Asynchronous.

17         Q.   Spell that.

18         A.   A, like letter A, synchronous.

19         Q.   Asynchronous?

20         A.   Yes, asynchronous.  Yes.

21         Q.   Okay.  Thank you.

22         A.   Sorry.  Anyways, so depending on the

23    underlying network assumptions, Byzantine fault

24    tolerance protocol, which can be used in the

25    permission blockchain systems, tolerates less

1          ████████  - Highly Confidential

2    than one-third of the total number of nodes or

3    less than one-half.

4               This can be smaller.  This can be less

5    than one-fifth or so on.

6               But these are usual bounds that

7    appear.  So if I have four nodes, four validator

8    nodes, I could come up with a -- Byzantine

9    Fault-Tolerant protocol that tolerates to

10   certain extent; and there are technical details

11   what the certain extent means, this asynchronous

12   network.

13              And it tolerates any Byzantine

14   behavior of any one of them.  But if two of them

15   misbehave, they could break the safety and

16   liveness properties.

17              So why is this decentralized?  Because

18   we could have four nodes and not any one is

19   trusted by all.  Actually, not any one is able

20   to subvert the key proprietors of the system.

21   Then basically, this would qualify under

22   Troncoso definition as a decentralized network.

23        Q.   Okay.

24        A.   So in that sense, the Troncoso

25   definition sets the bar pretty low.  This is

1          ███████  - Highly Confidential

2    what I mentioned before.

3          Q.   Okay.  So I would like you to take a

4    look at Exhibit 4, which is the Sai paper.

5          A.   Yes.

6          Q.   Does the Sai paper cite to the

7    Troncoso definition of decentralization that you

8    adopted in your report?

9          A.   It does not.  What it does, it

10   provides a stronger definition of

11   decentralization.

12         Q.   Okay.  Is it fair to say that Sai

13   surveyed 89 research papers over a ten-year

14   period, to address the taxonomy of

15   centralization, and it did not cite Troncoso,

16   among those 89 research papers?

17         A.   It is fair to say that they did it,

18   yes.

19         Q.   And in your own published writings

20   before 2021, have you ever cited to the Troncoso

21   paper?

22         A.   I did not.

23         Q.   I want to direct your attention to the

24   abstract on the first page, of the Sai report.

25                   Around midway down, where it -- the

1            ███████ - Highly Confidential

2    Sai paper states, quote, Our study contributes

3    to the existing body of knowledge by

4    highlighting the multiple definitions and

5    measurements of centralization in the

6    literature.

7            Closed quote.

8            Do you see that?

9        A.   Our study contributes to the existing

10   body --

11           Yes.

12       Q.   Okay.  The Sai paper was published in

13   2021 --

14       A.   Uh-huh.

15       Q.   -- right?

16       A.   Yes.

17       Q.   Yes?  And do you agree that Sai, at

18   least, states that the literature includes

19   multiple definitions and measurements of

20   centralization?

21       A.   By highlighting the multiple

22   definitions and measurements of centralizations,

23   yes, he says that in the abstract.

24       Q.   Do you agree that as of when the Sai

25   paper was published, there were multiple

1               ▮▮▮▮▮  - Highly Confidential

2   definitions and measurements of centralization

3   in the scientific literature?

4       A.   Clearly, there are still even after.

5   If you take Sai paper, it proposes a different

6   definition of centralization than Troncoso.  So

7   the answer is yes.

8       Q.   Okay.

9            I would like to direct you to your

10  report to the top of page 5.

11           And the top bullet, you wrote, quote,

12  I adopt the basic definition of a decentralized

13  system as defined by Troncoso, et al.

14           Closed quote.

15           Did I read that correctly?

16      A.   Yes.

17      Q.   Was it your intention in the report to

18  present the Troncoso definition of

19  decentralization as the authoritative definition

20  in the scientific community?

21      A.   I -- my intention was to refer to it

22  as I did, as a basic definition of a

23  decentralized system.

24      Q.   Why --

25      A.   In more mathematical terms, this

1          ████████ - Highly Confidential

2    could -- at some point I call it minimal.  I

3    refer to it as minimal.  And you can think of it

4    as necessary.

5              In mathematical terms, necessary and

6    sufficient is -- it's necessary.  I'm adopting

7    it as a necessary definition.

8        Q.   Why did you describe it as "the basic

9    definition," instead of "a basic definition"?

10       A.   Can we attribute it to my English?

11   But -- English is not my first language.  I

12   normally have issues with -- with these things.

13       Q.   Did you mean to suggest in your report

14   that the Troncoso definition is the only basic

15   definition of a decentralized system?

16       A.   Again, it's -- what I think is that

17   it's necessary.  If you don't -- when I say

18   "basic," what I mean is necessary.  If a system

19   does not satisfy the -- this definition,

20   according to my understanding, my expertise, my

21   understanding of this field, and backed by all

22   the evidence that's written here, including the

23   Troncoso definition, I would say that this, such

24   system could not be qualified as decentralized

25   and, hence, it's centralized.

```
1                    █████████ - Highly Confidential

2        Q.   But would you agree -- would you

3   agree, Dr. ████████ that there are other

4   definitions of decentralized systems that you

5   can find in the scientific literature?

6        A.   You can -- one can find different

7   definitions of decentralization in the

8   scientific literature, none of which, to my

9   understanding, would admit a system is

10  decentralized, if it follows Troncoso

11  definition.  Do you see the -- where I'm going

12  with "basic" and "minimal"?

13       Q.   So your position is that there is no

14  definition in the scientific literature of

15  "decentralization" that doesn't have the

16  Troncoso definition as a basic minimum?

17       A.   To my understanding, there is no

18  definition of decentralization.  And certainly I

19  didn't see any -- and I doubt it exists -- that

20  would admit a system is decentralized if it

21  doesn't satisfy Troncoso definition.

22       Q.   Did you consider the definition of

23  decentralization provided in a 2020 paper by

24  Keke Wu, spelled K-E-K-E, W-U, title "A

25  Coefficient of Variation Method to Measure the
```

1          ▆▆▆▆▆ - Highly Confidential

2    Extents of Decentralization for Bitcoin and

3    Ethereum Networks"?

4          A.   Do you have that paper as a exhibit?

5          Q.   No, not right now.

6               But is that -- are you familiar with

7    that paper?

8          A.   I'm familiar with that paper, yes.

9          Q.   When did you review it?

10         A.   I reviewed it after Adriaens'

11   rebuttal.

12         Q.   Okay.  So I'll just read you one

13   sentence from the paper where it Wu wrote that

14   in blockchain systems, and I'll quote it, quote,

15   Decentralization means that no single individual

16   can destroy transactions in the network, and any

17   transaction request requires the consensus of

18   most participants.

19               Closed quote.

20         A.   Do you have that paper in front of

21   yourself?

22         Q.   I don't have it here right now.

23   But --

24         A.   Okay.  So this is the thing.  This is

25   what Adriaens points out in his rebuttal.

1          ██████████ - Highly Confidential

2    Unfortunately, he skips -- and this is what

3    Adriaens does in his rebuttal.  He takes things

4    out of the context.

5              That very same paper.  Section 2, if

6    I'm recalling like -- don't take my -- because I

7    don't have it in my head.

8              But Section 2, Subsection B, it opens

9    with the definition of "decentralized systems,"

10   which is the same as Troncoso definition.

11       Q.   Okay.

12       A.   We can have -- so -- I mean, I don't

13   have the paper before me.

14             But what it does, it discusses -- so

15   it cites the early work of Baran from 1960s and

16   it points out to Vitalik Buterin's blog post to

17   basically define in the same way -- I'm not

18   saying word for word, but almost the same words

19   because it talks about single authorities fully

20   trusted by all.  As Troncoso does.

21             Adriaens doesn't point --

22       Q.   What are --

23       A.   Adriaens doesn't point that out in his

24   report.  And he skips, so that's not a

25   definition.  So that particular paper to which

1           ███████  - Highly Confidential

2  you are referring to opens the definition of

3  "decentralization" in the decentralization

4  section by having the same wording or almost the

5  same exact wording as Troncoso.

6       Q.   All right.  Let me direct you back to

7  the top of page 5 of your report.

8       A.   Yes.

9       Q.   So in the first bullet which we looked

10 at, you say, I first adopt the basic definition

11 of a decentralized system as defined by

12 Troncoso.

13           And then in the very next bullet, you

14 wrote, quote, I then refined this basic

15 definition.

16           Closed quote.

17           And it goes on.

18      A.   Yes.

19      Q.   Why did you see a need to refine

20 Troncoso's definition of "decentralization"?

21      A.   That's -- that's a good point.  So,

22 for example, Sai paper and multiple other

23 papers, they would try to understand, which

24 system is more centralized and which system is

25 more decentralized.  They most often focus on

 1           ████████ - Highly Confidential

 2    bitcoin and Ethereum more.

 3           So if you look at bitcoin and

 4    Ethereum, the -- the way I treated them in my

 5    report, they would both pass Troncoso

 6    definition.

 7           But still, people would be discussing

 8    which one is more decentralized than the other.

 9           So if you want, with this methodology,

10    there is one definition which sets the bar very

11    low.  And I'm actually surprised, if I may make

12    a comment, that we are discussing this because

13    the aspiration of Ripple consensus, the way it

14    was written, is to be a Byzantine Fault-Tolerant

15    protocol and to actually pass the Troncoso

16    definition easily.  It's just that it doesn't.

17    So I'm surprised that we are questioning --

18        Q.   I'm sorry.  I didn't -- I didn't catch

19    what you said.  To pass the Troncoso test, you

20    said, is easy?

21        A.   It would be if Ripple was actually a--

22    Byzantine Fault-Tolerant protocol that tolerates

23    Byzantine -- Byzantine fault of any component in

24    that system, it would pass Troncoso definition.

25           It's just that it doesn't.  It's

1            ███████  - Highly Confidential

2    marketed as such.  But it basically hides

3    extreme complexity in the dUNL membership

4    series.  So that's -- if you want, when you

5    design these protocols, this is the most

6    challenging part.  And you're hiding it in a --

7    in the -- you're hiding the complexity by having

8    the trusted service that ships the UNL others.

9         Q.   Is it -- is it your position,

10   Dr. ██████  that the XRP Ledger fails to meet

11   the Troncoso test because of the way the dUNL,

12   what you call the dUNL, operates?

13        A.   This is what I point -- this is the

14   main reason.

15             Even with that fixed, there could be

16   other reasons.  Other reasons are pointed in my

17   Appendix B, which are not necessary for my

18   opinion, as I stated my report, because of the

19   main problem is how dUNL operates.

20        Q.   Okay.  Do you consider

21   decentralization to be binary such that a system

22   is either completely decentralized or completely

23   centralized?

24        A.   I -- in my methodology and in this --

25   assuming that we would find a definition that

1            ████████  - Highly Confidential

2    admits a system is decentralized, so this is

3    where Troncoso definition comes.  I think this

4    is the bar which says this is either centralized

5    or some people might call it still centralized

6    or decentralized if you pass that filter of

7    Troncoso, so you are satisfying Troncoso

8    definition.

9            I would call it decentralized -- being

10   very generous, I would call it decentralized in

11   this methodology.  We'd call it decentralized.

12   Then probably you could find other expert who

13   would say, No.  No.  No.  Wait, wait.  Wait.

14   It's not sufficient that it passes Troncoso

15   definition.  Let's still see.  And there are

16   these different aspects of -- that I discuss in

17   my report, and they -- the others discuss.

18       Q.   So why did you feel the need to refine

19   Troncoso's definition of decentralization?

20       A.   This is mostly -- I was asked to opine

21   on bitcoin and Ethereum.  So, you know, if you

22   have bitcoin and Ethereum, you -- there are

23   certain aspects of them that influence, like

24   this one is more decentralized, and this one is

25   less decentralized.  They are decentralized,

1          ████████ - Highly Confidential

2    according to Troncoso definition.

3              And the way the -- not only because of

4    Troncoso definition, because the way current

5    system -- current software operates and current

6    circumstances in the world in which the network

7    operates, they allow them to pass Troncoso

8    definition.

9              Now, it's also when you build a

10   methodology, it's supposed to be able to

11   distinguish different aspects of

12   decentralization.  As they are presented in the

13   literature, you will see that my methodology

14   that I adopt very much looks like different

15   measurements and aspects of centralization that

16   Sai has.

17             To be able to evaluate once you pass

18   Troncoso definition, which system is more

19   decentralized than the other.

20        Q.   So do I understand correctly, you're

21   saying that you view the Troncoso definition as

22   the bare-minimum definition for

23   decentralization; but beyond that,

24   decentralization can move along a continuum?

25        A.   That's a fair way to put it, yes.

1          ██████████ - Highly Confidential

2          Q.   Okay.  And so would you agree

3     decentralization in a blockchain system can

4     change over time?

5          A.   It can certainly change with the

6     change in the software.  We discussed this

7     already.  That's certainly the case.  Yes.

8               It doesn't depending only on changes

9     in software but changes in the whole

10    circumstances of the Newark and et cetera.  It

11    can change in time.

12         Q.   What factors could contribute to a

13    blockchain system becoming more centralized over

14    time?

15         A.   Convergence to -- again, in the -- in

16    the world of Troncoso definition, if this is the

17    minimum bar, you want to stay away from the

18    world in which a single authority needs to be

19    trusted in order for other entities in the

20    systems, other authorities or participants in

21    the system to maintain the desired properties of

22    the system.  Desired properties in my report are

23    referred as safety and liveness and usually in

24    distributed computing.

25         Q.   Okay.

1       ████████████ - Highly Confidential

2               THE COURT REPORTER:  Usually what?

3          A.   Usually in distributed computing.

4          Q.   What factors could contribute to a

5       blockchain system becoming more decentralized

6       over time?

7          A.   So this -- what can contribute is

8       ensuring that there is no such part that

9       controls vital parts of the system.  And you

10      usually do it by -- one way to do it, I --

11      rather than usually.  One way to do it is to let

12      go of power, let go of any specific thing that

13      this entity is doing that others are not.

14      Right?

15         Q.   Uh-huh.

16         A.   So example would be, one of the

17      steps -- I'm not saying if -- if XRP Ledger does

18      it, but one the steps toward such a world would

19      be removing validator list sites completely from

20      the code.  That's an example.  I'm not saying

21      that's sufficient, but that's a step there.

22      Because suddenly, you would go to the world in

23      which no one is really favored over the other,

24      by its own inclusion to DNLs, you're removing

25      that.

1              ███████ - Highly Confidential

2         Q.   In your view, does a blockchain system

3    that includes -- let me rephrase.

4              Is it your position that by including

5    any validator list in the rippled code, that

6    automatically renders the ledger centralized?

7         A.   I didn't say that.

8         Q.   So explain what you're saying.  Can --

9    can the rippled code include any validator list

10   and still be decentralized?

11             MR. SYLVESTER:  Objection.

12        A.   I would need more time to -- you're

13   speculating on -- on possible future.

14             So we are speculating on changes of

15   the code that happened, and I would need to

16   review them carefully.

17        Q.   I'm not -- I'm not sure -- maybe I --

18   I wasn't clear in my question.

19             Even under the version of the code

20   that you reviewed where there's -- I'm asking

21   you, ideologically, do you have a belief that by

22   having any validator list in the rippled code,

23   that mere fact renders the ledger decentralized?

24             MR. SYLVESTER:  Objection.

25        A.   Again, I'm not saying that.  What I

1          ███████████ - Highly Confidential

2     said is, you're asking to -- me to opine on

3     something that I didn't write in my report.

4               Whether -- I believe it is possible --

5     let me put it this way.  I believe it is

6     possible to have similar concepts that are --

7     that the designers of the protocol tried to

8     express but just implemented in a different way,

9     which would yield a decentralized system.

10              Does that help?

11         Q.   Your report does talk about the fact

12    that the rippled code has a validator list in

13    it, a UNL list in it, correct?

14         A.   Yes.

15         Q.   And I thought the central view

16    expressed in your report is that it's the

17    existence of that Ripple-published UNL that, in

18    your view, renders the ledger centralized.

19              MR. SYLVESTER:  Objection.

20         A.   No, it is not.  This is not what I

21    wrote.

22         Q.   So then explain.

23         A.   What is rendered centralized is the

24    ability of a validator list site, of the

25    validator list site as of 1.7.3, to serve

1            █████████ - Highly Confidential

2    different UNLs to different.  So if -- it's --

3    it needs to be trusted not to do what I'm just

4    describing.  If it does serve different UNLs

5    completely -- let's say completely different

6    UNLs, to completely different nodes, what it

7    does, it puts these validators that did get

8    different list out of consensus.  They cannot

9    reach consensus without one another.

10            I mean, they could.  But, like, the

11   chances that they do not are really real.  So

12   this is what this -- so you have this entity.

13   And it's a special entity because it's

14   designated in the code.  The code designates

15   this special entity.

16            It's like, you know, there is a

17   special component in the system that has the

18   power to tell others what a UNL does in Ripple

19   code.  It tells validators, listen to these

20   validators which are on this you list and,

21   basically, try to understand how many of those

22   validators are telling you something.

23            And if all -- not overwhelming, but a

24   large majority of these validators tells you

25   something, then do that.  So now if you have the

1          ███████ - Highly Confidential

2     power of the entity, which can serve this list

3     to validators, that's -- that's a -- that's a

4     large power.  And the way the protocol was

5     designed, it requires trust into this part.

6          Q.   Okay.  In the context of an XRP -- of

7     the XRP Ledger, what is a Unique Node List?

8          A.   The Unique Node List is the -- the

9     list of validators that validate the

10    transaction.  So basically, they communicate

11    with the given validators.  So each validator

12    has locally its own UNL, which is the list of

13    validators, that it considers.  So as it accepts

14    messages from different validators, essentially,

15    it looks only the validators at its own UNL to

16    establish which ledger should be -- a ledger

17    means the block -- XRP Ledger should be added to

18    the blockchain.

19         Q.   What did you do in this case to

20    research your understanding of a Unique Node

21    List?

22         A.   I reviewed the code.  I read the --

23    the Chase MacBrough paper.  I made sure that my

24    understanding of rippled code matches the

25    explanations in Chase MacBrough paper.  And I

1            ██████████ - Highly Confidential

2    looked at critical parts of the code, notably at

3    the quorum sizes, and -- basically how one

4    particular -- how particular parts of -- of the

5    protocol work.  And this is what I did, yes.

6         Q.   Okay.  Let me direct you to page 6 of

7    your report.

8         A.   Uh-huh.

9         Q.   Under number two at the top of the

10   page, you write that Ripple controls the web

11   domain which hosts the service that provides the

12   dUNL to the XRP Ledger participants.

13              Correct?

14        A.   Correct.

15        Q.   What is the dUNL, as you use that term

16   in your report?

17        A.   So the one item before that, so

18   page 6, Item 1, says, Participants required for

19   the proper operation of the system, in brackets,

20   nodes, are curated, under quotation marks, by

21   Ripple for inclusion into a specialist called

22   the dUNL, which is to be understood as default

23   Unique Node List.

24              So dUNL refers to the validators that

25   are included by Ripple in the special list that

1          ████████  - Highly Confidential

2    is published from the validator list site, at

3    vl.ripple.com.

4          Q.   Okay.  Now, on page 6, you write that

5    your -- the statement that Ripple controls the

6    web domain which hosts the service that provides

7    the dUNL to XRP Ledger participants is true as

8    of the latest release of the XRP Ledger software

9    referred to as rippled Version 1.7.3.  Right?

10         A.   Uh-huh.

11              Yes.

12         Q.   But, in fact, that's only true as you

13    note in number 3, For participants who use the

14    unmodified code of rippled Version 1.7.3.

15              Right?

16         A.   Yes.

17              MR. SYLVESTER:  Objection.

18         Q.   You didn't consider any other version

19    of rippled other than Version 1.7.3 in reaching

20    the opinions in your report.  Correct?

21         A.   As we discussed, so there is -- you

22    need to fix the software in order to understand

23    what it does.  So I was fixing the software to

24    default Version Ripple dot -- this 1.7.3.

25         Q.   Okay.

1          ███████████ - Highly Confidential

2          Okay.  Let me also direct you now to

3  the bottom of page 20 of your report.

4          And this is the paragraph just before

5  the bottom where you write that, quote, The

6  software fetches the latest published

7  recommended validator lists from the validator

8  list site at regular intervals.

9          Closed quote.

10         You see that?

11  A.    Yes.

12  Q.    For that statement, you rely on the

13  validator site .h file that's part of rippled?

14  A.    Yes.

15  Q.    Okay.  I'm going to show you now

16  what's marked as ██ 14.

17         (Report Citation was marked ██ Exhibit

18         14 for identification, as of this date.)

19  Q.    Okay.  My question to you is whether

20  you recognize this document.

21         MR. SYLVESTER:  This has several

22         pages, so take your time to take a look at

23         it.

24         (Witness reviewing document.)

25  Q.    Okay.  Dr. ████████ is Exhibit 14

1           ██████████ - Highly Confidential

2    the -- the same thing that you referred to in

3    your report as the citation for the sentence

4    that the software fetches the latest recommended

5    validator list?

6           A.   It appears to be, yes.

7           Q.   What role does the validator site .h

8    file play in the rippled code?

9           A.   So as the comment says, This class

10   manages set of configured remote sites used to

11   fetch the latest published, recommended

12   validator lists.

13          Q.   Where are you reading from?

14          A.   Lines 43 and 44.

15          Q.   Okay.  Can you point to me the -- the

16   line of the code that you're looking at for that

17   portion of your opinion?

18          A.   I'm looking at lines 43 and 44,

19   comments what the validators list -- validator

20   site does.

21          Q.   Okay.  And what role does line 46

22   play?

23          A.   This is a comment.

24          Q.   Also a comment.

25               Let me direct your attention to

1          ██████   - Highly Confidential

2    line 24.

3               That code -- what is -- do you

4    understand what line 24 is?

5          A.   It includes validator list .h into

6    this C file, yes.

7          Q.   Did you review that file, validator

8    list .h, when preparing your report?

9          A.   I do not recall for certain.  I might

10   have.  I might have not.

11         Q.   Okay.  Let me show it to you.  It's

12   marked as Exhibit 15.

13              (Document was marked ██ Exhibit 15 for

14         identification, as of this date.)

15         Q.   And you should, you know, please take

16   a moment to review it and let me know when

17   you're ready.  I'll let you know that the

18   section that I'm going to direct your attention

19   to starts on line 375.

20              (Witness reviewing document.)

21         Q.   Dr. ███████  do you recall reviewing

22   this document in preparing your report?

23         A.   I -- I think I saw this document.

24   Yes.

25         Q.   When role does the ripple -- excuse

1          ████████      - Highly Confidential

2    me.  Let me rephrase.

3               What role does the validator list .h

4    file play in the rippled code?

5         A.   I would need more time to tell you

6    exactly the answer to that question.

7         Q.   Are you sure you've seen this document

8    before today --

9         A.   I'm not sure.

10        Q.   -- Exhibit --

11        A.   I think I did.  I cannot vouch I did.

12        Q.   -- Exhibit 15?

13        A.   Yes.  I cannot vouch I did.

14        Q.   Well, let me direct you specifically

15   to lines 375 and 376.

16        A.   Yes.

17        Q.   And those state, quote, Apply multiple

18   published lists of public keys, then broadcast

19   it to all peers that have not seen it or sent

20   it.

21               Closed quote.

22               Did you review these comment lines in

23   preparing your report?

24               MR. SYLVESTER:  Objection.  Asked and

25          answered.

1               ██████████ - Highly Confidential

2        Q.   You can answer.

3             Dr. ████████

4        A.   I don't -- I don't recall...

5             I don't recall evaluating these --

6    these particular lines of code.

7        Q.   Okay.  So you don't recall looking at

8    the comment lines in 375 and 376.

9             Correct?

10       A.   Yes.

11       Q.   Okay.  So let me direct your attention

12   now to lines 404 through 413.

13       A.   Uh-huh.

14       Q.   Did you review those lines of code in

15   preparing your report?

16            MR. SYLVESTER:  Objection.

17       A.   I stated in my report which lines

18   of -- basically which lines of code I reviewed

19   in my report.

20            So --

21       Q.   Where do you do that?

22       A.   Basically, when I say, According to

23   this line and that line, basically, these are --

24   this is where I do it.

25       Q.   Can you -- my question is, did you

1          ██████████  - Highly Confidential

2     review lines of code 404 through 413 of

3     Exhibit 15, in preparing your report?

4          A.   I do not recall doing that.

5          Q.   Did you -- did you review any part of

6     the rippled code other than the -- than the

7     portions expressly cited in your report?

8          A.   I did.

9          Q.   Okay.  What do lines 404 through 413

10    of the code in Exhibit 15 mean?

11         A.   To give you the full answer to that, I

12    would need to review this in more details.

13         Q.   Do -- take a look at those lines of

14    code.  Do they mean that the node will broadcast

15    its trusted Unique Node List to peers that have

16    not seen or sent it?

17              MR. SYLVESTER:  Objection.  Asked and

18         answered.

19         A.   This particular code -- so this

20    particular signature doesn't say what happens.

21    It's just a signature of a function.  So it

22    doesn't say what happens.

23              It's called in a certain way, but

24    implementation is missing.

25         Q.   I'm sorry.  I didn't follow that

1            ██████    - Highly Confidential

2      answer.

3            A.    The answer is, no, it does not.

4            Q.    Your testimony is it doesn't mean that

5      the node will broadcast its trusted unique

6      node --

7            A.    It has a signature -- it has a

8      signature of the function.  It misses the

9      implementation of the function.

10           Q.    Did you take this code into account in

11     forming your opinions in this case.

12           A.    So this particular signature of the

13     function, I didn't take into account.

14           Q.    Okay.  So backing off from the code,

15     let's assume for a moment that the rippled code,

16     provides for peer-to-peer sharing of UNLs.

17           A.    Uh-huh.

18           Q.    First, do you know if that's true or

19     not?

20           A.    I know that the -- the -- the -- the

21     UNLs are rebroadcasted.  That I know.  So if you

22     call this peer-to-peer sharing of UNLs, this is

23     possible, yes.

24           Q.    Do you discuss that manner of sharing

25     UNLs in your -- anywhere in your report?

1          ██████████ - Highly Confidential

2      A.   I do not.

3      Q.   Why not?

4      A.   It is not relevant to the need that

5   you trust -- need to trust this particular

6   issuer of the UNL.

7      Q.   Why is peer-to-peer sharing with UNLs

8   irrelevant, in your view?

9      A.   So what's the sharing going to

10  achieve?  Is it going to achieve that we agree

11  on the same -- if it combines, even, the UNLs,

12  and sends it to all, there needs to be a

13  consensus protocol there, which make sure that

14  we look at the same view of a UNL.  That's the

15  first thing.

16          The other thing I'm pointing out in my

17  report is that the UNLs need not to contain

18  malicious nodes.  So you need to trust that the

19  UNL is sure even.  If it doesn't serve different

20  UNLs to different nodes, you need to trust it

21  not to include malicious nodes.

22      Q.   Okay.

23      A.   So the trust in the UNL remains.

24  The -- my conclusion doesn't necessarily --

25  doesn't depend on the outcome of what the

1          █████████  - Highly Confidential

2    mixing -- potential mixing of UNL is trying to

3    achieve.

4          Q.   Let me focus back on the same sentence

5    in paragraph -- on page 20, where you cite --

6    you stated that the software fetches the latest

7    published, recommended validator list from the

8    validator list site at regular intervals.

9          A.   Yes.

10         Q.   If the rippled code provides for

11   peer-to-peer sharing of UNLs, would you agree

12   that that's another way that nodes might receive

13   an updated UNL that does not require loading the

14   validator list site?

15              MR. SYLVESTER:  Objection.

16         A.   So the -- the source of the file

17   remains the same.  You can get it directly from

18   the source or not.  It is authenticated by the

19   source, and the source remains the same.  So if

20   you get it from somebody else, you're getting

21   the same information, that this validator list

22   site published.

23         Q.   Okay.  Can you -- I want to know if

24   you're able to answer this question yes or no.

25              Can you answer yes or no:  Would

1          ██████████ - Highly Confidential

2     peer-to-peer sharing be another way that nodes

3     might receive an updated UNL that does not

4     require loading the validator list site?

5          A.   It might be another way to do that.

6     Yes.

7          Q.   Okay.

8          A.   It's a -- yeah.  It's also not very --

9     not necessarily a reliable way, but it's one way

10    to do it, yes.

11         Q.   Okay.  In -- in -- in preparing your

12    report in this case, did you consider the impact

13    of peer-to-peer sharing of UNLs on your

14    opinions?

15              MR. SYLVESTER:  Objection.

16         A.   What I considered in my -- in my

17    report, I presented it.  And yes.  So --

18         Q.   Well, I'm not sure I understand what

19    you're saying yes to.  Earlier you acknowledged

20    that your report does not address peer-to-peer

21    sharing.  Correct?

22         A.   Yes -- well, I was aware that

23    validators, if they download the list, they can

24    forward it to other nodes.

25         Q.   Did you consider the impact of

1          ████████  - Highly Confidential

2     peer-to-peer sharing of UNLs on the opinions

3     that you've included in your report?

4               MR. SYLVESTER:  Objection.

5          A.   I mentioned it, so I was aware that

6     this is happening.  And, again, this -- to my

7     understanding of the system, it doesn't impact

8     my conclusions.

9          Q.   So does the operation of peer-to-peer

10    sharing of UNLs affect your contention that if a

11    corrupted dUNL publisher served totally

12    different UNLs to different validators, that

13    would prevent the correct operation of the

14    XRP Ledger?

15         A.   If it happens, and you have a protocol

16    that exchanges the UNLs among nodes, you will

17    still need to prove that the UNLs exchanged --

18    actually, somehow magically combines into the

19    same UNL.  Because with the -- without

20    sufficient overlap, and there is no point in the

21    code that suggests that.

22         Q.   But that -- you're talking now --

23    you're talking about other conditions that might

24    need to be met.  I'm -- I'm just restricting

25    myself to the -- your opinion that you share on

1          ██████████ - Highly Confidential

2    page 22 that -- where you wrote that if a

3    corrupted dUNL publisher -- a corrupt -- I'm

4    sorry.  Let me make sure you're -- let me direct

5    your attention to page 22 in the middle.

6              Do you see your sentence where you

7    write, quote, As a simple example, a corrupted

8    dUNL publisher may serve totally different UNLs,

9    i.e., 0 percent intersection, to different

10   validators, preventing the corrupt -- the

11   correct operation of the ledger.

12             Do you see that?

13        A.   I see that.

14        Q.   Does the operation of peer-to-peer

15   sharing of UNLs affect that contention?

16        A.   It does not, because the -- still, the

17   publisher can serve different UNLs to different

18   validators without the necessary intersection

19   among the UNLs.  So my sentence would stay as

20   it's written.

21        Q.   Okay.  If the publisher did that,

22   served a corrupted -- hold on.  Restate.

