# EXHIBIT D

https://twitter.com/neha/status/1007579383417188353?s=20





© 2021 Twitter, Inc   About   Help   Terms   Privacy   Cookies   Blog   Advertise   Businesses   Media   Developers   TweetDeck
Partners