# Exhibit 7

Page 1

1

2  UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

3  - - - - - - - - - - - - - - - - -x
SECURITIES AND EXCHANGE

4  COMMISSION,

5           Plaintiff,
                          Case No.
6      against          20-cv-1(AT)(SN)

7  RIPPLE LABS, INC., BRADLEY
GARLINGHOUSE, and CHRISTIAN A.

8  LARSEN,

9           Defendants.
- - - - - - - - - - - - - - - - -x

10

11

12     VIDEOTAPED DEPOSITION OF ▮▮▮▮▮▮▮, Ph.D.

13          New York, New York

14          Friday, February 18, 2022

15

16

17

18

19

20

21

22

23  Reported by

24  JEFFREY BENZ, CRR, RMR

25  JOB NO. 206137

Page 2

1

2

3

4

5                         February 18, 2022

6                         9:16 a.m.

7

8

9       Videotaped Deposition of ████████, Ph.D.,

10  taken at Debevoise & Plimpton LLP, 919 Third

11  Avenue, New York, New York, before Jeffrey Benz, a

12  Certified Realtime Reporter, Registered Merit

13  Reporter and Notary Public of the State of New

14  York.

15

16

17

18

19

20

21

22

23

24

25

1

2   A P P E A R A N C E S:

3

4   FOR THE PLAINTIFF:

5       U.S. SECURITIES AND EXCHANGE COMMISSION

6           175 West Jackson Boulevard

7           Chicago, Illinois 60604

8       BY:   ROBERT MOYE, ESQ.

9               -and-

10          200 Vesey Street

11          New York, New York 10281

12      BY:   MARK SYLVESTER, ESQ.

13          BENJAMIN HANAUER, ESQ (remotely)

14          DAPHNA WAXMAN, ESQ.  (remotely)

15

16

17

18

19

20

21

22

23

24

25

1

2   A P P E A R A N C E S: (Ctd.)

3

4   FOR DEFENDANT RIPPLE LABS:

5      KELLOGG, HANSEN, TODD, FIGEL & FREDERICK

6          1615 M Street, NW

7          Washington, District of Columbia 20036

8      BY:   REID FIGEL, ESQ.

9          CLAYTON MASTERMAN, ESQ.

10          KYLIE KIM, ESQ.

11          COLLIN WHITE, ESQ.  (remotely)

12          BETHAN JONES, ESQ. (remotely)

13          GAVAN GIDEON, ESQ. (remotely)

14          ELIANA PFEFFER, ESQ. (remotely)

15          JUSTIN BERG, ESQ.  (remotely)

16             -and-

17      DEBEVOISE & PLIMPTON

18          919 Third Avenue

19          New York, New York 10022

20      BY:   DANIEL MARCUS, ESQ.  (remotely)

21             -and-

22          801 Pennsylvania Avenue NW

23          Washington, District of Columbia 20004

24      BY:   MATT HIRSCH, ESQ.

25

1

2   A P P E A R A N C E S: (Ctd.)

3

4   FOR DEFENDANT BRADLEY GARLINGHOUSE:

5        CLEARY GOTTLIEB STEEN & HAMILTON

6            2112 Pennsylvania Avenue, NW

7            Washington, District of Columbia 20037

8        BY:   JORGE BONILLA LOPEZ, ESQ. (remotely)

9

10   FOR DEFENDANT CHRISTIAN A. LARSEN:

11        PAUL, WEISS, RIFKIND, WHARTON & GARRISON

12            1285 Avenue of the Americas

13            New York, New York 10019

14        BY:   MARTIN FLUMENBAUM , ESQ. (remotely)

15            EMILY GLAVIN, ESQ. (remotely)

16

17   ALSO PRESENT:

18        MATTHEW CHIN-QUEE, Videographer

19        DEBORAH McCRIMMON, Ripple Labs, Inc. (remotely)

20        KYLE E. CHERMAK, Debevoise & Plimpton (remotely)

21

22

23

24

25

1       ███

2       THE VIDEOGRAPHER:  We're now on the

3   record.  This is the start of Tape Number 1

4   of the videotape deposition of ███████,

5   in the matter Securities and Exchange

6   Commission v. Ripple Labs, Inc., et al., in

7   the United States District Court, Southern

8   District of New York, Number 20-CV-1

9   (AT)(SN).

10      The deposition's being held at

11  919 Third Avenue, New York, New York, on

12  February 18, 2022, at approximately

13  9:16 a.m.

14      My name is Matthew Chin-Quee, from

15  TSG Reporting, and I'm the legal video

16  specialist.  The court reporter is Jeffrey

17  Benz, in association with TSG Reporting.

18      Will counsel please introduce

19  yourselves.

20      MR. FIGEL:  Reid Figel, with Clayton

21  Masterman and Kylie Kim, representing

22  defendant, Ripple Labs, Incorporated.

23      MR. MOYE:  Robert Moye and Mark

24  Sylvester here for the SEC.

25      MR. FIGEL:  And we have an agreement

1    ██████

2    that counsel who's participating by video

3    conference, appearances are already noted

4    for the court reporter record, and the --

5    deemed included in the video record.

6        THE VIDEOGRAPHER:  Thank you.

7        Will the court reporter please swear

8    in the witness.

9    ██████████, Ph.D.,

10    called as a witness, having been first

11    duly sworn by Jeffrey Benz, a Notary

12    Public within and for the State of New

13    York, was examined and testified as

14    follows:

15    EXAMINATION BY MR. FIGEL:

16    Q.   Good morning.  Could you state your

17    name for the record, please.

18    A.   ████████.

19    Q.   And, Mr. ████, do you prefer to be

20    called Mr. ████ or Dr. ████?

21    A.   I suppose for this setting, why don't

22    we say Dr. ████.

23    Q.   You understand you're testifying under

24    the same oath that you would take if you were

25    testifying in a courtroom --

1   ████

2       A.   I understand.

3       Q.   And you also understand that the

4   two reports that you submitted in this

5   litigation are also submitted under oath?

6       A.   I understand.

7       Q.   Any reason today that you can't give

8   your best truthful and accurate testimony?

9       A.   No reason.

10      Q.   Have you ever been deposed before?

11      A.   Yes, I have.

12      Q.   How many times?

13      A.   One time.

14      Q.   In what matter?

15      A.   SEC versus Rio Tinto.

16      Q.   And have you ever testified in any

17  other proceeding in any context?

18      A.   No.  I've submitted written testimony

19  in that matter, I've been deposed, but that's

20  the extent of my testimony experience.

21      Q.   No personal litigation in which you

22  were a testifying witness?

23      A.   Correct.

24      Q.   You submitted both an expert report

25  and a rebuttal report in connection with this

1       ████

2   case.  Is that correct?

3      A.   Yes, that's correct.

4      Q.   I'd like to show you what's been

5   marked as -- we'll start with Exhibit 1.

6       (Amended expert report of ████

7     was marked Exhibit 1 for identification, as

8     of this date.)

9       MR. FIGEL:  This is for the court

10    reporter.

11       THE COURT REPORTER:  That's very nice

12    but it's not necessary.

13       MR. FIGEL:  All right.

14       MR. FLUMENBAUM:  Excuse me.  It's hard

15    to hear Dr. ████, if he could speak up,

16    please.

17       THE WITNESS:  Is this mic doing

18    anything?

19       THE VIDEOGRAPHER:  It's just for the

20    video.

21       MR. FIGEL:  Why don't we --

22       THE VIDEOGRAPHER:  Maybe I can put

23    that --

24       THE WITNESS:  Is this better?

25       MR. FIGEL:  Mr. Flumenbaum, are you

1

2    able to hear Dr. ███ now?

3        MR. FLUMENBAUM:  Is he talking now?

4        THE WITNESS:  Testing, testing.  Is

5    this satisfactory?

6        MR. FLUMENBAUM:  Thank you.

7        Q.   I show you what's been marked as ███

8    Exhibit 1.  Do you recognize that document?

9        A.   I do.  It appears to be my opening

10   report in this matter.

11       Q.   And does Exhibit 1 set forth all the

12   affirmative opinions you intend to offer in this

13   case?

14       A.   I believe so, yes.

15       Q.   And does it contain the bases for all

16   of the opinions that you intend to offer?

17       A.   Well, I have opinions also expressed

18   in my rebuttal report.

19       Q.   We'll get to that.  I'm just talking

20   about in your open report.

21       A.   My opening report represents the

22   opinions of my opening report.

23       Q.   And you understand that that Exhibit 1

24   is also submitted under penalty of perjury,

25   correct?

1        █████

2        A.   Yes, I understand.

3        Q.   And nothing was omitted from that

4   report that you deemed to be necessary to

5   support the opinions that you express in that

6   report; is that correct?

7        A.   I believe that's correct.  Yes.

8        Q.   I'd like to now show you what we'll

9   mark as ████ Exhibit 2.

10        (Rebuttal report of ██████ was

11        marked Exhibit 2 for identification, as of

12        this date.)

13        Q.   Do you recognize this document,

14   Dr. ████?

15        A.   I do.  This appears to be my rebuttal

16   report in this matter.

17        Q.   And does your rebuttal report include

18   all the rebuttal opinions you intend to offer in

19   connection with this litigation?

20        A.   Well, I have been directed by the SEC

21   to do some additional analysis in response to

22   the reports of Dr. Marais and Professor Fischel.

23   Those are not yet contained in this rebuttal

24   report.

25        MR. FIGEL:  Let me inquire of

1       ███

2    Mr. Moye.  Do you intend to seek leave of

3    the court to submit additional expert

4    reports from Dr. ███?

5       MR. MOYE:  The plan, what we expect to

6    do is to supplement within the expert

7    discovery period, so in other words, the

8    few additional comments that we believe are

9    appropriate to make based on the rebuttal

10   report will be included in a very short

11   supplement under 26(e).

12      MR. FIGEL:  All right.  Just so the

13   record's clear, we have not yet been

14   provided with a copy of any supplemental

15   reports of Dr. ███.  I don't think it's

16   fair for us to be expected to examine him

17   based on his prognostication about what may

18   be included in those reports so we --

19      MR. MOYE:  We agree.

20      MR. FIGEL:  -- we reserve our rights

21   to call Dr. ███ back in the event you

22   submit a supplemental report.

23      MR. MOYE:  We agree, and we'll discuss

24   that, and we'll be happy to make him

25   available for a reasonable amount of time.

1        █████

2       Q.   With respect to your rebuttal report,

3   Dr. ████, as you sit here today, do you have any

4   opinions about the matters contained in your

5   rebuttal report, other than what's set forth in

6   the report?

7       A.   No.  The rebuttal report stands

8   complete as of today.

9       Q.   Okay.  And your rebuttal report

10  includes all the facts and data that you

11  considered in support of the opinions you

12  expressed in Exhibit 2, correct?

13      A.   I believe so, yes.

14      Q.   All right.  Other than --

15          MR. FIGEL:  And, Mr. Moye, what I

16      propose that we do is we will treat

17      whatever engagement that he is working on

18      now as postdating the dates of his

19      two reports.

20          MR. MOYE:  Sure.

21          MR. FIGEL:  So none of my questions

22      are going to go to any other opinions you

23      may be working on now.  Fair enough?

24          But we reserve our rights with respect

25      to any supplemental or subsequent opinions

1   ███

2     you provide.

3     Q.   Other than what's set forth in

4   Exhibits 1 and 2, and other than whatever you

5   may be working on prospectively, were you asked

6   to analyze any issues in this case that are not

7   discussed or reflected in either Exhibit 1 or

8   Exhibit 2?

9         MR. MOYE:  So I'm going to object to

10        that question to the extent that it would

11        require Dr. ███ to disclose any

12        conversations he had with counsel for the

13        SEC because that would infringe on work

14        product.

15    Q.   Do you understand Mr. Moye's

16   instruction?

17    A.   I believe so.

18    Q.   All right.  Without revealing any

19   communications you may have had with the SEC, in

20   the course of your engagement for this matter,

21   have you or people working under your direction

22   performed any work that's not reflected in

23   either Exhibit 1 or Exhibit 2?

24    A.   That's a very broad question, have

25   they done any work.

1   ███

2        I -- that's so broad that I don't

3   think I can -- I can -- I can say no, that

4   nobody did any work.

5        Q.   Tell me what work you're aware of, as

6   you sit here today, that is not -- in the -- in

7   the context of this engagement, in this

8   litigation, that's not reflected in Exhibits 1

9   and 2.

10       A.   I can't think of any examples.  But if

11  you're asking me to testify whether somebody in

12  my support team may have done something, they

13  may have done something, but I'm not aware, I

14  cannot -- sitting here today, I cannot think of

15  any work that was done that's not reflected in

16  either of these two reports, setting aside

17  ongoing work.

18       Q.   Are you aware of any models that

19  anyone working under your direction in this case

20  tested or considered in connection with the

21  preparation of your report?

22       MR. MOYE:  Same objection as before.

23       Please make sure your answer does not

24       reveal any communications that you've had

25       with SEC attorneys about this matter.

1     ███

2    A.   Again, that's so very broad.

3      I expect that in the ordinary course

4 of doing research, we may have considered some

5 alternative parameterizations of some

6 econometric models.

7      As I say, I -- that's -- that's -- I

8 consider that routine and normal and ordinary.

9      So I'm not going to say that -- that

10 there are no alternative models which may have

11 been run at any point.

12    Q.   Are you aware of any?

13    A.   Well, as an example, when considering

14 the estimation period behind the econometric

15 models, we settled on a 180-day window ending

16 three days prior to an event date to be tested.

17 We may have considered models ending one day

18 prior to the event date being tested.  We may

19 have considered models ending five days prior.

20      Again, that's -- that's -- the

21 ordinary -- the ordinary course of doing

22 research.  That -- that's one example that I can

23 think of.  But I --

24    Q.   Other than the endpoint for the

25 periods tested, can you think of any other

1   ███

2   models or regressions or consideration of events

3   or categorizations that you or your staff

4   considered that's not reflected in the report?

5          MR. MOYE:  Same objection as before.

6      A.   We may have experimented with

7   volume-weighted indices at one point.

8          But that would be -- that's --

9   that's -- sitting here today, that's about all I

10  can remember, is something -- an alternative we

11  may have considered that is not in these

12  reports.

13     Q.   Did you consider any other estimation

14  models other than the ones set forth in your

15  opening report?

16         MR. MOYE:  Same objection, work

17     product.

18     A.   Again, beyond sort of the ordinary

19  flow as we've already discussed, no.  I can't

20  remember any.

21     Q.   When you said that you -- just a

22  second.

23         When you say you experimented with

24  volume-weighted indices, what do you mean?

25     A.   Well, we have data on -- we have

1

2 pricing data for several digital tokens.  From

3 those pricing data, we can construct returns.

4 And one can build an index of those returns, in

5 a number of different ways.

6          Two easy ways or two common ways are

7 what's called an equal-weighted index, where one

8 simply takes the simple average return across

9 different tokens.  And another one would be some

10 sort of volume-weighted index, where those

11 digital tokens that have, for example, a larger

12 market cap get greater weight in the

13 construction of that index.

14          In the case of digital tokens, bitcoin

15 is so overwhelmingly dominant in a volume sense

16 that, as a practical matter, there's very little

17 difference between a volume-weighted index and

18 simply bitcoin.

19          So after some normal experimentation,

20 I decided that there was -- there was no utility

21 in a volume-weighted index in the context of

22 these kinds of assets that we're discussing

23 because bitcoin just dominates everything.

24          So we settled, I think, fairly quickly

25 on considering just equal-weighted indices.

1   ███

2       Q.   If I understand your answer, in

3   substance, what you're saying is that if you

4   look at the dollar volume of cryptocurrencies

5   traded on various exchanges, the vast majority

6   of that is dominated by bitcoin, correct?

7       A.   Correct.

8       Q.   And that the amounts of both volume

9   and, call it dollar value of Ether lumens is

10  trivial in comparison to the information that's

11  available about bitcoin?  Correct?

12      A.   Well, I mean, "trivial" is a word.

13  Again, just as an arithmetic fact, a

14  volume-weighted index, again, just

15  arithmetically, is simply not going to be very

16  different from bitcoin's return.

17      Q.   And did you elect to use

18  equal-weighted indices as opposed to

19  volume-weighted indices or bitcoin,

20  representation-weighted indices, because the

21  weighted indices undermined the force of the

22  conclusions that you're expected -- that you

23  have expressed in your report?

24      A.   No, not at all.

25          We have one -- some of the models that

1    ███

2    are here are based only on bitcoin.  Others have

3    bitcoin plus Ether.  Some have bitcoin plus

4    Ether plus lumens.

5            And then when it came time to add some

6    of the other tokens that -- whose history begins

7    much later, at that point, we -- I switched to

8    an equal-weighted index.  But there are results

9    here, which are -- which consider only bitcoin,

10   for example, as an alternative driver.

11           So I -- I simply felt that a

12   volume-weighted index was effectively redundant,

13   to a bitcoin-based model.

14   Q.   All right.  Now, if you turn to

15   paragraph 11 on page 2 of Exhibit 1.

16           You'll see that you reserve the right

17   to modify or to supplement this report?

18   A.   Yes.  I see that.

19   Q.   Just so the record is clear, is there

20   anything today that you would like to modify or

21   supplement about the information contained in

22   Exhibit 1?

23   A.   Well, as we've discussed, I'm -- I am

24   continuing to work on a supplemental analysis.

25   Q.   Well, a -- are you finished with your

1 ███

2 answer?

3    A.   Yes.

4    Q.   As I understood your prior testimony,

5 the supplemental analysis went to rebuttal

6 issues.  Do you intend to provide a supplemental

7 analysis to any of the opinions or data or other

8 information that's set forth in your opening

9 report, Exhibit 1?

10    A.   The -- if I -- if I had to

11 characterize it, I suppose the more helpful

12 characterization is that it is a supplement to

13 Exhibit 1 in the sense that it is primarily

14 addressing issues that were raised in some

15 rebuttal reports which were written in response

16 to Exhibit 1.

17         That's why I say the rebuttal -- it's

18 a rebuttal analysis in a sense.  But if -- if I

19 have to characterize and -- and pick one and say

20 whether I'm supplementing my first report or my

21 second report, I suppose the better

22 characterization is that I am supplementing the

23 first report.

24    Q.   And let's make sure that we're making

25 a clear record here.  When you say "supplement,"

1        ██████

2    I want to make sure that -- withdrawn.

3           With respect to whatever work you're

4    doing that may lead to additional reports, is

5    there anything that is in Exhibit 1 that, as you

6    sit here today, you believe is inaccurate or

7    incomplete?

8        A.   No, not at all.

9        Q.   All right.  Same question with respect

10   to Exhibit 2.  Is there -- putting aside

11   whatever it is you're doing prospectively, is

12   there anything in Exhibit 2, as you sit here

13   today, that you believe is inaccurate or

14   incomplete?

15       A.   I don't believe so, no.

16       Q.   According to your resume, you spent a

17   lot of time working in the private sector at

18   ██████; is that correct?

19       A.   I worked at ██████ for approximately

20   15 years.  I think it was a little over

21   15 years.

22       Q.   Why did you decide to leave ██████?

23       A.   To pursue other career -- a different

24   career direction.

25       Q.   And what was that different career

1       ███████

2    direction that you decided to pursue when you

3    left ██████?

4        A.   I decided to become an economic

5    consultant.

6        Q.   How long have you been an economic

7    consultant?

8        A.   I joined my first consultancy, I

9    believe, in ███████████.

10       Q.   ██████████████████████████?

11       A.   ███████████████.

12       Q.   And why did you leave your prior

13   consulting firm ███████████████████?

14       A.   Discussions with ██████ and decided

15   that it would be a -- a good environment to --

16   to join.

17       Q.   In connection with why your current

18   employment █████████████████, obviously the

19   SEC is one of your clients, correct?

20       A.   The SEC has engaged me, yes.

21       Q.   Have they engaged you on any other

22   litigation or matter or investigation other than

23   this one?

24       A.   Yes, they have.

25       Q.   Approximately how many other

1   ███

2   engagements do you have with the SEC with

3   respect to litigation other than this

4   litigation?

5       A.   I have two other engagements that --

6   that I consider litigation engagements, in

7   addition to this one.

8           MR. FIGEL:  Mr. Moye, just so we can

9       avoid a spat, are those engagements

10      confidential?

11          MR. MOYE:  So ███ obviously is

12      not.

13          I don't believe the others are public.

14      A.   Nothing has been -- I haven't filed

15   any reports in the other one.

16          MR. MOYE:  So until the filing of the

17      report, we would consider those

18      confidential.

19      Q.   Do you have any clients or are you

20   doing work for any entity other than the

21   Securities and Exchange Commission, currently?

22      A.   I -- I support other experts at

23   ███ in helping them to prepare reports and

24   conduct analyses for a variety of clients.

25          As -- as an expert witness, I'm not

Page 25

1        ███

2   currently doing work for any entity besides the

3   SEC.

4        Q.   Have you ever done any work with you

5   as the expert for any entity while employed at

6   ███████   other than the SEC?

7        A.   Serving as the expert, no.

8        Q.   So the only person or entity that's

9   retained you as an expert since you've joined

10   ███████   is the SEC.  Correct?

11        A.   That is correct.

12        Q.   What is the area of expertise that you

13   claim you have that you believe allows you to

14   offer expert testimony in this case?

15        A.   Well, I have a Ph.D. in economics,

16   with focus on ███████████.

17        I've been a practicing economist for

18   20-some years, focused on -- primarily on

19   empirical economic research.  I've conducted

20   event studies as part of my employment.  I've

21   testified on event studies on one occasion.

22        And I believe I have adequate

23   credentials to offer opinions in this matter.

24        Q.   Okay.  Other than in the field of

25   economics and econometrics, do you claim any

1    ███

2    expertise that would allow you to express an

3    opinion, an expert opinion, in this case?

4    A.  I --

5        MR. MOYE:  I'm sorry.  Can I clarify

6        that question?  Did you mention statistics

7        or just econometrics?

8        In your question.

9        MR. FIGEL:  My question -- wait a

10       second.

11       -- was limited to the field of

12       economics and econometrics.

13       MR. MOYE:  Okay.  I'm going to object

14       to the extent that you mischaracterize his

15       prior testimony.

16    A.   Well, as I define the words "economics

17    and econometrics," which would include

18    statistics, my opinions -- I would characterize

19    my opinions as being offered within that broad

20    umbrella.  I'm not offering, for example, legal

21    opinions, and I -- I'm not a software engineer.

22    Q.   Do you claim to be an expert in

23    statistics?

24    A.   I am an expert in econometrics, which

25    is the application of statistics to economic

1

2  data and economic problems.

3      Q.   You don't consider statistics to be a

4  separate discipline for which one could or could

5  not be qualified from being an economist or an

6  econometrician?

7          MR. MOYE:  Objection.  Argumentative.

8      A.   I recognize that one can get a degree

9  purely in statistics.

10     Q.   And you don't have one, correct?

11     A.   I -- I do not have a degree purely in

12  statistics.

13     Q.   And you never practiced as a

14  statistician, have you?

15     A.   Statistics is integral to the work

16  that I've done professionally for 20 years.

17  I've described myself as an economist.  I do not

18  describe myself as a statistician, but

19  statistics is, as I said, an integral part of

20  the work I've been doing professionally for

   20 years.

22     Q.   So the answer to my question is no,

23  you've never practiced as a statistician,

24  correct?

25     A.   The only way I can address that

1   ▉

2   question is to say I haven't personally

3   described myself as a statistician.

4        However, in my professional work, I

5   routinely use statistics as part of my work.  So

6   in the sense that my practical work requires and

7   utilizes statistics, the answer's yes.

8       Q.   Have you ever held an academic

9   position?

10      A.   No, I have not.

11      Q.   Now, you said you've only testified

12  once in any proceeding in -- in litigation

13  anywhere during your lifetime.  Correct?

14      A.   I believe that's true.

15      Q.   And have you ever been found qualified

16  by a court to offer expert opinion testimony?

17       MR. MOYE:  Objection to the extent

18       you're asking him for a legal opinion.

19      A.   All I can say is that my testimony,

20  or -- no part of my testimony has ever been

21  disqualified.

22      Q.   I'm asking a different question.  I'm

23  asking the question whether a court has ever

24  found you competent and qualified to offer

25  expert opinion testimony.

1   █████

2        MR. MOYE:  It's the same objection.

3        A.   I -- I don't know how to answer the

4   question.  If -- if you're asking have I ever

5   received a letter from the court saying,

6   Congratulations, you're qualified, no, I

7   haven't.

8        I have -- I've submitted written

9   testimony, I've submitted deposition testimony.

10   The matter is still pending and outstanding.

11   That's all I can say.

12        Q.   Has Judge Torres in the Rio --

13   Judge Torres is the presiding judge in the

14   Rio Tinto case, correct?

15        A.   I'll take your word for it.  I'm not

16   very good with names.

17        Q.   To your knowledge, have you been

18   qualified to offer expert opinion testimony in

19   the Rio Tinto case?

20        MR. MOYE:  Same objection as before.

21        A.   I have not -- all I can say is I have

22   not been disqualified.  My -- my testimony is

23   still pending.  The matter is still pending.

24   The trial has not yet been scheduled.  As far as

25   I know, I will be testifying at trial.

1      ████

2      Q.   So to your knowledge, if you're found

3   to be competent and qualified to offer an

4   opinion in this case, it will be the first time,

5   to your knowledge, that you've ever been

6   qualified as an expert, correct?

7          MR. MOYE:  Objection.  Argumentative

8      and vague.

9      A.   I -- I apologize, Mr. Figel.  I mean,

10   I am -- I've only been doing consulting for a

11   couple of years.  If -- if there is some

12   affirmative step in which somebody says, You're

13   qualified, that affirmative step has not yet

14   happened.

15          Based on the schedule, it's more

16   likely to happen first in the Rio Tinto matter,

17   simply because that's so much further along than

18   in this matter.

19      Q.   And isn't it true that your testimony

20   in the Rio Tinto matter is subject to a

21   disqualification motion?

22      A.   Yes.  They've filed motions against

23   me, and I believe -- I think we filed motions

24   against them, and those motions are still

25   pending.

1 ▉

2    Q.   So it hasn't been decided whether

3 you're qualified to give opinion testimony in

4 the Rio Tinto case, correct?

5        MR. MOYE:  Objection to the extent

6    you're asking for a specific legal opinion.

7    A.   To the best of my knowledge, the judge

8 has not ruled on any of those motions.

9    Q.   What academic background, if any, do

10 you have about the cryptocurrency markets?

11    A.   Cryptocurrencies were not a subject of

12 my formal academic training.  I would say they

13 didn't exist yet.

14    Q.   So the answer is none?

15    A.   I would say that's fair.

16    Q.   And you said you've never held an

17 academic position, correct?

18    A.   Correct.  Beyond maybe a teaching

19 assistantship in college, but not -- not a

20 professorship.

21    Q.   So you've never taught a course about

22 the digital asset market, correct?

23    A.   Correct.

24    Q.   Have you ever published a paper that

25 addressed digital assets or cryptocurrency in

1    ▮

2    any way?

3        A.   I don't believe so, no.

4        Q.   Have you ever given a public talk that

5    discussed digital assets or cryptocurrency in

6    any way?

7        A.   No, I have not.

8        Q.   Other than in this case, have you ever

9    conducted an event study that related to the

10   cryptocurrency market?

11       A.   No.

12       Q.   Other than in this case, have you ever

13   conducted an event study that applied to digital

14   assets in any respect?

15       A.   No.

16       Q.   Other than in this case, have you ever

17   done an event study that applied to the pricing

18   of digital assets or cryptocurrencies?

19       A.   No.

20       Q.   Are you claiming to be off-- to be

21   qualified to offer an expert opinion about the

22   functionality or capabilities of various digital

23   assets?

24       A.   If you're asking about what I would

25   describe as the software, software engineering,

1    ██

2    exactly how blockchains work, that's not my

3    domain of expertise.  My domain of expertise

4    relates to economics, asset pricing and the

5    matters that I'm offering opinions on.

6        Q.   Are you claiming to be qualified to

7    offer an expert opinion about the uses of

8    various digital assets?

9        A.   Consistent with how an economist might

10   understand how people use assets and invest, I

11   suppose so.  If -- if -- again, if you're asking

12   about -- expert opinion on whether the consensus

13   algorithms of XRP, how those compare to bitcoin,

14   then no.

15       Q.   What training or prior work have you

16   done that would allow you to express an opinion

17   on how people use digital assets or invest in

18   digital assets?

19           MR. MOYE:  I'm going to object to the

20       extent that you're mischaracterizing his

21       prior answer.

22           Go ahead.

23       A.   Well, economists study markets.  They

24   study market prices.  They study transactions in

25   markets.

1 ███

2      To the extent that we're discussing

3   prices of digital tokens and markets around

4   digital tokens, I feel that as an economist, I'm

5   qualified to offer opinions related --

6      MR. FLUMENBAUM:  If you lean back, I

7    can't hear him anymore.

8      THE WITNESS:  Sorry.

9      MR. FIGEL:  Why don't we go off the

10    record for just a second, do an experiment

11    and try and move the mic closer to

12    Dr. ███.  That might --

13      THE VIDEOGRAPHER:  We're going off the

14    record at 9:49 a.m.

15      (Discussion off the record.)

16      THE VIDEOGRAPHER:  We're back on the

17    record at 9:54 a.m.

18    Q.  Dr. ███, I'm not sure you finished

19   your answer.  Do you remember the question?

20    A.  No, I'm sorry, I don't.

21      MR. FIGEL:  Maybe we could ask the

22    court reporter to read back the last

23    question and Mr. ███'s answer up to the

24    point where he stopped speaking.

25      (The record was read back.)

1

2      A.   -- thereto.

3      Q.   As I understand your testimony, the

4    only study of markets or market prices that

5    you've done that relate to digital assets or

6    cryptocurrency occurred in connection with your

7    engagement in this case.  Is that correct?

8      A.   That's correct, yes.

9      Q.   So the entirety of your background as

10   it relates to the digital assets or crypto--

11   cryptocurrency markets relate to the work you

12   did in connection with your engagement in this

13   case.  Correct?

14     A.   Sorry, could you repeat the question?

15         MR. FIGEL:  Would you mind reading

16     back.

17         (The record was read back.)

18         MR. MOYE:  Objection.  Argumentative.

19     A.   I -- I -- I just don't -- I just don't

20   think I can accept -- I don't think that's a

21   fair characterization.

22         The entirety of my background as a --

23   both my academic training and my professional

24   work as an economist has equipped me, I believe,

25   to address economic issues in this market and

1       ███

2   many other markets.

3           I -- I have not conducted empirical

4   analyses of digital token prices outside of the

5   work I've done in this matter.

6       Q.   So is it your testimony that expertise

7   in one market qualifies you to offer expert

8   opinion testimony about another market?

9           MR. MOYE:  Objection to the extent

10          that mischaracterizes his answer.

11      A.   I don't think that's what I said.

12  Economists study prices and study markets.

13          An economist could discuss stock

14  prices, bond prices, commodity prices, could

15  discuss the price of oil, could discuss the

16  price of bitcoin, has econometric tools to

17  investigate and apply to data from a variety of

18  different markets.

19          That's routine in the ordinary course

20  of being an economist.

21      Q.   Let me just see if I can break up your

22  answer, Dr. ███.  We agree you have never

23  studied digital assets or the cryptocurrency

24  market other than in connection with your

25  engagement in this case.  Correct?

1 ███

2    A.   I'll repeat my prior testimony.  I

3 have never conducted an empirical analysis of

4 digital token prices outside of the work I've

5 done in this case.

6    Q.   So your testimony is that whatever

7 work you've done in other markets and in other

8 cases qualifies you to express an expert opinion

9 about the use of digital assets, trading in

10 digital assets, pricing in digital assets in the

11 cryptocurrency and in digital asset markets,

12 correct?

13        MR. MOYE:  Objection.  Asked and

14        answered.  Objection to the extent you're

15        mischaracterizing his prior testimony

16        instead of asking a new question.  And

17        argumentative.

18        MR. FIGEL:  Mr. Moye, we've had a very

19        collegial relationship; but I think the

20        standing rule is you get to say, Objection

21        to form.  Speaking objections are really

22        not permitted, and I view that as coaching

23        the witness.

24            So if we could have an agreement, in

25        the future you'll just say, "Objection,"

1   ▮

2   I'll either reformat my question or I'll

3   ask him to answer.

4        MR. MOYE:  I'm sorry, Reid.  I'm not

5   trying to be difficult.  I don't believe

6   that's been our prior stipulation, and I

7   certainly don't want to coach the witness.

8   But I don't know how you can correct a

9   question if I don't give you some

10  information about what I think the problem

11  with the form is.

12       MR. FIGEL:  If I have a question about

13  your problem with the form of my question,

14  I'll ask you; but, otherwise, I would

15  prefer if you could just say, "Objection."

16       MR. MOYE:  No.  I understand that.

17  But if there's an issue some day about the

18  transcript and whether it's acceptable and

19  I've only objected to form because of your

20  instruction, I feel like you would have cut

21  me off from explaining in the moment what I

22  thought was wrong with the answer.

23       I certainly don't want to belabor the

24  objection -- the record with things that I

25  don't need to say.

1      ████

2          MR. FIGEL:  My request would be that

3      if you have an objection to form, you just

4      say, "Objection," and not have a speaking

5      objection, which I view as an effort to

6      coach the witness.

7          MR. MOYE:  Well, I'll consider your

8      request, and I'll try to be helpful.  But I

9      cannot agree that I -- that I will not give

10      a proper form objection.  And

11      "argumentative" is proper form objection,

12      in my experience.

13      Q.   Mr. ████ -- Dr. ████, did you

14   understand my question?

15      A.   Could we repeat the question, please.

16          MR. FIGEL:  I can read it back.

17      Q.   So your testimony is that whatever

18   work you've done in other markets and in other

19   cases qualifies you to express an expert opinion

20   about the use of digital assets, trading in

21   digital assets, pricing in digital assets in the

22   cryptocurrency and digital asset markets,

23   correct?

24      A.   I believe I'm qualified to offer the

25   opinions that I've offered in this matter.  I've

Page 40

1  █████

2  conducted numerous event studies in different

3  markets, on different type of assets.  There

4  is -- I can apply that same methodology and

5  technique and analytical background to this

6  market.

7       Q.   In connection with any of the opinions

8  expressed in Exhibits 1 or Exhibit 2, did you

9  make any assumptions about any connection

10  between XRP and Ripple?

11      A.   That's an interesting question.

         Q.12 Thank you.

13      A.   The -- the way I would answer that

14  question is, the experimental analytical design

15  of primarily my -- my opening report, the -- now

16  I'm going to sound like an economist.  But the

17  null hypothesis that's being tested is that

18  there is no connection between Ripple Labs and

19  XRP markets.  That's the hypothesis to be

20  tested.  And I go about testing that hypothesis.

21          So from a statistical point of view,

22  the assumption is that Ripple Labs and XRP

23  markets are independent of each other.

24      Q.   My question is, as you applied your

25  judgment and your background to the opinions you

1   █████

2   reached in your report, did you make any

3   assumptions about the relationship between

4   Ripple and XRP?

5       A.   I can't think of any particular

6   assumption I made.  If -- at least as I'm

7   thinking about that question.  For example, I

8   did not assume that Ripple could do things that

9   would move XRP prices.

10          I did not assume that that was true.

11      Q.   We'll come back to that.

12          Let me direct your attention now to

13   paragraph 24 of your report.

14          Are you with me?

15      A.   My -- paragraph 24 of my opening

16   report?

17      Q.   Yes.

18      A.   Yes.

19      Q.   And you write, Ripple has sold more

20   than 1.4 billion worth of XRP tokens through

21   various channels.

22      A.   Yes.  That's what's written here.

23      Q.   Was that an assumption you made about

24   the relationship between Ripple and XRP?

25      A.   I wouldn't characterize that as an

1      ▮

2  assumption about the relationship.  I -- that's

3  a summary of data that we took from certain

4  Ripple reports.

5      Q.   And let me direct your attention now

6  to Figure 6 on page 13.

7          You with me?

8      A.   Yes.

9      Q.   This reflects data that you included

10  in your report that set out what you believe to

11  be the total amount of Ripple sales of XRP by

12  quarter.  Is that correct?

13      A.   This summarizes the sales of XRP as

14  reported in Ripple's XRP market reports.

15      Q.   And did you prepare this?

16      A.   It was prepared at my direction.

17      Q.   When you say it was prepared at your

18  direction, what do you mean?

19      A.   I had a team working with me at

20  Brattle, and I directed them to prepare certain

21  exhibits or conduct some analysis.  And this was

22  an -- this was an exhibit that I asked them to

23  prepare.

24      Q.   And when you say you have a team, how

25  large is your team?

1

2    A.   I don't know precisely.  I would say

3  at any one time, on the order of four, five, or

4  six people, maybe sometimes more, maybe

5  sometimes less.

6    Q.   And did you review Figure 6 for

7  accuracy before you included it in your report?

8    A.   I did not personally audit the numbers

9  in the exhibit.  I asked that this exhibit, as

10  all other exhibits in this report, go through

11  standard practices of audit and confirmation.

12    Q.   Did you write your report?

13    A.   I'm certainly responsible for my

14  report.  I wrote -- some sections may have been

15  initially drafted by other parties.  But in all

16  cases, I reviewed and edited and assumed

17  responsibility for the report in its entirety.

