# Exhibit 27

1                 UNITED STATES DISTRICT COURT

2                SOUTHERN DISTRICT OF NEW YORK

3

4     SECURITIES AND EXCHANGE          )
      COMMISSION,                      )
5                                      )
                      Plaintiff,       )
6                                      ) Case No.
              v.                       ) 20-Civ-10832(AT)(SN)
7                                      )
      RIPPLE LABS, INC., BRADLEY       )
8     GARLINGHOUSE, and CHRISTIAN      )
      LARSEN,                          )
9                                      )
                      Defendants.      )
10    _____ )

11

12

13

14

15                VIDEOTAPED DEPOSITION OF

16                 CAROL L. OSLER, Ph.D.

17               Tuesday, December 21, 2021

18

19

20

21

22

23

      Reported by:
24    BRIDGET LOMBARDOZZI,
      CSR, RMR, CRR, CLR
25    Job No. 211221BLO

                                                        1

1                    UNITED STATES DISTRICT COURT

2                   SOUTHERN DISTRICT OF NEW YORK

3

4    SECURITIES AND EXCHANGE          )
     COMMISSION,                      )
5                                     )
                     Plaintiff,       )
6                                     ) Case No.
             v.                       ) 20-Civ-10832(AT)(SN)
7                                     )
     RIPPLE LABS, INC., BRADLEY       )
8    GARLINGHOUSE, and CHRISTIAN      )
     LARSEN,                          )
9                                     )
                     Defendants.      )
10   _____ )

11

12

13

14

15          Videotaped deposition of CAROL L. OSLER, Ph.D.

16   taken on behalf of Plaintiff, held at the offices of

17   Debevoise & Plimpton, 919 Third Avenue, New York, New

18   York, commencing at 9:07 a.m. and ending at 6:14 p.m., on

19   Tuesday, December 21, 2021, before Bridget Lombardozzi,

20   CCR, RMR, CRR, CLR, and Notary Public of the States of

21   New York and New Jersey, pursuant to notice.

22

23

24

25

                                                              2

```
 1   A P P E A R A N C E S (Via Remote where indicated):

 2

 3

 4   For the Plaintiff:

 5

 6

 7           UNITED STATES SECURITIES AND EXCHANGE COMMISSION

 8           NEW YORK REGIONAL OFFICE

 9           BY:  ROBERT MOYE, ESQUIRE

10               DAPHNA A. WAXMAN, ESQUIRE

11           New York Regional Office

12           200 Vesey Street

13           Suite 400

14           New York, New York  10281-1022

15           Telephone:  212.336.0153

16           Email:   moyer@sec.gov

17                    waxmand@sec.gov

18

19

20

21

22

23

24

25
```
                                                                    3

```
 1   A P P E A R A N C E S (Continued):

 2   For Defendant Ripple Labs Inc.:

 3           DEBEVOISE & PLIMPTON LLP

 4           BY:  BENJAMIN J. LEB, ESQUIRE (Remote)

 5                ASHLEY HAHN, ESQUIRE (Remote)

 6                MATTHEW J. HIRSCH, ESQUIRE (Remote)

 7           919 Third Avenue

 8           New York, New York  10022

 9           Telephone:  212.909.6000

10           E-Mail:  bjleb@debevoise.com

11                    ahahn@debevoise.com

12                    mjhirsch@debevoise.com

13                    -and-

14   For Defendant Ripple Labs Inc. and the Witness:

15

16           KELLOGG, HANSEN, TODD, FIGEL & FREDERICK PLLC

17           BY:  BRADLEY E. OPPENHEIMER, ESQUIRE

18                JUSTIN BERG, ESQUIRE

19           Sumner Square

20           1615 M Street, N.W.

21           Suite 400

22           Washington, D.C.  20036

23           Telephone:  202.326.7999

24           E-mail:  Boppenheimer@kellogghansen.com

25                    jberg@kellogghansen.com
```

4

```
 1   A P P E A R A N C E S (Continued):

 2

 3   For Defendant Bradley Garlinghouse:

 4

 5           CLEARY GOTTLIEB STEEN & HAMILTON

 6           BY:  NICOLE TATZ, ESQUIRE (Remote)

 7           One Liberty Plaza

 8           New York, New York  10006

 9           Telephone:  212.225.2951

10           E-mail:  ntatz@cgsh.com

11

12   For Defendant Christian A. Larsen:

13

14           PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

15           By:  SARAH PROSTKO, ESQUIRE (Remote)

16           1285 Avenue of the Americas

17           New York, New York  10019-6064

18           Telephone:  212.373.3067

19           E-mail:  sprostko@paulweiss.com

20

21   ALSO PRESENT:

22           STELLA UVAYDOVA, Paralegal, SEC

23           DAVID SHERECK, Videographer
             Shereck Video Service
24

25
```

5

```
 1                          INDEX
 2   WITNESS                          EXAMINATION
 3   CAROL L. OSLER, Ph.D.
 4       BY MR. MOYE                       11
 5       BY MR. OPPENHEIMER               336
 6
 7                         EXHIBITS
 8   SEC
     NUMBER              DESCRIPTION          PAGE
 9
10   Exhibit 1    Expert Report of Professor      14
11                Carol L. Osler 10-4-21
12                NO BATES, 41 pages
13
14   Exhibit 2    Federal Reserve Bank of St.    174
15                Louis - Functions of Money
16                article dated 8-9-12
17                NO BATES, 4 pages
18
19   Exhibit 3    NBER Working Paper Series      175
20                Yermack Article 12/13
21                NO BATES, 16 pages
22
23   Exhibit 5    Declaration of Lawrence        237
24                Angelilli dated 3-14-21
25                NO BATES, 13 pages
```

6

```
 1                              EXHIBITS

 2      SEC
        NUMBER              DESCRIPTION              PAGE
 3

 4      Exhibit 6     Rebuttal Report of ████████      260

 5                    ████████ dated 11-12-21

 6                    NO BATES, 73 pages

 7

 8      Exhibit 7     Amended Expert Rebuttal          263

 9                    Report of ████████████

10                    dated 11-16-21

11                    NO BATES, 149 pages

12

13      Exhibit 8     Rebuttal Expert Report of        264

14                    Carol Osler dated 11-12-21

15                    NO BATES, 20 pages

16

17      Exhibit 9     Expert Report of ████████        296

18                    ████████ dated 10-4-21

19                    NO BATES, 50 pages

20

21      Exhibit 10    "Free Working Capital with       223

22                    On-Demand Liquidity"

23                    NO BATES, 8 pages

24

25
```

7

1                        EXHIBITS

2    SEC
     NUMBER              DESCRIPTION              PAGE
3

4    Exhibit 11   "The Environmental Impact:      232

5                 Cryptocurrency Mining vs.

6                 Consensus"  7-8-20

7                 NO BATES, 5 pages

8

9    Exhibit 12   11-18-21 CoinDesk Article       254

10                "Mexican Crypto Exchange

11                Bitso Incorporates Circle

12                Solutions for Cross-Border

13                Payments Initiative."

14                NO BATES, 3 pages

15

16   Exhibit 13   "MoneyGram Partners with        254

17                Ripple Competitor Stellar"

18                NO BATES, 4 pages

19

20

21         *** EXHIBITS BOUND SEPARATELY ***

22

23

24

25

8

```
1                   DEPOSITION SUPPORT INDEX

2

3       DIRECTION TO WITNESS NOT TO ANSWER

4          Page    Line

5           163      15

6           242      13

7           261       3

8

9

10      STIPULATIONS

11         Page    Line

12          13      17

13

14

15      PORTION MARKED HIGHLY CONFIDENTIAL

16         Page    Line

17          - -none- -

18

19

20      REQUEST FOR DOCUMENTS

21         Page     Line

22          - -none- -

23

24

25
```

9

                    1                    -   -   -

                    2                  9:07 a.m.

                    3            December 21, 2021

                    4                    -   -   -

                    5              THE VIDEOGRAPHER:  Okay.  We

                    6         are on the record.  The time is

                    7         approximately 9:07 a.m.  Today's date

                    8         is Tuesday, December 21st, 2021.

                    9         This is the video deposition of

09:07:55 10         Professor Carol Osler in the matter

                   11         of Securities and Exchange Commission

                   12         versus Ripple Labs, et al.  Index

                   13         number is 20-Civ-10832 in the United

                   14         States District Court, Southern

09:08:10 15         District of New York.

                   16              My name is David Shereck,

                   17         certified legal videographer with Shereck

                   18         Video, in association with Gradillas

                   19         Court Reporting of Glendale, California.

09:08:22 20         We're located today at the office of

                   21         Debevoise & Plimpton located at 919 Third

                   22         Avenue, New York, New York.

                   23              All counsels will be present --

                   24         all counsels present will be noted on the

09:08:34 25         stenographic record.

                                                              10

```
09:08:35   1                          And the court reporter today is
           2              Bridget Lombardozzi, also with Gradillas.
           3              And will you please swear in the witness.
           4                    C A R O L   O S L E R, Ph.D,
09:08:44   5              having been duly sworn, was examined and
           6              testified as follows:
           7                          THE REPORTER:  Thank you.
           8              You may proceed.
           9                    MR. MOYE:  Good morning.
09:09:00  10              Should we get the appearances from
          11              all of the witnesses -- from all the
          12              attorneys?  No.  We've already done
          13              that.  All right.
          14    DIRECT-EXAMINATION
09:09:05  15    BY MR. MOYE:
          16        Q.    I'm Robert Moye representing the SEC
          17    I'll be asking you the questions today.  Let's
          18    start out, can you tell me your name and spell it
          19    for the record?
09:09:16  20        A.    Carol L. Osler.  C-A-R-O-L, L,
          21    O-S-L-E-R.
          22        Q.    And where do you live?
          23        A.    I live in Framingham, Massachusetts.
          24        Q.    Have you ever been deposed before?
09:09:30  25        A.    I have.
```

11

09:09:31  1        Q.    How many times?

          2        A.    Twice.

          3        Q.    So this may be a review, but I want to

          4   go over a few points about how we can make a good

09:09:40  5   record here today of your testimony.

          6              The first thing I'd like to remind you

          7   is to please let me -- wait for me to finish my

          8   question before you begin your answer.  I will try

          9   to do the same for your answers.

09:09:50  10             Second, from time to time counsel in the

          11  room may make an objection.  When that happens, I

          12  have a choice:  I can rephrase my question or I

          13  can ask you to go ahead and answer the pending

          14  question.

09:10:01  15             If you don't remember the pending

          16  question, we can have it read back.

          17             Is that all right?

          18        A.    That's fine.

          19        Q.    Finally, if there's a question that you

09:10:08  20  think is unclear, please ask me to clarify because

          21  if you go ahead and answer a question that I ask

          22  with the misunderstanding present, we may not know

          23  that that happens.  However, if you realize later

          24  that you've misunderstood one of my questions and

09:10:22  25  need to add to or change one of your answers, you

                                                            12

09:10:24  1    can do that, but please let me know that you want

2    to do that so we can finish the pending question.

3            Is that all right?

4        A.  Yes.

09:10:31  5        Q.  And, finally, when I hand you a

6    document, I will direct you to that portion of the

7    document that I'm interested in.  So you don't

8    need to read the entire document before I can

9    begin my question, but obviously if there are

09:10:45 10    other parts of the document that you want to refer

11    to before you begin your answer, that's fine as

12    well.  But I think it will go smoother if I give

13    you an exhibit and tell you where I'm going to go.

14            Is that okay?

09:10:56 15        A.  Yes.

16        Q.  All right.

17                MR. OPPENHEIMER:  Counsel,

18            before you start, let me just put on

19            the record our existing practice that

09:11:04 20            an objection by one defendant is an

21            objection by all.

22                MR. MOYE:  Yes, that's

23            acceptable.

24                MR. OPPENHEIMER:  Thank you.

09:11:12 25        Q.  And is it okay if I refer to you as

13

```
09:11:15   1    Professor Osler?
           2         A.    It is.
           3         Q.    All right.  Professor, I'm going to hand
           4    you what's been marked as Exhibit 1.
09:11:19   5         A.    Thank you.
           6                    (Whereupon, exhibit is received
           7              and marked SEC Osler Deposition Exhibit 1
           8              for identification.)
           9    BY MR. MOYE:
09:11:43  10         Q.    Can you let me know if you recognize
          11    Exhibit 1?
          12         A.    I do.
          13         Q.    What is Exhibit 1?
          14         A.    It is my expert report.
09:11:47  15         Q.    Your initial report in this matter?
          16         A.    My initial report.
          17         Q.    Okay.  That was issued on October 4th,
          18    more or less?
          19         A.    Yes, more or less.
09:11:55  20         Q.    Okay.  Does your initial report have any
          21    exhibits?
          22         A.    It does.
          23         Q.    Okay.  So I'd like to direct your
          24    attention to Exhibit A.
09:12:08  25                    Can you tell me in your own words, what
```

14

09:12:10  1    is Exhibit A?  What kind of information it

2    contains.

3         A.   It's my curriculum vitae, so it has my

4    education, my employment history, my publication

09:12:19  5    history, my teaching and my thesis -- thesis

6    committee participation and the like.

7         Q.   Okay.  So I'd like to review your

8    academic experience.  Can you tell me where you

9    went to undergraduate?

09:12:41 10         A.   I went to Swarthmore College in

11    Pennsylvania.

12         Q.   And you got a bachelor's in economics?

13         A.   I did.

14         Q.   When did that occur?  When did you get

09:12:49 15    that degree?

16         A.   The degree was in 1980.

17         Q.   Okay.  May be an obvious question, but

18    when you were studying in your undergraduate

19    degree, did you study cryptocurrencies?

09:12:57 20         A.   No, I didn't.

21         Q.   All right.  Where did you get -- where

22    did you study for your master's degree?

23         A.   My -- my master's and my Ph.D. came from

24    Princeton University in New Jersey.

09:13:09 25         Q.   Okay.  And when did you receive your

15

09:13:11   1   master's?

2        A.   My master's would have been, I believe,

3   1983.

4        Q.   Similar question as before:  When you

09:13:29   5   studied for your master's degree, did you have the

6   occasion or opportunity to study cryptocurrencies?

7        A.   I studied monetary theory but not

8   cryptocurrencies.

9        Q.   And that's because cryptocurrencies, as

09:13:41  10   we know them now, didn't exist back then?

11        A.   That's true.

12        Q.   When did you receive your Ph.D.?

13        A.   1987.

14        Q.   I'm sorry, '86 or '87?

09:13:52  15        A.   '87.

16        Q.   And when you were studying for your

17   Ph.D., was it also true that cryptocurrencies did

18   not exist and so you did not have the opportunity

19   to study them?

09:14:05  20        A.   That's correct.

21                 MR. OPPENHEIMER:  Objection

22        to form.

23        Q.   You can answer.

24                 MR. OPPENHEIMER:  You can

09:14:09  25        answer.

16

09:14:10  1          A.    That's correct.

          2          Q.    All right.  You're teaching out at

          3    Brandeis University, correct?

          4          A.    Yes.

09:14:20  5          Q.    I mean, not today.

          6          A.    Right.

          7          Q.    But you're employed at Brandeis?

          8          A.    I am employed at Brandeis.

          9          Q.    All right.  Let's talk about some of

09:14:27 10    your prior teaching experience.

         11          You previously taught at Dartmouth

         12    College?

         13          A.    Yes.

         14          Q.    During what period of time?

09:14:33 15          A.    From 1985 to 1991.  I believe that was

         16    '91.

         17          Q.    At that time did you teach any courses

         18    that involved the use of cryptocurrencies in

         19    exchanges or foreign exchange trade?

09:14:52 20                THE REPORTER:  In exchanges?

         21                MR. MOYE:  Or foreign

         22          exchange trade.

         23          A.    I certainly taught about the nature of

         24    money but I did not discuss cryptocurrencies.

09:15:01 25          Q.    And, again, why not?

                                                              17

09:15:03 1   A. Because they did not exist.

2   Q. And you also taught at Northwestern

3 University, is that true?

4   A. Yes, I did.

09:15:13 5   Q. During what period of time?

6   A. I taught as a visiting assistant

7 professor in the -- around 1990 twice.

8   Q. In succession or -- or --

9   A. No, there was a gap between.  About a

09:15:32 10 semester, I believe.

11   Q. Okay.  And so back in 1990, did you have

12 the opportunity to teach any courses about the use

13 of cryptocurrency in the foreign currency exchange

14 markets?

09:15:49 15   A. I taught about currency trading

16 extensively, which is my area of expertise.  I did

17 not specifically mention cryptocurrencies.

18   Q. And why not?

19   A. Because they didn't exist at the time.

09:16:01 20   Q. And when did you teach at Columbia?

21   A. I taught at Columbia in the early 1990s,

22 shortly after I arrived at the Federal Reserve

23 Bank of New York where I worked for about a decade

24 as a macroeconomist -- for much of that period as

09:16:19 25 a macroeconomist, international macroeconomist.

18

09:16:23  1        Q.   All right.  So you're talking about the

2    Federal Reserve.  How about at Columbia?

3        A.   At Columbia I taught monetary theory to

4    undergraduates and I taught something essentially

09:16:34  5    the same to graduates in -- yeah.

6        Q.   How long were you at Columbia?

7        A.   I believe it was about -- I believe I

8    taught there roughly three years.

9        Q.   From '93 to '96?  Does that sound right?

09:16:52 10        A.   That sounds pretty good.

11        Q.   It's listed in your professional

12    experience with that.  You're --

13        A.   Okay.

14        Q.   Feel free to refer to that if that helps

09:17:00 15    you.  If that doesn't help you --

16        A.   Thank you.  Okay.

17        Q.   So I'm looking at the first page under

18    "Professional Experience."

19        A.   And I'm sure when I put that down, I had

09:17:08 20    sat down to figure it out.

21        Q.   Okay.  That's what we're going to go

22    with, '93 to '96.

23             So same question as I've asked you

24    previously:  Did cryptocurrencies exist back in

09:17:18 25    1993 or 1996?

19

09:17:20  1        A.    No, they didn't.

       2        Q.    Okay.  So you would not have had the

       3    opportunity at Columbia to discuss or teach those

       4    topics to your students, is that right?

09:17:27  5        A.    I certainly taught about currencies at

       6    great length.

       7        Q.    I was asking about cryptocurrencies.

       8        A.    I did not specifically mention

       9    cryptocurrencies.  There are many currencies and I

09:17:37 10    don't always mention them all.  But in any case,

      11    at that time, cryptocurrencies did not exist.

      12        Q.    Okay.  And you hadn't anticipated their

      13    existence, is that fair to say?  You personally.

      14                   MR. OPPENHEIMER:  Objection

09:17:46 15            to form.

      16        A.    I'm just thinking about your question.

      17    You know, I don't even remember what I thought

      18    about back then.  It's a very long time.

      19        Q.    All right.  So you've been -- you've

09:18:05 20    been at Brandeis University teaching for about the

      21    last 19 years.  Is that -- is that close?

      22        A.    That's close.

      23        Q.    Okay.  And according to your bio in

      24    Exhibit 1, you teach courses on behavioral

09:18:18 25    finance, financial market structure and trading

                                                          20

09:18:21 1    process, and applied macroeconomic analysis, is

2    that right?

3        A.   Yes.  And in macroeconomics, we discuss

4    the nature of currencies and in my trading class,

09:18:32 5    we discuss the trading of currencies.

6        Q.   Okay.  In any of the courses that you've

7    been teaching at Brandeis, do you focus

8    specifically on cryptocurrencies?

9                    MR. OPPENHEIMER:  Objection

09:18:38 10        to form.

11                    You can answer.

12        A.   I -- let's see.  Give me an opportunity

13    to think about this.

14                    I discussed it in my behavioral finance

09:19:07 15    class.  They came up as a topic along the way.

16        Q.   So let's explore that for a minute.

17                    When you say "discussed," is that the

18    focus during the semester or was that something

19    that came up on one day during one class

09:19:19 20    discussion?  How would you describe it?

21                    MR. OPPENHEIMER:  Objection

22        to form.

23                    You can answer.

24        A.   I would describe it as a topic I raised

09:19:27 25    on one day.

21

09:19:28  1        Q.   Okay.  And is it a topic that was the

       2   subject of research by your students leading to an

       3   assignment or an exam or was it -- was it

       4   something that you tested on or was it more --

09:19:41  5   yeah.  What did you do in connection with that

       6   discussion?

       7                    MR. OPPENHEIMER:  Objection

       8            --

       9        Q.   Was there any additional outside work or

09:19:47 10   research?

      11                    MR. OPPENHEIMER:  Objection

      12            to form.

      13        Q.   You can answer.

      14        A.   I did not have the students do anything

09:19:55 15   about it, but of course my understanding of

      16   cryptocurrencies is informed by my own research.

      17        Q.   Prior to Brandeis University, so I guess

      18   focusing mostly on Federal Reserve and your other

      19   teaching, has any of your professional employment

09:20:14 20   focused on the use of cryptocurrencies either in

      21   connection with foreign exchange trading or in any

      22   other way?

      23        A.   No.

      24        Q.   In your research at Brandeis, according

09:20:25 25   to your bio, your research is focused on exchange

                                                          22

09:20:30   1   rates and foreign exchange trade.  I realize you

       2   do a lot of research.

       3           But is that a fair summary of your --

       4   some of the topics of your research at Brandeis?

09:20:38   5                   MR. OPPENHEIMER:  Objection

       6           to form.

       7                   You can answer.

       8       A.    There has been an important secondary

       9   focus, which is on behavioral matters in finance.

09:20:59  10   And most recently I have expanded my study of

     11   currency trading to include cryptocurrencies.

     12       Q.    So just looking at the past, maybe the

     13   more distant past instead of the present, would it

     14   be fair to say that your research at Brandeis has

09:21:15  15   not focused on the use of cryptocurrencies in the

     16   foreign exchange trade market?

     17                   MR. OPPENHEIMER:  Objection

     18           to form.

     19                   You can answer.

09:21:24  20       A.    I'd say that my most recent research has

     21   definitely included cryptocurrencies.

     22       Q.    Let's flip that around.

     23           Except for your most recent research,

     24   would it be fair to say that your other 18- or

09:21:35  25   17-plus years at Brandeis has not focused on

                                     23

09:21:38  1   cryptocurrencies in the foreign exchange trade

2   trading markets?

3       A.   That would --

4              MR. OPPENHEIMER:  Objection.

09:21:41  5              You can answer.

6       A.   That would be fair to say.

7       Q.   Have you published any papers dealing

8   with cryptocurrency trading?

9       A.   I have not published any papers on it.

09:21:53 10       Q.   Are you currently working on any papers

11   either by yourself or with someone else regarding

12   use of cryptocurrency?

13       A.   Yes.

14       Q.   Okay.  Is that the "Private

09:22:02 15   Non-fundamental Information in Adverse-Selection

16   of Cryptocurrencies" paper?

17       A.   Yes, it is.

18       Q.   Okay.  Who's your co-author?

19       A.   Shuran Zhang.

09:22:13 20       Q.   And who is Shuran Zhang?

21       A.   He is a graduate of Brandeis Ph.D.

22   program and I chaired his thesis committee.

23       Q.   So he's a Ph.D. recipient?

24       A.   Yes.

09:22:22 25       Q.   He currently teaches at Brandeis?

24

09:22:25   1          A.     Shuran Zhang?  No.

           2          Q.     Okay.  Where -- do you know where he is

           3    now?

           4          A.     Yes.  He lives in Utah.

09:22:30   5          Q.     Okay.  Why don't we help the court

           6    reporter by spelling Shuran Zhang.

           7          A.     Sure.

           8          Q.     Do I have this right?  S-H-U-R-A-N,

           9    Z-H-A-N-G?

09:22:41  10          A.     Yes.

          11          Q.     All right.  And thanks for helping with

          12    the pronunciation.

          13                 So you confirmed the title of the paper,

          14    but could you explain for noneconomists, what is

09:22:56  15    the thesis of the paper?  What is it that the

          16    paper's trying to establish or study?

          17                        MR. OPPENHEIMER:  Objection

          18          to form.

          19                        You can answer.

09:23:05  20          A.     The paper is interested in the

          21    communication of information within a given trade

          22    and the nature of that information.  And I'm using

          23    cryptocurrency as a lens through which to

          24    understand all currencies.  And so -- and, in

09:23:26  25    fact, all trading.  So all financial -- active

                                                              25

09:23:34   1   financial active trading.

           2            So economists have -- financial

           3   economists.  A major topic in the financial

           4   economics literature over the past 35 years has

09:23:51   5   involved the question:  What if someone in a given

           6   trading -- in a given trade knows more about the

           7   future value of a -- of the asset than -- than

           8   someone else?  And we call that asymmetric

           9   information.

09:24:11  10            And the question is:  What happens --

          11   and another important question is:  What's the

          12   nature of that information?  And my paper looks at

          13   the nature of information that might be

          14   communicated within a trade.

09:24:21  15        Q.   What does the technical term "adverse

          16   selection" mean?

          17        A.   Let me think a bit so I can say it

          18   concisely for you.

          19            Excuse me.

09:24:43  20            Adverse selection refers to a situation

          21   of asymmetric information, where one person knows

          22   more than another, and it refers to a situation in

          23   which the person who does not have the information

          24   will only experience an adverse outcome with

09:25:00  25   respect to the person who does have the

                                                              26

09:25:02 1    information.

2         Q.   So in connection with this paper, who

3    has the adverse selection problem or the asymmetry

4    of information with regard to cryptocurrencies?

09:25:16 5                   MR. OPPENHEIMER:  Objection

6              to form.

7                   You can answer.

8         Q.   Just generally.

9                   MR. OPPENHEIMER:  Same

09:25:22 10             objection.

11        A.   Let me just formulate an answer for you.

12             We -- the person purchasing.

13        Q.   Okay.  Do you view this recent research

14   in any way as relevant to the expert opinion

09:25:44 15  you've given in this case?

16                  MR. OPPENHEIMER:  Objection

17             to form.

18                  You can answer.

19        A.   I will answer, but I just realized that

09:25:51 20  I was too narrow in my previous response, so I'd

21   like to clarify that after I answer.

22             Could you repeat the question, the

23   current question?

24                  MR. MOYE:  Could you read it

09:26:00 25            back?

27

09:26:11  1                    (Whereupon, the record was read

       2          back.)

       3      A.   That's -- I -- I review the research as

       4  having helped enrich my understanding of

09:26:27  5  cryptocurrencies broadly and the specific topic of

       6  the research is not directly relevant to this.

       7      Q.   Are you going to produce a copy of that

       8  paper?

       9                    MR. OPPENHEIMER:  Can we --

09:26:38 10          can we clarify that other answer she

      11          wanted to expand on?

      12                    THE WITNESS:  Oh, yes.

      13                    MR. MOYE:  Yes, right after

      14          she tells me.

09:26:44 15      Q.   Are you willing to produce a copy of the

      16  paper so that we can study it?

      17      A.   Absolutely.

      18                    MR. OPPENHEIMER:  Objection.

      19                    You can answer.

09:26:50 20      A.   Okay.  I believe it's available.

      21      Q.   Well, I haven't been able to get it.

      22      A.   Okay.

      23      Q.   So I'd appreciate it if your counsel

      24  could provide us a copy.

09:26:59 25      A.   Okay.  Okay.

                                                              28

09:26:59  1        Q.   So why don't you go back and clarify the

       2   answer that you wanted to clarify.

       3        A.   Yes.  So you had asked me who would be

       4   adversely selected in a currency trade or -- yeah,

09:27:09  5   in a financial market trade.  And I had specified

       6   that it was the purchaser.  More accurately, it's

       7   the liquidity provider, whether the liquidity

       8   provider is buying or selling.  It's whoever is

       9   providing liquidity on the trade.

09:27:30 10        Q.   Are you saying the ultimate purchasers

      11   do not suffer in any way from the adverse

      12   selection problem?

      13                  MR. OPPENHEIMER:  Objection

      14            to form.

09:27:37 15        A.   I'm not sure I see the relationship

      16   between your question and what we've been talking

      17   about.

      18        Q.   That's fine.  If you can't answer, we

      19   can move on.

09:27:45 20                  MR. OPPENHEIMER:  Objection.

      21        A.   Let me put it this way:  Your question

      22   is confusing to me and I would welcome a

      23   clarification.

      24        Q.   Okay.  I was trying to ask if the

09:27:56 25   ultimate purchasers of cryptocurrency, the

                                                          29

09:27:59    1    individuals that purchase it, are they ever

            2    subject to the adverse selection problem which is

            3    the same or similar to what you described in this

            4    paper?

09:28:07    5                   MR. OPPENHEIMER:  Objection

            6          to form.

            7                   You can answer.

            8        A.   We're going an awfully long way here

            9    between what's in my paper and individual traders.

09:28:18   10    So we'd have to examine the links carefully.  And

           11    the paper is completely unspecific about who these

           12    traders are.

           13        Q.   Okay.  So as of right now, you're not

           14    sure how you would answer my question.

09:28:33   15                Is that fair?

           16                   MR. OPPENHEIMER:  Objection

           17          to the form.

           18                   You can answer if you

           19          understand that.

09:28:43   20        A.   I -- I would like to clarify that until

           21    the question is clarified, I cannot provide an

           22    answer.

           23        Q.   All right.  So if the paper was here, we

           24    might be able to do that, but why don't we move on

09:28:53   25    to another area of discussion.

                                                                    30

09:28:55  1            I'd like you to look at the list of your

       2    publications which is at the bottom of page 2 in

       3    your bio or your CV.  And I believe it continues

       4    onto page 3 and 4.

09:29:13  5            So I'm mostly focused on recent

       6    publications, but obviously if you feel it's

       7    irrelevant, you can tell me.

       8        A.   Uh-huh.

       9        Q.   As far as you know, is this list of

09:29:21 10    publications complete?

      11        A.   As far as I know.

      12        Q.   Okay.  There's been nothing recent in

      13    the past month or so that didn't make it onto the

      14    CV?

09:29:29 15        A.   No.

      16        Q.   Okay.  So it looks like, looking at the

      17    bottom of page 2, you published an article in 2021

      18    titled "Price Discovery in Two-Tier Markets," is

      19    that right?

09:29:45 20        A.   Yes.

      21        Q.   And then turning on to the next page, it

      22    looks like your next most recent publication, "The

      23    Market Microstructure Approach to Foreign

      24    Exchange," was published in 2013, is that correct?

09:29:59 25        A.   That's correct.

                                                          31

09:30:03 1   Q. So between 2021 and 2013, were there any

2 academic publications?

3   A. There were no academic publications.

4   Q. Now, I know that you've written several

09:30:13 5 times for popular audience.  Are those

6 publications listed under your other publication

7 section?

8   A. Yes.

9   Q. Okay.  And you've also been part of

09:30:22 10 several working papers, is that correct?

11   A. Yes.

12   Q. And those are listed in the "Working

13 Papers" section on page 4, is that right?

14   A. Let me just check.  There's some --

09:30:48 15 there -- yeah, that's about right.

16   Q. Okay.  So bottom of page 4, top of page

17 5, shows what you've been working on but has not

18 ultimately been published, is that fair?

19   A. That's correct.

09:30:58 20   Q. Okay.  Is it -- is that section complete

21 in terms of what you've been working on but not

22 yet published?

23      MR. OPPENHEIMER:  Objection

24    to form.

09:31:07 25   A. In terms of working papers, that's

32

09:31:09  1    correct.

2        Q.   All right.  Would it be fair to say,

3    Professor Osler, that between the period of 2013

4    and the present, so 2021, you were focused on --

09:31:28  5    you were more focused on expert engagements than

6    in publishing your academic research?

7                    MR. OPPENHEIMER:  Objection

8           to form.

9        A.   No.

09:31:36 10        Q.   No.  Okay.

11             Can you tell me how many academ -- how

12    many expert engagements you've worked on between

13    2013 and 2021?

14        A.   I don't have the number handy, but it's

09:31:53 15    important to know that I have been doing extensive

16    administrative work at the university.

17        Q.   Let's talk about that.

18             You have a lot of -- I don't know if

19    they're management or supervisory

09:32:02 20    responsibilities.

21             How would you describe your current load

22    of responsibilities at Brandeis?

23        A.   Quite extensive.  I chair the faculty

24    senate.  And for about four years in there, I was

09:32:14 25    co-chair of a task force intending to design

33

```
09:32:17   1    workplace bullying policies.
           2                    THE REPORTER:  Workplace
           3          billing?
           4                    THE WITNESS:  I'm sorry.
09:32:27   5          Bullying.
           6                    THE REPORTER:  Thank you.
           7    BY THE REPORTER:
           8          Q.   And then, of course, you work with
           9    students, including Ph.D. students --
09:32:36  10          A.   Uh-huh.
          11          Q.   -- and you serve on committees?
          12                    THE REPORTER:  Repeat.
          13          Q.   Am I correct that you also work with
          14    students, including Ph.D. students, and you serve
09:32:36  15    on their dissertation committees?
          16          A.   That's correct.
          17          Q.   Okay.  Why don't we look at the expert
          18    section of your bio.  So this is going to start at
          19    the bottom of page 1 and go onto the top of page
09:33:07  20    2.
          21               Would you take a moment to yourself,
          22    read through the case names, engagements that you
          23    worked on, and let me know when you're done.
          24          A.   I'm done.
09:33:32  25          Q.   Okay.  So by my count that's 11 expert
```

34

09:33:35  1  engagements.  Math's not my main subject, so I

2  could be off by one or two.

3          Does that sound about right?

4      A.   Sounds about right.

09:33:42  5      Q.   Okay.  Are there others -- as you read

6  through, did you notice any other expert

7  engagements that you've worked on that are not

8  listed here?

9      A.   No.

09:33:52 10      Q.   Do these engagements include matters on

11  which you acted as a consultant but never actually

12  offered an expert opinion?

13      A.   Yes, they do.

14      Q.   Okay.  So we could be reasonably

09:34:05 15  confident that if you worked in connection with

16  any sort of litigation, it's listed in this

17  engagement section.  Is that fair?

18      A.   Reason --

19              MR. OPPENHEIMER:  Objection.

09:34:14 20              You can answer.

21      A.   Reasonably confident.

22      Q.   All right.  And does this professional

23  experience list any other matters in which you're

24  currently acting as an expert or preparing to

09:34:29 25  issue an expert opinion?

35

```
09:34:39   1          A.    Yes.   Well, I am not -- so, no, I am not
           2    preparing to provide an opinion -- no, there's
           3    one.   There's one that I am preparing to provide
           4    an opinion.
09:34:55   5          Q.    Which law firm are you working with?
           6    Can you tell us?
           7          A.    Siskinds in Canada.
           8          Q.    And what type of case is that?   Just a
           9    general is fine.
09:35:05  10                     MR. OPPENHEIMER:  Objection.
          11                     You can answer.
          12          A.    It's bonds.
          13          Q.    Okay.   So besides the bond case with
          14    Siskinds and besides this case which is also not
09:35:13  15    listed for obvious reasons, there's no other
          16    consulting engagement that -- that you have that
          17    you're working on.
          18                Is that fair?
          19          A.    No.   There is a third that is -- let's
09:35:26  20    see; listed here as 2017 to present, Maurice
          21    Blackburn in Australia.
          22                I speak with these people, yeah.   So
          23    there's that.
          24                I am not actively preparing anything for
09:35:43  25    them at the moment.
```

36

09:35:44  1          Q.   Okay.  Besides the Ripple case which

       2    brings us here today, have any of these other

       3    expert engagements required you to issue an

       4    opinion regarding cryptocurrencies?

09:35:56  5          A.   No.

       6          Q.   Did any of these expert or consulting

       7    engagements require you to look at or study

       8    cryptocurrency issues?

       9                    MR. OPPENHEIMER:  Objection

09:36:08 10          to form.

       11                    You can answer.

       12          A.   Not that I recall.

       13          Q.   How many times have you testified as an

       14    expert in court?

09:36:28 15                    Let me rephrase that.

       16                    Have you testified as an expert in a

       17    court proceeding, in a trial or hearing?

       18                    MR. OPPENHEIMER:  Objection

       19          to form.

09:36:34 20                    You can answer.

       21          A.   No.

       22          Q.   Okay.  How many times have you testified

       23    in a deposition prior to today?

       24          A.   Two.

09:36:42 25          Q.   Okay.  And which matters?  Which expert

37

09:36:44  1    engagements were those?

2         A.   Let's see.  Chris Staines/Royal Bank of

3    Canada and Axiom Investment Advisors, LLC versus

4    Deutsche Bank.

09:37:13  5         Q.   And in the Mancinelli case, did you give

6    courtroom or deposition testimony?

7         A.   The case had not proceeded that far.

8         Q.   There was a published opinion which

9    talks about your contributions to that case,

09:37:24 10   whether or not you're aware of that.  So I'm just

11   asking about Mancinelli.

12        A.   The bond case?

13        Q.   This would be the one in Canada.

14        A.   There's -- I've worked -- the Canadians

09:37:37 15   like me.

16        Q.   I'm glad to hear that.  So I'm asking

17   you about the Canadian case --

18        A.   Mancinelli is about bonds and my bond

19   report is not final.

09:37:54 20        Q.   So if I ask you whether you issued three

21   different written opinions in the Mancinelli case

22   and that the court considered both those written

23   opinions and written challenges to your case -- to

24   your opinions by Nick Weir and another individual,

09:38:11 25   would that refresh your recollection about whether

38

09:38:13  1   you have or have not given testimony in the

2   Mancinelli case?

3                    MR. OPPENHEIMER:   Objection

4            to form.

09:38:19  5                    You can answer.

6        Q.   If that's helpful.

7                    MR. OPPENHEIMER:   You can

8            answer.

9        A.   I wonder if there's a confusion

09:38:26 10   somewhere in here on the specific names of the

11   cases.  What you describe I believe applies to the

12   case -- the foreign exchange case that I dealt

13   which is listed here as Chris Staines versus Royal

14   Bank of Canada.  So I believe that's where what

09:38:52 15   you described occurred.

16        Q.   Okay.  All right.  Thanks for that

17   clarification.

18                    Has a court ever considered whether to

19   accept your opinion as an expert and either

09:39:08 20   accepted it or rejected it?

21                    MR. OPPENHEIMER:   Objection

22            to form.

23                    You can answer.

24        A.   I will need some clarification.

09:39:19 25        Q.   Okay.  So when experts' opinions are

39

09:39:22  1    submitted in litigation, the parties work with

2    them.  They study them.  Sometimes there's

3    depositions like today.  But usually at a later

4    point in a proceeding, the court has the

09:39:30  5    opportunity to look at them if the case goes that

6    far and doesn't settle or -- or be dismissed.

7                    THE REPORTER:  Or?

8                    MR. MOYE:  Or be dismissed.

9        Q.   So I'm asking if you've ever -- if you

09:39:41  10   know, whether any of your opinions have been ever

11   submitted on summary judgment or accepted at a

12   trial or a hearing where the court considered them

13   on the merits?

14                   MR. OPPENHEIMER:  Objection

09:39:49  15       to form.

16                   You can answer.

17       A.   So -- so I think it would be helpful to

18   outline the procedure in Canada.  So in Canada

19   where I have worked on -- I'm now working on my

09:40:16  20   fourth case.  The first thing -- what I have

21   produced are documents describing a methodology

22   for calculating damages, which is the first

23   required step.  And that has to go to a court and

24   be accepted on the merits.

09:40:38  25                   So in that sense, yes, they have been

40

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

09:40:44  1   presented to court and been accepted.

2        Q.   So you believe they've been relied upon

3   by a court in calculating damages?

4                    MR. OPPENHEIMER:  Objection

09:40:49  5        to form; mischaracterizes testimony.

6                    You can answer.

7        A.   That mischaracterizes my testimony.

8        Q.   Please -- please clarify.

9        A.   Okay.

09:40:56 10        Q.   What has the court done in Canada with

11   your opinions as far as you know?

12        A.   So when the methodology document is

13   describe -- is presented and taken at -- as

14   accepted, then the class action goes forward.

09:41:17 15        Q.   So do you know if there's any court

16   opinion, either in writing or given orally, where

17   a court has said I looked at Professor Osler's

18   methodology and I agree with it and we're going to

19   use it in this case or I disagree with it, in

09:41:31 20   whole or in part, and we're not going to accept

21   all of it?

22                    MR. OPPENHEIMER:  Objection

23        to form.

24                    You can answer.

09:41:38 25        A.   There was a document probably in the

41

09:41:44   1   foreign exchange Canada case where the judge had a

2   paragraph about my statement that was interpreted

3   by counsel as -- the judge was not speaking highly

4   of the other side.

09:42:13   5        Q.   And sitting here today, can you recall

6   what case that was?

7                      MR. OPPENHEIMER:  Objection.

8                      You can answer.

9        A.   I couldn't be specific, no.

09:42:21  10        Q.   All right.  So we can set these expert

11   engagements aside for now.

12             Do you have any personal experience

13   which is relevant to the subjects on which you

14   rendered expert opinions in this case?

09:42:33  15                      MR. OPPENHEIMER:  Objection

16             to form.

17                      You can answer.

18        A.   That's very broad.

19        Q.   All right.  Let me clarify.

09:42:40  20             Do you have any personal experience in

21   trading or investing in cryptocurrencies?

22        A.   In cryptocurrencies?  No.

23        Q.   Have you ever paid for any good or

24   service using cryptocurrencies?

09:42:56  25        A.   No, I have not.

42

09:42:58  1        Q.   Have you ever been paid for any good or

          2   service you provided using a cryptocurrency?

          3        A.   No.

          4        Q.   Would that include this engagement?

09:43:06  5        A.   Yes.

          6        Q.   Okay.  Fair to say for your professional

          7   services in this case, you've not been paid in XRP

          8   or any other cryptocurrency?

          9                  MR. OPPENHEIMER:  Objection

09:43:14 10        to form.

         11                  You can answer.

         12        A.   My professional services are based on my

         13   expertise as an economist knowing about currencies

         14   and macroeconomics and the money supply process.

09:43:29 15   And so there was no need for me to engage in such

         16   activities in order to prepare for this case.

         17        Q.   All right.  I'm actually asking you a

         18   slightly different question.

         19             When Ripple pays your bills or whoever

09:43:43 20   law firm -- whichever entity pays your bills, do

         21   they pay you in U.S. dollars or in a

         22   cryptocurrency?

         23        A.   Counsel pays me in dollars.

         24        Q.   Okay.  Do you have any personal

09:43:57 25   experience in making cross-border currency

                                                             43

```
09:44:01   1    payments?
           2                    MR. OPPENHEIMER:  Objection
           3            to form.
           4                    You can answer.
09:44:04   5    A.   No.
           6    Q.   Have you ever used MoneyGram?
           7    A.   I have not.
           8    Q.   Have you ever used Bitso?
           9    A.   I have not used Bitso.
09:44:15  10    Q.   Have you ever used any other service
          11    that was intended to transfer money from the
          12    country where you were to a different country?
          13                    MR. OPPENHEIMER:  Objection
          14            to form.
09:44:26  15                    You can answer.
          16    A.   So I'd like to answer that question and
          17    then put a clarification in about an earlier
          18    answer.
          19    Q.   Sure.
09:44:36  20    A.   So I have not intended to simply
          21    transfer, as in make a gift, of money across
          22    borders.  The -- the question have I ever paid for
          23    something internationally?  That's -- I had said
          24    no, but I have bought things internationally
09:44:57  25    online.
```

44

09:44:58  1        Q.   Using different currencies?

2        A.   Yeah.

3        Q.   That -- that would involve a currency

4  exchange?

09:45:01  5        A.   Yes, that --

6        Q.   Okay.

7        A.   -- would involve a currency exchange.

8        Q.   But as far as you know, did any of those

9  foreign purchases that may have required the use

09:45:09 10  of a different currency involve cryptocurrencies

11  at any point?

12        A.   Not as far as I know.

13        Q.   Professor Osler, how did you prepare for

14  your deposition today?  What are the things you

09:45:22 15  did?

16               MR. OPPENHEIMER:  Objection.

17               You can answer.  You should not

18       reveal the substance of any

19       communications you had with counsel.

09:45:33 20        A.   Well, I was about to say I read and

21  reread the -- the important documents, the -- the

22  reports and the rebuttals.  And I spoke with

23  counsel.

24        Q.   Okay.  Which reports and rebuttals did

09:45:51 25  you review?

45

09:45:52  1        A.   The report of myself and Mr. ████ and

          2    the rebuttals of Mr. ████ and Mr. ██████

          3        Q.   Okay.  And --

          4        A.   And my only rebuttal to Mr. ████

09:46:08  5        Q.   Okay.  So let's spell ██████  ████████

          6    is that right?  Is that right?

          7        A.   Yes.

          8        Q.   Okay.

          9        A.   He's your expert, so...

09:46:17 10        Q.   Well, you responded to him, so I hope

         11    you looked at his name at least once.

         12        A.   Yes, I did.

         13        Q.   How often -- how many times did you meet

         14    with counsel?  Well, I guess that presumes

09:46:27 15    something.

         16             Did you meet in person or by video with

         17    counsel?

         18                  MR. OPPENHEIMER:  You can

         19             answer yes or no.

09:46:32 20        A.   Yes.

         21        Q.   How many times?  And, again, this is in

         22    preparation for this deposition, not in connection

         23    with the issuance of your reports.

         24        A.   We had four -- four -- basically four

09:46:56 25    meetings.

                                                              46

09:46:56 1      Q.   Okay.  And approximately how long were

2      these meetings, more or less?

3      A.   I'd say, on average, they were about two

4      hours.

09:47:02 5      Q.   Okay.  And aside from the ones you

6      named, your own reports, ███████ and ███████ did

7      you review any other expert reports in this

8      matter?

9                       MR. OPPENHEIMER:  Objection

09:47:12 10           to form.

11                      You can answer.

12      A.   No.

13      Q.   In preparation for this deposition, did

14      you review any other academic articles or

09:47:20 15     documents from this case?

16      A.   Please clarify "documents from this

17      case."

18      Q.   Yeah.  Documents produced by Ripple to

19      the SEC, discovery -- written discovery responses,

09:47:35 20     briefs or submissions by the parties to the court.

21      Anything -- anything that's not an expert report

22      that's been produced in this case.

23      A.   No.

24      Q.   And did you review any other materials

09:47:51 25     or publications in order to prepare -- that you

47

09:47:54  1    haven't already named in order to prepare for your

        2    deposition today?

        3                      MR. OPPENHEIMER:  Objection

        4           to form.

09:47:58  5                      You can answer.

        6       A.   I went online and gathered some more

        7    information.

        8       Q.   What were you looking for online?

        9                      MR. OPPENHEIMER:  Objection

09:48:05 10          to form.

       11                      You can answer.

       12       A.   I looked up recent daily trading in XRP.

       13    I -- and -- what else did I look up?  Oh, no, I'm

       14    sitting here and it's, like, just not coming to

09:48:27 15    mind.  Things like that.  Okay.

       16       Q.   As we dis -- as we go further, if you

       17    have occasion to recall, if you're prompted to

       18    recall things that you --

       19       A.   Uh-huh.

09:48:35 20       Q.   -- did specifically to prepare for your

       21    deposition --

       22       A.   Uh-huh.

       23       Q.   -- any materials you looked at, will you

       24    please let me know and I'll give you a chance to

09:48:42 25    explain?

                                                              48

09:48:43  1          A.   Sure.

       2          Q.   Okay.  So let's go back a little bit in

       3     time, so we're not talking about deposition prep.

       4     Let's talk about your work as an expert on this

09:48:50  5     case.

       6               When did you begin your work as an

       7     expert in this engagement?

       8          A.   I began my work in mid-August.

       9          Q.   Of 2021?

09:49:06  10         A.   Yes.

      11          Q.   Okay.  Approximately how long before --

      12     did you work before -- between the beginning and

      13     when your report was submitted?  Was it about a

      14     month and a half?

09:49:20  15                    MR. OPPENHEIMER:  Objection

      16          to form.

      17                    You can answer.

      18          A.   Closer to two months, I believe.

      19          Q.   Okay.  So is it possible you began

09:49:27  20     working in early August if your report was

      21     submitted in -- on October 4th?

      22          A.   Yeah.

      23                    MR. OPPENHEIMER:  Objection

      24          to form.

09:49:34  25         A.   To be clear, I -- the engagement did not

                                                              49

09:49:41 1    begin until the beginning of August.

2         Q.    Okay.  Did you sign a contract or

3    engagement letter?

4         A.    I did.

09:49:48 5         Q.    And was that with Ripple or with a law

6    firm?

7         A.    With counsel.

8         Q.    Which law firm?

9         A.    Kellogg Hansen.

09:49:59 10        Q.    And I think you indicated before, is it

11   Kellogg that's responsible for paying your fees?

12        A.    Yes.

13        Q.    Okay.  Is Kellogg -- does Ripple also

14   get a copy of your bills or do you not know?

09:50:08 15        A.    I do not know.

16        Q.    Your billing rate in this case is $600

17   per hour, is that right?

18        A.    That's correct.

19        Q.    Would that be the same for testimony as

09:50:15 20   well as for your study and preparation?

21        A.    Yes.

22        Q.    And approximately how much have you been

23   paid or received to date for your work on this

24   case?

09:50:25 25                      MR. OPPENHEIMER:  Objection

50

09:50:25   1            to form.

         2                    You can answer.

         3       A.   Okay.  I have received to date a little

         4   bit more than $90,000.

09:50:43   5       Q.   And how much else have you billed or

         6   incurred to date but not yet been paid?

         7                    MR. OPPENHEIMER:  Objection

         8            to form.

         9                    You can answer.

09:50:48  10       A.   I don't -- I don't know.

        11       Q.   Okay.  Would it be $90,000 or something

        12   less?

        13                    MR. OPPENHEIMER:  Objection.

        14       A.   I -- I don't -- I just don't know.

09:50:55  15       Q.   So it could be more than 90,000?

        16                    MR. OPPENHEIMER:  Objection.

        17                    You can answer.

        18       A.   It could be.

        19       Q.   Okay.  Let's try to break it down a

09:51:02  20   little bit.

        21                    For what you've been paid so far, do you

        22   believe that included the work for your initial

        23   report?

        24       A.   It did.

09:51:09  25       Q.   For what you've been paid so far, did it

                                                              51

09:51:11 1    include the work for your rebuttal report which

2    was submitted in mid-November?

3         A.   It did not.

4         Q.   Okay.  And so would it be fair to say

09:51:17 5    that it could not have included the work -- any of

6    the work you did to prepare for this deposition or

7    to study other expert reports and rebuttals?

8                    MR. OPPENHEIMER:  Objection

9              to form.

09:51:24 10                   You can answer.

11        A.   That's correct.

12        Q.   Okay.  So would you agree that there's a

13   good chance that the work that you've done but not

14   yet been paid for could be equal to or even exceed

09:51:40 15   $90,000?

16                   MR. OPPENHEIMER:  Objection

17             to form.

18                   You can answer.

19        A.   I -- I -- I have not sat down to

09:51:50 20   calculate this and so I couldn't tell you.

21        Q.   All right.  That's fine.

22             Did you work with anyone else in this

23   engagement in preparing your report other than

24   counsel?

09:52:04 25        A.   No.

52

09:52:09    1          Q.   Did you receive assistance from any

            2    other experts, students, employees, or

            3    contractors?

            4          A.   No.

09:52:15    5          Q.   Do you know whether anyone besides you

            6    and counsel read your reports before you signed

            7    them and issued them?

            8          A.   Yes, I do know.

            9          Q.   Who else read your reports?

09:52:28   10          A.   Excuse me.  You asked me do I know and I

           11    said I do know.  And what I know is that no one

           12    read it.

           13          Q.   Thank you.  That's an important

           14    clarification.  I apologize for that.

09:52:37   15               How do you know that no one else read

           16    your reports besides counsel?

           17          A.   They were on my laptop and no one has

           18    access to it.

           19          Q.   Okay.  Did you send copies of your

09:52:45   20    reports, for instance, to someone and they could

           21    have sent them to Ripple or to other experts or

           22    other lawyers working in this case?

           23          A.   No.

           24               MR. OPPENHEIMER:  Objection

09:52:52   25          to form.

                                                                      53

09:52:55  1          Q.   All right.  Before you began working in
          2     this case in August of 2021, were you familiar
          3     with either Ripple or with XRP?
          4                    MR. OPPENHEIMER:  Objection.
09:53:02  5                    You can answer.
          6          A.   No.
          7          Q.   As far as you remember, before you re --
          8     you were retained or were approached to be
          9     retained in this case, did you know anything about
09:53:17 10     this litigation that the SEC's brought against
         11     Ripple?
         12          A.   I did not know.
         13          Q.   Prior to your retention by Kellogg, have
         14     you ever worked with any of the defendants'
09:53:32 15     attorneys or law firms in this case?
         16          A.   I have not.
         17          Q.   So after -- after your retention as an
         18     expert but before you issued your initial report
         19     in early October, what documents did you review
09:53:53 20     to -- to learn about or understand the claims that
         21     are at issue in this case?  Did you read anything
         22     about the SEC's claims?
         23                    MR. OPPENHEIMER:  Objection
         24               to form.
09:54:01 25                    You can answer.

                                                              54

09:54:05   1          A.   The documents that I reviewed and that I

           2     relied on in creating my report are listed in the

           3     report.  And so the ones that come to mind

           4     immediately are white papers describing the -- the

09:54:21   5     voting protocol for solving the Byzantine Generals

           6     Problem, some Ripple documents online.  If you --

           7     yeah.  They're listed in the report and, you know,

           8     the list goes on, so we could look at it.

           9          Q.   Did you read the amended complaint, the

09:54:49  10     SEC's amended complaint?

          11          A.   Yes.  Yes, I did.  I did.

          12          Q.   Okay.  Did you read any of the SEC's

          13     discovery responses in this case?

          14          A.   No.

09:55:06  15          Q.   Did you read any of the defendants'

          16     discovery responses in this case?

          17          A.   No.

          18          Q.   Did you read any deposition transcripts

          19     or testimony?

09:55:10  20          A.   No.

          21          Q.   Did you have any discussions, either in

          22     person or online, with Ripple employees or

          23     attorneys retained directly by the company?

          24                    MR. OPPENHEIMER:  Objection

09:55:21  25               to form.

                                                                    55

```
09:55:24   1                      MR. MOYE:  Let me clarify.

           2        Q.   Did you have any discussions, either in

           3   person or by telephone or online, with employees

           4   of Ripple or attorneys who work for the company

09:55:37   5   Ripple at Ripple?

           6                      MR. OPPENHEIMER:  Objection

           7             to form.

           8                      You can answer yes or no if you

           9   know.

09:55:42  10        A.   No.

          11        Q.   Did you read any draft reports of other

          12   experts before you finalized your own?

          13        A.   No.

          14        Q.   Did you discuss with any other expert

09:55:55  15   retained by the defendants the subject of their

          16   reports before you issued your own?

          17        A.   No.

          18        Q.   And aside from those things that are

          19   footnoted and mentioned in your own initial

09:56:07  20   report, did you read any other written narratives

          21   or descriptions about Ripple, the company, or

          22   about XRP?

          23        A.   The documents that were --

          24                      MR. OPPENHEIMER:  Objection

09:56:15  25             to form.
```

56

09:56:15  1                     You can answer.

          2          A.   The documents that were critical to

          3     forming my opinions are all listed.

          4          Q.   Okay.  Your report uses the phrase

09:56:23  5     "considered or relied upon," so I'd like to

          6     explore that a minute.

          7               Would it be fair to say, then, that your

          8     report may not, in fact, list certain documents or

          9     materials that you looked at before you finished

09:56:37 10     your report in this case?

         11                     MR. OPPENHEIMER:  Objection.

         12                     You can answer.

         13          A.   I did not include everything I looked

         14     at.  I included those that were critical in

09:56:49 15     forming my opinion.

         16          Q.   Okay.  So when you use the phrase in

         17     your report "considered or relied upon," is the

         18     definition that you just gave how we should

         19     understand that phrase, that they were critical in

09:57:00 20     your opinion?

         21                     MR. OPPENHEIMER:  Objection

         22               to form.

         23                     You can answer.

         24          A.   Yes.

09:57:17 25          Q.   All right.  Let's turn to the beginning

                                                                57

```
09:57:19   1    of Exhibit 1.
           2         A.   Excuse me.  I'd like to clarify.
           3         Q.   Sure.
           4         A.   So the documents that were critical are
09:57:30   5    listed.  Some documents are listed simply to
           6    illustrate principles and to provide a source for
           7    anyone who would like a source to illustrate
           8    general acceptance of a point or -- or whatever.
           9         So the documents that are critical are
09:57:47  10    included and there are some other documents as
          11    well.
          12         Q.   Okay.  Thanks for that clarification.
          13         I was also interested to know, are there
          14    materials that you looked at and perhaps thought
09:57:58  15    that they were not essential to your report that
          16    are not footnoted here?
          17              MR. OPPENHEIMER:  Objection
          18         to form.
          19         You can answer.
09:58:10  20         Q.   Let me try this.
          21         You may have at documents that helped
          22    you in some way to understand some of the things
          23    you discussed, but if they weren't critical, you
          24    didn't necessarily list them all.
09:58:19  25         Is that fair?
```

                                                                    58

```
09:58:20   1          A.    That's --

           2                       MR. OPPENHEIMER:  Objection.

           3                       You can answer.

           4          A.    Correct.

09:58:24   5          Q.    All right.  So from time to time we may

           6    discuss parts of your report and I may ask you

           7    what's the source for this or were there any other

           8    documents you looked at?  And at that point, that

           9    would be a good time where we could discuss those

09:58:35  10    if you -- if you remember them.  Okay?

          11          A.    Sure.

          12          Q.    Okay.  So I'd like to ask you about

          13    the -- the two questions that you were asked to

          14    consider and answer in your report.  And if -- if

09:58:55  15    it helps you to look at page 3, that describes

          16    your expert assignment and opinions, feel free to

          17    do that.

          18                 What were the two questions that you

          19    were asked to consider in answering your initial

09:59:09  20    expert report?

          21          A.    "Question 1:  From an economic

          22    perspective, does the digital asset XRP function

          23    as a 'currency'?"

          24                 "Question 2:  Does Ripple's On-Demand

09:59:20  25    Liquidity product present an economically sound
```

59

```
09:59:24   1   option for making cross-border and cross-currency
           2   payments?  Why or why not?"
           3       Q.   Do you have any understanding that you
           4   can share with us about why these questions might
09:59:38   5   be relevant to the outcome of this case?
           6                   MR. OPPENHEIMER:  Objection
           7           to form; calls for legal conclusions
           8           and potentially conversations with
           9           counsel.
09:59:48  10                   I instruct you not to discuss
          11           the substance of any communications with
          12           counsel.  Beyond that, you can answer if
          13           you have an understanding.
          14       A.   It's a legal matter and counsel's been
10:00:00  15   very circumspect with that.  So my understanding
          16   is limited and incomplete.
          17       Q.   So without revealing any conversations
          18   you had with counsel, are you really unable to
          19   explain how you think your opinion might or might
10:00:20  20   not be useful to the -- to the court in deciding
          21   this case?
          22                   MR. OPPENHEIMER:  Objection
          23           to form. Argumentative and calls for
          24           speculation.
10:00:32  25                   You can answer if you -- if you
```

60

10:00:33   1          know.

           2          A.    The case -- I know that the case

           3   involves me -- the -- trying to define the nature

           4   of XRP and so I was asked questions relative to

10:01:01   5   that definition, that -- that characterization.

           6          Q.    As you sit here today, and without

           7   revealing anything specifically that counsel might

           8   have told you, do you believe that the court is

           9   required to decide whether XRP, in fact, functions

10:01:17  10   as a security in order to decide this case?

          11                    MR. OPPENHEIMER:  Objection

          12              to form; calls for a legal

          13              conclusion.

          14                    You can answer.

10:01:24  15          A.    I don't have a belief one way or the

          16   other.

          17          Q.    Okay.  As you sit here today and without

          18   revealing anything that you've heard directly from

          19   counsel, do you believe the court is required to

10:01:34  20   decide whether ODL, Ripple's On-Demand Liquidity

          21   product, was an economically sound option for

          22   cross-border currency payments?

          23                    MR. OPPENHEIMER:  Objection

          24              to form.

10:01:47  25          A.    It's a legal matter.  I don't have an

                                                            61

10:01:49    1    opinion one way or the other.

2         Q.   Okay.  Do you have any understanding as

3    to why you were a logical person to offer opinion

4    evidence on the two questions that you've -- that

10:02:03    5    you've just described?

6                        MR. OPPENHEIMER:  Objection

7              to form.

8         A.   Excuse me for a moment.

9              I understand it, but it was attorney

10:02:28   10    privileged communication.

11        Q.   Okay.  We'll see if we can answer this

12    question without revealing attorney work product.

13             Do you believe you were retained in this

14    matter because of your prior experience with

10:02:39   15    currencies and foreign currency exchange?

16                        MR. OPPENHEIMER:  Objection

17              to form.

18                        You should not reveal any

19              substance of privileged communication

10:02:48   20              that you had with counsel in answering

21              this question.  If you have a

22              nonprivileged basis, you can give it,

23              though I -- I stand by the form objection

24              there as well.  You can answer.

10:03:02   25    BY MR. MOYE:

62

10:03:03   1          Q.   You can answer yes or no if that's --

          2     that's a good way to limit your answer.

          3          A.   I -- I -- my belief is based on attorney

          4     privileged information.

10:03:24   5          Q.   Okay.  Maybe we can answer this

          6     question.

          7               Do you believe you were retained as an

          8     expert in this case to offer opinions because of

          9     some extensive background that you had in

10:03:34  10     cryptocurrencies generally?

         11                    MR. OPPENHEIMER:  Objection

         12               to form.

         13                    Same general instruction.

         14          A.   My understanding of the reason why I --

10:03:44  15     my services were solicited is based on attorney

         16     privileged information.

         17          Q.   Okay.  Let's answer this:  Are you aware

         18     of other academics that have published research on

         19     cryptocurrencies?

10:04:06  20          A.   They exist.

         21          Q.   Do you know whether any other academics

         22     have considered and published research or opinions

         23     about whether cryptocurrencies should be

         24     considered currency or money?

10:04:21  25          A.   I am aware that that exists.

                                                                      63

10:04:23   1          Q.   Okay.  Have you ever read any of those

           2     articles -- have you ever read any academic

           3     articles or publications on discussing whether

           4     certain cryptocurrencies should be considered

10:04:33   5     money or currency?

           6          A.   I have not.

           7          Q.   And did you consider, in preparing

           8     either your initial or rebuttal report, about

           9     whether it might be helpful to you to read such

10:04:50  10     publications?

          11               MR. OPPENHEIMER:  Objection

          12          to form.

          13               You can answer.

          14          A.   As an expert in macro academics and

10:05:02  15     monetary economics and currency trading and

          16     someone who has taught central banking, I had more

          17     than sufficient knowledge, in my view, to arrive

          18     at my own opinion, which is what counsel

          19     requested.

10:05:22  20          Q.   Prior to --

          21               MR. OPPENHEIMER:  Move to --

          22          move to strike the reference to what

          23          counsel requested there.  Go ahead.

          24          Q.   Prior to beginning -- prior to your

10:05:33  25     retention in this case and prior to beginning work

                                                              64

10:05:36  1   in this case, did you have opinions about whether

2   cryptocurrencies should be considered currency or

3   money for some or for all purpose?

4        A.   I have --

10:05:44  5                MR. OPPENHEIMER:  Objection

6           to form.

7                You can answer.

8        A.   No.

9        Q.   Okay.

10:05:55 10                MR. MOYE:  Why don't we take

11          a short break.

12                MS. JONES:  Sure.

13                MR. MOYE:  Ten minutes or

14          less.

10:05:57 15                MR. OPPENHEIMER:  Okay.

16                THE VIDEOGRAPHER:  Going off

17          the record at 10:06.

18                (Whereupon, a recess is taken.)

19                THE VIDEOGRAPHER:  Okay.

10:21:27 20           Back on the record at 10:21.

21   BY MR. MOYE:

22        Q.   Professor Osler, we've been talking for

23   some time using the term "cryptocurrency."  But I

24   realized I neglected to ask you what your working

10:21:39 25   definition or understanding of a cryptocurrency

65

10:21:41  1    is.  So let me ask you that now so we can make

2    sure that we're on the same page.

3              Can you tell us what your basic

4    understanding of a cryptocurrency is?

10:21:53  5                   MR. OPPENHEIMER:  Objection

6              to form.

7         A.   It's complicated, so I need -- you know,

8    I was not asked to opine on that and I have never

9    formulated a -- a formal definition in my head.

10:22:19 10        Q.   Okay.  So without any sort of

11   prejudice -- I'm not going to say "gotcha" --

12   you've done some prior work on that working paper

13   involving cryptocurrencies.

14        A.   Uh-huh.

10:22:27 15        Q.   What's sort of your general

16   understanding of what people mean when they use

17   the term "cryptocurrency" even if you're not being

18   precise?

19                   MR. OPPENHEIMER:  Objection

10:22:36 20              to form.

21                   You can answer.

22        A.   Generally, cryptocurrencies are -- I can

23   give you some properties of them.  They're traded

24   on a -- a distributed ledger that is avail -- you

10:22:52 25   know, out in cyberspace, so it does not have a

66

10:22:56  1    sort of earth-bound location.

2                   They have no future cash flows, which is

3    something that I highlight in my paper on the

4    subject.

10:23:17  5         Q.   What do you mean --

6         A.   Those are two properties that come to

7    mind.

8         Q.   Okay.  What do you mean when you say

9    "they have no future cash flows"?

10:23:26 10        A.   There is no interest paid generally.

11   These days we're moving into new spaces, but

12   there's no interest.  There's no dividends.

13   That's the sense of cash flows that I mean

14   specifically.

10:23:46 15        Q.   Okay.  Do you have an understanding,

16   general or specific, about the term "digital

17   asset"?

18                   MR. OPPENHEIMER:  Objection

19        to form.

10:23:58 20        A.   I have not thought about precisely what

21   a digital asset is.

22        Q.   Okay.  Do you have an understanding

23   about the nature or definition of a convertible

24   cryptocurrency?

10:24:11 25                   MR. OPPENHEIMER:  Objection;

67

10:24:16  1          form.

2     A.    No.

3     Q.    Okay.  I know your report discusses

4  features or attributes of currency, but I wasn't

10:24:29  5  sure if there was an actual definition in your

6  report of what you mean when you use the term

7  "currency."

8          Can you explain in layman's terms, if

9  possible, what you mean when you use the term

10:24:42 10  "currency" in your report?

11                    MR. OPPENHEIMER:  Objection.

12                    You can answer.

13     A.    You're correct that I do not provide a

14  definition.  I was asked whether -- Question 1

10:24:54 15  asks whether XRP functions as -- has the functions

16  of a currency.  And I highlight that it has the

17  functions and the attributes normally frequently

18  associated with a currency.

19     Q.    But you do use the term "currency," in

10:25:14 20  quotes, right at the top of page 3.  So I was

21  curious as to what your definition, either

22  specific or general, was of a currency.

23                    MR. OPPENHEIMER:  Objection

24          to form.

10:25:32 25     Q.    Can you answer?

68

10:25:33  1         A.   My opinion does not include a definition

       2    of a currency.   And I address the functions of a

       3    currency.   I do not provide a definition.

       4         Q.   But you -- you have an understanding of

10:25:47  5    what a currency is.

       6              Could you share that with us, please?

       7                   MR. OPPENHEIMER:   Objection.

       8                   You can answer.

       9         A.   It's a very complicated matter.   There's

10:26:01 10    mountains of research of the exact nature of money

      11    and currency, and so my understanding is very rich

      12    and complex and any quick summary would not do it

      13    justice.

      14         Q.   So did you mean to leave currency as an

10:26:25 15    undefined term in Question 1 of your expert

      16    report?

      17                   MR. OPPENHEIMER:   Objection.

      18                   You can answer.

      19         A.   I was asked whether -- my report

10:26:37 20    addresses the question that was posed to me, which

      21    is whether XRP functions as -- has the functions

      22    of a currency.   So I addressed that question.

      23         Q.   What did Ripple mean or the -- the

      24    lawyers who asked you this question as best you

10:26:52 25    can tell us?   What did -- what did counsel mean

                                                              69

```
10:26:55   1   when they asked you to -- whether Ripple functions

           2   as a currency?  What are we to understand from

           3   your use of that word in your opinion?

           4                   MR. OPPENHEIMER:  Objection.

10:27:07   5                   I instruct you not to disclose

           6           the substance of communication with

           7           counsel.  To the extent you understand

           8           and have an answer to that question

           9           without revealing privileged

10:27:16  10           communications, you can give it.

          11       A.   So my understanding of the functions of

          12   a currency as characterized in the academic

          13   literature, as specified in the question here, the

          14   literature has -- the literature has a rich

10:28:12  15   discussion of these functions, not always labeled

          16   as such, but these functions, what it does.  And

          17   so I drew on the consensus or the -- my

          18   understanding of the consensus of the academic

          19   literature on the functions.

10:28:37  20       Q.   Were you asked whether Ripple met

          21   the legal -- sorry.

          22                   Were you asked whether XRP met the legal

          23   definition of a currency?

          24                   MR. OPPENHEIMER:  Objection.

10:28:47  25       A.   I -- that would be attorney privileged
```

70

```
10:28:50   1    information.
           2         Q.   Well, I don't believe you hired him as
           3    your counsel, right?  So we're talking about work
           4    product.  I understand the general sense that you
10:28:58   5    don't feel like it's appropriate to answer that.
           6              But I'm asking you, did you think you
           7    needed to opine on whether XRP functioned in a way
           8    that met a specific legal definition of the term
           9    "currency"?
10:29:14  10                        MR. OPPENHEIMER:  Objection
          11              to form.  Hang on a second.
          12                        If you have an answer to that
          13              question that does not require you to
          14              draw on privileged communications with
10:29:31  15              counsel, you can give it.  If your answer
          16              would disclose the substance of attorney
          17              work product conveyed to you in
          18              communications with counsel, you should
          19              not respond.
10:29:48  20         A.   I cannot answer that question.
          21         Q.   Okay.  I understand what you just said.
          22    I want to just clarify for the record.
          23              So you're telling -- your -- your
          24    testimony is that you cannot explain what you were
10:30:01  25    trying to -- what definition of currency you were
```

71

10:30:06   1    working with without revealing your conversations

            2    with counsel.  Is that fair?

            3               MR. OPPENHEIMER:  Objection

            4        to form; mischaracterizes testimony.

10:30:14   5            You can answer.

            6      A.   That would -- that's inaccurate and it

            7    misrepresents my testimony so far.  What I have

            8    said is that I looked at the functions of a

            9    currency.  I have not said that I looked at

10:30:36 10    definitions of a currency.

          11      Q.   Okay.  All I'm trying to establish is

          12    whether you can explain what definition of

          13    currency you are working with for purposes of this

          14    expert report.

10:30:49 15        Can you do that?

          16              MR. OPPENHEIMER:  Objection;

          17        asked and answered.

          18            You can answer again.

          19      A.   I have clarified that I worked with the

10:30:59 20    functions of a currency.

          21      Q.   Would it be fair to say that for

          22    purposes of your report, currency is undefined

          23    except as you explain its functions?

          24              MR. OPPENHEIMER:  Objection.

10:31:07 25            You can answer.

72

10:31:31   1          A.   It would -- the report lists the

           2    functions and attributes.  The functions that

           3    are -- and attributes that are -- the functions

           4    that are a consensus within overall academics

10:31:43   5    associated with currencies and the attributes that

           6    are considered helpful in currency.

           7          Q.   Okay.  Are you saying that for this

           8    purpose, currency can be defined by its function?

           9    Is that fair?

10:32:00  10                    MR. OPPENHEIMER:  Objection.

          11                    You can answer.

          12          A.   No.

          13          Q.   Okay.  I'm ready to move on, but I just

          14    want to give you the chance to -- to tell us, if

10:32:11  15    you can, what definition of currency you were

          16    trying to evaluate XRP against when you began this

          17    work.

          18                    MR. OPPENHEIMER:  Objection;

          19                    asked and answered.

10:32:25  20                    You can answer again.

          21          A.   I was looking at the consensus on the

          22    functions of a currency as specified and I also

          23    looked at helpful attributes of currencies.

          24          Q.   All right.  Let's look at Exhibit 1,

10:32:45  25    page 4.

                                                                    73

```
10:32:53   1        A.   Okay.  Page 4?

           2        Q.   Yes, page 4.

           3        A.   There's no Exhibit.

           4        Q.   Exhibit 1, page --

10:32:59   5        A.   Oh, Exhibit 1, page 4.

           6        Q.   Yeah, Exhibit 1, page 4.  I'm sorry.

           7             So I'm looking at your report, Section

           8   III.

           9             Can you read the -- the heading for

10:33:11  10   Section III out loud?

          11        A.   "Opinion on Question 1:  XRP has the

          12   functions and attributes commonly assigned to

          13   currencies by experts."

          14        Q.   Okay.  Which experts were you referring

10:33:26  15   to in the following section, Section III?

          16        A.   I was referring to the consensus among

          17   academics with no specific reference to

          18   individuals.

          19        Q.   Okay.  Are there any individuals that

10:33:38  20   you think are representative of the consensus

          21   among academics?

          22                  MR. OPPENHEIMER:  Objection.

          23        A.   I couldn't specify one.

          24        Q.   Okay.  So it's -- with the exception of

10:33:48  25   the individuals that are cited in the footnotes,
```

                                                            74

```
10:33:52   1    there aren't any other experts that you're

           2    prepared to say fit into the category of the

           3    heading.  Is that okay?

           4                   MR. OPPENHEIMER:  Objection

10:33:59   5            to --

           6    Q.   Is that correct?

           7                   MR. OPPENHEIMER:  Objection

           8            to form.

           9    Q.   Let me take that back.  Let me ask you a

10:34:06  10    different question.

          11            Do you believe that the individuals that

          12    are cited in the footnotes of Section III qualify

          13    in some degree or another as experts and that they

          14    fit this consensus group you're describing?

10:34:18  15                   MR. OPPENHEIMER:  Objection

          16            to form.

          17    A.   I think that question has got a lot

          18    going on in there and it would be important to

          19    break it down.

10:34:36  20    Q.   Okay.  Do you know any other expert that

          21    has -- that uses the same definition, whether

          22    functional or otherwise, for currency as you do?

          23                   MR. OPPENHEIMER:  Objection

          24            to form.

10:34:48  25                   You can answer.
```

75

10:34:50  1          A.   My answer is the synthesis of what's in

       2     the academic literature as I have read it over

       3     many years and in many contexts.  And I did not

       4     rescan those documents to identify which academic

10:35:12  5     exactly -- whether any specific academic exactly

       6     fits what I have listed here.

       7          Q.   Okay.  Second sentence of Section III,

       8     paragraph 8, you say "It is commonly assumed that

       9     all currencies are state-sponsored," and then your

10:35:33 10     sentence goes on.

      11          Do you see that?

      12          A.   Yes.

      13          Q.   Who are you referring to when you say

      14     "it is commonly assumed"?

10:35:45 15          A.   Historical discourse.

      16          Q.   Okay.  Are you referring to experts or

      17     lay people?

      18                    MR. OPPENHEIMER:  Objection.

      19                    You can answer.

10:35:51 20          A.   Lay people primarily.  Yeah.

      21          Q.   And then you go on to say "state

      22     sponsorship is neither necessary nor sufficient

      23     for legitimate currencies."

      24          Do you see that?

10:36:06 25          A.   I do.

                                                              76

10:36:07  1        Q.   Okay.  What is your source for your

       2   assertion that state sponsorship is not --

       3   "neither necessary nor sufficient for legitimate

       4   currencies"?

10:36:16  5        A.   I list quite a few sources in the notes

       6   to that paragraph.  Kusimba in 2017, an

       7   anthropologist of high standing, highlights an

       8   extensive anthropological literature that

       9   discusses money that existed before states spons

10:36:40 10   -- states even existed, for example.

      11            So there are other citations there.

      12        Q.   Is Kusimba an economist?

      13        A.   No.  Kusimba is an expert in money, in

      14   anthropology.

10:36:54 15        Q.   Okay.  Are the experts that you refer to

      16   as having the attributes commonly assigned to

      17   money, are they economists or are they

      18   anthropologists?

      19                    MR. OPPENHEIMER:  Objection

10:37:07 20            to form.

      21        A.   The experts I have in mind are -- come

      22   from both areas.

      23        Q.   Do the experts you refer to include

      24   government officials?

10:37:18 25                    MR. OPPENHEIMER:  Objection.

                                                              77

10:37:19  1              You can answer if you know.

        2      A.    Some of them might be.

        3      Q.    Okay.

        4      A.    Yeah, absolutely.

10:37:32  5      Q.    In paragraph 2, which is the first

        6  Kusimba reference in your -- Footnote 2, sorry --

        7      A.    Uh-huh.

        8      Q.    -- which is the first Kusimba reference

        9  in your report, what type of publication is The

10:37:44 10  Conversation?

       11      A.    The Conversation is a synthesis of

       12  academic work for what I call the educated

       13  layperson.

       14      Q.    Okay.  Is it an academic -- is it a

10:37:53 15  peer-reviewed academic publication?

       16      A.    It is not a peer-reviewed academic

       17  publication.

       18      Q.    Okay.

       19      A.    It is a synthesis of the research in

10:38:01 20  peer-reviewed academic publications.  That is the

       21  purpose of The Conversation.

       22      Q.    So it's by academics.  Is that fair?

       23      A.    It is by academics and it is generally

       24  about academic research.

10:38:09 25      Q.    Okay.  Is it intended for an academic

                                                        78

10:38:12  1    audience or for a popular audience?

       2         A.   It's intended to bring academic insights

       3    in published papers to a popular audience.

       4         Q.   Are you familiar with The State Theory

10:38:32  5    of Money?

       6         A.   No.

       7                   MR. OPPENHEIMER:  Objection.

       8                   You can answer.

       9         Q.   Have you heard of George Knapp,

10:38:40 10    K-N-A-P-P?

      11         A.   Not to my recollection.

      12         Q.   Have you heard of Abbe, A-B-B-E, Lerner,

      13    L-E-R-N-E-R?

      14         A.   There's a Lerner that I'm familiar with

10:39:00 15    and I don't recall this individ -- although I have

      16    read at different points, I don't recall that

      17    person's first name.

      18         Q.   Are you aware that certain economists

      19    believe that legal tender is central to the status

10:39:16 20    of money?

      21                   MR. OPPENHEIMER:  Objection

      22         to form.

      23                   You can answer.

      24         A.   No.

10:39:34 25    Q.   Have you ever read an academic article

                                                               79

10:39:38 1  about money or currency that suggested that state

2  sponsorship was an important aspect of money?

3                    MR. OPPENHEIMER:  Objection.

4                    You can answer.

10:39:59 5      A.  I've read so much over the years it

6  would be unable -- I'd be unable to say.

7      Q.  As you sit here today, do you believe

8  there are economists that posit that state

9  sponsorship is an important aspect of money?

10:40:11 10                    MR. OPPENHEIMER:  Objection.

11      A.  As I've articulated, the discussion of

12  money --

13                    THE REPORTER:  I'm sorry.

14                    Repeat.  As a?

10:40:25 15      A.  As I have articulated, the discussion of

16  money among economists goes back centuries and

17  there are many varied opinions.

18      Q.  Would some of those opinions include the

19  fact that state sponsorship is an important

10:40:43 20  attribute of money?

21                    MR. OPPENHEIMER:  Objection

22              to form.

23      A.  There might be, but it -- that opinion,

24  like many others, violates the fact that money has

10:41:00 25  existed since well before states existed.

                                                          80

10:41:09   1          Q.   Are you familiar with the spontaneous or

           2    emergent theory of money?

           3                      MR. OPPENHEIMER:   Objection

           4          to form.

10:41:21   5          A.   I couldn't put that name on it, but I

           6    believe I'm familiar with that theory.

           7          Q.   Okay.  Are you familiar -- familiar with

           8    that concept by the name of societary theory of

           9    money?

10:41:32  10                      MR. OPPENHEIMER:   Objection

          11          to form.

          12          A.   The particular name?  No.  But I

          13    under -- I believe I understand the concept.

          14          Q.   Okay.  According to the spontaneous or

10:41:50  15    emergent theory of money, however you understand

          16    it, do you believe that the universal acceptance

          17    as a medium of exchange is the most important

          18    criteria for money?

          19                      MR. OPPENHEIMER:   Objection

10:41:59  20          to form.

          21                      You can answer.

          22          A.   Universal acceptance has never been

          23    achieved by money anywhere at any time.

          24          Q.   Are you familiar with an economist named

10:42:19  25    Carl Menger, M-E-N-G-E-R?

                                                                    81

10:42:22  1        A.    The name has crossed my path, yes.

2        Q.    Have you ever read anything by Carl

3   Menger as far as you know?

4        A.    Probably.

10:42:29  5        Q.    Okay.  Are you familiar with an

6   economist named Friedrich, F-R-I-E-D-R-I-C-H,

7   Hayek, H-A-Y-E-K?

8        A.    Yes.

9        Q.    Do you believe either of these two

10:42:46 10   individuals have championed or promoted the

11   spontaneous or emergent theory of money?

12                    MR. OPPENHEIMER:  Objection

13             to form.

14        A.    I couldn't say.

10:43:01 15        Q.    Okay.  Would you agree with me that

16   among economists in particular, there are a

17   variety of views about what makes an asset money

18   and whether an asset functions well as money?

19                    MR. OPPENHEIMER:  Objection.

10:43:19 20        A.    As I had said, the subject is quite rich

21   and the debate/discussion has been going on for

22   centuries now.  So within anybody of econ -- of

23   academics, there will be debates.

24        Q.    Okay.  Do you think in these debates,

10:43:32 25   there's a divergence of views about the attributes

82

10:43:35   1    of money or whether state sponsorship should be

2    considered as an attribute of money?

3                    MR. OPPENHEIMER:  Objection.

4                    You can answer.

10:43:42   5    A.   As I have said, my job was to convey the

6    broad understanding or the consensus understanding

7    of the field and I believe I have conveyed the

8    broader consensus understanding among academics,

9    including experts with knowledge that is not

10:44:03  10    widely shared among economists on the history of

11    money.

12    Q.   So when you say "state sponsorship is

13    neither necessary nor sufficient for legitimate

14    currencies," are you saying -- are you describing

10:44:17  15    a consensus rather than a view universally held by

16    economists?

17                    MR. OPPENHEIMER:  Objection

18                    to form.

19    A.   I'm describing a consensus.

10:44:34  20    Q.   Do you mean to suggest that there are no

21    economists that believe that state sponsorship is

22    an important aspect of money?

23                    MR. OPPENHEIMER:  Objection

24                    to form.

10:44:45  25    A.   Your question mistakenly conflates

                                                              83

10:44:48   1    consensus with unanimity.  So the answer is no.

         2         Q.   Okay.

         3         A.   Oh, wait a minute.  No or yes depending

         4    on the phrasing.  Please re -- restate it.

10:44:58   5         Q.   Why -- why don't we rephrase to make

         6    sure we understand each other.

         7              When you say -- when you try to

         8    represent -- when you represent the consensus that

         9    state sponsorship is not necessary for something

10:45:07  10    to be considered money, do you mean to suggest to

        11    the court or a reader of your report that there is

        12    no legitimate economist that believes that state

        13    sponsorship is an important aspect of money?

        14                   MR. OPPENHEIMER:  Objection

10:45:25  15         to form.

        16         A.   No, I do not.

        17         Q.   Okay.  Did you consider discussing any

        18    divergence or nonstandard views about what are the

        19    attributes of money?

10:45:40  20                   MR. OPPENHEIMER:  Objection

        21         to form.

        22         Q.   We know what you put in your report.  So

        23    I'm -- I'm asking did you consider putting in your

        24    report that there are other views about what makes

10:45:50  25    money or what makes money good?

                                                            84

10:45:51  1                    MR. OPPENHEIMER:  Objection.

       2        A.    Because my job as an expert is to

       3   highlight areas of common understanding, not to

       4   delve into arcane details of disagreements among

10:46:12  5   this or that group, small, I did not -- I

       6   considered it not my job to delve into the arcane

       7   details of economic debate.

       8        Q.    Okay.  Would it be fair to say, then,

       9   that as you sit here today, you cannot offer an

10:46:30 10   opinion about whether XRP would be considered a

      11   currency under this state theory of money?

      12                    MR. OPPENHEIMER:  Objection

      13        to form.

      14        A.    Please restate the question.

10:46:47 15        Q.    Yeah.

      16              You don't know whether XRP would be

      17   considered money or a currency by those who hold

      18   to a state theory of money, do you?

      19                    MR. OPPENHEIMER:  Objection

10:46:58 20        to form.

      21        A.    I did not represent an opinion on that

      22   matter because I was not delving into arcane

      23   debates.

      24        Q.    I understand that.  Thank you for

10:47:14 25   clarifying.  But my question was a little

                                                              85

10:47:16  1    different.

          2            I'm asking if you know whether XRP would

          3    be considered a currency under the state theory of

          4    money.

10:47:22  5                        THE REPORTER:  I can't hear

          6            you.

          7       Q.   Would it be considered a currency under

          8    the state theory of money?

          9                        MR. OPPENHEIMER:  Objection

10:47:28 10            to form; asked and answered.

         11       A.   I did not offer an opinion on that.

         12       Q.   I understand you did not offer an

         13    opinion.  I'm just trying to clarify whether you

         14    have an opinion on that.  Do you know what the

10:47:36 15    state theory of money is and do you know whether

         16    XRP fits it?

         17                        MR. OPPENHEIMER:  Objection

         18            to form.

         19       A.   I did not offer an opinion on it.

10:47:42 20       Q.   Okay.  Sounds like you can't go any

         21    further in answering my question, is that right?

         22                        MR. OPPENHEIMER:  Objection

         23            to form; mischaracterizes.

         24       A.   That absolutely mischaracterizes what I

10:47:50 25    communicated.  I communicated that I did not offer

                                                              86

10:47:54  1    an opinion.

2        Q.  Well, as you sit here today, does XRP

3    function as a currency under the state theory of

4    money?

10:48:00  5                    MR. OPPENHEIMER:  Objection

6            to form.

7        A.  Because I did not offer an opinion, I

8    have not thought deeply about it and I could not

9    give an opinion.

10:48:07 10        Q.  Fair enough.

11            Is XRP accepted as fiat money in any

12     country in the world?

13                    MR. OPPENHEIMER:  Objection

14            to form.

10:48:17 15        Q.  Let me -- let me rephrase.

16            Do you know whether XRP is accepted as

17    fiat or legal tender money in any country in the

18    world?

19                    MR. OPPENHEIMER:  Objection

10:48:27 20            to form.

21        A.  I believe -- I -- I couldn't say for

22    sure.

23        Q.  I understand that caveat.  That's

24    important.

10:48:53 25            Do you think it might be and you're not

87

10:48:54   1   sure or do you think it is not, but you're not

2   sure about that?

3                      MR. OPPENHEIMER:   Objection

4         to form.

10:49:00   5        A.   I just really couldn't say.

6        Q.   Not one way or the other?

7        A.   Not one way or the other.

8        Q.   So would it surprise you if it is

9   somewhere?

10:49:12  10        A.   That -- so my question is not -- my --

11   excuse me for a moment while I try to frame my

12   answer.

13             This is a legal matter and it's beyond

14   what I was asked to opine on and I have not

10:49:55  15   thought about it deeply.

16        Q.   Fair enough.

17             I'd like to ask you about paragraph 11

18   of your report.  If it would help you, feel free

19   to take a moment to review it now.

10:50:32  20             (Pause)

21        A.   I've read it.

22        Q.   Okay.  And I need to apologize and make

23   a clarification.  I've been using the term "money"

24   and "currency" interchangeably.  I notice that in

10:50:52  25   Footnote 1, you say you do that in your report as

88

10:50:54  1   well.

2          Are you okay with if I use money and

3   currency interchangeably in this deposition?

4                    MR. OPPENHEIMER:  Objection

10:50:59  5        to form.

6                    You can answer.

7        A.   Right.  There's an important caveat that

8   I'm sure you're aware of, as I am, that in certain

9   contexts of macroeconomics, there's an important

10:51:11 10  distinction and I teach that to my students

11  regularly.  But I find that colloquially, they are

12  used interchangeably, and so I have done that in

13  my report as well.

14       Q.   Okay.  So if it's important to make that

10:51:27 15  distinction in either clarifying my questions or

16  clarifying your answer --

17                   THE REPORTER:  Repeat.

18       Q.   If it's important to make that

19  distinction between currency and money in

10:51:29 20  clarifying my questions or in explaining your

21  answer, please do that.

22       A.   Uh-huh.

23       Q.   But if it's okay if we proceed using

24  money and currency interchangeably as they're

10:51:39 25  commonly used, that's how I will refer to it.

89

```
10:51:42   1              Is that okay?
           2      A.    That is --
           3                    MR. OPPENHEIMER:  Objection.
           4      A.    -- okay.
10:51:46   5      Q.    All right.  So referring to paragraph 11
           6  of your report --
           7      A.    Uh-huh.
           8      Q.    -- and specifically to the idea that
           9  money is a medium of exchange, do you agree with
10:51:56  10  me that a general acceptance of money is required
          11  in order to serve as a medium of exchange?
          12                    MR. OPPENHEIMER:  Objection
          13          to form.
          14      A.    That would have to be unpacked and dealt
10:52:12  15  with very carefully.
          16      Q.    So is that, no, you disagree with that
          17  as -- as I'm using it because you need additional
          18  clarification or you mostly agree, but there are
          19  exceptions?
10:52:26  20                    MR. OPPENHEIMER:  Objection
          21          to form.
          22      A.    So my objection to the phrasing you used
          23  has to do with "generally accepted," which is
          24  undefined.
10:52:39  25      Q.    All right.  You talk about medium of
```

90

```
10:52:42  1    exchange leading to an efficient exchange of goods

          2    and services, is that correct?

          3         A.   I also talk about medium of exchange in

          4    my report in terms of exchanging among currencies.

10:52:58  5         Q.   Okay.  Can you help us understand what

          6    you mean when you say "medium of exchange"?  Does

          7    it not imply that in order for money or currency

          8    to be exchanged between different participants in

          9    economy, that people have to accept it for

10:53:24 10    transactions in order for money to function?

         11                   MR. OPPENHEIMER:  Objection

         12         to form.

         13         A.   As I describe in my report, money gets

         14    you from one item to another without the double

10:53:41 15    coincidence it warrants.

         16              So, for example, if someone has Japanese

         17    yen and someone else has Philippine pesos, the

         18    person with yen does not have to find someone --

         19    the person trying to sell yen does not have to

10:53:59 20    find someone who wants to buy Philippine -- to

         21    sell Philippine pesos.  You get it.  Transact.

         22              Someone with -- someone trying to sell

         23    yen and buy pesos does not need to find someone

         24    right away who wants to sell pesos.

10:54:16 25              Instead, they will go -- they will
```

91

10:54:20  1   exchange the yen for the medium of exchange, which

2   on ODL is XRP, and the XRP they then exchange for

3   the pesos.  So the XRP on the ODL platform serves

4   as a medium of exchange between the yen and the

10:54:37  5   Philippine peso.

6        Q.   So positing hypothetically a situation

7   in which one person has yen and one person has

8   pesos, but there is no bridge currency or asset

9   like XRP, does yen function as a medium of

10:54:55  10  exchange?

11            MR. OPPENHEIMER:  Objection

12       to form.

13            You can answer if you

14       understand.

10:55:09  15       A.   I'm -- I -- could you restate that?

16  My -- my answer had nothing to do with whether the

17  yen is a medium of exchange or not.  So I'm not

18  quite sure what -- whether your question was

19  correctly phrased.

10:55:27  20       Q.   Well, I was asking you a hypothetical.

21  So it may not have been correctly phrased, but

22  what I was trying to get at is whether in an

23  economy where some people have yen and some people

24  have pesos, about whether they're -- whether there

10:55:43  25  can be a medium of exchange if the people with the

92

10:55:46  1   yen don't accept pesos and the people with pesos

2   don't accept yen?

3                    MR. OPPENHEIMER:   Objection

4             to form.

10:55:55  5   A.   I think I am still not finding a way to

6   make sense of your question.

7   Q.   All right.   Let's talk about money in

8   general.

9             How many people in an economy have to

10:56:12 10   accept a currency before it's really a currency?

11   How many people have to accept an asset before it

12   can be considered a currency?

13                    MR. OPPENHEIMER:   Objection

14             to form.

10:56:22 15   A.   So this is an interesting question.   The

16   threshold is extremely low and -- but it has not

17   formally been the subject of research.   I know

18   that the threshold is extremely low because

19   economists worldwide like to cite a paper by

10:56:47 20   Radford about how cigarettes served as money in

21   World War -- in a prisoner of war camp in World

22   War II.   So the prisoner of war camp would have

23   been relatively quite small, one presumes, and yet

24   economists, in fact, assign this often to their

10:57:11 25   students and it gets cited commonly.   It's almost

93

10:57:15  1   universally known and it's, in fact, all over,

2   sort of, the media as a widely accepted

3   illustration of a money.

4        So we have a threshold of the number of

10:57:31  5   POWs accepting cigarettes as money in a POW camp

6   in World War II.  That's considered money by

7   fairly -- you know, I can't say universally, but

8   certainly by the vast majority of economists.

9        Q.   And you're familiar with that paper by

10:57:51 10  Radford because you cited it in your report,

11  correct?

12       A.   I have read it.

13       Q.   Okay.  So how many POWs accepted

14  cigarettes as currency?  Was it hundreds?

10:58:01 15       A.   I do not remember whether the number was

16  in there and exactly what the number -- roughly

17  what the number would have been.

18       Q.   Could it have been dozens?

19            MR. OPPENHEIMER:  Objection

10:58:12 20       to form.

21       A.   You know, I do not recall the specifics

22  of the size of the POW camp from the article, so I

23  really would be unable to be specific.

24       Q.   Well, for purposes of this hypothetical,

10:58:45 25  assume that in this POW camp in southeast Asia,

94

10:58:47 1    there were thousands of American POWs, okay?

2        A.   Uh-huh.

3        Q.   And that many of them, many hundreds of

4    them, received cigarettes in their Red Cross

10:58:57 5    packages and so they were available to either

6    smoke or trade.

7        So my question is, based on your

8    understanding of how an asset can be used as a

9    currency, how many people among thousands would

10:59:07 10   need to accept cigarettes as currency in order for

11   cigarettes to be considered money?

12                MR. OPPENHEIMER:  Objection

13       to the form.

14       A.   As I have answered, there is no specific

10:59:20 15   threshold in the academic literature.  An implied

16   threshold from the very, very wide acceptance of

17   this paper is that it would be the number of POWs

18   that were accepting cigarettes as currency.

19       Q.   So are you saying you don't know whether

10:59:36 20   it was a relatively small number or relatively

21   large number of people that accepted cigarettes as

22   currency?

23                MR. OPPENHEIMER:  Objection

24       to form.

10:59:49 25       A.   "Relatively small" and "relatively

95

10:59:51 1    large" are not defined in this context.  My

2    understanding of the magnitude of POW camps would

3    be that it was less than a million and possibly

4    far less.

11:00:09 5                      THE REPORTER:  Less than a

6              million?

7                      THE WITNESS:  And possibly

8              far less.

9         Q.   I'm sorry.  Are you suggesting that it

11:00:12 10   could be 900,000 POWs accepting cigarettes as

11   currency?

12                      MR. OPPENHEIMER:  Objection

13             to form.

14        A.   It is possible that it was.

11:00:32 15        Q.   You don't know one way or the other, is

16   that fair?

17                      MR. OPPENHEIMER:  Objection.

18        A.   I have been clear that I could not

19   specify.

11:00:38 20        Q.   Okay.  For purpose of my -- for purpose

21   of my hypothetical, I'm going to ask you to assume

22   that only a small number of prisoners, a dozen or

23   less, were willing to facilitate transfers of

24   goods by accepting cigarettes in trade as

11:00:55 25   currency.

96

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

11:00:57   1              If the number's really small, is it

           2    still fair to consider an asset a currency?

           3                       MR. OPPENHEIMER:  Objection

           4              to form.

11:01:06   5         A.   I have -- "really small," there is no

           6    definition here.

           7         Q.   Right.  That's why I suggested it's less

           8    than a dozen.

           9         A.   In terms of less than a dozen, as I

11:01:18  10    said, there is no threshold --

          11         Q.   Okay.

          12         A.   -- in the literature.

          13         Q.   All right.

          14         A.   There's an implied threshold of the size

11:01:24  15    of a POW camp in Germany in World War II.

          16         Q.   All right.  In terms of the trade

          17    between pesos and yen -- I guess that's not in

          18    paragraph 11, but in the one you mentioned before.

          19              If someone is going to help someone with

11:01:46  20    yen to get pesos and someone with pesos to get yen

          21    and they're going to use something like ODL as a

          22    bridge asset, would you say ODL's a currency if --

          23    if just one person is willing to accept ODL in

          24    payment for another currency?

11:02:04  25                       MR. OPPENHEIMER:  Objection

                                                                  97

11:02:04   1          to form.

           2          A.   That -- that -- that's just -- I don't

           3   know how to put this.  That's very speculative and

           4   I have not spent time considering that question.

11:02:38   5          Q.   I need to clarify something.  I said ODL

           6   when I should have said XRP.  So let me give you

           7   another version of that question.

           8          A.   Okay.

           9          Q.   If only one or two people in an economy

11:02:55  10   accept XRP in exchange for other goods or

          11   services, are you still comfortable calling XRP a

          12   currency?

          13                    MR. OPPENHEIMER:  Objection

          14          to form.

11:03:04  15                    You can answer.

          16          A.   My -- my opinion does not delve into

          17   that question and so I do not have a formal

          18   response for it.

          19          Q.   Okay.  I understand you don't have a

11:03:18  20   formal response and we can move on if -- if you

          21   cannot give me anything more.  But I believe you

          22   said you don't believe that an asset like XRP has

          23   to be accepted by everyone.  I believe you've also

          24   said you don't think an asset even has to be

11:03:31  25   generally accepted.  It just has to be accepted by

                                                                  98

11:03:35  1   a subset of an economy.

  2          So I'm trying to find out whether you're

  3   willing to put a lower limit on the number of

  4   people or participants in an economy that have to

11:03:47  5   accept an asset before it can be considered a

  6   currency.

  7                  MR. OPPENHEIMER:  Objection

  8              to form.  It mischaracterizes

  9              testimony; misleading; and I think

11:03:58 10              ambiguous, too.

 11                  You can answer.

 12   A.    I'd like to start with the

 13   mischaracterization.  I said nothing about whether

 14   generally accepted is or isn't anything.  I said

11:04:08 15   it is not defined.

 16          So I forget your phrasing, but it

 17   attributed something to me that I did not say.

 18   What I did say is that generally accepted is

 19   not -- is not defined.

11:04:26 20          Furthermore, I have said, and I repeat,

 21   and it's very important, that my job here is to

 22   communicate a consensus among the academics and

 23   not any -- for the court.  And the academic

 24   literature has not, to my knowledge, delved into

11:04:46 25   exactly how many people is necessary for general

                                                              99

11:04:48  1    acceptance or for something to be considered a

2    currency.

3              And what I did say is that the implied

4    number from the academic consensus is quite low by

11:05:11  5    population standards.  And I highlighted the

6    example of the Radford piece where economists very

7    broadly consider cigarettes to have been a money

8    where the maximum number of individuals accepting

9    and receiving them would have been the number of

11:05:29 10    people in a German POW camp in World War II.

11             I could also cite the fact the

12    Seychelles rupee is considered a currency and

13    there are less than a million people in

14    Seychelles, that the Europe -- eastern European

11:05:48 15    currency unit is -- is accepted as a currency in

16    St. Lucia and nearby islands and that the grand

17    total of people living in those islands is less

18    than a million.

19             So the -- the economists' consensus is a

11:06:04 20    number that is below a million and possibly well

21    below a million because it's the number of people

22    in those German POW camp.  And that's as much as I

23    can say.

24    Q.    Thank you for that clarification.

11:06:20 25             In describing the academic or

100

```
11:06:24   1   economists' consensus, is it fair to say that

           2   general acceptance would be an important attribute

           3   of money?

           4                   MR. OPPENHEIMER:  Objection

11:06:30   5        to form.

           6        A.   Again, general acceptance is not

           7   defined.

           8        Q.   Whether or not it's defined, is that

           9   something that's used in the literature?  Is that

11:06:50  10   something that academics talk about when

          11   discussing whether something is money?

          12                   MR. OPPENHEIMER:  Objection

          13        to form.

          14        A.   It comes up.  It comes up.  The Federal

11:06:58  15   Reserve of St. Louis lists it as a helpful

          16   attribute.

          17             But, to be -- to be -- to be very clear,

          18   acceptability, the nature of it is ill-defined and

          19   the minimum threshold for acceptability is -- is a

11:07:31  20   number well below a million as we see in -- in the

          21   generally accepted currencies according to

          22   economists.

          23        Q.   Are you saying that -- scratch that.

          24   Let's -- let's move on to a different topic.

11:07:58  25   Let's talk about store of value.
```

101

```
11:08:00   1              I'd like to refer to you paragraph 12 on

           2   page 5 of your report.

           3              THE WITNESS:  Actually, I'd

           4         like to take a quick break.

11:08:16   5              MR. OPPENHEIMER:  Is this a

           6         good time?

           7              MR. MOYE:  Fine with me.

           8              THE VIDEOGRAPHER:  Okay.

           9         Going off the record, 11:08.

11:08:21  10              (Whereupon, a recess is taken.)

          11              THE VIDEOGRAPHER:  Okay.

          12         We're back on the record at 11:19.

          13   BY MR. MOYE:

          14         Q.   Professor Osler, would I be correct that

11:19:31  15   among economists, there's a consensus that money

          16   has three main attributes and that those would be

          17   money as a medium of exchange, that it is a store

          18   of value, and it is a unit of account?

          19              MR. OPPENHEIMER:  Objection

11:19:44  20         to form.

          21         A.   I would -- no.  Those are the functions

          22   of money.  The attributes I highlight that are

          23   helpful are other things.

          24         Q.   Okay.  Thanks for that clarification.

11:20:10  25              Looking at the three main functions of
```

102

```
11:20:11   1    money, am I also correct that there's a hierarchy

           2    among these functions of money; that some

           3    functions are easier to achieve or harder to

           4    achieve than others?

11:20:22   5                    MR. OPPENHEIMER:  Objection

           6           to form.

           7        A.   Let's be careful.  The functions of

           8    money I highlight, there are four and -- there are

           9    four, just to be clear.  And is there a hierarchy

11:20:43  10    among them?  Not that -- not that I could be aware

          11    of.

          12        Q.   Okay.  Which is the more important

          13    function of money:  To be a medium of exchange or

          14    to be a store of value?

11:21:00  15                    MR. OPPENHEIMER:  Objection

          16           to form.

          17        A.   There is no hierarchy that I'm aware of.

          18        Q.   So if something is used commonly as a

          19    medium of exchange among goods and services, but

11:21:14  20    it doesn't hold the value very well, can it still

          21    be money?

          22                    MR. OPPENHEIMER:  Objection

          23           to form.

          24        A.   This happens all the time.

11:21:24  25        Q.   So is that a yes?
```

103

11:21:25  1       A.    Yes.

          2       Q.    Okay.  And let's assume that something

          3  is used as a medium of exchange or means of

          4  payment and more or less holds its value but it's

11:21:42  5  difficult to use as a unit of account, can it

          6  still be money?

          7                 MR. OPPENHEIMER:  Objection

          8         to form.

          9       A.    If it's used as a medium of exchange, it

11:21:51 10  is effectively used as a unit of account.

         11       Q.    Could you elaborate on that, please?

         12       A.    So --

         13       Q.    If I'm trading cows --

         14       A.    So let's go back to my example of the

11:22:13 15  yen and Philippine pesos.  So in the transaction

         16  where someone is selling yen and buy -- in

         17  exchange for Philippine pesos, the -- at the -- a

         18  transaction that goes through a vehicle currency

         19  like XRP.  So the person with yen is going to buy

11:22:35 20  XRP.  And so the price is how many XRP per yen?

         21  So in that sense it's being used as a unit of

         22  account.  Yen are being measured in XRP.

         23       Q.    Thank you for using that example.  I'd

         24  like to suggest a different example and get your

11:22:54 25  feedback on it.

                                                              104

11:22:56  1        Suppose I'm trading yen for Philippine

       2  pesos directly without using a bridge or

       3  intermediate asset.

       4        Are you suggesting that both of those

11:23:11  5  currencies are a unit of account for the other?

       6              MR. OPPENHEIMER:  Objection

       7        to form.

       8    A.   That problem has -- that statement

       9  has -- the hypothetical has premises that are

11:23:29 10  incorrect.

      11    Q.   So can you answer or not?

      12              MR. OPPENHEIMER:  Objection

      13        to form.

      14    A.   Because the premises are incorrect, the

11:23:45 15  question is not -- there is no question.

      16    Q.   Okay.

      17    A.   It makes no sense.

      18    Q.   Let me try something different.

      19        Would you agree that to be -- to -- to

11:23:53 20  function as a medium of exchange, money needs to

      21  be a store of value?

      22              MR. OPPENHEIMER:  Objection

      23        to form.

      24              You can answer.

11:24:31 25    A.   Implicit in the nature of the medium of

                                                    105

11:24:33  1    exchange is the idea that something can be a store

2    of value at least briefly.

3         Q.   Okay.  In order to be a unit of account,

4    isn't a wide acceptance either required or

11:24:44  5    implied?

6         A.   No.

7         Q.   Okay.  In paragraph 12 on page 5 of your

8    report, when you define unit of account, which is

9    underlined, and store of value, which is also

11:25:05 10    underlined, what is the source or -- or citation

11    for these concepts?

12         A.   This is something that economists

13    with -- Ph.D. economists learn this starting in

14    college and then in grad school.  And I provided a

11:25:33 15    specific citation to a specific source to

16    illustrate that these things -- these concepts are

17    out there.  But the source, this is -- this is

18    what we're taught basically.

19         Q.   Okay.  So you're describing a consensus

11:25:51 20    with those definitions?  Those are consensus

21    definitions?

22         A.   Yes, I am.

23         Q.   Okay.  So at the beginning of paragraph

24    12, the first sentence, you do have a -- an

11:25:59 25    identified source in paragraph 7, the Federal

106

| | | |
|---|---|---|
| 11:26:03 | 1 | Reserve Bank of St. Louis. |
| | 2 | As you've written it, does the -- are |
| | 3 | the definitions of unit of account and store of |
| | 4 | value, are they also described by the Federal |
| 11:26:15 | 5 | Reserve of St. Louis in that same source? |
| | 6 | MR. OPPENHEIMER:  Objection |
| | 7 | to form. |
| | 8 | Q.   I'm just trying to understand how you |
| | 9 | arranged it here. |
| 11:26:22 | 10 | A.   I arranged it as follows:  I defined it |
| | 11 | myself and then I found a source that lists unit |
| | 12 | of account and store -- store of value. |
| | 13 | Q.   Okay.  And what was that source? |
| | 14 | A.   Let's see.  I found the Federal -- the |
| 11:26:47 | 15 | Federal Reserve Bank of St. Louis, Functions of |
| | 16 | Money, and the Mankiw was also used to illustrate |
| | 17 | sources that cite these functions. |
| | 18 | Q.   Okay.  So talking -- right now my |
| | 19 | questions are going to be about the Federal |
| 11:27:06 | 20 | Reserve of St. Louis and not about the Mankiw. |
| | 21 | But Mankiw is spelled M-A-N-K-I-W, is |
| | 22 | that right? |
| | 23 | A.   That's correct. |
| | 24 | Q.   So is this -- is the -- is the source |
| 11:27:19 | 25 | you cited in Footnote 7, the Federal Reserve Bank |

107

11:27:23  1    of St. Louis, is that a written publication?

2         A.   Please define "written publication."

3         Q.   Yeah.  Is it a paper or is it a podcast?

4                   MR. OPPENHEIMER:  Objection.

11:27:37  5                   You can answer.

6         A.   It's a podcast that I remember had a

7    written -- the text was written.

8         Q.   So like a transcript?

9         A.   A transcript.

11:27:48 10    Q.   Okay.  So that cite is both a podcast

11    that you can listen to and it's a transcript,

12    right?

13         A.   Yes.

14         Q.   Okay.  Who's the speaker on that

11:27:59 15    podcast?

16         A.   That's a great question.  I don't know.

17         Q.   Do you know whether this is an economist

18    or whether it's a PR person?

19                   MR. OPPENHEIMER:  Objection.

11:28:09 20    Q.   And those are not the only

21    possibilities, of course.  I'm trying to find out

22    who is the source of this podcast and transcript.

23         A.   The source would be Federal Reserve Bank

24    of St. Louis economists.  Whoever spoke it is

11:28:21 25    another matter.

                                                          108

11:28:22 1       Q.   Okay.

2       A.   It would be like whoever reads a book on

3   Kindle.

4       Q.   All right.  So you think -- it's your

11:28:31 5   understanding that whoever is describing the

6   matters in the podcast is an economist or is

7   speaking for the economists at the Federal Reserve

8   Bank of St. Louis?  Is that fair?

9               MR. OPPENHEIMER:  Objection.

11:28:39 10            You can answer.

11       A.   As a Federal Reserve Bank of -- Federal

12   Reserve Bank of St. Louis publication, it will

13   have been endorsed by economists at the Federal

14   Reserve Bank of St. Louis.

11:29:02 15       Q.   So presumably vetted by those in charge.

16   Is that fair?

17               MR. OPPENHEIMER:  Objection.

18       A.   I have assumed as much.

19       Q.   Okay.  But with regard to the podcast

11:29:12 20   itself, is this a podcast intended for academics

21   or do you think it might be a podcast intended for

22   high school or secondary aged students?

23               MR. OPPENHEIMER:  Objection

24        to form.

11:29:24 25            You can answer.

109

11:29:27 1     A.   I intentionally chose some of my

2  citations so that they would be accessible to

3  people who were not economists.  And this one is

4  intended for -- I believe it was high school

11:29:40 5  students, and so it would have been accessible.

6     Q.   So the widest possible acceptance.  Fair

7  enough?

8              MR. OPPENHEIMER:  Objection.

9              You can answer.

11:29:48 10     A.    No.  It was intended for U.S. high

11  school students.

12     Q.   Okay.  You could have cited something

13  else, correct?  An academic paper or some of your

14  own work, perhaps?

11:30:01 15     A.   I could certainly have cited something

16  else.  Absolutely.

17     Q.   Okay.

18     A.   As a member of the Federal Reserve

19  system whose function is to manage the monetary

11:30:16 20  policy of the United States, which includes money

21  as -- absolutely at the core of it, the Federal

22  Reserve can be considered expert.

23     Q.   Are you suggest --

24              THE REPORTER:  Can be

11:30:26 25              considered?

110

11:30:26  1                      THE WITNESS:  Expert.

         2       Q.   Are you -- are you suggesting that this

         3  podcast is an authoritative statement by the

         4  Federal Reserve system about the attributes of

11:30:36  5  money?

         6                      MR. OPPENHEIMER:  Objection

         7            to the form.

         8       A.   "Authoritative" is not defined.

         9       Q.   So is that a yes or a no?

11:30:46 10                      MR. OPPENHEIMER:  Objection.

        11       A.   That is -- we'd have to clarify the

        12  definition of "authoritative" before I could

        13  answer that question.

        14       Q.   Can we go over to page 13?

11:31:15 15       A.   Sure.

        16       Q.   I'm sorry, paragraph 13, also on page 5.

        17            You say "XRP serves all four functions

        18  of a currency just discussed."  And then you

        19  indicate the different functions that you

11:31:37 20  described previously in your report.

        21            Do you see that?

        22       A.   I do.

        23       Q.   Okay.  Do you have a source for your

        24  conclusion or are you the source for your

11:31:46 25  conclusion?

                                                        111

11:31:47   1                    MR. OPPENHEIMER:  Objection

           2         to form.

           3         Q.   This is what I'm trying to get at:  Are

           4    you saying someone else already concluded that XRP

11:31:57   5    serves these functions or you, for the purpose of

           6    this engagement, have drawn such a conclusion?

           7                    MR. OPPENHEIMER:  Objection.

           8         A.   I -- I am stating that in -- my opinion

           9    is in the report, I used the four functions

11:32:27  10    highlighted by academics, including economists and

          11    others, and I identify how XRP serves those

          12    functions.

          13              So I am -- in this -- in this paragraph,

          14    I am building on the consensus -- the consensus

11:32:48  15    among academics and using the facts that are

          16    available to me to draw conclusions.

          17         Q.   Are you aware of any other economist

          18    besides yourself that has evaluated XRP with

          19    respect to the four functions of money, or

11:33:06  20    currency, and drawn the same conclusion you have?

          21         A.   No.  I am not aware that economists have

          22    made the specific attempt to characterize XRP in

          23    terms of the functions of money.

          24         Q.   Okay.  When you say that XRP is a "unit

11:33:24  25    of account" -- which I think is the last sentence

                                                                 112

11:33:27  1  in paragraph 13.

2          Do you see that?

3      A.   I do.

4      Q.   What is XRP used to value?  What are the

11:33:38  5  other things available to exchange that XRP is

6  used to value?

7                MR. OPPENHEIMER:  Objection

8          to form.

9                You can answer.

11:33:44 10    A.   I'd like to highlight that we've

11  addressed this question and I have clarified that

12  XRP is a medium of exchange between currencies and

13  that in that process, XRP is used to value

14  currency.

11:34:06 15    Q.   Did you mean to include anything else in

16  your answer?  I'm just trying to be complete.

17                MR. OPPENHEIMER:  Objection

18          to the form.

19      A.   I -- it's unclear what you mean by my

11:34:19 20  answer.

21      Q.   Let me try to clarify.

22          Is XRP value -- I'm sorry.

23          Is XRP used as a unit of account for any

24  purposes other than currency trading?

11:34:30 25                MR. OPPENHEIMER:  Objection

113

11:34:30  1                to form.

2       A.   In some contexts, yes.

3       Q.   What are those contexts?

4       A.   There are -- there are websites where

11:34:50  5  one can purchase items priced in -- at least one

6  website I know of where one can purchase items,

7  goods, and -- goods and services, that are priced

8  in XRP.

9            But to recall, trading volume on -- the

11:35:11 10  def -- yeah.  The definition of a medium of

11  exchange does not say that something has to be a

12  medium of exchange for everything at all times and

13  for all people.  Clearly nothing is a medium of

14  exchange for everything at all times among all

11:35:26 15  people.

16           What I have highlighted is that XRP is a

17  medium of exchange among currencies daily and in

18  millions of transactions -- let me be precise.

19           Daily trading over ODL is measured,

11:35:48 20  according to my best estimate, in hundreds of

21  millions of XRP and -- so in that context, XRP is

22  being used as a medium of exchange every day in

23  substantial quantities.  And because it's being

24  used as a medium of exchange in that context, when

11:36:12 25  in the conversion process, it is being used as a

114

11:36:17  1    unit of value, unit of account.

2         Q.   Who is using ODL today?

3                   MR. OPPENHEIMER:  Objection

4              to form.

11:36:28  5    Q.   To trade currencies.

6         A.   Today specifically?  I couldn't tell

7    you.

8         Q.   How about at the time you issued your

9    report in October of 2021?

11:36:35 10                   MR. OPPENHEIMER:  Objection.

11        A.   On any specific day, I -- that

12   information -- you could use the -- the ledger to

13   identify the accounts, but the specific exactly

14   who traded XRP over ODL on any given day is not

11:36:56 15   available unless one can identify backward from

16   the ledger accounts to the holder of the account.

17        Q.   How about generally?  Do you have any

18   understanding whether, in October of 2021, anyone

19   was using ODL to transact exchanges in foreign

11:37:18 20   currency?

21                   MR. OPPENHEIMER:  Objection

22              to form.

23        A.   Total trading in XRP reached over 400

24   billion in the -- in Q3 and roughly a quarter of

11:37:43 25   that trading is estimated to go through ODL.  Now,

115

11:37:47   1   Q3 ends in the end of September, but the

2   suggestion that all of a sudden there may have

3   been no ODL trading in October is interesting.

4       Q.   All right.  Well, it's your opinion.

11:38:04   5   I'm just trying to get the basis for it.  I'm not

6   suggesting that all of my questions are correct,

7   as you've often pointed out.

8            Do you know whether -- whether Ripple

9   has a partner, someone that is using ODL to

11:38:17  10   transact foreign currency exchanges?

11       A.   Yes.

12                    MR. OPPENHEIMER:  Objection.

13                    THE WITNESS:  Sorry.

14       Q.   And as you sit here today, who is that?

11:38:24  15   Who are those companies or partners that are using

16   ODL in foreign currency exchange?

17                    MR. OPPENHEIMER:  Objection

18            to form.

19                    You can answer.

11:38:31  20       A.   As of the most recent time I looked at

21   this, those partners included SBI Financial in

22   Japan.  Okay.  I've got to remember these things.

23   Coin.ph.  That's the Philippines one.  There's

24   a -- oh, there are a bunch of them along the

11:38:56  25   Pacific Rim and the exact names of these accounts

116

```
11:39:00  1    I don't -- of these remittance providers I don't

          2    precisely know.  Those are two of them.  There's

          3    quite a list of them.

          4         Q.   Okay.  And you think this trading's

11:39:13  5    continuing in significant amounts in at least Q3

          6    of 2021?

          7                   MR. OPPENHEIMER:  Objection.

          8                   You can answer.

          9         A.   The evidence available to me indicates

11:39:28 10    that it has.

         11         Q.   Okay.  What evidence was available to

         12    you?  I think you mentioned a website, but I'm

         13    trying to find out what source you looked at in

         14    order to determine that.

11:39:37 15                   MR. OPPENHEIMER:  Objection.

         16         A.   So let's be clear.  I did not opine on

         17    this in my report, on the magnitude.  I do not

         18    have any facts or statements in there.  I have

         19    subsequently read up a little more just to keep

11:39:56 20    learning.  And so -- I'm losing track.  Remind me

         21    the question.

         22         Q.   I'll transition a little bit.

         23              You indicated in your testimony a few

         24    moments ago that you thought that as of Q3 2021,

11:40:17 25    about 25 percent of the purchases of XRP were for
```

117

11:40:22  1    purpose of foreign exchange.

2                    Is that a fair summary of your prior

3    testimony?

4                    MR. OPPENHEIMER:  Objection.

11:40:28  5                    You can answer.

6        A.    I said trading rather than purchases.

7        Q.    Thank you for the clarification.

8              Do you think that 25 percent of the

9    trading in XRP is for purposes of foreign currency

11:40:47 10   exchange rather than for some other purpose?

11                    MR. OPPENHEIMER:  Objection

12                    to form.

13       A.    I -- no.  I specifically referred to

14   ODL, trading on ODL, as 25 percent of trading in

11:41:05 15   XRP.

16       Q.    Okay.  Do you think ODL has other

17   purposes other than for foreign currency exchange

18   or am I understanding that that is the subset of

19   uses of XRP?

11:41:16 20                   MR. OPPENHEIMER:  Objection

21                    to form.

22       A.    My understanding is that that is the

23   primary purpose that -- the primary purpose is to

24   facilitate international payments, which has been

11:41:29 25   the strategical of Ripple since two thousand --

                                                          118

11:41:35   1   for roughly a decade now.  And ODL is one of the

2   products that serves that purpose.  And so far it

3   has been primarily direct -- or the -- my

4   understanding has been that Ripple wisely -- in

11:41:53   5   executing its strategy of disruptive innovation

6   and trying to achieve a network, that Ripple has

7   focused initially on remittances, which is not a

8   major focus in -- among most banks.

9       Q.   All right.  I promise we will get to all

11:42:12  10   of that in the future.

11           In terms of the trading in XRP which you

12   referred to a few moments ago, I don't think that

13   trading, those percentages, are referred to

14   anywhere in your initial or rebuttal report.

11:42:27  15           Is that fair?

16       A.   That's correct.

17       Q.   Okay.  And would I be correct that in --

18   whatever source you used to learn about trading in

19   XRP would have come through a publication by

11:42:39  20   Ripple or an exchange associated with Ripple?

21                   MR. OPPENHEIMER:  Objection

22           to the form.

23       A.   That question has a few different things

24   in there.  Please, perhaps you could state it

11:42:59  25   individually.

119

```
11:43:00   1        Q.   Sure.  Sure.

           2             What's your source for learning about

           3   the trading of XRP?

           4        A.   Since I put out my report, Ripple issued

11:43:14   5   its Q3 report and that was summarized in a

           6   techno -- oh, it's not clear what we call these

           7   things.

           8        Q.   Publication?

           9        A.   Like a newspaper online.

11:43:30  10        Q.   A publication?

          11        A.   And it's called Tech something or other.

          12   TechNX or Tech -- Tech something.

          13        Q.   Okay.

          14        A.   And they reported on it.

11:43:43  15        Q.   Okay.  So the ultimate source would have

          16   been Ripple, but the source that you consulted

          17   would have been some online publication.

          18        A.   And then --

          19                  MR. OPPENHEIMER:  Objection

11:43:50  20             to the form.

          21        Q.   Is that correct?

          22                  MR. OPPENHEIMER:  Objection.

          23        A.   That is on the 25 percent figure.

          24        Q.   Okay.

11:43:54  25        A.   The actual trading figures -- have we --
```

                                                              120

```
11:44:00   1    the 416 billion, that was a Ripple source.  Yeah,

           2    that was a Ripple source.  Online.

           3         Q.   Okay.

           4         A.   Publicly available.

11:44:11   5         Q.   Okay.  So the other 75 percent of

           6    trading in XRP --

           7         A.   Uh-huh.

           8         Q.   -- what's your understanding of what

           9    that is?

11:44:18  10                   MR. OPPENHEIMER:  Objection

          11              to form.

          12         A.   That really goes beyond the opinions

          13    I've expressed and I have not thought carefully

          14    about it, so I would not be able to say with any

11:44:43  15    certainty.

          16         Q.   So you don't know?

          17         A.   I would not be able to say with any

          18    certainty.

          19         Q.   I'm not asking about a certain opinion.

11:44:53  20    I'm asking do you know?  Do you have any

          21    understanding?

          22                   MR. OPPENHEIMER:  Objection

          23              to form.

          24         A.   If we -- I'm -- if you -- okay.  I had

11:45:03  25    said I could not say with any certainty.
```

                                                            121

11:45:05  1     Q.    Sounds like -- sounds like that's all

2    you're willing say about that, is that correct?

3               MR. OPPENHEIMER:  Objection.

4     A.    I have said that I could not say with

11:45:16  5    any certainty.

6     Q.    Do you believe that the majority of

7    trading in XRP is for investment purposes?

8               MR. OPPENHEIMER:  Objection.

9     A.    No.

11:45:29 10     Q.    Am I correct that XRP is traded for fiat

11    currencies on digital -- on a number of digital

12    asset platforms?

13               MR. OPPENHEIMER:  Objection.

14               You can answer.

11:45:43 15     A.    That is my understanding, yes.

16     Q.    And am I also correct that a number of

17    these dig -- of these digital asset platforms

18    would primarily be involved with other currency --

19    currencies other than the U.S. dollar?

11:46:05 20               MR. OPPENHEIMER:  Objection

21               to the form.

22     A.    I couldn't say.

23     Q.    Okay.  Let me ask you this:  When XRP is

24    purchased or traded on digital asset platforms, is

11:46:17 25    it always purchased in U.S. dollars?

122

11:46:20   1           A.    I couldn't say.

           2           Q.    Assuming for the purposes of this

           3   question that XRP is sometimes purchased using

           4   currencies other than U.S. dollars, does that

11:46:38   5   count as a currency exchange as you understand it?

           6                       MR. OPPENHEIMER:  Objection.

           7                       You can answer if you

           8               understand.

           9           A.    Currency exchange is not -- that would

11:46:49  10   need some definition.

          11           Q.    Okay.  If someone in the Philippines,

          12   hypothetically, wants to buy XRP because they want

          13   to hold that token for some period of time, does

          14   that purchase -- do you know whether that purchase

11:47:15  15   involves the use of fiat currency?

          16                       MR. OPPENHEIMER:  Objection

          17               to form.

          18                       You can answer.

          19           A.    If the Philippine pesos is involved?

11:47:29  20   That's a fiat currency.  So, technically speaking,

          21   a fiat currency would be involved.

          22           Q.    I'm not limiting myself to the

          23   Philippine pesos.

          24                       Do you know whether any other fiat

11:47:39  25   currencies are involved in the purchase of XRP

                                                            123

11:47:45   1    from the Philippines?

           2                    MR. OPPENHEIMER:   Objection

           3              to the form.

           4         A.    Let me see how I can put this.   I --

11:48:10   5    yeah.   I think I would say that, no -- no.   If

           6    it's Philippine pesos versus XRP, there's one fiat

           7    currency involved.

           8         Q.    Okay.   As you sit here today, do you

           9    know whether you can purchase XRP using Philippine

11:48:24  10    pesos?

          11         A.    Do you mean me personally?

          12         Q.    Not you.   A person.

          13         A.    A person.   Yes.   That trader could be

          14    me.

11:48:43  15         Q.    Can XRP be purchased using yen?

          16         A.    Yes.

          17         Q.    Can it be purchased using pound

          18    sterling?

          19         A.    I could not verify that one way or the

11:48:52  20    other.

          21         Q.    Can it be purchased using euros?

          22         A.    I could not verify that.

          23         Q.    Can it be purchased using Mexican pesos?

          24         A.    I am pretty certain it can.

11:49:05  25         Q.    Can it be purchased using Bolivian or

                                                                    124

11:49:08  1    Venezuelan currency?

2         A.   I could not say.

3         Q.   Do you know where XRP is actually being

4    used as a medium of -- medium of exchange among

11:49:19  5    other currencies?

6                        MR. OPPENHEIMER:   Objection

7              to form.

8                        You can answer.

9         A.   I know some of the corridors for

11:49:27 10    certain.  The remittance service providers that

11    use it cover many, many locations and some are

12    worldwide.  And exactly where XRP is or is not

13    being used would -- one could not say unless one

14    were to scan individually all the individual

11:49:45 15    service providers.

16        Q.   Which are the ones that you know about?

17        A.   Well, as I've mentioned, there's a list,

18    but the names do not all come to mind.

19        Q.   You mentioned Japan.

11:49:55 20        A.   I mentioned --

21        Q.   You mentioned --

22        A.   -- SPI in Japan and I mentioned Coins.ph

23    in the Philippines.

24        Q.   Okay.  Are you personally aware of other

11:50:05 25    locations, countries, where XRP uses a medium of

125

11:50:09  1    exchange among currencies?

        2                    MR. OPPENHEIMER:  Objection

        3          to the form.

        4                    You can answer.

11:50:15  5        A.    I can say that XRP is -- no, I couldn't

        6    say that it is in the sense that you can't track a

        7    transaction.

        8        Q.    Okay.

        9        A.    I can say where remittance service

11:50:35 10    providers operate that have a relationship with

       11    ODL.  And those corridors include Singapore to a

       12    lot of the Pacific Rim countries.  Hong Kong to

       13    Pacific Rim countries.  Japan to Pacific Rim and

       14    some other countries.  Hong Kong, Singapore,

11:51:06 15    Japan, Taiwan.

       16                    So basically the more advanced countries

       17    in the Pacific Rim to other Pacific Rim countries

       18    and in some cases well beyond.

       19        Q.    Okay.  This question may be beyond my

11:51:25 20    own technical expertise and you may or may not

       21    know the answer, but just to try.

       22                    In -- let's pick one of these corridors

       23    that you mentioned, the Philippines.  Whatever the

       24    name of that service provider or providers is, do

11:51:39 25    you know where that service provider sources its

                                                              126

11:51:45  1    XRP?  In other words, where does it buy XRP?

2                        MR. OPPENHEIMER:  Objection

3              to form.

4              A.    The -- on the ODL platform, it buys the

11:51:57  5    XR -- XR -- Ripple serves as market maker on XRP.

6              Q.    Okay.  And after the XRP is used as a

7        bridge asset, how does the service provider sell

8        XRP if it chooses to do so?

9                        MR. OPPENHEIMER:  Objection

11:52:14 10              to form.

11             A.    So that was included implicitly in my

12       previous answer.  A market maker will buy it and

13       sell it.  And so Ripple's making markets both ways

14       in XRP.

11:52:33 15             Q.    All right.  Let's go to page 6,

16       paragraph 14.  So feel free to refer to paragraph

17       14 and 15 if needed, but my question does not

18       specifically come from either of those paragraphs.

19       I want to ask you about price fluctuations in XRP.

11:52:57 20                   You've indicated, I believe, in your

21       report that price fluctuations in an asset did not

22       mean it cannot be considered a currency.

23                        Is that a fair summary of your view?

24                        MR. OPPENHEIMER:  Objection.

11:53:15 25             A.    I've been quite specific -- I'm thinking

                                                                127

11:53:27  1   about it.  I have highlighted that there are

          2   currencies whose value is -- fluctuates that are

          3   considered -- there are assets that are considered

          4   currencies whose value fluctuate.

11:53:45  5          Q.   In Figure 1, you mention the pound and

          6   the dollar.  In paragraph 15, you mention the

          7   Venezuelan bolivar.  So I'd like to draw your

          8   attention to the last sentence in paragraph 14.

          9   You say "The existence of day-to-day fluctuations

11:54:00 10   in XRP exchange rates does not change the nature

         11   of XRP as a currency."

         12          Do you see that?

         13          A.   I do.

         14          Q.   Okay.  That's one of your conclusions in

11:54:07 15   this report, correct?

         16                  MR. OPPENHEIMER:  Objection.

         17                  You can answer.

         18          A.   That -- it is -- no, it is not.  It

         19   is -- it is not a conclusion in my report.

11:54:26 20          Q.   Do you believe this, this last sentence?

         21   Is this a fair statement of your view?

         22                  MR. OPPENHEIMER:  Objection

         23          to form.

         24          A.   It is a fair -- it is a supporting

11:54:36 25   statement insofar as I highlight that -- so the

                                                                   128

11:54:57   1    functions of a currency that I've identified and

2    the -- as consensus among economists and the

3    favorable attributes of an asset that help it

4    perform as a currency, I've highlighted that XRP

11:55:20   5    largely fulfills and I have -- or that XRP

6    fulfills the functions and has the attributes.

7              And I highlight -- essentially what I'm

8    highlighting is that it is never assumed in

9    defining money that its value is unchanging.

11:56:01  10    Q.   Thank you.  Perhaps I phrased my

11    question poorly.  I was really trying to get at

12    something else.

13              You wrote this last sentence in

14    paragraph 14, correct?  That's your work?

11:56:12  15    A.   That is my work.

16    Q.   And you're not citing to a publication

17    or to any other person, correct?

18    A.   Yes.

19    Q.   Okay.  So that is a statement of belief

11:56:20  20    or view or opinion that you're offering in this

21    report, correct?

22                   MR. OPPENHEIMER:  Objection.

23    Q.   Statement of your own view or belief,

24    correct?

11:56:27  25                   MR. OPPENHEIMER:  Objection.

129

11:56:28  1          A.    Let's be clear.  What I say is that --

2      is implicitly the same as what I just said to you.

3      That it's never assumed that a currency is -- has

4      no changes in its value and, therefore, whether it

11:56:48  5      has changes or not is -- does not change the

6      conclusion one way or the other.

7          Q.    Do you know whether XRP has day-to-day

8      fluctuations in its exchange rates or are you

9      speaking hypothetically?

11:57:04 10          A.    I am highlighting --

11                    MR. OPPENHEIMER:  Objection.

12                    You can answer.

13                    THE WITNESS:  Oops, sorry.

14                    MR. OPPENHEIMER:  It's okay.

11:57:13 15          A.    I cite in my rebuttal report a specific

16      volatility figure of .0083 percent over five

17      seconds indicating that the price has changed.

18          Q.    So, I'm sorry, I was asking about

19      day-to-day fluctuations.

11:57:35 20                Do you know whether there are day-to-day

21      fluctuations in XRP exchange rates?

22                    MR. OPPENHEIMER:  Objection

23                to form.

24          A.    By extrapolation from the volatility

11:57:49 25      figure I just gave you, there are day-to-day

130

11:57:55   1   fluctuations in XRP exchange rates just like there

2   are day-to-day fluctuations in other exchange

3   rates that are not government controlled.

4      Q.   Okay. Am I correct that you have not

11:58:03   5   looked at the day-to-day fluctuations in XRP

6   exchange rates, or at least you had not done so at

7   the time you wrote this report?

8                 MR. OPPENHEIMER:   Objection.

9      A.   No, that's not correct.

11:58:21 10      Q.   Okay. So at the time you wrote this

11   report, you were aware of the day-to-day

12   fluctuation rates in the XRP exchange rate. Is

13   that fair?

14                 MR. OPPENHEIMER:   Objection.

11:58:30 15      A.   This is putting words into my mouth. So

16   I was aware that -- I had seen charts of XRP value

17   and I -- I may have included one as a figure.

18   I've seen charts of the XRP value and that shows

19   that it changes.

11:58:49 20      Q.   Okay. Are there any charts of changes

21   in XRP value in this report?

22      A.   I don't believe I included one in the

23   end. No.

24      Q.   Okay. You could have included such a

11:59:09 25   chart, correct?

                                                131

11:59:11  1        A.   They exist.

       2        Q.   You chose not to?

       3        A.   It did not seem useful.

       4        Q.   Did anyone tell you that it was not

11:59:18  5   useful?

       6        A.   No.

       7        Q.   Okay.  That was your decision?

       8        A.   It was never a decision.  I never

       9   thought it -- I only think about charts that might

11:59:27 10   be useful and this one did not seem to have a

      11   value.

      12        Q.   Okay.  Figure 1 shows differences in

      13   exchange rate between the United Kingdom pound and

      14   the U.S. dollar, correct?

11:59:39 15        A.   Yes, it does.

      16        Q.   How difficult would it have been you --

      17   would it have been for you to show differences in

      18   the price of XRP in U.S. dollars within the last

      19   ten years?

11:59:53 20                   MR. OPPENHEIMER:  Objection

      21        to form.

      22        A.   As I said, these charts exist.

      23        Q.   Would it have been difficult or not

      24   difficult to do?

12:00:03 25        A.   It would not have been --

                                                          132

12:00:04   1                    MR. OPPENHEIMER:  Objection.

           2                    THE WITNESS:  Okay.

           3        A.   As I said, it would -- I did not think

           4   one way or the other about including it.

12:00:17   5        Q.   Well, let me flip that around then.

           6             Why did you think about and include a

           7   comparison between the UK pound and U.S. dollar

           8   instead of, for example, showing variations in the

           9   price of XRP over time?

12:00:27  10                    MR. OPPENHEIMER:  Objection.

          11                    You can answer.

          12        A.   It seemed intuitively obvious XRP value

          13   changes.  My point was to highlight that, first,

          14   the relative point of comparison for the dollar is

12:00:47  15   its exchange rates.  And, second, that the dollar

          16   value does change dramatically.

          17             So to support my point about the dollar,

          18   the dollar chart was necessary and no other chart

          19   was relevant.

12:01:09  20        Q.   Thank you for that.  Let's -- let's look

          21   at paragraph 15.

          22             When you talk about the Venezuelan

          23   bolivar depreciating, it looks like dramatically

          24   depreciating in 2018.

12:01:24  25             Do you see that?

                                                                    133

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
12:01:25   1          A.    Yes.
           2          Q.    What's your source for the changes in
           3    the value of the bolivar?
           4          A.    I -- I don't provide it, but I would
12:01:42   5    have looked it up on Global Insight.
           6          Q.    I'm sorry, I didn't --
           7          A.    I would have gotten the data from Global
           8    Insight.
           9          Q.    What is Global Insight?
12:01:49  10          A.    It's a database that includes the IMF
          11    exchange rate date and I would have looked at the
          12    IMF exchange rate data.
          13          Q.    And is it a publicly-available database
          14    or is it a private or pay for service database?
12:02:00  15                     MR. OPPENHEIMER:  Objection.
          16                     You can answer.
          17          A.    The -- the IMF data are publicly
          18    available.
          19          Q.    What about the Global Insight?
12:02:07  20          A.    Global Insight is a private thing.
          21          Q.    Okay.
          22          A.    In fact, come to think about it, I have
          23    increasingly relied on the IMF source and I
          24    realize chances are pretty good.  I went straight
12:02:28  25    there.
```

                                                            134

| | | |
|---|---|---|
| 12:02:32 | 1 | Q.   Okay.  So perhaps you didn't use Global |
| | 2 | Insight.  You just went to -- are you saying you |
| | 3 | probably just went to a publicly-available source? |
| | 4 | A.   The IMF provides the data publicly now. |
| 12:02:44 | 5 | Q.   Okay.  So since you mentioned the |
| | 6 | significant depreciation of the bolivar, I want to |
| | 7 | ask you some questions about currency depreciation |
| | 8 | in general.  I'm not referring specifically to the |
| | 9 | bolivar, so don't confine your answer to the |
| 12:02:58 | 10 | bolivar if that's not appropriate. |
| | 11 | Okay? |
| | 12 | A.   Uh-huh. |
| | 13 | Q.   What happens when a currency loses most |
| | 14 | or all of its value? |
| 12:03:05 | 15 | MR. OPPENHEIMER:  Objection |
| | 16 | to form. |
| | 17 | Q.   Like, what is the reaction of people in |
| | 18 | the economy if a currency loses most of its value? |
| | 19 | MR. OPPENHEIMER:  Objection. |
| 12:03:19 | 20 | A.   I want to preface any answer by |
| | 21 | highlighting as I did in my rebuttal to ███ and |
| | 22 | as I said earlier today, that the relative |
| | 23 | comparison to XRP prices is to exchange rates. |
| | 24 | And so the important questions have to do with |
| 12:03:36 | 25 | exchange rates and -- right. |

135

12:03:44  1        And so when a currency loses value,

2    which happens all the time around the world, it

3    generally is still used.

4        Q.   Is it -- do people begin using other

12:04:03  5    currencies that hold their value more?

6                    MR. OPPENHEIMER:  Objection

7        to form.

8        A.   Consistent with the fact -- as -- you'll

9    recall that in my report, I highlight functions of

12:04:25 10    a currency and helpful attributes of a currency.

11        So when a currency -- currencies gain

12    and lose value all the time and -- and even in

13    terms of goods and services, which, as I say, is

14    not relevant to XRP.  And the -- and especially

12:04:51 15    they lose value all the time, right, and they

16    remain currencies.

17        So I think with respect to your

18    question, I realize that there's no time frame

19    addressed.  So if you don't mind, I'd like to

12:05:08 20    highlight that most currencies have lost most of

21    their value in terms of goods and services over

22    the last century and they are still used as

23    currencies.

24        Q.   Do some currencies go out of

12:05:20 25    circulation?

136

12:05:21  1                    MR. OPPENHEIMER:  Objection.

          2        A.   I wouldn't be able to say that

          3   precisely.

          4        Q.   You don't know whether some countries

12:05:31  5   have discontinued using one form of currency and

          6   begun using another?

          7                    MR. OPPENHEIMER:  Objection.

          8        A.   I can remember one extreme case where I

          9   believe that happened.

12:05:46 10        Q.   Okay.

         11        A.   Anyhow, no, not precisely.

         12        Q.   Do people begin preferring other

         13   currencies if a -- if a currency loses most or all

         14   of its value?

12:05:57 15                    MR. OPPENHEIMER:  Objection.

         16        A.   In general, no.

         17        Q.   And does that have anything to do with

         18   the fact that the fiat currency in a particular

         19   jurisdiction is required to be accepted as legal

12:06:09 20   tender?

         21                    MR. OPPENHEIMER:  Objection.

         22        A.   No.

         23        Q.   Have there been cryptocurrencies that

         24   have lost most or all of their value?

12:06:20 25                    MR. OPPENHEIMER:  Objection.

                                                               137

12:06:24   1          A.   I -- bitcoin's gone up and down.

           2          Q.   Do you know whether there have been

           3     cryptocurrencies that have lost most or all of

           4     their value?

12:06:37   5                          MR. OPPENHEIMER:  Objection

           6               to form.

           7          A.   I couldn't say.

           8          Q.   So would it be fair to say that you

           9     don't know what happens if a cryptocurrency loses

12:06:49  10     most or all of its value?

          11                          MR. OPPENHEIMER:  Objection

          12               to form.

          13          A.   It would be fair to say that the

          14     definition of losing most or all of its value is

12:06:56  15     vague and would need to be defined more precisely.

          16          Q.   Do you know whether there have been any

          17     cryptocurrencies that have ceased to be circulated

          18     or accepted because they're no longer considered

          19     to have any value?

12:07:05  20                          MR. OPPENHEIMER:  Objection

          21               to form.

          22          A.   I couldn't say.

          23          Q.   Hypothetically, if there was such a

          24     currency, we'll call it ABC, that had a value at

12:07:14  25     one point and now has a value of zero, meaning no

                                                                   138

```
12:07:18   1    one will accept it, would the people holding or

           2    still holding ABC be able to use it for any

           3    purpose?

           4                    MR. OPPENHEIMER:  Objection

12:07:30   5         to form.

           6    A.   You know, this is a hypothetical.  I

           7    really am not in a position to speculate on it.

           8    Q.   All right.  Let me put it a different

           9    way.

12:07:41  10         If XRP were to lose most or all of its

          11    value, do you know whether the people who hold XRP

          12    right now would be able to get their investment,

          13    initial investment, in XRP back?

          14                    MR. OPPENHEIMER:  Objection

12:07:53  15         to the form.

          16    A.   In any case --

          17                    MR. OPPENHEIMER:  Wait.

          18                    THE WITNESS:  Oh, I'm sorry.

          19                    MR. OPPENHEIMER:  Assumes

12:08:07  20         facts not in evidence,

          21         mischaracterizes facts, and vague and

          22         ambiguous.

          23                    You can answer.

          24    A.   Could you restate the question?

12:08:21  25                    MR. MOYE:  Could you read it
```

139

12:08:21  1            back, please?

         2                    (Whereupon, the record was read

         3            back.)

         4       A.   No, I do not know.

12:08:50  5       Q.   Are you familiar with the term

         6  "intrinsic value"?

         7                    THE REPORTER:  I'm sorry?

         8       Q.   Are you familiar with the term

         9  "intrinsic value"?

12:08:59 10       A.   Yes, I'm familiar with the term.

        11       Q.   What does that mean as -- as you or

        12  other economists use that term?

        13                    MR. OPPENHEIMER:  Objection.

        14                    You can answer.

12:09:06 15       A.   I would say that it has no fixed

        16  definition.  That it's -- it has no fixed

        17  definition.

        18       Q.   What does it mean to you personally

        19  then?

12:09:13 20       A.   It depends on the context.

        21       Q.   Does XRP have an intrinsic value?

        22                    MR. OPPENHEIMER:  Objection.

        23       A.   Again, since it's not defined, I can't

        24  answer that question.

12:09:25 25       Q.   Does the U.S. dollar have an intrinsic

                                                              140

```
12:09:29   1   value?
           2        A.   Since it's not defined, I can't answer
           3   that question.   Oh, I'm sorry.   I can't answer
           4   that question.
12:09:31   5        Q.   Does gold or cattle have an intrinsic
           6   value?
           7                  MR. OPPENHEIMER:   Objection.
           8        A.   Again, without a very careful
           9   definition, I can't answer the question.
12:09:44  10        Q.   Let's look at paragraph 16 of your
          11   report.   You indicate that The Federal Reserve
          12   identifies six attributes that enhance the value
          13   of a currency and then you state what those
          14   attributes are, correct?
12:10:10  15        A.   That's correct.
          16        Q.   And you also have a cite, a citation to
          17   a source, is that right?
          18        A.   Yes.
          19        Q.   What is the source for that -- what is
12:10:15  20   your source for that statement?
          21        A.   The Federal Reserve Bank of St. Louis,
          22   the piece that I chose because it's accessible.
          23        Q.   Was the podcast and transcript piece
          24   credible?
12:10:24  25        A.   Correct.
```

141

```
12:10:27   1          Q.   Okay.  And do you believe that's a
           2    consensus or are you attributing some special
           3    authority to the Federal Reserve Bank?
           4                    MR. OPPENHEIMER:  Objection
12:10:35   5          to form.
           6          A.   The -- I'm -- I can -- it -- it captures
           7    the consensus.
           8          Q.   Okay.  So there's no --
           9          A.   I highlight there are some other things
12:10:50  10    that come up in some other context and it's
          11    broadly characterized as a consensus.
          12          Q.   Sure.  So it's not the only source you
          13    cite in this paragraph.  There are some others as
          14    you said.
12:10:59  15              But in -- in the first sentence, when
          16    you say that the Federal Reserve, the world's
          17    dominant bank, identifies six attributes for
          18    the -- to enhance the value of currency, I just
          19    wanted to know if you were -- if you believe the
12:11:15  20    Federal Reserve is stating the consensus among
          21    economists or is this a unique view that has
          22    special significance because it is from the
          23    Federal Reserve Bank?
          24                    MR. OPPENHEIMER:  Objection
12:11:25  25          to form.
```

                                                              142

```
12:11:45  1        A.   It is -- it is not intended as -- it --

          2   so it's -- as I say, there's no formal consensus

          3   among economists on -- on exact properties.

          4   There's just a lot of properties that are often

12:12:02  5   listed.  And the Federal Reserve Bank of St. Louis

          6   has a listed -- the list includes properties that

          7   are generally listed.

          8        Q.   What does this series of attributes add

          9   to your analysis of XRP?

12:12:20 10                    MR. OPPENHEIMER:  Objection

         11        to form.

         12        A.   The analysis highlights attributes of an

         13   asset that help it function as money and -- yes,

         14   that's what it does.

12:12:33 15        Q.   And you talk about cows and even

         16   boulders in Micronesia.  These -- these have all

         17   been used as money, correct?

         18        A.   They have -- they're included in the

         19   list of things that have been used as money.

12:12:45 20        Q.   But they don't fit as well in these

         21   attributes of money as specified by the Federal

         22   Reserve, correct?  That's why you mention them?

         23                    MR. OPPENHEIMER:  Objection

         24        to form.

12:13:01 25        A.   These are helpful and it's a care --
```

143

12:13:04  1    it's a -- it's important to be clear that none of

          2    them are neither -- they are neither necessary nor

          3    sufficient.  They are helpful.  So cows are --

          4    fail on one of -- you know, do not fulfill one of

12:13:20  5    these, I think divisibility, but it was still used

          6    as money.

          7              So to illustrate, yes.

          8                   THE REPORTER:  So?

          9                   THE WITNESS:  To illustrate,

12:13:31 10         yes.

         11    Q.   And boulders, they don't fit all these

         12    categories, but boulders have still been used as

         13    money, correct?

         14    A.   Specifically on the island of Yap in

12:13:41 15    Polynesia.  And this is another -- like the

         16    Radford article about cigarettes, this is another

         17    piece that economists like to cite.

         18    Q.   Okay.  So I'm -- I'm asking.  I'm

         19    curious.  Why include this?  What does this add to

12:13:52 20    your analysis of XRP if you say in the same

         21    paragraph that even things that don't have all of

         22    these attributes can still be used as money?

         23                   MR. OPPENHEIMER:  Objection

         24         to form.

12:14:07 25    A.   The point in adding that paragraph is

                                                                144

```
12:14:09  1    that XRP has all of these helpful attributes.

          2         Q.   Like cowrie shells?

          3         A.   I'd have to rethink through the cowrie

          4    shells, but, yes.

12:14:23  5         Q.   Let's look at paragraph 17 where you

          6    talk about cowrie shells.

          7         A.   Yeah.

          8         Q.   Feel free to review that.  I'm going to

          9    ask you a couple of questions about cowrie shells.

12:14:30 10         A.   Ready to go.

         11         Q.   Okay.  You point out in paragraph 17

         12    that cowrie shells have all of these attributes of

         13    money identified by the Fed, correct?

         14         A.   Yes, I go through those six or seven.

12:14:53 15         Q.   Okay.  So, again, similar question about

         16    the cows.

         17              What does the discussion of cowrie

         18     shells add to your analysis of XRP as a currency?

         19                   MR. OPPENHEIMER:  Objection

12:15:01 20              to form.

         21                   You can answer.

         22         A.   The cowrie shells were included as a way

         23    of clarifying what the attributes mean.  So

         24    divisibility, portability, et cetera.  That is the

12:15:16 25    sense in which cowrie shells were included.  They
```

145

12:15:20  1   were an illustration for point of clarification.

2        Q.   Do cowrie shells have an intrinsic value

3   independent of whether or not they're used as

4   currency?

12:15:26  5                   MR. OPPENHEIMER:  Objection

6              to form.

7        A.   As I have said, intrinsic value is not

8   defined in this conversation.

9        Q.   Are cowrie shells used in art among

12:15:34 10   people in Africa?

11                   MR. OPPENHEIMER:  Objection.

12        A.   I could not say.

13        Q.   So you can't say whether that artwork

14   using or consisting with cowrie shells is

12:15:45 15   considered valuable today?

16                   MR. OPPENHEIMER:  Objection.

17        A.   I did not agree -- the premise of your

18   question is that I agreed that there was such art

19   and I have not agreed that there was such art.

12:15:54 20        Q.   Let me clarify.

21             Since you don't know whether cowrie

22   shells are used in art, you can't say whether

23   cowrie shells used in artwork retain a value

24   today, can you?

12:16:02 25                   MR. OPPENHEIMER:  Objection.

146

12:16:07  1        A.    This hypothetical extends way beyond

2    what I was asked to look at in my opinion as is

3    clear from -- would be clear from a quick review

4    of the questions I was asked.  And so I was not in

12:16:20  5    a position to formulate an opinion on these

6    questions.

7        Q.    Fair enough.

8              You drive a direct comparison between

9    how cowrie shells fit the attributes of money from

12:16:29 10    the Fed and how XRP, in your view, fits those

11    attributes of money, correct?

12        A.    Not correct.

13        Q.    So there's no connection between your

14    discussion of cowrie shells and your connection of

12:16:42 15    XRP?  Is that your testimony?

16                    MR. OPPENHEIMER:  Objection

17              to the form.

18        A.    My use of cowrie shells, as I answered

19    earlier, is intended to clarify the meaning of the

12:16:55 20    attributes in question.  What is divisibility?

21    What is portability?  I do not directly compare

22    cowrie shells with XRP in any way.

23        Q.    So when you say, then, that cowrie

24    shells were a highly successful form of currency

12:17:12 25    for centuries, and then you follow in the very

147

```
12:17:14   1   next paragraph with a discussion of XRP's
           2   satisfaction of the same attributes, were you
           3   intending to suggest that XRP might function as a
           4   currency for centuries in the same way that cowrie
12:17:30   5   shells did?
           6                  MR. OPPENHEIMER:  Objection
           7          to form.
           8          A.   That is a -- that is a complete
           9   mischaracterization of what I might have to say in
12:17:47  10   there.
          11          Q.   Fair enough.  So it sounds like you
          12   disagree.
          13                  There's no connection between the
          14   status, then, of cowrie shells as a successful
12:17:55  15   currency and whether or not XRP is a successful
          16   currency.  Is that fair?
          17                  MR. OPPENHEIMER:  Objection
          18          to form; mischaracterizes testimony
          19          and vague and ambiguous.
12:18:10  20          A.   Let me clarify again.  I included cowrie
          21   shells to clarify the definitions of the
          22   attributes that are helpful for an asset to
          23   function as a currency.  That is the purpose of
          24   including cowrie shells there.
12:18:30  25          Q.   And it sounds like that's the only
```

148

```
12:18:31   1    purpose you have.
           2         A.   That is the only purpose.
           3         Q.   All right.  In the beginning of
           4    paragraph 18 of your report, you say ""XRP has all
12:18:43   5    of the attributes that economists agree to be
           6    valuable in a currency."
           7              Do you see that?
           8         A.   I was referring back to the list of
           9    seven that I had before.
12:18:50  10         Q.   Okay.  So am I correct that you are
          11    stating in your report that economists -- the
          12    consensus of economists agree that these
          13    attributes contribute or enhance the value of
          14    money?
12:19:00  15                   MR. OPPENHEIMER:  Objection.
          16                   You can answer.
          17         A.   It enhances the ability of an asset to
          18    serve as money.  I say nothing about the value of
          19    money.
12:19:23  20         Q.   So at the beginning of paragraph 16 of
          21    your report --
          22         A.   Paragraph 16.
          23         Q.   -- the first sentence, when you're
          24    identifying the attributes sourced from the Fed,
12:19:40  25    you say there that these attributes "enhance the
```

149

```
12:19:43   1    use value of a currency."
           2            Is there a difference in your mind
           3    between the value of a currency and the use value
           4    of a currency?
12:19:51   5                    MR. OPPENHEIMER:  Objection.
           6        A.   Use value would be synonymous with what
           7    I just said.  The ability of a currency or money
           8    to serve that function, or an asset as I have been
           9    specific.  The ability of an asset to serve the
12:20:11  10    functions of money.
          11        Q.   Does use value mean utility?  Is that --
          12        A.   It means the ability of an asset to
          13    fulfill the functions of money.
          14        Q.   Okay.  Do other -- you -- you've
12:20:28  15    indicated in paragraph 18 that XRP has all of
          16    these attributes that could contribute to its
          17    usefulness as a currency.
          18            Do most cryptocurrencies have these same
          19    attributes as XRP?
12:20:41  20                    MR. OPPENHEIMER:  Objection
          21    to form.
          22        A.   I wouldn't be able to say.
          23        Q.   Does bitcoin?
          24        A.   I'd have to think carefully about each
12:20:52  25    one.
```

150

12:20:54  1      Q.   It's not a test, but if you -- if you

2   want to take a moment, if that would help you to

3   give me an answer, that's fine.  If you cannot

4   give me an answer, we can move on.  But if you

12:21:03  5   have an answer, I'm interested.

6                      MR. OPPENHEIMER:  Objection

7           to form.

8      A.   So I would say that -- so -- could

9   you -- could you repeat the question precisely

12:21:35  10  now?

11     Q.   Well, let me break it down.  Maybe that

12  would be helpful.

13     A.   Okay.

14     Q.   So you compared XRP to these attributes

12:21:42  15  of a currency.  So I'm asking you about bitcoin.

16     A.   Uh-huh.

17     Q.   So without giving me a considered or

18  written deposition -- definition, but just as you

19  understand it here, do you believe bitcone --

12:21:53  20  bitcoin is portable in the same way XRP is

21  portable?

22                      MR. OPPENHEIMER:  Objection.

23                      You can answer.

24     A.   Yes.

12:21:59  25     Q.   Do you believe bitcoin is divisible in

151

12:22:01  1   the same way XRP is divisible?

2       A.   Yes.

3       Q.   In fact, you even refer to bitcoin as a

4   coin comparison.

12:22:10  5       A.   I do.

6       Q.   Do you believe bitcoin is uniform like

7   XRP is uniform?

8       A.   Yes.

9       Q.   Do you believe bitcoin is acceptable in

12:22:15 10  the same way you believe XRP is acceptable?

11       A.   There are differences in the

12   acceptability that are important.

13       Q.   Do you believe bitcoin is accepted on

14   more -- do you believe bitcoin is traded on more

12:22:32 15  or less exchanges than XRP?

16                 MR. OPPENHEIMER:   Objection

17            to the form.

18       A.   That is not directly related to what I

19   had to say.

12:22:41 20       Q.   So you don't have an opinion on whether

21   bitcoin is traded more frequently or less

22   frequently on exchanges?

23       A.   I have differences.   I did not suggest

24   more or a fewer exchanges.

12:22:53 25       Q.   Okay.   We'll come back to exchanges in a

152

```
12:22:54   1   moment but let's talk about storage costs.
           2          Do you believe bitcoin has low storage
           3   costs the way XRP does?
           4      A.   I believe so.
12:23:06   5      Q.   And do you believe bitcoin has limited
           6   supply the way XRP is limited?
           7      A.   Yes.
           8      Q.   All right.  Let's go back to the
           9   attribute you highlight acceptability.  You say
12:23:21  10   "XRP can be traded on myriad exchanges around the
          11   world."  I'd like to drill down on this is a
          12   little bit.
          13          When you include this sentence, are you
          14   referring to the currency trading aspect --
12:23:36  15   sorry -- the currency trading function of XRP that
          16   we discussed earlier in the deposition or are you
          17   referring to something like an exchange for goods
          18   or services?
          19                   MR. OPPENHEIMER:  Objection
12:23:46  20          to form.
          21      A.   It's not either/or and the question does
          22   not include all the different kinds of trading
          23   that I might have had in mind.
          24      Q.   Okay.  So you reference exchanges and
12:24:03  25   you say "myriad exchanges," which I understand to
```

153

12:24:07  1    mean many.  Is that what you meant by "myriad"?

2         A.    Many, yes.

3         Q.    Okay.  So how is XRP traded on many

4    exchanges around the world?  You've already talked

12:24:25  5    about foreign currency exchange, so you don't need

6    to repeat any of that.

7              Are there other purposes for which XRP

8    is traded on exchanges around the world that you

9    meant to include in this answer?

12:24:35 10                   MR. OPPENHEIMER:  Objection

11         to form.

12         A.    Actually, could you just restate the

13    question?  It was a long one.

14         Q.    Yeah.  I'm not asking about foreign

12:24:48 15    currency trading.  We've already talked about

16    that.

17              In your description of XRP's

18    acceptability --

19         A.    Uh-huh.

12:24:54 20         Q.    -- and your reference to it being traded

21    on many exchanges around the world, what other

22    purposes -- for what other purposes is XRP traded

23    besides foreign currency exchange?

24                   MR. OPPENHEIMER:  Objection

12:25:08 25         to form.

154

12:25:18  1      A.   If I could be clear, I was not asked to

2  opine on those subjects and I do not offer an

3  opinion.

4      Q.   Okay.  Do you have an understanding,

12:25:23  5  even if you're not offering an opinion, of why XRP

6  might be traded if it's not being used in a

7  foreign currency exchange transaction?

8      A.   You know --

9            MR. OPPENHEIMER:  Objection

12:25:33  10       to form; calls for speculation.

11       You can answer.

12      A.   I could speculate, but that would not be

13  of any use to the court.

14      Q.   Well, it might be of use to me in

12:25:43  15  helping understand and I understand the caveat

16  that you're speculating.  You're not prohibited

17  from speculating as long as you indicate that's

18  what you're doing.

19     Is your answer that XRP is traded on

12:25:53  20  many exchanges around the world, does that also

21  include people who buy XRP for investment

22  purposes?

23            MR. OPPENHEIMER:  Objection

24       to both the instruction, if there is

12:26:06  25       one, and -- and the question.

155

```
12:26:09    1                        You can answer.

            2                        THE WITNESS:  Right.  I'm

            3              thinking about it.

            4         A.   Yes, there are people who hold XRP as a

12:26:33    5    store of value.

            6         Q.   As investors.  Is that a fair summary?

            7         A.   As --

            8                        MR. OPPENHEIMER:  Objection;

            9              mischaracterizes.

12:26:41   10                        You can answer.

           11         A.   As a store of value.

           12         Q.   All right.  It sounds like that's all

           13    you're going to say.  So let me -- let me ask my

           14    question a little bit differently.

12:26:50   15              Assume for the purpose of this question

           16    there are three buckets for purposes of which

           17    people purchase XRP.  One is foreign currency

           18    exchange.  We're not going to talk about that.

           19    One is purchasing for goods and services.  We're

12:27:05   20    not going to talk about that.  We're going to talk

           21    about the store of value.  Is that -- was that the

           22    term you used a minute ago?

           23         A.   That's the term I used.

           24         Q.   Okay.  So we're going to talk about the

12:27:15   25    bucket for store of value.
```

156

12:27:17   1            You believe that there are people that

           2    purchase XRP because it's a good store of value.

           3    Is that fair?

           4                    MR. OPPENHEIMER:  Objection

12:27:21   5            to the form.

           6                    You can answer.

           7       A.   I do not have an opinion and I say

           8    nothing about XRP as a -- in that context in my

           9    report and I have not thought -- it's just not

12:27:34  10    something I'm prepared to discuss.  It's not part

          11    of my report.

          12       Q.   All right.

          13       A.   And it's not something I'm prepared to

          14    discuss.

12:27:40  15       Q.   This may be my misunderstanding and not

          16    anything that you've said or not said today, so I

          17    want to take responsibility for that.

          18            But you say XRP is traded on a myriad

          19    exchanges and that's one reason it should be

12:27:53  20    considered a currency.  And so I'm asking you

          21    whether you, in reaching that conclusion, whether

          22    you considered people who purchased XRP solely

          23    because it's a store of value, in other words an

          24    investment, in rendering an opinion that it should

12:28:08  25    be considered a currency.

                                                                    157

```
12:28:09   1                        MR. OPPENHEIMER:  Objection

           2           to the form.

           3       A.   I did not.  Let's be clear.  What I say

           4   is it can be traded on myriad exchanges.  What I

12:28:21   5   considered was where can it be traded.  I did not

           6   consider who's trading it for what purposes.

           7       Q.   Okay.  So the purpose is beside the

           8   point?

           9       A.   That's correct.

12:28:29  10       Q.   All right.  Thank you for that

          11   clarification.

          12           Do you have an opinion about whether

          13   bitcoin should be considered currency?

          14       A.   No.

12:28:45  15       Q.   Do you know whether there's any debate

          16   among economists whether bitcoin should be

          17   considered a currency?

          18                        MR. OPPENHEIMER:  Objection

          19           to form.

12:28:52  20       A.   I have not delved into it.

          21       Q.   I'm sorry, is that a yes or a no?  I

          22   just want to know whether you're aware.

          23                        MR. OPPENHEIMER:  Objection.

          24                        You can answer.

12:29:02  25       A.   I am aware that economists have opined.
```

                                                              158

12:29:05   1        Q.    Okay.   Thank you.

           2                     MR. MOYE:   This is probably

           3               a good place for a lunch break if

           4               that's okay with you guys.

12:29:12   5                     MR. OPPENHEIMER:   Sure.

           6                     THE WITNESS:   Sure.

           7                     THE VIDEOGRAPHER:   Okay.

           8               Going off the record at 12:29.

           9                     (Whereupon, a luncheon recess

12:29:17  10               is taken.)

          11

          12

          13

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25

                                                              159

```
12:29:17  1            A F T E R N O O N   S E S S I O N
          2            THE VIDEOGRAPHER:  Okay.
          3            Back on the record at 1:23.
          4   BY MR. MOYE:
13:23:19  5       Q.   Professor Osler, before we go on, I'd
          6   like to sort of go back for a second to something
          7   we discussed earlier in the day.
          8            Do you remember me asking you about
          9   whether there was a hierarchy of functions of
13:23:32 10   money between --
         11       A.   Yes.
         12       Q.   -- the method of -- means of exchange,
         13   store of value, and unit of account?
         14            Are you familiar with an economist named
13:23:43 15   Michael Woodford --
         16       A.   Yes.
         17       Q.   -- at Columbia University?
         18       A.   I know -- I'm familiar with Michael
         19   Woodford.
13:23:50 20       Q.   Okay.  Are you familiar with his book,
         21   Interest and Prices:  Foundations of a Theory of
         22   Monetary Policy?
         23       A.   No, I'm not familiar with the book.
         24       Q.   Okay.  If -- do you know whether he is
13:24:11 25   one of the economists that believes that money's
```

160

```
13:24:16   1   function as a unit of account is the most
           2   important criteria in its definitions?
           3               MR. OPPENHEIMER:  Objection
           4          to form.
13:24:24   5       A.   I don't know that any economists make
           6   that statement.
           7       Q.   You're not denying that he's made such a
           8   statement, are you?
           9               MR. OPPENHEIMER:  Objection.
13:24:32  10       Q.   You're just saying you're not aware of
          11   it?
          12               MR. OPPENHEIMER:  Objection.
          13       A.   That's correct.  I'm not denying that
          14   Michael Woodford made that statement.
13:24:44  15       Q.   Okay.  You are saying you're not aware
          16   of it so you never considered -- had to consider
          17   it, is that right?
          18               MR. OPPENHEIMER:  Objection.
          19               You can answer.
13:24:57  20       A.   There's two parts to that and I need to
          21   disentangle them.
          22       Q.   All right.  So, to clarify, since you
          23   weren't -- you're not denying that he made such a
          24   statement, but you're not aware that he -- whether
13:25:08  25   or not he's made such a statement, correct?
```

161

```
13:25:10   1          A.    That is correct.
           2          Q.    And because you're not aware of it,
           3    you've never had the occasion to consider whether
           4    you would agree or disagree with that statement if
13:25:20   5    made by Professor Woodford, is that right?
           6                  MR. OPPENHEIMER:  Objection.
           7          A.    I'd just like to highlight, my opinion
           8    did not ask me about the hierarchy of functions.
           9    It's not considered in my report.  I'm not aware
13:25:38  10    of a consensus on a hierarchy of functions.  It's
          11    just not something I'm -- that's in my opinion at
          12    all.
          13          Q.    Fair enough.  So let's return to page 8
          14    of your report, paragraph 18.
13:26:07  15                  So previously I was asking what you
          16    meant or intended by some of the statements about
          17    XRP serving various functions of money.  I'd like
          18    to now ask questions about your sources.
          19                  So for the previous -- for the statement
13:26:21  20    we've been talking about previously,
          21    "Acceptability:  XRP can be traded on myriad
          22    exchanges around the world."
          23                  What's the source of your understanding
          24    that XRP can be traded on many exchanges around
13:26:36  25    the world?
```

162

```
13:26:39   1                    MR. OPPENHEIMER:  Objection

           2          to form.

           3                    You can answer.

           4        A.    There was no -- so I -- I -- I couldn't

13:26:58   5   place the source for that.  It's just sort of

           6   everywhere.

           7        Q.    I want to focus on the fact that you say

           8   "XRP can be traded on myriad exchanges around the

           9   world."

13:27:17  10                    Those are your words, correct?

          11        A.    Uh-huh.

          12        Q.    Counsel didn't tell you to use those

          13   words, right?

          14        A.    That's attorney --

13:27:24  15                    MR. OPPENHEIMER:  Objection.

          16          I instruct you not to discuss the

          17          substance of communications with

          18          counsel.

          19        Q.    Okay.  So we can't presume one way or

13:27:31  20   the other whether anyone instructed you to pick

          21   those words, choose those words?

          22                    MR. OPPENHEIMER:  Objection

          23          to the form.

          24        A.    I -- what I specified is that we cannot

13:27:45  25   assume one way or the other that counsel
```

163

13:27:49   1   instructed me to specify those words.

2        Q.   Okay.  But you chose those words.  Can

3   we agree on that?

4        A.   I chose those words.

13:27:54   5        Q.   Okay.  So you must have had some source,

6   correct?

7        A.   (No verbal response.)

8        Q.   Can you tell us about any source other

9   than counsel where you might have learned or

13:28:00  10   formed the conclusion that XRP can be traded on

11   many exchanges around the world?

12                    MR. OPPENHEIMER:  Objection.

13                    You can answer.

14        A.   I don't -- don't remember the source for

13:28:14  15   that information.

16        Q.   Okay.  How about the timing?  So you

17   wrote this report or signed this report in October

18   of 2021 and your -- your statement is in the

19   present tense.

13:28:24  20             So was that your understanding of

21   when -- of the fact that XRP could be traded in

22   October of 2021 on many exchanges around the world

23   or, as an alternative, is it possible you were

24   thinking historically that maybe XRP had been

13:28:42  25   traded on many exchanges around the world?

164

13:28:44  1                  MR. OPPENHEIMER:  Objection

          2      to form.

          3    A.   Was I thinking about at the time versus

          4  historically?

13:28:57  5    Q.   Yes.

          6    A.   I was thinking about -- the intention of

          7  my opinion is to say that -- let me just see it.

          8  "Can be traded" is to refer to the present.

          9    Q.   Is XRP traded on more exchanges in 2021

13:29:18 10  than in 2020 or less?

        11              MR. OPPENHEIMER:  Objection

        12      to form.

        13    A.   I don't make any statement about that in

        14  my opinion.

13:29:27 15    Q.   Do you have any understanding?

        16    A.   I do not, no.

        17    Q.   Okay.  So your statement "units of XRP

        18  can be accessed anywhere one finds an internet

        19  connection," do you have a source for that

13:29:52 20  statement?  Source of your understanding.  Not --

        21  not a source for the particular statement, but a

        22  source for your understanding.

        23              MR. OPPENHEIMER:  Objection

        24      to form.

13:29:59 25    A.   Yeah.  My under -- to me, that was

                                           165

```
13:30:08   1    intuitively obvious.
           2        Q.   All right.  How about XRP is stored in
           3    wallets and how much it cost for an on-ledger
           4    electronic repository?  You do have a footnote
13:30:25   5    there.
           6            Can you clarify your source for that
           7    statement about XRP wallets?
           8                    MR. OPPENHEIMER:  Objection
           9            to form.
13:30:35  10        A.   A clarification in the sense of what?
          11        Q.   Yeah.  Is this where you got that
          12    information?
          13        A.   Yes.
          14        Q.   Or is this just one of many sources that
13:30:43  15    you may have consulted?
          16                    MR. OPPENHEIMER:  Objection
          17            to form.
          18        A.   I got the specific prices from this
          19    source.
13:30:49  20        Q.   Okay.  So your understanding about
          21    "Wallet security is high because ledgers are
          22    maintained on many independent servers around the
          23    world and updated frequently."
          24            Can you tell us where you gained your
13:31:07  25    understanding of that fact or assertion?
```

                                                              166

13:31:10  1          A.   That follows from the nature of the XRP

          2   ledger.

          3          Q.   And how did you learn about the XRP

          4   ledger?  From which source?

13:31:16  5          A.   I read --

          6                    MR. OPPENHEIMER:   Objection

          7          to form.

          8                    You can answer.

          9          A.   I learned about the XRP ledger in the

13:31:28 10   XRP -- the -- the white paper on the voting

         11   protocol procedure that's used to verify

         12   transactions on the XRP ledger.

         13          Q.   All right.  And how about limited

         14   supply?  "Long-term supply of XRP is limited to

13:31:47 15   the 100 billion already in existence.  No

         16   additional units can be created without changing

         17   the XRP ledger itself."

         18               What's the -- what's your source of your

         19   information for that understanding?

13:32:00 20          A.   That was -- that's just on the Ripple

         21   website.  That's everywhere.

         22          Q.   Okay.  Professor Osler, would it be fair

         23   to say, generally, if not specifically, that most

         24   of your understanding of what XRP is and how it

13:32:14 25   functions and how it can be used was gained during

                                                                167

13:32:19  1    this litigation from materials published or

2    provided by Ripple?

3                        MR. OPPENHEIMER:   Objection

4             to form.

13:32:26  5        A.   I couldn't say.

6        Q.   Did you know very much about XRP before

7    you became an expert in this case?

8        A.   As I said, I did not.

9        Q.   Did you have sources other than your

13:32:36 10    review for this case to learn about XRP and how

11    it's used and how it can function?

12                        MR. OPPENHEIMER:   Objection

13             to form.

14        A.   I -- you know, I listed all the sources

13:32:50 15    here.  I don't have them all fresh in my mind, so

16    I just really couldn't say.

17        Q.   I understand and this is not a memory

18    test for any particular fact.

19             But you did indicate that you thought

13:32:59 20    there were some sources that you cited, but they

21    were one of among several that you could have

22    cited.  So I'm trying to find out if statements

23    about XRP wallets and statements about the

24    durability or creation of XRP, whether the sources

13:33:13 25    you would have consulted to learn that information

168

13:33:15  1    must have come from Ripple.

2                        MR. OPPENHEIMER:  Objection

3              to form.

4         A.   No.

13:33:22  5         Q.   Were there third-party sources you

6    consulted to learn about Ripple?

7                        MR. OPPENHEIMER:  Objection.

8                        You can answer.

9         A.   Some of these are just intuitively

13:33:33 10   obvious from the nature of the -- of XRP.

11   Durability.

12        Q.   How about limited supply?  I think

13   that's what I was asking before we got into this

14   line of questions.  "Long-term supply of XRP is

13:33:45 15   limited to the 100 billion already in existence."

16             I'm not saying that's wrong.  I'm just

17   saying how do you know or how did you learn that

18   fact?

19        A.   I don't remember the precise source for

13:34:02 20   that particular fact.  It's all over the web.

21        Q.   Okay.  And I understand that caveat.

22   What I am asking is, would you agree with me that

23   it is more likely than not that the sources on the

24   web that you consulted in order to learn this

13:34:17 25   information were most likely sources from Ripple?

169

13:34:23   1   Like postings or information that Ripple gave --

           2   Ripple gave to another publication.

           3                    MR. OPPENHEIMER:   Objection

           4            to the form.

13:34:28   5        A.   I would not agree.

           6        Q.   Okay.   Do you think it's more likely

           7   than not that the information in here about XRP

           8   comes from third parties than that it comes from

           9   Ripple?

13:34:42  10                    MR. OPPENHEIMER:   Objection

          11            to the form.

          12        A.   That's the reverse of the previous

          13   question, so I don't have an opinion.

          14        Q.   All right.   Would I be correct that you

13:34:54  15   had no way of independently verifying -- from

          16   whatever source you learned this information about

          17   XRP, you wouldn't have any way to independently

          18   verify whether there's only 100 billion XRP in

          19   existence?

13:35:07  20                    MR. OPPENHEIMER:   Objection

          21            to form.

          22        A.   So in my function of bringing the

          23   understanding from the academic community, general

          24   consensus understanding, to bear on the facts of

13:35:43  25   the case, I have taken the hundred billion of XRP

                                                              170

```
13:35:48   1    that is discussed very commonly whenever XRP comes

           2    up online as a fact.

           3        Q.   Okay.  So without overstating or putting

           4    words in your mouth, is it fair to say that what

13:36:07   5    you learned about XRP that did not come from

           6    counsel came from your review of sources on the

           7    internet?

           8                   MR. OPPENHEIMER:  Objection

           9              to form; mischaracterizes testimony.

13:36:29  10        A.   I've said that I have taken the hundred

          11    billion dollar limit as a fact from different

          12    things I've read.

          13        Q.   I agree with that and I'm not -- I'm not

          14    trying to change your answer.  I'm asking you

13:36:43  15    about the whole corpus of information that you

          16    learned about XRP which you applied to the

          17    consensus from various economists.

          18              If you didn't get it from counsel, did

          19    you get it from the internet?

13:36:55  20                   MR. OPPENHEIMER:  Objection

          21              to form.

          22        A.   I downloaded information that is

          23    available on the internet.

          24        Q.   All right.  As you sit here today, do

13:37:06  25    you have any way to know what merchants have
```

                                                        171

```
13:37:12   1    actually accepted XRP as a medium of exchange for

           2    goods or services?

           3                    MR. OPPENHEIMER:  Objection

           4            to the form.

13:37:20   5        A.   Do you mean for individual specific

           6    transactions do I know whether merchants have

           7    accepted XRP?

           8        Q.   No.  I'm trying to clarify an earlier

           9    point.  You said you're aware of a number of

13:37:32  10    merchants that might be willing to accept XRP.

          11    They can accept XRP.

          12        A.   Uh-huh.

          13        Q.   So I'm asking you a subset question.

          14             Do you know, even if a merchant is

13:37:42  15    willing to accept XRP, have they actually done so?

          16                    MR. OPPENHEIMER:  Objection

          17            to form.

          18                    You can answer.

          19        A.   Oh, that was not required for forming my

13:37:54  20    opinions and I -- I can't say that I called any of

          21    those merchants up and said, gosh, have you

          22    actually done it?

          23        Q.   All right.  Would the same thing be true

          24    about unit of account?

13:38:04  25                    MR. OPPENHEIMER:  Objection
```

                                                              172

```
13:38:04    1              to form.
            2         Q.    Whatever opinion you've offered about
            3    who or the type of entities use XRP as a unit of
            4    account, you didn't have a reason or occasion to
13:38:13    5    independently verify that?
            6                   MR. OPPENHEIMER:  Objection
            7              to form.
            8         A.    I have downloaded information from the
            9    web about the extent of transactions on the
13:38:25   10    ledger.  And I have taken that as factual.
           11         Q.    Okay.
           12         A.    And -- which means that because on -- as
           13    I've said, when it -- XRP is used as a medium of
           14    exchange on the ODL letter -- ledger, it is being
13:38:46   15    used as a unit of account.
           16         Q.    Okay.
           17         A.    So I do have -- that is substantial.
           18         Q.    That was your source?
           19         A.    I'm sorry?
13:38:56   20                   MR. OPPENHEIMER:  Objection.
           21         Q.    You just described a source --
           22         A.    Not an individual source.
           23         Q.    Not an individual source.  Those are
           24    your sources of information.
13:39:02   25                   MR. OPPENHEIMER:  Objection
```

                                                              173

13:39:02  1              to the form.

          2         A.   Again, that's -- there was no source

          3    listed.  There was a type of information listed in

          4    my statement.

13:39:19  5         Q.   Okay.  All right.

          6                   (Whereupon, exhibit is received

          7              and marked SEC Osler Deposition Exhibit 2

          8              for identification.)

          9    BY MR. MOYE:

13:39:28 10         Q.   I'd like to hand you -- so we'll make

         11    this quick.  I apologize.  I should have handed

         12    this to you earlier since we talked about it.  I

         13    just want to get your identification.

         14                   THE REPORTER:  Exhibit 2 for

13:39:51 15              identification.

         16                   MR. MOYE:  Exhibit 2 for

         17              identification.

         18         Q.   So Exhibit 2 is a printout with Federal

         19    Reserve of St. Louis at the top and the title is

13:40:04 20    "Functions of Money - The Economic Lowdown Podcast

         21    Series" dated August 9th, 2012.

         22         Okay.  Professor Osler, do you believe

         23    this is the transcript of the podcast that we

         24    discussed earlier about the functions of money

13:40:19 25    from the Federal Reserve of St. Louis?

                                                              174

13:40:23  1          A.   I'm willing to take it as such since you

2     represent it as such.

3          Q.   Does it look to you like it's the same

4     thing you consulted in preparing your report?

13:40:31  5          A.   I --

6                         MR. OPPENHEIMER:  Objection

7               to form.

8                         You can answer.

9          A.   Okay.  To be honest, I don't remember

13:40:34 10     what it looked like.

11          Q.   All right.  That's fine.  You can put

12     that aside.

13                    Now we're going to look at something

14     new.

13:40:53 15                         MR. MOYE:  Do you mind

16               handing one to the court reporter as

17               well?  Thank you so much.

18                         (Whereupon, exhibit is received

19               and marked SEC Osler Deposition Exhibit 3

13:40:59 20               for identification.)

21                         THE REPORTER:  Exhibit 3 for

22               identification.

23                         MR. MOYE:  Okay.

24     BY MR. MOYE:

13:41:04 25          Q.   Professor Osler, I've handed you what's

                                                        175

13:41:06  1    been marked as -- sorry -- as Exhibit 3.  At the

2    top is an NBER Working Paper Series.  The title is

3    "Is Bitcoin a Real Currency?"  And it's by David

4    Yermack and the date is December 2013.

13:41:26  5            Do you see that?

6        A.   I do.

7        Q.   Are you familiar with the National

8    Bureau of Economic Research?

9        A.   I am.

13:41:30 10        Q.   Is this an -- an entity that you were

11   associated with earlier in your career?

12       A.   I was.

13       Q.   So what is National Bureau of Economic

14   Research?

13:41:38 15        A.   It is an association of economists.

16   There are centers like this all around the world.

17       Q.   Is this a think tank? an academic group?

18   a social gathering?  How would you describe this

19   association of -- of economists?

13:41:54 20                    MR. OPPENHEIMER:  Objection

21           to form.

22       A.   It's a group of economists.  I think

23   that's the best way to describe it.

24       Q.   Does it have clients?

13:42:02 25        A.   Not that I'm aware.

                                                        176

13:42:04   1        Q.   Okay.  Is it a foundation?  Like does it

           2   receive contributions to funds its work?

           3                      MR. OPPENHEIMER:  Objection

           4        to form.

13:42:11   5        A.   You know, I have not even looked into

           6   the funding of the NBER and I wouldn't know for

           7   sure.

           8        Q.   Is it a for-profit business?

           9        A.   It's not a for-profit business.

13:42:19  10        Q.   Does it do expert consulting the way

          11   some other consulting groups do?

          12                      MR. OPPENHEIMER:  Objection

          13        to form.

          14        A.   Does the NBER do expert consulting?

13:42:34  15   I -- I couldn't say for sure.

          16        Q.   At the time you were there, did it do

          17   expert consulting?

          18        A.   I wasn't aware that it did at the time I

          19   was there.

13:42:41  20        Q.   Okay.  And, again, I'm not saying it

          21   does.  I'm just trying to figure out whether NBER

          22   is a for-profit, for-client --

          23        A.   Uh-huh.

          24        Q.   -- research organization.

13:42:51  25                      All right.  So this is a paper by David

                                                                        177

```
13:42:54   1   Yermack.
           2            Are you familiar with Professor Yermack?
           3       A.   I have occasionally read some of his
           4   material, but I couldn't place exactly what he
13:43:06   5   says.
           6       Q.   If you turn over one page --
           7            THE REPORTER:  But I
           8            couldn't place his?
           9            THE WITNESS:  Exactly what
13:43:06  10            he has to say.
          11       Q.   Okay.  If you turn over one page to
          12   where the article begins, it shows that he -- that
          13   David Yermack is in the Department of Finance at
          14   the New York University Stern School of Business.
13:43:18  15            Do you see that?
          16       A.   I do.
          17       Q.   Okay.  Are you familiar with the Stern
          18   School of Business at NYU?
          19       A.   Yes.
13:43:26  20       Q.   Okay.  Have you ever had occasion to see
          21   this article before I put it in front of you
          22   today?
          23       A.   I have not read it currently.
          24       Q.   Sorry.  Let me clarify.
13:43:46  25            So my question is:  Have you seen it
```

178

13:43:48   1   before?

  2       A.   I can't say for sure.

  3       Q.   Okay.  So the title is "Is Bitcoin a

  4   Real Currency?"  The date, as I said, was in

13:43:55   5   December of 2013.  It's not a lengthy article, but

  6   you can feel free, if you need to, to flip to

  7   different parts of it.  But I want to ask you

  8   questions about page 2.  So I'd like to direct

  9   your attention there.

13:44:13 10              MR. OPPENHEIMER:  You should

11          read as much of the paper as you need

12          to in order to be able to answer the

13          question.

14              MR. MOYE:  So are you

13:44:24 15          directing her to read it now?

16              MR. OPPENHEIMER:  No, I'm --

17          I'm instructing her that --

18             THE WITNESS:  I'm choosing

19          to read it.

13:44:30 20              MR. OPPENHEIMER:  -- to the

21          extent she needs to read it in order

22          to answer your questions, she is able

23          to do so.

24             MR. MOYE:  That's fine.

13:44:34 25       A.   So because you wanted me to go to page

179

13:44:36  1    2, I'm reading what comes just right before.

2         Q.   Sure.   That's fine.

3              (Pause)

4         A.   I was able to see what Mr. Yermack has

13:45:47  5    to say on page 2.

6         Q.   Okay.   I'm going to ask you a couple of

7    questions about the final paragraph on page 2, so

8    I'm glad you had a chance to -- to look at that.

9              Okay.   In the middle of the final

13:45:53 10    paragraph on page 2, Mr. Yermack makes this -- or

11   Professor Yermack makes the following statement:

12   "However, I argue in the sections below that

13   bitcoin performs poorly as a unit of account and

14   as a store of value."

13:46:05 15              Do you see that?

16        A.   I see that.

17        Q.   Did I read that, hopefully, very

18   correctly?

19        A.   You did.

13:46:10 20        Q.   Okay.   Do you agree with that statement

21   by Professor Yermack?

22              MR. OPPENHEIMER:   Objection

23              to form.

24        A.   I haven't read the substance of what --

13:46:19 25    and he says "in the sections below," but, anyhow,

                                                        180

13:46:25  1    so I haven't read it, so I couldn't say one way or

          2    the other.

          3         Q.   Okay.  So just to clarify, you can't say

          4    whether you agree with it, is that right?

13:46:31  5                      MR. OPPENHEIMER:  Objection

          6         to form.

          7                      You can answer.

          8         A.   I can't say without reading his analysis

          9    and thinking about it independently.

13:46:38  10        Q.   Okay.  So that's a two-part answer.  I

          11   get that.

          12             Would the same thing be true about

          13   whether you disagree with it?  You could not say

          14   whether you disagree with it without studying it

13:46:47  15   further and thinking on your own?

          16                      MR. OPPENHEIMER:  Objection

          17        to form.

          18                      You can answer.

          19        A.   That's correct.

13:46:53  20        Q.   Okay.

          21        A.   That follows logically.

          22        Q.   Okay.  So what if I changed the wording

          23   of that sentence that I read you slightly.  What

          24   if, hypothetically, Professor Yermack or someone

13:47:03  25   else had said that XRP performs poorly as a unit

                                                              181

13:47:06  1    of account and as a store of value?  As you sit

2    here today, would you be in a position without

3    further review or study to either agree or

4    disagree with that statement?

13:47:14  5                        MR. OPPENHEIMER:  Objection

6              to form.

7                        You can answer.

8         A.   My opinion is about whether it functions

9    as a store of value and a unit of account.  So I

13:47:33 10   don't have an opinion as to whether it performs,

11   you know, qualitatively one way or the other.  I

12   just highlight that it does perform those

13   functions.

14        Q.   Okay.  So that's -- I think that's an

13:47:44 15   important qualification, understanding of your

16   opinions.  So thank you for making that.

17                   You're not saying that XRP performs well

18   as a unit of account or a store of value, correct?

19                        MR. OPPENHEIMER:  Objection

13:47:57 20             to the form.

21                        You can answer.

22        A.   I do not quant -- I do not provide any

23   qualification in that sense, whether it performs

24   well or poorly.  I do not.  I simply state that it

13:48:07 25   does.

182

13:48:07  1       Q.   Okay.  Now, another sentence I'd like to

2    ask you about is the final sentence in this

3    paragraph.  It says "Therefore, bitcoin's value is

4    almost completely untethered to that of other

13:48:19  5    currencies, which makes its risk nearly impossible

6    to hedge for businesses and customers and renders

7    it more or less useless as a tool for risk

8    management."

9            Did I read that correctly, I hope?

13:48:30 10       A.   I see that statement.

11       Q.   Okay.  Do you have any basis to either

12    agree or disagree with Professor Yermack's

13    statement about bitcoin?

14                 MR. OPPENHEIMER:  Objection

13:48:45 15       to the form.

16       A.   I'm thinking about -- yeah, I don't want

17    to take you down arcane academic paths, okay?  So

18    I -- I certainly don't have an opinion about this

19    one way or the other.  It's not my purpose, in my

13:49:23 20    opinion, to assess whether risk management is

21    involved with XRP one way or the other.

22       Q.   Okay.  So I think you anticipated my

23    next question.

24            So I'm going to ask you, if,

13:49:38 25    hypothetically, Professor Yermack or someone else

183

13:49:40  1   had said that XRP's value was almost completely

2   untethered to that of other currencies, and then

3   finishes the same sentence like Professor Yermack

4   did, would you be in a position to agree or

13:49:50  5   disagree with that statement without further study

6   and analysis?

7                   MR. OPPENHEIMER:  Objection

8       to the form.

9     A.  My opinion does not address -- does

13:49:59 10  not -- I was not asked to address that question in

11  my opinion.  I was asked to address whether it

12  performs the function of money.  So since I was

13  not asked to address whether it performs -- and --

14  and, as you know, the consensus of economists is

13:50:15 15  not that money needs to be a tool for risk

16  management.

17     Q.  Okay.  Do you understand -- do you have

18  an understanding of the -- of the term "time

19  series volatility"?

13:50:37 20                  MR. OPPENHEIMER:  Objection

21       to form.

22     A.  I do understand that term.

23     Q.  What does that term mean to you?

24     A.  It -- time series is a -- is something

13:50:54 25  that changes over time.  And the volatility is the

184

13:50:57  1    extent to which it changes over time.

2         Q.   So if something exhibits a high time

3    series volatility, would it be correct to say it

4    shows significant volatility over time?

13:51:07  5              MR. OPPENHEIMER:  Objection

6              to form.

7                   You can answer.

8         A.   There's no definition here for

9    "significant."

13:51:12 10      Q.   Okay.  He says "very high time series

11   volatility."

12              What do you understand that to mean?

13                   MR. OPPENHEIMER:  Objection

14              to form.

13:51:19 15      A.   There's no benchmark.  Where are we

16   exactly, by the way?

17        Q.   So we're still on page 2.

18        A.   Okay.

19        Q.   But I'll refer you to a figure in -- in

13:51:26 20   a minute.

21        A.   Uh-huh.  And his high -- he says --

22   there.  "High time series volatility."

23              You know, we don't have any specifics

24   here and -- so what was your question again?

13:51:44 25      Q.   My question was:  What does that

185

13:51:46   1    statement mean to you?

           2                    MR. OPPENHEIMER:  Objection

           3         to form.  I think asked and answered.

           4                    But you can answer.

13:51:56   5         A.   So he seems to have a benchmark in mind

           6    for high versus low, but it's not here so I

           7    couldn't tell you what his benchmark is.  And he's

           8    talking about the extent to which something

           9    changes over time.  That's time series volatility.

13:52:08  10         Q.   Okay.  Let's go to page 7, a section

          11    that begins "Bitcoin's weaknesses as a

          12    currency..."  And there's two paragraphs and the

          13    second paragraph continues from the bottom of page

          14    7 to the top of page 8.  I'm happy to let you look

13:52:28  15    at those because I have a couple of questions

          16    about these paragraphs.

          17              (Pause)

          18         Q.   Figure 3 is on page 13.

          19         A.   Thank you.

13:53:52  20              So I've read the two paragraphs.

          21         Q.   Okay.  So I'd like to direct your

          22    attention to the last sentence in the first -- in

          23    the paragraph in the middle of page 7 where

          24    Professor Yermack says "Bitcoin imposes large

13:54:05  25    risks on its owners, because it has excessive

                                                              186

13:54:08  1   volatility and fails to exhibit correlation with

2   the behavior of other currencies."

3          Do you see that?

4      A.   I see that.

13:54:16  5   Q.   Okay.  As you sit here today, are you in

6   a position to either agree or disagree with that

7   statement without further study and consideration?

8      A.   I would --

9              MR. OPPENHEIMER:  Objection.

13:54:23 10              You can answer.

11              THE WITNESS:  Okay.

12      A.   There's a lot of terms in here that are

13   not defined.  And in terms of the implied

14   definition of risk, which is -- so there's two --

13:54:47 15   it's a very complicated sentence.  There's an

16   awful lot going on in here.  But I couldn't agree

17   with it in part because some of the terms are not

18   defined.

19      Q.   Okay.  For the same reason are you

13:55:00 20   unable to disagree with it because you don't know

21   what he meant and you haven't considered it?

22              MR. OPPENHEIMER:  Objection.

23              You can answer.

24      Q.   There's going to be an objection.  You

13:55:10 25   may as well wait for it.

187

13:55:21  1         A.   It's impossible to respond to the

2    sentence one way or the other because terms are

3    not reasonably defined.

4         Q.   That's what I'm getting at.  Without

13:55:31  5    knowing what he studied and what he meant, you

6    can't say he's right, but you also can't say he's

7    wrong.  Is that fair?

8                        MR. OPPENHEIMER:  Objection

9              to the form.

13:55:49 10         A.   That's correct, you can't.  When -- when

11    the statement is not really meaningful, you can't

12    say one way or the other.

13         Q.   All right.  So hypothetically, if

14    Professor Yermack or someone else said the same

13:55:59 15    thing about XRP, that XRP imposes large risks on

16    its owners because it has excessive volatility and

17    failed to exhibit correlation with the behavior of

18    other currencies, without additional study or

19    knowing more about the definition of those terms,

13:56:14 20    are you in a position to agree with that

21    statement?

22                        MR. OPPENHEIMER:  Objection

23              to form.

24         A.   So the fact is that XRP is used as a

13:56:28 25    store of value, as I said earlier.  So the

188

13:56:30  1   volatility, whatever it is, is not considered

2   excessive by the people that hold it.

3        Q.   How do you know what the holders of XRP

4   think or don't think about volatility?

13:56:49  5        A.   They're willing to hold it.

6        Q.   Do you know whether they're comfortable

7   with volatility?

8        A.   That's irrelevant.

9                  MR. OPPENHEIMER:  Objection

13:56:52 10        to form.

11                  THE WITNESS:  Oopsy.

12        A.   That's irrelevant.

13        Q.   Do you know whether they have

14   opportunities to sell?

13:56:58 15        A.   That's not relevant.

16        Q.   You assume they do?

17        A.   That's not relevant.

18        Q.   Okay.  As you sit here today, are you

19   able to disagree with a statement that "like

13:57:16 20   bitcoin, XRP imposes large risks on its owners

21   because it has excessive volatility and fails to

22   exhibit correlation with the behavior of other

23   currencies"?

24                  MR. OPPENHEIMER:  Objection

13:57:27 25        to form.

189

13:57:29  1          A.   Here's something I could agree to.

       2    Dollars impose large risks on their owners because

       3    they have volatility.  I could agree to that.

       4          Q.   You could agree to that.

13:57:45  5               All right.  Let's look at Figure 3.

       6    It's on page 13.  So I understand that you did

       7    not create this table and that should be --

       8    that's baked into your answer.

       9               My question is hypothetical.  Assuming

13:58:10 10    that the data that Professor Yermack relies upon

      11    is correct and that he has accurately portrayed it

      12    here in Figure 3 showing the volatility of bitcoin

      13    compared to other major currencies, do you agree

      14    with Professor Yermack that bitcoin is more

13:58:27 15    volatile than gold, British pound, Japanese yen

      16    and euro and the other currencies here?

      17                    MR. OPPENHEIMER:  Objection

      18               to the form.

      19          Q.   Am I reading that correctly?

13:58:38 20          A.   That is what the figure indicates.

      21          Q.   Okay.  And as you sit here today, do you

      22    have any reason to think that he's wrong about his

      23    calculation or what it shows?

      24                    MR. OPPENHEIMER:  Objection.

13:58:59 25          A.   I'd like to highlight that these

                                                              190

13:59:00  1   volatilities are calculated for the period January

2   1, 2013 to November 29th, 2013.  So it's important

3   to ask whether these would still be true today.

4        Q.   Okay.  But as far as the data in 2013,

13:59:19  5   do you have any reason to -- do you have any

6   reason to dispute that the data or his conclusions

7   are incorrect?

8                    MR. OPPENHEIMER:  Objection

9             to form.

13:59:29 10        A.   I see the chart and I see that it's

11   there.

12        Q.   Okay.  So now we're moving into another

13   hypothetical, but I want you to continue looking

14   at that chart if it's helpful to you.

13:59:41 15             Do you understand how to create a

16   volatility comparison the way Professor Yermack

17   appears to have done?  In other words, could you

18   do that yourself for various currencies?

19        A.   When --

13:59:54 20                    MR. OPPENHEIMER:  Objection

21             to form.

22        A.   According to what's listed in the table

23   description, I could do that.

24        Q.   Okay.  And from time to time in your

14:00:11 25   professional career, have you done that?  Have you

191

14:00:13  1      examined volatility of various currencies?

2           A.   Yes.

3           Q.   Okay.  So do you have any understanding

4      as to how XRP's volatility as a currency compares

14:00:22  5      to other currencies?

6           A.   I do.  In my rebuttal to Mr. █████  I

7      have numbers.  And I -- the XRP volatility from

8      his source, an article that he sourced, the

9      appropriate number -- there -- there were numbers

14:00:49 10      at different horizons.  And I took the number for

11      the one-minute horizon and then I compared that to

12      some data I happened to have for euro/dollar.  And

13      the comparison was XRP volatility at the

14      one-minute horizon was .1 percent; and volatility

14:01:12 15      of the dollar, the euro/dollar exchange rate, was

16      point -- was one -- 20 percent as large.

17           Q.   Why did you choose the one-minute

18      horizon for that comparison?  Why not a longer

19      period of time?

14:01:26 20                     MR. OPPENHEIMER:  Objection.

21                     You can answer.

22           A.   I chose the one-minute horizon because

23      on the ODL platform, the ideal time horizon would

24      be about five seconds, which is how long anyone

14:01:35 25      holds XRP for one of those transactions and one

192

14:01:41  1    minute was the -- the closest I could get to that
          2    five-second time horizon.
          3        Q.   Now, is it your testimony today that no
          4    one holds XRP for longer than one minute?
14:01:57  5        A.   No.
          6        Q.   Okay.  Fair enough.
          7             I think I've exhausted my questions
          8    about Figure 3 and this article.  If you don't
          9    have anything to add to your prior answers, we
14:02:10 10    can put this aside.
         11             We've looked at one article comparing --
         12    studying whether one cryptocurrency, bitcoin, is
         13    money or can function as money.
         14                     THE REPORTER:  I can't hear
14:02:45 15             you.  Is what?
         16                     MR. MOYE:  Is money or can
         17             function as money.
         18        Q.   Are you aware of any other articles --
         19    and I think you said that you had seen the Yermack
14:02:55 20    article that you looked at at least one time in
         21    the past.
         22        A.   To clarify --
         23                     MR. OPPENHEIMER:  Objection.
         24                     THE WITNESS:  I'm sorry.
14:02:57 25                     MR. OPPENHEIMER:  Mischarac-

                                                              193

```
14:02:58  1              terizes.
          2                   You can answer.
          3         A.   Yeah.  I did not say I have seen it.  I
          4    said I may have seen it among the other articles
14:03:06  5    that cross my path.
          6         Q.   Okay.  Thank you for that clarification.
          7              Are you aware of other articles by
          8    academics discussing or analyzing whether
          9    cryptocurrencies function as money or currency?
14:03:30 10         A.   I couldn't name them.
         11         Q.   Okay.  So this is about, as best you can
         12    recall, when you -- when you saw or learned of
         13    these articles.
         14              Were you aware of these articles before
14:03:41 15    you wrote your report?
         16         A.   I -- there's a premise here that I
         17    haven't supported.
         18         Q.   Then I -- I misunderstood and I
         19    apologize.  I thought you said you were aware that
14:03:54 20    there were articles by academics discussing or
         21    analyzing whether cryptocurrencies function as
         22    money.
         23         A.   I -- I have been aware that they exist,
         24    but I have not pursued them.
14:04:06 25         Q.   Okay.  That's the basis for my question:
```

                                                          194

14:04:08   1    Your awareness of their existence.

          2            Were you aware of their existence before

          3    you wrote your initial report?

          4       A.   To be honest, I don't remember when I

14:04:23   5    first became aware that such papers were in

          6    existence.  I'm aware that there's a lot of

          7    literature on cryptos and exactly when I

          8    learned -- saw the -- a paper on the subject, I

          9    couldn't tell you.

14:04:37  10       Q.   Okay.  Can we assume, then -- well, let

         11    me put it this way.

         12            Would you agree with me that your

         13    paper -- your opinion doesn't cite any other

         14    academic papers analyzing cryptocurrencies and

14:04:52  15    whether they function as money?  Would you agree

         16    with me on that?

         17       A.   That's correct.

         18       Q.   Okay.  Is there a reason why there's no

         19    discussion or literature review in your opinion

14:05:03  20    about what other economists had thought about

         21    whether cryptocurrencies function as money?

         22                    MR. OPPENHEIMER:  Objection

         23            to form.

         24       A.   Again, restate your question.

14:05:21  25       Q.   I'll try.  It's probably a very bad

                                                              195

14:05:22  1    question.

2    Why didn't you look in preparing your

3    report and cite something?  Why wasn't it of

4    interest to you whether other academics had looked

14:05:31  5    at a similar question to the one that you were

6    looking at in preparing your report?

7    MR. OPPENHEIMER:  Objection

8    to form.

9    A.    I don't know.

14:05:41 10    Q.    So let me take that one step further.

11    You've been very clear, and I appreciate that,

12    that your statements about the properties and

13    functions for currency, you're attempting to

14    convey a consensus among other economists,

14:05:56 15    especially academics, is that correct?

16    A.    I attempted to convey a consensus about

17    the functions of currency and, in addition, the

18    attributes that are helpful in a currency, yes.

19    Q.    Okay.  So my question is:  Can you tell

14:06:09 20    us why you might not have -- why you were not

21    interested in knowing whether there was a

22    consensus among academics or economists about

23    whether cryptocurrencies have the same functions

24    of money or currency?

14:06:22 25    MR. OPPENHEIMER:  Objection

196

14:06:22   1              to the form.

           2          A.   I don't know how to put this.  I was

           3    asked whether XRP fulfills the functions of money

           4    and I know what those are and I addressed those

14:06:48   5    questions.  And knowing what the functions are and

           6    knowing the properties of XRP, which are facts, I

           7    could connect the dots.  And so I did not find the

           8    need for anything.  And, to be honest, at this

           9    point -- well, "to be honest" is an inappropriate

14:07:08  10    way to put it.

          11              Let's be clear.  At this point,

          12    cryptocurrencies are new enough that there is

          13    extremely unlikely to be a consensus of anything.

          14    It takes a very long time for a broad consensus to

14:07:23  15    develop.

          16          Q.   Okay.  Thank you.  You can put that --

          17    you've already put Exhibit 3 aside.

          18              Let's go back to your report.  So I want

          19    to go to the section where you discuss Ripple's

14:07:46  20    ODL product.  So I'd like you to go to page 13 and

          21    paragraph 29.

          22              Beginning in paragraph 29, you de -- you

          23    define the Global Payments Initiative as GPI.

          24              Do you see that?

14:08:14  25          A.   I do, yes.

                                                                197

14:08:15  1        Q.   And then the next sentence you say

       2   "However, GPI remains slow relative to Ripple's

       3   ODL system because transfers through GPI still

       4   involve chains of correspondent banks."

14:08:28  5             Do you see that?

       6        A.   I do.

       7        Q.   What's the source of your comparison?

       8        A.   I -- the specific source.  I believe I

       9   learned about how GPI works through the SWIFT

14:08:50 10   website and that allows me to understand how it

      11   works and draw comparisons.

      12        Q.   The SWIFT website defines the Global

      13   Payments Initiative, correct?

      14        A.   Yes.

14:09:04 15        Q.   Okay.  So in this -- in this sentence we

      16   read, you are comparing the speed of GPI to

      17   Ripple's ODL system.

      18             Did the -- did the website, the SWIFT

      19   website you looked at, did that analyze the speed

14:09:19 20   of ODL?

      21                  MR. OPPENHEIMER:  Objection

      22             to form.

      23        A.   Why would it?

      24        Q.   Well, you cite here on number 42, that

14:09:33 25   appears to be a source for your statement "GPI

                                                        198

14:09:37  1    remains slow relative to Ripple's ODL system."

2             So I'm asking you whether this source

3    that you cite actually compared Ripple's ODL

4    system to other transfers on GPI.

14:09:47  5                    MR. OPPENHEIMER:  Objection.

6                    You can answer.

7    A.   I -- you know, I don't recall

8    specifically that detail about that article.

9    Q.   Okay.  Do you think it's possible that

14:09:59 10    you are citing the SWIFT -- the article about the

11    SWIFT transaction banking system, whether that's

12    the source for your information about SWIFT, but

13    you have drawn the conclusion that Ripple is

14    slow -- that GPI is slow relative to -- to ODL?

14:10:17 15                    MR. OPPENHEIMER:  Objection

16                    to form.

17    Q.   In other words, how do you know that

18    Ripple's ODL system is faster than the GPI system?

19    A.   Because I know that the GPI system works

14:10:34 20    through corresponding banking networks.

21    Q.   Okay.  So that's the SWIFT side.

22             How do you know how fast ODL is?

23    A.   I know that the transactions on ODL

24    happen in about five seconds and that, in general,

14:10:51 25    with electronic transfers, they can be done far

199

```
14:10:55   1   faster than can ever be hoped for on the SWIFT

           2   network.

           3        Q.   Okay.  Let me be clear about this

           4   because this may help us in other questions going

14:11:06   5   forward.

           6             Is the source for your information about

           7   the speed and other properties of ODL --

           8        A.   Uh-huh.

           9        Q.   -- is it Ripple or is it some other

14:11:17  10   party not associated with Ripple?

          11                       MR. OPPENHEIMER:  Objection

          12             to the form.

          13        A.   I have highlighted here my sources, and

          14   beyond that, since it's been a few months since I

14:11:31  15   compiled it -- my sources are listed here.

          16        Q.   All right.  Have you ever tested an ODL

          17   transaction to see how fast it goes?

          18        A.   I think we've -- I've explained that I

          19   have not.

14:11:42  20        Q.   Okay.  How do you know --

          21        A.   In any case, I couldn't -- right.

          22        Q.   Okay.  So how do you know how fast an

          23   ODL transaction happens?  Didn't you learn that

          24   from your association with Ripple or its counsel?

14:11:51  25                       MR. OPPENHEIMER:  Objection
```

                                                            200

14:11:51  1                to form.
          2         A.   I'm sorry.  I can't speak to what I've
          3    learned from counsel --
          4         Q.   Okay.
14:12:04  5         A.   -- because that's attorney privilege.
          6              But beyond that, there's no reason to
          7    believe that I got that from Ripple here.  I have
          8    sources.  I have used my intelligence.  And that's
          9    all that was -- I have non-Ripple sources here.
14:12:23 10    There's my own intelligence and that's sufficient.
         11         Q.   Okay.  So where in your report do you
         12    indicate how quickly an ODL transaction happens?
         13         A.   I -- the -- the five seconds is
         14    indicated -- I can't remember where.  I -- I don't
14:12:38 15    remember the paragraph, but the five seconds is --
         16    is in there somewhere.
         17         Q.   Well, I'm not saying you're wrong, but
         18    that's kind of an important element of your
         19    report.
14:12:54 20         A.   Okay.  So --
         21         Q.   Can you -- can we take a moment and try
         22    to find it?
         23         A.   Sure.  Here we go.  Here we go.  Here we
         24    go.
14:13:50 25              (Pause)

                                                                201

14:13:51  1          A.   Yes.  Here we go.

2          Q.   Okay.  What page are you looking at?

3          A.   Let's see.  What do I say?  Well, I

4     say -- in paragraph 54, I say "The XRP ledger's

14:14:00  5     verification protocol requires just a few seconds,

6     less than 1/10th of a minute of the 10 minutes

7     required by proof of work."

8               In my rebuttal to ██████ I specify the

9     average of five seconds, though I should say that

14:14:16 10     when I looked up the numbers a couple days ago,

11     the time was down to four seconds.

12          Q.   All right.  So thank you for clarifying.

13               So would it be fair to say that your

14     source for your description of ODL speed in

14:14:27 15     paragraph 29 is most likely the same as your

16     source in paragraph 54?

17                    MR. OPPENHEIMER:  Objection

18               to the form; mischaracterizes.

19          A.   In paragraph -- I'm sorry, say that

14:14:43 20     again.

21          Q.   Yeah.

22          A.   Paragraph?

23          Q.   Your first -- your first comment on ODL

24     speed that I noticed was in paragraph 29.

14:14:53 25          A.   29.  There we go.  That's the one.

                                                      202

14:14:57   1    Okay.  Let's take a look.

          2            So it would be fair to say I was taking

          3    the five seconds reported as the average

          4    transaction time by Ripple, which, of course, can

14:15:16   5    be verified because all these transactions are

          6    recorded and one can watch them happen online.

          7            So that I was taking the five seconds

          8    reported by Ripple in that source and comparing it

          9    to the multiple days required or the -- the slow

14:15:33  10    process for correspondent banking chains reported

         11    in there.

         12        Q.    Okay.  Thank you for clarifying that.

         13            And the source for paragraph 54 is

         14    Footnote 78, correct?  It's XRP's ledger overview.

14:15:51  15        A.    Let's be clear.  The source I cited for

         16    one sentence in paragraph 54 is the ledger

         17    overview, which, as I just mentioned, can be

         18    verified in -- online in -- you can just watch the

         19    transactions happen and there are online verifiers

14:16:10  20    of these things.

         21        Q.    And have you done that, Professor Osler?

         22        A.    I did not do it at the time.  I took the

         23    Ripple report of five seconds as a fact knowing

         24    that it was on a ledger that could be verified.

14:16:23  25        Q.    You had high confidence, is that fair?

                                                            203

```
14:16:24   1                      MR. OPPENHEIMER:  Objection

           2          to form.

           3                      THE REPORTER:  I'm sorry,

           4          you had what?

14:16:25   5      Q.   You had high confidence that what was on

           6   the Ripple website was accurate?

           7      A.   I had --

           8                      MR. OPPENHEIMER:  Objection

           9          to form.

14:16:31  10      A.   I recognized that anything about speeds

          11   would be in -- directly comparable to information

          12   readily available on the web on a daily and, in

          13   fact, intraday basis so that Ripple was unlikely

          14   to -- no one would be likely to misstate those

14:16:51  15   numbers.

          16      Q.   Why don't we look at paragraph 39 on

          17   pages 16 and 17.

          18      A.   It's a long day.

          19      Q.   I know.  It is a long day, so let me

14:17:31  20   know if you need a break.  It's not an endurance

          21   test.

          22      A.   Thank you.  I can go on for a little

          23   longer, for sure.

          24      Q.   Okay.  I don't need you to read it out

14:17:44  25   loud, but could you summarize the points you're
```

                                                            204

14:17:46  1    trying to make in paragraph 39 as it relates to

       2    Ripple -- I'm sorry, as it relates to XRP?

       3                    MR. OPPENHEIMER:  Objection

       4         to form.

14:17:52  5         A.   Oh, so let me -- let's start.  I'll read

       6    paragraph 39 and then you can ask me the question.

       7    Okay?

       8         Q.   Fair enough.

       9              (Pause)

14:18:33 10         A.   Okay.  Go -- go right ahead.

      11         Q.   Okay.  Could you help me understand?

      12    What is the point you're trying to make in

      13    paragraph 39?

      14         A.   It's a bridge paragraph between the

14:18:47 15    concepts before and the concepts after.  I

      16    remember that from constructing it.  Let me

      17    identify the concepts before.  Right.

      18              Right.  So the paragraphs before were

      19    highlighting the obstacles for progress in

14:19:04 20    reducing the cost of remittances through

      21    traditional payments pro -- channels and

      22    especially banking channels and clarifying that

      23    they're unlikely to go away soon.

      24              But then I was turning to places where

14:19:22 25    there has been progress.  So this is a bridge

                                                              205

14:19:24  1  paragraph between one and the other.

2       Q.   All right.  So paragraph 29 refers to a

3  figure you created -- well, you either created or

4  obtained from another source -- the average cost

14:19:33  5  of remittances between 13 of the G20 countries?

6       A.   This is --

7                 MR. OPPENHEIMER:  Objection.

8                 You can answer.

9                 THE WITNESS:  I'm sorry.

14:19:40 10      A.   The figure is taken from a World Bank

11  report in March of 2021.

12      Q.   Okay.  Just showing the average cost

13  of -- the average cost of remittances in various

14  countries, correct?

14:19:51 15      A.   That's correct.

16      Q.   Okay.  My question for you, Professor

17  Osler, is, does this figure have anything to do

18  with XRP?  In other words, were any of these

19  countries using XRP in a -- in a way that would

14:20:06 20  have shown up in any of these graphs during the

21  time period shown in this -- in this figure?

22                 MR. OPPENHEIMER:  Objection

23          to form.

24      A.   So your question had two parts:  One,

14:20:17 25  does it have anything to do with XRP and then you

                                                    206

14:20:21  1  specified a way in which it might have something

2  to do with XRP.

3          So there was a message from the chart

4  related to XRP, but it has nothing to do with what

14:20:32  5  you were trying to impute would have been the

6  message.

7     Q.   Tell me the message from the chart then.

8     A.   The message is that costs are exorb --

9  very high around the world; that, as I've

14:20:45 10  highlighted, reducing the cost of remittances is a

11  world goal because -- world goal because poor

12  people worldwide are losing -- in 2020 it was 35

13  billion, I believe, out of their total remittance

14  payments of 540 million to low- and middle-income

14:21:02 15  countries and that's because, as I report, the

16  average cost is 6.7 percent.

17          So these costs are high and that is the

18  point of this -- this chart, to highlight that the

19  costs are very high and need to come down and to

14:21:22 20  set the stage for discussing Ripple.

21     Q.   Okay.  You said these costs are high by

22  country and these are average costs, correct?

23     A.   (No verbal response.)

24     Q.   So does this chart show anything about

14:21:30 25  whether a particular consumer in a particular

207

14:21:32   1    country has access to lower-cost money remittance

           2    services or is this a conglomerate of a much

           3    larger set of data?

           4              MR. OPPENHEIMER:  Objection;

14:21:46   5         very compound.

           6    A.   Yes.  Yeah.  Why don't you pick that

           7    apart.

           8    Q.   Is XRP being used in any of these

           9    countries during the time that the -- shown by the

14:21:58  10    figure?

          11              MR. OPPENHEIMER:  Objection

          12         to form.

          13    A.   I believe it was being used in Jap -- it

          14    may or may not have been.  I couldn't say with

14:22:15  15    absolute certainty and I -- yeah.  I couldn't say

          16    with absolute certainty.

          17    Q.   Okay.  So assuming it was being used in

          18    at least one of these countries, Japan, during the

          19    times shown, did use of -- the use of ODL,

14:22:28  20    Ripple's product ODL, did it have any effect,

          21    either positive or negative, in the average cost

          22    of remittances for that country?

          23              MR. OPPENHEIMER:  Objection

          24         to form.

14:22:37  25    Q.   In other words, was it significant?

                                                              208

```
14:22:38   1                    MR. OPPENHEIMER:   Objection

           2          to form.

           3     A.   So I -- I couldn't say --

           4     Q.   Okay.

14:22:57   5     A.   -- based on the information available to

           6   me.

           7     Q.   Okay.  Let's look at paragraph 42.

           8          What's your understanding of the period

           9   of time that Ripple's ODL product was commercially

14:23:12  10   available?

          11     A.   It was -- I believe it was formally

          12   introduced in 2019.

          13                    THE REPORTER:   2018?

          14                    THE WITNESS:  '19.

14:23:27  15                    THE REPORTER:   Thank you.

          16     Q.   Did Ripple have a money transfer product

          17   which used XRP prior to 2019?

          18     A.   It had a product called xRipple or

          19   something like that, or xRemit.  I -- it had a --

14:23:48  20   a name previously and I do -- yeah, it -- there

          21   was a product with a name prior to the name "ODL."

          22     Q.   Are you familiar with the term "xRapid?

          23     A.   Yes, that sounds familiar.

          24     Q.   What is xRapid?

14:24:05  25     A.   It -- I couldn't tell you exactly
```

209

14:24:06  1    because my real focus has been on ODL.  It was the

2    predecessor product to ODL.

3         Q.   And was that available commercially

4    before 2019?

14:24:19  5    A.   To my knowledge, it was.

6         Q.   And did that have any effect, positive

7    or negative, in the average exchange rates --

8    average remittance -- I'm sorry, let me get the

9    right term -- the average cost of remittances in

14:24:33 10    any of the countries shown in your report?

11                   MR. OPPENHEIMER:  Objection

12              to form.

13         A.   So I think it's important to keep in

14    mind the broad context of my opinion.  My opinion

14:24:45 15    is that Ripple has a product that is disruptive to

16    traditional technologies and needs -- and that it

17    has a -- a very familiar challenge to economists,

18    which is that it needs to create a network, but

19    without -- the network is what will attract more

14:25:08 20    customers.

21              So I have clarified that Ripple is at

22    the early stages of an attempt to get past these

23    things and is using traditional strategies

24    recommended by economists.

14:25:21 25              So -- so your question does not seem

                                                          210

14:25:27  1    responsive to my report.

2        Q.   Exactly.  I'm testing your assertion

3    that Ripple's in the very -- very early stages.

4            If, hypothetically, Ripple had a

14:25:38  5    product, whether called ODL or xRapid, that was

6    commercially available prior to 2019, would that

7    have been an important fact to consider in your

8    analysis and -- and opinion that ODL is well

9    suited to meet the needs of money transmitters

14:25:57 10    around the world?

11                     MR. OPPENHEIMER:  Objection

12            to the form.

13        A.   No, because Ripple was a different

14    product -- I mean xRapid was a different product.

14:26:09 15        Q.   How did it differ from ODL?

16        A.   I don't -- you know, I -- this is

17    something where I don't know the specifics, but

18    there's a specific about ODL that I do know that's

19    important, that ODL provides guaranteed rates and

14:26:22 20    that that was specific to ODL.

21        Q.   How does -- how does ODL provide

22    guaranteed rates?

23        A.   The mechanism, it's patented and secret.

24        Q.   What can you tell us about it?  I mean,

14:26:39 25    we have a confidentiality order in this case.

211

14:26:42  1    What -- what's the secret sauce that Ripple does

         2    for ODL?

         3                    MR. OPPENHEIMER:  Objection

         4              to form.

14:26:47  5        A.   I don't mean it's secret in the sense

         6    that I can't give it away.  It's secret in the

         7    sense that I don't have it.

         8        Q.   You don't have it.  Okay.

         9              Let's look at paragraph 44.

14:27:00 10                    MR. OPPENHEIMER:  Rob, we

        11              don't have to do it now, but if we

        12              could take a break soon, that would

        13              be great.

        14                    MR. MOYE:  Good idea.  Very

14:27:07 15              soon.

        16        Q.   In the middle of paragraph 44, you state

        17    "Customers licensing ODL from Ripple use XRP to

        18    make cross-border transactions and cross-currency

        19    payments 'in as little as three seconds.'"  And

14:27:19 20    then there's a citation at paragraph -- I'm sorry,

        21    at Footnote 68 to a Ripple website.

        22              Do you see that?

        23        A.   I do.

        24        Q.   Okay.  Am I correct that this was your

14:27:28 25    source for that statement that ODL allowed for

                                                             212

```
14:27:33   1    payments in as little as three seconds?
           2        A.   Yes.
           3                  MR. MOYE:  Okay.  We can
           4        take a break now.
14:27:37   5                  THE WITNESS:  Okay.
           6                  THE VIDEOGRAPHER:  Okay.
           7        Going off the record at 2:27.
           8                  (Whereupon, a recess is taken.)
           9                  THE VIDEOGRAPHER:  Okay.
14:46:30  10        Back on the record at 2:46.
          11    BY MR. MOYE:
          12        Q.   Okay.  Professor Osler, I'd like to
          13    direct your attention to paragraph 44 of your
          14    initial report.  The part that starts at the
14:46:41  15    bottom of 18 and continues over to the top of page
          16    19.
          17                  You introduce a new topic and you say
          18    "For the reasons explained below, the ODL system
          19    is superior to existing cross-border payment
14:46:52  20    systems and is therefore a viable competitor."
          21                  THE REPORTER:  Excuse me.
          22                  Could you slow down?  The ODL system
          23                  --
          24        Q.   -- "is superior to existing cross-border
14:47:03  25    payment systems and therefore a viable
```

213

14:47:09 1    competitor."

2            And then you introduce a number of

3    things that you say ODL does better than the

4    competition.

14:47:17 5            Do you see that?  You say it's faster;

6    it's more transparent; it's less costly.

7            Did I read that right?

8        A.   Correct.  Faster, more transparent.

9        Q.   Okay.  We've talked a little bit about

14:47:30 10   how you came to an understanding of ODL speed.

11   I'd like to ask you now how you came to an

12   understanding that ODL was less costly than

13   existing payment systems.

14            What can you tell me?

14:47:46 15                  MR. OPPENHEIMER:  Objection

16            to form.

17       A.   Oh, beyond my report?

18       Q.   No.  I'd like you to tell me what you

19   say in your report about how it compares to cost.

14:48:03 20   Like where in your report do you compare the cost

21   of ODL to existing payment systems?

22       A.   I do not provide an explicit comparison.

23       Q.   Okay.  So I see in paragraph 54 in your

24   discussion of the speed of the XRP ledger, you do

14:48:35 25   compare the cost of an XRP transaction to a

214

14:48:37  1    bitcoin transaction.

        2            Do you see that?

        3        A.   Uh-huh.

        4                MR. OPPENHEIMER:  Objection.

14:48:40  5        Q.   Is there any place in your report where

        6    you show or describe a comparison between the cost

        7    of an ODL transaction and the cost of another

        8    cross-border payment transaction?

        9        A.   There is no explicit comparison.

14:48:58 10        Q.   So what was your understanding about

       11    that comparison?  How did you know that ODL was

       12    less costly than the other systems?

       13        A.   I -- I was basing it on the World Bank

       14    report and the -- the high cost of those and the

14:49:32 15    fact that ledger transactions are so inexpensive.

       16        Q.   Were you comparing apples to apples?

       17                MR. OPPENHEIMER:  Objection.

       18        Q.   There are no -- do you think -- you

       19    thought you knew the cost of the traditional bank

14:49:47 20    payment systems and you had some information about

       21    ODL and what it did or could do.

       22            How did you know what it would cost the

       23    consumer?

       24                MR. OPPENHEIMER:  Objection

14:49:56 25                to form.

                                                              215

14:50:12  1      A.   So let's see how I can phrase this.  All

        2    right.  So the -- the -- so the 10.7 percent cost

        3    for -- all right.  I was basing it on the

        4    extremely low cost of the actual transaction and

14:51:16  5    the fact that if you reduce the cost of the actual

        6    transaction within and eliminate, say, the -- the

        7    chain of correspondent banks and the very high

        8    costs associated with transaction fees at

        9    correspondent banks, if you -- and similar

14:51:41 10    qualifications for Western Union that you reduce

       11    this one cost, that becomes less costly.

       12      Q.   So your prior chart we looked at

       13    comparing the cost of transactions among --

       14    remit -- remittances among various countries,

14:52:07 15    those are average costs, correct?

       16      A.   Those are average costs.

       17      Q.   And within each country, some are going

       18    to be -- some sources are going to be high and

       19    some sources are going to be lower, correct?

14:52:25 20      A.   Correct.

       21      Q.   Okay.  So when you say that ODL -- let

       22    me find your words.  When you say it's "superior

       23    to existing cross-border payment systems and

       24    therefore a viable competitor," are you saying

14:52:42 25    it's better than the average or are you saying

                                                            216

14:52:43  1   it's better than the -- than all of the existing

2   payment systems?

3                    MR. OPPENHEIMER:  Objection

4            to form.

14:52:53  5        A.   I -- let's see.  I had in mind that it

6   was better than the average and very much better

7   than some of the individuals.

8        Q.   Did you think it was better than Western

9   Union?

14:53:05 10        A.   Yes.

11        Q.   Did you think it was better than

12   MoneyGram?

13        A.   I think it -- I wasn't thinking

14   specifically about individual -- Western Union is

14:53:16 15   a very big name.  I wasn't thinking about

16   MoneyGram.  I was thinking that it's far less

17   costly than the banking systems and less costly

18   than the post office, which is at 8 percent.

19        Q.   So how did you know what exactly it

14:53:31 20   cost?  Like, what was your -- what was your

21   understanding of what a -- an ODL transaction

22   would cost the consumer?

23                    MR. OPPENHEIMER:  Objection

24            to form.

14:53:48 25        A.   I -- so my understanding was based on

217

14:53:50  1    some of the facts I provided, which is that it is

2    a -- a dir -- it's a digital transfer and I was

3    basing it on the cost of digital transfers.

4        Q.   Did you know anything about what the

14:54:05  5    cost to a consumer would be when you wrote this

6    report?

7                    MR. OPPENHEIMER:  Objection

8             to the form.

9        Q.   I should say, did you know anything more

14:54:13 10    specific about what the cost to a consumer would

11    be for using ODL when you wrote this report?

12                    MR. OPPENHEIMER:  Objection

13             to form.

14        A.   The cost would vary according to the

14:54:26 15    remittance service providers.

16        Q.   Well, when you say that ODL would be

17    lower, what did you think someone might have to

18    pay to send $200 overseas?

19        A.   Remember, one here -- one concept here

14:54:39 20    is absolute and one concept is relative.  Lower

21    does not presume a specific number, which would be

22    absolute.

23        Q.   Did you have a -- a number in mind?

24        A.   I was highlighting that the efficiency

14:54:59 25    of the ODL process and the speed and the

218

14:55:02  1    transparency of it reduced the overall costs of

2    the remittances and it reduces it and the -- so I

3    was not pinpointing a number.

4        Q.    Okay.  In your chart of the average cost

14:55:22  5    of remittances, are those costs to the consumer,

6    the person who's sending money, or are they costs

7    to someone else, like the institution?

8        A.    These costs are the joint costs to

9    sender and receiver for remittances of the

14:55:39 10    standard amount looked at in the literature, which

11    is $200 or the equivalent.

12        Q.    In an ODL transaction, who pays the cost

13    of using XRP?

14                    MR. OPPENHEIMER:  Objection.

14:56:02 15        A.    The cost to use XRP, the -- the specific

16    fee, is, oh, something like one-thousandth of a

17    cent in U.S. -- as measured in U.S. dollars or

18    it's technically -- it's measured in XRP and it's

19    one-thousandths of 1 percent of an XRP or possibly

14:56:26 20    smaller.

21            And that cost -- I couldn't tell you for

22    sure.  It's -- there's going to be transactions

23    between the remittance service providers and

24    Ripple, the market maker.  And whether the cost is

14:56:40 25    paid by the service providers or Ripple, I -- I do

219

```
14:56:43   1    not know.
           2        Q.   Can we agree that the consumers don't
           3    buy the XRP in the ODL transaction?
           4        A.   That is correct.
14:56:50   5                     MR. OPPENHEIMER:  Objection.
           6        Q.   They're not the customers for purposes
           7    of the cost of XRP, is that right?
           8                     MR. OPPENHEIMER:  Objection.
           9        A.   So we'd have to be very careful about
14:57:03  10    the definition.  Ripple refers to its clients as
          11    the XRP -- as the ODL -- institutions that use
          12    ODL.
          13        Q.   And those institutions are the ones that
          14    purchase the XRP, correct, not the consumer?
14:57:22  15                     MR. OPPENHEIMER:  Objection.
          16        A.   The -- the institutions -- you know,
          17    ownership of cryptocurrency is very complicated
          18    and I couldn't tell you the legalities of who
          19    technically owns what, when, in there and so I --
14:57:48  20    I couldn't tell you.
          21        Q.   Okay.  So let's take a step back from
          22    buying and selling XRP, look at the transaction as
          23    a whole, the money moving through the ODL system.
          24        A.   Right.
14:57:59  25        Q.   Aren't there other costs involved to the
```

220

14:58:02  1   transmitters and -- and the recipient?

2        A.    There's a lot of costs in remittances.

3   There's time.  There's uncertainty.  There can

4   be -- there can -- there are -- in the usual

14:58:24  5   foreign exchange wholesale market, there are

6   bid/ask spreads.  The nature of ODL is uncertain,

7   so I couldn't say that.  One thing I can say is

8   that ODL does -- has this patent about a feature

9   of the product that eliminates slippage, which

14:58:41 10   is -- comes up a lot in SEC discussions.

11        Q.    Aren't there costs on exchanges --

12                    MR. OPPENHEIMER:  Objection.

13        Q.    -- associated with ODL transactions?

14                    MR. OPPENHEIMER:  Objection

14:58:55 15        to form.

16        Q.    Don't you have to pay exchanges to get

17   money in one currency or to sell money in another

18   currency?

19                    MR. OPPENHEIMER:  Objection.

14:59:09 20        A.    I referred to that already in the figure

21   of point -- oh, I've forgotten how many zeroes,

22   but it's something like one one-thousandths of a

23   percent or possib -- it's probably smaller.

24   Perhaps 100-thousandths of a percent of XRP that

14:59:28 25   is paid in the process for an XRP transaction.

                                                    221

14:59:33 1       Q.   Right.  For the use of the XRP.

2            But what are the costs to acquire the

3       currency that's actually being exchanged?  ODL's

4       the bridge.  But someone still needs to purchase

14:59:45 5       the currency to make it available to the other

6       person, right?

7                      MR. OPPENHEIMER:  Objection

8             to form.

9       A.   I think I've been clear that there is a

14:59:54 10       cost to a transaction in XRP and that is this very

11       tiny, tiny fraction of an XRP.

12       Q.   All right.  So it's your testimony that

13       the only cost associated with a service provider

14       using ODL would be the tiny, tiny cost of XRP, is

15:00:18 15       that right?

16                      MR. OPPENHEIMER:  Objection;

17             mischaracterizes testimony.

18       A.   Exactly.  I have not said that it's the

19       only.  I have said that that is the transaction

15:00:27 20       cost that I'm aware of in terms of a fee for

21       making a transaction.

22       Q.   Do you understand that there are fees

23       associated with a foreign currency exchange that

24       still has to happen as part of the remittance

15:00:42 25       process?

222

15:00:42  1       A.   I --

2                      MR. OPPENHEIMER:  Objection.

3                      THE WITNESS:  Oh, I'm sorry.

4                      MR. OPPENHEIMER:  You can

15:00:43  5       answer.

6       A.   I understand that.  I've been very

7  careful here because I am not aware that ODL

8  char -- charges -- ODL has a specific kind of

9  product and I am not aware that they charge any

15:01:06 10  additional fees for transactions.

11       Q.   Okay.  So let's be clear about that.

12            Are you aware of any other costs to

13  using ODL other than the XRP fee that you've

14  already described?

15:01:18 15                      MR. OPPENHEIMER:  Objection

16       to form.

17       A.   I've mentioned with -- with any

18  transaction, there are costs of waiting, though in

19  this case, those costs are very small and --

15:01:46 20  well...

21            So let's say in terms of specific fees?

22  No, I'm not aware of any others.

23                      (Whereupon, exhibit is received

24            and marked SEC Osler Deposition

15:02:02 25            Exhibit 10 for identification.)

223

15:02:02  1    BY MR. MOYE:

          2        Q.   Let's take a look at what's been marked

          3    as Exhibit 10.

          4             Are you familiar with Exhibit 10?

15:03:04  5        A.   I may have seen it but I don't remember

          6    seeing it.

          7        Q.   Exhibit 10 is Ripple publication

          8    entitled "Free Working Capital with On-Demand

          9    Liquidity."  It is referred to at -- on page 18 of

15:03:22 10    your report at Footnote 68.

         11        A.   Okay.  So I did see it.

         12        Q.   Is this one of your sources for

         13    understanding how the ODL transaction system

         14    works?

15:03:51 15                  MR. OPPENHEIMER:  Objection.

         16        A.   It is something I looked at.

         17        Q.   Something you cited, right?  Does that

         18    mean you relied on it?

         19        A.   I'll take your word for it.

15:03:59 20                  MR. OPPENHEIMER:  Objection.

         21        Q.   Please look at paragraph 44, Footnote

         22    68.

         23        A.   All right.  Let me just see.

         24    Forty-four.

15:04:19 25             Yes.  There you go.

                                                            224

15:04:20  1          Q.   Okay.  So on the third page of Exhibit

        2    10, there's a diagram that says "How On-Demand

        3    Liquidity Works."

        4          Do you see that?

15:04:33  5          A.   I do.

        6          Q.   And in that first sentence, it talks

        7    about bridging "two currencies in as little as

        8    three seconds..."

        9          Do you see that?

15:04:41 10          A.   Yes.

       11          Q.   Is that the same quote you used in

       12    paragraph 44?

       13          A.   I would guess so.

       14          Q.   Okay.  Can you tell me if there's

15:04:49 15    anything in Exhibit 10 that talks about the costs

       16    of an On-Demand Liquidity transaction?

       17                    MR. OPPENHEIMER:  Counselor,

       18              there appears to be a video that's

       19              part of the pages not included here.

15:05:01 20              Do you have a copy of that?

       21                    MR. MOYE:  I'm not -- I

       22              don't have a copy and can't play it.

       23                    MR. OPPENHEIMER:  Okay.

       24                    MR. MOYE:  So -- but if you

15:05:07 25              tell me it's a video, I will --

                                                                  225

```
15:05:10   1                    MR. OPPENHEIMER:  And I'm

           2            just --

           3                    MR. MOYE:  I'm not going to

           4            agree.

15:05:11   5                    MR. OPPENHEIMER:  -- looking

           6            at the top of the -- one, two,

           7            three -- fourth page and I see the --

           8            the video play box.

           9                    MR. MOYE:  The 1 -- the

15:05:18  10            1:46?

          11                    MR. OPPENHEIMER:  Yeah.

          12                    MR. MOYE:  Okay.

          13    BY MR. MOYE:

          14        Q.   So if you turn the page over from "How

15:05:27  15    On-Demand Liquidity Works" to "Why Use XRP?"

          16        A.   Uh-huh.

          17        Q.   I don't see a video play bar, but I do

          18    see the statement "XRP is ideally suited for

          19    global payments because it is quicker, less

15:05:41  20    costly, more scalable and sustainable."

          21             Do you see that?

          22        A.   And it compares to the digital assets.

          23        Q.   All right.  But is this your source for

          24    your understanding that use of ODL is less costly

15:05:53  25    than any other digital asset?
```

                                                            226

```
15:05:54    1                    MR. OPPENHEIMER:  Objection

            2           to the form.

            3      A.   Let me remind you that I have described

            4    the very, very low transaction fees for XRP and

15:06:05    5    I've also described how it is faster than other

            6    digital currencies include -- and certainly faster

            7    than bank transfers, Western Union, and post

            8    office transfers.

            9           And -- and the -- so -- right.  So I've

15:06:33   10    highlighted the costs -- some of the costs in

           11    question that I considered.

           12      Q.   All right.  Well, I'm trying to find in

           13    your report anything different than we've already

           14    discussed about the cost of an ODL transaction and

15:06:50   15    I'm not seeing a description of the costs to

           16    the -- either the ultimate consumer or the service

           17    provider, but I'm happy to be corrected about

           18    that.

           19           Do you believe in your initial report

15:07:06   20    there was any discussion of the ODL process and

           21    the cost associated with any or each part of it?

           22                    MR. OPPENHEIMER:  Objection

           23           to the form.

           24      A.   As I had said earlier, I never put out a

15:07:23   25    specific cost number because I was talking about
```

227

15:07:28  1   comparative costs.

2       Q.   Okay.  So in your understanding of an

3   ODL transaction, is it your understanding that ODL

4   transactions involve the exchange of XRP into

15:08:03  5   another currency?

6                    MR. OPPENHEIMER:  Objection

7        to form.

8       A.   I lost track at the beginning.

9       Q.   Yeah.

15:08:15 10       Is it your understanding that in an ODL

11   transaction, there's an exchange of XRP on

12   another -- into another currency?

13                    MR. OPPENHEIMER:  Objection.

14       A.   I would say yes.

15:08:31 15       Q.   Where does that exchange take place?

16                    MR. OPPENHEIMER:  Objection

17        to form.

18       A.   That's really not possible to answer.

19       Q.   Does it take place on an exchange

15:08:42 20   somewhere?

21                    MR. OPPENHEIMER:  Objection

22        to form.

23       A.   The ODL?

24       Q.   As part of the ODL transaction, you take

15:08:51 25   pesos, you get XRP, you exchange the XRP for yen.

                                                        228

15:09:00  1    Let's say that.

2              Someone has to -- you have to buy

3    that -- someone is buying that yen, correct?

4    Where do they get that yen?

15:09:07  5                  MR. OPPENHEIMER:  Objection

6              to form.

7                  You can answer.

8         A.    All right.  So the -- so the ODL

9    platform -- on the ODL platform, Ripple is the

15:09:23 10    market maker.  Ripple sources the foreign

11    currencies and -- and trades in and out of XRP

12    versus foreign currencies either from its own

13    balance sheet or by going to the many crypto

14    exchanges where XRP is exchanges -- exchanged for

15:09:41 15    currencies.

16         Q.    So are you aware that there -- wouldn't

17    there be fees for using an exchange to exchange

18    XRP for another currency?

19                  MR. OPPENHEIMER:  Objection.

15:09:57 20                  You can answer.

21         A.    This is a hypothetical.  In general,

22    there are fees to trade on exchanges.

23         Q.    In your report, do you anywhere take

24    that into account in evaluating the cost of using

15:10:12 25    ODL either to the consumer or to the service

229

15:10:19  1    provider?

2         A.   For this kind of purpose, those fees are

3    generally so very, very small that for this kind

4    of purpose, they're usually not an important part

15:10:37  5    of the overall cost.

6         Q.   Okay.  What's your basis for your

7    understanding that the fees of the exchange of XRP

8    for a real currency, a fiat currency, is very,

9    very small?

15:10:48  10              MR. OPPENHEIMER:  Objection

11              to form.

12         A.   That statement is quite broad.  I've

13    been discussing specifically exchange fees.

14                   THE REPORTER:  Exchange?

15:11:04  15                   THE WITNESS:  Exchange fees.

16         Q.   Yeah.

17              What is the basis for -- for your

18    understanding that the exchange fees, when XRP is

19    exchanged for a fiat currency, are very small?

15:11:14  20              MR. OPPENHEIMER:  Objection

21              to form.

22         Q.   How do you know that?

23         A.   I am aware of exchange fees on -- I

24    study the trading process, so I am aware of

15:11:26  25    exchange fees in many contexts.

230

15:11:31  1        Q.   Yeah.  So I'm focusing on the context

       2   where you say you have no personal experience.

       3   The XRP exchange for --

       4        A.   Uh-huh.

15:11:38  5        Q.   -- some sort of -- pesos are exchanged

       6   for XRP and then the XRP is exchanged for yen or

       7   some Australian dollars or something else.

       8            On those two exchange transactions, do

       9   you agree with me that there are likely to be fees

15:11:54 10   associated with those transactions?

      11        A.   I haven't --

      12                 MR. OPPENHEIMER:  Objection

      13            to form.

      14                 You can answer.

15:11:57 15                 THE WITNESS:  Whoops.

      16        A.   I have agreed that there are likely to

      17   be fees.  I have also asserted that those fees are

      18   likely to be small.

      19        Q.   Okay.  So what I'm asking you is:  How

15:12:07 20   do you know what the fees for using XRP to

      21   purchase fiat currency are if you have no personal

      22   experience with that?

      23        A.   Again, as I highlighted, it's my

      24   experience studying markets as a whole that I

15:12:20 25   bring to bear here.  And in many years of studying

                                                          231

15:12:24  1    how markets function, the cost of exchange fees

2    have consistently been ignored to be perfectly

3    honest.  They are so small.

4        Q.   All right.  I'm going to look at another

15:12:40  5    document.  I want to think about whether I need to

6    come back to this or move on, but let me show you

7    Exhibit 11.

8                    (Whereupon, exhibit is received

9              and marked SEC Osler Deposition Exhibit

15:12:46  10             11 for identification.)

11                    THE WITNESS:  Here you go.

12                    THE REPORTER:  Thank you.

13   BY MR. MOYE:

14       Q.   Exhibit 11 is a printout with the title

15:13:25  15   "The Environmental Impact:  Cryptocurrency Mining

16   versus Consensus."

17            Do you see that?

18       A.   Yes, I do.

19       Q.   The author is David Schwartz?

15:13:34  20       A.   Yes.

21       Q.   And do you recognize David Schwartz as a

22   Ripple employee?

23       A.   I do.

24       Q.   Okay.  So you cite Exhibit 11 on page 22

15:13:41  25   of your report at Footnote 80.

232

15:13:58    1          A.    All right.

            2          Q.    Do you see that?

            3          A.    Yes, I do.

            4          Q.    Okay.  And you cite this article for the

15:14:02    5    proposition that "The XRP Ledger requires less

            6    than .002 percent of the computing power required

            7    for proof-of-work."

            8                Do you see that?

            9          A.    I do.

15:14:12   10          Q.    Where in this -- are you able to tell me

           11    where in Exhibit 11 you obtained that information?

           12          A.    There's a problem at the top of the

           13    third page of my exhibit where there's a lot of --

           14    there's some stuff that's overwritten that's

15:14:49   15    important to me.

           16          Q.    All right.  So I apologize for the print

           17    job, but this is how we were able to find it.

           18                Do you know what's under there and

           19    whether that's what you were referring to?

15:14:58   20          A.    I -- okay.  I think I can help you out.

           21    I think if you take -- yes, I see it.  If you take

           22    1/57,000.  So it says here that XRP is 57,000

           23    times more efficient to get the reverse, what

           24    fraction of the bitcoin power does it take to do

15:15:24   25    an XRP transaction, which is the way I expressed

                                                                   233

15:15:27  1   it.  You take 1/57,000 and that should give you a

2   number very close to .002.

3           Q.   Okay.  So thank you for explaining how

4   you derived that number.

15:15:39  5           Is it fair to say that your source for

6   the computing power or the efficiency of XRP as

7   compared to bitcoin comes directly from Ripple?

8                   MR. OPPENHEIMER:  Objection

9           to form.

15:15:51  10                  You can answer.

11          A.   My source for the fact that -- that

12  number comes from this document.  My understanding

13  of the relatively tiny resource requirements of a

14  transaction on the Ripple Ledger compared to the

15:16:13  15  bitcoin ledger comes from my understanding of the

16  consensus mechanisms involved in both ledgers.

17          The bitcoin process for achieving

18  consensus requires substantial computer work

19  and -- by -- by structure.  It requires

15:16:33  20  substantial computer work and that will not go

21  down as computing power increases.  That will

22  remain a big challenge for the -- it will require

23  a lot of computer work to verify a bitcoin

24  transaction no matter what because it's called

15:16:49  25  proof of work so the work is a requirement.

234

15:16:51  1          The -- Ripple -- the XRP consensus

          2  requirement is simply a -- a voting algorithm.

          3  That's it.  It's so -- it -- the fraction has to

          4  be very -- the fraction of resources used has to

15:17:11  5  be very, very tiny relative to bitcoin.

          6          Q.   And how did you come to learn what was

          7  involved in this consensus mechanism that you

          8  described and how bitcoin works in the blockchain

          9  and -- and Ripple?  Is that something you knew

15:17:25 10  before you started this case?

         11          A.   I knew some of it, yes.

         12          Q.   Okay.

         13          A.   I did not know about the XRP in

         14  particular, but I learned that from the XRP white

15:17:40 15  paper.  The -- the -- a white paper written by

         16  Ripple experts on what they were doing.

         17          Q.   Okay.  Do you consider yourself an

         18  expert in blockchain technology?

         19          A.   No.

15:17:50 20          Q.   Do you consider yourself an expert in

         21  how bitcoin operates?

         22          A.   I have learned sufficient to make

         23  reasoned conclusions on something like this.

         24          Q.   Okay.  So same question about XRP.  Do

15:18:04 25  you consider yourself an expert in how the XRP

                                                          235

15:18:09  1   transactions work on the XRP Ledger?

2                    MR. OPPENHEIMER:   Objection

3              to form.

4         A.   I consider myself having learned plenty

15:18:18  5   to make this resource comparison.

6         Q.   Do you consider yourself having -- do

7   you believe you have expertise in how the XRP

8   Ledger functions?

9                    MR. OPPENHEIMER:   Objection

15:18:26 10              to form.

11         A.   I have knowledge.

12         Q.   My question was about expertise.

13         A.   I have generated as much knowledge as

14   required to understand that blockchain

15:18:50 15   transactions will inherently require a lot of work

16   because of the nature of the consensus mechanism,

17   which is to require a lot of work, and that the

18   XRP ledger will not require a lot of work simply

19   because it's a few electronic signals from here to

15:19:06 20   there that constitute voting.

21         Q.   In terms of expertise, do you believe

22   you have more or better -- a -- a greater or

23   better understanding than people who have read the

24   same sources that you have?

15:19:17 25                    MR. OPPENHEIMER:   Objection

236

15:19:17  1              to form.

       2        A.    I couldn't compare.

       3        Q.    It might be better but it might not be

       4    as good.  Is that fair?

15:19:23  5                   MR. OPPENHEIMER:  Objection.

       6        Q.    If you can't make a comparison?

       7                   MR. OPPENHEIMER:  Objection.

       8        A.    You know, this is -- I -- I'm not sure I

       9    see much meaning in this question.  I'm sorry.

15:19:37 10    You know, if someone else read Dickens, would they

      11    understand it better than me?  They might, they

      12    might not.

      13        Q.    Same would be true of the XRP material?

      14    They might, they might not?

15:19:46 15        A.    They might, they might not.

      16        Q.    Okay.  Fair enough.

      17                   (Whereupon, exhibit is received

      18              and marked SEC Osler Deposition Exhibit 5

      19              for identification.)

15:20:13 20                   THE WITNESS:  Here you go,

      21              Bridget.

      22    BY MR. MOYE:

      23        Q.    Professor Osler, please take a look at

      24    what's been marked for identification as Exhibit

15:20:37 25    Number 5.

                                                              237

15:20:38  1              MR. OPPENHEIMER:  I'd just

          2          note for the record the version of

          3          Exhibit 5 we've been given appears to

          4          start on what's listed as page 2, not

15:20:46  5          page 1.

          6              MR. MOYE:  Correct.  It does

          7          not have the Exhibit A cover sheet

          8          which was filed with the Court.

          9   BY MR. MOYE:

15:20:55 10       Q.   Please tell me if you recognize what's

         11   been marked as Exhibit Number 5?  And you can page

         12   through it if that will help you.

         13       A.   I do not recognize it.

         14       Q.   Okay.  Why don't you flip to the last

15:21:05 15   page.

         16       A.   The signature page?

         17       Q.   Sure, the signature page.

         18            So this is signed by someone named

         19   Lawrence Angelilli on, it looks like, March 14th

15:21:16 20   of 2021.  And if you go back to the first page of

         21   this declaration, Mr. Angelilli identifies himself

         22   as the executive vice president and chief

         23   financial officer of MoneyGram International.

         24            Okay.  So with that introduction, and

15:21:35 25   you may look at it more if it would help you or

                                                              238

15:21:37  1    not, do you believe you've ever seen Exhibit 5

        2    before?

        3            A.   I have not seen Exhibit 5.

        4            Q.   Okay.  Have you heard that MoneyGram,

15:21:52  5    which once had a relationship with Ripple using

        6    the ODL project, stopped or withdrew from that

        7    relationship and the -- and the two companies no

        8    longer have a commercial relationship?

        9                    MR. OPPENHEIMER:  Objection

15:22:03 10        to form.

       11            Q.   I need a yes or no, not a nod.

       12            A.   What is the -- so the question is do --

       13    have I heard that?

       14            Q.   Yes.  Have you heard that?

15:22:12 15            A.   Yes, I have heard that.

       16            Q.   Okay.  Where did you hear that?

       17            A.   I don't remember.

       18            Q.   Okay.  Just to review what you said

       19    before, I don't believe -- according to your prior

15:22:25 20    testimony, I don't believe you've read any

       21    depositions in this case, is that correct?

       22            A.   That's correct.

       23            Q.   So you're -- you would not have read

       24    Mr. Angelilli's deposition in this case, is that

15:22:33 25    right?

                                                            239

15:22:33   1         A.   Correct.

           2         Q.   Okay.  You said you haven't read

           3   documents regarding this litigation other than

           4   those cited -- documents specific to this

15:22:40   5   litigation other than those cited in -- in your

           6   report, is that right?

           7         A.   That's correct.

           8         Q.   So you wouldn't have read any agreements

           9   between MGI, MoneyGram, and Ripple?

15:22:50  10         A.   That's correct.

          11         Q.   Okay.  And it sounds like you have not

          12   seen or had the opportunity to read

          13   Mr. Angelilli's declaration before?

          14                    MR. OPPENHEIMER:  Objection;

15:22:58  15              asked and answered.

          16                    You can answer again.

          17         A.   I have not seen or read this before.

          18         Q.   All right.  Could you please take a look

          19   on page 11, paragraph 40.  Take a chance -- take a

15:23:36  20   moment to read that to yourself.

          21              (Pause)

          22         Q.   Have you had a chance to read paragraph

          23   40?

          24         A.   I have.

15:25:15  25         Q.   Okay.  So a few caveats.  Some of the

                                                                 240

15:25:17  1    terms in here are technical.  I don't expect you

          2    to know necessarily what MXN is or MPSI, although

          3    I believe MXN refers to Mexican pesos.

          4        A.   It does.

15:25:32  5        Q.   And obviously if you've never seen this

          6    before, you wouldn't know what Mr. Angelilli's

          7    testimony was about various fees or costs.  My

          8    question is related, though.

          9        At any time during the -- your expert

15:25:45 10   engagement, did you learn from Ripple's counsel or

        11   from any other source that in MoneyGram's

        12   experience using ODL, there were a variety of

        13   fees, significant fees, associated with

        14   MoneyGram's use of ODL?

15:26:00 15             MR. OPPENHEIMER:  Hang on a

        16          second.

        17          Counsel, do you think you could

        18         rephrase that one to avoid asking whether

        19         she learned it from counsel and just ask

15:26:13 20         whether she learned it or not?

        21          MR. MOYE:  I'll ask two

        22         questions because both are important

        23         to me.

        24   BY MR. MOYE:

15:26:19 25        Q.   So the first question:  In your expert

241

15:26:21  1  engagement, did you learn at any point that

2  MoneyGram incurred a variety of fees which turned

3  out to be significant for using the ODL product in

4  its money transfer business?

15:26:32  5      A.   I did not.

6      Q.   Okay.  Did you ever discuss that

7  topic -- I'm not asking specific conversations

8  back and forth.  I'm asking a topic.

9           Did you ever discuss that topic with

15:26:44 10  counsel that retained you and helped you with your

11  report?

12                      MR. OPPENHEIMER:  Objection.

13                      I instruct you not to answer

14          that.

15:26:50 15      Q.   Will you follow that instruction?

16      A.   Yes.

17      Q.   Okay.  So let's move to paragraph 42.

18  If you could read that to yourself for a moment

19  and let me know when you've had a chance to do so.

15:27:33 20           (Pause)

21      Q.   Ready?

22      A.   Uh-huh.

23      Q.   Okay.  At any point in this litigation,

24  did you ever learn that Ripple was paying

15:27:41 25  substantial subsidies to MoneyGram in order to

                                                      242

15:27:46  1    effectuate that commercial relationship so that

        2    MoneyGram would use ODL in its money transfer

        3    business?

        4                        MR. OPPENHEIMER:  Objection

15:27:52  5         to form.

        6                        You can answer.

        7         A.   I -- I learned at some point that Ripple

        8    had been subsidizing MoneyGram.

        9         Q.   Did you learn that before or after you

15:28:02 10    issued your initial report?

       11         A.   I -- I believe I -- I -- I knew it when

       12    I composed the report and that's -- yes.

       13         Q.   Okay.  In discussing whether XRP -- or,

       14    I'm sorry, the ODL product is well-positioned to

15:28:25 15    serve as a disruptive technology in -- in a

       16    competitive money transfer business, why did you

       17    not think it was important to acknowledge

       18    MoneyGram's prior experience with Ripple and ODL,

       19    including the -- the fees it had to pay and the

15:28:47 20    subsidies it received?

       21                        MR. OPPENHEIMER:  Objection

       22         to form.

       23         A.   I'd like to highlight I have answered

       24    already that I was not aware of these fees.  What

15:28:57 25    I was confident in is that subsidies are part of

                                                              243

```
15:29:01  1    the normal strategy that a firm in Ripple's --

          2    with a product like Ripple's ODL needs to take

          3    according to common wisdom among economists.

          4         Q.   Okay.

15:29:16  5         A.   Ripple --

          6         Q.   I'm sorry.  I want to let you finish.

          7                   MR. MOYE:  But could you

          8              read back -- after she's done, could

          9              you read back her answer for the

15:29:23 10              sentence she just finished?

         11         Q.   Go ahead.

         12         A.   So Ripple is -- subsidies are a normal

         13    part of the recommended strategy or -- I don't

         14    know how do I put this.  That among economists,

15:29:44 15    disruptive innovation is a known strategy and the

         16    challenges associated with products that require

         17    networks are also widely known.  And it is

         18    understood that in firms that need to establish a

         19    network, subsidies are a normal part of the

15:30:01 20    initial process of getting a foothold in the

         21    market.  Yes.

         22                   MR. MOYE:  Could you read

         23              back from where I indicated the first

         24              part of her answer?

15:30:18 25                   (Whereupon, the record was read
```

                                                              244

15:30:18  1              back.)

         2     BY MR. MOYE:

         3          Q.   Did you understand that the subsidies

         4     from Ripple to MoneyGram were meant to reduce the

15:31:02  5     cost borne by MoneyGram in using ODL in

         6     transactions?

         7                    MR. OPPENHEIMER:   Objection

         8              to form.

         9          A.   I would say that what you just described

15:31:18 10     is the definition of a subsidy in this context.

        11          Q.   So whether or not that's true, I'm

        12     asking about your awareness.

        13              Did you know that the purpose of the

        14     subsidy was to make MoneyGram whole for costs, for

15:31:35 15     additional costs that it bore, in using ODL in its

        16     money transfer business?

        17                    MR. OPPENHEIMER:   Objection

        18              to form.

        19          A.   I knew that -- so let's be clear what I

15:31:50 20     knew.  What I knew and understood was that Ripple

        21     had paid subsidies to MoneyGram.  Money is

        22     fungible, so the exact nature of what it was

        23     intended to compensate for, I -- I was not -- I

        24     did not probe.

15:32:10 25          Q.   Okay.  Any -- is there anywhere in your

                                                              245

15:32:12   1   report where you indicate that Ripple was paying

2   subsidies to MoneyGram or any other user of ODL as

3   part of its technology?

4        A.   I did not point it out, but I believe

15:32:27   5   the report was explicit that subsidies are common.

6        Q.   Let's look at that.

7        A.   I say -- in the discussion of network

8   externalities --

9        Q.   I'm sorry, where are you?

15:32:43  10        A.   So I would be -- paragraph 69, somewhere

11   in that vicinity, is where I talk about network

12   externalities.

13             So I highlight the 50 million that

14   Ripple -- and I phrase it as used "to seed a

15:33:28  15   partnership with MoneyGram."  I was aware that

16   that was intended as a subsidy.

17        Q.   Wasn't that an equity investment?

18        A.   I think it took that form.  Yes, that

19   was the form it took.

15:33:46  20        Q.   How did you -- how did you learn about

21   that?  I don't see any source cited here.

22        A.   It's true.  I didn't provide a source.

23        Q.   You also mention "with this agreement in

24   hand."

15:34:01  25             So you were aware there was an

246

15:34:02  1    agreement?

2                      MR. OPPENHEIMER:  Objection

3             to form.

4         Q.   Am I correct that you were aware there

15:34:08  5    was an agreement?

6         A.   Yes, I was a -- I was aware there was an

7    agreement.

8         Q.   Did you ask for or review -- did you ask

9    for a copy of that agreement in preparing this

15:34:19 10    report?

11        A.   No.

12        Q.   Why not?

13        A.   I read about it and that was enough.

14        Q.   Where did you read about it?

15:34:29 15        A.   In the media somewhere, and this is a

16    place where I seem to have overlooked providing

17    a -- a source.

18        Q.   Okay.  So in looking for the media to

19    describe this agreement, did you also see media

15:34:42 20    describing the dissolution of the MoneyGram and

21    Ripple relationship?

22                      MR. OPPENHEIMER:  Objection

23             to form.

24        A.   I was -- the exact source I couldn't

15:35:02 25    pinpoint as you can tell.  I was aware that that

                                                      247

15:35:05   1      agreement had dissolved.

          2           Q.   What was your understanding of why

          3      agreement had dissolved?

          4           A.   I couldn't tell you on the spot.

15:35:15   5           Q.   Did you think it dissolved because it

          6      was too profitable?

          7                     MR. OPPENHEIMER:  Objection.

          8           Q.   Too successful?

          9                     MR. OPPENHEIMER:  Objection

15:35:19  10                to form.

         11           A.   I -- look, I didn't probe exactly what

         12      happened there.  I knew it didn't work out.

         13           Q.   Did you assume that it didn't work out

         14      for reasons that had nothing to do with the

15:35:39  15      viability of ODL?

         16                     MR. OPPENHEIMER:  Objection

         17                to form.

         18           A.   As I have said, I did not probe the

         19      reasons why it did not work out and I will clarify

15:35:52  20      why not.  ODL has a disruptive, innovative,

         21      impotent product, and it's going to take -- it is

         22      very challenging for such products to get a

         23      foothold in the market.  And the idea that it will

         24      all happen at once and every step will work out

15:36:17  25      beautifully would be unrealistic.

                                                                    248

15:36:19 1          So for all I knew -- so I couldn't

2     identify the reasons that it did not work out.  I

3     had not seen these documents and I did not probe.

4          Q.   Okay.  Let me go back to the

15:36:33 5     announcements about the MoneyGram/Ripple

6     relationship.

7               As you indicated, the published reports

8     talked about a $50 million equity investment that

9     Ripple made in MoneyGram.  Assume for the purposes

15:36:48 10    of my question to you that the other subsidies

11    that Ripple was paying to MoneyGram were not

12    publicly disclosed in the media, in media sources.

13    Okay?

14              So, in other words, my question is:  Did

15:37:06 15    you really learn -- did you learn about other

16    subsidies on -- online or did you learn about --

17    or did you never learn about any other subsidies

18    other than the $50 million?

19                   MR. OPPENHEIMER:  Objection

15:37:14 20              to the form.

21         Q.   All right.  That was a terrible

22    question.  Let me try again.

23              Did you learn about any other subsidies

24    besides the $50 million in preparing this report?

15:37:23 25                   MR. OPPENHEIMER:  Objection

                                                          249

15:37:23  1            to the form.

2        A.   At -- at some point over the last --

3     what are we? -- four months, five months, I

4     learned there had been some additional subsidies.

15:37:37  5     I don't remember precisely when I learned it.

6        Q.   Okay.  So besides the $50 million, do

7     you think there's any other place in the -- in

8     your report that you discuss these other

9     subsidies -- these other subsidies to MoneyGram?

15:37:49 10                MR. OPPENHEIMER:  Objection.

11        A.   I was providing examples of Ripple's key

12     strategic moves and this served as an example and

13     that was sufficient for my purpose at that point.

14        Q.   Were you deliberately trying to

15:38:06 15     undersell the level of subsidy or did you not

16     think it was important?

17                MR. OPPENHEIMER:  Objection

18            to form.

19        A.   There was -- let's be clear.  I was

15:38:16 20     providing an example.

21        Q.   Okay.  So I guess my question would be

22     different if the only subsidy you knew about was

23     the $50 million.  But since I'm not clear from

24     your answers whether you knew about those other

15:38:33 25     subsidies when you wrote your report, I'm trying

250

15:38:37  1    to understand why you chose only -- why you may

2    have chosen only to emphasize the 50 million.  You

3    said it was an example.  So I'm probing to find

4    out.

15:38:47  5         Did you think there would have been

6    anything wrong in indicating that there were other

7    subsidies on top of that?

8              MR. OPPENHEIMER:  Objection

9         to the form.

15:38:52 10    Q.   Would that have been inconsistent with

11   your report?

12             MR. OPPENHEIMER:  Same

13        objection.

14    A.   I'd like to highlight that an important

15:39:00 15   part of a clear document is conciseness and my

16   choices very often have to do with being concise.

17    Q.   Fair enough.

18         In -- in reaching your conclusion that O

19   -- that Ripple and its ODL product are

15:39:18 20   well-positioned to be a disruptive technology and

21   be successful in the money transfer business, did

22   you consider whether Ripple had competitors in

23   this business and whether they were also using

24   blockchain technology to compete in this space?

15:39:36 25    A.   I am aware that Ripple had a couple --

251

15:39:38  1    has a few competitors and I listed two of them and

2    so I'm aware of it.

3         Q.   What kind of cryptocurrency do they use

4    in the space?  Do you know?

15:39:51  5    A.   No, I don't.

6                   MR. OPPENHEIMER:  Objection

7              to form.

8         A.   Yeah.

9         Q.   Are you familiar with the --

15:39:59 10    A.   Perhaps you could clarify what you mean

11   by "kind of cryptocurrency."

12        Q.   Sure.  Are you familiar with the term

13   "stablecoins"?

14        A.   Yes, I am.

15:40:07 15    Q.   What is a stablecoin?

16        A.   A stablecoin is -- it's a cryptocurrency

17   whose value in terms of a base currency is fixed

18   and it's maintained that way by just changing the

19   supplier's needs.

15:40:27 20    Q.   Generally, how does that -- how do the

21   features of a stablecoin differ from XRP?

22                   MR. OPPENHEIMER:  Objection

23              to form.

24        A.   With respect to that particular feature?

15:40:38 25    Q.   Yes.

252

15:40:39 1          A.   With respect to the particular feature,

2     so with a stablecoin, the price is fixed and the

3     quantity varies.  With XRP -- and the quantity

4     varies according to market conditions as needed to

15:40:55 5     keep the value fixed.

6          With XRP, the amount of XRP in existence

7     is stable moment to moment.  There's no need to

8     keep the price fixed.  And -- I want to be careful

9     how I say this.

15:41:18 10          So it's -- it's stable in the moment and

11     it is -- when it changes, it is not just due to

12     volatility in the price of XRP.

13          Q.   With respect to the money transfer

14     business, which you -- which you've been

15:41:35 15     analyzing, and ODL's potential to act as a

16     disruptive technology, do you have any opinion

17     about whether use of a stablecoin would provide

18     one of Ripple's competitors with any sort of

19     advantages in competing for customers?

15:41:53 20               MR. OPPENHEIMER:  Objection

21          to form.

22          A.   I have not considered this opinion,

23     this -- this question and I'd have to think about

24     it.

15:42:16 25          Q.   So at the time you wrote your report,

253

15:42:17   1    that's not something that you had considered,

           2    right?

           3         A.   I -- that's correct.

           4         Q.   Just trying to clarify.  Thank you.

15:42:29   5                    (Whereupon, exhibit is received

           6              and marked SEC Osler Deposition Exhibit

           7              12 for identification.)

           8                    (Whereupon, exhibit is received

           9              and marked SEC Osler Deposition Exhibit

15:42:30  10              13 for identification.)

          11    BY MR. MOYE:

          12         Q.   I'm going to hand you two exhibits.

          13    First is Exhibit 12.

          14                    THE WITNESS:  Here you go.

15:42:41  15         Q.   The second is Exhibit 13.

          16         A.   Thank you.

          17         Q.   They're short so if it would help you,

          18    you could read both of those before I ask you any

          19    questions.

15:45:06  20              (Pause)

          21         A.   Yeah.

          22         Q.   Okay.  Let's start with Exhibit 12.

          23    Exhibit 12 is from CoinDesk.  It's a publication

          24    entitled "Mexican Crypto Exchange Bitso

15:47:03  25    Incorporates Circle Solutions for Cross-Border

                                                              254

15:47:05  1   Payments Initiative."

          2          Do you see that?

          3      A.   Yes, I do.

          4      Q.   I'd like you to go on the next page,

15:47:18  5   halfway down, there's a paragraph that begins "By

          6   incorporating the payments solutions of Circle,

          7   the payment services company that operates the USD

          8   coin (USDC) stablecoin, the initiative will allow

          9   users to make deposits and withdrawals via

15:47:31 10   domestic wire transfers and execute payments in

         11   the U.S. or Mexico."

         12          And at the bottom of the page, it

         13   indicates that using an app, "while in-app

         14   exchanges between US dollar-backed stablecoins and

15:47:45 15   Mexican pesos will be processed in seconds,

         16   according to" Bitco -- "Bitso."

         17          So assume for the purpose of the

         18   following question that the Bitso money services

         19   system is now partnering with Circle to use a

15:48:06 20   stablecoin cryptocurrency and it has an app that

         21   allows payments between U.S. and Mexico to

         22   function in seconds.

         23          Based on those assumptions, do you have

         24   reason to believe -- do you have any reason to

15:48:21 25   believe that Ripple's competitors might prefer to

                                                          255

15:48:27   1   use a stablecoin as a cryptocurrency to allow

        2   money transfers to happen between U.S. and Mexico?

        3                    MR. OPPENHEIMER:  Objection

        4           to the form.

15:48:38   5       A.   I'd like to highlight that the products

        6   here are different.  So what Circle is providing

        7   here is conversion from a fiat into USDC or from

        8   USDC back.  They're not focusing on remittance

        9   channels where the conversion is from one fiat

15:49:08  10   currency to another.

       11       Q.   Well, for purposes of my question, I've

       12   asked you to assume that the exchanges between

       13   U.S. dollars and Mexican pesos is a similar money

       14   transfer to what we've been describing with --

15:49:20  15   with Ripple.

       16           Do you understand how money could be

       17   transferred from U.S. dollars through the use of

       18   stablecoin to Mexican pesos using this technology?

       19                    MR. OPPENHEIMER:  Objection

15:49:35  20           to the form.

       21           You can answer.

       22       A.   It's -- you're kind of asking me -- let

       23   me clarify here.

       24           We have two very different products.

15:49:48  25   One allows conversion from a fiat currency to a

                                                          256

15:49:53  1    cryptocurrency or vice versa and that's it.  It's

       2    not set up to make transfers from one fiat

       3    currency to another fiat currency via a

       4    cryptocurrency.  So that's one product.

15:50:09  5         The other product is intended to convert

       6    one fiat currency to another fiat currency using a

       7    cryptocurrency as a medium of exchange in between.

       8         These are two very different products.

       9    And your question says, well, what if the Circle

15:50:25 10    product were actually the same as the XRP product?

      11    Then what would you think?

      12         Well, the Circle product is not the same

      13     as XRP, so it -- I can't answer that question.

      14    Q.   All right.  Thanks for that

15:50:35 15    clarification.

      16         Do you believe that this transfer

      17    mechanism as described in this article, using the

      18    U.S. dollar stablecoin, suggests that Ripple's

      19    competitors would prefer the use of a stablecoin

15:50:48 20    over XRP?

      21              MR. OPPENHEIMER:  Objection

      22         to form.

      23    A.   It doesn't suggest any such thing.

      24    Q.   Okay.  You can put that aside.

15:50:59 25              MR. OPPENHEIMER:  Before we

                                                              257

15:50:59   1            move on from that, I just want to
           2            note for the record it appears
           3            there's missing text at the top of
           4            both the second and possibly third
15:51:06   5            page of this exhibit.
           6                     MR. MOYE:  That is very
           7            possible, and if so, it was
           8            inadvertent.  So thank you for
           9            pointing that out.
15:51:15  10   BY MR. MOYE:
          11      Q.   Let's look at Exhibit 13.
          12            Exhibit 13 describes a new partnership
          13   MoneyGram has with Stellar to use a USD coin, a
          14   stablecoin governed by CoinBase.
15:51:46  15            And, again, in the third paragraph on
          16   the second page, it -- this article indicates
          17   "Customers will be able to convert cash into and
          18   out of USDC for instant pickup at MoneyGram
          19   locations."
15:51:57  20            Is there anything about this article
          21   that suggests that -- suggests to you that
          22   MoneyGram prefers the use of a stablecoin
          23   cryptocurrency for its money transfer business
          24   rather than continued use of XRP?
15:52:08  25                     MR. OPPENHEIMER:  Objection

258

```
15:52:08  1              to form.
          2         A.   So I'd like to note there's a -- and I'd
          3    like to clarify why.  The -- the reasons that
          4    MoneyGram claimed XRP didn't work in the previous
15:52:28  5    exhibit you sent to me had to do with fees.  Those
          6    fees will still apply, and so -- or one would
          7    assume those fees would still apply.
          8              So the -- the fact that they have moved
          9    to another cryptocurrency undermines their
15:52:44 10    original claim that that's the reason they wanted
         11    to get out of the XRP, the arrangement with
         12    Ripple.
         13         Q.   Do you have anything else?
         14         A.   That's all I have to say.  There's no
15:52:59 15    consistency here.
         16         Q.   Okay.
         17         A.   So one cannot infer anything.
         18         Q.   All right.  You can put that aside then.
         19              MR. MOYE:  Want to take
15:53:06 20              another short break?
         21              THE VIDEOGRAPHER:  Okay.
         22              Going off the record at 3:53.
         23              (Whereupon, a recess is taken.)
         24              THE VIDEOGRAPHER:  Back on
16:12:45 25              the record at 4:12.
```

259

16:12:47   1    BY MR. MOYE:

           2         Q.   Dr. Osler, I'd like you to -- I'd like

           3    to hand you what's been marked as Exhibit 6.

           4         A.   Thank you.

16:13:00   5                   (Whereupon, exhibit is received

           6              and marked SEC Osler Deposition Exhibit 6

           7              for identification.)

           8    BY MR. MOYE:

           9         Q.   For the record, Exhibit 6 is the

16:13:15  10    rebuttal report of ███████████ dated November

          11    12, 2021.

          12              Are you familiar with Exhibit 6?

          13         A.   Yes.

          14         Q.   How did you become familiar with Exhibit

16:13:26  15    6?

          16         A.   It was sent to me by counsel.

          17         Q.   Okay.  And after receipt by counsel,

          18    what did you do in terms of reviewing Exhibit --

          19    or studying Exhibit 6?

16:13:40  20         A.   I reviewed it and studied it.

          21         Q.   Okay.  I'm going to word this question

          22    carefully.

          23              Were you asked by counsel to form or

          24    prepare any opinions in response to Exhibit 6?

16:13:54  25                   MR. OPPENHEIMER:  Objection

                                                                    260

16:13:54   1              to the form.

           2                   Hang on a second.

           3                   I think I have to instruct you

           4          not to answer that.

16:14:10   5                   MR. MOYE:  So this is a

           6          chance, if she's prepared today to

           7          talk about this report, we might be

           8          able to go into it.  But if she's not

           9          been asked as her --

16:14:24  10                   MR. OPPENHEIMER:  Counsel,

          11          you are free --

          12                   MR. MOYE:  -- part of her

          13          engagement --

          14                   MR. OPPENHEIMER:  -- you are

16:14:25  15          free to ask her about the report and

          16          whether she has formed any opinions

          17          on it in connection with her

          18          engagement.  I think what you -- what

          19          I would not allow her to answer is

16:14:37  20          whether she was -- what instructions

          21          she received from counsel.

          22      BY MR. MOYE:

          23          Q.   All right.  So let's try this.  These

          24      may be yes-or-no questions.

16:14:46  25                   Have you formed any opinions after

                                                                    261

16:14:48  1    reading this report?

         2              MR. OPPENHEIMER:  You can

         3         answer.

         4    A.    Let me think about this.  I'm thinking

16:14:58  5    about the definition of an opinion.  I have formal

         6    opinions here.

         7    Q.    Correct.

         8    A.    I certainly have not formed any formal

         9    opinions.  I have thought about the positions

16:15:10 10    articulated here.

        11    Q.    Okay.  And that's what I'm trying to get

        12    at.

        13              Is there something formal that you're

        14    prepared to say today on the record about these

16:15:19 15    opinions?  And there's no rebuttal to rebuttal in

        16    this case, but I'm just wanting not just -- not

        17    just a response, but whether, as part of your

        18    engagement, you were authorized to form, create,

        19    or prepare opinions in response to that.

16:15:37 20              MR. OPPENHEIMER:  Objection

        21         to the form.

        22              You can answer if you

        23         understand.

        24              Counsel, you can just ask her

16:15:47 25         about the report as well, but go ahead.

                                                            262

16:15:54  1      A.   I'd be happy to give you a lecture on

2  the mistakes in this.

3      Q.   No, I really am here to ask -- talk to

4  you about your opinions, which you've already

16:16:05  5  given, so your initial and your rebuttal.

6           So I just want to know if you prepared

7  anything formal in response in this rebuttal.

8      A.   Nothing formal.

9      Q.   Okay.

16:16:37 10                    (Whereupon, exhibit is received

11           and marked SEC Osler Deposition Exhibit 7

12           for identification.)

13  BY MR. MOYE:

14      Q.   Please take a moment to take a look at

16:16:40 15  what's been marked as Exhibit 7, which is the

16  amended expert rebuttal report of ███████████

17  ██████████████████

18      A.   Amended?

19      Q.   Yeah.  It's dated four days after the

16:16:53 20  initial report and I believe there was correction

21  of -- don't quote me on this, but I believe there

22  was a correction of a typo.

23      A.   Oh.  Well, I have seen his expert

24  rebuttal report, Mr. ███████████████ rebuttal

16:17:06 25  report.  I do not believe I've seen the amended

263

16:17:09  1   expert rebuttal report of Mr. █████

          2        Q.   Okay.  So I guess I could only ask you

          3   about what you've seen.

          4        So did you -- did you review it and

16:17:18  5   consider it?

          6        A.   I reviewed it and considered it, yes.

          7        Q.   Okay.  And did you prepare anything

          8   formal in response to it like what you did for

          9   your initial or your rebuttal report in this case?

16:17:30 10        A.   I --

         11             MR. OPPENHEIMER:  Objection

         12        to the form.

         13             You can answer.

         14        A.   I have not prepared a formal response.

16:17:37 15        Q.   Okay.  Why don't you put those two aside

         16   for right now.

         17             (Whereupon, exhibit is received

         18        and marked SEC Osler Deposition Exhibit 8

         19        for identification.)

16:18:08 20   BY MR. MOYE:

         21        Q.   Are you familiar with what's been marked

         22   as Exhibit 8?

         23        A.   Yes, I am.

         24        Q.   What is Exhibit 8?

16:18:22 25        A.   It's my rebuttal expert report with

                                                              264

16:18:26   1    respect to Mr. ████ original expert report.

          2        Q.   And what were you asked to do by

          3    counsel -- what was your assignment in connection

          4    with this rebuttal report?

16:18:39   5                    MR. OPPENHEIMER:  You can

          6                answer as to what your assignment

          7                was.

          8        Q.   And if it helps to refer to page 2,

          9    paragraph 3, that's great.  If not, you can go

16:18:56  10    ahead --

         11        A.   Ah, there we go.  There we go.  That's

         12    the best way to put it.  Thank you.

         13             So I was asked to evaluate and offer my

         14    opinions on Mr. ████ expert report on the

16:19:08  15    topics within my area of expertise.

         16        Q.   All right.  And are those opinions set

         17    forth in writing in your report?

         18        A.   Yes.

         19        Q.   I'm just connecting dots here.  You were

16:19:19  20    asked to do something.  You prepared a report.

         21        A.   I was asked to do something.

         22        Q.   Does this contain your opinions and

         23    rebuttals to Mr. ████ initial expert report?

         24        A.   I -- yes.

16:19:28  25        Q.   Okay.  In other words, nothing left out.

                                                              265

16:19:33 1    This -- this was what you intended to submit?

2         A.    Nothing left out at the time.

3         Q.    All right.  So I'd like to ask you about

4    certain statements that you made in your rebuttal

16:19:47 5    report to Mr. ███ and I'd like to ask you a

6    number of follow-up questions.  So I'm going to

7    direct you to certain areas, but as in other parts

8    of the deposition today, if you think that to

9    answer that question, you need to refer to some

16:19:57 10   other portion of your rebuttal, you can do that.

11        A.    Thank you.

12        Q.    But let's -- let's direct your attention

13   to page -- to paragraph 9, Footnote 6.  So

14   Footnote 6 comes at the end of the sentence which

16:20:29 15   says "He" -- meaning Mr. ███ -- "asserts that

16   XRP has a fixed supply that affects its trading

17   price, supposedly because of the 100 billion units

18   of XRP that were created initially, a number that

19   cannot be increased."

16:20:43 20        Did I read that correctly?

21        A.    Are we in the paragraph or the footnote?

22        Q.    First the paragraph and then the

23   footnote comes at the end of that sentence.

24        A.    I'm sorry, I was reading the footnote.

16:20:51 25   Okay.

266

16:20:51  1                    So "He asserts" -- okay -- "that XRP has

          2       a fixed supply that affects its trading price,

          3       supposedly because of the 100 billion units of

          4       XRP..."

16:20:59  5            Q.   Okay.  And what did you say in your

          6       footnote?  Do you mind reading that out loud?

          7            A.   "To be clear, I do not disagree with

          8       Mr. ███████ statement that the total supply of XRP

          9       is capped at 100 billion units.  I disagree with

16:21:11 10       Mr. ███████ suggestion that this limitation on the

         11       total number of units of XRP can have any

         12       economically significant influence on the

         13       day-to-day trading prices of XRP or that it

         14       provides any basis to distinguish between XRP and

16:21:22 15       fiat currency."

         16            Q.   Okay.  So I have a number of follow-up

         17       questions.

         18                    Is it your view, Professor Osler, that

         19       the -- that caps or limits on the number of tokens

16:21:34 20       available in digital asset markets can have no

         21       effect on token price?

         22                         MR. OPPENHEIMER:  Objection

         23            to form.

         24            A.   I -- no.

16:21:46 25            Q.   You think they can have an effect on

                                                                      267

16:21:48   1   token price?

2        A.   I think I was clear in the footnote,

3   that it is not economically -- has no -- that it's

4   unlikely to have any sig -- economically

16:21:57   5   significant influence on day-to-day trading

6   prices.  So up and down, up and down, up and down.

7        Q.   All right.  Hypothetically, if a

8   different asset, bitcoin, tomorrow had 100 million

9   tokens max, maximum, instead of the current

16:22:18  10   greater limitation and all other things remained

11   equal, would you expect the price of bitcoin to

12   change?

13                MR. OPPENHEIMER:  Objection

14           to the form.

16:22:32  15        A.   You know, I wasn't asked to opine about

16   bitcoin and I have nothing to say about bitcoin.

17        Q.   Would you be able to draw any conclusion

18   about the supply of the digital token if it were

19   suddenly restricted significantly?  Do you think

16:22:49  20   that would have -- do you think that the

21   principles of economics suggest that any -- that

22   there would be any effect on the price?

23                MR. OPPENHEIMER:  Objection

24           to the form.

16:22:55  25        A.   So there -- there's a big problem with

16:22:58  1    your comments, which is that supply is not

       2    defined.  And I have clarified that there are

       3    various concepts of supply at play here.  And I am

       4    taking issue with one concept that Mr. █████

16:23:14  5    applies, but he applies a different concept later

       6    on and -- which is more consistent with the one I

       7    would use that I think is relevant for what

       8    happens on a reasonably semi-high-frequent basis.

       9         Q.   Okay.  In your Footnote 6, you use the

16:23:35 10    qualifier "day-to-day trading prices of XRP."

       11         Do you see that?

       12         A.   Yes.

       13         Q.   What do you mean by "day-to-day trading

       14    prices"?  How does day-to-day qualify or explain

16:23:45 15    what you're referring to?

       16         A.   I'm contrasting it with the, say,

       17    averages over periods of time.  I'm talking about

       18    the day-to-day fluctuations in prices.  And that

       19    is consistent with my immediately following

16:24:05 20    analysis of what we find in macroeconomics with

       21    respect to exchange rates, which is that the money

       22    supply of a country has no discernible influence

       23    on day-to-day, month -- week-to-week,

       24    month-to-month movements of exchange rates except

16:24:24 25    in extreme and rare cases and the -- but, of

                                                          269

16:24:31 1   course, it does matter in the long run.

2      Q.   Do you believe that the limitation on

3   the total number of XRP doesn't have any effect on

4   the day-to-day price for XRP?

16:24:48 5      A.   It does -- the hundred billion

6   limitation?  That particular supply concept does

7   not influence the changes from day-to-day in the

8   price of XRP.

9      Q.   If -- hypothetically, if demand for XRP

16:25:02 10   were to go up significantly and the total number

11   of tokens available for XRP did not increase,

12   would you expect the day-to-day price of XRP to go

13   up?

14               MR. OPPENHEIMER:  Objection

16:25:10 15      to the form.

16      A.   So I'd just like to highlight.  Is there

17   any difference between -- I mean, so this is a

18   hypothetical.  If the supply were not to change

19   and demand were to rise, would the price go up?

16:25:32 20   In general in economic markets, that's what

21   happens.

22      Q.   All right.  Now, can you analogize that

23   to the XRP market?  If the -- if the demand were

24   to increase significantly and the supply were not

16:25:44 25   to change, in other words, that limitation were

270

16:25:47  1   not to be expanded, would you expect -- would you

2   generally expect prices to rise?

3                          MR. OPPENHEIMER:  Objection

4            to form.

16:25:52  5                          You can answer.

6        A.   If the supply were not to change, yes.

7        Q.   Okay.  And what if the supply were --

8   were to be reduced using those same hypothetical

9   facts?  Would you expect the price to -- to rise

16:26:08 10   more?

11                          MR. OPPENHEIMER:  Objection

12            to the form.

13        A.   If the supply is reduced and the demand

14   simultaneously goes up?  Is that --

16:26:14 15        Q.   Yes.

16        A.   In general, in markets, if the supply is

17   reduced and the demand goes up -- let's be clear

18   on the concept of supply that's supplied here.  It

19   is not this hundred billion figure that matters.

16:26:28 20   It is the amount that's available to trade.  That

21   is the supply concept that's relevant in this

22   context.  That is the supply context -- concept

23   that Mr. ████ uses later on to highlight that the

24   fact that that supply is increasing could be

16:26:45 25   expected to reduce the price.

271

16:26:46   1          Q.   Is there any timeline where the cap --

2     where -- where a cap or limitation on the number

3     of tokens would matter?  Like over a very long

4     timeline, would it matter?

16:26:56   5                      MR. OPPENHEIMER:  Objection

6               to form.

7          A.   Again, we have -- I need you to be

8     specific about the exact supply or quantity

9     concept you have in mind.  Are you talking about

16:27:07  10     the long-run supply or the short-run supply?

11          Q.   I think I'm going to stick to asking

12     questions.  That's more fun.  Let me -- let me

13     proceed.

14               If the supply of XRP varied from

16:27:26  15     day-to-day, would you expect that to influence the

16     price -- the day-to-day price of XRP?

17                      MR. OPPENHEIMER:  Objection

18               to the form.

19          A.   As a general rule, as economists have

16:27:43  20     known for centuries now, changes in supply

21     typically influence price.

22          Q.   Okay.  So with respect to XRP -- and

23     this is a hypothetical -- if the escrow which is

24     limiting to some degree the circulating supply of

16:27:58  25     XRP, if the escrow were to be opened up and the

                                                             272

16:28:04   1    XRP that is currently in escrow was allowed to

      2    circulate, would you expect the circulating supply

      3    of XRP to increase quickly and significantly?

      4                    MR. OPPENHEIMER:  Objection

16:28:19   5           to the form.

      6         A.   It seems like you defined it as

      7    increasing.

      8         Q.   I said it was available.

      9         A.   That was --

16:28:31  10         Q.   I haven't -- I haven't spoken about

     11    demand.

     12         A.   No, but what you've said is the amount

     13    available to trade has gone up.  That is the --

     14    that is a reasonable definition in the literature

16:28:41  15    of the short-run supply.  So you said the -- the

     16    amount available to trade.  That means the

     17    short-run supply of XRP.

     18         Q.   Okay.  Let me get on the same page with

     19    you.

16:28:57  20              So if the escrow is opened up and the

     21    circulating supply is increased by the amount in

     22    the escrow but demand does not change, what's your

     23    expectation what would happen to the price of XRP?

     24                    MR. OPPENHEIMER:  Objection

16:29:09  25           to the form.

                                                              273

16:29:11 1                          You can answer.

2              A.    The -- if the entire escrow were made

3        available immediately or something like that, I

4        would expect the price to go down.

16:29:32 5              Q.    All right.  Okay.  Let's look at

6        paragraph 10, the next paragraph.  This starts at

7        the bottom of page 5 and goes over to the top of

8        page 6.  The phrase I'm going to ask you about is

9        contained on page 6.  At the top of page 6 within

16:29:54 10       paragraph 10, you say "For XRP this is far less

11       than 100 billion units in existence because many

12       billions of XRP are, A, sequestered in escrow

13       accounts and cannot be traded or potentially, B,

14       held by individuals or entities with no interest

16:30:13 15       in selling their XRP holdings."

16                   Do you see that?

17              A.    I do.

18              Q.    And that's what you wrote in your

19       rebuttal report?

16:30:20 20              A.    I did.

21              Q.    Okay.  What is your basis for suggesting

22       or concluding that XRP is being held by

23       individuals with no interest in selling their XRP

24       holdings?

16:30:33 25                          MR. OPPENHEIMER:  Objection

                                                                 274

```
16:30:33   1              to form.

           2                   You can answer.

           3        A.   I was referring to some of the original

           4   Ripple insiders.

16:30:50   5        Q.   Okay.  Such as Mr. Larsen,

           6   Mr. Garlinghouse?

           7        A.   I didn't have specifics in mind.

           8        Q.   Okay.  Are you aware that Ripple, the

           9   company, and Mr. Larsen and Mr. Gar --

16:30:57  10   Garlinghouse have in the past had a lot of XRP in

          11   their holdings?

          12                   MS. PROSTKO:  Objection to

          13             form.

          14                   MR. OPPENHEIMER:  Objection

16:31:09  15             to form.

          16                   MR. MOYE:  She beat you to

          17             it.

          18                   MR. OPPENHEIMER:  You can

          19             answer.

16:31:13  20        A.   "A lot" is very vaguely defined.  I know

          21   they have had some.

          22        Q.   Okay.  Are you aware that in the past,

          23   Ripple and Larsen and Garlinghouse have sold much

          24   of their XRP holdings?

16:31:24  25                   MR. OPPENHEIMER:  Objection
```

                                                             275

16:31:24  1                      to form.

          2                           MS. PROSTKO:  Objection to

          3                      form.

          4            A.    I have -- I'm aware that sales have been

16:31:32  5       made.

          6            Q.    Can you explain then why you say in

          7       paragraph 10 that "XRP is being held by

          8       individuals or entities with no interest in

          9       selling their XRP holdings"?  Who are you

16:31:45  10      referring to?

          11                          MR. OPPENHEIMER:  Objection;

          12                     mischaracterizes the document.

          13                          You can answer.

          14           A.    I'm -- I'm just referring to people who

16:32:04  15      own a lot of it and -- general insiders with

          16      respect to Ripple is how I thought about that.

          17           Q.    Okay.  Why do you believe that these

          18      insiders have no interest in selling their XRP?

          19      What -- what allows you to make that conclusion or

16:32:20  20      suggestion?

          21                          MR. OPPENHEIMER:  Objection

          22                     to form; mischaracterizes the

          23                     document and her testimony.

          24                          You can answer.

16:32:26  25           A.    I have not thought about that question.

                                                                  276

16:32:30   1          Q.   Well, what were you thinking when you

           2    wrote in B that some of the hundred billion XRP in

           3    existence -- that many billions of the XRP is

           4    being "held by individuals or entities with no

16:32:41   5    interest in selling their XRP holdings"?

           6                    MR. OPPENHEIMER:  Objection.

           7                Continues to mischaracterize the

           8                document.  I don't know why you keep

           9                ignoring the word "potentially," but

16:32:50  10                okay.

          11          A.   I -- indicating that there are

          12    individuals that have holdings and that it is my

          13    understanding they have no intention of selling

          14    them any -- in any great amount any time soon.

16:33:11  15          Q.   All right.  Well, appreciate that

          16    clarification, but I'm still interested in an

          17    answer, if you're willing to give one, is where

          18    you obtained the -- what's the source for your

          19    understanding that individuals such as Ripple

16:33:27  20    insiders are not interested in selling the XRP

          21    that they hold?

          22                    MR. OPPENHEIMER:  Objection;

          23                mischaracterizes and asked and

          24                answered multiple times.

16:33:46  25          A.   So I have clarified that I'm aware that

                                                              277

16:33:48  1    there are Ripple insiders and some people who were

2    once insiders who are not that have significant

3    holdings and it is -- it was my impression that

4    those holdings were fairly stable and so that is

16:34:11  5    the -- the source of my statement.

6        Q.   Okay.  So would it be fair to say that

7    in articulating this part of your report, you did

8    not consider whether, if the price for XRP were to

9    increase significantly, those individuals might

16:34:27 10    have a desire to sell in the future?

11                MR. OPPENHEIMER:  Objection

12            to the form.

13        A.   That's a big hypothetical.

14        Q.   It is, but you're an expert.  You can

16:34:36 15    consider and answer that.

16        A.   You know, that's beyond what I have an

17    opinion about in this document and beyond what I

18    have an opinion about now.

19        Q.   Okay.  Let's look at paragraph 11.  Now,

16:35:00 20    I'm not an economist, so I may -- I may not

21    understand this the way you wrote it.

22            But am I correct that in paragraph 11,

23    you're talking about various models or -- or

24    properties of fiat currencies and then you're

16:35:18 25    making an application to how those might affect

278

16:35:25 1    XRP?  Did I understand that correctly?

2                        MR. OPPENHEIMER:  Objection

3              to form.

4         A.   I -- I -- I'm not sure that's a -- a

16:35:33 5    great articulation of what's in the paragraph.

6         Q.   Well, let's look at the first paragraph.

7    You say there is a -- "a myriad."

8              Did you mean many?

9         A.   Many.

16:35:45 10        Q.   Many "empirical studies find that a

11   country's money supply has little to no detectable

12   impact on its exchange rates day-to-day,

13   week-to-week, or month-to-month."

14        A.   Yes, I say that.

16:35:58 15        Q.   And you're referring to fiat currencies,

16   correct?

17        A.   I'm referring to fiat currencies.  And

18   as I said in Footnote 6, by "day-to-day," I mean

19   it changes from day-to-day.

16:36:06 20        Q.   Okay.  And then you talk about the

21   hypothesis behind some of these myriad studies.

22   You say, "To quote one of these myriad

23   statements," and you have a quote in there about

24   empirical studies, and then you talk about the

16:36:19 25   time horizons.

                                                    279

16:36:20  1         And then you draw a conclusion:  "This

       2  evidence suggests that the supply of XRP - however

       3  it is measured - it also likely to have equally

       4  limited influence on XRP exchange rates."

16:36:31  5         Did I read that last sentence correctly?

       6     A.   You read that last sentence correctly.

       7     Q.   Okay.  So am I correct that you are

       8  saying that you're saying these empirical studies

       9  have been done and they talk about the supply of

16:36:41 10  the currency, and because of what I see in these

      11  other studies, I don't think that the supply of

      12  XRP, however it is measured, is going to impact

      13  very much the XRP exchange rate?

      14             MR. OPPENHEIMER:  Objection

16:36:54 15         to the form.

      16             You can answer.

      17     A.   I think the sentence speaks for itself.

      18  The evidence suggests that the supply of XRP is

      19  likely to have an equally limited influence on XRP

16:37:09 20  exchange rates.

      21     Q.   Is there any academic literature

      22  applying the same economic models that are

      23  applicable to fiat currency to cryptocurrency,

      24  particularly with respect to supply of those

16:37:20 25  currencies?

                                                        280

```
16:37:21   1        A.   I couldn't --

           2                  MR. OPPENHEIMER:  Objection.

           3        A.   So are -- I guess the question is do you

           4   mean models or empirical analyses?

16:37:34   5        Q.   Anal -- we can say analyses, sure.

           6                  MR. OPPENHEIMER:  Same

           7             objection.

           8                  You can answer.

           9        A.   Okay.  I'm not aware of any.

16:37:42  10        Q.   Are you making an assumption for

          11   purposes of paragraph 11 that the same models and

          12   rules that you see in the supply of fiat currency,

          13   that those would apply the same way with regard to

          14   cryptocurrencies?

16:37:55  15                  MR. OPPENHEIMER:  Objection

          16             to form.

          17                  You can answer.

          18        A.   I'm highlighting a parallel that the

          19   evidence -- there's a consensus of evidence with

16:38:08  20   respect to fiat currencies; that the supply of

          21   those currencies has no detectable influence on

          22   changes in the prices of those currencies over

          23   short horizons, meaning any -- short horizons such

          24   as those I've included here.

16:38:29  25                  And so I'm looking at the supply of XRP
```

281

16:38:32  1    and I'm saying if the evidence about one form of

       2    money is correct, then we can perhaps use that as

       3    an insight into these -- how it works with this

       4    cryptocurrency.

16:38:53  5         Q.   Are you aware that Ripple has escrowed a

       6    very large amount of the XRP that it owns?

       7         A.   Yes.

       8                    MR. OPPENHEIMER:  Objection

       9              to the form.

16:38:59 10                    THE WITNESS:  Sorry.

      11         Q.   What's your -- what's your understanding

      12    of why Ripple did that?

      13                    MR. OPPENHEIMER:  Objection.

      14              You can answer if you know.

16:39:08 15         A.   My understanding was that there was a

      16    fear among users that the -- that there was a

      17    potential for a very large increase that could be

      18    detrimental to the functioning of the market and

      19    they wanted to reassure people that there wouldn't

16:39:30 20    be.

      21         Q.   Do you view that fear, as you describe

      22    it, among users as irrational?

      23         A.   I see a strong parallel to the -- the --

      24    how am I going to -- I'm looking for a phrase.  My

16:39:47 25    apologies for being slow -- a strong parallel to

                                                            282

16:39:49  1   the way money is managed in fiat currency

2   economies, which is it's very important, as we

3   know, for governments, and specifically central

4   banks, to ensure that money supplies do not grow

16:40:04  5   extremely rapidly.

6          And so there was a need to provide the

7   same reassurance.

8      Q.   And with regard to these users, as

9   you've described them, do you believe that these

16:40:16  10  users are people that are only holding XRP for a

11  minute each day as they do foreign currency

12  transactions or are you thinking of people that

13  hold their XRP as a store of value for much longer

14  periods of time?

16:40:29  15                 MR. OPPENHEIMER:  Objection

16         to the form.

17     A.   You know, I wasn't thinking specifically

18  about exactly which kind of Ripple user.

19     Q.   Well, I think according to paragraph 11,

16:40:41  20  you said -- if I understand paragraph 11

21  correctly, I think you're saying that the amount

22  of currency in circulation does not affect the

23  day-to-day price one way or the other.

24         And so I'm asking you if you think

16:40:54  25  Ripple's actions in escrowing a large amount of

283

16:40:57 1    the XRP that it owns had any economic basis if the

2    amount in circulation would not have affected the

3    day-to-day price of XRP?

4                        MR. OPPENHEIMER:  Objection

16:41:08 5        to the form.

6        A.    There's an elision here that I don't see

7    the -- it's not clear -- there's an elision here

8    and I -- that would need to be clarified before I

9    could answer and the elision is -- oh, God, now I

16:41:31 10   have to reconstruct it.

11            You've got the escrowing and day-to-day

12   price changes.  And would the escrowing have

13   affected the day-to-day price changes?  Maybe for

14   one day when it was announced, but otherwise, no.

16:41:52 15       Q.    Okay.  So just before I move on, can you

16   clarify whether you thought the users that -- that

17   Ripple wanted to reassure in creating the escrow

18   were the people that were doing foreign currency

19   exchanges using ODL?

16:42:12 20       A.    As I --

21                        MR. OPPENHEIMER:  Objection.

22                        You can answer.

23                        THE WITNESS:  Sorry.

24       A.    As I explained, I didn't think about

16:42:17 25   exactly which users were going to care about it.

                                                        284

16:42:20  1       Q.   When was the escrow created?

2       A.   I couldn't -- I don't remember the

3  precise date.

4       Q.   Was it created before or after ODL was

16:42:26  5  commercially available?

6       A.   I don't know the precise date.

7       Q.   Okay.  Let's look at paragraph 21 of

8  your rebuttal.  Nope, I'm sorry.  Went ahead too

9  fast.  Paragraph 17, bottom of page 9.

16:43:12  10       The first sentence of paragraph 17

11  indicates that "The absence of contrast between

12  fiat currencies and XRP in this regard also

13  invalidates Mr. ███████ implicit assertion that

14  Ripple chose to fix the supply of XRP day-to-day,

16:43:27  15  and grow it at a slow pace, to lead investors to

16  expect its price to rise."

17       Do you see that?

18       A.   I see that.

19       Q.   What do you mean by the qualifying

16:43:37  20  phrase, "in this regard"?  What are you referring

21  to?

22       A.   Oh, good Lord.  I apologize.  I have to

23  read the context.  You can see that the whole

24  paragraph refers to what's before it.

16:43:45  25       Q.   Yes.  Please read paragraphs 16 and 17

285

16:43:46  1    together if that helps.

2                        MR. OPPENHEIMER:  Read as

3               much of the report as you need to to

4               get the context.

16:43:51  5                        MR. MOYE:  Or do that.

6                        (Pause)

7        A.    So the question you posed had to do with

8    what I was referring to when I say "in this

9    regard"?

16:44:54 10        Q.    That's right.

11        A.    I am highlighting that with respect to

12    Mr. ███████ supposed contrast between fiat

13    currencies and XRP in terms of the supply, there

14    is no contrast; that fiat currencies do not have

16:45:17 15    variable supply in contrast to -- let's see.  What

16    is it?  Fiat currencies do not have variable

17    supply in contrast to what Mr. █████ had claimed.

18        Q.    Do fiat currencies have fixed supply?

19                        MR. OPPENHEIMER:  Objection

16:45:33 20               to the form.

21        A.    I think we need to be very careful about

22    the nature of fixed supply as I am in my rebuttal.

23               I highlight that the supply that matters

24    for day-to-day pricing is kind of a slow-moving

16:45:50 25    amount that is similar to the slow growth in a

                                                                    286

16:45:56  1    country's money supply in a well-managed country.

2         And so that on a minute-by-minute,

3    day-to-day -- usually day-to-day basis, there is

4    no change in the supply of XRP or in a country's

16:46:11  5    money supply.  That it's -- and that is why dollar

6    exchange rates and everything else fluctuate quite

7    dramatically as I showed in Figure 2 of this

8    rebuttal.

9         Q.   So are you asserting that US dollar

16:46:30 10    day-to-day has a fixed supply?

11              MR. OPPENHEIMER:  Objection

12         to the form.

13         A.   I've clarified that it has a controlled

14    supply.  And, in fact, I show that in one of the

16:46:42 15    figures in this rebuttal.  And, yes, in Figure 1

16    of this rebuttal, I show that U.S. money supply

17    grows slowly and fairly steadily and I highlight

18    that that is a controlled supply, if you will.

19              So I think the relevant contrast is, is

16:46:59 20    it controlled at any moment or is it changing at

21    every moment like a stablecoin in order to keep a

22    fixed price?  And the answer is, it is not

23    changing at every moment like a stablecoin.  In

24    both cases, fiat currencies and XRP, contrary to

16:47:17 25    Mr. ███████ claim that they're different, in fact,

287

16:47:18  1    they are the same.  They are growing at slow and

2    relatively steady rates.

3        Q.   So I understand your point about fiat

4    currency being different in its supply than a

16:47:30  5    stablecoin.  I do want to drill down more, though,

6    and understand what you -- what you mean by a very

7    slow rate of growth.

8            With regard to December 21st, 2021, do

9    you believe that the supply of US dollars is fixed

16:47:43 10    or variable?

11            MR. OPPENHEIMER:  Objection

12        to the form.

13        A.   I -- I think that that's -- I just

14    clarified that fixed is not the relevant concept.

16:47:55 15        Q.   Do you believe that it is changing

16    during the day, during December 21st, 2021?

17            MR. OPPENHEIMER:  Objection

18        to the form.

19        A.   I be -- so let's be -- let's talk about

16:48:08 20    monetary theory and how the money supply process

21    works.  The central bank has indirect control over

22    the money supply.  It controls something called

23    the monetary base.  As I describe in this

24    rebuttal, the money supply is the monetary base

16:48:26 25    times something known as the money multiplier.

288

16:48:28   1   And in -- in -- in most countries most of the

2   time, the -- the product of the two gives you the

3   money supply.

4            And so the central bank is doing its

16:48:38   5   best to create slow, steady growth in the money

6   supply, changing the monetary base as needed.  And

7   the signals in there are a little loose, so on any

8   given day, there may be some slight changes going

9   on.  But the -- what the central bank is

16:48:54  10   achieving, as highlighted in Figure 1 very

11   clearly, is slow, steady growth in the money

12   supply.  That is what's being achieved.

13       Q.   I understand that's what you're

14   referring to in Figure 1.  What I'm asking you may

16:49:06  15   be a different question, but I think we're getting

16   to the heart of it.

17            Do you think that the money supply

18   available in US dollars on December 21st, 2021, is

19   changing, however slightly, during today, during

16:49:19  20   the day?

21                 MR. OPPENHEIMER:  Objection;

22            asked and answered.

23       Q.   You can answer.

24                 MR. OPPENHEIMER:  You can

16:49:24  25            answer again.

289

16:49:24  1          A.    You know, it -- I guess what I'm trying
          2   to say is Mr. ████████ characterization is false
          3   whether or not it changes a tiny bit on a day.
          4          Q.    Perfect.  Thank you.
16:49:37  5                And with regard to the analogy between
          6   the central banks and the indirect supplier using
          7   and how we're -- and trying to get to the function
          8   or operation of XRP, how it's performing, do you
          9   view Ripple as acting analogous to central bank
16:49:52 10   with regard to XRP the way the Federal Reserve
         11   acts with regard to the US dollar?
         12                      MR. OPPENHEIMER:  Objection
         13                to the form.
         14          A.    They are very different.
16:50:04 15          Q.    Very different.
         16                Did you not suggest earlier that the
         17   goal of the Federal Reserve would be to grow
         18   slowly the supply of US dollars over time?  Is
         19   that -- did I understand your testimony correctly?
16:50:17 20          A.    That is correct.  I said that.
         21          Q.    Okay.  Do you believe Ripple has the
         22   same goal or objective with regard to the supply
         23   of XRP, to have it grow slowly over time?
         24                      MR. OPPENHEIMER:  Objection
16:50:25 25                to the form.

                                                              290

16:50:26 1      A.   I wouldn't know.

2      Q.   Why do you think Ripple has escrowed

3   such a significant percent -- such a significant

4   percentage of the XRP that would otherwise be

16:50:36 5   available to trade if it was not interested in

6   controlling in some way the amount of XRP

7   available?

8                    MR. OPPENHEIMER:  Objection;

9           mischaracterizes the record, assumes

16:50:45 10           facts not in evidence, ambiguous, and

11           I think asked and answered.

12                    You can answer again.

13      Q.   Yeah, go ahead.

14      A.   Ripple was sending a signal to the

16:50:56 15   market that one extreme possibility would not

16   happen.  There was -- the -- the market recognized

17   an extremely unlikely but nonetheless, in their

18   view, possible outcome of a huge flood in the

19   amount of XRP available all at once.

16:51:15 20           And Ripple was escrowing it to send a

21   signal to people that there would not be a huge

22   flood all at once.

23      Q.   Are Ripple and its founders continuing

24   to sell XRP into the market today?

16:51:27 25      A.   Today like today this day?

291

16:51:31  1                    MS. PROSTKO:  Objection.

       2       Q.   Not like today the 21st of December, but

       3  this year.

       4                    MR. OPPENHEIMER:  Objection

16:51:34  5            to form.

       6       A.   My understanding is that they -- the way

       7  they choose to sell has to do with what's needed

       8  to support the transactions on ODL in particular,

       9  I believe.  In fact -- yeah.  I believe --

16:51:53 10       Q.   Is it analogous to growing -- sorry to

      11  interrupt.  No, that's fine.

      12                    MR. OPPENHEIMER:  Were you

      13            done with your answer?

      14                    THE WITNESS:  I'm done

16:51:58 15            answering.

      16       Q.   Okay.  Is it in any way analogous to

      17  growing the supply of XRP slowly over time as

      18  needed?

      19                    MR. OPPENHEIMER:  Objection

16:52:04 20            to the form.

      21                    You can answer.

      22       A.   There's a -- there's a difference here

      23  that's quite important.  The -- the goal of a

      24  central bank in controlling the money supply is to

16:52:28 25  avoid inflation, avoid too many change -- too fast

                                                           292

16:52:34  1    changes in the value of a money in terms of goods

        2    and services.

        3          The goal of Ripple is to ensure there is

        4    sufficient liquidity, sufficient amount for

16:52:49  5    trading so that people don't run short.  And a

        6    shortage of money is something that has happened

        7    historically and can be a problem.

        8    Q.    So how much -- do you have any idea how

        9    much XRP is needed on a day-to-day or short-term

16:53:04 10    basis to trade in connection with ODL?

       11    A.    I could not put a precise number on it

       12    at all.

       13    Q.    Are you suggesting in your answers today

       14    that Ripple and its founders are only selling XRP

16:53:16 15    into the market to increase the supply and allow

       16    ODL transactions to occur instead of a variety of

       17    other reasons?

       18               MR. OPPENHEIMER:  Objection

       19          to the form.

16:53:29 20               MS. PROSTKO:  Objection to

       21          the form.

       22    A.    I could not preclude other reasons.

       23    Q.    Okay.  Let's look at paragraph 18.  I'm

       24    paraphrasing you, but you indicate that

16:53:48 25    Mr. ███████ incorrect.  You think there's not a

                                                              293

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

16:53:50  1    meaningful distinction between fiat currencies and

2    XRP with respect to whether the supplies and

3    prices are fixed or variable and that this

4    incorrect assertion also extends to his discussion

16:54:04  5    of stablecoins.

6         Am I more or less correct about what

7    you're saying?

8    A.   We haven't gotten to the meat of what

9    I'm saying in that paragraph.

16:54:21 10    Q.   All right.  Let me ask you some related

11    questions to what you're saying in that paragraph.

12         On a -- on any given day of the week --

13    could be this week, could be last week, could be

14    next week -- do you believe XRP has a variable or

16:54:34 15    a fixed supply?

16              MR. OPPENHEIMER:  Objection

17         to the form.

18    A.   I have been very clear that fixed is not

19    the concept I'm working with; that it would not be

16:54:47 20    a relevant -- in -- in the context of the supply

21    of XRP, controlled would be -- or, anyhow.  It's

22    fixed on a -- on most individual days, it is

23    fixed.  I would be happy to say that.

24    Q.   Okay.  Does XRP have a fixed price

16:55:06 25    relative to the price of the US dollar?

294

16:55:11  1          A.    No, it does not.

        2          Q.    On any given day of the week, does the

        3    USDC stablecoin have a variable supply?

        4          A.    It does so far as I'm aware.  My

16:55:25  5    understanding of how those work is that the supply

        6    changes to keep the price in respect to US dollar

        7    fixed.

        8          Q.    Okay.

        9          A.    The point of the paragraph is that that

16:55:35 10    does not fix the price of the USDC in terms of any

       11    other currency.

       12          Q.    Any other currency.  Okay.

       13                But you agree USDC does have a fixed

       14    price relative to -- that USDC does have a fixed

16:55:47 15    price relative to US dollar?

       16          A.    Relative to one currency, yes.

       17          Q.    Okay.  Let's go to paragraph 19.

       18                You say "Contrary to the assertion in

       19    paragraph 27 of Mr. ███████ report, economic

16:56:02 20    analysis indicates that a stablecoin would be

       21    neither better nor worse than XRP as a vehicle

       22    (bridge) currency because the value of a

       23    stablecoin is only stable with respect to one

       24    currency.  The issues Mr. ██████ identifies with

16:56:17 25    XRP in paragraphs 28 and 29 of his report would

                                                              295

```
16:56:19   1    therefore arise equally with a stablecoin."
           2            Did I read that correctly?
           3       A.   You did read that correctly.
           4       Q.   All right.  What is the assertion that
16:56:30   5    Mr. ███    made in paragraph 27 of his report?
           6                    MR. OPPENHEIMER:  Objection
           7            to form.
           8       Q.   I can give you a copy of the report
           9    if -- if it would be helpful.
16:56:45  10       A.   And this is his -- not --
          11       Q.   This is his original report.
          12       A.   -- not his amended rebuttal, but --
          13       Q.   Okay.  I'm going to hand you -- the
          14    question is still pending, but I'm going to hand
16:56:56  15    you what's been marked as Exhibit 9 because I
          16    believe that may assist your answer.
          17       A.   All right.
          18                    MR. OPPENHEIMER:  I'll
          19            withdraw the objection now that she's
16:57:01  20            got a copy.
          21                    (Whereupon, exhibit is received
          22            and marked SEC Osler Deposition Exhibit 9
          23            for identification.)
          24                    THE WITNESS:  Okay.
16:57:21  25                    MR. MOYE:  Perfect.
```

296

16:57:21  1          A.    27.

          2          Q.    So what's the assertion you're

          3  disagreeing with?

          4          A.    Okay.  So the overall assertion is that

16:58:14  5  stablecoin -- you know, it's hard to know where to

          6  start.  I'm so sorry.  The overall -- the

          7  overall -- contrary to the assertion in paragraph

          8  27, he's arguing in general that a stablecoin

          9  would be superior as a -- as a vehicle currency

16:58:37 10  and -- which is colloquially known as a bridge

         11  currency and -- and I'm taking issue with that.

         12          Q.    You disagree with that for the reasons

         13  set forth in paragraph 19 of your report?

         14                    MR. OPPENHEIMER:  Objection

16:58:51 15          to the form.

         16                    You can answer.

         17          A.    Okay.  I disagree with that for reasons

         18  set out in paragraph 18, and paragraph 19 can be

         19  interpreted as a summary, if you will, of the

16:59:03 20  implications of paragraph 18.

         21                    And what I highlight in paragraph 18 is

         22  that the value of a stablecoin is only stable with

         23  respect to one currency.  So, for example, if --

         24  suppose we wanted to use a stablecoin to get from

16:59:21 25  Japanese yen to pesos as we've been talking about.

                                                                    297

16:59:26  1     The initial exchange rate is between the yen and

2     the stablecoin, which is tied to the dollar, and

3     the subsequent exchange rate is between the

4     stablecoin and the peso and the stablecoin again

16:59:37  5     is tied to the dollar.

6            Well, we know that dollar exchange rates

7     are quite volatile, so the value of the stablecoin

8     in the two exchange rates for that transaction

9     would be unstable.  Would be -- well, let me just

16:59:50 10     say would not be stable.

11            And the idea put forth by Mr. █████

12     that the median price would be fixed, is

13     incorrect.

14        Q.   Okay.  In paragraph 19, you -- you're

17:00:09 15     disagreeing with Mr. █████ for the reasons

16     explained.  You say "economic analysis indicates."

17      What economic analysis are you referring to?  Are

18     you referring to your own understanding and

19     analysis or something else?

17:00:21 20                    MR. OPPENHEIMER:  Objection

21            to form.

22        A.   I'm referring to the economic analysis

23     in my report --

24        Q.   Okay.

17:00:27 25        A.   -- where I -- yeah.  I take the broad

298

17:00:35  1     understandings in the literature, I apply them to

       2     the facts, and that's my analysis.

       3          Q.   All right.  Let's look at paragraph 21.

       4                    MR. OPPENHEIMER:  Of which

17:00:44  5          report?

       6                    MR. MOYE:  Of the Osler

       7          rebuttal.

       8                    MR. OPPENHEIMER:  Thank you.

       9          Q.   So there's a sentence in here.  You say

17:01:03 10     "First, and most significantly, a person" -- you

      11     quote Mr. ██████   You say he's mistaken.  You say

      12     his assertion "is flatly incorrect."  And then you

      13     say "The vast majority of fiat currency

      14     transactions that do not start or end in US

17:01:16 15     dollars require two steps, not one."

      16               Do you see that?

      17          A.   Yes.

      18          Q.   Okay.  So I have a related question.

      19          A.   I think it's important for the record to

17:01:25 20     just highlight what Mr. ██████ did say.

      21          Q.   Please read it.

      22          A.   "Mr. ██████ mistakenly asserts that 'when

      23     using a traditional cross-border payment systems

      24     there is a single foreign exchange transaction.'"

17:01:36 25          Q.   Correct.  So I'm asking you about ODL.

                                                              299

17:01:38   1         What percentage of ODL volume do you

        2   understand is involved in a payment corridor that

        3   does not start or end in US dollars?

        4                 MR. OPPENHEIMER:  Objection

17:01:47   5        to the form.

        6               You can answer.

        7     A.   I would have -- I -- I do not have

        8   precise numbers.

        9     Q.   Do you know if that amount is

17:01:59 10   significant at all?

      11                MR. OPPENHEIMER:  Objection

      12        to form.

      13     A.   I do not know, I'm sorry.  What I do

      14   know is -- well, I'll just leave it at that.

17:02:16 15     Q.   So do you know -- do you know whether,

      16   in fact, the percentage of ODL volume involved in

      17   a payment corridor that does not start or end in

      18   USDA and USD is extremely small, less than a

      19   percentage?

17:02:28 20                MR. OPPENHEIMER:  Objection

      21        to form.

      22     A.   Here's what I do know.  Ripple has

      23   focused on creating networks in the Pacific Rim

      24   and has created quite a few relationships with

17:02:46 25   Pacific Rim remittance service providers as we

                                                     300

17:02:51  1   discussed this morning.  And that is a logical

2   strategic development according to standard

3   economic analysis for disruptive innovation and

4   dealing with products that require a network.

17:03:08  5          So that all fits.

6      Q.   Let me ask you hypothetically.  Assuming

7   the Pacific Rim were in this corridor that

8   you're -- that you've been discussing.  Suppose it

9   runs, hypothetically, to or from the United

17:03:22  10   States.

11          Wouldn't that eliminate for the purpose

12    of that corridor virtually all transactions

13    within that remittance corridor because it would

14    either start or end in US dollars?

17:03:32  15                  MR. OPPENHEIMER:  Objection

16          to form.

17      A.   I -- I -- perhaps I'm unable to make

18   sense of your question.

19          Remittances go all throughout that

17:03:45  20   region, from one country to another, from

21   Singapore to Malaysia, from Thai -- Japan to

22   Thailand, from Hong Kong to all of these

23   countries.  From South Korea, that's another one

24   of the rich ones, to the Philippines.

17:04:02  25          So the dollar would -- if the U.S. is

301

17:04:08  1   added as another node, that would not change the

2   amount of -- that would not change anything.

3        Q.   So let's be clear about this.  We're

4   talking about ODL.

17:04:18  5           Do you know, in fact, the country of

6   origin and the destination country for all of the

7   transactions that take place in that remittance

8   corridor?

9                     MR. OPPENHEIMER:  Objection

17:04:30 10        to form.

11                  You can answer.

12        A.   I -- I do not know that -- that

13   information.

14        Q.   Do you believe that the ODL -- that the

17:04:41 15   transactions using ODL in the Pacific remittance

16   corridor do not mostly involve US dollars in the

17   originating or ending currency?

18                     MR. OPPENHEIMER:  Objection

19        to form.

17:04:50 20                  You can answer.

21        A.   I don't -- within -- maybe I -- I just

22   lost track of the question.  It's getting late in

23   the day.  Say it again.

24        Q.   Yeah.

17:05:07 25           Did you look to determine for the use of

302

17:05:09  1    ODL the amount of transactions which did not begin

2    or end with US dollars?

3                        MR. OPPENHEIMER:  Objection.

4                        You can answer.

17:05:16  5    A.    I did not look.  I would be surprised if

6    such information were available.

7    Q.    But without looking, you can't -- you

8    can't be certain, can you?

9    A.    I cannot be certain, but I do know

17:05:28 10    where the -- yeah.

11    Q.    Let's look at paragraph 21.  Continue to

12    look at paragraph 21, a little further down.  You

13    talk about currency pairs including the Danish

14    krone and the euro and the Japanese yen and the

17:05:48 15    euro.  I have some questions about that.

16                        What's the basis for your understanding

17    about how these currency pairs operate?  I didn't

18    see a footnote but I could have missed it.

19    A.    This is common knowledge with respect to

17:06:09 20    how the foreign exchange market works.

21    Q.    Okay.  Is there a currency pair for the

22    Australian dollar to the Philippine peso?

23    A.    I don't believe so.

24    Q.    Is there a currency pair for the Swiss

17:06:21 25    franc to currency other than the U.S. dollar?

303

17:06:24   1        A.   So let's be clear.  Perhaps we need to

        2   be precise about when you say "a currency pair."

        3   The pair exists.  Is there active trading in the

        4   direct exchange?  I do not believe so.

17:06:37   5        Q.   All right.  Is it possible there's a

        6   host of other trading pairs where there's no

        7   active trading going on?

        8                     MR. OPPENHEIMER:  Objection

        9        to form.

17:06:46  10                     You can answer.

       11        A.   So technically one could be precise

       12   about the number of theoretical pairs.  I worked

       13   out the number using the United Nations' number of

       14   active currencies, which is 154.  And you can do

17:07:01  15   the math.  And it turns out that the theoretical

       16   number of pairs is something above 11,000.

       17             And in terms of the actively traded

       18   pairs, it -- the understanding around those of us

       19   who know foreign exchange, supported by -- well,

17:07:21  20   anyhow, the understanding, the knowledge, is that,

       21   by and large, the vast majority of these only

       22   trade directly with dollar and the major

       23   exceptions are now euro within Europe.

       24        Q.   Do you know what percentage of ODL's

17:07:47  25   volume is with Pacific Rim?

                                                          304

17:07:49  1                    MR. OPPENHEIMER:  Objection;

          2          asked and answered.

          3      A.    I'd like to highlight that in my

          4  analysis, I'm looking forward to -- I'm

17:08:00  5  considering whether the product can become an

          6  important competitor.  And so I look at the total

          7  amount.  The total, all the corridors of

          8  remittances.

          9          And as I highlight in paragraph 22,

17:08:14 10  there are massive amounts of remittances from

         11  states in the Near East to the subcontinent of

         12  Asia.  There are tons of remittances going around

         13  Asia.  There's tons of remittances going from

         14  Europe now to the Near East.  So those are the

17:08:37 15  channels that I consider important, the ones where

         16  Ripple could in the future compete.

         17      Q.    So I apologize if this is too similar to

         18  some of the prior questions I've asked you.  I'm

         19  used to repeating myself a little bit.

17:08:51 20          Can you tell me why you didn't think it

         21  was important to look at Ripple's experience using

         22  ODL in forming your opinion about whether ODL is

         23  well suited to compete as a disruptive technology?

         24  I mean, wouldn't it make sense to look at Ripple's

17:09:09 25  past experience in determining whether it has

                                                            305

17:09:11  1    built a better mousetrap than the rest of the

2    world?

3                        MR. OPPENHEIMER:  Objection.

4                        You can answer.

17:09:16  5        A.   There's an assumption here that I did

6    not look.  The premise is false.

7         Q.   Did you look at MoneyGram?

8                        MR. OPPENHEIMER:  Objection.

9                        You can answer.

17:09:26 10        A.   I did not look closely at MoneyGram.

11        Q.   Did you look at the volume that goes

12    back and forth through using ODL to the Pacific

13    Rim?

14        A.   As I have stated already, that

17:09:39 15    information is not available.

16        Q.   How do you know it's not available?  Did

17    you ask Ripple?

18                        MR. OPPENHEIMER:  Objection.

19        A.   As I have stated, I did not reach out to

17:09:49 20    Ripple and I have not communicated with Ripple.

21        Q.   Okay.  And do you know whether the flow

22    of money between the United States and Mexico

23    flows predominantly in one direction or the other

24    as -- as used by Ripple's ODL product?

17:10:01 25                        MR. OPPENHEIMER:  Objection.

306

17:10:06  1        A.   As I have said, I don't have the

2    information on what's exactly on ODL.

3        Q.   Okay.  So let's look at paragraph 25.

4    The top of page 13, in the middle of paragraph 25,

17:10:35  5    you're referring to "interbank transfers."  You

6    say "the kind Mr. ████ considers here are the

7    most expensive with average costs in excess of 10

8    percent for remittances."

9            Do you see that?

17:10:54 10        A.   I see that text.

11        Q.   Okay.  So with respect to those

12    remittances which have the fees in excess of 10

13    percent that you've discussed previously today,

14    who is bearing those costs?  Is it the end user?

17:11:08 15                    MR. OPPENHEIMER:  Objection

16            to form.

17        A.   The 10 percent number I cited earlier,

18    as I explained earlier, is the sum of costs borne

19    by senders and receivers.

17:11:25 20                    THE REPORTER:  Borne by?

21                    THE WITNESS:  Senders and

22            receivers.

23        Q.   So at least one of those would be the

24    end user, correct?  The person who ends up with

17:11:30 25    the funds?

                                                                307

```
17:11:31   1                    MR. OPPENHEIMER:  Objection

           2         to form.

           3                    You can answer.

           4    Q.   Let's use your terminology.  I

17:11:37   5  apologize.

           6    A.   Okay.

           7    Q.   All right.  Do you understand

           8  Mr. ████████ report to be evaluating costs to

           9  senders and receivers or is he evaluating costs to

17:11:46  10  remittance services?

          11                    MR. OPPENHEIMER:  Objection.

          12                    You can answer.

          13    A.   Let's be clear.  Mr. ██████ statement

          14  is ambiguous in many ways.  And as I highlight

17:12:08  15  here, he -- he con -- he appears to confuse

          16  bid/ask spreads and fees.

          17         So without clarity, it's -- it would be

          18  very difficult to know exactly who he had in mind.

          19    Q.   Are you certain you understood what he

17:12:26  20  was saying in his report?  Is it possible you

          21  misperceived or misunderstood?

          22                    MR. OPPENHEIMER:  Objection

          23         to the form.

          24                    You can answer.

17:12:41  25    A.   I am certain that he was confused
```

308

17:12:44 1  because he supports his description of fees with

2  information about bid/ask spreads rather than fees

3  from an academic paper.

4              THE REPORTER:  From?

17:12:56 5              THE WITNESS:  From an

6              academic paper.  You know what?  I'm

7              getting really dry.

8    Q.   Let's look at paragraph 27.  You say

9  "Mr. ███ argues that 'anyone buying XRP to

17:13:32 10 facilitate cross-border payments would have to

11 bear the substantial price volatility of XRP.'

12 This argument misunderstands the nature of

13 volatility and how the ODL product actually

14 functions."

17:13:45 15             Do you see that?

16   A.   Yes.

17   Q.   So in your report -- or in making that

18 statement, are you talking about the -- are you

19 talking about money transmitters or are you

17:14:08 20 talking about market participants, including

21 market makers?

22   A.   With respect to what?

23   Q.   Your criticism in paragraph 27.

24   A.   I'm discussing Mr. ███ point that

17:14:26 25 anyone buying XRP to facilitate.  So however he's

309

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

17:14:30  1    defining "anyone," I'm disputing -- I'm -- I'm

2    disputing that point.

3         Q.   Okay.  Are -- are you intending to

4    suggest that market makers would not be subject to

17:14:44  5    substantial price volatility in XRP?

6                   MR. OPPENHEIMER:  Objection

7              to form.

8         A.   What I highlight is that the standard

9    deviation of -- or the volatility of exchange rate

17:15:00  10   of the XRP price in terms of dollars at the

11   five-second time horizon is less than 1/100th of 1

12   percent.  And I contrast that with a figure he

13   provides of 65.1 percent, which is this annualized

14   version of one-month volatility and is not

17:15:26  15   relevant to the actual volatility that would be --

16   that anyone would be subject to at the five-second

17   time horizon.

18             And this -- this amount of volatility is

19   quite small.  And I also highlight -- I believe I

17:15:47  20   highlight it in there somewhere -- that dollar --

21   I highlight in these documents the dollar is quite

22   volatile.  It's an -- dollar exchange rates are

23   volatility and, as a result, anyone who uses the

24   normal foreign exchange markets to get from one --

17:16:03  25   from one nondollar currency to another and -- and

310

17:16:07 1  uses the dollar as a vehicle currency would also

2  be subject to volatility in that small time

3  horizon.

4      Q.   As you understand the ODL corridor, does

17:16:18 5  anyone hold XRP for longer periods of time than

6  you suggest in your report?

7                    MR. OPPENHEIMER:  Objection

8          to form.

9      A.   It's my understanding that the -- so the

17:16:35 10 sender of the fiat currency does not and the

11 remittance service provider does not.  Ripple, as

12 a market maker, might or might not.  And then on

13 the other end, you've got the remittance service

14 provider on the other end, which can be the same

17:16:54 15 as the first one, they do not.  And the final

16 recipient of the fiat currency does not.

17     Q.   Are you assuming that Ripple does not

18 use market makers to provide liquidity in the ODL

19 corridor?

17:17:02 20                   THE REPORTER:  I'm sorry,

21         repeat.

22     Q.   Are you assuming that Ripple does not

23 use market makers to provide liquidity in ODL

24 corridors?

17:17:11 25                   MR. OPPENHEIMER:  Objection

311

17:17:11    1              to form.

            2        A.   I have -- so what I have -- okay.  No,

            3   I'm not assuming.

            4        Q.   You think you have some knowledge

17:17:27    5   that -- that precludes the possibility of Ripple

            6   using market makers in its ODL corridors?

            7              MR. OPPENHEIMER:  Objection

            8         to form.

            9        A.   Okay.  We're getting tangled.  Let's

17:17:35   10   start again on that one.

           11        Q.   All right.  Does Ripple use market

           12   makers to provide liquidity in its ODL corridors?

           13              MR. OPPENHEIMER:  Objection.

           14        A.   Clarify what you mean for "use market

17:17:48   15   makers," please.

           16        Q.   Yeah.  Do people who use ODL, the ODL

           17   product, for foreign currency exchange, do they

           18   obtain their XRP from market makers other than

           19   Ripple to effectuate these transactions?

17:18:01   20              MR. OPPENHEIMER:  Objection

           21         to form.

           22        A.   My understanding of the ODL product is

           23   that Ripple provides the XR -- does the

           24   transaction in the middle as a market maker, as I

17:18:11   25   said earlier, and that Ripple sometimes sources --

                                                              312

17:18:16    1    and I -- the -- the XRP from other market

            2    participants whether they're market makers or not.

            3        Q.   Okay.  So I think you've explained your

            4    understanding and I appreciate that and I thank

17:18:29    5    you for that.

            6             I'm going to suggest a hypothetical.

            7    Suppose you're wrong and suppose that in ODL

            8    transactions, remittance providers reach out to

            9    market makers other than Ripple to buy and sell

17:18:41   10    XRP in order to effectuate these transactions.

           11             Under those conditions, wouldn't those

           12    market makers be exposed to price volatility in

           13    XRP because they are going to hold their XRP

           14    longer than a minute or five seconds or -- or this

17:18:56   15    shorter time period we've talked about?

           16        A.   The nature of market making is to take

           17    on inventory risk.  This is one of the things that

           18    all market makers in all circumstances do and they

           19    get compensated for it.

17:19:19   20        Q.   Let's look at paragraph 28.

           21             MR. MOYE:  Why don't we do

           22             that now.  Want to take a short --

           23             why don't we take a short break so he

           24             can switch cards.

17:19:26   25             THE WITNESS:  Okay.

                                                                    313

```
17:19:27   1                    THE VIDEOGRAPHER:  Okay.
           2            Going off the record at 5:19.
           3                 (Whereupon, a recess is taken.)
           4                    THE VIDEOGRAPHER:  Okay.
17:35:40   5            Back on the record at 5:35.
           6   BY MR. MOYE:
           7        Q.   Professor Osler, do you know whether
           8   Ripple in the past has paid market makers because
           9   they bear the risk of holding XRP?
17:35:58  10        A.   I do not know that.
          11        Q.   Let's look at paragraph 31 of your
          12   rebuttal.  If I'm understanding correctly, you
          13   indicate that "exchange rates among fiat
          14   currencies are highly volatile."
17:36:26  15            Do you see that?
          16        A.   I do.
          17        Q.   And you criticize Mr. █████ for what you
          18   think is a misunderstanding about the average
          19   change in certain prices between vehicle
17:36:38  20   currencies, is that correct?
          21                    MR. OPPENHEIMER:  Objection
          22            to form.
          23        A.   I -- I'm not sure that's how I would
          24   articulate it at all.
17:36:43  25        Q.   Okay.  How would -- how would you
```

314

17:36:44  1   articulate what you're saying in paragraph 31?

2       A.   I'll finish reading the paragraph and

3   then I'll provide a summary.  All right.

4            (Pause)

17:37:17  5       A.   So Mr. -- all right.  If I...

6       Q.   ████████

7       A.   Yes, I'm -- I'm trying to -- Mr. ██████

8   yes.  I'm trying to just reconstruct the line of

9   reasoning here.

17:37:45 10            So I'm saying that a fiat currency would

11  have volatility if it were used as a vehicle

12  currency as is true for XRP.  And, in fact, the

13  dollar is used as the vehicle currency in the

14  world's foreign exchange market.  It is -- it is

17:38:13 15  the dominant vehicle currency as I've discussed.

16  And dollar exchange rates are volatile, which

17  means that in the whatever seconds it is involved

18  in a conversion from yen to Phil -- to dollars and

19  dollars to Philippine pesos, whoever is doing the

17:38:37 20  conversion is exposed to risk.

21       Q.   Okay.

22       A.   So there's to be -- to summarize that,

23  there's no qualitative difference in that between

24  XRP and a fiat currency.

17:38:53 25       Q.   Is it your understanding that one of the

315

17:38:55  1   main remittance corridors that was involved in

          2   using the ODL was between United States and

          3   Mexico?  Is that consistent with your

          4   understanding?

17:39:04  5                      MR. OPPENHEIMER:  Objection

          6          to form.

          7                      You can answer.

          8        A.   I think I clarified earlier that I was

          9   not aware of the balance of doll -- of remittance

17:39:14 10   flows within ODL.

         11        Q.   Were you aware that the corridor between

         12   United States and Mexico was one of the corridors

         13   where ODL was used?

         14                      MR. OPPENHEIMER:  Objection.

17:39:24 15                      You can answer.

         16        A.   I think I've answered that.

         17        Q.   Is that a yes?

         18        A.   It depends on how the question was

         19   phrased.

17:39:33 20        Q.   Let's repeat --

         21        A.   I have answered that I did -- was not

         22   aware of the balance of where ODL -- of currency

         23   pairs of remittance corridors where ODL was used.

         24        Q.   Okay.  Well, please assume for this

17:39:49 25   question then that it is true that the remittance

                                                              316

17:39:56  1    corridor is between the United States and

       2    Mexico -- sorry -- and ODL was used to make

       3    currency transactions in that corridor.  Okay?

       4        A.   Okay.

17:40:11  5        Q.   Is there a vehicle corridor -- is there

       6    a vehicle currency when trading between US dollars

       7    and Mexican pesos?

       8        A.   No, there is not.

       9        Q.   How does the US dollar function in

17:40:24 10    trading between US dollars and Mexican pesos?

      11        A.   It functions as the beginning currency,

      12    the sending currency, and -- yeah, it's the

      13    sending currency and then Mexican pesos are the

      14    receiving currency.

17:40:36 15        Q.   Okay.  For transactions from US dollar

      16    to Mexican pesos, do you know how long US dollars

      17    is being held?

      18                    MR. OPPENHEIMER:  Objection.

      19                    You can answer.

17:40:49 20        A.   If -- there's an apples-to-oranges

      21    comparison here.  The -- there's no vehicle

      22    currency, so there no concept of holding the

      23    dollars.

      24        Q.   So how about for a transaction that does

17:41:01 25    use a vehicle currency?  Some Australian dollars

                                                            317

17:41:04  1    to US dollars to Philippine pesos.

2         Do you have any understanding of how

3    long the sender is exposed to price volatility of

4    US dollars?

17:41:14  5    A.   In the wholesale foreign exchange

6    market, those transactions happen extremely

7    rapidly.  Seconds.

8         Q.   Is the sender exposed to price

9    volatility if it takes time to settle?

17:41:28 10                    MR. OPPENHEIMER:  Objection.

11                    You can answer.

12         Q.   I'm sorry.

13              Is the recipient exposed to price

14    volatility?

17:41:36 15                    MR. OPPENHEIMER:  Objection.

16         A.   I -- I'm trying to understand your

17    question.  Perhaps you can clarify the mechanism

18    you have in mind.

19         Q.   Sure.

17:41:47 20              How much time does it take, as far as

21     you know, for a transaction to settle from

22     Australia to the Philippines?

23         A.   Are we talking about settlement time or

24    trading time?  Because these are different

17:41:58 25    concepts.

318

17:41:59  1          Q.   Let's talk about settlement time.

          2          A.   Okay.

          3          Q.   Do you know how long that takes?

          4          A.   In the foreign exchange market, the

17:42:09  5    wholesale foreign exchange market, which are used

          6    by banks and Western Union, it takes two days for

          7    the majority of currency pairs to settle.

          8          Q.   During those two days, does the price at

          9    which the transaction was executed change?

17:42:23 10          A.   No, the trade has already happened, so

         11    the price is all set.

         12          Q.   So does anyone bear the cost of the

         13    longer settlement time in that transaction?

         14                    MR. OPPENHEIMER:  Objection.

17:42:38 15                    You can answer.

         16          A.   The cost is not well defined.  Is there

         17    a price change to worry about in the two days?

         18    No, because the trade has been finalized and so

         19    the price is -- no.

17:43:03 20          Q.   Okay.  Look at paragraph 33.  It's a

         21    long paragraph -- feel free to read it -- but I'm

         22    going to ask you about the second-to-last sentence

         23    in what you say Mr. ███████ has failed to consider.

         24          A.   Okay.

17:43:19 25                    (Pause)

                                                              319

17:43:49  1          A.   Okay.

          2          Q.   All right.  So in paragraph 33, you say

          3     "Mr. ███ fails to consider the more logical

          4     explanation, that Ripple's statements advanced the

17:44:05  5     goal of building Ripple's own network, as opposed

          6     to generating interest among Mr. ████ so-called

          7     'investment-oriented purchasers' of XRP."

          8               Did I read that correctly?

          9          A.   You read that correctly.

17:44:16 10          Q.   Okay.  So I want to ask you -- you

         11     understand that in the ████ report, he quoted

         12     from a variety of statements and documents

         13     originated by Ripple or its executives, correct?

         14                    THE REPORTER:  I -- I can't

17:44:30 15               hear that.  He quoted from a variety

         16               of statements and documents...

         17          Q.   -- statements and documents that

         18     originated with Ripple or its executives, correct?

         19          A.   He does.

17:44:37 20          Q.   Okay.  So I'd like to direct you to the

         21     ████ -- initial ████ report, which is Exhibit 9.

         22          A.   Do we have that one already?

         23          Q.   You do.

         24          A.   Okay.  And 3, 1.

17:44:59 25          Q.   Look on your right.

                                                             320

17:45:00  1        A.    Is it one of these perhaps?

          2        Q.    I think so.

          3        A.    It says ▮▮▮ expert report.  Yes.

          4        Q.    Okay.  Please look at page 24 of the

17:45:17  5    ▮▮▮ report.  At the top -- this is within

          6    paragraph 43.  Mr. ▮▮▮ says "Indeed, when the

          7    escrow" -- this is the escrow of XRP -- "was

          8    announced, Ripple CEO Brad Garlinghouse wrote

          9    about how this would benefit 'investors.'"

17:45:45 10             Please read for the record -- and do it

         11    reasonably slowly -- the quote from

         12    Mr. Garlinghouse that's in Mr. ▮▮▮ report.

         13        A.    "Today we are permanently removing" the

         14    uncertainty -- "that uncertainty by committing to

17:46:00 15    place 55 billion XRP into a cryptographically

         16    secured escrow account by the end of 2017.  By

         17    securing the lion's share of our XRP, investors

         18    can now mathematically verify" that the -- "verify

         19    the maximum supply of XRP that can enter the

17:46:16 20    market."

         21        Q.    What do you understand Mr. Garlinghouse

         22    to be saying in that quote?

         23                   MR. OPPENHEIMER:  Objection

         24             to form.

17:46:25 25        A.    I think consistent with what I said

                                                              321

17:46:28   1   earlier, he's removing uncertainty.

           2       Q.   For whom?

           3                 MR. OPPENHEIMER:   Objection.

           4       A.   As I said earlier, he's removing it for

17:46:36   5   lots of people.  He specifies investors, but he's

           6   removing it for anyone interested in XRP for any

           7   purpose.

           8       Q.   Okay.  So that's your understanding.

           9   But do you attribute any -- any significance to

17:46:50  10   his use of the term "investors"?

          11                 MR. OPPENHEIMER:   Objection.

          12       A.   I -- no.

          13       Q.   In other words, why are you reading it

          14   more broadly than the term "investors" that he

17:47:00  15   used here?

          16                 MR. OPPENHEIMER:   Objection

          17           to form.

          18       A.   He -- okay.  He specifies investors?

          19       Q.   He does.

17:47:06  20       A.   I do not attribute significance to it.

          21   I -- my own interpretation is, as I said earlier,

          22   he removed uncertainty for anyone interested in

          23   XRP one way or the other.

          24       Q.   Okay.  So thank you for clarifying that

17:47:19  25   and I think we've established that.

                                                              322

17:47:19   1          My question is why.  Why didn't you
          2    attribute any significance to the word
          3    "investors" in your understanding of this quote?
          4                    MR. OPPENHEIMER:  Objection.
17:47:29   5          A.   I -- I have not been asked to opine on
          6    Mr. Garlinghouse's mind and I have no opinions
          7    about it.
          8          Q.   But you did opine on whether Mr. ████
          9    was correctly interpreting Mr. Garlinghouse's
17:47:45  10    statement, did you not?
         11                    MR. OPPENHEIMER:  Objection;
         12              mischaracterizes the report.
         13          A.   I believe --
         14          Q.   Let me rephrase that question.
17:47:57  15          You did think that Mr. ████ was
         16    incorrect in the statements and documents that he
         17    quoted from in his report and -- and you disagree
         18    with him that those statements would be understood
         19    as benefiting chiefly investments, is that fair?
17:48:17  20                    MR. OPPENHEIMER:  Objection;
         21              mischaracterizes.
         22                    You can answer.
         23          A.   My opinion as stated in this rebuttal
         24    report is that Mr. ████ characterization of
17:48:34  25    Ripple's strategic behavior is not necessarily

                                                                    323

17:48:38  1    supported by the quotation he provides.  And that

2    the -- there's such a strong, very strong,

3    economic rationale for what Ripple has done along

4    the way, that that would be the logical place to

17:48:58  5    start.  There's something known as Occam's razor,

6    which is stick to this straightforward solution.

7    It's probably the right one.

8         Q.   Okay.  Let me return to something I

9    think you said earlier when you read the quote

17:49:11 10    from Garlinghouse.  And I'm going to give you the

11    chance to tell me if I got this wrong.

12              But did you say that he was trying to

13    reduce or eliminate uncertainty in the XRP market?

14    Is that a term you used?

17:49:21 15                   MR. OPPENHEIMER:  Objection.

16         A.   I used -- I did say reduce uncertainty.

17    I don't remember the rest of exactly what I said.

18         Q.   Okay.  Do you believe he was trying to

19    reduce uncertainty in the XRP market?

17:49:33 20                   MR. OPPENHEIMER:  Objection

21              to form.

22         A.   Again, I am not here to opine on what

23    Mr. Garlinghouse is thinking.

24         Q.   Do you have an understanding of who

17:49:43 25    would have been in the market to purchase XRP back

324

17:49:47  1   at the end of 2017?

2        A.   Not precisely.

3        Q.   All right.  Just one of the exhibits we

4   previously marked.  If you could please look at

17:50:10  5   Exhibit 6, the rebuttal report of ██████████

6        A.   All right.

7                  MR. OPPENHEIMER:  I'm sorry,

8             I'm having an issue with the real

9             time.  Can we pause for a second?  We

17:50:33 10             don't have to go off the record.

11                  MR. MOYE:  As long as it

12             doesn't hurt my time, sure.

13                  MR. OPPENHEIMER:  I'll give

14             you back the minute if you need it.

17:50:36 15                  MR. MOYE:  Thank you.

16                  (Pause)

17   BY MR. MOYE:

18        Q.   All right.  Please open the ████████

19   rebuttal report to pages 8 and 9.  Eight first and

17:51:23 20   then we'll look at 9.  I'm going to ask you a

21   series of questions that are either quotes from or

22   paraphrased from Mr. ████████ report.  I don't

23   want to hide what I'm doing.  It's in -- it's

24   going to be in paragraphs B, C, and D on page 8

17:51:43 25   and then we'll look at a couple on page 9.  I'm

325

17:51:48   1    just going to ask you whether you agree or

2    disagree with the statement I'm reading.  Okay?

3    And we're going to go through several.

4         First statement.  Do you agree that "XRP

17:51:57   5    is not a commonly accepted medium of exchange for

6    the purpose of goods or services nor in processing

7    payments for goods"?

8              MR. OPPENHEIMER:  Objection.

9              You can answer.

17:52:08   10   A.   I had clarified earlier that "commonly

11   accepted" has no definition in the literature, so

12   I couldn't say.

13        Q.   Do you agree that "None of the largest

14   retailers in the U.S. nor the major payment

17:52:21   15   processors accept XRP as a medium of exchange"?

16             MR. OPPENHEIMER:  Objection.

17        A.   I would note that none of the largest

18   retailers in the U.S. nor the major payment

19   processors -- well, I couldn't know about that --

17:52:34   20   have accepted euros as a medium of exchange

21   either.

22        Q.   Can you an -- can you answer the

23   question?

24        A.   I would like --

17:52:40   25   Q.   Do you agree --

326

17:52:40  1        A.    -- to highlight that focusing on the

        2   U.S. as a benchmark for "commonly accepted," the

        3   term is not defined and the United States is

        4   certainly not the definition.

17:52:53  5        Q.    All right.  Are you unwilling to answer

        6   the question I asked of whether --

        7                    MS. PROSTKO:  Objection.

        8        Q.    -- whether you agree that none of the

        9   largest retailers in the U.S. nor the major

17:53:02 10   payment processors accept XRP as a medium of

       11   exchange?

       12                    MR. OPPENHEIMER:  Objection

       13            to the form.

       14        A.    I think I've made clear that the

17:53:08 15   statement is irrelevant.

       16        Q.    So is that a no?  You're not willing to

       17   answer the question?

       18                    MR. OPPENHEIMER:  Objection.

       19        A.    I think that's putting words in my

17:53:15 20   mouth.  I said the statement is irrelevant.

       21        Q.    Well, Professor Osler, you probably

       22   think most of my questions today were irrelevant.

       23   Yet you were a very good sport and you answered

       24   nearly all of them.  We're really close to the end

17:53:27 25   here.  I can keep repeating, but I just -- a

                                                              327

17:53:30   1   yes-or-no answer would help us get through this.

         2         Do you agree or disagree that none of

         3   the largest retailers in the U.S. nor the major

         4   payment processors accept XRP as a medium of

17:53:39   5   exchange?

         6                    MR. OPPENHEIMER:  Objection;

         7         asked and answered.

         8      A.   Noting that the matter is irrelevant to

         9   the nature of XRP one way or the other, I will say

17:53:47  10   I agree with that.

        11      Q.   Okay.  And that can be a standing

        12   objection for these questions if that would be

        13   helpful to you.  I'm happy to make that part of

        14   the record.

17:53:55  15         Do you agree, Professor Osler, that "XRP

        16   is not generally used to quote the prices and

        17   values of goods and services"?

        18                    MR. OPPENHEIMER:  Objection.

        19      A.   I have the same objection right from the

17:54:09  20   start.  "Generally accepted" is, first of all, not

        21   unanimously -- not defined.  So the questions here

        22   are not relevant to whether XRP does or does not

        23   function, have these functions.  And I -- so I

        24   disagree that the definition that it is required

17:54:31  25   or that I disagree that there's any definition to

                                                              328

17:54:34   1   "generally accepted."

           2          And I -- so I -- anyhow, these -- these

           3   matters here, I disagree with fundamentally the

           4   premise.

17:54:47   5          Q.   Do you agree that "XRP is not used

           6   frequently or regularly to quote the" price of --

           7   "prices and values of goods and services"?

           8                    MR. OPPENHEIMER:   Objection

           9          to form.

17:54:56  10          A.   That is still undefined and it is still

          11   not relevant to the definition or the nature of a

          12   currency.  As I've said, the -- the currency of

          13   the Seychelles, the Seychelles rupee, is a

          14   currency and there's less than a million people

17:55:11  15   there.  So this notion of generally accepted and

          16   that it has to be based on the United States for

          17   some reason has no foundation conceptually.

          18          So it's -- it's just difficult for me to

          19   make head or tail of why this is here.

17:55:30  20          Q.   Well, again, whether or not you think

          21   it's relevant, are you able to answer whether you

          22   agree or disagree whether XRP is frequently or

          23   regularly used to quote the prices and values of

          24   goods and services?

17:55:42  25          A.   I cannot say because "frequently" is not

                                                                      329

17:55:45  1    defined.

2         Q.    Okay.  Can you say one way or the other

3    whether XRP is used in financial reporting?

4         A.    I couldn't say.

17:55:54  5         Q.    Can you say one way or the other

6    whether, in Ripple's own quarterly XRP market

7    reports, the amount of XRP that Ripple sells each

8    quarter is quoted in US dollars, not in XRP?

9                    MR. OPPENHEIMER:  Objection.

17:56:09 10         A.    I couldn't say that one way or the

11   other.

12        Q.    Have you seen any of Ripple's --

13        A.    I have looked at them.

14        Q.    -- XRP market reports?

17:56:17 15        A.    To say that it does not function some --

16   as something here does not imply that XRP does not

17   serve that function somewhere else.  So I have

18   highlighted that XRP serves as a unit of account

19   in the medium of exchange function that it serves

17:56:35 20   in the payment service it provides, which is the

21   goal of Ripple in terms of where it wants to head

22   as a business model.

23        Q.    Professor Osler, do you agree or

24   disagree that XRP is at least 11 times more

17:56:52 25   volatile -- that the price of XRP is at least 11

330

17:56:54  1    times more volatile than any of the top ten most

2    traded fiat currencies in the world?

3                    MR. OPPENHEIMER:  Objection.

4         A.   My own numbers don't go there to a

17:57:06  5    number 11 or more, though I haven't particularly

6    studied it.

7         Q.   So does that mean you don't know or you

8    disagree?

9         A.   That means I couldn't say specifically.

17:57:16  10        Q.   Okay.  Let's turn over to page 9.  These

11   questions will be similar and they'll be drawn or

12   paraphrased from --

13        A.   If I could flush out my answer to that.

14        Q.   You may.

17:57:29  15        A.   As I highlighted earlier today, the --

16   the standard deviation of XRP prices in that

17   academic article which implies a .1 percent

18   volatility at the one-minute horizon is five times

19   the volatility of a dollar or euro at the

17:57:49  20   one-minute horizon that I calculated.

21             So the number 11, it could well be

22   lower; it could be higher.  I -- my own evidence

23   does not suggest that 11 is -- is -- suggests that

24   11 is probably high.

17:58:02  25        Q.   All right.  I don't want to mislead you.

331

17:58:03  1   He was -- Professor ███████ was not looking at the

2   chart that I showed you earlier today.  I believe

3   he's referring to the chart on page 18 of this

4   report.  You are free to look at that if it helps

17:58:16  5   you.

6        A.   Okay.  Well, this is daily to start

7   with.  And my numbers were for the one-minute

8   horizon.

9        Q.   Right.

17:58:31  10       A.   So there's all this -- and -- and,

11   again, daily is not relevant for the cross

12   currency -- the remittance nondollar crosses that

13   Ripple is focused on.

14       Q.   So, again, is it that you disagree with

17:58:49  15   him with the statement I read to you or that you

16   can't say whether the statement is correct?

17            MR. OPPENHEIMER:  Objection;

18       asked and answered.

19       A.   I would say that the data he provides

17:59:00  20   are -- I would say there's a lot of ways to

21   measure it.  Okay?  And this is one of them.

22       Q.   Okay.  Let's go over to page 9,

23   paragraph F., right after the first mention of the

24   bolivar.

17:59:16  25            Here's the question:  Do you agree that

332

17:59:19  1  XRP is not designated legal tender nor government

       2  backed, like traditional fiat currencies?

       3      A.   I'm sorry, which statement within the

       4  paragraph?

17:59:31  5      Q.   It's in the middle, starts "In

       6  contrast..."

       7      A.   Uh-huh.  I do not disagree with that.

       8      Q.   Here's the next statement.

       9          Do you agree that XRP -- that because

17:59:47 10  XRP is not a fiat or government-backed currency --

      11  I'm sorry, let me scratch that.

      12          Do you agree that because XRP is not

      13  designated as legal tender, that it is not

      14  required to be accepted as a medium of exchange?

17:59:59 15                  MR. OPPENHEIMER:  Objection

      16          to form.

      17      A.   Let me just think a little more.  This

      18  is legal stuff and I feel like I'm out of my depth

      19  with legal -- you know --

18:00:19 20      Q.   That's a fair caveat.  I'm not asking

      21  for a legal explanation.  Simply as an economist.

      22          Do you believe that someone could hold

      23  XRP, bring them to a transaction, and say you

      24  really must accept this XRP in payment because I

18:00:34 25  really want you to?

                                                      333

18:00:36   1                          MR. OPPENHEIMER:  Objection.

           2        Q.   Do you think you could compel someone to

           3   accept XRP in payment?

           4                          MR. OPPENHEIMER:  Objection

18:00:39   5             to form.

           6        A.   In general, one of the attractive things

           7   about cryptocurrencies is that they are used

           8   voluntarily.

           9        Q.   Okay.  So do you agree or disagree that

18:00:59  10   Venezuelans today commonly transact goods in more

          11   stable currencies than the bolivar like the US

          12   dollar?

          13        A.   I actually don't know.

          14        Q.   Okay.  And do you agree or disagree that

18:01:18  15   in 2020, the country of Venezuela actually

          16   legalized US dollar-based transactions?

          17                          MR. OPPENHEIMER:  Objection.

          18             You can answer.

          19        A.   I was not aware of it.  Venezuela is --

18:01:42  20   Venez -- using Venezuela misses the point.  There

          21   are extremely volatile currencies such as the

          22   Turkish lira.  In the 1990s, the Turkish lira was

          23   depreciating at 40 to 80 percent per year and it

          24   continued to be used.  So substantial volatility

18:02:02  25   in the value of a currency is consistent with it

                                                                   334

```
18:02:04   1    being used as a currency.
           2         Q.   All right.  Let's go to page 15.  And,
           3    again, you can dis -- you can agree, you can
           4    disagree, you can say you don't know or I suppose
18:02:25   5    you could object to my question.
           6              But the question is, which is drawn from
           7    paragraph 20, do you agree that XRP is not
           8    commonly accepted as a medium of exchange by major
           9    credit card processors like Visa, MasterCard,
18:02:39  10    American Express, et cetera?
          11                   MR. OPPENHEIMER:   Objection.
          12         A.   I see that it's written here and I can't
          13    say that I looked at it directly myself.
          14         Q.   So you don't know?
18:02:50  15         A.   So I am not aware one way or the other.
          16         Q.   Okay.  And turning over to page 18 to
          17    the figure, the diagram that I -- I'm sorry, the
          18    chart that I referred you to before.
          19         A.   Uh-huh.
18:03:13  20         Q.   Do you see that Professor ████ has
          21    constructed a graph showing daily return of
          22    volatility between August 6th, 2013 and December
          23    22nd, 2020, for a variety of fiat currencies
          24    versus XRP.
18:03:29  25              Do you see that?
```

                                                                    335

18:03:30  1       A.    I do.

       2       Q.    Okay.  As an economist, if you had the

       3  appropriate data set, could you have created your

       4  own chart showing the volatility of XRP against

18:03:39  5  other currencies for different periods of time?

       6       A.    Absolutely.

       7       Q.    Okay.

       8              MR. MOYE:  Let me consult

       9              with my colleague for a moment and

18:03:48 10              that may be all the questions that I

      11              have for you.

      12              THE VIDEOGRAPHER:  All

      13              right.  Going off the record at 6:03.

      14              (Pause)

18:05:15 15              THE VIDEOGRAPHER:  Okay.

      16              Back on the record, 6:05.

      17              MR. MOYE:  Thank you,

      18              Professor Osler.  Those are all the

      19              questions I have for you today.

18:05:21 20              THE WITNESS:  Okay.  Thank

      21              you.

      22  CROSS-EXAMINATION

      23  BY MR. OPPENHEIMER:

      24       Q.    Professor Osler, I have just a few

18:05:25 25  questions for you.  You were asked some questions

                                                           336

18:05:28   1    about the materials cited in your port -- in your
           2    report and said -- I'll paraphrase a bit -- but
           3    essentially you included the materials that were
           4    critical to your opinion.
18:05:40   5              Do you recall that testimony?
           6         A.   I do.  That was -- that was way at the
           7    beginning of the day, but, yes.
           8         Q.   Can you explain what you meant by
           9    materials that were critical to your opinion?
18:05:51  10         A.   This is the information that -- it was
          11    an important fact that I used or it provided an
          12    important perspective that I used.  So I
          13    considered it and I -- that it frame -- helped
          14    frame the opinion.  It helped shape the opinion
18:06:14  15    that I actually have.
          16         Q.   Are there any materials that helped
          17    shape your opinions that were not listed in the
          18    report?
          19         A.   I think we went -- found one place where
18:06:23  20    I didn't cite something on a -- on a small item
          21    and, otherwise, I was doing my best to cite
          22    everything.
          23         Q.   So aside from that one instance, you're
          24    not aware of any places where there is material
18:06:32  25    that influenced your opinion that was not cited in

                                                              337

18:06:34  1     the report, is that correct?

2         A.    Correct.

3         Q.    Okay.   You were asked some questions

4     about whether you had made efforts to essentially

18:06:50  5     calculate what the costs of ODL transactions are.

6         Do you recall that set of questions?

7         A.    I -- I recall that there was such a set,

8     yes.

9         Q.    Can you briefly summarize what your

18:07:02 10     opinion about the cost of ODL is in this case?

11         A.    Could you be more specific?

12         Q.    Are you offering an opinion about the

13     actual costs that have been historically paid by

14     users of ODL?

18:07:20 15         A.    No.

16         Q.    Are you offering an opinion based on the

17     economic theory behind the ODL product?

18         A.    Yes.   I'm offering an opinion based on

19     the product properties of the ODL product.

18:07:49 20         Q.    Can you explain what types of costs are

21     typically present in a traditional cross-border

22     payment transaction?   Just the -- the categories

23     of costs.

24         A.    There are basic fees that the center

18:08:10 25     pays to whatever the remittance service provider

338

18:08:17   1   is.  And then there is the exchange, the currency

2   exchange process that involves different exchange

3   rates and it's different for that -- the paying of

4   the bid versus the ask.

18:08:36   5        And then there are sometimes exchange

6   fees.  If you're going through a -- through a

7   bank, there are no exchange fees, so that would

8   not be -- that would not be relevant in that

9   context.  There would just be the -- the upfront

18:08:53  10   fees.

11        Plus the bid/ask spread or spreads if

12   it's going through a -- the dollars vehicle

13   currency or a vehicle currency.

14        And then there would be sender fees as

18:09:07  15   well.  And exactly the balance of those varies

16   quite widely from what I understand.

17        And so -- and then there's the

18   transaction fee that can be -- and then there's

19   the transaction fee.

18:09:35  20        Q.   So if I could summarize or if you could

21   tell me if I have this list right.

22        A.   Uh-huh.

23        Q.   You mentioned fees to the provider,

24   exchange fees, bid/ask spreads, sender fees, and

18:09:48  25   the transaction fee?

339

18:09:49  1        A.    Uh-huh.

         2        Q.    Is that correct?

         3        A.    Yeah.

         4        Q.    And --

18:09:56  5        A.    Well, so those are those costs.  And

         6   then there's the time, which is huge.  The -- the

         7   time for bank transactions -- well, the time in

         8   general is huge and this why the World Bank

         9   considers a five-day receipt to be relatively

18:10:17 10   fast.  Five days is considered by the World Bank

        11   to be relatively fast.  So just putting it out

        12   there.

        13            The -- the time of these transactions,

        14   which for banks can go up to ten days sometimes,

18:10:29 15   is substantial and costly.

        16        Q.    So let me go through those categories

        17   now with respect to ODL.

        18            Would ODL also have an -- a -- a bid/ask

        19   spread?

18:10:43 20        A.    Yes.

        21                 MR. MOYE:  Objection;

        22            foundation.

        23        Q.    Would ODL potentially face exchange

        24   fees?

18:10:50 25                 MR. MOYE:  Objection;

                                                            340

18:10:51  1          foundation.

        2          A.   I'm not certain about that because I

        3     don't think of ODL as an exchange.

        4          Q.   So it may or may not?

18:11:02  5          A.   It may or may not.

        6          Q.   Does ODL have to involve sender fees?

        7               MR. MOYE:   Objection;

        8          foundation.

        9          A.   The RSP, the remittance service

18:11:14 10     provider, charges those.

       11          Q.   So would you expect to see them in an

       12     ODL transaction?

       13          A.   Yes.  So those would be the same.

       14          Q.   And what about a transaction fee?

18:11:27 15          A.   The transaction fee for ODL is trivially

       16     small and the time is very short.

       17          Q.   And what about fees to the remittance

       18     service provider?  Would any be required for an

       19     ODL transaction?

18:11:41 20          A.   You mean for the person bringing the

       21     funds in?

       22          Q.   I think one of the categories you

       23     mentioned was fees to the provider.

       24          A.   So I guess there's -- what I meant was

18:11:54 25     there's the person coming in who pays a fee and

                                                              341

18:11:56  1   there's the person who takes the money out who

2   pays the fee and that's where the balance of those

3   fees varies.

4       Q.   I see.

18:12:04  5       Can we call those sender and recipient

6   fees?

7       A.   Yes.

8       Q.   Okay.  I think we covered sender fees in

9   the context of ODL.

18:12:11 10       A.   Uh-huh.

11       Q.   Would there necessarily be recipient

12   fees in the context of ODL?

13            MR. MOYE:  Objection;

14            foundation.

18:12:16 15       A.   Those are paid to the -- the recipi --

16   remittance service provider.

17                 THE REPORTER:  Repeat.

18                 THE WITNESS:  Me or him?

19                 THE REPORTER:  You.

18:12:23 20                 THE WITNESS:  Me.

21       A.   The -- whatever we were talking about.

22       Q.   Provider fees.

23       A.   The -- the sender and recipient fees are

24   both paid to the remittance service providers.

18:12:37 25       Q.   So as a matter of economic theory, is

342

18:12:47  1    the -- what -- what are the differences between

2    the various fees for ODL transactions compared to

3    traditional cross-border payment transactions?

4         A.    So the remittance service provider fees

18:13:03  5    at both ends will still happen.  Bid/ask spread

6    still happens.  And then the transaction fees are

7    lower.  And I believe on -- I have not read

8    anywhere about there being an ODL exchange fee.

9    So that is -- that's all I can say.  I believe

18:13:21  10   that's not there, but I wouldn't know for sure.

11              And then the speed is much, much faster.

12   The actual funds move in three to five seconds as

13   opposed to, in a wholesale foreign exchange

14   transaction, it's two days settlement, and then

18:13:45  15   for remittance transactions through banks, as

16   we've discussed, it's anywhere from a few days to

17   ten days.  And, in general, five days is

18   considered fast.

19              MR. OPPENHEIMER:  All right.

18:14:03  20        I think -- no further questions at

21        this time.

22              MR. MOYE:  I have no

23        questions.

24              THE VIDEOGRAPHER:  All

18:14:07  25        right.  So this concludes the video

343

18:14:09   1              deposition of Professor Carol Osler.

2              The time is 6:14 and we're going off

3              the record.

4                        (Whereupon, the deposition

18:14:14   5              concluded at 6:14 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

344

```
 1   STATE OF NEW YORK        )
 2                            ) ss:
 3   COUNTY OF NEW YORK       )
 4              I hereby certify that the witness in the
 5   foregoing deposition, CAROL L. OSLER, Ph.D. was by me
 6   duly sworn to testify to the truth, the whole truth and
 7   nothing but the truth, in the within-entitled cause; that
 8   said deposition was taken at the time and place herein
 9   named; and that the deposition is a true record of the
10   witness's testimony as reported by me, a duly certified
11   shorthand reporter and a disinterested person, and was
12   thereafter transcribed into typewriting by computer.
13              I further certify that I am not interested in
14   the outcome of the said action, nor connected with nor
15   related to any of the parties in said action, nor to
16   their respective counsel.
17              IN WITNESS WHEREOF, I have hereunto set my hand
18   this 23rd day of December, 2021.
19              Reading and Signing was:
20   ___ requested    ___ waived    _X_ not requested.
21
22
23
24   BRIDGET LOMBARDOZZI, CSR, RMR, CRR
25
```

345