# Exhibit 36

```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
 2

 3  SECURITIES AND EXCHANGE    §
    COMMISSION,                §
 4                            §   CIVIL ACTION
       PLAINTIFF,             §   NO. 20-CV-1(AT)(SN)
 5                            §
     AGAINST                  §
 6                            §
    RIPPLE LABS, INC.,        §
 7  BRADLEY GARLINGHOUSE,     §
    AND CHRISTIAN A.          §
 8  LARSEN,                   §
                              §
 9   DEFENDANTS.              §

10

11    **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

12

13          ORAL AND VIDEOTAPED DEPOSITION OF
                    ████████████
14              FEBRUARY 16, 2022

15

16

17

18    ORAL AND VIDEOTAPED DEPOSITION OF ██████████,
    produced as a witness at the instance of the
19  Defendant and duly sworn, was taken in the above
    styled and numbered cause on Wednesday,
20  February 16, 2022, from 9:23 a.m. to 6:56 p.m.,
    before TAMARA CHAPMAN, CSR, RPR-CRR in and for the
21  State of Texas, reported by computerized stenotype
    machine, at the offices of King & Spalding, LLP, 500
22  West 2nd Street, Austin, Texas, pursuant to the
    Federal Rules of Civil Procedure and any provisions
23  stated on the record herein.

24

25  Job No. 206109
```

1              A P P E A R A N C E S

2

3  FOR THE PLAINTIFF:
        Mark Sylvester, Esq.
4       Daphna Waxman, Esq.
        U.S. SECURITIES AND EXCHANGE COMMISSION
5       New York Regional Office - Brookfield Place
        New York, New York 10281
6

7

8

9  FOR THE DEFENDANT CHRISTIAN LARSEN:
        Kristina Bunting, Esq.
10      PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
        1285 Avenue of the Americas
11      New York, New York 10019

12

13

14  FOR THE DEFENDANT BRADLEY GARLINGHOUSE:
        Matthew Solomon, Esq.
15      Caleb Robertson, Esq. (via Zoom)
        CLEARY GOTTLIEB STEEN & HAMILTON LLP
16      2112 Pennsylvania Avenue, NW
        Washington, D.C. 20037
17

18

19

20

21

22

23

24

25

```
 1          A P P E A R A N C E S  (Continued)

 2
   FOR THE DEFENDANT RIPPLE LABS, INC.:
 3     Andrew Ceresney, Esq.
       Matt Hirsch, Esq.
 4     Kyle Chermak, Esq. (via Zoom)
       Christopher Ford, Esq. (via Zoom)
 5     DEBEVOISE & PLIMPTON LLP
       919 Third Avenue
 6     New York, New York 10022

 7

 8

 9

10

11

12

13

14
       Bradley Oppenheimer, Esq.
15     Lillian Smith, Esq.
       Collin White, Esq. (via Zoom)
16     Justin Berg, Esq. (via Zoom)
       KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
17     1615 M Street N.W.
       Washington, D.C. 20036
18

19

20

21
   ALSO PRESENT:
22   Casey Mummert, Videographer
     Stu Alderoty, Ripple Labs
23   Deborah McCrimmon, Ripple Labs (via Zoom)
     Marty Flumenbaum (via Zoom)
24   M. Kellogg (via Zoom)

25
```

```
 1                      I N D E X

 2                                              PAGE

 3  APPEARANCES................................   2

 4  ██████████████████

 5  EXAMINATION
       By Mr. Oppenheimer.......................   6
 6     By Mr. Sylvester........................ 309
       By Mr. Oppenheimer...................... 311
 7
    CORRECTION PAGE............................ 313
 8  SIGNATURE PAGE............................. 314
    REPORTER'S CERTIFICATION.................. 315
 9
                      E X H I B I T S
10

11                                     PAGE LINE
    Exhibit 1,                          8   18
12  Expert Report of ████████████████
    (No Bates - 50 pages)
13  Exhibit 2,                          25  18
    Appendix A, Curriculum Vitae of
14  ████████████████
    (No Bates - 2 pages)
15  Exhibit 3,                          127 12
    Appendix B, Documents and data sources
16  (No Bates - 8 pages)
    Exhibit 4,                          174 5
17  SEC's First Amended Complaint
    (No Bates - 79 pages)
18  Exhibit 5,                          205 19
    John Deaton Twitter
19  (No Bates - 6 pages)
    Exhibit 6,                          257 24
20  Amended Expert Rebuttal Report of
    ████████████████
21  (No Bates - 149 pages)
    Exhibit 7,                          284 25
22  Deposition Transcript of Lawrence
    Angelilli, August 3, 2021
23  (No Bates - 83 pages)
    Exhibit 8,                          293 17
24  Wayback Machine results for
    Twitter.com/SierraIguana
25  (No Bates - 1 page)
```

1                  ███████ - 2/16/2022

2                  THE VIDEOGRAPHER:  This is the start

3 of media labeled No. 1 of the video-recorded

4 deposition of ██████████, in the matter of

5 Securities and Exchange Commission vs. Ripple Labs,

6 Inc., et al., in the U.S. Southern District Court of

7 New York, No. 20-CV-1.

8                  This deposition is being held at

9 King & Spalding, LLP, 500 West 2nd Street, Austin,

10 Texas, on February 16, 2022, at approximately

11 9:23 a.m.  My name is Casey Mummert.  I am the legal

12 video specialist from TSG Reporting, Inc.,

13 headquartered at 228 East 45th Street, Suite 810,

14 New York, New York, 11017.

15                  The court reporter is Tamara Chapman,

16 in association with TSG Reporting.

17                  Counsel, please introduce yourselves.

18                  MR. OPPENHEIMER:  Good morning.  My

19 name is Bradley Oppenheimer.  I'm with Lillian Smith

20 from Kellogg Hansen on behalf of Ripple.

21                  MR. ALDEROTY:  Stu Alderoty, general

22 counsel for Ripple.

23                  MR. CERESNEY:  Andrew Ceresney and

24 Matthew Hirsch from Debevoise and Plimpton,

25 representing Ripple.

1          ██████████ - 2/16/2022

2               MR. SOLOMON:  Matthew Solomon from

3  Cleary Gottlieb, representing Brad Garlinghouse.

4               MS. BUNTING:  Kristina Bunting from

5  Paul, Weiss, Rifkind, Wharton & Garrison on behalf

6  of Mr. Christian Larsen.

7               MS. WAXMAN:  Daphna Waxman with the

8  SEC representing the plaintiff.

9               MR. SYLVESTER:  Mark Sylvester with

10 the SEC, representing the plaintiff.

11               THE VIDEOGRAPHER:  Will the court

12 reporter please swear in the witness.

13                    ██████████████,

14 having been first duly sworn, testified as follows:

15                    EXAMINATION

16 BY MR. OPPENHEIMER:

17     Q.    Good morning.  Can you please state your

18 full name for the record.

19     A.    My name is ██████████████.

20     Q.    Mr. ██████, you understand that you're

21 testifying today under the same oath that you would

22 take if you were testifying in court before a jury.

23 Right?

24     A.    Yes, I do.

25     Q.    Is there any reason you can't give

1                     ████████ - 2/16/2022

2 truthful and accurate testimony today?

3      A.    No.

4      Q.    Have you ever been deposed before?

5      A.    No.

6      Q.    Just to give you a little overview of how

7 this will work today, I'll be asking you questions.

8 I'll ask that you make sure I finish the question

9 entirely before you start answering, even if you

10 think you know where it's going.  It's important

11 that we not talk over each other so that the court

12 reporter can have a clear record at the end.

13            If you need a break at any time, feel

14 free to ask.  I'll ask that you finish the question

15 that's pending, but we can take a break any time you

16 need.

17            Mr. ████, you submitted an expert report

18 and a rebuttal report in connection with this case.

19            Right?

20      A.    Yes.

21      Q.    Your October 4th expert report contains

22 all of the affirmative opinions that you intend to

23 offer in the case.  Is that right?

24      A.    I offered opinions in both reports.

25      Q.    Right.  So I'm distinguishing here

1               █████████  -  2/16/2022

2 between your own opinions and your rebuttal opinions

3 responding to other experts.

4               In terms of your own opinions that you

5 are affirmatively offering, those are all in your

6 October 4th report.  Correct?

7      A.    Yes.

8               MR. SYLVESTER:  Object to form.  Just

9 give me a moment to object, please.

10               THE WITNESS:  Sorry.

11      Q.    And your November 16th, 2021, amended

12 rebuttal report contains all of the rebuttal

13 opinions that you intend to offer in response to

14 Ripple's experts in this case.  Correct?

15      A.    Yes.

16      Q.    I'm going to mark as Exhibit ████ 1 a

17 copy of your opening expert report.

18               (Exhibit 1 was marked.)

19      Q.    Mr. ██████, you recognize Exhibit 1 as a

20 copy of your expert report in this case?

21      A.    I do.

22      Q.    I'd like you to look at Page 4, please,

23 and Paragraph 4.

24               MR. SYLVESTER:  Before we proceed,

25 were there appendices attached to your expert report

1                 ███████████ - 2/16/2022

2 that are not with this exhibit?

3               MR. OPPENHEIMER:  The report did have

4 appendices.  The SEC served them in separate

5 documents.  They weren't attached.

6               MR. SYLVESTER:  Okay.  Go ahead.

7               MR. OPPENHEIMER:  We've got copies if

8 you need to refer to them at any time.  I will be

9 introducing them at some point.  But if you need

10 them, feel free to let me know.

11      Q.    Looking at Page 4, Paragraph 4 of your

12 report, the last full sentence on the page says:  In

13 addition to my experience in digital asset

14 investments, I have 19 years of experience

15 evaluating and investing in companies, public

16 equities, commodities, real estate, bonds,

17 currencies, and derivatives of those asset classes.

18            Do you see that?

19      A.    Yes.

20      Q.    How old are you?

21      A.    37.

22      Q.    So 19 years ago you would have been about

23 18?

24      A.    That's right.

25      Q.    When you were 18 how much money did you

1                    ██████  - 2/16/2022

2  have invested in public equities?

3       A.    I can't remember an exact number.

4       Q.    ███████████████████████

5       A.    █████████████████████████████████

6  ██████

7       Q.    █████████████████████

8             MR. SYLVESTER:  Objection to form.

9             Go ahead.

10      A.    ███████████████████████████████████

11 ██████████████████████████████████████████

12 ██████████████████████████████████████████

13 ████████████████████████████████████████████

14 ██████████████████████████████████████████

15 ████████████████████████████

16       ████████████████████████████████

17 ████████████████████████████████████████████

18 ██████████████

19      Q.    And my question is when you started

20 investing.  You say you have 19 years of experience

21 that started when you were age 18.  So when you

22 first started investing, how much money

23 approximately did you have under investment?

24      A.    I don't --

25             MR. SYLVESTER:  Object to form.

```
 1                  ██████████ - 2/16/2022

 2                Just wait for me to object, please.

 3 Okay.  Go ahead.

 4      A.    I don't remember.

 5      Q.    How much money did you invest in

 6 commodities when you were 18?

 7      A.    I don't specifically remember.

 8      Q.    How about real estate?

 9            MR. SYLVESTER:  Object to form.

10            Go ahead.

11      A.    Real estate, when I was 18 I hadn't

12 started investing in, you know, (unintelligible)

13 properties yet, but in terms of public listed real

14 estate there was some amount, but, again, I can't

15 remember.

16      Q.    Do you remember how much you had invested

17 in bonds when you were 18?

18      A.    I can't remember.

19      Q.    How about currencies?

20            MR. SYLVESTER:  Object to form.

21            Go ahead.

22      A.    I can't remember.

23      Q.    How about derivatives?

24            MR. SYLVESTER:  Object to form.

25      A.    I can't remember.
```

```
 1                    ███████  - 2/16/2022
 2      Q.     When you were 18 that was roughly the
 3 time you were a freshman in college.  Is that right?
 4      A.     I guess freshman and sophomore, yeah.
 5      Q.     How much time did you spend working on
 6 investing in companies, public equities,
 7 commodities, real estate, bonds, currencies, and
 8 derivatives of those asset classes while you were in
 9 college?
10      A.     I can't specifically remember how much
11 time.
12      Q.     Do you have an approximation?
13      A.     No.
14      Q.     Do you think it was more than ten hours a
15 week?
16              MR. SYLVESTER:  Object to form.
17      A.     It was a significant amount of time.  I
18 can't remember exactly how much.
19      Q.     So you don't remember one way or the
20 other whether it was more than ten hours a week?
21              MR. SYLVESTER:  Object to form.
22      A.     I don't specifically remember.
23      Q.     Have you ever -- have you ever advised
24 other people on investing in companies, public
25 equities, commodities, real estate, bonds,
```

1                   ████████ - 2/16/2022

2 currencies, or derivatives of those asset classes?

3                   MR. SYLVESTER:   Object to form.

4                   What do you mean by "advise"?

5         Q.     You can answer.

6         A.     Yeah, I ask the same question.  I don't

7 know exactly what you mean by "advise."

8         Q.     Do you understand what it means to

9 provide advice to somebody about assets?

10        A.     I think there is probably a legal

11 definition there of being an investment advisor and,

12 you know, what that entails, compared to just, say,

13 you know, casually chatting about investments.  And,

14 you know, advice probably can fit somewhere in that

15 wide spectrum.  So I don't exactly know what you're

16 specifically asking me about.

17        Q.     Have you ever worked as an investment

18 advisor?

19        A.     No.

20        Q.     Outside of working as an investment

21 advisor, have you ever given anyone advice

22 that -- withdrawn.

23                Outside of working as an investment

24 advisor, have you ever done what you would consider

25 giving advice to other people about investments?

1                    ▮▮▮▮▮▮▮▮▮ - 2/16/2022

2      A.    Again, I really don't -- you have to be

3 more specific.  I don't know exactly what actions

4 you're asking me about.

5      Q.    What do you consider to be giving advice

6 about investments?

7                    MR. SYLVESTER:  Object to form.

8      A.    So as I said earlier, I think that that

9 word can mean a lot of different things.  I know

10 there is a legal standard and a -- a standard that

11 revolves around being as a profession giving people,

12 you know, official investment advice.  And that

13 probably can range all the way through talking with

14 people about a particular stock or a particular

15 asset.

16            And, you know, I think that asking about

17 whether somebody gave advice can, you know, fit

18 anywhere along that whole spectrum.  So I'm not

19 exactly sure, you know, how to answer based on that.

20      Q.    Okay.  So if advice can fit anywhere

21 along that whole spectrum, have you ever given

22 someone advice about investments anywhere along that

23 entire spectrum?

24                    MR. SYLVESTER:  Object to form.

25      A.    If you're asking me have I ever spoken to

1        ██████████ - 2/16/2022

2 somebody about investing, then, yes, I've spoken to

3 people about investing.

4     Q.    And in more formal context than just

5 one-off conversations about investing, have you ever

6 given people advice on that portion of the spectrum

7 you just defined?

8                MR. SYLVESTER:  Object to form.

9     A.    I'm sorry.  Can you repeat the question?

10    Q.    You defined a spectrum of things that you

11 think advice can mean, ranging from informal

12 conversations to a very formal legal definition.

13              Is that a fair summary of what you said?

14    A.    Yes.

15    Q.    So putting aside the informal one-off

16 conversations that you may have had with people

17 about investing, have you ever given someone advice

18 about investments anywhere else along that spectrum?

19              MR. SYLVESTER:  Object to the form.

20    A.    Yes.

21    Q.    And in what sense have you given people

22 advice?

23              MR. SYLVESTER:  Object to the form.

24    Q.    In what sense have you given people

25 advice about investing other than in those informal

1                    ██████████ - 2/16/2022

2 one-off conversations?

3                    MR. SYLVESTER:   Object to form.

4     A.     For instance, around investment

5 partnership and at times we've had -- I have a

6 partner.  We have -- have people, you know, work for

7 us, and certainly in that context, we've had, you

8 know, in-depth discussions about investments in that

9 context.  So I've certainly given people advice that

10 are people I work with and people I partnered with.

11     Q.     Did you ever give investment advice,

12 other than in those informal conversations you

13 described, prior to starting your investment

14 partnership?

15                    MR. SYLVESTER:   Object to the form.

16     A.     I've also run other businesses and part

17 of those -- the function of those businesses even

18 though the main, you know, function of the business

19 was not as investment partnership, those businesses

20 had to make investing decisions.  And so in those

21 contexts as well, I gave, you know, advice to

22 employees, partners, as well as had discussions

23 with, you know, venture capital funds, people who

24 were involved in the business in various ways.

25     Q.     Which other businesses have you run that

1                    ██████████ - 2/16/2022

2 have made decisions whether to invest in companies,

3 public equities, commodities, real estate bonds,

4 currencies, or derivatives of those assets?

5      A.    I have -- I have started and run a

6 variety of companies.  Some are, you know, ranging

7 from single-member LLCs to a tech startup and, you

8 know, in addition, you know, I would say I helped

9 run companies that I wasn't the founder and primary

10 owner on as well.  So that -- that covers a lot of

11 different organizations.

12      Q.    And in each of those companies that you

13 described, were those businesses -- did those

14 businesses have to make decisions whether to invest

15 in companies, public equities, commodities, real

16 estate bonds, or derivatives of those assets?

17               MR. SYLVESTER:  Object to the form.

18      A.    I'd have to review on a case-by-case

19 basis for each company.  Certainly, many of those

20 companies would have been involved in either some

21 subset of those, if not all of those.

22      Q.    Can you name all of the companies that

23 you've started and run?

24      A.    Probably not.  I could think about it and

25 I'd probably miss one.

1 ███████████ - 2/16/2022

2     Q.     Sitting here today, can you name as many

3 of the companies that you've started and run as you

4 can remember?

5     A.     Sure.   There have been a couple of

6 companies that were sole proprietorships so they

7 weren't separate, legal entities.   The ones that

8 were separate legal entities, ████████████████

9 ████████████████████████████████

10 ██████████████████████████████████

11 ██████

12          Let me think.   I think that's it off the

13 top of my head.

14     Q.     What were the sole proprietorships that

15 you started?

16     A.     They ranged from, you know,

17 landscaping-type businesses to just doing consulting

18 work.   I've done consulting work for private equity

19 firms, venture capital firms.

20               THE STENOGRAPHER:   Just a second.

21 What firms?

22               THE WITNESS:   Private equity firms.

23               (Reporter admonishment.)

24     Q.     What was the nature of the consulting

25 work you did?

1                    ██████████ - 2/16/2022

2                    MR. SYLVESTER:  Object to form.

3       A.    I -- it depends.  I've been asked to

4  consult on a -- such a wide variety of -- of topics.

5       Q.    Who are your clients who hire you as a

6  consultant?

7       A.    There are dozens.

8       Q.    Name as many as you can, sitting here

9  today, that you remember.

10                    MR. SYLVESTER:  Object to form.

11                    Go ahead.

12      A.    Let's see.  I consulted for ██████████

██████████████████████████████████████████████████

██████████████████████████████████████

███████████████████████████████████████ Let me think.  ██████████████████████████

██████████████████ Let me think.  ██████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

20 Let me think.  ██████████████████████████████

21                    I'm sure there are others.  I can't think

22 of all of them.

23      Q.    Okay.  Thank you.

24                    Is it fair to say that for all of the

25 government agencies you just named as clients, you

1                    ███████ - 2/16/2022

2 were not advising them on evaluating potential

3 investment opportunities?

4       A.    At times, I was advising about things

5 that were investments, but I think what you're

6 asking is was I advising them whether they should

7 purchase assets.  Is that what you're asking about?

8       Q.    The question is, were you providing

9 advice to government agencies about evaluating

10 potential investment opportunities?

11                 MR. SYLVESTER:  Object to form.

12      A.    I'm not -- I -- I think I would ask the

13 same question I just asked.  I'm not exactly sure

14 what you're getting at.  I think you might be asking

15 if I am -- if I was advising them whether they

16 should be purchasing assets.  Is that -- is that

17 your question?

18      Q.    Why don't we start with that.  You

19 weren't advising those government agencies whether

20 they should be purchasing assets, were you?

21      A.    Actually, I probably should have worded

22 that a different way because assets has a broader

23 meaning than just for the purposes of an investment

24 and so -- I was at times advising the government on

25 whether they should purchase some assets, yes.

1          ████████████ - 2/16/2022

2          Q.     What types of assets?

3          A.     Usually, it revolved around technology.

4 That might be intellectual property.  It might be a

5 purchase of hardware, a purchase of software,

6 something along those lines.

7          Q.     You weren't -- you were not advising

8 those government agencies about whether they should

9 make financial investments in any financial

10 instruments, were you?

11                MR. SYLVESTER:  Object to the form.

12          A.     When you say "make financial

13 investments," I would say at times it was advising

14 them about making a financial investment, yeah.

15          Q.     Which financial instruments did you

16 advise government agencies to invest in?

17                MR. SYLVESTER:  Object to the form.

18          A.     I think I have to -- by "financial

19 instrument," are you limiting that to say an

20 investment in a -- you know, I'm not sure exactly

21 what you mean by "financial instrument."  I listed

22 some of the things that I advised them -- type of

23 assets that I advised them on.  If that's a good,

24 you know, indication for you, type of -- you know,

25 the ways that I would have consulted on them whether

1                              ███████ - 2/16/2022

2 to make a purchase of something or not.

3      Q.     So you were generally consulting

4 on -- well, withdrawn.

5             With respect to consulting about what

6 assets these government agencies should consider

7 purchasing, you were generally consulting on

8 technology or intellectual property that they were

9 considering acquiring.  Is that right?

10                  MR. SYLVESTER:  Object to the form.

11      A.     I was consulting on, among many other

12 things, whether they should make an investment in a

13 particular intellectual property or technology, yes,

14 but I think that the term -- well, the type of

15 advice I gave obviously went beyond that scope.

16 But, yes, I advised them on whether to purchase

17 intellectual property or technology at times, yes.

18      Q.     What did ████████████████ do?

19      A.     The business model of ██████████████

20 was to finance and -- well, purchase solar energy

21 systems and then do a -- you know, a leaseback.  So

22 we would purchase and install solar hot water

23 heaters and solar PV systems on commercial

24 properties, own the systems, and then usually be --

25 well, the goal would be to have an agreement on, you

1                    ████ - 2/16/2022

2 know, selling the energy from that system back to

3 the -- the customer or arranging a lease

4 relationship with them.

5       Q.    When did you start that company?

6       A.    It's been a long time.  I can't remember

7 exactly the year.  It would have been about maybe

8 2007.

9       Q.    Does that company still exist?

10      A.    No.

11      Q.    When did it disband?

12      A.    I can't remember exactly, but it probably

13 would have been around -- in the, you know, late

14 2000s.  Probably 2009 or something, 2010.  I don't

15 know.

16      Q.    Why did it disband?

17      A.    I moved on to pursuing other

18 opportunities.

19      Q.    Were you the sole owner of that LLC?

20      A.    Yes.

21      Q.    Did it have any other employees?

22      A.    No.

23      Q.    You also mentioned a company -- I didn't

24 fully catch the name -- it started with ████.

25      A.    Yeah.

1                    ███████ - 2/16/2022

2      Q.    What was that company name?

3      A.    Actually, realizing after I said that, I

4 think that -- I'm not sure that company was -- it

5 was related to the same space so I mentioned that

6 part of it was leasebacks and part of it was selling

7 energy.  They're both sort of working in that

8 same -- that same area.  They're both energy-related

9 companies.  And, yeah, they -- they were separate

10 but related entities.

11     Q.    What was the name of the company that

12 started with ██████?

13     A.    ████████████████████

14     Q.    Is ██████████████████ active

15 today?

16     A.    No.

17     Q.    Did it disband around the same time?

18     A.    Yeah, around the same time.

19     Q.    And why did it disband at that time?

20     A.    The same reason.

21     Q.    When did you found ████████████████?

22     A.    ████████████████ was founded in 2020.

23     Q.    And is it still active today?

24     A.    Yes.

25     Q.    What does ██████████████████ do?

```
 1                    ████████ - 2/16/2022

 2      A.    It makes investments in the real estate

 3 space, owns and operates real estate properties.

 4      Q.    Approximately how many hours a week do

 5 you spend working on ██████████████?

 6      A.    It varies greatly from week to week.

 7      Q.    What's the range that you've experienced?

 8      A.    Probably ranges anywhere from -- you

 9 know, I've had -- I've had probably weeks where it

10 was five hours a week.  I've had weeks where it

11 probably got as high as, you know, 20 hours.

12      Q.    Does ███████████████ have any other

13 employees?

14      A.    No.

15      Q.    I'm going to mark as ██████ -- Exhibit

16 ██████ 2 a copy of your CV.  It was attached as

17 Exhibit A to your report.

18                 (Exhibit 2 was marked.)

19      Q.    Mr. ██████, do you recognize Exhibit 2 as

20 a copy of your CV?

21      A.    Yes.

22      Q.    Your CV does not list any of those sole

23 proprietorships that you just discussed, does it?

24      A.    That's correct.

25                 MR. SYLVESTER:  Object to form.
```

1          ████████ - 2/16/2022

2     Q.    It doesn't list ████████████████, does

3 it?

4     A.    It does not.

5     Q.    It doesn't list ██████████████

6 ████████, does it?

7     A.    It does not.

8     Q.    It doesn't list ████████████████, does

9 it?

10    A.    It does not.

11    Q.    Why didn't you list those things on your

12 CV?

13              MR. SYLVESTER:  Object to form.

14    A.    This is a timeline of kind of the main --

15 the jobs I had that basically consumes the, you

16 know, majority of my time and that I was focused on.

17 I had -- you know, I had many, many investments that

18 don't show up here.  I certainly didn't list every

19 investment that I ever made on here or everything I

20 spent my time on on here.  I think the purpose of a

21 CV is to highlight the key things that I was

22 involved with backwards through time.

23    Q.    And you didn't consider those other

24 businesses to be the key things that you were

25 involved with at the time they were running.  Is

1                    ███████ - 2/16/2022

2 that fair?

3       A.    Typically, I was doing that while -- as

4 you can see, this list -- if I'm not mistaken, it

5 covers the entire timeline going back through

6 September 2010 through present day without any gaps,

7 so yeah, I think it's fair to say that these were

8 the things that I was spending the majority of my

9 time on each step along the way.  This lists a

10 single, you know, job at any given point in time.

11      Q.    Where did you get the money that you used

12 to start investing when you were 18?

13      A.    Some of it was through the -- some of the

14 sole proprietorships I mentioned.  I had, you know,

15 made money working jobs, working summer jobs.  And

16 besides summer jobs, I, you know, had a -- like I

17 said, I had kind of a landscaping business that I

18 made money on.  And I also had some money from

19 Social Security.

20      Q.    Any other sources?

21      A.    No.

22      Q.    Do you have any formal training in

23 evaluating investment opportunities?

24      A.    What would you mean by "formal training"?

25      Q.    Have you ever taken any courses on it?

1          ███████████ - 2/16/2022

2      A.    Yes.

3      Q.    What courses have you taken on evaluating

4 investment opportunities?

5      A.    I'm not going to be able to remember all

6 of them, but I've taken a wide range of courses

7 related to business accounting, management

8 accounting, economics, and if you're just limiting

9 that to kind of courses in college, I think that

10 would probably be the gist of it.

11      Q.    I'm not limiting it to courses in

12 college.  I'm asking any courses you have ever taken

13 on evaluating investment opportunities, so let me

14 ask this:  Have you taken any courses on evaluating

15 investment opportunities outside of college?

16      A.    I think I have.  I can't specifically

17 remember, like, names of them.  I've taken a lot of

18 courses that were -- over the years that were, you

19 know, from -- that were online courses that were

20 basically from college courses or graduate school

21 courses that were recorded, and I, you know, watched

22 the lectures and things like that, yeah.

23      Q.    So you took courses in college on topics

24 like business accounting, management accounting, and

25 economics.  You've taken online courses that were

1                          ██████████ - 2/16/2022

2 college or graduate school courses on similar

3 topics.  Any other courses that you have taken on

4 evaluating investment opportunities?

5                    MR. SYLVESTER:  Object to form.

6      A.    Nothing that I can specifically remember.

7 I mean, I know that over the years I've taken lots

8 of opportunities to learn anything I can whenever I

9 can, and that takes a lot of different forms,

10 whether that's reading papers, reading blog posts,

11 attending conferences, things like that.  But I

12 can't specifically remember anything by name, no.

13     Q.    Have you ever taught courses on

14 evaluating investment opportunities?

15     A.    No.

16     Q.    Do you have a degree in business

17 accounting?

18     A.    No, I do not.

19     Q.    What about management accounting?

20     A.    No.

21     Q.    What about economics?

22     A.    No.

23     Q.    What about finance?

24     A.    No.

25     Q.    Do you have any degrees that aren't

1               ███████  - 2/16/2022

2 listed on your CV?

3     A.    All of the degrees I've earned are listed

4 on my CV.

5     Q.    Has your strategy for evaluating

6 investment opportunities changed at all over the 19

7 years that you've been investing in companies,

8 public equities, commodities, real estate, bonds,

9 currencies, and derivatives?

10               MR. SYLVESTER:  Object to form.

11     A.    I have developed many strategies over

12 that time period, many different strategies.  So to

13 the extent that at various points in time I was

14 developing or pursuing one strategy, at another

15 point in time I was developing and pursuing another

16 strategy, at times it was for different strategies.

17     Q.    So you don't always use the same

18 investment strategies when you're evaluating

19 potential investment opportunities of your own.  Is

20 that right?

21               MR. SYLVESTER:  Object to form.

22     A.    I'm not sure I understand the way you put

23 that.  I don't always use the same strategies.  I

24 use different strategies.

25     Q.    In evaluating different investment

1                        ███████ - 2/16/2022

2 strategies -- or withdrawn.

3            In evaluating different investment

4 opportunities over the course of your experience,

5 you have applied different strategies at different

6 times.  Is that right?

7     A.    Well, for instance, you mentioned certain

8 types of assets that didn't even exist when I was,

9 you know, developing certain investing strategies,

10 so digital assets in particular.  You know, digital

11 assets really weren't an asset class at the

12 beginning.

13     Q.    So that's a yes, in evaluating different

14 investment opportunities over the course of your

15 experience, you've applied different strategies at

16 different times?

17            MR. SYLVESTER:  Object to form.

18     A.    I think I've developed a wide range of

19 investment strategies over time.

20     Q.    I want to point you back to Exhibit 1,

21 Paragraph 4, Page 4, the same place we were.  The

22 same paragraph a couple of sentences back says:  In

23 addition to analyzing hundreds of companies,

24 project (sic), coins, and tokens in the digital

25 asset space, I have developed and executed

1          ██████████ - 2/16/2022

2 successful cryptocurrency arbitrage strategies.

3          Do you see that?

4     A.    Yes.

5     Q.    When did you first begin conducting

6 analyses of companies, projects, coins, and tokens

7 in the digital asset space?

8     A.    Probably -- I'm not sure I can pin it

9 down exactly.  I'm trying to put myself in the --

10 in -- my mind in the mid-2010 somewhere, so I'm

11 going to say probably early 2015.

12    Q.    And which digital assets did you

13 initially evaluate when you began looking into that

14 field in approximately early 2015?

15              MR. SYLVESTER:  Object to form.

16    A.    I'm not going to be able to specifically

17 remember a list, but certainly in the early phases

18 of the digital asset space, you know, a lot of the

19 platforms were limited in terms of what assets they

20 offered, and so it was, you know, generally limited

21 to the assets that were available at the time, both

22 available to trade, and that existed at that time.

23    Q.    Do you remember any of the digital assets

24 that you evaluated at that time?

25              MR. SYLVESTER:  Object to form.

1                          ███████  -  2/16/2022

2       A.      Yes.

3       Q.      Which ones do you remember?

4       A.      ██████ .

5       Q.      Any others that you remember?

6       A.      Well, we'd have go back through year by

7 year and refresh my memory about the timeline.  I

8 just know that's probably the first one that I, you

9 know, looked at seriously.

10      Q.      Did you decide to buy ██████ in

11 approximately early 2015?

12      A.      Yes.

13      Q.      Why?

14              MR. SYLVESTER:  Object to form.

15      Q.      Let me ask a more precise question.  Why

16 did you decide to buy ██████ in approximately early

17 2015?

18      A.      I thought it would offer an attractive

19 risk/reward profile.

20      Q.      And what factors led you to believe that?

21      A.      Sitting here right now, I can't put

22 myself in the mind of myself in 2015 to remember all

23 of the things that I considered at that time.

24      Q.      How did you make your purchase of ██████

25 the first time you bought it?

1           ██████████  -  2/16/2022

2                      MR. SYLVESTER:   Object to form.

3      A.     It would have been on a digital asset

4  trading platform.

5      Q.     Do you recall which one?

6      A.     I can generally remember the platforms

7  that I used.  I can't remember which would have been

8  the first or exactly when that would have taken

9  place.

10     Q.     Can you tell me which platforms you

11  generally used in the early years in which you were

12  investing in digital assets, let's call it roughly

13  early 2015 and a year or so after?

14     A.     Sure.  I think the platforms I used in

15  the early phase would have been Coinbase, Coinbase

16  Pro, which at the time was called GDAX, Kraken,

17  Matrix, futures platforms, such as BitMEX and

18  Deribit.  Let me think.  The -- I know I had

19  accounts on many others.  I just can't remember all

20  of them for that specific phase.

21     Q.     Looking back to that sentence we just

22  read in your report that says:  I have developed and

23  executed successful cryptocurrency arbitrage

24  strategies.

25             What successful cryptocurrency arbitrage

1                    ███████████ - 2/16/2022

2 strategies have you developed and executed?

3      A.    I don't know how to answer that question,

4 what were -- what strategies?  Like, there's not

5 really a name of them.  I just -- I developed, you

6 know, algorithmic trading strategies that use

7 software to trade across a variety of venues,

8 spotlight markets, futures markets, across

9 different -- different platforms in different ways.

10 The specifics of the -- how the trading strategies

11 worked are -- are -- you know, I can't really

12 describe those by, you know, classifying the

13 strategy with a name.  It's complex.

14      Q.    What factors did the algorithms that you

15 developed consider in determining when to trade

16 digital assets?

17                MR. SYLVESTER:  Object to form.

18      A.    They considered many factors.  The

19 algorithms pulled data in from a variety of sources

20 and, you know, considered lots of different -- they

21 considered lots of different things.

22      Q.    What things did they consider?

23                MR. SYLVESTER:  Object to form.

24      A.    Sitting here right now, I'm not going to

25 be able to tell you everything they considered.

1          ███████ - 2/16/2022

2 Partly because, you know, you're trying to get me to

3 place this in a specific point in time and it's been

4 a while.  I don't have the code in front of me.  If

5 I -- I -- you know, if I could review the code, I

6 could tell you.

7          But -- but also, you know, in general,

8 the specifics of the strategies, you know, I can

9 tell you at a high level that I worked on arbitrage

10 strategies, but that's the intellectual property of

11 this company, and I'm under an NDA not to disclose,

12 you know, specifics of that to you.

13     Q.    Which company owns that intellectual

14 property?

15     A.    ███████████████.

16     Q.    And so you say you have a NDA with ███████

17 ███████████ that prohibits you from disclosing the

18 specifics of those strategies?

19     A.    That's right.

20          MR. SYLVESTER:  Object to form.

21     Q.    When did you sign that NDA?

22     A.    I've signed a variety of agreements with

23 ██████ going back through the founding of it.  So

24 there's not a single, you know -- there's not a, you

25 know, single time that I can remember.

1                    ██████████ - 2/16/2022

2      Q.    Who signed on behalf of ████████████████?

3      A.    I don't have the document in front of me

4 so I'd need to see.

5      Q.    At a high level, what factors did your

6 arbitrage algorithms consider in making trading

7 decisions?

8              MR. SYLVESTER:  Object to form.

9      A.    One key factor would be the price of an

10 asset.

11      Q.    Any others that you remember sitting here

12 today?

13      A.    Well, like I said, there were a lot of

14 factors.  Some of those are, you know, unique to the

15 system that ██████████ developed and, therefore, some

16 of those I can't discuss at length.

17              But, you know, generally, in an arbitrage

18 strategy you're trying to take advantage of price

19 differences between one venue and another venue or,

20 you know, things -- that would kind of be a spot

21 arbitrage strategy.  And also, you know, ████████████

22 was heavily involved with spot-to-futures arbitrage,

23 so that would mean, you know, buying in a spot

24 market in one place and, for instance, selling an

25 asset on the futures market on another venue

1            ███████ - 2/16/2022

2 typically at a premium.

3            And, you know, there are many different

4 ways that can play out.  There -- some futures

5 contracts that have an expiration date so you're

6 considering the premium and the amount of time it

7 takes for that futures to expire.  And other times,

8 there's a perpetual contract, there might not be a

9 premium or significant premium at the time, but

10 you're expecting to collect, you know, a funding

11 payment.

12            You know, I mentioned BitMEX as a venue

13 so most futures markets took the lead from BitMEX so

14 that funding payment would kind of occur every eight

15 hours.  And so this is kind of, again, high level,

16 just as an example, you might -- there might be

17 enough, you know, interest in buying a particular

18 asset with leverage that you expect to receive a

19 funding rate continuously over time against your --

20 your spot position which is a hedge against that

21 futures position.  So you'd hope to kind of cancel

22 out the price risk of an asset going up or down

23 while collecting the funding rating over time.

24       Q.    Were there any particular digital assets

25 that you or ███████████████ applied those arbitrage

1                    ███████ - 2/16/2022

2 strategies to?

3                    MR. SYLVESTER:  Object to form.

4      A.     There were many digital assets that were

5 involved in that arbitrage -- in those arbitrage

6 strategies, generally.

7      Q.     How did you select which digital assets

8 would be the focus of those arbitrage strategies?

9      A.     Partly, it relied on the availability of

10 trading those assets on the exchanges we had

11 accounts.  Probably relied upon the liquidity

12 available on various platforms.

13           Again, the arbitrage strategies are

14 different for different -- for, you know, spot

15 arbitrage versus the so-called, you know,

16 cash-and-carry arbitrage spot versus futures.  So in

17 that situation, it would also depend on the

18 liquidity and availability of futures contracts

19 available on different futures exchanges.

