# Exhibit 38

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

RIPPLE LABS, INC., *et al.*,

Defendants.

No. 20-cv-10832-AT-SN

---

## DEPOSITION ERRATA OF KRISTINA S. SHAMPANIER

Kristina S. Shampanier makes the following corrections to the transcript of her December 20, 2021 deposition.

| Location | Type of Correction or Error | Original Text | Corrected Text |
|---|---|---|---|
| 12:22 | Transcription error | Was a health care case. | It was a health care case. |
| 47:12 | Formatting | "2005 to present." | "2005–present." |
| 48:16 | Transcription error | "Selective Consulting Experience" | "Selected Consulting Experience" |
| 52:9 | Clarification | "anything other big." | "anything else that was big." |
| 54:3-4 | Transcription error | It's an association of economics and practitioners doing marketing. | It's an association of academics and practitioners doing marketing. |
| 59:18-21 | Transcription error | Well, I'm relatively new at Compass Lexecon, so I haven't done all of these -- all of the calling, but I'm pretty sure it will happen soon. | Well, I'm relatively new at Compass Lexecon, so I haven't done all of these -- all of the following, but I'm pretty sure it will happen soon. |
| 63:5 | Transcription error | I conducted a conjoined analysis survey | I conducted a conjoint analysis survey |
| 65:4-7 | Transcription error | The main causal proposition tested in this chapter in my dissertation is whether when consumers are exposed to a free product they reacted in a way that is essentially rational. | The main causal proposition tested in this chapter in my dissertation is whether when consumers are exposed to a free product they react to it in a way that is essentially irrational. |
| 66:25-67:1 | Transcription error | Then we measure those participants which is a measure of interest to us. | Then we measure those participants on some measure of interest to us. |

1

| Location | Type of Correction or Error | Original Text | Corrected Text |
|---|---|---|---|
| 67:1-5 | Clarification | And if there is a difference in the outcome between the two groups which is statistically significant, we can conclude -- or at least we cannot reject the hypothesis that there is no impact. | And if there is a difference in the outcome between the two groups which is statistically significant, we can conclude that there is an impact -- or at least we can reject the hypothesis that there is no impact. |
| 71:21 | Transcription error | it could be that none of them causes that | it could be that none of them causes the other |
| 73:8-9 | Transcription error | I consider myself an expert in surveys done with -- | I consider myself an expert in survey design with -- |
| 78:20-21 | Clarification | This section of my CV, these cases where I was retained as an expert. | This section of my CV, these are cases where I was retained as an expert. |
| 82:17-18 | Transcription error | I'm not sure what means "accepting." | I'm not sure what it means "accepting." |
| 99:20-24 | Formatting; Transcription error; Clarification | It says that "Statements made by Ripple were consistent with promoting an investment use case for XRP as well as the design of XRP as a fixed-supply coin." So he is saying that those two items caused investment use case for XRP. | It says that "statements made by Ripple, were consistent with promoting an investment use case for XRP" as well as the "design of XRP as a fixed-supply coin." So he is saying that those two items caused an investment use case for XRP. |
| 104:4-6 | Transcription error; Formatting | the sentence that adds in Footnote 22, and it reads: "Shadish, et al, (2002) also state that | the sentence that ends in Footnote 22, and it reads: "Shadish, et al., (2002) also state that |
| 104:21-23 | Clarification; Formatting | "I also was retained to provide analysis and/or rebuttal to defendants' expert reports, if and as needed." | "I also was retained to provide analysis and/or a rebuttal to Defendants' expert reports, if and as needed." |
| 107:5 | Transcription error | Impact a fact. | Impact, affect. |
| 107:7 | Transcription error | Impact a fact. | Impact, affect. |
| 110:12 | Transcription error | I don't recall anymore that I stated. | I don't recall anymore what I stated. |
| 113:11-13 | Clarification | ███████y did not provide reliable methodology for those implications if they exist here. | ███████ did not provide a reliable methodology for those implications if they exist here. |

