**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>Defendants. | Case No. 20-CV-10832 (AT) (SN) |

**SECOND DECLARATION OF BRADLEY E. OPPENHEIMER**
**IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE**
**THE TESTIMONY OF** ███████████

I, Bradley E. Oppenheimer, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am an attorney at the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., and counsel to Defendant Ripple Labs Inc.  I submit this second declaration in support of Defendants' Motion To Exclude the Testimony of ███████████

2.      Attached as **Exhibit J** to this declaration is a true and correct copy of the Defendant's Rule 16 Disclosure in *United States v. Sayre*, No. 2:05-cr-00198-VBF, ECF No. 173-3 (C.D. Cal. July 15, 2008).

3.      Attached as **Exhibit K** to this declaration is a true and correct copy of the Transcript of Proceedings in *United States v. Sayre*, No. 2:05-cr-00198-VBF, ECF No. 225 (C.D. Cal. Aug. 21, 2008).

4.      Attached as **Exhibit L** to this declaration is a true and correct copy of the Order in ██████████████████████████████████████████████████████.

I hereby declare under the penalty of perjury that, to the best of my knowledge, information, and belief, the foregoing is true and correct.

Dated: August 30, 2022
      Washington, D.C.

By:   */s/ Bradley E. Oppenheimer*
       Bradley E. Oppenheimer

       KELLOGG, HANSEN, TODD,
        FIGEL & FREDERICK, P.L.L.C.
       Sumner Square
       1615 M Street, N.W., Suite 400
       Washington, D.C. 20036
       +1 (202) 326-7900
       boppenheimer@kellogghansen.com