# Exhibit L

UNITED STATES DISTRICT COURT
█████████████████████████████
------------------------------------------------------------x
█████████████████████████████,

                Plaintiff,                                             █████(PKC)

      -against-                                                  ORDER

█████████████████████████,

                Defendant.
------------------------------------------------------------x

████████, U.S.D.J.

The Court held a telephone conference with parties on ████████ to address the discovery dispute raised in plaintiff's letter of ████████. (Doc. 52).

(1) The parties agree that an evidentiary hearing is not required to decide the motion for a preliminary injunction, which therefore will be decided on written submissions and oral argument alone.

(2) The scheduled depositions may proceed with no restrictions placed on plaintiff's ability to question witnesses regarding the issues raised in plaintiff's ████ letter. (Doc. 52).

(3) The Court denies, without prejudice, plaintiff's application to compel the production of defendant's bank records. (Doc. 52). By ████████, defendant shall set forth in a declaration a proposed schedule for a review of the requested bank records to ensure that production of such records complies with foreign data privacy laws.

SO ORDERED.

██████████████████████

Dated: ███████████

██████████
United States District Judge