UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>　　　　　　　Defendants. | Case No. 20-CV-10832 (AT) (SN) |

## SECOND DECLARATION OF KYLIE CHISEUL KIM IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF ▓▓▓▓▓▓▓▓, PH.D.

I, Kylie Chiseul Kim, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

　　1.　　I am an associate at the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. and counsel to Defendant Ripple Labs Inc. I submit this second declaration in support of Defendants' Motion To Exclude the Testimony of ▓▓▓▓▓▓▓▓, Ph.D.

　　2.　　Attached as **Exhibit H** to this second declaration is a true and correct copy of Alan J. Cox & Jonathan Portes, *Mergers in Regulated Industries: The Uses and Abuses of Event Studies*, 14 J. Regulatory Econ. 281 (1998).

I hereby declare under the penalty of perjury that, to the best of my knowledge, information, and belief, the foregoing is true and correct.

Dated: August 30, 2022
       Washington, D.C.

By: _____
Kylie Chiseul Kim

KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
+1 (202) 326-7900
kkim@kellogghansen.com

2