**MQCC.org™**

Meta Quality Conformity Control Organization™ MQCC®

Incorporated in Canada as MortgageQuote Canada Corp.

Globally Recognized and Trusted Authority in BlockChain: Systems & Technology

**0** **1** |OC MQCC:BCMS| **2** |OC MQCC:BCMS| **3** |OC MQCC:BCMS| **∞**

Developer of BlockChain Zero One™ - Maker of the Metaverse™ (MOM™)

Education • Conformity • Governance • Management • Operations • Finance
Standards, Systems, Technology, Services (Methods) & Products (Goods)



---

MQCC ◆ Bungay International

---

# MOTION TO LEAVE

# &

# AMICUS CURIAE of ANOOP K. BUNGAY

*IN THE UNITED STATES DISTRICT COURT*

*FOR THE SOUTHERN DISTRICT OF NEW YORK*

*RE: Securities and Exchange Commission (SEC), Plaintiffs,*

*v. Ripple Labs Inc., (RLI), Defendants.*

*Case No.: 1:20-cv-10832*

# Presiding: Honorable Judge Analisa Torres

---

Page 1/374

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006 An
ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119 Countries
**Government - Industry - Consumers**

© 2006-2023 Copyright & Trademark (design mark and word mark); MQCC™ MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted. FSRA #12279





**MQCC® ◆ Bungay International**

---

# Table of Contents

**LETTER TO HONORABLE JUDGE ANALISA TORRES**          **7**

**MOTION TO LEAVE**          **71**

**CERTIFICATE OF SERVICE**          **91**

**CERTIFICATE OF CONFORMITY**          **93**

**AMICUS CURIAE of ANOOP K. BUNGAY**          **96**

**EXHIBITS**          **141**

Exhibit 1: Anoop Bungay Memo to Jay Clayton, Chair SEC - Fri, Dec 6, 2019 at 12:04 PM          141

Exhibit 2: Anoop Bungay Memo to Jay Clayton, Chair SEC - Fri, Jan 31, 2020 at 10:03 PM          160

Exhibit 3: SEC Response to Anoop Bungay - Fri, Jan 31, 2020 at 10:04 PM          166

Exhibit 4: Anoop Bungay Memo to Robert W. Cook; MQCC® - FINRA          169

Exhibit 5: Chart of MQCC® Securities Returns built on OFFICIAL AUTHENTIC ORIGINAL OAO™ brand of BITCOIN™ conformity system-network (utility token system-network service)          187

Exhibit 6: CRYPTO and Authentic Originating BITCOIN™ CONFORMITY & SAFETY ✅ INDICATOR™ - Global Public Safety Reference Chart          193

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

Exhibit 7: DisclosureOfBlockChain.com - MQCC Global Disclosure & Public Notice™ - BlockChain Transparency Starts with Disclosure and Public Notice™ - 2001:2020 Onward    199

Exhibit 8: Anoop Bungay Letters to Past and Current US Presidents    250

Exhibit 9: Anoop Bungay; Bungay International & MQCC® MortgageQuote Canada Corp. & A History of Firsts    274

Exhibit 10: MQCC® Consumer (Government, Regulator, Industry, Mainstreet Investor, Member of Public) Protection Global Infrastructure    297

Associations    297

MQCC®    297

The Original BlockChain™ and Crypto Association    297

PrivateLender.org: The World's Private Finance Network™    298

International Peer-to-Peer & Private Finance Association    299

Peer-to-Peer (P2P) & Private Equity Association International    300

Peer-to-Peer (P2P) & Private Lending (Investing) Association International    300

PEMPAC Private Equity Mortgage Professionals Association of Canada®    301

Certified Quality Management-in-Finance Association (CQMFA™)    301

IBARA™ International Be Application Ready Association    302

NRMILA™ Non-Regulated Mortgage Investor-Lender Advisors    304

GTFAA™ Globally Trusted Financial Advisors Association    304

Formal Education, Training, Testing, Accreditation    305

MQCC™ Corporate University; MQUCC™    305

Private Equity Mortgage/Electronic Money Institute PEMI®    306

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

Generally Accepted Mortgage Origination & Underwriting Standards 307

Exchange 307

PEMX® Private Equity Mortgage Exchange; Private Electronic Money Exchange 308

Consumer, Commercial Sector and Industry Accountability 310

OSBSO™ Office of the Shadow Banking System Ombudsperson 310

Report-A-Predator.org 311

Infrastructure & Utilities 312

Conjunctive™ trademark brand of Higher Level Meta Programming 312

HLMP™ Trademark Brand of Higher Level Meta Programming 313

UniQML™: Unification of Quantum Processes Meta-Language 315

Conformityware 317

BITCOIN™ Utility Token 318

BITMORTGAGE® Authentic Securities Token 320

MQCC™ MASTERWALLET™ 322

MQCC™ MASTER BLOCKCHAIN™ 324

MICHELANGELO.pro™ 325

GLOBAL PI-FI® NETWORK 326

KYC2™ Standards 328

IBCCBI™ International BlockChain and Crypto Board & Institute 330

Global ROOT BLOCKCHAIN Network: SNAACA™ 332

BlockChain Standards BCS™ 335

Crypto Standards 337

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

MQCC™ International Standards Federation ISF™ BlockChain Standards BCS™     337

    Originating, Authentic BITCOIN™ Standards     339

    Finance Standards Organization FSO™     341

    ACCREDITED CLASS® Organization (ACO™)     342

    International Standards Federation ISF™     343

    MQCC®     345

Exhibit 11: Professional Liability Errors and Omissions Insurance History Memo of MQCC® PRIVATELENDER.org: THE ONE AND ONLY BLOCKCHAIN™     347

