


**MQCC® ◆ Bungay International**



● *The 21st CENTURY SCIENTIFIC METHOD™: Triangle to Triangle Pyramid to Solid Square Pyramid: A Stronger Scientific Method by Correct and Proper Application of the Trademark "Principles of 'BlockChain'"™* ; [available only on both Amazon and GOOGLE PLAY]



---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
Government -  Industry - Consumers

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.

 

**MQCC® ◆ Bungay International**

---



- *Origin of a Specie™: A Transparent, Incontestable, Encyclopedic History of the "Principles of 'BlockChain'"; Birth of Binary Digit Utility Tokens, Securities Tokens; International Standards Integration and the Discovery of Conformity Science.  2001:2019 and Onward'* ; [available only on GOOGLE PLAY; the most important textbook]

**Origin of A Specie™** - about the history of BlockChain, bitcoin generic cryptocurrency; BITMORTGAGE® trademark brand name cryptofinance, security tokens, utility tokens, other tokens; historical global disclosure and the future.

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
Government -  Industry - Consumers

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.




**MQCC® ◆ Bungay International**



- *Learn "The Global Standard for BlockChain®" Level 01: for School Children, Chief Executive Officers (CEO) & Chief Fiduciary Officers (C-FIDO™); (BlockChain Means Pinky Promise!™) - Level 01* ; [the only textbook my mother has read; available only on both Amazon and GOOGLE PLAY]



A. K. (Anoop) Bungay, P. BCr.™

A *World BlockChain Day*™ Text Series
www.conformity.org

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
Government -  Industry - Consumers

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.




**MQCC® ◆ Bungay International**



- <u>Legislator, Regulator & CEO Conformity Handbook: British Columbia (BC), Canada;</u>   [available only on both Amazon and GOOGLE PLAY]

**Legislator, Regulator & CEO Conformity Handbook: British Columbia (BC), Canada; Finance Sector Edition** - about how Leaders in Government can identify, correct and prevent money $ loss through mistakes, problems, tax evasion, money laundering and wastage (just like explained in the examples of this book).



**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
Government -  Industry - Consumers

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.

 

**MQCC® ◆ Bungay International**



● *How the April 9, 2005 - World's First - Commercial Application of "Principles of 'BlockChain'" Was Influenced by Secretaries- & Directors-General of UNGA, OECD, WIPO & WTO Organizations from 2001-2005* [available only on both Amazon and GOOGLE PLAY]

How the **April 9, 2005** - **World's First** - Commercial Application of the **"Principles of 'BlockChain'"**

Was Influenced by **Secretaries- & Directors-General** of

UNGA   OECD™   WIPO™   WTO™

   

Organizations from 2001 to 2005

And in 2020, How Member Nations of UNGA, OECD™, WIPO™ and WTO™ Will Improve Trust, Accountability, Efficiency and Reduce Waste (Money Laundering, Corruption, Tax Evasion, Fraud, Incompetence, Errors and Omissions) within their Government, Governance, Regulatory and Other Institutions in Accordance with Some or All UNGA, OECD™, WIPO™ and WTO™ Organization Mission, Vision, Values, Mandates, Standards or Guidelines

A. K. (Anoop) Bungay

  



A **World BlockChain Day**™/® Text Series
www.conformity.org

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
Government -  Industry - Consumers

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.

 

**MQCC® ◆ Bungay International**

---



- <u>*MQCC SAFER™ Peer-to-Peer (P2P)/Private/Crypto/Secret/Shadow Finance: Be The Bank® Series "Private Lending" Program CANADA - INTERNATIONAL EDITION*</u>
[available only on both Amazon and GOOGLE PLAY]

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
Government -  Industry - Consumers

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.

**Page 61/374**

 

**MQCC® ◆ Bungay International**

---



● *Teaching Harvard & All Higher-Level, Accredited/Accredited Class®, Regulated, Vocational, Academic, Research, Development (HARVARD) Class Organizations World-Wide: True "Principles of 'BlockChain'"*™ [available only on both Amazon and GOOGLE PLAY]

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
Government -  Industry - Consumers

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.

 

**MQCC® ◆ Bungay International**

---

        

● _Anoop Bungay, BlockChain, bitcoin, The UK, Royal Family, The Commonwealth, Current & Future World Leaders: Government, Commerce (Industry-Finance) & Academia; British Subjects, Citizens, Residents_  [available only on both Amazon and GOOGLE PLAY]

    

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
Government -  Industry - Consumers

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.




**MQCC® ◆ Bungay International**



- *Teaching Billionaire, Founder & CEO: Anoop Bungay { Warren Buffet, Jack Dorsey, Larry Ellison, Jimmy Pattison, Robert F. Smith, MQCC™ { Berkshire Hathaway, Twitter, Oracle, Jim Pattison Group, Vista Equity,* [available only on both Amazon and GOOGLE PLAY]

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
Government -  Industry - Consumers

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.

 

**MQCC® ◆ Bungay International**

---

 



- <u>*OSI 11™: Bungay Unification of Quantum Phases trademark BLOCKCHAIN™ Layer for Open Systems Interconnection of BlockChain™ System-Networks: 11 Layer DIP™: Distributed (Federated) Integrated Protocol*</u> [available only on both Amazon and GOOGLE PLAY]

  



A. K. (Anoop) Bungay, P. BCr.®
A *Father of BlockChain*®/™/℠ Textbook Series
www.mqcc.org





---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
Government - Industry - Consumers

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.