



**MQCC® ◆ Bungay International**

distinctive term "BLOCKCHAIN™" to the underlying

processes that form a necessary and sufficient part of a

peer-to-peer finance electronic (and non-electronic) finance

system and subordinate peer-to-peer electronic (and

non-electronic) cash system). This  is an incomplete or

improper understanding of the *prior art* and an incomplete and

improper understanding of the "descriptive" terms versus

"distinctive" terms that form the corpus of knowledge in

relation to the underlying non-novel (exact) scientific concept

system of conformity science. Terminologically, the distinctive

compound word: "BLOCKCHAIN™" fails as a descriptive

scientific term. The correct term to describe the abstraction is

***"conformity sequence"***. The underlying defined process to

which the designation (appellation) ***"conformity sequence"*** is

**MQCC® Meta Quality Conformity Control Organization Incorporated
as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution
or transmission is not permitted.





**MQCC® ◆ Bungay International**

applied, is borne of correct and proper applications of

principles, concepts and core methods (including objects,

concepts, designations, definitions (terminology))[60] of the

domain of non-novel (exact) conformity science; and possesses

essential, delimiting characteristics including information:

immutability, non-repudiation, consensus, traceability,

verifiability, insurability, quality management, audit,

assessment, de jure or de facto standards-based management

(not a complete list). When converged, these essential

characteristics complete the concept; the intention. See

normative reference document: *ORIGIN OF A SPECIE™: A*

*Transparent, Incontestable, Encyclopedic History of the*

*"Principles of 'BlockChain'"; Birth of Binary Digit Utility*

---

[60] ISO 704-2000 Terminology Work - Principles and Methods; or later version.

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y 2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

_Tokens, Securities Tokens; International Standards Integration and Discovery of Conformity Science. 2001:2019 and Onward_[61]; a textbook authored by yours sincerely (Anoop Bungay) which traces the origin of the appearance of the distinctive compound term "blockchain" in both. Commercial applications of '_conformity sequences_' are designated as "_conformity strings_" or "_encapsulated conformity strings_", depending on unlimited or delimited function. "_Conformity string theory_" is a subject of study and forms part of the quantum unification concept system within the field of non-novel (exact) conformity science. See www.conformity.org. Complete normative references

---

[61] Bungay, Anoop. (2019). Origin of a Specie™. Calgary, Alberta: MQCC Money Quality Conformity Control Organization. ISBN: ISBN: 978-1-9991884-7-4 (E-Book)
ISBN: 978-1-9991884-8-1 (Hardcover Book)

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

(documents; textbooks) may be found at

www.BlockChainForJudges.org.  As a distinctive term, the term

BLOCKCHAIN™ when used-in-commerce, is a double

entendre and possesses a secondary meaning and serves as a

source-identifier and world-famous, well-known mark

(trademark) brand name of Anoop Bungay or related

organizations for certain classes, genus and species of specific

and proprietary goods and services.

10.2.3.   To underscore; the distinctive compound term

"BLOCKCHAIN™" is a trademark for a certain species of

goods and services borne of applications of  principles,

concepts and core methods of non-novel (exact) conformity

science and is not merely a generic term for a class or genus of

something generally known as "technology".

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

10.2.4.   The subject of terminology cannot be raised without consideration of the subject of "**standards**". Standards are defined by the International Organization for Standardization (ISO) of which the U. S. Government is a founding member: *"a formula that describes the best way of doing something. It could be about making a product, managing a process, delivering a service or supplying materials – standards cover a huge range of activities. Standards are the distilled wisdom of people with expertise in their subject matter and who know the needs of the organizations they represent – people such as manufacturers, sellers, buyers, customers, trade associations, users or regulators.*[62]

---

[62] International Standards Organization; ISO.org https://www.iso.org/standards.html

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

10.2.4.1.   As the originating creator, Anoop Bungay (and his

organizations: MortgageQuote Canada Corp. and Bungay

International Inc. and MQCC Bungay International LLC;

collectively identified-in-commerce by the proprietary

trademark source identifier: MQCC®) is the world's

leader and "standard setter" for commercialized, insured,

consumer-safe, standards-based, international

standards-integrated, regulatory-integrated and regulatory

conforming peer-to-peer finance systems and

peer-to-peer cash systems, also known as "crypto".

Apart from the Anoop Bungay Organizations (MQCC®),

there are one or more private international standards

setting organizations (bodies) like MQCC®. These other

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government - Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

organizations include the International Organization for Standardization (ISO), of which the U. S. Government is a founding member.

10.2.4.2.    On a vital historical note: within ISO, there are several technical committees. One of the committees is ISO-TC (technical committee) 307, which is embarking on an attempt to 'standardize' a certain general or generic concept system by the designation (appellation) of the distinctive term 'blockchain' (to be confused by the double entendre nature of the distinctive term and its use as a trademark for a certain class of goods or services owned by Anoop Bungay, namely, BLOCKCHAIN™).

10.2.4.3.    The first generation of ISO 'blockchain standards' (*ISO BS*) is codified in the documents named as ISO 22739

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.




**MQCC® ◆ Bungay International**

ISO 23257 and ISO/TC 3242.

10.2.4.4.   Historically, the work of the ISO-TC (technical committee) 307 *post-dates* the seminal and pioneering work of Anoop Bungay and his development of the *de facto* **industry standards**, known-in-commerce as MQCC® BUNGAY STANDARDS™ (MQCC BS™) which codify some or all of the corpus of business processes, methods, formulas, designs, algorithms and related intellectual property needed to effectively and safely design, build, test, deploy and continually improve a "peer-to-peer electronic (and non-electronic) finance system" and subordinate "peer-to-peer electronic (and non-electronic) cash system"; starting with the one and only www.privatelender.org which commenced

MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

Bungay International Inc.
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
MQCC Bungay International LLC
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
Government -  Industry - Consumers

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.




**MQCC® ◆ Bungay International**

commercial operations least as early as April 9, 2005.

10.2.4.5.   For the public and historical record, it should be reiterated that as early as between summer 2007 and May 9, 2008; MQCC® BUNGAY STANDARDS™ for a peer-to-peer electronic (and non-electronic) finance system and subordinate peer-to-peer electronic (and non-electronic) cash system integrated a subordinate layer of quality management system (subsystem), namely, the US National (Federal) *de jure* standard ISO 9001:2001. From 2008 to present year (2023), subsequent US National (Federal) *de jure* standards integration with MQCC® BUNGAY STANDARDS™ and ISO Standards include ISO 9001:2008 and the risk-based ISO 9001:2015.

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

10.2.4.6.   One interesting historical note with respect to the ISO

organization is that theISO-TC (technical committee) 307

was formed in 2016, which is eight (8) years after the

PRIVATELENDER.org business was fully

commercialized. Further, 2016 is the same year that

Anoop Bungay independently reached out to collaborate

with the Canadian founding member body of ISO,

namely the Canadian Standards Group (CSA Group),

which serves as the Secretariat and leader of the ISO

technical group for quality management, namely, ISO-TC

(technical committee) 176 for collaboration and valuable,

transfer of seminal and pioneering knowledge of Anoop

Bungay -- at an organization-to-organization

(peer-to-peer) scale. As of December 2016, there is a

---

MQCC® Meta Quality Conformity Control Organization Incorporated
as MortgageQuote Canada Corp.
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

Bungay International Inc.
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
MQCC Bungay International LLC
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
Government -  Industry - Consumers

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution
or transmission is not permitted.





**MQCC® ◆ Bungay International**

suspension in communication between Anoop Bungay and ISO-TC (technical committee) 176 Secretariat (CSA Group) because of a question of how to manage the issue of intellectual property, including the need for Anoop Bungay to take time to allow for "binding of intellectual proprietary intellectual property (IP) rights".

10.2.4.7.  The historical and public record shows that regrettably, the corpus of information that forms the initial version of "blockchain standards" developed by ISO-TC (technical committee) 307 does not include vital pioneering information and intellectual property developed over 22 years by Anoop Bungay, including the necessary examples of real-world commercial use.

10.3.  A tertiary (third) instance of concern is the usage and application of

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

the term "digital asset". The term "digital asset" is an incomplete and

insufficient and therefore inappropriate term because it fails to include

the delimiting essential characteristics of the underlying object

including that an asset may be part of a wider securities structure

between another party (peer). For instance, consider an example of a

peer-to-peer financial transaction wherein one party (peer) possesses

control of the "asset" face of the transaction and the other party (peer)

possesses control of the obverse, or "debt" face. A more appropriate,

complete term (in simplified form) is: ***digital financial instrument*** or

***binary digital financial instrument***; or ***electronic financial

instrument*** or ***virtual financial instrument***.

