



**MQCC® ◆ Bungay International**

---

- ○ including practicing or non-practicing lawyers (licensed legal professionals) in various and sundry roles from policy making to investigation to enforcement

- ○ International Science Council

- ○ Chief Science Officer of Canada

- ○ Bank of Canada (1 or Senior Managers and 1 or more Past Governors)

- ○ Various and sundry journalists including Bloomberg; National Post of Canada; FOX Business; visit: ijcs.mqcc.org)

- ○ Heads (past and current) for various G20 and G7 Central Banks

- ○ TMX Group

- ○ this is an incomplete list; visit

  www.DisclosureOfBlockChain.com or www.mqcc.org to learn more

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

- International bodies and other international organizations

    ○ United Nations

    ○ United States current and former Presidents

    ○ United States Congressional Committee Chairs

    ○ United States Securities and Exchange Commission SEC®

    ○ Financial Regulatory Authority FINRA USA

    ○ Bank of England, both Current and Past Governors

    ○ this is an incomplete list visit

        www.DisclosureOfBlockChain.com or www.mqcc.org to learn

        more

You may see my letters to Bloomberg; Federation of Law Societies of

Canada FLSC; and the USA FINRA (Financial Industry Regulatory

Authority) at blog.mortgagequote.ca and twitter @mymortgagequote

**MQCC® Meta Quality Conformity Control Organization Incorporated
as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution
or transmission is not permitted.





**MQCC® ◆ Bungay International**

Mr. Anoop Bungay is fully aware of the non-trivial nature and implications of discovery of the "Principles of 'BlockChain'" and the world's first application of the "Principles of 'BlockChain'"-in-commerce.

Indeed, the discovery, commercialized, regulatory-integration and National and International standardization of the "Principles of 'BlockChain'"-in-commerce has reshaped people's understanding of how the concept of "trust" is manufactured, stored and transmitted within the Human-Computer-Organization-System quadripartite paradigm.

Further, the MQCC™ Global Crypto-Financial System Network found at country.mqcc.org serves as a parallel global financial system that is self-regulated by the strict "Principles of 'BlockChain'"-based rules; and quality is managed by creation of a subordinate algorithm for Quality Management Systems conforming and registered to ISO 9001:2001; ISO 9001:2008 and the risk-based, ISO 9001:2015.

All of these ground-breaking innovations are borne of conformity science and were not in existence at any time in human history before Anoop Bungay "appeared on the scene".

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

The following Organizations and Individuals (OIN™) have been contacted:

| |
|---|
| **MQCC™ (www.mqcc.org) - Historical global, public, transparent disclosure (direct emails, direct tweets; hashtags and tags) to introductions to conformity science and related subordinated concept systems. (Incomplete list); from pre-incorporation, at least as early as August 14, 2001 until present day.** |
| <h1>BlockChain Transparency Starts with Disclosure.™</h1> **Logos of the below organizations are included for the benefit of schoolchildren of the world and adults whose language of origin or primary language is NOT based on a Latin-script alphabet.** Many of the Logos below are included under the "doctrine of descriptive or nominative fair use"; reserved for scholarship, academic, scientific breakthroughs. Most readers of this book will recognize logos better than text. As such, These logos or links are being provided as a convenience and for informational purposes only; they do not constitute an endorsement or an approval by ANY of the below entities for ANY of Anoop Bungay or MQCC™ Systems, Technology, Services, Products or Opinions. Neither Anoop Bungay nor MQCC™ bear responsibility for the accuracy, legality or content of any |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

| | external site or for that of subsequent links. The goal is to make it easier and simpler for the reader to know about the disclosure history and public notice history. |
|---|---|
| **At least as early as August 14, 2001 - Present** | |
| Various private companies, organizations and individuals | Promotion on a peer-to-peer, industry specific basis. |
| **2016** | |
| MBRCC CCARCH | Mortgage Brokers' Regulatory Council of Canada (MBRCC) ->> Letter Sent - contact us to learn more - Fri, Apr 1, 2016, |
| Real Estate Council Alberta | Real Estate Council of Alberta (RECA) ->> Letter Sent - contact us to learn more - Fri, Apr 8, 2016 |
| CCC Canadian Commercial Corporation Corporation Commerciale Canadienne | Canadian Commercial Corporation (CCC) ->> Letter Sent - contact us to learn more - April 13, 2016 |
| Government of Canada Trade Commissioner Service / Gouvernement du Canada Service des délégués commerciaux | Canadian Trade Commissioner Service (TCS) for an introduction to the World Economic Forum (WEF - April 19, 2016 |