23             If the publisher did that, would

24   peer-to-peer sharing render that action

25   ineffective?

```
1                  ███████ - Highly Confidential

2              MR. SYLVESTER:  Objection.

3        A.   How do you define "ineffective"?

4        Q.   Could the ledger still make forward

5   progress and operate?

6              MR. SYLVESTER:  Objection.

7        A.   Yeah.  To my -- to my best

8   understanding, it would not.

9        Q.   It would not operate.

10       A.   It would -- it would be possible that

11  it -- that it does not operate.  It would not

12  guarantee that the problem is fixed.

13       Q.   Could it still operate?  I'm trying to

14  understand.  Are you saying that, if there's a

15  corrupted dUNL publisher, even if UNLs are

16  shared through peer to peer, that's it; the

17  ledger would stop operating?

18       A.   So when you say "could," even if there

19  is no peer-to-peer sharing, even if there is --

20  Byzantine dUNL publisher serving lists to

21  different nodes, completely different validator

22  lists, and they operate on validator lists,

23  there is a possibility that the ledger continues

24  even though.  So basically this is where you

25  agree on the same -- on the -- on the -- on the
```

1          ███████  - Highly Confidential

2    same information.

3          Q.   Okay.  So it's still -- there is still

4    a possibility, that the ledger could continue to

5    function.

6              MR. SYLVESTER:  Objection.

7          A.   There is always possibility that it

8    would.  There is possibility that it wouldn't.

9          Q.   Okay.  So if there's a corrupted dUNL

10   publisher, your position is that it's possible

11   the ledger could continue to function, or it's

12   possible that it wouldn't?

13         A.   It's probable that it wouldn't.

14         Q.   You're not saying that for a hundred

15   percent, correct?

16         A.   I'm not saying --

17              MR. SYLVESTER:  Objection.

18         A.   To my understanding of the -- of the

19   opinion, I would need more time to understand

20   it.

21         Q.   Okay.

22         A.   Is it 100 percent that it stops, or is

23   it just probable that it stops.

24         Q.   Why would you need more time?  Why did

25   your work on the case to date not sufficiently

1           ███████  - Highly Confidential

2     allow you to answer that question with a

3     definitive answer yes or no?

4           MR. SYLVESTER:  Objection.

5       A.   I did this work three months ago.  So

6     I spent the time I spent.  It's a complex system

7     which has different properties to it.  And I

8     don't necessarily recall all what I learned then

9     about the system.  Unfortunately, my

10    understanding of the system today is not at

11    the -- as detailed level as I understood then.

12    That would be the best answer I could give.

13      Q.   Okay.  All right.  Turning to a

14    different subject.

15           Is it -- I think we've talked about

16    this, but I just want to make sure.  Is it

17    possible, in your view, that a blockchain system

18    could start out as centralized and become

19    decentralized over time, with changes?

20      A.   I believe this is possible.

21      Q.   Are you aware of any accepted

22    scientific tests for determining the moment in

23    time when a blockchain system goes from

24    centralized to decentralized?

25           MR. SYLVESTER:  Objection.

1        ▮▮▮▮▮▮ - Highly Confidential

2        A.   If we adopt the approach that I'm

3    suggesting, with my approach, so basically that

4    in each point of time when software changes and

5    the circumstances changes, you validate a

6    system.  Then if you applied this fine

7    granularity, you could come to the point where

8    it happens.  It could go back and forth

9    probably.  It could be decentralized and

10   centralized again and so on.

11       Q.   But my question is if you're aware --

12   I understand we'll talk about your methodology

13   that you've proposed here.  But are you aware of

14   any generally accepted scientific test for

15   determining that moment in time when a

16   blockchain system goes from centralized to

17   decentralized or decentralized to centralized?

18       A.   So many in the bitcoin and material

19   world, many papers talk about, for example,

20   centralization in the mining pools.  So that's a

21   fairly subjective -- subjective -- maybe

22   debatable assumption, because it's -- it

23   assumes, so that assumption assumes that the

24   mining pool operator controls all the nodes in

25   the mining pool.

1          ███████████ - Highly Confidential

2          And then -- so some authors analyze

3    the mining power concentration in bitcoin and

4    Ethereum.  And they would say this many mining

5    pools, if they come together and combine their

6    hash power, they would go over 51 percent.

7          And at that point, I saw some

8    basically -- you know, I'm pretty -- I'm aware

9    that there is some analysis, at which points

10   this number shrinks, for example, from four

11   mining pools to three mining pools to five

12   mining pools and maybe to one mining pool.  And

13   at that point of time, blockchain system could

14   be so.

15          There is a reason to call it

16   centralized, because there is still not --

17   again, coming back to our probability versus

18   possibility, it's possible.  But let's say if

19   it's possible that the violation happens, if

20   you're conservative, you would assume that it

21   could actually happen.

22        Q.   Okay.  You were just talking about

23   concentration in mining pools, correct?

24        A.   Yes.

25        Q.   Would you agree that's one aspect of a

1          ███████ - Highly Confidential

2    decentralized system?

3              Or let me -- that's one -- one aspect

4    to consider, of whether a blockchain system is

5    decentralized?

6         A.   The consensus protocol is the most

7    important one.  So in the Sai paper that you --

8    that you submitted as Exhibit █ 4, Sai actually

9    for the different aspects of decentralization,

10   they perform the interview with the experts.

11   Like, do you believe -- asking them, Okay, we

12   have these different aspects of

13   decentralization, and do you believe this is

14   relevant or not.

15             So if you look at --

16        Q.   I'm going to -- I'm going to --

17        A.   Yes.

18        Q.   I don't think you're answering my

19   question, so I want to rephrase it.  And I want

20   to try to ask you to focus on the questions that

21   I'm asking.

22        A.   Uh-huh.

23        Q.   So, first of all, one question I

24   asked, was, are you aware of any scientific test

25   for determining the moment in time when a

1          ███████ - Highly Confidential

2    blockchain system goes from centralized to

3    decentralized?

4               MR. SYLVESTER:  Objection.

5          A.   I believe I described you such a

6    moment.  It's the moment -- for example, in the

7    case of proof-of-work mining pools, it's the

8    moment where the one mining pool goes beyond

9    51 percent of power.  I tried this convey this

10   is one possible test.  So I'm aware of such a

11   scientific, accepted test that you can verify.

12        Q.   So in the comparison you just gave

13   with a 51 percent attack, isn't that example of

14   a system going from centralized to -- from

15   decentralized to centralized?

16        A.   It's the same the other way around.

17   If you go from -- if you had a snapshot in time

18   where one -- one mining pool controlled

19   51 percent of power and you go to the world

20   where two mining pools actually have it or more,

21   you would go from centralization to

22   decentralization.

23        Q.   Outside of proof-of-work consensus

24   protocols, are you aware of any accepted test

25   for determining the moment when a blockchain

1           ███████████  - Highly Confidential

2  system goes from centralized to decentralized?

3       A.   I would say this is the moment where a

4  system passes Troncoso test.

5       Q.   And is the Troncoso test the accepted

6  scientific test?

7       A.   I would say, if we -- so we argue --

8  we discussed this for one hour before.  So we

9  discuss the minimality of the Troncoso

10 definition.

11           And, what do you mean by "accepted"?

12 So accepted by whom?

13      Q.   Well, as of October 6, 2021, you --

14 you spoke about there being no consensus until

15 you saw the Troncoso test.

16      A.   I'm speaking --

17           MR. SYLVESTER:  Objection.

18      A.   I'm speaking about past.

19      Q.   Okay.  Do you think that the whole

20 scientific community has accepted the Troncoso

21 test as the accepted test for determining the

22 moment when a blockchain system is

23 decentralized?

24      A.   I will repeat again what I said

25 before.  So, I'm not aware of any definition of

1            ██████ - Highly Confidential

2  decentralization that would go against Troncoso

3  definition and that would still call the system

4  decentralized.

5            If you ask me that question, I can

6  only repeat what I said before, is that I think

7  there is a consensus on this minimal and

8  necessary definition.

9       Q.   Okay.

10            All right.  I'm going to show you

11  another exhibit, Exhibit 5.

12            (Position paper ████████████████

   ██████████████████████████ was marked ██

14       Exhibit 5 for identification, as of this

15       date.)

16       Q.   Do you recognize this document?

17       A.   I do.

18       Q.   What is it?

19       A.   This is my invited paper ████████

   ████████████████████████████ peer

21  reviewed by ██████████████████████████

   ██████████████████████, editor of the

23  ████████████████████████████████

   ██████████████████████████████

   ██████████████████████, journal to which this paper

1          ██████████ - Highly Confidential

2     was invited.

3               My invitation was done by

4     ██████████████████████, who is another editor

5     of the journal.  They invited me to give my

6     opinion on decentralized computing as an expert

7     in the field.

8          Q.   Okay.  Now, is Exhibit 5 what -- the

9     same article that you cite to in your references

10    in your report as Reference Number 22?

11         A.   Yes, it is.

12              I believe it is, so I should look at

13    all pages, but it appears to be, yes.

14         Q.   At the time that you issued your

15    report in this case on October 4, 2021, had this

16    paper, Exhibit 5, been published yet?

17         A.   It was accepted by the -- by the

18    reviewers, which are the editors of the -- of

19    the journal, which is why I cite it as -- under

20    the name of ██████████████████████████████

      ████████████████████████████████.  So at that

22    very moment it was peer reviewed, and it was

23    pending publication; it was in the process of

24    publication.

25              And I made it available on my website

1            ███████  - Highly Confidential

2    as a preprint, which we usually do when -- when

3    we have this like small window between

4    acceptance and publication, this is what we do.

5         Q.   Okay.  I'm going to refer to

6    Exhibit 5, using your term, position paper.  I'm

7    going to refer to it as your position paper.

8         A.   Uh-huh.

9         Q.   Is it -- is it your understanding that

10   the ████████████ is an academic journal?

11        A.   Yes, it is.

12        Q.   Okay.  Is it -- does it represent

13   itself, as a peer-reviewed publication?

14        A.   This is a peer-reviewed publication.

15   There are contributed publications -- I believe

16   there are contributed publications which are not

17   peer-reviewed.  And this one is.

18        Q.   When you're saying "this one is," you

19   mean your article was peer-reviewed?

20        A.   My article is, yes.

21        Q.   And specifically it was peer-reviewed

22   by ████████████?

23        A.   Professor ██████████, alumnus of ███

24   and professor at ████████████████████

     ████████████████

1                ██████ - Highly Confidential

2          Q.   Did anyone besides ██████████ peer

3     review this paper?

4          A.   So I know it was read, although no

5     particular feedback was provided, except as

6     high-level comments by ████████████, another

7     editor, Professor ██████████████████████

██████████████████████, who is another editor of

9     the journal.

10         Q.   Okay.  Were you the only author of

11    your position paper?

12         A.   I am.

13         Q.   So, when your position paper uses the

14    term "we," is that a writing convention, the

15    royal we, and you're really referring to I,

16    meaning yourself?

17         A.   Yes, this is -- this is normal, and it

18    basically downplays your ego, and that's an

19    accepted approach in scientific writing.  You

20    don't want to bother the reviewer by saying I,

21    I, I, I, and it feels better that -- at least

22    the way I was educated as a scientist, to write

23    we.  That's a common -- commonplace.

24         Q.   Okay.  Let me direct your attention to

25    page ██ of Exhibit 5.

```
 1                ███████  - Highly Confidential

 2                In the abstract --

 3        A.   Yes.

 4        Q.   -- at the top.

 5                Do you see in the second paragraph,

 6     you wrote, quote, ████████████████

███████████████████████████████████████████████

████████████████████████████.

 9        A.   I do.

10        Q.   Okay.

11                So, as of ███████████, were you

12     acknowledging in this position paper that there

13     are existing definitions, plural, for

14     decentralized systems?

15                MR. SYLVESTER:  Objection.

16        A.   I do not.

17        Q.   What did you mean by ████████████

████████████████████?

19        A.   So, we start by releasing the

20     definition of decentralized systems, briefly

21     surveying the literature on taxonomy and

22     different facets --

23        Q.   Really, you may have to slow down for

24     the court reporter.

25                THE COURT REPORTER:  I would
```

```
1              ████████  - Highly Confidential

2        appreciate that.  Yes.

3              THE WITNESS:  Sorry.

4        A.   Second paragraph, page ████  ██████
```

17        Q.   So, are you saying that when you

18   wrote, ████████████████████████████, you

19   didn't mean existing definitions of

20   decentralized systems?

21        A.   Concretely including this complements

22   the definition -- the distinction between

23   permissionless and permission systems.

24              As we discussed today, I believe, and

25   the methodology that I adopt supports, that both

```
 1              █████████  - Highly Confidential

 2   permission and permissionless system can be

 3   decentralized.

 4              So what this particular inclusiveness

 5   does, it -- you know, what I say in the paper

 6   is -- and also in the report -- are

 7   permissionless system truly permissionless?  Or

 8   they basically allow certain players to join the

 9   game in a special role?  Or are -- they are

10   permissionless in the sense they don't

11   require -- basically they give equal

12   opportunities, which is the same term, the --

13   the -- the term that I use for inclusiveness.

14        Q.   Okay.

15        A.   And in which case they would be called

16   truly permissionless.

17        Q.   So --

18        A.   So that's my attempt and contribution

19   to the -- contribution to discern -- for

20   example, it's very important if you discern

21   proof-of-stake and proof-of-work systems.

22              It's applicable -- this -- this report

23   doesn't write about XRP Ledger, but, for

24   example, if you have a system such as XRP Ledger

25   in which certain nodes are preferred, for
```

1           ████████  - Highly Confidential

2    example, by their inclusion into the UNL,

3    they're more preferred than others, it allows

4    you to discern these categories.

5           Q.   So, is inclusiveness about the degree

6    of permission rather than about the degree of

7    centralization?

8           A.   I can give you the definition of

9    inclusiveness.

10              Shall I read it out for you or --

11          Q.   No.  Just tell me the page number

12   you're referring to.

13          A.   ████

14          Q.   Okay.  We can come back to that later.

15   I want to first direct you to page ████

16          A.   Uh-huh.

17          Q.   In the first full paragraph, at the

18   top.  You refer to, quote, ████████████████████

     ████████████████████, close quote.

20              What did you mean by that?

21          A.   I meant -- let me just -- let me read

22   it.  Sorry.

23              (Witness reviewing document.)

24              Where -- which line do you have that?

25          Q.   It's the first full paragraph on the

Page 184

1          ███████  - Highly Confidential

2    top of page ████  And you write at the -- in the

3    last sentence, quote, █████████████████████

████████████████  -- I'm sorry, the -- right before

5    that.

6               You write, █████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████

10          Do you see that?

11     A.    Yes.

12     Q.    What did you mean by ████████████████

████████████████████████████████?

14     A.    So these are the -- this is what is

15    explained in the following sentence.  So, the

16    following sentence is actually describing in

17    more details what the sentence that you read out

18    does.  So, I can read it out, we can discuss it.

19               ████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████

23               So, flavors should be related to

24    definition of Troncoso and different facets.

25     Q.    Okay.

```
 1                 ███████  - Highly Confidential

 2             All right.  Let's turn to page ███  at

 3    the bottom, where your ██████████ position

 4    paper proposes ████████████████████████████

      ████████████ of inclusiveness, and argues that

 6    inclusiveness should be added as a key property

 7    of decentralized systems.

 8             MR. SYLVESTER:  Can -- can you point

 9       us to ████████████████  please?

10             MS. ZORNBERG:  It's on page ████

11       actually.  The use of that language.

12             At the -- the paragraph at the -- in

13       the middle of the -- the paragraph at the

14       top, you wrote, ████████████████████████

   ████████████████████████████████

   ██████████████████████████████████████████████

   ██████████████████████████████████████████████

   █████████████████████████████

19             Do you see that?

20       A.   I see that.

21       Q.   Okay.  So do you agree that your █████

22    position paper ████████████████████████████████

   ████████████████████████

24       A.   I agree.

25       Q.   Were you the first to make that
```

1          ▆▆▆▆▆▆  - Highly Confidential

2   proposal?

3        A.   I was.

4             I am.

5        Q.   Okay.  And you felt that you were

6   making a contribution to the scientific

7   community by -- by making that proposal --

8        A.   I do.

9        Q.   -- correct?

10        A.   I still do.  I did, and I do.

11        Q.   Okay.

12             And you provide a -- a definition of

13   inclusiveness on page ▆▆ and you provide a

14   definition of equal opportunities, which is part

15   of your definition of inclusiveness, at the

16   ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

17             Right?

18        A.   Yes.

19             MR. SYLVESTER:  Take your time if you

20        need a second to read it.

21        A.   So Definition 2, inclusiveness, says

22   that basically it's -- you can consider it

23   renaming.  So the system is inclusing if and

24   only if it satisfies equal opportunities, and

25   equal opportunities is then defined in

1                    ███████  - Highly Confidential

2    Definition 1.

3        Q.    Okay.  Can a -- can a system be

4    decentralized but not inclusive?

5        A.    It could.  According to Troncoso

6    definition, it could, and we discuss.  So

7    permission systems, we already admitted in the

8    earlier part of this deposition that permission

9    systems can be decentralized.

10              And clearly, if you -- if you read

11   this, you will see that permission systems are

12   not inclusive, which answers your question.

13              So it's not a necessary requirement.

14       Q.    It's not -- inclusiveness is not a

15   necessary requirement for --

16       A.    It's --

17       Q.    -- decentralization --

18       A.    According to --

19              MR. SYLVESTER:  Let her finish the

20       question, please.

21              THE WITNESS:  Sorry.  Sorry.

22       Q.    So just to rephrase, so do I

23   understand you to be saying that inclusiveness

24   is not a necessary requirement to

25   decentralization; rather, a decentralized system

1          ███████ - Highly Confidential

2     can be inclusive or not inclusive?

3          A.   You got it right.

4          Q.   Okay.

5               That will -- that's at least one

6     thing.  At least one thing.

7          A.   No, you got many things right.

8          Q.   Okay.

9               So, let's focus on your definition of

10    equal opportunities, at the bottom of ██████,

11    ███████.  Did you come up with that

12    definition?

13         A.   I did.

14         Q.   Okay.  And is that also a new

15    definition that you put out into the scientific

16    community?

17         A.   As you see --

18              MR. SYLVESTER:  Objection.

19              Go ahead.

20         A.   As you see, we already discussed this,

21    and yes, this is one of the -- in the abstract,

22    I even say we complement.  In abstract, you

23    typically say what you did in the paper, and I'm

24    proposing inclusing this, and I'm arguing it's a

25    critical facet, so that's a new contribution

1              ████████  - Highly Confidential

2     to -- that's a new contribution, you -- you are

3     right, yes.

4          Q.   Okay.  To date, do you know whether

5     your definition of equal opportunities has been

6     adopted by the scientific community?

7          A.   We need to define "adopted."  I will

8     say, you know, adoption in a sense that people

9     cite this work, and it has been a month or two.

10    So I gave a few talks about it, so I talk about

11    this, in the video that you -- that you played,

12    during ████████

13              I gave already two invited lectures on

14    the topic.  So, at the red chain workshop which

15    is organized by the ████████████████

████████, I was invited to give a talk where I

17    presented the concept.

18              And, let's say, so I -- it's not

19    adopted yet but, you know, these things takes

20    time.  So nobody opposed it, nobody says, This

21    is nonsense or anything.  So far so good.

22         Q.   To your knowledge?

23         A.   Yes, to -- nobody told -- well, nobody

24    told me, yes, so if there is -- yeah, let's

25    speak in the open so...

 1            ████████  - Highly Confidential

 2            And then the next lecture where I

 3    mentioned it is the -- I gave the lecture just

 4    this Monday on ██████████████    so my alma

 5    mater, basically, where I did Ph.D., I was

 6    invited to give a lecture on decentralized

 7    computing, and there, I mention to the students

 8    this definition.

 9        Q.    Okay.  Have you checked Google Scholar

10    to see whether your position paper has received

11    any citations to date?

12        A.    I checked maybe last week.  And in

13    this one month or so, it didn't yet.

14            To my knowledge.

15        Q.    Okay.

16            I'll represent we checked this morning

17    and saw no -- no listed citations to your

18    position paper.

19        A.    It takes time.

20        Q.    It takes time?

21        A.    If you may add, may I add something?

22    Or not?

23        Q.    If it's -- if it's brief, sure.

24        A.    Troncoso paper has like more citations

25    than -- than others that came up into this --

1              ███████  - Highly Confidential

2   so, you know, if you're measuring this -- if

3   you're measuring the impact of the paper, for

4   example, it's not a fair measure because Sai

5   paper came in 2021 and Troncoso in 2017, but

6   there is a considerable -- considerably more

7   citations for Troncoso paper than other papers

8   we mentioned today.

9        Q.   Okay.  When did you draft your

10  position paper, Exhibit 5, in relation to your

11  work on this case?

12       A.   So --

13            MR. SYLVESTER:  Objection.  Go ahead.

14       A.   Yes.  So, I need to recall precisely.

15  The concepts -- for example, the concept of

16  inclusiveness, I got before I was contacted with

17  ███████  I'm not sure I called it my head

18  inclusiveness.

19            But this distinction about specialized

20  players in the system, for example, let's --

21  let's not bash XRP Ledger too much.  Let's talk

22  about proof of stake and proof of work.

23            So this distinction between the two

24  that was trying to capture the essence of

25  inclusiveness, that -- that was born early this

```
 1              ████████  - Highly Confidential

 2  year.  So before --

 3       Q.   Early 2021 --

 4       A.   Early 2021.

 5       Q.   -- you started thinking about

 6  inclusiveness?

 7       A.   Yes.  I -- I started to -- I was

 8  trying -- for example, in proof-of-stake and

 9  proof-of-work comparison, I was trying to

10  capture in my head, what's the difference.  They

11  appear permissionless to -- to anyone, but there

12  is a difference, and it's not in these attacks.

13           So in the first hour of my deposition

14  I talked about attacks and proof of stake and

15  how you checkpoint in proof of work.  So it's

16  not about that.  So here is more fundamental

17  distinction.

18           So that was born before -- that was

19  born before I was invited to write this position

20  paper and before I was contacted by ████████

21           The writing that you asked me --

22       Q.   Would you --

23       A.   Yeah.

24       Q.   I'm sorry, were you finished with your

25  answer?
```

```
 1              ███████  - Highly Confidential

 2        A.    Yeah, I am.

 3        Q.    Okay.  Would you agree that there's --

 4    there's overlapping content between material in

 5    your report in this case and the material in

 6    your position paper?

 7        A.    I do.

 8        Q.    Okay.  What about the -- the

 9    four aspects of a decentralized system in your

10    report, in this case; you also cite to the same

11    aspects in your position paper, correct?

12        A.    Yes, I do.

13        Q.    Okay.  So which did you -- which did

14    you -- did -- did you devise that methodology

15    first for your work on this case, and then

16    incorporate it into your paper, or did you

17    devise it for the paper and then use it in this

18    case?

19        A.    So --

20              MR. SYLVESTER:  Objection.

21              Go ahead.

22        A.    Yes.  So, I don't recall

23    necessarily -- so -- I would say I was

24    interested in defining decentralization.  I was

25    invited to write this position paper before I
```

1            █████████ - Highly Confidential

2    started working on this case.

3            So the invitation came in --

4    definitely in the first -- before May this year,

5    maybe a bit earlier.

6            I think it's -- it's earlier because

7    I -- I was -- I was supposed to write something

8    for the May edition.  Yes.  It was earlier.  So

9    I was supposed to not go for the October issue,

10   but I was supposed to go for the May issue in

11   the beginning, and then I postponed it because I

12   was █████████, et cetera, but I was supposed

13   to write an article.  So that invitation for the

14   position came -- paper came before this work.

15           Then when I was reviewing the

16   literature to -- in the -- for the context of

17   this case, when you asked whether the system is

18   decentralized or not, I realized, okay, you are

19   invited -- your invited contribution should be

20   on decentralized systems.  This is how -- this

21   is how it came to me, presented by editors.

22           But, you know, if you say

23   "decentralized systems," you better include the

24   definitions so the readers know what you're --

25   what you're talking about.

1          ███████████  - Highly Confidential

2          Since I was already looking into

3   this -- of the case, I thought, Okay, why not --

4   you know, no mention -- as you see, no mention

5   of the case or anything.  Why not share this

6   work with others.

7          And there are other contributions of

8   the paper, so it's not -- it's not

9   double-spending the report and publishing it, so

10  there is additional things in the paper.

11      Q.   Okay.  ████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████  Was that coincidence?

15      A.   It was -- it was accepted just

16  recently.  So it -- it's really like you see,

17  the -- the date were like fitting in the same.

18  We can call it a coincidence.  I mean, so yes.

19      Q.   To your knowledge --

20      A.   It could -- it could go like -- you

21  know, if the -- if the invitation -- if the --

22  if the paper was supposed to publish -- be

23  published in November, I couldn't have -- not

24  have done it.

25          And if -- I didn't think, but I was

1           ███████      - Highly Confidential

2    supposed to submit my report in September, and

3    then I didn't, and then I submitted it in

4    October, so we can call it a coincidence.

5         Q.   Okay.  To your knowledge, was the SEC

6    aware of your draft position paper?

7         A.   Did -- did SEC review my paper or

8    something?

9         Q.   Well, did -- to your knowledge, did

10   the SEC know that you were publishing this

11   position paper?

12        A.   I -- I advised -- I'm not sure I talk

13   to SEC.  I advised ███████ that I'm going to use

14   part of the methodology to -- for the paper.

15   And I basically made that known.

16             Whether SEC knew it or just ███████

17   knew it, I definitely made it clear, yes.

18        Q.   Okay.

19             Did anyone from the SEC or ███████

20   provide comments on your draft position paper?

21        A.   No, they did not.

22        Q.   Okay.

23             Turning to another subject.

24             Do you degree that there are different

25   architectural layers within blockchain systems?

1          ███████ - Highly Confidential

2          A.   Within a softwares -- within a

3    software system, computer system, there are

4    different layers.  Including -- if the

5    blockchain is a computer system, there are

6    different layers to the blockchain system as

7    well.

8          Q.   Okay.  So if you still have Exhibit 4

9    in front of you, the Sai paper --

10         A.   Yes.

11         Q.   -- let me ask you to turn to page 12.

12              Do you see the chart that he has --

13   that Sai labels as Table 2?

14         A.   I see.

15         Q.   Okay.  And in the left column of the

16   chart, do you see that Sai identifies -- it

17   looks like six different layers of -- within

18   public blockchains.

19         A.   I see it.

20         Q.   Do you -- do you think that Sai has

21   omitted any layers?  In other words, are there

22   additional layers of public blockchains not

23   identified here?

24         A.   That's a good question.

25              So, I think he covered them well.

1          ████████  - Highly Confidential

2          Let's look excluded, there is, you

3     know, something, but I think it's -- covers it

4     well but -- you know.

5          Q.   Okay.  And in the -- in the next

6     column, middle column, Sai identifies what he

7     calls different factors of centralization within

8     each layer of a blockchain, of a public

9     blockchain system.

10          Do you see that?

11     A.   Where do you find that?

12     Q.   The middle column.

13     A.   Centralization factor.

14     Q.   So, for example, for the network

15     layer, do you see that Sai identifies

16     four distinct centralization factors to

17     consider, just within the network layer?

18          MR. SYLVESTER:  Objection.

19     A.   I see that there is a "Network Layer"

20     row.  I see that there is a "Centralization

21     Factor" column.  I see that there are

22     four different centralization factors in the

23     "Network Layer" row.

24     Q.   Do you agree with Sai that aspects of

25     centralization at the network layer are relevant

1          ████████    - Highly Confidential

2    to overall assessment of decentralization of

3    blockchain systems?

4               MR. SYLVESTER:  Objection.

5          A.   I do.  So I agree that the network

6    layer centralization is important for evaluating

7    whether the entire software system, distributed

8    software system including blockchain, is

9    centralize -- is decentralized or centralized or

10   not.

11        Q.   Do you agree that each different

12   factor of centralization within an application

13   layer may require a different measurement

14   technique?

15              MR. SYLVESTER:  Objection.

16        A.   Can you repeat that again?  I

17   apologize.

18        Q.   Yeah.

19              So, do you see how in -- in Sai's

20   chart, Table 2, Sai also has a column on the

21   right called "Measurement Techniques," where Sai

22   lists different techniques for measuring each

23   centralization factor within each layer of a

24   public blockchain?

25        A.   I see that.

1            ██████ - Highly Confidential

2       Q.   Do you agree that the scientific

3  community may need to use a different

4  measurement technique in order to measure

5  different centralization factors?

6            MR. SYLVESTER:  Objection.

7       A.   What I think is that scientific

8  community could use those, it could use some

9  others.  It's like what -- what are you

10 measuring, doesn't necessarily -- is important.

11 And then comparing what you're measuring doesn't

12 necessarily depend on the metric you're using.

13            I can give an example.  So, I can

14 measure the height of people by a yardstick, or

15 by a meter, or by a foot.

16            So these are different, you know,

17 measurements, and they might come up to the same

18 conclusions.  In my example they would, but

19 which person is taller than other, which -- in

20 other cases, you know, some conclusions might be

21 different.

22            So does this help?

23       Q.   Well, I want to just make sure I

24 clarify.  Would you agree then that even today,

25 there's ongoing dialogue in the scientific

1          ███████    - Highly Confidential

2   community about which metrics to use in

3   measuring different aspects of decentralization?

4        A.   I would say which metrics you use, but

5   not what are you measuring.  So that's important

6   distinction.

7             So, for example, geographic

8   distribution, so, you know, if you're measuring

9   geographic distribution, you would go and

10  measure it something.

11            And then you can use what he says,

12  Gini coefficient and latency, which is like, you

13  know, just reading this, Gini coefficient of

14  what?  You need to say of what?  Right?  And

15  things like that so that's a bit imprecise.

16            But yes, I mean, you can use different

17  metrics.  I would say it's more important to

18  focus what are you measuring.

19       Q.   Okay.  In your report, did you

20  consider centralization aspects for every

21  blockchain layer?

22       A.   So, you will see that my methodology

23  points -- so focuses, and points out, resilience

24  layer, which is essentially consensus layer.  It

25  maps to the consensus layer of Sai.  If you want

1           ██████████ - Highly Confidential

2     to do the mapping, it maps to the -- maps to the

3     consensus layer.

4               Then there is the openness layer.  Ah,

5     so you see, okay, openness that I discuss in my

6     report, it's -- so Sai focuses on public

7     blockchain systems.  And then if you want -- so

8     as the title says, "Taxonomy of Centralization

9     in Public Blockchain Systems."

10              Then he goes -- they go and compare to

11    bitcoin and Ethereum -- compare bitcoin to

12    Ethereum, and this is their focus.

13              So, for example, they wouldn't -- this

14    doesn't discuss permission blockchains, whether

15    they can be centralized or not, so there is a

16    point of contention maybe there, but, again,

17    Troncoso definition would allow permission

18    blockchains.