18    Q.   Which parties drafted portions of your

19  report, other than you?

20    A.   We're going back in time.  But --

21  well, for example, this -- I -- a principal at

22  Brattle who was working with me named Sujay --

23  that's S-U-J-A-Y, D-A-V-E -- was working with me

24  and may have prepared the first draft of some

25  portions or -- some portions of the report.

1        ███

2        Q.    Anyone else other than people at

3    Brattle?

4        A.    No.

5        Q.    Let me direct your attention to

6    paragraph 25.

7             Your report states, with a typo, As

8    show in Figure 5, Ripple reported that it raised

9    approximately 1.4 billion from sales of XRP,

10    through the fourth quarter of 2020.

11             Do you see that?

12        A.    I do see that.

13        Q.    What do you mean by "raised" in that

14    sentence?

15        A.    I mean sold from its inventory of XRP

16    tokens into the market and received proceeds of

17    approximately 1.4 billion.

18        Q.    When you say "proceeds," what do you

19    mean?

20        A.    They -- they sold or perhaps, through

21    market makers, directed to be sold tokens in

22    exchange for U.S. dollars, and the amount of

23    U.S. dollars was approximately 1.4 billion.

24        Q.    And you observe in paragraph 26 that

25    Ripple reported its sales of XRP on its

1   ██████

2   financial statements in two categories.

3   Correct?  Programmatic sales and OTC sales?

4       A.   I see that, yes.

5       Q.   And in paragraph 26(a), you talk about

6   programmatic sales of XRP on digital asset

7   trading platforms?

8       Correct?

9       A.   I see that written there, yes.

10      Q.   So those are cash sales?

11      A.   My understanding is that the tokens

12  were sold for cash.

13      Q.   And in paragraph 26(b), you talk about

14  OTC sales were negotiated, block sales of XRP,

15  to large purchasers, including wealthy

16  individuals, hedge funds, other investment

17  firms, and financial institutions.  Correct?

18      A.   Yes, I see that.

19      Q.   And those were also cash sales?

20      A.   Well, I -- depending on what you mean

21  by "cash sales," I believe they were sold in

22  exchange for U.S. dollars.  Whether that was --

23  I doubt very much it was delivered in slips of

24  green paper to the door.  But I -- my

25  understanding is they were sold for U.S.

1

2   dollars.

3       Q.   And as you state in paragraph 27,

4   referring to Figure 6, your opinion is that

5   these two categories, approximately 745 million

6   in programmatic sales and approximately

7   698 million in OTC sales, which total about

8   1.5 billion, are the two components of the

9   1.4 billion in sales of XRP that you identified

10  in your report?  Is that correct?

11      A.   Yes, that's correct.

12      Q.   Why did you include Ripple's sales or

13  alleged sales of XRP in your report?

14      A.   This section is a background section

15  on Ripple Labs, its -- its businesses, its

16  products and some data on its finances.  This is

17  simply intended as a -- as a background section

18  to provide some context and information.

19      Q.   In what respects do you think that

20  this background is relevant to the opinions you

21  express in Exhibits 1 and 2?

22      A.   I -- it's included to be helpful to

23  the reader to provide some context to know what

24  Ripple Labs is, the products that it engages in,

25  which, of course, I do discuss later,

1

2    analytically.

3         I -- there's nothing -- there --

4    there's nothing in this section which was

5    intended to be here which I had any reason to

6    believe was in any way controversial.  It's a

7    reporting of data from Ripple's own reports.

8    Q.   And did you rely on the dollar value

9    of these sales in connection with any of the

10   econometric models that you performed that led

11   to the opinions you express in Exhibits 1 and 2?

12   A.   No.  The econometric models and

13   econometric analysis that I conduct does not

14   incorporate information of Ripple's sales of

15   XRP.

16   Q.   So what's the relevance, in your mind,

17   to the observations that you make about Ripple's

18   sales to the opinions you express?

19   A.   Again, I can only repeat my prior

20   testimony.  This section was meant to be a brief

21   background section on Ripple Labs, its

22   businesses, some financial information.

23         I consider this a routine type of

24   section, when analyzing a company, to simply

25   provide some basic information, hardly

1

2  exhaustive, of what that company does and some

3  information about its finances.

4        I -- that was -- that was the

5  intention of this section.

6     Q.   Well, in your mind, aren't

7  transactions over an exchange or through the OTC

8  market the transactions that -- the source data

9  that you rely on for your opinion?  In other

10  words, you're -- you're -- withdrawn.

11        You -- you -- one of the variables

12  that you look at is the price impact of XRP.

13  Correct?

14     A.   Of the variables -- I -- I --

15     Q.   The dependent variable in your

16  study --

17     A.   The dependent variable are -- I'm

18  sorry.  Please continue.

19     Q.   The dependent variable in your study

20  is the price of XRP.  Correct?

21     A.   Strictly speaking, the change in the

22  log of the price of XRP.  But, yes.

23     Q.   And so transactions, either

24  programmatic sale transactions or OTC

25  transactions are relevant to the price impact

1  ███

2  that you purport to measure, correct?

3      A.   To the extent that they -- these

4  transactions moved the price, that would be

5  reflected in the price data that I use.

6          To the extent that Bob selling XRP to

7  Alice impacts the price, that price is reflected

8  in the data that I use.

9      Q.   And your understanding is, is that the

10  1.4 billion of sales that you identify in

11  Exhibit 6 are the transactions in which Ripple

12  sold XRP that would be the part of the data that

13  you relied on in your modeling and reports,

14  correct?

15      A.   I -- I'm sorry, could you repeat the

16  question?

17      Q.   I'll withdraw it.

18          Did you review any of the contracts by

19  which Ripple sold or transferred XRP to any

20  third party?

21      A.   No, I have not reviewed any such

22  contracts.

23      Q.   Why not?

24      A.   It wasn't pertinent to the opinions

25  that I was offering in this matter.

Page 50

1 ▇

2    Q.   You're not a certified public

3 accountant, are you?

4    A.   No, I am not.

5    Q.   Are you claiming to be an expert in

6 financial accounting?

7    A.   I'm familiar with financial

8 accounting.  I've used financial accounting in

9 my professional work for many years.  I'm not a

10 certified public accountant, and I don't believe

11 I'm offering any accounting opinions in this

12 matter.

13    Q.   If you'd listen to my question,

14 Dr. ▇.  Do you consider yourself to be an

15 expert in financial accounting?

16    A.   I can -- I can only restate my answer.

17 I'm not a certified public accountant.  As a

18 professional practicing economist, I utilize

19 financial accounting, and I believe I understand

20 the basic principles.  I'm not offering any

21 accounting opinions in this matter.

22       MR. FIGEL:  Can we get Tab 3, please.

23    Q.   I show you what's been marked as

24 Exhibit 3.  And I will represent to you that

25 this is a copy of the consolidated financial

1      ▮▮▮

2    statements of Ripple Labs, Incorporated, for the

3    year ending December 31, 2019.

4         (Copy of consolidated financial

5         statements of Ripple Labs, Incorporated,

6         for year ending December 31, 2019, was

7         marked Exhibit 3 for identification, as of

8         this date.)

9    A.   Okay.

10    Q.   Have you seen this document before,

11    Dr. ▮▮▮?

12    A.   It looks familiar.

13    Q.   It's not listed as one of the

14    documents that you considered, in the appendix

15    to your report.  Do you recall reviewing this in

16    connection with the preparation of your report?

17    A.   I recall reviewing some financial

18    data.  If this was not among it, I -- I don't

19    have the list memorized.

20    Q.   Well, if you had reviewed it, would

21    you have included it on the list of items

22    considered?

23    A.   Well, I believe that the list is items

24    relied upon, not items considered.

25    Q.   Why don't we go to Exhibit 1, if you

1       █████

2   would.

3           MR. MOYE:  Appendix B?

4           MR. FIGEL:  Appendix B, yes, thank

5       you.

6       Q.   So -- I see what you're saying,

7   Dr. ███.

8           So your Appendix B is only the

9   documents you relied on.  Is that correct?

10      A.   That's my understanding of what

11  Appendix B is meant to reflect.

12      Q.   And so it doesn't reflect all the

13  documents you considered in connection with the

14  preparation of your report, correct?

15      A.   Correct.

16      Q.   So there are documents that you

17  considered that are not included on Exhibit B;

18  is that right?

19      A.   Exhibit B is not intended to be an

20  exhaustive list of every document that I may

21  have looked at, no.

22      Q.   That's not my question.

23          My question was, there are documents

24  that you considered in the preparation of your

25  report that are not included on Exhibit B; is

1

2   that correct?

3       A.   There -- there are documents that I

4   reviewed that may not be listed in Appendix B if

5   I didn't rely on them to form the opinions in

6   this report.

7       Q.   Do you recall any documents that you

8   considered but didn't rely on in connection with

9   the preparation of your report?

10          MR. MOYE:  Initial report?

11          MR. FIGEL:  Initial report, yes.

12      Thank you.

13      A.   Well, I remember reading a -- a Wells

14  Submission from Ripple Labs.  It's a document

15  that I looked at but I ultimately didn't rely

16  upon in any way to form my opinions.

17          Again, I think that I've looked at

18  some financial statement data, maybe just

19  briefly, but didn't consider myself relying on

20  it to form any of the opinions in my report.

21          That's what comes to mind sitting

22  here.

23      Q.   And you think you may have considered

24  Ripple's 2019 financial statement?

25      A.   I -- I seem to recall looking at

1   ████

2   documents like this.  Whether this was

3   particularly one that I ever looked at, I -- I

4   simply can't say.

5        Q.   Could you take a look at page 3 of

6   Exhibit 3, and it bears the Bates number

7   RPLI_SEC 0301117.

8         Can you tell me what --

9        A.   I'm sorry.  So it's -- is that page 1

10  that's page 2 and that's page 3?

11        MR. MOYE:  No, at the bottom.

12        THE WITNESS:  Oh, page 3 on the bottom

13   of the page.

14      Q.   Yes.  It's easier if you go by Bates

15  numbers.  The one ending in 117.

16        Are you with me?

17      A.   Yes.

18      Q.   Can you tell me what information's

19  reflected on this page.

20        A.   Well, it appears to be some statements

21  of operations for the years ending December 31,

22  2019, 2018.  Some information on revenues,

23  costs, with some detail provided.

24      Q.   Let me direct your attention to the

25  two line items under "Revenues."

1  ███

2       Do you see that?

3    A.  I see "Revenues," yes.

4    Q.   And do you see that under "Revenues"

5  there's XRP transactions and nonmonetary XRP

6  transactions?

7    A.  I see that.

8    Q.   Can you explain the difference between

9  XRP transactions and nonmonetary XRP

10  transactions?

11       MR. MOYE:  Objection.  Foundation.

12    A.   Sitting here right now, I'm not

13  exactly sure what they mean by XRP transactions

14  and nonmonetary transactions.

15    Q.   In your opinion, do they both reflect

16  Ripple's sales of XRP?

17    A.   At -- at the moment, I -- I can't say.

18  This is 2019 and 2018.

19       Let me try to do a little quick math

20  in my head, which is always dangerous.

21    Q.   I have a calculator if you'd like one.

22    A.   Well, I -- I -- let's see.  All right,

23  2019.

24       251.  Let's do it this way.

25       22330.

1

2          718.

3          I -- well, maybe with the calculator.

4     I -- I don't -- I don't know if these

5     two numbers sum to be the programmatic sales

6     that are reported in my report.

7          Q.   Do you know what a Hewlett-Packard 12C

8     is?

9          A.   I think so.  If you would like me to

10    use it.

11         Q.   If you would like to.  I just don't

12    want you to restrict your answer because you

13    don't have a calculator.  You said you needed

14    one.

15         A.   Okay.  This is old school.

16         All right.  So what are we doing?

17         Okay.  How do you work your

18    calculator?

19         Let me use -- well, I don't have my

20    phone.

21         Q.   Yeah.  Why don't we move on.  Yeah,

22    let's do that.

23         A.   So you're asking if -- I suppose

24    you're asking if these numbers correspond to

25    what's in my report.  I don't know offhand.  If

1    ███

2    that was your question.

3        Q.   It was.  Let's -- let me direct your

4    attention now to page 6 of Exhibit 3.

5            First of all, can you tell me what a

6    consolidated statement of cash flows is in a

7    financial statement?

8        A.   Well, it's a statement that summarizes

9    cash flows, generally from operating activities

10   of a company.  These would be revenues collected

11   and costs of operation.

12       Q.   What do "cash flows" mean?

13       A.   Well, it can to be on an accrued basis

14   or a collected basis.  But these are dollars in

15   and dollars out in the operation of the

16   business.

17       Q.   By "dollars," you mean -- I don't mean

18   greenbacks --

19       A.   I don't mean green slips of paper,

20   but --

21       Q.   Let's not talk over each other.

22           Give me just one second, Dr. ███.  I

23   was about to ask you a question.

24           And by "dollars," you don't mean green

25   slips of paper.  You mean cash transactions that

1      ██████

2   are recorded in bank and accounting ledgers,

3   correct?

4      A.   Correct.  I certainly don't mean green

5   slips of paper handing back and forth.

6      Q.   All right.  Now, let me direct your

7   attention to the first line under cash flows

8   from the operating activities.

9          Do you see that?

10     A.   Uh-huh.

11     Q.   And do you see the net income line?

12     A.   Yes.

13     Q.   And do you recognize that as, the

14   ████████, approximately, as the net income

15   amount on page 3?

16     A.   Yes.  They're the same number.

17     Q.   Okay.  And if you go down the next --

18   the first line under net income is adjustments

19   to reconcile net income to net cash providing

20   by -- provided by operating activities.

21          Do you see that?

22     A.   Uh-huh.

23     Q.   What's your understanding of what that

24   adjustment refers to?

25     A.   Well, generally, you have income

1

2   statements and cash flow statements, balance

3   sheet statements.  This might be an adjustment

4   to reconcile an income statement to a cash

5   statement.

6       Q.   What's the difference between income

7   and cash in the context of this item?

8       A.   Well, income statements, you have --

9   income statements are -- reflect the operation

10  of the business, as moneys come in and go out,

11  very often on an accrued basis.

12          Cash statements represent an

13  accounting of final cash balances at the end of

14  the fiscal year.  Sometimes those two things may

15  not line up because you might be -- on your

16  income statement, you might be reflecting

17  moneys, for instance, that have been billed but

18  not yet received or costs that have been charged

19  but not yet paid.  And so you may have to do a

20  reconciliation to bring them into balance.

21      Q.   Basically an adjustment from noncash

22  to cash items; is that correct?

23      A.   Correct.

24      Q.   And you'll see -- on the first line

25  under that adjustment, you'll see realized and

1  

2 unrealized gains on XRP derivatives.

3       Do you see that?

4    A.  I do.

5    Q.  And you see that's a negative

6   number?

7    A.  Yes.  It appears to be.

8    Q.  And what's your understanding of what

9 the net-income-to-cash adjustment of

10 for realized and unrealized gains on XRP

11 derivatives relates to?

12       MR. MOYE:  Objection.  Foundation.

13    A.  Well, I -- I mean, I haven't reviewed

14 these statements in anywhere the sort of detail

15 that we're doing here today.

16       Presumably, Ripple Labs had some

17 derivative position on XRP; and perhaps on a

18 mark-to-market basis, there were gains on losses

19 to those positions.  But in -- I have spent

20 essentially -- I spent very little time with

21 these documents.  I just don't want to speculate

22 out of turn.

23    Q.  Does it cause you to question the

24 statements in your opening report that Ripple

25 had 1.4 billion of cash sales during the

1

2   timeframe reflected in your Figure 6?

3       A.   No.   My Figure 6, I think, is based --

4   is simply a restatement of their own market

5   reports.  I'm simply tabulating data from the

6   XRP market reports.

7       Q.   Let me direct your attention now to

8   page 11 of Exhibit 3.

9       A.   Uh-huh.

10      Q.   Are you familiar with notes to

11  financial statements?

12      A.   Generally, yes.

13      Q.   Fair to say that's where an issuer, a

14  company describes some of the line items on

15  their financial statements?

16      A.   Correct.

17      Q.   Before you signed your opening report,

18  did you read the footnote in which Ripple

19  described the difference between XRP

20  transactions, nonmonetary XRP transactions?

21      Do you see that?

22      A.   I see this note.  I had not read this

23  note prior to signing my opening report.

24      Q.   Could you read the sentence under XRP

25  transactions into the record, please?

1     ▇

2     A.   XRP transactions revenue consists of

3  sales of XRP for fixed monetary consideration

4  and is recognized upon delivery of XRP to the

5  customer.

6     Q.   What's your understanding of that

7  explanation in the note under XRP transactions?

8     A.   Well, I take it to mean that this --

9  this refers to proceeds collected upon the

10  delivery of XRP to some customer in exchange for

11  money.

12     Q.   And can you read for me the first

13  sentence under nonmonetary XRP transactions?

14     A.   Nonmonetary XRP transactions revenue

15  consists of transactions where the company

16  delivers XRP to customers for consideration

17  other than cash or other monetary consideration

18  and is recognized upon delivery of XRP.

19     Q.   What's your understanding of that

20  sentence?

21     A.   I believe it's describing situations

22  where Ripple delivers XRP tokens in exchange for

23  something other than money.

24     Q.   And do reading these two explanations

25  of the footnote cause you to reconsider the

1   ███

2   statements you made about Ripple's sales of

3   1.4 billion between the first quarter of 2017

4   and the fourth quarter of 2020?

5       A.   By themselves, no.  What I report in

6   Figure 6, the numbers there are taken simply

7   from XRP markets reports.

8       Q.   And you think those are sales of XRP

9   for cash?  Correct?

10      A.   Combination of programmatic sales and

11   over-the-counter sales expressed in a certain

12   value.

13      Q.   And when we talk about cash, I'm using

14   the definition that Ripple used in its notes,

15   fix monetary consideration.

16          So just to be clear, you are not

17   modifying, based on the information I showed

18   you, the statements you made that Ripple sold

19   1.4 -- 42.45 billion in XRP for a fixed monetary

20   consideration.  Correct?

21          MR. MOYE:  Objection.  Asked and

22      answered.

23      A.   The value of the XRP that Ripple sold,

24   as reported in their markets reports, represents

25   a certain amount -- a certain value that's put

1 ██████

2 on it.  If we're now parsing whether that was --

3 whether they received a hundred dollars or

4 whether they received services that they valued

5 at a hundred dollars, that's not a distinction

6 that -- that was important to me in creating

7 Figure 6, which, again, is just a tabulation of

8 data from Ripple's XRP market reports.

9     Q.   So even understanding that some not --

10 withdrawn.

11         Even understanding the large

12 percentage of the sales that you have in

13 Figure 6 were sales for something other than

14 fixed monetary consideration, that doesn't

15 change the relevance of the information in

16 Figure 6 to your study.  Correct?

17         MR. MOYE:  Same objection.

18     A.   Correct.  Figure 6 is simply a

19 tabulation of data from market reports

20 indicating the value of XRP tokens that Ripple

21 released.  I -- with this information and --

22 perhaps jogging my memory, it might be that

23 sometimes they collected a hundred dollars in

24 money, and sometimes they collected services

25 worth a hundred dollars.  I'm not sure that

1 ▮

2 that's a -- necessarily an important

3 distinction.

4         But in any event, this data is not

5 part of the econometric analysis that I

6 conducted.  This is provided simply for

7 informational and background purposes.

8     Q.   Now, you testified earlier, I believe,

9 that you never conducted, other than in this

10 case, an event study involving digital assets.

11         Correct?

12     A.   Correct.

13     Q.   Right.  And apart from your work in

14 this case, do you know of any event study

15 involving a digital asset that's been used to

16 support the argument that a digital asset is a

17 security?

18     A.   To support -- well, the -- generally,

19 that sounds like a -- a legal issue, whether

20 something is a security or not.

21         I'm personally not aware of other

22 legal proceedings, but I -- I wouldn't

23 necessarily be aware of other legal proceedings.

24     Q.   Well, do you know of anyone else,

25 other than you, that's conducted an event study

1   ███

2   involving a digital asset for the purpose of

3   demonstrating that the digital asset was a

4   security?

5       A.   Well, I don't even know that I've done

6   what you just said.  I conducted an event study

7   for the purpose of determining whether there is

8   a connection between Ripple Labs and the XRP

9   market, and I found that there is.  That's

10  the -- the -- that's my analysis and that's my

11  opinion.

12      Q.   So --

13      A.   How that relates to a legal question

14  is not for me to say.

15      Q.   So as far as you know, the event study

16  that you conducted is not relevant to the

17  question of whether XRP is a security.  Correct?

18          MR. MOYE:  Objection.  Argumentative.

19      A.   That's certainly not what I said.

20      Q.   Well, let me ask you the question.  In

21  your mind, is the event study that you conducted

22  as reflected in your report, in Exhibit 1,

23  relevant to the question of whether XRP is a

24  security?

25      A.   I -- I -- you seem to be asking me for

1      █████

2   my legal opinion, which I'm fully -- which I'm

3   not qualified to -- to offer.  I'm not offering

4   any legal opinions.

5           I was engaged by the SEC to conduct an

6   analysis, and I conducted the analysis to the

7   very best of my ability.

8      Q.   Dr. ████, I'm asking you for your

9   opinion, as an economist, as to whether you

10   believe the event study that you prepared is

11   relevant to the question of whether XRP is a

12   security.

13      A.   As an economist opining on a legal

14   question?  I'm not sure I -- I -- I understand

15   your question.

16      Q.   So I take it you don't have an

17   opinion?

18      A.   The question of whether Ripple Labs

19   impacted the XRP market is -- as far as I

20   understand, was in dispute.  I was asked to

21   conduct an analysis, and I conducted an analysis

22   and prepared my opinions and wrote a report

23   about them.

24      Q.   Let's go back to precedents of using

25   an event study for the purpose of supporting an

1   ███

2   argument that a digital asset is a security.

3        Are you with me?  I'm ask-- the

4   question I'm asking is, are you aware of anyone

5   else who's ever done an event study for the

6   purpose of demonstrating that a digital asset is

7   a security.

8        MR. MOYE:  Objection.  Asked and

9    answered.

10   A.   Again, as I've -- as I've tried to

11   explain, the question of whether it is or is not

12   a security is a legal question.

13        An event study is not going to answer

14   a legal question.  It may provide information

15   which might be useful to the finder of fact

16   who's ultimately going to settle the legal

17   question.  But an event study is not a legal

18   test.

19   Q.   Are you aware of any academic

20   literature that supports the use of an event

21   study to demonstrate that a digital asset is a

22   security?

23   A.   No, I'm not aware of any academic

24   literature on that point.  That's again, a --

25   generally a legal question, and I would be --

1 ▮

2 it's a -- it's ultimately a legal question.

3     Q.   So I may be able to save everybody in

4 the room a little bit of time then, Dr. ▮.

5 So fair to say that all of the academic

6 publications that you cite in your report, in

7 your mind, do not support the use of an event

8 study to support an argument that a digital

9 asset is a security.  Correct?

10         MR. MOYE:  Objection.  Argumentative.

11     A.   With respect to that -- I -- I need to

12 hear that back.  That was very convoluted.

13     Q.   Let me -- give me just a second.

14         You agree that none of the academic

15 literature cited in your report, either report,

16 endorses the use of an event study to support an

17 argument that a digital asset is a security.

18 Correct?

19     A.   The academic literature applies the

20 event study methodology to the digital token

21 markets, including the XRP market.

22         Those event studies resolved around

23 the question of whether a set of events was

24 associated with an increase in -- in digital

25 token -- and sometimes decrease, in digital

1   █████

2   token prices.

3        I applied that well-accepted,

4   peer-reviewed methodology to the matter at hand,

5   as I was asked to investigate a question by the

6   SEC.

7        MR. FIGEL:  We've been going about an

8    hour and 20 minutes.  I'm happy to keep

9    going, but if you'd like to take a short

10    break, I'm happy to do that, too.

11        MR. MOYE:  Why don't we take a short

12    break.

13        MR. FIGEL:  Yeah.

14        THE VIDEOGRAPHER:  We're going off the

15    record at 10:40 a.m.

16        (A recess was taken from 10:40 to

17    10:59.)

18        THE VIDEOGRAPHER:  We're back on the

19    record at 10:59 a.m.

20   Q.   Dr. ███, before we broke, you made an

21   observation about the academic literature that

22   you relied on.

23        Apart from your work in this case, are

24   you aware of any event study that's been used to

25   evaluate whether news events published by a

1       █████

2   company had an impact on the market price of a

3   digital asset?

4       A.   Whether -- whether news events -- I'm

5   sorry, just one more time?

6       Q.   Sure.

7           Apart from your work in this case, are

8   you aware of any event study that's been used to

9   evaluate whether news events published by a

10  company had an impact on the market price of a

11  digital asset?

12      A.   Yes.

13      Q.   What study is that?

14      A.   The -- the Joo, et al. study.  I

15  believe -- and maybe it's the Gerritsen.  I

16  might be confusing them.

17          But one of those studies, in its set

18  of events for XRP, included -- perhaps among

19  other things, but I remember that it included

20  the BitLicense being awarded to Ripple.

21          There may be other examples, but that

22  one comes to mind.

23      Q.   And you consider the BitLicense being

24  issued to Ripple to be a news event published by

25  a company?

Page 72

1    █

2    A.   Well, Ripple published -- published

3    that event.  Other people may have also, but

4    Ripple certainly announced the event.

5    Q.   Well, that would -- that would

6    identify a correlation between the award of a

7    BitLicense and the market -- the impact on

8    market price.  Correct?

9    A.   Correct.

10    Q.   And the Joo study that you refer to

11    didn't identify the source of the publication of

12    the award of the BitLicense, correct?

13    A.   It probably wasn't pertinent to them.

14    Q.   But you're --

15    A.   Sorry, go ahead.

16    Q.   My question is, are you aware of an

17    event study that sought to evaluate the impact

18    on the market price of a digital asset from a

19    news event announced by a specific company?

20    A.   They may have sourced the news event

21    from Ripple's own announcement.  I don't know

22    where they sourced the news event.  I don't see

23    what difference it would make.

24    Q.   You don't see a difference --

25    A.   No.

1          ▉

2     Q.    Let me finish.

3     A.    Sorry.

4     Q.    Thank.

5          You don't see a difference between --

6     a correlation between the fact of an event and

7     a -- and a market price of a digital asset and

8     an announcement by a company on the digital

9     price of a -- on the market price of a digital

10    asset?

11    A.    You're parsing distinctions that I

12    just don't follow.

13         An event that is unannounced and

14    unknown presumably will not have any impact.

15    Therefore, whenever we talk about the impact of

16    an event, we are really invariably talking about

17    the impact of the announcement of the event.

18         And that is -- that's just one that I

19    happen to remember.  There may be others, I --

20    but that's just one that happens to come to mind

21    of an event that was announced by Ripple -- may

22    have also been announced by other people -- that

23    was included in an event study in peer-reviewed

24    academic literature on the XRP market.

25    Q.    I want to make sure I understand your

1        ████

2   answer, Dr. ███.

3           And let -- bear with me for a second.

4   Let's take the BitLicense event that you

5   identified.

6       A.   Uh-huh.

7       Q.   As I understand the Joo and -- I

8   believe it's Nishikaw and others study, one of

9   the things they looked at was a correlation

10   between the award of the BitLicense and the

11   market price of digital assets.  Correct?

12       A.   Just to be clear, I don't remember if

13   it was the Joo study or the Gerritsen study.

14   I -- I -- I might be conflating the two.

15           So I don't know if we want to keep

16   referring to it as the Joo study.  May have

17   been.

18           But one of those two studies had a set

19   of events that it considered relevant to XRP,

20   and the BitLicense was among those events.

21       Q.   Correct.  But in your mind, it doesn't

22   matter, when you're measuring market impact of

23   an event, whether the event is announced by one

24   source or 50 source.  Correct?

25       A.   Generally -- and -- and with the

1   ▮

2   caveat that one can -- with any rule, one might

3   be able to think of an exception, but as a

4   general proposition, no, it doesn't matter to me

5   whether it was announced by one or several.

6       Q.   Did the events that you used in your

7   event study as reflected in Exhibit 1 make a

8   distinction between whether the event was

9   announced by one source or by multiple sources?

10      A.   That is not a distinction that I drew

11  in my analysis.  Nor is it a distinction that --

12  no, it was not a distinction that I drew in my

13  analysis.

14      Q.   All right.  Could we go to Exhibit 1,

15  please.  Paragraph 30.

16      A.   Yes.

17      Q.   Could you read for me the first

18  sentence in paragraph 30.

19      A.   In the matter at hand, I understand

20  that the XRP token is not a claim on the assets

21  or earnings of Ripple Labs, and that Ripple Labs

22  maintains that market participants do not view

23  Ripple Labs' efforts as relevant to the XRP

24  market price.

25      Q.   Are you aware of an event study that

1   ███

2   sought to determine whether news events about a

3   company had an impact on the market price of an

4   asset that did not have a claim on the assets or

5   earnings of the company?

6       A.   Yes.  I -- the same study that we've

7   been discussing, whether that's Gerritsen or

8   Joo.

9       Q.   All right.  Other than that study, are

10  you aware of any other event study that sought

11  to determine whether news events about a company

12  had an impact on the market price of an asset

13  that did not have a claim on the assets earnings

14  of the company?

15      A.   I don't have the -- the list of events

16  from those studies memorized.  There may have

17  been other events of that type.  Offhand,

18  sitting higher today, I can't think of another

19  event study in the digital token market that did

20  that, but I haven't done an exhaustive search on

21  that question.

22      Q.   Can you take a look at paragraph 46,

23  please.

24      A.   Uh-huh.

25      Q.   Could you read into the record,

1   █████

2   please, the second sentence in paragraph 46.

3      A.   The question, therefore, is not

4   whether a particular Ripple action or event is

5   associated with a particular XRP price response,

6   as is the case in many event study disputes, but

7   instead whether Ripple actions or events are

8   collectively associated with significant XRP

9   price reactions.

10      Q.   And what are the disputes you're

11   referring to when you use the phrase "many event

12   study disputes"?

13      A.   What I had in mind when I wrote that

14   was, other litigation contexts which, in my

15   experience, often focus around a particular

16   event.  For example, a corrective disclosure of

17   earnings and the impact that that may or may not

18   have had on the stock price.

19      Q.   And you say the question in this case

20   is whether Ripple action or events are

21   collectively associated with significant XRP

22   price reactions.

23         Do you see that?

24   A.   Yes.

25   Q.   What do you mean by "collectively

1   ██

2   associated"?

3      A.   I'm testing a -- I'm testing whether

4   there is a correlation or association between

5   Ripple Labs and some of its events or actions

6   and XRP prices.

7      Q.   And what do you -- what's the

8   definition of "collective association" or

9   "collectively associated"?

10     A.   I would think of that in the context

11  of a joint test of significance, testing whether

12  a set is jointly significant as opposed to

13  looking at any one event.

14     Q.   And is -- can we call that collective

15  association?  Is that a fair description of what

16  you just described?

17     A.   That's what was in my mind when I

18  wrote the words.  It's -- a more rigorous

19  statistical discussion would probably speak in

20  terms of joint significance, but I'm happy to

21  use the language that's here.

22     Q.   Is collective association a term of

23  art in econometrics?

24     A.   Not especially, as I just described.

25  What I meant there was the sort of joint

1   ▮

2   significance.  That would be in a more -- in an

3   academic paper, we would probably speak about

4   whether the set of events was jointly

5   significant.

6          I meant the phrase in that spirit.

7      Q.   So the record is clear, let's just

8   make sure we have an agreement on the term.  Do

9   you want to use "joint significance" or

10  "collective association"?

11     A.   I suppose with the formality of these

12  proceedings, maybe we should speak about joint

13  significance.

14     Q.   Are you aware of any peer-reviewed

15  articles that assess whether many events,

16  jointly have significance with a significant

17  price impact on a digital asset?

18     A.   Yes.

19     Q.   Which ones?

20     A.   Papers that I've referred to in my

21  report, Gerritsen and Joo.  That's -- they both

22  do that.  They have a set of events, and they

23  test whether that set of events is jointly --

24  that set of events is jointly significant.

25     Q.   Other than the articles that you cite

1   ███

2   in your two reports, are you aware of any other

3   academic literature that you rely on to support

4   your claim that there are other event studies

5   that collectively -- that measure whether there

6   are collective events associated with

7   significant market impact on digital assets?

8      A.   The -- the event study -- the academic

9   peer-reviewed event studies that I rely on are

10  the ones that I cite in my report and include in

11  my list of documents relied upon.

12     Q.   You're not aware of any others?

13     A.   Sitting here today, I -- no.  Those

14  are the ones that I recall.

15     Q.   All right.  In this case, you

16  initially identified 514 news events.  Is that

17  correct?

18     A.   That -- that sounds correct.

19          I'm sure I say that somewhere.  But

20  that sounds correct.

21          Sorry.  I'm just -- yes, 514 events,

22  from paragraph 49.

23     Q.   And you only tested 105 of those

24  events; is that correct?

25     A.   No, no, that's not correct.

1          ███

2     Q.   Let's go to paragraph 98.

3     A.   Uh-huh.

4     Q.   Well, maybe I should give you a chance

5   to explain.

6          Let me rephrase my question.   You only

7   tested events occurring on 105 days.   Correct?

8     A.   No, that's not correct.

9     Q.   How many event days did you test in

10  your methodology?

11    A.   In total, I don't know the number

12  offhand.  But what you're -- if I, maybe some

13  assistance.

14    Q.   Feel free.

15    A.   You're missing the other categories

16  that I discuss previously, for instance, office

17  and staff announcements, the noncommercial XRP

18  initiative announcements.  That's -- that would

19  need to be added to the 105, to get the total

20  number of days that I ever tested.

21    Q.   Didn't you effectively exclude the

22  office and staff announcements in the

23  noncommercial XRP events --

24    A.   I tested them.  Sorry.  I don't mean

25  to speak over you.  I apologize.

1            ▮▮▮

2    Q.   And you found no correlation, correct?

3  Or no statistically significant correlation?

4    A.   That's correct.

5    Q.   So you can't look to those events to

6  support an opinion that actions by Ripple Labs

7  had a statistically significant impact on the

8  market price of XRP.  Correct?

9    A.   Those events do not -- those events do

10  not provide statistical evidence of an

11  association between Ripple Labs and XRP prices.

12  I agree.

13       And I'm sorry.  I'm really not trying

14  to be difficult, but your question was how many

15  I had tested.  I just wanted to be clear that I

16  tested more than this final set here.

17    Q.   So how many event days did you test in

18  your regression analysis?

19    A.   Again, I -- I don't have the -- the

20  total offhand.  There -- I -- but 105-plus

21  unique days in -- among the sets of news

22  categories that we've just discussed, which

23  was -- on the -- I mean, 20, another 20, another

24  30.  I don't know.

25       There may be some overlap in days.  I

1

2    don't know.

3          But 105-plus.

4     Q.   The aspect of the study that you're --

5    you conducted, that's described in paragraph 98,

6    which is a combination of the categories for

7    which you found statistical significance, was

8    limited to 113 unique relevant events on 105

9    days.  Correct?

10    A.   Almost correct.  Section F is based on

11    113 unique events on 105 days.

12          What I'm -- just want to make sure

13    we're clear on is you said, categories for which

14    I found significant correlation.  I believe that

15    was part of your question.

16          And this set of 113 events on 105 days

17    includes a category called acquisition and

18    investments, which in isolation, I do not find a

19    statistically significant correlation.

20          So it's not a combination of subsets,

21    each of which by themselves produced a

22    correlation.  Most of them did.  One of them in

23    isolation did not.  I put them all together, and

24    in Section F studied that superset of 113 events

25    on 105 days.

1

2      Q.   And this is the portion of your event

3   study that you primarily rely on to support your

4   observations about whether there is a collective

5   association between actions by Ripple and a

6   market impact on XRP.  Correct?

7      A.   Well, I -- I'm not sure about your use

8   of the word "primarily."

9         It is -- it is a set on which I do a

10   great deal of testing and robustness testing,

11   and it is certainly part of my opinion that

12   there is an association between Ripple Labs and

13   XRP prices.

14      Q.   And that combination, reflects a

15   reduction from the 14 categories that you

16   initially identified as important events,

17   correct?

18      A.   I wouldn't characterize it that way.

19   I did not identify them as important events.

20   Those were news found in -- among Ripple Labs'

21   curated news sources.

22         So whether I had an opinion that they

23   were important or not is not how that set was

24   formed.

25      Q.   Didn't you select -- withdrawn.

1   ███

2          Let's just talk about your methodology

3   so the record is clear.

4       A.   Sure.

5       Q.   You started off, with respect to your

6   effort to identify events, by pulling events

7   that were reported by Ripple on its website and

8   in other publications of Ripple, sponsored.

9   Correct?

10      A.   Taking all of them.  Yes.  Right.

11      Q.   And you assumed that Ripple would not

12  have put them on there unless Ripple thought

13  that they were important.  Correct?

14      A.   I assumed that Ripple Labs would

15  presumably have some basis for identifying some

16  things and not other things, yes.

17      Q.   And that yielded an initial selection

18  of almost 700 news events, correct?

19      A.   700 articles, yes.

20      Q.   And you then, with some adjustments,

21  categorized all of those events into 14

22  categories.  Correct?