20           Also, the availability and liquidity of

21 different derivatives besides the, you know, fixed

22 and perpetual futures contract that I mentioned, you

23 know, there's also options contracts that are

24 available on different platforms.

25           So the availability and kind of liquidity

1           █████████ - 2/16/2022

2  and how deep the order book was on all of those

3  platforms for each of those products was certainly a

4  factor.

5           The other piece was just the

6  determination of my algorithms themselves about

7  whether it would be profitable to trade with a given

8  digital asset.  So based on that, you know, out of

9  the universe of assets that were available to trade

10 at various times, you know, some of them wouldn't be

11 involved in the strategy and some would and it just

12 kind of depends on the determination of the

13 profitability of those digital assets with respect

14 to the arbitrage strategy.

15    Q.    So the way you chose digital assets to be

16 the focus of those arbitrage strategies was by

17 considering the reliability of the exchanges where

18 the digital assets were listed, the liquidity and

19 availability of digital assets or futures for them,

20 and then the algorithm's determination of whether it

21 was likely to be profitable to trade that digital

22 asset.  Is that right?

23    A.    I didn't say the reliability of

24 exchanges.

25    Q.    I think the transcript did have that, but

1          ██████████  -  2/16/2022

2 what -- can you tell me, again, then, what

3 reliability point was that you were referring to?

4      A.    I'd have to see that section, but I might

5 have said "availability."  I think that -- that may

6 have been what I was saying.  I don't know.  Have to

7 go back and see.

8      Q.    Well, let me --

9      A.    That's generally talking about the

10 availability of assets being on a particular trading

11 platform or not.  And so one trading platform might

12 have some subset of assets that are available to

13 trade and other trading platform might have a

14 different subset of assets available to trade.

15 There might be some overlap between those.

16          If you -- if you look together at all of

17 the different trading platforms that we had, you

18 know, accounts, at any given moment, the

19 profitability and availability of assets on each of

20 those would determine whether it was profitable to

21 engage in an arbitrage strategy with that particular

22 set of assets and that particular set of platforms.

23          And, again, that is a different

24 consideration if you're talking about spot arbitrage

25 versus futures arbitrage or, you know,

1                       ████████ - 2/16/2022

2 cash-and-carry strategies; wherein, that case,

3 you're also considering the availability and

4 liquidity of assets not just on the spot markets but

5 also on the futures markets.

6               And I should add, you know, in an

7 arbitrage strategy, one of the factors that comes

8 into play is if the price is higher on one location

9 and lower on another, you typically have digital

10 assets flowing in one direction.  And where, you

11 know, basically assets are flowing to the -- the

12 venue where the price is the highest.  So one

13 digital asset might flow into one venue and another

14 type of digital asset might flow into another venue;

15 and so you also have to consider whether you're set

16 up from a technology standpoint or software

17 standpoint at that point in time to transfer the

18 digital assets kind of on the blockchain to even out

19 those flows over time and replenish your supply of

20 assets on each platform.

21               So when I talk about the availability of

22 assets, I'm really talking about a lot of different

23 things, but it includes whether those things are

24 tradeable and whether I can actually transfer assets

25 from -- from one account to another given all the

1                    ███████████  -  2/16/2022

2 different permutations and combinations of trades

3 that you need to make as well as transfers of -- of

4 assets that you need to make.

5       Q.    So in general terms, the way you chose

6 digital assets to be the focus of those arbitrage

7 strategies was by considering liquidity of the

8 digital assets, availability of the digital assets,

9 including technological considerations about their

10 blockchains, and the likelihood that trades would be

11 profitable for those digital assets.  Is that right?

12                 MR. SYLVESTER:  Object to form.

13      A.    I'd say it's much more complicated than

14 that, but, in part, that's some piece of the

15 considerations that I would make.

16      Q.    What were the other major factors that

17 you considered?

18      A.    The -- you would have to consider a lot

19 of different risks, so I've kind of mostly here

20 described price risk and the availability to trade.

21                 But other risks include, you know,

22 whether you think that a blockchain is, you know,

23 dependable in the standpoint that you can feel

24 comfortable holding your assets.  This -- this

25 varies from strategy to strategy because at times

1                    ███████  -  2/16/2022

2 you might be holding an asset for a small period of

3 time, sometimes it's longer while the arbitrage

4 resolves itself.  So in the meantime although you --

5 with an arbitrage strategy, specifically you're

6 trying to cancel out the price risk of the price

7 moving.

8            There are other risks that you take while

9 you're holding the asset.  If the blockchain sort of

10 fails to function then, you know, if the -- if

11 the -- you know, if the liveliness of a blockchain

12 disappears, then you have problems there.  So there

13 are other kind of, you know, technological

14 considerations and there's just a variety of risk

15 factors that need to be evaluated, whether it's a

16 good risk/reward to hold assets in the form of a

17 particular digital asset in a given moment.

18      Q.    Are there any other factors that you

19 considered in deciding which digital assets would be

20 the focus of your arbitrage strategies?

21      A.    There are a lot of other factors.

22 Probably sitting right here, I can't remember and

23 recount every single one of them for you.  But, you

24 know, these strategies were developed over a very

25 long period of time, with a lot of thought and

1                    ▮▮▮▮▮ - 2/16/2022

2 consideration and a lot of hours spent.  So we were

3 always trying to think of new potential risks that

4 needed to be considered and, you know, assess how

5 that impacts our decision-making process.

6      Q.    Are there any other factors that you

7 considered in deciding which digital assets would be

8 the focus of your arbitrage strategies that you can

9 remember sitting here today?

10     A.    No.

11     Q.    Prior to your involvement in this case,

12 did you ever perform any analysis of XRP?

13               MR. SYLVESTER:  Objection; form.

14     A.    I was generally aware and tried to keep

15 close tabs on as many digital assets as I could and

16 XRP was a -- you know, certainly a known topic of

17 conversation and so I certainly had looks -- had

18 read about XRP and, you know, tried to learn about

19 it.

20     Q.    So you did perform an analysis of XRP as

21 a potential purchase.  Is that right?

22               MR. SYLVESTER:  Object to form.

23     A.    I'm sorry.  I couldn't hear the first

24 part.

25     Q.    You did perform an analysis of XRP as a

1                    ██████  -  2/16/2022

2  potential purchase.  Is that right?

3                    MR. SYLVESTER:  Object to form.

4       A.    I'd say that generally I, on some level,

5  thought about, you know, an analysis of risk and

6  reward for practically every asset that I could, you

7  know, think of and learn about closely.

8            Sometimes that ranged from, you know, a

9  short kind of dive into what it was or what I did,

10  and sometimes that resulted in a very deep

11  understanding of it and a lot of hours spent

12  analyzing it, so kind of between those two points.

13  I can't specifically remember at a specific point in

14  time where it would fall -- you know, would have

15  fallen in that spectrum.  But I certainly knew about

16  it and had learned about it and, you know,

17  understood a good deal of what it was.

18       Q.    What analysis -- well, withdrawn.

19            Do you recall when you first learned

20  about XRP?

21       A.    No, I don't remember.

22       Q.    Have you ever purchased XRP?

23       A.    No.

24       Q.    Have you ever purchased any derivatives

25  related to XRP?

1                     █████████ - 2/16/2022

2      A.    No.

3      Q.    Did you ever consider purchasing XRP or

4 any derivatives related to it?

5      A.    Again, I'm not sure how to answer that

6 question because the way I think about my, you know,

7 investment partnership is that potentially any

8 asset, you know, in the universe is a potential

9 investment.  So, you know, nearly any asset that I

10 could have access to is something that I could

11 potentially purchase in a given moment.

12      Q.    So XRP is an asset that you could

13 potentially purchase, but you never have.  Is that

14 right?

15      A.    That's correct.

16      Q.    Why didn't you -- why -- withdrawn.

17            Why didn't you purchase XRP?

18      A.    Sitting here now, I can't remember at a

19 given point in time why exactly all the reasons that

20 I made a decision to purchase an asset or not

21 purchase an asset, but, you know, to say that, you

22 know, in general if I haven't purchased an asset, at

23 that moment I didn't think it was strong enough

24 risk/reward based on the opportunity set that I had

25 in front of me at the moment.

1                    ███████ - 2/16/2022

2       Q.     What factors did you consider in deciding

3  that XRP wasn't a strong enough risk/reward based on

4  the opportunity set in front of you at the moment?

5       A.     There were many factors.  And, you know,

6  sitting here now I can't remember every single

7  factor that I thought about or applied to that --

8       Q.     What factors --

9       A.     -- decision.

10      Q.     -- what factors do you remember thinking

11 about when you made that decision?

12                    MR. SYLVESTER:  Object to form.

13                    Go ahead.

14      A.     I can't remember.  You know, again,

15 I want to be accurate here.  So sitting here right

16 now, I can't put myself in that mindset and remember

17 exactly the way I thought about it.  Yeah.  I can't

18 tell you exactly what it was that made me decide to

19 purchase or not purchase that specific digital

20 asset.

21      Q.     Have you ever revisited your decision not

22 to purchase XRP and done any further analysis of

23 whether it would make sense to purchase XRP at a

24 different time?

25                    MR. SYLVESTER:  Object to form.

1          ████████ - 2/16/2022

2      A.    Well, I think like I said the first time,

3  it wasn't -- I don't think I would characterize it

4  as a specific point in time that I, you know, made

5  that decision.  In general, there are a wide variety

6  of assets that I could choose to investment in or

7  not at any given point in time.

8              And, you know, constantly trying to

9  evaluate the entire opportunity set in front of me

10 and, you know, at any given point in time, based on

11 the opportunity set, there are some assets that I'm,

12 you know, thinking about very closely and analyzing

13 very closely, and some I'm kind of generally aware

14 of, and there are some that are somewhere in between

15 those two.

16             So when you ask if there is another

17 specific time that I revisited a decision, I can't

18 think of a specific moment that I revisited the

19 decision and kind of redid that analysis.

20             But over time, you know, I've looked at

21 many digital assets, continued to learn about them,

22 and potentially, you know, with some restrictions,

23 you know -- you know, I could consider purchasing

24 any of those.

25     Q.    But sitting here today you don't remember

1                 ███████  -  2/16/2022

2 the particular factors that led you to decide not to

3 purchase XRP at any given time.  Is that right?

4        A.    I can't, yeah, enumerate the specific

5 factors that would have gone -- that were in my head

6 at that moment.

7        Q.    Okay.  Now, I think you just mentioned

8 that with some restrictions you could potentially

9 purchase any digital asset.  What restrictions were

10 you referring to there?

11        A.    As part of my work with ████████ if you

12 see, we have an insider trading policy.  So there

13 are some digital assets that are off-limits based on

14 that.

15        Q.    And how do you learn which digital assets

16 are off-limits based on Integra's policy?

17        A.    Well, I look at the policy and I apply

18 the restrictions from that policy to the -- the --

19 to make a decision about whether or not the assets

20 that I'm -- you know, out of that universe of

21 digital assets at any given moment I can look at the

22 insider trading policy and I can see that there are

23 certain of those assets that would be off-limits.

24        Q.    Is there a list of prohibited assets that

25 ████████ maintains?

1                      ███████ - 2/16/2022

2       A.     No.

3       Q.     How do you figure out which digital

4  assets are prohibited under Integra's policy?

5       A.     It's based on which assets I have

6  nonpublic information about.

7       Q.     Is there any prohibition under Integra's

8  policy on you trading digital assets that other

9  employees at ███████ may be working with?

10               MR. SYLVESTER:  Object to form.

11      A.     I'm not sure I understand the question

12  exactly.  I mean, typically if -- if one employee --

13  well, in many cases another employee has insider

14  information or nonpublic information, I should say,

15  about a digital asset, and I also have nonpublic

16  information about that asset.  So to that extent we

17  would both be prohibited from trading that specific

18  digital asset at the same moment.

19               But I have to look at the insider trading

20  policy to try to work out, like, a specific

21  permutation of a scenario, if you're trying to ask

22  about that.

23      Q.     Which digital assets are you currently

24  prohibited from trading under Integra's policy?

25               MR. SYLVESTER:  Object to form.

1              ███████████  -  2/16/2022

2                   And I'm going to instruct you not to

3  answer that question to the extent it reveals any

4  communications with Securities and Exchange

5  Commission attorneys or any other projects'

6  directions that you received from attorneys or

7  analysis you provided.

8      A.    Yeah, I'm not going to answer that

9  question.  I think -- I'm not allowed to speak to

10 any of those that would potentially be on that list.

11     Q.    So all of the digital assets currently on

12 that list would be based on work with the SEC?

13                 MR. SYLVESTER:  Object to form.

14     A.    This policy applies to any nonpublic

15 information that I have, and that's not specific to

16 a particular agency.

17     Q.    What steps do you take to ensure that

18 ████████  does not purchase any of the assets on

19 Integra's -- withdrawn.

20             What steps do you take to ensure that

21 ████████  does not purchase any of the assets that

22 are prohibited by Integra's policy?

23     A.    I review the insider trading policy and,

24 you know, at times have conversations with, you

25 know, staff at ████████ to make sure I'm on the same

1               ██████████ - 2/16/2022

2 page about what would, you know, be prohibited or

3 not.

4               And then, you know, once I've

5 established, both just from my own kind of reasoning

6 about what I'm working on and through talking with

7 staff at ██████████ once I've established kind of at

8 that given moment, okay, here's what's off-limits,

9 then, you know, I make sure that ██████████ is

10 complying with that restriction.

11      Q.    How do you make sure that ██████████ is

12 complying with that restriction?

13      A.    I make sure because I'm part of the

14 leadership of ██████████.  So if I decide that we

15 shouldn't, you know, purchase a particular digital

16 asset, that's -- you know, that's part of the

17 investment process for ██████████, is my -- is my

18 direction about what we should or should not

19 purchase, so...

20      Q.    What directions have you provided to

21 ██████████ about which digital assets should not be

22 purchased due to the ██████████ policy?

23               MR. SYLVESTER:  Object to form.

24               And once again if the answer to that

25 question would reveal any of your communications

Page 54

1                    ███████ - 2/16/2022

2 with any Securities and Exchange Commission's

3 attorneys, I'll instruct you not to answer as to

4 that.  If you can answer the question without

5 revealing those communications, you're free to

6 answer.

7        A.    Yeah, I'm going to decline to answer.

8 I'm not exactly even sure how to answer, but I just

9 don't want to wade into revealing, you know,

10 information that I have a nondisclosure agreement on

11 that I'm not allowed to discuss, you know.  I

12 certainly don't want to discuss anything that

13 I've -- I have knowledge about as a result of my

14 work with ███████

15        Q.    I'm not sure that's an appropriate

16 instruction, but let's see if we can cut through

17 this one question at a time.

18            Have you ever provided instructions to

19 ███████ Capital about which digital assets should

20 not be purchased due to the ███████ policy?  And

21 that is a "yes" or "no" question.

22                MR. SYLVESTER:  If you can recall.

23        A.    I don't -- I don't exactly know what you

24 mean by if I've provided instructions.  I can say

25 that I have -- I have never -- whether individually

1                      ██████████ - 2/16/2022

2 or -- you know, personally or as part of my role

3 with ████████ traded a digital asset that was

4 prohibited under the insider trading policy.

5      Q.    Have you ever communicated to anyone else

6 at ██████████████ that ████████ should not

7 purchase a particular asset due to Integra's policy?

8               MR. SYLVESTER:  You can answer that

9 yes or no, if you recall.

10      A.    I'm sorry.  Say it exactly.  I just want

11 to make sure...

12      Q.    Yeah.

13      A.    I'm trying to thread the needle here

14 between not saying something I'm not supposed to say

15 in terms of revealing, you know, sensitive or

16 confidential information, but...

17      Q.    Have you ever communicated to anyone else

18 at ██████████████ that ████████ should not

19 purchase a particular digital asset because of

20 Integra's policy?

21               MR. SYLVESTER:  And again, yes, no,

22 or I don't know.

23      A.    I don't know.  I can't remember a

24 specific example of that.

25      Q.    So sitting here today, you don't remember

1                    ███████ - 2/16/2022

2 one way or the other if you've ever communicated to

3 someone at ███████ that ██████ should not

4 purchase a particular digital asset because of

5 Integra's policy.  Is that right?

6      A.    I don't think that for ██████ the issue

7 has ever come up in the sense that I don't think

8 we've had a situation where █████ was set to

9 purchase a particular digital asset and then I had

10 to step in and say we can't do that.  So that would

11 be kind of a hypothetical about how I would handle

12 that situation in the future.

13            But I can definitely say unequivocally

14 that I've never made a trade that would have

15 violated that policy, but I don't remember -- you

16 know, I don't specifically remember having that

17 conversation because, you know, A, the -- the same

18 confidentiality agreements that I'm talking about

19 here today prohibit me from talking about specific

20 digital assets with other people that aren't kind of

21 on that same nondisclosure.  But, luckily, I think,

22 like I said, I don't think that's ever come up so

23 that's why I can't remember ever having that

24 discussion.

25            Certainly discussed that there is a

1                    ██████████ - 2/16/2022

2 policy in place that there could potentially be a

3 conflict, but I don't think it's actually ever come

4 up just based on the -- the actual matters that I've

5 been involved in.

6        Q.     Have you ever had discussions with anyone

7 outside of ████████████████ at any other company

8 that you're affiliated with about Integra's digital

9 asset trading policy?

10                    MR. SYLVESTER:  Object to the form.

11       A.     At other companies that I'm involved

12 with?

13       Q.     Yes.

14       A.     What -- you're asking if I've had

15 discussions with anybody outside of ████████ and

16 outside of ████████ about ████████████ trading policy?

17       Q.     Yes.

18       A.     I don't recall ever having a discussion

19 like that.

20       Q.     Okay.

21                    MR. OPPENHEIMER:  Why don't we pause

22 here for a break?

23                    MR. SYLVESTER:  Okay.

24                    THE VIDEOGRAPHER:  The time is 10:29.

25 We are off the record.

1                    ███████ - 2/16/2022

2                         (Break.)

3                    THE VIDEOGRAPHER:   The time is 10:49.

4 We are on the record.

5      Q.    Have you ever traded digital assets

6 outside of digital asset trading platforms?

7      A.    Not that I can remember.  Yeah.

8      Q.    And has any company that you've been

9 affiliated with such as ███████████████ ever traded

10 digital assets outside of digital asset trading

11 platforms, to the best of your knowledge?

12     A.    You just mean has it made a transaction

13 that wasn't, like, entered onto a -- into the

14 interface that's used -- the software product that's

15 offered by a platform?  I'm trying to figure out

16 exactly what you mean to give you an accurate

17 answer.

18     Q.    Have you or ██████████- -- have you or ██████

19 ████████████ ever made any digital asset trades

20 directly on Ledger?

21     A.    Oh.  Well, I think your first question

22 was about trading platforms.  Some of those are on

23 Ledger so I think those two questions sort of

24 conflict with one another.

25     Q.    It's a different question.

1                    ███████████ - 2/16/2022

2        A.    Okay.

3        Q.    What I'm asking you now is have you or

4 ██████ Capital ever made any digital asset trades

5 directly on Ledger?

6        A.    Yes.

7        Q.    Have you or ██████████████ ever made

8 any digital asset trades through decentralized

9 finance platforms?

10       A.    Do you have a specific platform in mind?

11 What I'm trying to do is give you an accurate answer

12 and some of those terms are broad.  I -- I think I

13 generally know what you're getting at, but if you're

14 asking me about a particular platform, I could

15 give -- probably give a better yes or no for that.

16       Q.    Let's try it this way.  Which digital

17 asset trading platforms do you current have accounts

18 on?

19       A.    I've got accounts on many platforms that

20 I probably wouldn't even be able to remember of all

21 of them.  Some of them date back to the -- you know,

22 the discussion we were having previously about

23 activity that goes back in time that the accounts

24 probably still exist, but they haven't been used in

25 a while.  So there's -- I'm not going to be able to

1                    ███████ - 2/16/2022

2 give a simple answer to that question.

3       Q.    Which platforms do you have accounts on

4 that you can recall as you sit here today?

5       A.    Coinbase Pro, Kraken, Bittrex.  Some

6 platforms I mentioned earlier, the account probably

7 still exists even though I am probably barred from

8 using it because they've shut off access to American

9 customers in the meantime.  So that would include --

10 you know, earlier I mentioned having accounts on

11 BitMEX and Deribit.  That -- those would fall into

12 that category.  So those accounts I think probably

13 are still there.

14           Let's see.  I can't remember any others

15 specifically.  I think, you know, you were asking

16 about decentralized finance platforms, but you don't

17 really have accounts on those.  So, yeah, I would

18 just leave it there.  Those are the ones I can

19 remember.

20      Q.    Does ███████████ have its own

21 separate accounts on any digital asset platforms --

22 digital asset trading platforms?

23      A.    What do you mean by "does it have its own

24 separate accounts"?

25      Q.    Does ████████████ have accounts that

1            ██████████  -  2/16/2022

2 are distinct from your personal accounts on any

3 platforms?

4       A.    Yes.

5       Q.    Which platforms does ████████████████

6 have accounts on?

7       A.    All -- my previous answer was all about

8 ██████████████████ accounts on those platforms.

9       Q.    And are there any accounts -- withdrawn.

10            Are there any platforms that you

11 personally have an account on?

12      A.    Yes.

13      Q.    Which ones?

14      A.    I have an account on Coinbase.

15      Q.    Any others?

16      A.    I know there are others, but again, most

17 of those were from a long time ago before -- you

18 know, before my trading.  So just tell you that, you

19 know, there was a period of time when the activity

20 was under personal accounts and then ████████████

21 ████████ was formed and the trading under the

22 personal accounts hasn't really persisted past that

23 point.  So it's going to be hard for me to remember

24 that activity exactly because it's been kind of a

25 long time.

1          █████████  - 2/16/2022

2     Q.    Sitting here today, is the only personal

3 account that you have on a digital asset trading

4 platform that you are aware of the account on

5 Coinbase?

6               MR. SYLVESTER:  Object to the form.

7     A.    No, I think -- I know there are others.

8 Yeah.

9     Q.    Which other ones do you have?

10     A.    The one -- so one I can remember is I'm

11 pretty sure I had a separate personal account on

12 Kraken.  And so there is Kraken, Coinbase,

13 Crypto.com.  Again, I know there are others, but I

14 can't remember because it's been a long time since

15 I've specifically traded under the personal

16 accounts.  I think the only one there that would be

17 somewhat recent would be the Crypto.com account I

18 think.

19     Q.    When was the last time that you recall

20 trading on your personal account?

21     A.    I can't remember.

22     Q.    Was it within the last three years?

23     A.    I can't remember.

24     Q.    Do you personally own any digital assets

25 today?

1                    ███████ - 2/16/2022

2      A.      Yes.

3      Q.      Which ones?

4      A.      You're distinguishing ██████ to all

5 things in my personal holdings?

6      Q.      Right.  I'm asking about your personal

7 holds of digital assets.

8      A.      My personal holding are, I believe,

9 ██████████████.

10     Q.      Any others?

11     A.      I don't think so.

12     Q.      Have you ever owned any other digital

13 assets in your personal capacity?

14     A.      Yes.

15     Q.      Which other digital assets have you

16 previously owned?

17     A.      So some of the investment activity and

18 arbitrage strategies that we talked about earlier, I

19 developed those, in part, before the formation of

20 ████████ and so all the activity I discussed

21 earlier, at one point, that activity would be done

22 under personal accounts and so that encompasses a

23 wide variety of digital assets and I can't remember

24 all of them.

25     Q.      Sitting here today, which ones can you

1                     ██████████ - 2/16/2022

2 remember?

3       A.     I know it was a big list.  I can -- at

4 this point, I can remember -- let's see.  ██████████

████████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████

██████████████     And there are many others, but like I

9 said, I can't remember specifically for the personal

10 account that long ago.

11      Q.     Approximately, how many different digital

12 assets have you owned personally at any point?

13      A.     I can't remember.

14      Q.     Was it more than 50?

15      A.     I can't remember.

16      Q.     It may have been; it may not.  You're not

17 sure?

18      A.     It may have been -- yeah, if I had to,

19 like, guess, that -- that's probably, like, on the

20 right order.  It's probably 50ish, but, I mean, it's

21 not -- the number is not 50.  It's just, you know --

22      Q.     In the ballpark of 50?

23      A.     Something like that, I guess, yeah.

24      Q.     Okay.  Which digital assets has ██████████

25 ██████████ owned at any time?

```
 1              ███████ - 2/16/2022

 2      A.    I can't remember specifically the list.

 3      Q.    Approximately how many different digital

 4 assets has ███████████ owned at any time?

 5      A.    I can't remember.

 6      Q.    Do you think it was more than 50?

 7             MR. SYLVESTER:  Apologies.

 8 Objection.  You said "owned at any time."  I just

 9 wanted to make sure the record is clear.  Do you

10 mean throughout the history of ███████ or

11 at a specific point in time?

12             MR. OPPENHEIMER:  I mean at any time.

13             MR. SYLVESTER:  So total through its

14 existence?

15             MR. OPPENHEIMER:  Right.

16             MR. SYLVESTER:  Okay.

17      A.    Oh, okay.

18      Q.    At any time -- so I'm asking if ███████

19 ██████ has ever bought or sold a digital asset that

20 would count as one, and for each of those that you

21 count up, approximately how many digital assets has

22 ███████████ owned at any time?

23      A.    More than the number I gave for my

24 personal activity.  I have a hard time remembering

25 exactly how many that is, but I would probably say
```

1                    ██████ - 2/16/2022

2 it's more like 100.

3      Q.    Which digital assets do you recall,

4 sitting here today, ████████████ owned at any

5 point in time?

6      A.    ████████████████████████

████████████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

████████████████████████████████████████

██████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████

██████████████████████████

20     Q.    Okay.  When ████████████ decided to

21 trade those digital assets, did it consider the

22 regulatory risk involved with any of them?

23              MR. SYLVESTER:  Objection to form.

24     A.    I considered a wide variety of risks.

25     Q.    Did that include regulatory risks?

1                              ███████ - 2/16/2022

2                    MR. SYLVESTER:  Objection to form.

3      A.    I think you would have to -- maybe we can

4 hone down to a specific asset and talk through the

5 risks but, you know, in general, any possible risk

6 that I can, you know, identify is something that I

7 would have to think about.

8              To the extent that for a particular coin,

9 you know, regulatory risk is something I can kind of

10 make a risk assessment on, then that's going to be

11 something I considered.

12                    (Discussion off the written record.)

13     Q.    Are there any digital assets that

14 █████████████  has ever traded that you did not

15 consider the regulatory risk in connection with?

16                    MR. SYLVESTER:  Object to form.

17     A.    I can't specifically remember my exact

18 thought process, sitting here right now, for every

19 asset that I've ever traded.

20     Q.    But it would be your and ████████

21 ██████████  general practice to consider regulatory

22 risk whenever you could.  Is that right?

23                    MR. SYLVESTER:  Object to form.

24     A.    I have considered regulatory risk on some

25 assets in the past.  I can't, sitting here right

1                 ███████  - 2/16/2022

2  now, remember exactly what risks I considered or

3  didn't consider for every asset that I've ever

4  traded.

5      Q.    You said you considered regulatory risk

6  on some assets in the past.  Are there some that you

7  didn't consider it on?

8                 MR. SYLVESTER:  Object to form.

9      A.    So the reason I'm having a hard time

10 thinking through this is, as we've discussed, I have

11 had different trading strategies, and some of those

12 trading strategies involve holding assets longer

13 term.  And in that case, a different set of risks

14 come into play.

15            Some of them involve holding assets for

16 very short periods of time, and there is a unique

17 set of risks for those, and so there is going to be

18 some set of those assets and that trading activity

19 that falls into that -- to one bucket where a

20 particular risk might not apply, and a certain

21 portion of the trading activity falls into another

22 strategy, another bucket where a particular risk

23 might apply.

24            So every single risk doesn't apply to

25 every single trade.  You know, it's different on a

1                    ██████████  -  2/16/2022

2  case-by-case basis, and depending on, you know, what

3  specific trading strategy was being used to make

4  that transaction.

5        Q.     Which digital assets have you or  ██████████

6  ██████████  traded in order to hold for a longer term?

7                    MR. SYLVESTER:  Objection; form.

8        A.     I guess longer term is -- I'm going to

9  have trouble giving a specific answer to that

10 because I don't exactly know, you know, what you

11 mean by the exact amount of time that would qualify

12 as longer term or not.

13              I mean, it's just -- I generally

14 described how there are different buckets and

15 different types of trading strategies, but I don't

16 have a bright line where it would be like, okay,

17 this many days or this many months qualify -- counts

18 as, quote, unquote, longer term or, quote, unquote,

19 not longer term, so I don't know exactly how to

20 categorize them based on that question.

21       Q.     I think you said there was a bucket of

22 longer-term holdings as compared to other buckets.

23 What do you consider to be longer-term holdings?

24       A.     So let me clarify that earlier statement.

25 I don't mean that there is a specific bucket where

1            ███████ - 2/16/2022

2 there's one precisely defined category where the

3 specific risks apply.

4            I was generally describing that there are

5 just different types of trading strategies,

6 different types of holding periods, and different

7 risks might apply to one or the other of those, and

8 there are certain times that the risks are going to

9 be in common across those, certain times not.  But I

10 didn't mean to imply that there is a specific named

11 subset of trades that I call -- you know, that I've

12 labeled as having the name "longer term."

13      Q.    For how long does ████████████

14 typically hold a digital asset that it buys?

15            MR. SYLVESTER:  Object to form.

16      A.    There is no answer to say what a typical

17 holding period is.  It ranges greatly.  Sometimes

18 the holding period is very short, sometimes the

19 holding period is very long and everything in

20 between.  There is no typical answer to that.

21      Q.    And what would you call a very long

22 holding period in that last answer?

23      A.    Well, the digital asset space has existed

24 roughly for the past 13 years, so longer term would

25 be kind of caps on the high end there, as opposed to

1               ███████  -  2/16/2022

2  some other asset classes.  But, you know, on the

3  short end, it might be seconds, and on the long end,

4  it might be indefinite, but with the constraint that

5  some of these assets haven't existed for that many

6  years.

7       Q.     Which digital assets have you or ███████

8  ███████  traded with an intent to hold them for

9  longer than one month?

10                   MR. SYLVESTER:  Object to form,

11  compound.

12       A.     I can't specifically remember, sitting

13  here, which ones I intended to hold for a particular

14  period of time when I made the transaction.  I

15  think, in many of those cases -- well, you can say,

16  you know, when the transactions were made, there's

17  not going to be a specific clock on that where you

18  can say we're going to hold this for exactly, you

19  know, three months or one year or anything like

20  that.

21                   There is a continuous process to evaluate

22  the suitability of an investment, whether it's --

23  provides an attractive risk/reward, whether it still

24  fits in with the trading strategies and the trading

25  objectives.

1                    ██████████ - 2/16/2022

2              So I wouldn't, you know, make a decision

3 not to trade an asset simply because at the

4 beginning I had already predetermined the length of

5 time of that holding.  That wouldn't be -- that

6 wouldn't be something that I would consider.

7      Q.    ██████████ arbitrage strategy, is it fair

8 to say -- withdrawn.

9              Is it fair to say that when ██████████

10 makes trades in furtherance of an arbitrage

11 strategy, it typically intends to sell the digital

12 assets it's buying in a short time frame, less than

13 a day?

14      A.    So I described earlier that there are

15 many different arbitrage strategies, so when you

16 talk about the arbitrage strategy, that -- that --

17 that isn't how I would classify it at all, because

18 there are actually many different strategies, even

19 with the arbitrage, you know, kind of

20 classification, umbrella over those.

21              And as we talked about earlier, you know,

22 some of those involve very short trades, so maybe

23 you're buying on spot market in one venue and

24 selling in spot market on another venue, and so in

25 that situation, the two trades might take place very

1            [REDACTED] - 2/16/2022

2 closely in time, maybe within even seconds.

3            There are other forms of arbitrage that

4 involve holding periods that are very long.  I mean,

5 the holdings could last for years in some cases,

6 because I mentioned that, you know, maybe you're

7 buying something as part of a cash-and-carry

8 strategy in which maybe you're buying a -- an asset

9 on the spot market in one location and you're

10 hedging that with a derivative of some sort on

11 another platform.

12            The spot market purchase could be held as

13 a long position for as long as that -- that

14 cash-and-carry trade is earning a premium, as long

15 as there is a positive funding rate on that

16 transaction and you're continuing to expect that

17 you'll earn, you know, positive carry by holding

18 that asset over time.

19            Even though it's a arbitrage strategy,

20 and maybe you've tried to hedge out the price risk,

21 you still would be owning that asset continuously

22 for a very long period of time.  So I wouldn't

23 classify it the way you have, that arbitrage

24 necessarily implies that the holding period is short

25 and non-arbitrage implies something different.

1                    ███████ - 2/16/2022

2            Arbitrage strategies can also kind of run

3 the spectrum from very short holding periods to long

4 periods, and discretionary strategies as well could

5 run the spectrum from short holding periods to very

6 long holding periods.

7      Q.    Approximately what fraction of ████████

8 holdings has ████████ sold within a week of

9 purchasing?

10     A.    I don't know that answer.  I'd have to

11 look through -- to the extent they even have the

12 ability to look at that anymore.  I -- I have no

13 idea just sitting here right now.

14                (Discussion off the written record.)

15     Q.    Have you ever staked assets on a digital

16 asset trading platform?

17                MR. SYLVESTER:  Object to form.

18     A.    I have staked assets, yes.

19     Q.    Which assets?

20     A.    I can't remember, sitting here right now.

21     Q.    Do you consider ██████████████ to be a

22 reasonable purchaser of digital assets?

23                MR. SYLVESTER:  Object to form.

24     A.    I think ████████ is a rational actor in

25 the digital asset space.

1                    ███████ - 2/16/2022

2      Q.      Does being a rational actor in the

3  digital asset space make it a reasonable purchaser

4  of digital assets?

5                    MR. SYLVESTER:  Object to form.

6      A.      I think that reasonable purchasers are

7  rational, yes.

8      Q.      My question is, do you consider ███████

9  ████████ to be a reasonable purchaser of digital

10 assets?

11                    MR. SYLVESTER:  Objection; asked and

12 answered.

13     Q.      You can answer.

14     A.      Oh, sorry.  Can you repeat the question?

15     Q.      Do you consider ████████████ to be a

16 reasonable purchaser of digital assets?

17                    MR. SYLVESTER:  Same objection.

18     A.      I think reasonable purchasers of digital

19 assets are rational purchasers of digital assets and

20 ████████ falls into that category.

21     Q.      Is every rational purchaser of digital

22 assets a reasonable purchaser of digital assets?

23                    MR. SYLVESTER:  Objection.

24     A.      Is every rational purchaser of digital

25 assets a reasonable purchaser of digital assets?

1                    ███████  - 2/16/2022

2 Yeah, I would say, yes, I think.  Yeah.

3      Q.    Do you consider yourself a reasonable

4 purchaser of digital assets?

5      A.    Yes.

6      Q.    Were you a reasonable purchaser of

7 digital assets the very first time you purchased a

8 digital asset?

9      A.    Yes.

10      Q.    Do you believe it takes any special

11 training or experience to become a reasonable

12 purchaser of digital assets?

13      A.    I think if -- by specialized training,

14 I'm not sure exactly what you mean by that.  The

15 digital asset space is new so there are really no

16 formal kind of certification or anything along those

17 lines.  So I'm not sure what you're referring to.

18      Q.    Okay.  I didn't say specialized, but just

19 to make the question clearer, do you think it takes

20 any training or experience to become a reasonable

21 purchaser of digital assets?

22              MR. SYLVESTER:  Object to form.

23      A.    I think that's -- there's not a specific,

24 you know, set of qualifications that you need to

25 fulfill to become a reasonable purchaser.

1          █████████  - 2/16/2022

2 Certainly, I think reasonable purchase in general,

3 I've had experience thinking about digital assets or

4 being in the digital asset space.

5          But, you know, reasonable purchasers are

6 also, you know, in the category of people who might

7 be using a digital asset for a utility purpose not

8 just an investment purpose.

9          So when you're talking about experience

10 in purchasing or investing in digital assets, that

11 could be one path towards the type of background

12 that a reasonable purchaser might have, but I'd say

13 there are other market participants who are

14 reasonable purchasers who are, you know, coming at

15 that from a different set of experiences that

16 probably have not had experience and background in

17 investing in digital assets but, rather, you know,

18 they're making that purchase in order to use the

19 asset in some way.

20    Q.    So different reasonable purchasers of

21 digital assets can have different backgrounds and

22 different motivations.  Is that right?

23    A.    Yeah, I'd say different reasonable

24 purchasers can have different motivations.

25 Everybody has a different background, so I'm not

1          ███████ - 2/16/2022

2 sure to the extent there's more reasonable purchaser

3 they have different backgrounds, I think that would

4 be probably clear.

5          But people can have different -- a

6 different focus from their background.  Some might

7 be -- you know, I've talked about different types of

8 trading strategies here, for instance.  So

9 reasonable might be a reasonable purchaser that are

10 focused on short-term trading or technical analysis

11 or something like that.  Some might be more

12 fundamentally oriented and have a different

13 strategy.

14          Some might be utility purchasers or users

15 of a blockchain or work for a company that intends

16 to use the digital asset in some way.  All of those

17 people are generally experienced and have a

18 background in the digital asset space.  But each of

19 them might have a different, you know, motivation or

20 reason.

21          A reasonable purchaser, I think, can have

22 different -- different reasonable purchasers can

23 have different reasons for purchasing digital

24 assets.

25     Q.    And different reasonable purchasers can

1                    ███████ - 2/16/2022

2 care about different factors when they decide

3 whether to buy a digital asset.  Right?

4                    MR. SYLVESTER:  Object to form.

5      A.    I'd say some reasonable purchasers might

6 care much more about the -- the price appreciation

7 of the asset, some reasonable purchasers might care

8 more about the utilities of the asset.  And there

9 are a lot of other reasons, but reasonable

10 purchasers can have a lot of different motivations

11 for purchasing a digital asset.