| Location | Type of Correction or Error | Original Text | Corrected Text |
|---|---|---|---|
| 114:3-9 | Transcription error | If M_____ implies here that any of the actions of Ripple that he lists caused certain perspective -- for example, he mentions the public; he implies the public cause and perspective of the actions of Ripple -- then those implications are not supported by a valid methodology. | If M_____ implies here that any of these actions of Ripple that he lists caused certain perspective -- for example, he mentions the public; he implies that the public got a certain perspective of the actions of Ripple -- then those implications are not supported by a valid methodology. |
| 116:6 | Clarification | with XRP or this other products | with XRP or this other products |
| 118:1-3 | Clarification | I'm not offering any opinions on the history or mechanics of XRP or Ripple's other products. | I'm not offering any opinions on the history or mechanics of XRP or Ripple's other products. |
| 120:8-10 | Clarification | I don't offer any opinions about the history or mechanics of XRP or Ripple and its other products. | I don't offer any opinions about the history or mechanics of XRP or Ripple and its other products. |
| 122:16-17 | Transcription error | To the extent any of the statements have other implications | To the extent any of the statements have causal implications |
| 125:1-2 | Transcription error | that they should be buying XRP as a potentially profitable | that they should view buying XRP as a potentially profitable |
| 126:9-10 | Transcription error | Whether the substance of the sentence feeds the source, I don't recall if I checked. | Whether the substance of the sentence fits the source, I don't recall if I checked. |
| 137:4-5 | Formatting | "Conclusions of this sort are considered 'causal' in the sense that he | "Conclusions of this sort are considered 'causal,' in the sense that he |
| 138:14-15 | Transcription error | And execution falls under perspective. | And expectation falls under perspective. |
| 138:18-20 | Formatting | "Specifically, purchasers would have expected or hoped to profit by later reselling their" | "Specifically, purchasers would have expected or hoped to profit by later re-selling their" |
| 140:23-141:1 | Transcription error | And here he refers to that statements, actions, and product offerings of such companies and their founders, and that's the cause. | And here he refers to the statements, actions, and product offerings of such companies and their founders, and that's the cause. |
| 143:17-18 | Formatting | with what he calls perspective of a reasonable purchaser. | with what he calls "perspective of a reasonable purchaser." |

3

| Location | Type of Correction or Error | Original Text | Corrected Text |
|---|---|---|---|
| 147:22-25 | Formatting; Clarification; Transcription error | in 2021, Nobel Prize in Economics was awarded to do David Card, Joshua Angrist, and Guido Imbens for their work related to experiments | the 2021, Nobel Prize in Economics was awarded to do David Card, Joshua Angrist, and Guido Imbens for their work related to experiments |
| 149:2 | Formatting | the gold standard methodology | the gold-standard methodology |
| 150:16-18 | Transcription error | I believe I've been using the word "perspective" over "perception" words to an extent. | I believe I've been using the word "perspective" although "perception" works to an extent. |
| 151:17-23 | Formatting | There are, as I discuss in paragraph 28, "Other, nonexperimental options also available to evaluate perceptions and expected behavior" -- which is perspective -- "although they're less effective in isolating causal effects than the gold standard methodology of conducting an experiment." | There are, as I discuss in paragraph 28, "Other, non-experimental options" "also available to evaluate perceptions and expected behavior" -- which is perspective -- "although they are less effective in isolating causal effects than the gold-standard methodology of conducting an experiment." |
| 152:24 | Transcription error | For example, a conjoined analysis survey | For example, a conjoint analysis survey |
| 159:9-10 | Transcription error | if M██████s conclusions themselves of the methodology match reality | if M██████ conclusions themselves, as opposed to methodology, match reality |
| 160:8 | Transcription error | It has multiple causes. | It has multiple clauses. |
| 160:15-17 | Transcription error | And that perspective is all the investment-oriented purchaser -- purchasers -- it says purchasers -- indeed exist | And that perspective is of the investment-oriented purchaser -- purchasers -- if such purchasers indeed exist |
| 160:23-24 | Transcription error | The fact that the perspective of "a reasonable investment-oriented purchasers." | The effect is the perspective of "a reasonable investment-oriented purchasers." |
| 162:8-10 | Formatting | purchasers of XRP for cross-border payments. I also referred to, I believe, as a money transmitter. | purchasers of XRP for cross-border payments -- I -- also referred to, I believe, as a "money transmitter." |
| 162:14-15 | Formatting | The causes are also called some of these topics. | The causes are also called "some of these topics." |
| 171:19-21 | Formatting | products built on the XRP ledger" -- Footnote 25, which I'll read later -- "as a developer of the XRP ecosystem and as a driver of demand for XRP." | products built on the XRP Ledger" -- Footnote 25, which I'll read later -- "as a developer of the XRP ecosystem, and as a driver of demand for XRP." |