Exhibit 12: Textbooks authored by Anoop Bungay     371

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government - Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Securities and Exchange Commission (SEC), | ) ) ) | |
| *Plaintiffs,* | ) ) | Case No.: 1:20-cv-10832 |
| *v.* | ) ) ) | |
| Ripple Labs Inc., (RLI), | ) ) | |
| *Defendants.* | ) | |

MOTION FOR LEAVE TO FILE BRIEF AMICUS CURIAE

OF ANOOP K. BUNGAY

IN SUPPORT OF **NEITHER** PLAINTIFF (SEC) **NOR** DEFENDANT (RLI)

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

# LETTER TO HONORABLE JUDGE ANALISA TORRES

January 20, 2023

Hon. Analisa N. Torres
United States District Judge
Southern District of New York (SDNY)
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312
Courtroom 15D
Phone: (212) 805-0292
Email: Torres_NYSDChambers@nysd.uscourts.gov
Via Email to: Temporary_Pro_Se_Filing@nysd.uscourts.gov

<u>Re: Letter Motion of Anoop Bungay for Leave to File Brief Amicus Curiae;
Securities and Exchange Commission (SEC) v. Ripple Labs Inc., (RLI)</u>

Dear Judge Torres,

1.    My name is Anoop Bungay. Both history and the United States (U.S./US)

    Department of Commerce, United States Patent and Trademark Office

---

<span style="color:blue">**MQCC® Meta Quality Conformity Control Organization Incorporated
as MortgageQuote Canada Corp.**</span>
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

<span style="color:blue">**Bungay International Inc.**</span>
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
<span style="color:blue">**MQCC Bungay International LLC**</span>
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution
or transmission is not permitted.





**MQCC® ◆ Bungay International**

(USPTO) has fairly and well-documented that, at least as early as **April 9, 2005**, yours sincerely, (with a little help from my classical computer programmer and brother, Santosh), *"reshaped human understanding of how trust and efficiency in regulated (non-free-trading) and non-regulated (free-trading) financial commerce and non-financial commerce is established between two parties (on a peer-to-peer basis)"* by commercializing an online (electronic, virtual, binary digit) *node*[1] of the world's one and only, multijurisdiction, regulatory-integrated (where required) "**Peer-to-Peer Electronic Finance System-Network**" and accompanying subordinate "**Peer-to-Peer Electronic Cash System-Network**"; physically (real-world) based in Calgary, Alberta, Canada and globally accessible 24 hours a day, 7 days a week to billions of

---

[1] A connection point in a communications network; Source:
https://www.dictionary.com/browse/node

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
Government - Industry - Consumers

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.




**MQCC® ◆ Bungay International**

consumers on the global computer network known as the 'internet'; at the

uniform resource locator (URL; domain address) www.privatelender.org for:

the development and design; commercialization (manufacture,

regulatory-integration, quality management, distribution, after-sales-service

and continual improvement) of both traditional and  *"Non-Bank,*

*Non-Institutional, Non-Syndicated, Non-Regulated or Regulatory Exempt,*

*Free Trading Finance; also known as Peer-to-Peer*

*(P2P)/Private/Crypto/Secret/Shadow Finance"*[2] instruments ---in order to

provide much needed financial capital to *underserved* ("non-bankable") or

*poorly served*[3] organizations and individuals --- while simultaneously

bypassing traditional institutional governance and financial structures

---

[2] International Peer-to-Peer (P2P) & Private Finance Association IP2PFA™ (www.ip2pfa.org)
[3] ***Underserved***: those who are unable to qualify to obtain cash from traditional sources of financial capital. ***Poorly Served***: those who are able to qualify to obtain cash from traditional sources of financial capital but the traditional sources of capital are too slow or inefficient and the $$$ is needed quickly.

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

including centrally controlled banks, public securities regulators (including

members of IOSCO International Organization of Securities Commissions

(of which the Plaintiff is a member[4])), legal professionals, escrow agents,

licensed or unlicensed intermediaries and --for purposes of training

PrivateLender.org system-network users --  traditional learning, education

and training (LET) institutions.

1.1.  Today, January 17, 2023 represents over 18 years of successful,

regulatory-recognized, consumer-safe, professional liability (errors

and omissions) insured, commercial operation. Given the well-known

start date of at least as early as April 9, 2005 at www.privatelender.org

URL, from an intellectual property perspective, the 18 years of

commercial operation is considered as ***fair notice*** of '***prior art***'[5] and is

---

[4] Ordinary Members of IOSCO; https://www.iosco.org/about/?subsection=membership
[5] US CODE Title35 Part II Chap 10 Sec 102;
https://uscode.house.gov/view.xhtml?req=%22prior+art%22&f=treesort&fq=true&num=2&hl=true&edition=prelim&granuleId=USC-prelim-title35-section102

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

part of the universe of public knowledge.

2.   GENERIC TERMINOLOGY: Through the past 21+ years of independent

development and commercialization, it appears that people, writ-large;

virtually all of whom who have little to no experience with the traceable and

well-document origins, history, nature, quality and character of what is, in its

essential form, a "peer-to-peer finance and cash system", have settled on a

common (generic) term-of-art used to describe (designate, an appellation)

the above the various genus and species of goods and services, namely,

"**crypto**".

3.   Delivering financial instruments between two parties at a peer-to-peer scale

is a critical and complex procedure and requires an utmost standard of good

faith and trust in processes that achieve precise outcomes with utmost

certainty. For instance,  when a person (peer) is promised a certain dollar

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

amount, suppose: $75,000.00 USD by a certain time frame, suppose: within the hour -- by another person (peer). In this instance, the delivered goods cannot be more or less in quantum than what is promised and if the time of delivery is a contractual temporal condition, then the promised delivery time must not be delayed ("temporal boundary").