11.   If the Court truly wishes an authoritative information on the pleoverse[63] of

---

[63] Collins Dictionary: Pleoverse; New Word Suggestion;
**A larger concept system coined by Anoop Bungay to identify the superordinate body within which a metaverse exists**

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Runderidge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Runderidge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

"what crypto is" and "what crypto" does, then the Court may seek to obtain

formal involvement of Anoop Bungay. Afterall, in a historical context, if any

person wanted to know first hand about the scientific theory of relativity, the

person would approach Professor **Albert Einstein** (the **"Father of Modern**

**Physics"**[64]), directly (on a peer-to-peer basis; pardon the pun). So, too, might

a person seek the advice of brothers, **Wilbur and Orville Wright**, when

seeking to learn more about  the science of how the Wright brothers

developed their airplane; the **"Fathers of Modern Aviation"**[65]. Or, if a

person wanted to learn more about the science of  radiation, one would have

---

Additional Information: Word origin: Greek (Pleo-) French and Latin (-verse). Part of speech: noun; use in an example sentence: The pleoverse is a universe of more than one smaller universe of different things.

Submitted By: anoop.bungay - 12/12/2021

Approval Status: Pending Investigation
Source: https://www.collinsdictionary.com/submission/24432/pleoverse
[64] Google Search: Einstein "the father of modern physics"
[65] Google Search: "fathers of modern aviation"

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

approached **Marie Curie**, **"The Mother of Radiation"**[66]. So, it stands to

reason that if the a person (or the Court) wishes to seek knowledge, on a

first-hand-basis, of the non-novel (exact) science upon which the principles,

concepts and core methods of the commercialized application of the class,

genus and species known descriptively as "peer-to-peer electronic finance"

and generically as "crypto" one need only look to the World Intellectual

Property Organization (WIPO) network member, the United States Patent

and Trademark Office (USPTO) and lookup goods or services

marketed-in-commerce by the following trademark source identifiers:

- FATHER OF CRYPTO®

- FATHER OF BITCOIN®

- FATHER OF BLOCKCHAIN®

---

[66]  Google Search: "mother of radiation"

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

to find the name **Anoop Bungay,** *"The Father of Modern Conformity Science".*

## 12.    CONCLUSION

12.1.    For the reasons discussed above, for additional reasons described in

addition to the reasons included in the *"LETTER TO HONORABLE*

*JUDGE ANALISA TORRES"* and "*MOTION FOR LEAVE"* Anoop

Bungay supports neither the Plaintiff nor the Defendant.

Respectfully submitted,

/s/ Anoop Bungay
*Amicus Curiae*

A. K. (Anoop) Bungay                    Governor
President                                        MQCC Bungay International LLC
MortgageQuote Canada Corp. MQCC®    1629 K Street NW, Suite 300
Bungay International Inc. (BII™)          Washington, DC  20006
548 Rundleridge Drive NE                  USA
Calgary, Alberta  T1Y2K7
Canada

---

**MQCC® Meta Quality Conformity Control Organization Incorporated
as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution
or transmission is not permitted.





**MQCC® ◆ Bungay International**

# EXHIBITS

**Exhibit 1: Anoop Bungay Memo to Jay Clayton, Chair SEC - Fri, Dec 6, 2019 at 12:04 PM**

---------- Forwarded message ---------

From: **Anoop Bungay** <anoop.bungay@mortgagequote.ca>

Date: Fri, Dec 6, 2019 at 12:04 PM

Subject: MQCC™.org - SEC®.gov: Invitation to the Chairman to Learn, License & Collaborate (LLC™); MQCC the Original Classification Authority for Global "Crypto" Finance & the "Principles of 'BlockChain'"

To: <chairmanoffice@sec.gov>

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

Chairman Jay Clayton

United States (U.S) Securities and Exchange Commission (SEC®)

100 F Street, NE

Washington, DC 20549

202) 551-2100;

chairmanoffice@sec.gov


Chairman Clayton, (Jay, if I may),


[This email will remain private until you contact me; a public "open letter to the

SEC" will follow sometime later next week, but first, I would like to give you the

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

courtesy of a prior, personal, direct contact.]

1.0 - You served as a law clerk for the Honorable Marvin Katz of the U.S. District Court for the Eastern District of Pennsylvania. A member of the New York and Washington, DC bars, Chairman Clayton earned a BS in Engineering from the University of Pennsylvania (summa cum laude), a BA and MA in Economics from the University of Cambridge (Thouron Scholar), and a JD from the University of Pennsylvania Law School (cum laude, Order of the Coif); so you - of all people on Earth - will quickly understand this message and appreciate the implications, historically and globally.

2.0 - This letter to you today is over 19 years-in-the-making. A historical SEC® internal record audit will show that your office received a telephone call from yours sincerely on or about December 12, 2017 however your very kind telephone

MQCC® Meta Quality Conformity Control Organization Incorporated
as MortgageQuote Canada Corp.
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

Bungay International Inc.
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
MQCC Bungay International LLC
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
Government -  Industry - Consumers

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution
or transmission is not permitted.





**MQCC® ◆ Bungay International**

reception lady mentioned that you were busy in a meeting, so could not take the

telephone call. In retrospect it was good that you and I did not connect at that time

because it would have been premature.  During the 2 years (to the week) of your

very forward thinking cautionary letter to your clients (US and Global participants

in the US Securities markets) of December 11, 2017 until today, yours sincerely

has taken the time to provide notices to relevant global peer authorities, including:

- International Science Council

- 25 Global Country-Appointed Chief Scientists, Leading Scientists (including
  the Director of the Office of Science and Technology Policy  USA)

- United Nations

- United States (US) of America Congressional Research Services

- Committee on Science, Technology, and Law at the US National Academies
  of Sciences, Engineering, and Medicine

**MQCC® Meta Quality Conformity Control Organization Incorporated
as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution
or transmission is not permitted.





**MQCC® ◆ Bungay International**

- Government of Canada (Treasury Board President)

- Governor of the Bank of England (former Governor of the Bank of Canada)

- And - over the course of the past 19 years - dozens of other highest-level National, International, Inter-government organizations, legislators, regulators (securities regulators), legal professionals (like you), law enforcement agencies, policy makers, Lords, Ministers and peers.

Today, December 6, 2019, it is finally time to contact you, Chairman Clayton.


3.0 - You will be very pleased to know that the world's first, fully functional, "Peer-to-Peer Electronic Finance System", [the first commercial application of what the "world" generally recognized as "security tokens" which are nothing more than "utility tokens" that are specifically designed and built to contain binary digit (electronic/"hot") or non-binary digit (non-electronic/"cold") information

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

pertaining to "*non-bank, non-institutional, non-syndicated, non-regulated or regulatory exempt, free trading* **securities and related financial** *instruments*; also known as Peer-to-Peer (P2P)/Private/Crypto/Secret/Shadow **securities and related financial** instruments, (because of how they are packaged, transmitted and classified), secured by real estate."], brought on-line on April 9, 2005 at PrivateLender.org: Canada's Private Lending Network™/® (at the uniform resource locator: www.privatelender.org), was unexpectedly memorialized in a traceable, verifiable, immutable, non-repudiable manner, by your own United States Patent and Trademark Office (USPTO) on November 17, 2006. Built on seminal "Principles of 'BlockChain'", first observed/discovered through a scientific-method-based process, yours sincerely - A.K. (Anoop) Bungay - between at least as early as August 14, 2001 and full-scale, globally accessible commercialization on April 9, 2005; and, continues to operate by consensus (without global-, public-, regulatory-objection) until today.

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

4.0- You are both a lawyer (member of the New York and Washington, DC, Bar Associations) and a graduate of a formal engineering sciences education program, so you will appreciate the following:

- the body (corpus) of commercialized knowledge that built the world's first application of the "Principles of 'BlockChain'"-in-commerce, is:

> (a) successfully litigation tested by some members of the International Conference of Legal Regulators (ICLR); and set the **global standard** for government, industry, retail consumers, legal professionals (solicitors/barristers) and global corporate risk insurers, for the quality characteristics of a regulatory-recognized, military/law-enforcement-grade, defense-standard, litigation-tested, professional

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

liability-insurable (risk-based, professional errors and omissions policy) "*non-bank, non-institutional, non-syndicated, non-regulated or regulatory exempt, free trading*, 100%, End to End (E2E™), Top to Bottom (T2B™) "Principles of 'BlockChain'"-based, Peer-to-Peer (P2P)/Private/Crypto/Secret/Shadow **securities and related financial** organization, system, technology, service or product "looks like" and "functions as".