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government - Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | |
|---|---|
| | Business Development Bank of Canada BDC - June 14, 2016 |
| | A Regulatory Technology First: ISO 9001:2015-Certified Quality Management Systems the Global Credit Intermediation Subsector - Mon, Jul 4, 2016 |
| | Bain & Company: MortgageQuote Canada Corp. - ISO 9001:2015 Certification for the Financial Sector; Wed, Jul 27, 2016 |
| | Office of the Superintendent of Financial Institutions (OSFI) ->> Letter Sent - contact us to learn more (Monday, August 8, 2016) |
| FINANCE SECTOR | Open Letter to All Federally Regulated Financial Institutions Top Leadership (Boards of Directors and Senior Management) Canada - Published September 6, 2016 at www.mortgagequote.ca. |
| | Legal Counsel to the Superintendent of Financial Services Commission of Ontario (Monday, September 12, 2016) |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | | |
|---|---|---|
| | ![Department of Finance Canada] | Ministry & Minister of Finance (scroll down to see letter sent in 2016) - Mon, Sep 12, 2016 |
| | ![Canadian Bankers Association] | Canadian Bankers Association (CBA) ->> Letter Sent - contact us to learn more - Wed, Sep 21, 2016 |
| | ![Competition Bureau] | Competition Bureau ->> Letter Sent - contact us to learn more - September-22-16 |
| | ![Department of Finance Canada] | A Canadian Technology, World's First: ISO 9001:2015 Certified Statutory and Regulatory Compliant Integrated Quality Management System for the Finance Sector - Response to Legislative Review - Fri, Sep 30, 2016 |
| | ![Bank of Canada] | Bank of Canada (Central Bank of Canada) ->> Letter Sent - contact us to learn more - October 20, 2016 |
| | ![Institute of Corporate Directors] | Hello from Anoop Bungay - Making & Certifying Boards of Directors: "Better, Safer & More Efficient" to the National Standard of Canada - Thu, Oct 26, 2017 |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | |
|---|---|
| Standards Council of Canada / Conseil canadien des normes | Standards Council of Canada (SCC) ->> Letter Sent (Tue, Nov 15, 2016) - contact us to learn more; ad hoc Telephone Conversation: Tue, Nov 15, 2016 |
| CSA Group | CSA Group (Canadian Standards) - Wed, Dec 7, 2016 |
| KPMG | Introduction: KPMG - Sun, Dec 18, 2016 |
| **2017** | |
| OSC ONTARIO SECURITIES COMMISSION | Ontario Securities Commission (OSC) ->> Letter Sent - contact us to learn more - Jan 29, 2017 |
| Financial Services Commission of Ontario | Executive Director, Licensing and Market Conduct Division Financial Services Commission of Ontario (FSCO) Thu, Mar 16, 2017 |
| OBSI OMBUDSMAN FOR BANKING SERVICES AND INVESTMENTS / OSBI OMBUDSMAN DES SERVICES BANCAIRES ET D'INVESTISSEMENT | Ombudsman for Banking Services and Investments (OBSI) ->> Letter Sent - contact us to learn more Thu, Mar 16, 2017 |
| AIDO | Alberta International Development Office (AIDO) and International Financial Institutions (Thursday, April 20, 2017) |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Runderidge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Runderidge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | | |
|---|---|---|
| | | Minister of Families, Children and Social Development; responsible for the Canada Mortgage and Housing Corporation) ->> Letter Sent - contact us to learn more - Wed, Apr 26, 2017 |
| | | CMHC Canada Mortgage and Housing Company ->> Letter Sent - contact us to learn more - Wed, Apr 26, 2017 |
| | | @OSFICanada Let your FRFI's (& banks) know that we have a Parliamentary recognized system to help build & maintain a High CRR. #MQCC #iQMS - May 3, 2017 |
| | | @SIPA1998 @cdnmoneysaver In 2004 you asked @osc_news for it. In 2007 it was developed. In 2017 we share:#iQMS™#qualityinfinance #cbcgopublic - May 8, 2017 |
| | | @SIPA1998 @cdnmoneysaver In 2004 you asked @osc_news for it. In 2007 it was developed. In 2017 we share:#iQMS™#qualityinfinance #cbcgopublic - May 8, 2017 |
| | | @SIPA1998 @cdnmoneysaver In 2004 you asked @osc_news for it. In 2007 it was developed. In 2017 we share:#iQMS™#qualityinfinance #cbcgopublic - May 8, 2017 |
| | | Merger of Engineering, CompTech & Finance to help society #qualityinfinance #MQCC; @EngineersCanada; May 14, 2017 |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | |
|---|---|
| NATIONAL SOCIETY OF PROFESSIONAL ENGINEERS — Champion \| Guide \| Advance \| Unite | Merger of Engineering, CompTech & Finance to help society #qualityinfinance #MQCC; @NSPE; May 14, 2017 |
| Engineering Council | Merger of Engineering, CompTech & Finance to help society #qualityinfinance #MQCC; @EngCouncil; May 14, 2017 |
| ENGINEERS AUSTRALIA | Merger of Engineering, CompTech & Finance to help society #qualityinfinance #MQCC; @EngAustralia; May 14, 2017 |
| IEEE | Merger of Engineering, CompTech & Finance to help society #qualityinfinance #MQCC; @IEEEorg; May 14, 2017 |
| IIROC OCRCVM | Good day world; a certified system that creates #qualityinfinance is not a mere "promotion". Ask #iiroc!#qualityinfinance #CQMFA #MQCC #iQMS - 17-May-2017 |
| CREDIT SUISSE | @CreditSuisse :#investors only earn 6.4% in equities after 117 Years http://investor.mortgagequote.ca earn upto 12%+ in Year 1! Learn to #BetheBank® - May 22, 2017 |
| RESERVE BANK OF INDIA | Reserve Bank of India; The Company You Keep. Quality Leaders in #Finance:http://blog-mortgagequote.blogspot.ca/2017/05/the-company-you-keep-for-whom-certified.html #iso9001 #qualityinfinance #qualityinwealth #qualitymanaged #cqmfa; May 24, 2017 |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | | |
|---|---|---|
| | ICBC | ICBC; The Company You Keep. Quality Leaders in #Finance:http://blog-mortgagequote.blogspot.ca/2017/05/the-company-you-keep-for-whom-certified.html #iso9001 #qualityinfinance #qualityinwealth #qualitymanaged #cqmfa; May 24, 2017 |
| | nab | NAB; The Company You Keep. Quality Leaders in #Finance:http://blog-mortgagequote.blogspot.ca/2017/05/the-company-you-keep-for-whom-certified.html #iso9001 #qualityinfinance #qualityinwealth #qualitymanaged #cqmfa; May 24, 2017 |
| | BANK OF CANADA BANQUE DU CANADA | Bank of Canada; The Company You Keep. Quality Leaders in #Finance:http://blog-mortgagequote.blogspot.ca/2017/05/the-company-you-keep-for-whom-certified.html #iso9001 #qualityinfinance #qualityinwealth #qualitymanaged #cqmfa; May 24, 2017 |
| | usbank | US Bank; The Company You Keep. Quality Leaders in #Finance:http://blog-mortgagequote.blogspot.ca/2017/05/the-company-you-keep-for-whom-certified.html #iso9001 #qualityinfinance #qualityinwealth #qualitymanaged #cqmfa; May 24, 2017 |
| | mandiri | Bank Mandiri; The Company You Keep. Quality Leaders in #Finance:http://blog-mortgagequote.blogspot.ca/2017/05/the-company-you-keep-for-whom-certified.html #iso9001 |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | | |
|---|---|---|
| | | #qualityinfinance #qualityinwealth #qualitymanaged #cqmfa; May 24, 2017 |
| | all funds BANK | All Funds Bank; The Company You Keep. Quality Leaders in #Finance:http://blog-mortgagequote.blogspot.ca/2017/05/the-company-you-keep-for-whom-certified.html #iso9001 #qualityinfinance #qualityinwealth #qualitymanaged #cqmfa; May 24, 2017 |
| | ISO | International Organization for Standardization (ISO); The Company You Keep. Quality Leaders in #Finance:http://blog-mortgagequote.blogspot.ca/2017/05/the-company-you-keep-for-whom-certified.html #iso9001 #qualityinfinance #qualityinwealth #qualitymanaged #cqmfa; May 24, 2017 |
| | CQMFA www.cqmfa.org Safe - Reliable - Good | International Organization for Standardization (ISO); The Company You Keep. Quality Leaders in #Finance:http://blog-mortgagequote.blogspot.ca/2017/05/the-company-you-keep-for-whom-certified.html #iso9001 #qualityinfinance #qualityinwealth #qualitymanaged #cqmfa; May 24, 2017 |
| | CPA CHARTERED PROFESSIONAL ACCOUNTANTS CANADA COMPTABLES PROFESSIONNELS AGRÉÉS CANADA | @CPAcanada "Enhance Quality in the Public Interest" with #MQCC's #iQMS™#QualityinAccounting -it exists- see http://cpa.mortgagequote.ca - Jun-2-2017 |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | |
|---|---|
| ![MNP LLP] | @MNP_LLP "Enhance Quality in the Public Interest" with #MQCC's #iQMS™#QualityinAccounting -it exists- see http://cpa.mortgagequote.ca - Jun-2-2017 |
| Standards Council of Canada / Conseil canadien des normes | When it comes to #StandardsofQuality in Finance $$$ - there is #NoHigherStandard than the #NationalStandard #QualityinFinance #ISO9001 #MQCC; Jun 6, 2017 |
| ALBERTA MEDICAL ASSOCIATION | @ Albertadoctors #designingquality You demand #QualityinHealthcare. Demand #QualityinFinance too #ISO9001 #MQCC #QualityMattersWoman health worker - Jun 6, 2017 |
| cpsa / COLLEGE OF PHYSICIANS & SURGEONS OF ALBERTA | @CPSA_CA #designingquality You demand #QualityinHealthcare. Demand #QualityinFinance too #ISO9001 #MQCC #QualityMattersWoman health worker - Jun 6, 2017 |
| IFAC International Federation of Accountants | #QualityinAccounting Quality Control in Accounting Practices—What Are The Issues @IFAC_Update; http://ifac.org/global-knowledge-gateway/audit-assurance/discussion/quality-control-accounting-practices-what-are?utm_medium=social&utm_source=twitter&utm_campaign=web_share#.WTjQTNUQ8CE.twitter #MQCC #ISO9001 #iQMS™ |
| IIROC OCRCVM | Are you the CEO #TopManagement of an #OSFI #Bank or Regulated by #IIROC, #FCA or a #financialregulator? You need #MQCC's #iQMS™ #Compliance; Jun 11, 2017 |
| FCA FINANCIAL CONDUCT AUTHORITY | Are you the CEO #TopManagement of an #OSFI #Bank or Regulated by #IIROC, #FCA or a #financialregulator? You need #MQCC's #iQMS™ #Compliance; Jun 11, 2017 |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | | |
|---|---|---|
| | | Are you the CEO #TopManagement of an #OSFI #Bank or Regulated by #IIROC, #FCA or a #financialregulator? You need #MQCC's #iQMS™ #Compliance; Jun 11, 2017 |
| | | @LawSocietyofAB If the #lawyer's Code ENFORCES #goodquality why not your Banker, Investment Broker & Mortgage Lender?#QualityinFinance #MQCC - Jun 21, 2017 |
| | | @APEGA_AB if a member must have a Professional Practice Mgmt Plan PPMP or formal quality mgmt plan(#ISO9001:2015)shouldn't their financiers? - Jun 23, 2017 |