19              So you asked me before, and then I

20    will need to complement, is there a layer that

21    Sai doesn't consider?  And that would be this

22    openness --

23        Q.   Okay.

24        A.   -- layer that I'm considering.

25        Q.   So let me just break it down.  First I

1            █████████ - Highly Confidential

2  hear you saying that one layer, not referenced

3  in Table 2 of Sai, that you think is important

4  to evaluating decentralization, is openness?

5            MR. SYLVESTER:  Objection.

6       A.   That's -- it's not that I think it

7  is -- it is important, it's that also I think

8  that it is important, and there are other people

9  who think that it is important to look whether

10 it's -- blockchain is permissioned or not, when

11 we evaluate which one is more decentralized than

12 the other.

13           So if I'm to point out the layer that

14 not only me but also other researchers and other

15 just -- whoever works in this space -- considers

16 as an important aspect or facet of

17 centralization, decentralization, is the

18 openness.

19           This is related to permissionless,

20 permissionness and inclusiveness that we

21 discussed in this deposition.

22      Q.   Okay.

23           Do you degree that your report, in

24 evaluating and comparing blockchain systems, did

25 not analyze every single layer that Sai lists in

1              ███████  - Highly Confidential

2    Table 2?

3         A.    In my report, I mention all the layers

4    that Sai discusses.

5              And notably, you know, with respect to

6    network and application layer, these are

7    mentioned in my report in -- sorry, just a

8    second.  I got lost.

9         Q.    Are you talking about page 11?

10        A.    Maybe.

11              Yes.

12        Q.    Okay.

13        A.    So, for example, in the network layer

14   I mentions -- I can read it out -- but some

15   authors -- I'm citing Sai -- consider additional

16   aspects of decentralization including

17   decentralization of the net --

18              THE COURT REPORTER:  Slow down a

19         little for me.

20              MR. SYLVESTER:  Yes.

21              THE WITNESS:  Sorry about that.

22        A.    Finally, I'm reading out the --

23   page 11.

24        Q.    You don't have to read it out loud.

25   But I --

1          ██████████ - Highly Confidential

2          A.   Okay.

3          Q.   I'm on the same page.  You're --

4     you're referring to the paragraph in the middle

5     of page 11 --

6          A.   Yes.

7          Q.   -- just above 3.2 of your report?

8          A.   Yes.

9          Q.   Is it fair to say that you -- this is

10    the part of your report where you identify that

11    some authors have considered aspects of

12    decentralization that you are not focusing on in

13    your methodology?

14         A.   Focusing is the right word, although I

15    say -- and I would definitely like to read this

16    out -- decentralization at the network layer

17    requires that no single authority can control

18    all the participants of a decentralized system

19    at the network and infrastructure layers.

20              So I'm pointing it out, and then I'm

21    focusing -- in the next paragraph, I'm saying we

22    are going to focus on these other aspects, which

23    don't touch the network layer.

24              I can give you -- if you wish, I can

25    give the justification, which is not included in

1          ███████  - Highly Confidential

2    the report, my line of thinking, why this was

3    the --

4         Q.   Please do.

5         A.   Great.  Thank you.

6              So, all of three compared systems.

7    They operate on wide area Internet.

8         Q.   On?

9         A.   On wide area internet.

10             So bitcoin, Ethereum and XRP Ledger.

11             In my opinion, there is no

12   centralization at the network layer for either

13   of the three.

14             And then I -- they're like more -- I'm

15   not saying there are no differences.  Of course,

16   if you look at the network distribution of all

17   three blockchains, it's actually very different,

18   and we can discuss that in a moment.

19             The main difference is that XRP Ledger

20   has much fewer nodes than bitcoin and Ethereum.

21   And as such, if you look at the -- you know, if

22   you start looking at Sai's metrics, I'm -- I'm

23   pretty sure it would not turn out well, in

24   comparison.

25             But what I'm implicitly doing here is

1          ██████████ - Highly Confidential

2     I'm -- I'm adopting the viewpoint that there is

3     decentralization at the network layer in all

4     cases; hence, let's look at the layers where

5     there is not.

6               This is -- this is the line of

7     thinking behind it.

8          Q.   So just for completeness, which

9     blockchain layers did you leave out, or not

10    focus on, as part of the core focus of your

11    report?

12              MR. SYLVESTER:  Objection.

13         A.   So, I considered all the blockchain

14    layers and all the aspects.  It is just that I

15    said, we opt to focus on decentralization

16    aspects of the system proper, and that says -- I

17    can read this out.  To maintain emphasis on the

18    core distributed systems aspects.

19              In this report, we acknowledge these

20    decentralization aspects that go beyond the core

21    of a system, namely, network and application

22    layer decentralization.  Yet we opt to focus on

23    decentralization aspects of systems proper.

24         Q.   So, what are the core layers of a

25    system?

```
 1                ████████ - Highly Confidential

 2      A.   So the core layer is the -- what Sai

 3  calls consensus layer, what I call resilience

 4  layer.  So this is the distributed systems

 5  layer.

 6            And then, I'm also focusing on

 7  governance.  Operational layer in Sai's case is

 8  the part -- is part of my inclusiveness layer.

 9            Maybe I should get -- taking it out,

10  but it's included.

11            So if you look at operational

12  decentralization, it's actually -- actually part

13  of -- it's part of inclusiveness.  And openness.

14  In that context, I am discussing it.

15            So all the others are included,

16  incentive layer as part of in-protocol

17  incentives, governance layer.

18      Q.   Okay.

19            I'm sorry, were you finished with your

20  answer?

21      A.   Yes.

22      Q.   Okay.  Did you -- did you consider

23  every centralization factor for each layer,

24  putting aside network and application layer,

25  that Sai considered?
```

1             ████████ - Highly Confidential

2        A.   That Sai considered.  Let's see, I --

3   storage constraint, specials equipment

4   concentration.

5             I discuss special equipment.  I am

6   putting out as operational decentralization

7   storage constraints, as an example.

8             Wealth concentration of the incentive

9   layer I discussed in my report.

10            Consensus power distribution, so we

11  are discussing -- so for me, this is captured by

12  the resilience aspect.  And there is owner

13  control and improvement control -- improvement

14  protocol, so these centralization factors that

15  he has, I'm considering in my report, I believe

16  all of them.

17       Q.   Okay.

18            Would you agree that a reliable

19  measurement methodology is necessary before you

20  can compare different blockchain systems?

21            MR. SYLVESTER:  Objection.

22       A.   What does it mean "reliable" in this

23  case?

24       Q.   Well, earlier, you spoke about

25  reliable as being replicatable results,

1          ████████ - Highly Confidential

2    testable.

3         A.   Yes.  So, I -- in that sense, I -- I

4    believe it does, yes.

5         Q.   Okay.

6              Are there any challenges in comparing

7    decentralization across different types of

8    blockchain systems?

9         A.   If you take the Troncoso definition as

10   the basic point, so now again I need to read

11   through this, but if -- Troncoso definition is

12   very clear one.  It sets the bar really low.

13             And for that, for me -- like the goal

14   of the -- of what one needs to show or not is

15   clear.  Sometimes it is challenging to evaluate

16   what's really going on in the network.

17             One example is, you know, does one

18   authority control the interval mining pool, the

19   entire mining pool or not, and in that case, we

20   would make -- what I did in my report, I -- I

21   was trying to -- yeah, sorry, I lost it.

22        Q.   Why don't -- that's fine.  Why don't I

23   put a different question.

24        A.   Yes.

25        Q.   Your report offers an opinion that

1          ██████      - Highly Confidential

2    bitcoin is a decentralized blockchain system.

3    Correct?

4         A.   It does, yes.

5         Q.   Does your opinion -- have you offered

6    an opinion in this case as to whether Ethereum

7    is decentralized?

8         A.   I mentioned, in the report, that

9    Ethereum passes the Troncoso definition because

10   it doesn't have -- especially on the consensus

11   resilience layer, it doesn't have the trust in a

12   single authority.

13             So --

14        Q.   Do you know where in your report you

15   say -- you say that Ethereum is a decentralized

16   blockchain system?

17             (Witness reviewing document.)

18        Q.   I'll represent that I haven't seen it

19   written anywhere, so --

20        A.   Probably -- it's probably

21   specifically, you're right.  I don't think I

22   wrote it either.

23        Q.   Was that in -- did you -- not -- was

24   that a purposeful or unintentional omission?

25             MR. SYLVESTER:  Objection.

1            ██████████ - Highly Confidential

2       A.   I was -- I think the question said to

3  what extent -- so I'm reading question for

4  expert opinion E1.  To what extent is the

5  XRP Ledger centralized or decentralized when

6  compared to generally recognized blockchain

7  protocols such as those used by bitcoin and

8  Ethereum.

9            So I was not really asked to say

10 whether Ethereum is decentralized or not.

11      Q.   So -- all right.  Sitting here

12 today --

13            MR. SYLVESTER:  Lisa, sorry to cut you

14       off.  We've been going for about an hour

15       and a half.  Is there a good time to take a

16       break?

17            MS. ZORNBERG:  Yeah, let's break at

18       one o'clock.

19            MR. SYLVESTER:  Does that work for

20       you, or are you hungry?

21            THE WITNESS:  How much time there is

22       until 1?

23            MR. SYLVESTER:  20 minutes.

24            THE WITNESS:  20 minutes.

25            MR. SYLVESTER:  He's on a different

1          ███████ - Highly Confidential

2      time zone too.  He's on Switzerland time

3      so --

4          MS. ZORNBERG:  Can we continue till 1?

5          MR. SYLVESTER:  If you need a break

6      right now, we can take a break right now.

7          THE WITNESS:  Let's finish the

8      question and then break without going to --

9      to one o'clock.  So just --

10     Q.   Okay.  So I'll finish this line of

11  questions.

12     A.   Yes.

13     Q.   Are you offering any opinion in this

14  case as to whether Ethereum is the decentralized

15  system?

16     A.   I'm not.

17     Q.   Do you have a view as to whether

18  Ethereum is decentralized?

19     A.   I have a view.  I have certain

20  opinions.  And -- yeah.  But I'm not offering

21  the opinion.

22     Q.   In the past, have you cited to

23  Ethereum as an example of a -- of a blockchain

24  system that is totally decentralized?

25          MR. SYLVESTER:  Objection.

1           ████████ - Highly Confidential

2       A.   To my recollection, I would never use

3  those words.  No.

4       Q.   Okay.  I'm going to show one exhibit,

5  and we'll end on this -- on this point.

6            MS. ZORNBERG:  Can we show Exhibit 8.

7            (Article titled ██████████

████████████████████████████████████████████

████████████████████████████████████████ was

10       marked █ Exhibit 8 for identification, as

11       of this date.)

12      Q.   Do you recognize Exhibit 8?

13      A.   I recognize it.

14      Q.   This is a -- an article that -- that

15  you and your co-authors published in ██████

16  entitled, quote, ████████████████████████████

████████████████████████████████████████████

██████████████████████████

19      A.   Yes.

20      Q.   Let me direct your attention to the

21  only part I'm going to ask you about.  It's on

22  page 2 of the article, the first paragraph.

23           Can you read the first two sentences,

24  starting with, The blockchain may?

25      A.   Second page?  Where should I look?  I

1         ███████ - Highly Confidential

2   apologize.

3        Q.   I'm holding it up.  Just in case that

4   helps.

5        A.   Okay.  The blockchain may abide.

6   Right?

7        Q.   Yes.

8        A.   ████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████████████

███████████████████

13       Q.   Okay.

14            And you cite -- for the sentence that,

15   ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

███████████

19            Can you tell me what -- what those

20   citations were?

21       A.   This is Satoshi Nakamoto bitcoin paper

22   and Ethereum position white paper or yellow

23   paper by Gavin Wood.  This is cited.

24       Q.   Okay.  So were you citing here to

25   Ethereum and bitcoin both as, Examples of

1            ██████      - Highly Confidential

2    permissionless ledgers that are maintained

3    across peer-to-peer networks in a totally

4    decentralized and anonymous manner?

5            MR. SYLVESTER:  Objection.

6    A.    ████████████████████████████

7    Q.    Okay.

8    A.    I'm a bit taken off guard here, so

9    this is not -- as you're writing the paper, it's

10   not a justification, but it's not something that

11   I would write.  So maybe my co-authors write it

12   and it slipped through my cracks.

13           But this is definitely, you know,

14   totally decentralized for the purpose of this

15   paper, it's not even defined.  So to understand

16   if something is totally decentralized and for

17   this paper to be clear on what's written here,

18   we would need to define what totally

19   decentralized means.

20   Q.    Which you did not do in ████

21   A.    Which we didn't do for this --

22   practice of this paper, yes.

23   Q.    Okay.  But -- but do you agree that at

24   least as written in █████ you cited both to

25   bitcoin and to Ethereum as totally

1            ███████ - Highly Confidential

2   decentralized?

3            MR. SYLVESTER:  Objection.

4       A.   Well, we cited, in this sentence, that

5   ████████████████████████████████████

████████████████████████████████████

██████████████████████████ we cite both

8   bitcoin and Ethereum, yes.

9            MS. ZORNBERG:  Okay.  We can take a

10      break.

11           THE WITNESS:  Thank you.

12           THE VIDEOGRAPHER:  It is 12:46 p.m.

13      We're going off the record.

14           (Luncheon recess at 12:46)

15

16

17

18

19

20

21

22

23

24

25

```
 1              ███████  - Highly Confidential

 2   A F T E R N O O N   S E S S I O N

 3        (1:38)

 4   ████████████      Ph.D.

 5        resumed, having been previously duly

 6        sworn by a Notary Public, was

 7        examined and testified further

 8        as follows:

 9             THE VIDEOGRAPHER:  It is 1:38 p.m.  We

10        are back on the record.

11   CONTINUED EXAMINATION BY MS. ZORNBERG:

12        Q.   Dr. ███████  you testified earlier

13   that you view Troncoso's definition of

14   decentralization as setting a minimum floor for

15   a system to be decentralized.

16             Do you recall that?

17        A.   Minimum -- low bar, minimum bar, let's

18   say.

19        Q.   Minimum bar?

20        A.   Yes, we can agree.

21        Q.   Are you aware of any academic

22   literature that supports your view that Troncoso

23   sets a minimum bar for a system to be

24   decentralized?

25        A.   I'm not aware -- I think I repeated
```

 1                    ████████  - Highly Confidential

 2    this at least two times.  But I'm not aware of

 3    any definition that would admit a decentralized

 4    system if it doesn't satisfy Troncoso's

 5    definition.  So people, while they're proposing

 6    definition of decentralized systems, they might

 7    not cite Troncoso, you know.  Just cite that

 8    paper.

 9                But they might come to the similar,

10    stronger test that would admit a system is

11    decentralized.  So this is what I'm saying.

12         Q.   Do you have -- I understand.

13                Do you have in mind, though, any

14    literature -- scientific literature, that does

15    cite the Troncoso definition or standard and

16    agrees or acknowledges that that sets a minimum

17    bar for decentralization?

18         A.   Well, there is at least my paper that

19    does it.

20                Now, whether explicitly, no -- well,

21    one way to find it out would be to go to

22    Google Scholar to look at the citations of the

23    Troncoso and to basically make sure if somebody

24    actually declares this as the -- as the thing.

25         Q.   Did you do that work in preparing your

```
 1                ███████ - Highly Confidential

 2    report?

 3         A.   I didn't go through 50-something

 4    citations of Troncoso in order to do that.

 5         Q.   Okay.  All right.  Moving to another

 6    subject.

 7              Are you offering any opinion in this

 8    case regarding how the term "decentralized" has

 9    been used by the SEC as relates to blockchain

10    systems?

11         A.   I do not.

12         Q.   Okay.

13         A.   That wouldn't be fair, no.

14         Q.   I take it, then, you're also not

15    offering an opinion regarding what any SEC

16    employee may have meant or not in using the term

17    "decentralized"?

18         A.   That is correct.

19         Q.   Okay.  More broadly, are you offering

20    an opinion about how any United States

21    regulators have used the term "decentralized"?

22         A.   I'm definitely not an expert on U.S.

23    regulations.  And, no, I'm not doing that.

24         Q.   Do you know if the SEC has ever cited

25    to the Troncoso paper prior to bringing its
```

```
 1              ████████  - Highly Confidential

 2  lawsuit against Ripple?

 3       A.   No.  So -- if I rephrase the question,

 4  did SEC in any public or speech known to me --

 5  maybe it's not public -- refer to the Troncoso

 6  paper before, let's say, me introducing it?  The

 7  answer would be no.

 8  DIR  Q.   As far as you know, did you introduce

 9  that paper and its definition of decentralization

10  to the SEC through your work on this case?

11            MR. SYLVESTER:  Objection.

12            That might be getting into privileged

13       communications.

14            And I -- I'm going to ask you not to

15       answer that one.

16       Q.   Sitting here today, as far as you

17  know, Dr. ████████  did anyone at the SEC know of

18  the Troncoso definition before you yourself

19  found it while digging into this case in the

20  summer of 2021?

21            MR. SYLVESTER:  If you know.

22       A.   That I couldn't know.  So --

23       Q.   Okay.

24       A.   -- yeah.

25       Q.   Do you know if the SEC has ever
```

1          ███████  - Highly Confidential

2    defined the term "decentralization" for purposes

3    of securities regulation?

4          A.    I don't know if they did, which means

5    they could or not, but not that I know.

6          Q.    Okay.  And you don't know if the word

7    "decentralized" appears in United States

8    securities laws or regulations?

9          A.    I really don't know that, no.

10         Q.    Are you offering any opinion in this

11   case as to whether decentralization is relevant

12   to the legal definition of an investment

13   contract, under securities law?

14         A.    I'm not offering that opinion.

15         Q.    Okay.  Are you aware that the SEC

16   produced documents in this case, reflecting its

17   communications about decentralization with

18   blockchain market participants?

19              MR. SYLVESTER:  Objection.

20         A.    I'm not sure I understand the

21   question.  If you rephrase, maybe I can relate.

22         Q.    Yeah, yeah, sure.

23              Do you know whether the SEC, in this

24   lawsuit, has turned over documents from its own

25   files, reflecting its discussions with people in

1          █████████ - Highly Confidential

2     the -- in the blockchain industry, about

3     decentralization?

4               MR. SYLVESTER:  Objection.

5          A.   Yeah.  The -- to my understanding of

6     the question, that would be no.  So I'm not --

7     I'm not aware of that.  No.

8          Q.   Okay.

9               Let me show you ██ -- Exhibit ██ 9.

10              (Tweet from Neha Narula was marked ██

11         Exhibit 9 for identification, as of this

12         date.)

13         Q.   I think we discussed earlier this

14    morning, that you -- you recognize the name,

15    Neha Narula from conferences in the blockchain

16    industry, right?

17         A.   I recognize the name, yes.

18         Q.   Okay.  Do you know that she's the head

19    of MIT's digital currency lab?

20         A.   I know she's affiliated with MIT.  I

21    didn't know the -- what's the word?  So I didn't

22    know the -- which role she has at MIT, which

23    position she has.

24         Q.   Is the MIT digital currency lab part

25    of the scientific community studying blockchain?

1         ███████ - Highly Confidential

2         A.   That's a good question.  So I -- so

3    MIT certainly is.  Let's not go there.  Right?

4              Was the status of the MIT this and

5    that, what is their status in the community?

6    In -- at MIT, that I don't know in details.

7         Q.   Okay.

8         A.   Know that Neha Narula writes

9    scientific papers.  They're not on my immediate

10   radar.  So I'm not, you know, often seeing her

11   papers.

12        Q.   Okay.

13        A.   Does that make sense?

14        Q.   Sure.

15             So I'm -- Exhibit ██ 9, is a tweet by

16   Neha Narula, from June 15, 2018.  I'll just read

17   it for the record.

18             It says, quote, I'm a little worried

19   people from government agencies are throwing

20   around the word "decentralization" like we know

21   what it means or how to evaluate it.

22             Closed quote.

23             Have you previously seen this tweet?

24        A.   I might have.

25        Q.   Do you follow Ms. Narula on Twitter?

1            ██████████ - Highly Confidential

2       A.   No.

3       Q.   Okay.

4            Do you know what Ms. Narula was

5  referring to here when she stated that

6  government agencies are throwing around the word

7  "decentralization"?

8       A.   I really do not know what she referred

9  to.  I don't know that.  I don't know what's

10 "we" referring to.

11      Q.   Okay.

12      A.   Who is "we" referring to?

13      Q.   Have you personally read any speeches,

14 or publications, by SEC officials, relating to

15 the issue of cryptocurrency?

16      A.   Speeches?  How do you define speeches,

17 or -- have I read speeches?

18      Q.   Let's start with speeches.  Have you

19 read any speeches by the SEC relating to the

20 issue of decentralization?

21           MR. SYLVESTER:  Objection.

22           THE WITNESS:  Yes.

23      A.   So to my understanding, I did not, so

24 no.

25      Q.   No.  Okay.  I'll represent to you that

1        █████████  - Highly Confidential

2   Ms. Narula tweeted out this tweet in Exhibit 9

3   one day after an SEC official gave a speech

4   discussing decentralization of blockchain

5   systems.

6              Do you -- do you agree with the

7   concern Ms. Narula's tweet expresses that

8   members of -- that -- that people from

9   government agencies are throwing around the word

10  "decentralization"?

11             MR. SYLVESTER:  Objection.

12       A.   I don't know in which sense throwing

13  around, so I would not agree with "throwing

14  around," the word.

15             Does that help?

16       Q.   Okay.  Are you involved in any of your

17  work in advising -- putting aside your work as

18  an expert in this case, have you ever advised

19  United States regulators on the meaning of

20  decentralization?

21       A.   No, I have not.

22       Q.   Okay.  You can set that aside.

23             Is the -- is the term "sufficiently

24  decentralized" a term that has any meaning to

25  you?

1          ███████████ - Highly Confidential

2               MR. SYLVESTER:  Objection.

3          A.   It has certain meaning.

4               It has certain meaning.  Yes.

5          Q.   What does sufficiently decentralized

6     mean?

7          A.   I'm not sure.  So I -- the term might

8     mean something.  I'm not sure.

9          Q.   You're not sure?

10         A.   Yes.  So -- yeah.  Sufficiently could

11    be -- I can speculate.

12         Q.   I'm not asking you to speculate.

13         A.   Very good.

14         Q.   Okay.  But I guess my question is, in

15    your experience, is there -- is there any

16    scientific standard that you've seen, for

17    determining when a blockchain system is,

18    quote/unquote, sufficiently decentralized?

19              MR. SYLVESTER:  Objection.

20         A.   We spent a lot of time today

21    discussing the minimum and basic condition which

22    would go out for necessary decentralization.

23              Sufficient decentralization would

24    probably be a spectrum of things that would mean

25    different things to different people.  I think

1          ████████      - Highly Confidential

2    this is the only fair thing to say.

3          Q.   Okay.

4          A.   So I admit -- I admitted permission

5    blockchains decentralized according to the

6    Troncoso definition and methodology that I'm

7    following.  I'm pretty sure there are people

8    around who would say that no permission

9    blockchain is decentralized.

10         Q.   Are you offering any opinion in this

11   case on the -- what "sufficiently decentralized"

12   means?

13              Sounds like you're not.

14         A.   I'm not.  I have my opinion, but I'm

15   not offering it.  Does that make sense?

16         Q.   Okay.

17              Are you offering any opinion in this

18   case on how the SEC or any employee of the SEC,

19   has used the term "sufficiently decentralized"?

20         A.   I do not.

21         Q.   Okay.  When does a blockchain system

22   become operational, in your view?

23              MR. SYLVESTER:  Objection.

24         A.   That's -- you need to define

25   "operational," to start with.

1                      ███████ - Highly Confidential

2        Q.    So does -- does the term "operational"

3   have one set meaning to you?

4        A.    Operational, no, it does not.  So

5   operational could be something that works.  Does

6   it work as intended?  That's one question.

7              Do I call that operational?  Or you

8   just -- it works and not necessarily is it

9   intended, is it that operational?  So that's

10  basically what I'm struggling immediately.

11  There might be other things which I'll be

12  struggling with.

13       Q.    Okay.  If a -- if a blockchain system

14  works as intended, would you agree that it's

15  operational?

16       A.    That could be one -- if operational

17  is -- if the word "operational" means that, then

18  I guess answer could be yes.

19              Yeah.

20              Maybe.

21       Q.    Okay.

22       A.    Maybe.  It depends on the definition

23  of the word "operational."  So operational, work

24  as intended, so what does it mean "intended"?

25  So I guess there is specification, and the

1          ███████ - Highly Confidential

2    system is proven to do that thing.

3          Q.   So let me -- let's take an example.

4    Let's take an example.

5               How soon after the bitcoin network

6    launched did it become operational, in your

7    view?

8               MR. SYLVESTER:  Objection.

9          A.   We would need to define what operation

10   of a bitcoin means.  Shall we try to do it?  Or

11   no?

12         Q.   What do you think operational for a

13   bitcoin means?

14         A.   I don't know.  You came up with the

15   word.  I really don't -- I'm not using the word.

16   Yeah.

17         Q.   Well, actually -- I'm not meaning --

18   this is -- I'm trying to get your understanding,

19   of whether -- whether it has a scientific

20   meaning.  I -- whether the term "operational" --

21   how is it applied to discussions of blockchain

22   systems, if at all?

23              I don't want you to assume any

24   definition I'm giving it.  I'm asking you if it

25   has meaning to you to discuss when a blockchain

```
1              ████████ - Highly Confidential

2    system becomes operational.

3              MR. SYLVESTER:  Objection.

4              Go ahead.

5         A.   Yes.  I believe that it doesn't

6    have -- determined meaning to me.  So --

7         Q.   Okay.

8         A.   -- I would really then go -- if

9    somebody -- if you were not you but just my

10   colleague comes to me and comes with the same

11   question, I would say, What do you mean by

12   "operational"?

13             And then we would probably engage in a

14   discussion of what "operational" means.

15        Q.   Okay.  Understood.  So there's no --

16   okay.

17             Does the -- is the term "fully

18   functional" a term that has any meaning to you

19   in describing blockchain systems?

20             MR. SYLVESTER:  Objection.

21             Go ahead.

22        A.   Yeah.  In some sense it is similar to

23   operational.  Again, we need to define "fully

24   functional," so I guess there is a function of

25   the blockchain, again, which relates to the
```

1          ███████  - Highly Confidential

2    specification.

3          And then "fully" would be -- yeah,

4    there are no missing features.  It is really

5    like what it's doing?  What specification is

6    supposed to tell the people that they're doing?

7    And there are no bugs whatsoever.

8          This is how I would reason.  But I'm

9    online reasoning.  You asked me the question.  I

10   just gave you online opinion about it.

11        Q.   I see.  Before sitting here today in

12   this deposition, have you given thought to

13   whether the term "fully functional" has a

14   definition to the scientific community?

15        A.   In this wording, "fully functional,"

16   no, I am not.

17        Q.   Are you offering any opinion in this

18   case on the definition of fully functional as

19   relates to blockchain systems?

20        A.   I do not.

21        Q.   I think we -- we discussed this

22   morning that the development of distributed

23   networks can involve iterative processes with

24   changes over time.  Right?

25        A.   Yes.

1           ███████ - Highly Confidential

2      Q.    Can a blockchain system be operational

3  even if additional development happens --

4           MR. SYLVESTER:  Objection.

5      Q.    -- over time on that system?

6           MR. SYLVESTER:  Objection.

7      A.    It, again, goes back to the definition

8  of operational.  Since we didn't agree on the

9  definition of the word, I presume there is a

10 world in which there is a definition of

11 operational that would permit your example.

12     Q.    Well, let's use -- let's talk -- let's

13 use for a minute the concept of operational that

14 it works as intended.

15     A.    Okay.

16     Q.    Okay.  Do you have a view on when --

17 when the bitcoin network became operational?

18     A.    I'm not aware of the full

19 specification of bitcoin as operating as

20 intended.

21           You could say -- so depending on the

22 standpoint you take, if the specification is the

23 code, then it's always operating as intended.

24 If there is a separate specification from the

25 code, you would need to establish -- and I'm not

1         ███████ - Highly Confidential

2   aware that there is a, for example, separate

3   specification of bitcoin code apart from the

4   code itself.

5         Q.   Okay.

6         A.   So if you take a standpoint -- now I'm

7   really coming with this online.  If you come

8   with the standpoint that the code itself is the

9   specification, then it's fully operational,

10  yeah.  It's just doing what the code tells it to

11  do.

12        Q.   I see.

13        A.   Yeah, so --

14        Q.   So if the -- if bitcoin was launched,

15  and it operated as imagined and intended based

16  on its code, one could say it was operational

17  immediately when the code launched.

18             MR. SYLVESTER:  Objection.

19        A.   If this is the definition.  If what

20  the code does is -- is the specification, what

21  the code should be doing and you would call this

22  operational, then the answer is yes.

23        Q.   Okay.

24        A.   There would be other definitions of

25  operational for which the answer would be no.

1          ██████████ - Highly Confidential

2     Notably when the -- as intended is separate from

3     the code.

4          Q.   Are you expressing any view in this

5     case as to when the XRP Ledger became

6     operational?

7               MR. SYLVESTER:  Objection.

8          A.   I'm coming back to the ambiguity of

9     the word "operational," so I guess my answer

10    would be no.

11         Q.   And are you also not expressing any

12    opinion in this case on when the XRP Ledger

13    became fully functional, a term which you've

14    also said is -- is vague?

15              MR. SYLVESTER:  Objection.

16         A.   I -- again, so I'm relating to the

17    fact that we would need to define this notions

18    fully.  And, I'm not offering any opinion on

19    that.  So I'm not -- I think we're going -- so

20    correct me, but I think we're going a bit in a

21    circle, but I'm just repeating what I did.  So

22    yes.

23         Q.   Okay.

24         A.   I'm not offering any.

25         Q.   Let's move on.  I want to just -- here

```
 1              ██████    - Highly Confidential
 2    is what I would like you to explain, though.
 3              When a blockchain system is launched
 4    and it's being used and it's being used in the
 5    way that it was intended to be used, can
 6    additional functions still be added to that
 7    blockchain later?
 8              MR. SYLVESTER:  Objection.  Objection.
 9         A.   So it is working and it's working as
10    it's supposed to be working.  And you're adding
11    other things, which means that you're adding
12    things that it was not how it was supposed to be
13    working.
14              Right?
15         Q.   I'm just asking how -- maybe I'm --
16    let me simplify.  Isn't it very common for
17    operating blockchain systems, for developers to
18    continue adding added functions and features to
19    those already operating blockchain systems?
20              MR. SYLVESTER:  Objection.
21         A.   Again, so the operating -- operating
22    as running, so there is a code that's running on
23    the nodes.  And blockchain developers add the
24    codes to the software.  And it's updated
25    regularly.  Yes, this is a commonplace, of
```

1         ██████████  - Highly Confidential

2    course, yes.