23      A.   Yes.  That is correct.

24      Q.   And then with respect to the aspect of

25  your study that's reported or that you describe

1

2   in paragraph 98, you excluded 9 of those 14

3   categories.  Correct?

4       A.   I just want to refresh.

5       Q.   I think that's right, 14 minus 5 is 9,

6   I believe.

7       A.   The analysis in Section F is based on

8   five and, therefore, not based on nine, that's

9   correct.

10      Q.   So for the study that you did in

11  paragraph 98 --

12      A.   Yeah.

13      Q.   -- you excluded nine categories --

14      A.   Yes.

15      Q.   -- correct?

16      A.   That sounds right.

17      Q.   And in those nine categories were

18  approximately 400 Ripple news events, correct?

19      A.   That's -- that sounds correct.

20      Q.   Are you aware of any academic studies

21  that support the exercise of subjective judgment

22  that reduces the number of events studied by

23  more than 80 percent?

24      A.   Of course.

25      Q.   And tell me why -- what you mean by

1

2  "of course."

3       A.   I mean, I'm tempted to say

4  "obviously."

5            Well, many event studies can be

6  conducted on a single event and, therefore, are

7  not considering dozens or hundreds or maybe

8  thousands of other events.

9            It -- a -- a routine part of the event

10  study methodology is the selection of events.

11  That's how an event study methodology begins, is

12  with a selection of events.

13       Q.   Would the results of your test of

14  collective events be different if you tested or

15  included all of the 514 news events in all of

16  the 14 categories that you initially identified?

17            MR. MOYE:  Objection.  Calls for

18       speculation.

19       A.   I -- I don't know the answer.  It's

20  not -- it's not pertinent to my opinions what

21  the answer to that question is.

22            I don't believe I ever tested all

23  events because it just wasn't -- it wasn't a

24  relevant or pertinent exercise to undertake.

25       Q.   Would you agree with this statement

1    ████

2    that mathematically, a set of events is more

3    likely to be jointly significant than individual

4    events?  Correct?

5          Well, why don't I rephrase that.

6    A.  Yeah, please.

7    Q.  Mathematically, a set of events is

8    more likely to be jointly significant than an

9    individual event.  Correct?

10    A.  I -- I apologize.  The question just

11    doesn't really make a great deal of sense to me.

12    A single event is a single event.  A set of -- a

13    set of events, you can test the joint

14    significance of a set of events.

15          By definition, you cannot test the

16    joint significance of a single event.  So I --

17    I'm just struggling with the question.

18    Q.  Well, let's make it probabilistic.  In

19    what circumstance are you more likely to find a

20    statistically significant correlation, randomly

21    picking one of your 514 news events from Ripple

22    and testing whether that event had a

23    statistically significant market impact, or

24    testing a larger number of Ripple events, to

25    test whether it has a statistically significant

1   ████

2   market impact?  And by "market impact," I mean

3   on XRP.

4       A.   I -- I simply cannot engage with that

5   question.  I don't understand it.

6           I'm sorry.  I don't understand it.

7       Q.   You don't think your odds of finding a

8   statistically significant correlation is greater

9   if you pick 105 news events than if you pick a

10  single one?

11      A.   Absolutely not.  There's no reason to

12  believe that it is.

13      Q.   All right.  Let me show you what we'll

14  mark as -- apologies.  Where are we?

15          MR. MASTERMAN:  4.

16          MR. FIGEL:  Thanks.  Tab 4, and that's

17      the "Litigation Services Handbook, The Role

18      of a Financial Expert."

19          (Litigation Services Handbook, The

20      Role of a Financial Expert, was marked

21      Exhibit 4 for identification, as of this

22      date.)

23      Q.   Are you familiar with this document,

24  Dr. ████?

25      A.   I don't think so.

1

2          MR. MOYE:  Can you clarify whether

3     you're talking about the entire handbook or

4     just the section you've got here?

5          MR. FIGEL:  Fair question.

6     Q.   Why don't we start with the caption,

      which is "Litigation Services Handbook."  Are

8     you familiar with that publication?

9     A.   I think I've heard of it.

10    Q.   What context?

11    A.   I don't know.  Discussions.

12    Q.   Would you agree this is a widely

13    accepted handbook that discusses the application

14    of economics and econometrics to litigation?

15         MR. MOYE:  Objection.  Foundation.

16    A.   I -- I don't know that I'm in a

17    position to characterize it that way.  It may

18    be.

19    Q.   You don't know one way or the other?

20    A.   No.

21    Q.   All right.  If you could -- the page

22    number's a little awkward here, but if you go to

23    the upper left-hand corner, you'll see something

24    that looks like 19 Bullet Point 2.

25    A.   Uh-huh.

1

2    Q.   And there's a section that says a

3    romanette a, "Overview of the Event Study

4    Technique."

5         Do you see that?

6    A.   Uh-huh.

7    Q.   Can you read the first sentence into

8    the record for us.

9    A.   Event studies of the type used in

10   litigation rely on two well-accepted principles.

11   First, the semi-strong version of the efficient

12   market hypothesis, which states that stock

13   prices in an actively traded security reflect

14   all publicly available information and respond

15   quickly to new information.

16        Second, the price of an efficiently

17   traded stock is equal to the present value of

18   the discounted future stream, a free cash flow.

19   Q.   Do you agree with the statement in the

20   Litigation Services Handbook that, Event studies

21   used in litigation should be based on a finding

22   of the existence of the semi-strong version of

23   the efficient market hypothesis?

24   A.   As an absolute rule?  No, I don't

25   agree.

1   ███

2   Q.   Why not?

3   A.   I think it depends very much on the

4   context and the question being addressed.

5        I -- I would not be surprised that in

6   many contexts, that assumption is necessary.

7        But I don't think that in all contexts

8   that assumption is necessary.

9   Q.   Do you believe that assumption is

10  necessary with respect to an event study that

11  seeks to prove the correlation between press

12  announcements by Ripple Labs and impact on the

13  market price of XRP?

14  A.   Sorry, could you repeat the question?

15  Q.   Do you believe that assumption, i.e.,

16  that you need a semi-strong version of the

17  efficient market hypothesis, is necessary to

18  identify, with reliability, the correlation

19  between press announcements by Ripple Labs and

20  any impact on the market price of XRP?

21       MR. MOYE:  Objection.  Compound.

22  A.   May I restate the question back just

23  to make sure I understood it?

24  Q.   Well, why don't -- yes, go ahead.

25  A.   You're asking do I believe that the

1

2   market must be -- or we must -- we must assume

3   semi-strong efficiency to identify the

4   correlation between set of events and an impact

5   on market prices?  Is that the question?

6       Q.   No, it's broader than my question.  So

7   I'll withdraw my question and try again.

8          Do you believe you need to have

9   evidence of a semi-strong efficient market in

10  order to conduct the event study that you

11  conducted in this case?

12      A.   No.

13      Q.   Why not?

14      A.   Well, again, following the accepted

15  methodology and peer-reviewed literature, we

16  don't need the semi-strong hypothesis to hold to

17  conduct the event study of the type that I did.

18      Q.   But you agree that the semi-strong

19  version of the efficient market hypothesis is

20  not present with respect to the market for XRP.

21  Correct?

22      A.   Yes.  I discussed this at length in my

23  report.  The received evidence and the economic

24  literature, consistent with my own analysis, is

25  that the XRP digital token market was likely not

1

2  semi-strong efficient during the period of

3  interest.

4      Q.   So if the Litigation Services Handbook

5  is correct that you need a semi-strong version

6  of the efficient market hypothesis to do an

7  event study of this nature, then the conclusions

8  of your event study would not be reliable,

9  correct?

10     A.   You've -- you've put together a lot of

11  things in that question.

12         The semi-strong efficient hypothesis

13  is necessary to draw certain inferences from an

14  event study.

15         Those are not the inferences that I'm

16  drawing from my event study.  They're not the

17  inferences that the Joo article draws from its

18  event study or Gerritsen or any other article.

19         If, if you conduct an event study, and

20  you find that there is no statistically

21  significant reaction in price following an

22  event -- so let's just -- let's just have an

23  example to fix ideas.

24         XYZ Enterprises issues a corrective

25  disclosure on January 1, and the question is,

1

2   Well, did that corrective disclosure cause the

3   stock price to drop.  Or change.

4          You conduct an event study, and you

5   find no statistical evidence that stock prices

6   moved in the statistically significant way

7   following January 1.

8          Okay?

9          Question is what inference do you draw

10  from that lack of movement.  If you want to say,

11  Well, because the price did not move, therefore,

12  the corrective disclosure was not important, if

13  you want to draw that inference from that

14  statistical result, you can only draw that

15  inference if you've established semi-strong

16  efficiency of the market.

17          Because otherwise, you're left

18  wondering, Well, perhaps the stock price simply

19  hasn't moved yet, perhaps we need to wait,

20  perhaps it will move next week.

21          The semi-strong efficient hypothesis

22  allows you to draw an inference from an absence

23  of movement.

24          I am not drawing inferences from the

25  absence of movement in this case, as the

1    ██████

2    peer-reviewed academic literature that applies

3    my event study methodology to markets, including

4    XRP, are not drawing inferences of that type.

5            So, that hypothesis, while necessary

6    in many contexts, is not necessary for the

7    purposes of the analysis that I'm conducting

8    here.

9    Q.   Dr. ████, how do you know, if you

10   don't have a efficient market, that the price

11   impact that's reflected and that you are

12   correlating isn't due to an event -- another

13   event that predated the event you're measuring?

14   A.   That's a very good question.  And in

15   my opinion, one has to conduct some robustness

16   checks to reject that possibility.  So, for

17   example, I conducted an analysis to see if there

18   was any correlation between events and price

19   movements three days before the announcement.

20   And I found across all of my models that there

21   was no correlation.

22           I've -- I've conducted robustness

23   checks on the length of the event window that I

24   considered.  The report focuses on three days.

25   But I also conducted a robustness check on one

1

2  day and as long as seven days.

3        So, taken all together, it seems clear

4  to me that the prices were not moving before

5  this news was released, and yet began to move

6  even in a few hours of the news being released,

7  which is why I'm comfortable with the

8  conclusions and opinions that I've offered.

9        This, again, is consistent with the

10  accepted methodologies that you'll find in the

11  literature.

12     Q.   What was the data that you relied on

13  to support the statement you just made that you

14  observed a statistically significant market

15  impact on XRP within hours of a news event?

16     A.   It's -- it would be in, I think,

17  Appendix E of my report, if we can flip there.

18  I don't remember exactly -- I don't remember the

19  table number.  But if you allow me to flip

20  through it, I'll point you to it.

21        I have a lot of appendices there.  So

22  I just need to -- I just need to find it.

23        (Witness reviewing document.)

24     A.   I'm getting my pages confused.  Hang

25  on one second.

1    ███

2       Q.   Do you want to take a break and

3    collect your thoughts?

4       A.   No, no.  It will just take a second.

5    I'm just -- I'm turning the pages, and I just

6    don't want to get everything out of order.

7            I'm getting there.  Too many tables.

8            That's the three days early.

9            Here it is.  Page 15 of Appendix E.

10           This is the significance of the

11   correlation between --

12      Q.   Give me just a second.  I want to make

13   sure I am with you.  I'm sorry.  You said

14   page 15 of Appendix E?

15      A.   Page 15 of Appendix E.

16      Q.   Okay.

17      A.   So that's the significance of

18   correlation between XRP price increases and

19   announcements in a one-day event window.  That

20   means we're comparing -- so, again, suppose the

21   news comes out on January 1.  We're comparing

22   the price at the end of the day on January 1,

23   with the price at the end of the day on

24   December 31, meaning with the news released at

25   some point in between, the markets had a few

Page 99

1   ████

2   hours to react to the event.

3       Q.   Well, how do you know -- what data do

4   you have to support the claim that the markets

5   reacted within a few hours?

6         24 hours is the most you can say;

7   isn't that right?

8       A.   Well, no.  The news is -- 24 hours is

9   the longest it could be; one minute is the

10  shortest it could be.  So, presumably, we're

11  talking about some time period in the interval

12  between one minute and 24 hours.

13      Q.   Did you have data that allowed you to

14  measure the time between the release of the

15  press release and the market impact?

16      A.   Yes, because when we review the time

17  stamps on our events, there is a UTC hour and

18  minute.

19      Q.   And what about the price data?

20      A.   The price data is taken at the end of

21  the day UTC time.

22      Q.   So it's somewhere between 24 hours --

23      A.   And one minute.

24      Q.   -- and one minute.  But you can't say

25  more specifically --

Page 100

1      ██████

2      A.   I could.  I mean, I'd have to go --

3      Q.   Let me finish my question, please,

4  Dr. ████.

5           You can't say more specifically than

6  you believe you observed a price impact between

7  the release of event and the market price, other

8  than somewhere within one minute and 24 hours.

9  Correct?

10     A.   Well, if this -- I could, because we

11  have the time stamps on the articles.  So we

12  could go article by article, and we could

13  calculate the elapsed time between the

14  publication of that article and the -- and the

15  close of the day.

16     Q.   Did you do that study, Dr. ████?

17          I know you -- I know you say you

18  could.  My question is, did you do it?

19     A.   No, I did not do that.

20     Q.   You don't have a basis to say that the

21  observed price impact on the market for XRP

22  occurred within hours of a news event unless you

23  mean within 24 hours, correct?

24     A.   No, that's not correct.  Of course, I

25  have a basis for that, I looked at those UTC

1   ███

2   times, they were not all 12:01 a.m. of day.

3        Many of them were in the afternoon;

4   some were in the morning.  So, yes, I have a

5   basis to know that in many cases, the close of

6   the day is just within a few hours of the

7   publication of the news.

8       Q.   Did you control for number of minutes

9   or number of hours between release of an event

10  and an observed price impact?

11      A.   That is not a control variable in

12  these regressions, no.

13      Q.   So if I understand your testimony,

14  you're contending that your study with the

15  one-day event window is sufficient to overcome

16  the absence of an efficient market.  Correct?

17      A.   No, that's not my testimony.

18      Q.   Well, are you contending that the fact

19  that you used a one-day event window in some of

20  your robustness studies is sufficient to remove

21  any reliability issues from the fact that XRP

22  does not trade in a weak form or semi-strong

23  form efficient market?

24      A.   No, that was not my testimony either.

25      Q.   Let's be clear about it.

1

2          What, if anything, are you saying

3   about the fact that you conducted a one-day

4   event -- a one-day event window, and the absence

5   of what you concede is the lack of an efficient

6   market for XRP?

7      A.   I pointed to a number of robustness

8   tests and studies that I did as part of my

9   research.  So one possible view, which as a

10  logical matter cannot be precluded a priori, is

11  that when we see price reactions on these days,

12  it might possibly be due to something that

13  happened before the event in question.  If the

14  market is not semi-strong efficient, one cannot

15  say in principle that that's impossible.  It

16  could be true.

17          So to test that hypothesis, I

18  looked -- I looked at the question.  I said,

19  well, were prices -- is there a correlation

20  between the news and price movements in the days

21  leading up to the news?

22          And answer was no.  In addition to

23  that, I looked at a very short window, a one-day

24  horizon, which in many cases is only allowing a

25  few hours of response.  And I found a

1   ▮

2   correlation that was yes.

3       This plus the other work that I did

4   allows me to reach the opinion that what we are

5   seeing in the prices is due to events on the day

6   in question and not due to events prior to that

7   or after that.

8       Q.   And my question is, you believe that

9   that methodology that you just described allows

10  you to reach a reliable conclusion conceding

11  that XRP does not trade in an efficient market.

12  Correct?

13      A.   Correct.  Because the methodology that

14  I'm applying, again, is found -- it's

15  well-accepted methodology found in the

16  literature where the -- where the -- academics

17  studying a different set of events, but

18  essentially investigating a similar question,

19  asking does this set of events move XRP prices,

20  those studies acknowledge the relative

21  inefficiency of this market, they apply the

22  methodology, and they reach their inclusions.

23      Q.   Just so the record is clear, you're

24  not contending that the -- that proof of an

25  efficient market is necessary for you to reach

1   ███

2   those conclusions, correct?

3        MR. MOYE:  Objection.  Asked and

4        answered.

5        A.   I -- as I've testified my report

6   acknowledges that this market is almost

7   certainly not as informationally efficient as

8   the stock market.  Academic studies acknowledge

9   the same thing.  They then proceed to apply a

10   methodology, which I apply to the matter at

11   hand.  They apply it to the XRP market as I

12   apply it to the XRP market.  And the inferences

13   that we draw are perfectly valid, even in the

14   absence of semi-strong market efficiency.

15        Q.   All right.  If we could now go to

16   Tab 5, which is the binder article that you cite

17   in your report.

18        MR. MOYE:  Are you marking a new

19        Exhibit 5?

20        MR. FIGEL:  Yes.  Yes.  I think we're

21        up to 5.

22        (Academic Paper titled "The Event

23        Study Methodology Since 1969" was marked

24        Exhibit 5 for identification, as of this

25        date.)

1   ▮

2      Q.   You're familiar with this academic

3   paper, correct?

4      A.   I am.

5      Q.   And you cite it in your report?

6      A.   Uh-huh.

7           MR. MOYE:  You have to say yes or no.

8      A.   Yes.

9      Q.   If you could read into the record the

10  portion of this article beginning at the -- near

11  the bottom of the first full paragraph under

12  "introduction," beginning with "event study" and

13  ending with "securities holders."

14      A.   I'm sorry.  The -- in the second

15  paragraph below --

16      Q.   The first -- well, the first -- I'm

17  sorry.  Second -- yeah, there is a paragraph

18  there.  The second paragraph under

19  "introduction."  Right after Footnote 1, just

20  read the -- the sentences to the end of the

21  paragraph, beginning with "event study."

22      A.   The event study methodology has, in

23  fact, become the standard method of measuring

24  security price reaction to some announcement or

25  event.

1 ████

2        Want me to continue reading?

3    Q.   Yes.  Continue to the end the

4 paragraph, if you would.

5    A.   In practice, event studies have been

6 used for two major reasons:  To test the null

7 hypothesis that the market efficiently

8 incorporates information (See Fama 1991 for a

9 summary of this evidence); and, two, under the

10 maintained hypothesis of market efficiency, at

11 least with respect to publicly available

12 information, to examine the impact of some event

13 on the wealth of the firm's security holders.

14    Q.   All right.  And what's your

15 understanding of what Binder says is the first

16 reason for conducting an event study?

17    A.   So the -- the event study, meaning

18 the -- the statistical analysis of regression

19 and the interpretation of the results, can be

20 used to test whether prices adjust quickly to

21 certain announcements such as earnings

22 announcements.

23        That can be part of an investigation

24 into whether or not a particular market is

25 efficient.

1 ███

2     Q.   And you didn't do that study in

3 connection with the opinions expressed in your

4 two reports in this case.  Correct?

5     A.   I didn't -- I didn't conduct that

6 particular study, no.

7          Of course, I reviewed the academic

8 literature on efficiency and digital token

9 markets.  And I did conduct another type of

10 econometric test of efficiency to satisfy myself

11 that I agreed with those academic results.

12          But I didn't conduct precisely the

13 test that's described in this first point here.

14     Q.   And the point of that test is to

15 determine whether the market is efficient.

16 Correct?

17     A.   As described here, yes, that -- that

18 could be a use of the event study methodology.

19     Q.   And you didn't do that because we are

20 in agreement that the market for XRP is not

21 efficient.  Correct?

22     A.   It is certainly -- or I say

23 "certainly."  There's a significant amount of

24 evidence that this market is less

25 informationally efficient than, say, the U.S.

1   ▮

2   stock market.  I don't dispute that.

3       Q.   And you just gave us a long exegesis

4   on all the reasons why you thought that proof of

5   an efficient market was not necessary in order

6   for you to reach a reliable conclusion, correct?

7           MR. MOYE:  Are you describing his

8       prior -- his prior answers?  When you say

9       long exegesis?

10          MR. FIGEL:  Yes, that's what I mean.

11          MR. MOYE:  Thanks.

12      A.   You're asking me whether it's correct

13   that it's been a long exegesis, or --

14      Q.   I think that's undisputed.

15           No, I'm asking you whether the

16   takeaway from your long answers was that you did

17   not believe that it was a prerequisite to the

18   reliability of the opinions you're expressing

19   that XRP traded in an efficient market, correct?

20      A.   Sure, right.

21           Consistent with the peer-reviewed

22   academic literature, that's correct.

23      Q.   All right.  And then going on back to

24   Mr. Binder, you'll see he says that the second

25   reason for using an event study assumes, in his

Page 109

1   ███

2   words, the maintained hypothesis of market

3   efficiency.

4          And in your study, you have not -- you

5   do not have an assumed hypothesis of market

6   efficiency with respect to the market for XRP,

7   correct?

8      A.   Correct.

9      Q.   And under Point 2 in Mr. Binder's

10  study, he refers to market efficiency, and he

11  describes it as, At least with respect to

12  publicly information -- publicly available

13  information.  Correct?

14     A.   Correct.

15     Q.   And that's economist code for

16  semi-strong efficiency?

17     A.   That's how I would interpret that,

18  yes.

19     Q.   Let's go to what I'll ask to be marked

20  as Exhibit 6, and directing your attention to

21  the work you did in the Rio Tinto case.

22     A.   Uh-huh.

23         (Sworn declaration of Dr. ███

24  in Rio Tinto case was marked Exhibit 6 for

25  identification, as of this date.)

1   ████

2      A.   Yes.

3      Q.   All right.

4           Just take moment.  This is a -- copy

5   of your declaration in Rio -- in the Rio Tinto

6   case?

7      A.   It appears to be, yes.

8      Q.   And give us the context in which you

9   prepared this declaration.

10      A.   Well, that might be another long

11   answer.  But -- if that's okay.

12      Q.   All right.  I withdraw it.  I'm sorry.

13      A.   No, it's -- you want me to answer the

14   question?

15      Q.   No, I don't, not if it's going to be a

16   long answer.

17           Let's go to page 11.  I'm sorry,

18   paragraph 11.

19      A.   Page 11 only has my signature.

20      Q.   I'm sorry, it's paragraph 11 on

21   page 6.

22      A.   Got it.

23      Q.   Can you read -- read the whole

24   paragraph for us.

25      A.   Excuse me.

1    ███

2         Statistical results such as the output

3    of a regression model are necessary but not

4    sufficient to conduct a complete analysis of the

5    type I present in my reports concerning the

6    ADRs.  Assessing market efficiency is necessary

7    to support certain conclusions and form certain

8    opinions.

9         Q.   And this was a sworn declaration,

10   correct?

11        A.   Correct.

12        Q.   So in substance what you're saying is

13   that assessing market efficiency is necessary to

14   form certain opinions reached through conducting

15   an event study, correct?

16        A.   Yes, that's correct.

17        Q.   And is it correct, in your opinion,

18   that an assessment of market efficiency was

19   necessary to conclude that Ripple's news events

20   had an impact on the market price of XRP?

21        A.   I'm sorry, could you repeat it?

22   Sorry.

23        Q.   And is it correct that in your

24   opinion, an assessment of market efficiency was

25   necessary to conclude that Ripple's news events

1   █████

2   had an impact, a statistically significant

3   impact, on the market price of XRP?

4       A.   So, I -- I thought you were going to

5   ask about Rio Tinto, but you're asking about

6   Ripple.

7       Q.   Uh-huh.

8       A.   So the question is, in my opinion, was

9   an assessment of market efficiency necessary to

10  form an opinion?

11      Q.   Uh-huh.

12      A.   That was the -- that was the question?

13      Q.    Reliable opinion.

14      A.   Well, as I -- as I've testified, it

15  depends on the nature of the opinion.  It -- the

16  market -- the XRP market does not need to be

17  semi-strong efficient in order for -- in order

18  to draw the inferences and reach the conclusions

19  that I did for XRP and that other academics have

20  in the XRP market.

21          The -- it comes down to what inference

22  are you trying to draw from the statistical

23  result.  And I -- I don't know what I'm allowed

24  to talk about in Rio Tinto, but let's just say

25  hypothetically -- and maybe I don't even have

1

2    to -- I don't know -- I don't know the rules.

3         Hypothetically, it's possible that you

4    could be arguing about the meaning of a

5    non-result; in other words, the price does not

6    move statistically.  And so what does that mean?

7         Well, depending on the inference you

8    want to draw from that null result, you may need

9    to have established at least semi-strong market

10   efficiency.

11   Q.   The opinion you expressed in your

12   declaration in Rio Tinto was that assessing

13   market efficiency was necessary to support

14   certain conclusions and form certain opinions,

15   correct?

16   A.   Certain conclusions and certain

17   opinions, yes.

18   Q.   Okay.  And my question was, was an

19   assessment of market efficiency necessary, in

20   this case, in Ripple -- in the Ripple case, to

21   support the conclusions and opinions that you

22   reached?

23   A.   Well -- so I've testified about this a

24   few times now.  Your -- your question now is a

25   little bit different.

1   ▮

2       I think it is important to assess the

3   efficiency, yes, because understanding whether

4   the market is, let's say, as informationally

5   efficient as the stock market or if it is less

6   informationally efficient than the stock market,

7   understanding that could inform how you conduct

8   the test.

9       For instance, do you only look at a

10  one-day event window, do you look at a three-day

11  event window, so on, so forth.

12      So I do think it is important, and, of

13  course, I did it to assess the efficiency.

14  However, establishing that the market is

15  semi-strong efficient is not necessary to reach

16  the opinions that I've reached in the Ripple

17  matter.

18  Q.   So I understand your testimony, you

19  said that market efficiency is not relevant to

20  reaching an opinion about the absence of market

21  impact.  Correct?

22      Is that a fair summary of what you

23  said?

24  A.   I don't know.

25      I'm trying to go through the

1 ■

2 negatives.

3      I apologize, just walk -- could you

4 repeat it?

5    Q.  As I understood your testimony, you

6 said market efficiency is not necessary to

7 conduct an event study that proves the absence

8 of market impact.

9    A.  No.

10      If you're going to draw an inference

11 from a single event, which, of course, is not

12 what we're doing in the Ripple matter, but may,

13 for instance, have been something that was being

14 done in the Rio Tinto or other matters, if

15 you're going to draw an inference from a single

16 event which presents a statistical result that

17 prices do not appear to react in a statistically

18 significant way, if you then want to draw an

19 inference, Well, then, therefore, this event did

20 not impact this price, that inference requires

21 establishing semi-strong market efficiency.

22      Other types of inferences do not

23 necessarily require establishing semi-strong

24 efficiency.

25    Q.  Does the presence or absence of market

1

2  efficiency effect a result in which you are --

3  you are rejecting a null hypothesis?

4      A.   Does the presence or absence -- I'm --

5  please, one more time.

6      Q.   Sure.  Does the presence or absence of

7  market efficiency -- sorry.

8          I've got a glitch here on the

9  LiveNotes.

10         No, this -- I think I've got it now.

11         All right.  Does the presence or

12  absence of market efficiency effect a result in

13  which you reject a null hypothesis?

14     A.   Does it effect a result in which you

15  reject a null hypothesis?  Which null hypothesis

16  are we rejecting?

17     Q.   Whichever one you posit.

18         MR. MOYE:  Objection.  Compound.

19     A.   Let me try and -- let me try and

20  understand this question.

21         The null -- so I'll just tie it to the

22  null hypothesis that was at issue in my analysis

23  in this case.

24         The null hypothesis is that

25  Ripple Labs and its actions and news about its

1

2  actions is independent of the XRP market price.

3  That's the null hypothesis.

4      All right.  Assuming that that is

5  true, assuming that they are independent,

6  certain things follow.  If those things do not

7  follow to a statistically significant extent,

8  one can reject the hypothesis of independence.

9  Q.   I'm sorry.  One can or cannot?

10  A.   Can.

11      All right.  So -- so if it's

12  independent, certain things should be true.  If

13  those things are not true, in the sense of they

14  are so unlikely, then that allows a researcher

15  to reject the null hypothesis of independence.

16      The analysis that I conducted did

17  not -- did not and does not require that the XRP

18  market be semi-strong efficient, just as the

19  academic studies we've been talking about this

20  morning do not require semi-strong efficiency to

21  reject the hypotheses that they reject.

22  Q.   Go back to your Rio Tinto declaration,

23  paragraph 16.  You mention a 10-factor review

24  you did to market efficiency for the bond market

25  for -- in Rio Tinto, correct?

1     ███

2     A.   All right.  Not to the bond market,

3  but to the ADR -- ADR market.

4     Q.   Did you conduct a 10-factor analysis

5  of the efficiency of the market for XRP in this

6  case?

7     A.   No, I did not.  I didn't see any need

8  to.

9     Q.   All right.  If we could go to

10  Appendix F of Exhibit 1.

11     A.   Yes.

12     Q.   Why did you include Appendix F in your

13  report?

14     A.   A couple reasons.

15        It -- it may have been, probably was,

16  adequate to cite to the academic literature on

17  the relative inefficiency of the XRP market.

18  But nevertheless, I wanted to conducted at least

19  a -- a simple analysis of that question.

20        Probably more importantly, I wanted to

21  explain why half -- why my statistical models or

22  at least half of them correct for serial

23  correlation in the XRP market.  Since I'm going

24  to maker that correction, I thought I should

25  show the evidence that the serial correlation is

1          ▮

2    present at least at some times in the history of

3    the XRP market.

4          So it was with those two objectives

5    that I included Appendix F.

6    Q.   And with respect to market efficiency,

7    what you found was -- and I'm going to use rough

8    numbers here -- approximately 50 percent of the

9    days, you found that the market for XRP was not

10   even weak-form efficient, correct?

11   A.   I don't -- you may be right.  I don't

12   remember the 50 percent of days.

13   Q.   I'm eyeballing it based on Figure 1.

14   A.   Yeah, I mean, I might agree with your

15   eyeball.  It might be about 50 percent the days.

16   It's certainly not just one.

17   Q.   And just so the record is clear -- I

18   think it's clear from your report -- you put an

19   orange dot --

20   A.   Right, where it's significantly

21   different --

22   Q.   Let me just finish my question.

23          You put an orange dot on the graph to

24   reflect those days in which, based on your

25   autocorrelation study, you found that the market

1       ███

2   was not -- was not even weak-form efficient,

3   correct?

4       A.   Yes, that's correct.

5       Q.   Did you calculate an autocorrelation

6   study for Figure 1 using a period other than

7   180-day rolling window that you reference in

8   paragraph 5?

9       A.   I don't -- I don't remember if I did

10  anything other than 180 days.

11          To me, it was enough that with 180-day

12  window, you'd find evidence of serial

13  correlation.  That was enough to motivate me to

14  make sure that I used regression models that

15  correct for autocorrelation.

16          MR. FIGEL:  It's noon.  This is really

17      just -- you're the -- you're the person on

18      the hot seat.  Would you like to take a

19      break and go to 1:00?  Do you want to break

20      for lunch now?  I'm indifferent to whatever

21      your preference is.

22          THE WITNESS:  How long have we been

23      going since our last break.

24          MR. FIGEL:  Hour and 20 minutes --

25          THE WITNESS:  I suppose that's

1   █

2   appropriate.  Why don't we --

3       MR. MOYE:  Let's take lunch break now.

4       MR. FIGEL:  Lunch break now.  Okay.

5       THE VIDEOGRAPHER:  We are going off

6   the record at 12:01 p.m.

7       (Luncheon recess at 12:01)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    █████

2       A F T E R N O O N   S E S S I O N

3       (12:56)

4    ████████████, Ph.D.

5       resumed, having been previously duly

6       sworn by a Notary Public, was

7       examined and testified further

8       as follows:

9    CONTINUED EXAMINATION BY MR. FIGEL:

10          THE VIDEOGRAPHER:  We are back on the

11       record at 12:56 p.m.

12       Q.   Good afternoon, Dr. ███.   I would

13    like to direct your attention back to the

14    approximately 514 events that you divided into

15    the 14 categories.

16       A.   Yes.

17       Q.   First, did you do an individualized

18    assessment on each of those 14 events to

19    determine whether, standing in isolation, they

20    had a statistically significant impact on the --

21       A.   No.

22       Q.   -- price of XRP?

23       A.   No.  I did not test each of those

24    events individually.

25       Q.   What methodology, if any, did you use

1    ▮

2    in developing, or identifying, the 14

3    categories?

4        A.   Categorizing events is part of the

5    event study methodology.  And I applied my

6    understanding of economics and general judgment

7    to try and create a taxonomy of categories which

8    was helpful and complete.

9        Q.   Was there any academic literature,

10   accounting -- I mean any academic literature or

11   econometric guidance that you looked to in

12   formulating those categories?

13       A.   Well, again, categorizing news is

14   simply part of the event study process.  So, for

15   example, in -- and I -- I tend to mix the two

16   studies up, but either Gerritsen or Joo or both,

17   they collect a set of events, and they then

18   categorize them by whether it's positive or

19   negative.  That's part of the process.

20           But -- other event studies, looking at

21   other topics, will collect a set of events and

22   will characterize them by different types.

23           So characterizing events, categorizing

24   them, I view as simply part of the event study

25   methodology.

1   ███

2   Q.   But the categories reflect your

3   subjective judgment, correct?

4   A.   The categories reflect judgment of

5   what I think is a helpful taxonomy of how to

6   organize these 700 articles.

7   Q.   But it's your judgment, correct?

8   A.   It is my judgment, yes.

9   Q.   And it's not guided by any economic or

10  econometric guidance or protocols that informs

11  how you allocate the events into specific

12  categories.  Is that correct?

13  A.   Well, it is guided by my

14  understanding, general understanding of

15  economics, in terms of how it might be useful

16  when formulating an event study analysis to

17  group certain events together as separate from

18  other events.

19       Again, I -- I don't view that as

20  separate and distinct from the event study

21  methodology.  I view it simply as part of the

22  event study methodology.

23   Q.   Do you disagree with this statement:

24  Classifying news is necessarily a subjective

25  exercise?

1

2      A.   I agree that there is necessarily an

3   element of subjectivity in the categorization of

4   news.  Again, that's part of the accepted event

5   study methodology.  It's an irreducible part of

6   the event study methodology.

7      Q.   Other than your judgment, did you rely

8   on any external guidance or factors to help you

9   identify the categories?

10     A.   I -- I discussed the categorization

11   with members of my team.  But ultimately, it

12   reflects my judgment on a useful taxonomy of

13   these categories -- or, I'm sorry, of these

14   events.

15     Q.   And as we discussed previously, your

16   opinion that statistically significant price

17   movements in XRP are correlated with Ripple news

18   events is based on your analysis of just 5 of

19   those 14 categories.  Correct?

20     A.   No, I don't agree with that.  It's --

21   I reviewed several categories in reaching that

22   opinion.  I also conducted robustness checks,

23   including robustness around the possibility that

24   I had miscategorized or misclassified news

25   events.  And I found that the statistical

1    ██████

2    results were robust.  They held across all of

3    those variations.

4        Q.   Let's go to paragraph 48(b) of your

5    report, Exhibit 1.

6        A.   Yes, 48(b).

7        Q.   These are the categories that you

8    selected?

9        A.   That's correct.

10       Q.   All right.  And five of these

11   categories are categories that you -- the events

12   for which you put together in a single

13   collective study that you described in

14   paragraph 100, correct?

15       A.   Yes, I believe it was five.

16       Q.   And those are milestones, trading

17   platform listings, customer and product

18   acquisition and investment, and Ripple

19   commercialization.  Correct?

20       A.   Yes, that's correct.

21       Q.   So that's five; is that right?

22       A.   Yes.

23       Q.   Put those aside.

24            Of the remaining nine, how many did

25   you examine as a stand-alone category to see

1   ████

2   whether you could find a statistically, quote,

3   significantly -- statistically significant

4   correlation between the events in that category

5   and the market price of XRP?

6        A.   In addition to those five, I performed

7   an analysis on other initiatives, and office and

8   staff announcements.

9        Q.   And just so the record's clear, you

10  then did not do an independent statistical

11  analysis on case study, charity, corporate

12  activity and announcement, litigation, market

13  commentary and company review, markets reports,

14  or miscellaneous.  Correct?

15       A.   That's correct.  It wasn't necessary

16  to reach my opinions.

17       Q.   And with respect to the studies you

18  did, or the analysis you did of the other

19  initiative and office and staff announcement

20  category, what was the conclusion of your

21  analysis as to whether the events in those

22  categories had a statistically significant

23  impact on the price of XRP?

24       A.   I found no evidence of a -- no

25  evidence of a correlation between the

1

2    announcements in those categories and

3    significant XRP price increases.

4        Q.   So now we've got seven that I'm going

5    to ask you to put aside, and the remaining

6    seven, the ones that you said you did not

7    perform an analysis of with respect to the

8    events in that category.  You with me?

9        A.   Yes.

10       Q.   With respect to those seven other

11   categories, as you sit here today, you don't

12   know whether the events in those categories,

13   standing alone or collectively, had a

14   statistically significant impact on the price of

15   XRP, correct?

16       A.   Correct, sitting here today, I do not

17   know the answer to that question.  It wasn't

18   germane to my -- I -- it wasn't necessary for me

19   to reach my opinion.

20       Q.   And fair to say that the reason you

21   didn't perform a -- an analysis of the events in

22   those categories is, your judgment was that

23   based on the nature analyses, it was unlikely

24   that they would have a statistically significant

25   impact on the price of XRP.  Correct?

1

2    A.   I -- I'd say it was a little bit more

3  nuanced than that.