12      Q.    Is ███████████ an

13 investment-oriented purchaser of digital assets?

14      A.    At times ███████████ has made

15 purchases for different reasons.  I wouldn't

16 categorize it solely as ███████████ is

17 exclusively purchasing digital assets for investment

18 purposes, but it certainly has purchased assets for

19 investment-oriented purposes.

20      Q.    What other purposes has ███████████

21 purchased assets for?

22      A.    At times --

23      Q.    Sorry.  What other purposes has ██████████

24 ████████ purchased digital assets for?

25                    MR. SYLVESTER:  Object to form.

1                    ████████ - 2/16/2022

2       A.      There have been times when ████████

3  ████████  purchased digital assets as a utility user

4  of a token to enable some activity on the

5  blockchain, to, you know, facilitate some kind of

6  activity that the asset was required to have or to

7  use to do that rather than purchasing the asset with

8  the intent that that specific asset would appreciate

9  in price.

10      Q.      Do ████████████████ arbitrage

11 strategies focus on investment use or utility use of

12 digital assets?

13                  MR. SYLVESTER:  Object to form.

14      A.      The arbitrage strategies in -- involve

15 buying assets for both utility use and investment

16 use.  So the end goal of that strategy is to make

17 money off of the -- you know, the profitability of

18 the trading strategy.

19                  But at times for their -- when that

20 activity requires using platforms, blockchains or

21 products that require utility users of a token,

22 then, you know, completing or executing those

23 strategies can also involved using digital assets as

24 utility purchaser as well.

25      Q.      Do you view -- do you view your role in

1                    ██████████ - 2/16/2022

2 this case as assisting the SEC?

3     A.    No.

4              MR. SYLVESTER:  Object to form.

5     A.    I view my role as an independent expert.

6     Q.    You viewed your role in other cases as

7 assisting the SEC, though.  Isn't that right?

8              MR. SYLVESTER:  Object to form.

9     A.    Which case are you talking about in

10 particular?

11    Q.    I'm asking you, isn't it true that you've

12 viewed your role in other cases as assisting the

13 SEC?

14             MR. SYLVESTER:  Object to form.

15    A.    I'm not sure.  I'd have to hear a

16 specific example of a matter to -- to determine

17 that.

18    Q.    Did you believe you were assisting the

19 SEC when you wrote an expert report in SEC versus

20 ███████████████████?

21    A.    In SEC versus ██████████ case I was an

22 independent expert.

23    Q.    So didn't view your role as assisting the

24 SEC?

25    A.    I viewed my role --

1                ███████████ - 2/16/2022

2                    MR. SYLVESTER:  Objection; asked and

3 answered.

4      A.    I viewed my role as an independent

5 expert.

6      Q.    You didn't view your role as assisting

7 the SEC.  Is that right?

8                    MR. SYLVESTER:  Objection; asked and

9 answered.

10      A.    I viewed my role as an independent

11 expert.

12      Q.    You are saying "independent expert" here.

13 Is it your view that as an independent expert you

14 were not assisting the SEC?

15                    MR. SYLVESTER:  Objection; asked and

16 answered.

17      A.    I viewed my role as an independent

18 expert.

19      Q.    What do you mean when you say

20 "independent expert"?

21      A.    I mean that I was -- you know, my task

22 was to do some analysis based on assignment and to

23 write an expert report based on that analysis and to

24 basically provide my -- my expert opinion to the

25 court in the matter.

1            ██████████ - 2/16/2022

2      Q.     But not to assist the Securities and

3  Exchange Commission?

4                 MR. SYLVESTER:  Objection; asked and

5  answered.

6      A.     My role was to provide analysis based on

7  an assignment and provide an expert report so that

8  the court could rely on my expert testimony.

9      Q.     Did you view your role as assisting the

10 SEC when you wrote an expert declaration in the SEC

11 versus ██████████ case?

12                MR. SYLVESTER:  Objection.

13     A.     The same thing in that -- in that

14 situation, I view my role as providing expert

15 testimony and being an independent expert.

16     Q.     So that's a no, you didn't view your role

17 as assisting the SEC?

18                MR. SYLVESTER:  Objection; asked and

19 answered.

20     A.     I view my role as being an independent

21 expert.

22     Q.     Is there some reason you can't answer

23 "yes" or "no" as to whether you thought you were

24 assisting the SEC in those cases?

25                MR. SYLVESTER:  Objection; asked and

1               ████████████  - 2/16/2022

2 answered.

3     A.    You're asking if there's a reason I can't

4 answer "yes" or "no"?  I don't understand what you

5 mean.  What --

6     Q.    I've asked you if you thought you were

7 assisting the SEC in those cases and you said your

8 role as being an independent expert.  Is there some

9 reason you can't say whether you thought, yes or no,

10 you were assisting the SEC in those cases?

11               MR. SYLVESTER:  Object to form.

12     A.    I've tried to state what I thought my

13 role was in that case.  And, you know, whether

14 somebody interprets that in another way, the way

15 that you're trying to ask the question, I -- I don't

16 really have an opinion, I just -- I just know that

17 my role was as an independent expert.

18     Q.    I'm not asking what other people might

19 interpret it as.  Did you interpret your role as

20 assisting the SEC?

21               MR. SYLVESTER:  Objection;

22 argumentative.

23     A.    Like I said, I think, what I'm very clear

24 on is that my role was to provide expert testimony

25 and to provide insight analysis on those cases, to

1            ███████ - 2/16/2022

2 provide expert -- to provide an expert report if,

3 you know, if needed.  And I guess I inherently view

4 that role as assisting the court in the process in

5 that.

6            To assist or doesn't assist, I don't have

7 an opinion on it.  I'm very clear that my role is to

8 provide independent expert analysis.

9      Q.    So you don't have an opinion as to

10 whether you were assisting the SEC in those cases?

11            MR. SYLVESTER:  Objection; asked and

12 answered now five, six times.

13     A.    I view my role as having given expert --

14 independent expert analysis.

15     Q.    All right.  Turn to ███████ Exhibit 2.

16 It's a copy of your CV that was attached as an

17 exhibit to your report.  The first page of ██████

18 Exhibit 2, underneath the first heading "Key

19 Qualifications and Experiences," if you look down at

20 the fourth bullet point you see it says:  Wrote

21 expert declaration to assist the Securities and

22 Exchange Commission to achieve the first successful

23 market manipulation action related to digital assets

24 in --

25            And it gives the case name.

1           ████████  - 2/16/2022

2                -- United States Securities and Exchange

3  Commission versus ████████████████████████

4  ███████████████████████████.

5           Do you see that?

6      A.   Yes.

7      Q.   Do you think this description in your CV

8  is accurate when you wrote that you -- wrote an

9  expert declaration to assist the SEC?

10     A.   Yes.

11     Q.   And right below that, the next bullet

12 says:  Wrote expert report to assist the Securities

13 and Exchange Commission in U.S. Securities and

14 Exchange Commission versus ████████████████

████████████████.

16          Do you see that?

17     A.   Yes.

18     Q.   Do you think that description is accurate

19 when you said you wrote an expert report to assist

20 the SEC in that case?

21     A.   Yes.

22     Q.   You testified that you don't believe

23 you're assisting the SEC in this case.  What makes

24 this case different?

25                MR. SYLVESTER:  Objection;

1            ██████████ - 2/16/2022

2  mischaracterizes his testimony.

3       A.    Yeah, I didn't say that.

4                 MR. OPPENHEIMER:  Can you read that

5  back?

6                 (The requested material was read.)

7                 (Discussion off the written record.)

8       Q.    So you testified that you don't believe

9  you are assisting the SEC in this case.  What makes

10 this case different from the other two that you

11 listed in your CV?

12                MR. SYLVESTER:  Objection; still

13 mischaracterizes his testimony.

14      A.    I believe that the testimony you just

15 read asked if I view my role as to assist the SEC.

16 I don't believe that's the same as what you just

17 asked me.

18      Q.    Did you view your role as assisting the

19 SEC in those other cases?

20      A.    I viewed my role in those cases as

21 providing independent expert testimony.

22      Q.    Why did you write in your CV that you

23 wrote an expert report to assist the SEC in those

24 cases?

25      A.    So this is what I was getting at with one

1                      ███████  - 2/16/2022

2 of my earlier answers to you, is whether or not

3 something assists somebody or not, that's a separate

4 question from whether I -- you know, my role was to

5 assist them.

6             So earlier you asked whether my role was

7 to assist the SEC.  I said, you know, my role was to

8 provide independent expert testimony.  Whether that

9 testimony -- you know, who that testimony assisted

10 is a separate question.

11      Q.    In your CV did you write:  Wrote expert

12 report to give independent testimony in these cases?

13             MR. SYLVESTER:  Objection.  Where are

14 you reading from?

15             MR. OPPENHEIMER:  The fourth and

16 fifth bullet points under "Key Qualifications and

17 Experiences" that we were looking at earlier.

18      Q.    Did you write in those bullet points:

19 Wrote expert report to provide independent testimony

20 in those cases?

21      A.    No.

22      Q.    We may have mentioned this earlier, but

23 under education you list a bachelor's degree in

24 electrical engineering and a master's degree in

25 electrical engineering.  Do you have any degrees

1                              ███████  -  2/16/2022

2 other than those two?

3      A.    No.

4      Q.    Neither of those degrees involved a study

5 of digital assets, did they?

6      A.    My bachelor of science was earned in

7 █████  Digital assets didn't exist at that point in

8 time.

9      Q.    So that's a, no, they didn't involve

10 study of digital assets?

11     A.    That would be no.

12     Q.    And you don't -- neither of those degrees

13 was in any finance-related field, were they?

14     A.    No.

15     Q.    If you look at Page 2 of this exhibit.

16           MR. SYLVESTER:  Which exhibit?

17           MR. OPPENHEIMER:  The same exhibit,

18 █████  Exhibit 2.

19     Q.    You list some companies that you've

20 worked for previously.  The first one in time, the

21 bottom of the page, is ████████████████████.

22           Do you see that?

23     A.    Yes.

24     Q.    Was that your first job out of graduate

25 school?

1                     ███████ - 2/16/2022

2       A.      My first job after graduating from

3   graduate school, yes.

4       Q.      Had you worked any full-time jobs before

5   then?

6       A.      I worked off and on during graduate

7   school on -- in various roles.  Some were full-time,

8   some were part-time, some were internships, some

9   were full-time roles.

10      Q.      Did any of those jobs prior to the ███

11  ██████████████ involve digital assets?

12      A.      No.

13      Q.      Did any of those jobs prior to ███████

14  ██████ involve making investment decisions?

15      A.      I guess you have to specify for me who

16  the investment decisions would be on behalf of.

17      Q.      Well, let's say this.  Prior to the

18  beginning of your job at the ██████████████████,

19  did anyone ever pay you to work in a job involving

20  making investment decisions?

21      A.      I'd say broadly -- I'll give the same

22  answer I gave earlier, which is that I worked in

23  jobs considering investments in a range of assets.

24  And some of those jobs involved making those

25  decisions, yes.

```
 1                 ███████  - 2/16/2022

 2      Q.      Who paid you to work in a job involving

 3  making investment decisions before the ████████

 4  ████████  job?

 5      A.      The assisting companies in making

 6  decisions about, again, intellectual property

 7  software, making purchase decisions, making

 8  investments in software, R&D, was done at -- just

 9  off the top of my head I can think of ██████

10  ████  (phonetic) and ██████

11      Q.      Did anyone ever pay you to make

12  investment decisions relating to equities,

13  commodities, bonds, real estates, derivatives, or

14  digital assets prior to September of 2010?

15      A.      One of the --

16              MR. SYLVESTER:  Object to form.

17              Go ahead.

18      A.      One of those jobs involved trading in

19  commodities.  Not on behalf of the company I was

20  working for, but certainly involved commodities

21  trading.

22      Q.      Which job involved commodities trading?

23      A.      ██████

24      Q.      What was your role at ██████

25      A.      I was helping to implement the nodal
```

1                    ███████  -  2/16/2022

2 electricity market in Texas.  So that involved

3 forming market rules, testing, and a variety of

4 functions around that.

5           Basically at the time Texas was switching

6 from a zonal electricity market to a nodal

7 electricity market.  And so there are, you know, a

8 variety of financial considerations in terms of how

9 do you design a marketplace, how do you design

10 market rules to have a well-functioning commodities

11 market.

12           In this case the commodity would be the

13 electricity market.  And then, you know -- actually,

14 that involved several markets because, you know, as

15 you might know, the electricity market is not a

16 single market, but there is a market for real power.

17 There is also a market for ancillary services.  So

18 we're designing market rules and mechanics for

19 different market participants in the various

20 ancillary services markets as well, such as, you

21 know, the market for spending reserves, the market

22 for up regulation and down regulation services.

23           And that involved realtime and, you know,

24 day-ahead market.  So I really -- the role there was

25 really the nexus of understanding the physical

1                        █████████ - 2/16/2022

2 constraints, the phenomenology around operating an

3 electric grid, and also designing a financial market

4 that would allow market participants, including, you

5 know, investment banks and proprietary traders to

6 participate in that space.

7             And part of that included, you know, how

8 to facilitate derivatives trading in that

9 marketplace as well.

10    Q.    When did you work at ████████

11    A.    I'm sorry.  When?

12    Q.    When did you work at ████████

13    A.    I can't remember the exact dates.

14    Q.    Which year, approximately?

15    A.    It was something like -- it was in the

16 range of probably 2007 to 2009, something like that.

17    Q.    What was your job title?

18    A.    I can't remember.

19    Q.    Did you have any responsibility for

20 making commodities trading decisions at ███████

21    A.    Well, as I described, I helped to design

22 elements of the -- the rules around a commodities

23 marketplace.  So that involved a deep kind of

24 analysis of commodities trading from various market

25 participants, how various market participants might

1                    ███████ - 2/16/2022

2 think about trading strategies and provide services

3 both on the grid and financially in terms of making

4 commitments to buy and sell electricity, including

5 futures, derivatives, and, you know, realtime and

6 also ancillary services products in that space.

7        Q.    Did you have any responsibility for

8 making commodities trading decisions at ██████

9                    MR. SYLVESTER:  Objection; asked and

10 answered.

11       A.    I think what I described does involve

12 making commodities trading decisions.  If you're

13 talking about like purchasing a specific contract, I

14 was not doing that on behalf of █████   But there --

15 you know, commodities trading was generally the

16 topic that -- that I was, yeah, considering and

17 working on, yeah.

18       Q.    Was your job at █████ a paid or unpaid

19 job?

20       A.    It was paid.

21       Q.    And what was your title?

22       A.    I can't remember.

23       Q.    Okay.  I'm sorry.  I think I may have

24 asked that.  I apologize.

25                    Other than ██████, did any of your jobs

1           ███████  -  2/16/2022

2 prior to September 2010 involve making discretionary

3 investments in equities, commodities, bonds, real

4 estate derivatives, private businesses, or digital

5 assets, other than the companies that you started?

6      A.    Other than everything I mentioned today,

7 I can't remember another one.

8      Q.    Okay.  Your job at the ███████

9 ███████, that involved radar systems.

10           Is that right?

11     A.    That's generally correct.

12     Q.    That did not involve assessing

13 discretionary investment opportunities in equities,

14 commodities, bonds, real estate, derivatives, and

15 digital assets.  Is that right?

16               MR. SYLVESTER:  Object to form.

17     A.    It generally involved radar systems.

18     Q.    Your next job at the ███████

19 from January of 2013 to June of 2015, did that job

20 also involve radar systems?

21     A.    Yes, it did, generally.

22     Q.    And generally, that job did not involve

23 assessing discretionary investment opportunities in

24 equities, commodities, bonds, real estate,

25 derivatives, or digital assets.  Right?

```
 1                        ██████████  -  2/16/2022

 2      A.      That's right.

 3      Q.      Then your next job was at ████████████  in

 4  July of 2015 until August of 2016.  Is that right?

 5      A.      That's right.

 6      Q.      And that company was also focused on

 7  automotive radar systems, in part; yes?

 8                  MR. SYLVESTER:  Object to the form.

 9      A.      In part, that -- that company was also

10  focused on radar systems.

11      Q.      Okay.  Was ████████████  an investment

12  company?

13                  MR. SYLVESTER:  Object to the form.

14      A.      ████████████  was a corporation.

15      Q.      Was its primary line of business to

16  invest in equities, commodities, real estate, bonds,

17  derivatives, or digital assets?

18      A.      No, it was not.

19      Q.      In September of 2016 -- in September

20  of 2016, your CV says you became founder and CEO of

21  ████████████████.  Is that right?

22      A.      That's right.

23      Q.      When was ████████████  founded?

24      A.      I can't remember exactly.

25      Q.      How long did it operate before
```

1                    ███████  - 2/16/2022

2 registering as an LLC?

3      A.    I can't remember exactly.

4      Q.    Was it multiple months?

5            MR. SYLVESTER:  Object to the form.

6      A.    Yes, it was multiple months.

7      Q.    Was it multiple years?

8            MR. SYLVESTER:  Object to the form.

9      A.    Not multiple years, no.

10     Q.    How many employees does ██████████

11 have today?

12     A.    Two.

13     Q.    How many did it have in September of

14 2016?

15     A.    Two.

16     Q.    Has it been the same two employees the

17 entire time?

18     A.    Yes.

19     Q.    Who are the employees?

20     A.    Myself and ████████████.

21     Q.    What's your ownership interest in

22 █████████████████?

23     A.    I can't remember an exact figure.

24     Q.    Are you a majority owner?

25     A.    Yes.

```
 1                      ████████  - 2/16/2022

 2       Q.    Who owns the minority interest in

 3  ███████████████████

 4       A.    ████████████.

 5       Q.    Does anyone else own any share of

 6  █████████████

 7       A.    No.

 8       Q.    Does ████████ have a physical office?

 9       A.    Yes.

10       Q.    Where?

11       A.    ██████████████████████████.

12       Q.    Is that its headquarters?

13       A.    Yes.

14       Q.    Does it have any other physical offices?

15       A.    No.

16       Q.    Does it have a website?

17       A.    No.

18       Q.    What was ████████████ doing between

19  the time when it was founded and the time that it

20  was, let's call it, incorporated as an LLC?

21                 MR. SYLVESTER:  Object to the form.

22       A.    ██████████ was developing software,

23  developing intellectual property, and developing --

24  yeah, I'll leave it there.  Developing intellectual

25  property and -- and software primarily.
```

1              ███████ - 2/16/2022

2      Q.    How many hours per week approximately do

3 you spend working on ███████

4      A.    I --

5              MR. SYLVESTER:  Can we get a time

6 frame on that?  You mean, like, this week or

7 earlier?

8      Q.    Across the last three years,

9 approximately how many hours per week have you spent

10 working on ███████

11     A.    It has ranged.  A huge amount.  I think

12 there were probably -- there were weeks when it was

13 probably 80 hours a week and there are weeks when

14 that was a much smaller number than that and it's

15 been, you know, different from week to week.

16     Q.    What has it been on the smaller side?

17     A.    On the smaller side, probably ten hours.

18     Q.    Who is your boss at ███████

19     A.    ███████.

20     Q.    And have you ever told Mr. ██ about your

21 job at ███████?

22     A.    Yes.

23     Q.    Have you ever told John ███████ about

24 your job at ███████?

25     A.    For both of those people, I've told them

1                    ███████  -  2/16/2022

2  that I run an investment partnership.

3      Q.    How much money does ████████████████  have

4  under management today?

5      A.    Under the NDA, I've signed with ████████

6  ███████, I can't give specific figures.

7      Q.    Can you give an approximation?

8      A.    I can't give specific figures based on

9  the NDA.

10     Q.    Would you be able to provide an

11  approximation if you didn't have an NDA?

12     A.    I don't know what you mean by would I be

13  able to.  Like, is it physically possible?

14     Q.    I mean, sitting here today, if you

15  weren't prohibited by your NDA, would you be able to

16  tell me --

17     A.    A specific number --

18     Q.    -- approximately how much money ████████

19  █████████████████████████

20     A.    Yes.

21     Q.    Okay.  How much money does it have under

22  management?

23     A.    I'm not going to say that.  I'm

24  prohibited under the NDA.

25     Q.    Who contributed the money that ████████

1            ████████ - 2/16/2022

2  ██████ has under management today?

3      A.    The partners of ██████████████.

4      Q.    Does it manage anyone else's money other

5  than the two partners?

6      A.    No.

7      Q.    What are ████████████ approximate

8  lifetime returns since September of 2016?

9            MR. SYLVESTER:  Objection to form.

10     A.    Are you asking me the cumulative return

11 on investment from initial capital to -- to present

12 day?

13     Q.    Yes.

14     A.    I can't remember exactly.

15     Q.    Do you have an approximation?

16     A.    Yes.

17     Q.    Approximately, what has the cumulative

18 return for ██████████████ investments been?

19     A.    ████████████████████

20     Q.    And that's overall or annualized?

21     A.    I don't understand the distinction

22 between overall and unrealized.

23     Q.    Annualized.

24     A.    Oh, okay.  Those are the cumulative

25 returns, roughly.

1                          ███████ - 2/16/2022

2      Q.     Do you have any understanding of how

3 those returns compare to the returns ███████

4 ███████ would have had if it had bought bitcoin and

5 held it for the entire period?

6                 MR. SYLVESTER:  Objection.  What --

7 the entire period we're talking about?

8                 MR. OPPENHEIMER:  ████████████████

9 lifetime returns since September of 2016.

10     A.     I don't have that figure off the top of

11 my head.

12     Q.     If I were to tell you that bitcoin has

13 had a more than 7,000 percent return since September

14 of 2016, would that sound about right?

15     A.     I'd have to look at the -- the figure

16 myself.

17     Q.     What about Ethereum?  Do you know how

18 ████████████████ cumulative returns since

19 September of 2016 compares to cumulative returns of

20 buying and holding Ethereum during that time?

21     A.     I -- I don't have that figure in front of

22 me right now.  I don't know.

23     Q.     Who did you negotiate your NDA at

24 ████████████ with?

25                 MR. SYLVESTER:  Objection; form.

1              ██████████ - 2/16/2022

2      A.      The NDA was negotiated between the

3 company and each partner in the company.

4      Q.      And you're the CEO of the company?

5      A.      Yes.

6      Q.      Do you have the authority to waive any

7 terms of the NDA or to amend the NDA as the CEO of

8 ███████████████?

9      A.      No.

10              MR. SYLVESTER:  Object to form.

11      Q.      Whose authorization would be required to

12 do that?

13      A.      The -- it would have to be a unanimous

14 decision between the partners of the company.

15      Q.      Through your work at ████████████████,

16 have you had substantive discussions with retail

17 users of digital assets about their preferences with

18 respect to purchasing digital assets?

19              MR. SYLVESTER:  Object to the form.

20      A.      I'm not sure I understand the question.

21 You're asking about conversations I had with retail

22 purchasers of digital assets?

23      Q.      Yeah.  What conversations have you had

24 with retail purchasers of digital assets about why

25 they choose to buy digital assets?

1                    █████████ - 2/16/2022

2                    MR. SYLVESTER:  Can we get a time

3 frame on that?

4        Q.     During the time you worked at ████████

5 ████████.

6        A.     I've had conversations with so many

7 people about digital assets across so many different

8 topics that it's impossible for me to relate a

9 specific, you know, characterization of a specific

10 conversation that would come anywhere close to being

11 representative of all those interactions that I've

12 had.

13        Q.     All the interactions that you've had have

14 involved people with different viewpoints on why

15 they buy digital assets.  Is that fair to say?

16                    MR. SYLVESTER:  Objection; form.

17        A.     I -- you're asking if all of the

18 conversations have had -- involved different

19 participants or different --

20        Q.     Here, let me -- let me give you a better

21 question.

22                    You testified that it would be impossible

23 to give a characterization of your conversations

24 with retail users of digital assets that would come

25 anywhere close to being representative of all the

1    ███████████  -  2/16/2022

2 interactions you've had.

3           My question is, is that because the

4 various interactions you've had with retail users or

5 retail purchasers of digital assets have involved

6 those retail users or retail purchasers expressing

7 different views as to why they purchased digital

8 assets?

9           MR. SYLVESTER:  Object to form.

10    A.    Some users purchase for investment

11 purchase; some purchase for utility purpose.  There

12 are -- the conversations spanned so many years and

13 so many different types of assets that it's hard to

14 sum up conversations with people about digital

15 assets into a specific, you know, summary.

16    Q.    Do all of the retail purchasers who have

17 an investment purpose have the same views on what

18 factors are important to them based on the

19 conversations they've had with you?

20           MR. SYLVESTER:  Objection;

21 foundation.

22    A.    I would say that there are some generally

23 accepted factors within the blockchain space that

24 are important to purchasers of digital assets and

25 the -- and to that extent, you know, somebody

1                   ███████  - 2/16/2022

2 might -- I think I might have misremembered exactly

3 how you worded that, but I think you might've said

4 like whether they would reach different conclusions.

5             Certainly people would reach different

6 conclusions based on, you know, whether they think

7 the risk/reward of a particular asset is favorable

8 or not and, of course, that's what makes a market,

9 there are always going to be, on a given digital

10 asset, people who think it's going to go up, people

11 who think it's going to go down just like with any

12 other -- I mean, this applies to any other assets

13 kind of in the world and that ██████ trades.  I

14 mean, that -- that also applies to the, you know,

15 equity investments or commodities or currency

16 markets trading.

17             There's always two sides to a trade; so

18 generally, there's somebody who thinks it's going up

19 and somebody who thinks it's going down.

20             Let's say, you know, there's -- there's a

21 general framework at any given time of how people

22 think about what factors are important.

23       Q.    That wasn't my question.  My question

24 was, did all of the retail purchasers you've spoken

25 with who have an investment purpose have the same

1                    ███████  -  2/16/2022

2 views on what factors are important to them based on

3 the conversations that they've had with you?

4                 MR. SYLVESTER:  Objection;

5 foundation.

6      A.    I'm sorry.  Can you repeat the question?

7                 MR. OPPENHEIMER:  Can you repeat the

8 question?

9      A.    It's getting to be a long, wordy

10 question.

11                 (Discussion off the written record.)

12                 (The requested material was read.)

13                 MR. SYLVESTER:  Same objection.

14      A.    I think when you ask me any question

15 about do all people in this same category have the

16 same view?  I dont know.  You know, I might've had a

17 conversation with them about one thing and they

18 might have a view that they didn't tell me about, I

19 certainly didn't speak to the exact complete set of

20 motivations for every person that I've ever spoken

21 to.

22      Q.    Which retail purchasers of digital assets

23 have you spoken to during your time at ███████

24 ███████?

25                 MR. SYLVESTER:  Object to form.

1                    ███████ - 2/16/2022

2       A.      I've spoken to purchasers who purchase

3   for utility reasons, purchasers who bought digital

4   assets for investment purposes, people who purchased

5   because they were interested in a particular

6   industry, people who purchased because they were

7   executing a specific trading strategy.  And I think,

8   you know, I've spoken to many different types of

9   purchasers who, you know, are buying for many

10  different reasons.

11      Q.      How did you meet these people?

12              MR. SYLVESTER:  Object to form.

13      A.      I have met people through, like -- are

14  you asking how I first encountered them or how did

15  we communicate or I'm trying to figure out exactly

16  what you're asking me here?

17      Q.      You've testified that you've had

18  conversations with retail purchasers of digital

19  assets.  I'm asking you how you met those people

20  that you had conversations with?

21      A.      A wide variety of ways that I've met with

22  people and communicate with them.

23      Q.      How many retail purchasers approximately

24  do you think you have spoken with about digital

25  asset trading strategies?

1                    ███████  - 2/16/2022

2                    MR. SYLVESTER:  Object to form.

3      A.    I -- I don't know.  It's hard for me to

4  pinpoint on a specific answer like that.

5      Q.    You're unable to give an approximation?

6                    MR. SYLVESTER:  Objection; form.

7      A.    I don't know how many people.

8      Q.    How many institutional investors have you

9  communicated with about their trading strategies

10 concerning digital assets during your time at

11 ██████████████████

12                    MR. SYLVESTER:  Object to form.

13                    Go ahead.

14     A.    I don't know a specific number.

15     Q.    How many cryptocurrency miners have you

16 communicated with about their strategies for trading

17 digital assets during your time at ████████████████

18     A.    I --

19                    MR. SYLVESTER:  Object to form.

20                    Go ahead.

21     A.    I can't give a specific answer.

22     Q.    How many software developers have you

23 communicated with during your time at ████████████

24 ████████  concerning their strategies for trading

25 digital assets?

1 ███████ - 2/16/2022

2         MR. SYLVESTER:  Object to form.

3         Go ahead.

4   A.   I can't remember with a specific answer.

5   Q.   How many venture investors have you

6 communicated with about their strategies for trading

7 digital assets during your time at ███████████

8         MR. SYLVESTER:  Object to form.

9   A.   I can't remember the specific answer.

10   Q.   Do you have an approximation for how many

11 venture capital investors?

12         MR. SYLVESTER:  Object to form.

13   A.   No.

14   Q.   Do you have an approximation for any of

15 those categories that I just gave?

16   A.   No.

17         MR. SYLVESTER:  Object to form.

18   Q.   Is ██████████ engaged in the

19 business of providing advice to others about digital

20 asset trading?

21         MR. SYLVESTER:  Object to form.

22   A.   By "others," do you mean other

23 organizations outside of ██████████

24   Q.   Let me ask it this way.  Can a person or

25 a company come to ████████ and pay ██████████ to get

1                    ████████ - 2/16/2022

2  advice about digital asset trading?

3      A.    No.

4      Q.    Does ████████████ do anything to

5  determine which digital assets it trades might be

6  securities under the Federal Securities Laws?

7                    MR. SYLVESTER:  Object to form.

8      A.    Sorry.  Repeat it exactly.  Does

9  ████████ --

10     Q.    Does ████████████ do anything to

11 determine which digital assets it trades might be

12 considered securities under the Federal Securities

13 Laws?

14                   MR. SYLVESTER:  Same objection.

15     A.    Again, I'd say this really is a question

16 that depends on the trading strategy because there

17 are many different trading strategies.  And, again,

18 certain risks come into play for one trading

19 strategy that might not come into play for another.

20     Q.    So for some trading strategies it may

21 evaluate whether a digital asset would be considered

22 a security under the Federal Security Laws and for

23 other trading strategies it may not?

24                   MR. SYLVESTER:  Object to form.

25     A.    I'm not a lawyer and it's not my ability

1                    ████████ - 2/16/2022

2  or role or ███████████ to make a determination about

3  whether an asset is a security.  I would say that at

4  times I might try to assess relative risk that a

5  regulatory risk might come into play.

6        Q.    But not every time?

7              MR. SYLVESTER:  Object to form.

8        A.    At times certain risk factors are more

9  important than others, sometimes the risk factor

10 might not be present at all, it really depends on

11 the trading strategy we're talking about.

12             Again, for some trading strategies,

13 regulatory risk isn't a factor, for some trading

14 strategies regulatory risk might be a factor.  But

15 in either of those cases, I think I would -- if I

16 heard your question right, I think I would disagree

17 with the question as asked, if I could determine

18 whether something is security because I can't do

19 that.  I don't do that.

20             But, you know, there are certain times

21 when kind of a relative risk is something I might

22 think about.

23             MR. SYLVESTER:  All right.  We've

24 been going about an hour-ten, so whenever it's a

25 good time to take a break, let's take a break.

1                    ███████ - 2/16/2022

2                    MR. OPPENHEIMER:  Sure.  Give me --

3 I'll do one or two questions and then we can take a

4 break.

5                    MR. SYLVESTER:  Okay.

6      Q.    What factors does ████████████

7 consider when it's evaluating regulatory risk of

8 whether a particular asset may be considered a

9 security under the Federal Securities Laws?

10                    MR. SYLVESTER:  Object to form.

11 Calls for a legal conclusion.

12      A.    So again, ████████ doesn't make a

13 determination about whether a particular digital

14 asset is a security or not.

15      Q.    Yeah, I didn't ask that.

16                    My question is what factors does ██████

17 ████████ consider when it's evaluating the regulatory

18 risk associated with a particular digital asset?

19                    MR. SYLVESTER:  Object to form.

20 Calls for a legal conclusion.

21      A.    There are many different types of

22 regulatory risk.  And so the factors that ████████

23 considers in terms of regulatory risk, it might be

24 different on a case-by-case basis.  There might be a

25 digital asset that's operating in a particular

1                 ███████ - 2/16/2022

2 industry that has regulatory risk unique to that

3 industry and so there would be regulatory risk

4 factors applied to that asset that don't apply to

5 others.

6          So it -- it's impossible to give a

7 specific set of factors as far as regulatory risk

8 that are considered the same way each and every time

9 across every single digital asset.

10          I would add that, you know, assessing

11 regulatory risk goes beyond the digital asset

12 investments that ████████ makes.  I think there

13 are regulatory risks and -- that need to be assessed

14 in, you know, equities, bonds, real estate, and

15 other types of assets as well.  And, again, I think

16 the specific factors that are considered are

17 different across each of those investments.

18     Q.   And is it fair to say from your earlier

19 answer, █████████████ has never made a

20 determination, one way or the other, as to whether a

21 particular digital asset its considering trading

22 would be considered a security under the Federal

23 Securities Laws?

24          MR. SYLVESTER:  Object to form.

25          Go ahead.

1                    ████████ - 2/16/2022

2      A.     I'm not a lawyer so I can't make a legal

3 conclusion about whether a specific asset is a

4 security or not.  So since I'm incapable of doing

5 that, that's not, you know, something I have done.

6      Q.     So just to be clear ████████████████ has

7 never made a determination one way or the other on

8 that issue.  Is that right?

9                MR. SYLVESTER:  Object to form, calls

10 for a legal conclusion.

11     A.     Yeah, I think the way I put it earlier is

12 that ████████ might assess relative risk of

13 regulatory factors -- sorry, regulatory risks, and

14 so it's a topic that would be considered, but

15 ████████ itself would not make a determination that

16 a particular digital asset is or is not a security.

17                MR. OPPENHEIMER:  Okay.  Let's go off

18 the record.

19                THE VIDEOGRAPHER:  The time is 11:59.

20 We are off the record.

21                     (Break.)

22                THE VIDEOGRAPHER:  The time is 12:28.

23 We are on the record.

24     Q.     Before the break, we were talking about

25 your conversations with other market participants.

1          █████████  -  2/16/2022

2 My question for you now is, which institutional

3 investors did you speak with regarding their digital

4 asset trading strategies?

5               MR. SYLVESTER:  Object to form.

6     A.    I can't remember specific people I spoke

7 to about trading strategies.

8     Q.    You don't remember the name of a single

9 institutional investor that you spoke to on that

10 topic?

11               MR. SYLVESTER:  Object to form.

12     A.    I can't specifically recall, you know,

13 what I talked about with different people, so no, I

14 can't remember something that would be responsive to

15 that.

16     Q.    Do you remember the name of a single

17 cryptocurrency miner who you spoke with about

18 digital asset trading?

19     A.    The same thing, I can't remember the

20 details of the specific conversations with specific

21 people and whether we talked about that topic or

22 not, so no.

23     Q.    Do you remember the name of a single

24 software developer who you've spoken with about

25 digital asset trading?

1          ███████████  -  2/16/2022

2                    MR. SYLVESTER:  Object to form.

3                    Go ahead.

4     A.    I still say no, I mean, I can't recall

5 the specific conversations with specific people,

6 so...

7     Q.    Do you recall the name of a single

8 venture capital investor who you spoke with

9 regarding digital asset trading?

10                   MR. SYLVESTER:  Objection.

11    A.    Same answer.

12    Q.    Do you recall the name of any retail

13 users who you spoke with regarding digital asset

14 trading?

15    A.    I can't remember.

16                   MR. SYLVESTER:  Objection to form.

17    A.    I can't remember specific details about

18 specific conversations.

19    Q.    Do you have any notes about these

20 conversations?

21                   MR. SYLVESTER:  Object to form.

22    A.    I don't think so.

23    Q.    What was the venue in which these

24 conversations took place?

25                   MR. SYLVESTER:  Object to form.  Are

1            ▮▮▮▮▮▮  - 2/16/2022

2 we talking about just, in your words, retail users,

3 or any of it about the conversations?

4      Q.    What was the venue in which any of your

5 conversations with any market participants about

6 digital asset trading took place?

7                 MR. SYLVESTER:  Object to form.

8      A.    I mean, the time and place has varied

9 greatly.  The type of venue has varied.  I mean,

10 I've spoken to people at conferences and one-on-one

11 settings.  I've talked to people on the phone.  I've

12 talked to people, yeah, I -- in a variety of

13 different places and ways.

14      Q.    But you didn't take notes on those

15 conversations, and you don't recall any single one

16 of those conversations, just sitting here today.  Is

17 that right?

18                 MR. SYLVESTER:  Object to form.

19      A.    Yeah, I can't remember the details of any

20 specific conversation I had, yeah.

21                 (Discussion off the written record.)

22      Q.    Did any of your conversations with

23 digital asset market participants take place over

24 social media channels?

25                 MR. SYLVESTER:  Object to form.

1          ███████████ - 2/16/2022

2     A.    Yes.

3     Q.    Which ones?

4     A.    Twitter.

5     Q.    Any others?

6     A.    Not that I can think of.

7     Q.    Have you ever had any conversations with

8 market participants on Reddit?

9     A.    I don't think so.

10    Q.    What's your Twitter handle?

11    A.    ████████████.

12    Q.    Can you spell that?

13    ███████████████████████.

14    Q.    Do you recall any specific conferences

15 you've gone to at which you've had conversations

16 with digital asset market participants?

17    A.    I've been to a lot of different digital

18 asset kind of events.  I can -- off the top of my

19 head, I can think of the ████████████, the

20 conference of -- ████████████████.  There

21 are probably others.  I can't think of any right

22 now.

23    Q.    When was the ████████████ held?

24    A.    ███████████

25    Q.    When was the ████████████████

1                    ██████████ - 2/16/2022

2  held?

3      A.       ██████████.   I can't remember exactly

4  when.