4

| Location | Type of Correction or Error | Original Text | Corrected Text |
|---|---|---|---|
| 173:11-18 | Formatting | "When Ripple uses XRP, we're solving a payments problem. I believe that the more utility you draw, the more demand you're going to drive. And for most of these digital assets, you have fixed supply. If you have fixed supply and increasing demand, it's going to drive price up." And footnote "YouTube. Ripple CEO Garlinghouse sees real value in bitcoin at 2:06." | "When Ripple uses XRP, we're solving a payments problem. I believe that the more utility you draw, the more demand you're going to drive. And for most of these digital assets, you have fixed supply. If you have fixed supply and increasing demand, it's going to drive price up." And footnote "YouTube. Ripple CEO Garlinghouse Sees Real Value in Bitcoin at 2:06." |
| 174:1 | Transcription error | They made | There may be |
| 175:16 | Clarification | that does not cause concern to SEC | that does not cause concern to the SEC |
| 175:19-20 | Clarification | that does not cause concern to SEC | that does not cause concern to the SEC |
| 180:5 | Formatting | "recruit" a focus group for a survey | "recruit a focus group for a survey" |
| 180:24 | Formatting | statements and actions by Ripple: Specifically, | statements and actions by Ripple: specifically, |
| 181:8 | Formatting; Transcription error | "The names Ripple and XRP could be an anonymized | "The names 'Ripple' and 'XRP' could be an anonymized |
| 181:24 | Formatting; Transcription error | that M██████ highlighted: | that M██████ highlighted, |
| 182:18-19 | Transcription error | Test group and control group, in terms for splitting the sample in a survey or experiment | Test group and control group are terms for splitting the sample in a survey or experiment |
| 183:10-15 | Formatting | "N██████ does not evaluate whether and to what degree XRP purchasers were exposed to Ripple's statement that he 'reviews and analyzes.' A proper analysis of the impact of such statements on potential purchasers would include such an evaluation. | "N██████ does not evaluate whether and to what degree XRP purchasers were exposed to Ripple's statements that he 'review[s] and analy[zes].' A proper analysis of the impact of such statements on potential purchasers would include such an evaluation." |
| 183:22 | Clarification | a conclusion that a certain percentage of relevant | a conclusion that a certain percentage of the relevant |
| 184:15-17 | Formatting | "CoinDesk. Use or speculation: What's driving Ripple's price to" all high -- "to all-time highs?" | "CoinDesk. Use or Speculation: What's Driving Ripple's Price to" all high -- "to All-Time Highs?" |