4. Creating effective business processes that achieves this utmost standard of outcome-in-commerce (and finance) requires a transformational paradigm-shift in the way one thinks commercial and finance services could be delivered; with a focus on utmost standards of trust and efficiency. As my peer and fellow discoverer, researcher, scholar the late Professor Albert Einstein remarked: *"the answers have changed" because the formula was changed*[6]. So true is this statement because the nature, quality and character

---

[6] Einstein Papers; Volume 2: The Swiss Years: Writings, 1900-1909 Page 486; Document 47; Princeton University; https://einsteinpapers.press.princeton.edu/

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

of the tangible and intangible intellectual property and trade secrets

(including financial, business, scientific, technical, economic, or engineering

information, including patterns, plans, compilations, program devices,

formulas, designs, prototypes, methods, techniques, processes, procedures,

programs, or codes[7]) developed by yours sincerely is so unique that the

concept of finance delivered by traditional, centrally controlled suppliers of

capital is fully and effectively, quashed.

5.  The process of creating PrivateLender.org "**Peer-to-Peer Electronic**

**Finance System-Network**" and accompanying subordinate "**Peer-to-Peer**

**Electronic Cash System-Network**" needed to fulfill certain *standard*

*requirements* (identified in commerce by the source identifier distinctive

term: BUNGAY FACTORS™) in order to assure proper function at utmost

---

[7] United States Code (USC); Title 18—CRIMES AND CRIMINAL PROCEDURE; PART
I—CRIMES; Ch. 90: PROTECTION OF TRADE SECRETS; §1839(3); (A);
https://uscode.house.gov/view.xhtml?path=/prelim@title18/part1/chapter90&edition=prelim

---

**MQCC® Meta Quality Conformity Control Organization Incorporated
as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution
or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

levels of efficiency, safety, fit-for-purposeness and fit-for-use. After 22+ years of development, commercialization and continual improvement, the standard requirements of BUNGAY FACTORS™ includes:

5.1.   1. a) the process must be private.

5.2.   2. b) the process must reduce risk[8].

5.3.   3. c) the process must be of high quality.

5.4.   4. d) the process must be able to encapsulate value, economic or otherwise.

5.5.   5. e) the process must reduce carbon footprint beyond traditional methods.

5.6.   6. f) the process must be technology-neutral.

5.7.   7. g) the process must be deliverable in a network-neutral manner using both 'hot' (electronic, binary digit, virtual) methods or 'cold'

---

[8] Risk in all its forms; internal, external, economic, non-economic; volatility.

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

(physical, real-world) methods.

5.8.    8. h) the process must be regulatory-neutral enabling the manufacturer

and trade (both private and commercial) of free-trading or

self-regulated goods and services and, where necessary,

non-free-trading or regulated goods and services.

5.9.    9. i) the process must be able to effect transactions at a peer-to-peer

scale.

5.10.    10. j) the process must be transparently and readily auditable by

internal and external auditors.

5.11.    11. k) the trained, tested and accredited humans (professionals)

operating within the process must be underwritten and insured by a

property and casualty (P&C) insurance industry sector company by a

professional liability policy and specifically for errors and omissions

coverage -- for the benefit of uses in the event of lawsuits related to

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

the approved scope of operations.

5.12.   12. l) the process must be lawful or to be used for lawful purposes.

5.13.   13. m) the process must be tested on an annual basis by approved  or

ACCREDITED CLASS® auditors to assure conformity to the quality

standards established by Founder, Anoop Bungay (MQCC®) in their

respective roles as "standard setter" and "standards setting

organization (SSO)"; the industry benchmark for science, safety,

quality and efficiency.

5.14.   14. n) the process must be capable of being continually improved.

5.15.   15. o) the process must be developed and operated with a

systems-based approach, including drawing on principles, concepts

and core processes from the domain of conformity science

(www.conformity.org) including the subjects of "systems level

artificial intelligence" and "systems learning artificial intelligence".

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

Far more powerful than "machine learning artificial intelligence" and "deep learning artificial intelligence), systems-based artificial intelligence, a subject whose principles, concepts and core methods of commercial application was formalized and developed by yours sincerely (Anoop Bungay), is what makes original or originating "crypto", consumer safe[9].

5.16.    16. p) the process managers must possess necessary and sufficient competency and proficiency in accordance with international consensus standards of learning, education, training and experience.

5.17.    17. q) the process must be developed by applying scientific methods.

5.18.    This list might change; visit www.mqcc.org for the latest BUNGAY FACTORS™ information.

---

[9] *Anoop Bungay: Systems Level Artificial Intelligence SystemsLevelAI (www.SystemsLevelAI.com); 20 Years of Research, Development, Regulatory-Integration, Commercialization and National and International Standardization: Father of Systems-Level AI™*; WEDNESDAY, 1 MAY 2019; MQCC blog.mortgagequote.ca

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

6.      These requirements (BUNGAY FACTORS™) were fulfilled by the

invention of a combination of new and useful (novel) processes[10], machines

(virtual or real world) and compositions of matter (in this case, electronic

matter in the form of data and its formation) and the inventions were based

upon correct and proper applications of principles, concepts and core

methods from the domain of non-novel (exact) conformity science

(www.conformity.org). Please see Exhibit 9 of the AMICUS CURIAE OF

ANOOP BUNGAY for a partial list of "firsts".

6.1.     Some processes resulted in the commercialization of specific,

---

[10] The word "process" is defined by law as a process, act, or method, and primarily includes
industrial or technical processes. The term "machine" used in the statute needs no explanation.
The term "manufacture" refers to articles that are made, and includes all manufactured articles.
The term "composition of matter" relates to chemical compositions and may include mixtures of
ingredients as well as new chemical compounds. These classes of subject matter taken together
include practically everything that is made by man and the processes for making the products;
United States Patent and Trademark Office USPTO;
https://www.uspto.gov/patents/basics/general-information-patents

---

**MQCC® Meta Quality Conformity Control Organization Incorporated
as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution
or transmission is not permitted.