(b) since May 9, 2008 - over a period of at least 12 years - continuously registered to a US National Standard, globally recognized to make "methods and products 'better, safer and more efficient' for government, industry and retail consumers; namely, ISO 9001:2000, ISO 9001:2008 and ISO 9001:2015.

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government - Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

(c) discovery of the "Principles of 'BlockChain'" led to the discovery of a new field of study, namely, conformity science; www.conformity.org.

(d) the primary consumers of the MQCC "Originating BlockChain" have been lawyers (as legal professionals and as private investors). Afterall, 19 years of history shows that only lawyers appreciate a fully functional, litigation-tested system of trust" that is registered to ISO 9001:2015. The secondary consumers have been Professional Engineers®; persons who also understand the implications of what ISO 9001:2015 can do to an organization or a product (but had no idea that someone merged an innovation not seen before,

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

named: 'BlockChain' with an ISO 9001:2015 standard, and forged something that makes "mainstreet" investors enjoy safer, better and more efficient investing; oh, and did all of this 6 months BEFORE the 'whitepaper' for the subordinate, 'peer-to-peer electronic cash system', was published and 9 months before the alpha-state, experimental, executable computer program, programmed in C++ computer language, was made available to the global public. By the way, the subordinate 'peer-to-peer electronic cash system represents less than 1/1000th of the MQCC Originating BlockChain™ for a "Peer-to-Peer Electronic Finance System" by scale. Afterall, "cash" represents only a fraction of the total financial system component framework.

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

When properly understood and properly applied - *first at the CEO level of ANY organization* - the "Principles of 'BlockChain'"'s highest and best use, is for regulatory-integrated functions of ANY regulated entity: financial, engineering, scientific, medical, educational, business. And the highest and best use of my personal time and intellectual property is to work with the CEO of a forward-thinking regulatory body, under a paid consultation and intellectual property disclosure agreement.

5.0 - Please do not be surprised; the reason why it has taken me so long to get to you is because - as creator of the world's first, original "system of trust" and original "truth machine", I have always known that the "Originating BlockChain" would trace back to me because the Originating BlockChain "always remembers and does not forget" - so there is "no rush". The day after you sent your letter on December 11, 2017, you will discover that I created www.learnitrightcrypto.com to

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

educate people. You see, in 2020, the "Originating BlockChain" celebrates AT

LEAST 15 years of existence in the past 15 years, the focus has been on slow and

steady - non-volatile (business growth and education. But, truth be told, nobody is

listening to "how to do it right, in a manner that conforms to statutory, regulatory

and customer requirements in up to 118 countries".


6.0 - Let me be clear; I could have "gone public" a decade or earlier but who - on a

mass scale - would have understood the implications of this complex, critical,

high-value concept that requires a legal or engineering mind to fully

comprehensively understand, on April 9, 2005? Indeed, what were you doing in

your life, on April 9, 2005, Commissioner Clayton? And if you want financial

proof that regulated and free trading crypto finance is safe, secure and non

public-market-volatile (essentially: "MAINSTREET SAFE™"), look at

investor.mqcc.org. MQCC's 10 year CAGR (Compound Annual Growth Rate)

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

since at least as early as December 2008 for one of its statistics is over 32% and

MQCC's  Average Percentage Yield (APY) earned by its  Peer-to-Peer

(P2P)/Private/Crypto/Secret/Shadow investor-lenders averages 15.75% per year,

each year, every year, since at least as early as December 2008. All with

zero-public-market beta. True Private Finance. Don't worry about the Canadian

Securities Administrators (CSA); I have personally educated some of the lawyers

employed in the market conduct division of some its larger member jurisdictions.

And if you know scientists and academics, the mundane quest for money comes

second to the transmundane benefits of discovery and development of innovation

that advances the human condition, advances the body of human knowledge,

advances the state of the art, advances the state of the science and, changes the

shape of how the world understands "Risk Based-Human-Machine-Organization"

interaction.

**MQCC® Meta Quality Conformity Control Organization Incorporated
as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution
or transmission is not permitted.





**MQCC® ◆ Bungay International**

7.0 - Why SEC®?: because-- as explained in the global, authoritative encyclopedic reference: *Origin of a Specie™* (origin.mqcc.org) - between former Commissioner Luis A. Aguilar (who correctly understood non-regulated or free trading peer-to-peer finance in USA) to your current Commissioners; over the past 14 years, through observation of your SEC® enforcement actions of companies that were incorrectly passing off as *non-bank, non-institutional, non-syndicated, non-regulated or regulatory exempt, free trading*, organizations, I realized that the SEC® team members have the intellectual rigor, academic capacity and cerebral ability to understand the technical, complex and scientific-method-based origins of the era of the MQCC BlockChain, comprised of: "*non-bank, non-institutional, non-syndicated, non-regulated or regulatory exempt, free trading*, also known as, Peer-to-Peer (P2P)/Private/Crypto/Secret/Shadow **securities and related** organizations, systems, technology, services and products.

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

Might you - as CEO of the SEC® - be interested in doing business with me, Jay?

Sincerely yours,

/s/

Anoop Bungay

PS: You are welcome to learn more before you reach out to me, directly, by looking at:

- www.mqcc.org

- and read the articles at the International Journal of Conformity Science ICJS™ at ijcs.mqcc.org.

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

- [www.mortgagequote.ca](http://www.mortgagequote.ca)

- [www.privatelender.org](http://www.privatelender.org)

- [www.learnitrightcrypto.com](http://www.learnitrightcrypto.com)

- [www.conformity.org](http://www.conformity.org)

- BITMORTGAGE™/® ([www.bitmortgage.com](http://www.bitmortgage.com)), the *Globally Trusted Trademark Brand that Started it All™*.

--

HERE TO SERVE YOU: TRUST & QUALITY™. If you have questions, please contact me at your convenience. In order to prevent errors and omissions, email is the preferred choice of communication.

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

Thank you for choosing MortgageQuote Canada Corp., 'Proud sponsor of the

Canadian dream.'®

Sincerely yours,

A. K. (Anoop) Bungay,  B. Comm., C-PEM®-P

Broker

**MortgageQuote Canada Corp. ([mortgagequote.ca](mortgagequote.ca))**

**Financial services for whom time is worth more than money.™**

Alberta (AB) * British Columbia (BC) * Ontario (ON)

ON Brokerage License #12279

MQCC® Meta Quality Conformity Control Organization Incorporated
as MortgageQuote Canada Corp.
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

Bungay International Inc.
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
MQCC Bungay International LLC
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
Government -  Industry - Consumers

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution
or transmission is not permitted.





**MQCC® ◆ Bungay International**

communication-policy.mortgagequote.ca

www.mortgagequote.ca

**"Proud Sponsor of the Canadian Dream"®**

A finance sector process of MQCC™ Money Quality Conformity Control
Organization, incorporated in September 2006 as MortgageQuote Canada Corp.:
the **World's First BlockChain Company**; the **World's Most Trusted
BlockChain Company: www.mqcc.org**.

An ISO 9001:2015 Registered Company

PRIVILEGE AND CONFIDENTIALITY NOTICE

MortgageQuote Canada Corp. (mortgagequote.ca) is a member of the Money
Quality Conformity Control Organization MQCC™ network. MQCC™
(MQCC.org) is a global finance, conformity and education business providing

**MQCC® Meta Quality Conformity Control Organization Incorporated
as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution
or transmission is not permitted.





**MQCC® ◆ Bungay International**

client services worldwide directly or through its member firms and affiliates. This email may be confidential and protected by privilege on a legal basis. If you are not the intended recipient, disclosure, copying, distribution and use of the email matter including URL links and related attachments, are prohibited; please notify the sender immediately and delete this email and related attachments from your systems. Unsubscribe from Automatic MQCC Ai-CRM Emails). MQCC Legal Notices.

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

## Exhibit 2: Anoop Bungay Memo to Jay Clayton, Chair SEC - Fri, Jan 31, 2020 at 10:03 PM

---------- Forwarded message ---------

From: **Anoop Bungay** <anoop.bungay@mortgagequote.ca>

Date: Fri, Jan 31, 2020 at 10:03 PM

Subject: MQCC™ - SEC®: Minimum International Academic Standards for

BlockChain; "Crypto" and related concepts -

To: Jay Clayton <chairmanoffice@sec.gov>

Jay, (Chairman Clayton)

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

Anoop Bungay here, as promised last month:

Please forward this link to your academicians at SEC®"

https://mqcc.page.link/Academic

If your "crypto" or "blockchain" (sic) scholars are not personally trained by yours truly, they do not meet the MASSTER™ brand Minimum Academic Standards for Systems and Technology Education Requirements for experience, competency and proficiency in the science that underpins:

- regulatory-integrated "Principles of 'BlockChain'"

- crypto finance

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

- decentralized ledger

- utility tokens

- securities tokens

Best,

Anoop Bungay

PS: the December offer to you is still open for the time being.