| | | If your #mortgage #finance is #missioncritical-do what #GSA, #DOD & #NASA do: Hire an #ISO9001:2015 Co. #MQCC #iQMS™ http://blog-mortgagequote.blogspot.ca/2017/06/if-your-mortgage-financing-transaction.html; Jun 26, 2017 |
| | | If your #mortgage #finance is #missioncritical-do what #GSA, #DOD & #NASA do: Hire an #ISO9001:2015 Co. #MQCC #iQMS™ http://blog-mortgagequote.blogspot.ca/2017/06/if-your-mortgage-financing-transaction.html; Jun 26, 2017 |
| | | If your #mortgage #finance is #missioncritical-do what #GSA, #DOD & #NASA do: Hire an #ISO9001:2015 Co. #MQCC #iQMS™ http://blog-mortgagequote.blogspot.ca/2017/06/if-your-mortgage-financing-transaction.html; Jun 26, 2017 |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | |
|---|---|
| CSA Group | Aug 21, 2017<br>What does #Eclipse2017 & #MQCC have in common? #ISO9001, of course! #ISO brings #safety to both your eyes & your #Finance. #Standards<br>#CQMFA |
| CSA ASC | Aug 21, 2017<br>What does #Eclipse2017 & #MQCC have in common? #ISO9001, of course! #ISO brings #safety to both your eyes & your #Finance. #Standards<br>#CQMFA |
| ANSI American National Standards Institute | Aug 21, 2017<br>What does #Eclipse2017 & #MQCC have in common? #ISO9001, of course! #ISO brings #safety to both your eyes & your #Finance. #Standards<br>#CQMFA |
| CQMFA | Aug 21, 2017<br>What does #Eclipse2017 & #MQCC have in common? #ISO9001, of course! #ISO brings #safety to both your eyes & your #Finance. #Standards<br>#CQMFA |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | | |
|---|---|---|
| | IFAC | IFAC; Fayezul Choudhury, Ultimate Responsible Party; Wed, Aug 23, 2017 |
| | TMX | Re: Introduction - Mon, Sep 25, 2017 |
| | NASA | @TMXGroup Congrats on your brand launch today! From: The Future of #Finance™. #MQCC: @NASA & @csa_asc level of #MgmtSystems for Public Cos. - Oct 10, 2017 |
| | TMX | @TMXGroup Congrats on your brand launch today! From: The Future of #Finance™. #MQCC: @NASA & @csa_asc level of #MgmtSystems for Public Cos. - Oct 10, 2017 |
| | NASA | @TMXGroup Congrats on your brand launch today! From: The Future of #Finance™. #MQCC: @NASA & @csa_asc level of #MgmtSystems for Public Cos. - Oct 10, 2017 |
| 2018 | | |
| | BANK OF ENGLAND | Mark Carney; Governor of the Bank of England; Chair of the Monetary Policy Committee, Financial Policy Committee and the Prudential Regulation Committee<br>First Vice-Chair of the European Systemic Risk Board, a member of the Group of Thirty and the Foundation Board of the World Economic Forum; prepared or sent correspondence; 12-March-2018. |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | |
|---|---|
| FOX NEWS channel | BITMORTGAGE® (USA Registered Trademark) - historical correction - RE: "Blockchain Helping to Buy A House"; Mon, Jun 18, 2018 |
| CANADIAN CENTRE FOR CYBER SECURITY \| CENTRE CANADIEN POUR LA CYBERSÉCURITÉ | CCIRC Canadian Centre for Cyber Security - cyber.gc.ca ->> Letter Sent - contact us to learn more - Oct 13, 2018 |
| ASC Alberta Securities Commission | Alberta Securities Commission ->> Letter Sent - contact us to learn more - Tue, Oct 16, 2018 |
| FCA FINANCIAL CONDUCT AUTHORITY | United Kingdom (UK) Financial Conduct Authority; Global Financial Innovation Network (GFIN); Answers to Questions and Introduction to MQCC™ Global Sandbox designed for International Legislators, Regulators and Regulatees (www.globalsandbox.org) - 14 October 2018 |
| Royal Canadian Mounted Police | RCMP Cybercrimes Unit ->> Letter Sent - contact us to learn more - October 19, 2018 |
| Congressional Research Service | MQCC - USA Congressional Research Service: Introduction to Mr. David W. Perkins & Suggestion RE: Marketplace Lending: Fintech in Consumer and Small-Business Lending - Tue, Oct 23, 2018 |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | |
|---|---|
| | MQCC.org - Purdue University: Introduction and memo World's First "Self Learning AI (Artificial Intelligent) System" is over 15 years old and still functioning - Nov 16, 2018 |
| | Introduction to ICLR by Anoop Bungay; MQCC: This nexus of Law, Legal Regulation and First Application of "Blockchain Principles" in Commerce & Litigation Tested by Legal Regulators - Fri, Dec 21, 2018 |
| | MQCC & The Committee on Science, Technology, and Law; National Academies of Sciences, Engineering, and Medicine - Introduction & Query re: Presentment of an Article - Tue, Dec 25, 2018 |
| 2019 | |
| | The Rt Hon. the Lord Woolf; Message respecting "realization of a vision" - 1996 to 2019 - Wed, Jan 2, 2019 |
| | Mark Carney; Governor of the Bank of England; Chair of the Monetary Policy Committee, Financial Policy Committee and the Prudential Regulation Committee First Vice-Chair of the European Systemic Risk Board, a member of the Group of Thirty and the Foundation Board of the |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | | |
|---|---|---|
| | | World Economic Forum - 14-January-2019 via public blog (blog.mortgagequote.ca) - 14-Jan-2019 |
| | | Re: Introduction to MQCC.org and Clarification of a Journalistic Descriptive Claim regarding the "World's First" RE: An Application of the "Principles of 'Blockchain'" in Commerce". April 9, 2005 Non-Bank, Non-Institutional, Non-Syndicated, Non-Regulated or Regulatory Exempt, Free Trading, Peer-to-Peer (P2P)/Private/Crypto/Secret/Shadow Securities of a Financial & Electronic Nature, Begins - Tue, Jan 22, 2019 |
| | finder.com | Re: Introduction to MQCC.org and Clarification of a Journalistic Descriptive Claim regarding the "World's First" RE: An Application of the "Principles of 'Blockchain'" in Commerce". April 9, 2005 Non-Bank, Non-Institutional, Non-Syndicated, Non-Regulated or Regulatory Exempt, Free Trading, Peer-to-Peer (P2P)/Private/Crypto/Secret/Shadow Securities of a Financial & Electronic Nature, Begins - Tue, Jan 22, 2019 |
| | BitcoinExchangeGuide | Re: Introduction to MQCC.org and Clarification of a Journalistic Descriptive Claim regarding the "World's First" RE: An Application of the "Principles of 'Blockchain'" in Commerce". April 9, 2005 Non-Bank, Non-Institutional, Non-Syndicated, Non-Regulated or Regulatory Exempt, Free Trading, Peer-to-Peer (P2P)/Private/Crypto/Secret/Shadow Securities of a Financial & Electronic Nature, Begins - Tue, Jan 22, 2019 |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | | |
|---|---|---|
| |  | Re: Introduction to MQCC.org and Clarification of a Journalistic Descriptive Claim regarding the "World's First" RE: An Application of the "Principles of 'Blockchain'" in Commerce". April 9, 2005 Non-Bank, Non-Institutional, Non-Syndicated, Non-Regulated or Regulatory Exempt, Free Trading, Peer-to-Peer (P2P)/Private/Crypto/Secret/Shadow Securities of a Financial & Electronic Nature, Begins - Tue, Jan 22, 2019 |
| | Medium | Re: Introduction to MQCC.org and Clarification of a Journalistic Descriptive Claim regarding the "World's First" RE: An Application of the "Principles of 'Blockchain'" in Commerce". April 9, 2005 Non-Bank, Non-Institutional, Non-Syndicated, Non-Regulated or Regulatory Exempt, Free Trading, Peer-to-Peer (P2P)/Private/Crypto/Secret/Shadow Securities of a Financial & Electronic Nature, Begins - Tue, Jan 22, 2019 |
| | FT FINANCIAL TIMES | Re: Introduction to MQCC.org and Clarification of a Journalistic Descriptive Claim regarding the "World's First" RE: An Application of the "Principles of 'Blockchain'" in Commerce". April 9, 2005 Non-Bank, Non-Institutional, Non-Syndicated, Non-Regulated or Regulatory Exempt, Free Trading, Peer-to-Peer (P2P)/Private/Crypto/Secret/Shadow Securities of a Financial & Electronic Nature, Begins - Tue, Jan 22, 2019 |
| | THE MORTGAGE REPORTS Operated by Full Beaker, Inc. NMLS# 1019791 | Re: Introduction to MQCC.org and Clarification of a Journalistic Descriptive Claim regarding the "World's First" RE: An Application of the "Principles of 'Blockchain'" in Commerce". April 9, 2005 Non-Bank, Non-Institutional, Non-Syndicated, |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | | |
|---|---|---|
| | | Non-Regulated or Regulatory Exempt, Free Trading, Peer-to-Peer (P2P)/Private/Crypto/Secret/Shadow Securities of a Financial & Electronic Nature, Begins - Tue, Jan 22, 2019 |
| | coindesk | Re: Introduction to MQCC.org and Clarification of a Journalistic Descriptive Claim regarding the "World's First" RE: An Application of the "Principles of 'Blockchain'" in Commerce". April 9, 2005 Non-Bank, Non-Institutional, Non-Syndicated, Non-Regulated or Regulatory Exempt, Free Trading, Peer-to-Peer (P2P)/Private/Crypto/Secret/Shadow Securities of a Financial & Electronic Nature, Begins - Tue, Jan 22, 2019 |
| | NEWSBTC | Re: Introduction to MQCC.org and Clarification of a Journalistic Descriptive Claim regarding the "World's First" RE: An Application of the "Principles of 'Blockchain'" in Commerce". April 9, 2005 Non-Bank, Non-Institutional, Non-Syndicated, Non-Regulated or Regulatory Exempt, Free Trading, Peer-to-Peer (P2P)/Private/Crypto/Secret/Shadow Securities of a Financial & Electronic Nature, Begins - Tue, Jan 22, 2019 |
| | mortgagebusiness | Re: Introduction to MQCC.org and Clarification of a Journalistic Descriptive Claim regarding the "World's First" RE: An Application of the "Principles of 'Blockchain'" in Commerce". April 9, 2005 Non-Bank, Non-Institutional, Non-Syndicated, Non-Regulated or Regulatory Exempt, Free Trading, Peer-to-Peer (P2P)/Private/Crypto/Secret/Shadow Securities of a Financial & Electronic Nature, Begins - Tue, Jan 22, 2019 |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | | |
|---|---|---|
| | CryptoDaily® | Re: Introduction to MQCC.org and Clarification of a Journalistic Descriptive Claim regarding the "World's First" RE: An Application of the "Principles of 'Blockchain'" in Commerce". April 9, 2005 Non-Bank, Non-Institutional, Non-Syndicated, Non-Regulated or Regulatory Exempt, Free Trading, Peer-to-Peer (P2P)/Private/Crypto/Secret/Shadow Securities of a Financial & Electronic Nature, Begins - Tue, Jan 22, 2019 |
| | BITSONLINE | Re: Introduction to MQCC.org and Clarification of a Journalistic Descriptive Claim regarding the "World's First" RE: An Application of the "Principles of 'Blockchain'" in Commerce". April 9, 2005 Non-Bank, Non-Institutional, Non-Syndicated, Non-Regulated or Regulatory Exempt, Free Trading, Peer-to-Peer (P2P)/Private/Crypto/Secret/Shadow Securities of a Financial & Electronic Nature, Begins - Tue, Jan 22, 2019 |