3         Q.   Okay.  I would like to turn back now

4    to talking about UNLs an the XRP Ledger.

5              Are participants in the XRP Ledger

6    ecosystem required to use the UNL published by

7    Ripple?

8              MR. SYLVESTER:  Objection.

9         A.   They are not required.  To use the UNL

10   published by Ripple.

11        Q.   Can a participant modify their

12   instance of rippled to use a UNL other than the

13   default UNL?

14        A.   They can do that, yes.

15        Q.   Okay.  So, for example, can an

16   XRP Ledger participant modify their instance of

17   rippled to exclude all Ripple-operated

18   validators from their UNL?

19        A.   The -- a validator could do that, yes.

20        Q.   How would they accomplish that

21   modification?

22        A.   They would -- you -- it can be done in

23   different ways.  You could download the UNL from

24   the Ripple site, basically just go and exclude

25   those validators.  That's one way to do it.

```
 1              ████████ - Highly Confidential

 2         Q.    Okay.  And would a validator be

 3   required to obtain permission from Ripple before

 4   making that modification?

 5         A.    No.  It wouldn't.

 6         Q.    Would they be required to obtain

 7   permission from any third party before making

 8   that modification?

 9              MR. SYLVESTER:  Objection.

10         Q.    You can answer.

11              THE WITNESS:  Yes.

12         A.    So to my understanding, no.

13         Q.    Could a participant write their own

14   code to perform all XRP Ledger functions?

15         A.    There is nothing preventing the -- the

16   client to write a compatible code, not in C, but

17   in some other language, for example.  Why not?

18   Yes.

19         Q.    Okay.  And if -- if other -- if others

20   on the XRP Ledger decided to trust someone or

21   persons other than Ripple, could Ripple do

22   anything to stop that --

23              MR. SYLVESTER:  Objection.

24         Q.    -- to your knowledge?

25              MR. SYLVESTER:  Objection.
```

1            ████████    - Highly Confidential

2        A.   To my understanding, no.  Now, we are

3    entering the field in which we need to

4    understand.  So, you know, we said we can -- can

5    you change the software?  Can you do this?  Can

6    you do that?

7             The question is what guarantees you

8    have once you do that.  So we should probably at

9    some point discuss that.

10            But to come back to your question, the

11   answer is, normally, there is no permission or

12   third party for me, as a validator in the Ripple

13   network, to modify my software.  I can do that

14   as I please.

15       Q.   By "guarantees," are you referring to

16   guarantees of liveness and safety?

17       A.   That's it.

18       Q.   Okay.  Well, we're going to get to

19   that shortly.

20            As of the date of your report, how

21   many XRP Ledger participants used the UNL

22   published by Ripple, if you know?

23       A.   That I don't.  I don't know.

24       Q.   Okay.  Do you know how many XRP Ledger

25   participants used a UNL different than the one

```
 1              ███████  - Highly Confidential

 2     published by Ripple as of the date of your

 3     report?

 4          A.   That I don't know.

 5          Q.   I don't take it -- let me rephrase.

 6               Are you asserting that every

 7     XRP Ledger participant uses the UNL published by

 8     Ripple?

 9          A.   I'm not asserting that.

10          Q.   Did you speak to any XRP Ledger

11     validator in preparing your report?

12          A.   Validator operator.  Not -- yeah.

13               No.  No, I did not.  Validator would

14     be software, but, yeah.  So --

15          Q.   Okay.

16          A.   I cannot speak to the software, but

17     operator --

18          Q.   Okay.  I understand.  Okay.  Thank you

19     for that correction.

20               So did you -- did you -- so let me --

21     did you speak to any XRP Ledger node operator in

22     preparing your report?

23          A.   I did not.

24          Q.   Do you have any basis to conclude that

25     every XRP Ledger participant uses the UNL
```

1          ███████ - Highly Confidential

2     published by Ripple?

3          A.   I did not offer that conclusion, as we

4     discussed.

5          Q.   Okay.  All right.  So -- so let's turn

6     now to the subject of resilience, which is

7     the -- one of the four decentralization aspects

8     you discuss in your report.  Right?

9               Let me direct you to page 9 of your

10    report, please.

11              So, first, in the context of your

12    report's methodology, what is resilience?

13         A.   Resilience of the system refers to

14    ability to withstand Byzantine behavioral

15    components of the system.

16         Q.   Okay.  And what is that definition

17    based on?

18         A.   That definition is based on the use of

19    the word "resilience" in almost all papers I

20    know about which deal with Byzantine

21    Fault-Tolerant protocols and blockchain

22    protocols.  So all of them would be having an

23    assumption on the adverse side that the protocol

24    can tolerate and still provide its guarantees.

25              For different concerns with protocols,

1             ███████ - Highly Confidential

2    this may come up in different flavors.  You --

3    in proof-of-work protocols, it would be

4    expressed as a percentage of the mining power

5    that needs to be controlled in order for the

6    adversary to be stopped if it controls less than

7    that threshold or for adversary to succeed in

8    mounting an attack to the system as I'm

9    describing later.

10             In the group of Byzantine

11   Fault-Tolerant protocols or just the protocols

12   that vote by -- like one validator/one vote, or

13   weighted voting, such as in proof of state, you

14   weight -- you vote with your stakes or the more

15   stake you have, the higher the value of your

16   vote.

17             That would be a different -- this --

18   this also, the resilience threshold also

19   appears.  And it denotes the number of

20   components or, like, number of validators, if

21   you want, in the system, that -- which you can

22   turn to the fraction, if you have a snapshot of

23   the behavior of the membership of the current

24   system.  You can relate to the fraction as well.

25                  So we discussed before in this

1          ████████ - Highly Confidential

2     deposition for -- just to give an example, we

3     discussed about one-third, up to one-third of

4     nodes, up to one-half of nodes, et cetera.

5     These are all impacting the resilience of the

6     system.  So that number, that critical number of

7     Byzantine needs, that would be the number of

8     tolerated.

9          Q.   And when you refer -- when you refer

10    to that critical number --

11         A.   Yes.

12         Q.   -- are you referring to the Nakamoto

13    coefficient or something else?

14         A.   So I'm referring to -- I point you to

15    page 9.

16         Q.   Yes.

17         A.   So this is the last paragraph in the

18    resilience section.

19              So I will read it out.  So I say, In

20    this context, the scientific literature and

21    engineering practice is typically interested in

22    the minimum number of authorities that the

23    adversary needs to compromise to subvert the key

24    property of a system, such as safety and

25    liveness, full stop.

```
 1              ███████ - Highly Confidential

 2              So I'm referring to minimum number of

 3      authorities.  And when I say "scientific

 4      literature and engineering practice," I don't

 5      give exact.

 6         Q.   Okay.  In the next sentence, though,

 7      you say that this number is sometimes referred

 8      to as the Nakamoto coefficient.

 9         A.   Yes.  As you see, this is a mouthful.

10      The first sentence is a mouthful.  So since --

11      let's call it some way.  And then I was

12      considering -- honestly, when I was writing

13      this, I was considering two things.

14              One, I call it coefficient of

15      Byzantine nodes.  And then I saw that some

16      people who are in the space call that and also

17      define that notion, and then you use it in the

18      definition as Nakamoto coefficient.

19              I said, Okay.  This is nice.  This is

20      not mouthful.  It's interesting and may grab

21      people's attention.  Let's call it this way.

22              What it means is basically defined in

23      the previous sentence.

24         Q.   Okay.  So prior to your work on the

25      case, were you familiar with the term "Nakamoto
```

1          ▮▮▮▮▮▮▮  - Highly Confidential

2    coefficient," or is that a term that you

3    encountered while doing work on this case?

4          A.   So I -- I was aware that people use

5    it.  I didn't use it in my work.  I would

6    usually refer to this threshold as the number of

7    potentially Byzantine participants, which,

8    again, for the presentation, because one of

9    the -- when I was writing this report, one of

10   the guidelines, so -- so -- that came up is this

11   should be readable for nontechnical audience.

12          So I was trying to come up with a term

13   that would -- you know, that I would use to

14   refer to this notion without calling it

15   coefficient of, you know, the threshold on the

16   number of Byzantine nodes, which is again --

17          Q.   Okay.

18          A.   So I was aware of the -- of the term.

19   I didn't use it much.  I thought it would be

20   nice for -- for a report that supposed to be

21   read by nonexpert to call it that way.

22          Q.   Can a system be resilient but

23   centralized?

24          MR. SYLVESTER:  Objection.

25          A.   So resilient in the -- so resilient in

1       ███████ - Highly Confidential

2    the context of my report, the way I'm defining

3    things here, it could -- so some components of

4    the system, at some layers, you could have a

5    ability to tolerate Byzantine faults; but at

6    some other layer, for example, you do not.

7              So you need to understand, if we

8    discuss the network layer versus distributed

9    systems layer, right?  So we could have a

10   centralization on either of the two, and it's

11   really an end to call it decentralized.

12       Q.   It's really a?

13       A.   End function, end function.

14       Q.   End, E-N-D?

15       A.   Yes.  So if it is decentralized at a

16   consensus and the distributed systems layer, it

17   would also need to be decentralized at the

18   network layer would probably be centralized.

19       Q.   Okay.  But coming back to question,

20   can a distributed blockchain system be resilient

21   but centralized?

22              MR. SYLVESTER:  Objection.

23       A.   So let's read this as -- as -- as I

24   specified here.  So resilience, if this is the

25   ability to withstand behavior of certain

1                ██████     - Highly Confidential

2    components of the system, you could have a

3    system that's -- is able to do so.  But it's

4    still centralized because of the -- when we come

5    to the minimum number of authorities that the

6    adversary needs to compromise to subvert key

7    property in the system, this would still be one

8    because there is, for example, some specific

9    component of the system from which you can mount

10   an attack --

11        Q.   So the answer is yes --

12        A.   -- so probably yes.  Probably could be

13   yes.

14             MR. SYLVESTER:  Let me finish the

15        answer, please.

16        Q.   Please.

17        A.   I believe the way you pose the

18   question, the answer would probably be yes, yes.

19        Q.   Okay.  Can a system be decentralized,

20   but not resilient?

21        A.   No.  I would say the answer is no.

22        Q.   No.

23             So a system must be resilient in order

24   to qualify as a decentralized system.

25        A.   Yes.

1                    ███████ - Highly Confidential

2          Q.    Okay.  How do you measure resilience?

3          A.    So we measure resilience, using this

4    minimum number of authorities that the adversary

5    needs to comprise to subvert the key property of

6    the system, such as safety and liveness.  In the

7    context of blockchain, this number is sometimes,

8    sometimes referred to as Nakamoto coefficient.

9          So that -- and as the text says later,

10   the higher the Nakamoto coefficient, the higher

11   the level of decentralization.

12         As per the definition of a

13   decentralized system, we adopted, I'm citing

14   Troncoso, if this number is one, which means if

15   a single participating authority can compromise

16   a key property of the system, the system cannot

17   be decentralized.

18         MS. ZORNBERG:  Okay.  Let the record

19         reflect that Dr. ██████ was reading almost

20         verbatim from a paragraph on the middle of

21         page 9 of his report.

22         Q.    Right?

23         A.    Yes, that is correct.

24         Q.    Okay.  Are you familiar with the

25   concept of partition tolerance in blockchain

1          ███████ - Highly Confidential

2    systems?

3         A.   I am.

4         Q.   What is partition tolerance?

5         A.   Partition tolerance, we mentioned it

6    briefly, at the second, I believe, hour of the

7    deposition.  It's related to this

8    asynchronous --

9         Q.   This what?

10        A.   Asynchrony, asynchronous, I was

11   telling this --

12        Q.   Oh.

13        A.   Yes.  So it's related to that.

14             So when the network exhibits

15   asynchrony, we also call it network partitions,

16   which means if my message is there, I'm trying

17   to send a message to you and it takes a long

18   time.  And network partition is this temporary

19   inability for you and me to communicate.

20             So some -- in some communities, this

21   would be called asynchrony, asynchrony.  And in

22   some others, it would be called network

23   partition.  Usually refer to the same thing.

24        Q.   Is partition tolerance an element of

25   the resilience of a system?

1          ███████  - Highly Confidential

2          MR. SYLVESTER:  Objection.

3     A.    That depends on the stated goals of

4  the system, some -- some systems might opt -- so

5  any system, when you discuss the -- any systems

6  comes with a specification.  So it should come

7  with a specification that it's doing something

8  assuming this, this, and that.

9          So if I can devise a system in which I

10  am not tolerating network partitions and that

11  would be fine so long, you know, I'm designing

12  such a system.

13     Q.    Okay, so, you would agree that -- a

14  blockchain system can opt by design, to either

15  be partition tolerant or not partition tolerant.

16     A.    It could.  Yes.

17     Q.    Okay.  So would you agree that a

18  partition-tolerant blockchain is vulnerable to

19  an involuntary fork?

20     A.    Partition-tolerant system is

21  vulnerable to involuntary fork -- can you repeat

22  your question.

23     Q.    Yes.  Is a partition-tolerant

24  blockchain vulnerable to an involuntary fork?

25     A.    Not necessarily.

1          ███████ - Highly Confidential

2          Q.    Does that mean maybe?

3          A.    Maybe.

4          Q.    So a partition-tolerant blockchain

5     system can be vulnerable to an involuntary fork?

6          A.    It can be -- well, so involuntary,

7     now, we need to dive into -- yes, it's

8     definitely -- I -- it goes both ways.  Both --

9     both worlds are possible.

10         Q.    Okay.  Why didn't you mention

11    partition tolerance anywhere in your report?

12         A.    Oh, I did.

13         Q.    Oh, where?

14         A.    I'm, like, whole my Appendix B.  Whole

15    my Appendix B is dealing with partitions.  So,

16    basically, I'm describing an attack to the -- to

17    the -- XRP Ledger.  This is assuming -- so this

18    is apart from a dUNL.  DUNL works correctly.

19    The validator list site publishes consistently

20    the same, UNL stored nodes.  And now you can

21    mount an attack in which you also introduce

22    partitions to the network.

23         Q.    Okay.

24         A.    So that part is actually relying on

25    that, and I call that unreliable network.

1          ███████████ - Highly Confidential

2               So now we talked about the asynchrony.

3     We talked about partition network.  And another

4     way to say unreliable network.  So you see,

5     page 33, Appendix B, the third bullet, The

6     network is called unreliable if it can drop and

7     delay messages exchanged among correct

8     validators.  This is what I was trying to --

9          Q.   I see that.

10              Now, Appendix B that you're pointing

11    out here relates solely to scenarios for the

12    XRP Ledger.

13              Correct?

14         A.   Correct.

15         Q.   Did your report talk about partition

16    tolerance in relation to the bitcoin network?

17         A.   My report did not talk about partition

18    tolerance for the bitcoin network.

19         Q.   Why not?

20         A.   It's designed to -- one way to think

21    about it is that, bitcoin network is meant

22    for -- so the way it was built is that nodes can

23    proceed independently from each other, if

24    they're on the network partition.  And that's by

25    the feature of -- by the virtue of the -- that's

1          ███████        - Highly Confidential

2     a feature -- that's actually -- you know, if we

3     talk about operating as intended, this is

4     operating as intended.

5          Q.   So are you familiar with the CAP

6     theorem?

7          A.   I am.

8          Q.   Okay.  What's the CAP theorem?

9          A.   CAP theorem is the basic distributed

10    computing theorem that says that consistent --

11    CAP stands for consistency, availability, and

12    partition tolerance.  It's one way of stating --

13    restating the official Lynch-Patterson

14    consultancy possibility result.

15              MS. ZORNBERG:  Hold on.

16              Did you get that?

17              THE COURT REPORTER:  I flagged it for

18         a spelling.  I will get the spelling later.

19              THE WITNESS:  Thank you.

20              MS. ZORNBERG:  Okay.

21         A.   So it's another way to say that

22    systems essentially if they're subject --

23    especially consensus systems, if they're subject

24    to network partitions, they need to opt by

25    design what property they will favor, when this

1        ██████████ - Highly Confidential

2    partition network happens.

3            By the way, again, as we discussed,

4    you can design a system in which you opt not to

5    tolerate partitions.  This is usually

6    ill-advised because partitions happen or not

7    without your control.  So they could happen

8    just -- so now if you accept that partitions can

9    happen, what the CAP theorem says is that the

10   designer can pick, like on a high level, one --

11   two out of three properties.

12        Q.   Two out of three.  So the CAP theorem

13   basically posits that there are trade-offs in

14   designing --

15        A.   Yes.

16        Q.   -- distributed systems?

17        A.   Yes.

18        Q.   What does it mean -- let me rephrase.

19            Focusing on bitcoin for a moment, does

20   bitcoin have partition tolerance?

21        A.   It does.

22        Q.   Are operational bitcoin nodes aware of

23   whether they can reach all other operational

24   bitcoin nodes?

25        A.   I don't know.  Normally they don't

1          ████████ - Highly Confidential

2    know all matters.  They don't even attempt.

3    They usually sample the population of the whole

4    network.  So you're not -- in such a network,

5    you're not even aware of how many nodes there

6    are.  So as such, you're not able to tell, can

7    you reach all of the other nodes or not, because

8    you're not even attempting.

9         Q.   Okay.  So -- so let me give you an

10   example.

11        A.   And you couldn't -- and you couldn't.

12        Q.   Let me give you an example.  If there

13   were a eruption to the Internet connection

14   between two countries, Country A and Country B,

15   would bitcoin nodes operating in Country A know

16   they could no longer reach nodes operating in

17   Country B?

18        A.   If they tried to reach them, they

19   would know that they cannot.

20        Q.   Through human contact?

21        A.   No, not necessarily.  If I'm

22   connected, you know, if I know I'm connected to

23   this and this IP address, then I can figure out

24   that I am talking -- that this site here is --

25   is belongs to that country.  I could basically

1          ██████████ - Highly Confidential

2    understand that my connection doesn't work.  You

3    can detect that in software.

4          Q.   Okay.  So sticking with the same

5    example, if Alice submitted her transaction in

6    Country A during a time when Country B was

7    experiencing an Internet disruption, would her

8    transaction be excluded from the bitcoin

9    blockchain in Country B?

10         A.   That really depends.  So if network --

11   if Country A doesn't -- is unable to talk

12   directly to Country B, because bitcoin operates

13   on a gossip network, it might happen that there

14   is a connection from A to B which goes via C,

15   Country C.  So A and C can -- A and C can talk.

16   B and C can talk.  And hence, you know, if

17   subnetwork of -- that belongs to Country A of

18   the miners that are located in Country A, they

19   mine a bitcoin, they mine a block, they could be

20   able to reach Country B, by the --

21         Q.   Country --

22         A.   Not necessarily.  In a -- let's assume

23   that the network splits in two, and then we can

24   discuss that if you want to.

25         Q.   Okay.  Is it -- is it possible -- to

1          ███████  - Highly Confidential

2    that example, is it also possible, that in the

3    example I gave where there's an Internet

4    disruption and Alice puts in her transaction in

5    Country A, is it possible that bitcoin nodes in

6    Country A, and Country B, would continue

7    operating and adding new blocks independently?

8         A.   There is a possibility.  If the

9    network is split into distinct parts that are

10   completely unable to talk to each other, it is

11   possible that the blockchain advances

12   independently.  Yes.

13        Q.   That would be a fork?

14        A.   That would be -- so at the -- at that

15   moment, if you have a God's view on the system,

16   you would call it a fork.  At that moment, these

17   nodes are not aware.  They would be aware of --

18   so there are a lot -- lots of meanings of forks

19   in this world, right?  So this would be a fork

20   on the blockchain as a data structure.  Right?

21             Only when it comes together.  So, once

22   the network partition heals, these nodes start

23   talking to each other.  And how the bitcoin

24   system is designed is it was actually

25   designed -- the desired operation in that case

1          ████████ - Highly Confidential

2     is that, when the network partition heals and

3     nodes start talking to each other, bitcoin

4     network just falls to this -- which longer fork.

5     Basically, there is a history, this is

6     Network A's blocks.  This is Network B's blocks.

7     You will take the longer one and default to that

8     one -- not default, but actually the network

9     reaches consensus on one of the two histories.

10         Q.   Is any human intervention required to

11    prevent a fork in the situation that we've been

12    discussing?

13         A.   We didn't discuss preventing the fork.

14    But all what I described -- to maybe answer

15    question, in all what I described no human

16    intervention is needed.

17         Q.   Okay.  All right.  On page 9 of your

18    report, you talk about safety.  And it looks

19    like you basically explain that safety

20    stipulates that bad things do not happen.

21         A.   Yes.

22         Q.   What is that based on, that definition

23    based on?

24         A.   My first -- the first time I

25    encountered these two notions when Rachid

1               ███████ - Highly Confidential

2   Guerraoui was teaching these notions --

3   Professor Rachid Guerraoui at EPFL was teaching

4   these notions back in 2003.  He used this

5   wording.  And this is common wording across

6   scientific papers and across, you know, in

7   different course, et cetera.

8               This is the way to explain on

9   extremely high level.  To give an intuition

10  again, the wording here was adopted for the

11  audience.  And this is -- the one that even was

12  used in introductory courses to us, as

13  distributed systems designers.  So, you know,

14  this is a common thing to do.  I didn't use it

15  for the first time myself.

16       Q.   Okay.  Would you agree it's a good

17  thing for a decentralized system to be safe?

18               MR. SYLVESTER:  Objection.

19       A.   We need to define "good," actually.

20  So honestly, diving into that, it's a

21  philosophical thing in the design of the system.

22  For example, I was a lot -- spending a lot of my

23  time working on systems that favor in the CAP

24  theorem.  So partition hits you and now you're a

25  system designer picking one of the two.

1          ██████████ - Highly Confidential

2          So, we -- it turns out, to certain

3    extent, this was the intention.  The way I

4    understand the XRP Ledger concerning this

5    protocol, this was the intention of XRP Ledger

6    designers.  You tend to favor consistency.  But

7    it seems --so bitcoin was one of the systems

8    that was opted.

9          So it's not a good thing or bad thing

10   per se.  You need to understand -- I would say

11   it's good so long as the system behaves as you

12   intended.

13        Q.   Okay.

14        A.   Yes.  So I wouldn't say it's good or

15   bad.

16        Q.   Is safety necessary -- let me --

17   sorry.  Let me rephrase.

18          Is it necessary for a decentralized

19   system to be safe?

20        A.   The safety can be specified in

21   different ways.

22          So safety, yes, safety can be

23   specified in different ways.  So it's important

24   that the safety is respected.  Yes.

25        Q.   I'm sorry.  Are you saying that there

1          ███████  - Highly Confidential

2     are different ways to understand safety?

3          A.   Yeah.  So safety is nothing bad.

4     Nothing bad happens.  So for the specific

5     meaning, the specification of nothing bad

6     happens when you go and specify the system, this

7     would be different things.

8          Q.   Okay.

9          A.   So bad -- bad in bitcoin would be

10    that -- one thing.  And bad in -- in some other

11    system would be something else.  And they would

12    both be considered the safety properties.

13         Q.   How does the safety of a system bear

14    on whether it is decentralized?

15         A.   It does not.

16         Q.   Does not.  Okay.  How do you measure

17    the safety of a blockchain system?

18         A.   You measure it -- well, measure is

19    the -- there is a specification of safety.  So

20    the system will need to specify what it intends

21    to do.  What it tends to be done is split in

22    safety and liveness.

23         Q.   Okay.

24         A.   Roughly speaking, safety means nothing

25    bad will happen.  And liveness means something

1            ██████████ - Highly Confidential

2    good will happen, so as you see the difference.

3    It's easy to design safe systems.  They don't do

4    anything.

5            So that kind of by definition means

6    nothing bad will happen.  So you will not have

7    force.  You will not have whatever you can

8    imagine.  But that's not a useful system.

9            And then you have the liveness

10   property that says, Okay, let's move on.  Let's

11   do something.  And this is where the two --

12       Q.   Okay.

13       A.   -- things come.

14       Q.   Is your definition of liveness as

15   stipulating that good things eventually happen,

16   is that based on literature or your professors?

17   Or what is that based on?

18       A.   Yes.  Both.  Both.

19       Q.   Okay.  What does it mean in your

20   definition of liveness on page 9 that good

21   things do eventually happen?  What do you mean

22   by "eventually"?

23       A.   This means typically that if the

24   system is let to be run for a very, very long

25   time, eventually means unboundedly long time,

1         █████████ - Highly Confidential

2    but you still wait and you don't know how much

3    you will wait, but something will happen good,

4    so it doesn't stop and just cease to be

5    operational, right?  That -- for eternity,

6    right?  So that would be not live.

7         Q.   So what is -- can you quantify

8    eventually?  For a system to be -- for a system

9    to have liveness, what's the outer range of how

10   long someone would have to wait for a

11   transaction to go through --

12        A.   There are systems that even --

13             MR. SYLVESTER:  Wait to answer.  Wait

14        for her to ask the question.

15             THE WITNESS:  Yes.  Sorry.  Yes.

16        A.   For some systems, they don't specify

17   role.  Usually depends -- it relates to the

18   network.  You remember we discussed this

19   unreliable network.  We discussed asynchronous

20   network partition, forward network, et cetera.

21   So it's related to this concept.  So when you

22   have a partition or unreliable network, it can

23   last for very long time.  You're not going to

24   put a precise bound on that time.

25        Q.   Okay.  So your view is that a system

1              ███████  - Highly Confidential

2  can be live with an unbounded degree of delay as

3  long as it eventually goes through?

4       A.   That is the -- often the case -- so

5  liveness can be specified different.  Liveness

6  of the system could be specified.  The system

7  delivers a block every two seconds.  You can

8  specify it like that, like good luck in this

9  world implementing that and maintaining that.

10             But it's usually, like, a relaxed

11  requirement in the system.

12       Q.   Is there any scientific agreement on a

13  specific quantification of liveness?

14       A.   So that --

15             MR. SYLVESTER:  Objection.

16       A.   There is agreement that it means, on a

17  high level, what I'm describing here.  There are

18  different -- like, there are different --

19  different specification of safety.  There are

20  different specifications of the liveness.  And

21  this is totally normal, yes.  You would still

22  call it liveness and safety, but they would mean

23  different things because they're attached to the

24  system that satisfies these properties.

25       Q.   Can a centralized system have

1              ███████  - Highly Confidential

2    liveness?

3         A.   It can.

4         Q.   So how does measuring liveness tell

5    you whether a system is it decentralized?

6              MR. SYLVESTER:  Objection.

7         A.   It doesn't.  I didn't say it does.  It

8    doesn't.

9         Q.   Okay.

10             MR. SYLVESTER:  Just pause for a

11        second for me to object.

12             THE WITNESS:  Okay.  Sorry.

13             MR. SYLVESTER:  Thank you.

14        Q.   Are there circumstances where by

15   design, a blockchain system prioritizes safety

16   over liveness?

17        A.   There are.

18        Q.   Can you give an example were?

19        A.   Of a blockchain system?

20        Q.   Yeah, that prioritizes safety over

21   liveness.

22        A.   Since we discussed -- since we

23   admitted bitcoin Ethereum and XRP Ledger to be

24   blockchain systems, in this world, it's XRP

25   Ledger.

1          ███████ - Highly Confidential

2     Q.    XRP Ledger prioritizes safety over

3  liveness?

4     A.    Yes.

5     Q.    Why do you say that?

6     A.    Because in the cases of network

7  partitions, it is designed to stop -- so, for

8  example, if you have a partition which splits

9  the network in two equal halves, XRP Ledger is

10  designed to stop making progress.  So it would

11  wait for partition to heal, and two halves of

12  the network to start to communicate to each

13  other before you actually start that.

14     Q.    Does prioritizing safety over liveness

15  mean that a blockchain is not resilient?

16     A.    It does not mean that, no.

17     Q.    Okay.  I want to talk about the

18  Nakamoto coefficient, which you -- you reference

19  on page 9 of your report, as we discussed

20  earlier.

21          For the -- for the Nakamoto

22  coefficient, you cite to reference number 19 in

23  your report.  What is that?

24     A.    Again, for the -- the term, "Nakamoto

25  coefficient," not the meaning, I spent some time

1          ███████      - Highly Confidential

2    explaining where does the -- in the sentence

3    before Nakamoto coefficient is introduced, I'm

4    saying, Scientific and engineering literature

5    uses this concept.  So that's apart from calling

6    it Nakamoto coefficient.  I'm calling it

7    Nakamoto coefficient for the purpose of

8    bettering the ability of the document.  It comes

9    from Balaji Srinivasan, who is the ex-CTO of

10   Coinbase.

11              THE COURT REPORTER:  I'm sorry.  Comes

12       from what?

13              MS. ZORNBERG:  I'll spell it.

14              THE WITNESS:  Yes.

15              MS. ZORNBERG:  First name,

16       B-A-L-A-J-I.  Last name,

17       S-R-I-N-I-V-A-S-A-N.

18       A.   Who was the ex-CTO of Coinbase, the

19   publicly listed exchange.  And in that sense,

20   known figure in the space who used this term to

21   denote the -- what's important to focus on is

22   the definition of the notion that I'm trying to

23   capture, not -- so, again, we could call it

24   coefficient of Byzantine nodes, and this is my

25   motivation to call it that way.  I'm citing

```
 1              ███████  - Highly Confidential
 2    either his blog post or YouTube --
 3         Q.   Right.
 4         A.   -- video in which he explains it.
 5    Yes.
 6         Q.   Okay.  So, yeah, the -- the actual
 7    reference in your report cites to the YouTube
 8    video.  Have you watched that YouTube video?
 9         A.   I did.
10         Q.   When is the last time you watched it?
11         A.   A few months ago.  July, again.
12         Q.   Have you also reviewed
13    Mr. Srinivasan's blog post on the same subject?
14         A.   I -- I read that blog post, yes.
15         Q.   Okay.  Do you consider Mr. Srinivasan
16    an expert in blockchain systems?
17         A.   I don't know if he was an expert or
18    not.  I considered that he is a known figure in
19    the space.
20         Q.   Did you consider the contents of his
21    video to be reliable?
22              MR. SYLVESTER:  Objection.
23         A.   Reliable?  How did you define
24    "reliable"?  The way we did few hours ago?
25         Q.   That's fine.
```

1        ████████████ - Highly Confidential

2        A.    Yes.

3              I think the -- the -- the notions that

4   he discussed in that video, to my recollection,

5   are pretty much reliable in a sense that, you

6   know, it's pretty clear what he talks about in

7   that blog post, yeah, or video.

8        Q.    Have you ever spoken to Mr. Srinivasan

9   about his use of the term "Nakamoto

10  coefficient"?