4       That's -- that's partially true, and

5  certainly true of some categories.  I would say,

6  you know, even if we believe that Ripple Labs

7  impacts XRP markets, even if we take that as

8  true, for example, when they publish a couple of

9  paragraphs talking about somebody who has used

10  the product and -- and had a good experience

11  with it, I -- my expectation before running an

12  analysis would be, I don't -- I would be

13  surprised if that moved prices.  It just doesn't

14  seem like the sort of thing that would move

15  prices.

16       So in some cases, I agree, we could

17  probably go through categories and -- and I

18  would give you the answer that my expectation --

19  even presuming a link between Ripple Labs and

20  XRP, my expectation would be you probably

21  wouldn't see an association there.

22       But the -- the -- the real point is,

23  it wouldn't -- it wouldn't particularly interest

24  me whether we saw an association there.

25       So let me explain that for a second.

1

2   If there was no correlation between customer and

3   product announcements of banks signing up to

4   RippleNet and all those other things, if there

5   was no correlation there, and yet there was a

6   correlation among, you know, corporate

7   overviews, or announcing who's going to speak at

8   an upcoming conference, right?

9          So suppose there's no correlation

10  among customer and product but there is a

11  correlation among the announcements and speakers

12  of upcoming events.  Personally, I wouldn't find

13  that terribly persuasive of a connection between

14  Ripple Labs and XRP markets.

15         On the other hand, if there is a

16  connection between customer and products

17  announcing growth in RippleNet and new people

18  signing up, and yet there was no correlation

19  among announcements of upcoming speakers at

20  conferences, again, I -- first of all, that

21  wouldn't surprise me.  But second of all, it

22  wouldn't -- it wouldn't alter my opinion.

23         So I viewed some categories as

24  meaningful to test in the sense that if we found

25  a correlation, or if we did not find a

1        ████

2    correlation, that would be economically

3    interesting to the question at hand.

4            And then there were other categories

5    that I set aside where, in my view, whether you

6    found it or didn't find it wouldn't really

7    provide any -- much compelling evidence one way

8    or the other.

9            So I just didn't think they were worth

10   testing.

11       Q.   All right.  And just so the record's

12   clear, of the seven we're talking about now that

13   you didn't test, why don't you identify for us

14   which ones you expect would not have a

15   statistically significant correlation between

16   the event and the impact on the price of XRP.

17       A.   Well, I'm happy to do that, just --

18   just so we understand, you -- you're really just

19   asking for my just prior expectation.  And I

20   haven't run the analysis, I don't know the

21   answer.

22            My prior expectation is that the

23   events in the case study category, which

24   generally are articles on the Ripple Insights

25   page where a bank or a financial institution,

1          ███

2    you know, discusses how they've used RippleNet

3    and -- and how it was fast and it was

4    inexpensive --

5          Q.   I don't mean to interrupt you.  I'm

6    just asking you to identify which ones -- as you

7    sit here today, you don't have an expectation

8    today or you --

9          A.   Sorry.

10         Q.   A list would be fine.  The reasons why

11   are less important and they're not responsive to

12   the question I'm asking you.

13         A.   Okay.  I -- I understand.

14         Q.   I'm sorry to interrupt you.

15         A.   Again, I would -- case study.

16              Probably charity.

17              The litigation category, I -- you

18   might expect a negative reaction, but there are

19   very few events there so it was awfully small to

20   test.

21              Market commentary and company

22   overview, again, those are sort of puff piece

23   articles.  I wouldn't -- I wouldn't think that

24   would move the price but --

25              The markets report, I wouldn't have

1

2   expected to move the price.

3        The miscellaneous, I'm trying to

4   remember what's in there.  I think the -- what

5   is it, the Arrington XRP hedge fund.  There's

6   not -- there are very few things in there.  May

7   I consult Appendix C to remind myself?

8     Q.   You're welcome to consult anything you

9   need to make sure your testimony is complete and

10   accurate.

11    A.   Okay.  Thank you.

12        I just -- just want to remind myself

13   what's in that category.

14        (Witness reviewing document.)

15    A.   Miscellaneous.  So yeah, hackathon

16   challenge, yeah, the Arrington fund.  The

17   Arrington fund, you know, that's an interesting

18   event, but it doesn't really belong in any other

19   category, at least in -- in my estimation.

20        Right, so, you know, this -- this set

21   of events, it's kind of a mixed bag.  I really

22   don't know what my prior expectation would be on

23   that set of events.  And I think that's --

24   that's it.

25    Q.   That's all.  That's correct.  Thanks.

1

2        So let me direct your attention to

3    general market commentary.

4        A.    Uh-huh.

5        Q.    And I guess what -- I guess what the

6    category is -- market commentary and company

7    overview is the category.

8        A.    Correct.

9        Q.    All right.

10        So you rejected the possibility that

11    XRP might have a statistically significant price

12    impact on XRP -- withdrawn.

13        So you reject the likelihood that --

14    of -- press releases about market commentary and

15    company -- and Ripple company overview would

16    have a statistically significant impact on the

17    price of XRP?

18        A.    Well, with respect to your language,

19    it's -- to reject the likelihood, that sounds

20    like a --

21        Q.    Well --

22        A.    -- scientific procedure.  You asked me

23    my ex ante expectations.  That's -- that's all

24    they were.

25        Q.    All right.  As you sit here today,

1

2  it's your view, your judgment, that the events

3  that were -- that you put in the category of

4  market commentary and company overview would not

5  have a statistically significant impact on the

6  price of XRP, correct?

7       A.   I still think your language is

8  overstating the strength of my conviction.

9  My -- my ex ante expectation is that it won't.

10  I wouldn't -- I wouldn't elevate that to a -- to

11  a view or an opinion.  I -- you asked my

12  opinion, you know.  You asked me, do I think it

13  would.  I -- my expectation is that it wouldn't.

14  That's all I can say.

15       Q.   And just so the record's clear, and

16  you didn't do a -- an analysis of this category

17  to de-- to answer that question.  Correct?

18       A.   Correct.  I don't recall doing an

19  analysis of this category to determine one way

20  or the other.

21           It -- I mean, it -- a lot of the

22  things in this category -- this is, I think, the

23  single largest category.  A lot of it is

24  third-party articles about what is

25  cryptocurrency, and maybe they have a paragraph

1    ███

2    about what is XRP, who is Ripple.  It's a lot of

3    just general market commentary, as the name

4    suggests.

5           And my expectation is, I'd be

6    surprised if that moved prices.  It might.  But

7    I just -- I would be surprised.

8       Q.   Okay.  And the consequence, or the

9    result, of excluding the events in the

10   nine categories that you didn't include in the

11   regression that you described in paragraph 100,

12   was to reduce the number of Ripple events from

13   approximately 514 to 113.  Correct?

14      A.   Well, that's -- yes, that's -- that's

15   correct.  We start with 514 events, and we end

16   up studying 113 events, if I recall.

17      Q.   Now, when you describe the process by

18   which you conducted your analysis in your

19   report, if I understand it correctly, the first

20   thing you did was to regress market prices of

21   XRP against 20 different models to determine

22   what days there was a statistically significant

23   change in the price of XRP.  Correct?

24      A.   Rather than XRP prices, if you had

25   said XRP returns, yes.  I -- I conduct -- I run

1

2   20 different regression models of XRP returns,

3   against different -- 20 different sets of

4   control variables.

5       Q.   I accept the clarification, and I

6   appreciate it.

7           But as a result of running the price

8   data of XRP, against those 20 different models

9   you are able to identify on a day-by-day basis

10  each day in which there was a statistically

11  significant price return of XRP, correct?

12      A.   That sounds generally correct.  Yes.

13      Q.   Did you consult the results of that

14  aspect of your study before you decided to

15  exclude the approximately 401 events, that you

16  put in the nine categories that we just

17  discussed?

18      A.   No.  No.  My -- my -- my organization

19  of the news events was conducted without

20  reference to results from the statistical

21  models.  It was based on my economic

22  understanding of -- my economic understanding.

23      Q.   I'm not sure your answer was

24  responsive to my question.  Let's just talk

25  about temporally or chronologically.

1   ███

2          As you described in your report, the

3   first thing you did was identify the days in

4   which there's a statistically significant price

5   return for XRP.  Correct?

6      A.   Now, you -- all right.  You really

7   want to talk about the temporal sequence in

8   which certain things were done.

9          We pulled -- you know, I -- we

10  collected the news from Ripple Labs as one of

11  the very first thing we did.  Perhaps in

12  parallel and simultaneously, we collected

13  pricing data on digital tokens.  But I certainly

14  don't want to leave any suggestion that there

15  was some kind of review of the statistical

16  results which then informed the selection of

17  news categories.  That's categorically not true.

18     Q.   How do you know that?

19     A.   Because I conducted the study.

20     Q.   I thought you said you had a team of

21  people that were evaluating the data and making

22  recommendations to you.

23     A.   All I -- I conducted the study.  It

24  is -- it was my determination of how to

25  categorize the news.  I just -- I -- I can state

1   ███

2   categorically that it was not -- the selection

3   of events or categories, was not informed by a

4   review of statistically significant results.

5   That would be an improper procedure.

6       Q.   But at least the way you described the

7   process in your report -- give me just a second.

8   Sorry.

9           So let's go to page 28 of Exhibit 1.

10      A.   Yes.

11      Q.   You -- you -- you there -- you set out

12  on this page in -- in Section E a summary of the

13  empirical methodology.  Correct?

14      A.   Yes.

15      Q.   And you say, first, you specify the

16  regression model of XRP returns, correct?

17      A.   Uh-huh.

18      Q.   And you identify the event window.

19      A.   Uh-huh.

20      Q.   And then you estimate the cumulative

21  abnormal returns for each trading day, correct?

22      A.   Uh-huh.

23      Q.   And then you --

24          MR. MOYE:  You have to say yes or no.

25          THE WITNESS:  I'm sorry.

Page 140

1

2    A.   Yes.

3        MR. FIGEL:  Thanks.

4    Q.   You tested using you both parametric

5  and nonparametric approaches, correct?

6    A.   Correct.

7    Q.   And that tells you on a day-by-day

8  basis which days there is a statistically

9  significant price return for XRP, correct?

10   A.   Correct.

11   Q.   And then the last thing you say you do

12  here is, finally, you examine the interaction

13  between the set of news days you've identified

14  and the set of days with positive returns.

15   A.   Correct.

16   Q.   It suggests that you had identified

17  the number of days with a statistically

18  significant price return before you applied the

19  event days in which you were looking for a

20  correlation.

21   A.   I'm genuinely surprised that you read

22  it that way.  I read it -- of course, I know

23  what was done -- as saying, these are -- these

24  are the -- the steps of the empirical analysis

25  to which we then apply that to a set of news,

1　████

2　that we have identified.  It doesn't say, we do

3　this analysis to then determine the set of news

4　that we will then test.  I mean, you're

5　inserting that step that's not there.

6　　Q.　Well, the first thing that you

7　describe in your summary of the empirical

8　methodology is a process by which you identify

9　the days on which there is a statistically

10　significant price return.  Correct?

11　　A.　This is laying out the -- in a way

12　that is meant to be helpful, a sequence of

13　events that must be conducted in this order.  In

14　other words, you have to begin by specifying a

15　regression, et cetera, et cetera, et cetera.

16　All of that then gets applied to a set of events

17　that you want to study.

18　　　　Now, if -- if it would -- if you would

19　like -- I mean, we could have inserted a

20　paragraph in the beginning that says, first,

21　select the events and then do all of these

22　things.

23　　　　I considered that to be there by

24　implication.  That is certainly how any event

25　study is connected.  You begin with a set of

1 ███

2 events; then you run through the statistical

3 analysis to get the -- to get the -- identify

4 which days are significant.  And then we test to

5 see whether the events are correlated with the

6 days of statistical significance.  That's how it

7 was done; that's how event studies are generally

8 conducted.

9     Q.   But what you just described is not how

10 testified earlier.  What you testified earlier

11 to was that you took 500-some events, put them

12 into categories, and then effectively rejected

13 nine of the categories.  Correct?  And then you

14 applied the remaining five categories to the

15 days to which you --

16     A.   And having -- having done that --

17     Q.   Let me finish.  I'm sorry.

18     A.   -- I then followed these steps and

19 this work --

20     Q.   Let me just finish.

21         The -- what you described was that you

22 did the regression that identified days with

23 statistically significant price returns,

24 correct?

25     A.   I'm sorry.  Say it again.

1

2    Q.   You conducted a regression analysis

3  that allowed you to identify what you believed

4  were the days for which there was a

5  statistically significant price return for XRP.

6     Correct?

7    A.   I did conduct such regression

8  analysis, yes.

9    Q.   And then you also had a set of

10  500-some events that you had identified,

11  correct?

12    A.   Correct.

13    Q.   And you reduced those -- the 514

14  events that you had in 14 categories to 105

15  events in five categories.  Correct?

16    A.   113 events in five categories, yes.

17    Q.   And 105 event days?

18    A.   Event -- 105 unique days, yes.

19    Q.   Right.  And it was only the 105 event

20  days that you applied to the days on which -- or

21  that you correlated to the days on which there

22  was a statistically significant price return.

23     Correct?

24    A.   No.  Again, I -- we've -- we've gone

25  over this a few times.  I tested categories in

1 ███

2 addition to those 105.  Remember, I tested

3 office and staff announcements and noncommercial

4 XRP initiatives, in addition to those other

5 113 events.

6          But, again, I just want to make it

7 very clear, because I -- I worry that -- I just

8 want to make it very clear, and I hope you're

9 not trying to insinuate that I looked at which

10 days were significant and then decided how to

11 organize the news.  That would be improper, and

12 that's not how -- that's not what was done.  And

13 that's not how I conduct my work.

14     Q.   Why would it be improper?

15     A.   It would be improper because it's

16 become circular.  Obviously -- and this really

17 is -- is criticism I have of the rebuttals of

18 Dr. Marais and Professor Fischel.  It is not

19 proper to begin with a set of statistically

20 significant days and then go look to see whether

21 or not you can find news on those days.

22          That does seem to be the methodology

23 that they're endorsing.  It's not the correct

24 methodology.  Becomes completely circular.  I'll

25 give you an example.

1

2          It may very well be true -- I do not

3    know if it is true or false, but it would not

4    surprise me if Ripple Labs, some combination of

5    Ripple Labs and Mr. Garlinghouse and Mr. Larsen

6    and Mr. Schwartz probably issue a tweet every

7    day.  It wouldn't surprise me.  May not be true,

8    but it wouldn't surprise me if they're issuing a

9    tweet every day.

10          So if I started with, well, here, a

11    set of statistically significant days; let me go

12    look and see whether or not I can go find

13    something.  I'd be willing to bet that the

14    answer is, yes, I can go find something on each

15    and every one of those days.  Here's a tweet

16    from Mr. Garlinghouse.  Here's a statement from

17    Mr. Schwartz.  That's a meaningless exercise.

18          Dr. Marais and Professor Fischel seem

19    disappointed I didn't do that exercise, but it's

20    an utterly meaningless exercise.  And that's not

21    how I conducted this analysis, and it's not

22    proper.

23          To be meaningful, you have to start

24    with a set of events and ask the question:  Does

25    this set of events, is it associated with

1

2  statistically significant price changes or not?

3      Q.   I want to do just a -- a simple little

4  bit of arithmetic.

5          Had you tested for all of the 514

6  events -- I may have the numbers wrong -- 514

7  events against the regression analysis that

8  identified statistically significant price

9  returns, you still would have come up with

10  24 points of coincidence.  Maybe a few more,

11  maybe a few less.  But your assumption is that

12  the nine categories you excluded were unlikely

13  to have a correlation with a statistically

14  significant price impact on XRP.  Correct?

15      A.   Again, that was -- as we went through

16  them, that was my prior expectation.  I -- I

17  don't think I had an expectation on the

18  miscellaneous category, and the litigation

19  category I probably would expect an association

20  with negative returns rather than positive

21  returns.

22          But certainly, if in the nine -- if in

23  the five categories that we study, there are

24  24 days, if we add categories, we will always

25  have at least 24 days, and, of course, we may

1

2  have more.

3      Q.   Right.  And given that we don't know

4  what we don't know since you didn't do the test,

5  you agree with me, rough numbers, that 24 over

6  105, which is the results of the corr-- the

7  correlation between the Ripple events that you

8  included and the days on which you found -- I'm

9  sorry.

10         Withdrawn.

11         You agree with me that the -- of the

12  105 events that were included in the -- event

13  days that were included in the five categories

14  that you describe in paragraph 100, you found a

15  correlation with 24 days of statistically

16  significant price returns on XRP.  Correct?

17     A.   I think -- I think we'd have to --

18  we'd have to specify which model, because not

19  every model covers the entire time period.  But

20  there -- I -- I -- there may be some models

21  which -- to which the answer to your question is

22  yes.  I just don't have it memorized.

23     Q.   Why don't we go to paragraph 100.

24     A.   Yes.

25     Q.   All right.  Tell me if I'm reading

1 ███

2 this right.

3      You identify 105 event days spanning

4 2,369 trading delays, correct?

5      A.   Uh-huh.

6      MR. MOYE:  Say yes.

7      A.   Yes.  I'm sorry, yes.

       Q.  And you had 105 Ripple event days,

9 correct?

10      A.   Yes, that's correct.

11      Q.   And of those 105 Ripple event days,

12 you found 24 days on which there was a

13 statistically significant price return, correct?

14      A.   Per the -- per one of the models.

15 Just to -- just to be clear, again, using -- I'm

16 reading this second sentence of paragraph 100 --

17 again, using the constant mean return model as

18 an example.  So these numbers all apply to that

19 model.

20      Q.   And that's Model 1, correct?

21      A.   That's Model 1, correct.

22      Q.   And so the simple arithmetic is 24

23 over 105, correct?  Using the constant --

24      A.   I mean, that -- that is --

25      Q.   -- mean return model.

1

2    A.   Sorry.

3         That is a simple arithmetic

4    calculation one could do.  That is not the

5    arithmetic calculation that I did to reach my

6    conclusion.  I just want to be clear.

7         But one could divide 24 by 105.

8    Q.   And you'd get about 23 percent,

9    correct?

10    A.   That sounds right.

11    Q.   And if you had run 514 event days

12    against the price returns you found through the

13    constant mean return model, and you still found

14    24 days of correlation, you'd have about

15    5 percent, correct?

16    A.   Well, if, if, if.  That would -- that

17    would be what the arith-- the arithmetic would

18    show.

19    Q.   Was that a factor in your subject--

20    the exercise of your subjective judgment to

21    exclude 9 of the 14 categories, from the

22    analysis that you conducted as described in

23    paragraph 100?

24    A.   No.  There -- there's -- there is no

25    economic significance to that result.

1 ███

2        There's no economic significance to

3 that result whatsoever.  It's not an interesting

4 result.  I'm not -- didn't run the analysis

5 because it's not interesting to run that

6 analysis.

7     Q.   And why is it not interesting from an

8 economic perspective?

9     A.   Because it -- because once you start

10 throwing in a bunch of articles that are not

11 breaking any news, they don't even purport to

12 break any news, once you -- one you throw in a

13 bunch of things which have nothing to do with

14 whether Ripple Labs is going to impact XRP

15 prices, testing whether they impact XRP prices

16 just becomes an uninteresting exercise.

17        For example, we could do an event

18 study on whether earnings announcements impact

19 stock prices.  That's an interest question.

20 That's an interesting analysis.  People have

21 done it.

22        It is not an interesting question to

23 say, Well, to those earnings announcements,

24 let's add every press release that the company

25 ever issued about anything whatsoever and see if

1  ████

2  there's an association with price movements.

3       The reason that's not interesting is

4  because, even before you do it, you sort of know

5  that the answer is going to be, it won't.

6  Because if it were -- if it were that easy to

7  move a stock price, if all a company had to do

8  to move a stock price is issue a press release

9  about something, they'd do it all the time and

10  move their stock price all the time, so it's

11  just not an interesting question.

12       It was interesting to me to see if

13  these categories, product announcements,

14  customer announcements, things related to

15  growing the XRP ecosystem, if that moves the XRP

16  market, that's an interesting result.

17       Finding that every time the New York

18  Times wrote an article about cryptocurrency as a

19  mentioned XRP, that that does not move the XRP

20  market, is neither here nor there.  It's just

21  irrelevant.

22     Q.   But that's not the source of events

23  that you collected, Dr. ████.  The source of

24  events that you collected were what you

25  described as publications by Ripple that you

1     ▮

2   deemed that Ripple thought was important.

3   Correct?

4      A.   No.  What I collected were news on

5   Ripple's curated web page, which includes, for

6   example, links to third-party articles.  They

7   link to a New York Times -- I mean, maybe not a

8   New York Times, but they will link to somebody

9   else who wrote an article saying, The 50 best

10  places to work in the Bay area and Ripple Labs

11  is, I don't know, Number 23.  Right?  They want

12  to trumpet that.  They want say, Hey, great,

13  we're a great place to work, so they link to an

14  article like that.

15        Now, testing whether the XRP market is

16  going to move in response to that kind of

17  announcement is just a waste of time.  It's

18  uninteresting.

19        My expectation is that it won't.  But

20  it wouldn't matter to me if it did.

21     Q.   Could you read for me the portion of

22  your report set forth in paragraph 48(a).

23        Just the first sentence.

24     A.   48A.

25        I start with the news which

1

2  Ripple Labs has identified to be important by

3  virtue of, 1, having issued a press release

4  about the event, or 2, having written about it

5  on its Insights news page, or 3, having linked

6  to a third-party news outlet in its curated

7  newsroom page.

8      Q.   And then read the last sentence of

9  paragraph 48A.

10     A.   I simply assume that based on its

11  understanding of its business and industry,

12  Ripple had some basis to highlight certain

13  events and not others.

14     Q.   So you -- in your methodology, you

15  substituted your judgment for Ripple about what

16  events you thought were important to evaluate as

17  to whether it had a statistically significant

18  impact on the XRP price return.  Correct?

19     A.   No, that is not correct.  That is not

20  a fair characterization of what happened.

21  Ripple did not assemble these articles for the

22  purposes of conducting an event study on whether

23  there's an impact on XRP markets.

24         They assembled a set of articles that

25  conveyed information that they generally wanted

1   ██

2   to convey, whether that would impact XRP markets

3   or not.

4          So they had their objectives in mind,

5   and I have my objectives in mind, and they are

6   not same objectives.

7          So they're perfectly free to link to

8   an article trumpeting Ripple Labs as one of the

9   best places in the Bay area to work, that's

10   perfectly fine.  But that is not suitable

11   material for an event study of the type that

12   we're conducting.

13   Q.   You wrote in your report, that you

14   assumed that Ripple had some basis to highlight

15   certain events and not others.  Correct?

16   A.   I did write that, yes.

17   Q.   And you said, in your report, that you

18   started with news which Ripple has identified to

19   be important.  Correct?

20   A.   Correct.

21          Not for the purposes of conducting an

22   event study but just news that they thought was

23   important.

24   Q.   Why do you think -- what is your

25   assumption about why Ripple thought it was

1   ▮

2   important to include these events on its

3   website?

4       A.   I wouldn't presume.  Most of them

5   were -- almost all of them were positive in

6   nature, saying good things about Ripple, good

7   things about cryptocurrency, good things about

8   XRP.

9       I -- I don't find it surprising that a

10  company would want to almost retweet, if you

11  will, if not literally, but -- but call

12  attention to press accounts and press reports

13  that are favorable or shed -- put their products

14  in a -- in a good light, I don't find that

15  surprising.

16      Q.   Did you assume that the reason Ripple

17  had these events on its website and publicize

18  them was to increase the market price of XRP?

19      A.   I -- I'm not going to speculate on

20  their motive for linking to things.  It's not --

21  it's not the domain of an economist to speculate

22  on their motive.

23      Q.   All right.  Let's now go to

24  paragraph 85.

25      A.   Yes.

1 ▇

2   Q.   All right.  And you note there that,

3 Not all product developments might be expected

4 to lead directly to increased utilization of

5 XRP.

6       Correct?

7   A.   I just -- bear with me one second.

8       Correct.

9   Q.   Why did you consider it important to

10 observe that not all product developments might

11 be expected to lead directly to increased

12 utilization of XRP?

13   A.   Again, it -- if there is a -- an

14 announcement or event, the nature of which

15 wouldn't be expected to have any sort of impact

16 on XRP, even if there is a link, which there may

17 not be -- that, again, is what we're testing --

18 even if there is a link between Ripple Labs and

19 XRP markets, it's not -- it doesn't become an

20 interesting event to test, because whether you

21 find something or whether you don't find

22 something doesn't provide evidence one way or

23 the other that's helpful to the matter at hand.

24       So announcing that MIT is opening up a

25 validator, that's fine.  They're welcome to

1

2   announce that.  Some people may find that

3   interesting.  The link between that and somebody

4   saying, Oh, well I guess I'll go buy XRP, seems

5   somewhat tenuous.

6          So whether that event is or is not

7   associated with XRP price increases is not an

8   interesting question.

9          I note that in Appendix E, again, one

10  of the robustness tests I run is to take all of

11  these events that I've excluded here and add

12  them back just to show that my statistical

13  results do not depend in any way on these

14  exclusions.

15     Q.   You didn't write that not all product

16  developments might be expected to lead to a

17  statistically significant price impact on XRP,

18  did you?  In paragraph 85.

19     A.   I did not write -- I'm sorry.  Say it

20  again.

21     Q.   You did not write in paragraph 85 that

22  not all product developments might be expected

23  to lead to a statistically significant price

24  impact on XRP, did you?

25     A.   No, I did not write that.

1     ■

2    Q.   So here you're focusing on increased

3  utilization of XRP.  Correct?

4    A.   Correct.

5    Q.   And that's not what you were testing

6  for, was it?

7    A.   No.  I'm testing for price impacts.

8    Q.   So are you assuming that only news

9  events that lead to increased utilization of XRP

10  will result -- will result in a price impact?

11    A.   Certainly not.

12    Q.   But the basis on which you excluded

13  six events from this category was based on a

14  judgment that those events would not lead to an

15  increased utilization of XRP.  Correct?

16    A.   These events did not seem relevant to

17  testing for a link between Ripple Labs and the

18  XRP market, hence I excluded them.  Again, my

19  results hold if you want to add them back.  I

20  have that result in Appendix E.  So nothing

21  hinges on this exclusion.

22      But it struck me as appropriate to

23  exclude events that didn't speak to XRP

24  utilization.

25    Q.   Just to be clear, the study you talk

1       ███

2   about with the add-backs, you didn't add back

3   all of the events, did you?

4       A.   No.  I added back these -- these sorts

5   of exclusions.  So, for instance, when I say,

6   Identify some announcements as being stale, or

7   in this case, I identified some announcements as

8   being -- I think I used the phrase "direction

9   uncertain," I do a -- one of the robustness

10  checks that I do in Appendix E is to add them

11  back them, just to demonstrate that my results

12  are not dependent on these exclusions.

13          I still think they're appropriate.  I

14  still think they're the right thing to do.  But

15  if somebody strongly disagrees and thinks that

16  we ought to add back the event of MIT announcing

17  a new validator, we can add it back.  It doesn't

18  change the results.

19      Q.   Let's just be clear about what events

20  you added back in, in the study or the analysis

21  that you just described.

22          You added back in the events from

23  particular categories that you excluded based on

24  a subjective judgment that you believed it

25  wouldn't have -- wouldn't lead to an increased

1

2   utilization of XRP.  Is that correct?

3       A.   I added back -- before I -- may I

4   consult Appendix E?  I just want to make sure

5   I -- I don't want to say something that's not

6   true.  Let me just check one thing in

7   Appendix E.  I certainly add back those events.

8   I think I also added back events that were

9   stale.

10      Q.   If you wouldn't mind, as you do that,

11  would you just make sure that the record is

12  clear what information you're referring to.

13      A.   Sure.  So I did a robustness check in

14  Appendix E, which I'm just looking for now.  And

15  I just want to remind myself exactly of the

16  parameters of that robustness check.  And I have

17  so many robustness checks that I just -- it

18  takes me a minute to find them.

19          (Witness reviewing document.)

20      A.   Oh, okay.  So I'm looking at page 6 of

21  Appendix E.

22          So page -- let's look at both page 5

23  and page 6.  Page 5 are the specific test

24  statistics on the select set of customer and

25  product developments.  So that's the set that

1   ███

2   we've been discussing where, starting with

3   customer and product announcements, I exclude

4   those that are stale or have an uncertain

5   directional implication for XRP utilization.

6        So what's on page 5 of Exhibit E are

7   the test statistics which underlie the exhibit

8   in the body of the report, if you follow me.

9        Q.   Uh-huh.

10       A.   Page 6 is exactly that same set except

11  you'll see customer and product developments,

12  all.  So here I've just added back everything

13  that I had excluded from the first one, just to

14  show that the results are essentially unchanged.

15       Q.   All right.  Let's go to Appendix C.

16       A.   I'll definitely need my reading

17  glasses for this.

18       Q.   If you have them, put them on.

19       Appendix C lists all of the individual

20  events that you collected and placed in the

21  various categories.  Is that right?

22       A.   It does.  Strictly speaking, it lists

23  all of the documents, but it also lists all of

24  the events.

25       Q.   And pages 3 through 6, going back to

1   ██████

2   where we were, is the customer and product

3   category.  Correct?

4       A.   Excuse me.

5           Yes, that appears to be correct.

6       Q.   And do you see, event ID 255 on the

7   last line of page 4?

8       A.   Yes.

9       Q.   And you see there's another Event 255,

10  on the first page of page 5?

11      A.   Yes.

12      Q.   And the date of that event is

13  November 22, 2027; is that correct?

14      A.   2017.

15      Q.   2017.  I'm sorry.  Yes.

16      A.   Yes.

17      Q.   And this is one of the events you

18  included in your analysis.  Is that right?

19      A.   It's certainly part of the category.

20  I would have to go back and see if it was on the

21  list of excluded events.  I don't think it was.

22          So --

23      Q.   So let's go to page -- I think it's

24  page 20 of your report.

25          I'm sorry.  Page 40, Figure 20, I

1 ███

2 think, is what it is.

3    A.   Right.  Yeah, no, it doesn't appear to

4 be on that list.

5        So it should have been -- I believe it

6 was included.

7    Q.   So Event 255 is not listed.  Is that

8 correct?

9    A.   I didn't see it listed, no.

10    Q.   And you don't have an event dated

11 November 22, 2017?

12    A.   On that list, no.

13    Q.   Going back to -- apologize for this,

14 but I don't have a better way to do it.

15        All right.  The second document or the

16 second event or document, you give

17 Document ID 7790.  Is that right?

18    A.   This -- this second document for

19 Event 255, is Document ID 7790.  That's correct.

20    Q.   Right.  And that's in Appendix C,

21 Standard Chartered, Axis launch payment services

22 with Ripple Tech, correct?

23    A.   Correct.

24    Q.   All right.  If we could go to the

25 press release from November 22.

Page 164

1          ▮

2          This will be the CoinDesk.

3          So I think this will be Exhibit 7.

4          (Press Release titled "Standard

5    Chartered, Axis Launch Payments Service

6    with Ripple Tech" was marked Exhibit 7 for

7    identification, as of this date.)

8          MR. MOYE:  I'm sorry.  I have 6.  Did

9    I miss one?

10          MR. FIGEL:  I had 6 as his declaration

11     from Rio Tinto.

12          MR. MOYE:  Got it.  Thank you.

13     Q.   Do you recall looking at this press

14   release?

15     A.   It seems familiar, yes.

16     Q.   And this talks about a new

17   cross-border platform that's being built on top

18   of technology developed by Ripple.  Correct?

19     A.   Uh-huh.

20     Q.   And if you look at the last paragraph,

21   could you just read the -- the first sentence of

22   the last paragraph.

23          "Not included."

24     A.   Not included in the cross-border

25   platform is Ripple's XRP digital asset.  The

1   ███

2   spokesperson for the start-up confirmed that

3   SC -- which I assume is Standard Chartered --

4   and Axis are not using XRP to facilitate

5   transactions between Singapore and India.

6       Q.   So fair to say that the events

7   described in this press release would not lead

8   to increased utilization of XRP, correct?

9       A.   As described here, this particular

10  product, it says it is not using XRP.

11          It's a cross-border payment platform

    built on top of Ripple technology.  But this

12

13  particular technology, it says, is not using the

14  XRP token.

15      Q.   Can you tell us why you didn't exclude

16  Event 255, from your analysis on consumer and

17  product announcement events?

18      A.   Because this is an announcement of

19  banks using Ripple technology to effect

20  cross-border payments.  The particular corridor,

21  I agree, it says it's not using XRP.  But this

22  is, I would say, an expansion or enhancement to

23  the ecosystem that Ripple is interested in

24  building.

25          It is an interesting question, it

1   █████

2   seems to me, to know whether or not this event

3   moved XRP prices.  May it did; maybe it didn't.

4       Q.   He didn't perform a test to determine

5   whether it didn't or it didn't even though it

6   was an interesting question, correct --

7       A.   I --

8       Q.   -- Dr. ████?

9       A.   I did not look at this event in

10  isolation to determine whether or not to include

11  it in the study.  I do not know, sitting here

12  today, whether XRP prices move following this

13  event or whether they do not.

14      Q.   Now, if you go to the second paragraph

15  of this release, you see where it says,

16  According to SC's release?

17      A.   I'm sorry, where?

18      Q.   Second paragraph, second line at the

19  right.

20      A.   Yes.

21      Q.   And SC presumably is Standard

22  Chartered?

23      A.   That would be my interpretation.

24      Q.   Did you go to -- look at Standard

25  Chartered's release?

1        ▮

2     A.   Unless it was in the Ripple set, if

3  they didn't link to it, no, I didn't go look at

4  it.

5     Q.   Why not?

6     A.   I didn't see the need to.

7     Q.   Do you know how many other press

8  releases you considered in which you included as

9  an event an announcement about a customer who

10  was using a Ripple-related product that did not

11  include the use of XRP?

12     A.   In many of the announcements, it's

13  difficult to know explicitly whether XRP is

14  going to be utilized or not.

15        It struck me as an interesting

16  question to know if announcements of this type,

17  announcing new customers using Ripple

18  technology, whether that moved XRP prices or

19  not.

20        Your expectation might be that this

21  announcement wouldn't.  You might be right.

22     Q.   And just so the record's clear, even

23  though you find that to be an interesting

24  question and even though you acknowledge that at

25  least with respect to this press release,

1   ████

2   there's not a direct increase in the utilization

3   of XRP, you didn't test to see whether it was

4   statistically significant.  Correct?

5       A.   I included it in a set of events and

6   tested the joint significance of that set of

7   events.

8           To the extent that this one has

9   nothing to do with XRP and XRP prices don't

10  react, my results get a little bit weaker.

11  That's -- that would be the downside.

12      Q.   Why do they get weaker?

13      A.   Well, if you add an event -- I mean,

14  if you add an event and there is no price

15  reaction, that makes the joint significance of

16  your set of events weaker.

17      Q.   So the 400 or so events that you

18  excluded, had you included them, would have made

19  the results of -- the joint significance of the

20  set of events weaker.  Correct?

21      A.   Meaningless and almost surely weaker.

22          But the important point is that it's a

23  meaningless exercise to run.

24      Q.   Let's go to -- apologize for having to

25  go back and forth like this -- page 5 of

Page 169

1          ▮

2    Appendix C.

3          You with me?

4    A.   Uh-huh.

5    Q.   And you see there's three events, or

6    three -- I guess press releases or documents

7    that you associate with Event 296.

8    A.   Yes, I see three documents with

9    Event 296.

10   Q.   And then going back to page 40, this

11   was not one of the events you excluded from your

12   study with respect to consumer product

13   announcements, correct?

14   A.   I think that's correct, yes.

15   Q.   Did you personally review the

16   documents that you've associated with Event 296?

17   A.   I believe so.

18   Q.   Understood them?

19   A.   I believe I did.

20   Q.   The third document, which you have

21   identified as Document 7758.  You with me?

22   A.   Uh-huh.

23   Q.   And the headline of that is, "Ripple

24   Blockchain Networks Adds China Payments

25   Provider."

1        ■

2        Do you see that?

3    A.   I do.

4    Q.   Do you know -- why don't we go to that

5    document.

6        This will be Exhibit 8.

7        (Article titled "Ripple Blockchain

8    Network Adds China Payments Provider"  was

9    marked Exhibit 8 for identification, as of

10    this date.)

11    Q.   And I'm showing you what I believe is

12    Document 7758, which is an -- an article dated

13    February 7, 2018.

14    A.   Uh-huh.

15    Q.   If you go to the last -- well, let me

16    just read it to you and save a little time.  I'm

17    reading to you from this document.

18        The product differs from Ripple's

19    xRapid solution, which, unlike xCurrent, uses

20    the company's custom cryptocurrency XRP.

21        So this is another announcement in

22    which a customer utilized a Ripple-related

23    product that didn't require the use of XRP.

24    Correct?

25    A.   It appears to be.

1

2    Q.   And why didn't you exclude this event

3  from your study if it didn't -- if it announced

4  an event that didn't result in an increased

5  utilization of XRP?

6    A.   Because this is an example of a

7  customer and product announcement.  A major

8  payment provider in China joining RippleNet

9  using Ripple's technology strikes me as

10  particularly interesting to know whether XRP

11  prices respond to events of this general type.

12    Q.   And you don't know the answer to

13  whether there was a statistically significant

14  price impact on XRP as a result of this

15  announcement.  Correct?