5      Q.    You don't remember any specific

6  conversations you had with anyone else at those

7  conferences, though, do you?

8      A.    Not the names of the people or the -- you

9  know, the specific details of -- of those.

10     Q.    I'm sorry.  To help the court reporter

11 here, can you spell your Twitter handle again a

12 little more slowly?

13     A.    Okay.  ████████████████████████████

██████████████████████████████████████

15     Q.    Okay.  Thanks.

16           You work at ████████████ now.  Right?

17     A.    Yes.

18     Q.    How did you first become affiliated with

19 ████████?

20     A.    I don't remember how I first became

21 affiliated with ████████.  I mean, I started working

22 there at the date on my résumé, but I can't remember

23 the initial conversations before that.

24     Q.    How many employees does ████████ have?

25     A.    It varies from time to time, so I don't

1                    ████████ - 2/16/2022

2 know an exact number.

3        Q.     Do you have an approximation today?

4        A.     It's probably, like, 15.

5        Q.     Do you know what percentage of -- sorry.

6 This thing fell out.

7               Okay.  Do you know what percentage of

8 Integra's work is done on behalf of the SEC?

9        A.     I don't know.

10       Q.     Do you have an approximation?

11       A.     No.

12       Q.     Approximately what percentage of your own

13 work at ████████ is on behalf of the SEC?

14       A.     I don't know.

15       Q.     Do you have an approximation?

16       A.     No.

17       Q.     You're not sure how much of your own work

18 is for the SEC at ████████

19       A.     Yeah, I don't have a number for you.

20       Q.     Is it a majority of your work at ████████

21               MR. SYLVESTER:  Could we get a time

22 period on this again?

23               THE WITNESS:  Yeah.

24               MR. SYLVESTER:  That might be

25 helpful.

1              █████████ - 2/16/2022

2      Q.     Well, you just testified you don't know.

3 Do you know as to any particular time frames how

4 much of your work is for the SEC?

5      A.     So, over time, I've worked on many

6 different projects for many different organizations,

7 both private organizations and government agencies.

8 Typically, I'm working on more than one project at

9 the same time.

10          So sitting here right now, it's hard for

11 me to separate out a exact percentage of how much

12 was spent with one organization versus another

13 organization.

14     Q.     Yeah, I don't need -- I don't need an

15 exact percentage.  I'm just asking if you can give

16 me an estimate of approximately how much of your

17 work has been on behalf of the SEC, let's say, in

18 the last year?

19     A.     Yeah, I -- I don't know.  I'd have to --

20 I'd have to look at the numbers on that.

21     Q.     And would you know that as to the year

22 before?

23     A.     No.

24     Q.     Would you know that as to -- from the

25 time you started until whenever that period just got

1                    ██████████  -  2/16/2022

2 us to, so roughly 2019 calendar year?

3      A.     No.

4      Q.     How are you compensated by ██████

5      A.     I'm a salaried employee of ██████

6      Q.     Do you get any bonuses?

7      A.     Yes.

8      Q.     What do your bonuses depend on?

9      A.     There is a factor based on billable

10 hours, and then I think -- there is not a specific

11 metric.  It's just based on performance.

12      Q.     Do you get any compensation based on

13 business that you bring into ██████

14      A.     No.

15      Q.     What was your base compensation from

16 ██████  last year?

17      A.     ██████

18      Q.     Did you receive a bonus in 2021?

19      A.     Yes.

20      Q.     What was the bonus?

21      A.     ██████

22      Q.     Approximately how many hours have you

23 worked on this case to date?

24      A.     I can't remember.

25      Q.     Do you have a ballpark?

```
 1                  ███████  - 2/16/2022

 2        A.    It's a substantial number of hours.  I

 3 can't remember, yeah, exactly how many that is.

 4        Q.    What's your billing rate in this case?

 5        A.    I'd have to actually look.  I know it's

 6 on the report.

 7        Q.    Okay.  Feel free.

 8        A.    What?

 9        Q.    Feel free.

10        A.    Okay.  I'm not used to seeing this

11 two-sided.

12              (Pause.)

13        Q.    I can point you to ██████ Exhibit 1,

14 Paragraph 5, if it helps.

15        A.    Yes, Paragraph 5.

16              $435 per hour.

17        Q.    Is that your billing rate for all cases?

18        A.    I'm not sure.  I don't believe so.  I

19 don't handle the billing.

20        Q.    Do you know whether you charge a higher

21 hourly rate in other cases in which the SEC is not

22 the client?

23        A.    I'm not sure.

24        Q.    You served as an expert witness in four

25 cases before.  Is that right?
```

1                    ███████ - 2/16/2022

2        A.     Including this case?

3        Q.     Including this case.

4        A.     Yes.  Wait.  Yes, that's right.

5        Q.     And that's three court cases and one

6 arbitration case.  Is that right?

7        A.     Yes.

8        Q.     What was the subject of the arbitration

9 case?

10       A.     I cannot disclose that.  I'm under a NDA

11 about the contents of the case.

12       Q.     Who is the NDA with?

13       A.     I don't remember exactly who I signed it,

14 who the counterparty was.  It might have been the

15 law firm.  It might have been the company that

16 retained the law firm.  I'm not -- I can't remember.

17       Q.     Were you deposed in that case?

18       A.     No.

19       Q.     Did you testify at trial in that case?

20       A.     Yes.

21       Q.     And it's your position that you can't

22 give any information about the subject of your trial

23 testimony.  Is that right?

24       A.     That's correct.

25       Q.     Okay.  I think we dispute that, but we

1                 ████████  -  2/16/2022

2 can move on for now and circle back.

3             Talking about the court cases that you've

4 been an expert in, have you ever served as an expert

5 in a court case on behalf of any party that's not

6 the SEC?

7     A.    No.

8     Q.    And in any of the court cases in which

9 you served as an expert for the SEC, do you know if

10 your testimony was subject to a Daubert motion?

11             MR. SYLVESTER:  Objection.

12     A.    I don't think so, but I don't -- yeah, I

13 don't think that happened.

14     Q.    So to the best of your knowledge, a court

15 has never ruled on a Daubert motion concerning your

16 testimony.  Is that right?

17             MR. SYLVESTER:  Objection.

18     A.    I'm -- since I'm not a lawyer, I'm

19 unclear of the specifics for how that process works,

20 but I don't think that my testimony has ever been

21 challenged or thrown out or anything like that.

22     Q.    And I'm just asking to the best of your

23 knowledge has a court ever ruled on a Daubert motion

24 concerning your testimony?

25             MR. SYLVESTER:  Objection.

1                          ███████ - 2/16/2022

2       Q.      Do you know?

3       A.      I don't know.

4       Q.      Okay.  Take a look at ██████ Exhibit 1,

5 your expert report.  At Page 5, Paragraph 6.

6               Paragraph 6 says:  Appendix B to this

7 report contains a complete list of documents and

8 data sources I relied upon to complete the analysis

9 in this report.

10              Do you see that?

11      A.      Yes.

12              (Exhibit 3 was marked.)

13      Q.      I'm going to mark as ██████ Exhibit 3 a

14 copy of Appendix B to the report.

15              Do you recognize Exhibit -- ██████

16 Exhibit 3 as a copy of Appendix B to your report in

17 this case?

18      A.      Yes, that looks right.

19      Q.      Is this a complete list of all of the

20 documents that you considered in forming your

21 opinions in this matter?

22      A.      This is a complete list of all the

23 sources.  I think on some of these, like social

24 media sites, you know, there are different pages on

25 that site that are kind of incorporated into that

1          ████████ - 2/16/2022

2 source.  It's not like every thread of every comment

3 or anything like that is listed here.  But, yeah,

4 all the sources that I relied upon are here.

5      Q.    Are there any sources you considered that

6 you didn't list in Appendix B?

7      A.    No, I don't think so.

8      Q.    How did you learn what this case was

9 about?

10     A.    I can't remember.

11              MR. SYLVESTER:  Objection.

12              To the extent that that calls for

13 communications with counsel I'm going to instruct

14 you not to answer.

15     A.    I can't remember when I first learned

16 about it or exactly how.  I mean, I know that I read

17 a news article about it I think after the case was

18 filed.  But in terms of -- yeah, I think -- yeah,

19 that's probably...

20     Q.    Did you consider any background facts

21 about this case in forming your expert opinions?

22     A.    Did I consider any -- sorry.  Any what?

23     Q.    Any background facts about the case

24 itself --

25     A.    I don't know what you mean --

1               ███████ - 2/16/2022

2    Q.    -- in forming your opinions?

3    A.    -- by that.

4    Q.    Well, let me give you an example.  Take a

5 look in ████ Exhibit 1, your report, Paragraph 2.

6 Exhibit 1.

7               MR. SYLVESTER:  Did you say

8 Paragraph 2?

9               MR. OPPENHEIMER:  Paragraph 2.

10   Q.    You wrote at the end of Paragraph 2:  The

11 purchases of XRP were made through trades on the XRP

12 Ledger on digital asset trading platforms and in

13 private over-the-counter transactions throughout the

14 period that Ripple offered XRP for sale from 2013 to

15 the filing of the SEC's complaint on December 22nd,

16 2020 (issuance period).

17               How did you come up with that period?

18   A.    I think --

19               MR. SYLVESTER:  Objection; form.

20               Go ahead.

21   A.    That was part of my assignment in this

22 case.

23   Q.    You didn't read the complaint or the

24 amended complaint in connection with forming your

25 opinions in this case, did you?

1                        ███████  - 2/16/2022

2                    MR. SYLVESTER:  Objection.

3      A.    I thought -- it seems like you're asking

4 me two different things, like if I read the

5 complaint or if that helped form my opinion.

6      Q.    Did you consider the complaint or the

7 amended complaint when you were forming your

8 opinions in this case?

9                    MR. SYLVESTER:  Objection.

10     A.    I did my own independent analysis on this

11 case.

12     Q.    Did you consider the complaint or the

13 amended complaint when you were forming your

14 opinions?

15                    MR. SYLVESTER:  Objection; asked and

16 answered.

17     A.    Yeah, I did my own independent analysis.

18     Q.    Did that independent analysis include

19 consideration of the complaint or the amended

20 complaint?

21     A.    I did my own analysis on this -- in this

22 case.  I don't -- I really don't have anything else

23 to say about that.

24     Q.    You didn't list the complaint or the

25 amended complaint in Exhibit B.  Correct?  I'm

1              █████████  -  2/16/2022

2 sorry.  Appendix B to your report, Exhibit 3 in this

3 deposition.  Correct?

4      A.     Let me just go back and make sure.  It's

5 been a while since I've seen this.

6             (Pause.)

7             No, I don't see it listed there.

8      Q.     So does that mean you did not consider

9 the complaint or the amended complaint in forming

10 your opinions in this case?

11      A.     The sources I considered are in this

12 list.

13      Q.     And the complaint and the amended

14 complaint are not among them.  Right?

15      A.     Not on that list.

16      Q.     Okay.  So how did you learn what this

17 case was about?

18             MR. SYLVESTER:  Objection; same

19 instruction.

20             To the extent that you can answer

21 that question without revealing communication with

22 SEC counsel, you're free to answer.  And to the

23 extent that it calls for communications with

24 counsel, please do not answer.

25      A.     I can't remember all the details around

1                ███████████  - 2/16/2022

2 that, but -- yeah, that's -- I'll leave it there.

3      Q.    So you can't remember how you learned

4 what this case was about.  Is that right?

5                MR. SYLVESTER:  Objection;

6 mischaracterizes testimony.

7      A.    Yeah, I don't think that's what I said.

8      Q.    Okay.  So tell me what you do remember

9 about how you learned what this case was about.

10               MR. SYLVESTER:  Objection.

11               To the extent that that calls for

12 communications with counsel, I'm going to instruct

13 you not to answer.

14     A.    Yeah, I'm going to not answer that

15 question.

16     Q.    So did you learn about what this case was

17 about solely through conversations with counsel?

18               MR. SYLVESTER:  Objection;

19 mischaracterizes testimony.

20     A.    Sorry.  Repeat the question.

21     Q.    Did you learn what this case was about

22 solely through conversations with the SEC's counsel?

23     A.    For the reasons that we talked about, I'm

24 not going to answer that question.

25     Q.    I don't think you have the option not to

1                    ███████ - 2/16/2022

2 answer that question.  I'm not asking you what you

3 talked about with them.  I'm asking did you learn

4 about this case solely through conversations --

5 sorry.

6               Did you learn what this case was about

7 solely through conversations with the SEC's counsel?

8      A.    I think that involves the discussions I

9 had with SEC counsel and what we talked about, so...

10      Q.    You haven't been instructed not to answer

11 that question.  Are you refusing to answer it?

12      A.    I think I've already given a general

13 sense of some of the information and where I've

14 learned about it.  And then in other cases I think

15 that I've learned things about this case from

16 conversations with attorneys.  So I've been

17 instructed not to disclose those.  And so I think

18 I've covered the answer to your question as best as

19 I can.

20      Q.    My question is did you learn about what

21 this case is about solely through conversations with

22 the SEC's counsel?

23               MR. SYLVESTER:  Objection; asked and

24 answered.

25               He's testified to

1                    ███████   - 2/16/2022

2 this (unintelligible) --

3                    MR. OPPENHEIMER:  Counsel, you know

4 he has not answered the question.

5                    MR. SYLVESTER:  I do know that he has

6 answered the question.  He's testified, for one

7 thing, that he read about the case elsewhere.

8      Q.    What sources did you -- from what sources

9 did you learn about this case, other than the SEC's

10 counsel?

11     A.    I can't remember the specific news

12 sources or articles written in the -- in the press,

13 in the -- about the case.

14     Q.    But you didn't consider those articles in

15 forming your opinions in this case because they're

16 not listed in Exhibit B to your report.  Right?

17                    MR. SYLVESTER:  Objection; form.

18     A.    The -- the documents considered to

19 complete my report are in this list.

20     Q.    Right.  And that list does not include

21 news articles about this litigation.  Correct?

22     A.    I can go through and kind of go one by

23 one and explain what the -- what they are.  But

24 there are certainly news articles here about digital

25 assets.  I don't know -- I can't remember a specific

1 ▮▮▮▮▮▮ - 2/16/2022

2 article that I read that -- that you're asking about

3 this case.  And since I didn't list it in here, it

4 wasn't part of my -- part of the data that I used

5 to -- to form my expert opinion.

6     Q.    So to be clear, you did not consider news

7 articles about this litigation in forming your

8 opinions in this case.  Right?

9     A.    There are certainly news articles listed

10 in this -- in this list.

11     Q.    That's not my question.  My question

12 is --

13              MR. SYLVESTER:  Please let him finish

14 his answer.

15     A.    The -- again, I think we -- we could go

16 through this list and look at what each of these

17 articles is about, but I don't feel comfortable

18 characterizing every word -- every article that's in

19 here, whether one of those talks about the

20 litigation or not.  I mean, I'm not -- I'm not

21 really prepared to -- I can't remember specifically

22 every word that's in these articles.  I can't really

23 say whether that's true or not.

24     Q.    Why don't you read Exhibit B to yourself

25 and tell me if you see any news articles about this

1                    ███████ - 2/16/2022

2 litigation listed in Exhibit B -- I'm sorry,

3 Appendix B to your report, Exhibit 3 --

4        A.      Exhibit 3.  Right?

5        Q.      -- to your deposition.

6        A.      This one?

7        Q.      Yes.

8        A.      (Pause.)

9                Okay.  None of the items in my list, at

10 least in titles, appear to reference the litigation

11 itself.

12       Q.      So turning back to Exhibit 1 in

13 Paragraph 2, how did you come up with that date

14 range for the issuance period of 2013 to the filing

15 of the complaint on December 22nd, 2020?

16                   MR. SYLVESTER:  Again, I'm going to

17 instruct you to the extent that you learned that

18 conversation through conversations with counsel, not

19 to answer to the extent it reveals conversations

20 with counsel.  If you learned that information from

21 any other source you may have read, you're free to

22 answer that.

23                   MR. OPPENHEIMER:  And, again, I think

24 that's not a proper instruction for something

25 disclosed to a testifying expert that he relied on

1                    ███████ - 2/16/2022

2 in his report, but let's --

3                    MR. SYLVESTER:  Yeah.  I'm asking him

4 just not to reveal any conversations with counsel.

5                    If you learned this from reading a

6 document, you're free to reveal that document that

7 you were given -- that you obtained on your own or

8 that you received from counsel.

9      A.    What I can remember sitting here now is

10 that this is, you know, part of -- part of the

11 assignment was that date range.

12     Q.    When you say "part of the assignment,"

13 you mean part of the instructions that you received

14 from the SEC?

15     A.    So I mean the assignment of, you know,

16 what I was asked to offer independent expert

17 testimony is included in this description that I

18 wrote about the assignment and part of that

19 description that I wrote about the assignment is the

20 time range.  And so, you know, the time range that I

21 was analyzing was -- was part of that assignment.

22                    MR. SYLVESTER:  Brad, can we take

23 literally a two-minute break?  I think this could be

24 resolved briefly.  I just need to consult with

25 Mr. ██████.

1                   ██████  -  2/16/2022

2                   MR. OPPENHEIMER:  Sure.

3                   MR. SYLVESTER:  Thank you very much.

4                   THE VIDEOGRAPHER:  The time is 12:55.

5  We are off the record.

6                        (Break.)

7                   THE VIDEOGRAPHER:  The time is 1:07

8  we are on the record.

9       Q.    Mr. ██████, did the SEC provide you with

10 any factual assumptions that you relied on in

11 forming your opinions in this case?

12      A.    Nothing that I can remember.  I think

13 they gave me the assignment as listed here.

14      Q.    Take a look at Exhibit 1, your report, at

15 Page 6, Paragraph 8.  The beginning of Paragraph 8,

16 you write:  The design of XRP is a fixed-supply

17 coin, as well as statements made by Ripple, were

18 consistent with promoting an investment-use case for

19 XRP.  Based on my experience in the digital asset

20 space, I conclude that a reasonable purchaser would

21 have had an expectation of future profit derived

22 from the efforts of Ripple.

23            You see that?

24      A.    Yes.

25      Q.    And you're offering that opinion based on

1                     ▓▓▓▓▓▓▓ - 2/16/2022

2 your experience in the digital asset space.  Right?

3      A.    In part, based on my experience in the

4 digital asset space.  In part, you know, this is the

5 result of the, you know, total analysis that I did

6 that I got put here in the report.

7           But I think, you know, I identified, you

8 know, key factors that are important to reasonable

9 purchasers of digital assets and that did come

10 from -- from my experience in the digital asset

11 space from both trading, the arbitrage strategies,

12 and the discretionary trading strategies we talked

13 about earlier.

14           I mean, I think that includes my

15 experience in the -- the traditional financial space

16 trading a variety of other asset classes like

17 stocks, bonds, and FOREX and commodities.  It

18 includes my experience just interacting with, you

19 know, market participants in the space, plus

20 experience just kind of also on the noninvestment

21 side being a user of blockchains, someone has just

22 routinely used digital assets and blockchains

23 before.  I'm also extremely familiar with the

24 blockchain space through the investigative work that

25 I've done, fraud investigations and such.

1              ████████ - 2/16/2022

2              And then I think, you know, using that

3 knowledge, identifying key factors that are

4 important to reasonable purchasers and then

5 collecting data that is relevant to that so that

6 includes, you know, public statements by Ripple and

7 by employees of Ripple and it also includes, you

8 know, blockchain data and trading data and, you

9 know, a variety of both written communications

10 and -- and hard data along those lines and I think,

11 you know, synthesizing those together to create an

12 understanding of how a reasonable purchaser would

13 interpret, you know, aspects of what Ripple and --

14 did and what, you know, the design of XRP was to --

15 to reach conclusions about, you know, how a

16 reasonable purchaser would, you know -- how -- how

17 those factors and that data was relevant to a

18 reasonable purchaser.

19      Q.    Was there anything other than the

20 elements you just described that you were relying on

21 to form your opinions in this case?

22      A.    Everything I did I think is primarily,

23 you know, laid out in the report.  I think I just

24 gave a very high-level overview of one piece of

25 that.  But, you know, there are -- there is a lot

1                    ██████████  -  2/16/2022

2 more detail about the -- the work that went into

3 that and the analysis in the rest of the report.

4       Q.    Okay.  And you don't have any academic

5 training on digital assets.  Right?

6                 MR. SYLVESTER:  Object to form.

7       A.    I'm not exactly sure what you mean by

8 that, whether I have academic training.

9       Q.    Well, you don't have a degree in any

10 field related to digital assets.  Right?

11                 MR. SYLVESTER:  Object to form.

12      A.    I think -- I might be wrong, but I think

13 earlier we were talk- -- when you asked those

14 questions, we were talking about, you know, digital

15 assets as an investment or the financial aspects of

16 that.  But digital assets are, you know --

17 blockchains generally rely on, you know,

18 cryptographic cash functions and software and

19 technology and algorithms and things like that that

20 I learned a great deal about in getting a master's

21 degree in electrical engineering.

22            And then after that -- after those

23 degrees, like I mentioned on my CV, I worked as an

24 engineer developing software, developing algorithms

25 and learning about, you know, many different areas

1                  ███████ - 2/16/2022

2  of expertise that are directly relevant to the

3  blockchain space.  So -- so I would disagree with

4  that.

5        Q.    So you have an engineering degree; you

6  don't have a finance degree.  Right?

7        A.    That's correct.

8        Q.    You don't have an economics degree.

9  Right?

10       A.    That's correct.

11       Q.    You don't have a degree in any

12 investment-related field.  Right?

13       A.    That's correct.

14       Q.    Now, one of the things that you mentioned

15 in that sentence we just read was the design of XRP

16 as a fixed-supply coin as something that was

17 consistent with promoting an investment-use case for

18 XRP.  Do you see that?

19       A.    Yes.

20       Q.    Bitcoin is also a fixed-supply coin.

21 Right?

22       A.    The supply of bitcoin changes over time.

23       Q.    It is capped at a long-term maximum,

24 isn't it?

25       A.    I would say even still over the period of

1          ███████ - 2/16/2022

2 time we've been talking here today -- it's been,

3 what, four years -- there have been probably over

4 that period of time 24ish block rewards at 6.25

5 bitcoin each.  So that's probably, you know, a large

6 number of, you know, freshly mined bitcoin that have

7 come into existence just since we've been sitting

8 here at the table.

9          So I disagree with your assertion that's

10 a fixed-supply coin.  The supply has literally

11 changed since we've been talking today.

12     Q.    There is a long-term maximum on the

13 number of bitcoins that will ever exist, isn't

14 there?

15     A.    The current consensus rules for that

16 protocol, yes, dictate a 21 million maximum supply.

17 Those can change and there have also been forks of

18 the coin that have, you know, introduced differences

19 to that.

20     Q.    So the answer is yes, under the current

21 consensuses rules, there is a long-term maximum

22 supply of bitcoins.  Is that right?

23               MR. SYLVESTER:  Object to form.

24     A.    Under the current -- yes, under the

25 current design of bitcoin, there is a maximum future

1                [REDACTED] - 2/16/2022

2 supply, but the supply is constantly increasing.  I

3 mean, I think at some point way into the future, the

4 block reward will actually be zero and that will

5 cease to be true, but as of right now, the supply is

6 going up over time.

7        Q.     And that's true of Ethereum as well, that

8 there is a long-term maximum number of Ether that

9 will exist.  Is that right?

10       A.     That's correct.

11              MR. SYLVESTER:  Objection; form.

12       A.     The supply of Ether also grows over time,

13 but I think, especially after the recent update, the

14 mechanism in place for minting and burning tokens

15 changes depending on the demand for block space.

16 And so there are actually times when the opposite of

17 that is true and the supply is decreasing.

18 Sometimes the supply is increasing.  The amount of

19 the decrease or increase is variable so that changes

20 over time.  So it's theoretically possible to have

21 long stretches of time where the supply of Ether is

22 actually going down and other times there are going

23 to be stretches of time when the -- when the supply

24 goes up.  But unlike XRP which has an initial value

25 that's set and doesn't change and bitcoin which, as

1                                    ████████ - 2/16/2022

2 you identified, has kind of an upper bound but we're

3 constantly increasing towards that bound, for

4 Ethereum, it's a totally different matter.  There

5 is -- there is no target number that is a limit in

6 either direction.

7        Q.    You just said XRP has an initial value

8 that's set and doesn't change.  What do you mean by

9 that?

10       A.    I mean when the XRP Ledger and XRP tokens

11 were created, there were -- a certain number of them

12 were mined and that number exists in the world and

13 hasn't changed since that point.

14       Q.    So when you said "value" there, you were

15 referring to the number of tokens, you weren't

16 referring to price?

17       A.    That's correct.  I meant the number of --

18 actually, I mistakenly said tokens, they're coins.

19 The number of coins was -- was set kind of as a

20 complete separate concept than the price.  The

21 number of coins was set at a point in time and

22 hasn't changed since then.

23       Q.    Is it your view that any cryptocurrency

24 that has a fixed supply in which all of the existing

25 coins exist from the outset is consistent with

1 ██████████ - 2/16/2022

2 promoting an investment use?

3          MR. SYLVESTER:  Objection; beyond the

4 scope.

5     A.    I'd -- I'd have to think through the

6 specifics of another asset that you have in mind.

7 Just as a general principle, if there's a -- if

8 there's a company or a product offering that has

9 some economic activity on it and the supply of that

10 coin or token is fixed, then, you know, increased

11 participation in that, increased kind of value of

12 economic activity taking place on that platform or

13 using that token is linked to the price of the token

14 if there is a, you know, a fixed supply in that

15 token because the value of that economic activity,

16 you know, is -- is sort of spread among that fixed

17 and finite and constant supply of tokens.

18          So to the extent that a certain dollar

19 value of assets needs to be reflected in that pool

20 of tokens to facilitate that economic activity, the

21 total kind of dollar value of that pool of tokens

22 needs to grow or shrink to accommodate that economic

23 activity.

24          And, you know -- you know, the concept

25 I'm getting across here, and I think it holds

1          ███████ - 2/16/2022

2 generally but not in every possible situation

3 because I can imagine some -- you know, I can't

4 consider every possible scenario how that could be

5 different, is that, yeah, in fact, the -- the fixed

6 supply basically provides that linkage between the

7 value of the economic activity happening on the coin

8 and on the platform with the -- the price of the

9 token.

10          Basically, if you don't have that fixed

11 supply, then the market cap of the token can shrink

12 or grow without directly impacting the price of a

13 single coin.

14     Q.    Do you know approximately how many

15 bitcoins are in existence today?

16     A.    I'm -- I'm going to be guessing.  As of

17 right now, I think it's probably something like 16

18 million.

19     Q.    And do you know approximately how many

20 bitcoins are mined everyday?

21     A.    6.25 times 6 times 24.  Whatever that

22 number is.

23     Q.    Don't look at me.

24     A.    Statistically, that's how many are going

25 to be mined everyday.  The actual number will be

1          ███████ - 2/16/2022

2 different.  You could have a scenario where many

3 fewer than that are mined or more than that are

4 mined on a given day.  I mean, not just could, in

5 fact, that is the case.  Everyday it's going to be a

6 different number.  But kind of statistically

7 speaking, as an average over time, it's 6.25 times 6

8 times 24.

9     Q.    So something in the ballpark of 1,000

10 coins per day?

11    A.    Let me think for a second.

12          Yeah, that sounds about right.

13    Q.    Is it your view that where there's about

14 16 million bitcoin already in existence, a change of

15 1,000 new bitcoins per day severs the link between

16 economic activity and the price of bitcoin that you

17 were just discussing?

18          MR. SYLVESTER:  Objection; beyond the

19 scope.

20    A.    I think over time this issue of the --

21 the growth of the number of tokens has actually been

22 extremely important to many market participants and

23 has been hotly debated.  And I think, yeah,

24 generally you would find many people to take, you

25 know, great importance into the exact number of how

1                        ███████ - 2/16/2022

2 many coins are mined each day.

3                I mentioned just a minute ago, the idea

4 that on the Ethereum blockchain, the growth of that

5 is kind of variable over time and I don't mean in a

6 statistical sense like I just mentioned with

7 bitcoin, but I mean, that's -- the actual number can

8 increase or shrink and -- and, you know, this has

9 been a -- a huge deal and part of, you know,

10 people's investment thesis even about -- about Ether

11 that if -- now that there's a mechanism that allows

12 the number of coins to shrink over time during

13 certain periods that, you know, that can be a really

14 important factor for making a decision whether to

15 invest or not.

16                Certainly, I would say that when you have

17 something that's worth $44,000 a coin like bitcoin,

18 and you mentioned, you know, roughly a thousand new

19 coins per day, all is equal, there needs to be

20 another $44 million of demand for that asset to kind

21 of keep things in equilibrium.  So it's very

22 significant that the number of tokens changes over

23 time.

24                But I mean, I think it's -- if you're

25 looking at that analysis the way I kind of put it

1             ████████ - 2/16/2022

2 out that there's a certain time -- I think in time

3 there's a market cap of the coins and you divide

4 that market cap by the number of tokens.

5            To the extent that somebody has an idea

6 of what the value of the protocol or the blockchain

7 should be, the number of coins is, you know,

8 directly linked to that -- to that number, and so if

9 it's a fixed supply, the -- over time, then the

10 economic value of the entire protocol or the entire

11 blockchain is directly proportional in that case to

12 the price of the token.  So there is a proportional,

13 direct, consistent linkage there.

14            And I think you're talking about in

15 bitcoin and certainly in Ethereum, that linkage

16 is -- is variable, but certainly the number of

17 tokens is hotly debated and is a -- the maximum cap

18 on bitcoins is the reason why many people say

19 that -- they would point to that as a reason to

20 invest in the token.

21    Q.    Are you familiar with the concept of

22 market efficiency?

23    A.    Yes.

24    Q.    In your view are large cap digital asset

25 markets efficient?

1               ▅▅▅▅▅▅▅  - 2/16/2022

2                    MR. SYLVESTER:  Objection; beyond the

3 scope.

4      A.    There are different types of market

5 efficiency.  Even as an academic topic, there's, you

6 know weak-form efficient markets, strong-form

7 efficient markets and, colloquially, people use that

8 term in many different ways.  So I really have no

9 idea how you're specifically using that term when

10 you're asking me the question, are large cap digital

11 assets efficient?  Can you kind of hone in on which

12 version of market efficiency you have in mind?

13     Q.    Why don't we start with weak-form

14 efficiency.  Do you believe that digital asset

15 markets are weak-form efficient?

16                    MR. SYLVESTER:  Objection; beyond the

17 scope.

18     A.    As a general principle, I would say that

19 the fact that I am -- spent so much time doing

20 arbitrage in the cryptocurrency space, would suggest

21 that there are inefficiencies in the digital asset

22 space.

23     Q.    Okay.

24     A.    Because if the inefficiencies didn't

25 exist then there wouldn't be a large profit pool

1                    ████████  - 2/16/2022

2 available for arbitrage.

3      Q.    As a general principal, if a market is

4 efficient, you wouldn't be able to arbitrage

5 successfully in it.  Is that right?

6                MR. SYLVESTER:  Objection; beyond the

7 scope.

8      A.    Arbitrage profits are linked to the

9 inefficiencies that exist in a digital asset space,

10 yes.

11      Q.    And because you've been able to achieve

12 significant profits through arbitrage, your view is

13 that there are inefficiencies in the digital asset

14 markets.  Correct?

15                MR. SYLVESTER:  Objection; beyond the

16 scope.

17      A.    So you're asking me, are there right now?

18 I mean, that covers a lot of different assets and,

19 you know, my activity in the space covers a lot of

20 different time and a lot of different assets.

21                There's certainly been periods of time

22 when there were no arbitrage opportunities available

23 for certain assets and there were periods of time

24 when there were large opportunities available -- I'm

25 sorry -- arbitrage opportunities available for

1                 ██████████  - 2/16/2022

2 certain assets.

3             So there's really a different answer for

4 that, at different points in time and for different

5 assets.  It's -- it's hard to make an overarching

6 statement about how efficient the cryptocurrency

7 markets are.

8     Q.    If you look at Paragraph 8 in your

9 report, Exhibit 1, that same sentence we've been

10 looking at you first mention:  The design of XRP is

11 fixed-supply coin.

12            Then you say:  As well as statements made

13 by Ripple.

14            How did you select which of Ripple's

15 statements to analyze and opine on in this report?

16    A.    I generally searched through Ripple's

17 public statements and any statements that I could

18 find that -- that I came across on kind of known

19 platforms, especially social media platforms, but

20 also statements that I found through interviews and

21 speeches, things like that.

22    Q.    So you went and looked for all these

23 statements yourself?

24    A.    I looked for statements personally, yes.

25    Q.    Did the SEC provide you any statements

1 ██████████ - 2/16/2022

2 for you to consider?

3     A.    I don't remember any specific statements

4 that were given to me by the SEC about this.

5     Q.    I'm not asking you if you remember which

6 specific ones.  My question is, did the SEC provide

7 you any statements for you to consider in forming

8 your opinions?

9     A.    I don't remember.

10     Q.    Does Exhibit B to your report, that is

11 Exhibit 3 in the deposition, does ████████ Exhibit 3

12 include every statement by Ripple that you

13 considered in forming your report --

14     A.    So --

15     Q.    -- your opinion --

16     A.    -- as I mentioned earlier, I'm very

17 confident that this covers all of the websites and

18 sources.  I think on a individual website here like,

19 you know, Twitter is mentioned, for instance, there

20 were other individual Twitter threads that -- that I

21 read.  But maybe every single thread isn't listed

22 here, but certainly all of the -- certainly all the

23 general, you know, platforms where I drew this

24 information are listed on this.

25     Q.    Your report cites about 40 statements by

1          ▉▉▉▉▉▉▉  -  2/16/2022

2 Ripple in all.  You know, I'm not asking you to

3 count them up, I'm just telling you I have counted.

4 There are about 40.

5          Did you look for any statements by Ripple

6 beyond those roughly 40 that would have shown that

7 Ripple was promoting any activities in a way that

8 was not consistent with an investment-use case?

9          MR. SYLVESTER:  Object to form.

10     A.     There was many statements by Ripple.

11 Some of those ended up in the report, some of those

12 didn't.  I think there are additional statements by

13 Ripple or by Ripple employees that suggest an

14 investment-use case.  I think I have talked about --

15 I have included statements in here that speak to

16 noninvestment-use cases as well.  There's like a

17 combination.

18          So I guess I would say that that sort of

19 mischaracterizes what's in the report, because there

20 is a combination of investment -- known

21 investment-use cases that show up in the quotes, and

22 there are also investment and noninvestment cases

23 that show up outside of those quotes.  There are

24 also many statements by Ripple and individuals

25 related to Ripple that are talking about a wide

1 ███████████ - 2/16/2022

2 variety of topics that are either irrelevant or have

3 nothing to do with this analysis.

4          But as I mentioned, I kind of -- I set

5 forth a list of important factors that are

6 considered by reasonable purchasers, and those

7 important factors are based on my understanding of

8 the space and my involvement in the space, both as a

9 user of blockchains and investor in the space.

10          And, you know, I try to -- to focus on

11 statements that were -- you know, informed the --

12 the understanding of reasonable purchasers regarding

13 those important factors that they might consider.

14     Q.    So you set out the list of important

15 factors that you believe are considered by

16 reasonable purchasers, and then look to see if there

17 were Ripple statements regarding those factors.  Is

18 that right?

19     A.    The -- the -- well -- I -- I can't -- I

20 can't tell if you're trying to get at, like, a --

21 are you trying to get at a chronology of which one

22 happens first, or are you trying to get at, like, a

23 completeness of whether there is a statement that

24 exists in the world that's responsive to one of

25 those factors, or I can't exactly tell what you're

1          ███████  - 2/16/2022

2 asking me about here.

3     Q.     The question is about how you went about

4 finding these statements by Ripple that you quote in

5 the report, and so I'm asking:  Based on the answer

6 you just gave, it sounded like what you were saying,

7 and you can tell me if I have this

8 wrong -- withdrawn.  Let me ask a good question.

9          From your testimony, it sounds like the

10 way you found these statements was that you set out

11 the list of important factors that you believe are

12 considered by reasonable purchasers, and then you

13 looked to see if there were Ripple statements

14 regarding those factors.  Is that right?

15    A.    I'd say that's -- that's generally the --

16 yeah, the approach I took.  I mean I think that a

17 more detailed explanation of my approach and my

18 findings are -- there is a lot more to it than that,

19 because there is a, you know -- a 50-page report

20 about that here.

21          But, yes, generally, I -- I identified

22 factors that are important to reasonable purchasers,

23 based on my experience in the space.  And I have

24 included -- searched for data, searched for

25 communications that were made and, you know, part of

1                    ███████ - 2/16/2022

2 that is also a synthesis of my understanding of how

3 the blockchain works.

4            I mean, we have talked also about the

5 design of XRPs, the fixed-supply coin, so some of

6 that is from the blockchain analysis itself, some of

7 that is from the communications that have been made

8 by Ripple and by some Ripple employees.  And to the

9 extent that those statements in one direction or

10 another, you know, related to these topics, then,

11 you know, I -- I included those.

12    Q.    Sitting here today, you don't know how

13 many total public statements Ripple made between

14 2013 and 2020, do you?

15    A.    I don't know.

16    Q.    And you don't know what percentage of

17 Ripple's total public statements the ones in your

18 report constitute, do you?

19    A.    I don't know.

20    Q.    You don't know if it's less than a

21 fraction of a percent of total public statements?

22    A.    I --

23            MR. SYLVESTER:  Object to form.

24            Go ahead.

25    A.    I don't know how many public statements

1 ██████ - 2/16/2022

2 have been made by Ripple.

3 Q. Did you look for statements -- sorry.

4 Did you look for statements by Ripple that do not

5 support your conclusions in the report?

6 A. I think I've --

7 MR. SYLVESTER:  Object to form.

8 Go ahead.

9 A. -- I've addressed areas in my report

10 where, for instance, the statements or the design

11 factors would relate to utility users, and I think

12 there are times in the report where I talk about how

13 those statements or design factors would actually be

14 beneficial towards utility purchasers.