5

| Location | Type of Correction or Error | Original Text | Corrected Text |
|---|---|---|---|
| 186:2-3 | Clarification | what percent of relative population | what percent of the relative population |
| 186:5 | Clarification; Transcription error | that's all testable hypothesis | those are all testable hypotheses |
| 188:2-3 | Clarification | The reason that experiments are gold standard | The reason that experiments are the gold standard |
| 188:6 | Transcription error | the impact of all other potential inferences | the impact of all other potential influences |
| 188:11 | Transcription error | the impact of all other inferences | the impact of all other influences |
| 190:12-14 | Formatting | "That M███████y does not explain how he selected Ripple's statements that he 'reviews and analyzes.'" | "That "M███████y does not explain how he selected Ripple's statements that he 'review[s] and analy[zes].'" |
| 191:5 | Clarification | Another example is that SEC could have | Another example is that the SEC could have |
| 193:22 | Misspelling; Formatting | was made by Breanne Magidan, Ripple's former head | was made by Breanne Madigan, Ripple's former Head |
| 194:25-195:1 | Clarification | is to conduct market segmentation. | is to conduct market segmentation analysis. |
| 195:20 | Clarification | Then further in his report, | Then further on in his report, |
| 201:9-11 | Formatting | 'Perspective of a reasonable purchaser with respect to XRP's fixed-supply model,' | 'Perspective of a Reasonable Purchaser with Respect to XRP's Fixed-Supply Model,' |
| 202:24 | Formatting | "In Sections 6.1-6.5" | "In Sections 6.1-6-5" |
| 203:10-11 | Formatting | 'repeatedly communicated by Ripple in the XRP markets reports,' | 'repeatedly communicated by Ripple in the XRP Markets Reports,' |
| 203:15-20 | Formatting | (for example, his 'individual purchaser with a long-term investment mindset' versus an individual purchaser with a short-term investment mindset, or an individual purchaser with no investment mindset, or an entity purchaser, but also makes | (for example, his 'individual purchaser with a long-term investment mindset' versus an individual purchaser with a short-term investment mindset, or an individual purchaser with no investment mindset, or an entity purchaser) but also makes |

6

| Location | Type of Correction or Error | Original Text | Corrected Text |
|---|---|---|---|
| 203:23-204:3 | Clarification; Formatting | "This intermingling is flawed for the reason I explain above. Then, in Section 6.6, M▇▇▇▇▇ describes the supposed 'perspective of a reasonable purchaser with regards to Ripple's XRP sales and escrow,' | "This intermingling is flawed for the reasons I explain above. Then, in Section 6.6, ▇▇▇▇▇ describes the supposed 'Perspective of a Reasonable Purchaser with Regards to Ripple's XRP Sales and Escrow,' |
| 205:1-2 | Transcription error | it doesn't test | he doesn't test |
| 205:12 | Clarification | purchasers exist and those are the only two types. | purchasers exist and that those are the only two types. |
| 207:12-14 | Clarification | He doesn't evaluate whether a relevant population was even exposed or to what degree to those statements. | He doesn't evaluate whether a relevant population was even exposed or to what degree they were exposed to those statements. |
| 208:4 | Transcription error; Formatting | In Section 7, on my Sections V and VI, | In Section 7, unlike Sections 5 and 6, |
| 209:5 | Transcription error | perspective purchasers | prospective purchasers |
| 209:14-15 | Transcription error | I have supported several experts providing such opinions. | I have supported several experts rebutting such opinions. |
| 211:20-23 | Transcription error | The most direct way to establish what a person is thinking is to ask about people who are similar to that imaginary hypothesized person. | The most direct way to establish what a person is thinking is to ask real people who are similar to that imaginary hypothesized person. |
| 213:2-3 | Formatting | There might have been experts who did something. That's not scientifically valid. | There might have been experts who did something that's not scientifically valid. |

| Location | Type of Correction or Error | Original Text | Corrected Text |
|---|---|---|---|
| 214:21-215:8 | Formatting | "Content analysis is a method of collecting social data through carefully specifying and counting social artifacts such as books, songs, speeches, and paintings. Without making any personal contact with people, you can use this method to examine a wide variety of social phenomena. Content analysis is the study of recorded human communications. Among the forms suitable for study are books, magazines, web pages, poems, newspapers, songs, paintings, speeches, letters, e-mail messages, bulletin board postings on the internet, laws, and constitutions, as well as any components or collections thereof. | "[C]ontent analysis is a method of collecting social data through carefully specifying and counting social artifacts such as books, songs, speeches, and paintings. Without making any personal contact with people, you can use this method to examine a wide variety of social phenomena.... [C]ontent analysis is the study of recorded human communications. Among the forms suitable for study are books, magazines, web pages, poems, newspapers, songs, paintings, speeches, letters, e-mail messages, bulletin board postings on the Internet, laws, and constitutions, as well as any components or collections thereof. ... |

Date: 1/20/22

Kristina S. Shampanier

8