**MQCC® ◆ Bungay International**

proprietary goods and services; some goods or services are now identified-in-commerce by the intellectual property and consumer protection devices known as source-identifiers or trademarks; brand names. Some of the world-famous, well-known marks or brand names of goods and services created directly by or under the leadership, command and control of Anoop Bungay include:

- BUNGAY INTERNATIONAL TECHNOLOGY CRYPTOGRAPHICALLY SECURED DATA OBJECT™: BIT CRYPTDO™
  - A utility token system service that maintains privacy in a process.
    - Fulfilling BUNGAY FACTOR one (1) or "a)", above.

- BUNGAY INTERNATIONAL TECHNOLOGY CONFORMITY OF ORGANIZATION AND INDIVIDUAL NETWORK™: BITCOIN™
  - A utility token system service that reduces risk in a process.

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

- - ■ Fulfilling BUNGAY FACTOR two (2) or "b)", above.

- BUNGAY LOGIC AND ORDER CONFORMITY KERNEL;

  CYBER/NON-CYBER HARMONIZED ARTIFICIAL/NON-ARTIFICIAL

  INTELLIGENT NETWORK™: BLOCKCHAIN™

  - ○ A utility token system service that maintains high quality in a process.

    - ■ Fulfilling BUNGAY FACTOR three (3) or "c)", above.

- BUNGAY INTERNATIONAL TECHNOLOGY MORTGAGE™

  BITMORTGAGE®

  - ○ A utility token system service that encapsulates economic value by

    creating a financial instrument; a securities token system service.

    - ■ Fulfilling BUNGAY FACTOR four (4) or "d)", above.

- CFRP™: CARBON FOOTPRINT REDUCTION PROGRAM™

  - ○ A utility token system service that is able to reduce carbon footprint

    beyond traditional methods of equivalent process

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

      ■  Fulfilling BUNGAY FACTOR five (5) or "e)", above.

●  MQCC® Quantum Unified Operating System™ QUOS™

    ○  A higher-level (meta) operating system which unifies quantum and

       disparate processes within an organization at all levels and all

       functions.

        ■  Fulfilling BUNGAY FACTORS six (6) or "f)", above and all

          other subsequently listed factors.

6.2.  [EDITORIAL NOTE: Paradoxically, the new and useful (novel)

      processes invented by Anoop Bungay were created out of correct and

      proper applications of principles, concepts and core methods from the

      domain of non-novel (exact) conformity science; the BUNGAY

      PARADOX].

7.  Between April 9, 2005 and May 9, 2008; in order to provide incontestable

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.




**MQCC® ◆ Bungay International**

proof to my family, customers, future customers, applicable regulators,

legislators, policy makers, lawyers, courts of law (including your Southern

District of New York), law enforcement officials and my professional

liability (errors and omissions) insurance providers [EDITOR NOTE: YES,

the world's one and only commercialized "crypto" company is insured for

the protection of its investors and customers with a professional liability

policy for errors and omissions, as early as September 16, 2006 and earlier;

See Exhibit 11 of the AMICUS CURIAE OF ANOOP BUNGAY] that the

PrivateLender.org "**Peer-to-Peer Electronic Finance System-Network**"

and accompanying subordinate "**Peer-to-Peer Electronic Cash**

**System-Network**"; business processes are safe, reliable, good and better,

safer and more more efficient than anything in the global marketplace,

through correct and proper application of higher level (meta) programming

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

principles and systems-level artificial intelligence[11] yours sincerely (Anoop Bungay) programmed-in (coded-in) a subordinate safety mechanism called a quality management system (subsystem), built on the consensus, *de jure* National (Federal) Standard of the United States, namely, ISO 9001:2000 and subsequently, ISO 9001:2008 and the risk-based ISO 9001:2105.  The family of *de jure* US National Standards is managed by the National Institute of Standards Technology (NIST) an agency of the United States Department of Commerce in collaboration with ANSI, the American National Standards Institute by way of Memorandum of Understanding (MOU)[12]. Further, the family of *de jure* National Standards is recognized in the Code of Federal Regulations Title 48 Federal Acquisition Regulations

---

[11] Systems Level Artificial Intelligence and Systems learning Artificial Intelligence is a subject within the domain of non-novel (exact) conformity science (www.conformity.org)
[12] ANSI and NIST Sign New Memorandum of Understanding'
https://www.ansi.org/news/standards-news/all-news/2019/05/ansi-and-nist-sign-new-memorandum-of-understanding-03

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

System and is **trusted by** government agencies including the United States General Services Administration (GSA), the United States Department of Defense (DOD) and the National Aeronautics and Space Administration (NASA) for reducing risk and assuring conformity to higher (meta) levels of quality standards for critical and complex matters.

8.   Given the inherently secret, private nature of business operations, it should come as no surprise to the Court that: *so effectively and reasonably has 18+ years of intellectual property been kept secret by Anoop Bungay, that after 18+ years of commercial trade, no competing organization on Earth is able to counterfeit the* [PrivateLender.org](PrivateLender.org) *"Peer-to-Peer Electronic Finance System-Network" and accompanying subordinate "Peer-to-Peer Electronic Cash System-Network" operations*.