--

HERE TO SERVE YOU: TRUST & QUALITY™. If you have questions, please

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

contact me at your convenience. In order to prevent errors and omissions, email is the preferred choice of communication.

Thank you for choosing MortgageQuote Canada Corp., 'Proud sponsor of the Canadian dream.'®

Sincerely yours,

A. K. (Anoop) Bungay,  B. Comm., C-PEM®-P

Broker

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

**MortgageQuote Canada Corp. (mortgagequote.ca)**

**Financial services for whom time is worth more than money.™**

Alberta (AB) * British Columbia (BC) * Ontario (ON)

ON Brokerage License #12279

communication-policy.mortgagequote.ca

www.mortgagequote.ca

**"Proud Sponsor of the Canadian Dream"**®

A finance sector process of MQCC™ Money Quality Conformity Control Organization, incorporated in September 2006 as MortgageQuote Canada Corp.: the **World's First BlockChain Company**; the **World's Most Trusted BlockChain Company: www.mqcc.org**.

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
Government -  Industry - Consumers

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

An ISO 9001:2015 Registered Company

PRIVILEGE AND CONFIDENTIALITY NOTICE

MortgageQuote Canada Corp. (mortgagequote.ca) is a member of the Money Quality Conformity Control Organization MQCC™ network. MQCC™ (MQCC.org) is a global finance, conformity and education business providing client services worldwide directly or through its member firms and affiliates. This email may be confidential and protected by privilege on a legal basis. If you are not the intended recipient, disclosure, copying, distribution and use of the email matter including URL links and related attachments, are prohibited; please notify the sender immediately and delete this email and related attachments from your systems. Unsubscribe from Automatic MQCC Ai-CRM Emails). MQCC Legal Notices.

MQCC® Meta Quality Conformity Control Organization Incorporated
as MortgageQuote Canada Corp.
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

Bungay International Inc.
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
MQCC Bungay International LLC
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
Government -  Industry - Consumers

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution
or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

## Exhibit 3: SEC Response to Anoop Bungay - Fri, Jan 31, 2020 at 10:04 PM

---------- Forwarded message ---------

From: **CHAIRMANOFFICE** <CHAIRMANOFFICE@sec.gov>

Date: Fri, Jan 31, 2020 at 10:04 PM

Subject: U.S. Securities and Exchange Commission

To: Anoop Bungay <anoop.bungay@mortgagequote.ca>

Thank you for your e-mail to the Chairman's Office of the U.S. Securities

and Exchange Commission.  Your comments and concerns are very important to

us.  Unfortunately, because of the large volume of e-mail received, the Chairman

cannot personally respond to each message.  We do read and carefully consider the

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

opinions expressed in all of the e-mails that we receive.


  If you are an investor with a complaint about a securities professional, firm or a public company, please visit our Complaint Center, at http://www.sec.gov/complaint.shtml, to file a complaint.  Investor information, including an introduction to the securities markets, how they work, the role of the SEC, investing basics and a variety of tools to aid investors, is available at www.investor.gov.  In addition, if you have a securities-related question, please visit our website at http://www.sec.gov/answers.shtml to find fast answers to questions and solutions to common investment problems.  If you are a securities professional needing assistance on technical matters, please check our website, www.sec.gov, and click on the "information for" pages link located in the bottom center of the home page.

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

We deeply appreciate your taking the time to communicate your thoughts

and concerns to the Securities and Exchange Commission.

Sincerely,


Lori Schock

Director

Office of Investor Education and Advocacy

U.S. Securities and Exchange Commission

---

**MQCC® Meta Quality Conformity Control Organization Incorporated
as MortgageQuote Canada Corp.**
Head Office: 548 Runderidge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Runderidge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution
or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

## Exhibit 4: Anoop Bungay Memo to Robert W. Cook; MQCC® - FINRA

From: **Anoop Bungay** <anoop.bungay@mortgagequote.ca>

Date: Tue, May 24, 2022 at 11:12 AM

Subject: May 2022 Public Consumer Protection Message to Mr. Robert W. Cook, Esq., President FINRA and US Investors and Foreign Direct Investors who place their Financial trust in FINRA-regulated Organizations and Professionals

To: <corporate.secretary@finra.org>, <FINRAInvestorEducation@finra.org>

Cc: <GatewaySupport@finra.org>

Robert W. Cook, Esq.

Chief Executive Officer

President and CEO of FINRA

Governor Since 2016

c/o

corporate.secretary@finra.org; and FINRAInvestorEducation@finra.org and via twitter to: @FINRA

1735 K Street, NW

Washington, DC 20006

301-590-6500

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

Dear Mr. Cook,

This is Anoop Bungay; Governor of MQCC Bungay International LLC; your neighbor down the road in the Davis building (across the street from McCormick and Schmick's restaurant); don't walk over without letting me know because you will normally find me in Calgary, Alberta, Canada. Permit me to be as brief as possible with this courtesy education message (notice) to you, your team at FINRA, the regulatees whom FINRA regulates and the millions of US-based investors and billions of direct foreign investors who invest in the USA via the FINRA system-network. With the recent "crashes" of "global" "crypto" markets, today is the day that I have decided to contact you, on a peer-to-peer basis; CEO to CEO; Governor to Governor; quality-minded professional to quality-minded professional.

FACT: As explained by your customer support team to me on September 23, 2020 at 9:47AM MST;

- FINRA regulates broker dealer firms and representatives within the U.S. securities industry. A   broker dealer is    in the business of buying and selling securities –   stocks, bonds, mutual funds, and certain other investment products –   on behalf of its customer (as broker), for its own bank (dealer), or both.

PROBLEM:

- Many of the FINRA Professionals (broker/dealers) that FINRA regulates; market, promote, educate, advertise or otherwise solicit "hard earned investment capital" from "mainstreet investors" for "certain 'other investment products' on behalf of the FINRA Professional's "customer (as broker), for its own bank (dealer), or both".
- These "other investment product" opportunities include direct investment into companies or banks that are EXPERIMENTING with the phenomenon known generically as "Crypto".
- In light of the most recent crypto crash (at least the 3rd Major Crash since 2017 (see my twitter postings @mymortgagequote for proof), I am compelled to reach you and let you

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

know that "mainstreet customers" are NOT being provided FAIR AND BALANCED and MATERIAL information on the nature, quality, character, feature, function, purpose, use, extent, form and origins of "crypto". Please consider the following quality-managed, traceable, verifiable, non-repudiable, immutable, incontestable, scientifically-based, historical facts:

- "Crypto" (which is a distinctive term that is genericized for wider body of financial goods and services) was discovered and commercialized for trading of various genus and specie of financial goods and services WITHIN A REGULATORY INTEGRATED "System-Network" between at least as early as August 14, 2001 and April 8, 2005; by yours sincerely, Anoop Bungay (with a little help from my elder brother, C++ Computer Programmer, Santosh).

- On April 9, 2005, Privatelender.org™ was brought online; the world's first "peer-to-peer electronic finance system", to allow for the transfer of cash between two persons without a bank or REGULATOR involved, using assets (including precious metals, chattels (cars, boats) and real property (real estate, houses, buildings) as security.
  - The correct terminological phrase is:  Peer-to-Peer (P2P) & Private Finance? It is correctly named: Non-Bank, Non-Institutional, Non-Syndicated, Non-Regulated or Regulatory Exempt, Free Trading Finance; also known as Peer-to-Peer (P2P)/Private/Crypto/Secret/Shadow Finance; visit www.ip2pfa.org to learn more.

- This "platform" (system-network) is created by Bungay Consulting Group, a project team of Bungay International Technologies (BIT™), a division of Bungay International Inc.; a corporate entity incorporated in Calgary, Alberta, Canada and operating (at that time) as an agent for an Alberta regulated mortgage broker, Invis Inc.

- Speaking NOT as a lawyer; as recognized by at least one former US SEC® Securities and Exchange Commission Board Member (read the Textbook ORIGIN OF A SPECIE™), originating and trading in financial securities secured by real estate is considered "free trading" and NOT subject to financial regulatory oversight. A very efficient way to transfer capital on a peer-to-peer system is to focus on free-trading securities.