| | DSnews THE HOMEPAGE OF THE SERVICING INDUSTRY | Re: Introduction to MQCC.org and Clarification of a Journalistic Descriptive Claim regarding the "World's First" RE: An Application of the "Principles of 'Blockchain'" in Commerce". April 9, 2005 Non-Bank, Non-Institutional, Non-Syndicated, Non-Regulated or Regulatory Exempt, Free Trading, Peer-to-Peer (P2P)/Private/Crypto/Secret/Shadow Securities of a Financial & Electronic Nature, Begins - Tue, Jan 22, 2019 |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | | |
|---|---|---|
| | ![HW HOUSINGWIRE] | Re: Introduction to MQCC.org and Clarification of a Journalistic Descriptive Claim regarding the "World's First" RE: An Application of the "Principles of 'Blockchain'" in Commerce". April 9, 2005 Non-Bank, Non-Institutional, Non-Syndicated, Non-Regulated or Regulatory Exempt, Free Trading, Peer-to-Peer (P2P)/Private/Crypto/Secret/Shadow Securities of a Financial & Electronic Nature, Begins - Tue, Jan 22, 2019 |
| | ![Wharton UNIVERSITY of PENNSYLVANIA] | Re: Introduction to MQCC.org and Clarification of a Journalistic Descriptive Claim regarding the "World's First" RE: An Application of the "Principles of 'Blockchain'" in Commerce". April 9, 2005 Non-Bank, Non-Institutional, Non-Syndicated, Non-Regulated or Regulatory Exempt, Free Trading, Peer-to-Peer (P2P)/Private/Crypto/Secret/Shadow Securities of a Financial & Electronic Nature, Begins - Tue, Jan 22, 2019 |
| | ![The Economist] | Re: Introduction to MQCC.org and Clarification of a Journalistic Descriptive Claim regarding the "World's First" RE: An Application of the "Principles of 'Blockchain'" in Commerce". April 9, 2005 Non-Bank, Non-Institutional, Non-Syndicated, Non-Regulated or Regulatory Exempt, Free Trading, Peer-to-Peer (P2P)/Private/Crypto/Secret/Shadow Securities of a Financial & Electronic Nature, Begins - Tue, Jan 22, 2019 |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | | |
|---|---|---|
| | Harvard Business Review | Re: Introduction to MQCC.org and Clarification of a Journalistic Descriptive Claim regarding the "World's First" RE: An Application of the "Principles of 'Blockchain'" in Commerce". April 9, 2005 Non-Bank, Non-Institutional, Non-Syndicated, Non-Regulated or Regulatory Exempt, Free Trading, Peer-to-Peer (P2P)/Private/Crypto/Secret/Shadow Securities of a Financial & Electronic Nature, Begins - Tue, Jan 22, 2019 |
| | NOURIEL TODAY | Dr. @Nouriel RE: @wef. As #Economic #Scientist sorry you are not entirely correct.#InternationallyAccepted #RegulatoryRecognized #trusted,commercialized #Banking & #Finance #BlockchainPrinciples starts on April 9, 2005 & is borne of #conformity NOT #computer #science-Call me.Proof - Jan 27, 2019 |
| | WORLD ECONOMIC FORUM | Dr. @Nouriel RE: @wef. As #Economic #Scientist sorry you are not entirely correct.#InternationallyAccepted #RegulatoryRecognized #trusted,commercialized #Banking & #Finance #BlockchainPrinciples starts on April 9, 2005 & is borne of #conformity NOT #computer #science-Call me.Proof - Jan 27, 2019 |
| | BERKSHIRE HATHAWAY inc. | MQCC™ (.org) - Berkshire Hathaway (.com) - Introduction & Query - 12 Years of Successful Corporate Financial Risk Reduction via World's First ISO 9001:2000, ISO 9001:2008, ISO 9001:2015 Registered "Principles of 'Blockchain'"-based Quality Management System & 15 Years of Successful Operation of the World's First Cryptofinancial System - Mon, Mar 11, 2019 |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | | |
|---|---|---|
| | UN INNOVATION NETWORK | United Nations Innovation Network - Registration - Tue, Mar 26-2019 |
| | Government of Canada   Gouvernement du Canada   Canada | Good news @Canada ; sorry @cityoftoronto , the #First #Application of the #Principles of "#blockchain' in #commerce started in @cityofcalgary . Have your mayor call our mayor. At least #Calgary is in #Canada which makes Canada #1 in the World. #themoreyouknow @financialpost #mqcc - Apr 23, 2019 |
| | TORONTO | Good news @Canada ; sorry @cityoftoronto , the #First #Application of the #Principles of "#blockchain' in #commerce started in @cityofcalgary . Have your mayor call our mayor. At least #Calgary is in #Canada which makes Canada #1 in the World. #themoreyouknow @financialpost #mqcc - Apr 23, 2019 |
| | Calgary | Good news @Canada ; sorry @cityoftoronto , the #First #Application of the #Principles of "#blockchain' in #commerce started in @cityofcalgary . Have your mayor call our mayor. At least #Calgary is in #Canada which makes Canada #1 in the World. #themoreyouknow @financialpost #mqcc - Apr 23, 2019 |
| | FINANCIAL POST | Good news @Canada ; sorry @cityoftoronto , the #First #Application of the #Principles of "#blockchain' in #commerce started in @cityofcalgary . Have your mayor call our mayor. At least #Calgary is in #Canada which makes Canada #1 in the World. #themoreyouknow @financialpost #mqcc - Apr 23, 2019 |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | |
|---|---|
| | 1980s @unstats #UnitedNations #statistics foreshadowed #nonbank, #noninstitutional, #nonsyndicated, #nonregulated or #regulatoryexempt, #freetrading, #PeertoPeer (#P2P)/#Private/#Crypto/#Secret/#Shadow #securities in #finance & #blockchainprinciples read http://un.mqcc.org - Apr 29, 2019 |
| | Financial Services Commission BC (FICOM) ->> Letter Sent - contact us to learn more - Tue, Jul 16, 2019. |
| | City of Calgary Mayor ->> Letter Sent - contact us to learn more - Fri, Jul 19, 2019 |
| | One (1) International Science Council; One (1) International Organization; Seven (7) Continents; 25 Global Scientists: Prior Art Notice: the Origins of the "Principles of 'BlockChain'": Commencing on April 9, 2005 and Continuously Registered to ISO 9001 from May 9, 2008 to 2019, Onward - Aug 12, 2019 |
| | Minister of State for Advanced Science; Chairperson of the Emirates Scientists Council; Deputy Project Manager in Emirates Mars Mission; One (1) International Science Council; One (1) International Organization; Seven (7) Continents; 25 Global Scientists: Prior Art Notice: the Origins of the "Principles of 'BlockChain'": Commencing on April 9, 2005 and Continuously |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | | |
|---|---|---|
| | | Registered to ISO 9001 from May 9, 2008 to 2019, Onward - Aug 12, 2019 |
| | | (President) Professor of Medicine and Principal, College of Health Sciences, Makerere University; One (1) International Organization; Seven (7) Continents; 25 Global Scientists: Prior Art Notice: the Origins of the "Principles of 'BlockChain'": Commencing on April 9, 2005 and Continuously Registered to ISO 9001 from May 9, 2008 to 2019, Onward - Aug 12, 2019 |
| | | President of the Nigerian Academy of Science; One (1) International Organization; Seven (7) Continents; 25 Global Scientists: Prior Art Notice: the Origins of the "Principles of 'BlockChain'": Commencing on April 9, 2005 and Continuously Registered to ISO 9001 from May 9, 2008 to 2019, Onward - Aug 12, 2019 |
| | | Ministry of Science and Technology Chief Scientis; One (1) International Organization; Seven (7) Continents; 25 Global Scientists: Prior Art Notice: the Origins of the "Principles of 'BlockChain'": Commencing on April 9, 2005 and Continuously Registered to ISO 9001 from May 9, 2008 to 2019, Onward - Aug 12, 2019 |
| | | Chief Scientific Adviser, UK; One (1) International Organization; Seven (7) Continents; 25 Global Scientists: Prior Art Notice: the Origins of the "Principles of 'BlockChain'": Commencing on April |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | | |
|---|---|---|
| | | 9, 2005 and Continuously Registered to ISO 9001 from May 9, 2008 to 2019, Onward - Aug 12, 2019 |
| | | Chair, European Commission's Group of Chief Scientific Advisors. The Scientific Advice Mechanism (SAM); One (1) International Organization; Seven (7) Continents; 25 Global Scientists: Prior Art Notice: the Origins of the "Principles of 'BlockChain'": Commencing on April 9, 2005 and Continuously Registered to ISO 9001 from May 9, 2008 to 2019, Onward - Aug 12, 2019 |
| | | Office of the Principal Scientific Adviser to the Government of India; One (1) International Organization; Seven (7) Continents; 25 Global Scientists: Prior Art Notice: the Origins of the "Principles of 'BlockChain'": Commencing on April 9, 2005 and Continuously Registered to ISO 9001 from May 9, 2008 to 2019, Onward - Aug 12, 2019 |
| | | President of the Chinese Academy of Sciences (CAS); One (1) International Organization; Seven (7) Continents; 25 Global Scientists: Prior Art Notice: the Origins of the "Principles of 'BlockChain'": Commencing on April 9, 2005 and Continuously Registered to ISO 9001 from May 9, 2008 to 2019, Onward - Aug 12, 2019 |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | | |
|---|---|---|
| | | CHIEF SCIENTIST Singapore; One (1) International Organization; Seven (7) Continents; 25 Global Scientists: Prior Art Notice: the Origins of the "Principles of 'BlockChain'": Commencing on April 9, 2005 and Continuously Registered to ISO 9001 from May 9, 2008 to 2019, Onward - Aug 12, 2019 |
| | | Science Adviser to the Prime Minister of Malaysia; One (1) International Organization; Seven (7) Continents; 25 Global Scientists: Prior Art Notice: the Origins of the "Principles of 'BlockChain'": Commencing on April 9, 2005 and Continuously Registered to ISO 9001 from May 9, 2008 to 2019, Onward - Aug 12, 2019 |
| | | President of Science Council of Japan; One (1) International Organization; Seven (7) Continents; 25 Global Scientists: Prior Art Notice: the Origins of the "Principles of 'BlockChain'": Commencing on April 9, 2005 and Continuously Registered to ISO 9001 from May 9, 2008 to 2019, Onward - Aug 12, 2019 |
| | | President of the Russian Academy of Sciences Presidium of the Russian Academy of Sciences; One (1) International Organization; Seven (7) Continents; 25 Global Scientists: Prior Art Notice: the Origins of the "Principles of 'BlockChain'": Commencing on April 9, 2005 and Continuously Registered to ISO 9001 from May 9, 2008 to 2019, Onward - Aug 12, 2019 |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government - Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.