11       A.    No, I did not.

12       Q.    Okay.  Are you aware that the

13  presentation that Mr. Srinivasan gave in that

14  YouTube video was at the 2017 Blockstack Summit?

15       A.    That sounds familiar, yes.

16       Q.    Were you present?

17       A.    No.

18       Q.    Okay.  So in the YouTube video,

19  Mr. Srinivasan begins by saying that

20  decentralization has not yet been quantified.

21             Do you recall that?

22       A.    I don't recall word for word.  I trust

23  you.  Yes.

24       Q.    I'll proffer to you that he says in

25  the video, quote, So everybody agrees that

1              ███████ - Highly Confidential

2    decentralization is important.  And the issue,

3    though, is it hasn't yet been quantified.

4              Closed quote.

5         A.   That is possible.  We're talking 2017.

6    For example, that seems to predate Troncoso

7    paper.  As we see in the recent years, there is

8    more and more people.  So if -- I don't know.

9    You mentioned Neha Narula.  You mentioned this.

10   There is Balaji Srinivasan.  I mentioned that.

11   And there is an ongoing interest.  But this is

12   still 2017, and there is -- there are things

13   happening in between.

14        Q.   Okay.  So you're not disputing that as

15   of 2017, decentralization had not yet been

16   quantified.

17             MR. SYLVESTER:  Objection.

18        A.   Again, the quantified, we would need

19   to understand how you quantify, if you --

20   because discuss the measures or not -- what I

21   could tell is that -- that understanding that

22   I'm defending my report, which relates to the

23   papers that we discuss and the understanding,

24   that we, as a humanity and scientific community

25   and blockchain communities and call it whatever

```
 1              ███████  - Highly Confidential
 2   you like.  It advanced since 2017.  So pulling
 3   out -- I mean, not pulling out.  Sorry.  That's
 4   not the right word.
 5              Quoting sources from 2017 may not be
 6   the right description of the -- of the situation
 7   that we are currently facing in understanding
 8   what decentralization is.
 9     Q.   How did Mr. Srinivasan derive the
10   Nakamoto coefficient in the system that he
11   presented in that presentation?
12              MR. SYLVESTER:  Objection.
13     A.   So my recollection of the -- of that
14   YouTube video, so he uses it in the way I define
15   it in this paper.
16              So this is the minimum number of
17   authorities that the adversary needs to control
18   in order to subvert key properties of the
19   system.
20              He looks at Nakamoto coefficient, a
21   different -- so most -- mostly he looks at
22   Nakamoto coefficient in the terms of mining
23   pools for bitcoin and Ethereum, which is what, I
24   guess, people are doing.  And I did it in my
25   report, because we cannot -- it's really
```

1          ████████ - Highly Confidential

2     difficult to understand.

3               Usually we assume that this Nakamoto

4     coefficient for these two networks is

5     considerably higher because the individual

6     mining tool does not control all the miners in

7     the pool.  I could join one pool.  I'm still

8     controlling my miners with some methods I could

9     detect if my mining pool -- my mining pool --

10    the mining pool that I'm contributing to is

11    trying to subvert some of the key properties of

12    the system.  And if it happens, so I can decide

13    to leave that pool.  So the assumption that the

14    pool operator -- the pool operators basically

15    take a fee -- like 2 percent, 4 percent is a

16    good ballpark.  Don't quote me on this -- to

17    even rewards of miners over time.  So

18    ordinarily, by joining the pool, you get less

19    rewards.  But you get them more often, and more

20    evenly distributed, like.  So --

21         Q.   But --

22         A.   Yes.

23         Q.   I'm sorry.  I think you've moved

24    beyond my question.

25         A.   Perhaps I did, yes.  You want to

1               ███████  - Highly Confidential

2   repeat?

3        Q.    Well, I'll just move on.

4              Is there agreement in the scientific

5   literature about how to measure the Nakamoto

6   coefficient of a blockchain system?

7        A.    In the Nakamoto coefficient, so,

8   again, you use the Nakamoto coefficient the way

9   I use it in -- in the report.  So as the minimum

10  number of authorities that the adversary needs

11  to compromise in order to subvert key properties

12  of the system, for the class of protocols that's

13  not proof of work, that's kind of easier.

14  Because you would always have a threshold of

15  faulty -- all XRP Ledger has it.  It's not only

16  XRP Ledger.  Other protocols that are -- belong,

17  let's call it, to this family of protocols have

18  that threshold.

19              It's easier to estimate this than, for

20  example, for proof of work.  I was digressing a

21  moment ago, trying to explain the difficulties

22  of estimating that and proof of work.  But

23  actually, in other consensus protocols, it may

24  be and it often is much easier.

25       Q.    Do you know if everyone in the

1          ███████   - Highly Confidential

2     scientific community uses the term "Nakamoto

3     coefficient" the same way you do in your report?

4          A.   I'm pretty sure there are some

5     researchers who don't know about the exact term.

6     If we define it for them -- and this is what I

7     would -- you know, this is the essence of it.

8     Like, one should focus when it reads my report

9     on the definition, what it means.

10               And we can call it, you know, if we

11    can call it -- we'll call it ███████ partition.

12    We can call it that way.  If you want to call it

13    coefficient of Byzantine nodes, we can call it

14    that way.  Or Nakamoto coefficient, we can call

15    it that way.  That's less -- that's a handle

16    which we use to refer to the concept.

17         Q.   Just for clarity, when you use

18    Nakamoto coefficient in your report, you're

19    using it as a shorthand for your own definition

20    that's provided in the sentence prior that you

21    read into the record.

22         A.   No.  I wouldn't agree fully.  I --

23    it's not my definition.  It's the definition

24    that I wrote in the report.

25               In that sense, it's my definition.

1          ███████  - Highly Confidential

2    But it's not that I came up with it.  As you

3    see, I'm writing about scientific and

4    engineering community has been using this for a

5    very long time.

6          Q.    Okay.

7          MR. SYLVESTER:  Lisa, we've been going

8          for about an hour, so whenever is a good

9          time to take a quick break.

10         MS. ZORNBERG:  I would like to finish

11         on this -- on this note.

12         Q.    Does Mr. Srinivasan derive his use of

13   the Nakamoto coefficient from the Lorenz curve

14   and the Gini coefficient?

15         A.    He does not.  He relates to them, but

16   he does not.  So that's one of the points in the

17   Adriaens rebuttal that's misrepresenting the

18   facts.

19         Q.    Okay.  Let me show you Exhibit █ 10.

20         MS. ZORNBERG:  Mark, once we get

21         through this exhibit, we can take a break.

22         MR. SYLVESTER:  Do you know about how

23         long it will be?

24         MS. ZORNBERG:  I don't know.

25         Hopefully not too long.

1            ██████  - Highly Confidential

2            MR. SYLVESTER:  You let me know if

3      you're flagging and need a break.

4            THE WITNESS:  I could use a break.

5            MR. SYLVESTER:  Can we just take one

6      now, Lisa?  He's saying he needs a break.

7            MS. ZORNBERG:  That's fine.

8            MR. SYLVESTER:  Thanks.

9            THE VIDEOGRAPHER:  The time is

10     2:41 p.m.  We're going off the record.

11            (Recess from 2:41 to 2:59.)

12            THE VIDEOGRAPHER:  It is 2:59 p.m.  We

13     are back on the record.

14     Q.   Dr. ██████  I've handed you

15   Exhibit ██ 10, which I'm going to represent to

16   you has -- shows two slides, from the video

17   presentation that Balaji Srinivasan gave called

18   quantifying decentralization that you cite in

19   your report.

20            Page 1 of the --

21            MR. SYLVESTER:  Counsel, do you have

22      all the slides for context?  Or just two

23      from the presentation?

24            MS. ZORNBERG:  We have these two.

25            MR. SYLVESTER:  Okay.

1          ████████ - Highly Confidential

2          MS. ZORNBERG:  I can't say for sure

3     whether they're the only two or not.

4          MR. SYLVESTER:  Okay.

5          ("Quantifying Decentralization,"

6     Blockstack Summit 2017, was marked ██

7     Exhibit 10 for identification, as of this

8     date.)

9     Q.   Page -- the slide on page 1 of

10    Exhibit 10 is from four minutes in, and the

11    slide on page 2 of Exhibit 10 is from Minute 12

12    of the presentation.

13         So directing your attention to page 1

14    of Exhibit 10, the slide that Mr. Srinivasan

15    titled "Six Subsystems of the Bitcoin

16    Decentralized System."

17         Do you agree that those are subsystems

18    of the bitcoin blockchain system?

19    A.   I do not.

20    Q.   Okay.  Why don't you agree?

21    A.   Exchange is not a subsystem or a

22    bitcoin decentralized system.

23         It has nothing to do -- bitcoin

24    doesn't care if there is an exchange or not.

25    Q.   Okay.  Mr. Srinivasan also includes a

1           ███████  - Highly Confidential

2    subsystem for nodes by country.

3           Do you agree that's a subsystem of the

4    bitcoin network?

5        A.   I don't know necessarily what "nodes

6    by country" means here.

7        Q.   Okay.  Your report did not analyze

8    nodes by country for bitcoin Ethereum or

9    XRP Ledger, correct?

10       A.   No.  I'm referring to Srinivasan to

11   get a handle on the name of this concept.

12       Q.   Okay.  So you don't contend that

13   you're using Nakamoto coefficient in the same

14   way, necessarily, as Mr. Srinivasan.

15       A.   I would say one of the users of

16   Nakamoto coefficient he has is the one that I'm

17   using it for.  I'm not necessarily saying that

18   I'm using it in the -- all the -- I didn't go --

19   I didn't talk to the guy.  I don't know the guy

20   personally.  I don't know how he thinks about

21   it.

22           I saw the mapping.  And I think it's

23   fair to say that this concept that I call

24   Nakamoto coefficient is sometimes called

25   Nakamoto coefficient because I'm pretty sure he

1          ████████  - Highly Confidential

2    does it in that aspect.  And that's where the

3    handle comes.

4         Q.   Mr. Srinivasan roughly defined

5    Nakamoto coefficient during his presentation as,

6    quote, How many folks do you need to compromise

7    to get to 51 percent?

8              Closed quote.

9              Do you agree with that formulation?

10   Is that -- let me put it this way:  Is that

11   formulation similar or different than the one

12   you use in your report?

13        A.   You said how many guys.

14        Q.   I'm quoting from him.  How many folks

15   do you --

16        A.   Folks.

17        Q.   -- need to compromise to get to

18   51 percent?

19        A.   I'm using it in a different way.  So

20   I'm trying to make more -- to specify folks more

21   precisely.  So we are talking about the

22   authorities that are contributing to the system

23   in some -- in some way, right?  So they control

24   certain components of the system.

25        Q.   What's an authority, as you use it, in

1          ██████████  - Highly Confidential

2     talking about Nakamoto coefficient?

3          A.   I use it -- so authorities would be,

4     in the XRP Ledger, the organizations that run

5     the validator nodes.

6          Q.   I'm sorry.  Say it again.

7          A.   The XRP Ledger, the organizations that

8     run the validator nodes.  In the bitcoin

9     blockchain, the entities that run, we can say

10    full nodes or miner nodes.  It depends.  But you

11    can extend to full node.

12              If we say, for XRP Ledger, validators,

13    it would be only fair to talk about bitcoin full

14    nodes, so yes.

15         Q.   Okay.  So did I understand that if you

16    are going to do an apples-to-apples comparison

17    of XRP Ledger to bitcoin, the -- the right

18    comparison would be running a validator node on

19    XRP Ledger to running a full node on bitcoin or

20    Ethereum?

21         A.   We need to define apples to apples,

22    but it's not the same.  It's -- no.  I didn't

23    say that.  That's absolutely -- I didn't say

24    that.

25              I didn't mean that.

1          ████████ - Highly Confidential

2     Q.   So I'm just going to read back your

3   answer, make sure I understand what you are

4   saying.

5          What you previously said is, quote,

6   I'm sorry.  Say it again.  The XRP Company, the

7   organizations that run the validator nodes, in

8   the bitcoin blockchain, entities that run, we

9   can say full nodes or miner nodes.  It depends.

10  But you can extend to full nodes.  If we say for

11  XRP Ledger validators, it would only be fair to

12  talk about bitcoin full nodes.  So yes.

13         Closed quote.

14         Explain -- it seems like you, as a

15  matter of fairness, were saying you should

16  compare XRP Ledger validators to bitcoin full

17  nodes.

18         Is that -- is that accurate?

19         MR. SYLVESTER:  Objection.

20     A.   I don't think it's accurate.  We would

21  need to define "fairness."

22     Q.   Well, what did you mean by that

23  statement?  And if you want to correct it,

24  please do.

25     A.   Yes.

1        ███████ - Highly Confidential

2              There are certain similarities among

3    the -- but there is also deference, so it's not

4    apples-to-apples comparison.  One would relate,

5    to a certain extent.  And we can define

6    precisely how, XRP Ledger validators to bitcoin

7    full nodes.

8              It's not necessarily fair to call them

9    miners, miners, to relay them to miners, because

10   the miners get rewards for their engagement in

11   the bitcoin blockchain.  Where actually,

12   validators on the XRP Ledger, they do not.

13             But then, again, it's not fully

14   correct to say that XRP Ledger validators are to

15   be thought of as full nodes on the bitcoin

16   blockchain.  Because there is a certain security

17   aspect that, for example, if I'm running the

18   bitcoin full node validator and I'm running a --

19   a XRP Ledger validator which is not in the

20   main -- which is not in the dUNLs that we

21   discussed, there is a certain difference.  So

22   the difference is mainly because in the XRP

23   Ledger -- shall I carry on?

24        Q.   Not necessarily.  No.

25        A.   Okay --

1          ███████ - Highly Confidential

2     Q.   We can --

3     A.   If you're happy --

4     Q.   If you feel your answer is complete,

5     then --

6     A.   No.  If you -- you were unhappy with

7     my phrasing, so I'm trying to phrase.  So if

8     you're happy, I can stop.  If you're not happy,

9     I can continue.

10     Q.   So my happiness is irrelevant as long

11     as you feel that you're giving accurate and

12     complete testimony.

13     A.   I -- I -- you know, I am certainly.  I

14     can continue discussing this.  It's an

15     interesting point.

16     Q.   Let me ask you a follow-up question.

17     A.   Yes.

18     Q.   And we'll go from there.

19          You mentioned that -- that miners get

20     rewards.  Do -- do bitcoin participants who

21     operate nodes get rewards who are not miners?

22     A.   Can you rephrase, please?

23     Q.   Are there rewards in the bitcoin

24     system for validation?

25     A.   There are no monetary rewards, like

 1              █████████     - Highly Confidential

 2    there is monetary meaning in bitcoin token.

 3    There are no rewards for that.

 4              There are certain rewards.  If you

 5    think about contributing to the security of the

 6    system, it's actually relevant.  And there --

 7    individually, I may get as a user who is

 8    running -- not I.  Whoever runs the bitcoin

 9    validator node may get more privacy if he does

10    so in certain cases, which we can discuss.

11         Q.   Okay.

12         A.   So rewards in the terms of bitcoin

13    tokens, there are not.

14         Q.   Okay.  Let me direct your -- hold on.

15              You run a bitcoin node presently,

16    right?

17         A.   I run a bitcoin full node presently.

18         Q.   Do you receive any in-protocol

19    incentives for doing that?

20         A.   In-protocol incentives?  The way I --

21    the way I consider them in the -- in the report.

22         Q.   Yeah.

23         A.   No.  So, no, no bitcoin is awarded for

24    running the validator.

25         Q.   Okay.  Let me direct you to the second

 1               ████████ - Highly Confidential

 2    page of Exhibit 10, which, again, is a slide

 3    that Mr. Srinivasan displayed during his

 4    presentation, which you referred to in your

 5    report.

 6               According to this slide,

 7    Mr. Srinivasan determined that both bitcoin and

 8    Ethereum had a Nakamoto coefficient of 1.

 9               Do you see that?

10         A.    I see that.

11         Q.    Do you know how he determined that the

12    Nakamoto coefficient for bitcoin was 1?

13         A.    Looking at his columns, what he did is

14    that -- what I assume he did -- I cannot know

15    for sure -- what I'm assuming here that he did

16    is he took the minimum of the bitcoin column, so

17    basically mining says 5.  Client says 1.

18    Developer says 5.  Exchange says 5.  Nodes says

19    171.  Owner says 3.  And similar for Ethereum,

20    this looks like taking the minimum out of these

21    columns.

22         Q.    Okay.  According to your report, if

23    the Nakamoto coefficient is 1, a system cannot

24    be deemed decentralized.  Right?

25         A.    Yes.  I'm not saying what he did is

1          ███████  - Highly Confidential

2    correct.

3        Q.   Are you saying that what he did is

4    incorrect?

5        A.   I would -- I would argue with him that

6    this is incorrect, yes.

7        Q.   Why did you cite his YouTube video in

8    support -- as one of the 22 references your

9    report relies on if you thought his analysis of

10   Nakamoto coefficient was incorrect?

11           MR. SYLVESTER:  Objection.

12       A.   I'm using it in the way I cited it.

13       Q.   Okay.

14       A.   This notion is sometimes called

15   Nakamoto coefficient.

16       Q.   Okay.  Can I direct you to page 9 of

17   your report.

18       A.   Yes.

19       Q.   Besides Mr. Srinivasan's YouTube

20   video, do you cite any other authorities for the

21   term "Nakamoto coefficient" in your report?

22       A.   I refer to the scientific literature

23   and engineering practice, which is -- I'm

24   reading this out verbatim again.

25           It's typically interested.  And

1          ███████    - Highly Confidential

2     herein, typically interested and scientific

3     engineering and literature engineering practice,

4     I am referring to my experience working on these

5     protocols for 18 years.

6          Q.   Okay.

7          A.   They're interested in the minimum

8     number of authorities that the adversary needs

9     to compromise to subvert the key property of the

10    system.

11               Again, we are getting into names.

12          Q.   Okay.  Understood.  But my question

13    was really just a simple one.  For your use of

14    the term "Nakamoto coefficient," does your

15    report cite to any authority other than

16    Mr. Srinivasan's YouTube video?

17          A.   It refers to scientific literature,

18    engineering practice.  If you want a citation in

19    the form that something concretely appears, it

20    does not.

21          Q.   Okay.

22          A.   But there is a reference to how people

23    approach these things.

24          Q.   Okay.  So Mr. Srinivasan's YouTube

25    video is the only citation for your use of the

1          ████████  - Highly Confidential

2     term "Nakamoto coefficient," and Mr. Srinivasan

3     found Nakamoto coefficient of 1 for both bitcoin

4     and Ethereum?

5               MR. SYLVESTER:  Objection.

6          Q.   Correct?

7          A.   It is not correct.  So I'm saying that

8     this concept is sometimes referred to as the

9     Nakamoto coefficient.  Implicitly, I'm referring

10    to scientific literature engineering practice

11    without explicitly pointing out to what I mean

12    here.

13         Q.   Okay.

14         A.   But there is a clear indication that

15    I'm referring to the larger body of literature,

16    which is not explicitly cited.

17         Q.   What scientific literature are you

18    referring to?

19         A.   This is a virtually all -- all

20    protocols that I have been working on for --

21    looking at it 18 years.  So I have these

22    assumptions in my Ph.D. thesis.  Leslie Lamport

23    has this notion that can relate to this in his

24    1980s paper.  Miguel Castro and Barbara Liskov,

25    Turing Award winners, researchers at that time

1          ███████    - Highly Confidential

2    at MIT who invented the PBFT protocol, have a

3    similar concept.

4               THE COURT REPORTER:  Slow down,

5         please.

6               THE WITNESS:  Yes.

7         A.   So one can relate to these notions in

8    multiple scientific papers.

9               And these are called the threshold of

10   Byzantine nodes, threshold -- adversarial

11   threshold or similar names.  We discussed this a

12   few hours ago.

13        Q.   Okay.

14        A.   I'm giving it a name, and it's just a

15   name.

16        Q.   You talked about mining pools a little

17   while ago.

18        A.   I did.

19        Q.   In the bitcoin -- I have a clarifying

20   question.

21               In the bitcoin system, let's say that

22   Jeff controls Alice and Bob.

23               Does that count as one for the

24   Nakamoto coefficient as you're using it or as

25   three?

1          ██████████ - Highly Confidential

2          MR. SYLVESTER:  Objection.

3     A.   Can you repeat the question?  How many

4     participants are there?

5     Q.   Well, I -- there are three in my

6     hypothetical.  So my hypothetical is Jeff

7     controls Alice and Bob in the mining pool.

8     A.   Who is --

9     Q.   Does that count as one or as three?

10         MR. SYLVESTER:  Objection.

11    A.   Who is Jeff?

12         Alice and Bob are running validator

13    nodes, but Jeff controls them.  Jeff, mining

14    pool operator?  Or --

15    Q.   Yeah, let's assume he's a mining pool

16    operator.

17    A.   What does it mean, controls?  So

18    whatever Jeff decides, Alice and Bob implement?

19    Q.   Yes.

20    A.   It would be one.

21    Q.   Okay.

22         Okay.  Now, your report evaluates

23    bitcoin's resilience to the double-spend issue

24    and to the censorship-of-transactions issue.

25         Correct?

1              ██████ - Highly Confidential

2      A.   Correct.

3      Q.   Are there any other elements to

4  resilience besides the double-spend and

5  censorship resistance that you're offering an

6  opinion about?

7      A.   These are not elements of resilience.

8  Resilience applies to different -- to ensuring

9  different properties of the system.  You just

10 mentioned the different properties of the

11 system.

12          Resilience would be, despite how many

13 Byzantine components of the system, do we still

14 reserve safety and liveness?  So these are

15 not -- we discussed safety -- I think we

16 discussed this before.  In safety, a measure of

17 resilience -- I'm -- I'm paraphrasing this,

18 but -- yeah.

19     Q.   Okay.

20          So let's focus on double-spend.  Why

21 is -- why is the issue of double-spend relevant

22 to decentralization?

23     A.   I didn't write that it's relevant to

24 decentralization.

25     Q.   Okay.

1          ██████████ - Highly Confidential

2          A.   I wrote something else.

3          Q.   Okay.  Is it -- is it your opinion

4     that the double-spend issue is -- is a

5     separate -- separate and apart from whether a

6     system is decentralized?

7          A.   Double-spend, the -- I'm giving it as

8     an example.  If you read page 9, it says,

9     Informally, a safety property of a system

10    stipulates that bad things do not happen.

11            An example of a safety property, in

12    the context of blockchains, is double-spend

13    resistance.

14         Q.   I understood.  So double-spend and

15    censorship resistance are examples that you're

16    giving that relate to safety?

17         A.   That is not fully correct.  So

18    double-spend relates to safety.  Censorship

19    resistance relates to liveness.

20         Q.   Okay.  So let's talk about

21    double-spend resistance.

22            What do you conclude with regard to

23    bitcoin's resilience to double-spend?

24         A.   Just to find in the --

25         Q.   I think it's on page 15 of your report

1                 ███████ - Highly Confidential

2     if you're looking for a reference.

3         A.   Yes.  Shall I read it out?  I found

4     it.

5         Q.   No.  I don't need to you read it out.

6              Can you summarize, or can you just

7     point out --

8         A.   Yes.

9         Q.   -- where your conclusion is stated?

10        A.   Let me -- let me read -- these two

11    paragraphs, and then I will summarize it if you

12    don't want me to read it out.

13             (Witness reviewing document.)

14        A.   So I'm giving an example of how an

15    adversary which controls more than 50 percent of

16    the mining power, I'm giving high-level examples

17    what the adversary would need to do in order to

18    mount double-spending attacks and

19    transaction-censoring attacks.  This is what I'm

20    doing in this paragraph.

21        Q.   Okay.  So -- so it's your opinion, as

22    expressed here, that more than 50 percent of

23    bitcoin mining power is controlled by four

24    mining pools.  Correct?  As of the date of your

25    report.

```
 1                  ███████ - Highly Confidential
 2        A.   I'm not saying that.  I'm saying that,
 3   if we assume that the mining pool operator
 4   controls -- and that's a big assumption.  It's
 5   not necessarily realistic.
 6             If a mining pool controls all the
 7   nodes in the mining pool, then four mining pools
 8   control together 51 percent of the whole mining
 9   power.  Why is this not the case?
10        Q.   Okay.  Did you answer --
11        A.   Yes.
12        Q.   Let me direct you -- let me direct you
13   to the sentence on page 15, three-quarters down,
14   where you wrote, With this in mind, at the time
15   of writing this report, more than 50 percent of
16   bitcoin mining power is controlled by four
17   mining pools.
18             Do you see that?
19        A.   I see that.
20        Q.   You did not offer a citation in
21   support of that figure in your report.  Right?
22        A.   I did not.  This is correct.
23        Q.   Where did you derive your assertion
24   that as of October 4, 2021, more than 50 percent
25   of bitcoin mining power was controlled by four
```

1                    ████████ - Highly Confidential

2    mining pools?

3         A.    I do not recall, unfortunately, the

4    sources precisely.  I saw that number in -- I

5    verified it myself on certain websites that --

6    that indicate how much mining power is

7    controlled by which mining pool.  Mining pool

8    often -- often identify themselves.  When they

9    mine a block, they have -- some of them identify

10   themselves.  It's possible to identify them.

11        Q.    What websites did you rely on, in --

12   for that factual statement in your report?

13        A.    I'm not saying this here.  And I

14   don't -- I cannot quote from top of my head the

15   exact website.  I also read, just to finish

16   my -- I didn't finish my response.

17             So there are also other scientific

18   papers that actually come to this number.  So

19   that's -- it's not -- the moment that I looked

20   at it, at the moment I looked at it, I'm pretty

21   sure I looked at certain websites that track the

22   mining power, because the miners tend to, again,

23   identify themselves, some of them.

24        Q.    Okay.  But you don't remember -- you

25   make a statement that as of the writing of this

1          ▮▮▮▮▮ - Highly Confidential

2   report, more than 50 percent of bitcoin mining

3   power is controlled by four mining pools.  Is it

4   your testimony that for that figure, as of when

5   you wrote this report, you looked at websites

6   that you can no longer recall?

7        A.   That I cannot recall from my head?  If

8   I start searching, if I would be starting

9   searching it, I could probably tell you how got

10  it and why do I think this is -- this is

11  reliable.

12       Q.   Why did you not identify those

13  websites, in your report, among the information

14  that you considered?

15       A.   It was not my intention to hide any

16  information.  You can call it an omission, if

17  you want, or oversight.

18            You can call it however you want.  But

19  it was not my intention to note, Aha, I want to

20  give this information and hide this source.

21            I didn't think like that.

22       Q.   How can we know if the websites that

23  you relied on for that factual statement are

24  reliable?

25       A.   I -- did my best and honest work to at

```
 1              ███████   - Highly Confidential
 2    think at that moment that they're reliable.  So
 3    they're not hidden websites.  So reliable in a
 4    sense that somebody could go, estimating, you
 5    could probably get a historical -- you know, you
 6    could go back and try to understand what I was
 7    doing in July and August.  So that would be
 8    repeatable in a sense that we did find reliable.
 9              And I think this is doable by an
10    independent researcher, to verify these claims.
11         Q.   You agree that the percentage of
12    mining power that's controlled by mining pools
13    can change over time, correct?
14         A.   I agree with that.
15         Q.   It can change day to day, right?
16         A.   It can change minute by minute if you
17    want, yes.
18         Q.   Sitting here today, do you have any
19    basis to assert that the websites you recall
20    looking at, for that sentence of your report,
21    were reliable?
22         A.   I have -- and this is not -- again
23    this is not the -- this is not the only source.
24    So there are scientific papers -- some of them
25    we -- I think we brought up today -- that
```

1          ███████  - Highly Confidential

2    actually look at the same metrics, and they come

3    with the similar numbers.

4          So --

5    Q.   And were those papers -- were there

6    any papers that you looked at that gave a

7    factual statement of the percentage of mining

8    power, controlled by mining pools, as of

9    October 4, 2021?

10   A.   I would say, at that moment when I was

11   writing this, I had these papers in mind.

12   And -- but I was verifying this on these

13   websites, this information from these websites

14   that I was referring to.

15   Q.   And you -- you agree it's an omission

16   in your report that you did not cite the

17   websites?

18   A.   I --

19          MR. SYLVESTER:  Objection.

20   A.   -- said you can call it an omission.

21   I didn't say I agree.  Yes.  So it's something

22   that I didn't measure this for the first time

23   myself.

24          And like I didn't cite -- explicitly,

25   when I introduced the Nakamoto coefficient, I

1            ███████ - Highly Confidential

2    didn't cite the body of literature.  This is not

3    because I'm hiding references or something.

4            When I do this, it's mostly because I

5    think this is so easily verifiable that I almost

6    don't need to do it.  This is my line of work,

7    rather than hiding information from anyone who

8    could be reading this report.

9        Q.   Will you agree that if one mining pool

10   was in control of more than 50 percent of

11   bitcoin mining power, the -- the Nakamoto

12   coefficient for bitcoin would be 1?

13       A.   I would agree that the very

14   conservative estimate as I write it in report,

15   under the assumption that a mining pool operator

16   authority controls all the nodes inside the

17   mining pool and only -- and under that

18   assumption, yes.  Then yes.

19       Q.   Okay.  Has that occurred at any time

20   if bitcoin's history, to your knowledge?  And by

21   that occurring, are you aware of any time in

22   bitcoin's history when one mining pool

23   controlled more than 50 percent of bitcoin

24   mining power?

25       A.   I'm aware of certain -- certain --

1         ██████████ - Highly Confidential

2    I'll just point to -- not necessarily scientific

3    authors, maybe -- maybe even -- yes, I'm aware

4    that -- I suspect that in 2014, this occurred.

5              And, you know, you could arguably make

6    a statement in the very early days.  We don't

7    know -- Satoshi Nakamoto is a group of

8    independent people or a single people, but you

9    could probably go back at the very beginning of

10   bitcoin blockchain and said -- make such a

11   claim.

12             So I'm aware of people making such a

13   claim.  Again, one should be very careful.

14   There a big assumption about -- when we talk

15   about mining pools, so fast-forward to 2014 and

16   present days, there is this -- this is a very

17   conservative assumption in which you really

18   assume that the mining pool operator controls

19   all the nodes.  This is normally not -- not

20   true.

21        Q.   Okay.

22             MS. ZORNBERG:  Can you show

23        Exhibit ██ 11.

24             (Article Dated June 16, 2014, "Bitcoin

25        Currency Could Have Been Destroyed by 51

1          ████████ - Highly Confidential

2     Percent Attack," was marked █ Exhibit 11

3     for identification, as of this date.)

4          MS. ZORNBERG:  For the record,

5     Exhibit █ 11 is an article dated June 16,

6     2014, called "Bitcoin Currency Could Have

7     Been Destroyed by 51 Percent Attack."

8          Q.   Please take a moment to look at it.

9     But my question is, when you mentioned a moment

10    ago that you believed there was a time in 2014

11    when there was more than 50 percent

12    concentration of bitcoin's mining power, were

13    you referring to the incident that's described

14    in this article?