16    A.   This particular event?  I don't

17  know -- I don't know the answer to that.

18    Q.   Now, as with this one, you -- certain

19  of the events that you identified had multiple

20  documents associated with them, correct?

21    A.   That is correct.

22    Q.   What methodology did you use to

23  determine whether multiple documents should or

24  should not be associated with a specific event?

25    A.   I read the content of the documents to

1  ██████

2  see if they provided substantively similar

3  information.

4       I looked at the dates of the documents

5  to see if they were adjacent in time, if not

6  simultaneous in time, to determine if they were

7  essentially referring to the same event.

8     Q.   And again, this was just your

9  subjective judgment as to whether there was one

10  event or more than one event?

11     A.   It's a -- it's a judgment exercise.

12  In many cases, I think there would be very

13  little controversy.  You may perhaps find a case

14  where you think there is some controversy.  But

15  generally I think it's fairly straightforward,

16  at least in this set of events, to say that

17  certain documents were essentially talking about

18  the same thing.

19     Q.   And as I understood your answer, other

20  than reading the documents that you have listed

21  in Appendix C, you didn't do any additional

22  research.  Correct?

23     A.   Well, again, we -- I -- I looked at

24  the dates of publication.  If they were

25  two years apart, that would probably make it

1

2   unlikely that they were referring to exactly the

3   same event.

4          If they're on the same day, or a day

5   apart, or maybe two days apart -- so it was a --

6   a -- based on the content of the announcement

7   but also some consideration to publication date.

8      Q.   All right.  But that's all information

9   that appears within the four corners of the

10   document, correct?

11      A.   Generally, yes.

12      Q.   My question is, did you look outside

13   the four corners of the document to get more

14   information that it allow -- would allow you to

15   have a more informed judgment about whether a

16   series of documents should be correlated with a

17   single event or multiple events?

18      A.   I can't say that I particularly did

19   more than read the documents to see if they were

20   talking about the same thing.

21      Q.   Can you think of any instance where

22   you did anything to investigate whether

23   documents should be associated with a single

24   event or multiple events, other than reading the

25   documents themselves?

1

2      A.    Just trying to remember.

3            There -- there may have been times,

4    I -- I seem to -- I seem to recall there may

5    have been times when a document might say --

6    this is just a -- this is just a -- an example

7    of type, not a literal quote.

8            Seven banks join RippleNet, and then

9    another document, maybe published the same day,

10   lists seven banks and says, These joined

11   RippleNet.  I may have done a little bit of work

12   to make sure that these were talk-- that the one

13   document was talk-- was referring to the same

14   set.

15           There may have been instances like

16   that.  I think they were few and far between.

17      Q.   You may have done many things,

18   Dr. ▇.  Do you have a specific recollection,

19   as you sit here today, of doing that, of looking

20   beyond the four corners about -- beyond the

21   four corners of the documents that you pulled

22   off the -- the Ripple website to investigate

23   whether they related to one event or more than

24   one event?

25      A.   Yes, I -- I --

1

2      Q.   Which event?

3      A.   I can't tell you which event it was.

4   There was -- there -- I -- I do recall there was

5   an event.  There were documents that were

6   separated by a couple of days of publication,

7   and I wanted to see if they were really

8   describing the same thing.  I don't remember

9   what the event was.

10     Q.   Other than that investigation as to

11  that one event, do you recall doing that on any

12  other occasion?

13     A.   I don't have a specific recollection.

14     Q.   Could you now go to page 22,

15  paragraph 48(c)?

16     A.   Page 22.

17        Yes.

18     Q.   Can you read for the record the

19  sentence you wrote beginning with the word

20  "First."

21     A.   First, the announcement may

22  substantially repeat a previous announcement.  I

23  term such announcements as stale.

24        Second, the nature of the announcement

25  may not have a particular directional

1

2   implication for XRP prices, even assuming the

3   hypothesis of independence is false.  I describe

4   such announcements as direction uncertain.

5       Q.   All right.  Directing your attention

6   to the events you believe to be stale.  Can you

7   tell us what you mean by "stale"?

8       A.   There may be a document published on a

9   certain date that announces some new

10  information, and there may be another document a

11  week later that essentially repeats that

12  information but doesn't appear to be providing

13  new information.

14      Q.   Okay.  If we could go to page 3 of

15  Appendix C.

16      A.   Yes.

17      Q.   And directing your attention to

18  Events 11, 12, and 13 in the customer product

19  category.

20          You with me?

21      A.   Yes.

22      Q.   You identify all those events as -- or

23  the document date for all those events as

24  September 24, 2014.  Is that correct?

25      A.   The documented date is September 24,

1   ████

2   2014.  Yes.

3       Q.   And you didn't exclude any of these

4   three events from your analysis as stale.

5   Correct?

6       A.   Correct.

7       Q.   So all three of these events -- and

8   these are individual events, right?  There are

9   three events here?

10      A.   Three events all on the same day, so

11  they get counted once.  You can exclude them if

12  you want.  Doesn't make any difference.

13      Q.   And that was all part of your analysis

14  that found the correlation between customer and

15  product news and XRP returns.  Correct?

16      A.   That single-event day is part of the

17  analysis, yes.

18      Q.   Let's go to what I believe is

19  Document 7594 in Appendix C, which is titled, I

20  believe, Hundred-year-old CBW Bank, one of first

21  U.S. banks to integrate Ripple's

22  transformational money-transfer protocol.

23          You see that?  I think this would be

24  Exhibit 9.

25          (Article titled "Hundred-Year-Old CBW

1       █████

2       Bank One of the First U.S. Banks to

3       Integrate Ripple as Transformational Money

4       Transfer Protocol Ripple" was marked

5       Exhibit 9 for identification, as of this

6       date.)

7       A.   7594, one of the September 24

8    documents.  Yes.

9          MR. MOYE:  Are we marking this as 9?

10         MR. FIGEL:  Yes.

11      Q.   You with me, Dr. ████?

12      A.   Yes.

13      Q.   The first paragraph, it suggests that

14   CBW Bank continues its pioneering spirit as one

15   of the first U.S. banks to use the Ripple

16   protocol for modern real-time payments between

17   the United States and other countries globally.

18         Do you see that?

19      A.   Yes, I see that.

20      Q.   And this, again, is a press release

21   talking about use of the Ripple protocol?

22      A.   Yes.

23      Q.   What's your understanding of what the

24   Ripple protocol was?

25      A.   Some documents seem to describe it as

1 ███

2 the open-source blockchain technology.  I

3 suppose that's -- that's essentially my

4 understanding of what they mean by Ripple

5 protocol.

6     Q.   Go to the second page.  I guess it's

7 on the back of the one you have.

8     A.   Uh-huh.

9     Q.   Can you read the first two sentences,

10 under the heading, About Ripple.

11    A.   Ripple Labs developed the Ripple

12 protocol, which makes transacting as easy as

13 emailing.  The San Francisco Bay start-up is

14 funded by Google Ventures on --

15    Q.   I'm sorry.  I don't mean to interrupt,

16 but you're reading about Ripple Labs.  I

17 would -- about Ripple.

18    A.   I'm sorry.

19         Ripple is an open-source distributed

20 payment protocol.  It enables the free and

21 instant transfer and exchange of any type of

22 value, including dollars, yen, euros, and even

23 loyalty points.

24         Businesses of any size can easily

25 build payment solutions -- build payment

1 ███

2 solutions, pardon me, such as banking or

3 remittance apps, and accelerate the movement of

4 money on Ripple.  Ripple enables the world to

5 move value like information moves today.  For

6 more information about Ripple, please visit a

7 website.

8     Q.   No mention of XRP, correct?

9     A.   XRP does not appear in that paragraph,

10 no.

11     Q.   Any -- anything you see in Exhibit 9,

12 to suggest that this document would be

13 associated with the increased utilization of

14 XRP?

15     A.   This document describes a bank joining

16 the Ripple protocol.  How that might impact XRP

17 prices is an interesting point to study.  I

18 include it in a test to see whether there's a

19 correlation, and I found that there was.

20     Q.   So you were aware at the time you were

21 doing your event selection that some of these

22 press releases specifically stated that XRP was

23 not going to be used in the product that was

24 being described.  Correct?

25     A.   In some cases, yes.

1

2      Q.   And you elected to include those

3   events in your study, notwithstanding your

4   awareness that they explicitly stated that XRP

5   would not be used.

6      A.   Correct.  You might have a hypothesis

7   that XRP prices should not react following such

8   announcements.  That's a perfectly valid

9   hypothesis to have.

10          In fact, let's remember that is the

11   null hypothesis of the experiment, is that XRP

12   prices are not going to react following these

13   events.  I tested that hypothesis.  I was able

14   to reject it.

15      Q.   So if I showed you the other documents

16   that you have correlated with Exhibits 11, 12,

17   and 13 and I showed you that they also didn't

18   involve a product that would require the use of

19   XRP, it wouldn't change the conclusions you're

20   reaching in your report.  Correct?

21      A.   No, not at all.

22      Q.   Well, the answer to my -- I had the

23   "correct" question.  So the answer is, no, it

24   would the not change --

25      A.   No, it would not change my opinion.

1       ███

2          Yeah.

3          MR. MOYE:  Just for clarification, are

4       you making representation that those other

5       documents do not refer to XRP or describe

6       it?

7          MR. FIGEL:  Why don't we -- if we

8       want, before I make that representation,

9       let me just double-check.

10          MR. MOYE:  Right, because I would ask

11       the same clarification about this document.

12          MR. FIGEL:  I'm sorry.  Which

13       document?

14          MR. MOYE:  I would ask whether you're

15       making that same representation about this

16       document.  Exhibit 9.

17          MR. FIGEL:  That document, I

18       believe -- this is 9 you're talking about?

19          Well, this document, we can ask

20       Dr. ███.

21       Q.   Do you see anything in this document

22       to suggest that the product or the institutions

23       described here, will be using XRP in any of the

24       products?

25       A.   I certainly don't see any -- I don't

1  ████

2  see any statement that they're not.  I think

3  somebody might read this and think, if they're

4  using the Ripple protocol, they may very well be

5  using its native digital token, XRP.

6      So I -- I can imagine that some people

7  might read an announcement like this and think

8  that XRP is being used.  But it doesn't say --

9  that I can see, it doesn't say whether it is or

10  isn't.

11      But in any event, it wouldn't -- it

12  wouldn't alter my opinion.

13   Q.   All right.  So let's go to -- just --

14  I will withdraw my representation so we don't

15  have any confusion about misleading the witness.

16      MR. MOYE:  Fine.  Thanks.

17   Q.   Let's go to Document 79 -- I'm sorry.

18  My eyes are getting bad, too.  I believe it's

19  7595.

20      And that is, I believe,

21  Cross River Bank to integrate Ripple for

22  real-time international payments.

23      Do you see that?

24   A.   I do.

25      MR. FIGEL:  We'll mark that as

1 ██████

2 Exhibit 10.

3         (Article titled "Cross River Bank to

4 Integrate Ripple for Real-Time

5 International Payments Ripple" was marked

6 Exhibit 10 for identification, as of this

7 date.)

8    Q.   Have you seen this document before,

9 Dr. ███?

10    A.   I have.

11    Q.   This is a document with the same date,

12 as Exhibit 9, that you have included as a

13 separate event.

14        Do you see that?

15    A.   Yes.

16    Q.   If you recall from Exhibit 9 --

17 withdrawn.

18        What do you understand the substance

19 of the information included in Exhibit 10?

20    A.   I understand it to be substantially

21 similar to Exhibit 9, just a different bank

22 joining the Ripple protocol.

23        I believe there also -- there's an

24 article or a press release from Ripple which I

25 think joins these two things and talks about

Page 185

1 ███

2 both of them in the same context.  But --

3    Q.   And do you see anything in this

4 document to suggest that the banks or the

5 products that are being described contemplate

6 the use of XRP?

7    A.   Well, I certainly think somebody might

8 draw that inference.  If they're joining the

9 Ripple protocol, they might reasonably think

10 that they're going to use its native token.  It

11 doesn't say, We will use XRP.  And I don't see

12 that it says, We will not use XRP.

13       But again, that's -- it doesn't really

14 have any bearing on my opinion.

15    Q.   Now let's go to Event 13.  That's

16 associated with three documents.  Is that

17 correct?

18    A.   Yes.

19    Q.   Actually, four documents.

20    A.   Yes, four.

21       MR. MOYE:  That's so small.  I'm

22 sorry.

23       MR. FIGEL:  Yeah, I know.

24    Q.   So the first of these four documents

25 that you correlate with Event 13 have the

Page 186

1  ███

2  headlines, Two U.S. banks are ready to embrace

3  the Ripple protocol allowing instant global

4  money transfers.

5        Do you see that?

6  A.  I do.

7  Q.  Let's -- let me show you what we

8  believe is -- it's 11, but it is the article

9  that says -- yeah, it's 7923, Two U.S. banks are

10  ready to embrace.

11        MR. MOYE:  Do you want him to look at

12  it?

13        MR. FIGEL:  I think so, yeah.

14        Well, why don't we do -- let me see if

15  I can cut through this.

16  Q.  We have four press releases or four

17  documents that you associate with a single

18  event, correct?

19  A.  Yes.

20  Q.  And we have two other events with

21  documents that you associate with separate

22  events?

23  A.  Yes.

24  Q.  All occurring at or about the same

25  day?

1

2    A.   On the same day.  I think that's --

3    Q.   Well --

4    A.   -- an important point.

5    Q.   Some are the 24th, some are the 25th?

6    A.   But the event day, I believe I assign

7    9/24 to all.

8    Q.   So why do you -- why did you decide to

9    treat those various press releases as different

10   events?

11   A.   Since they're all on the same event

12   date, it's immaterial how I do that.  I could

13   have grouped them all together as -- and given

14   them one event number, it wouldn't make any

15   difference.

16        One document talks about CB -- or

17   Cross River Bank, the other talks about

18   CBW Bank, and then you have a series of

19   documents that talk about both.

20        They all came out basically on the

21   same day and maybe one came out the following

22   day.  The event date is September 24.  We could

23   call that one event, we could call it

24   ten events.

25   Q.   How do you know, then, which of the

1     ███

2   various announcements are associated with the

3   statistically significant price return on that

4   day?

5        A.   Well, I don't know that there is a

6   statistically significant price return on that

7   day.  But in any event, it doesn't make any

8   difference to me which one of them is.

9            Recall that Ripple Labs has to take

10  the position, or has taken the position, that

11  none of them can be driving the price.  Whether

12  it was the C-- again, assuming there was a

13  significant return on that day, which I -- I'm

14  not conceding is true, I don't know if it's

15  true, but even if it were true, it doesn't make

16  any difference to my opinion whether that was

17  driven by the Cross River Bank joining or the

18  C-- I keep saying CBW.  Yeah, CBW Bank joining.

19            It -- it wouldn't make any difference

20  to my opinion if it was a little of one, a

21  little of the other, a little of both.

22  Ripple Labs has taken the position that there

23  would no association, it couldn't be either one.

24  So it -- it doesn't matter to my analysis which

25  one it is.

1     ███

2     Q.    So if I understand your answer, all

3     your methodology is seeking to prove is that on

4     one day and one action by Ripple Labs, if there

5     is a correlation, that you have disproved the

6     hypothesis you're seeking to disprove; is that

7     correct?

8     A.    No, that's not correct at all.

9     Q.    Well, you just said, if I understood

10    it right, that what you understood Ripple to be

11    saying is that no Ripple action ever had an

12    impact on the price of XRP.  Correct?

13    A.    I understand Ripple disputes that the

14    XRP market looks to them to create value, and

15    they dispute -- also some of the expert reports

16    they submitted in this matter dispute that

17    there's any connection between Ripple Labs and

18    XRP prices.

19    Q.    And so what exactly is it that you

20    believe your study is relevant to with respect

21    to the issues you just identified?

22    A.    I'm testing that hypothesis.

23    Q.    Well, which hypothesis?  You named

24    about five.

25    A.    I think I've named one.  I'm testing

1

2  the hypothesis of whether news about Ripple's

3  actions and news about Ripple is correlated with

4  significant XRP price increases.

5       That is the essential statistical and

6  economic analysis of my report.  And I find,

7  through a variety of measures, that the

8  hypothesis that they are independent can be

9  rejected at any reasonable degree of

10  significance.

11     Q.   And how many days do you have to find

12  a correlation between a Ripple action and a

13  price impact on XRP for you to reach the

14  conclusion that you reach?

15     A.   I -- I'm not aware of a bright-line

16  number.  We can -- you know, some categories I

17  test.  For instance, the milestone category has

18  as few as -- what is it, six or eight events.  I

19  think it's eight.

20       That is actually a large enough sample

21  to test.

22       And then, of course, other categories

23  have many more events.  So I don't have a

24  bright-line number in mind.

25       MR. FIGEL:  I can't remember what time

1

2    we got on the record.

3         MR. MOYE:  Close to 1.

4         MR. FIGEL:  Close to an hour, so

5    should we take a break?

6         MR. MOYE:  Sure.

7         THE VIDEOGRAPHER:  We're going off the

8    record at 2:25 p.m.

9         (Recess from 2:25 to 2:40.)

10         THE VIDEOGRAPHER:  We're back on the

11    record at 2:20 [sic] p.m.

12    Q.   All right.  Dr. ███, if you could go

13    to your -- Exhibit 1, your report, and go to

14    page 20, paragraph 45.

15    A.   Yes.

16    Q.   You look in the middle, paragraph 45,

17    you write, If there is a statistically

18    significant price reaction, and if certain

19    conditions can be established, then one might

20    conclude the market reacted significantly to the

21    announcement.

22         Correct?

23    A.   Yes, I see that.

24    Q.   And in Footnote 57, you describe the

25    conditions that need to be established.

1    ███

2    Correct?

3        A.   I -- I don't intend it to be an

4    exhaustive list, but it's certainly some of the

5    conditions.  Yes.

6        Q.   And -- and one of them, in

7    romanette i, is, There is no other confounding

8    news that day which might explain such movement.

9    Correct.

10       A.   Correct.

11       Q.   What's confounding news?

12       A.   Confounding news is generally

13   information released on or about the same time

14   as the -- let me back up.

15            There's an event that you're

16   interested in.  Confounding information would be

17   news released on or about the same time, which

18   might reasonably be expected to impact the

19   security price that you're questioning.

20            So a canonical example might be

21   ABC Enterprises issues a corrective disclosure

22   on January 1 and the stock price drops.

23   Everybody agrees that the stock price drops.

24   People want to say, Well, the stock price

25   dropped because of the corrective disclosure.

Page 193

1   ███

2          And somebody comes along and points

3   out, Well, wait a minute, ABC Enterprises was

4   also named as a defendant in a class action suit

5   on the very same day, so how do you know if it

6   was the corrective disclosure or the lawsuit.

7          That would be an example of

8   confounding information.

9      Q.   And so if there are compounding events

10  present on a given day in which there's a

11  statistically significant price impact, that

12  would undermine the confidence that you could

13  have that one event or the other caused that

14  price impact.  Correct?

15     A.   It -- it could.  Yes.

16     Q.   And the presence of confounding events

17  would undermine the reliability of any finding

18  you made in this case through your event study,

19  correct?

20     A.   Potentially.

21     Q.   Well, in your own judgment do you

22  believe it was necessary to establish that there

23  was no confounding news on an event day, with

24  whatever the Ripple event that you identified

25  was, before you could reach a reliable opinion

1

2   that the market for XRP reacted in a

3   statistically significant manner to the Ripple

4   news event?

5       A.   Yes, I think one has to take steps to

6   rule out the likelihood of confounding

7   information before drawing any sort of causal

8   inference from a correlation result.

9       Q.   And for the three-day event window

10  that you use primarily in your study to support

11  your opinion, would it also be necessary to rule

12  out confounding events on each of those

13  three days?

14      A.   One would -- one has to consider the

15  possibility of confounding information, I agree.

16      Q.   Okay.  What steps did you take to

17  ensure that the analysis in your -- withdrawn.

18          What steps did you take to satisfy

19  yourself that there were no confounding events

20  on any of the Ripple news event days that you

21  considered?

22      A.   So I took a number of steps.

23          So this might be one of those long

24  answers.

25      Q.   If you must.

1   ▇▇▇▇

2      A.   So let's begin by thinking about

3   what -- what this confounding information might

4   be.  It might be news that impacts the digital

5   token market broadly.

6          Well, we can rule that out.  We can

7   rule that out because 18 of the 20 regression

8   models that I consider control for other digital

9   token returns such as bitcoin.

10         So if it's simply that XRP prices are

11  going up at the same time that the -- the

12  broader cryptocurrency market is going up, we

13  can rule that out as a possible explanation.

14         Another type of confounding

15  information, the example that I gave earlier,

16  is -- is company-specific information.

17         Well, we can rule that out, too.

18  Because, of course, Ripple Labs has taken the

19  position that such information does not exist as

20  a matter of logical possibility.  Because

21  they've said nothing that -- there --

22  Ripple Labs is independent of the XRP market, so

23  there's nothing that could be announced about

24  Ripple Labs that should move XRP price.

25         So we can rule that out as a

1

2   possibility.

3        What we're left with is speculating

4   that there might be something which wasn't

5   specific to Ripple Labs, didn't impact the

6   broader market, but impact the XRP market

7   uniquely.  Okay.  Let's consider that.

8        This would have to be something, first

9   of all, that's only good news, because,

10  remember, we look for -- one of the robustness

11  checks that I do is to see if there's a

12  correlation between these event days and

13  negative returns.  And there is no correlation.

14       So this has to be good news, unique to

15  the XRP market.

16       Okay.

17       It has to be good news, unique to the

18  XRP market, that Ripple Labs chose not to

19  discuss or link to or reference in any way,

20  among 700 articles on its news page.

21       Okay.

22       It would have to be good news for XRP

23  markets that, on the other hand, didn't impact

24  the number of XRP accounts, because remember,

25  that is a control variable in half of the

1

2   regression analyses that I do.

3        It would have to be something that is

4   released exactly on the day in question.

5        It can't be the second day, and it

6   can't be the third day.  And the reason I say

7   that, again, is one of the robustness checks

8   that I did was to look at that one-day event

9   window, and we continue to get the statistical

10  result that we've been discussing all along.

11       It couldn't have been something that

12  came out before the news day in question.  How

13  do I know that?  Because I looked a few days

14  before the news event, and there is no

15  correlation between these events and XRP price

16  increases.

17       So I think it -- it's -- it becomes so

18  implausible to suggest that this hypothetical

19  confounding news could be driving these results.

20  I think that possibility can be dismissed.

21      Q.   You've referred several times to what

22  you believe to be Ripple's position that no

23  action by Ripple had any impact on the price of

24  XRP.  What's your basis for that?

25      A.   That's my understanding from some of

1 ▮

2 issues that are being considered in this

3 litigation.  That's, of course, the position

4 that Dr. Ferrell has taken, and his experts

5 report.

6        I believe that was position taken in

7 Ripple Labs' Wells submission that I looked at

8 some time ago.

9        That's just my general understanding,

10 that they maintain they are independent of the

11 XRP market.

12    Q.   So other than the inferences you draw

13 from the Ferrell report, is there anything in

14 writing that you are -- that you can identify,

15 that has caused you to reach that opinion?

16    A.   I -- I read the complaint some time

17 ago.  I -- I don't remember if it's specifically

18 in there.

19        I think in some of the deposition

20 testimony that I reviewed, executives of

21 Ripple Labs are asked repeatedly about their

22 impact on XRP prices, and they insist that

23 there's no connection.

24        I -- I really didn't think that this

25 was a contentious or controversial point.

1 ▉

2     Q.   Can you recall which depositions you

3  read that caused you to have that understanding?

4     A.   I believe -- I mean, I know the

5  depositions were lengthy.

6          I think there's discussion on XRP and

7  Ripple Labs and price in the deposition of

8  Mr. Garlinghouse and Mr. Larsen and

9  Mr. Schwartz, and -- maybe Monica Long and

10  probably others.  I don't -- I don't claim to

11  have a photographic memory of which depositions

12  include which.

13          I believe that if we review the

14  deposition transcripts, we'll find questions and

15  answers on this subject.

16     Q.   As you sit here today, other than the

17  Wells submission, you can't think of a specific

18  transcript or document in which Ripple Labs has

19  stated that no action by Ripple would have any

20  impact on the price of XRP.

21     A.   I -- again, I would point to the

22  deposition transcripts.  At least the officers

23  of Ripple Labs have said statements to that

24  effect, I believe.

25     Q.   And if you were wrong about that

1   ██

2   assumption, would that change the results of

3   your analysis?

4       A.   No.  That would simply mean if

5   everybody wants to stipulate that Ripple --

6   things Ripple Labs does moves the market, then I

7   suppose we would all stipulate to that.

8       Q.   I'm going back to the steps you took

9   to identify confounding events.

10          As I understood your answer, you did

11  not seek on a particular day to identify whether

12  there were actions or events that could have had

13  an impact on the price of XRP.  Is that correct?

14      A.   No, I don't think that's correct.

15  Again, I took -- I took a number of steps that

16  I've described, so that with -- with -- so that

17  I could reasonably rule out the possibility that

18  the statistical results I was observing were

19  being driven by confounding events outside of

20  the new set that I'm studying.

21      Q.   Did you do any investigation or

22  research to determine whether there were any

23  other events that occurred on a day in which you

24  found a overlap between a statistically

25  significant price return on XRP and the 105

1　██████

2　Ripple events that you tested for to see whether

3　there was anything else happening in the world,

4　in the market for -- that could have had an

5　impact on the price of XRP?

6　　A.　Well, again, there was no need to do

7　what you're suggesting.  It couldn't -- it

8　couldn't be a factor that impacts the -- the

9　digital token market broadly.  I don't have to

10　go look for it.  It can't be the case.  It can't

11　be something specific to Ripple Labs.  I don't

12　have to look for it.  It can't be the case as a

13　logical possibility.

14　　　　And I have enough statistical controls

15　to -- there seemed no point to this sort of

16　exercise that you're describing.

17　　Q.　So you have such confidence in your

18　economic modeling that you can rule out with

19　certainty, under oath, that there's not an event

20　that occurred on a day in which there was -- a

21　confounding event that occurred on a day in

22　which you found a statistically significant

23　price impact -- price return.  Correct?

24　　A.　No, I didn't say that.

25　　　　Could you find and -- could you find a

1

2  particular day where you want to point to

3  something and argue that it might be

4  confounding?  And we could have a discussion

5  about it.

6         I am confident that the statistical

7  result that the null hypothesis of independence

8  can be rejected, I do not believe that that

9  result would change through any exploration of

10  confounding news.

11     Q.   You would agree, though, that if there

12  was confounding news on an event day with a

13  statistically significant price return of XRP,

14  that that would undermine the reliability of

15  your opinion.  Correct?

16     A.   Again, no.  We'd have to see -- no.

17  We'd have to see what kind of news we're talking

18  about.  I mean, we're speculating about things

19  that might be.  We'd have to review it, what it

20  is.  We would have to demonstrate that news of

21  that type does move XRP prices.

22         There would be an awful lot of work

23  that we would have to do before we could even

24  determine that the news actually was

25  confounding, let alone that it had any bearing

1

2  or any impact on my overall results and overall

3  conclusion.

4      Q.   There were 105 days in which there

5  were Ripple events.  Correct?

6      A.   One of the sets of categories I study

7  is based on 105 days, yes.

8      Q.   And on 24 of those days, you found a

9  coincidence with a statistically significant

10  impact on Ripple returns.  Correct?

11      A.   According to one model, yes.

12      Q.   And just so the record is clear, you

13  took no steps with respect to those 24 days to

14  do any sort of investigation or review to

15  determine whether there was an event that

16  occurred on that day?

17      A.   No.  Again, I took a number of steps.

18  May not like the steps that I took.  But I took

19  a number of steps to make sure that these

20  results were not being driven by confounding

21  information.

22      Q.   Well, the steps you took were the ones

23  described, which were effectively built into the

24  models that you created.  My question is a

25  different one.  Did you go on Lexis or Nexis on

1   ███

2   a day in which there was a -- on one of those 24

3   days to see, is there anything else happening

4   that might explain this result?

5        A.   The steps that I took are in some

6   cases matters of model design; in some cases

7   they are matters of variations of model runs to

8   check alternative explanations, such as the

9   possibility of confounding news.

10        I'm satisfied that these results are

11   not being driven by hypothetical, speculative

12   possibilities of maybe something else.

13        Q.   Let's go back to Exhibit 4, if -- I'm

14   sorry.

15        It's Exhibit 4, which is the

16   Litigation Services Handbook.

17        And if you look -- we are going back

18   to the paragraph we looked at before.  And if

19   you could just read the -- the -- the fourth of

20   the four conditions that need to be present for

21   an event study to be able to make the kind of

22   correlations that you claim to have made.

23        MR. MOYE:  Is this 19.2 at A?

24        MR. FIGEL:  Yes, and then sub 4.

25        MR. MOYE:  Thanks.

Page 205

1

2    A.   It is possible to isolate the effect

3  of the news from market, industry, and other

4  firm-specific factors simultaneously affecting

5  the firm's stock price.

6    Q.   Do you agree with that?

7    A.   Do I agree with -- what are you asking

8  me to agree with?

9    Q.   That that is a condition that must be

10  present in order for an event study to reveal

11  the effects of an event on -- it talks about

12  future cash flows, but I assume you would agree

13  that price impact would also follow from -- from

14  the -- the correlation that the author is making

15  here.

16    A.   If the purpose of the study is to

17  assign causality to a particular event, then one

18  needs to take steps to rule out the possibility

19  that it might have been some other event.

20    Q.   Did you identify any day in which --

21  any day of the 24 -- let's just try to keep the

22  models and the studies clear.

23      Of the 24 days in the study that you

24  described in paragraph 100, did you find any

25  confounding event?

1    ███

2        A.    Please define what you mean by

3    "confounding event" when you ask that question.

4        Q.    I mean what you said, which was an

5    event -- well, let's just make sure the record

6    is clear.

7            Why don't you define, for the purpose

8    of answering my question, what you understand

9    confounding event to be.

10           My question is, on any of the 24 days

11   in which you found the coincidence of a -- a

12   price impact and a Ripple news event, did you

13   identify a confounding event on that day?

14       A.    As I would define it, no.

15           There is -- for example, one of the

16   events simultaneously lists, I think it's

17   Series B funding along with new product, new

18   customers on RippleNet.  I don't consider that

19   confounding.

20           I -- it's not necessary for me to

21   assign causation to one or the other.  It's

22   enough that prices moved around that

23   announcement.

24           So the answer to your question is, no,

25   I didn't find anything that I would consider to

1

2  be confounding.

3     Q.   What factors, if any, in your model,

4  other than account growth of -- of XRP accounts,

5  do you contend are unique to XRP?

6        You understand my question?

7     A.   I think that I do.

8        Well, in half the models that correct

9  for serial correlation, we have the lagged

10  return of XRP itself, on the right-hand side of

11  the regression, I suppose that would qualify.

12     Q.   Anything else?

13     A.   No, there's nothing -- there's no

14  other right-hand side control factor that is

15  unique to XRP, besides its account growth and

16  its lag return.

17     Q.   And just so the record is clear, I

18  mean, it's clear what you've testified to with

19  respect to what you feel you've done to identify

20  and rule out confounding events.

21        I just want to ask you whether there

22  are additional steps that you did or did not

23  take.  You with me?  In other words, I'm not

24  looking for you to repeat what you've done.  I'm

25  asking a specific -- I'm going to ask you a

Page 208

1   ████

2   series of specific questions about whether you

3   took particular steps.

4       A.   Okay.

5       Q.   All right.  And let's just -- for the

6   purposes of keeping the record clear, we're

7   going to talk about the 24 days of confluence

8   that you identified in paragraph 100 of your

9   report.  You with me?

10      A.   All right.

11      Q.   On any of those days, did you do a

12  news review to see whether there was any news

13  about the cryptocurrency markets generally?

14      A.   Yes.

15      Q.   What specifically did you do to look,

16  on that particular day, for news about the

17  cryptocurrency markets?

18      A.   So on some days which were -- which

19  had statistically significant price returns

20  associated with them, I directed my team to take

21  some extra steps to make sure that certain facts

22  about those days were known.

23          Some of those steps included

24  LexisNexis searches around certain keywords

25  related to XRP.

Page 209

1   ■

2   Q.   Anything else?

3        MR. FLUMENBAUM:  Would you lean up,

4   please?

5        THE WITNESS:  Sorry, I thought the

6   microphone was working.

7   A.   I'm sorry, what's the question?

8   Q.   Anything else?

9   A.   I don't think anything uniquely to

10  those days.  Again, we -- we -- I want to be

11  careful.  We checked the UTC -- I'm trying to

12  remember if we checked the UTC publication date

13  on the host web pages for every day or only days

14  associated with statistically significant

15  returns, and I think it may have been the

16  latter.  I -- I'm fairly sure it was the latter.

17        So that means we -- we also would have

18  clicked on the web page hosting the document,

19  looked at the -- now I'm going to get this

20  wrong, but the HTML code or the XML code or --

21  some computer scientist is going to tell me I

22  got the wrong term -- but the underlying script

23  for hosting the web page to look for the -- the

24  UTC date stamp for the web page, and did

25  Internet searches to see -- to look for other

1

2  information around these events and XRP.

3       That's what I can recall doing.

4     Q.   What was the work product that was

5  generated in connection with these efforts to

6  conduct Internet searches on the days in which

7  there was the event?

8     A.   I don't know that it necessarily led

9  to the creation of work product, if analysts

10  were searching for keywords and not finding

11  results.  I don't necessarily know that work

12  product was created.

13     Q.   So was there any document that you or

14  your staff has that would reflect the efforts

15  that you claim were made to determine, based on

16  an Internet search or a LexisNexis search on one

17  of those 24 days, as to whether there was

18  confounding events?

19     A.   Well, I think in my report I discuss

20  the steps we took, for instance, to carefully

21  date the events, and I think in my report I also

22  mention conducting Internet searches around key

23  dates.

24     Q.   Can you show me where in your report

25  you reported that?

1   ████

2   A.   I'm happy to, if I can go through it.

3        (Witness reviewing document.)

4        MS. KIM:  Paragraph D, Appendix 18.

5        THE WITNESS:  Right, Appendix D.

6   Thank you very much.

7   A.   We talk about how we search for UTC

8   dates.  And part of that process was searching

9   for keywords around -- around those dates.

10   Q.   Can you point to me the paragraph or

11   the portions?

12   A.   Yes, it's Appendix D, paragraph 18.

13   Q.   All right.  As I read paragraph 18,

14   that looks to confirm the dates of events.

15   A.   Yes, but it also refers to Factiva,

16   LexisNexis and Internet searches around keywords

17   related to the event.

18   Q.   To determine if the event was reported

19   earlier through some other news channel.  It's

20   the same event.  I'm asking for a search for

21   confounding events.

22   A.   Yes, but in -- in conducting a

23   LexisNexis and Internet search with keywords

24   related to XRP, confounding events could very

25   possibly have come up.  If they had come up, I

1    ███

2    would have noted -- we would have taken note.

3    No confounding events came up.

4        Q.   The sentence you wrote, Dr. ███, is

5    that you conducted these various Internet

6    searches to determine if the event was reported

7    earlier through some other news channel.  So

8    you're looking for stale news there.

9        A.   Correct.  I mean, that -- that was the

10   principal motivation for doing it, but your

11   question was if we did other research around the

12   24 days.  The answer is yes.  And you asked if

13   we did -- if we did Internet searches, the

14   answer is yes.

15       Q.   Well, let me be clear about my

16   question to make sure we have a clear record

17   here.

18           Did you do Internet searches, or any

19   other searches, in an attempt to identify

20   confounding events on the 24 days in which --

21   that we've been talking about?

22       A.   We -- I did not do additional searches

23   beyond what's described here for the purpose of

24   searching for confounding events.

25           I was satisfied with the statistical

1   ███

2   properties and analytical methods that I adopted

3   and didn't feel that such efforts were

4   necessary.

5       Q.   So the sentence you just identified as

6   conducting Internet searches was not for the

7   purpose of identifying confounding events on any

8   one of those 24 days.  Correct?

9       A.   It was not for that purpose, it may

10  have had that effect.  It was for the purpose of

11  making sure that we dated events correctly.

12      Q.   So you didn't direct your staff, and

13  you didn't personally, conduct any Internet or

14  other searches in order to determine whether

15  there were confounding events on any of the

16  24 days that we're talking about?

17      A.   No.  Again, it wasn't necessary.

18      Q.   Based on your experience, does the

19  daily trading volume of financial -- of a

20  financial instrument on a given day have an

21  impact on the market price of that instrument on

22  that day?

23      A.   That's a -- that's a difficult

24  question.  And I -- I don't know that there's a

25  settled answer in the literature about the

1    ███

2    relationship between volume and price.  I don't

3    know that I have a view on the relationship

4    between volume and price.

5        I don't think I -- I would say that

6    that's not settled.

7        Q.   Well, have you -- are you aware of

8    studies that look at price discovery of common

9    stock on public -- public exchanges?

10       A.   Generally, yes.

11       Q.   And isn't it a fact that those studies

12   generally suggest that more thinly traded stocks

13   are more volatile and more price sensitive to

14   news?

15       A.   I would agree that there is a general

16   result that volume may relate to volatility,

17   within some thresholds perhaps.  But not

18   necessarily on the level of price.