15 So I would -- I would disagree with the

16 characterization of the report, that there is

17 nothing in any of those statements that -- that

18 support utility usage or noninvestment

19 considerations by reasonable purchasers.

20 Q. So you agree that Ripple made public

21 statements that were not targeted at an investment

22 purpose.  Is that right?

23 MR. SYLVESTER:  Objection;

24 mischaracterizes his testimony.

25 A. I think Ripple's made statements about

1                    ███████████  -  2/16/2022

2 all kinds of things, and I certainly don't have

3 every statement that Ripple made in this report.  As

4 you mentioned, Ripple has many other public

5 statements.  Not every one of those statements is in

6 the report.

7              Those statements are about many

8 different -- many different things, but I'm -- I'm

9 specifically looking to synthesize an understanding

10 of how their statements and their actions and the

11 design of their platform and software relate to

12 the -- the factors that I've put forth.

13    Q.    Did you look for any --

14              MR. SYLVESTER:  And just -- sorry.

15 I think we might be at a good point to take a lunch

16 break sometime soon.  I think we've been going for

17 about an hour, even notwithstanding my two-minute --

18 two-minute break.

19              MR. OPPENHEIMER:  I have a few more

20 in this line, but I agree we can break pretty soon.

21              MR. SYLVESTER:  Okay.

22    Q.    Did you look for any statements by Ripple

23 that are inconsistent with an investment-use case?

24    A.    I looked -- as I mentioned earlier, I

25 looked for -- I looked through many, many

1                     ██████████ - 2/16/2022

2 statements.  I looked for as many sources and

3 statements as I -- that I could find.  And I looked

4 through many on a variety of topics.

5       Q.    But you only considered the ones that are

6 listed in Appendix B to your report.  Right?

7       A.    I --

8                   MR. SYLVESTER:  Objection.

9                   Go ahead.

10      A.    -- don't think there is a difference in

11 the two sets that I was talking about just now.  I

12 think maybe I should hone down what you mean by

13 "public statements," but public statements can be

14 made in a variety of places.  Some of them -- those

15 don't always get recorded in a place where I can

16 even access them or see them.  But I searched for

17 public statements.  The ones I found that are on

18 this -- on this list.

19      Q.    Since you didn't consider the SEC's

20 complaint in this case, I take it you don't know

21 whether the complaint alleges that there were

22 particular statements that would have led purchasers

23 of XRP to expect profits, based on Ripple's efforts?

24      A.    So wait.  Sorry.  Say that -- say the

25 question again, what I was looking for in the -- in

1            ████████ - 2/16/2022

2  the statement of the complaint.

3       Q.     Yeah.

4              Since you didn't consider the SEC's

5  complaint in this case, I take it you don't know

6  whether the complaint alleges that there were

7  specific statements that would have led purchasers

8  of XRP to expect profits, based on Ripple's efforts?

9       A.     I think --

10             MR. SYLVESTER:  Object to form.

11             But you can answer.

12      A.     -- you made an assumption that I don't

13 know what's in the complaint, and I would disagree

14 with that.

15      Q.     Did you consider the complaint in forming

16 your opinion in this case?

17      A.     The documents that I -- that informed my

18 analysis are on this report.

19      Q.     So the complaint did not inform your

20 analysis, because it's not listed in Appendix B of

21 Exhibit 3.  Is that right?

22      A.     So what I'm trying to get at, and I think

23 this goes back to what we were talking about

24 earlier, is you're making an assumption about

25 whether or not I've seen the complaint -- you're

1            ███████  - 2/16/2022

2 asking different questions about whether I've seen

3 it or whether I've, you know, pulled from it to, you

4 know, write my report, and those are different

5 questions.  So I -- I'm getting confused as to

6 exactly about --

7       Q.    In the --

8             (Simultaneous speaking.)

9       A.    -- if you're asking me if I've seen it or

10 read it or --

11            (Simultaneous speaking.)

12      Q.    Let me ask the question again.  I think

13 it's pretty straightforward.  The complaint did not

14 inform your analysis in this expert report, because

15 it's not listed in Appendix B to your report.  Is

16 that right?

17            MR. SYLVESTER:  Objection; form.

18      A.    The reason I'm confused is you just asked

19 the question about whether -- you said you assumed I

20 hadn't seen what was in the complaint, and you're

21 also asking about whether it was the basis for my

22 findings.

23            And I think you're asking me those -- if

24 those are the same -- the premise of your question

25 implies that those are the same thing, but they're

1 ██████ - 2/16/2022

2 not, and I'm honestly just confused about what --

3 specifically, you're trying to ask me about what

4 I've seen in the complaint or not.

5     Q.    I'm asking you to just take it one

6 question at a time.

7     A.    Okay.

8     Q.    I'm asking you one question right now.

9 My question is, the complaint did not inform your

10 analysis in this expert report, Exhibit 1, because

11 it's not listed in Appendix B to your report,

12 Exhibit 3.  Isn't that right?

13     A.    So --

14          MR. SYLVESTER:  Objection; form.

15          Go ahead.

16     A.    -- I -- I've -- I think what we're

17 dancing around here is I've read the complaint, so

18 I've seen information that was in the complaint.

19     Q.    Uh-huh.

20     A.    And I think earlier you asked me a

21 question if -- you said you assumed that I hadn't,

22 so that's not correct.  I have seen it.

23          You were also asking me if that was how I

24 found out certain information, and so that's why

25 I'm -- I'm trying to answer your questions

1              ████████  -  2/16/2022

2 accurately, but I'm honestly confused about whether

3 you're asking me whether I've seen something, if

4 whether it's the first time I've seen something, or

5 whether it was something that I -- I know what's in

6 there, or if I can even remember what's in there

7 right now.

8              I would generally say I've read the

9 complaint.  It -- I -- I can't, sitting here without

10 it in front of me, tell you everything that's in it.

11 If you wanted to ask me about a specific point in

12 there, it's -- it's -- I guess an easy way to say it

13 is it's not -- the complaint's not cited in my

14 report.

15      Q.    So you did read the complaint before you

16 wrote your expert report in this case.  Right?

17      A.    Yes.

18      Q.    But you didn't consider what it was

19 saying in connection with forming your opinions.  Is

20 that right?

21      A.    I haven't cited the report -- sorry -- I

22 haven't cited the complaint in the report, and I

23 don't think that it was something that information

24 in the report formed any of my expert opinion about

25 this.  So it wasn't -- it wasn't a consideration in

1                       █████████ - 2/16/2022

2 doing my analysis and methodology that I've lined

3 out.  The methodology and analysis that I lined out

4 was based on my experience and based on the, you

5 know, data that I've collected.

6            Those are the sources that are in my

7 appendix here.  It doesn't mean that I've -- there

8 is probably other times in my life I've seen a

9 document that had to do with Ripple.  That doesn't

10 mean I'm not -- haven't seen it, but that means that

11 it hasn't, you know, impacted my conclusions in the

12 report that I wrote.

13      Q.    So even though you read it, you didn't

14 consider what the complaint said in forming your

15 expert opinions in this case.  Is that right?

16                 MR. SYLVESTER:  Object to form.

17      A.    I feel like there is a specific legal

18 definition here of "consider" that maybe I'm not

19 understanding.  But I think I already explained it,

20 that, you know, I've read it.  I can't, sitting here

21 right now, remember exactly what's in it.  So I

22 don't know if there is a particular part of the

23 complaint that you're referring to, but, you know,

24 the -- the materials that form the basis of my

25 conclusion are, you know, cited in my report and

1                          ███████ - 2/16/2022

2 listed in this appendix.

3      Q.     Did you read the amended complaint?

4      A.     Yes.

5      Q.     Did you ever do any comparison of the

6 amended complaint to the original complaint?

7      A.     Honestly, right now it's been so long

8 since I've read either that I couldn't tell you what

9 the specific differences are in the two.

10      Q.     Did you -- let's see.

11             Have you deleted any tweets from your

12 Twitter account since the time you were retained as

13 an expert in this case?

14      A.     I use TweetDelete, so throughout the

15 course of my entire Twitter history my tweets are

16 regularly deleted for the past -- going back past

17 six years, I think, that they last a week or

18 something.  I can't remember exactly how long.

19 Probably seven days.

20      Q.     Have you taken any steps to disable

21 TweetDelete since you were engaged as an expert in

22 this case?

23      A.     No.

24      Q.     Do you know what tweets were deleted

25 since you became an expert in this case?

1              ███████ - 2/16/2022

2      A.     No.

3      Q.     Why do you use TweetDelete?

4      A.     I'm not under my real name on Twitter.

5 My point of being there is not to build a brand or

6 promote a company or product.  I don't -- I don't

7 intend to keep a -- you know, a chronological, you

8 know, publicly accessible record of everything.

9 It's really more meant to be a platform that I can

10 just have conversations.

11     Q.     Do you know whether your Twitter account

12 is protected?

13     A.     Yes.

14     Q.     Is it?

15     A.     Yes.

16     Q.     When did you protect your Twitter

17 account?

18     A.     It's been protected on and off throughout

19 the entire period that I've ever had the account.

20 So that's, again, going back -- I think I started an

21 account in 2016.  And I'd say that it's been

22 protected for the majority of that time.  And I

23 think there have been times when I needed to talk to

24 an individual person and that required unprotecting

25 and protecting again.  But I couldn't tell you

1                    ███████ - 2/16/2022

2 exactly when or how many times.

3     Q.    Do you know when you most recently

4 protected your account?

5     A.    No.

6     Q.    Would it surprise you to learn that it

7 was in October of 2021 after you submitted your

8 expert report in this case?

9               MR. SYLVESTER:  Objection; form.

10    A.    I don't remember when it was.

11    Q.    Do you have any reason to disagree with

12 the suggestion that it was in October of 2021?

13              MR. SYLVESTER:  Objection; calls for

14 speculation.

15    A.    I don't remember when it was.

16    Q.    That wasn't my question.  My question was

17 do you have any reason to disagree that it was in

18 October of 2021?

19              MR. SYLVESTER:  Objection; calls for

20 speculation.

21    A.    I don't know what you mean by that, but I

22 don't remember when it was.

23              MR. SYLVESTER:  And, Brad, we've been

24 going for probably another ten, so can we take a

25 lunch break?

1            ███████████ - 2/16/2022

2                    MR. OPPENHEIMER:  Less than three

3 questions and we can break.

4                    MR. SYLVESTER:  Okay.

5      Q.    Would you be willing to give defendants

6 access to your Twitter account, not as in to run the

7 account, but access to read the posts from your

8 Twitter account in this case?

9                    MR. SYLVESTER:  Objection; form.

10      A.    I don't understand.  As we just said, I

11 use TweetDelete.  So the tweets are regularly,

12 automatically deleted without my input.

13      Q.    Do you know if there are any tweets on

14 your account that have not yet been deleted as we

15 sit here today?

16      A.    I believe that there are no tweets on

17 there that have not been deleted.  I don't use

18 Twitter that often, so I'm pretty sure that the --

19 I'm very confident that the last time I used it was

20 so long ago that it would have been deleted.  It's

21 probably been -- well, it's been much more than

22 seven days.

23      Q.    Okay.  Do you recall when the last time

24 was that you used it?

25      A.    I would guess it was --

1                    ███████  - 2/16/2022

2                    MR. SYLVESTER:  Objection; form.

3                    "Used it"?  Are we talking about

4  Twitter?

5                    MR. OPPENHEIMER:  Sorry.  Yes.

6      Q.    When was the last time you made a post

7  through your Twitter account?

8      A.    That I posted?  I believe it was in 2021.

9                    MR. OPPENHEIMER:  Okay.  We can go

10  off the record.

11                   THE VIDEOGRAPHER:  The time is 1:45.

12  We are off the record.

13                        (Break.)

14                   THE VIDEOGRAPHER:  The time is 2:37.

15  We are on the record.

16      Q.    Mr. █████, I want to go back to digital

17  assets that you or ███████ have purchased in the

18  past.  I think you've already said that both you and

19  ███████ at one point had purchased ████████ and

20  ███████.  Is that right?

21      A.    ████████ and ██████, yes.

22      Q.    ████████  Thank you.

23           Did you or ███████ ever purchase

24  ██████████

25                   MR. SYLVESTER:  Object to form.

```
 1                    ███████ - 2/16/2022

 2      A.    Yes.

 3      Q.    How about ███████

 4      A.    I don't think so.  I don't believe I did.

 5      Q.    And when you say you don't believe "you"

 6 did, is that you personally or both you and Lily --

 7      A.    Sorry.  I meant for both me personally

 8 and for ███████    I don't believe I ever have.

 9      Q.    Okay.  What about ███████████

10            MR. SYLVESTER:  Object to form.

11      A.    ████████████████████████████

████████████████████████████████████

██████████████████████████████████

████████████████████████████

15      Q.    Have you or ███████ ever owned Steam?

16      A.    I don't think so.

17      Q.    What about ████

18      A.    I don't think so.

19      Q.    What about ████

20      A.    I don't think so.

21      Q.    What about ████

22      A.    I don't believe so.

23      Q.    How about ███████

24      A.    I don't believe so.

25      Q.    ██████
```

1                    ██████████ - 2/16/2022

2      A.    Yes.

3      Q.    ████████████

4      A.    Yes.

5      Q.    ██████████

6      A.    Yes.

7      Q.    ████████████

8      A.    I assume you meant ██████ but...

9      Q.    I'm sorry.  ████████  You're right.  Yes,

10 ████████ just to be clear.

11                THE STENOGRAPHER:  I can't hear.  I

12 need to go off the record.

13                MR. OPPENHEIMER:  Okay.  Let's go off

14 the record.

15                THE VIDEOGRAPHER:  The time is 2:39.

16 We are off the record.

17                (Break.)

18                THE VIDEOGRAPHER:  The time is 2:40.

19 We are on the record.

20     Q.    Have you or ██████████ ever owned ████████

21                MR. SYLVESTER:  Object to form.

22     A.    Yes.

23     Q.    How about ████████████

24                MR. SYLVESTER:  Object to form.

25     A.    Yes.

1                    █████████  -  2/16/2022

2      Q.      How about  ████████

3                MR. SYLVESTER:  Object to form.

4      A.      I don't think so.

5                (Exhibit 4 was marked.)

6      Q.      I'm going to show you a document that

7  we'll mark as  ██████  Exhibit 4.  This is the SEC's

8  first amended complaint in this case.  And I'll

9  direct you to Paragraph 331.  You can feel free to

10 read whatever you need for context, but I'm asking

11 specifically about a quotation from that paragraph.

12                Paragraph 331 quotes a tweet by Ripple,

13 saying, quote, the price of #XRP continues to surge,

14 showing that people are looking for #bitcoin

15 alternatives, end quote.

16                That wasn't one of the statements that

17 you relied on or that you considered in forming your

18 opinion in this case, was it?

19                MR. SYLVESTER:  Object to form.

20     A.      I don't believe -- I have to go back and

21 read through my report, but I don't think that

22 specific tweet was quoted in my report.

23     Q.      How about if you turn to Paragraph 252.

24     A.      252?

25     Q.      Yeah, 252.  There is a paragraph -- there

1               ███████████ - 2/16/2022

2 is a quotation in Paragraph 252 saying:  On

3 January 21st, 2017, Cryptographer-1 represented in

4 the XRP chat that Ripple was, quote, heavily

5 focused, end quote, on, quote, building up an

6 awesome payments infrastructure, end quote, using

7 XRP, and had, quote, several strategies, end quote,

8 to do so.

9               You did not consider that statement by

10 Ripple in connection with forming your opinion in

11 this case, did you?

12      A.    I did not include that statement in my

13 report.

14      Q.    Okay.  Did you review drafts of any other

15 experts' reports in this case?

16      A.    No.

17      Q.    Do you know if any other experts reviewed

18 drafts of your reports --

19      A.    Actually let me just clarify.  I've read

20 the reports that I made rebuttals to.  I guess that

21 would be -- not be a draft, though.  Right?  That

22 would be a final product.  I guess I'm just trying

23 to clarify.  I've read other expert reports because

24 I've read the ones that I've basically offered a

25 rebuttal opinion against.

1                    ██████████  - 2/16/2022

2       Q.      Have you read any draft or final reports

3  of any other SEC experts in this case?

4       A.      No.

5       Q.      Have you spoken with any other SEC

6  experts in this case?

7       A.      Yes.

8       Q.      Which ones?

9       A.      John ████████  and Marko ██████████

10      Q.      Let's start with Dr. ████████   Do you

11  know if he is affiliated with Integra?

12                    MR. SYLVESTER:   Object to form.

13      A.      He's not an employee of Integra.

14      Q.      When did you speak with Dr. ████████ about

15  this case?

16      A.      I can't remember the exact dates, but it

17  would have been sometime in spring of 2021, I think.

18      Q.      So before you wrote your report?

19      A.      Before I wrote my report, yeah.

20      Q.      What did you discuss with Mr. ████████

21  when you spoke with him?

22      A.      We discussed -- you know, we're trying to

23  help find somebody who would be a blockchain expert.

24  So I had discussions with him to kind of just

25  establish that he was knowledgeable in the

1                    ██████ - 2/16/2022

2 blockchain space and that he knew about, you know,

3 blockchain technology.

4       Q.     Did you have any further conversations

5 with him after that one?

6       A.     I can't remember exactly, but I think

7 that we talked twice.  Two -- I think two times,

8 yeah.

9       Q.     What did you speak with him -- what did

10 you talk about with him during the second time you

11 spoke?

12      A.     It was the same topics of conversation.

13      Q.     I apologize.  I don't think I've asked

14 this yet, but if I'm duplicating, my mistake.

15             Do you know if any of the SEC's other

16 experts reviewed drafts of your opinion in this

17 case?

18      A.     I don't know.

19      Q.     Have you spoken about this case with

20 anyone outside of the SEC or Integra other than

21 Dr. ██████

22      A.     Anyone outside of Integra or the SEC

23 besides Dr. ██████ I don't think so.

24             I mean, I guess I'm talking to you about

25 it now so that would actually have to be a yes.  I

1                    ███████  - 2/16/2022

2 don't think any of you work at Integra or

3 Dr. ███████    Sorry.

4     Q.    Before today, other than your

5 conversation with Dr. ███████ you didn't speak

6 about this case with anyone outside of the SEC or

7 Integra.  Is that right?

8     A.    I don't think so.

9     Q.    Okay.  You said you also had

10 conversations about this case with Dr. ███████

11 When did you have those conversations?

12                MR. SYLVESTER:  Objection;

13 mischaracterizes testimony.

14     A.    Yeah.  You didn't ask me if I had

15 conversations about this case with Dr. ███████  You

16 asked if I spoke to any experts in this case.

17     Q.    I see.

18                Have you spoken with Dr. ███████ about

19 this case?

20     A.    Not anything about substantive details.

21 I mean, we work at the same company, so at times,

22 I'm sure we've had conversations like scheduling

23 and, like, are you -- you know, we've discussed, you

24 know, declines of when reports are due or when

25 depositions are going to be and stuff like that.

1                    ███████ - 2/16/2022

2 But I haven't discussed my analysis in this case

3 with him.

4          Q.     When was the last time you spoke with

5 Dr. █████?

6          A.     I think it would have been two days ago.

7          Q.     And did you discuss this case at that

8 time?

9          A.     No.

10         Q.     Have you reviewed the transcripts of any

11 expert witness deposition in this case?

12         A.     Yes.

13         Q.     Which experts' transcripts have you

14 reviewed?

15         A.     Professor Osler.

16         Q.     Anyone else?

17         A.     I think that's it.

18         Q.     Have you reviewed the transcripts of any

19 fact depositions -- fact witness depositions in this

20 case?

21         A.     No.

22         Q.     I take it from your earlier testimony you

23 did not review Dr. █████ expert report.  Is that

24 right?

25         A.     That's right.

1                     ███████  - 2/16/2022

2      Q.     So you don't know if the statements that

3 you describe by Ripple in your report are the same

4 as those that Dr. ████ describes in his report?

5      A.     I -- I don't know who Dr. ████ is or that

6 he even wrote a report, so I have no idea.

7      Q.     Okay.  When you trade in digital assets,

8 either personally or through ████████████, do

9 you consider the terms of contracts involving other

10 holders of that same digital asset?

11                   MR. SYLVESTER:  Objection; form.

12     A.     I don't understand what you're asking.

13     Q.     When you or ████████████ makes trades

14 in digital assets, you consider a variety of factors

15 in deciding whether you're going to make the trade.

16 Right?

17     A.     Correct.

18     Q.     Are contracts involving other individuals

19 or entities who hold that same digital asset one of

20 the things that you or ████████ consider in deciding

21 whether to make those trades?

22                   MR. SYLVESTER:  Object to form.

23     A.     So, honestly, I don't understand what

24 you're asking me.  Do I consider contracts that are

25 held by other people?

1            ███████ - 2/16/2022

2      Q.     Do you think that the terms of a contract

3 between third parties can be a source of purchaser's

4 expectations about potential profits from a digital

5 asset purchase?

6                MR. SYLVESTER:  Object to form;

7 vague.

8      A.     You have to give me an example of what

9 we're talking about because I -- I honestly don't

10 understand what type of scenario you're -- you're

11 trying to discuss.

12      Q.     In forming your -- your opinion in this

13 case, did you look at the terms of any of Ripple's

14 contracts with any other buyer of XRP?

15      A.     Yes.

16      Q.     Which contracts did you look at?

17      A.     There are a variety so I can't remember

18 all of them right here, but I think, you know, some

19 of those are discussed and footnoted in the report

20 specifically.

21      Q.     Take a look at Exhibit 3, which is

22 Appendix B to your opening report.  Do you see any

23 contract listed in Appendix B of your report?

24      A.     (Pause.)

25                So I know that there are some contracts

1                    ███████ - 2/16/2022

2 listed in the -- the footnotes and I'm not sure if

3 one of those is the same thing I'm looking at here

4 because I think that any of those would have a Bates

5 number on them so I can't see the title beyond the

6 Bates number.  I'm not sure, looking at this, if one

7 of those contracts is one of these examples or not.

8 I'm pretty sure that there are places in the report

9 where that's described in a -- in a footnote,

10 though.  That's the type of document that I was

11 referring to there.

12                    (Discussion off the written record.)

13     Q.    Can you point me to any footnote in your

14 report that cites a Ripple contract in Exhibit 1?

15     A.    Sure.  Let me look.

16          (Pause.)

17          No, I don't see any.  I think I might

18 have been confused and maybe it's in the rebuttal

19 report.

20     Q.    Okay.

21     A.    The footnote I'm thinking about.

22     Q.    But there is no Ripple contract cited in

23 your opening report.  Right?

24     A.    None that I saw just now, no.

25     Q.    Okay.  Take a look at Paragraph 2 in your

1          █████████  -  2/16/2022

2 report, Exhibit 1.  You write in this paragraph:

3 The SEC retained me to independently analyze and

4 render opinions on a perspective of a reasonable

5 purchaser of XRP on Ripple's statements, actions,

6 and product offerings.  The purchasers I am

7 considering in this matter primarily include

8 individuals, institutional investors, and financial

9 services companies.

10          You say, "primarily include."  Are there

11 other types of purchasers you also considered?

12     A.    I -- I think it's possible that there are

13 entities that wouldn't fall into those categories

14 that have made a purchase of XRP.  And so to the

15 extent that that exists, it wasn't really part of

16 the group of entities or individuals that I was

17 considering.

18     Q.    You didn't define the term "reasonable

19 purchaser" in your report, did you?

20     A.    I think we talked about earlier today

21 some aspects of what a reasonable purchaser is,

22 but --

23     Q.    Well --

24     A.    -- I don't think it was defined -- broken

25 out as, you know, a specific definition in the

1                    ███████  -  2/16/2022

2 report.

3      Q.     Okay.  How did you decide which

4 individuals, institutional investors, or financial

5 services companies were reasonable purchasers and

6 which were not?

7                    MR. SYLVESTER:  Object to the form.

8      A.     I think anybody who falls into those

9 groups is an individual institutional investor or

10 financial service company that is, you know,

11 rationally considering making a purchase of XRP

12 could fall into that group.  I can't individually

13 identify every one of the people or entities that

14 would fall into that category, but, you know, the --

15 that general group is the type of market participant

16 that I was considering.

17      Q.     Would you agree that individuals come in

18 all different levels of sophistication in terms of

19 investment experience?

20                    MR. SYLVESTER:  Object to the form.

21      A.     I -- yeah, I think that there are some

22 individuals that are more sophisticated in the

23 marketplace than others.

24      Q.     Would you agree that, on the whole,

25 institutional investors or financial services

1               █████████ - 2/16/2022

2 companies are likely to be more sophisticated than

3 typical individuals?

4               MR. SYLVESTER:  Object to form,

5 beyond the scope.

6      A.    I think -- it's hard for me to make a

7 blanket statement like that.  I think there are

8 plenty of institutional investors that are less

9 sophisticated than individual -- specific examples

10 of individual investors and vice versa, so you could

11 find examples going both directions there.

12     Q.    When you did your analysis in your

13 report, you didn't analyze each of these three

14 groups, individuals, institutional investors, and

15 financial services companies separately, you

16 considered them all as whole.  Right?

17               MR. SYLVESTER:  Object to form.

18     A.    I think at many places in the report, as

19 you can see if you go through it, I speak to the

20 specific considerations and needs of -- of some of

21 those on their own.

22               And there are some -- there's some

23 discussions that apply generally across -- you know,

24 more generally across people -- institutional

25 investors and financial services company as a group,

1          ███████ - 2/16/2022

2 and there's some considerations and topics that

3 pertain to one more than the other, and I think

4 I've -- at -- at those times, I've broken out that

5 discussion to how what I'm talking about kind of

6 pertains to one or the other of those.

7          Q.    How many individuals or entities have

8 purchased XRP?

9          A.    I --

10                 MR. SYLVESTER:  Object to form.

11         A.    Sitting here right now, I can't give you

12 an exact number.

13         Q.    Can you even give me an estimate?

14                 MR. SYLVESTER:  Object to form,

15 beyond the scope.

16         A.    Sitting here now, I can't -- I can't tell

17 you.  That wasn't part of my assignment, that wasn't

18 part of what I was analyzing, it wasn't something I

19 tried to calculate, so I could -- I can't really

20 give you an answer.  That's not something I've

21 looked at.

22         Q.    So you don't know how many reasonable

23 purchasers of XRP exist in the real world.  Is that

24 right?

25                 MR. SYLVESTER:  Object to form.

1          ███████████  - 2/16/2022

2     A.     Sitting here now, I can't tell you how

3 many total purchasers there have been of XRP going

4 back over time.

5     Q.     And you don't know where purchasers of

6 XRP are located geographically in terms of, for

7 example, how many are in versus outside of the

8 United States.  Is that right?

9               MR. SYLVESTER:  Object to form.

10    A.     So as I mentioned, I don't have specific

11 numbers on any of these things, but there are

12 certainly indications about whether people are

13 likely to be inside or out of the country, based on

14 kind of looking at blockchain data and the platforms

15 they're using and things like that.

16    Q.     Based on the data you've looked at,

17 approximately what percentage of XRP purchasers were

18 located inside the United States?

19    A.     I can't give you a specific number for

20 that.

21    Q.     Do you have an estimate?

22    A.     I don't have a specific estimate for

23 that.

24    Q.     You -- would you be able to come up with

25 an estimate, based on the blockchain data?

1                 ███████████  -  2/16/2022

2                 MR. SYLVESTER:  Object to form.

3      A.    I would have to have the question, you

4 know, better defined than the way you've given it to

5 me just now.  I could -- I think, using blockchain

6 data, it's possible to develop insights into

7 location of various purchasers and where activity

8 took place, especially related to specific

9 platforms.

10         But the -- I think the way you asked it

11 is pretty broad and open-ended.  I wouldn't -- I

12 don't think I could give you a yes or no without

13 hearing the specific question you would want me to

14 answer.

15      Q.    Okay.  So using blockchain data

16 especially related to specific platforms, it's

17 possible to get insights into the location of

18 purchasers.  Is that right?

19                 MR. SYLVESTER:  Object to form.

20      A.    I think you can learn information about

21 the geographic location of purchasers based on a

22 variety of data and blockchain analysis, and the

23 platforms they're using would be examples of that,

24 yes.

25      Q.    Okay.  And you didn't do that blockchain

1            ████████ - 2/16/2022

2 analysis in connection with your opening report.

3 Right?

4       A.    In my opening report, I did not.

5       Q.    Okay.  And you didn't do that blockchain

6 analysis in connection with your rebuttal report,

7 did you?

8       A.    I did.

9       Q.    What blockchain data did you analyze in

10 your rebuttal report on this issue?

11      A.    XRP Ledger data.

12      Q.    Do you know how many XRP owners also own

13 other digital assets?

14            MR. SYLVESTER:  Objection; beyond the

15 scope.

16      A.    Are you asking, like, what percentage of

17 people who own XRP owned some other digital asset in

18 addition to XRP?

19      Q.    Sure.  We can start with that.

20      A.    I can't give you a specific number on the

21 percentage of XRP holders that hold a separate

22 asset.  I mean, those assets appear on separate

23 blockchains.  I certainly haven't done that analysis

24 for each and every blockchain that exists in the

25 world.

1                        ███████████ - 2/16/2022

2      Q.     So you don't know what percentage of

3 people who own XRP own some other digital asset in

4 addition?

5                  MR. SYLVESTER:   Objection; beyond the

6 scope.

7      A.     I haven't done that analysis.

8      Q.     Are you aware that XRP holders can make

9 purchases using XRP-based debit cards?

10                 MR. SYLVESTER:   Objection; form.

11     A.     I'm aware that people use debit cards to

12 make purchases that are funded out of a digital

13 asset.

14            I would disagree with the way that -- the

15 mechanism of how that transaction works start to

16 finish, I would disagree with the way that you

17 phrased that, so I've slightly -- answered a

18 slightly different question.

19            But there are debit cards out there in

20 the world that will fund a U.S. dollar transaction

21 by first selling a digital asset.

22     Q.     And there are debit cards that will fund

23 transactions by selling XRP.  Isn't that right?

24     A.     I can't give you a specific example of

25 one but, in general, yeah, I'm aware that there are

1                ████████ - 2/16/2022

2 debit cards that will allow you to sell an

3 investment, ██████ that's XRP or, you know, many

4 other types of digital assets and then use the U.S.

5 dollars generated from that transaction to complete

6 a purchase.

7        Q.     Are you familiar with the Uphold debit

8 card?

9        A.     I'm not familiar with that specifically,

10 no.

11       Q.     Are you familiar with the GlobaliD debit

12 card?

13       A.     No.

14       Q.     Do you know if there were any purchasers

15 of XRP who didn't know that Ripple existed at the

16 time they bought XRP?

17       A.     Sorry.  Say that again for me.

18       Q.     Do you know if there were any purchasers

19 of XRP who didn't know that Ripple existed at the

20 time they bought XRP?

21       A.     I can't speak to every single purchaser

22 of XRP and what they knew at the time that they

23 purchased it.

24       Q.     Suppose there is somebody out there who

25 didn't know about Ripple at the time they purchased

1                    ███████████ - 2/16/2022

2 XRP.  Is it your opinion that that purchaser would

3 have been relying on statements by Ripple when they

4 made their purchase of XRP?

5                    MR. SYLVESTER:  Objection; beyond the

6 scope.

7      A.    I can't speak to what an individual

8 person knew or didn't know at the time.

9      Q.    Is it your opinion that an individual who

10 didn't know about Ripple at the time they purchased

11 XRP would have had an expectation of profits based

12 on Ripple's actions at the time they purchased?

13                    MR. SYLVESTER:  Objection; beyond the

14 scope.

15     A.    I'm having a hard time figuring out

16 exactly what you're asking me.  I mean, for a long

17 time, people didn't even distinguish between the

18 name of Ripple the company versus Ripple the

19 digital.  So when -- it's hard for me to say that

20 somebody understood that, like, Ripple the digital

21 asset existed when Ripple the company didn't exist.

22                    I mean, you know, hypothetical purchaser

23 in that moment would have just thought they were

24 purchasing Ripple.  And I think that somebody who

25 didn't understand that the company existed but that

1 ░░░░░░░░ - 2/16/2022

2 the asset existed, it -- it's hard to hypothetically

3 speak about the mindset of that person.

4    Q.    Did you do anything to find out whether

5 there were actually people who purchased XRP and

6 didn't know about Ripple's existence at the time

7 they purchased it?

8    A.    I never studied the question of

9 specifically how many people knew what XRP was, but

10 didn't know what the company Ripple was.

11    Q.    And do you have any opinions as to

12 whether, if such people existed, they were relying

13 on actions by Ripple to receive a profit from

14 purchasing XRP?

15              MR. SYLVESTER:   Objection; beyond the

16 scope.

17    A.    I can't put myself in the mindset of that

18 person.  I can think of a scenario where somebody

19 read about the bull case for XRP that could have

20 even been communicated by Ripple, but they could

21 have read that and still relied on that without

22 knowing the identity of the person who wrote it.  I

23 mean, it might have just appeared in an interview,

24 or a clip, or a -- an article, or something like

25 that.

1               [REDACTED] - 2/16/2022

2          I mean, there is a lot of hypothetical

3 scenarios I can think of that would probably cut

4 both directions on that.  So it's hard for me to

5 give you a specific answer about a specific person

6 without kind of hashing out what they read, and

7 what -- who -- what they understood about who made

8 the statement, and what they understood about the

9 purchase -- the link between the digital asset and

10 the person who made the statement.

11     Q.    So you would need to know more about this

12 hypothetical person before you could put yourself in

13 their mindset to understand what they were expecting

14 when they purchased XRP.  Is that right?

15               MR. SYLVESTER:  Objection; beyond the

16 scope.

17     A.    Well, I think the way you ask the

18 question is not specific enough in terms of what

19 they knew and what information they were relying on,

20 so it's hard for me to construct even hypothetically

21 in their mind what the link would be between those

22 two things.

23     Q.    Suppose someone were to testify that when

24 they purchased XRP, they were aware of Ripple, and

25 they knew that Ripple offered products to banks, but

1                  ████████████ - 2/16/2022

2 that they decided to purchase XRP not because of

3 Ripple, but because of XRP's superior technology.

4             Would that change your opinion about

5 whether reasonable purchasers of XRP were relying on

6 Ripple's statements, actions, and product offerings?

7                  MR. SYLVESTER:  Objection; beyond the

8 scope.

9     A.    I think that, in preparing my opinion, I

10 collected, you know, the appropriate information

11 that I needed to know and formed my opinion based on

12 that, so I wouldn't be changing my opinion.

13    Q.    Would it change your opinion if you

14 learned that there were hundreds of people who

15 testified that?

16                 MR. SYLVESTER:  Objection; beyond the

17 scope.

18                 Go ahead.

19    A.    Again, I think I collected the pertinent

20 information as set forth by my methodology and by

21 the analysis that I did, and I collected the

22 information I needed to collect.  So that

23 information would not -- I can't sit here, you know,

24 imagine that the information would change my

25 opinion, but if, you know, you wanted me to, you

1                   ███████ - 2/16/2022

2 know, redo that analysis, I would need to, you know,

3 do a lot more than just kind of answer that

4 off-the-cuff right now.  I don't know without doing

5 an analysis.

6      Q.    Suppose someone were to testify that they

7 acquired XRP because it was a top 10 cryptocurrency

8 by market cap and listed at a lower price compared

9 to others, not because of anything that Ripple said

10 or did?

11            Would that change your opinion about

12 whether reasonable purchasers of XRP were relying on

13 Ripple's statements, actions, and product offerings?

14            MR. SYLVESTER:  Objection; beyond the

15 scope.

16      A.    So to draw any conclusion about how my

17 opinions have changed, I would need to do a lot more

18 work analysis than just hearing one data point and

19 making a decision based on that.

20      Q.    How many purchasers did you speak with to

21 obtain data points before you wrote your report in

22 this case?

23            MR. SYLVESTER:  Object to form.

24      A.    I didn't interview particular purchasers.

25      Q.    If you were to learn that -- withdrawn.

1 ██████████ - 2/16/2022

2          Suppose someone were to testify that they

3 acquired XRP for noninvestment purposes, such as to

4 pay for goods and services or to use as a substitute

5 for fiat currency.  Would that change your opinion

6 about whether reasonable purchasers of XRP were

7 relying on Ripple's statements, actions, and product

8 offerings?

9          MR. SYLVESTER:  Objection; beyond the

10 scope.

11     A.    Again, sitting here now, having collected

12 the information I think was pertinent to form my

13 opinion and not, you know, doing more analysis, I

14 can't tell you that just kind of off-the-cuff my

15 opinion would change.

16     Q.    What other information would you need to

17 figure out whether your opinion would change?

18     A.    All the information I collected in this

19 report was considered, the totality of that was

20 considered.  Hypothetically, if I had done this

21 analysis and the information that was out there in

22 the world was different, I might have come to a

23 different conclusion.  So it's probably not a matter

24 of the -- and I can't tell you right now

25 specifically what individual piece of information

1                     ███████ - 2/16/2022

2 would change my opinion or not, but I'd have to

3 consider the totality of the evidence and the data

4 that exists.

5      Q.    Suppose someone were to testify they

6 purchased XRP with the intention of using it to

7 develop a project or an application that involved

8 XRP or the XRP Ledger?

9            Would that change your opinion about

10 whether reasonable purchasers of XRP were relying on

11 Ripple's statements, actions, and product offerings?

12            MR. SYLVESTER:  Objection; beyond the

13 scope.

14      A.    I collected and considered all of the

15 information that I thought was pertinent, given my

16 assignment.  And, again, I think giving me a

17 hypothetical of one additional data point sitting

18 here right now doesn't make me change my opinion.

19      Q.    What if it was thousands of additional

20 data points?  What if thousands of people testified

21 along those lines?

22            MR. SYLVESTER:  Objection; beyond the

23 scope and form.

24      A.    An individual piece of evidence, sitting

25 here right now, without doing additional analysis,

1          ██████████  -  2/16/2022

2  doesn't change that I collected the information I

3  thought was relevant, important to make my analysis,

4  and then, you know, conducted analysis based on that

5  data and based on my methodology.