9.   Although, on October 31, 2008, an untraceable party (someone or some

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

persons identified as "Satoshi Nakamoto"[13]) promoted an actual or

ostensible non-commercially-ready (experimental), non-standard

(standards-less), Non-*de facto* Industry Standard (industry benchmark),

non-tested (alpha state; alpha version), non-insurable,

non-regulatory-integrated, volatile, counterfeit, fake, pirated, poor quality or

an otherwise duplicative version of one or more proprietary and secret

peer-to-peer business processes, specifically, the "peer-to-peer electronic

cash system" originally commercialized by Anoop Bungay. This duplicative

process was introduced by the publishing of a document posted to the

---

[13] **PUBLIC NOTICE:** History appears to prove a hypothesis that the name/moniker/pseudonym: "**S**a**to**sh**i** **Na**k**amoto**" appears to be nothing more than an "inside (or outside) joke" for whomever created it because characters in the "name" (pseudonym) are seemingly or coincidentally formed out of the names of the creators of the original (originating) ***Peer-to-Peer Electronic Finance System-Network" and accompanying subordinate "Peer-to-Peer Electronic Cash System-Network"***, namely, An**o**op Ku**m**ar Bungay and **S**a**nto**s**h** (W**I**ZGOD®) Bungay; notice the color concordance. If I am wrong, the person or persons who can be proven to have created the pseudonym back at least as early as October 31, 2008, are welcome to pierce their veil of anonymity and publicly expose themselves and their true human form of identity and show proof as to why I am wrong.

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

Metz-Dowd cryptography mailing list forum entitled: _Bitcoin P2P e-cash paper[14]_; the forum entry included a link to another website which contained a link to the document which is entitled: _"BITCOIN: A Peer-to-Peer Electronic Cash System"_. Several months later, the same party published an alpha state, experimental computer program at the SOURCEFORGE website [15] so that unwary members of the public (those who do not know what "experimental" or "alpha state" means) could experiment with the program. ==_Indeed, the instruction manual clearly states that the program is so experimental and volatile that a system-reset may occur at any time._==

9.1.   The past 14+ years has proven that this experimental, alpha state program is nothing more than the equivalent of a "computer virus"

---

[14] cryptography -- The Cryptography and Cryptography Policy Mailing List; _Bitcoin P2P e-cash paper_; Fri Oct 31 14:10:00 EDT 2008;
https://www.metzdowd.com/pipermail/cryptography/2008-October/014810.html
[15] _Bitcoin v0.1 released_; Thu Jan 8 14:27:40 EST 2009;
https://www.metzdowd.com/pipermail/cryptography/2009-January/014994.html

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

that unsuspecting consumers (users) are able to download; history

further proves that the essential function of this "computer virus"

appears to be nothing more than to transfer fiat money from one

unsuspecting user and transfer the fiat money into the hands of

another user; all under the guise of "technological innovation".

9.2.   Notwithstanding Anoop Bungay's *prior art* and commercial

*PrivateLender.org* **"Peer-to-Peer Electronic Finance**

**System-Network"** *and accompanying subordinate* **"Peer-to-Peer**

**Electronic Cash System-Network"** operations, the "world" considers

the work of this untraceable party to be the beginning point of

"crypto" -- as a genus, species or class of certain consumer safe goods

or services which effect "peer-to-peer financial and subordinate

peer-to-peer cash transactions", which the historical record shows is

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

false or misleading.

9.3.    And this sequence of historical events, Judge Torres, is what brings

me to introduce to you: the Southern District of New York's (SDNY)

*"NONCONFORMING (Counterfeit, Fake, Pirated,*

*Non-compliant/Non-Conforming, Standards-less, Non-de facto*

*Industry Standard, Poor Quality) or FAKE ROLEX PROBLEM"*.

9.3.1.    Just as non-educated (inexperienced, untrained, not-correctly

advised), unsuspecting, trusting consumers are harmed by

purchasing ROLEX® brand goods or services that are not

original and unable to be sourced-to-the-original, quality

standards-based equipment manufacturer (OEM), so, too, are

consumers of *"non original and unable to be*

*sourced-to-the-original , quality standards-based equipment*

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.

 

**MQCC® ◆ Bungay International**

*manufacturer (OEM) 'crypto'".*

9.3.2.   Just as consumers have an expectation of a certain standard of nature, quality and character of a ROLEX® brand of watch, so, too, do consumers have an expectation of a certain standard of nature, quality and character of a BUNGAY INTERNATIONAL TECHNOLOGY CONFORMITY OF ORGANIZATION AND INDIVIDUAL NETWORK™: BITCOIN™ brand of "crypto" or utility token service.

9.3.3.   Just as ROLEX® brands of watches are formed and delivered in conformity to strict standards of quality in order to fulfill consumer requirements, so, too, the BUNGAY INTERNATIONAL TECHNOLOGY CONFORMITY OF ORGANIZATION AND INDIVIDUAL NETWORK™:

MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

Bungay International Inc.
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
MQCC Bungay International LLC
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
Government -  Industry - Consumers

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

BITCOIN™ brand of "crypto" or utility token service is formed and delivered in conformity to strict standards of quality in order to fulfill consumer requirements

9.4. Consumers - including residents of the SDNY - seemingly believe or are resigned to accept that "crypto" as a class or genus of goods and services is inherently volatile-in-value, is driven by computer programs and is regulatory-objectionable -- all of which is false or misleading. In fact, the Anoop Bungay specific-use case of "crypto" shows that correct and proper "crypto" is consumer safe and does no regulatory harm.

9.5. Indeed, history has shown that many enterprising business or finance "promoters", intentionally nefarious or unintentionally untrained of the *de facto* industry standards-of-care established by Anoop Bungay

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12379.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.




**MQCC® ◆ Bungay International**

as early as May 9, 2008, have taken advantage of the knowledge gap

of unsuspecting consumers by promoting experimental "crypto"

projects without realizing that non-experimental, commercial

standards exist. The untrained and untested promoters do not have a

full and complete understanding of the history and origins, underlying

the creation of consumer-safe "crypto" and its formation based upon

the correct and proper applications of principles, concepts and core

methods of non-novel (exact) conformity science. History shows that

some untrained and untested promoters seemingly take the original

computer code created by the "Satoshi Nakamoto" party and modify

then re-package the code in order to create a new "crypto" product.

Then the untrained and untested promoters start the marketing

process, using technology platforms like TIKTOK®, TWITTER®,

INSTAGRAM®, FACEBOOK®, LINKEDIN®, YOUTUBE®,

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.