- Because no financial regulators were involved, in order for www.PrivateLender.org to succeed for the benefit of the organizations and

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

individuals involved, there needed to be inherent safety and quality protocols within the www.privatelender.org system-network so, given that "necessity is the mother of invention", the Bungay International Technology (BIT™) development team applied principles of non-novel (exact) conformity science (www.conformity.org) system-network by enforcing conformity standards in order to prevent "theft, fraud, double-spending (yes, the famous 'double spending term", and instances of risk brought about by nonconformity to statutory, regulatory (non-financial regulatory) and process requirements.This system of conformity was coined (pardon the pun) by the distinctive trademark term: "conformity of organization and individual network"; or, in full: the BUNGAY INTERNATIONAL TECHNOLOGY CONFORMITY OF ORGANIZATION AND INDIVIDUAL NETWORK: BITCOIN™: A Peer-to-Peer Electronic Finance System for the electronic and non-electronic transfer of cash between two parties without regulatory, legal, central banker or 3rd party financial intermediary involvement.

○ The BUNGAY INTERNATIONAL TECHNOLOGY CONFORMITY OF ORGANIZATION AND INDIVIDUAL NETWORK: BITCOIN™ is utilitarian service to achieve the FUNCTION of CONFORMITY; you would call this a "utility token" to use "lay terms".

○ The underlying free trading asset and related financial security that his traded is known by the world famous, well-known mark and trademark source identifier brand BUNGAY INTERNATIONAL TECHNOLOGY CONFORMITY OF ORGANIZATION AND INDIVIDUAL NETWORK MORTGAGE™: BITMORTGAGE®; or, generically, "cryptomortgage".

○ Ironically and fundamentally the "Crypto" process (which is what it is, more than a "singular thing or token") is designed to KEEP YOUR MONEY $$$ SAFE --- and after over 17 years of commercialization, STILL DOES. Visit www.DoublingCalculator.com to see proof. [as recently explained via tweet to Ms. Christine Lagarde, head of the ECB (European Central Bank and former Chair and Managing Director of the IMF International Monetary Fund); Correct and Proper (originating) Crypto is "'a asset-attached'. Further, it "originating crypto" is correctly described, in part, as having the following nature, quality and character: "a non-beta (non-market-risk/non negative-volatile) system of loss-less (Yes: LOSS-LESS) financial investment returns that is regulatory agnostic and classical computer technology agnostic."]

○ If you brought me $1,000,000.00 it would be worth over $20,000,000.00 today

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

(see www.DoublingCalculator.com as proof); notice the chart; correct and proper Originating BITCOIN™ conformity-utility based free-trading financial securities, for example "crypto mortgages", known world-wide by the world famous trademark source identifier brand name BITMORTGAGE®, is a "CUMULATIVE POSITIVE RETURN SYSTEM" which is INHERENTLY beta (public market risk) agnostic AND possess the quality of having non-negative returns.

○ At least as early as May 9, 2008; in order to PROVE to the "WORLD" that the "Crypto" system-network "is safe, reliable, good and maintains organization resiliency", the commercialized "Crypto" system-network "global computer network" service was registered to the US National Standard for Quality Management Systems, namely ISO 9001:2000; and subsequent US National Standards, namely, ISO 9001:2008 and the current risk-based ISO 9001:2015.

  ■ The MQCC® (the company that now manages Bungay International Intellectual Property) Quality Management System generates unlimited utility service "tokens" and unlimited securities "tokens"; both FUNGIBLE and NONFUNGIBLE in nature, quality and character, including UNLIMITED "bitcoin" utility tokens (ie: there is NO scarcity of correct and proper, conforming (originating) BITCOIN™).

  ■ The MQCC® Quality Management System is known world wide by the world famous trademark source identifier brand name:  BUNGAY LOGIC AND ORDER CONFORMITY KERNEL; CYBER/NON-CYBER HARMONIZED ARTIFICIAL/NON-ARTIFICIAL INTELLIGENT NETWORK: BLOCKCHAIN™.

  ■ This step heralded the beginning of the AGE OF COMMERCIALIZED QUANTUM COMPUTING; visit www.quantumcomputingishere.com to learn.

  ■ This step heralded the beginning for formal REGULATORY TECHNOLOGY commercialization; the AGE OF REGUTECH™.

○ When someone or a group of unknown persons released the experimental C++, alpha state computer program to the "world" on Thu Jan 8 14:27:40 EST 2009 on "The Cryptography and Cryptography Policy Mailing List" published by Metzger, Dowdeswell & Co. LLC and made available at  "sourceforge", namely, "Bitcoin v0.1", the concept system of CONFORMING and NONCONFORMING "crypto" was formed.

○ What is the difference between conforming and nonconforming crypto?

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

- conforming crypto meets rigorous US National Standards of Quality to protect government, industry and consumers. Where can you "learn", "buy" or "invest" in conforming crypto? www.mqcc.org is a good, original, originating and primary source (or www.PrivateLender.org)
- nonconforming crypto does not (fails to) meet US National Standards of Quality to protect government, industry and consumers. Where can you "learn", "buy" or "invest" in non-conforming crypto? Just do an internet search for 'crypto' and "good luck".
- The "world" needs to understand the foregoing; perhaps you at FINRA can help me.
- By the way, another problem (and another reason you are getting this message today) is because one of your FINRA Regulatees, is SPONSORING a "BITCOIN" (non-conforming crypto or 'bitcoin' a generic form of crypto) conference and I want to let the CEO of your FINRA Regulatee know that when they are sponsoring a "BITCOIN CONFERENCE" if their conference subject matter does not speak to the distinction that distinguishes conforming crypto (quality managed, safe, non-volativle, trusted, proven, commercialized, insurable by professional errors and omissions liability insurers, traceable to the seminal and originaing and pioneering work of Santosh and Anoop Bungay) versus non-conforming crypto (volatile, unsafe; the obverse of conforming crypto) then your FINRA Regulatee is sponsoring a conference that is failing to provide FAIR AND BALANCED education, marketing, promotion, advertising, sponsorship and information to its uneducated, lay, novice, trusting, "mainstreet investor" customers resulting a material failure to disclose meaningful information and ultimately, creating risk because consumers are not being made aware that their is a less-risky approach. Let alone are consumers being made aware that the crypto world is more nuanced than they know. "A Tale of Two BITCOINS", shall we say?
  - Out of transparency, I will publicly contact this FINRA Regulated CEO later; and, given the implications, I might just cc you in the correspondence.
- If the foregoing passage seems like a dense iceberg to you, then please note, this is just the "tip" of the iceberg (problem).

(1) With the foregoing FACT and PROBLEM stated; it would not be false or misleading to notify

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

you that 100% of FINRA regulatees, namely, Chief Executive Officers and Conformity (formerly known as "compliance" (but is a deprecated term in accordance with consensus international standards)) Officers possess a misdescriptive or deceptively misdescriptive understanding of the correct, proper, true and originating nature, quality, character, feature, purposes, extent, characteristics, form, use, function and application of the concept system generically known as "crypto" and related descriptive concepts, terminology, methods, processes, principles and applications.


(2) Since at least as early as April 9, 2005 (and more recently), you will discover that yours truly has personally educated or contacted hundreds of word leaders including current and past US Presidents, current and past US Treasury Secretaries and others, on a PEER-to-PEER/person-to-person basis (typically via email or twitter), to introduce what history will note as: ***"the famously misunderstood and generically mis-identified"*** proprietary, trademark source identifier brand name GOODS and SERVICES, known as BUNGAY INTERNATIONAL TECHNOLOGY CONFORMITY OF ORGANIZATION AND INDIVIDUAL NETWORK: BITCOIN™; a system-network built on a global computer network used for providing regulatory-integrated, regulatory-exempt or free-trading, quality managed financial goods and services inherently designed to protect (hold) the value of FIAT-based capital (at a systems level) and allow for the basis of fast transfer of FIAT cash on an electronic (or NON-electronic) basis _and_ on a FULLY-SECURED (asset-attached) basis, between corporations, organizations and individuals, without the need of a centrally placed banker, legal representative or regulatory body.


(3)  Speaking NOT as a lawyer; FINRA is created to help maintain "mainstreet consumer" safety by advancing at least 1 of the 2 basic objectives of THE SECURITIES ACT of 1933, namely, prohibit misrepresentations in financial commerce. (Visit www.MQCCsecFINRA.com for reference). Part of this objective is achieved by FINRA requiring its regulatees to have a FAIR and BALANCED approach towards marketing, promoting or educating "mainstreet investors" in financial goods and services, including critical and complex, innovative goods and services, namely, goods and services related to "digital assets/digital debts" and generally known as "crypto".