# MQCC.org





**MQCC® ◆ Bungay International**

| | | |
|---|---|---|
| | CHIEF SCIENCE ADVISOR OF CANADA | Chief Science Advisor to Canada's Prime Minister, Minister of Science and Cabinet; Office of the Chief Science Advisor, Canada; One (1) International Organization; Seven (7) Continents; 25 Global Scientists: Prior Art Notice: the Origins of the "Principles of 'BlockChain'": Commencing on April 9, 2005 and Continuously Registered to ISO 9001 from May 9, 2008 to 2019, Onward - Aug 12, 2019 |
| | Office of Science and Technology Policy | Director of the Office of Science and Technology Policy USA; One (1) International Organization; Seven (7) Continents; 25 Global Scientists: Prior Art Notice: the Origins of the "Principles of 'BlockChain'": Commencing on April 9, 2005 and Continuously Registered to ISO 9001 from May 9, 2008 to 2019, Onward - Aug 12, 2019 |
| | CONICET | President of CONICET; National Council of Scientific and Technical Research Argentina; One (1) International Organization; Seven (7) Continents; 25 Global Scientists: Prior Art Notice: the Origins of the "Principles of 'BlockChain'": Commencing on April 9, 2005 and Continuously Registered to ISO 9001 from May 9, 2008 to 2019, Onward - Aug 12, 2019 |
| | GOBIERNO DE MÉXICO ● CON | Head; The Conacyt; National Council for Science and Technology, Mexico; One (1) International Organization; Seven (7) Continents; 25 Global Scientists: Prior Art Notice: the Origins of the "Principles of 'BlockChain'": Commencing on April 9, 2005 and Continuously Registered to ISO 9001 from May 9, 2008 to 2019, Onward - Aug 12, 2019 |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | | |
|---|---|---|
| | AUSTRALIA'S CHIEF SCIENTIST | Chief Scientist; Industry, Innovation and Science; Australia; One (1) International Organization; Seven (7) Continents; 25 Global Scientists: Prior Art Notice: the Origins of the "Principles of 'BlockChain'": Commencing on April 9, 2005 and Continuously Registered to ISO 9001 from May 9, 2008 to 2019, Onward - Aug 12, 2019 |
| | Office of the Prime Minister's Chief Science Advisor | Office of the Prime Minister's Chief Science Advisor, New Zealand; One (1) International Organization; Seven (7) Continents; 25 Global Scientists: Prior Art Notice: the Origins of the "Principles of 'BlockChain'": Commencing on April 9, 2005 and Continuously Registered to ISO 9001 from May 9, 2008 to 2019, Onward - Aug 12, 2019 |
| | SCAR Scientific Committee on Antarctic Research | Executive Director; Scientific Committee on Antarctic Research; One (1) International Organization; Seven (7) Continents; 25 Global Scientists: Prior Art Notice: the Origins of the "Principles of 'BlockChain'": Commencing on April 9, 2005 and Continuously Registered to ISO 9001 from May 9, 2008 to 2019, Onward - Aug 12, 2019 |
| | United Nations Educational, Scientific and Cultural Organization | Director-General of the United Nations Educational, Scientific and Cultural Organization (UNESCO); Chairperson of the Scientific Advisory Board; One (1) International Organization; Seven (7) Continents; 25 Global Scientists: Prior Art Notice: the Origins of the "Principles of 'BlockChain'": Commencing on April 9, 2005 and Continuously Registered to ISO 9001 from May 9, 2008 to 2019, Onward - Aug 12, 2019 |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government - Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | | |
|---|---|---|
| | unicef | Senior Advisor on Innovation to the Executive Director; UNICEF Ventures, and is a Principal Advisor in UNICEF's Office of Innovation.; One (1) International Organization; Seven (7) Continents; 25 Global Scientists: Prior Art Notice: the Origins of the "Principles of 'BlockChain'": Commencing on April 9, 2005 and Continuously Registered to ISO 9001 from May 9, 2008 to 2019, Onward - Aug 12, 2019 |
| | UNITED NATIONS | UN Blockchain group ; One (1) International Organization; Seven (7) Continents; 25 Global Scientists: Prior Art Notice: the Origins of the "Principles of 'BlockChain'": Commencing on April 9, 2005 and Continuously Registered to ISO 9001 from May 9, 2008 to 2019, Onward - Aug 12, 2019 |
| | UNITED NATIONS DEPARTMENT OF ECONOMIC AND SOCIAL AFFAIRS | United Nations Department of Economic and Social Affairs (DESA) ; One (1) International Organization; Seven (7) Continents; 25 Global Scientists: Prior Art Notice: the Origins of the "Principles of 'BlockChain'": Commencing on April 9, 2005 and Continuously Registered to ISO 9001 from May 9, 2008 to 2019, Onward - Aug 12, 2019 |
| | BANK FOR INTERNATIONAL SETTLEMENTS | Believe it or not, it's true; #MQCC.org confirms #CentralBankersDoCare: pursuit of "Quality" outperforms pursuit of "Profit" by 152% at the Bank for International Settlements #BIS.org. With MQCC, Central Banks transform pursuit into reality; read Issue #2 http://ijcs.mqcc.org.; Aug 14, 2019 |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government - Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | | |
|---|---|---|
| | ISO | Believe it or not, it's true; #MQCC.org confirms #CentralBankersDoCare: pursuit of "Quality" outperforms pursuit of "Profit" by 152% at the Bank for International Settlements #BIS.org. With MQCC, Central Banks transform pursuit into reality; read Issue #2 http://ijcs.mqcc.org.; Aug 14, 2019 |
| | OECD BETTER POLICIES FOR BETTER LIVES | Believe it or not, it's true; #MQCC.org confirms #CentralBankersDoCare: pursuit of "Quality" outperforms pursuit of "Profit" by 152% at the Bank for International Settlements #BIS.org. With MQCC, Central Banks transform pursuit into reality; read Issue #2 http://ijcs.mqcc.org.; Aug 14, 2019 |
| | WORLD TRADE ORGANIZATION | Believe it or not, it's true; #MQCC.org confirms #CentralBankersDoCare: pursuit of "Quality" outperforms pursuit of "Profit" by 152% at the Bank for International Settlements #BIS.org. With MQCC, Central Banks transform pursuit into reality; read Issue #2 http://ijcs.mqcc.org.; Aug 14, 2019 |
| | UNITED NATIONS | Believe it or not, it's true; #MQCC.org confirms #CentralBankersDoCare: pursuit of "Quality" outperforms pursuit of "Profit" by 152% at the Bank for International Settlements #BIS.org. With MQCC, Central Banks transform pursuit into reality; read Issue #2 http://ijcs.mqcc.org.; Aug 14, 2019 |
| | Microsoft | Believe it or not, it's true; #MQCC.org confirms #CentralBankersDoCare: pursuit of "Quality" outperforms pursuit of "Profit" by 152% at the Bank for International Settlements |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | | |
|---|---|---|
| | | #BIS.org. With MQCC, Central Banks transform pursuit into reality; read Issue #2 http://ijcs.mqcc.org.; Aug 14, 2019 |
| | android | Believe it or not, it's true; #MQCC.org confirms #CentralBankersDoCare: pursuit of "Quality" outperforms pursuit of "Profit" by 152% at the Bank for International Settlements #BIS.org. With MQCC, Central Banks transform pursuit into reality; read Issue #2 http://ijcs.mqcc.org.; Aug 14, 2019 |
| | THE LINUX FOUNDATION | Believe it or not, it's true; #MQCC.org confirms #CentralBankersDoCare: pursuit of "Quality" outperforms pursuit of "Profit" by 152% at the Bank for International Settlements #BIS.org. With MQCC, Central Banks transform pursuit into reality; read Issue #2 http://ijcs.mqcc.org.; Aug 14, 2019 |
| | UNITED NATIONS | #GLOBALNOTICE: Read Vol1-Issue2 http://ijcs.mqcc.org One (1) International Science Council; One (1) International Organization; Seven (7) Continents; 25 Global Scientists: Prior Art Notice: Origins of "Principles of 'BlockChain'"starts Apr-9-2005;ISO 9001-Registered May-9-2008; Aug 16, 2019 |
| | ISO | #GLOBALNOTICE: Read Vol1-Issue2 http://ijcs.mqcc.org One (1) International Science Council; One (1) International Organization; Seven (7) Continents; 25 Global Scientists: Prior Art Notice: Origins of "Principles of 'BlockChain'"starts Apr-9-2005;ISO 9001-Registered May-9-2008; Aug 16, 2019 |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | |
|---|---|
|  | #GLOBALNOTICE: Read Vol1-Issue2 http://ijcs.mqcc.org One (1) International Science Council; One (1) International Organization; Seven (7) Continents; 25 Global Scientists: Prior Art Notice: Origins of "Principles of 'BlockChain'"starts Apr-9-2005;ISO 9001-Registered May-9-2008; Aug 16, 2019 |