15          MR. SYLVESTER:  Take a minute to read

16     the article if you haven't seen it before.

17          (Witness reviewing document.)

18     Q.   Dr. ████████ have you had a chance to

19    look at it?

20     A.   I didn't finish, but I guess, you

21    know, we could -- just maybe just 30 seconds

22    more.

23     Q.   Okay.

24          (Witness reviewing document.)

25     A.   Yes, I had a chance to look at it.

1          ██████  - Highly Confidential

2     Thank you.

3          Q.   So is the 2014 incident described in

4     this article, when a mining pool called

5     GHash.io, spelled G-H-A-S-H.I-O, mining pool,

6     controlled more than 51 percent of the mining

7     power of bitcoin?

8          A.   GHash.io, yeah.

9          Q.   So let me just rephrase it cleanly.

10    When you talked about, earlier, a 2014 incident

11    when the mining pool concentration of bitcoin

12    exceeded 50 percent, were you referring to

13    the -- the GHash.io incident?

14         A.   GHash.io.  I believe this is the same

15    thing because I was talking about 2014.  I'm

16    pretty sure that the -- it's very probable or

17    I'm pretty sure that I'm -- I was not looking at

18    the guardian document that you presented, but,

19    you know, different sources might have referred

20    to the same incident.

21         Q.   Okay.

22         A.   So, I believe it is fair to say I was

23    thinking of that.  Yeah.

24         Q.   So at the point of this 2014 incident,

25    would the Nakamoto coefficient of bitcoin have

1          ████████  - Highly Confidential

2    been 1, according to your analysis?

3         A.   According to my analysis, a very

4    conservative estimate of the Nakamoto

5    coefficient would be 1.

6         Q.   Did it require human intervention to

7    avoid a threat in 2014 to bitcoin's safety and

8    liveness?

9              MR. SYLVESTER:  Objection.

10        A.   I couldn't know if it -- required

11   human intervention.  It would be speculating for

12   me to understand if, you know, you could write a

13   software which immediately leaves the pool if,

14   you know, you are looking at something and you

15   says, Oh -- you could do it both ways.

16        Q.   Okay.  On page 2 of the article, the

17   writer of the article writes, quote, For the

18   brief period when GHash had 51 percent of the

19   network, the security of bitcoin wasn't a result

20   of its impressive mathematical background but

21   merely the trust that the users of GHash would

22   notice and respond if the pool's administrators

23   decided to try and abuse their position, close

24   quote.

25              Do you see that?

1                 ⬛⬛⬛⬛ - Highly Confidential

2          A.    I lost you.  Sorry.  I apologize.  I

3     lost you.

4          Q.    It's the middle of page 2.

5          A.    Middle of page 2.

6                For the brief period when GHash had

7     51 percent of the network, that paragraph?

8          Q.    Yes.

9                And my question is, do you agree that

10    that's a fair statement?

11               MR. SYLVESTER:  Objection.

12         Foundation.

13         A.    This is a -- this is an article for

14    newspaper.

15               And I don't agree that the security of

16    bitcoin wasn't a result of its impressive

17    mathematical background, but merely the trust

18    that the users would notice and respond.

19               There is a -- there is an incentive

20    once you start playing this game, and I'm

21    referring to this in -- in my report.  Once you

22    start playing this game of bitcoin, now assume

23    this happens -- let -- let's suppose that this

24    actually happened, and it happens today.

25               So now currently, you're controlling

1          ████████  - Highly Confidential

2   51 percent of the mining power.  Normally what

3   this means is that you are mining to get some

4   bitcoin rewards, and now you're facing the

5   dilemma, even if you could do it, is it good for

6   you.

7          If you are selfish, rational, economic

8   player, is it good for you to do it or not,

9   because you might -- you know, by mounting an

10  attack, you might be devaluing the trust in the

11  network, and that's actually integral part of

12  bitcoin, if you see what I mean.

13         So that dilemma that you are having,

14  even if you could somehow theoretically mount

15  the attack -- I don't know, U.S. governments

16  engages few nuclear power plants, starts mining

17  bitcoin, it gets to 51 percent.  Now, does it

18  want to attack the network or does it want to

19  continue mining bitcoin because it's -- because

20  other -- you see what I mean.

21         So there is this part of the game

22  which is very difficult to say -- for example,

23  if the author says, The security of bitcoin

24  wasn't a result of its impressive mathematical

25  background.  If I add game theory, game theory

1          ▓▓▓▓▓▓ - Highly Confidential

2    is part of mathematics.  That's a part of

3    bitcoin's background.

4              MR. SYLVESTER:  You asked him if he

5         agreed.  Let him finish.

6         A.  Yes.  So I could not agree with this.

7    It's a sensational article, and there are

8    certain challenges, of course, if you have

9    51 percent of the network, but there are

10   hidden -- not hidden aspects, there are actually

11   aspects of the whole game, theoretical

12   background of bitcoin, which is part of its

13   mathematical background, which actually puts you

14   in a dilemma of, when you're an attacker, Do I

15   want to do this or not.

16        Q.  So are -- are you saying that someone

17   with 51 percent control might have incentives to

18   act in a trustworthy manner?

19        A.  Yes.

20        Q.  Okay.

21             Are you aware of any human activity,

22   in connection with the -- with the bitcoin

23   network, to prevent specific mining pools from

24   reaching 51 percent control?

25        A.  I cannot comment on that.  I don't

1          ████████ - Highly Confidential

2    have any firsthand experience with it.

3         Q.   Okay.

4              While we're on the topic of

5    double-spend, are you familiar with bitcoin

6    CVE-2018-17144?

7         A.   I think this is -- I think I'm aware

8    of what you're discussing, yes.

9         Q.   Okay.

10             What is a CVE?

11        A.   I don't know exactly what CVE stands

12   for.

13        Q.   Okay.

14             If I told you it stood for a common

15   vulnerabilities and exposure report, does that

16   sound familiar?

17        A.   Fair enough.

18        Q.   Okay.  What do you recall of the -- of

19   the vulnerability that was at issue in

20   CVE-2018-17144?

21        A.   To give you an objective precise

22   statement, I would need to refer to certain

23   documents.

24             What I recall from top of my head is

25   that there was a change in the bitcoin software

1          ███████████  - Highly Confidential

2     introduced in bitcoin core Version 0.14 to

3     optimize certain performance of the bitcoin

4     software.

5               Inadvertently or not, this change

6     we're introducing a vulnerability that -- that a

7     user could double -- to attempt to double-spend

8     the same inputs.

9               Because of the way bitcoin works,

10    you're spending certain outputs of a

11    transaction, so if you use the same input twice,

12    you're spending the -- if you're using the same

13    output of a previous transaction twice as the

14    input to your transaction, you're basically kind

15    of attempting to double-spend in some sense.

16               So like I have one bitcoin, but I

17    actually use it twice.  So I'm kind of trying to

18    spend two bitcoins, and the vulnerability,

19    actually, was -- when it was first disclosed, it

20    was the -- that basically this would crash a

21    bitcoin 0.14, bitcoin core.

22         Q.   Was a -- was a fix required to the

23    bitcoin software to resolve that issue?

24         A.   Depends.  So if you are running the

25    software before bitcoin Version 0.14, it was

```
1              ██████  - Highly Confidential

2    not.

3              If you use -- because, you know, this

4    bug didn't exist -- if you call it a bug, this

5    didn't exist before 0.14.  So if you ran a node

6    on 0. -- prior version to 0.14, you wouldn't be

7    required to change software, and it wouldn't

8    crash your machine.

9         Q.   But if you were running the 0.4

10   version of bitcoin so that you had the bug in

11   your system, then you needed to download a -- a

12   fix to the bitcoin software.

13        A.   You would need either to revert, as

14   you would not necessarily need to download.

15   There is a world in which you are reverting back

16   to a prior version of the code.  Let's say you

17   have 0.13.  On your machine you can install that

18   one.

19              Normally, this would -- so it's

20   reasonable to expect that more often than not,

21   this would -- for an operator of the node, this

22   would take some manual intervention.  I could

23   imagine that you could write scripts if your

24   bitcoin machine starts failing, that it reverts

25   back to some previous item of the software, so
```

1            ████████  - Highly Confidential

2    we cannot vouch that it would require human

3    intervention.

4            But it's possible that it would

5    require intervention of a human operator of a

6    node if it was running 0.14.

7        Q.   Okay.  So now I want to talk about

8    your analysis of censorship resistance in the

9    bitcoin system.

10           Are nodes required to accept all

11   proposed transactions into their block on the

12   bitcoin system?

13       A.   What is a node?

14       Q.   Do you know what a bitcoin node is?

15       A.   I know, but like what are we talking

16   about here?  So is it the bitcoin miner who gets

17   the transactions from the mempool.  Is it the

18   validator node who gets the mine block and

19   validates transactions?  What are we talking

20   about?

21       Q.   Okay.  I'm talking about a miner node.

22   Is a miner -- is a mining node required to

23   accept all proposed transactions into their

24   block?

25       A.   A miner is free to decide on its own

1          ████████  - Highly Confidential

2    which transactions it wants to include in the

3    block.  It is incentivized by the bitcoin in

4    protocol incentives to essentially -- if it's a

5    rational economic player, it's incentivized to

6    select the transactions that carry the most

7    transaction fees.

8          Q.   So, a miner can refuse to accept

9    transactions on the bitcoin network?

10              MR. SYLVESTER:  Objection.

11         A.   The miner could not opt to selectively

12   include certain transactions or not in the

13   blocks that it is mining.

14         Q.   And -- and the miner can do that

15   unilaterally?

16         A.   The miner can do that unilaterally --

17   it depends.  If it joins the mining pool, then

18   somehow, sometimes the answer is no.

19              If the miner is independent miner,

20   it's fair to say that it can do it unilaterally.

21         Q.   So if a mining pool can censor

22   transactions unilaterally, shouldn't that make

23   the bitcoins Nakamoto coefficient 1, under your

24   analysis?

25              MR. SYLVESTER:  Objection.

1          ████████ - Highly Confidential

2      A.   No.

3      Q.   Why not?

4      A.   Because that's not correct.

5      Q.   Why is it not correct?

6      A.   It's not correct that if a mining pool

7  can opt which transactions to include, there are

8  other mining pools that can opt to include the

9  transaction.

10          So that wouldn't be censoring the

11  transaction, so if you want -- if the -- so what

12  you would get, effectively, is that the smaller

13  fraction, the smaller mining -- the complete

14  mining power that actually tries to include this

15  transaction in the blockchain is smaller than

16  100 percent.

17          And in principle, what it could do is

18  it could delay -- effectively it might delay a

19  transaction for a certain time.

20          In order to exclude the transaction,

21  as I write my report, to completely exclude the

22  transaction, or the longer period of time and to

23  mount the censorship attacks, we need to have

24  51 percent of the computing power of the cash

25  power in the network dedicated and really

1           ███████ - Highly Confidential

2    committed to excluding this transaction, and

3    yes, they can do it; I mentioned it in my

4    report.

5         Q.   So if a mining node on bitcoin can

6    unilaterally refuse to accept a transaction, are

7    you saying that transaction might have to be

8    resubmitted?

9         A.   This is -- this is what's happening,

10   yes.

11             It depends, so I mean, you know, it

12   might never reach the -- yeah.  I think --

13        Q.   Okay.

14        A.   -- I think it's clear.

15        Q.   Let me direct you to page 9-- page 18

16   of your report.

17             Okay.  And I'm turning now to your

18   analysis of Ethereum resilience.

19             So, on the -- that paragraph on

20   page 18, you make the statement, quote, At the

21   time of writing of this report, more than

22   50 percent of Ethereum mining power is

23   controlled by three mining pools, making the

24   conservative estimate of the Nakamoto

25   coefficient for Ethereum equal to 3, period,

1          ████████ - Highly Confidential

2     close quote.

3               Do you see that?

4          A.   I see that.

5          Q.   You do not offer any citation for that

6     factual statement in your report, correct?

7          A.   This is correct.  And to explain that,

8     if I can expect your next question.  Or you want

9     to pose it?

10         Q.   I'd rather pose my questions --

11         A.   Please.

12         Q.   -- just since we're getting late in

13    the day.

14         A.   Yes.

15         Q.   Thank you, Doctor.

16              From where did you derive your

17    assertion that more than 50 percent of Ethereum

18    mining power is controlled by three mining pools

19    as of the writing of your report?

20         A.   That would be the same approach that I

21    meant -- that I mentioned for bitcoin.

22         Q.   Same websites?

23         A.   It might be different websites.  I --

24    I, unfortunately, cannot recall from top of my

25    head.  It might be the same website which

```
 1                     ██████  - Highly Confidential

 2    aggregate information across different

 3    blockchains.

 4              Again, this is something -- so

 5    these -- these websites usually -- you know, I

 6    think this is verifiable because --

 7         Q.   Okay.

 8         A.   Yeah, I think this is verifiable.

 9         Q.   But --

10         A.   Even -- even if I didn't give the --

11    that -- there are just many websites that do it.

12    There -- there are many researchers that --

13         Q.   Okay.

14         A.   -- came to similar conclusions, so

15    they use -- apparently science -- scientists use

16    this different information, and this information

17    is accessible.

18              I did my honest work to present this

19    honestly at the time of writing.

20         Q.   Okay.

21              Let's turn -- by the way, would you

22    agree that it's -- as with bitcoin, for

23    Ethereum, it's possible for one mining pool to

24    control more than 50 percent of Ethereum's

25    mining power?
```

1          ██████████ - Highly Confidential

2          MR. SYLVESTER:  Objection.

3      A.   I would say we can relate to what we

4  discussed with bitcoin -- for bitcoin, and since

5  the consensus protocols are similar, I think it

6  would be fair to say that it's possible that a

7  single mining pool, on the Ethereum network,

8  controls more than 50 percent of the hash power.

9      Q.   All right.  Let's -- let's turn now to

10 your evaluation of the resilience of the XRP

11 Ledger, which you analyze on page 22 of your

12 report.

13          We looked at this earlier today.  Is

14 the -- is the main conclusion or opinion offered

15 that the -- the existence of the dUNL, or a

16 dUNL, impairs the resilience of the XRP Ledger?

17          MR. SYLVESTER:  Objection.

18     A.   Can you repeat the question?

19     Q.   Well, how would you state it?  How

20 would you state -- what is your opinion about

21 the resilience of the XRP Ledger?

22     A.   My opinion is -- of the XRP Ledger

23 resilience is that it doesn't tolerate single --

24 basically a single authority, being Byzantine,

25 and the single authority is the one that serves

1            ███████ - Highly Confidential

2   in the release, 1.7.3, the dUNL.

3            I'm giving a simple example, but there

4   are other examples.  I would like to point out

5   that this is not the only example of the attack

6   that could happen.

7            So, I'm describing later the other

8   possible -- some other possible attacks that may

9   happen from the untrusted validator list sites

10  that serves the d-- dUNL to the node.

11       Q.   When you say "other examples," are you

12  referring to other examples in your report?

13       A.   Yes.

14       Q.   Okay.  In your analysis of resilience

15  for the XRP Ledger, why did you not evaluate the

16  ledger's double-spend resistance in the way that

17  you did for bitcoin and Ethereum?

18       A.   In a sense, I did.

19            So the -- the entire Section 4 of the

20  report.

21       Q.   Okay.  So please identify where --

22  where in your report you specifically evaluated

23  the double-spend resistance of the XRP Ledger.

24       A.   For instance, and I will read -- I

25  will need to read in more details this section

1              ▓▓▓▓▓▓ - Highly Confidential

2   to point you out to possible other examples.

3          But the double-spending is stated as a

4   challenge on page 20, in the first paragraph,

5   where I'm quoting the Chase/MacBrough paper, and

6   actually, when I say, Faces the same challenges

7   as other digital assets in preventing

8   double-spending and insuring network-wide

9   consensus, this is the citation from the Brad

10  Chase and Ethan MacBrough paper.

11       Q.   So I --

12       A.   -- I notice --

13       Q.   I -- that -- that -- just to pause

14  there.  So you're identifying that the

15  XRP Ledger, like other blockchain systems, have

16  to deal with double-spend and have to deal with

17  insuring network wide consensus.  Right?

18       A.   So, yeah, if you read this section,

19  I'm really putting my words in the brackets.  So

20  I was trying to be careful here what are my

21  words and what I get from the sources that are

22  given by Ripple employees.

23          So whenever something is not in

24  brackets prefaced by my initials, this is what

25  I'm getting from one of the four sources that I

1          ████████   - Highly Confidential

2     cite in Section 4.1.

3          Q.   So my question is, where in your

4     report -- other than identifying that the

5     XRP Ledger has to face the double-spend issue,

6     where do you address how it does so?

7          A.   For example, if you go to page 21.

8               And the second paragraph in

9     Section 4.1.2, "Consensus and Validation," the

10    second paragraph talks about the goal of the

11    XRP Ledger consensus protocol.

12              And then the third sentence --

13         Q.   Well, where -- yeah.

14         A.   -- or the second sentence, I say,

15    Roughly speaking, these properties are related

16    to double-spending prevention and censorship

17    resistance.

18              The following sentence, the third

19    sentence of the second paragraph of the

20    Section 4.1.2 says that, Formally, safety

21    properties relevant to XRP Ledger consensus

22    protocol are agreement in linearizability.

23         Q.   Okay.

24         A.   Quoting Chase/MacBrough paper, which

25    essentially mandates that correct validators

1              ███████  - Highly Confidential

2    fully validate transactions in the same global

3    order, in the brackets, hence, preventing

4    double-spending.

5              From that moment on, when I talk about

6    safety properties of XRP Ledger, they are, at

7    this moment, tied to double-spending.  And this

8    is the moment I establish the connection.

9         Q.   Do you have an opinion that you're

10   offering in this case on the effectiveness of

11   the XRP Ledger in preventing double-spend?

12        A.   I am offering the opinions of which

13   requirements -- what is necessary for XRP Ledger

14   to actually prevent double-spends.

15             I relied on the Chase/MacBrough paper.

16   I relied on my inspection of the critical parts

17   of the safety part of the consensus protocol.

18             I was also investigating whether this

19   part of the protocol changed since

20   Chase/MacBrough publish their paper, until the

21   point I was submitting my report.  And this was

22   suggesting that -- this is -- basically this is

23   a valid understanding of -- of the protocol.

24             So --

25        Q.   So --

1          ███████ - Highly Confidential

2      A.    -- if -- if the protocol -- if the

3  protocol prevents double-spending, there are

4  certain conditions under which it does so.

5      Q.    Are you aware of a mechanism by which

6  a malicious actor can accomplish a double-spend

7  on the XRP Ledger?

8      A.    I'm aware of certain mechanisms in

9  which this can happen, yes.

10      Q.    What are those?

11      A.    So, for example, if you look at my

12  report, page 21, this is fifth paragraph in

13  Section 4.1.2.

14           For two validators to agree on the

15  same global order of transactions, their UNLs

16  must intersect or overlap.  Chase/MacBrough may

17  provide, in Section 4 of their paper, analysis

18  of the required UNL intersection across

19  different validators in order to guarantee

20  safety and liveness.

21           I read this, and I understood this

22  analysis, and I looked at the code to see their

23  changes with respect to this that would affect

24  the validity of the statement, because the paper

25  was in 2018, and then I looked at the key, for

1          ██████████  - Highly Confidential

2     example, quorum properties, et cetera.  They

3     were unchanged from Chase/MacBrough.

4               And I support their conclusions.  And

5     their conclusions say that the analysis in that

6     paper shows that to ensure safety of the

7     XRP Ledger consensus protocols, this requires

8     the intersection between any two UNLs to be over

9     60 percent.

10         Q.   Okay.

11         A.   Page 15 of that paper.

12         Q.   Did you --

13         A.   So there is a link to double-spending,

14    via safety.

15         Q.   So what -- so -- did you say that you

16    reviewed what changes had been made to the

17    XRP Ledger protocol after the Chase/MacBrough

18    paper?

19         A.   I did review.  I was focusing on the

20    changes to the consensus protocol and trying to

21    see whether they would impact the analysis of

22    Chase and MacBrough.

23              I didn't -- I didn't find -- I found,

24    for example, that after the paper, the paper

25    assumes that -- for example, for liveness, it

1           ██████████  - Highly Confidential

2     assumes 80 percent quorums.

3           And there was a -- after the paper was

4     published in 2018, there was a change to the

5     XRP Ledger consensus protocol because, to my

6     recollection, the assumed size of the core was

7     67 percent of two-third majority in the code,

8     and it was supposed to be 80.

9           So there was -- there were codes

10    changes that were going towards fulfilling the

11    assumptions of operations that Chase and

12    MacBrough had in their paper; this -- this

13    occurred, but there were none that would affect

14    the analysis.

15          I'm pointing out, we discussed

16    negative UNL briefly.  Negative UNL would affect

17    their analysis.  It would not necessarily

18    undermine my conclusions, but it would affect

19    Chase and MacBrough analysis, but this change

20    was not effective at the time I was writing the

21    report and at the time -- for the release that I

22    looked at.

23      Q.   Okay.

24          MS. ZORNBERG:  I'd like to take a

25      break.  I need a break, actually.  So can

1                    ███████  - Highly Confidential

2         we go off the record.

3              THE VIDEOGRAPHER:  The time is

4         3:53 p.m.  We're going off the record.

5              (Recess from 3:53 to 4:13.)

6              THE VIDEOGRAPHER:  It is 4:13 p.m.  We

7         are back on the record.

8         Q.   Okay.  Dr. ███████ can I direct you,

9    please, to page 16 of your report.

10             And this is part of your discussion of

11   governance for bitcoin.

12             I want to direct you to the first

13   two lines under "Governance," where you wrote,

14   Concerning code improvement proposals, anyone

15   can propose a change to the bitcoin open source

16   software via a bitcoin improvement proposals.

17   In practice, relatively few core developers,

18   developers of the bitcoin core reference node

19   software, propose and implement changes.

20             Do you see that?

21        A.   I see that.

22        Q.   In your view, is the fact of -- that

23   there are relatively few core developers on the

24   bitcoin system -- hold on, I have to rephrase.

25             Does the fact that rel-- that there

1           ████████  - Highly Confidential

2    are relatively few core developers on the

3    bitcoin system mean that the bitcoin network is

4    centralized?

5         A.    This is not what I mean, no.  I

6    wouldn't support that claim.

7         Q.    So in your view, bitcoin is

8    decentralized, notwithstanding the fact that it

9    has relatively few core developers?

10             MR. SYLVESTER:  Objection.

11        Q.    You can answer.

12        A.    I'm writing, In practice, relatively

13   few core developers propose and implement

14   changes.

15             I stand by the opinion expressed in my

16   report that bitcoin is decentralized, so we can

17   say that this doesn't make -- the relatively few

18   core developers proposing and implementing

19   changes to bitcoin is not preventing me to --

20   under my methodology, to say that bitcoin is

21   decentralized.

22        Q.    Okay.

23             Do you believe that bitcoin is the

24   only digital asset that will be needed in the

25   future?

1 ███████████ - Highly Confidential

2          MR. SYLVESTER:  Objection.  Beyond the

3      scope.

4      A.   I don't necessarily have that belief.

5      Q.   Do you believe that other digital

6  assets are inferior to bitcoin?

7          MR. SYLVESTER:  Objection.  Beyond the

8      scope.

9      A.   Can we define "inferior"?

10          So I can answer the question.

11      Q.   Have you publicly expressed the view

12  that bitcoin is superior to other digital

13  currencies?

14      A.   I don't believe that I expressed my

15  view that it's superior to other digital

16  currencies.

17          If I did, please point me to the place

18  where I have -- did that.  I don't believe I

19  did.

20      Q.   Do you believe that bitcoin will

21  become the dominant form of money on earth?

22          MR. SYLVESTER:  Objection.  Beyond the

23      scope.

24      A.   I believe that there would be good

25  things that would happen if this is so.

1          ██████████ - Highly Confidential

2               One cannot necessarily predict the

3     future.

4          Q.   So would you want bitcoin to become

5     the dominant form of money on earth?

6               MR. SYLVESTER:  Objection.

7          A.   I think it would be -- it has good

8     connotations, so I think it would be better

9     for -- I -- I think it would be good for all of

10    us, as a humankind, to have common money that is

11    sound and that cannot be necessarily -- that

12    would have better properties than the money that

13    we have today.

14               To my understanding, bitcoin fulfills

15    this, and it's a very good candidate, if it

16    becomes dominant money, that it brings good to

17    all of us, regardless of the current

18    understanding of each and every one of us about

19    bitcoin.

20         Q.   You -- you argued in your position

21    paper, in ████████████, that bitcoin's power

22    consumption is not wasteful or excessive.

23    Correct?

24         A.   I argued in the paper that you

25    submitted that -- as Exhibit --

1        ███████ - Highly Confidential

2        Q.    Exhibit 5.

3        A.    -- ██ 5?

4        Q.    Yes.

5        A.    ██ 5.  I argued for that, yes.

6        Q.    Are you concerned about the -- the

7    impact that bitcoin's energy consumption has on

8    the environment?

9              MR. SYLVESTER:  Objection.  Beyond the

10        scope.

11        A.    Let me put it this way, so when I

12    think about it, as I mentioned in my paper, the

13    data I was able to obtain suggested that bitcoin

14    has zero -- consumes 0.1 percent of the total

15    world's energy production.

16              At that stage, to blame, currently,

17    bitcoin for climate change and other things is a

18    far-fetched thing.  Like what happens to other

19    99.9 energy?  So to blame it at this moment is

20    not -- is, to my understanding, not justified.

21        Q.    Do you -- do you think that energy

22    consumption contributes to climate change?

23              MR. SYLVESTER:  Objection.  Beyond the

24        scope.

25        A.    I don't have understanding to that.  I

Page 329

1          ██████████  - Highly Confidential

2    don't have deep understanding to that, yeah.

3          Q.   Let me direct your attention to

4    page ███ of ██ Exhibit 5.

5              And I'll -- I'm just going to read

6    into the record the paragraph in the middle of

7    that page, where you wrote, quote, ████████████

██████████████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

█████████████████████████████████████████████

██████████████████████████████████████████████████

15    █████████████████████████████████████████████████

██████████████████████████████████████████████████

█████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████

25              Did you write that paragraph?

1              ████████ - Highly Confidential

2       A.   I wrote this paragraph.

3       Q.   Okay.  And as you sit here today, does

4    that express a view that you hold?

5       A.   I am here so the paragraph that you

6    read is the closing paragraph of ████████

7    ████████████████████████████████████████████

8              And it -- for the record, because we

9    are taking this out of the context, is the --

10   argument tries to -- so I'm trying to argue that

11   if you have an inflationary money, that people

12   are not incentivized to save, they're

13   incentivized to spend.  This is the part that we

14   skipped.

15             As people are incentivized to spend,

16   and they either spend money, they consume

17   things, they consume products, et cetera, or

18   they invest money into businesses and different

19   sort of things, as we know, so I'm just

20   summarizing other parts of --

21      Q.   I don't -- I want you to complete your

22   answer --

23      A.   Yes.

24      Q.   -- but I don't need you to do

25   extensive summaries.  My -- my question was just

1          ██████████  - Highly Confidential

2    whether that paragraph expresses your view as

3    you sit here today.

4          A.   I --

5               MR. SYLVESTER:  Objection.

6          A.   Yes, so I think it's important to say

7    the view on what, essentially?  The view on?

8          Q.   Have you retracted anything in the

9    paragraph that I read on page ███ since

10   publishing it?

11         A.   Rereading it, I don't find anything

12   that I would retract.

13         Q.   Okay.  Can I -- can I ask you to turn

14   to page ███ of Exhibit 5.

15              And in the -- you state that in this

16   position paper, quote, ██████████████████████████

     ███████████████████████████████████████████████

     ██████████████████████

19              Do you see that?

20         A.   I see that.

21         Q.   Okay.  And "we" means you.

22         A.   I, yes.

23         Q.   Okay.

24              On page ███ of the article -- of your

25   position paper, you -- you write, and this is

1          ███████  - Highly Confidential

2     part of the last sentence on the top half, that,

3     ████████████████████████████████████████████

      ████████████████████████████████████████████████

      ██████████████████████████████████████████████

      ████████████████████████████████████████████████

      ████████████████████████████████████████████████

8          Is -- is that ██████████ project one

9     that you're working on currently?

10         A.   I'm referring to the ███████████ project

11    that I'm contributing to in some sense --

12         Q.   Okay.

13         A.   -- today, yeah.

14         Q.   Do you -- do you receive compensation

15    for contributing to that project?  For ██████████

16         A.   I do.  Yes.

17         Q.   Okay.  On page ██ of your position

18    paper, in the middle of the page, you -- you

19    talk about tokens that have a genuine use case.

20    Is the only example that you cite there,

21    bitcoin?

22         A.   I'm doing e.g., so this is example.

23         Q.   Okay.

24         A.   There might be others, so the example

25    that I'm giving is bitcoin.

1                    ████████ - Highly Confidential

2          Q.    And that's the only example you

3    specifically give there?

4          A.    That's the only example I specifically

5    gave in that sentence.

6          Q.    Okay.  Let me ask you to turn to

7    page ███ of Exhibit 5.  About three-quarters of

8    the way down, I want to read a sentence that you

9    wrote, quote, Author's -- wait, I want to --

10   okay, I'll read the quote now that you're there.

11   ████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████

15                 Can you describe what you mean by

16   ████████████████████?

17                 MR. SYLVESTER:  Objection.

18                 Go ahead.

19         A.    Yes.  So I mean, something that -- I

20   was looking into bitcoin for 11 years.  I

21   understood it well, to my understanding, as a

22   computer science system.

23                 And I understood that it gives people

24   control over money and everything, but this is

25   not necessarily changing the whole behavior of

1          ███████  - Highly Confidential

2     us as -- as human beings, as a species, to which

3     I'm referring in the -- in the paragraph that --

4     that you -- that you read previously.

5          So that -- to go to that

6     understanding, you're -- you need -- one needs

7     to -- in my opinion, one needs to step out from

8     looking at bitcoin as a computer science system,

9     as a transaction processing system.

10         So one would actually need to, in my

11    opinion again, look at bitcoin like

12    implications, what is it use case.  In this

13    paper I'm discussing what is the use case.

14         I'm saying if it's a payment system,

15    well, spending 0.1 percent of world energy on a

16    payment system hardly is justified, but let's

17    try to understand what it does.

18         And as we are trying to understand

19    what it's doing, let's imagine -- so, okay, this

20    idea, it seems that its goal is to become the

21    money that we all use on this planet.  So now

22    you are saying, But it spends that much energy.

23         So, now you need to understand, Okay,

24    but what do I get?  If this is the money of the

25    future, what would I get in such a world.

1            ███████ - Highly Confidential

2            And now you're starting to think, and

3    I realize, I explained to myself, that

4    essentially incentives of humankind change, and

5    it will make -- it will bring us, and this is

6    what I'm arguing in the paper, to save

7    resources.