19       Q.   Well, isn't volatility a proxy for --

20       A.   No.

21       Q.   -- price movement?

22       A.   For price movement but not for the

23   level of price.  The price is a hundred dollars,

24   the price is a hundred dollars, if there's a lot

25   of volume or a little volume.

1 ███

2         Could that price fluctuate more or

3 less depending on the depth of the volume?

4 Perhaps.

5         Those are different questions.

6     Q.   Well, then, do you agree with me as a

7 general proposition, financial instruments that

8 are more thinly traded are more volatile?

9     A.   As a general proposition, I think

10 that's consistent with empirical findings.

11 Again, there may be exceptions here or there.

12     Q.   Any reason that that would not carry

13 over to the market for digital assets?

14     A.   I -- I have no reason to think that

15 digital assets are necessarily different in that

16 respect.

17     Q.   Now, earlier you testified about

18 bitcoin essentially being the big whale in the

19 cryptocurrency market.  Is that a fair lawyer

20 summary?

21     A.   I would say that that's a fair

22 summary.

23     Q.   And it follows that a digital token or

24 asset like lumens has less trading volume than

25 bitcoin on a given day.

1

2      A.   Not having specifically looked at it,

3  that would certainly be my expectation.

4      Q.   And do you have a view as to whether

5  the trading volume of XRP was more or less than

6  the trading volume of bitcoin?

7      A.   Again, my expectation is that on most

8  days that you would want to look, you would

9  probably find the trading volume was less.

10     Q.   What about Ether?  Same question,

11  relative to bitcoin?

12     A.   Again, I would expect it would be less

13  than bitcoin on any day you select at random.

14     Q.   So with respect to an event that would

15  apply generally to cryptocurrencies, would you

16  expect to see a different price impact on lumens

17  or Ether as a compared to bitcoin?

18     A.   I -- I don't know.  I just -- I

19  just -- it would depend on the event.

20          I don't know.

21          Q.  Well, a more thinly traded financial

22  instrument responding to the same news,

23  presumably, based on what you said, would be

24  more volatile, correct?

25     A.   More volatile, I mean if -- if China

1   ███

2   announces that it's shutting down the digital

3   token market, you might expect that that would

4   negatively impact almost all digital tokens.

5       Q.   And would the price change be the

6   same -- would you expect the price change to be

7   the same for all digital tokens?

8       A.   Certainly not.  Bitcoin is trading at

9   tens of thousands of dollars per token, and most

10  tokens are trading at a fraction of a penny per

11  token; therefore, the price change would almost

12  certainly not be the same.  The return may not

13  be the same, but there's no particular reason to

14  think it would be identical.

15      Q.   And where would you expect to see

16  larger percentage changes?  You call it price

17  return.

18      A.   I -- I don't know.  I don't have a

19  prior -- and I don't -- it would depend on the

20  news.  I don't know.

21      Q.   That was something that you could

22  have -- withdrawn.

23           There are economic empirical models

24  that allow an economist to test for the impact

25  of trading volume on price.  Correct?

1 ██████

2    A.   Yes.  Such models exist.

3    Q.   And you didn't incorporate any of

4  those models into your regression analyses in

5  which you were estimating the return of XRP

6  based on the models that referred to bitcoin,

7  Ether, and lumens, correct?

8    A.   I generally followed the accepted

9  methodology and peer-reviewed academic

10  literature and applied similar regression models

11  you'll find there.

12       No, I did not incorporate a factor

13  related to trading volume.

14    Q.   And the same is true for XRP, correct?

15    A.   Well, all of these are models of XRP.

16    Q.   No.  I'm talking about when you were

17  using -- let's just break it up into two pieces.

18  You have your 20 models or so that show each

19  model and what the components of each model

20  were, correct?

21    A.   Correct.

22    Q.   And in none of those models did you

23  include reference to the trading volume of any

24  of those digital assets.  Correct?

25    A.   Correct.  Trading volume not a control

1      █████

2  factor in any of my models, as it is not a

3  control factor in peer-reviewed event studies

4  related to crypto markets.

5      Q.   And similarly, when you were measuring

6  the price impact of XRP, you didn't consider the

7  volume of XRP that was traded in a given day,

8  correct?

9      A.   I did not consider the volume.  No, I

10  did not.

11      Q.   And why not?

12      A.   Following accepted methodology, it's

13  not typically included in an event study model

14  of the type that I'm doing.

15          What the -- one concern is that, for

16  instance, volatility, generally moves over time.

17  That's a concern.  And that's one of the reasons

18  that researchers, myself included and the

19  researchers in the literature that I cite to,

20  use what are called rolling estimation windows,

21  precisely to allow changing volatility and

22  changing relationships, between returns and

23  control factors.

24          That's -- that's a common methodology

25  for addressing these sorts of concerns, and

1

2  that's what I did.

3      Q.   Show me where in your report you make

4  reference to rolling estimation windows, to

5  account for changing volatility and changing

6  relationships.

7      A.   All right.  I'll start Appendix D this

8  time.

9          (Witness reviewing document.)

10     A.   Appendix D, paragraph 10.

11     Q.   Other than paragraph 10, do you

12  describe in any other place in your report what

13  steps you took to address changes in volatility

14  and change in relationships over time?

15     A.   Well, section -- changing

16  relationships over time is the subject of

17  Section 7 of my report?

18          So Section 7 is entirely devoted to

19  documenting changing relationships between XRP

20  and at least bitcoin and Ether, just to make the

21  point that relationships change over time.

22          I have to flip back to my earlier

23  methodology section to see if I relate the

24  rolling window specifically to volatility.  Of

25  course, I discuss rolling windows.

1   ▮▮▮

2          (Witness reviewing document.)

3       A.   So I haven't read it yet, so I --

4   let's see if it talks about volatility.   But

5   paragraph 42 and the footnotes there, 51 and 52,

6   I'm just reading them.

7          Footnote 51, A well-accepted method

8   for performing the event study is to estimate a

9   regression model over some period of time to

10  quantify typical relationships.

11         That -- that establishes the -- the --

12  the commonality of the six-month estimation

13  period.  Footnote 52 in my analysis, the

14  estimation window, i.e., the 180-day window used

15  to estimate the regression, will change with

16  different dates of interest.  This is typically

17  referred to as a rolling estimation window since

18  the estimation is rolled forward for each

19  subsequent date of interest.

20         By using a rolling estimation window,

21  I'll allow for the relationship between the XRP

22  prices and the explanatory factors as well as

23  the volatility of the random factor to change

24  over time.  Use of a rolling model to account

25  for changing volatility and evolving

1   ▉

2   relationships among factors is often applied and

3   is accepted in peer-reviewed literature.  See --

4   and then there are various citations.

5       Q.   Anything else?

6       A.   I'm sorry?

7       Q.   Anything else?

8       A.   Possibly, but I don't think so.  I

9   imagine that those are the only places I discuss

10  it.

11      Q.   In Appendix B to your initial report,

12  Exhibit 1, you list the complaint filed by the

13  SEC in this case as one of the documents that

14  you considered.  Is that correct?

15      A.   Strictly documents relied upon, but

16  yes.

17      Q.   Did you read the complaint?

18      A.   I did.

19      Q.   How many times?

20      A.   I don't know.

21      Q.   Did you understand it?

22      A.   I -- as a layperson reading a legal

23  filing, I would like to think I understood it as

24  well as a layperson would.

25      Q.   Do you understand that the SEC

1   █████

2   contends that the opinions that you reached in

3   your initial report support the allegations in

4   the complaint?

5       A.   I'm sorry.  Your question is -- do

6   I -- do I understand that -- I'm sorry.  Could

7   you repeat the question.

8       Q.   Do you understand that the SEC

9   contends that the opinion reached in your

10  reports support the allegations in the

11  complaint?

12          MR. MOYE:  It's a yes-or-no question,

13      right?  I'm going to object to the extent

14      you're asking for work product.

15      Q.   I'm not asking you about

16  communications with counsel.  I'm asking for his

17  understanding about whether the SEC is

18  sponsoring his opinion in support of its

19  theories as outlined in the complaint.

20      A.   I would say that -- certainly, yes, in

21  the sense they asked me to conduct the study and

22  they're submitting my expert report as part of

23  their proceedings.  Beyond -- I mean, beyond

24  that, I can't say.

25      Q.   And you read the report before you

1   ████

2   crafted your methodology, correct?

3       A.   I assume you mean I read the

4   complaint?

5       Q.   I'm sorry.  Yes.  Read the complaint.

6       A.   Yes, I read the -- reading the

7   complaint was one of the very first things that

8   I did.

9       Q.   Okay.  What's your understanding of

10  the violation of law alleged in the complaint?

11      A.   I don't know.

12          MR. MOYE:  Object to the extent you're

13       asking for a legal conclusion.

14      Q.   And just so Mr. Moye can continue to

15  have a relaxed afternoon, I'm not asking you for

16  communications you had with counsel for the SEC.

17      A.   Right.  But, I mean, I'm not a lawyer.

18  I'm not -- I'm not qualified to offer a legal

19  opinion.

20      Q.   I'm not asking for a legal opinion.

21  I'm asking for your understanding about what the

22  violations alleged in the complaint are.

23      A.   Well, answering as just a layperson,

24  I -- my understanding is the SEC believes that

25  XRP should be classified as an investment

1   ████

2   contract, and certain requirements that I don't

3   fully understand follow therefrom.

4       Q.   Okay.  And, again, I'm asking for your

5   understanding.  What is your understanding as to

6   why the opinions that you reached support the

7   SEC's contention that XRP, or transactions in

8   XRP, are investment contracts?

9           MR. MOYE:  Same objection.  Work

10      product.

11      A.   I just -- I'm -- I -- again, I'll say

12  it again.  I'm not a lawyer.  I'm not qualified

13  to offer a legal analysis.

14          I was asked to investigate whether

15  there's -- whether actions or news of actions by

16  Ripple Labs impacts XRP prices.  I conducted the

17  best analysis that I could, and I found that

18  there is overwhelming evidence that it does.

19  That's -- that's -- there it is.

20      Q.   Have you read the Supreme Court's

21  opinion in Howey -- in SEC versus W.J. Howey

22  Company?

23      A.   No, I have not.

24      Q.   Are you familiar with the Howey test?

25      A.   Broadly familiar with it, yes.

1

2      Q.    What's your understanding of it?

3      A.    Well, as a layperson, just

4    recollecting what I think I understood, the

5    Howey test describes an investment contract as

6    a -- a -- an investment in a common enterprise

7    with an expectation to earn profit from the

8    efforts of a third party or promoter or

9    something like that.

10     Q.    And are you aware, generally, that

11   courts apply the Howey test to determine whether

12   a contract, scheme, or transaction, qualifies as

13   an investment contract under the federal

14   securities laws?

15     A.    Again, I'm not a lawyer, I -- I'm not

16   familiar with the law or the case law or the --

17   the legal issues.

18          I do recall the Howey test being

19   mentioned in the complaint.  I assume it is

20   germane to the discussion, but that's just my

21   lay understanding.

22     Q.    You write, in paragraph 12A, that

23   Using a well accepted event study methodology, I

24   find statistically significant evidence that XRP

25   prices react to news about Ripple's actions.

1        █████

2        Do you see that?

3    A.   Yes.

4    Q.   And are you aware that the Howey test

5    requires proof that an offeree makes -- the

6    question in the Howey test is whether an offeree

7    makes an investment in a common enterprise and

8    is led to expect profit solely or primarily as a

9    result of the efforts of others.

10        MR. MOYE:  Objection.  Calls for legal

11        conclusion.  Very explicitly.

12    A.   So I'm sorry, what is your question?

13    I mean, I recognize those words when the Howey

14    test is being described.

15    Q.   Well, what's your understanding, from

16    an economic perspective, of what it means for

17    the price impact on an asset to come solely or

18    primarily from a person or entity?

19    A.   As an economist, I don't think those

20    words have very much meaning at all.

21        Very few things, speaking as an

22    economist, could be said to derive solely from

23    the efforts of one person.

24        The -- the stock price of

25    XYZ Enterprises does not depend solely on the

1 ▉

2 efforts of XYZ Enterprises.  So as an economist,

3 I -- I'm not quite sure what meaning or

4 significance I would attach to those words.

5     I'm sure they're well defined legally,

6 but as an economic matter, I -- I don't think

7 it's clear what those words would mean.

8    Q.   So as a result, you didn't attempt, in

9 your event study methodology, to answer the

10 question whether offerees or holders of XRP were

11 led to expect any increase in the value of their

12 XRP based solely or primarily on the efforts of

13 Ripple.  Correct?

14    A.   Since that's not an economic question,

15 I did not conduct an economic analysis of such a

16 question.  I conducted an analysis which

17 demonstrates that Ripple Labs -- some of the

18 things Ripple Labs does moves XRP prices.

19    Q.   And your methodology didn't rely on

20 any information about the expectations of XRP

21 holders, correct?

22    A.   That is correct.  I -- I don't know

23 the motives of people who buy XRP.  That has no

24 bearing on my analysis.

25    Q.   And your methodology didn't seek to

1   ███

2   answer the question whether XRP price returns

3   were caused solely by the actions of Ripple.

4   Correct?

5       A.   Yeah, I would -- I would say that that

6   is not a question that an economist could

7   answer, whether something is due solely to

8   something else.

9           In -- in the field of economics, I --

10  I'm hard pressed to think of any example of

11  anything that is due solely to something else.

12  If Party A and Party B make an exchange, Party A

13  and Party B are involved, as an economic matter.

14          Again, legally, I mean, perhaps it's a

15  well-defined term.

16      Q.   So the answer to my question is your

17  methodology did not seek to answer the question

18  whether XRP price returns were caused solely by

19  the efforts of Ripple Labs.  Correct?

20          MR. MOYE:  Objection.  Asked and

21      answered.

22      A.   I would -- I would say, as I testified

23  before, that that question is not an

24  economically well-formed question.

25      Q.   And so your methodology doesn't answer

1      ███

2   it.  Correct?

3          MR. MOYE:  Same objection.

4      A.   My methodology establishes that

5   Ripple Labs does things to move XRP prices.

6      Q.   If you would, Dr. ███, I'd like an

7   answer to my question.  Does your methodology

8   allow you to answer the question whether the

9   actions of Ripple Labs are the sole cause of XRP

10   price returns?

11          MR. MOYE:  Objection.  Calls for legal

12      conclusion.

13      A.   I'm struggling to -- to understand

14   that as an economist.  As an economist, the

15   question doesn't make a great deal of sense.

16          That's all I can say.

17          So -- that's all I can say.

18          Again, it may be a very well-defined

19   legal term, but I don't think an economist could

20   render an opinion one way or another whether

21   something was due solely to the actions of one

22   person versus another.

23          Every -- as I said, every act of

24   exchange involves at least two parties.  It's

25   just not a -- not a term that economists tend to

1 ▮

2 use.

3     Q.  So you're not offering an opinion in

4 this case that Ripple's actions were the sole

5 factor impacting the price of XRP; is that

6 correct?

7     A.  Correct.  I -- I -- nowhere do I offer

8 such an opinion.  I offer the opinions as laid

9 out in my report.

10     Q.  And similarly, your methodology

11 doesn't allow you to answer the question whether

12 XRP price returns were caused primarily by the

13 actions of Ripple Labs.  Correct?

14     MR. MOYE:  Objection.  Calls for legal

15   conclusion.

16     A.  Again, as an economist, I -- I -- I'm

17 not comfortable using the word "primarily."

18     What I have -- what I have shown, what

19 I've attempted to show and what I think the data

20 clearly show, is that XRP -- I'm sorry,

21 Ripple Labs does things to move XRP prices.

22     XRP prices react to things that

23 Ripple Labs does.  XRP prices react to things

24 that happen to Ripple Labs.

25     That's -- that's what I was asked to

1

2    investigate, that's what I did investigate, and

3    that's what I found.

4        Q.   And on how many days, in the

5    approximately 2400 days covered by your study,

6    did you find evidence that the price of XRP was

7    statistically correlated with an action of

8    Ripple Labs?

9        A.   Well, the only number that I can

10   recall offhand is one that we discussed.  I

11   provide an example of one case in my report,

12   Model Number 1, the constant mean model, and

13   under that model, out of the 105 days being

14   tested in Section 6(f), 24 are associated with

15   statistically significant positive XRP price

16   increases.

17       Q.   All right.  Your methodology did not

18   seek to answer the question whether XRP price

19   returns were caused primarily by the actions of

20   Ripple Labs.  Correct?

21           MR. MOYE:  Asked and answered.

22       A.   I think we asked that question, but --

23       Q.   We asked it about solely.  Now I'm

24   asking it primarily.

25       A.   I thought we also had discussed that

1 ▮

2  way, but fine.

3         Again primarily, the word "primarily"

4  just is not a word that, as an economist, I -- I

5  would apply to an analysis like this, or any

6  other analysis.

7         If -- if Alice sells an apple to Bob,

8  you could say, Alice sold the apple or you could

9  say Bob bought the apple.  I -- parsing out the

10  primary-- who primarily did what is just not

11  something that is usually in the domain of an

12  economist.

13     Q.   And you're not offering an opinion in

14  this case that the XRP price returns were caused

15  primarily by the actions of Ripple Labs.

16  Correct?

17         MR. MOYE:  Asked and answered.

18     A.   As I testified, I -- I was asked to

19  investigate a question, and I found significant

20  evidence, statistical evidence, that XRP prices

21  react to actions by Ripple Labs.

22     Q.   Now, you say "primarily" is not a word

23  that economists --

24     A.   I -- I do -- I'm just wondering how

25  much -- are we coming up on a break?  I'm just

Page 234

1          ███

2   asking.

3       Q.   Sure, we can take a break.

4       A.   I don't want -- I don't want to derail

5   things.  If it's convenient at some point.

6       Q.   As I say, we can do this for 16 hours

7   so --

8          MR. MOYE:  No, we can't.

9          MR. FIGEL:  Any time to break is as

10      good as any other time.  Let's go off the

11      record.

12         THE VIDEOGRAPHER:  We're going off the

13      record at 3:36 p.m.

14         (Recess from 3:36 to 3:50.)

15         THE VIDEOGRAPHER:  We're back on the

16      record at 3:50 p.m.

17      Q.   Dr. ███, do you recall your testimony

18  about how the word "primarily" doesn't --

19  isn't -- isn't a term an economist would use?

20      A.   Beyond how a -- a layperson might use

21  it, but I meant as a scientific term in a

22  context like this, I don't think it's very well

23  defined.

24      Q.   So take a look at page 22 of your

25  report.

1   ███

2   A.   Yes.

3       Q.   In the fourth bullet from the top you

4   say, Ripple Commercialization Initiative.

5   Initiative launched by Ripple Labs primarily

6   described as being related to the

7   commercialization or promotion of Ripple's

8   products or technology.

9   A.   Yes.

10      Q.   What did you mean by "primarily"

11  there?

12      A.   I meant that a reading of the

13  announcement and description of the initiative

14  made it sound largely related to

15  commercialization or promotion of its products

16  or the general ecosystem.

17      Q.   So there you're using "primarily" and

18  "largely" synonymously?

19      A.   There I'm using the word "primarily"

20  as -- as used in common speech, I would say.

21      Q.   And going back to your opinion, you're

22  not offering the opinion that the price

23  impact -- any price impact on XRP was primarily

24  or largely caused by actions of Ripple Labs.

25  Correct?

1   ▉

2       A.   I'm not offering that opinion, that is

3   correct.  The -- to -- to insert those words

4   into an analysis like that I just think is

5   economically not well defined.

6       Q.   And -- and --

7       A.   Let me -- if I may finish.

8           I mean, the value of a citrus grove is

9   going to depend on the weather.  It's going to

10  depend on the general conditions of supply and

11  demand for citrus.

12          So, I -- you know, inserting the word

13  "solely" and "primarily," I don't know what

14  standard needs to be met, or how it would be

15  determined by an economist, to know whether

16  those words, which have a legal meaning, could

17  be applied to -- to a result like this.  So

18  I'm -- I'm not going to do it.

19      Q.   And the substance of your opinion is

20  that you found evidence that XRP prices react to

21  news about Ripple's actions.  Correct?

22      A.   I think I may have said "select

23  actions."  But in substance, yes.

24      Q.   And you found that on about 1 percent

25  of the days during the period that you examined.

1

2   Correct?

3          24 days out of about 2400.

4     A.   I mean, that's -- that's not a

5   calculation that has any meaning.

6          One could divide 24 by 2400, but that

7   doesn't mean anything in this context.  Out of

8   105 events -- and, again, this isn't the only

9   basis for my opinion.

10          But focusing on that, out of 105

11   events, 24, plus or minus, are associated with

12   significant positive returns, and that is an

13   outcome that is so unlikely, but for some kind

14   of a correlation or association or dependence

15   between Ripple Labs and XRP prices.  That is the

16   statistical basis of my opinion.

17     Q.   But what you found when you found that

18   correlation, you only found it on that model 24

19   times out of approximately 2400 days.  Correct?

20     A.   I -- I reject the -- the formulation

21   of your question, 24 out of 2400.  It's 24 out

22   of 105.

23          I'm testing 105 days.  And I find 24

24   of them, again according to one model, have

25   statistically significant returns.  And that

1     ████

2     outcome is incredibly unlikely.

3          Q.   And you found no correlation between

4     the actions of Ripple Labs on the 2400 minus 24

5     days that you -- that were encompassed in your

6     study, correct?

7          A.   I don't accept your characterization

8     at all.  I think you're misstating, or -- the

9     basis of my analysis.  It's not the right way to

10    think about it.  I had a set of events.  This is

11    how events studies work.

12            I had a set of events.  I look to see

13    if there are price reactions in that set of

14    events.  And I found that there were far more

15    than could be accounted for under the hypothesis

16    that Ripple Labs and XRP are independent of each

17    other.

18          Q.   I understand that, and you've

19    testified to that.

20            My point is, the only time you found a

21    statistical correlation between a Ripple news

22    event and a statistically significant XRP price

23    impact was on 24 days.

24            Correct?

25            MR. MOYE:  Objection.  Argumentative.

1   ███

2       A.   According to Model 1, the intersection

3   between -- and according to Model 1, studying

4   the superset of various news categories, the

5   intersection between news days and significant

6   market days numbered 24.

7       Q.   All right.  To do a proper event

8   study, you are required to state a hypothesis,

9   correct?

10      A.   I would say that statistical tests

11  revolve around the acceptance or rejection of

12  certain null hypotheses.

13      Q.   And what was the hypothesis that you

14  sought to accept or reject, in connection with

15  the opinion you're offering in this case?

16      A.   The null hypothesis is that

17  Ripple Labs and XRP price increases are

18  independent of each other.

19      Q.   And your conclusion is they're not

20  independent, correct?

21      A.   That is correct.

22      Q.   You weren't asked to determine whether

23  the actions of Ripple Labs were the sole or

24  primary reason that we see significant price

25  increases, correct?

1   ███

2      A.   Again, it's not a well-formed economic

3   question, but that was not the question that was

4   posed to me.

5      Q.   And you didn't seek to answer the

6   question whether the actions by any person or

7   entity other than Ripple had an impact on XRP

8   prices.  Correct?

9      A.   I think that's fair.  I certainly did

10  look at how XRP returns correlate with broad

11  crypto -- other broad digital token returns.

12  Now, that's not -- I acknowledge that's not

13  exactly what you asked.

14        But I did look at that question.

15        I was not investigating whether the

16  actions of, say, XYZ Enterprises, impacts XRP

17  prices.

18     Q.   So the answer to my question is no.

19  You didn't conduct any analysis to determine

20  whether actions by any person or entity outside

21  of Ripple had an impact on XRP prices.  Correct?

22     A.   I -- I'm going to agree with that.

23        I would say that that's fair.  I was

24  looking for a relationship between Ripple Labs

25  and XRP prices.  I was not looking for a

1   ███

2   relationship between something else and XRP

3   prices.  Again, above and beyond a general

4   exploration of correlation in the digital token

5   market.

6       Q.   All right.  And couple times you have

7   included in your answer that XRP prices react to

8   certain news, and public statements about

9   Ripple's actions.  Correct?

10      A.   Yes, that's correct.

11      Q.   And your methodology demonstrated that

12  there's not a statistically significant price

13  return on XRP with respect to all news about

14  Ripple.  Correct?

15      A.   Correct.

16      Q.   And similarly, you did not find a

17  statistically significant price return on XRP,

18  with respect to all public statements about

19  Ripple.  Correct?

20      A.   That's correct.  I wouldn't expect

21  such a finding.

22      Q.   And your methodology didn't determine

23  whether a particular Ripple news event caused

24  any particular price movement.  Correct?

25      A.   My methodology, based on the

1

2   statistical results and analysis that I

3   conducted, I believe XRP prices reacted to news

4   of certain actions from Ripple Labs.

5       Q.   So are you -- is your opinion that

6   your study proves causation between Ripple

7   events and a statistically significant XRP price

8   movement -- price return?

9       A.   Causation is not a question which is

10  generally subject to proof as a matter of

11  economics.  Correlation or independence is a

12  question which may be subject to proof.

13          So the statistical test, the -- the

14  statistical test, the null hypothesis, is

15  expressed in terms of correlation.

16          The question of what kind of inference

17  you can draw from a statistical result depends

18  on your economic understanding of the -- of the

19  facts of the matter and maybe some other

20  robustness checks that you may run to rule out

21  alternative explanations.

22          The sum total of all of that work

23  supports a -- an inference of likely or -- of

24  likely causation.  But I wouldn't say that one

25  could prove causation.

Page 243

1

2    Q.   So it's -- it's an inference of

3  causation, but you don't claim that you have

4  proof that any Ripple action or event caused a

5  statistically significant price return on XRP.

6  Correct?

7    A.   I would say that I have the type of

8  economic evidence which is often used when

9  assigning or assessing loss causation, on asset

10  prices.  Whether a philosopher would say I've

11  proven something, I don't know.

12      I fully accept the truism that

13  correlation doesn't prove causation, but I think

14  correlation in conjunction with other analysis

15  can support an inference of likely or reasonable

16  causation.

17    Q.   What do you mean by the -- I want to

18  make sure I got your -- when you say, I fully

19  accept the truism that correlation doesn't prove

20  causation, what is the truism you're referring

21  to?

22    A.   Well, it's generally understood that,

23  just because two things -- let's call them A

24  and B.

25      Pardon me.  My apologies.

1

2        Just because two things, A and B, are

3   correlated, that alone doesn't tell you whether

4   A caused B or B caused A, or whether X caused

5   both A and B.

6        Independence, finding that A and B are

7   independent of each other is generally evidence

8   that A didn't cause B.  But simply finding

9   correlation by itself wouldn't be enough to make

10  a statement of, because A and B are correlated;

11  therefore, I know that A caused B.

12     Q.   And to make the point in a slightly

13  different way, on the days in which you did not

14  find a correlation between one of your 105

15  Ripple events and a statistically significant

16  price return on XRP, you're not offering an

17  opinion about the presence or absence of

18  causation with respect to that relationship.

19  Correct?

20     A.   Sorry.  I'm trying to understand that

21  question.

22        Can you repeat it, please.

23     Q.   Let me see if I can ask it

24  differently.

25        Just as you said that your methodology

Page 245

1   █████

2   doesn't prove causation between a Ripple news

3   event and a statistically significant price

4   return for XRP on the 24 days in the model that

5   we've been talking about, you similarly don't

6   attempt to explain why there was not a

7   correlation between a Ripple news event and the

8   absence of a statistically significant XRP price

9   return.  Correct?

10      A.   If by that you mean on the 75-, 79-odd

11  days where there is news but no significant

12  price reaction, did I do an exploration to

13  understand why there was no significant price

14  reaction on those days?  Is that your question?

15      Q.   Well, why don't you answer that one.

16      A.   The answer to that question is, per

17  standard practice and event studies, no, I did

18  not do an investigation to see why there was not

19  a significant price reaction on those 79 days.

20          Obviously, it doesn't make any

21  difference to my analysis or opinion why there

22  was not a price reaction on those days.

23      Q.   And that's because your methodology

24  seeks to prove a correlation, not causation.

25  Correct?

1    █████

2    A.   I would be a little bit careful about

3    that.  My -- the event study methodology is a

4    statistical analysis of correlation, which could

5    be accepted or rejected per scientific

6    standards, generally, as a -- as part of an

7    inference of likely causation.

8         Again, we want to -- if you want to

9    use the word "proof," I don't know what proof

10   would mean there.

11        But the event study usually -- a

12   typical event study would proceed something

13   along the lines of, I observe a statistically

14   significant price reaction; I -- I check certain

15   boxes; and I, therefore, am willing to make the

16   statement that the price reacted to the event.

17   Q.   Well, let me give you a hypothetical

18   which is counterfactual, right?

19        On a day in which you have a Ripple

20   news event and a -- that -- that coincides with

21   a date on which there is a statistically

22   significant XRP price return, right?

23   A.   Uh-huh.

24   Q.   That price return could have been

25   caused by any number of factors.  Correct?

1

2      A.   No.

3      Q.   Well, you don't know if the reason the

4  price went up was because John Doe in Albania

5  decided to buy a billion units of XRP, correct?

6      A.   Well, wait a minute.  The -- the price

7  went up presumably because there was change in

8  relative supply and relative demand.  Whether

9  that was John Doe in Albania or Sally Smith in

10  Arkansas, I don't know, and I don't see what

11  difference it would make.

12         There was a change in relative supply

13  and demand, which is another way of saying, The

14  price moved, and the question is, Why did the

15  price move.  Why was there a change in supply

16  and demand.

17         And the reasonable explanation is

18  there was a change in supply and demand because

19  of the news of this event.

20      Q.   Well, your methodology didn't test to

21  see whether supply changed in response to a

22  Ripple news event, did it?

23      A.   No event study methodology asks the

24  question of whether the increase in price was

25  because supply moved or because demand moved.

1     ████

2     I've never seen an event methodology -- event

3     study methodology that concerns itself with

4     that.  They moved relative to each other, and,

5     therefore, the price changed.

6         Q.   Well, you don't know, do you?

7     You're --

8         A.   I do know that.

9         Q.   Well, tell me what data you studied to

10    determine whether it was an increase in demand

11    that caused a price impact or a reduction in

12    supply that caused a price impact.

13        A.   Again, I just said, it doesn't make

14    any difference to the event study methodology

15    which of demand or supply moved.  It doesn't

16    make any difference.  Nobody ever asks that

17    question.

18            The price moved.  It is, therefore,

19    axiomatic that there was a change in relative

20    supply and demand.  The question is, Why was

21    there a change in relative supply and demand,

22    that's the question.

23            And a reasonable answer, the answer

24    that I think the evidence supports is, there was

25    a change in relative supply and demand because

1 ███

2 of news of the actions of Ripple Labs.

3     Q.   Did you -- on any of the 24 days in

4 the model we're talking about, did you look at

5 the volume of XRP trading on that day?

6     A.   Since it's not relevant, no, I did

7 not.

8     Q.   And as a result, you're not in a

9 position to offer an opinion as to whether the

10 price moved because there were more buyers than

11 sellers, or fewer sellers than buyers, correct?

12     A.   I'm sorry, I shouldn't laugh.  I've

13 never seen any event study concern itself with

14 the questions you're posing.

15         I will, therefore, say that you're

16 correct that I did not attempt to determine

17 whether supply moved more than demand or whether

18 demand moved more than supply.

19         I would further point out that looking

20 at trading volume can't help you answer any

21 question like that, but it's -- it's such a

22 strange exercise and question, it would never

23 occur to me, or I think anybody else, to even

24 attempt anything along the lines of what you're

25 suggesting.

1

2          So no, I didn't do it.

3      Q.   All right.  If you could turn to

4  paragraph 75 on page 32.

5      A.   Yes.

6      Q.   And in the bottom of paragraph 75, you

7  write, From an economic perspective, one

8  explanation, of course, is that news of the

9  event causes the XRP price response.

10         You wrote that, correct?

11     A.   Yes.

12     Q.   And why did you add "one explanation"?

13     A.   Well, I wanted to acknowledge --

14  this -- this goes back to the truism that we

15  were discussing a few minutes ago.  Simply

16  establishing the two things are correlated, by

17  itself, doesn't tell you which one is causing

18  the other, or whether there's even a third event

19  or third force causing both.

20         So I wanted to say here, one

21  possibility is that the news is causing the

22  price, and then in Footnote 71, I try and lay

23  out what the other logical possibilities are,

24  but why, you know, I -- I don't think those are

25  at all plausible or -- or reasonable.

1

2        Hence, I'm -- I'm comfortable in

3   offering the opinion that in my opinion, the

4   evidence indicates that the news is causing the

5   price.

6        Q.   And you say that -- you outline, in

7   Footnote 71, logical possibilities.  What do you

8   mean by logical possibilities?

9        A.   Well, so, let's accept that A and B

10   are correlated.

11        A could cause B, or B could cause A,

12   or X could cause both.

13        So in this case, the A is the news

14   from Ripple Labs, and the B is the XRP price

15   increase.  Let's just accept for a moment that

16   those two things are correlated.  Okay.  What's

17   causing that?

18        What I lay out here is, you know the

19   first one, another explanation might be what I

20   say is the reverse, that the price caused the

21   news, rather than the news caused the price.

22        Now, what that would mean, and why I

23   think we could dismiss that immediately as

24   unreasonable, is that Ripple Labs, with its

25   crystal ball, knowing that the price of XRP was

1      ███

2  about to go up, strategically decided to release

3  certain announcements at exactly the right time.

4       I -- I simply reject that as at all

5  possible.  So in that -- going back to the A and

6  B terminology, the idea that B could cause A,

7  the idea that the price could cause the news,

8  I -- I just think is -- is unreasonable and we

9  can dismiss it.

10      Then the question of, Well, could

11  there be some X factor that's causing both.

12  Again, we've discussed this at length this

13  morning.  This is the idea of some confounding

14  event that is driving both things; I think we

15  can dismiss that as also unreasonable.

16      And that leaves sort of the last --

17  the last person standing, that the most likely

18  explanation of the statistical evidence is that

19  the news caused the price.

20  Q.  Tell us what you mean by an X factor?

21  A.  I mean what some might term

22  confounding event.

23      So something else both causes, you

24  know, in this case, Ripple Labs to get venture

25  funding and also causes XRP prices to go up.

1

2    Q.   But you acknowledge that an X factor

3    is a possibility, correct?

4    A.   I acknowledge, of course, that it is a

5    logical possibility.  Therefore, I take a number

6    of steps to rule it out as not probable.

7    Q.   And it's a logical possibility on any

8    of the 24 days in which you found the

9    correlation between the Ripple news event and a

10   statistically significant price impact on XRP,

11   correct?  It's a possibility on every one of

12   those events.

13   A.   Not -- I cannot say as a matter of

14   logic, that it is impossible.  I can say that

15   following all the steps that I took, I don't

16   think it's at all likely or reasonable with an

17   explanation.

18   Q.   And you gave some examples of possible

19   X factors in Footnote 71, correct?

20   A.   I don't -- I don't think I actually do

21   provide examples of what these X factors might

22   be.  I just simply label them "X factor."

23   Q.   Well, what did you mean when you

24   wrote, These events -- following the sentence

25   about the X factor, what did you mean when you

1   ██████

2   wrote, These events, of course, are disparate in

3   their nature, including venture funding rounds

4   involving multiple investors, joint ventures in

5   Asia and licensing decisions made by the State

6   of New York.

7       A.   I'm referring to the events being

8   studied here.  This is the milestone category.

9   Those are the milestones.

10          So we -- we'd have -- we'd have to be

11  positing some X factor that is causing venture

12  founding rounds, New York regulatory decisions,

13  various other things, all -- so that -- causing

14  it in such a way that the day that we happen to

15  announce that we're getting venture funding

16  Round A also happens to be the day that XRP

17  price go up.

18          Again, I just -- I just don't think

19  that's -- that's a plausible or reasonable

20  explanation.  I acknowledge here in the footnote

21  I cannot rule it out as logically impossible.

22  I -- I do end up dismissing it as a reasonable

23  explanation.

24      Q.   Can you posit, or imagine, any factor

25  that could have a different price impact on XRP

1

2  as opposed to bitcoin or Ether?

3      A.  Besides actions by Ripple Labs?

4      Q.  Yes.

5      A.  Well, sure.  I think -- I think --

6  what is it, the Arrington fund, when -- when he

7  announces setting up an XRP-denominated fund,

8  that might be something that would spur interest

9  in XRP.

10          Of course, it also presumably would

11  spur creation of XRP accounts, but that might be

12  an example of something that might move the XRP

13  price.  I don't know.

14      Q.  Anything else?

15      A.  I -- I mean, not without just

16  descending into wild speculation of things that

17  might be.

18      Q.  Well, John Doe's been thinking about

19  buying XRP for six months and, on that

20  particular day, decides he wants to buy a lot of

21  XRP.  That would be an X factor, wouldn't it?

22      A.  An X factor that cause-- why would

23  John Doe buying XRP cause the price to go up?

24      Q.  Didn't you just testify that increased

25  demand and fixed supply --

1   ████

2       A.   That's -- that's simply a component of

3   demand.  I said that demand relative to supply

4   changes, and so price moves.  John Doe buying

5   XRP is just an example of demand --

6       Q.   Doesn't it --

7       A.   -- not an example of demand changing

8   relative to supply.

9       Q.   Doesn't it depend on what size

10  purchase he makes?