6     Q.    Suppose someone were to testify that they

7  purchased XRP with the intent to transfer other

8  digital assets, currencies, or send value to others

9  using the XRP Ledger?

10          Would that change your opinion as to

11  whether reasonable purchasers of XRP were relying on

12  Ripple's statements, actions, and product offerings?

13          MR. SYLVESTER:  Objection; beyond the

14  scope.

15     A.    Giving me a single hypothetical piece of

16  data, sitting here right now it doesn't change my

17  opinion as written, which was, you know, the result

18  of process, methodology, analysis, and including,

19  you know, my own collection of data that I thought

20  was relevant to the case.

21     Q.    How many hours did you spend doing your

22  analysis on this report?

23     A.    I can't remember exactly.

24     Q.    Do you know if it was more than 50?

25     A.    It was more than 50.

1               █████████  - 2/16/2022

2       Q.      Was it more than 500?

3       A.      I'm not sure.

4       Q.      It may have been, it may not have been,

5  you don't know?

6       A.      I --

7               MR. SYLVESTER:  Object to form.

8       A.      -- I don't know a specific number.

9       Q.      Suppose someone were to testify that they

10 utilized XRP as collateral to obtain financing.

11 Would that change any of the opinions you're

12 offering in this case?

13              MR. SYLVESTER:  Objection; beyond the

14 scope.

15      A.      That hypothetical piece of data does not

16 cause me to change my opinion.  Again, my opinion

17 was based on the data that I collected and

18 identified in support of the methodology that I laid

19 out and the process that I followed that was, you

20 know, based on my experience in the space, my expert

21 opinion.

22      Q.      Have you ever heard of Nexo?

23      A.      Yes.

24      Q.      What is Nexo?

25      A.      Nexo is a financial institution.

1          ██████████  -  2/16/2022

2      Q.      Does Nexo allow people to loan digital

3  assets and earn interest by doing that?

4                  MR. SYLVESTER:  Object to form.

5      A.      My understanding is that Nexo does allow

6  lending services.

7      Q.      Do you know whether XRP is one of the

8  assets that can be used for lending on Nexo?

9      A.      I believe that Nexo allows a wide variety

10 of digital assets.  I can't remember the entire

11 list, start to finish.

12     Q.      Do you know whether XRP is one of the

13 assets that can be used for lending on Nexo?

14                 MR. SYLVESTER:  Objection; asked and

15 answered.

16     A.      I know that Nexo allows a wide variety of

17 digital assets to be used on their platform.

18     Q.      So you're not sure whether XRP is one of

19 those assets?

20                 MR. SYLVESTER:  Objection.

21                 Go ahead.

22     A.      Sitting here right now, without pulling

23 up their website, I don't know whether, you know, a

24 given platform has, you know, changed over time in

25 terms of things that they've offered, they

1                   ████████ - 2/16/2022

2 discontinued, they started to offer.  It's been a

3 while since I've looked at their website.  So I

4 would need to look at their current product

5 offerings.

6      Q.    And you didn't consider what was on their

7 website in connection with forming your opinions in

8 this case.  Right?

9                MR. SYLVESTER:  Objection.  You mean

10 Exhibit 1?

11     Q.    I mean in connection with forming your

12 opinions in this case.

13     A.    The documents that I considered for my

14 initial report are on the -- the list here.

15     Q.    Have you heard of the online platform

16 Celsius?

17     A.    Yes, I've heard of that.

18     Q.    Is that another platform that allows

19 lending services of digital assets?

20     A.    Yes.

21     Q.    How about Bitrue?

22                MR. SYLVESTER:  Objection; form.

23     A.    I can't tell you, sitting here right now,

24 specifically what assets either of those platforms

25 offer.

1          █████████ - 2/16/2022

2     Q.    Are you familiar with Bitrue?

3     A.    I've -- you know, I'm not as familiar

4 with Bitrue as the others.

5     Q.    What platform do you use to stake crypto?

6          MR. SYLVESTER:  Objection; form.

7     A.    I've staked crypto using blockchains, but

8 I don't believe I've ever staked on a centralized

9 platform like the ones that you're talking about.

10     Q.    Are you familiar with BlockFi?

11     A.    Yes.

12     Q.    Is -- what is BlockFi?

13     A.    I think it's -- broadly it's similar to

14 some of the platforms you discussed.  It's a

15 financial institution.

16     Q.    Have you ever used BlockFi?

17     A.    No.

18     Q.    Are you aware of the SEC enforcement

19 action announced against BlockFi yesterday?

20     A.    I am.

21     Q.    Have you stopped staking digital assets

22 in light of that enforcement action?

23          MR. SYLVESTER:  Objection; assumes

24 facts not in evidence.

25          Did he say he's staking digital

1               ███████ - 2/16/2022

2 assets right now?  I thought you spoke in the past

3 tense.

4       A.     In answer to your question about

5 centralized platforms like the one we just

6 discussed, I said I have not staked on those

7 platforms.

8       Q.     I didn't ask about on platforms.

9              When was the last time you staked digital

10 assets?

11       A.     I can't remember specifically.

12       Q.     Within the last six months?

13       A.     Probably.

14       Q.     Did you ever stop staking -- did you ever

15 make a decision to stop staking digital assets?

16       A.     Do you mean in general or with a

17 particular asset?

18       Q.     Either.

19       A.     I've had assets that were staked and then

20 not staked later, if that's what you mean.

21       Q.     Have you decided to stop staking digital

22 assets generally at any point?

23       A.     No.

24       Q.     If someone were to testify that they

25 staked their XRP on digital trading platforms, such

1              █████████  -  2/16/2022

2 as Nexo, Celsius, or Bitrue, and that they earn

3 interest or compensation for loaning XRP, would that

4 change any of the opinions you're offering in this

5 case?

6              MR. SYLVESTER:  Objection; beyond the

7 scope.

8      A.    That hypothetical data point does not

9 change the opinion that I've laid forth in this

10 report, sitting here today.  It was made using all

11 of the relevant data and methodology that I thought

12 was appropriate given my expertise in this space.

13     Q.    Do you know who John Deaton is?

14     A.    No.

15     Q.    I'm going to show you what we'll mark as

16 Exhibit ████ 5.   ████ 5 is a series of tweets by

17 John Deaton and it looks like they're dated

18 February 11th.

19              (Exhibit 5 was marked.)

20              MR. SYLVESTER:  2022?

21              MR. OPPENHEIMER:  Yes, as far as I

22 can tell.  Thank you.

23     Q.    So Exhibit 5 has a series of tweets.

24 Have you ever seen them before?

25              MR. SYLVESTER:  Take your time to

1                    █████████ - 2/16/2022

2 look through the document so you can answer that

3 question accurately.

4        A.    (Pause.)

5        Q.    And I'll note for the record while you're

6 reading that some of the tweets are duplicated

7 across pages so that you can see how the series

8 links up at the top and bottom.

9        A.    Wait.  Sorry.  Say that again.

10              (Simultaneous speaking.)

11       Q.    Some of them are duplicated across pages

12 so you can see how they link up.  As an example, the

13 second page of Exhibit 5 ends with a tweet numbered

14 16 and then that tweet numbered 16 is at the top of

15 the third page.  So you can see the order that they

16 continue to go in.

17       A.    So, actually, these are all printed in

18 reverse order?

19       Q.    Yeah.

20       A.    So they start from the end.

21       Q.    So take your time to read it.  My

22 question will be have you ever seen these tweets

23 before.

24       A.    (Pause.)

25              Okay.  I've read through them.

1                  ████████ - 2/16/2022

2       Q.     Have you seen these tweets before?

3       A.     No.

4       Q.     If you look at the final page of

5  Exhibit 5, the tweet at the very bottom, it says:

6  I've literally been in contact with thousands of XRP

7  holders.

8              And then above that, the tweet marked

9  No. 1 says:  The majority of first-time XRP

10  purchasers were actually unaware of a company called

11  Ripple and its use of XRP.

12              Do you see that?

13       A.     I do.

14       Q.     If you were to learn that a majority of

15  first-time XRP purchasers were unaware of a company

16  called Ripple and its -- and its use of XRP, would

17  that change any of the opinions you're offering in

18  this case?

19       A.     I mean, looking at this, I have no way of

20  knowing whether any of this is true.  I don't know

21  who this person is.  I don't know who they spoke to.

22  I don't know if he validated that the people he

23  spoke to are right and, you know, if some -- just

24  because somebody, you know, said that, that doesn't

25  change my opinion here.  It's -- it's not part of

1            ████████ - 2/16/2022

2 the data that I felt that I needed to conduct my

3 analysis.

4     Q.    So I'm not asking you to accept this

5 tweet as fact.  What I'm asking you is

6 hypothetically assume it is true.

7          If you were to learn that a majority of

8 first-time XRP purchasers were unaware of a company

9 called Ripple and its use of XRP, would that change

10 your opinions in this case?

11              MR. SYLVESTER:  Objection; asked and

12 answered.

13    A.    Yeah.  I -- I don't have a different

14 answer for you.  It's hard for me to draw any

15 conclusions based on somebody making a claim that

16 they know that some other unnamed people have -- you

17 know, made their own claim about what they knew

18 about Ripple at that time.

19    Q.    And you've not undertaken any efforts to

20 figure out what a majority of first-time XRP

21 purchasers did or didn't know in connection with

22 forming your opinion.  Right?

23    A.    Along the lines of my inability to

24 validate that this person actually spoke to

25 individuals who actually work for XRP purchasers and

1                    ██████████ - 2/16/2022

2 they did or didn't know specific things, I also

3 don't have a, you know, authenticated validated list

4 of people who were queried at the time that they

5 made an XRP purchase for the first time and -- and

6 what they knew or didn't know.

7        Q.    Did you try to find any XRP purchasers to

8 ask them?

9              MR. SYLVESTER:   Object to form.

10             Go ahead.

11       A.    I did not interview specific XRP

12 purchasers or attempt to validate whether anybody

13 did, you know, make a specific purchase and what

14 their knowledge of Ripple was at that moment that

15 they made that purchase.

16       Q.    Take a look at the tweet marked No. 9 on

17 Page 4 of this exhibit.  This tweet says:  65K XRP

18 holders granted amicus affirm when they acquired

19 XRP, they were not relying on the efforts of the

20 company, Ripple, or its management team for any

21 purpose.

22             If you were to learn that 65,000 people

23 submitted testimony saying that they affirm that

24 when they acquired XRP, they were not relying on the

25 efforts of the company, Ripple, or its management

1          [REDACTED] - 2/16/2022

2 team for any purpose, would that change the opinions

3 you're offering in this case?

4                    MR. SYLVESTER:   Object to the form.

5     A.    It would not.

6     Q.    Why not?

7     A.    For all the reasons you just said, it's

8 impossible for me to validate that there is a

9 specific number of individuals who had that specific

10 information in their mind at the moment they made

11 that purchase, but I think whether they realize it

12 or not, they -- you know, Ripple -- there are

13 certain, kind of, facts I know about what happened

14 in the development of the XRP Ledger.  One of them

15 is that Ripple aided the development, so without

16 Ripple, they wouldn't have been able to even make

17 that purchase.  Whether they know that they relied

18 on those development efforts or not, if those --

19 hypothetically, if those development efforts didn't

20 exist, they couldn't have even made that purchase.

21                    So, you know, in addition to being

22 impossible to authenticate that a specific person

23 knew or didn't know something, there is a separate

24 issue between what they, you know, knew in their

25 mind and what was true in the world in terms of

1 ███████████ - 2/16/2022

2 their reliance of -- on Ripple to make that

3 purchase.

4          MR. SYLVESTER:  Brad, maybe when

5 we're done with this exhibit, we could take a break.

6 We've been going for about an hour.

7          MR. OPPENHEIMER:  Sure.  We can

8 finish soon.

9     Q.    When -- you mentioned that you know

10 certain kinds of facts about what happened in the

11 development of the XRP Ledger.  One of them is that

12 Ripple was working on the development of the XRP

13 Ledger.  Is that with respect to past conduct or

14 ongoing future development?

15          MR. SYLVESTER:  Object to form;

16 vague.

17    A.    I was referring to the, kind of, origin

18 of the XRP Ledger that if there had not been any

19 initial development work to bring the XRP Ledger

20 into the world, it would have been -- you know, XRP

21 and XRP Ledger wouldn't have existed and somebody

22 would not have been physically capable of making a

23 purchase of XRP if that hadn't happened.

24    Q.    So you're saying that anyone who bought

25 XRP was relying on past actions that Ripple already

1                    ███████████ - 2/16/2022

2 took when it developed the XRP Ledger.  Is that

3 right?

4                    MR. SYLVESTER:  Objection; beyond the

5 scope.

6      A.    People who, you know, purchased XRP, they

7 did that for a wide variety of reasons and, you

8 know, I've discussed in my report a list of

9 important factors that a reasonable purchaser would

10 consider, and beyond that, it's -- it's hard for me

11 to speculate on a specific factor that did or didn't

12 weigh in the mind of a specific, kind of,

13 hypothetical person that has reported something they

14 knew or didn't know at the time.

15      Q.    Is it your opinion that a purchaser who

16 didn't rely on -- withdrawn.

17                    Is it your opinion that a purchaser who

18 didn't consider the factors listed in your report

19 was not a reasonable purchaser?

20                    MR. SYLVESTER:  Object to form.

21      A.    I'm sorry.  Say that again.

22      Q.    Is it your opinion that a

23 person -- withdrawn.

24                    Is it your opinion that someone who

25 purchased XRP but didn't consider the factors listed

1               ██████████ - 2/16/2022

2  in your report, that that person was not a

3  reasonable purchaser of XRP?

4               MR. SYLVESTER:  Object to the form.

5       A.    The analysis I've done in my report was

6  to lay out, in general, the types of things that

7  reasonable purchasers -- the type of things that are

8  relevant to reasonable purchasers.

9               And as I've said, you know, earlier

10 today, you know, there are different types of market

11 participants.  They might have different factors

12 that are more important to them or less important to

13 them.  Some of those market participants have

14 completely different factors that are important to

15 them.  So I can't, sitting here, you know, without

16 knowing every purchaser and having some way to

17 validate what they knew or didn't know, rule out the

18 possibility that there was some factor that they

19 considered that is not in my report and I wasn't

20 trying to do that with the report.  I was trying to,

21 you know, based on my knowledge and expertise and

22 experience in the space, lay out the factors that I

23 think are generally important to regional

24 purchasers.

25      Q.    Are you offering an opinion that a

1                    ███████  -  2/16/2022

2 purchaser who doesn't consider the same factors that

3 you laid out in your report is not a reasonable

4 purchaser?

5                    MR. SYLVESTER:  Objection; beyond the

6 scope.

7      A.    My report, the factors I laid out based

8 on the assignment that I have and data that I

9 collected, the goal was to identify and analyze

10 important factors that were pertinent generally to

11 reasonable purchasers.

12     Q.    So you're not saying that somebody who

13 doesn't rely -- or withdrawn.

14                   So you're not saying that somebody who

15 doesn't consider those factors can't be a reasonable

16 purchaser as well.  Is that right?

17                   MR. SYLVESTER:  Object to form.

18     A.    I think if you're asking me, like,

19 hypothetically is it possible for somebody to exist

20 that is a reasonable purchaser that considered some

21 subset of the factors I've outlined or considered a

22 different factor also, that's -- that's certainly

23 possible.

24     Q.    Okay.

25                   MR. OPPENHEIMER:  Let's go off the

1                        ███████  - 2/16/2022

2 record.

3                    THE VIDEOGRAPHER:   The time is 3:37.

4 We're off the record.

5                        (Break.)

6                    THE VIDEOGRAPHER:   The time is 3:54.

7 We're on the record.

8       Q.    Take a look on Paragraph 89.   In

9 Paragraph 89, you write, quote:  Over the course of

10 the issuance period, a reasonable purchaser of XRP

11 would have had an expectation of generating profit

12 based on the efforts of Ripple and its management to

13 accomplish the growth strategies that Ripple

14 advertised to the public as being already achieved

15 or planned for the future.

16                    And then, later in that paragraph, you

17 also say:  A reasonable purchaser --

18                    (Discussion off the written record.)

19       Q.    A reasonable purchaser would have closely

20 considered many factors --

21                    MR. SYLVESTER:  I'm sorry, Brad.

22 Where does the "reasonable purchaser" start?

23                    MR. OPPENHEIMER:  That is, if you

24 count from the bottom, one, two, three, four,

25 five -- the sixth line up, the reasonable purchaser.

1              ███████  -  2/16/2022

2              MR. SYLVESTER:  Okay.  So you're

3 there starting in the middle of that sentence.  Go

4 ahead.

5              MR. OPPENHEIMER:  Yeah.  I'll do the

6 whole sentence, if you want.  Since we got

7 interrupted.  Why don't we start the whole question

8 over.

9    Q.    Paragraph 89, you write:  Over the course

10 of the issuance period, a reasonable purchaser of

11 XRP would have had an expectation of generating

12 profit based on the efforts of Ripple and its

13 management to accomplish the growth strategies that

14 Ripple advertised to the public as being already

15 achieved or planned for the future.

16              And then, a little further down:  Given

17 this relationship between Ripple's performance and

18 the price of XRP, a reasonable purchaser would have

19 closely considered many factors that were publicized

20 by Ripple, such as disclosed partnerships with

21 financial institutions, the quality of Ripple's

22 management team, the target addressable market for

23 Ripple's products, and the availability of liquidity

24 on trading platforms for XRP.

25              Do you see that?

1                        ████████ - 2/16/2022

2      A.     Yes.

3      Q.     You didn't do any empirical testing to

4 support that opinion, did you?

5                MR. SYLVESTER:  Objection; form.

6      A.     What do you mean by -- specifically by

7 "empirical testing"?

8      Q.     Did you conduct any surveys to see how

9 purchasers viewed and interpreted Ripple's

10 statements, efforts, and product offerings?

11                MR. SYLVESTER:  Objection; form.

12     A.     I -- I think throughout the report I have

13 laid out the methodology that I used, which included

14 kind of using my background in the space, my

15 experience trading digital assets, my experience as

16 a user of digital assets, in understanding how

17 blockchains and blockchain companies and blockchain

18 projects work, to identify the key factors that a

19 reasonable purchaser -- that basically pertains to a

20 reasonable purchaser, and how the design of the XRP

21 Ledger, and the design of the software products, and

22 how Ripple's statements and communications related

23 to those -- those key factors, so --

24     Q.     Let us -- sorry.  Are you done?

25     A.     I wasn't finished.

1            ███████ - 2/16/2022

2      Q.      Go ahead.

3      A.      The -- you asked about -- in the part you

4 read about the -- how the -- the communications --

5 of Ripple in fulfilling the kind of product

6 trajectory plays into that.  And I think throughout

7 the report I laid out several ways that the -- that

8 that link that you just repeated from the language

9 from this Paragraph 89 was made very explicit by

10 Ripple management, that they were basically going to

11 develop a successful product offering that targeted

12 a very large, addressable market.

13            And that, you know, I think those --

14 those public announcements then directly made the

15 link that if that was successful, there would be a

16 large demand by institutions and others to hold XRP

17 as part of the usage of that product, and that

18 through the, you know, fixed-supply nature of the

19 coin, that those holdings of XRP would tend to

20 increase the price of XRP.

21      Q.      So that's a no, you didn't conduct any

22 surveys?

23            MR. SYLVESTER:  Object to form.

24      A.      I think I just laid out what the

25 methodology was of my paper.

1                    ███████ - 2/16/2022

2      Q.      And there were no surveys in it.  Right?

3      A.      There were no -- well, there were surveys

4 of the communications that were made by Ripple.

5 There were surveys of blockchain data that I --

6      Q.      Did you --

7      A.      You have to be more specific about

8 exactly what kind of survey you're talking about.

9      Q.      Well, that was the original question, but

10 I'll ask it again.  Did you conduct any surveys to

11 see how purchasers viewed and interpreted Ripple's

12 statements, efforts, or product offerings?

13                    MR. SYLVESTER:  Object to form.

14      A.      I think what you're asking me is did I

15 conduct, like, a poll of individuals who have

16 claimed they owned XRP, and if that's the question

17 you're getting at, then the answer is no.

18                    But when you -- you're saying did I do a

19 survey, and I think I've said I surveyed the

20 available, you know, information that's laid out in

21 my report.

22                    But it seems like you're asking a

23 specific question about a specific type of poll or

24 specific type of question that I was asking to

25 people who purported to purchase XRP.  If that's

1          ████████ - 2/16/2022

2  what you're asking, then no.

3          Q.    You didn't do any surveys of XRP

4  purchasers.  Right?

5          A.    I didn't identify specific XRP purchasers

6  and ask them questions about, you know, what was in

7  their head at the moment that they purchased it.

8          Q.    You didn't hold any focus groups.  Right?

9          A.    Correct, I did not hold a focus group.

10         Q.    You did not conduct any interviews.

11  Right?

12         A.    I did not conduct any interviews with --

13  again, I think with XRP purchasers, if that's what

14  you're asking, yeah.

15         Q.    Did you conduct interviews with anyone

16  else to form your opinions in this case?

17         A.    No.

18         Q.    You didn't perform any statistical

19  analyses to see whether Ripple's statements,

20  efforts, or product offerings had any long-term

21  impacts on the price of XRP, did you?

22         A.    Statistical analyses?  Is that what you

23  asked?

24         Q.    That's what I asked.

25                  MR. SYLVESTER:  Objection; beyond the

1                    [REDACTED] - 2/16/2022

2 scope.

3                    Go ahead.

4      A.    I think, in my original report and

5 rebuttal report, I did analysis that involved --

6 that involved using statistics, yes.

7      Q.    Where in your original report did you do

8 a statistical analysis?  Can you point me to the

9 paragraph?

10      A.    I'd just have to go back and look.

11            (Pause.)

12            I'd say that Figure 4, which has monthly

13 ODL volumes, involves statistics about ODL usage

14 over time.

15      Q.    So you considered Figure 4 a statistical

16 analysis.  Is that right?

17      A.    I mean, the term "statistical analysis"

18 is very broad.  I don't exactly know what you're --

19 if there is a specific type of analysis that you

20 have in mind.  I mean, my -- you know, data-based,

21 you know, calculations, charts, and figures, to me,

22 that -- that has to do with statistics.

23            But I think you're trying to ask about a

24 specific kind of analysis.  I could probably answer

25 the question better if you narrowed in on what that

1              ███████████  -  2/16/2022

2 type of analysis is that you're asking about.

3     Q.    My question was, did you perform any

4 statistical analyses to see whether Ripple's

5 statements, efforts, or product offerings had any

6 long-term impacts on the price of XRP.  And --

7              (Simultaneous speaking.)

8              MR. SYLVESTER:  Objection; beyond the

9 scope.

10              Go ahead.

11     Q.    Your answer to that question was that you

12 did statistical analyses in both your opening and

13 rebuttal reports.

14              So let's make clear, did you perform any

15 statistical analyses to see whether Ripple's

16 statements, efforts, or product offerings had any

17 long-term impacts on the price of XRP?

18              MR. SYLVESTER:  Objection; beyond the

19 scope.

20     A.    The -- all the analysis that I've

21 performed is kind of shown in the report.  I mean,

22 we can disagree about the specific -- you know, I

23 gave you one example.  You disagree about the

24 specific nature of that relating to your question or

25 not.  If you can, you know, ask more specifically

1                    ████████  -  2/16/2022

2 about the type of analysis that you're seeing if I

3 did or not, I mean, we could talk about that.

4             But I think, in general, you know,

5 looking to the report, I identified the factors that

6 I thought were pertinent and collected a variety of

7 data to perform that analysis.  And I think, you

8 know, any time you're collecting quantitative data

9 and, you know, producing calculations based on that,

10 that has to do with statistics.  So, broadly,

11 that -- that's statistical analysis.

12             But if you're -- again, if you're trying

13 to ask me if I did a specific type of statistical

14 analysis, we can talk through that.

15     Q.    Where does Figure 4 say anything about

16 the price of XRP?

17             MR. SYLVESTER:  Objection; form.

18     A.    The word "price of XRP" is not in

19 Figure 4.  The Y axis on Figure 4, though, is a U.S.

20 dollar value, so because these ODL transactions were

21 transferred from, you know, one exchange to another

22 on the XRP Ledger, the price of XRP is baked into

23 this chart, because we're looking at dollar values

24 on the Y axis, whereas U.S. dollars were not sent on

25 the XRP Ledger for these transactions.  We're

1      █████████  - 2/16/2022

2 looking at XRP transactions that had a dollar value,

3 so the price of XRP times the number of coins gives

4 you a -- gives you a U.S. dollar figure.

5      Q.    And where does Figure 4 say anything

6 about the effects of Ripple's statements, actions,

7 and product offerings on the price of XRP in the

8 long-term?

9              MR. SYLVESTER:  Objection; form.

10     A.    The title of Figure 4 does not have

11 that -- those words in it.  I think, taken in the

12 totality of the report, everything in the report is

13 there to lay out the framework I used and the

14 analysis I used to make the determinations and the

15 opinions that I have.

16             So they are -- you know, everything in

17 the report is related to my, you know, analytical

18 framework.  I think every word of the -- of a

19 specific conclusion is going to show up in every

20 figure head, though.

21     Q.    You're not a statistician, are you?

22     A.    That's correct.

23     Q.    Do you have any statistical -- any

24 training to conduct statistical analyses?

25     A.    Well, I use statistics all the time as a

1              █████████ - 2/16/2022

2 course of my work, both my present and in previous

3 jobs.  We talked earlier about my work at ██

4 ████████████████████ and ██████, and I used statistics

5 heavily in those jobs.  So I have a familiarity with

6 using data and statistics, but not formal training

7 as a statistician or conducting kind of -- I guess,

8 so yeah, I don't have formal training as a

9 statistician.

10     Q.    Did you conduct a factor analysis to

11 determine what factors influence the price the XRP?

12     A.    I identified --

13              MR. SYLVESTER:  Objection; beyond the

14 scope.

15     A.    -- I identified several factors in my

16 report that, you know, based on my expertise in the

17 space, my knowledge of the blockchain space, and as

18 both a user and an investor that I thought were

19 important factors to a reasonable purchaser of XRP.

20     Q.    Do you know what a statistical factor

21 analysis is?

22     A.    Yes.

23     Q.    Did you do one of those?

24     A.    No.

25     Q.    Did you do an events study to figure out

1                     ███████ - 2/16/2022

2 what -- withdrawn.

3             You're not a psychologist, are you?

4     A.    Correct.

5     Q.    And you're not offering an opinion about

6 how an ordinary person would interpret statements

7 made in the English language, are you?

8             MR. SYLVESTER:  Object to form.

9     A.    I'm not sure I understand exactly what

10 you're asking.  Yeah, I'd ask you to see if we can

11 hone in on that better.

12    Q.    Are you offering an opinion about what a

13 set of statements would mean to someone who reads

14 them?

15            MR. SYLVESTER:  Objection; form.

16    A.    I think as an expert in the blockchain

17 space, I understand how certain terminology, jargon,

18 and even, you know, broadly, statements about

19 digital assets are perceived by people who

20 understand the blockchain.

21            There are certain, you know, blockchain

22 terms that someone who has no idea what blockchain

23 is, they wouldn't understand what that meant.  But

24 somebody that is a software developer in the

25 blockchain space or a sophisticated investor in the

1                    ███████ - 2/16/2022

2 blockchain space, they would have a different

3 understanding of that word completely.

4            And so in that sense, yes, I think I

5 qualified as an expert in the blockchain space to --

6 to understand how certain words and communications

7 are interpreted by another person who's involved in

8 the blockchain space.

9      Q.    Are you offering an opinion that the

10 statements that you quote from Ripple wouldn't be

11 understandable to a layperson?

12     A.    I think that many of the statements by

13 Ripple have specific meaning to someone who is in

14 the blockchain space.  So when Ripple talks about,

15 you know, creating their escrow amounts to remove

16 XRP from the kind of free float, that's an example

17 where if you talk to somebody who's not in the

18 blockchain space, and tell them an escrow, they

19 might have a specific kind of reaction to that word

20 or a meaning in their head of that word.

21            Maybe they've made a home purchase and

22 they've put some money in an escrow and they

23 understand it to be a third party who holds money

24 for short-term while a transaction is closing.

25            I think to someone in the blockchain

1          ███████████ - 2/16/2022

2 space that has a different meaning, and they

3 understand that, you know, Ripple's statements about

4 escrowing XRP away is about, you know, controlling

5 the circulating supply of XRP at a given moment.

6          And they don't understand that, you know,

7 generally that type of action to alter the free

8 float is done to assure investors that, you know,

9 selling pressure will be removed from the market.

10 There are a variety of specific kind of consequences

11 of using that word that an investor in the

12 blockchain space would understand completely

13 different than an investor in the ordinary space.

14          An ordinary investor or a -- not even an

15 investor, just an ordinary person who is not in the

16 blockchain space would not draw that connection

17 between, you know, digital assets being escrowed and

18 the float being reduced for a certain amount of time

19 and what that does to the price of the token over

20 time.

21     Q.    So somebody without a lot of experience

22 in the digital asset space might interpret some of

23 these statements differently from the way you do as

24 an expert.  Is that right?

25                    MR. SYLVESTER:  Objection; form, and

1                    ███████ - 2/16/2022

2 beyond the scope.

3       A.     So I'm not specifically saying that my

4 interpretation is different than everybody else's

5 interpretation.  I'm saying that as an expert in the

6 blockchain space, I understand the meaning of some

7 of these terms and how they relate to people in the

8 blockchain space.

9             And, you know, part of what I tried to do

10 in this report is to synthesize that expertise and

11 that knowledge about how these communications are --

12 you know, relate to participants, you know, market

13 participants in the blockchain space.  And the way

14 that those terms and those communications relate to

15 participants in the blockchain space is, you know,

16 different than how those terms would relate to

17 somebody that's not a potential purchaser of

18 blockchain assets because they're not -- they're not

19 in that space.

20             And I guess, you know, to give another

21 example, like we talked about escrow, but maybe

22 somebody talks about liquidity.  So someone in the

23 blockchain space can have a specific understanding

24 of the term liquidity, what it means, why it's

25 important for a company to increase the depth of

1               ███████ - 2/16/2022

2  liquidity on a particular exchange and why it's

3  important for a company to increase the availability

4  of their asset on other, you know, trading platforms

5  in order to promote liquidity and to promote trading

6  in the product.

7               Somebody who hasn't kind of followed

8  along with the trajectory of the blockchain space

9  and, you know, specific developments that have

10 happened with different companies might not

11 understand what an important factor promoting

12 liquidity is for blockchain trading in general and

13 also for, you know, a blockchain product such as the

14 one I'm talking about here, such as ODL, why

15 liquidity is so important, to promote ODL usage.

16               So those are just two examples and I

17 think there are others in the report, but, you know,

18 I think many of these terms and many of these

19 communications are, you know, interpreted in a

20 certain way by someone who's in the blockchain space

21 versus somebody who's not.  I can, you know, speak

22 to how those words and terms pertain to market

23 participants in the blockchain space.

24      Q.    So a more sophisticated participant in

25 the blockchain space would interpret some of these

1                              ███████  -  2/16/2022

2  statements by Ripple differently than someone who

3  doesn't have blockchain experience.

4                    (Simultaneous speaking.)

5                    MR. SYLVESTER:  Objection.  Sorry.

6                    MR. OPPENHEIMER:  Go ahead.

7                    MR. SYLVESTER:  Form, and beyond the

8  scope.

9      A.    Sorry.  Can you repeat the question?

10     Q.    So a more sophisticated participant in

11  the blockchain space would interpret some of these

12  statements by Ripple differently than someone who

13  doesn't have a lot of blockchain experience?

14                    MR. SYLVESTER:  Objection.

15                    (Simultaneous speaking.)

16     Q.    Isn't that right?

17                    MR. SYLVESTER:  Sorry.

18                    Objection; form, beyond the scope of

19  his expert opinion.

20     A.    So I think you're talking about two

21  different things there, which is somebody in the

22  blockchain space and are they sophisticated.  The

23  way you -- I interpreted your question, that seems

24  like you're saying it's one or the other and I

25  disagree with that.

1          ████████ - 2/16/2022

2                You could be a blockchain -- you can be a

3 participant in the blockchain space with more or

4 less sophistication.  It can be someone who is

5 outside of the blockchain space who has more or less

6 sophistication.

7                What I generally try to identify are the

8 concepts that are important to, you know, reasonable

9 purchasers.  So people who are, you know, making

10 decisions about whether to purchase digital assets,

11 there are certain factors that they consider.  They

12 would interpret specific words differently than

13 somebody who has no understanding of the blockchain

14 space.

15                I've given a couple of examples of those,

16 but I think people would, you know -- I guess I'm

17 saying that there are different groups of people who

18 would interpret those words differently.  I wouldn't

19 draw the lines of classification around those groups

20 of people exactly the way that you just did.

21      Q.    Suppose somebody had no blockchain or

22 digital asset experience at all.  They went to go

23 buy a digital asset for the first time and chose XRP

24 and saw some of these statements that you describe

25 in your report.

1          ███████████ - 2/16/2022

2          Would you expect that that person who has

3 no digital asset experience would interpret some of

4 these statements differently from the way you do as

5 an expert?

6          MR. SYLVESTER:  Objection; beyond the

7 scope of your expert report.

8     A.   I didn't specifically do analysis on the

9 hypothetical person that you're talking about who's

10 brand-new to blockchain and shows up at a digital

11 asset exchange and makes a specific purchase of a

12 specific asset.

13          What I tried to do is explain how, you

14 know, generally reasonable purchasers of digital

15 assets understand these design decisions and

16 communications.

17     Q.   Did you do anything to figure out how

18 many purchasers of XRP actually encountered the

19 statements that you quote in your report?

20          MR. SYLVESTER:  Objection; form.

21          Go ahead.

22     A.   I do not know the specific number of how

23 many people were exposed to any one of these pieces

24 of communication.

25     Q.   What steps did you take to try to find

1                        ███████ - 2/16/2022

2 that out, if any?

3       A.    That was not part of my analysis.  I

4 think, you know, again, I laid out the methodology

5 that I used, the steps that based on my experience

6 and knowledge of the space were necessary.  Found

7 data that pertained to those steps that I laid out

8 and then conducted my analysis.

9       Q.    So let's talk about your methodology.

10 What was the first step in your analysis, the first

11 thing you did?

12      A.    So the methodology is basically to

13 synthesize my knowledge of the digital asset space

14 that's based on, again, my experience trading

15 digital assets and using blockchains and blockchain

16 assets.  Also my experience just in the traditional

17 financial markets as a trader and investor, my

18 knowledge of information that's written about the

19 space in academic literature and blogs and podcasts

20 and conferences, and to -- to use that expertise and

21 background knowledge to synthesize an understanding

22 of the important factors that relate to a potential

23 purchaser of a digital asset.

24             So, you know, my first task was to

25 identify those -- those factors, and then once I

1                    ███████ - 2/16/2022

2 identified those factors, I needed to collect data

3 that pertained to those -- to those factors, so I,

4 you know, spent time collecting a variety of data

5 across a variety of different types of sources.

6 Some of those are written communications, some of

7 those are communications in other formats, such as

8 interviews and speeches.

9            And then, you know, other important data

10 that related to those -- to the design of the

11 blockchain and how those factors, you know, were

12 addressed as to collect, you know, data on the usage

13 of the, you know, main product offering, which in

14 this case is ODL.

15            And then, you know, also throughout my

16 original report and then the other reports, you

17 know, an understanding of the mechanics of the

18 blockchain was important.  So that involved both

19 looking at blockchain data, as well as reading kind

20 of how the blockchain worked to understand, again,

21 elements of the design of the software products that

22 were offered, and the design of the blockchain

23 itself.

24            So having determined the important

25 factors that are at play and then having, you know,

1          ███████████  -  2/16/2022

2 collected the data that I think was important that

3 related to those factors, then the last half, you

4 know, of my methodology was to -- using my kind of

5 background in the space and expertise to synthesize

6 an understanding of what the data suggested about

7 people's -- you know, reasonable purchaser's

8 expectations related to those, you know, key factors

9 that identified.

10      Q.    So your methodology depends, in part, on

11 your own personal knowledge of the digital asset

12 space based on your experience trading digital

13 assets, using blockchains and blockchain assets, and

14 your experience in the traditional financial

15 markets.  Is that right?

16      A.    I think I listed some other things there

17 that comprise my background area and expertise, but,

18 certainly, the things you mentioned are part of

19 that.  I mean, my -- my experience trading digital

20 assets -- both digital assets and traditional

21 financial assets and using blockchains and

22 blockchain assets, certainly part of that

23 experience.

24      Q.    So nobody else would be able to replicate

25 your methodology unless they were able to get all of

1                          ████████ - 2/16/2022

2 the knowledge and experience that you already have

3 relevant to this field.  Is that right?

4                    MR. SYLVESTER:  Objection; form.

5     A.    I'm not making any claim about me being

6 the only person that can -- can do that.  I think --

7 all I'm suggesting is that I have significant

8 experience in the space and that I use that

9 experience to identify important factors that

10 reasonable purchasers look towards.

11    Q.    Right.  And nobody else would be able to

12 use your experience to be able to conduct this

13 analysis.  Right?

14    A.    I think --

15                    MR. SYLVESTER:  Objection; form.

16    A.    -- other people that have similar types

17 of experience can bring that experience to bear.  So

18 when you say my experience, I'm not sure exactly

19 what you're asking, but you know, nobody's had the

20 specific combination of experiences that I've had.

21 But other people have had similar experiences.

22 There are other people who are very knowledgeable

23 about the blockchain space.  There are other people

24 who have participated as users and investors in the

25 blockchain space.

1          ███████ - 2/16/2022

2          And, you know, I think that there is a

3 commonality in the type of factors that many market

4 participants would look towards in the blockchain

5 space just because, kind of, over time in that

6 space, there is a -- there is a general kind of idea

7 of the type of things that companies speak about

8 because I know there is a set of factors that

9 purchasers look towards in making their decisions.