**MQCC® ◆ Bungay International**

WHATSAPP®, TELEGRAM®, SNAPCHAT®, PINTEREST®, REDDIT®, QUORA®, MICROSOFT TEAMS® (not a complete list [16]); or traditional platforms like radio, television and newspapers, seminars and direct mail. The promoters use terms which pull at the emotions of consumers; terms like: "FOMO" (fear of missing out) or "HODL" (hold your 'crypto'; the 'crypto' version of "buy and hold" in traditional finance); this process creates tremendous mental pressure and anxiety on trusting consumers and, well, as a result, hard-earned money is lost due to the inherent volatility found in experimental, non-commercial-grade (non-standard (standards-less), non-conforming, "crypto".

9.6.    One great mischaracterization (or false or misleading programming)

---

[16] Top Social Media Sites to Consider for Your Brand in 2023; BUFFER.com; Source: https://buffer.com/library/social-media-sites/

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

by "Satoshi Nakamoto" -- or misunderstanding by government, regulators, promoters and consumers --is that the world's first "peer-to-peer electronic cash system" is limited to a certain number of "bitcoin tokens", for example a 21,000,000[17] limit. While this may be true for the duplicative "Satoshi Nakamoto" 'bitcoin'; the OFFICIAL AUTHENTIC ORIGINAL OAO™ brand of BITCOIN™ utility token system service, traceable to the "ORIGINAL ALGORITHM DEVELOPER (OAD™)", namely, Anoop Bungay (with a little help from Santosh Bungay) -- and predates "Satoshi Nakamoto by at least four (4) to five (5) years (April 9, 2005) --- generates *unlimited (infinite; ∞)*, BITCOIN™ brand of tokens and is inherently dual functional:

---

[17] Bitcoin v0.1 released;
https://www.metzdowd.com/pipermail/cryptography/2009-January/014994.html

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

9.6.1. **Function 1:** Inherently tradeable in-kind (barter exchange; data exchanged for goods or services of value); without the need for special regulations because the processes are inherently regulatory-conforming.

9.6.2. **Function 2:** Inherently tradeable in-fiat (monetary exchange; currency exchanged for goods or services of value); without the need for special regulations or specialized "fiat-to-data currency conversion (exchange) processes" or specialized "payments processing systems" because the processes are inherently regulatory-conforming, integrated with fiat business processes and the process of exchange is inherently rooted within the global banking system, without the need for a "payments processing layer".

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

9.7.   The public record will show that yours sincerely has educated

countless people including world famous leaders and central bankers;

see blog.mortgagequote.ca or www.blockchainForJudges.org.

10.   One great misunderstanding by government, regulators, promoters and

consumers is that "real, original, crypto" does NOT need a classical

computer-based network to function; "real, original, crypto" may work

equally well in a physical (non-online, non-electronic, non-virtual,

non-binary digit), real-world network environment -- secretly, privately,

safely and in a regulatory-integrated manner.  This misunderstanding of

requiring an "online system" is promoted by "Satoshi Nakamoto"[18] and

perpetuated by untrained, inexperienced "classical computer programmers"

and promoters.

---

[18] Ibid.

---

**MQCC® Meta Quality Conformity Control Organization Incorporated
as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution
or transmission is not permitted.





**MQCC® ◆ Bungay International**

11. So, how does one correct mischaracterizations and misunderstandings by government, regulators, industry and consumers initiated by actual or ostensible "counterfeiters"? This is the famous "*Anoop Bungay & ROLEX® Conundrum*"; how does an organization like Anoop Bungay (or ROLEX®) correct the public record by initiating an intellectual property dispute against a counterfeiter when the counterfeiter is anonymous and cannot be traced to a physical location?  History proves that the answer is a concerted, tripartite consumer (government, regulator, industry, mainstreet investor, member of public) protection program:

11.1. By publishing textbooks (or Amicus Curiae Briefs) in order to educate the consumer; see <mark>Exhibit 12 in the AMICUS BRIEF OF ANOOP BUNGAY</mark>.

11.2. By registering consumer (government, regulator, industry, mainstreet

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

investor, member of public) protection devices like intellectual property rights, with one or more members of the global World Intellectual Property Organization (WIPO) network. This network includes government members like the United States Patent and Trademark Office (USPTO). See Amicus Curiae of Anoop Bungay for an introduction into some of Anoop Bungay's consumer protection devices including source-identifiers; trademarks, brand names.

11.3.   By creating consumer (government, regulator, industry, mainstreet investor, member of public) infrastructure  See <mark>Exhibit 10 of the AMICUS CURIAE OF ANOOP BUNGAY</mark> for an introduction to the MQCC® Consumer Protection Global Infrastructure.

12.   You are receiving this letter today because the Court needs to know that whatever the Court is being told about the history, nature, quality, character,

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

feature, purpose, function, characteristics of "crypto" and related business

processes is at best, being explained by a person or persons who do not have

22+ years of experience (my journey started at least as early as August 14,

2001); experience with actually creating a safe, fully commercialized,

regulatory-integrated, professional liability (errors and omissions) insured,

*de jure* US National (Federal) integrated, litigation-tested,

regulatory-scrutinized, continually improved: ***"Peer-to-Peer Electronic***

***Finance System-Network"*** *and accompanying subordinate* ***"Peer-to-Peer***

***Electronic Cash System-Network"*** *operations*; and this matters because

millions of consumers world-wide think the common understanding of

volatility and regulatory uncertainty and regulatory conflict is normal, and

this is false. The historical record proves that correct and proper "Crypto"