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

(4) What the "world" does not seem to understand and the reason that you are being contacted today, is that ironically, the CORRECT and PROPER nature, quality, character, feature and purpose of the "phenomenon" known by the well-known mark  BUNGAY INTERNATIONAL TECHNOLOGY CONFORMITY OF ORGANIZATION AND INDIVIDUAL NETWORK: BITCOIN™  ("originating BITCOIN™ or OFFICIAL AUTHENTIC ORIGINAL™ OAO™ BITCOIN™, built by my C++ computer programmer brother, Santosh, and commercialized at www.privatelender.org website on April 9, 2005 (WORLD CRYPTO DAY®; WORLD BITCOIN DAY™)) is designed to be NON-VOLATILE and designed to REDUCE RISK and empirically REDUCES CARBON FOOTPRINT (ie: 'computer based mathematical formulaic 'mining' is not an inherent related process). In short, to use a trademark slogan: BITCOIN KEEPS YOUR MONEY SAFE™.


(5) Indeed, at least as early as May 9, 2008, the BUNGAY INTERNATIONAL TECHNOLOGY CONFORMITY OF ORGANIZATION AND INDIVIDUAL NETWORK: BITCOIN™ system-network became registered to the US Government military-grade, defense-standard, National Standard for Quality Management Systems, namely, ISO 9001:2000. A consensus built standard that is recognized by the United States Congress (you can see reference to it in the United States Code of Federal Regulations (CFR)), or just ask any of your peers at the Department of Defense (DOD), National Aeronautics and Space Administration (NASA), General Services Administration (GSA), National Institute of Standards and Technology (NIST) or the US Government recognized (by MOU/Memorandum of Understanding) organization, American National Standards Institute ANSI.


(6) 9 months after May, 9, 2008, in January 2009, the famously dangerous (volatile) experiment known as 'bitcoin' (a genericized distinctive term), was posted on a newsgroup and history has shown that this "alpha"-state, experimental program is best described as "DIGITAL ASBESTOS" or "Financial Virus Algorithm" whose actual or ostensible purpose is to transfer hard-earned (or hard-raised by FINRA regulatees) fiat $ (money/capital) from uninformed, easily impressionable Chief Executive Officers and Mainstreet Investors alike and transfer the $ to another party in exchange for non-functional, non-utilitarian sequence of data (a sequence of data transmitted to

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

a computer-based network node or "digital wallet").

(7) Please take your time to visit the consumer safety website: www.MQCCsecFINRA.com and study the name Anoop Bungay on Google (the internet) and read some of my textbooks and discover for yourself that nobody on Earth knows more about this subject matter than yours truly; and nobody on Earth has the moral, ethical or legal rights to provide authoritative statements on the correct and proper nature, quality, character, feature, form, purpose, extent or use of "digital assets and the related subjects of correct and proper BITCOIN™ and related concept systems.

(8) Some final points for you:

- There are two types of "Crypto"; Conforming and Non-Conforming. The former is safe to use but requires at least 4 years of formal training (visit edu.mqcc.org) for a Bachelor standard of education, the latter is proven to be NOT SAFE and requires zero formal training.
- The "science" of 'crypto' is NOT computer science, it is an entirely different academic domain, namely, non-novel (Exact) conformity science; visit www.conformity.org to learn more.
- Commercialized application of the quality management system utility function is known by the trademark name:  BUNGAY INTERNATIONAL TECHNOLOGY CONFORMITY OF ORGANIZATION AND INDIVIDUAL NETWORK: BITCOIN™
- Commercialized application of the quality management system securities function is known by the trademark name:  BUNGAY INTERNATIONAL TECHNOLOGY CONFORMITY OF ORGANIZATION AND INDIVIDUAL NETWORK MORTGAGE™ BITMORTGAGE®
- The principal concept of conformity science which makes the processes work is known as the Bungay Unification of Quantum Processes Algorithm (BUQPA™) and the commercialized application of the quality management system is known by the world famous trademark brand name source identifier: BUNGAY LOGIC AND ORDER CONFORMITY KERNEL; CYBER/NON-CYBER HARMONIZED ARTIFICIAL/NON-ARTIFICIAL INTELLIGENT NETWORK: BLOCKCHAIN™

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

- You should consider visit www.BLOCKCHAINforLawyers.com; you will discover that the original BITCOIN™ system is litigation tested by members of the International Conference of Legal Regulators; and, as explained recently to leadership at BOTH the American Bar Association and the DC Bar Association (and Chancellor of George Washington University); virtually all lawyers on Earth are not familiar with the incontestable, traceable, verifiable, quality managed, immutable, non-repudiable history of the origins. (The DC Bar letter is on the @mymortgagequote twitter post but will be uploaded to the BlockChainforLawyers.com website, later).

(9) Please consider sending a bulletin to all of your FINRA regulatees to make sure they maintain fidelity to the FINRA principles of FAIR AND BALANCED in consumer education and advertising and promotion; finally, please make sure all FINRA Regulatees mention MQCC® and ANOOP BUNGAY when discussing or promoting financial matters related to "CRYPTO" including concepts generically known as "bitcoin" or "blockchain". FINRA regulatees must or should disclose to unwary "mainstream investors" that there are 2 universes: a conforming universe of trademark protected goods and services borne of applications of non-novel (exact) conformity science, which traces back to April 9, 2005 for creation of the world's first commercialized peer-to-peer electronic cash system, which was created by A.K. (Anoop) Bungay with some help from elder brother, Santosh which is continuously registered to the United National Standards of ISO 9001:2000, ISO 9001:2008 and the risk-based ISO 9001:2015 and "keeps investor money safe" and celebrates over 17 years in 2022; and a nonconforming universe built on principles of computer science and does NOT meet the safety and quality standards found in the conforming universe.

(10) One final implication is that USA is a litigious country, by its quality, character and nature. As such, once a smart lawyer figures out "what is really going on", don't be surprised if FINRA Regulatees get embroiled in lawsuits because of an actual or ostensible failure to provide a fair and balanced approach to consumer education. Indeed, I reached out to your International Peers, namely IIROC in Canada back in 2017 (via twitter, so it was less direct); but if I had captured the attention of the IIROC CEO back the, imagine how many people would have been better informed about the true nature, quality, character of "crypto" and related innovations and would not be exposed to unnecessary risk and volatility by investing hard earned $ into experiments, when a commercial, safe, proven option at www.mqcc.org already exists.

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

Anyhow, a quick glance at both www.BlockChainforLawyers.com and also www.MQCCsecFINRA.com; will be excellent. Since you went to Harvard, you may also want to read the textbook TEACHING HARVARD™ found on Amazon.com or GOOGLE PLAY. And if you want to read my letters to Past SEC Chairman and Past and Present US Treasury Secretary; feel free to read the textbook called TEACHING SEC™.

FINRA is welcome to register with MQCC® "TRAIN THE REGULATOR™" ACCREDITED CLASS™ education program; which teaches leaders in Government the correct and proper knowledge. Please note that MQCC® ACCREDITED CLASS™ education quality standards meet or exceed the quality requirements of the United States Department of Education for quality at an institutional or programmatic level.

Okay, I think this is good for today. Feel free to email me if you would like to learn more.

Have a great week, Mr. Cook.