| | |
|---|---|
| OECD | #GLOBALNOTICE: Read Vol1-Issue2 http://ijcs.mqcc.org One (1) International Science Council; One (1) International Organization; Seven (7) Continents; 25 Global Scientists: Prior Art Notice: Origins of "Principles of 'BlockChain'"starts Apr-9-2005;ISO 9001-Registered May-9-2008; Aug 16, 2019 |
| International Science Council | #GLOBALNOTICE: Read Vol1-Issue2 http://ijcs.mqcc.org One (1) International Science Council; One (1) International Organization; Seven (7) Continents; 25 Global Scientists: Prior Art Notice: Origins of "Principles of 'BlockChain'"starts Apr-9-2005;ISO 9001-Registered May-9-2008; Aug 16, 2019 |
| TONY ROBBINS | @TonyRobbins Tony: Great to see you in #Calgary the other day. To PREVENT confusion, misunderstanding or aggravation for newbie spreadsheet #mathematicians who seek your advice on #compoundinterest please add a #caret ^ to your formula on your page below #MQCC #BlockChainValid8r; Aug 22, 2019 |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | |
|---|---|
| | United States Securities and Exchange Commission #SEC SEC® recognizes a bespoke #BlockChain finance system like #MQCC 14 yr-old,#ISO9001:2015-Registered MQCC #CompoundInterestMoneyMachine:MQCC #CIMM™ may conduct business in USA without SEC® Registration #POWEROFPRIVATELENDING™®; Aug 23, 2019 |
| | United States Securities and Exchange Commission #SEC SEC® recognizes a bespoke #BlockChain finance system like #MQCC 14 yr-old,#ISO9001:2015-Registered MQCC #CompoundInterestMoneyMachine:MQCC #CIMM™ may conduct business in USA without SEC® Registration #POWEROFPRIVATELENDING™®; Aug 23, 2019 |
| | United States Securities and Exchange Commission #SEC SEC® recognizes a bespoke #BlockChain finance system like #MQCC 14 yr-old,#ISO9001:2015-Registered MQCC #CompoundInterestMoneyMachine:MQCC #CIMM™ may conduct business in USA without SEC® Registration #POWEROFPRIVATELENDING™®; Aug 23, 2019 |
| | United States Securities and Exchange Commission #SEC SEC® recognizes a bespoke #BlockChain finance system like #MQCC 14 yr-old,#ISO9001:2015-Registered MQCC #CompoundInterestMoneyMachine:MQCC #CIMM™ may |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | | |
|---|---|---|
| | | conduct business in USA without SEC® Registration #POWEROFPRIVATELENDING™®; Aug 23, 2019 |
| | THE ROYAL SOCIETY | Query about Fellowship - to the Royal Society: Anoop Bungay: Discoverer of the Field of Conformity Science and the "Principles of 'BlockChain'" andf Binary Digit Utility Tokens for Digital Assets; Aug 29, 2019 |
| | KPMG | KPMG - [REDACTED] - Query re: Advice to Minister of Alberta Services Respecting the Real Estate Council of Alberta - Oct 2, 2019 |
| | | Ministry of Service Alberta, Honorable Minister Nate Glubish - Mon, Oct 7, 2019 |
| | | Minister of Environment and Parks and House Leader, Honourable Jason Nixon; - Mon, Oct 7, 2019 |
| | Alberta Energy | Minister of Energy and Deputy House Leader, Honourable Sonya Savage; - Mon, Oct 7, 2019 |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | |
|---|---|
| | Auditor General of Alberta, Mr. Doug Wyile; - Mon, Oct 7, 2019 |
| | Alberta Ethics Commissioner, Honourable Marguerite Trussler, QC; - Mon, Oct 7, 2019 |
| | Public Interest Commissioner Ms. Marianne Ryan - Mon, Oct 7, 2019 |
| Former Premier of Alberta | Rachel Notley, Edmonton-Strathcona, Leader of the Official Opposition Government of Alberta; Deron Bilous, Edmonton-Beverly-Clareview, Official Opposition House Leader; Heather Sweet, Edmonton-Manning Official Opposition Deputy House Leader; Shannon Phillips, Former Minister of Environment and Parks - Mon, Oct 7, 2019 |
| | MQCC.org : TREASURY BOARD SECRETARIAT Regulatory modernization — Request for stakeholder comments - October 2019 - Sent Thu, Nov 14, 2019 |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | |
|---|---|
| BANK OF CANADA / BANQUE DU CANADA | Bank of Canada; Hey, does your #government or #bank want to save $500M USD or more? Read https://mqcc.page.link/TB which teaches Government of #Canada: #TreasuryBoard how its done #OSFI #FCA conformity solutions for any government or bank in 119 countries http://mqcc.org #BlockChainCreator; Nov 14, 2019 |
| Treasury Board of Canada Secretariat / Secrétariat du Conseil du Trésor du Canada | Treasury Board of Canada; Hey, does your #government or #bank want to save $500M USD or more? Read https://mqcc.page.link/TB which teaches Government of #Canada: #TreasuryBoard how its done #OSFI #FCA conformity solutions for any government or bank in 119 countries http://mqcc.org #BlockChainCreator; Nov 14, 2019 |
| NASA | NASA Astronauts; Hey, does your #government or #bank want to save $500M USD or more? Read https://mqcc.page.link/TB which teaches Government of #Canada: #TreasuryBoard how its done #OSFI #FCA conformity solutions for any government or bank in 119 countries http://mqcc.org #BlockChainCreator; Nov 14, 2019 |
| OSFI / BSIF | Canada Office of the Superintendent of Financial Instutions; Hey, does your #government or #bank want to save $500M USD or more? Read https://mqcc.page.link/TB which teaches Government of #Canada: #TreasuryBoard how its done #OSFI #FCA conformity solutions for any government or bank in 119 countries http://mqcc.org #BlockChainCreator; Nov 14, 2019 |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | |
|---|---|
| | Canada Federal Finance Ministry; Hey, does your #government or #bank want to save $500M USD or more? Read https://mqcc.page.link/TB which teaches Government of #Canada: #TreasuryBoard how its done #OSFI #FCA conformity solutions for any government or bank in 119 countries http://mqcc.org #BlockChainCreator; Nov 14, 2019 |
| | CSA Goup; Hey, does your #government or #bank want to save $500M USD or more? Read https://mqcc.page.link/TB which teaches Government of #Canada: #TreasuryBoard how its done #OSFI #FCA conformity solutions for any government or bank in 119 countries http://mqcc.org #BlockChainCreator; Nov 14, 2019 |
| | Treasury Board of Canada; Hey, does your #government or #bank want to save $500M USD or more? Read https://mqcc.page.link/TB which teaches Government of #Canada: #TreasuryBoard how its done #OSFI #FCA conformity solutions for any government or bank in 119 countries http://mqcc.org #BlockChainCreator; Nov 14, 2019 |
| | President and Fellows of Harvard College; Harvard Management Company, Inc., and Harvard Board of Overseers; MQCC- Harvard - World's First Introduction and Offer to Help: Creation of a New Faculty & Increasing Return on Assets by upto or more than USD |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government - Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | |
|---|---|
| HARVARD MANAGEMENT COMPANY, INC. | $80M/Year for at least 3 years ($240M Savings) - Mon, Nov 18, 2019 |
| HARVARD | |
| HARVARD | How the "#PrinciplesofBlockChain'" will help #Harvard, Harvard Alumni, Harvard Students and Harvard Future Students (and any other Organization, globally): "#MQCC: #PracticeWhatYouTeach™" Program; read here: https://mqcc.page.link/MQCC-Harvard #BlockChainCreator #BooksAndMoney; Nov 18, 2019 |
| CMHC ◆ SCHL | CMHC Canada Mortgage and Housing Company; In 2020 (April 9), the #worldsfirst, most trusted, commercialized #BlockChain-based global network celebrates at least 15 years. Including the #SubBlockChain MQCC Canada Mortgage/d'Hypothèques Conformity (#CMHC) BlockChain; learn at https://mqcc.page.link/MQCC-CMHC #CMHCBlockChain #MQCC; Nov 27, 2019 |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





## MQCC® ◆ Bungay International

| | |
|---|---|
| | Chairman, The Honorable Jay Clayton; United States Securities and Exchange Commission SEC® - Fri, 6 December 2019 |
| | MQCC.org: Offer to Vista Equity Partners (VEP): Learn, License, Collaborate with MQCC: LLC Connect™ - Fri, Dec 20, 2019 |
| 2020 | |
| | United States Securities and Exchange Commission SEC® - Friday, 31 January 2020 |
| | @bitcoin Twitter account manager (social media person); #worldcryptoday° is April 9; remember your cryptofinance Scientific Historical Information Timeline at #MQCC.ORG or http:/origin.mqcc.org. #RealCrypto is #SafeNotVolatile ask #SEC Chair. - 7-Apr-2020 |
| | BC Financial Services Authority (BC FSA) on behalf of BC Ministry of Finance - public response re: Mortgage; Money Services; Beneficial Ownership Disclosure; sent: Thursday, April 30, 2020 |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.