8            To save.  It just orients, instead of

9    spending, and as I say, I -- I don't think

10   it's -- I just think it's a technological

11   evolution.  It's not -- even if one had an idea

12   such as to implement such a monetary policy,

13   this was practically impossible.  The technology

14   was missing.

15           So, you know, in the history money,

16   there are like -- everybody -- always somebody

17   would come and be able to inflate the money

18   regardless of how we did it.

19           And now we have a tool which we could

20   use to actually promote savings and not

21   overconsumption of resources.  I'm trying --

22       Q.   And that's bitcoin?

23       A.   I'm trying to convey this message, and

24   bitcoin, with its security and with the

25   predictable monetary policy, which basically

1          ███████   - Highly Confidential

2     incentivizes savings, it's going in the

3     direction.

4          Q.   Okay.

5          A.   So once I realized that -- you asked

6     me about ████████████   Once I realized that, I

7     realized, Okay, this is -- as a computer science

8     system, this is -- this is a nice protocol.  I

9     mean, it's interesting.  It's consensus.  It's

10    interesting because I was looking into that from

11    my professional standpoint.

12              But, you know, in -- in terms of my

13    talks, I would say, bitcoin spends lot of

14    energy.  And usually when you do that, it's

15    because of the number of transactions per second

16    it processes, relatively high latency, and you

17    consider it is a transaction processing system,

18    as a payment system.

19              But once you understand that this is

20    not necessarily the use cases -- actually, use

21    case could be something else -- then you go back

22    and say, Okay, do -- is it reasonable to devote

23    energy of humankind towards that?

24         Q.   Okay.

25              Did your enlightenment about bitcoin

1          ███████  - Highly Confidential

2     come around the same time as ████████████████

███████████████████████████████████

4               MR. SYLVESTER:  Objection.

5          A.   Is that really relevant?  So, I -- I

6     spent before -- let's put it this way.  ██████████

████████████████████████████████████████████

████████████████████████

9               ██████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████

13         Q.   Okay.  Now, in your -- both in your

14    report and in your position paper, you talk

15    about the fact that if Ethereum moves from proof

16    of work to proof of stake, that will affect its

17    level of decentralization.  Correct?

18         A.   This is correct.  It might affect the

19    level of decentralization.

20               So, I can elaborate on that if you

21    wish.

22         Q.   Well, my question is, in your view, is

23    there any way for a proof-of-stake system to be

24    decentralized?

25         A.   There is a way.  We discussed one

1          ████████  - Highly Confidential

2    idea.  There is a way, so if we take a snapshot

3    of time, we apply Troncoso definition.  We

4    cannot find a single authority that controls the

5    system.

6              And it is possible that this is the

7    case.  There just -- I would say, in our

8    spectrum of the systems which pass from causal

9    definition, and if you apply inclusiveness or if

10   you value more permissionless system than

11   permissioned or -- or inclusive as opposed to

12   noninclusive, then it would put proof of stake

13   on a -- less decentralized than bitcoin.

14             Plus there is this danger, which I

15   don't elaborate in the report -- is that

16   whenever you have the -- I think one example is,

17   for example, you know, in any -- in any

18   industry, how bigger players, over the time, do

19   mergers and acquisitions of smaller players, et

20   cetera.  Right?

21             So there is this danger that the power

22   in the system concentrates.  For example, if I'm

23   controlling 30 percent of the stake, depending

24   on how the stake game is set, how the incentives

25   are set, I might get more and more and more

1          ██████  - Highly Confidential

2    tokens, and if you're not careful when you

3    design this system, you know, as the power of

4    such a stake grows, you could go over

5    50 percent.

6          So, you know, it's -- it's more -- in

7    my opinion, there is more tendency for a system

8    based on proof of stake, more challenges to keep

9    it decentralized than it's -- it is for proof of

10   work.

11       Q.   Okay.

12            Let me direct you to page 25 of your

13   report.  I'm moving to another topic.

14            And -- and this is a page of your

15   report where you are responding to Question E2.

16            Do you see that?

17       A.   I see.

18       Q.   And we -- we talked about Question E2

19   this morning.  And you noted that you might have

20   to rethink this section of your opinion, based

21   on recent changes to Ripple D.  Correct?

22       A.   In the context of --

23            MR. SYLVESTER:  Objection.

24            Go ahead.

25       A.   Yes.  In the context of my report, if

1                    ▮▮▮▮▮ - Highly Confidential

2      it's fixed in time and it looks at one point,

3      7.3, the answer would be no.

4                If someone -- if the Court, SEC,

5      whoever, asks me to opine and I accept to do

6      that on one -- if you -- so if one would allow

7      it 1.8.1, we would need to revise this section.

8      Yes.

9           Q.   Okay.  So I want to direct your

10     attention to Number 1 in your -- in -- in your

11     answer to Question E2, where you talk about

12     things Ripple does or has done.  And you -- you

13     quote a Ripple employee named Nick Bougalis.

14                Do you see that in the second

15     paragraph?

16          A.   I see.

17          Q.   Do you know Nick Bougalis?

18          A.   I don't know him.

19          Q.   Okay.  And you -- you state that in an

20     XRP chat online, in October 2020, from a user

21     who appears to be Ripple's employee Nick

22     Bougalis, following a November 2018 incident,

23     he, quote, personally restarted several

24     validators, close quote.

25                Do you see that?

1               ██████████  - Highly Confidential

2        A.   I see that.

3        Q.   Okay.  I want to show you

4   Exhibit ██ 16.

5               (XRP chat was marked ██ Exhibit 16 for

6        identification, as of this date.)

7        Q.   You're welcome to take a look, of

8   course, through the whole document.  I will

9   point out that, you know, this is -- this is the

10  XRP chat you appear to quote, and the section

11  you appear to quote is on the third page of the

12  document.  And that's the only page I'm going to

13  ask you about.

14       A.   Yes.

15       Q.   Do you agree that Exhibit 16 is the

16  XRP chat you were referring to on page 25 of

17  your report?

18       A.   I believe I can agree with that.

19       Q.   Okay.  Can you look about midway down

20  Exhibit -- page 3 of Exhibit 16, and starting

21  with the place in the chat where Mr. Bougalis

22  wrote, I personally restarted, and compare it to

23  the quote that you excerpted in your report, and

24  tell me if you think that you've accurately

25  quoted the chat.

 1              ███████  - Highly Confidential

 2              MR. SYLVESTER:  Objection.

 3              (Witness reviewing document.)

 4      A.   So under "Quotations" in my report, I

 5  attributed that Nick Bougalis, following the

 6  November 2018 incident, he personally restarted

 7  several validators.

 8              If I look at the document, it says I

 9  personally started several of Ripple's

10  validators.

11      Q.   That's a difference.  Right?

12      A.   There is a --

13              MR. SYLVESTER:  Objection.

14              Go ahead.

15      A.   There is a difference in a sense that

16  I skipped that he restart, so in the quotation

17  marks, I skipped that he restarted Ripple's

18  validators.

19      Q.   Okay.  And -- and do you agree that

20  the actual sentence in the XRP chat in

21  Exhibit 16 reads, quote, I personally started

22  several of Ripple's validators, and other

23  validator operators restarted theirs, period,

24  close quote?

25              MR. SYLVESTER:  Objection.

1          ███████  - Highly Confidential

2      A.    I believe I -- you said I personally

3   started where it's written I personally

4   restarted, several of Ripple's validators.

5      Q.    Okay.  Dr. ████████  have I -- do you

6   agree that I've correctly read from M 16 that

7   the statement in the chat was, quote, I

8   personally restarted several of Ripple's

9   validators, comma, and other validator operators

10  restarted theirs, period, close quote?

11          Did I read that correctly?

12     A.    You read that correctly.  I just

13  corrected you because I heard that you said I

14  personally started.

15     Q.    Okay.

16     A.    Yeah.

17     Q.    In your report you -- you left out, Of

18  Ripple's validators.  You -- you wrote, quote,

19  He personally started several validators, close

20  quote.

21          So you left out two things.  Right?

22  You left out that he actually stated that he had

23  restarted several of Ripple's validators, and

24  you also omitted the part of the sentence

25  stating that other validators restarted theirs.

1          ████████ - Highly Confidential

2          MR. SYLVESTER:  Objection.

3      Q.   Correct?

4          MR. SYLVESTER:  Objection.

5      A.   I did not -- I did not omit.  I was

6  taking the part of the sentence on the quotation

7  marks since what we could agree is that I didn't

8  put -- attribute that validators are Ripple's

9  validators.

10     Q.   Okay.  So do you agree that your

11 report inaccurately quotes Mr. Bougalis in -- in

12 that XRP chat?

13         MR. SYLVESTER:  Objection.

14     A.   I would say that it's -- apparently

15 doesn't quote it word for word.  If you

16 restarted several validators, you -- if you

17 restarted several Ripple's validators, you

18 restarted several validators, so it's not

19 incorrect.

20         As for use of quotation marks, if they

21 are meant to mean exactly what was written,

22 there is missing "of Ripple's validators."  So

23 there should be "several of Ripple's

24 validators."

25         I -- I can explain the -- the context

1          █████████  - Highly Confidential

2    if you wish.

3          Q.   No.

4          A.   No?  Okay.  No.

5          Q.   Given the accurate quote from

6    Mr. Bougalis, what is your basis for saying that

7    in particular, Ripple's -- Ripple employees'

8    effort was needed?

9          A.   So, we didn't focus on the second --

10   so you basically added -- I was asked, so

11   let's -- let's roll back to the question, E2; to

12   what extent have Ripple's efforts been needed to

13   support the proper function of XRP Ledger.

14              I'm trying to answer that question.

15   This doesn't mean that there are no other's

16   efforts involved in this.  I'm trying to answer

17   whether the Ripple's efforts be needed to

18   support the proper functioning of XRP Ledger.

19              When I'm jumping to -- when -- when

20   you're jumping, illustrating, in particular,

21   Ripple's employees, we should also focus on the

22   second sentence, which I believe is quoted,

23   Without differences.

24              So the team at Ripple invested a

25   significant amount of time troubleshooting the

1          ██████████ - Highly Confidential

2    issue and proposed several improvements.

3              This looks word for word.

4              Now, illustrating the amount of human

5    and, in particular, Ripple, so the quotations

6    that I'm giving are, in particular, illustrating

7    the amount of effort of Ripple's employees.

8          Q.   Dr. ████████ I'm not questioning the

9    second quotation, just so you know.

10             It's only the first quotation where

11   I -- I wanted to point out, and you've

12   acknowledged, that there are missing words from

13   within the quotation marks.

14         A.   Yes, I believe, if I'm not mistaken,

15   that you asked me about the conclusion that, in

16   particular, Ripple's employees' efforts are

17   needed, so this is why I'm pointing out the

18   second.

19             For the first one, I think we are in

20   agreement.

21         Q.   Okay.  Let's turn to Question E3 in

22   your report where you were asked, on the bottom

23   of page 25, quote, What risks to the XRP Ledger

24   would or might materialize if Ripple walked away

25   or disappeared?  Do you see that?

1              █████████   - Highly Confidential

2        A.    I see that.

3        Q.    Was that a hypothetical question given

4   to you?

5        A.    That was a question giving -- given to

6   me for an opinion as -- as it was phrased here,

7   so I didn't come up with a question.  I was

8   given that question to answer it.

9        Q.    Okay.

10             And you answer it at the bottom of

11  page 25 by saying that, Serious risks may arise.

12  Correct?

13       A.    They may arise.  We don't -- yes.

14  This is what I said.

15       Q.    So "may" means maybe they would, maybe

16  they wouldn't?

17             MR. SYLVESTER:  Objection.

18       A.    May arise, it's -- there is a

19  possibility that they may arise.

20       Q.    Is it fair to say you're not providing

21  an opinion in response to Question E3 about what

22  will happen to the XRP Ledger if Ripple

23  disappeared?

24       A.    I'm not providing answer to that

25  question, because it was not a question.

1      ███████  - Highly Confidential

2      Q.   Okay.  In answering the question in

3   E3, does your report cite to any scientific

4   literature?

5      A.   No, it does not.  I'm answering my

6   question to the best of my understanding of the

7   protocol.

8      Q.   Okay.  So, it looks like you -- you --

9   in answering the question, you posited

10   two possible cases, Case A and Case B.

11          Do you see that on page 26?

12      A.   I see.

13      Q.   So in Case A, you considered what

14   might happen if Ripple disappears and the

15   network is still able to agree on the contents

16   of the dUNL as currently published on

17   VL.Ripple.com.  Correct?

18      A.   This is correct.

19      Q.   And -- and you conclude that in the

20   case where more than 20 percent of the

21   validators in the dUNL disappear, the network

22   would not be operational.  Right?

23      A.   I agree.

24      Q.   Okay.  And you -- given the -- you do

25   a calculation that because there are -- you

1            ███████ - Highly Confidential

2    calculate 41 total entities on the dUNL, as of

3    October 4, 2021, you say that, hence, the

4    network would cease to be operational if nine

5    validators disappeared, right?

6        A.    20 percent of 4.1 being 8.2, rounded

7    up, so this means that the network would

8    continue to provide liveness, and be operational

9    in that sense, with 8 disappearing validators,

10   it would take 9 to halt the network.

11       Q.    Does your conclusion assume that the

12   XRP Ledger network consists solely of validators

13   using the unmodified dUNL?

14            MR. SYLVESTER:  Objection.

15            Go ahead.

16       A.    So, we considered two cases as I write

17   on page 26.  Ripple disappears, and the

18   assumption for the analysis is that the network

19   is still able to agree on the contents of the

20   dUNL as nan currently published on

21   https://VL.Ripple.com.

22            So that happens, we are dealing with

23   the network in this imaginary example, right,

24   what might materialize?  I'm assuming that the

25   dUNL is the same.

 1            ██████████ - Highly Confidential

 2        Q.   So my question was, does your scenario

 3   or Case A also assume that the XRP Ledger

 4   network consists solely of validators using the

 5   unmodified dUNL?

 6            MR. SYLVESTER:  Objection.

 7        A.   As I mentioned, it assumes that the

 8   network is able to agree on the contents of the

 9   dUNL as currently published there, so what I'm

10   discussing is the case -- what I'm considering

11   is the case where the dUNL is the same as

12   currently published on VL.Ripple.com.

13        Q.   Do you know, as of October 4, 2021,

14   how many validators on the system use the

15   unmodified dUNL?

16        A.   I don't know.

17        Q.   You don't know by percentage or by

18   total?

19        A.   I don't know.

20        Q.   Did you do any work in this case to

21   try to determine how many validators use the

22   unmodified dUNL?

23        A.   That would probably necessitate that

24   there is a disclosure of that by natural

25   cooperators, the answer would probably be no.

1              ███████  - Highly Confidential

2      Q.   So you're not even sure it's knowable?

3      A.   It's know--

4           MR. SYLVESTER:  Objection.

5      A.    It's knowable -- it's knowable in a

6  sense that -- from the God's perspective it's

7  knowable.  If we interview all the node -- all

8  the node operators and they're honest, they tell

9  us the truth, it's knowable.

10     Q.   Okay.  You didn't do that?

11     A.   I didn't do that.

12     Q.   Okay.  How many validators were active

13 in the XRP Ledger system as of October 4, 2012?

14     A.   How many validators have been active

15 in the XRP Ledger?  So, I don't know an exact

16 number.  I suspect that the number of validators

17 on the XRP Ledger is between 100 and 200

18 validators.

19          That's a rough ballpark.

20          And on that day, there were

21 41 validators in the dUNL published at

22 VL.Ripple.com.

23     Q.   Do you know how many dUNLs -- I'm

24 sorry, rephrase.

25          As of October 4, 2021, do you know how

1         ██████████ - Highly Confidential

2    many UNLs existed, besides the one that Ripple

3    published?

4         A.   I don't know how many UNLs existed

5    beside the one that Ripple published.

6         Q.   How can a validator on the ledger

7    change their UNL?

8         A.   The validator on the ledger can change

9    the D -- UNL by changing its local state.

10        Q.   Have you ever done it yourself?

11        A.   I have not done it myself, no.

12        Q.   Do you know how easy it is to do?

13             MR. SYLVESTER:  Objection.

14        A.   I don't know how easy or difficult it

15   is to do.

16        Q.   Do you know if it can be done in the

17   space of a couple minutes?

18        A.   I don't think it's relevant.  I would

19   accept that it can be done quickly.

20             It poses certain challenges to the

21   system.  If you're doing your -- if you're just

22   specifying your UNL, I think it's important, so

23   I'm agreeing with you that it's easy to change.

24             What should go on record, in my

25   opinion, is that this affects safety and live--

1              ███████  - Highly Confidential

2    this may affect safety and liveness.  So if --

3         Q.   Okay.

4         A.   -- if we as a network, we just specify

5    UNLs on our own and we don't get into sufficient

6    agreement, this sufficient overlap that I'm

7    describing in other parts of my report, it may

8    happen that we just don't play the same game, so

9    we'll get different views of the system and we

10   don't get to consensus.

11             Basically, you and me as honest nodes,

12   as honest validator operator nodes, as an

13   example, we are -- just don't have enough UNL

14   because we are not getting the same source of it

15   or we are not talking to each other to agree on

16   it.

17             There is the chance that if we do it

18   independently, as you're just describing it,

19   that we don't get -- that we can get consensus

20   priorities violated.

21        Q.   Okay.

22             On page 26 of your report, in

23   answering E3, you wrote that, quote, If Ripple

24   disappears, there's a risk that universities

25   might cease to operate validators in the absence

1            ▮▮▮▮▮ - Highly Confidential

2    of further funding.

3            And you're referring to universities

4    that participate in the University Blockchain

5    Research Institute?

6        A.   University Blockchain Research

7    Initiative, yes.  I do.

8        Q.   Okay.  Also for short, sometimes

9    called UBRI?

10       A.   U-B-R-I, I call it, maybe UBRI, fair

11   enough.

12       Q.   Are you making any assumptions in that

13   statement?

14       A.   I'm making assumptions that, from my

15   experience as a university professor, is that

16   universities usually seek external funding, and

17   there are certain expenses, for manpower, for

18   computing power to ran validator nodes.

19            And to my understanding, the funding

20   of universities came -- of University Blockchain

21   Research Initiative came through Ripple.

22            And then, if Ripple disappears, I'm

23   saying there is a risk.  I'm not quantifying the

24   risk.  I am not sure even I am an expert to

25   quantify -- to quantify that risk.  But I think

1          █████████ - Highly Confidential

2     it's fair and assemble that there is a risk --

3          Q.    Okay.

4          A.    -- that the universities stop

5     operating their nodes.

6          Q.    In citing that risk, did you assume

7     that the nine universities were receiving

8     funding from Ripple as of October 4, 2021?

9               MR. SYLVESTER:  Objection.

10         A.    I said Ripple has funded these

11    universities.

12              You know, what does it mean receiving

13    funding?  Does -- is there -- was there a

14    payment on October 4, 2021?  I didn't say that.

15         Q.    Okay.  Do you know if that's true or

16    not?

17         A.    I don't know if that's true or not.

18         Q.    Okay.  Did you assume, in this part of

19    your report, that the nine universities have an

20    expectation of continued funding from UBRI

21    beyond October 4, 2021?

22         A.    The implicit assumption here is that

23    it costs something to run the node.  There are

24    no incentives from the protocol itself that

25    would fund this.  For example, there are no

1          ███████ - Highly Confidential

2     mining rewards or something similar.

3          So, it's -- cost certain money to have

4     the manpower or -- and the equipment to operate

5     this node.  And, you know, if I am going to say

6     that there is no risk that these universities

7     eventually -- again, the word "eventually" where

8     we don't specify when this happens -- that they

9     stop because the funding stops.  There is a risk

10    that this happens.

11         Q.   Do you know how much it costs to run a

12    validator on the XRP Ledger?

13         A.   I have some idea.  So I think I saw

14    different numbers, like few -- there are numbers

15    of the cost of the -- of the node, which is in

16    thousands -- to my understanding, in thousands

17    of euros.

18         And if you run the fully -- full --

19    the validator with a full history, then the

20    storage can go to over 15 terabytes, so maybe

21    20 terabytes, roughly speaking, and this

22    blows -- this blows up the cost for running the

23    validator node.

24         Q.   As part of your work on this case,

25    what communications have you had with anyone

1            ▮▮▮▮▮▮▮ - Highly Confidential

2    from those nine UBRI universities?

3         A.    I didn't have communications with

4    anyone from these nine UBRI universities.

5         Q.    Okay.  Do you have a factual basis to

6    state that those universities would cease

7    running a node if Ripple disappeared?

8              MR. SYLVESTER:  Objection.

9         A.    This is not what I stated.  I stated

10   that there is a risk, and I tried to justify why

11   this risk exists.

12             Because universities usually rely on

13   external funding, there are no incentives in the

14   Ripple protocol to make -- to incentivize nodes

15   to -- to run the nodes, and this is the risk

16   that may happen.  I'm not saying that it will

17   happen.

18        Q.    I understand.

19             Other than in-protocol incentives, did

20   you do any work to consider what out-of-protocol

21   incentives UBRI universities might have to run a

22   validator node?

23        A.    Out-of-protocol incentives for you --

24   UBRI, right, to run a validator node, could be

25   the funding that they got from Ripple and other

1          ████████ - Highly Confidential

2    companies.  This could be one incentive.

3          Q.   Could it be anything else?

4          A.   It could.  It's -- you could have an

5    incentive to do research, to publish papers on

6    that.  I didn't see -- I'm not saying these

7    don't exist.  I never saw one.

8          Q.   Okay.

9          A.   I'm not saying these don't exist.

10         Q.   In answering Question E3, you also

11   refer to four companies on the dUNL, Bitso,

12   COIL, Towo Labs and XRP Labs.  And you state

13   that there's a risk that they could stop running

14   a validator, too.  Correct?

15         A.   Yes.

16         Q.   Again, you're not saying it will

17   happen, you're saying that it's just -- it may

18   be a risk.

19         A.    It may be risk.  I think it relates to

20   Jeff, Alice and Bob example that you gave

21   before.  So if -- if there is a -- there is a

22   risk that -- because of the connection --

23   business connections, that there is a -- there

24   is a risk that -- that if those companies depend

25   on funding by Ripple and it stops, it might be

1           ████████ - Highly Confidential

2    going in the similar direction as we discussed

3    for university.

4           So I would say there is a risk.  I'm

5    not saying it will happen, I'm saying it might

6    happen.

7    Q.   Is it possible that those

8    four companies have independent business reasons

9    to support the XRP Ledger?

10   A.   There is a possibility.  Again, there

11   are no in-protocol incentives.  It would be

12   considerably more transparent to reason about

13   independent economic and rational -- independent

14   economic players if you have in-protocol

15   incentives, if -- if there is something

16   intrinsic to the property -- to the protocol

17   that motivates you to continue what you're

18   doing.

19   Q.   Did you speak with anyone at Bitso,

20   COIL, Towo Labs or XRPL Labs about their

21   incentives to run a validator?

22   A.   I did not.

23   Q.   Do you have -- as part of your work on

24   this case, did you investigate what products and

25   services those companies offer?

1          ████████ - Highly Confidential

2               MR. SYLVESTER:  Objection.

3          A.   This was not a part of the questions

4     that I was asked to opine on.

5          Q.   Were you curious to know if they

6     offered products or services that used the XRP

7     Ledger?

8               MR. SYLVESTER:  Objection.

9          A.   I was not curious to find out that.  I

10    was answering to the questions I was asked.

11         Q.   Let me direct you to your Appendix B

12    and B2.  Briefly, in B2, you -- you present a

13    scenario in which you say that the XRP Ledger

14    could fail to guarantee liveness.  Correct?

15         A.   This is correct.

16         Q.   Okay.  And without going into detail

17    or reading what you wrote in B2, but I'm

18    referring here to your discussion in B2 and that

19    scenario, are you aware of whether the XRP

20    Ledger has any countermeasures to address such a

21    situation as the scenario you lay out in B2?

22              MR. SYLVESTER:  Objection.

23              Go ahead.

24         A.   The scenario that I am laying out in

25    B2 is the liveness analysis by Chase and

```
 1              ███████ - Highly Confidential
 2    MacBrough.  So this is the liveness analysis
 3    done by Ripple employees.
 4              So I didn't invent this.  I'm
 5    basically copying it from the paper that is --
 6    if you look at the Ripple documentation and the
 7    Ripple original white paper, it says it's
 8    deprecated, in computer science terms, towards
 9    this paper.  And an external reader could assume
10    that this is an authoritative paper.
11         Q.   Okay.
12         A.   I did -- I did checks in the code to
13    understand whether this understanding that Chase
14    and MacBrough had when they published in 2018,
15    still matches, despite the software changes in
16    the last three years, at the moment I analyzed
17    the protocol, whether this is the case.
18              To best of my understanding, this is
19    still the case.  So we can apply the analysis of
20    Chase and MacBrough.
21         Q.   Okay.  I'd like to show you --
22         A.   I would like to finish my answer.
23         Q.   Please do.
24         A.   Yes.  Because you're asking me to say,
25    like, this is my opinion.  This is not my
```

1            ▮▮▮▮▮▮▮ - Highly Confidential

2    opinion, this is the liveness analysis by Chase

3    and MacBrough.

4            So, I agree with that analysis.

5            You asked me whether there are certain

6    changes in the code, or actually, features in

7    the code that prevent this from happening.

8            So there are some features that are

9    doubled, detection of Byzantine validators in

10   the code.  And these changes actually don't do

11   anything automatically.

12           So what they would do is, they would

13   alert the operator of human nodes.

14       Q.   They would avert the --

15       A.   Avert, if something happens, to the

16   best of my understanding, because they look at

17   they changes, they don't automatically try to

18   evict, potentially, Byzantine nodes from the --

19   from the system, from their UNL, for example,

20   but they would avert -- they would alert the

21   operator of the node.  That's my best

22   understanding of what happens.

23           And then what it means for the -- in

24   the Chase/MacBrough analysis, it means that the

25   analysis stands.  It's just that some human

1               ██████ - Highly Confidential

2    operators, of which action would be required

3    later on, they would need to act on this

4    information.

5               The software, you know, maybe if it

6    detects, it raises a flag, but it doesn't do

7    more than that.

8         Q.   Based on your understanding of the

9    Ledger's Byzantine validator detection measures,

10   do those measures make it less likely that

11   Scenario 2 -- that B2 in your report would

12   actually occur?

13              MR. SYLVESTER:  Objection.

14        A.   I'm not sure I can opine on that.

15              We would need to measure whether it's

16   less likely or not, whether they deter certain

17   participants from doing this.

18              I don't think we can come to that

19   conclusion.

20              There is no penalty to these nodes, so

21   I would say we cannot -- I -- I couldn't take

22   that standpoint, honestly.

23              MS. ZORNBERG:  Okay.  Let's go off the

24        record, just for efficiency's sake.  And

25        we're still on time to get you out of here

1           ███████  - Highly Confidential

2       by 6:00 o'clock.  I want to take another

3       ten-minute break.

4              THE VIDEOGRAPHER:  It is

5       5:00 o'clock p.m.  We're going off the

6       record.

7              (Recess from 5:00 to 5:12.)

8              THE VIDEOGRAPHER:  It is 5:12 p.m.  We

9       are back on the record.

10      Q.   Okay.  Earlier today, you mentioned

11   having a close collaboration with an individual

12   named ██████████████

13      A.   ████████

14      Q.   ████████  Correct?

15      A.   Correct.

16      Q.   Okay.  Did you discuss your report

17   with him in this -- your report in this case

18   with him?

19      A.   No.

20      Q.   Are you aware of an article that

21   ███████████  co-authored in November 2020, titled

22   "Security Analysis of Ripple Consensus"?

23      A.   I am.

24      Q.   Have you read that article?

25      A.   I did.

1            ███████ - Highly Confidential

2       Q.   Did you -- did you and ████████ ever

3  discuss that article as he was writing it?

4       A.   No.

5       Q.   When did you read his article -- that

6  article?

7       A.   I read the article, I believe the

8  first time he made it public.  And I reread it

9  during the -- when I accepted the case, I reread

10 it to understand what -- in more details what

11 he's writing about.  So I read it at least

12 twice.

13      Q.   Okay.  And one of the times you read

14 it was in connection with your work on this

15 case?

16      A.   It is -- yeah, it was, yes.

17      Q.   Okay.  And the first time, do you --

18 do you also -- rephrase.

19           Do you recall that you also retweeted

20 ███████ tweet of his -- of his article in 2020?

21      A.   In November 2020?

22      Q.   Actually, the tweet -- or retweet was

23 in December 2020.

24      A.   I don't recall.  I could trust you

25 that I did that.

1          ████████ - Highly Confidential

2     Q.   Okay.  Let me show you ██ 17.

3          (2020 ██████ article was marked ██

4     Exhibit 17 for identification, as of this

5     date.)

6     Q.   Okay.  Dr. ████████ is this the ████████

7     article from 2020 that you've just discussed

8     having read and then reread in connection with

9     your work on this case?

10    A.   ██████████████████ yes, it is.  It

11    appears to be, yes.

12    Q.   Okay.  Did you cite this among the

13    references of your report in this case?

14    A.   I did not.

15    Q.   Why not?

16    A.   This paper shows an attack, which is

17    pointed out by ██████████████████  And then there

18    was a discussion -- in a sense, there was a --

19    an unofficial rebuttal by -- I believe it was

20    Brad Chase, I'm not sure.  Definitely, somebody

21    closely connected to the -- to Ripple and to XRP

22    Ledger consensus protocol.

23          But they basically questioned the

24    attack.  The attack is rather similar, if you

25    look at the -- if you look at the -- Figure 5 on

1          ████████  - Highly Confidential

2     page 15.

3               The attack is somewhat similar to the

4     attack that I'm describing in Appendix B3, but

5     it actually applies to the different phase in

6     the protocol.

7               So I thought that Ripple's rebuttal in

8     this case that was offered in the discussion --

9     I think I'm referring to Twitter discussion and

10    some -- some -- basically comments of Ripple's

11    employees that could be fine with respect to

12    this report, I think they were grounded.

13              I don't think that the attack works.

14    My best understanding of Ripple system is that

15    this attack doesn't work as it's specified here.

16              So that that needs -- so it's just

17    that it doesn't work as it's described here.  So

18    in that sense, I read it, and I didn't find

19    it -- because of this incorrection that I

20    perceived from my understanding of the protocol,

21    I didn't find it relevant to include it.

22    Because I don't think necessarily what's written

23    here is true.

24         Q.   Okay.

25              Can I direct you to page 36 of your

1          █████████  - Highly Confidential

2     report?

3          A.   Yes.

4          Q.   And -- and you mentioned page 15,

5     Figure 5 on page 15 of █ 17?

6          A.   Page 15, yes.

7          Q.   Okay.  So can you just -- you have a

8     Figure 5 also in your report.  Are there

9     similarities between Figure 5 in your report and

10    Figure 5 in █████████  report?

11         A.   I report there are similarities, yes.

12    Here, it's similar in the sense that the setup

13    looks like, but the message is centered

14    different.