11      A.   Possibly.

12          But whether it causes the price to go

13  up or down -- sometimes people want a volume

14  discount.  If he buys a lot of XRP, maybe he'll

15  want a volume discount and execute that trade at

16  a slightly lower price than the prevailing

17  market price.  I -- who can say?

18      Q.   So let's go to page 1 of Appendix D of

19  your report.

20      A.   Uh-huh.

21      Q.   Tell us why you had to add an

22  Appendix D to explain your methodology.

23      A.   Well, of course, I -- I detail aspects

24  of my methodology in the main body of my report.

25          Certain details, which I don't think

1    █████

2    are necessary to understand in order to

3    understand the basic approach that I took, I --

4    I moved to an appendix, really for readability

5    issues.

6        But, thinking about, you know, who

7    might be reading this report and how familiar

8    they may or may not be with event studies, I

9    decided to provide some additional detail.

10    Q.   All right.  Could you read the first

11    sentence of paragraph 2 of Appendix D, please,

12    for the record.

13    A.   An event study is conducted by first

14    specifying a model of expected price movements

15    and then testing the extent to which actual

16    price movements differ from those expectations.

17    Q.   And you go on to say, The question an

18    event study answers is whether the differences

19    between actual and expected price movements are

20    sufficiently large that, from a statistical

21    standpoint, such differences are unlikely to be

22    explained by randomness.

23        Is that correct?

24    A.   I did write that, yes.

25    Q.   And then you note, In this context --

1   █████

2   and by "this context," we're talking about the

3   market for XRP, correct?

4       A.   No.  I'm speaking specifically in

5   the -- in the general context of an event study,

6   to explain what randomness means.

7           I mean, it's true of XRP as well, but

8   I wasn't specifically referring to XRP when I

9   said "in this context."

10      Q.   But the sentence you wrote, In this

11  context, randomness refers to the tendency for

12  actual outcomes, in this case the actual price

13  movement, to deviate from the expected outcomes

14  in ways which appear random in nature, applies

15  equally to XRP, correct?

16      A.   Yes.

17      Q.   And on page 28, paragraph 60, you note

18  that you considered 20 different models

19  estimated using 188-day estimation windows; is

20  that correct?

21      A.   180 days, not 188 days.

22      Q.   It's getting -- I thought I said 180.

23      A.   I heard 188.

24      Q.   You might well have, but I agree it

25  says 180.

1  ███

2          And then you test the tendency for the

3  actual XRP price returns to deviate from the

4  expected XRP price returns that are predicted by

5  your 20 models.  Correct?

6      A.   Correct.

7      Q.   And in the models that you have

8  created, the expected return is derived

9  primarily from the price returns of other

10  cryptocurrencies.  Is that correct?

11      A.   Several of the models -- yes, that --

12  I mean, in many of the models that would be

13  true.

14      Q.   And you have a demonstrative to assist

15  the reader on page 19.  That's your Figure 7.

16  Is that correct?

17      A.   I -- I hope I didn't have -- shuffle

18  things out of order.

19          Okay.  Page 19, yes.  Yes, that's

20  correct.

21      Q.   You with me?

22          The only independent variables in

23  these various models are the growth in XRP

24  accounts and the returns of other

25  cryptocurrencies.  Is that correct?

1 ▉

2    A.   Except in half the models where we're

3 controlling for serial correlation, in which

4 case you also control for lags of those things,

5 as well as lagged XRP returns.

6    Q.   So your lagged independent variables

7 are all factors independent of XRP; is that

8 correct?

9        The lagged independent -- the column

10 on the far right?

11    A.   They are the independent variables.

12 So whatever independent variables you have,

13 whether that's bitcoin, Ether, whatever it may

14 be, you have those returns measured

15 contemporaneously with XRP returns, and then you

16 also include the one-day lag of those returns.

17    Q.   But again, those lagged independent

18 variables are exclusively related to data

19 derived with respect to bitcoin, Ether, and

20 lumens, correct?

21    A.   And XRP account growth.

22    Q.   So your estimation models, is that a

23 fair description of what these are?

24    A.   Yes, I would say so.

25    Q.   Your estimation model suggests that a

1  ████

2  reasonable investor's expectations of XRP price

3  returns would be based on the performance of the

4  three other cryptocurrencies that you use in

5  your models.  Correct?

6      A.   Well, I have models with one, two,

7  three, five.  But, I mean, framing it as the

8  expectations of a reasonable investor, sort of

9  adding words that one doesn't usually add, but

10  we can decompose or project XRP returns on these

11  factors.  I mean, it's standard practice, I

    would say.

13      Q.   But the baseline expectation of how --

14  how XRP prices will move, according to your

15  model, is predicted by the movement of other

16  cryptocurrencies or the three other

17  cryptocurrencies that you have in Figure 7,

18  correct?

19      A.   In different combinations.  And,

20  again, the equal-weighted index adds two other

21  cryptocurrencies to the mix.

22      Q.   And if we could go to page 6,

23  paragraph 15.

24          I'm sorry, of your rebuttal report.  I

    got that wrong.  Sorry.

Page 262

1         ██

2    A.   Sorry.  Page 6.

3         Page 6, paragraph 15.  Yes?

4    Q.   I'm just going to read the sentence so

5    we can move along.  You write, Even accepting

6    all of his -- and that's Professor Ferrell's --

7    results as correct, Dr. Ferrell's analysis would

8    only serve to establish that, romanette i, there

9    is a relationship between XRP returns and those

10   of other digital tokens (which is not disputed

11   and which I established in the ██ report).

12        Do you see that?

13   A.   I do see that, yes.

14   Q.   What do you mean when you say that

15   there is a relationship between XRP returns and

16   those other digital tokens?

17   A.   I mean that there is a correlation

18   between XRP returns and the returns of other

19   digital tokens.  Or that in the context of a

20   factor model of the type that Dr. Ferrell is

21   running, that you would find that -- that other

22   digital token returns enter that factor model

23   with some degree of statistical significance.

24   Q.   And you say that's not disputed and

25   you establish that in the ██ report.

1      ███

2           What do you mean by that?

3      A.   I mean that I -- I don't -- I

4  certainly didn't dispute it, and I -- I

5  certainly don't dispute it.  I can't -- I can't

6  speak to whether other people dispute it.

7           Perhaps I should have inserted the

8  word "I."  I don't dispute.

9           But my opening report has -- what is

10 it? -- Section 7, which shows at some length how

11 XRP returns correlate with, for instance,

12 bitcoin and how they -- how it relates to

13 bitcoin and Ether at different points in time.

14           So that's what I meant when I said,

15 I -- I -- again, I should have inserted the word

16 "I" -- don't dispute that there is an

17 association between XRP returns and other

18 digital token returns, and I demonstrated that

19 in my opening report.

20     Q.   And in your opening report, that was

21 the data that you relied on, to predict the

22 expected XRP return.  In order to provide the --

23 the data from which you would identify

24 statistically significant XRP price returns.

25 Correct?

1   ▮

2       A.   I'm tempted to say correct.  That

3   sounds right.

4       Q.   Well --

5       A.   There are too many words there, but

6   that sounds right.  That sounded right.  That is

7   the data that I used in my analysis.

8       Q.   Let's see if we can make the record

9   clear here.  As I understand it, your

10  methodology -- withdrawn.

11          As I understand it, the way in which

12  you identify the expected XRP price return was

13  by the 20 models that you have in Figure 7,

14  most, if not -- most of which relied on the

15  price returns of bitcoin, Ether, and lumens,

16  correct?

17      A.   In some -- let's insert the word "in

18  some combination," right?  Not all of them have

19  lumens.  But generally speaking, yes.

20      Q.   And that -- those were the -- those

21  were the factors -- withdrawn.  I don't want to

22  use "factors."

23          That was the data from which you

24  predicted the expected XRP return.  Correct?

25      A.   With XRP account growth in some models

1    ██████

2    and lags in other models, but broadly speaking,

3    yes.

4        Q.   And I -- I don't have it memorized.

5    But in some of the models -- I think it's 2, 4,

6    6, and 8 -- the only data that you looked to for

7    predicting XRP price returns was your constant

8    variable and either bitcoin alone or bitcoin

9    plus Ether or bitcoin plus Ether plus lumens,

10   correct?

11       A.   That is correct.

12       Q.   And for each of those models, you

13   determined that they were -- you determined that

14   each of those models were reliable estimators of

15   expected XRP price returns.  Correct?

16       A.   I considered all of those models to be

17   reasonable factor models, and they are in the

18   class of factor models.

19           Reasonable factor models of XRP

20   returns.

21       Q.   And, in fact, you relied on those

22   results in reaching your opinions.  Correct?

23       A.   Among other results, yes.

24       Q.   And so one way in which someone who

25   wanted to expect the returns, the future returns

1

2  of XRP, and estimate what those returns would

3  be, would be able to look to the returns of

4  bitcoin, Ether, and lumens in order to reach

5  that -- that -- make that judgment, correct?

6      A.   Well, I would just be a little

7  carefully.  It's not a useful forecasting model

8  if that's what -- if that's what you're trying

9  to suggest.  Because remember that the returns

10  are measured at the same time as XRP returns.

11     Q.   Fair enough.

12         Would you --

13     A.   So I'm not saying you would look at

14  what happened on bitcoin today to form a

15  forecast of what will happen in XRP tomorrow.

16     Q.   Well, you do use that as one of your

17  models, but let's -- let's -- I take it as let's

18  take the forecasting point.

19         If you wanted to understand what the

20  expected return of XRP was during the period

21  that you examined, the models you used

22  established that using the various models with

23  XRP -- I'm sorry, with bitcoin, Ether, and

24  lumens, were reliable estimators of the returns

25  of XRP.  Correct?

1  ▮

2      A.   I -- I -- they -- I thought they were

3  all reasonable factor model specifications.  And

4  so I wanted to consider -- I wanted to make sure

5  that my results were robust across these

6  different specifications.

7          You know, you've inserted the word

8  "reliable."  Did I come to a point of view that

9  I think bitcoin is the perfect factor?  It's

10  certainly a factor that you'll find in the

11  literature, and it seems like a reasonable

12  factor to use.

13      Q.   Well, if you made the judgment --

14  withdrawn.

15          Let me -- let's get the models out, I

16  think it will be easier.

17          So let's go back to page 19, Figure 7.

18      A.   I have it.

19      Q.   All right.

20          Model 2.

21          I'm sorry.  Model 3 --

22      A.   Uh-huh.

23      Q.   -- the two independent variables you

24  used to predict estimated XRP price returns were

25  the constant and bitcoin.  Correct?

1

2    A.   Model 3 is constant, bitcoin, and XRP

3  account growth.

4    Q.   All right.  This is why I need better

5  glasses.

6    A.   Oh, no, no.  You're shaking your head,

7  you're right.  The odd number ones do not have

8  account growth, I apologize.  I was remembering

9  back before with the 2, 4, 6, 8.

10        You're correct, Model 3 --

11    Q.   So --

12    A.   -- Model 3 is just bitcoin and

13  constant.  You're right.

14    Q.   And Model 5 is constant, bitcoin, and

15  Ether.  Correct?

16    A.   Correct.

17    Q.   And Model 7 is constant, bitcoin,

18  Ether, and lumens.  Correct?

19    A.   Correct.

20    Q.   And each of those models, you

21  determined, were reliable for predicting the

22  expected return of XRP.  Correct?

23    A.   I thought each of those models was a

24  reasonable factor model for XRP return.

25    Q.   And if you thought it wasn't

1 ███

2 reasonable and reliable, you wouldn't have --

3 you wouldn't have relied on it, correct?

4    A.   If -- certainly if I thought it was

5 unreasonable and unreliable, I wouldn't have

6 used it.

7    Q.   Now, in Model 9, you add in what you

8 call an e-Index.  Can you tell us what an

9 E Index is?

10    A.   E is for equal, equal-weighted index.

11 So I -- I think the notes at the table, or -- or

12 footnote in -- in that section generally,

13 explains that the equal-weighted index is an

14 equal weighted -- is an equal-weighted average

15 return across bitcoin, Ether, lumens, Binance or

16 Binance coin, and then -- now I need to look at

17 it to remember the name of the fifth one.

18    Q.   I'll help you.  ADA?

19    A.   Right.

20    Q.   What is Binance coin?

21    A.   Those -- those other two tokens are

22 currently -- or at least in and around the time

23 that -- that I was preparing the report, those

24 were some of the largest market cap digital

25 tokens.

1         ███

2         At that time.  I don't know if they

3  still are today.

4     Q.   Are you aware of any academic

5  literature in which the Binance returns were

6  used as a variable in an XRP regression model?

7     A.   I can't say that I can think of an

8  academic literature that specifically used that

9  factor.

10         Of course, Dr. Ferrell uses a variety

11  of digital tokens in -- in his analysis.

12         But no, I can't point -- I can't

13  remember an academic study that specifically

14  used that token as an explanatory variable.

15     Q.   What, if anything, did you do to

16  satisfy yourself that using Binance returns

17  would be an appropriate or reliable comparator

18  for XRP returns?

19     A.   Again, I -- I took some of -- I took

20  the returns of what were, at the time, the --

21  the largest by market cap digital tokens, and

22  what I wanted to do was satisfy myself that the

23  correlation results I was going to focus on

24  would not change or would not be sensitive to

25  adding these other major coins.  That was --

1

2   that was the purpose of these different model

3   specifications.

4       Q.   Did you consider using any other

5   digital assets in this model?

6       A.   No.  Those -- between those -- those

7   tokens, plus lumens, we spanned a -- I don't

8   remember the number but a very large share of

9   the digital token market by volume.  So no, I

10  didn't -- I didn't think it was necessary to --

11  to continue to add tokens to the other side.

12          The other -- the other thing that

13  happens, just as a practical point, is, some of

14  these digital tokens don't necessarily have a

15  very long pricing history.

16          So, if -- when you're going to study

17  these events back further in time, you don't

18  necessarily have, you know, a wide library of

19  tokens that you could possibly choose from.

20          As time goes on, more tokens are

21  created, and I agree, you could continue to

22  expand that index, but I -- I didn't see the --

23  the need or benefit of doing that.

24      Q.   And in the E Index, you weighted each

25  of these tokens equally, correct?

1

2     A.   Correct.  The alternative -- the

3   common alternative would be value weighted as we

4   discussed this morning.  Once you value weight

5   them, you basically just end up with bitcoin

6   again.  So I -- I already had a model with

7   bitcoin.  A value-weighted index model struck me

8   as being largely redundant.

9     Q.   Just so the record's clear, did you

10   say value weighted or volume weighted?

11     A.   Value, usually in the sense of market

12   cap, so it's a combination of volume and price.

13     Q.   And what do you mean by "market cap"?

14     A.   I mean the combination of volume and

15   price.

16     Q.   Well, by "market cap," do you mean all

17   of the outstanding units of that digital asset

18   multiplied times the market price?

19     A.   Sometimes it's all that are

20   outstanding.  Sometimes it's all that's been

21   traded over some window.  Different people may

22   compute it slightly differently, but

23   conceptually, yes.

24     Q.   And did you take -- did you

25   investigate what the -- we'll call it the market

1

2  cap, of ADA was?

3      A.   I know -- I know that again when we

4  pulled the data, the instruction was to pull the

5  largest by market cap at the time we were

6  assembling the data set.  I don't recall offhand

7  what the market cap of ADA was.

8          But I think -- I imagine I have a

9  footnote, in and around this table, where I cite

10  the source of my market cap data which indicated

11  it was a -- one of the larger coins at that

12  time.

13      Q.   Now, you included in your model what

14  you called account growth?

15      A.   Correct.

16      Q.   Are you aware of any publications or

17  studies that support using the number of

18  accounts for digital asset as a predicter of

19  price impact?

20      A.   I -- I cite to a literature that

21  explores network effects on digital token

22  prices, and -- and accounts was one proxy that

23  they used for network effects.

24      Q.   That study also used four other

25  criteria, correct?

1

A.   It did.

Q.   Including the number of active

addresses, the number of transaction count and

the number of payment count?

A.   I don't have the study in front of me,

but that sounds familiar.

Q.   Does that sound generally correct?  I

can show you the study if you like.

A.   It sounds generally correct.

Q.   And you elected not to use the other

three variables that were cited in that study.

Correct?

A.   I -- correct.  I elected to focus on

account growth.

Q.   And why was that?

A.   It was a -- if -- I think if we look

at the study, you'll see that it's a significant

factor in their models.  The data were readily

available and seemed cleanly measured, and it

seemed like a useful factor to include.

I found that many of the models put a

statistically significant weight on that factor

at different points in time.

Q.   The article you're referring to is

1  ███

2  in -- published in the Review of Financial

3  Studies, "Risk and Returns of Cryptocurrency" by

4  Yukun Liu and Aleh Tsyvinski; is that correct?

5     A.   I mean, I -- I think so.  I'm happy to

6  look at my report and look at the footnote.

7  Maybe you have it in front of --

8     Q.   Why don't -- why don't I just show you

9  what we'll mark as Exhibit 11.

10           (Article titled "Risks and Returns of

11           Cryptocurrency" was marked Exhibit 11 for

12           identification, as of this date.)

13     Q.   Why don't you take a look at page 2699

14  of Exhibit 11.

15     A.   Uh-huh.

16     Q.   You see they say, We construct network

17  factors of cryptocurrency and test whether these

18  factors can account for variations of

19  cryptocurrency prices?

20     A.   I see that, yes.

21     Q.   And then it says, we then use -- We

22  use four measures to -- to proxy for the network

23  effect, the number of wallet users, the number

24  of active addresses, the number -- or

25  transaction count and the number of payment

1

2  count.

3      A.   I see that.

4      Q.   It says, Then we measure

5  cryptocurrency network growth using the wallet

6  user growth, active address growth, transaction

7  count growth and payment count growth.

8          Do you see that?

9      A.   I see that.

10     Q.   What are network factors?

11     A.   Well, the phrase can mean different

12  things in different contexts.  But here, I take

13  them to mean the idea -- the idea of -- of sort

14  of a network effect in value, meaning the value

15  of something depends in part on how many other

16  people are associated with it.  That's generally

17  what a network effect is.

18          So as -- as it grows, as the network

19  of people involved grow, the value of the

20  network increases.

21     Q.   So the study -- what was discussed in

22  this article was how to measure the growth of a

23  network.  Correct?

24     A.   I don't know if I would characterize

25  it that way.  I would say what the study's

1   ███

2   testing and showing is whether some proxies,

3   some variables, which you might say they proxy

4   for network growth, how those variables are

5   associated or correlated with digital token

6   returns to see whether -- you know, to test this

7   hypothesis, whether network factors help drive

8   prices.

9      Q.   And this portion of the study, though,

10  is, as you say, using factors or proxies for

11  measuring network growth.  Correct?

12     A.   Correct.

13     Q.   It doesn't say that those factors are

14  relevant to determining price impact on a

15  digital asset.  Correct?

16     A.   No.  I think that's exactly what

17  they're saying.

18     Q.   They're measuring network growth and

19  then measuring network growth as a predicter

20  for --

21     A.   For price impacts.

22     Q.   Right.  So you've picked one factor

23  that they use to measure network growth and

24  skipped the step of figuring out whether there's

25  network growth and apply it directly to price

1   ██

2   impact on a digital asset.  Correct?

3       A.   I don't see that I skipped a step.

4   They're testing a hypothesis of whether certain

5   proxies of network growth were associated with

6   price increases.  They generally find that they

7   are.

8           So taking that result, and -- I

9   decided to have a version of -- one version of

10  all of my models, which adds a proxy for network

11  growth, again, just to make sure that my results

12  are robust to whether a proxy for network growth

13  is included or not.

14      Q.   Well, you picked one of four factors

15  that was used as a proxy for network growth,

16  correct?

17      A.   That's correct.

18      Q.   And the data for the other factors was

19  available to you.  Correct?

20      A.   Correct.

21      Q.   You --

22      A.   I mean, I assume so because --

23      Q.   You could identify the -- let's not

24  talk over each other.

25          You could have identified the number

1　█████

2　of wallet users, correct?

3　　A.　Presumably.  I --

4　　Q.　You could have identified number of

5　active addresses?

6　　A.　Well, that's what I have.

7　　Q.　And you could identify the number of

8　transaction count?

9　　A.　I -- I presumably could have gotten

10　some transaction count data.

11　　Q.　And you could have identified the

12　number of payment count.  Correct?

13　　A.　I mean, not having attempted to obtain

14　all of those things, possibly they're all

15　obtainable.  I took the -- I took the account

16　growth, which appears to be, you know, the most

17　significant factor that they have.

18　　Q.　All right.  Are you aware of any

19　professional or academic work that has used the

20　prices of other digital assets as variables in a

21　regression model to identify XRP returns?

22　　A.　The event studies I've seen generally

23　do not have other digital token price factors.

24　They correspond to my Model 1, and they

25　correspond to my Model 11.

1    ███

2        But the use of factor models,

3    generally, is established.  And, of course, you

4    know, Dr. Ferrell does sort of the same thing.

5        I'm trying to remember if -- if I saw

6    an event study.  The -- the reason I'm -- I'm

7    thinking about it is a lot of the event studies

8    include bitcoin as -- you know, they're looking

9    at the -- the response of bitcoin to certain

10   events.  And so, obviously, you can't put

11   bitcoin returns on the other side of a bitcoin

12   model.

13   Q.   I don't want to interrupt you.  I

14   have -- the question is very specific.

15   A.   Yeah.

16   Q.   The question is whether you're aware

17   of any publications, academic literature, that

18   use the price other digital assets as a variable

19   in a regression model to predict XRP returns.

20       I'm looking specifically for

21   publications that focus on XRP returns.

22   A.   Sitting here today, the event studies

23   related to XRP returns with which I am most

24   familiar only use the constant mean return model

25   that I used, my Model 1.  And I believe

1   ███

2   Gerritsen also does a correction for serial

3   correlation, which is my Model 11.

4       Q.   But neither of those two studies

5   involve the use of other cryptocurrencies to

6   predict XRP prices.  Correct?

7           Serial correlation is not a -- does

8   not depend on the returns of other

9   cryptocurrencies, correct?

10      A.   Correct.  Correct.

11      Q.   So the answer to my question is, no,

12  you're not aware of any other academic or

13  professional studies that use the price of other

14  digital assets as variables in a regression

15  model to predict XRP price returns?

16      A.   Sitting here today, I can't think of

17  one, no.

18      Q.   Are you aware of any professional or

19  academic studies that have used the growth of

20  XRP accounts as a variable in a regression model

21  to predict XRP returns?

22      A.   Well, now I just have to remind myself

23  whether -- whether XRP was one of the price

24  series used in the -- in the paper that we're

25  studying.

1      ███

2          It -- they may have been -- they may

3   have based it on bitcoin prices.

4          A lot of the literature does focus on

5   bitcoin prices.

6          Just trying to -- I'm just trying to

7   remember.

8          My recollection is that this study is

9   looking at bitcoin prices and suggesting network

10  factors for bitcoin.

11          I just want to make sure that I'm

12  not -- I'm not misremembering.  It's been a long

13  time since I looked at this.

14          (Witness reviewing document.)

15      A.   Oh, no.  That's -- no.  Right.  I'm

16  sorry.  They're studying an index, constructed

17  index of cryptocurrency market returns,

18  value-weighted returns on all coins with

19  capitalizations of more than a million, da, da,

20  da, da, da.

21          I'm trying to see if they indicate

22  whether XRP was picked up as part of that.  I

23  expect it would have been.

24          I'm just trying to -- I'm sorry.  I'm

25  just trying to see where they list exactly which

1   ████

2   digital tokens go into their index.  They

3   describe it as being above a market cap of a

4   million, which I assume would have picked up

5   XRP.  I'm just trying to see if I can -- if I

6   can just see a list of the tokens that they --

7   that they consider.

8         I don't think they -- I'm not

9   seeing -- and I apologize if I'm just missing

10  it.  I'm not seeing an explicit list of which

11  tokens are in -- no.  Wait.  I'm sorry.

12        Table 1 -- okay.  Table 1 compares the

13  properties, bitcoin, Ether, Ripple, and so on

14  and so forth.  So I -- I have every reason to

15  think that Ripple is part of their index, of

16  digital token returns that they are comparing

17  against market factors.

18     Q.   Well, it's one of several.  My

19  question was, are you aware of any professional

20  or academic publications that use the growth in

21  XRP accounts in a variable, in a regression

22  model, looking specifically at XRP returns?

23     A.   That very narrow question?  No, I'm

24  not aware of one.

25     Q.   Are you familiar with the concept of

1          ███

2    error rate?

3          A.   I -- I -- I think I am, yes.

4          Q.   Did you do any work to determine

5    whether there was an error rate in any of the

6    data or the application of data to the event

7    study that you conducted in this case?

8          A.   Well, of course, the -- the regression

9    results incorporate error -- not necessarily

10   error, but variance of the data and the variance

11   of the error term of a regression.

12          So that's -- that's naturally part of

13   it.

14          The generalized rank test that I

15   applied is a test of significance against a

16   measure of standard error.  So that's

17   incorporated there.

18          And the exact sample hypergeometric

19   test, which is basically the Fisher test, is an

20   exact sample test.

21          So thinking through the various

22   sources of error, I believe they are all

23   properly accounted for in my analysis.

24          Q.   Well, you assume that the error rate

25   based on the statistical analysis you did was

1     ███

2  5 percent.  Correct?

3      A.   That's not an error rate.

4          So no.  No.  I think you're -- I think

5  you're misstating things.  5 percent is not an

6  assumed error rate.

7      Q.   Well, the 5 percent means the -- the

8  correlation or the value assigned could be

9  5 percent higher or 5 percent lower.  It's a

10  level of statistical significance, correct?

11      A.   No.  That's not what it means in this

12  context.

13      Q.   Well, why don't you tell us what the

14  5 percent significance that you have -- has

15  asterisks.  You have 5 percent, 1 percent.

16  Let's just talk about 5 percent.

17          What does that 5 percent reflect?

18      A.   That means that the probability of

19  observing the outcome that we observe is --

20  would be 5 percent, assuming the null hypothesis

21  of the model.

22          So, for example, assuming Ripple Labs

23  and XRP markets are independent of each other,

24  the probability that you would draw 24

25  significant days out of a group of 105 is on the

1 ███

2 order of 1 in a hundred thousand.  So much less

3 than 5 percent.

4      That's what the 5 percent significance

5 test means.

6      And that is customarily, or at least a

7 very common standard in scientific research, to

8 say, if the probability of this outcome under

9 the model, under the null hypothesis of the

10 model, is less than 5 percent, then I can reject

11 the null hypothesis.  That's what 5 percent

12 means in this -- in this context.

13    Q.   What is the error rate in concluding

14 or determining that XRP had a statistically

15 significant price return when making that

16 determination based on the expected returns

17 predicted by other digital assets?

18    A.   I'm going to try and understand your

19 question.

20      In the context of any one of

21 20 regression models, the context of any one

22 date that we're considering, we have a predicted

23 return and we have an actual return and we have

24 a difference.

25      We also have a measure of the

1    ███

2    statistical -- the statistical difference --

3    distance of that difference.  So, you can think

4    of it as how many standard deviations away from

5    expectations are you.

6         That statistical distance reflects

7    uncertainty and parameter estimates and a whole

8    host of things.

9         Okay.  If that statistical distance is

10   such that the odds of observing -- the obs of --

11   the odds of observing a difference between

12   expected returns and actual returns is less than

13   5 percent, then we would -- then we would flag

14   that as a statistically significant abnormal

15   return.

16        Did that answer your question?

17   Q.   I don't know.  Let me try another one.

18        What that -- if I understood you

19   correctly, what it suggests is that not every

20   time you find a coincidence of a statistically

21   significant XRP price return and a Ripple event

22   do you have confidence of a correlation?

23        In other words, that could -- that

24   could happen by random chance, some percentage

25   of the time.  Correct?

1                    ▮

2     A.   Well, I would not accept the way you

3  framed the question.

4          Of course, it is -- and I make this

5  clear in the report.  There -- there is a one in

6  a hundred thousand chance, by random chance,

7  that we could draw 24 significant days out of a

8  set of 105.

9          It's not impossible, you know.  By the

10  laws of physics, there is a one in about a

11  hundred thousand possibility of doing that by

12  random chance.

13          But the standard for statistical

14  significance and scientific research is, is

15  there a 1 in 20 chance that this outcome could

16  be due to random chance?

17          So that's why I say these results are

18  well within any reasonable standard of

19  significance that would be recognized in

20  academic research.

21          I would -- I would just refer you back

22  to the jar of marble example.  As I say there,

23  it is possible to draw ten red marbles out of

24  the jar.  It's not impossible, it's possible.

25  But you have to wait and do it millions and

1   ███

2   millions and millions and millions of times

3   before you grabbed all ten red marbles.  You'd

4   probably win the lottery a few times over.  So

5   that's generally how statistics works.

6       Q.   All right.  And other than your

7   confidence in the statistical significance, as

8   you just described it, did you do anything to

9   determine whether there were any errors that was

10  in the data or in the application of the data to

11  the -- the model that you used?

12       MR. MOYE:  Asked and answered.

13       A.   Well, I mean, it -- of course, we have

14  procedures, among my team, to look for errors.

15  The implementation of the statistical models and

16  all of the analysis that you see was done by a

17  second independent person to make sure that

18  numbers tied out and there were no errors in

19  code or anywhere else.

20       And to the very best of my knowledge,

21  there are no errors anywhere in my work in this

22  matter.

23       Q.   All right.  Turn to Dr. Ferrell.

24       As I understand his report, he's

25  testing --

1          ███

2     A.   My rebuttal or -- or I --

3     Q.   Right now I'm asking you about --

4     A.   Okay.

5     Q.   -- Dr. Ferrell's report.  We'll get to

6  your rebuttal.

7     A.   Sure.

8     Q.   As I understand it, he's testing a

9  hypothesis, using the principal component

10  analysis, that the returns of other

11  cryptocurrencies explain, to a level of

12  statistical certainty, the entirety of the XRP

13  returns.  Is that correct?

14     A.   I'm sorry, I don't -- I don't

15  understand that description of what he's doing.

16  That doesn't sound -- I -- I -- that's not how I

17  would describe anything that he's doing.

18     Q.   Why don't we -- do we have

19  Dr. Ferrell's report?

20          (Expert Report of Dr. Allen Ferrell

21       was marked Exhibit 12 for identification,

22       as of this date.)

23     Q.   All right.  Let me -- let me try in

24  Dr. Ferrell's own words.  Take a look at

25  page 48, Footnote 178.

1         ███

2   A.   Sure.   Page 48.

3         Footnote 178.   Yes.

4   Q.   And why don't you read the --

5   A.   You just want me to read the footnote?

6   Q.   Yeah, up to "et cetera," and then the

7 cite.

8   A.   If the null hypothesis of the constant

9 term equals zero are rejected, which is not the

10 case in Exhibits 3-7, that would merely mean

11 that the factors used in the model were

12 insufficient to explain the average monthly XRP

13 price return and that there were potentially

14 additional factors that needed to be included.

15         A rejection of the null of the zero

16 constant term cannot be used to learn the nature

17 or identity of the additional factors that

18 should be added to the model and whether those

19 factors are related to the cryptocurrency

20 market, other asset markets, political

21 sentiment, changes to regulation, et cetera.

22   Q.   Do you agree with Dr. Ferrell's

23 characterization of rejecting or accepting the

24 null hypothesis of the constant equaling zero?

25   A.   I would not have characterized it this

1        ▮

2   way, to be perfectly honest with you.

3          I -- I just -- I just wouldn't --

4   would never have described it this way.

5      Q.   Well, do you have an understanding of

6   what he's referring to when he's talking about

7   the constant term?

8      A.   I -- I -- I understand -- I understand

9   what he's trying to say up to a point.  And then

10  he says things that I don't quite understand

11  what --

12     Q.   Let's just stick with my question.

13     A.   Sure.

14     Q.   Do you understand what the -- what the

15  phrase, "constant term," refers to as used in

16  Footnote 178?

17     A.   I do.

18     Q.   And what is your understanding?

19     A.   It refers to the intercept or constant

20  in a factor regression model.

21     Q.   And what does it mean to reject the

22  null hypothesis of the constant term equaling

23  zero?

24     A.   So, when you estimate the model, you

25  will have an estimated value for that constant

1    ███

2    term.

3          And, coincidence aside, the number

4    will not actually be zero.  It will be

5    something.

6          I think in his case, if I remember

7    correctly, it's .058, if memory serves.

8          So that's the estimate of alpha, or

9    the constant term.  058.

10          Now, around that estimate, there is

11    some uncertainty.  That range of uncertainty

12    might be narrow, it might be wide.  In his case,

13    one standard deviation is .042, if memory

14    serves.  Again, this is just period one of his

15    model.

16          So what does that mean?

17          That means that 95 percent of the

18    time, the actual alpha, so he -- so he's got an

19    estimate of alpha -- backing up a second.

20          He has an estimate of alpha.  You have

21    to imagine that there is an actual true alpha

22    out there, somewhere.  He's got an estimate of

23    it.

24          Under certain conditions, 95 percent

25    of the time, the true alpha lies within a range

1  ████

2  around his estimate of alpha.

3          I just want to make it -- with me so

4  far?

5          Okay.

6     Q.   It doesn't matter.  Just answer the

7  question.

8     A.   Okay.  All right.  So I just -- I want

9  to make sure I'm being understood.

10          So what he's saying is that that

11  range, centered at .058 plus or minus 1.96 times

12  .042, includes the number zero.  So 058, it goes

13  below zero, and then, of course, it goes up to

14  14.

15          And so he would say, quite correctly,

16  that under customary standards, you could not

17  reject the hypothesis that -- that the true

18  alpha is the number zero.

19     Q.   Okay.  And fair to say, because I

20  can't put all of the --

21     A.   I'm trying, I'm trying.

22     Q.   -- econometric qualifications into my

23  question every time.

24          If I say alpha is zero, can we agree

25  that what I'm referring to is what you just

1   ███

2   described, that the difference between the true

3   alpha and his estimated alpha is statistically

4   insignificant?  Is that a fair summary?

5       A.   You were so close right up to the end.

6   I -- I will agree we can -- we can use the

7   phrase, alpha is zero, to refer to cases where

8   we cannot reject the hypothesis that alpha is

9   zero.  Is that satisfactory?

10      Q.   As long as you understand and we

11  agree, the record's clear --

12      A.   I understand.

13      Q.   -- when we say alpha's zero.

14      A.   It's clear to me.  If it's

15  satisfactory to you, then that's fine.

16      Q.   All right.  And in substance, again at

17  a high level, what Dr. Ferrell is trying to test

18  is whether the alpha in his principal component

19  study is zero.  Correct?

20      A.   That's one of the things he's trying

21  to test, yes.

22      Q.   And, in fact, he concluded, using his

23  principal component analysis, that the alpha was

24  zero.  Is that right?

25      A.   That is correct.

Page 296

1 ▮

2    Q.   All right.

3        MR. MOYE:  Reid, when you have a

4    minute, could we take a break?

5        MR. FIGEL:  Sure.  Now is as good time

6    as any.

7        THE VIDEOGRAPHER:  We're going off the

8    record at 5:11 p.m.

9        (Recess from 5:11 to 5:25.)

10        THE VIDEOGRAPHER:  We're back on the

11    record at 5:25 p.m.

12    Q.   All right.  Dr. ▮, in your rebuttal

13  report, you don't report or state that you did

14  any econometric analysis that indicates that the

15  correct alpha in Dr. Ferrell's principal

16  component content study is not zero, did you?

17    A.   Well, that's -- that's -- there are a

18  lot of nuances to that question.

19    Q.   Could you start with yes or no if you

20  can?

21    A.   Well, I can't.  I genuinely can't.

22  Because what I do show in my report is that a

23  parameter like alpha, in Dr. Ferrell's

24  specification, is -- is there's evidence and

25  reason to believe that it changes over time.

1        ████

2        And so I show in -- in one section of

3  my report that if you allow alpha to change over

4  time, take everything else Dr. Ferrell is doing

5  as given, you can get nonzero estimates that

6  way.

7        I will say, yes, that if I simply

8  replicate what Dr. Ferrell did, I get

9  Dr. Ferrell's numbers.

10        But that's -- that's a sort of narrow

11  yes.

12     Q.   Are you offering an opinion in this

13  case that the proper application of

14  Dr. Ferrell's principal component analysis

15  should have resulted in a nonzero alpha?

16     A.   As I explain in my report, the

17  question is, frankly, not interesting.  It could

18  be zero.  It could be nonzero.  It doesn't shed

19  any light on any helpful question that I can see

20  in this matter.  They -- the presumption when

21  running a factor model is that alpha will be

22  zero.  That is ordinarily what you would expect.

23        Finding a zero alpha is unremarkable.

24     Q.   So is the answer to my question that

25  you will not be offering an opinion in this

1

2  litigation that a proper application of

3  Dr. Ferrell's principal component analysis would

4  have yielded a nonzero alpha?

5      A.   I struggle to say yes to that, because

6  in my view, a proper application would allow for

7  parameters to change over time.

8          And when you do that, there is

9  evidence that alpha is not zero.

10     Q.   Can you show us where in your

11 report -- that's Exhibit 2 -- you describe the

12 opinion you intend to offer, that whatever

13 adjustments you feel are appropriate to

14 Dr. Ferrell's principal component analysis,

15 would have resulted in a nonzero alpha?