10         And they -- they know that they need to

11 communicate information about those and I think

12 that's why, in fact, companies do communicate

13 information about those -- those factors, because

14 they know that a reasonable purchaser will look

15 towards those and rely on those communications to

16 understand the -- whether they're from an investment

17 perspective where they're trying to understand the

18 risk/reward of owning that asset or from a usage

19 perspective where they're trying to understand the

20 utility of that purchase for themselves or -- or

21 the, you know -- the pros and cons of using that

22 solution versus another blockchain or another

23 blockchain asset.

24     Q.    Have you had the opportunity to review

25 the rebuttal report of Dr. Kristina Shampanier?

1                        ██████████ - 2/16/2022

2      A.    Yes.

3      Q.    Do you have any response to the points

4 that Dr. Shampanier raised in her rebuttal report?

5                MR. SYLVESTER:  Objection; beyond the

6 scope.

7      A.    I need to look at the report.  I haven't

8 read it in quite a while to -- to look at something,

9 you know, specific from -- from there.

10     Q.    So sitting here today, nothing comes to

11 mind as a response to the points that Dr. Shampanier

12 raised.  Is that right?

13               MR. SYLVESTER:  Objection --

14     A.    I --

15               MR. SYLVESTER:  -- mischaracterizes

16 his testimony.

17               Go ahead.

18     A.    Sorry.  I'm happy to take a look at the

19 report and look at a specific point in that expert

20 rebuttal and we can talk about it.  But in general,

21 I don't know what to -- what you're asking me about.

22     Q.    Dr. Shampanier critiqued your report as

23 offering a survey of one.  Do you recall seeing that

24 in her rebuttal opinion?

25               MR. SYLVESTER:  Objection.  He just

1                    ███████ - 2/16/2022

2 said he hasn't read the report in a long time and

3 would need to see the report to reference it.  So if

4 you want to ask him a question about what she said,

5 I think it's appropriate to put the report in front

6 of him.

7                    MR. OPPENHEIMER:  Yeah.  I'm just

8 asking if he recalls that point from the report.

9                    (Simultaneous speaking.)

10      A.    I would need to look at the report.

11            Sorry.  Go ahead.

12      Q.    Do you recall that point from her report?

13      A.    To speak to something specific in the

14 report, I really need to look at it.  I mean, you're

15 telling me that there is a sentence in that report,

16 but before commenting on it, I would really like to

17 see the specific wording there.

18      Q.    Okay.  Have you billed any time in this

19 engagement for review and analysis of

20 Dr. Shampanier's report?

21      A.    I've reviewed the report --

22            MR. SYLVESTER:  Sorry.  Hold on.

23            Objection; form.

24            Go ahead.

25      A.    I've reviewed the report and I've billed

1                           ███████ - 2/16/2022

2 time for anything I'm doing on this matter, so it

3 stands to reason that I've billed hours for that,

4 yes.

5       Q.     Approximately, how many hours have you

6 billed for your review of Dr. Shampanier's report?

7       A.     I don't know.

8       Q.     Do you think it's more than ten?

9       A.     I really don't know.

10       Q.     Okay.  Take a look at Exhibit 1,

11 Paragraph 85 of your report.  Paragraph 85, you

12 write:  Investment-oriented purchasers of digital

13 assets often pay close attention to company

14 communications related to the factors described

15 above.  Ripple's extensive public comments and

16 reports about those topics likely served to inform

17 and persuade investment-oriented purchasers about

18 the potential reward of purchasing XRP for the

19 purpose of generating a profit.

20              MR. SYLVESTER:  Just for the record,

21 you read "those."  It's "these topics."

22              MR. OPPENHEIMER:  Thank you.

23       Q.     Do you see that passage that I just read,

24 subject to the correction?

25       A.     Yes.

1                     ████████ - 2/16/2022

2      Q.      Did you do anything to test whether

3 actual purchasers of XRP had the reactions that you

4 suggest in this passage that we just read?

5                     MR. SYLVESTER:  Object to the form.

6      A.      I didn't specifically ask about the

7 reaction of an individual purchaser to these -- to

8 these factors.  I -- again, you know, I identified

9 the factors I thought were important to digital

10 asset purchasers and how asset purchasers generally

11 would -- you know, how those relate to the

12 understanding of asset purchasers.  But I didn't do

13 a specific, you know, session with a specific

14 purchaser about their reaction to the statements.

15     Q.      Prior to your retention as an expert in

16 this case, did you pay close attention to Ripple's

17 public communications in deciding not to purchase

18 XRP?

19                     MR. SYLVESTER:  Objection; form.

20                     Go ahead.

21     A.      I, as with any digital asset, generally

22 paid attention to what was out there in the world

23 about that asset.  I read news, read information

24 about it in making the determination whether I

25 thought it was a good risk/reward.

1                     ███████ - 2/16/2022

2      Q.     And did you look at the statements by

3 Ripple cited in your expert report when you were

4 deciding not to purchase XRP?

5                 MR. SYLVESTER:   Objection; form.

6                 Go ahead.

7      A.     I read many of the statements in this

8 report and that generally -- all those statements,

9 yeah, generally informed my opinion about whether to

10 invest in a particular asset or not.

11      Q.     Did you read all of the statements by

12 Ripple from this report at the time you decided not

13 to -- to purchase XRP?

14      A.     I can't remember, sitting here right now,

15 whether every single one of these statements is

16 something that I saw at a specific date.

17      Q.     What conclusions did you reach about the

18 potential reward of purchasing XRP for the purpose

19 of generating a profit at the time you decided not

20 to buy it?

21      A.     Sorry.  Say that again.

22      Q.     What conclusions did you reach about the

23 potential reward of purchasing XRP for the purpose

24 of generating a profit at the time you decided not

25 to buy XRP?

```
 1                      ████████  -  2/16/2022
 2     A.     Well --
 3               MR. SYLVESTER:  Objection;
 4  foundation.
 5               Go ahead.
 6     A.     -- since I didn't purchase XRP, I never
 7  made a determination that the risk/reward was
 8  favorable, at least compared to the kind of
 9  opportunities set in front of me of the other
10  potential assets that I could purchase.
11     Q.     Have you ever worked for a money
12  transmitter?
13               MR. SYLVESTER:  Objection; form.
14     A.     No, I have not.
15     Q.     Have you ever interviewed anyone who
16  works for a money transmitter?
17     A.     As part of this expert report, I saw
18  testimony of employees at -- or maybe at least one
19  employee at a money transmitter.  I've also read,
20  you know, financial statements, filings -- public
21  filings, and press releases and other communications
22  by money transmitters.
23     Q.     Have you ever interviewed anyone who
24  works for a money transmitter?
25     A.     I have not.
```

1                    ████████ - 2/16/2022

2        Q.     Take a look at Paragraph 86 of the

3  report.  You write in Paragraph 86:  Purchasers of

4  XRP for cross-border payments would also be

5  interested in some of these topics, but not all.

6  For example, a money transmitter likely cares deeply

7  about specific topics like the liquidity of the

8  digital asset trading platforms it needs to rely on

9  to complete an ODL transaction, but is less

10  interested in Ripple's communications about the bull

11  case for the price of XRP.

12             What expertise do you have to identify

13  what money transmitters were likely to care deeply

14  about?

15      A.    As I said, I read, you know, many

16  statements by money transmitters about the type of

17  issues they care about, about their business model,

18  about their business strategy.  In addition, you

19  know, read their -- details about their finances.

20  So, you know, through that information, I came to an

21  understanding about what issues were important to

22  them in terms of the platforms they use.

23             I think in the specific example, the

24  sentence we just read, you know, employees for

25  MoneyGram were very direct about addressing these

1                          ████████  - 2/16/2022

2 topics.

3      Q.    So your basis for deciding what a money

4 transmitter would likely care about comes from

5 public filings and statements by MoneyGram.  Is that

6 right?

7      A.    I've read and studied the business models

8 and business strategy of many companies in the -- in

9 the financial -- institutional financial space.

10 MoneyGram is one example, I think it's a

11 particularly important example because, you know,

12 MoneyGram, at the peak of ODL uses during the

13 issuance period, MoneyGram made roughly 95 percent

14 of those ODL transactions.  So when the, you know,

15 CFO or somebody who's important at MoneyGram makes,

16 you know, specific statements about what aspects of

17 the market are important to them, when they say

18 something like, you know, talking about liquidity

19 and talking about their holding periods of XRP,

20 whether they view it as a long-term investment, when

21 they talk about those things, you know, they're a

22 main customer of ODL, that's a particularly

23 important voice.

24            But, you know, in general, I've paid

25 attention to many companies that are in -- involved

1           █████████ - 2/16/2022

2 in, you know, financial business world.

3      Q.    Do you have any special knowledge in this

4 field that someone else who paid close attention to

5 the business -- withdrawn.

6           Do you have any special knowledge in this

7 field that someone else who paid close attention to

8 businesses in the financial business world and who

9 read the materials from MoneyGram that you've cited

10 in your report would not have?

11               MR. SYLVESTER:  Object to form.

12      A.    Sorry that was -- can you repeat that?

13 I'm confused exactly what you're asking me.

14      Q.    Do you have any basis to opine on what

15 was important to a money transmitter other than

16 publicly available materials and the comments by

17 MoneyGram in this case?

18               MR. SYLVESTER:  Objection;

19 mischaracterizes his testimony.

20      A.    The statements specific to MoneyGram that

21 I just talked about and how a money transmitter such

22 as MoneyGram would -- you know, like the type of

23 factors that are important to them, I think that's

24 discussed at length in my report.

25           As you asked earlier, I didn't have a

1       █████████ - 2/16/2022

2 specific one-on-one conversation with a MoneyGram

3 employee about that, but they've certainly, through

4 various forms, made their opinions very clear and --

5 and talked about the things that are working for

6 them and not working for them in terms of using this

7 product and so, as laid out in the report, I've

8 relied on -- on those indicators.

9       Q.    And, again, those indicators are public

10 sources and statements by MoneyGram in this

11 litigation.  Right?

12                   MR. SYLVESTER:  Objection.

13                   Go ahead.

14      A.    Yeah.  As I described, you know,

15 MoneyGram in particular is an important voice

16 because they're 95 percent of the usage of ODL

17 during the peak usage period of the period that I

18 was looking at.  So, you know, their statements were

19 important indicators to me, I certainly included

20 those when I saw them.

21      Q.    And you never worked for MoneyGram?

22      A.    That's correct.

23      Q.    You never worked for Western Union?

24      A.    Correct.

25      Q.    You never considered any statements by

1                  ██████████  - 2/16/2022

2 Western Union in forming that opinion, did you?

3       A.    I didn't see statements from Western

4 Union.

5       Q.    Did you ask to see statements from

6 Western Union?

7       A.    I don't remember asking for specific data

8 from Western Union.

9       Q.    Were you aware that Western Union

10 produced documents to the SEC in this case?

11               MR. SYLVESTER:  Objection.  I'm going

12 to ask you -- instruct you not to answer that to the

13 extent that it reveals conversations with counsel.

14 If you can answer without revealing conversations

15 with counsel, you can answer.

16       A.    I don't remember.

17       Q.    Take a look at Paragraph 50 of your

18 report.  It's on Page 26 of Exhibit 1.  In

19 Paragraph 50, you write:  Based on my experience as

20 an investor in digital assets as well as my close

21 observation of the digital asset space, I believe

22 that a reasonable investment-oriented purchaser of

23 XRP would consider at least the following factors

24 when purchasing XRP.

25               And then you set out a list of six

1               █████████ - 2/16/2022

2 factors.  Do you see that?

3     A.    Yes.

4     Q.    Now, there's no citation in the footnote

5 there, is there?

6               MR. SYLVESTER:  Sorry, Brad.  What

7 footnote?

8               MR. OPPENHEIMER:  Footnote 48.

9     Q.    At the end of that sentence, there's no

10 citation to any source for this?

11               MR. SYLVESTER:  Object; form.

12     A.    I'm sorry.  I just read the footnote.

13 What were you asking me about it?

14     Q.    You didn't provide a citation for the

15 list of the six factors in Paragraph 50.  Right?

16     A.    Correct.

17     Q.    You drew that list based on your own

18 personal experience.  Is that right?

19     A.    I --

20               MR. SYLVESTER:  Objection;

21 mischaracterizations his testimony.

22               Go ahead.

23     A.    The factors in this paragraph as well as

24 other parts of the report that I've identified as

25 important factors to a reasonable purchaser that

1                    ███████  -  2/16/2022

2  was -- those are important factors I identified

3  based on my knowledge and experience of watching the

4  space.

5      Q.    You didn't cite any academic papers

6  setting out those factors as important, did you?

7      A.    Correct.

8      Q.    You didn't cite any industry journals or

9  other business articles identifying those factors.

10 Right?

11                 MR. SYLVESTER:  Objection; form.  You

12 just got to give me a second.

13                 THE WITNESS:  Sorry.

14                 THE REPORTER:  What was your answer?

15 I didn't hear it.

16                 THE WITNESS:  "Correct."

17     Q.    You don't cite any books or websites or

18 other publications that list those six factors.

19 Right?

20                 MR. SYLVESTER:  Objection; form.

21     A.    Correct.

22     Q.    Do you believe that digital asset buyers

23 in the context of an ICO, initial coin offering,

24 consider different factors than digital asset buyers

25 outside of an ICO?

1                    ████████  -  2/16/2022

2                    MR. SYLVESTER:  Objection; form, and

3 beyond the scope.

4      A.     In putting together this report, I put

5 together the, you know, based on my knowledge and

6 experience, the factors that I thought were

7 important to a potential purchaser of XRP.  I think

8 that was my assignment.  You're asking about

9 something that I haven't, you know, had the time to

10 think about or put that together.

11     Q.     So sitting here today you haven't thought

12 about whether ICO purchasers have different factors

13 that they would consider than non-ICO purchasers?

14                    MR. SYLVESTER:  Objection; form,

15 beyond the scope.

16     A.     That -- it's not that I haven't

17 considered ICOs in addition to a wide variety of

18 other digital assets.  You know, sitting here right

19 now and preparing this report that wasn't part of

20 what I was asked to consider.

21     Q.     And just to be clear you're not opining

22 that Ripple held an ICO from 2013 to 2020, are you?

23     A.     I've never made a kind of legal

24 determination about, you know, specific terms that

25 you would classify their -- their issuance of XRP or

1          ████████████ - 2/16/2022

2 their offering.  You know, some projects have

3 self-labeled in certain ways and some have not, but

4 my assignment was not to make that kind of

5 determination.

6      Q.    So you're not offering an opinion about

7 whether Ripple held an ICO from 2013 to 2020, are

8 you?

9      A.    I'm not offering an opinion on what --

10 what they -- what you would call or label their

11 issuance.

12      Q.    Your report uses the term

13 "investment-oriented purchaser of XRP" in several

14 places.  How do you define an investment-oriented

15 purchaser?

16      A.    I think, in general, throughout the

17 report I talk about investment-oriented purchasers

18 and utility-oriented purchasers.  Those aren't

19 mutually exclusive categories.  Somebody can be

20 investment and utility-oriented purchaser.  It's

21 just a reflection of the idea that different types

22 of reasonable purchasers have different goals in

23 mind and some of those are to use services on the

24 blockchain, to use software products, to use

25 blockchain solutions.

1              ██████████  - 2/16/2022

2              Some of the goals include, you know,

3 speculative profits, short-term profits, long-term

4 profits, like a lot of the different types of

5 strategies that we talked about today with regard to

6 my own activity and experience in the space.  And,

7 you know, those -- those two different types of

8 goals can overlap or not on a particular person.

9      Q.    So how do you define an

10 investment-oriented purchaser?

11     A.    That's a purchaser who is interested in

12 earning investment gains off of the activity

13 surrounding, you know, purchasing and selling

14 digital assets.

15     Q.    Are there any other categories of actual

16 or potential purchasers of XRP other than

17 investment-oriented and utility-oriented?

18              MR. SYLVESTER:  Objection; form.

19     A.    Sitting here now, it's not something --

20 you know, I'd have to think carefully about how to

21 categorize, you know, each and every possible use

22 and whether it fits into one of those two buckets or

23 not.  I think, generally, those are the -- the broad

24 categories that purchasing activity falls under.

25              (Discussion off the written record.)

1            ███████████ - 2/16/2022

2            MR. OPPENHEIMER:  Why don't we go off

3 the record here?

4            THE VIDEOGRAPHER:  The time is 4:44.

5 We're off the record.

6                  (Break.)

7            THE VIDEOGRAPHER:  The time is 5:02.

8 We are on the record.

9    Q.    A little bit before the break, I had

10 asked you whether you looked at the statements by

11 Ripple cited in your expert report at the time you

12 had decided not to purchase XRP, and I think your

13 testimony was that you did read many of the

14 statements in the report at that time.  Is that

15 right?

16    A.    I mean --

17            MR. SYLVESTER:  Objection; form.

18            Go ahead.

19            THE WITNESS:  Sorry.

20    A.    -- when you're asking at that time, I

21 think it implies a specific point in time but, you

22 know, over a pretty long period of time, I would say

23 that I never purchased XRP.

24            So at each kind of point on that

25 timeline, there would have been different statements

1                    ███████████ - 2/16/2022

2 in this report that hadn't been made yet, that had

3 been made yet, public announcements that had been

4 made or not yet.

5           To the extent they had been made, also

6 the market reports would be a good example.  They

7 came out once a quarter.  So it could have -- it's

8 hard for me to place for a specific point in time

9 exactly which ones I have and haven't read, but it's

10 definitely impossible for me to say that there was a

11 moment in time that I -- that it was the only moment

12 that I didn't buy it, and in exactly which subset of

13 these communications that I'd seen at that point.

14      Q.    So sitting here today, giving testimony

15 under oath, which -- can you say that you recall

16 seeing any of the statements quoted in your report

17 prior to your engagement as an expert in this case?

18      A.    As somebody who just pays attention to

19 the articles and reports and press releases that are

20 out there in the world about blockchain space, I'm

21 confident that I ran across a lot of the information

22 that was out there about Ripple and XRP at the time.

23           But sitting here now, I can't

24 specifically remember whether I had seen a specific

25 one or not at a particular moment in time.

1                    ██████████ - 2/16/2022

2      Q.     Can you say that you saw any of the

3 statements quoted in your report prior to your

4 engagement as an expert in this case?

5      A.     So as I said, I -- I pay close attention

6 to the blockchain space.  I look at a lot of news

7 interviews, podcasts, things that are written.  But

8 I can't pinpoint for you a specific quote in here

9 that I did or didn't see at a specific point in

10 time.  So if I -- I can't do it for a -- on a

11 one-off basis, I can't, you know, collect those and

12 tell you which, if any, I've seen.

13     Q.     Okay.  So you --

14                 (Discussion off the written record.)

15                 MR. OPPENHEIMER:  Let's go off the

16 record.

17                 THE VIDEOGRAPHER:  The time is 5:05.

18 We are off the record.

19                 (Break.)

20                 THE VIDEOGRAPHER:  The time is 5:08.

21 We are on the record.

22     Q.     Mr. ███████, I'm going to hand you an

23 exhibit that's marked as Exhibit ██████ 6.

24                 (Exhibit 6 was marked.)

25     Q.     This is the amended rebuttal report that

1                    ███████ - 2/16/2022

2 you submitted on November 16th, 2021.

3                 MR. SYLVESTER:  Thanks.

4      Q.    Do you recognize this document?

5      A.    Yes, I do.

6      Q.    Okay.  I'm going to start by pointing to

7 your rebuttal of Professor Osler, and in particular,

8 Paragraphs 15 to 18 of ███████ Exhibit 6.

9            Now, in responding to Professor Osler,

10 you say in Paragraph 16:  Professor Osler provides

11 no justification or uses any methodology to explain

12 why she believes ODL is less costly than traditional

13 cross-border payments using fiat currency.

14            In Paragraph 17, you respond to Professor

15 Osler's statement that:  ODL can be, and in my

16 opinion, is a viable option for making cross-border

17 payments, even if it is not currently viable.

18            And you say that she:  Looks at

19 technology firms, such as Airbnb and Pinterest, but

20 she just as easily could have looked at unprofitable

21 companies like Webvan and MoviePass.

22            And then, in Paragraph 18, you look at

23 her statement that says:  I understand that the SEC

24 has argued that ODL is unprofitable or earns only

25 de minimis revenue.  Assuming that is true, it

1          ███████████ - 2/16/2022

2  provides no information on the firm's ability to

3  compete as a payment service provider using ODL.

4          And you say with respect to that:  In a

5  similar manner, Professor Osler does not supply any

6  such information suggesting Ripple was able to

7  provide an attractive value proposition for ODL in

8  order to, quote, compete as a payment service

9  provider, end quote.

10          Do you see those lines of rebuttal?

11          MR. SYLVESTER:  Objection.  I just

12  want to say, for the record, the first paragraph of

13  17 ends in the word "profitable," not "viable."

14          MR. OPPENHEIMER:  Oh, thank you.

15  Q.     Do you see those rebuttal points?

16  A.     Yes.

17  Q.     You don't offer any rebuttals to

18  Professor Osler's opinion outside of Paragraphs 15

19  to 18 of your rebuttal report, do you?

20  A.     I think that there is a lot of

21  information throughout this rebuttal report about

22  the cost structure of ODL and the comparisons

23  between the costs of using ODL compared to other

24  payment solutions and, you know, Professor Osler

25  never put forth a specific calculation of estimates

1          ██████████  -  2/16/2022

2  of the costs of using ODL for particular

3  transactions.

4               Professor Ferrell did that, and I did

5  that.  And I think that, you know, if you're asking

6  for other discussion about the viability of ODL, I

7  would point you towards my more in-depth analysis

8  about the cost structure of ODL in terms of its, you

9  know, much higher cost structure for particular

10  transaction sizes and transaction types, compared to

11  the traditional financial space and how the array of

12  different subsidies and incentive payments were

13  required to incentivize market participants to use

14  that service instead of other services that the core

15  product offering was much more cost-effective.

16     Q.    Where in your rebuttal report do you

17  offer any rebuttal explanation to show that ODL is

18  not viable as a matter of economic theory, as

19  opposed to the actual costs that have been incurred

20  by previous users?

21               MR. SYLVESTER:  Object to form.

22     A.    I think I have discussed in several

23  places, I think, the overall mechanics of ODL and

24  how it works and why some of the, you know, design

25  elements of how ODL operates in the world is, you

1                        █████████  -  2/16/2022

2 know, structurally more costly than a traditional

3 financial system.  And those are separate from the

4 real-world data which calculates specific costs

5 related to doing those transactions.

6        Q.    Point me to a paragraph in your rebuttal

7 report where you explain why ODL is not viable as a

8 matter of economic theory?

9                MR. SYLVESTER:  Objection; form.

10               Go ahead.

11       A.    (Pause.)

12             So in Paragraph 24, I lay out several

13 factors why structural ODL is -- has elements of the

14 product offering that are more costly than some

15 alternatives.  And, again, that's separate from

16 doing a specific analysis looking at the actual

17 costs incurred by market participants.

18             And so, as an example in the first part

19 of that, I talk about how the, you know, trade

20 between a fiat currency and XRP incurs an exchange

21 fee, and that to use the ODL product, if we take the

22 example of the most poplar payment corridor, which

23 is the United States to Mexico, thinking about going

24 from U.S. dollars to Mexican pesos, describe that,

25 you know, to complete that trade or to -- sorry --

1 ██████████ - 2/16/2022

2 to execute that money transfer across the border,

3 using ODL requires two sets of exchange trading

4 fees.

5          Whereas, a traditional payment using the

6 traditional financial system could be executed with

7 a single FOREX transaction between dollars and pesos

8 directly, as opposed to going U.S. dollars to XRP on

9 one exchange, then transferring assets to another

10 exchange, and going from XRP to pesos on the other

11 exchange.

12          In the next example, they are asking

13 about -- I talk about the, you know, exchange rate

14 that you see on a lit exchange, actually on a

15 combination of exchanges.

16          So using that example we were just

17 talking about, you know, if you combine the -- the

18 two trades from a exchange from dollars to XRP on

19 Bitstamp and an exchange from XRP to pesos on Bitso,

20 you can think about the combination of those trades

21 as giving you an effective implied exchange rate

22 from dollars to pesos.

23          And it's possible to, you know, think

24 about a comparison between, you know, going directly

25 from dollars to pesos on the iterative bank market,

1            ███████  - 2/16/2022

2 compared to going from dollars to pesos across

3 multiple steps using ODL.

4            So the -- looking at the difference

5 between those two implies an FX spread which has to

6 be considered.  Again, that's separate from looking

7 at the actual costs of using those services.  It's,

8 you know, looking in the abstract at how those --

9 the mechanics of both types of transfers work, I

10 could make a comparison between those two solutions.

11            And, you know, the third example here is

12 talking about when you actually go to make those

13 trades on an exchange, you might not get the implied

14 exchange rate that we just discussed.  You're likely

15 to get an effective exchange rate that's worse than

16 that from the perspective of the user of ODL of the

17 money transmitter.

18            So, again, going with the same example

19 we've been talking about, you could expect to

20 experience slippage on both of those exchanges.  The

21 slippage from the initial trade from dollars to XRP

22 has to be combined with the slippage on the second

23 transaction after making a transfer on the XRP

24 Ledger with the XRP asset.

25            So then you add in the slippage from the

1                        ████████ - 2/16/2022

2 trade going from XRP to pesos.  And the -- the

3 combination of those needs to be added onto the FX

4 spread.  That's between kind of the benchmark FX

5 rate and the implied rate.

6            And I think all three of those factors

7 are -- you know, we can discuss those conceptually

8 and theoretically without looking at the actual data

9 that was -- you know, to see what the actual costs

10 were that were incurred by a specific market

11 participant on a specific trade.

12           I have taken that step to also look at

13 the specific cost structure of these transactions

14 that were experienced by market participants, but if

15 you're asking about an example of looking more in

16 the abstract or theoretically about why one might be

17 advantageous versus the other, I think that would be

18 one example.

19           And, you know, I feel like we can look to

20 other parts of the report where sometimes it's

21 looking at theoretical considerations about the

22 differences in the, you know, market structures and

23 the product designs for those solutions.

24           And then, at times, as Professor

25 Ferrell's report outlines, I, you know, specifically

1                          - 2/16/2022

2  looked at the trading data to -- to calculate the --

3  the actual costs incurred by those market

4  participants.

5            I would say, even in those cases where we

6  look at the actual data of the costs from one

7  solution to another solution, despite Professor

8  Ferrell's numbers being, you know, clearly worse

9  than traditional financial payments, and despite my

10 numbers being even -- I believe, the corrected

11 version of those being even higher than Professor

12 Ferrell's numbers, nonetheless, I think both of

13 those sets of calculations that both Professor

14 Ferrell did and I did are artificially low because

15 those numbers incorporate subsidies and incentives

16 that were made by Ripple to incentivize market

17 participants to participate where they otherwise

18 wouldn't have.

19           So, for instance, when a market

20 participant, such as a market maker is involved,

21 providing liquidity where they wouldn't have

22 normally been doing that if not for the incentive

23 structure that was provided by Ripple, certain of

24 those fees would be even wider.

25           And then I think, you know, beyond market

1            █████████  - 2/16/2022

2 makers adding liquidity and people even being there,

3 you know, performing in the first place, there were

4 specific subsidies to reimburse some of the

5 theoretical factors that we just talked about.  For

6 instance, there was a slippage pool to reimburse

7 slippage costs that were incurred by market

8 participants.

9            And so that would be an example where we

10 have a theoretical kind of analysis of why one might

11 be worse than the other.  Then we have hard data

12 about the actual costs of using one versus the

13 other.  And then on top of that we can look to

14 outside incentives that reimburse some of those

15 costs to draw conclusions about directionally how

16 large the costs would have been, you know, over and

17 above that absent, you know, subsidies and efforts

18 by Ripple to bring those market participants into

19 the fold.

20      Q.    Are you done your answer?

21      A.    Yes.

22      Q.    Are you offering an opinion that based on

23 the exchange trading fees, the implied exchange rate

24 or FX spread from these transactions in ODL and

25 slippage that it is impossible for ODL to ever be

1             █████████  - 2/16/2022

2 less expensive than traditional cross-border payment

3 rails as a matter of economic theory?

4                MR. SYLVESTER:  Object to form and

5 beyond the scope.

6      A.    So the analysis in my report about the

7 specific advantages and disadvantages of one

8 (unintelligible) versus another, as well as the cost

9 structure was focused on the issuance period.  So we

10 asked can they ever.  I'd have to, you know, redo

11 the analysis given, you know, new data since then,

12 but the data that I had to work with was confined to

13 the issuance period.

14                I certainly haven't seen anything that

15 suggests to me that I would change my opinion as

16 written here, but you're asking about analysis that

17 was sort of outside of the scope of what I was asked

18 to do in the analysis that I performed.

19      Q.    So you're not offering a forward-looking

20 opinion as to whether ODL is or is not potentially

21 viable as a matter of economic theory in the future?

22                MR. SYLVESTER:  Object to form.

23      A.    So there are times in the report where I

24 do look into the future and say, you know, here is

25 the trends of what I'm seeing during the issuance

1 ██████████ - 2/16/2022

2 period.  And, you know, based on what I'm seeing

3 during the issuance period and based on my, you

4 know, expert analysis of this -- this payment system

5 and how it works, you know, I can draw some

6 conclusions about how I expect this to, you know,

7 develop in the future in terms of the cost

8 structures.

9         And, you know, I can see what the trends

10 and the trajectory of those costs look like.  Again,

11 I -- so I have made comments about how I see this

12 developing in the future.  I haven't specifically,

13 you know, gone back and redone my analysis with

14 different data, but I haven't seen anything that

15 would change my opinion now, compared to what I've

16 said and laid out in the report.

17    Q.    So are you offering an opinion that as a

18 matter of economic theory ODL could never possibly

19 be viable?

20             MR. SYLVESTER:  Objection; asked and

21 answered.

22    A.    What I've -- offering an opinion on is

23 based on the data during the issuance period to make

24 assessments about the design of the software

25 product, the financial product, the cost structure

1              ████████ - 2/16/2022

2 that was actually experienced on market

3 participants, and looking at the trajectory of those

4 going forward.

5              I certainly didn't consider every

6 possible hypothetical scenario about what this

7 product could become.  I looked closely at the

8 product as designed, as it functioned, and drew

9 conclusions about how it operated during the

10 issuance period and also how I anticipated that it

11 operated -- it would continue to operate in the

12 future.

13              I think based on the structural issues

14 that I identified, if the product is more or less,

15 you know, similar to the one that I've analyzed with

16 the same sort of structural problems that I've

17 analyzed, leading to the real world, you know, cost

18 differences that I've looked at, then given that

19 data and that -- my analysis concluded that it was

20 unlikely to change in that regard going forward.

21     Q.    It was unlikely to change in that regard.

22 Where did you say that in your report?

23              MR. SYLVESTER:  Object to form.

24     A.    (Pause.)

25              There are several places where I make

1               ████████  -  2/16/2022

2  statements similar to the one I just made.  One of

3  them is Paragraph 39, where I said the trajectory of

4  ODL costs for money transmitters at the end of the

5  issuance period gave no indication that ODL would

6  have an economical value proposition for financial

7  institutions to continue to adopt ODL, absent

8  subsidies provided by Ripple.

9               So there are other examples, but I think

10 that's one example where as I just mentioned, you

11 know, given the trajectory of cost structure that I

12 analyzed during the issuance period, that the basic

13 structural problems I identified with ODL compared

14 to other payment mechanisms, such as traditional

15 financial system or, you know, blockchain transfers

16 using a stable coin, that the significant subsidies

17 that were provided by Ripple to incentivize various

18 market participants to participate in ODL and to

19 reduce the structural cost advantage to those market

20 participants, you know, absent those, that the basic

21 problems I saw would persist into the future.

22      Q.     And you extrapolated that trend from the

23 last three months of the issuance period.  Is that

24 right?

25      A.     Well, as I mentioned, I think there are

1          ███████████ - 2/16/2022

2 many places in the report where I talk about the

3 structural cost advantages of many different types

4 of ODL.  But the example you just gave is one

5 important one, yes.  I think Professor Ferrell used

6 an FX spread for ODL that was -- first of all, there

7 was an error in the calculation.  He said that it

8 was the average between September -- I'm sorry,

9 October to December, but that was -- that was

10 incorrect.  Using the same dataset I calculated that

11 that was lower than the average value.

12          But I think more importantly, and to the

13 trajectory point that I was just making, Professor

14 Ferrell described the cost structure as going down

15 over time but ignored that the last, you know,

16 four-month period of the issuance period that we

17 were both -- I think we were both looking at, the

18 costs were actually increasing, not decreasing.  So

19 that was more a point about the -- directionally the

20 trajectory of, you know, one specific cost

21 disadvantage of the ODL system going in a different

22 direction than -- than I think the other report

23 indicated.

24     Q.    You didn't consider actual data from

25 after the issuance period, just extrapolating from

1          ███████  -  2/16/2022

2 those last few months of the issuance period.

3 Right?

4               MR. SYLVESTER:  Objection; form, and

5 mischaracterizes his testimony.

6               Go ahead.

7     A.    As I mentioned earlier, I did not redo

8 this analysis using the actual cost data.  My

9 assignment was to use real world cost data from the

10 issuance period and to make, you know, calculations

11 about, you know, the money transfer for particular

12 scenarios in the real world and what the costs were

13 for traditional financial payment transfer version

14 of that versus ODL.

15               And so I didn't redo that entire analysis

16 with new data that was from after the issuance

17 period.  But I haven't specifically seen anything

18 that would lead me to change the opinions I made

19 about the cost structure of ODL compared to other

20 payment solutions since that point.

21     Q.    Let's turn back to Paragraph 24, which

22 you pointed to earlier.  Subpart 3 mentions

23 slippage, and you talked about that in one of your

24 earlier answers.

25               Are you aware that Ripple has taken out a

1              ███████████  - 2/16/2022

2 patent on a computer system to eliminate slippage?

3      A.    I'm not aware that Ripple has found a way

4 to eliminate slippage.

5      Q.    Would it change your opinion if you

6 learned that Ripple had taken out a patent on a

7 computer system designed to eliminate slippage?

8      A.    I would certainly need to analyze the

9 specifics of how that technology worked before I

10 made any conclusions about anything about that.

11      Q.    So you don't know one way or the other

12 whether that would affect your opinions?

13              MR. SYLVESTER:  Objection.

14      A.    I would have to look at what that

15 technology is and what it purports to do, and how it

16 functions in the real world, look at data and

17 results.  From that, just hearing that somebody has

18 an approach to reduce costs doesn't change the facts

19 or the analysis that I've done using real world data

20 for this money transfer product.

21      Q.    You testified earlier that you had

22 reviewed the transcript of Professor Osler's

23 deposition.  When she mentioned the patent in her

24 deposition, did you do any analysis to try to find

25 or evaluate that patent?

1                      ████████ - 2/16/2022

2                    MR. SYLVESTER:  Are you referencing

3 her deposition transcript?

4      Q.    I asked the question.  The question is --

5                    MR. SYLVESTER:  Okay.  Well, let me

6 place my objection.

7                    If you're referencing her deposition

8 transcript, then I'd ask that you show the witness a

9 copy of the deposition transcript and point him to

10 the selection that you're quoting from so that he

11 can see the context and has some understanding about

12 what you're saying.

13      Q.    You can answer, if you can.

14      A.    I don't remember seeing that portion of

15 the deposition transcript.  And I should probably be

16 more specific in saying that I did not read that

17 deposition transcript front-to-back.  I've read

18 pieces and portions of that deposition transcript.

19 I don't remember seeing what you're talking about.

20      Q.    Is it fair to say you haven't looked to

21 try to find that patent that Ripple holds?

22                    MR. SYLVESTER:  Object to form.

23      A.    By "looked for the patent," have I looked

24 at the -- for the patent office filings and things

25 like that?  No, I have not looked through patent

1          █████████  - 2/16/2022

2 office filings for technology from Ripple to

3 eliminate slippage.

4     Q.    Okay.  Also in Paragraph 24 you have the

5 discussion of the implied exchange rate.  And you

6 mentioned in your answer earlier that XRP requires

7 two trades.

8          Isn't it true that for foreign exchange

9 trades that don't start or end in U.S. dollars,

10 there is also two currency exchange trades required?

11    A.    That is incorrect.

12    Q.    And what's your basis for saying that

13 it's incorrect?

14    A.    I have frequently traded FOREX products

15 and I have traded in trading pairs that do not begin

16 or end in U.S. dollars that do not require two

17 different transactions across two different trading

18 pairs.

19    Q.    When did you first begin trading FOREX

20 products?

21    A.    It probably was in 2002.

22    Q.    And how many FOREX trades have you

23 conducted since 2002?

24    A.    I can't remember.

25    Q.    Do you have an estimate?

1                        ███████████ - 2/16/2022

2        A.     It's many, but I don't have a specific

3  estimate over, you know, 19 years of activity.

4        Q.     More than a thousand?

5        A.     Sorry?

6        Q.     More than a thousand?

7        A.     That --

8                MR. SYLVESTER:  Objection; form.

9                Go ahead.

10       A.     I'm not going to be able to nail down a

11  specific number, but I think it's very likely it's

12  well more than a thousand, yes.

13       Q.     And which trading pairs have you traded

14  in that don't involve U.S. dollars?

15       A.     Australian dollars and New Zealand

16  dollar.

17       Q.     Is that the only one?

18                MR. SYLVESTER:  Objection; form.

19                Go ahead.

20       A.     I'd have go back and think carefully

21  about every trading pair I ever traded in, but what

22  I can say is that I've traded many different trading

23  pairs.  Some of those don't involve U.S. dollars on

24  the front end or the back end so that's -- that's

25  why I would say it's an accurate statement that

1                        ███████ - 2/16/2022

2 every trading pair begins or ends in U.S. dollars.

3      Q.    Do you know if there is a liquid trading

4 pair between Australian dollars and Philippine

5 pesos?

6                MR. SYLVESTER:  Objection; form.

7      A.    I haven't looked recently at the

8 liquidity of a trading pair between -- you gave the

9 example of Australian dollars and Philippine pesos.