["Original Crypto" or "Originating Crypto" --- traceable to the seminal and

pioneering work of Santosh & Anoop Bungay] co-exists peacefully with

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

public securities regulators. Further, the Amicus Curiae and Exhibits will prove to the Court that historically correct and proper (original or originating) "crypto" nature, quality and character is exactly opposite what the consumers and Court might be led to believe. For example, correct and proper (original or originating) "crypto":

12.1.   Reduces carbon footprint

12.2.   Maintains privacy (no need for regulatory reporting to third parties including "FINTRAC" or "FINCEN" or "COMMON REPORTING STANDARDS reporting")

12.3.   Reduces volatility of a financial transaction

12.4.   Encapsulates value

12.5.   Is regulatory-integrative where applicable

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y 2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

12.6.    Is borne of correct and proper applications of non-novel (exact)

conformity science ([www.conformity.org](http://www.conformity.org)), not "classical computer

science"

12.7.    Requires a practitioner to attend an MQCC® ACCREDITED

CLASS™ or approved learning facility for 4 years for a bachelor level

of knowledge; 2-3 years for a Master's degree level of knowledge; 2-4

years for a Doctorate degree level of knowledge and expertise; plus

between 5 to 15 years of real-world experience for competency

through proficient standard of competence levels of expertise[19].

12.8.    A recognized expert in "crypto", who has learned directly from Anoop

Bungay or from a curriculum that traces back to the corpus of

---

[19] Bungay, Anoop. (2019). *Teaching Harvard & All Higher-Level, Accredited/Accredited Class®, Regulated, Vocational, Academic, Research, Development (HARVARD) Class Organizations World-Wide: True "Principles of 'BlockChain'"™* Calgary, Alberta: MQCC™ Money Quality Conformity Control Organization

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

intellectual property and conformity science knowledge developed by

Anoop Bungay, has earned one or more of the following brand name,

source-identifier, trademark registered professional designations

issued by Anoop Bungay's educational division of MQCC®:

12.8.1.   PROFESSIONAL BLOCKCHAINEER (P. BCR.)

12.8.2.   PROFESSIONAL BITCOINEER (P. BTCR.)

12.9.   A simple test to gauge the level of experience a candidate for the

position of "promoter" or "expert" or "consultant" in practical (praxis;

not theory) and commercial-tested experience in matters related to

peer-to-peer electronic (and non-electronic) finance systems and

subordinate peer-to-peer electronic (and non-electronic) cash systems

or "crypto", is to ask one and only one question:

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

12.9.1.　"What were you doing on April 9, 2005?"

　　12.9.1.1.　Based upon the answer provided to you, you will get a good sense of the person's length of experience of degree of exposure or grasp of the historical record.

　　12.9.1.2.　To be candid, I have heard some people say: "I was in elementary school", or "I was in junior high school" or "I was in high school" or "I was in university" or "I was in a job in an unrelated field."

12.10.　Not a complete list

13.　Another reason you are receiving this letter today is because as commercialized, consumer-safe, regulatory-integrated forms "crypto" become more "mainstream", pursuant to the U.S. Code of Federal

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

Regulations (CFR) Title 17 Chapter II Part 275 § 275.206(4)-1 Investment

adviser marketing[20], public regulatory organizations like the U.S. Securities

and Exchange Commission (SEC; the Plaintiff) and private regulatory

organizations like the Financial Industry Regulatory Authority FINRA[21]

require regulated professionals to follow a fair and balanced[22] [23] approach

when presenting information within advertising; particularly in matters

related to *material risk*, *specific investment advice*,  *performance results*, and

*performance time periods. Further, An advertisement may not otherwise be*

---

[20] U.S. Code of Federal Regulations; Title 17 Chapter II Part 275 § 275.206(4)-1 Investment
adviser marketing; Source:
https://www.ecfr.gov/current/title-17/chapter-II/part-275/section-275.206(4)-1
[21] FINRA Financial Industry Regulatory Authority; www.finra.org
[22] SEC: SEC Adopts Modernized Marketing Rule for Investment Advisers; Source:
https://www.sec.gov/news/press-release/2020-334
[23] FINRA:  Frequently Asked Questions About Advertising Regulation; Source:
https://www.finra.org/rules-guidance/guidance/faqs/advertising-regulation

**MQCC® Meta Quality Conformity Control Organization Incorporated
as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution
or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

*materially misleading.*[24]

13.1.   In order to adhere to the principles of a "fair and balanced" approach by every regulated organization (licensee or regulatee) and regulated professional (advisor, agent) under the regulatory supervision of the U.S. Securities and Exchange Commission (SEC; the Plaintiff) or Financial Industry Regulatory Authority FINRA, it stands to reason that the regulated organizations and professionals would need to provide disclosure -- in all of there applicable advertising --  to all of their current and future "crypto" investor customers of the existence of Anoop Bungay and the 22+ years of development and commercialization of PrivateLender.org and the goods and services provided by MQCC® MortgageQuote Canada Corp., Bungay

---

[24] U.S. Code of Federal Regulations; Title 17 Chapter II Part 275 § 275.206(4)-1 Investment adviser marketing; Source: https://www.ecfr.gov/current/title-17/chapter-II/part-275/section-275.206(4)-1

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

International Inc., MQCC Bungay International LLC and related

parties; including the fact the fully commercialized,

regulatory-integrated, professional liability errors and omissions

insured, Anoop Bungay "crypto" (peer-to-peer finance system and

subordinate cash system) system-network pre-dates the "Satoshi

Nakamoto" experimental process by at least 4-5 years; the Anoop

Bungay company, MQCC® (MortgageQuote Canada Corp.)

organization is continually registered to the U.S. National Standard for

quality management, which provides legislators, regulators,

consumers, industry, academia, the general public with instant or

*prima facie* (at-a-glance) evidence of safe, reliable and good products

and methods; better, safer and more efficient governance,

management, and operation processes of an organization.