/s/

Anoop Bungay

Here are some trademark source identifiers that are designed to protect my MQCC Intellectual Property AND Protect US and International Consumers:

- BUNGAY INTERNATIONAL TECHNOLOGY CONFORMITY OF ORGANIZATION AND INDIVIDUAL NETWORK: BITCOIN™ (www.bitcoin.eco)

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

- BITCOIN™
- BUNGAY LOGIC AND ORDER CONFORMITY KERNEL; CYBER/NON-CYBER HARMONIZED ARTIFICIAL/NON-ARTIFICIAL INTELLIGENT NETWORK: BLOCKCHAIN™ (www.mqcc.org)
- BLOCKCHAIN™
- BUNGAY INTERNATIONAL TECHNOLOGY MORTGAGE™ (www.bitmortgage.com)
- BITMORTGAGE®
- FATHER OF BLOCKCHAIN® (www.FatherOfBlockChain.com)
- FATHER OF CRYPTO®  (www.FatherOfCrypto.com)
- FATHER OF BITCOIN™  (www.FatherOfBitCoin.com)
- FATHER OF METAVERSE™ (www.metaversepedia.info)
- THE GLOBAL STANDARD FOR CRYPTO®
- THE GLOBAL STANDARD FOR BLOCKCHAIN®
- WORLD CRYPTO DAY® (www.WorldCryptoDay.net); April 9 of each year
- WORLD BLOCKCHAIN DAY® (www.WorldBlockChainDay.net); May 9 of each year
- BLOCKCHAIN HALL OF FAME® (www.BlockChainHOF.com)
- PROFESSIONAL BLOCKCHAINEER (P. BCR.)® (www.BLOCKCHAINEER.org)
- TRUSTED BY BILLIONS®
- ONE WORLD. ONE BLOCKCHAIN®
- BLOCKCHAIN FOR LAWYERS™ (www.BlockChainforLawyers.org)
- METAVERSEPEDIA™ (www.metaversepedia.info)
- FATHER OF COMMERCIALIZED QUANTUM COMPUTING CQC™ (www.CommercializedQuantumComputing.com)
- OFFICIAL AUTHENTIC ORIGINAL OAO™
- PRIVATELENDER.ORG: PRIVATE LENDING NETWORK™ (www.PrivateLender.org) (where it all started)
- WORLD'S FIRST PEER-TO-PEER ELECTRONIC CASH SYSTEM™
- DEMOCRACY-IN-FINANCE®
- not a complete list of world famous marks; trademark source identifiers; well-known marks Visit www.wipoblockchain.com to learn more.


Here some textbooks for your to read:

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| Title | Citation |
| --- | --- |
| Teaching Billionaire, Founder & CEO: Anoop Bungay { Warren Buffet, Jack Dorsey, Larry Ellison, Jim Pattison, Robert F Smith: MQCC™ { Berkshire Hathaway, ... Group, Vista Equity (Father of BlockChain®) Nov 1, 2020 | Bungay, Anoop. (2022). Teaching Dictionary™: A Risk Prevention Notice for Linguists, Lexicographers and Laypersons (You) in matters of Applied Non-Novel (exact) Conformity Science Calgary, Alberta: MQ |
| Teaching Dictionary™: A Risk Prevention Notice for Linguists, Lexicographers and Laypersons (You) in matters of Applied Non-Novel (exact) Conformity Science (Father of BlockChain®) | Bungay, Anoop. (2022). Teaching Dictionary™: A Risk Prevention Notice for Linguists, Lexicographers and Laypersons (You) in matters of Applied Non-Novel (exact) Conformity Science Calgary, Alberta: MQ |
| Teaching SEC™: SCIENTISTS, SECURITIES: Regulator-Policy Maker-Investigator-Lawyer; EXCHANGE, LAW ENFORCEMENT, EDUCATOR: Officers; CHIEF EXECUTIVES: Top ... & Regulated Bodies (Father of BlockChain®) | Bungay, Anoop. (2021). Teaching SEC™: SCIENTISTS, SECURITIES: Regulator-Policy Maker-Investigator-Lawyer; EXCHANGE, LAW ENFORCEMENT, EDUCATORS: Officers; CHIEF EXECUTIVES: Top Management-CEO of Regula |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | |
|---|---|
| OSI 11™: Bungay Unification of Quantum Phases trademark BLOCKCHAIN™ Layer for Open Systems Interconnection of BlockChain™ System-Networks; 11 Layer DIP™: Distributed (Federated) Integrated Protocol | Bungay, Anoop. (2021). OSI 11™: Bungay Unification of Quantum Phases trademark BLOCKCHAIN™ Layer for Open Systems Interconnection of BlockChain™ System-Networks; Subtitle: 11 Layer DIP™: Distributed ( |
| Anoop Bungay Global Standard; BlockChain; bitcoin; The UK; Royal Family; The Commonwealth; Current & Future World Leaders: Government, Commerce, Finance ... (The Global Standard for BlockChain) | Bungay, Anoop. (2020). Anoop Bungay, Global Standard, BlockChain, bitcoin, The UK Royal Family, The Commonwealth, Current & Future World Leaders: Government, Commerce, Finance & Academia; British Subj |
| Teaching Harvard: & All Higher-Level, Accredited/Accredited Class®, Regulated, Vocational, Academic, Research, Development (HARVARD) Class Organizations ... of 'BlockChain'"™ (Father of BlockChain®) | Bungay, Anoop. (2019). Teaching Harvard & All Higher-Level, Accredited/Accredited Class®, Regulated, Vocational, Academic, Research, Development (HARVARD) Class Organizations World-Wide: True "Princip |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | |
|---|---|
| BE THE BANK™/® Level 01 ZERO ONE™-Series for School Children & CEOs™: Decision Makers, Investors-Investees, Parents: THE GLOBAL STANDARD FOR BLOCKCHAIN®™ & Free Trading Private Equity FTPE™ Finance | Bungay, Anoop. (2020). BE THE BANK™/® Series for School Children & CEOs™: Decision Makers, Investors-Investees, Parents Level 01 (Zero One™) - Introduction; Calgary, Alberta: MQCC™ |
| Be The Bank™/® Level 08-Lazy Proof, Crazy Proof & Divorce Proof your Children & Beneficiaries: 21st Century Estate & Wealth Stewardship: Create, Manage, Transfer in an Increasingly BlockChained World | Bungay, Anoop. (2020). Lazy Proof, Crazy Proof & Divorce Proof your Children & Beneficiaries: Be The Bank™/® Level 08; 21st Century Estate & Wealth Stewardship: Create, Manage, Transfer in an Increasi |
| The 21st CENTURY SCIENTIFIC METHOD™: Triangle to Triangle Pyramid to Solid Square Pyramid: A Stronger Scientific Method using Trademark "Principles of 'BlockChain'™": A FATHER OF BLOCKCHAIN®⁄™ Series | Bungay, Anoop. (2020). The 21st Century Scientific Method™ Triangle to Triangle Pyramid to Solid Square Pyramid: A Stronger Scientific Method by Correct and Proper Application of the Trademark "Princi |
| How the April 9, 2005 - World's First - Commercial Application of "Principles of 'BlockChain'" Was Influenced by Secretaries- & Directors-General of UNGA, OECD, WIPO & WTO Organizations from 2001-2005 | Bungay, Anoop. (2020). How the April 9, 2005 - World's First - Commercial Application of "Principles of 'BlockChain'" Was Influenced by Secretaries- & Directors-General of UNGA, OECD, WIPO & WTO Organ |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Runderidge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | |
|---|---|
| Learn "The Global Standard for BlockChain®" Levels 01 & 02: for School Children, Chief Executive Officers (CEO) & Chief Fiduciary Officers (C-FIDO™) | Bungay, Anoop. (2020). Learn "The Global Standard for BlockChain®" Levels 01 & 02 for School Children, Chief Executive Officers (CEO) & Chief Fiduciary Officers (C-FIDO™); Edition 001; Calgary, Alber |
| Learn "The Global Standard for BlockChain®" Level 01: for School Children, Chief Executive Officers (CEO) & Chief Fiduciary Officers (C-FIDO™) - Level 01 | Bungay, Anoop. (2020). Learn "The Global Standard for BlockChain®" Level 01 (Zero One™) for School Children, Chief Executive Officers (CEO) & Chief Fiduciary Officers (C-FIDO™); Edition 001; Calgary, |
| Origin of a Specie™: A Transparent, Incontestable, Encyclopedic History of the "Principles of 'BlockChain'"; Birth of Binary Digit Utility Tokens, Securities Tokens; International Standards Integration and the Discovery of Conformity Science2001:2019 | Bungay, Anoop. (2019). Origin of a Specie™. Calgary, Alberta: MQCC |

--

HERE TO SERVE YOU: WORTHY-OF-YOUR-TRUST QUALITY™. If you have questions, please contact me at your convenience. In order to prevent errors and omissions, email is the preferred choice of communication.

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

Thank you for choosing MortgageQuote Canada Corp., 'Proud sponsor of the Canadian dream.'®

Sincerely yours,

A. K. (Anoop) Bungay,  B. Comm., C-PEM®-P
Broker

**MortgageQuote Canada Corp. ([mortgagequote.ca](mortgagequote.ca))**
**Financial services for whom time is worth more than money.™**

Alberta (AB) * British Columbia (BC) * Ontario (ON)
ON Brokerage License #12279
[communication-policy.mortgagequote.ca](communication-policy.mortgagequote.ca)
[www.mortgagequote.ca](www.mortgagequote.ca)

**"Proud Sponsor of the Canadian Dream"®**

A finance sector process of MQCC™ Meta Quality Conformity Control Organization™, incorporated in September 2006 as MortgageQuote Canada Corp.: the **World's First BlockChain Company™**; the **World's Most Trusted BlockChain Company™**: **[www.mqcc.org](www.mqcc.org)**; and Global Network Administrator (GNA™) of the Bungay International Technology (**BIT™**) Conformity of Organization and Individuals Network (**COIN™**) Global System-Network:  **Managing The Metaverse™ [www.metaversepedia.info](www.metaversepedia.info)™**; established at least as early as April 9, 2005 at [www.privatelender.org](www.privatelender.org).