**MQCC® ◆ Bungay International**

| | |
|---|---|
| BRITISH COLUMBIA \| Ministry of Finance | BC Ministry of Finance - public response re: Mortgage; Money Services; Beneficial Ownership Disclosure; sent: Thursday, April 30, 2020 |
| BANK OF ENGLAND | Andrew Bailey, Governor of the Bank of England; email invitation and introduction sent: 3-July-2020 |
| FCA FINANCIAL CONDUCT AUTHORITY | MQCC - FCA (UK) - International Standards-Based Peer-to-Peer Finance: Ontology-based Policy Harmonization Request; Written Oct 24, 2018; sent on 3-July-2020 |
| International Science Council | One (1) International Science Council; One (1) International Organization; Seven (7) Continents; 25 Global Scientists: Prior Art Notice: the Origins of the "Principles of 'BlockChain'": Commencing on April 9, 2005 and Continuously Registered to ISO 9001 from May 9, 2008 to 2019, Onward - Aug 12, 2019 (erroneously and inadvertently "not sent"; re-sent on 3-Jul-2020. |
| United Nations Secretary-General | His Excellency, António Guterres; 9th United Nations Secretary General; [pending due to Covid-19] - July 2020 |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | |
|---|---|
|  | Secretary General of the United Nations (UN); Mr. António Guterres; MQCC™ (MQCC.org) & UN; OECD™, WIPO™ WTO™ - Use of your Logo Request in a Textbook Cover Page - Notice of Descriptive Fair Use for Disclosure of Scientific Discovery of the "Principles of 'BlockChain'" - Jul 25, 2020. |
|  | Secretary-General of the Organisation for Economic Co-operation and Development (OECD™); Mr. Angel Gurría; MQCC™ (MQCC.org) & UN; OECD™, WIPO™ WTO™ - Use of your Logo Request in a Textbook Cover Page - Notice of Descriptive Fair Use for Disclosure of Scientific Discovery of the "Principles of 'BlockChain'" - Jul 25, 2020. |
|  | Director General of the World Intellectual Property Organization (WIPO™); MQCC™ (MQCC.org) & UN; OECD™, WIPO™ WTO™ - Use of your Logo Request in a Textbook Cover Page - Notice of Descriptive Fair Use for Disclosure of Scientific Discovery of the "Principles of 'BlockChain'" - Jul 25, 2020. |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.




**MQCC® ◆ Bungay International**



Director-General of the World Trade Organization (WTO™); MQCC™ (MQCC.org) & UN; OECD™, WIPO™ WTO™ - Use of your Logo Request in a Textbook Cover Page - Notice of Descriptive Fair Use for Disclosure of Scientific Discovery of the "Principles of 'BlockChain'" - Jul 25, 2020.



MQCC CYBERLOCKCHAIN™ & Public Courtesy Report & Introduction to Larry Ellison, CEO, Oracle USA & REDACTED, Oracle, Calgary & Invitation -

MONDAY, 26 OCTOBER 2020 - Oct 26, 2020.

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.



# MQCC.org™



**MQCC® ◆ Bungay International**

| | |
|---|---|
| | Re: MQCC - UK Privy Council Office - Query: request for copy of original charter: British Engineering Standards Association "British Standards Institution" - Nov 4, 2020, 7:23 AM |
| | Letter to the Queen MQCC and Bungay International-Canada - Letterhead - Single and MultiPage - 26 Nov 2020 |
| | #MQCC is pleased to announce it has finally introduced itself to the Intl Org for Stdzn (http://iso.org) committee known as ISO TC/68 #ISOTC68 for Financial Services Standards; expanding the #OriginBlockChain 1 link at a time #FinanceStandards #BlockChainStandards #CQMFA, 1:15 PM · Dec 9, 2020·Twitter Web App |
| | To Answer your question Ali @thetimes @AlihussainST, please study this textbook or call #HM's Office; HM has #TheKNOWLEDGE™. #TransparencyIsTrust™ http://DisclosureOfBlockChain.co.uk (& .com/.org) or see http://BitCoin.ECO; http://MQCC.co.uk #FatherofBlockChain®#FatherOfCrypto® 11:34 AM · Dec 13, 2020 Twitter App |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**



Letter ot the Chair: MQCC - MBRCC - 15-Dec-20 - Comments National Code and Schedule A.pdf - December 15, 2020



14-January-2021

The Honorable Steven Terner Mnuchin,
Secretary of the Treasury, United States of America (USA);

Ms. Janet Yellen,
Nominee (President-elect Biden - Vice President-elect Harris Administration), for Secretary of the Treasury;

Mr. Kenneth A. Blanco,
Director Financial Crimes Enforcement Network (FinCEN);

Members of the Policy Division, Financial Crimes Enforcement Network,
P.O. Box 39,
Vienna, Virginia,
USA 22183



RE: Invitation to MQCC™ Train the Regulator™ Program; MQCC™; Up to 21 Leadership Years as a Source Identifier for World Intellectual Property Organization and United States Patent & Trademark Office-Standard, Generic, Common Law and Trademark Registered "Concept Systems" in Matters related to: "genericized "blockchain"; authentic and originating trademark BLOCKCHAIN™; generic "crypto"; counterfeit or generic "bitcoin"; authentic and originating trademark BITCOIN™; Docket Number FINCEN-2020-0020; RIN Number: 1506-AB47

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government - Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

| | |
|---|---|
|  | Sun, Jan 17, 7:15 PM 2021<br>#MQCC is pleased to announce it has finally introduced http://osi11.com™ the #osiBlockChain™ to Intl Org for Stdzn (http://iso.org) committee ISO/IEC #JTC1<br>@Jtc1News<br>for Information Technology; expanding #OriginBlockChain™ by 1 more link #BlockChainStandards |
|  | Sun, Jun 6, 7:38 PM 2021<br>Memo from Anoop Bungay to Secretary General of the United Nations - Re: FW: Msg from website : Contact Details for the Office of the Secretary General; is an invitation to Learn, License, Leverage and Lead in Matters of Correct and Proper "BlockChain"; InviteUn.mqcc.org |
|  | Jul 10, 2021, 9:32 AM; Memo and Invitation to the Board of Governors of the USA Federal Reserve by Anoop Bungay re; Docket No. OP-1747 - Board of Governors of the Federal Reserve System: Proposed Guidelines for Evaluating Account and Services Requests. See FederalReserve.mqcc.org to read. |
| President-to-President Peer-to-Peer™<br>(Biden, Trump, Obama, Bush) | Current and Past Presidents of the United States of America (www.president-to-president.org) |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Runderidge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Runderidge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government - Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

This IS NOT a complete list. Visit www.BlockChainForJudges.com or MQCC.org to learn more.

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

## Exhibit 8: Anoop Bungay Letters to Past and Current US Presidents

---------- Forwarded message ---------
From: **Anoop Bungay** <anoop.bungay@mortgagequote.ca>
Date: Thu, Apr 14, 2022 at 7:02 PM
Subject: MQCC: Educational Message (Communique) from Anoop Bungay to Honorable
Messrs. Bush, Obama, Trump and President Biden
To: <info@georgewbushlibrary.com>, <info@obama.org>, <info@45office.com>

Dear Messrs. Bush, Obama, Trump and President Biden,

My name is Anoop Bungay; Governor of MQCC Bungay International LLC, originating in
Wyoming with foreign LLC registration and domicile in Washington, DC. While President Biden
has received earlier notice, this educational communique is primarily for the benefit of providing
a brief authoritative, historical and educational notice to former Presidents, namely, Messrs.
Bush, Obama and Trump.

Kindly see attached; or visit www.PresidingHistory.org

Sincerely,

/s/

Anoop Bungay

--
HERE TO SERVE YOU: WORTHY-OF-YOUR-TRUST QUALITY™. If you have questions,
please contact me at your convenience. In order to prevent errors and omissions,
email is the preferred choice of communication.

---

**MQCC® Meta Quality Conformity Control Organization Incorporated
as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution
or transmission is not permitted.





**MQCC® ◆ Bungay International**

Thank you for choosing MortgageQuote Canada Corp., 'Proud sponsor of the Canadian dream.'<sup>®</sup>

Sincerely yours,


A. K. (Anoop) Bungay,  B. Comm., C-PEM®-P
Broker

**MortgageQuote Canada Corp. ([mortgagequote.ca](mortgagequote.ca))**
**Financial services for whom time is worth more than money.™**

Alberta (AB) * British Columbia (BC) * Ontario (ON)
ON Brokerage License #12279
[communication-policy.mortgagequote.ca](communication-policy.mortgagequote.ca)
[www.mortgagequote.ca](www.mortgagequote.ca)

**"Proud Sponsor of the Canadian Dream"®**

A finance sector process of MQCC™ Meta Quality Conformity Control Organization™, incorporated in September 2006 as MortgageQuote Canada Corp.: the **World's First BlockChain Company™**; the **World's Most Trusted BlockChain Company™**: **[www.mqcc.org](www.mqcc.org)**; and Global Network Administrator (GNA™) of the Bungay International Technology (**BIT™**) Conformity of Organization and Individuals Network (**COIN™**) Global System-Network:  **Managing The Metaverse™ [www.metaversepedia.info](www.metaversepedia.info)™**; established at least as early as April 9, 2005 at [www.privatelender.org](www.privatelender.org).