15              So Christian, basically mounts this

16    type of an attack at the different stage of the

17    protocol than what I did.  So if you ask me, you

18    know, with this -- what is inspirational for my

19    attack maybe, was this -- I definitely read it

20    before I came up with the attack, but it's

21    different.

22              So it applies to -- there are

23    similarities, as I pointed out immediately, but

24    this applies to the different phase of the

25    protocol.

```
 1              ███████  - Highly Confidential

 2              So my attack applies at a very

 3    different phase of the protocol than Christian's

 4    attack.

 5         Q.   Okay.  Let me turn your attention now

 6    to page 5 of your report, under "Governance."

 7              So, in your report, you -- you note,

 8    that Ethereum's development was funded using

 9    proceeds of an ICO.  Correct?

10         A.   Correct.

11         Q.   What was the ICO of Ethereum?

12         A.   What?

13              MR. SYLVESTER:  Objection.

14         A.   What what?

15         Q.   What was the ICO of Ethereum?

16         A.   What was the ICO?

17              Let's see how I refer it to the -- in

18    order not to diverge from -- from what I wrote,

19    let's -- let's find when I mentioned the ICO and

20    just make sure that we are talking about the

21    same thing.

22         Q.   So I'll -- I'll help you there.  I can

23    direct you to page 18 --

24         A.   18.

25         Q.   -- of your report.
```

1              ████████ - Highly Confidential

2              Where, at the very bottom of 18, top

3    of 19, you reference 72 million ETH being

4    preallocated in the Genesis block?

5         A.   I definitely agree with you, I'm just

6    trying to pinpoint the -- the line so --

7         Q.   That line is at the very bottom of 18,

8    top of 19.

9         A.   Yes, okay, I'm with you.

10        Q.   Okay.  So turning now to your chart on

11   page 5 of your report, under "Governance for

12   Ethereum," you write that Ethereum was 61 --

13   61.5 percent, about 10 percent owner controlled,

14   of today's supply.

15             I just want you to explain, please,

16   how did -- I want you to explain your math.  How

17   did you come up with 61.5 percent?

18        A.   It says 61.5 percent.  If you, for a

19   moment, ignore what's in the brackets, we can

20   come back to that.  It says 61.5 percent of

21   today's supply.

22             So today's supply can be estimated by

23   different means.  It's actually -- for Ethereum,

24   it's difficult to pinpoint the exact supply, but

25   there are estimations, including on many

1          ██████████  - Highly Confidential

2     comparison sites, such as CoinMarketCap and

3     others, which would indicate roughly where the

4     supply stands.

5               And that number, 72 million, would be

6     61 percent -- 61.5 percent, roughly speaking --

7          Q.   Okay.

8          A.   -- of supply on that day.

9          Q.   So how did you calculate 10 percent

10    owner controlled?

11         A.   10 percent owner controlled would

12    be -- let's go back.

13              What I think is 10 percent owner

14    control of today's supply.  So you will take

15    today's supply.  10 percent of that should be

16    matching the 12 million Ether that I

17    nominally --

18         Q.   Are you -- are you expressing --

19         A.   -- referred to.

20         Q.   Is it your belief that the -- the

21    launchers of Ethereum, the owners, initially

22    controlled a hundred percent and then sold some

23    of theirs -- percentage for money?

24              MR. SYLVESTER:  Objection.

25         A.   Could you restate, please?

1          ████████ - Highly Confidential

2          Q.   Do you have a view as to whether the

3    owners, as you're using that term to talk about

4    Ethereum blockchain, at any point owned a

5    hundred percent?

6               MR. SYLVESTER:  Objection.

7          A.   There is a moment on the Genesis

8    block.  And the token 72 million Ether at the

9    moment of the Genesis block were 100 percent of

10   the supply at that time.

11              We can say that the game starts by --

12   at that moment where the allocation happened,

13   you could say that the development team

14   essentially may decide whatever it wants to

15   decide, right?

16              But it respects the informal

17   contractor, like from the ICO, that essentially

18   the bitcoin that were sent to their address, in

19   the procedure of the ICO, should be exchanged

20   for 72 million Ether.  So that moment, there is

21   a genesis bulk -- bulk creation with the initial

22   distribution of coins.

23         Q.   Why -- why, if your assignment in the

24   case was to compare the decentralization of

25   bitcoin, Ethereum and XRP Ledger, as of

```
 1              ██████  - Highly Confidential

 2    October 4, 2021, why are you even talking about

 3    owner control over -- you know, years ago, in

 4    your chart on page 5?

 5         A.   So --

 6              MR. SYLVESTER:  Objection.

 7              Go ahead.

 8         A.   Yes.

 9              So owner control, in my review of the

10    literature, in one of the paper that we

11    discussed, which is the Sai paper, and

12    Exhibit ██ 4, where we discussed different

13    layers, and -- so I would refer you to page 12,

14    and Table 2 of the Sai paper, in the governance

15    layer, you asked me also about the

16    centralization factors Sai mentions in -- in

17    that paper.

18              So, I'm before, page 12.  Table 2 at

19    the top of the page.

20         Q.   Yeah, but in the methodology in your

21    report --

22         A.   I didn't -- may I finish?

23         Q.   Oh.  Go ahead.

24         A.   So, Sai has the owner control as a

25    centralization factor, and it's -- you know,
```

1         ███████ - Highly Confidential

2   again, we are establishing here -- I was trying

3   to establish the methodology that would be

4   applicable, hopefully, beyond the three.

5             This is the way I approach things,

6   right?  So if you call it the methodology should

7   be applicable to blockchains other than these

8   three.

9             Maybe if you switch to proof of stake

10  in any of the three, you know, you should be

11  still able to understand the dynamics and to

12  infer something about -- about the system,

13  right?  So for that is --

14        Q.   So was your --

15        A.   Yeah, for that is -- owner control is

16  important because Sai mentions, he says once and

17  like layer, I call this facet.  And because it

18  was part of the established methodology that we

19  discussed in details before, I'm evaluating this

20  owner control, and actually this owner control,

21  I took that from Sai.

22        Q.   So, for purposes of owner control, are

23  you saying your methodology was not restricted

24  to looking at ledgers as of the date of your

25  report?

1            ███████████ - Highly Confidential

2       A.   Owner control defines -- is defined in

3  Sai, and I think I repeat that -- let --

4  let's -- let's -- not because I know my report

5  better.

6            There is a point in which I cite Sai

7  in the methodology, and that should be --

8       Q.   I'd like to restate my question --

9       A.   Okay.

10      Q.   -- rather than going into Sai.

11           My question is about the chart that

12  you wrote on page 5, and about your assignment

13  in this case.

14           Were you -- was your -- did your

15  methodology intend to compare bitcoin, Ethereum

16  and XRP Ledger as of the date of your report?

17      A.   Yes.  But this -- so, yes, but there

18  is this -- so if you look at page 11 of my

19  report, so in governance, which is introduced at

20  the very bottom of page 10, so there is this

21  governance aspect or -- or layer in Sai's

22  terminology.

23           Point C, owner control is defined as

24  measured by examining the total tokens

25  accumulated by the stakeholders in the early

1          ████████ - Highly Confidential

2    adoption period.  So since we discussed the Sai,

3    so you see that there is a time reference to the

4    early adoption period.

5               And since Sai as one of the

6    peer-reviewed papers which we discussed before,

7    which introduces the taxonomy of public

8    blockchain systems of this -- their

9    centralization, basically he defines it at that

10   point in time.  I'm including that in my

11   methodology.

12              I also -- so -- so one other

13   justification is there -- there like --

14   informally people would -- you know, if there is

15   a fair distribution of tokens, if you have a

16   blockchain which didn't -- one who create the

17   blockchain didn't reserve the tokens for

18   himself, that's, in some sense, more equal or in

19   a sense -- so I see why Sai is doing that, why

20   he points out that you should not, as they call

21   it pre-mine the blockchain.

22              And -- and taking that as a

23   centralization measure, I see why this -- so I

24   agree with accepting that.  But I'm not the only

25   one who proposes that, so at least Sai does.

1           ████████ - Highly Confidential

2                And he refers -- so they refer to the

3      point -- so they really refer to the early

4      adoption period.  If you just look through the

5      paper, they -- this is what owner control means.

6           Q.   So, is it your view that even if

7      Ripple control -- let me rephrase.

8                Even if Ripple owned zero XRP today,

9      in deciding whether the XRP Ledger was

10     centralized or decentralized, you would still

11     look back to 2012 or 2013 to evaluate owner

12     control?

13               MR. SYLVESTER:  Objection.

14               Go ahead.

15          A.   Again, owner control as it was

16     defined, I'm accepting this as defined by other

17     scientific researchers.  If we accept that this

18     is relevant, we would need to take it into

19     account.

20               It's also --

21          Q.   Can you answer my question, though?

22     My question was --

23          A.   Yes.

24          Q.   -- if Ripple owned zero XRP today in

25     2021, would it be your view that to determine

1          ██████  - Highly Confidential

2    the decentralization of the XRP Ledger, you

3    would still, under your methodology, need to

4    consider how much XRP Ripple owned back in 2013?

5          MR. SYLVESTER:  Objection.

6          Go ahead.

7     A.   Yes.  I think what are you asking me

8    requires deeper understanding, but it's

9    relevant.

10          So I -- I don't know if you recall

11   that I described the attack on proof-of-stake

12   system where the old stakeholders can mount.  I

13   didn't mention that it's called long-range

14   attack, but can go back in history to the point

15   where they control a lot of tokens.

16          So that's important, because if you

17   don't consider that in a proof-of-stake system,

18   which may be not relevant for three blockchain

19   systems we analyze here, but since this

20   methodology should be applicable to other

21   blockchains as well, this -- you would still

22   want to look at that, because the attacker could

23   go back in time to the point where it controlled

24   enough tokens to mount the attack and present

25   you with alternative history if the system

```
1              ███████  - Highly Confidential

2    doesn't prevent this kind of attack.

3         Q.    In the proof-of-stake system.

4         A.    For example.  We need to understand if

5    these are the only ones.  So that's the part of

6    the methodology.  As it's part of the

7    methodology, I'm putting all the -- all the

8    analyzed blockchains through that filter.

9         Q.    Okay.  Let me turn -- turn to a

10   question about bitcoin miners.  Is there a point

11   when bitcoin miners will no longer be able to

12   receive mining awards?

13        A.    So depends on how you define the

14   mining rewards.  There are two rewards for

15   mining.  One is the block reward, which halves

16   every 210,000 blocks, as I explain in my report.

17             There is another reward, which are

18   transaction fees.  So whenever you submit a

19   transaction, you need to put some transaction

20   fee.  And bitcoin miners will always be

21   collect -- assuming, again, no protocol changes,

22   simplify our life and to talk about the current

23   state of bitcoin software, is just runs after

24   2140, year 2140, where the block reward

25   disappears, but the mining reward is still there
```

1          ███████ - Highly Confidential

2     because there are transaction fees.

3               If you see the distinction between the

4     mining reward and the block reward.

5          Q.   So the mining rewards will run out

6     eventually for bitcoin?

7          A.   No.  They will -- mining -- miners are

8     rewarded by transaction fees and block reward.

9     They would run out from block reward, but they

10    would keep the transaction fees, which is part

11    of the mining reward.

12         Q.   Okay.  Is it -- I want to talk about

13    in-protocol incentives, which you define in your

14    report.

15              Is it your opinion that in-protocol

16    incentives are necessary to whether a blockchain

17    can be decentralized?

18              MR. SYLVESTER:  Objection.

19              Go ahead.

20         A.   Yes.  So I think we made it clear that

21    the -- under the methodology that I'm presenting

22    here, we couldn't call them necessary.

23              But we would call a system that has

24    in-protocol incentives, in this -- so if there

25    are incentives to participants in the protocol

1               ███████ - Highly Confidential

2    which are in -- in-protocol, we could claim,

3    under my methodology and under the standing of

4    researchers that I cited, that the system is

5    more decentralized than another one which

6    doesn't have this.

7         Q.   So in your view, in-protocol

8    incentives are not necessary to

9    decentralization, but an in-protocol

10   decentralized system -- let me -- let me

11   rephrase.

12              So in your view, in-protocol

13   incentives are not necessary to whether a

14   blockchain is decentralized, but a blockchain

15   system with in-protocol incentives may be more

16   decentralized than others?

17        A.   I think that fairly summarizes my

18   standpoint, yes.

19        Q.   Okay.

20              In your definition of equal

21   opportunities, which is found on pages 15

22   through 16 of your report, do you assume that

23   there's a free market for computing power?

24        A.   I do assume that there is a free

25   market for computing power.

1          ██████ - Highly Confidential

2          Q.   Does your application of equal

3    opportunities to bitcoin and Ethereum also

4    assume a free market for electricity?

5          A.   It does.

6          Q.   And does your application of equal

7    opportunities to bitcoin and Ethereum assume a

8    free market for Internet bandwidth?

9          A.   We could say that it does, but that --

10   that aspect is considerably less of a challenge

11   with respect to two.  If there is no free

12   market, for example, for computing power, and

13   that would be less of a challenge because the --

14   especially for bitcoin, the bandwidth is not

15   that big, but I -- I could agree, yes.

16         Q.   Okay.  So I think you just said it,

17   but would you agree that there actually is not a

18   free market throughout the globe for computing

19   power?

20              MR. SYLVESTER:  Objection.

21         A.   I did not say that.

22         Q.   Is it your opinion that there is a

23   free market for computing power, in actuality?

24         A.   I think --

25              MR. SYLVESTER:  Objection.  Beyond the

1          ██████ - Highly Confidential

2     scope.

3          Go ahead.

4     A.   Yes.  So I didn't opine on this, and

5  I'm just saying assuming free market, there are

6  certainly properties.

7          Honestly, it's -- it's at which level

8  you zoom out and look at the game that we are

9  playing here.  So, anyone can -- there is no

10 constraint that any, for example, nation or any

11 individual, that any organization could start

12 their own chip-producing facilities.  It takes a

13 lot of knowledge.

14          It takes a lot of know-how, but

15 normally you're not prevented from doing that.

16 If you have that know-how, if you have the

17 resources, if you can produce your own chips,

18 you could do it.

19          You could do your own research

20 independently of others to advance the computing

21 power, and actually, we are doing that.  I mean,

22 as a society, we are doing that.  And nobody can

23 stop you, in that sense, from joining the game,

24 as I am discussing here.

25          Whether there is an ideal free market,

1          ███████ - Highly Confidential

2     I guess, if -- you know, that in practice,

3     that's another thing that, you know, I don't

4     necessarily have an opinion on currently.  I'm

5     assuming if there is, what are the rules of the

6     game?

7          Q.   Your market assumes a free market for

8     computing power?

9               MR. SYLVESTER:  Objection.

10         A.   My --

11         Q.   I misspoke.  Your -- your definition

12    and application of equal opportunities to

13    bitcoin and Ethereum assumed a free market for

14    computing power?

15         A.   This is what I said.  So, because

16    you're trying maybe to -- to guide me to say

17    something that I don't necessarily plan to

18    say --

19         Q.   You know what?  I'll just point it out

20    in your report where -- a statement, see if you

21    still agree, and then -- and we'll stop it at

22    that.

23              On the top of page 16, you -- do you

24    acknowledge that for proof-of-work consensus,

25    assuming a free market for computing power,

1              ███████  - Highly Confidential

2    existing participants cannot prevent new

3    participants from entering the system?

4         A.   This is what I'm saying, if we assume

5    a free market for computing power, then existing

6    participants cannot prevent new participants

7    from entering the system.

8              MS. ZORNBERG:  Okay.  I think we're at

9         the 7-hour mark, so we're going to -- we're

10        going to stop here.

11             I'd like to put on the record that on

12        behalf of all three defendants in the case,

13        that we're going to request that a -- a

14        proper list that complies with the -- with

15        the Federal Rules of Procedure with Rule 26

16        be provided, of the materials considered by

17        Dr. ██████  in preparing his report, and

18        we're going to reserve our right to

19        re-depose him once we get a proper exhibit

20        that complies with the rules.

21             MR. SYLVESTER:  Well, we'll review his

22        testimony, and we reserve our rights as

23        well.

24             I have a few questions before we wrap

25        up for the day, which I'm happy to start

1          ███████  - Highly Confidential

2     now.

3 EXAMINATION BY MR. SYLVESTER:

4     Q.   Dr. ████████  do you remember earlier

5 today, counsel asked you, Are you offering any

6 opinion in this case as to whether Ethereum is a

7 decentralized system?

8     A.   I remember we discussed it.

9     Q.   And throughout the day today, you've

10 testified as to methodology for the relative --

11 for assessing the relative decentralization of

12 bitcoin, Ethereum and the XRP Ledger, as you

13 were assigned to do in this case?

14    A.   I did that.  This is correct.

15    Q.   Okay.  And as part of your opinions

16 set forth in your expert report, you did apply

17 that methodology -- methodology to Ethereum.

18 Correct?

19    A.   This is correct.

20         (Continued on following page to

21         include jurat.)

22

23

24

25

1          █████  - Highly Confidential

2      MR. SYLVESTER:  Okay.  That's all I

3   have.

4      MS. ZORNBERG:  Okay.  We're off the

5   record.

6      THE VIDEOGRAPHER:  It is 5:37 p.m., we

7   are going off the record.

8      (Time noted: 5:37 p.m.)

9

10

11

12

13

14                  ------------------------

15               ████████████  Ph.D.

16          Subscribed and sworn to before me

17          this   day of          2021.

18

19

20

21

22

23

24

25

1

2                    C E R T I F I C A T E

3

4   STATE OF NEW YORK      )
                           )  Ss.:
5   COUNTY OF NEW YORK     )

6            I JEFFREY BENZ, a Certified Realtime

7       Reporter, Registered Merit Reporter and

8       Notary Public within and for the State of

9       New York, do hereby certify:

10           That ███████████ Ph.D., the witness

11      whose examination is hereinbefore set

12      forth, was duly sworn by me and that this

13      transcript of such examination is a true

14      record of the testimony given by such

15      witness.

16           I further certify that I am not

17      related to any of the parties to this

18      action by blood or marriage; and that I am

19      in no way interested in the outcome of this

20      matter.

21           IN WITNESS WHEREOF, I have hereunto

22      set my hand this 20th of December, 2021.

23      --------------------------

24           JEFFREY BENZ, CRR, RMR

25

```
 1

 2       ---------------------INDEX--------------------

 3   WITNESS                    EXAMINATION BY      PAGE

 4   ██████████████  Ph.D.     MS. ZORNBERG          8

 5                              MR. SYLVESTER       386

 6       --------------------EXHIBITS-------------------

 7   NUMBER          DESCRIPTION              PG    LN

 8   Exhibit 1       Expert Report of ██████   67     6
                     █████████  Ph.D.,
 9
     Exhibit 4       Sai paper                129    25
10
     Exhibit 5       Position paper "On the   176    16
11                   Future of Decentralized
                     Computing"
12
     Exhibit 8       Article titled "A        214    12
13                   Byzantine Fault-Tolerant
                     Ordering Service for the
14                   Hyperledger Fabric
                     Blockchain Platform"
15
     Exhibit 9       Tweet from Neha Narula    223    13
16
     Exhibit 10      "Quantifying             277     9
17                   Decentralization,"
                     Blockstack Summit 2017
18
     Exhibit 11      Article Dated June 16,   301     4
19                   2014, "Bitcoin Currency
                     Could Have Been Destroyed
20                   by 51 Percent Attack,"

21   Exhibit 13      Document                  75     5

22   Exhibit 13A     History Page              78    18

23   Exhibit 14      Report Citation          156    19

24   Exhibit 15      Document                 158    15

25
```

```
 1

 2    NUMBER           DESCRIPTION                PG    LN

 3    Exhibit 16   XRP chat                      341     7

 4    Exhibit 17   2020 ███████ article          366     6

 5

 6

 7                        * * * * * * *

 8    WITNESS DIRECTED NOT TO ANSWER:

 9    Page 221

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    ERRATA SHEET

2  Case Name:

3  Deposition Date:

4  Deponent:

5  Pg.  No. Now Reads        Should Read  Reason

6  ___  ___ _____       _____   _____

7  ___  ___ _____       _____   _____

8  ___  ___ _____       _____   _____

9  ___  ___ _____       _____   _____
10 ___  ___ _____       _____   _____
11 ___  ___ _____       _____   _____
12 ___  ___ _____       _____   _____
13 ___  ___ _____       _____   _____
14 ___  ___ _____       _____   _____
15 ___  ___ _____       _____   _____
16 ___  ___ _____       _____   _____
17 ___  ___ _____       _____   _____
18 ___  ___ _____       _____   _____
19 ___  ___ _____       _____   _____
20

                               _____
21                             Signature of Deponent
22 SUBSCRIBED AND SWORN BEFORE ME
23 THIS ____ DAY OF _____, 2021.
24 _____
25 (Notary Public)   MY COMMISSION EXPIRES:_____

DEPOSITION ERRATA SHEET

Case Name:   SEC V. RIPPLE
       LABS, INC. ET AL

       CIVIL ACTION NO.  20-CV-10832 (AT) (SN)

Deposition Date:  DECEMBER 17, 2021

Deponent:

| Page | Line | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 11 | 23 | Don't get me for the accusation | Don't cite me on the accusation. | Transcript error |
| 13 | 11 | with maybe one hour, initial | for maybe one hour, initially | Transcript error |
| 14 | 6 | case | cases | Transcript Error |
| 14 | 13 | correct | correctly | Transcript Error |
| 15 | 7 | I'm interested | I was interested | Transcript error |
| 22 | 19 | very much freedom | a lot of freedom | Transcript error |
| 24 | 15 | number of quorums | size of quorums | Clarification |
| 25 | 4, 5, 8, 15, 22, 23 | Blockchain Protocols in the Wild | Blockchain Consensus Protocols in the Wild | Clarification |
| 34 | 11,15 | permission | permissioned | Transcript Error |
| 34 | 12 | call | called | Transcript error |
| 46 | *Lines 20-24 are confusing.* | So Adriaens would take the definition, you know -- definition. Take the sentence. There is no definition. Even Troncoso admits that there is no definition, no -- that's the motivation of their work, and they actually propose the definition. | So Adriaens misuses a sentence from Troncoso to say that Troncoso admits there is no definition, to which I say no, that is not the correct interpretation of Troncoso -- that's the motivation of their work, and they actually propose the definition. | Clarification |
| 48 | 13 | by | and buy | Transcript Error |
| 57 | 13 | This is actually similar to accept the ledger. | This is actually similar to XRP Ledger | Transcript Error |
| 58 | 16, 18, 24 | Byzantine full tolerance | Byzantine fault tolerance | Transcript Error |
| 59 | 14 | is relate | is related | Transcript Error |

| 60 | 24 | forge | fork | Transcript Error |
|----|----|-------|------|------------------|
| 60? | 25 | in order for that work on your network | in order for that to work on your network | Transcript Error |
| 64 | 18 | Ripple D | rippled | Transcript Error |
| 65 | 13 | very | wary | Transcript Error |
| 73 | 22 | my opinion with rippled 1.7.3. | my opinion assumes rippled 1.7.3. | Transcript error |
| 83 | 6 | I am not sure Pat | I am not sure if Pat | Transcript Error |
| 84 | 15-16 | treat it as a fixed line | treat it as fixed | Transcript Error |
| 85 | 15-16 | of the paper | of the report | Transcript Error |
| 91 | 15 | 2021 | 2001 | Transcript Error |
| 93 | 2 | Go on | Go | Transcript Error |
| 95 | 11 | There is a degree in innovation and entrepreneurship | There is a degree in innovation and entrepreneurship? | Clarification |
| 95 | 22 | I did not | I do not | Transcript error |
| 98 | 16 | And what the program committee does then is, that it reviews the papers submitted by other researchers. | And what the program committee does then is, it reviews the papers submitted by other researchers. | Transcript Error |
| 98 | 23 | oversee | oversees | Transcript Error |
| 98 | 24 | It | He/she | Clarification |
| 100 | 2 | set | said | Transcript Error |
| 100 | 7 | poses | implements | Clarification |
| 103 | 5,6 | permission | permissioned | Transcript error |
| 103 | 7 | coin mentors | inventors | Clarification |
| 103 | 13 | some cases, it could be in decentralized | in some cases, it could be decentralized | Transcript Error |
| 103 | 22 | permissionness | permissiveness | Transcript Error |
| 104 | 12-13 | or like orientation if IBM did – didn't work | or, like, orientation of IBM – it didn't work | Transcript Error |
| 105 | 5,11 | permission | permissioned | Transcript Error |
| 106 | 12 | asked it's | sked if it's | Transcript Error |
| 107 | 4 | has | had | Transcript error |
| 108 | 4 | Zurich | ETH Zurich | Clarification |
| 113 | 3 | if we | that we | Transcript Error |
| 113 | 20 | motiving | motivating | Transcript Error |
| 113 | 25 | important for people | important to people | Transcript Error |
| 121 | 23 | permission | permissioned | Transcript Error |
| 122 | 17 | didn't write | until I actually wrote | Clarification |
| 122 | 25 | is decentralized | as decentralized | Transcript Error |
| 123 | 14 | honesty | honest | Transcript Error |
| 132 | 23 | permission | permissioned | Transcript Error |

| 134 | 25 | permission | permissioned | Transcript Error |
|---|---|---|---|---|
| 135 | 20 9 | proprietors | properties | Transcript Error |
| 140 | | would admit a system is decentralized, if it follows Troncoso definition. | would admit a system as decentralized, if it contradicts the Troncoso definition | Clarification |
| 140 | 17 | To my understanding, there is no definition of decentralization | To my understanding, there is no such definition of decentralization | Clarification |
| 144 | 21 | It would be if Ripple was actually | If Ripple was actually | Clarification |
| 145 | 4 | series | service | Clarification |
| 145 | 18 | opinion, as I stated my report, because of the | opinion, as I stated in my report, because the | Transcript Error/Clarification |
| 148 | 8 | depending | depend | Transcript Error |
| 148 | 10 | Newark | network | Transcript Error |
| 149 | 8 | such part | such party | Transcript Error |
| 152 | 18 | what a UNL does in Ripple code | which UNL to use | Clarification |
| 153 | 16 | ledger means the block -- XRP Ledger should be added to the blockchain | ledger means the block in the XRP Ledger – which ledger should be added to the blockchain | Transcript Error |
| 155 | 24 | default Version Ripple dot -- this 1.7.3. | default Version rippled -- this 1.7.3. | Transcript Error |
| 174 | 9 | I tried this convey this is one possible test | I tried to convey this as one possible test | Transcript Error |
| 181 | 23 | permission | permissioned | Transcript Error |
| 182 | 2 | permission | permissioned | Transcript Error |
| 182 | 4 | inclusiveness | inclusiveness property | Clarification |
| 182 | 22 | report | paper | Clarification |
| 187 | 7,8,11 | permission | permissioned | Transcript Error |
| 187 | 6 | and we discuss this | and we discussed this | Transcript error |
| 188 | 24 | inclusing this | inclusiveness | Clarification |
| 189 | 19 | takes | take | Transcript Error |
| 190 | 4 | on EPFL | at EPFL | Transcript error |
| 191 | 16-17 | with ▮ | by ▮ | Transcript error |
| 191 | 17 | it my head | it in my head | Transcript error |
| 195 | 3 | of the case | in the context of the case | Transcript error |

| 196 | 12 | I talk to SEC | I talked to SEC | Transcript error |
|---|---|---|---|---|
| 202 | 14,17 | permission | permissioned | Transcript Error |
| 228 | 4,8 | permission | permissioned | Transcript Error |
| 229 | 10 | struggling | struggling with | Transcript error |
| 231 | 10 | colleague | colleague who | Transcript error |
| 234 | 7 | coming | coming up | Transcript error |
| 242 | 13 | proof of state | proof of stake | Transcript Error |
| 242 | 14 | weight | weigh | Transcript Error |
| 246 | 11,13 | End function | AND function | Transcript Error/Clarification |
| 246 | 18 | network layer would probably be centralized. | network layer. | Transcript Error |
| 252 | 3 | partition | partitioned | Transcript error |
| 252 | 4 | to say unreliable network | to say this is "unreliable network | Clarification |
| 253 | 13 | official Lynch-Patterson consultancy possibility | Fischer-Lynch-Patterson consensus impossibility | Clarification |
| 259 | 23 | that favor in the | that favor safety in the | Clarification |
| 260 | 8 | that was opted | that opted for liveness/availability | Clarification |
| 261 | 21 | it tends | tends | Transcript error |
| 263 | 5 | That | That would be | Transcript error |
| 263 | 17 | role | rule | Transcript Error |
| 263 | 20 | forward network | forward progress | Transcript Error/Clarification |
| 267 | 8 | bettering the ability | better readability | Clarification |
| 272 | 8 | my miners with some | my miners and with some | Clarification |
| 273 | 15 | faulty | faulty nodes | Clarification |
| 273 | 22 | that and proof of work | that for proof of work | Transcript error |
| 277 | 21 | or a | of a | Transcript Error |
| 282 | 9 | relay | relate | Transcript Error |
| 291 | 14 | reserve | satisfy | Clarification |
| 300 | 8 | single people | single person | Transcript error |
| 302 | 18 | the guardian | the Guardian | Transcript Error |
| 305 | 15 | U.S. governments | U.S. government | Transcript Error |
| 309 | 8 | 0.4 | 0.14 | Clarification |
| 310 | 18 | mine | mined | Transcript Error |
| 311 | 3-4 | in protocol | in-protocol | Transcript Error |
| 311 | 11 | could not opt to | could opt to | Clarification |
| 312 | 6-9 | It's not correct that if a mining pool can opt which transactions to include, there are | It's not correct that if a mining pool can opt which transactions to | Clarification |

| | | other mining pools that can opt to include the transaction | include that the Nakamoto coefficient would be 1, because there are other mining pools that can opt to include the transaction | |
|---|---|---|---|---|
| 312 | 24 | cash | hash | Transcript Error |
| 336 | 20 | use cases | use case | Transcript Error |
| 338 | 8 | pass from causal definition | go from the basic definition | Clarification |
| 338 | 11 | inclusive | inclusive systems | Clarification |
| 338 | 13 | on a | as | Transcript Error |
| 339 | 21 | Ripple D | rippled | Transcript Error |
| 349 | 6 | 4.1 | 41 | Clarification/Transcript Error |
| 350 | 24, 25 | natural cooperators | operators of XRP Ledger nodes | Clarification |
| 353 | 13 | UNL | UNL overlap | Clarification |
| 354 | 18 | ran | run | Transcript Error |
| 355 | 2 | and assemble | to say | Clarification |
| 362 | 15 | avert | alert | Transcript Error |

Date: 20.5.2022