16     A.   It's -- so I would point you to

17 page 3, the second bullet, beginning, The

18 statistical analyses employed by Dr. Ferrell are

19 not robust in many respects.

20         Sub-bullet 2 to that, Dr. Ferrell does

21 not appear to have considered that certain

22 parameters of his model can and do change over

23 time.

24         That is further developed -- I believe

25 it's the very last section of my report --

1

2    Q.   Before you go to that -- I don't mean

3   to interrupt.  Just on these two points --

4    A.   Yes.

5    Q.   -- what I heard you say was a

6   criticism of Dr. Ferrell's study, not that you

7   are offering a contrary opinion that had he done

8   the study the way you believed it should have

9   been done, it would have resulted in a nonzero

10   alpha.  Is that correct?

11    A.   I -- I'm not sure that that's correct.

12   As I say here, in my opinion, a proper analysis

13   would have allowed parameters to change.  And I

14   show in my report, I -- allowing alpha to change

15   can produce a nonzero alpha.  So I --

16    Q.   I understand that it's theoretically

17   possible.  My question is, are you offering the

18   opinion that if he had done -- withdrawn.  Let

19   me start over.

20        Are you offering the opinion in this

21   litigation that had Dr. Ferrell done the

22   analysis that would have, as you say, allowed

23   the parameters to change, that that would have

24   resulted in a nonzero alpha?

25    A.   To that I have to say, yes, because it

Page 300

1   ███

2   does.

3       Q.   Where do you set out the calculations

4   that show that with the adjustments you believe

5   are appropriate, the result is a nonzero alpha?

6       A.   That is Exhibit -- Figure 17,

7   literally the last page before Appendix A.

8           It's precisely what I am doing in this

9   exhibit, is I'm showing that allowing alpha to

10  change over time, can produce estimates of alpha

11  that are significantly different from zero.  And

12  it can produce estimates of a change in alpha,

13  that is significantly different from zero.

14      Q.   Right.  So let's go -- you have -- you

15  have -- Figure 17 in front of you?

16      A.   I do.

17      Q.   All right.  As I understand Figure 17,

18  the second column is the alpha that Dr. Ferrell

19  calculated.  Correct?

20      A.   It's an alpha of the type that

21  Dr. Ferrell calculated, yes.

22      Q.   And then your middle column is your

23  data or your calculations or the results of your

24  calculations that showed, had he made the

25  adjustments that you contend were necessary,

1

2    alpha would have changed in the amounts that you

3    set forth.  Correct?

4        A.   So to be clear, the particular

5    analysis that I'm running here, which is --

6    which is a demonstration of principle, is to

7    say, as an example of allowing a parameter to

8    change, imagine that alpha changed once

9    Ripple Labs received its BitLicense.

10            Now, I'm not saying it has to change.

11   It might change.  I'm just allowing it to

12   change.

13            And so what Figure 17 is showing is,

14   if you -- if you make that allowance, you can

15   find, in several cases, that with that

16   allowance, alpha becomes significantly negative,

17   and that change in alpha post BitLicense is

18   significantly positive.

19        Q.   Well, the -- let's just make sure

20   we're -- the record is clear here.  The center

21   column under the heading, Post BitLicense Period

22   Change in Alpha, is the amount of the change in

23   alpha.  Correct?  It's not the resulting alpha.

24        A.   That is correct.

25        Q.   So the resulting alpha would have been

1 ███

2  the -- let's just talk for September 4, 2015 --

3  would have been the negative .04 plus the .05,

4  correct?

5      A.   Correct.  The way to interpret -- the

6  way to interpret this --

7      Q.   Just stay with me.

8           Correct, right?

9      A.   Well --

10     Q.   So had you added a column that said,

11  Alpha Post BitLicense Period, you would have put

12  in the number .01; is that correct?

13     A.   Correct.  Alpha -- alpha -- what --

14  the column called alpha, you could describe as

15  alpha pre BitLicense.  Then there's a change.

16  You would add those two numbers to get alpha

17  post BitLicense.

18     Q.   Correct.  And just doing the

19  arithmetic, which I can do, you'd start with a

20  negative .04.  And you add positive .05.  That

21  results in positive .01.  That's what the

22  post-BitLicense alpha would be.  Correct?

23     A.   In that case, yes, that is correct.

24     Q.   And where in your report do you say

25  that the post-BitLicense alpha is nonzero?

1

2    A.   Well, I -- that was not your question,

3    and that's not what I said.  You asked me about

4    alpha.  So everywhere here that you see a

5    significant negative, under the alpha column,

6    that would correspond to a significantly

7    negative pre-BitLicense alpha.

8         So to the question, Is alpha always

9    zero?  The answer is no.  It's not always zero.

10   Pre-BitLicense alpha is sometimes significantly

11   negative.

12        To that you can couple sometimes a

13   significantly positive increase once Ripple Labs

14   gets its BitLicense.  The net result of those

15   two things, the post-BitLicense alpha, is

16   sometimes going to be numerically greater than

17   zero.  I can't tell from looking at this whether

18   it is statistically greater than zero.

19   Q.   So what you are saying is that the

20   alpha that you calculate after the BitLicense

21   was awarded should be used to change the alpha

22   before the BitLicense was awarded?

23   A.   I'm saying that alpha -- what does

24   alpha represent?  Alpha represents an average

25   excess return in XRP prices after controlling

1    ████

2    for all the factors that you're controlling for.

3    That's what alpha represents.

4         Pre BitLicense, that average is

5    sometimes significantly negative.

6         Then with the BitLicense, there is a

7    change, which is sometimes significantly

8    positive.  And post BitLicense, that average is

9    the combination of the two.  The post license --

10   post-BitLicense average may or may not be

11   statistically different from zero.  I can't tell

12   by looking at this table.  I don't know the

13   answer to that.

14        But the table is already enough to

15   establish that the pre-BitLicense alpha is

16   statistically different from zero.  So to the

17   question, Is alpha always zero?  I would have to

18   say that the answer is no.

19   Q.   Why does the change you calculate in

20   alpha following the BitLicense affect the alpha

21   prior to that time?

22   A.   It doesn't.

23        So you had -- it was earning -- there

24   was -- there was an alpha for the several months

25   before it got its BitLicense, which was in some

1   ▮

2   cases significantly negative.  And then there's

3   an alpha in the several months after it gets its

4   BitLicense, which is sometimes significantly

5   much more positive.

6          So you go from here to here.

7   That's -- that's what this is saying.

8      Q.   Well, let's just start:  Do you

9   contest Dr. Ferrell's calculation of alpha in

10  your Figure 17 in the second column?

11     A.   All of Figure 17 is a criticism of

12  Dr. Ferrell's approach to dealing with alpha.

13  Dr. Ferrell's approach is to assume that alpha

14  remains unchanged for five years or seven years.

15         And my examination of cryptocurrency

16  data leads me to think that none of these

17  parameters is going to be stable for five years

18  or seven years.

19         And I'm simply demonstrating here that

20  if we had simply allowed, just allowed the

21  possibility for alpha to be different before and

22  after Ripple gets its BitLicense, you would find

23  significant evidence that alpha is different

24  before and after it gets its BitLicense.  That's

25  what Table 17 reflects.

1

2      Q.   Did you do any calculations or studies

3   that allows you to demonstrate that alpha should

4   have been different before Ripple got its

5   BitLicense?

6      A.   Yes.  And I would point you to

7   Figure 17.

8      Q.   And what Figure 17 shows, as I

9   understand it -- and correct me if I'm wrong --

10   is the amount of change in alpha that you

11   observe following the award of the BitLicense.

12   Correct?

13      A.   Correct.

14      Q.   So -- and the BitLicense is a factor,

15   correct, or an event?

16      A.   It's an event, yes.

17      Q.   Yes.  That has an impact.  Correct?

18      A.   I think so.

19      Q.   And according to you, it results in a

20   change in alpha, correct?

21      A.   Correct.

22      Q.   So what about that makes the alpha

23   that Dr. Ferrell calculated for the period

24   before the award of the BitLicense nonzero?

25           Or inaccurate.  Let's not even get to

1   ▮

2   nonzero; the -- the values that he created are

3   inaccurate.

4       A.   The val-- Dr. Ferrell is producing an

5   estimate of alpha under the assumption that

6   there -- that it is constant, that it does not

7   change.

8           Now, that assumption might be true.

9   That assumption might be false.  It's a testable

10  assumption.  We can get the data, and we can go

11  look.

12          And that's what I do in Figure 17.

13  And what I show is that that assumption is

14  false.  It's not a good assumption to make.

15          So if you estimate a model, saying,

16  I'm going to find a parameter estimate assuming

17  it's constant for seven years, or five years,

18  whatever the length of time is here, and your

19  assumption is false, you have a misspecified

20  model at the outset.  And that's what I'm

21  demonstrating.

22      Q.   So let me make sure I follow you.  As

23  I understand it, based on the work that you did,

24  you think there are two different alphas, there

25  are two periods, right?  There's a pre

1　████

2　BitLicense alpha and a post BitLicense alpha; am

3　I correct?

4　　A.　I'm showing that if you allow for that

5　possibility, you'll find evidence that it's

6　true.

7　　Q.　All right.　Did you do an analysis as

8　to whether the two alphas considered jointly

9　were statistically significant in rejecting

10　nonzero?

11　　A.　I've shown that the pre BitLicense

12　alpha is significantly different from zero, and

13　I've shown that the change to the pre BitLicense

14　alpha is statistically different from zero.

15　　Q.　By "statistically different from

16　zero," you're rejecting the hypothesis that

17　alpha is zero.　Is that correct?

18　　A.　That is correct.

19　　　MR. MOYE:　Excuse me.　Mark's going

20　　sub in for me.　I'm going to head out.

21　　　MR. FIGEL:　Just for the record,

22　　Mr. Moye has a plane to catch.　We view

23　　these as a -- a justification to depart

24　　from the rule that each party can only have

25　　one lawyer representing a party at a

1

2    deposition.

3         And so, Mr. Sylvester will pitch in,

4    but we don't view this as a basis to argue

5    that there can be a swap in any other

6    circumstance.

7         MR. MOYE:  Thanks very much.

8    Q.   Did you ever do a test to determine

9    whether these alphas, the two that you have

10   here, are jointly significant?

11   A.   Strictly speaking, no.  I haven't

12   conducted a test of whether they are jointly

13   significant.

14   Q.   And why not?

15   A.   My point here was simply to show that

16   they can change over time.  And that if you

17   allow them to change over time, you'll find

18   significant evidence that they do change over

19   time.

20        My expectation is that a joint test on

21   some of these days would reject the hypothesis

22   that they're both zero.  I'd be surprised if it

23   didn't, but for the record, I haven't done it

24   and I don't know for sure.

25   Q.   So you're not offering an opinion that

Page 310

1   ████

2   the -- the two alphas considered jointly are

3   nonzero, correct?

4       A.   Based on this analysis, I -- I

5   wouldn't be prepared to say that.  I would

6   certainly say that there is substantial evidence

7   that alpha changes, and any model that doesn't

8   allow for that possibility is misspecified.

9       Q.   Let me direct your attention now to

10  Footnote 174 of Dr. Ferrell's report.

11      A.   What page is that, please?

12      Q.   46.

13      A.   Okay.

14      Q.   All right.  He writes, The R-squared

15  measures the percentage of the various -- of the

16  variation in the dependent variable, (e.g., XRP

17  price return) that the regression model

18  explains.

19          Do you agree with that statement?

20      A.   I do, yes.

21      Q.   Do you agree that a decrease in

22  R-squared itself does not disprove Dr. Ferrell's

23  conclusion that alpha -- that under a principal

24  component analysis, alpha is statistically

25  insignificant?

1           ███

2     A.   The -- the two points are unrelated.

3     Q.   So a decrease in R-square values

4  doesn't disprove a conclusion that alpha is

5  statistically insignificant?  Correct?

6     A.   It doesn't -- it doesn't -- correct,

7  it doesn't speak to the question of whether

8  alpha is statistically different from zero.

9     Q.   And I direct your attention to page --

10  paragraph 25 on page 10 of your rebuttal report.

11     A.   Yes.

12     Q.   All right.  You claim that Professor

13  Ferrell's principal component analysis is,

14  quote, concentrated on three months with extreme

15  returns, while the model explains relatively

16  little of the variation on XRP's prices outside

17  of those three months.

18     A.   Correct.

19     Q.   If you could turn the page to Figure 3

20  on page 11.  You with me?

21     A.   I am.

22     Q.   And the three events that you contend

23  should have been excluded are identified in

24  Figure 3, correct?

25     A.   I'm not saying they should have been

1  ████

2  excluded.  I'm -- I'm pointing out three outlier

3  returns among his 70 return observations.

4      Q.   So you agree that it was appropriate

5  for Dr. Ferrell to include these three returns

6  in his principal component analysis.  Correct?

7      A.   I didn't say that either.  I'm

8  pointing out that in the set of 70 months, there

9  are three returns that are unusually large

10  compared to the other 70.  That's what I'm

11  showing here.

12          Now, the question becomes, So what.

13  And I proceed to investigate the implications

14  and consequences of that.

15          It's possible that it doesn't matter.

16  It turns out in this case, that these

17  three returns are driving a lot of his results.

18      Q.   Just before we get to -- move on from

19  this, why did you not raise the same set of

20  concerns with respect to the price return on the

21  far right of the horizontal axis?

22      A.   I -- I simply went -- I simply went

23  from the first to the second to the third.

24  That -- that next one is surely the fourth.  And

25  with three months, one can account for

1

2  94 percent of the variation in the set of 70.

3        With another four months, you know,

4  that would rise to something else.  But I -- I

5  stopped where I -- where I needed to stop, which

6  is how many months account for 94 percent of the

7  variation in his data.

8     Q.   Let's turn the page and go to

9  Figure 4?

10    A.   Yes.

11    Q.   This effectively is an effort to

12  replicate Professor Ferrell's analysis with

13  omitting those three days; is that correct?

14    A.   No, no, that's not what this is at

15  all.

16    Q.   Well, why don't you tell us what you

17  purport to do in Figure 4.

18    A.   So Figure 4 is simply taking the

19  70 observations that Dr. Ferrell -- so let's

20  back up.

21        Dr. Ferrell has 70 observations, he

22  has a number of factors, he runs a regression,

23  he reports a very high R-squared.

24        I'm taking the same 70 observations,

25  and I'm simply putting a fixed effect on three

1   ▮

2   of those months.  I don't have any of his other

3   factors.  I just say, Let's put a fixed effect

4   for this month, this month, and the other month.

5   And that alone accounts for 94 percent of the

6   variation.

7         The purpose of this table is simply to

8   demonstrate an empirical fact, that three months

9   out of 70 accounts for 94 percent of the

10  variation in the entire set of 70.

11        This right now is just a --

12  demonstrating a fact.

13     Q.   What do you mean by "fixed effect"?

14     A.   They're also -- they -- they're

15  sometimes called dummy variables.  Back when I

16  was a student, they were dummy variables, and at

17  some point that fell out of favor because it --

18  maybe it sounds dumb.  And so people started to

19  say fixed effects instead.  But it's just a --

20  it's just a flag to pick up this -- this

21  observation.

22     Q.   How is that different than omitting it

23  from the study?

24     A.   Well, you're almost right, with

25  respect.

1   ▮

2          And I'm not suggesting that he do

3   this, but you would be correct that in the

4   context of his model, if he wanted to, he could

5   have put dummies for each of these three months,

6   and that would be effectively the same thing --

7   in terms of the other parameters of his model,

8   that would effectively be the same thing as

9   removing three observations from the model.

10         But that's not what I'm doing here,

11  and that's not the point that -- that I'm making

12  in this section of my report.

13     Q.   So if I understand your testimony,

14  it's just observational; is that right?  You're

15  just explaining how much of the variation can be

16  traced to those three --

17     A.   To those three months.  At this point

18  in this section, that's all I'm doing.

19  Three months account for 94 percent of the

20  variation.

21         This is not yet -- if you stopped

22  here, this is not yet a criticism of anything

23  that Dr. Ferrell has done.  Simply documenting

24  an empirical fact.

25     Q.   And you're not challenging or

1   ▮

2   contesting the accuracy of the price returns

3   that he calculated on those three instances.

4      A.   That is correct.  I'm not -- I'm not

5   arguing that those returns were not real and did

6   not actually happen in XRP prices.

7      Q.   All right.  If you could turn the page

8   and go to -- give me just a second.

9         Let's go to Figure 5.  Can you tell us

10  what Figure 5 represents.

11     A.   So, out of these 70 months in his

12  factor model, Dr. Ferrell reports an R-squared

13  of about 93 percent, plus or minus.  That's Fact

14  Number 1.

15        Fact Number 2, I show just three of

16  those 70 months accounts for 94 percent of the

17  variation.  That's Fact Number 2.

18        Now, the question becomes, is

19  Dr. Ferrell getting a high R-squared only

20  because his model explains those three months

21  and doesn't explain the other 67?

22        That's possible.

23        Or is Dr. Ferrell getting his

24  R-squared because his model does a really good

25  job of explaining all 70 months including the

1

2  three outliers?  That's also possible.

3          I -- I don't know yet.

4          So that is what I'm going to test.

5          And so in this figure, what I've done

6  is I've replicated Dr. Ferrell's model, I've

7  taken his predictions for 67 of the 70 months.

8  And I'm asking the question:  How powerful is

9  his model outside of the three months that we've

10  been talking about?  That's the question.

11          And, of course, I don't know the

12  answer before I -- before I do the analysis.  It

13  might be very powerful.  Or it might not be

14  powerful.  What I find is, it's not powerful.

15          In fact, outside of those three

16  months, Dr. Ferrell's model is actually worse

17  than no model.  He would be better off with no

18  model.

19          So that's -- that's the point that I

20  want to make, is the high R-squared he reports

21  is not because he's done a very good job of

22  explaining every point in his data set.  It's

23  because he's done a good job of explaining three

24  points in his data set and really is not

25  explaining anything that happens the other

1 ■

2 67 months.

3    Q.   So when you testified with respect to

4 Figure 5, you've taken his predictions for 67 of

5 the 70 months and asking the question: How

6 powerful is his model? In Figure 5, you are

7 excluding the three outlier dates. Correct?

8    A.   Correct. I'm taking his model

9 estimated on all 70, and I'm simply taking the

10 predictions of that model for the other 67

11 months besides the three that we're talking

12 about.

13    Q.   And what is the -- what is the basis

14 in the academic literature that causes you to

15 believe that it's appropriate to remove three

16 days of data out of 70 that you don't contest is

17 a mismeasurement and exclude it from your model?

18    A.   Well, there's -- first of all, that's

19 not what I'm doing.

20      But to answer your question, there's

21 an entire literature of how to handle outlier

22 data points and regression models.

23      The data may be correct. Being an

24 outlier doesn't necessarily mean the data are

25 false. It simply means that they have -- they

1

2   are overly influential in your parameter

3   estimates.

4        So, for example, you have 70 points,

5   and they're all kind of bouncing around a little

6   bit like this.  And then you've got one point,

7   which is just way out of scale for the others.

8   That might be the data.  Nothing wrong with the

9   data.

10       If you fit a model to that series of

11   data, what can happen is that your model, which

12   is just trying to solve a problem that you've

13   given it, your model will say, Well, okay, if

14   you want me to solve this problem, what I'm

15   going to do is I'm going to figure out how I can

16   match this one point that's way outside of

17   everything else, and I'm going to not do a very

18   good job on these other points.  That might be

19   okay, or that might not be okay.  But that's

20   what can happen with outlier or influential

21   points.

22       That appears to be what happened here.

23       Now, if in response to this,

24   Dr. Ferrell decided that he wanted to do

25   something in the sense of he wants to have

Page 320

1

2  better -- a better, more robust, more reliable

3  model by taking account of those outliers,

4  there's plenty of literature that discusses

5  appropriate ways to do that.

6      Q.   I'm going to quote from you -- from

7  the Litigation Services Handbook again.  This is

8  Section 9.4.

9          It says, Practitioner should not

10  eliminate outlier data points without first

11  investigating them.  The removal of data points

12  can prove dangerous.  Although eliminating

13  outliers will typically improve a regression's

14  fit, it can also destroy some of the model's

15  most important information.  One should

16  investigate whether substantive information

17  exists regarding these points and whether the

18  analysis should exclude them.  Do they involve

19  possible measurement errors?  If not, then the

20  analyst should consider including them.

21          We agree that you're not contending

22  that the three points are measurement errors,

23  correct?

24      A.   Correct.  I'm not -- I'm not saying

25  that.

1       ▮

2       Q.    What did you do to investigate the

3   circumstances of those three data points?

4       A.    That's what this section is.

5       Q.    I'm not talking about the --

6       A.    This set --

7       Q.    Not talking about the effect on the

8   R-squared.  I'm talking about what happened in

9   the real world as to why there were those --

10  call them outlier results.

11      A.    Well, one I point to, I mean, I -- I

12  didn't -- again, I have no reason to doubt the

13  data.  I didn't concern myself with that

14  question.

15            I identify single largest outlier

16  here, happens to land -- or maybe not happens,

17  but lands on the day that Ripple Labs announces

18  its intention to escrow tokens.  That might be

19  what's causing the outlier.

20            But that was -- I -- but I didn't

21  concern myself with trying to understand

22  everything that was happening on -- on these

23  three dates.

24            What the handbook is saying, I

25  completely agree with, which is if you've got

1    ███

2    outliers, you need to do some work.  That's

3    really what the handbook is saying.  If you've

4    got outliers, you need to do some work to see

5    whether you want to keep them or deal with them,

6    and that's what I'm doing here.

7        Q.   And the only work that you did was to

8    associate the largest, call it outlier, with the

9    announcement of escrow --

10       A.   No, no.  That's not --

11       Q.   Let me finish my question.

12       A.   Please.

13       Q.   -- and you did nothing to investigate

14   the circumstances or the context of the other

15   two outliers.  Correct?

16       A.   No.  No.  That's -- that's --

17       Q.   When you said --

18       A.   -- incorrect.

19       Q.   -- you didn't know what happened on

20   the other two dates.

21       A.   The work -- the work of the type the

22   handbook is discussing and the type that I'm

23   discussing is to investigate whether those

24   outlier points are having undue influence in

25   your model.  That's the work.

1

2        And that's the kind of -- this is the

3   kind of work that I'm doing here.  This is the

4   type of investigation that an -- that an analyst

5   might do to determine if these three outlier

6   points are biasing the model.

7        Q.   Well, if the data is accurate, what

8   basis is there to exclude it as having an impact

9   on the model that purports to describe what's

10  actually happening in the real world?

11       A.   Well, the handbook lays out some of

12  these reasons, and I've explained some of those

13  reasons.  An outlier point, accurate though it

14  may be, may be biasing your model, right?

15       Your model may adjust its parameters

16  in such a way that it will get that one point

17  right, but get a lot of other points wrong.  And

18  in some circumstances, you might say that's

19  fine.  And in other circumstances, you might say

20  that's not fine.

21       Because I don't want a model that

22  doesn't work most of the time.  And that's what

    we have here.

24       Dr. Ferrell's model does not work,

25  67 out of 70 months.

1

2        So if -- if -- I would -- if it were

3   me, I would deal with these outliers, because

4   I -- I don't want to have a model that does not

5   work 67 out of 70 months.

6      Q.   So when the handbook says one should

7   investigate whether substantive information

8   exists regarding these points and whether the

9   analysis should exclude them, you don't think

10   that requires an investigation into the factual

11   circumstances that led to the data?

12      A.   No, I don't believe that that -- that

13   is necessarily -- or at least I certainly didn't

14   read that to be some kind of investigation into

15   the circumstances that created the data.

16        I interpret that to mean, you should

17   see if those points have information that is

18   consistent with your model with respect to the

19   rest of the points.  That's what outlier

20   analysis is.  That's what I've done here.

21        No -- no researcher would -- worth his

22   salt -- his or her salt would say, Just because

23   the data are accurate, I therefore cannot deal

24   with them as outliers in a model.

25        That -- that's -- not a proper

1    ███

2    position to take.

3        Q.   So just so the record's clear, you did

4    no factual investigation of the circumstances

5    that led to what you call the outlier price

6    points.  Correct?

7        A.   I had no reason to doubt that the

8    pricing data were accurate.

9        Q.   But you don't know what the

10   circumstances were that were associated with the

11   outlier data.  Correct?

12       A.   Again, I -- one of them, I happened to

13   recognize the date.  But what the circumstances

14   are that are causing those prices is not the

15   point of this analysis.

16          The point of this analysis is, do

17   these three data points, correct though they may

18   be, are they biasing the model and rendering it

19   worthless in 67 out of 70 months?

20          And the answer is yes.

21       Q.   All right.  And in Figure 5, you come

22   up with an unadjusted R-square of .328.

23          And you state that -- well,

24   Professor Ferrell's model explains 93.5 percent

25   of the variation in -- of all 70 months, at

1

2   best, it only explains 32.8 percent of the

3   variation of 67 of those 70 months.

4       A.   That is what I wrote, yes.

5       Q.   Right.  And if you could read

6   paragraph 30, the first sentence, please.

7       A.   From Figure 5, we see that

8   Dr. Ferrell's model is statistically unbiased.

9   Alpha is numerically close to zero, and one

10  cannot reject the hypothesis that it is zero at

11  any reasonable significance level.

12      Q.   And that is true with respect to the

13  information you calculated in Figure 5, correct?

14      A.   That is the sentence describing what's

15  in Figure 5, yes.

16          I should point out, just so there's no

17  confusion, this alpha is different from

18  Dr. Ferrell's alpha.  But the sentence is true.

19      Q.   Excuse me a second.

20          All right.  If you could go to

21  paragraph 39.  And page 19.

22      A.   Yes.

23      Q.   You with me?

24      A.   Yes, I am.

25      Q.   These are other outlier data.

1   ███

2   Correct?

3       A.   Correct.

4       Q.   But this is for a particular digital

5   asset, THC?

6       A.   Correct.

7       Q.   And you identify three days in which

8   the THC prices appear to be incorrect.

9       A.   That is correct.

10      Q.   Right.  And those are days where the

11  price per unit, I guess, is 11- or $12 million?

12      A.   Correct.

13      Q.   Now, Professor Ferrell calculated his

14  returns by looking to prices on a start date and

15  an end date.  Correct?

16      A.   That is correct.

17      Q.   And didn't look at price information

18  in between.

19      A.   That is correct.

20      Q.   All right.  And in order to calculate

21  the return, between August and September,

22  Professor Ferrell compared the prices of

23  August 8 and September 5.  Correct?

24      A.   I -- I don't have the sequence of

25  dates memorized, but he would have had a start

1   ▮

2   date and a date 28 days later, and he would have

3   compared those two prices.

4        Q.   And so the price spikes that you

5   identify in Figure 10, if they didn't occur on a

6   date where he was getting price data, they

7   wouldn't affect his results, correct?

8        A.   Correct.  Which is why I -- I'm

9   speculating that he didn't notice the problem in

10  the data.

11       Q.   And does the -- do these price spikes

12  affect the calculations based on the data that

13  he used?

14       A.   It speaks to the robustness of his

15  approach.

16            So if he's going to start on the

17  particular day that he starts, he will not land

18  on these particular prices, and they will not

19  impact his results.

20            But the choice of start date is fairly

21  arbitrary, and had he chosen another date, which

22  would have just as valid from a principal point

23  of view, he would have landed on these days, and

24  that's when he would have discovered this

25  problem.

1 ████

2        That's, for instance, one of the ways

3 that came to my attention.

4    Q.   But are you offering an opinion that

5 Dr. Ferrell's conclusions are unreliable because

6 the reported price of THC spiked on the

7 three days that you set forth in your report?

8    A.   I'm very careful to say that these

9 price spikes do not impact the calculations that

10 Dr. Ferrell uses.

11        Of course, I think his conclusions are

12 unreliable for a host of reasons.

13        But his calculations, because of the

14 particular start date that he picked and the

15 particular sequence of dates that follows

16 therefrom, do not land on these dates.  It does

17 raise questions, in my mind, about the integrity

18 of his data source.

19        But to your question, that's correct.

20 These particular prices, though I think they're

21 clearly wrong, are not altering his

22 calculations.

23    Q.   All right.  You identified another

24 outlier month, one return date in which the

25 price return for THC equaled 8,916 percent.

1     ▮

2     That was in January of 2016.

3          Do you see that?

4     A.   Yes, I do.

5     Q.   He used 6,370 return dates in his

6     primary component analysis.  Correct?

7     A.   I -- I'm sorry, he used what?

8     Q.   A total of 6,370 return dates in

9     his --

10    A.   I haven't done that arithmetic.  I --

11    I don't know.

12    Q.   And he didn't include THC in

13    estimated -- Estimation Period 1, did he?

14    A.   It is not part of Estimation Period 1,

15    that's correct.

16    Q.   And it was only one out of 11

17    principal components in Estimation Period 2,

18    correct?

19    A.   It dominates the second principal

20    component in Estimation Period 2.

21    Q.   And what analysis did you perform to

22    determine that this one month in one currency

23    dominated his -- sorry.

24          Dominated his results, I think is what

25    you said.

1     █████

2       A.   I said dominated his second principal

3   component.

4       Q.   So what is your basis for your

5   testimony that a single-event day dominated his

6   second principal component?

7       A.   Well, I said that the coin dominated

8   his -- the second principal component.  And I --

9   I would refer you to Figure 13 of my report.

10      Q.   Let's go to Figure 14.

11           What does Figure 14 purport to do?

12      A.   Showing how things would have been

13   different had Dr. Ferrell noticed the flaw in

14   his methodology.  The flaw in his methodology,

15   which doesn't apply just to THC but it's a

16   general flaw in his entire approach, is splicing

17   two pricing data series together in the way that

18   he does.

19           This is just an example of the

20   problems that that creates.  It's a particularly

21   stark example, but it's just one example.

22           By doing that, he creates a variation

23   or a variance in his principal components, which

24   is not real.  It's not part -- it's not real in

25   the data.  It's created by this -- this -- this

1       ■

2 poor methodology.

3     And so what I'm just showing here is,

4 if -- if we draw -- if we didn't have the THC

5 dominating the second principal component, I'm

6 just showing how the second principal component

7 that emerges is much more correlated with XRP

8 than what Dr. Ferrell's second principal

9 component is.

10    Q.   Does your Figure 14 show a

11 statistically significant alpha on your

12 recalculated numbers?

13    A.   No.  In -- in Figure 14, with just

14 two principal components, whether Dr. Ferrell's

15 or whether a corrected second principal

16 component, alpha is not statistically different

17 from zero in either case.

18    Q.   So it wouldn't change his results.

19 Correct?

20    A.   No, no, I don't know that.

21     Again, the general method, the general

22 problem here, is you have pricing data from one

23 source and you have pricing data from another

24 source, and you just slap one on top of the

25 other.  That's the problem.  This is -- this is

1 ███

2 an example of that problem.

3        Now, he does that for virtually and

4 maybe literally every single coin in his data

5 set.  And you can't do that.  That's --

6 that's -- that's a bad methodology.  That is the

7 wrong way to combine data sets.

8        The right way to combine data sets is

9 in return space.  Dr. Ferrell didn't do that.

10 He just took one price and superimposed another

11 price on top of it.

12        That creates problems.  This is just

13 an example of a problem that that methodology

14 creates.

15        Had he -- had he done it correctly,

16 had he corrected it -- I didn't investigate it,

17 I don't know if that would have created a

18 statistically significant different alpha, I

19 don't particularly care.  I don't know whether

20 it would or not, but I'm simply pointing out

21 that his methodology is fundamentally flawed.

22    Q.   Without quibbling with your testimony

23 about his methodology, you didn't do the

24 calculations to determine whether having used

25 the methodology that you would have preferred

1 ███

2 would have resulted in a different result, with

3 respect to rejecting the nonzero conclusion for

4 alpha.  Isn't that correct?

5     A.  I did not undertake that analysis, no.

6     Q.  You could have, correct?

7     A.  I could have, yes.

8     Q.  And you didn't.

9     A.  I didn't.  I...

10     Q.  All right.  Let's go to paragraph 48.

11 If you would.

12       You calculated a change in R-squared

13 and Principal Component 1, assuming estimation

14 period began on September 10 instead of

15 September 3, correct?

16     A.  Correct.

17     Q.  And in your report, you observe that

18 R-squared would vary based on the start date

19 that Dr. Ferrell selected.  Correct?

20     A.  Correct.

21     Q.  And you demonstrated that you can come

22 up with differing R-squared calculations,

23 correct?

24     A.  Yes.

25     Q.  You don't recalculate any alphas

1    ██████

2    associated with a change in start date, do you?

3       A.   No, not here, no.

4       Q.   And so you're not offering an opinion

5    as to whether the alphas that Dr. Ferrell

6    determined in his principal component analysis

7    would have been different, in other words, if it

8    would have been able to -- if he would have been

9    able to reject the nonzero conclusion, had he

10   used different start dates.  Correct?

11      A.   I'm not investigating that particular

12   question in this section, that is correct.

13          I just want to demonstrate that

14   different start dates can move things around

15   quite a lot, and that's not a desirable property

16   of this kind of framework.

17          MR. FIGEL:  How much time do we have

18   left?

19          THE VIDEOGRAPHER:  About two minutes.

20          MR. FIGEL:  All right.  I'll -- I'll

21   spare you the last two minutes, even though

22   we can go for several more hours.  Let --

23   let's just make sure nobody on the phone

24   wants to say anything.

25          Any -- any questions for Dr. ████ from

1   ███

2   Cleary or Paul Weiss?

3       Okay.  I texted him.  Hearing none --

4       All right.  Dr. ███, thank you for

5   your time.  No further questions.

6       THE WITNESS:  Thank you.

7       MR. SYLVESTER:  Thanks.

8       THE VIDEOGRAPHER:  This marks the end

9   of the deposition.  We're going off the

10  record at 6:16 p.m.

11      (Time noted: 6:16 p.m.)

12

13

14

15

16              _____

17              ███████, Ph.D.

18       Subscribed and sworn to before me

19       this    day of        2022.

20

21

22

23

24

25

1

2              C E R T I F I C A T E

3

4   STATE OF NEW YORK    )
                         ) Ss.:
5   COUNTY OF NEW YORK   )

6           I JEFFREY BENZ, a Certified Realtime

7     Reporter, Registered Merit Reporter and

8     Notary Public within and for the State of

9     New York, do hereby certify:

10          That ███████████, Ph.D., the witness

11    whose examination is hereinbefore set

12    forth, was duly sworn by me and that this

13    transcript of such examination is a true

14    record of the testimony given by such

15    witness.

16          I further certify that I am not

17    related to any of the parties to this

18    action by blood or marriage; and that I am

19    in no way interested in the outcome of this

20    matter.

21          IN WITNESS WHEREOF, I have hereunto

22    set my hand this 22nd of February, 2022.

23

24          _____
            JEFFREY BENZ, CRR, RMR

25

Page 338

1

2        ---------------------INDEX--------------------

3     WITNESS               EXAMINATION BY     PAGE

4     ██████████, Ph.D.   MR. FIGEL          7

5        --------------------EXHIBITS--------------------

6     NUMBER         DESCRIPTION              PG   LN

7     Exhibit 1    Amended expert report of    9     8
               ██████████
8
       Exhibit 2    Rebuttal report of ██████   11    12
9                  ████

10    Exhibit 3    Copy of consolidated       51     8
                 financial statements of
11                 Ripple Labs, Incorporated,
                 for year ending December
12                 31, 2019

13    Exhibit 4    Litigation Services         89    22
                 Handbook, The Role of a
14                 Financial Expert

15    Exhibit 5    Academic Paper titled "The  104   25
                 Event Study Methodology
16                 Since 1969"

17    Exhibit 6    Sworn declaration of Dr.    109   25
                 ████████ in Rio Tinto
18                 case

19    Exhibit 7    Press Release titled        164    8
                 "Standard Chartered, Axis
20                 Launch Payments Service
                 with Ripple Tech"
21
       Exhibit 8    Article titled "Ripple     170   11
22                 Blockchain Network Adds
                 China Payments Provider"
23

24

25

TSG Reporting - Worldwide    877-702-9580

1

2

Exhibit 9    Article titled              178      7
              "Hundred-Year-Old CBW Bank
              One of the First U.S.
              Banks to Integrate Ripple
              as Transformational Money
              Transfer Protocol Ripple"

Exhibit 10    Article titled "Cross      184      8
              River Bank to Integrate
              Ripple for Real-Time
              International Payments
              Ripple"

Exhibit 11    Article titled "Risks and   275     13
              Returns of Cryptocurrency"

Exhibit 12    Expert Report of Dr. Allen  290     23
              Ferrell

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1   NAME OF CASE:

2   DATE OF DEPOSITION:

3   NAME OF WITNESS:

4   Reason Codes:

5       1.  To clarify the record.

6       2.  To conform to the facts.

7       3.  To correct transcription errors.

8   Page _____ Line _____ Reason _____

9   From _____ to _____
10  Page _____ Line _____ Reason _____
11  From _____ to _____
12  Page _____ Line _____ Reason _____
13  From _____ to _____
14  Page _____ Line _____ Reason _____
15  From _____ to _____
16  Page _____ Line _____ Reason _____
17  From _____ to _____
18  Page _____ Line _____ Reason _____
19  From _____ to _____
20  Page _____ Line _____ Reason _____
21  From _____ to _____
22  Page _____ Line _____ Reason _____
23  From _____ to _____
24
25                    _____