10 Is that right?

11     Q.    (Nods.)  So you don't know, sitting here

12 today, whether that is a liquid trading pair?

13     A.    For that specific trading pair?  I -- I

14 have not traded that trading pair.  I've traded

15 Australian dollars against different currencies, but

16 I haven't attempted to go from -- as far as I can

17 remember, specifically from Australian dollars to

18 Philippine pesos.

19     Q.    Do you know how much volume ODL has

20 today?

21                MR. SYLVESTER:  Objection; form.

22     A.    You're asking for daily or monthly volume

23 figures of, like, today, this week, this month?  I

24 haven't seen that data.

25     Q.    Do you know whether ODL volumes have been

1            ████████ - 2/16/2022

2 upwards of hundreds of millions of dollars

3 equivalent -- U.S. dollars equivalent over the past

4 several quarters?

5            MR. SYLVESTER:  Objection; form.

6     A.    I haven't looked at the data for ODL

7 volumes recently.

8     Q.    Are you offering an opinion that any

9 money transmitter that is using ODL is using an

10 inherently inferior product?

11           MR. SYLVESTER:  Objection; form,

12 beyond the scope.

13    A.    What I looked at was the structure of ODL

14 during the issuance period and the data provided

15 especially by -- related to MoneyGram during the

16 issuance period.  As I mentioned earlier, I think

17 the peak of that activity before a precipitous drop

18 in the volume of ODL transactions, MoneyGram made up

19 something like 95 percent of those transactions and

20 most of that was on the U.S. dollar to Mexican peso

21 corridor.  I'm very familiar with the cost structure

22 of those transactions.

23           I've also looked at the many subsidies

24 that MoneyGram and other market participants

25 received for those transactions and that's the data

1          █████████ - 2/16/2022

2 and the analysis I used to conclude that those

3 subsidies were an important piece of MoneyGram's

4 participation.

5          I think that that -- that analysis is

6 also consistent with something we talked about

7 earlier which was that I looked at statements from

8 the MoneyGram CFO who directly said that absent

9 those subsidies, ODL would not be a -- I'm

10 paraphrasing him, but he said something along the

11 lines of absent the significant subsidies from

12 Ripple, ODL would not be a competitive product or a

13 cost-effective product for them which, you know,

14 strongly implied that -- the same conclusion that I

15 drew from looking at the real world data, which was

16 that, you know, absent the volume-based incentives,

17 the slippage pool, the lower spreads due to

18 incentives to market-makers, about all those things,

19 they would have, you know, had lower costs by

20 sticking with a traditional financial system.  And I

21 think that's also reflected in just the total

22 volumes that they did so, you know, they had a large

23 business doing cross-border payments and ODL was a

24 relatively small piece of that total -- that total

25 business.  Even though MoneyGram was 95 percent of

1            ████████ - 2/16/2022

2 ODL transactions, you know, ODL transactions were

3 only a, you know, relatively small minority of

4 MoneyGram transactions.

5            So I think all those things together led

6 to my conclusions that based on everything I saw

7 that was from data and analysis during the issuance

8 period, they were, in large part, participating in

9 that program due to the significant incentives and

10 subsidies that were in place.

11     Q.    Take a look at Page 16 of Exhibit 6,

12 Section 2.6.1 of your rebuttal report.  The heading

13 in Section 2.6.1 is:  Professor Ferrell's Own

14 Calculations that ODL, without Subsidies, Is

15 Uneconomical for Financial Institutions such as

16 MoneyGram.

17            Do you see that?

18     A.    Yes.

19     Q.    You aren't offering an opinion that ODL

20 is uneconomical for all financial institutions, are

21 you?

22            MR. SYLVESTER:  Objection; form.

23     A.    What I analyzed was the product offering

24 of ODL as it existed during the issuance period, as

25 well as the, you know, real world data and, you

1             ████████ - 2/16/2022

2 know, MoneyGram's activity on that system I think is

3 a very good representation of the economics of

4 market participants in general because 95 percent of

5 activity was MoneyGram's.

6             I think if you were to average the cost

7 structure of other market participants, given that I

8 looked specifically at 95 percent of the volume, I

9 think that's a good sample of the total cross-border

10 payments that were made on ODL at that time.  So

11 that leads me to conclude that, you know, other

12 financial institutions would have, you know, a

13 similar cost structure.

14             I think if another financial institution

15 had a significantly superior cost structure to

16 MoneyGram, then it stands to reason that they would

17 have participated on ODL in greater numbers and ODL,

18 you know, just to take an example again, you know,

19 May 2020, if another financial institution had a

20 very significant cost advantage in how they ran

21 their business using ODL, it's probably likely that,

22 you know, MoneyGram's total volume would have been

23 significantly less than 95 percent of those

24 transactions.

25             The fact that they comprised such a large

1 ███████████ - 2/16/2022

2 portion of those transactions tells me that, you

3 know, whether from the underlying cost structure of

4 the product or from the subsidies, you know, they

5 were more well-positioned to -- to benefit from

6 doing those -- those transactions.

7          And as I analyzed, the vast majority of

8 those benefits came from the subsidies, not the

9 underlying cost structure.  And that's, you know,

10 backed up by the CFO's comments that basically said

11 exactly -- and again paraphrasing -- said exactly

12 that.

13     Q.    What analysis did you do to determine

14 whether MoneyGram's cost structure made it an ideal

15 customer for ODL as compared to other money

16 transmitters?

17          MR. SYLVESTER:  Object to the form.

18     A.    Yeah.  I think that looking at the

19 dominance of MoneyGram on the ODL system in terms of

20 their share of ODL transactions, it stands to reason

21 that they -- they had a, you know -- they had a

22 reason to make those transactions, that some of

23 their competitors, they might have looked at -- you

24 know, I can't put myself in their shoes, but

25 presumably, they looked at the same product and made

1 ███████ - 2/16/2022

2 a decision not to participate.

3          So I haven't seen real world data from

4 the other, you know, competitors of MoneyGram that

5 weren't participating in ODL.  I can just see the

6 real world transactions that took place on ODL with

7 MoneyGram and note that MoneyGram was the vast

8 majority of the transaction activity on ODL.

9     Q.    Take a look at Paragraph 33 of your

10 rebuttal report.  In Paragraph 33, you opine that,

11 quote, it is not appropriate to use this low

12 transaction size --

13               MR. SYLVESTER:  Sorry, Brad, where

14 are you?

15               MR. OPPENHEIMER:  At the

16 second-to-last sentence.

17               MR. SYLVESTER:  On Page 19?

18               MR. OPPENHEIMER:  Yeah, Page 19.

19               MR. SYLVESTER:  Okay.

20     Q.    "It is not appropriate to use this low

21 transaction size" --

22               Which a few words earlier was

23 approximately $12,000.

24               -- "for traditional transfers to

25 calculate break-even costs for ODL since MoneyGram

1          ████████ - 2/16/2022

2 would normally have batch transfers in much larger

3 sizes absent ODL?"

4          Do you see that?

5     A.    Yes.

6     Q.    And in support, you say:  According to

7 MoneyGram's CFO, virtually all other money

8 transmitters batch their payments and, thus, even

9 smaller money transmitters would not find ODL to be

10 economically viable relative to the traditional

11 financial system.

12          Do you see that?

13    A.    Yes.

14    Q.    And you cite the transcript of

15 Mr. Angelilli for it.  Right?

16    A.    Let me see.

17    Q.    Footnote 37.

18    A.    Footnote 37.  And then there

19 is something -- where is Footnote 37?  Yeah, I

20 think -- I think both of those footnotes speak to

21 that point, yeah, generally.  Yes, I see that.

22    Q.    Okay.  I'm going to mark as ████

23 Exhibit 7 the transcript of the deposition of

24 Mr. Angelilli.

25               (Exhibit 7 was marked.)

```
 1                 ████████ - 2/16/2022
 2      Q.      Thank you.
 3              Footnote 37 accompanies a sentence that
 4 says:  Virtually all other money transmitters --
 5              Well, I'll read the whole thing.
 6              -- according to MoneyGram's CFO,
 7 virtually all other money transmitters batch their
 8 payments?
 9              And Footnote 37 cites to Pages 73 and 74
10 of this transcript.  Can you tell me where on
11 Pages 73 and 74 of this transcript Mr. Angelilli
12 says that virtually all other money transmitters
13 batch their payments?
14      A.      (Pause.)
15              I don't see it here.  I think that it's
16 possible this was a mistake in specifically which
17 portion of this testimony was being referenced.  I
18 can -- I generally have in my mind the -- the gist
19 of the -- the statements that I was referring to,
20 but I don't think it's this specific page of the
21 deposition.
22      Q.      Okay.  Are you familiar with the
23 distinct -- or -- withdrawn.
24              What's the difference between FX
25 disadvantage and FX spread?
```

1                    ███████████  -  2/16/2022

2                    MR. SYLVESTER:  Objection;

3 foundation.

4      A.    Those -- depending on who you're talking

5 to, those statements can have different meanings.

6 Typically, I think the way FX spread is discussed in

7 the context of Professor Ferrell's report, in my

8 report, FX spread refers to the -- the difference

9 in, you know, the exchange rate from the -- the lit

10 market rate on two exchange transactions through ODL

11 versus the FX spread between the two currencies that

12 would be experienced with the traditional trade such

13 as on the interbank market.

14            So the spread between those two rates

15 would be what's referred to as the FX spread.

16 Whereas, I -- I have to look at a specific place

17 where you're referring to FX's advantage to give the

18 compare and contrast between those, but that's

19 what's generally being referred to when we're

20 talking about FX spread.

21      Q.    The FX spread doesn't include exchange

22 fees, does it?

23      A.    The way that I've broken out the -- the

24 cost structures here, the FX spread is a separate

25 concept from -- from the trading fees that are

1                    ████████ - 2/16/2022

2 experienced on exchange.  Yes.

3            So if you look at my -- so either

4 Professor Ferrell's table which is, I think, Table 1

5 and Table 2, if I'm not mistaken, you see different

6 fees here for the exchange fees on Bitstamp and

7 Bitso and you see a separate breakout of FX spread,

8 same thing on Table 2.

9            And I think if you look at summary of my

10 analysis of the cost calculations, the same thing,

11 you see exchange fee for Bitstamp, you see an

12 exchange fee for Bitso, and then you see an FX

13 spread separate to that.

14     Q.    Take a look at Page 23, Figure 4.

15 Figure 4 is labeled:  Average monthly FX spread

16 using ODL in the USD-MXN corridor in 2020.

17            Are you aware that the numbers reflected

18 in that figure actually include the exchange fees?

19     A.    I don't believe that's accurate.

20     Q.    Take a look at Paragraph 40 of your

21 rebuttal report, Exhibit 6.  Near the end of this

22 paragraph on Page 26, it looks like the second --

23 third-to-last sentence, you write, quote, MoneyGram

24 averaged $73 million in monthly transactions for the

25 U.S. to Mexico payment corridor.

1          ████████ - 2/16/2022

2              And you state that this, quote,

3 Corresponds to exchange fees of 7 basis points for

4 Bitstamp and 26 basis points for Bitso.

5              And then you opine that, quote, The total

6 exchange fees should, therefore, be 33 basis points

7 instead of the 10 basis points used in the Ferrell

8 report's higher market liquidity scenario shown in

9 Table 2.

10              Do you see that?

11              MR. SYLVESTER:  Objection.  For the

12 record you did not read the last three sentences.

13 In the third-to-last sentence you omitted the words

14 "in 2020."

15              MR. OPPENHEIMER:  Thanks.

16     Q.    Do you see that part of your opinion?

17     A.    Yes.  In relation to the last thing that

18 we just talked about, the 10 basis points that are

19 use as the exchange fees for Ferrell's report are,

20 alone, higher than the FX spread shown in September

21 of the FX spread on that chart.  So it's not

22 possible for the FX spread for that month to include

23 his exchange rate fees.

24     Q.    Are you -- you're -- you're critiquing

25 Professor Ferrell in this passage for understating

1                         ██████████ - 2/16/2022

2 the exchange fees from his analysis.  Right?

3      A.    What I've generally pointed out on -- in

4 this section is that I looked up the real world

5 exchange fees on the specific exchanges that are

6 involved in this transaction and they're a different

7 number than -- to be clear, there's a special rate

8 on exchanges at times just for particular assets.

9 If those exchange fees are subsidized by some third

10 party.

11             And so the numbers that Ferrell used

12 included subsidies from Ripple to the exchange, you

13 know, direct payments made by Ripple.  And my

14 understanding, that's -- that's a direct agreement

15 to specifically lower the exchange fees paid by

16 market participants on that exchange with that

17 particular digital asset.

18             And the point I'm making here is that if

19 you want to look at the underlying cost structure of

20 the ODL product that the appropriate number to use

21 is the exchanges -- exchange fees across their

22 products, that'd be an unsubsidized number.

23             So I'm comparing the unsubsidized

24 exchange fees to make this calculation, whereas

25 Professor Ferrell is using the subsidized --

1                 ███████  - 2/16/2022

2  subsidized fees.

3       Q.    26 basis points isn't actually the

4  unsubsidized fee that would apply on Bitso, is it?

5                 MR. SYLVESTER:  Objection; form.

6                 Go ahead.

7       A.    So if a user logs on to a Bitso account,

8  when this screenshot in Figure 6 was taken, and they

9  trade with a digital -- they traded a digital asset

10 that was not specifically subsidized to have a lower

11 number, they just used the exchanges, you know,

12 exchange rate to trade their, you know, default

13 value for digit assets, that number is accurate.

14      Q.    You -- I'm sorry.

15      A.    I think --

16      Q.    Go ahead?

17      A.    Again, I think I recognize that for

18 specific assets on specific exchanges, the exchange

19 rate could be lower.  But, you know, the point I'm

20 making is that some of those change rates on

21 specific assets were lower not because the -- it was

22 cheaper for the exchange to provide that service.

23 They were lower because they had specifically been

24 paid money from a third party to subsidize that

25 activity of trading of that asset.  And I think this

1                 ████████ - 2/16/2022

2 is -- this is exactly what happened with Bitso and

3 XRP.

4                 So I'm not disputing that people might

5 have experienced that rate in the real world, but

6 I've recognized that difference and tried to show

7 that I'm calculating an unsubsidized, you know, cost

8 calculation for using ODL.  To the extent that I can

9 unwind different subsidies and sometimes those are

10 baked in where I can't unwind those, in some cases I

11 can.  This is an example that I can unwind the

12 effect of the subsidy on the cost structure from

13 what the underlying cost would be to make that

14 trade, you know, absent the subsidies.

15      Q.    You got the 26 basis points by looking at

16 the table you included in Figure 6 of your report

17 and going down to where the number -- the volume

18 would be greater than 50 million.  Is that right?

19                 MR. SYLVESTER:  Object to form.

20      Q.    Based on the $73 million volumes you

21 describe in Paragraph 40?

22                 MR. SYLVESTER:  Object to form.

23                 Go ahead.

24      A.    So based on MoneyGram's average

25 transaction of OEMs in 2020 of 73 million, you'd

1        ███████████ - 2/16/2022

2 look down the list of Bitso's transaction fees on

3 the taker column because MoneyGram would be, in any

4 given transaction, likely to be the taker rather

5 than the maker in that transaction, and look for the

6 value that's greater than $50 million of monthly

7 transaction volume and less than 150 million.

8        Q.    But the volume numbers are given in

9 Mexican pesos, aren't they?

10                MR. SYLVESTER:  Object to form.

11        A.    It does say transactions are in Mexican

12 pesos.  Yes.

13        Q.    If you convert to Mexican pesos you'd end

14 up with a lower fee than the one you described in

15 your report.  Right?

16        A.    Yes.

17        Q.    Take a look at Paragraph 20 -- I'm sorry,

18 Paragraph 92 of your rebuttal report.  In

19 Paragraph 92 you're responding to the expert report

20 filed by Professor Yadav.

21                MR. SYLVESTER:  Brad, if we're going

22 to move on to a different section of his rebuttal

23 report is now a good time for a break?

24                MR. OPPENHEIMER:  Sure.  Let's take a

25 break.

1 ███████████ - 2/16/2022

2 THE VIDEOGRAPHER:   The time is 6:02.

3 We're off the record.

4 (Break.)

5 THE VIDEOGRAPHER:   The time is 6:18.

6 We're on the record.

7 Q. You testified earlier that you had not

8 disabled TweetDelete after being engaged as an

9 expert in this case.  Did you ever enable

10 TweetDelete after you had been engaged as an expert

11 in this case?

12 A. I can't remember when TweetDelete came on

13 and off.  I just know that generally for the whole

14 six-year period I typically had TweetDelete enabled.

15 Q. I want to show you an exhibit that we'll

16 mark as ██████ Exhibit 8.

17 (Exhibit 8 was marked.)

18 Q. ██████ Exhibit 8 is a web archive capture

19 of the Sierra Iguana Twitter page from October 15th,

20 2021.  I want to look down --

21 (Discussion off the written record.)

22 Q. And if you look at the tweets shown on

23 this page, they go back at least to September 7th.

24 Do you see that?

25 A. Yes, I see that.

1                    ████████ - 2/16/2022

2      Q.     Does that suggest to you that TweetDelete

3 was not enabled as of October 15th?

4      A.     That does not suggest that to me, no.

5             (Discussion off the written record.)

6      Q.     Why do you think

7 TweetDelete -- withdrawn.

8             Is it -- do you think that TweetDelete

9 was enabled as of October 15th, 2021?

10     A.     I think so, but I'm not sure about a

11 specific point in time.

12     Q.     If TweetDelete was enabled as of

13 October 15th, 2021, would you expect to see tweets

14 going back to September 7th as of that date?

15     A.     I'm not sure.  It depends on the amount

16 of time that TweetDelete would have been set in

17 terms of how many days back it went.

18     Q.     Why did you change your account to

19 protected on or after October 15th, 2021?

20             MR. SYLVESTER:  Objection; asked and

21 answered.

22     A.     So as I said earlier, I think the first

23 time I protected my account was probably six years

24 ago in January of 2016.  There have probably been

25 times since then that it's been toggled back and

1            ████████  -  2/16/2022

2  forth, but that certainly wasn't the first time that

3  I protected the account.

4      Q.    Take a look at the tweet from

5  September 28th.  It's the first one on this list.

6  This appears to be in response to somebody who

7  writes, quote, Musk, I don't think crypto is

8  the second -- is Second Coming of the Messiah.

9            And the response says:  Holy shit.  That

10  means it's the first one.

11            What did you mean by that?

12      A.    It was --

13            MR. SYLVESTER:  Object to form.

14            Go ahead.

15      A.    It was a joke about -- you know, about

16  Musk's comment.

17      Q.    And what did you mean by that joke?

18      A.    I think -- I think it's self-explanatory,

19  but Musk is saying that it's not the Second Coming

20  of the Messiah, so the joke would be that the

21  logical conclusion would be that he's saying it's

22  the first, instead of the second.

23      Q.    If you look at the second, third, fourth,

24  the fifth -- sixth tweet down the page, this is one

25  dated September 7th, and it says:  If Brian

1                  ██████████ - 2/16/2022

2 Armstrong actually doesn't understand how lending

3 products can be securities...hoo, boy.

4             What did you mean by that?

5    A.    This is in response to a tweet by Brian

6 Armstrong that says:  How can lending be a security?

7             I think that, in reality, there are

8 plenty of lending products that are securities.

9    Q.    What analysis have you done to figure out

10 which lending products are securities?

11                MR. SYLVESTER:  Objection;

12 foundation.

13    A.    I just know that in the real world, there

14 are financial products that have registered as

15 securities or that, you know, speak about themselves

16 as being securities in the real world.

17    Q.    Do you consider the possibility that a

18 financial product may qualify as a security when you

19 make investment decisions on behalf of ██████████

20 ██████████

21    A.    Sorry.  Say it again.

22    Q.    Do you consider the possibility that a

23 financial product may qualify as a security when you

24 make investment decisions on behalf of ██████████

25 ██████████

1 ████████ - 2/16/2022

2           MR. SYLVESTER:  Object to form.

3      A.    When I make investment decisions on

4 behalf of ████████████, I consider a variety of

5 risk factors.  Some of those risk factors are

6 regulatory risks, so I do think about whether a

7 particular asset is more or less likely to be, you

8 know, considered a security.

9      Q.    Have you ever tweeted about XRP?

10     A.    I don't remember anything specific like

11 that.

12     Q.    Do you remember one way or the other

13 whether you have or have not?

14           MR. SYLVESTER:  Objection; asked and

15 answered.

16     A.    I don't remember.

17     Q.    You testified earlier a bit about an NDA

18 that you have with ████████████.  Are you

19 willing to ask ████████████ to release you from

20 that NDA?

21     A.    I can consider having that discussion.

22     Q.    Have you attempted to have that

23 discussion in connection with your offering an

24 expert report in this case?

25     A.    No.

1        ███████████ - 2/16/2022

2                  MR. SYLVESTER:  Object to form.

3                  Just got to hang on for the

4 objection.

5                  THE WITNESS:  Sorry.

6      Q.    Take a look at Paragraph 95 of your

7 rebuttal report, which is responding to Professor

8 Yadav, in Paragraph 95, you say:  The four indicia

9 used by Professor Yadav to determine the geographic

10 location of digital asset trading platforms

11 critically omit a key factor - the location of a

12 digital asset platform's servers.

13                  Is it your opinion that servers are an

14 important factor in determining where offers on an

15 exchange become final and binding?

16                  MR. SYLVESTER:  Objection; form,

17 beyond the scope.

18      A.    I think that the motivation for

19 discussing that factor here was that there were

20 points in Professor Yadav's report that did discuss

21 the location of the digital asset platform servers,

22 and then other parts of the report where those were

23 left out.

24                  I think I say here Professor Yadav

25 mentions the digital asset platform servers as a

1                       ████████  -  2/16/2022

2 potential indicia of location and gives weight to

3 this indicium by listing it alongside other indicia

4 that were actually employed in determining the

5 location of a digital asset platform.

6            So there are parts of the report where

7 she talks about -- where the -- where Professor

8 Yadav speaks about location of servers, and there

9 are other parts where that is kind of left out of

10 the analysis.

11    Q.    I didn't ask you about your motivation.

12 My question was, is it your opinion that servers are

13 an important factor in determining where offers on

14 an exchange become final and binding?

15    A.    I think, first of all, the opinion I put

16 forth was that the word "offer" is broader than just

17 where a trade is matched on a server -- or sorry --

18 on an exchange.  There is a broader offering process

19 at play there that incorporates, you know,

20 facilitating those transactions with explaining to

21 investors where they can find, you know, platforms

22 and fora that include that particular digital asset.

23            It includes advertising to people that

24 they should buy it, and it includes all the steps

25 along the way of entering an order, and having that

1                    ████████  -  2/16/2022

2 order be matched and completed.

3              So when you're asking about if it's an

4 important factor, I'd said there are a lot of

5 different factors at play.  The location of the

6 participants, whether that's individuals, companies,

7 and also servers, the location of all those are

8 important to that process.

9     Q.    Suppose an exchange had servers in ten

10 different countries.  Is it your opinion that that

11 exchange would be located in all ten different

12 countries?

13     A.    I think that a company that has many

14 other indicators that they're in a particular

15 country, that that company doesn't become a --

16 classified as existing in many different countries

17 at once if they just, you know, move some of their

18 code to, for instance, a cloud server in several

19 countries.

20              So I don't think that a company can

21 suddenly -- you can suddenly ignore the other

22 factors that are involved there.  I think all of the

23 factors have to come into play.

24     Q.    Suppose the Tokyo Stock Exchange places a

25 server in New York.  Is it your opinion that this

1                    ███████ - 2/16/2022

2 means some trades on the Tokyo Stock Exchange now

3 occur in the United States?

4      A.     I'm sorry.  Read the hypothetical again.

5      Q.     Suppose the Tokyo Stock Exchange places a

6 server in New York.  Is it your opinion that that

7 means some trades on the Tokyo Stock Exchange now

8 occur in the United States?

9      A.     I'd have to look at the -- all the

10 details around that stock exchange, their business,

11 and how they operate to make that determination.  I

12 think, sitting right here, just telling me that

13 there is one factor that's involved and that's

14 changed, I can't really say how that would play out

15 in my analysis.

16      Q.     What details would you need about the

17 stock exchange, their business, and how they

18 operate?

19      A.     I would need to look at a variety of

20 factors to understand -- to understand that,

21 including, you know, where the company is located,

22 you know, where they have advertised to customers,

23 the languages that they've used to serve those

24 customers, the platforms and the type of advertising

25 campaigns they've used to reach customers.  And

1                    ███████ - 2/16/2022

2 there are other factors involved as well.  That's

3 just an example.

4      Q.    Any other factors you would need to

5 understand?

6      A.    I -- I'd first want to, you know, look at

7 the specific question in front of me because, I

8 mean, I think you're talking about a type of

9 platform that's inherently different than a digital

10 asset trading platform in this hypothetical.  And

11 there are similarities and differences but, you

12 know, I think I have mentioned some of the relevant

13 factors that are involved.

14      Q.    Are there other relevant factors you

15 would need to consider?

16      A.    Yes, there are.

17      Q.    What other factors?

18      A.    Like I said, sitting here right now, I

19 can't think of all of them but, you know, as an

20 example, if -- if an exchange had a lit exchange

21 that was based in one country and, you know, made --

22 facilitated direct sales in another country or

23 over-the-counter sales somewhere else, that could be

24 an important piece of information.

25              Yeah, basically, you know, there might be

1                             █████████ - 2/16/2022

2 other venues or areas where the trades took place,

3 rather than just that single server that you've

4 mentioned, you know, could hypothetically move from

5 Point A to Point B.

6       Q.     Any other factors you'd need to consider?

7       A.     Along with the process that's kind of

8 laid out in my report for making those decisions, I

9 can't specifically think of how a traditional

10 financial exchange would differ.

11      Q.     Did you consider all of those factors

12 with respect to determining where Bitbank is

13 located?

14              MR. SYLVESTER:  Objection; form.

15     A.     No, I did not.

16      Q.     Did you consider all of those factors

17 with respect to where Bitfinex is reported -- is

18 located?

19              MR. SYLVESTER:  Objection; form.

20     A.     You know, the work I've done to look at a

21 specific exchange, to the extent that I looked at

22 that, is discussed in my report.  I mean, I kind of

23 walk through some of the -- the reasons there that I

24 think -- the factors that were not present in

25 Professor Yadav's report should be included and some

1                    ██████████ - 2/16/2022

2  of the ways that the factors applied by Professor

3  Yadav were applied inconsistently.

4       Q.    Mr. ██████, it's a question --

5             MR. SYLVESTER:  Let him finish the

6  question, please.

7       Q.    Go ahead.

8       A.    But sitting here now, if you're asking me

9  to do a new piece of analysis, I would need to study

10 that and --

11      Q.    I --

12      A.    -- and, you know, apply the specifics of

13 that type of exchange which is used as a digital

14 asset exchange, and I need to think through that.

15      Q.    I'm not asking you to do a new analysis.

16 I'm not asking you to walk through other things you

17 discuss in your report.  My question is, all of

18 those factors that you just listed in response to my

19 question, did you consider all of those factors with

20 respect to Bitfinex?

21      A.    (Pause.)

22            I'm trying to refresh my memory if there

23 was anything specific to Bitfinex in here, but

24 beyond what I've just said, but I don't think there

25 is.

1          ███████ - 2/16/2022

2                    MR. SYLVESTER:  Counsel, is there a

3 specific portion of the report you want to direct

4 him to, to answer your question?

5                    MR. OPPENHEIMER:  No.  I think he's

6 right.  I don't think there is.

7       Q.    You didn't consider each of those factors

8 that you just identified in response to my questions

9 as to any of the roughly two dozen exchanges that

10 Professor Yadav listed in her report, did you?

11                   MR. SYLVESTER:  Objection; form.

12      A.    I'm sorry.  Can you repeat that?

13      Q.    You didn't consider each of those factors

14 you just identified in response to my question as to

15 any of the roughly two dozen exchanges that

16 Professor Yadav identified in her report, did you?

17                   MR. SYLVESTER:  Same objection.

18      A.    The analysis I did related to the -- to

19 Professor Yadav's analysis is laid out in the

20 rebuttal, and you can see the steps I took to -- to

21 look at those here, and I think -- you know, you've

22 asked a hypothetical about how I would analyze a

23 different kind of platform.  I've given some

24 additional factors that I might consider and -- but,

25 you know, the factors that I did consider and the

1             ██████████  -  2/16/2022

2 analysis I did do is laid out in the report.

3      Q.    What did you do to prepare for your

4 deposition today?

5                 MR. SYLVESTER:  Object to form.

6                 Go ahead.

7      A.    I've read through my own report.  I've

8 read through the reports that I rebutted.  And I've

9 just generally refreshed myself on the -- the

10 reports that I wrote and the analysis that I did.

11      Q.    Did you meet with the SEC's counsel at

12 all?

13      A.    Yes.

14      Q.    How many times?

15      A.    I think four.

16      Q.    And approximately how many hours total

17 did you spend in those four meetings?

18      A.    I can't remember exactly.

19      Q.    Do you have an estimate?

20      A.    Probably something like 20 hours.  Like

21 four hours each.

22      Q.    Who was present at the first meeting?

23      A.    Mark Sylvester.  And I can't remember

24 specifically for each meeting, but generally those

25 meetings included Daphna Waxman and Mark Sylvester.

1                    ███████  - 2/16/2022

2      Q.      Anyone else?

3      A.      I don't think so.

4      Q.      Was there anyone outside the SEC present

5 at those meetings?

6      A.      I was present at those meetings.

7      Q.      In addition to you, was there anyone

8 outside the SEC who was present at those meetings?

9      A.      I don't think so.

10     Q.      Okay.  During those meetings were you

11 shown any documents that refreshed your recollection

12 as to the issues in this case?

13     A.      I was shown the documents that I just

14 mentioned that I've, you know, read again more

15 recently, including my own -- primarily my own

16 expert reports.

17     Q.      Any documents other than the expert

18 reports that refreshed your recollection?

19              MR. SYLVESTER:  Objection.  I'm going

20 to instruct you not to answer that question to the

21 extent it reveals work product.  If you can answer

22 that question without identifying any documents that

23 were selected by the SEC to show you during your

24 prep sessions, you can answer it.

25              MR. OPPENHEIMER:  Wait, wait, wait.

1                    ███████ - 2/16/2022

2 If it refreshed his recollection, that's not work

3 product.  That's something that refreshes a witness'

4 recollection and that's discoverable.  I'm not

5 asking for everything you showed him.  I asked were

6 there any documents, other than the expert reports,

7 that refreshed his recollection.

8                    MR. SYLVESTER:  Okay.  I'm fine with

9 that.  You can answer that.

10     A.    Sitting here right now, I can't remember

11 specific documents that I looked at.

12     Q.    Okay.  Did anyone provide comments on any

13 drafts of your expert report in this case?

14     A.    Yes.

15     Q.    Who?

16     A.    ████████, ████████████, ████

17 ████ (phonetic), ████████, Mark Sylvester,

18 Daphna Waxman.  I can't remember who else.

19     Q.    Are all of those folks that you just

20 listed associated with either the SEC or Integra?

21     A.    Yes.

22     Q.    Is it -- would that be the same set as to

23 your rebuttal report?

24                    MR. SYLVESTER:  Objection.  Sorry.  I

25 thought you were answering both reports together,

1                         ███████ - 2/16/2022

2 but maybe you weren't.

3     A.    Yeah.  I think it's the same answer for

4 both.  Yeah.

5     Q.    Okay.

6               MR. OPPENHEIMER:  Let's go off the

7 record here.

8               THE VIDEOGRAPHER:  The time is 6:42.

9 We're off the record.

10                    (Break.)

11              THE VIDEOGRAPHER:  The time is 6:53.

12 We are on record.

13              MR. OPPENHEIMER:  I have no further

14 questions at this time.

15                    EXAMINATION

16 BY MR. SYLVESTER:

17    Q.    Mr. ██████, I have a few questions for

18 you.

19            You'll recall earlier today that you were

20 asked questions by Mr. Oppenheimer about Footnote 37

21 of your rebuttal report, █████ 6?

22              MR. OPPENHEIMER:  What page is that

23 on?

24              MR. SYLVESTER:  That is on Page 19.

25    Q.    Do you recall answering questions about

1              ███████████  -  2/16/2022

2  Footnote 37 on Page 19?

3       A.     Yes.

4       Q.     And do you recall reviewing

5  Mr. Angelilli's deposition transcript marked

6  ██████  7?

7       A.     Let me see if that's the one.  ███████  7.

8  I looked at Page 73 and 74 of -- is it Exhibit 7?

9  Yeah, I remember that.  Page 73 and 74 of Exhibit 7.

10      Q.     And do you recall testifying that you

11 weren't able to find the material you were citing on

12 Pages 73 and 74?

13      A.     Yes.

14      Q.     Since then have you had the opportunity

15 to locate the material that you intended to cite to

16 support your proposition cited by Footnote 37?

17      A.     Yes.

18      Q.     And is that on Pages 80 and 81 of

19 ███████  7?

20      A.     I think it bleeds over past 81.  I think

21 it would be 80 through 82.

22      Q.     Okay.  And what information on 80 through

23 82, in your view, supports your proposition that's

24 been cited in Footnote 37?

25      A.     Mr. Angelilli is discussing aggregating

1                          ███████ - 2/16/2022

2  transactions together instead of conducting them on

3  a one-off basis.  Basically he's comparing doing

4  remittance-by-remittance transfers compared to

5  aggregating transfers over a longer period of time.

6                    MR. SYLVESTER:  Okay.  I have no

7  further questions.  Do you have any redirect?

8                    MR. OPPENHEIMER:  I do, very brief.

9                         EXAMINATION

10 BY MR. OPPENHEIMER:

11      Q.    In the Angelilli transcript,  ███████

12 Exhibit 7, it looks like you were just talking about

13 material on Pages 80, 81, and 82.  Did you also

14 consider material on Page 79?

15      A.    I can't remember exactly which parts of

16 this I read, but I do recognize the discussion on

17 Page 79.  So I think I looked at Page 79 as well.

18      Q.    And you see at Line 16 on Page 79 the

19 question is:  Does the ODL technology have the

20 potential to allow for remittance-by-remittance-type

21 transfers?

22                    And the answer is:  In its purest form,

23 yes.

24                    Do you see that?

25      A.    Yes.

1               ███████  - 2/16/2022

2                   MR. OPPENHEIMER:  No further

3 questions for me.

4                   MR. SYLVESTER:  Okay.  I'd like to

5 mark this transcript highly confidential.

6                   THE VIDEOGRAPHER:  The time is 6:56.

7 We are off the record.

8                   (Deposition concluded at 6:56 p.m.)

9                   THE STENOGRAPHER:  Did you need a

10 rough draft?

11                  MR. SYLVESTER:  Yes, please.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                     ERRATA SHEET

2    Case Name:

3    Deposition Date:

4    Deponent:

5    Pg.  No. Now Reads       Should Read  Reason

6    ____  ____ _____      _____    _____

7    ____  ____ _____      _____    _____

8    ____  ____ _____      _____    _____

9    ____  ____ _____      _____    _____

10   ____  ____ _____      _____    _____

11   ____  ____ _____      _____    _____

12   ____  ____ _____      _____    _____

13   ____  ____ _____      _____    _____

14   ____  ____ _____      _____    _____

15   ____  ____ _____      _____    _____

16   ____  ____ _____      _____    _____

17   ____  ____ _____      _____    _____

18   ____  ____ _____      _____    _____

19   ____  ____ _____      _____    _____

20

21                              _____

22                              Signature of Deponent

     SUBSCRIBED AND SWORN BEFORE ME

23   THIS ____ DAY OF _____, 2022.

24   _____

25   (Notary Public)   MY COMMISSION EXPIRES:_____

Page 314

1

2                          SIGNATURE PAGE

3
     I, ███████████, have read the foregoing
4 deposition and hereby affix my signature that same
  is true and correct, except as noted on the
5 correction page.

6

7                    ████████████████_____

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF NEW YORK
 2

 3  SECURITIES AND EXCHANGE    §
    COMMISSION,                §
 4                            §    CIVIL ACTION
       PLAINTIFF,             §    NO. 20-CV-1(AT)(SN)
 5                            §
      AGAINST                 §
 6                            §
    RIPPLE LABS, INC.,        §
 7  BRADLEY GARLINGHOUSE,      §
    AND CHRISTIAN A.          §
 8  LARSEN,                    §
                             §
 9   DEFENDANTS.              §

10

11              REPORTER'S CERTIFICATION
                DEPOSITION OF ██████████
12              TAKEN FEBRUARY 16, 2022

13   I, TAMARA CHAPMAN, Certified Shorthand Reporter in

14  and for the State of Texas, hereby certify to the

15  following:

16    That the witness, ██████████, was duly sworn by

17  the officer and that the transcript of the oral

18  deposition is a true record of the testimony given

19  by the witness;

20    That the original deposition was delivered to

21  ANDREW CERESNEY;

22    That a copy of this certificate was served on all

23  parties and/or the witness shown herein on

24  _____.

25    I further certify that pursuant to FRCP No.
```

1 30(f)(i) that the signature of the deponent:

2      was requested by the deponent or a party before

3 the completion of the deposition and that the

4 signature is to be returned within 30 days from date

5 of receipt of the transcript.  If returned, the

6 attached Changes and Signature Page contains any

7 changes and the reasons therefor;

8   X  was not requested by the deponent or a party

9 before the completion of the deposition.

10   I further certify that I am neither counsel for,

11 related to, nor employed by any of the parties in

12 the action in which this proceeding was taken, and

13 further that I am not financially or otherwise

14 interested in the outcome of the action.

15   Certified to by me this 17th day of February, 2022.

16

17

18

19   Tamara Chapman, CSR, RPR-CRR
     CSR NO. 7248; Expiration Date: 12-31-22
20   TSG Reporting, Inc.
     Firm Registration No. 615
21   Nationwide - Worldwide
     Phone: (877) 702-9580
22    info@tsgreporting.com
     www.tsgreporting.com

23

24

25