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

13.2.    On May 24, 2022, 11:12 AM, Anoop Bungay Founder of MQCC®

contacted Mr. Robert W. Cook, CEO of FINRA to discuss matters

related to "fair and balanced" advertising by FINRA regulatees and

"consumer protection" in a document entitled: _May 2022 Public_

_Consumer Protection Message to Mr. Robert W. Cook, Esq., President_

_FINRA and US Investors and Foreign Direct Investors who place_

_their Financial trust in FINRA-regulated Organizations and_

_Professionals_; see Exhibit 4 of the AMICUS CURIAE OF ANOOP

BUNGAY to read the letter.

14.    A further reason you are receiving this letter today is because the Court

needs to know that while the Court may consider the HOWEY TEST for

determining if a "digital asset" is an investment contract[25], and while the

---

[25] Framework for "Investment Contract" Analysis of Digital Assets; US Securities and Exchange
Commission; https://www.sec.gov/corpfin/framework-investment-contract-analysis-digital-assets

---

**MQCC® Meta Quality Conformity Control Organization Incorporated
as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution
or transmission is not permitted.





**MQCC® ◆ Bungay International**

Court may consider the DAUBERT TEST for determining qualification of an expert; there may be a need to introduced the Court to the **BUNGAY TEST** for determining whether the nature, quality, character, feature, form, function, purpose, extent, characteristics of a genus or species of goods or services claimed to be "crypto" actually, ostensibly or realistically meets the originating  commercial standards and *de facto* industry standards, established at least as early as April 9, 2005 and continually improved over the past 17+ years.

15.    While the historical record will show that as early as over four (4) years earlier, yours sincerely (Anoop Bungay) invited the Office of the Chair of the U.S. Securities and Exchange Commission (SEC) ---the Plaintiff -- to learn directly from the creator, this offer was not pursued (see <mark>Exhibit 1, Exhibit 2 and Exhibit 3 of the AMICUS CURIAE OF ANOOP BUNGAY</mark>

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

for proof); yours sincerely (Anoop Bungay) is a non-affiliated party and has

no relationship whatsoever with any other parties.

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

15.1.   If a picture is worth 1000 words; here is a picture of a textbook including the invitation to the Plaintiff (available on the internet).



---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

16.     Over the past 21+ years, the Court needs to know that the Plaintiff is not the

only party that has been contacted, educated or otherwise directly or

indirectly approached by yours sincerely (Anoop Bungay); the list spans

decades and includes everyday citizens and world leaders and captains of

industry, alike:

16.1.     International Conference of Legal Regulators (ICLR);

16.2.     American Bar Association (ABA);

16.3.     Federation of Law Societies of Canada (FLSC); (see

www.BlockChainforLawyers.org to read the letters)

16.4.     Current or former Canadian elected or appointed officials, or heads of

organizations or senior members of organizations including provincial

regulatory bodies in various industries; Canadian federal government

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

ministries or agencies including Federal law enforcement, including:

16.5.    Minister of Finance (Federal) - Canada

16.6.    Ministry of Finance (Federal) - Canada

16.7.    Treasury Board Secretariat of Canada

16.8.    Competition Bureau of Canada

16.9.    Top Management in the Alberta Government - Canada

16.10.   Real Estate Council of Alberta RECA - Canada

16.11.   BC (British Columbia) Ministry of Finance; Deputy Premier of BC - Canada

16.12.   Financial Services Regulatory Authority of Ontario FSRA (formerly FSCO) - Canada

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

16.13.   BC Financial Services Agency BCFSA (formerly FICOM) - Canada

16.14.   Ontario Securities Commission OSC - Canada

16.15.   including practicing or non-practicing lawyers (licensed legal professionals) in various and sundry roles from policy making to investigation to enforcement

16.16.   International Science Council

16.17.   Chief Science Officer of Canada

16.18.   Bank of Canada (1 or Senior Managers and 1 or more Past Governors)

16.19.   Various and sundry journalists including Bloomberg; National Post of Canada; FOX Business; visit: ijcs.mqcc.org)

16.20.   Heads (past and current) for various G20 and G7 Central Banks

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

16.21.   TMX Group - Canada Stock Exchange

this is an incomplete list; visit www.DisclosureOfBlockChain.com or

www.mqcc.org to learn more (See Exhibit 7 of the AMICUS

CURIAE OF ANOOP BUNGAY)

16.22.   International bodies and other international organizations

16.22.1.   United Nations

16.22.2.   United States current and former Presidents

(www.President-to-President.org); See Exhibit 8 of the

AMICUS CURIAE OF ANOOP BUNGAY

16.22.2.1.   Bush, Jr.

16.22.2.2.   Obama

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

16.22.2.3.    Trump

16.22.2.4.    Current President, Biden

16.22.3.    United States Congressional Committee Chairs

16.22.4.    United States Securities and Exchange Commission SEC®

16.22.5.    Financial Regulatory Authority FINRA USA

16.22.6.    Bank of England, both Current and Past Governors

16.22.7.    this is an incomplete list visit

www.DisclosureOfBlockChain.com or www.mqcc.org to learn

more

16.23.    (3) You may see my letters to Bloomberg; Federation of Law Societies

of Canada FLSC; and the USA FINRA (Financial Industry Regulatory

**MQCC® Meta Quality Conformity Control Organization Incorporated
as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution
or transmission is not permitted.





**MQCC® ◆ Bungay International**

Authority) at blog.mortgagequote.ca and twitter @mymortgagequote

17.    Here is a list of some websites and textbooks published by yours sincerely

(Anoop Bungay);

·    [www.BlockChainForJudges.com](www.BlockChainForJudges.com)
·    [www.mqcc.org](www.mqcc.org)

**Blog:**

●    Blog.mortgagequote.ca

**Twitter:**

●    @mymortgagequote

**The International Journal of Conformity Science IJCS™**

●    ljcs.mqcc.org

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.