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

An ISO 9001:2015 Registered Company

PRIVILEGE AND CONFIDENTIALITY NOTICE

MortgageQuote Canada Corp. (mortgagequote.ca) is a member of the Meta Quality Conformity Control Organization MQCC™ network. MQCC™ (MQCC.org) is a global finance, conformity and education business providing client services worldwide directly or through its member firms and affiliates. This email may be confidential and protected by privilege on a legal basis. If you are not the intended recipient, disclosure, copying, distribution and use of the email matter including URL links and related attachments, are prohibited; please notify the sender immediately and delete this email and related attachments from your systems. Unsubscribe from Automatic MQCC Ai-CRM Emails). MQCC Legal Notices.

MQCC® Meta Quality Conformity Control Organization Incorporated
as MortgageQuote Canada Corp.
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

Bungay International Inc.
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
MQCC Bungay International LLC
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
Government -  Industry - Consumers

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

**Exhibit 5: Chart of MQCC® Securities Returns built on OFFICIAL AUTHENTIC ORIGINAL OAO™ brand of BITCOIN™ conformity system-network (utility token system-network service)**

Source: MQCC® BITCOIN.ECO™:  www.BITCOIN.eco

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**



Historical Correlation Between MQCC® Crypto (PEMX®) Official Authentic Original OAO™ BITCOIN™ Utility function and Obverse, BITMORTGAGE® Securities Function and S&P 500® and other Asset Classes: January 2011–December 2021

MQCC® www.mqcc.org wishes to recognize www.guggenheiminvestments.com as source of original R2 Data (Thank you). As a suggestion to the Guggenheim team, please update your original chart to include MQCC® BITCOIN™ Statistics

Correlation is a statistical measure of how two variables move in relation to each other. This measure ranges from –1 to +1, where –1 indicates perfect negative correlation and +1 indicates perfect positive correlation.

■ R2 (Coefficient of Determination) MQCC® Proof of Goodness-of-Fit, Proof of Fit-for-Purpose™

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





# MQCC.org™

## MQCC® ◆ Bungay International

PEMX® (www.pemx.com) MQCC® METAVERSE™ www.TrueCryptoReturns.com; www.TrueBitCoinReturns.com: MQCC® Quantum AI SystemsNet™ presents: Official Authentic Original OAO™: CRYPTDO™ brand crypto; BITCOIN™ Utility NonFungible Token Service; BITCOIN™ brand, BITMORTGAGE® Free-Trading Securities NonFungible Token: Nominal Annual Return and USA CPI as % (InflationHedge AI™ Service for NonCorrelated Digital Assets and Digital Debts (www.noncorrelated.org))

Since before April 9, 2005: The Global Standard for Crypto® -- The Global Standard for BLOCKCHAIN® -- The Global Standard for BITCOIN™ - www.mqcc.org; bitcoin.eco; www.privatelender.org



**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

### PEMX® (www.pemx.com) MQCC® METAVERSE™ Higher-Level Operating System Network (Platform): METAVERSE OS™ BITCOIN™ Utility Token Service & BITMORTGAGE® Free-Trading Securities Token Index



---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Runderidge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Runderidge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**



**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Runderledge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Runderledge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**



PEMX® (www.pemx.com) MQCC® METAVERSE™ Official Authentic Original OAO™ BlockChain™ BITCOIN™ CRYPTDO™ brand crypto; P2P Wealth Returns™ % vs. Year (2003 - 2022+) - No Public-Zero Beta™ Stable Returns

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

**Exhibit 6: CRYPTO and Authentic Originating BITCOIN™ CONFORMITY & SAFETY ✅ INDICATOR™ - Global Public Safety Reference Chart**

Source: MQCC® BITCOIN.ECO™:  www.BITCOIN.eco

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**



**MQCC® Meta Quality Conformity Con** **as MortgageQuote Canada Corp.**
Head Office: 548 Rundlerdige Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**International Inc.**
548 Rundlerdige Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | |
|---|---|
| ❌ **Non-Standards**-based | ✓ **Bank of Canada integrated;** Originating MQCC™ Standards and Consensus Standards-based, integrated and registered or conforming: **ISO 9001:2000** **ISO 9001:2008** **ISO 9001:2015** **MQCC-IOC-2021™** **ISO 704:2009** **ISO/IEC 7498-1:1994** **ISO/IEC 20006-1:2014** **ISO/IEC 20006-2:2015** Registered or Integrated at least as early as **May 9, 2008.** |
| ❌ **No Creator nor Top Management** Traceability nor Accountability | |
| ❌ **No KYC** Inherent Integration | |
| ❌ **Non-Insurable processes** by Errors and Omissions, Corporate Liability, Professional Insurance Companies | |
| ❌ **Volatile** Acquisition $ Cost; non-peer-to-peer or public market driven values and performance | ✓ **Democracy-in Finance®** Service; federated distribution; in hands of many people including late adopters; $ profit favours all who follow instructions and rules. |
| ❌ **Uncertain** Holding $ Value | ✓ **Creator and Top Management** Traceability and Accountability |
| ❌ **External** "Mining" Node; Uncontrolled External Node Risk | ✓ **Insurable Processes** by Errors and Omissions, Corporate Liability, Professional Insurance Companies |
| ❌ **Restricted** purpose and limited function | |
| ❌ **Purchased** not built from outstanding inventory. | ✓ **KYC2™ Standards (kyc2.org) Integrated;** including USA FINCEN; Canada FINTRAC; United Kingdom: HM Treasury/FCA/NCA and International Country-equivalents Agencies. |
| ❌ **High** Carbon Footprint | |
| ❌ **Limited** Token Creation and Supply | ✓ **Non-Volatile** (stable) Acquisition $ Cost; peer-to-peer; no public market risk and influence to performance |
| ❌ **Not Inherently Regulatory-Integrated** | ✓ **Certainty** in Holding $ Value; "Principle of Encapsulation" |
| ❌ **Limited Function Computer Science** Based Algorithm; merely a Technology | ✓ **Internal** "Mining"; No External Node Risk |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.



# MQCC.org ™



**MQCC® ◆ Bungay International**



---

**MQCC® Meta Quality Conformity Control Organization Incorporated
as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution
or transmission is not permitted.





**MQCC® ◆ Bungay International**



**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Runderidge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Runderidge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**



© 2001-2022; Copyright and Trademark (design and word mark); Anoop Bungay; MortgageQuote Canada Corp.; Bungay International LLC. All rights reserved. No reproduction or distribution without written permission. FSRA #12279.

www.mqcc.org; An ISO 9001:2015 Registered Company.

**MQCC® Meta Quality Conformity Co as MortgageQuote**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

...ternational Inc.
...algary, Alberta, Canada T1Y 2K7

**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

**Exhibit 7: DisclosureOfBlockChain.com - MQCC Global Disclosure & Public Notice™ - BlockChain Transparency Starts with Disclosure and Public Notice™ - 2001:2020 Onward**

Please visit www.DisclosureOfBlockChain.com

For lawyers, please visit www.BlockChainforLawyers.com to see the letters to:

- International Conference of Legal Regulators (ICLR);

- American Bar Association (ABA);

- Federation of Law Societies of Canada (FLSC); (see

  www.BlockChainforLawyers.org to read the letters)

- current or former Canadian elected or appointed officials, or heads of

  organizations or senior members of organizations including provincial

  regulatory bodies in various industries; Canadian federal government

  ministries or agencies including Federal law enforcement, including:

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

- ○ Minister of Finance (Federal)

- ○ Ministry of Finance (Federal)

- ○ Treasury Board Secretariat of Canada

- ○ Competition Bureau of Canada

- ○ Top Management in the Alberta Government

- ○ Real Estate Council of Alberta RECA

- ○ BC (British Columbia) Ministry of Finance; Deputy Premier of BC

- ○ Financial Services Regulatory Authority of Ontario FSRA (formerly FSCO)

- ○ BC Financial Services Agency BCFSA (formerly FICOM)

- ○ Ontario Securities Commission OSC

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government - Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.