An ISO 9001:2015 Registered Company

MQCC® Meta Quality Conformity Control Organization Incorporated
as MortgageQuote Canada Corp.
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

Bungay International Inc.
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
MQCC Bungay International LLC
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
Government -  Industry - Consumers

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.







MQCC.org™

**MQCC® ◆ Bungay International**

MQCC.org™

Meta Quality Conformity Control Organization™ MQCC®
Incorporated in Canada as MortgageQuote Canada Corp.
Globally Recognized and Trusted Authority in BlockChain: Systems & Technology
0 1 IOC MQCC:BCMS 2 IOC MQCC:BCMS 3 IOC MQCC:BCMS ∞
Developer of BlockChain Zero One™ - Maker of the Metaverse™ (MOM™)

Education • Conformity • Governance • Management • Operations • Finance
Standards, Systems, Technology, Services (Methods) & Products (Goods)

# PRESIDING HISTORY™

www.PresidingHistory.org

A brief historic, educational note to former United States Presidents# regarding commercialized applications of non-novel (exact) **conformity science** (www.conformity.org) and 21+ years (August 14, 2001 - April 14, 2022+) of ***discovery***, ***development***, ***commercialization***, ***United States Federal National Standards-integration*** and ***continuous improvement*** of world famous marks, including trademark source identifier brand names:

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7 FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government - Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.

**MQCC® ◆ Bungay International**

---

April 14, 2022

#43 President George W. Bush
The Honorable George W. Bush
P.O. Box 259000
Dallas TX 75225-9000
Telephone: (1) 214-890-9943
Email: info@georgewbushlibrary.com

#44 President Barack Obama
The Honorable Barack Obama
The Office of Barack and Michelle Obama
P.O. Box 91000, Washington, DC 20066
The Obama Presidential Center
Telephone: (1) 202-464-6903
Email: info@obama.org

#45 President Donald J. Trump
The Honorable Donald J. Trump
Contact details are available from the the website of the Office of Donald J. Trump.
Email: info@45office.com

#46 (current) President Joseph R. Biden, Jr.
The White House
1600 Pennsylvania Ave NW
Washington, DC 20500
Telephone: (1)-202-456-1414
Email: https://www.whitehouse.gov/contact/

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

Dear Messrs. Bush, Obama, Trump and President Biden,

My name is Anoop Bungay; Governor of MQCC Bungay International LLC, originating in Wyoming with foreign LLC registration and domicile in Washington, DC. While President Biden has received earlier notice, this educational communique is primarily for the benefit of providing a brief authoritative, historical and educational notice to former Presidents, namely, Messrs. Bush, Obama and Trump.

**RE: <span style="color:red">Authoritative Information</span> on Matters related to over 20 years (2021-2022+) of Origination, Commercialization and Continuous Improvement of Applications of Non-novel (exact) <span style="color:red">Conformity Science</span> and Creation of what is *generically described* as the World's First Peer-to-Peer (private, crypto, secret, shadow) Electronic (and obverse (non-electronic)) Governance, Management and Operational (GMO™) System for the Trading in Fungible and non-Fungible (FNFT™) Cryptographically-secured (crypto) Data Objects (CRYPTDO™) of Economic/non-Economic (utility/functional) Value within a Technology Agnostic, Carbon-Reducing, Consensus United States (US) National Standards-based (and International equivalent in 118+ Countries), Quality Managed (ISO 9001:2000; ISO 9001:2008 and the risk-based, ISO 9001:2015)-Registered, Regulatory-Integrated, Property and Casualty, Professional Liability (Errors and Omissions) Insured, Litigation-Tested, Standard-Setting, Global Computer Network; commencing April 9, 2005 at Uniform Resource Locator: <span style="color:blue">PrivateLender.org</span>: Private Lending Network™ and *distinctively identified* by a family of world famous marks including the following trademark source identifier brand names:**

<div align="center">

**<span style="color:red">B</span>UNGAY <span style="color:red">I</span>NTERNATIONAL <span style="color:red">T</span>ECHNOLOGY <span style="color:red">C</span>ONFORMITY OF <span style="color:red">O</span>RGANIZATION AND <span style="color:red">I</span>NDIVIDUAL <span style="color:red">N</span>ETWORK: BITCOIN™**

**<span style="color:red">B</span>UNGAY <span style="color:red">L</span>OGIC AND <span style="color:red">O</span>RDER <span style="color:red">C</span>ONFORMITY <span style="color:red">K</span>ERNEL; <span style="color:red">C</span>YBER/NON-CYBER <span style="color:red">H</span>ARMONIZED <span style="color:red">A</span>RTIFICIAL/NON-ARTIFICIAL <span style="color:red">I</span>NTELLIGENT <span style="color:red">N</span>ETWORK: BLOCKCHAIN™**

</div>

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

<u>**Trademark source identifier brand of quality management system, products (goods/wares) and services (processes/methods)**</u>

1.   **Historical Timeline; Major Milestones Concordant with Presidencies**

1.1.   ==Presidency of George W. Bush;== Jan. 20, 2001–Jan. 20, 2009

1.1.1.   **August 14, 2001**; commencement of the journey towards creating a peer-to-peer electronic utility system, for the trading of free-trading securities for the scope of Activities related to credit intermediation, namely, mortgage and non-mortgage loan brokers[67]; including credit intermediation, unsecured or secured by real estate or chattel by way of a securities instrument (mortgage) evidencing financial interest between creditor and debtor, on a peer-to-peer basis, bypassing banks and other traditional organizations and traditional processes, including public securities regulators and regulations; and non-peer-to-peer basis. Domiciled in Canada; regulated by the Real Estate Council of Alberta[68] under the company name, INVIS INC. o/a INVIS; and serving the needs

---

[67] North American Industry Classification System (NAICS); 52231
[68] Real Estate Council of Alberta; Find a Licensed: "NAME: Anoop Bungay"; traceable from 8/14/2001 to present-day.

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government - Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

of Canadians, Canadian permanent residents and foreign nationals, including US Citizens.

1.1.2.   **April 9, 2005**; commercialization of the BUNGAY INTERNATIONAL TECHNOLOGY CONFORMITY OF ORGANIZATION AND INDIVIDUAL NETWORK: BITCOIN™ *utility service* via a global computer network minimally described as "a peer-to-peer electronic cash system". A  system that allowed the transfer of FIAT currency (cash) in exchange for electronic (and non-electronic) representations of fungible and non-fungible (FNFT™) objects (specie; token) of economic value (real estate; free-trading assets, free-trading debts, free-trading financial securities (ie: mortgages)) by non-regulated, non-bank entities, namely, private corporations, organizations or individuals (COIN™); for origination and trading (exchange) on a peer-to-peer basis operating on a platform described generically as a global computer network. Created by Bungay International Inc. (BII™) (www.bungays.com) technology division (BIT™), namely, Bungay Consulting Group; at

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

www.privatelender.org website[69]. Programmed by my elder brother, Santosh. K. Bungay; trained in "classical computer" programming paradigm programming languages, including object oriented C++. Marketed out of Calgary, Alberta, Canada to a Canadian, American and global marketplace under regulatory license of the Real Estate Council of Alberta through Invis Inc. o/a Invis and CBM Canada's Best Mortgage Corp., of what is today known as a BITMORTGAGE® trademark source identifier brand of what is generically known as digital asset-secured financial instrument or "private mortgage", "shadow mortgage", "secret mortgage", "peer-to-peer mortgage" or "crypto mortgage".

1.1.3.    **September 16, 2006** - business process operations were transferred to MortgageQuote Canada Corp. (www.mortgagequote.ca) and became independently insured by a Property and Casualty, Professional Liability Errors and Omissions Insurance organization under the MortgageQuote Canada Corp. MQCC® organization name.

---

[69] ICANN: Internet Corporation for Assigned Names and Numbers, a global multi-stakeholder organization that was created by the U.S. government and its Department of Commerce; WHOIS.

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

1.1.4.     **May 9, 2008**; integration of the Bungay International Technology (BIT™) *utility service* with United States National Institute of Standards and Technology (NIST) and American National Standards Institute (ANSI) recognized, American National Standard, namely, ISO 9001:2000. A rules-based, expert system and quality management system recognized under the United States Code of Federal Regulations (CFR) and by National Aeronautics and Space Administration (NASA), United States Department of Defense (DOD) and General Services Administration (GSA) to reduce risk, increase certainty of outcome, reduce economic loss and increase efficiency and economic profit with a material reduction in nonconformity events including; regulatory nonconformity, statutory nonconformity, process breakdowns, system breakdowns; human related errors, omissions, fraud, wilful blindness, poor training, substandard competency, substandard proficiency where higher-level quality standard(s) are required to fulfill contract requirements; particularly, those

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.