



**MQCC® ◆ Bungay International**

contracts (projects or processes) of a critical and complex nature.[70]

1.1.4.1.    While generically known as a quality management system; when used-in-commerce, the Bungay International Technology (BIT™) *utility* _service_ , integrated with a quality management system is identified by its trademark source identifier brand name: BUNGAY LOGIC AND ORDER CONFORMITY KERNEL; CYBER/NON-CYBER HARMONIZED ARTIFICIAL/NON-ARTIFICIAL INTELLIGENT NETWORK: BLOCKCHAIN™.

1.1.5.    The objective of integration with a quality management system was:

1.1.5.1.    To prove to the world that the Bungay International Technology System works and worlds well; and that the processes are, to use a trademark slogan:

1.1.5.1.1.    SAFE, RELIABLE GOOD; BETTER, SAFER AND MORE EFFICIENT™.

---

[70] United States Code of Federal Regulations; Title 48.

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

1.1.5.2.    To create a system of controls that provide for characteristics,

features that are descriptive of, inherent to and germane of quality

management systems including:

1.1.5.2.1.    Traceability

1.1.5.2.2.    Verifiability

1.1.5.2.3.    Accountability

1.1.5.2.4.    Auditability

1.1.5.2.5.    Data immutability

1.1.5.2.6.    Fact non-repudiation

1.1.5.2.7.    Quality Management

1.1.5.2.8.    Consensus standards

1.1.5.2.9.    Decentralization of processes

1.1.5.2.10.    Energy efficiency

1.1.5.2.11.    **And more; not a complete list** Visit www.mqcc.org to

learn more.

1.2.    Presidency of Barack Obama; Jan. 20, 2009–Jan. 20, 2017

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

1.2.1.   **July 7, 2010**; integration of the Bungay International Technology (BIT™) utility service to ISO 9001:2008 quality management system.

1.2.2.   **June 03, 2015**; extension of scope to include: other non-depository credit intermediation[71]; for both consumer lending and all other non-depository credit intermediation including mortgage banking also known as mortgage lending.

    1.2.2.1.   The mortgage banking processes are modeled after the standards established by the United States Office of the Comptroller of Currency (OCC).

1.2.3.   **June 6, 2016**; integration of the Bungay International Technology (BIT™) utility service to the risk-based ISO 9001:2015 quality management system.

1.3.   <mark>Presidency of Donald J. Trump;</mark> Jan. 20, 2017–Jan. 20, 2021

1.3.1.   "Business as Usual"

1.3.2.   Continuous Improvement of standards, systems, technology, goods

---

[71] North American Industry Classification System (NAICS); 52299

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

(wares/products) and services (processes/methods)

    1.3.3.    Voluntary outreach to the "world"

  1.4.    <mark>Presidency of Joseph R. Biden, Jr.;</mark> Jan. 20, 2021-present (April 4, 2022+)

    1.4.1.    "Business as Usual"

    1.4.2.    Continuous Improvement of standards, systems, technology, goods

        (wares/products) and services (processes/methods)

    1.4.3.    Voluntary outreach to the "world"

## 2.    Purpose of this Education Communique to You

  2.1.    You are being sent this education communique as a matter of public record and to let you know of your contribution to history. Plus, there are millions of Americans and billions of non-Americans who invest in USA, that are being mis-informed and misled in respect to to the nature, quality and character of commercialized applications of non-novel (conformity) science; and the proprietary goods and services marketed by the principal innovator and market creator, namely, MQCC Bungay International LLC. For goods and services under the following source identifier trademark brand names:

---

MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

Bungay International Inc.
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
MQCC Bungay International LLC
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
Government -  Industry - Consumers

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

2.1.1.  ---->> **BUNGAY INTERNATIONAL TECHNOLOGY CONFORMITY OF ORGANIZATION AND INDIVIDUAL NETWORK: BITCOIN™**

2.1.2.  ---->> **BUNGAY LOGIC AND ORDER CONFORMITY KERNEL; CYBER/NON-CYBER HARMONIZED ARTIFICIAL/NON-ARTIFICIAL INTELLIGENT NETWORK: BLOCKCHAIN™**

2.1.3.  ---->> **BITMORTGAGE®**

2.1.4.  ---->> **THE GLOBAL STANDARD FOR BLOCKCHAIN®**

2.1.5.  ---->> **THE GLOBAL STANDARD FOR CRYPTO®**

2.1.6.  ---->> **Father of BITCOIN™**

2.1.7.  ---->> **Father of BLOCKCHAIN®**

2.1.8.  ---->> **Father of CRYPTO®**

2.1.9.  ---->> **DEMOCRACY-IN-FINANCE®**

2.1.10.  ---->> **CRYPTDO™** brand generic crypto

2.1.11.  Not a complete list.

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
Government - Industry - Consumers

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

2.1.12.  See Schedule A for United States Department of Commerce (care of the United States Patent and Trademark Office) Proof of Ownership. Proof of Ownership is standard beyond the typical (pardon the terminology) "proof of work" or "proof of stake" standard.

## 3.  ACCREDITED CLASS® Education Standards

3.1.  It takes over 4 years for an ACCREDITED CLASS™, Bachelor's standard of education on matters of non-novel (exact) conformity science; another 2 to 3 years for a Master's standard; another 2 to 4 years for a PHD standard and longer for post-doctoral research studies. As the sole source for correct and proper, scientifically proven knowledge on the subject matter of commercialized non-novel (exact) conformity science, it is not incorrect to indicate that 99.99999999999% of the "World" has a incorrect and improper understanding of the correct and proper nature, quality and character of what are correct and proper "digital assets"; "digital debts" and commercialized quality management systems including subordinate process borne of applications of non-novel (exact) conformity science including:

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
518 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

3.1.1.   Proof processes (work, quality, stake, competence, proficiency and more)

3.1.2.   Token processes (fungible, nonfungible, utility, securities and more)

3.1.3.   Distribution and transmission of data processes in public and private accessible format.

3.1.4.   And more.

3.2.   An ACCREDITED CLASS™ standard meets or exceeds quality management system requirements of the United States Department of Education DOE in matters of quality for "Higher-Level, Accredited, Regulated, Vocational, Academic, Research, Development, organizations".

3.3.   The purpose of establishing standards is to prevent and reduce unreasonable and unnecessary risk to students and learners.

4.   **Standing Invitation to The President of the United States of America**

4.1.   MQCC® has issued a standing invitation to The President of the United States to visit Calgary to see how the Official Authentic Original™ OAO™ brand of quality management system-based goods and services operates and you may learn more at MQCC® website, PRESIDENT-to-PRESIDENT, PEER-to-PEER™ at

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

www.President-to-President.org.

Sincerely yours,

/s/

A. K. (Anoop) Bungay
Calgary, Alberta, Canada
Wyoming; Washington, DC, USA

PS: Since at least three of you are retired, here is some reading you might appreciate; available at Amazon® or Google Play® websites.

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

Suggested MQCC® President's Reading™ List:

| | |
|---|---|
|  |  |
| *Teaching SEC™: SCIENTISTS, SECURITIES: Regulator-Policy Maker-Investigator-Lawyer; EXCHANGE, LAW ENFORCEMENT, EDUCATOR: Officers; CHIEF EXECUTIVES: Top ... & Regulated Bodies (Father of BlockChain®)* | *Conformity Handbook™: Legislator, Regulator & CEO; British Columbia (BC), Canada - Finance Sector Edition: Spring 2020* |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**





| | |
|---|---|
| *How the Origin and Application of the "Principles of 'BlockChain'" in Government, Governance, Regulation of Industry (Commerce; Finance) and Academia; Were Influenced by the Secretary-Generals and Director-Generals of the UNGA OECD™ WIPO™ WTO™ Organizations from 2001 to 2005* | *MQCC SAFER™ Peer-to-Peer (P2P)/Private/Crypto/Secret/Shadow Finance: Be The Bank® Series "Private Lending" Program CANADA - INTERNATIONAL EDITION: Better, Safer & More Efficient™* |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---





| | |
|---|---|
| *Be The Bank™/® Level 08-Lazy Proof, Crazy Proof & Divorce Proof your Children & Beneficiaries: 21st Century Estate & Wealth Stewardship: Create, Manage, Transfer in an Increasingly BlockChained World* | *Learn "The Global Standard for BlockChain®" Level 01: for School Children, Chief Executive Officers (CEO) & Chief Fiduciary Officers (C-FIDO™);* |

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.



# MQCC.org™



**MQCC® ◆ Bungay International**

---

| | |
|---|---|
|  |  |
| *Teaching Harvard & All Higher-Level, Accredited/Accredited Class®, Regulated, Vocational, Academic, Research, Development (HARVARD) Class Organizations World-Wide: The True "Principles of 'BlockChain'"™* | *Anoop Bungay, Global Standard, BlockChain, bitcoin, The UK Royal Family, The Commonwealth, Current & Future World Leaders: Government, Commerce, Finance & Academia; British Subjects, Citizen, Resident* |

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**





| | |
|---|---|
| *Teaching Billionaire, Founder & CEO: Anoop Bungay { Warren Buffet, Jack Dorsey, Larry Ellison, Jimmy Pattison, Robert F. Smith; MQCC™ { Berkshire Hathaway, Twitter, Oracle, Jim Pattison Group, Vista Equity* | *The 21st Century Scientific Method™ Triangle to Triangle Pyramid to Solid Square Pyramid: A Stronger Scientific Method by Correct and Proper Application of the Trademark "Principles of 'BlockChain'"™* |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**





| *Learn "The Global Standard for BlockChain®" Levels 01 & 02 : for School Children, Chief Executive Officers (CEO) & Chief Fiduciary Officers (C-FIDO™); ... - Level 02* | BE THE BANK™/® Level 01 ZERO ONE™-Series for School Children & CEOs™: Decision Makers, Investors-Investees, Parents: THE GLOBAL STANDARD FOR BLOCKCHAIN®™ & Free Trading Private Equity FTPE™ Finance |

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

*Schedule A*

United States Department of Commerce Proof, care of the United States Patent and Trademark Office

- BLOCKCHAIN HALL OF FAME®
- WORLD CRYPTO DAY®
- BLOCKCHAIN HALL OF FAME®
- FATHER OF BLOCKCHAIN®
- FATHER OF CRYPTO®
- DEMOCRACY-IN-FINANCE®
- PROFESSIONAL BLOCKCHAINEER (P. BCR.)®
- THE GLOBAL STANDARD FOR CRYPTO®
- THE GLOBAL STANDARD FOR BLOCKCHAIN®
- BE THE BANK®
- PROFESSIONAL BITCOINEER (P. BTCR.)®
- ONE WORLD. ONE BLOCKCHAIN.®
- THE POWER OF BLOCKCHAIN®
- BLOCKCHAINPEDIA®
- TRUSTED BY BILLIONS®

Not a complete list. Visit the US Department of Commerce, United States Patent and Trademark Office website to learn more about MQCC® intellectual property rights.

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

**Exhibit 9: Anoop Bungay; Bungay International & MQCC® MortgageQuote Canada Corp. & A History of Firsts**

# MQCC.org:  An organization of "Firsts", starting first with the Finance Sector

+The formally commercialized AGE OF BLOCKCHAIN™ Starts with MQCC Bungay International LLC: April 9, 2005 with www.privatelender.org.

+Creator of the *Originating*™trademark brand of seminal, primary "discourse text" and related body of knowledge in matters of non-novel (exact) conformity science (www.conformity.org) and the subordinate concept system: "Principles of 'BlockChain'"; along with the *Originating*™  trademark brand of publications in the field of conformity science and topics including the Originating Body of Knowledge (OBOK™), comprised of foundational:  Theory, Application, Principles and Methods, Concepts and Terminology (including Vocabulary (domain and cross-domain); terms and definitions; semantics Dictionary);  Body of bibliographic references and source identifiers; Standards; Requirements; Guidelines; Models, Processes, and related topics based upon other units of knowledge (UOK™).

+Publisher; Correct and Proper:BlockChain Theory & Application; for students of MQUCC™.

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

+Developer of the world's first Original Standard™ Bungay Logic and Order Conformity Kernel (BLOCK™) for Cyber/noncyber Harmonized Artificial/non-artificial Intelligence Networks (CHAIN™)

+Developer of the world's first, globally accessible (Global Access™) BlockChain Infrastructure for the Internet.

+Developer of the  MASTERWALLET™ Digital Wallet Suite™: the World's First, Most Trusted, Safer, Better and More Efficient Brand of Digital Wallet:
Designed to assure utmost levels of Quality, Command and Control (QCC™) of your digital and non-digital world; www.masterwallet.org.

+Developer Bungay International Technology (BIT™) Conformity of Organizations and Individuals Network (COIN™) Global Systems-Network [The World's First and Most Trusted "Crypto" Systems-Network™] of the world's first meta-BlockChain protocol and; an inherently "non-mining" solution that contains an inherently low carbon footprint because it is energy efficient, environmentally sustainable and meets international standards, globally, including MQCC's own, originating, green: "Carbon Footprint Reduction Program CFRP™" found at cfrp.mqcc.org. FYI: The  current, market mistakenly adopted computer-based "mining solution" was created over 4 years after the MQCC Environmentally Conscious Originating (ECO™) BlockChain Ecosystem Protocol.

+Commercialized at least as early as April 09, 2005; Developer of the world's first utility token, the: Bungay International Technology (BIT™) Conformity of Organizations and Individuals Network (COIN™) Global Systems-Network; and integrated value (securities) token: BITMORTGAGE® trademark brand cryptomortgage, globally

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

accessible at www.privatelender.org since at least as early as April 09, 2005. The World's First and Most Trusted "Crypto" Systems-Network™.

+Developer of the world's first, commercialized, National and International consensus standards-based, globally trusted (by upto 119 or more countries) MQCC Worthy-of-Your-Trust™ " BlockChain (BC) Certificate of Origin (COO); related wordmark trademark imprint: BCCOO™ (www.bccoo.org);  www.bccoo.org); BCCO2™ (www.bcco2.com); BITCERT™ (www.bitcert.co) and underlying standards (Rules of Origin (ROO)) for electronic (digital) and non-electronic, Certificate of Origin (COO), Declaration of Origin (DOO), Certificate of Practice (COP); and visual (design/imprint) trademarks and sound trademarks.

+Developer of the global, root-blockchain, GROOT™ BlockChain quantum-unification system framework; and the "A" Class, commercialized, regulatory-integrated, global root-BlockChain, operated by MQCC™ known globally by its source identification trademark brand name: the  Origin BlockChain™, built on Root-BlockChain "A" with BCNN™ (BlockChain NodeName) a.root-blockchain.net.

+Developer of the world's first and most trusted, professional liability insurable, regulatory-integrated, fiduciary standard, global "cryptofinancial system"  network for the trade in the world's first commercialized binary digit "utility token" (MQCC Token™) , "securities token", "regulatory token", "regulatory integrated smart contract token" (Functional Smarter Contract™); in the form of the generic "cryptomortgage instrument" trademark registered as the brand name: BITMORTGAGE®; at least as early as April 9, 2005.

+First developer of the world's first suite (MQCC Suite™) of BlockChain Operating Systems, BlockChain Operating Technology, BlockChain-based Services and

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

BlockChain-based products in Commerce and Finance (2001 onward); designed to assure National and International Standards-Class of conformity to statutory, regulatory and process requirements for regulated organizations and regulated processes. REGULATOR-PROOF your Business Operations.

+Developer of the "National and International  Standards-class Prescriptive Solution for Better, Safer and More Efficient™": Government, Commerce (including Finance) and Academia.

+Developer of the Visual Trust™ brand of "Principles of 'BlockChain'"-based Systems, Technology, Services and Products.

+Developer of the world's first "cybernetic organization"; the company that the BlockChain, built. Converging the Quadripartite: Human-Computer-Organization-Systems Elements™.

+Inventor of the First Application of BlockChain-in-Finance; serving the global community since at least before April 9, 2005.
+Developer of the concept of MQCC trademark brand SL™ or Systems-Level Artificial Intelligence; trademark brand SLr™ or Systems-Learning Artificial Intelligence; and organization artificial intelligence (OAI™).

+ Developer of  Total Information Control (TIC™) - Total Organization (operations, goods & methods) Quality (TOQ™) equals Total Unified Conformity (TUC™); The Sound of BlockChain™ Trademark and SoundMark Trademark of MQCC Bungay International LLC; found at www.theSoundofBlockChain.com™.

---

MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

Bungay International Inc.
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
MQCC Bungay International LLC
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
Government -  Industry - Consumers

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

+Inventor of the world's first BlockChain quality management system (BQMS™) and certified BlockChain quality management system (CBQMS™) - trademark branded as the MQCC uQMS™Unified Quality Management System - registered to ISO 9001:2000, ISO 9001:2008, ISO 9001:2015; and the latest version: Quantum Unified Quality Management System™ QuQMS™trademark brand.

+Developer of the MQCC BlockChain Conformity Management System (BCMS™) Standards.

+Inventor of the world's first Secure, "Principles of 'BlockChain'"-based, Risk-Based meta-Operating System (MOS™) with a risk-based quality management system subordinate module for organizations to assure the highest levels of organization Quality (BCQMSS™) integrated with  Command and Control (QCC™); also known by its trademark source identifier brand phrase: Unity of QCC™

+Inventor of the world's first BlockChain platform network (MQCC BlockChain aka MQCC Network) registered to the international standard of Quality Management Systems since May 9, 2008.

+The Global Standard for Decentralized Banking

+Developer of the first commercially available, pan-industry, pan-functional, self-correcting, regulator-audited, regulatory-integrated, enterprise level (enterprise BlockChain), MQCC Hybrid AI Engine™top-to-bottom (T2B™)  and end-to-end (E2E™) [T2B E2E: The Conformity Code™], Peer-to-Peer (P2P)/Private/Crypto/Secret/Shadow finance global, interoperable, meta-operating system built on MQCC™ Blockchain Principles (The technical title is the "Bungay Unification of Quantum Processes

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

Algorithm") first identified by MQCC's founder: A. K. (Anoop) Bungay (2005 onward). Read every page of "TextbookBlockChain.com" to learn more.

+Developer of the Regulated Pool-to-Peer (RPO2P™) and free-trading Peer-to-Peer (FTP2P™) risk-based, litigation-tested standards.

+Inventor of the world's first National and International Standards-class, global, Peer-to-Peer (P2P)/Private/Crypto/Secret/Shadow credit intermediation & financial system; based upon MQCC Transmundane™ version of the World's first "global meta-operating system"; for 119 countries.

+ Developer of MQCC DND-MOD-DOD™ subnet; the world's first over 13 Year old, MQCC™ BlockChain-based, Regulatory-Integrated, USA Department of Defense DOD, Canada Department of National Defence DND and UK Ministry of Defence MOD Conforming, Rules-Based ,Global Internet Sub-network of Autonomous and Heterogeneous Federation of Systems (FOS) and System of Systems (SOS) designed for regulatory bodies, regulatees and the public whom both serve.

+Developer of Military-grade, Defense Standard, standardization management systems (SMS™).

+Developer of the world's first "open banking systems" protocol that integrates the "Principles of 'BlockChain'" with a pan-industry, pan-functional, self-correcting, regulator-audited, regulatory-integrated, enterprise level (enterprise BlockChain), MQCC Hybrid AI Engine™, top-to-bottom (T2B™) and end-to-end (E2E™), Peer-to-Peer

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

(P2P)/Private/Crypto/Secret/Shadow finance global, interoperable, meta-operating system (RB-OCOS™ (see below)).

+Inventor of the world's first National and International Standards-class, global,institutional credit intermediation & financial system; based upon MQCC Transmundane™ version of the World's first "global meta-operating system"; registered to the National Standard of 119 countries for Quality Management Systems.

+ World's first functioning System of System (SOS) and Federation of Systems (FOS) integrated meta-system structure; independent autonomous organizations inter-operating with other organizations on the basis of consensus-based rules, not technology, resulting in the utmost levels of autonomy, heterogeneity and independent control.

+Developer of the world's first "application of "Principles of 'BlockChain'" in commerce with seminal, functional-level, knowledge base including: ontology; and seminal controlled language (vocabulary), including:  taxonomies, thesauri, terminology; concepts; principles; formulas; theorems, logic, proofs and related, 'first-level' core knowledge.

+World's First integrated Principles of 'BlockChain'"-based systems-network built on higher-level, consensus-based system standards and competency standards resulting in higher states of integrity and quality.

+Developer of the MQCC CRM2™ brand of Conformity Resource Manager Customer Relationship Manager; and MQCCRM™ control system.

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

+Developer of the MQCC Originating Standards Environment MOSE™ for CyberNonCyber™ Conformity Science Application development.

+Developer of the world's first conformity system ontology based upon  multi-discipline convergence of science, engineering, law and finance.

+Developer of the world's first litigation tested meta-operating system; litigation tested by member organizations of the ICLR (International Conference of Legal Regulators) in 2013, for a transaction originated in 2010.
MQCC™: Tested by Lawyers; Trusted by Lawyers™

+Developer of the world's first integrated, unified, governance-function, legal-function and operation-function based BlockChain protocol, within a Quality Management System layer.

+Developer of the world's first "proof-of-work" (POW) and "proof-of-quality" (POQ™) integrated process; through correct and proper application of the MQCC Bungay International LLC trademark "Principles of 'BlockChain'™": Transparent, Traceable, Verifiable, Immutable, Non-repudiated, Incontestable processes and events within a Human Competency Level-based and Proficiency Level-oriented, decentralized, technology agnostic, system-network framework.

+Developer of the world's first commercialized, novel and non-obvious use of non-novel (exact) conformity science in governance, commerce and academia.

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

+Developer of the MQCC "Highest and Best System State™" trademark brand of Standards

+Inventor of the world's first Defense Standard, Military/Law Enforcement-Grade, NIST (National Institute of Standards and Technology) Framework Core-Standard, Integrated Policies & Procedures (IPP™) Cybersecurity Core BlockChain System (MQCC IPP™Cyberlockchain™) & Engineered Privacy BlockChain algorithm.

+Developer of the world's first "global sandbox" meta-operating environment that may be customized to "enforce compliance" to principles, guidelines and standards of the United Nations (UN), World Trade Organization (WTO), Organisation for Economic Cooperation and Development (OECD), International Organization for Standardization (ISO) and more.

+Developer of the world's National and International Standards based, safest peer-to-peer (P2P)/private/crypto/secret/shadow financial system.

+Developer of the world's first "cold-crypto" network integration protocol, for traditional "hot crypto" networks.

+Developer of "BlockChain Trust Systems"  (BCTS™) for any the benefit of government (lawfully elected or duly appointed public officials), consumer and private enterprise (Top Management/employees)  at all levels (Governance, Management, Operations) and all functions: Strategic, Operational, Tactical.

+Developer of the Two-Phase Trust™2PT™Protocol that underpins a good blockchain.

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

+Developer of the world's first Organization Trust System (OTS™) Builder protocols, integrating ISO 9001:2015.

+ Developer of the global prescriptive solution for regulatory-integrated standards safety and security in all regulated industry sectors including the finance sector for financial transactions for, the benefit of quadripartite: (1) applicants of finance; (2) intermediaries of finance (MortgageQuote Canada Corp. and equivalents); (3) legislators, regulators and policy makers of any regulated industry sector, globally, nationally and regionally; (for example, in  the Canada finance sector: Alberta (RECA-finance regulator); BC (BCFSA-finance regulator); ON (FSRA-finance regulator)) - which oversee BOTH MQCC and the investor-lenders who MQCC represents; (4) investors and lenders (the persons or corporations whom MQCC will approach, to arrange $ financing for any qualified applicant. Proof is found here: www.conformityhandbook.com.

+Developer of the "Human, Computer, Organization and System" (Human-Computer-Organization-System) quadripartite paradigm; whose commercial applications are marketed globally under the trademark brand  MQCC Human-Computer-Organization-System™ or MQCC HCOS™.

+Developer of the MQCC Prescriptive™ trademark brand of  new (innovative) and useful (functional) process [a process, act, or method, and primarily includes industrial or technical processes]; or control algorithm for management of machines, manufacturing [control of articles that are made], or management of composition of matter [chemical compositions and may include mixtures of ingredients as well as new chemical compounds].

+Developer of the Bungay TITO™- Squared (TITO²) Truth  Trust Protocol: a "Truth In Truth Out" protocol which creates a "Trust In Trust Out"  system.

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

+First developer of a commercially available, fully regulated, enterprise level (enterprise BlockChain), top-to-bottom (T2B™) and end-to-end (E2E™) , global institutional banking and finance meta-operating system (2005 onward).

+First & only developer of a the world's oldest, safest and most trusted crypto- and noncrypto financial system continuously registered to ISO 9001:2000, ISO 9001:2008, ISO 9001:2015. Bringing quality, transparent, accountable and  efficient methods and process to ANY financial transaction between industry and consumer (2008 onward).

+Developer of the world's first pan-jurisdiction (national and international) harmonized regulatory BlockChain protocol, assuring "cross-border" conformity of disparate regulations on a digital basis (digital conformity).

+MQCC.org serves as an online (virtual) museum to showcase the origins and history of the discovery, commercialization and international standardization of the applications of the "Principles of 'BlockChain'" in global commerce.

+Developer of the world's first self-learning/self-correcting system built on and in AI (artificial intelligence) algorithm-based ecosystem. With component systems built on the meta-operating system MQCC (R)evolution; also named as: Bungay Organization Conformity Operating System (OCOS™); MQCC Risk-Based Organization Conformity Operating System (RB-OCOS™)

+Developer of the Safety, Quality, Command and Control (SQCC™) algorithm and related system, technology, services and products. to assure better, safer and more efficient regulated and non-regulated, banking, finance, governance and commerce.

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

+ Developer of "Bungay's First Law of NonConformity: "for every nonconformity, there is an equal and opposite corrective action".

+Developer of Paperless-Touchless-Talkless™ trademark brand of fiduciary Quality, Command and Control (QCC™) brand of conformity systems ("conformitytech") for Chief Executive Officers (CEO Suite™).

+Developer of the world's first Intellectual Property, Utility Token based, "Principles of 'BlockChain'"-based System, Technology, Services and Products; compliant to World Intellectual Property Organization (WIPO) Member Requirements.

+Developer of the world's first Intellectual Property Utility Token protocol MQCC INPUT™.

+Developer of the Visual Utility Token™trademark brand of utility token.

+Developer of the trademark source identifier brand name Fiduciary Class™ for creation of higher levels of trust for conformity systems.

+Developer and regulator and standards setter of a new class of regulatory integrated financial, systems, technology, services, products and instruments, namely; "Free Trading Private Equity" (FTPE™) "EFF TEE PEE" Financial Instruments; and FTPE CERTIFIED™ Financial systems, technology, services, products and instruments.

+Developer of the world's first "systems-level AI" (artificial intelligence/computer intelligence) functional, self-learning, self-correcting system & technology designed at an organization level, for a high-quality, 'overarching system of control' for management

MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

Bungay International Inc.
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
MQCC Bungay International LLC
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
Government - Industry - Consumers

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

of complex and critical projects. MQCC proprietary "Systems Learning" (SL) proprietary knowledge-base is beyond machine learning (ML) , Deep Learning (DL) and Neural Networks (NN).

+Developer of modern "Principles of 'BlockChain'"-based systems; through application of the integrated approach methodology,  including: planning, design, building, implementation, management and continual improvement methodology. Also known as the BlockChain (BC) Enterprise Risk Management (ERM) Prosecution Protocol (PP) formalized by Mr. A. K. (Anoop) Bungay, Founder of MQCC.

+Developer of the world's first "self-learning management system" and "self-learning quality management system" built on "Principles of 'BlockChain'" and "AI".

+ Developer of the technology neutral "open commerce standard" extension (.ocst™) protocol and the OurCompanyPlan.com™ .ocp™: Active BlockChain Corporate Data Electronic File™ (ABCDEF™) Standard.

+Developer of the globally recognized "Certified BlockChain System  CBCS™ Standards".

+Developer of the world's first (registered May 9, 2008) "Governance & Oversight Decentralized System" (MQCC GODSNET™) deployed on a Federation of System (FOS) network (MQCC FOSNET™) interoperable with a System of Systems (MQCC SOSNET™) subordinate network. MQCC GODSNET™ is a secure, Federal Government Recognized,  Canadian and USA Department of Defense-grade, National and International standards-class, easy-to-deploy, cost-efficient, technology neutral, overarching system of command, control and quality (CCQ™), designed to assure the highest level of transparent, measurable and sustainable good governance practice,

---

MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

Bungay International Inc.
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
MQCC Bungay International LLC
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
Government -  Industry - Consumers

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

effectiveness, trust and confidence within Government-Regulator-Regulatee organizations for the benefit of General Public /Constituents. The proven, 12 year old MQCC FOSNET™ helps federal, provincial and civic governments realize Canada's Federal Directive on Regulations (public policy) because it is built from the ground-up on seminal "Principles of 'BlockChain'" - first discovered by the Founder of MQCC between 2001 and 2005) - and enables independently managed Regulators (Regulatory Body) within any discipline or industry group to coexist with other independently managed Regulators (Regulatory Body) within other disciplines or industry groups; and enables all Regulators to create and manage their own respective System of Systems (SOS) Network (MQCC SOSNET™) comprised of decentralized autonomous organizations (MQCC DAO™) or Regulatees (Regulated Entities) within a rules (policy) based environment. Both the MQCC FOSNET™ and the MQCC SOSNET™ are built with National and International equivalent Quality Management System standards and incorporate best-in-sector governance industry (public administration) practice protocols allowing for all parties (Regulator and Regulatee) to function in a manner that conforms to statutory, regulatory, shareholder (government or investor) and customer (government, general public/constituent or corporate) requirements. The MQCC FOSNET™ has no central authority and each member Regulator (Regulatory Body) functions independently in accordance with their constating requirements to their shareholders, normally, a Government Ministry or Government Department. The MQCC SOSNET™ is hierarchical in nature (Regulator over Regulatee) and a customizable level of interoperability and integration to allow for regulated audit, regulated disclosure and reporting while maintaining high levels of regulated privacy, regulated anonymity and regulated autonomy. While MQCC SOSNET™ has hierarchical relationships, there is no central authority and direction, each Regulated Entity (Regulatee) has its own independent management and purpose based upon a set of applicable rules. Both MQCC FOSNET™ and MQCC SOSNET™ incorporate, measurable, consensus-based National and International Quality Management System standards (recognized in at

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

least 119 countries), so Regulators (Regulatory Bodies) can prove to their stakeholders (Government, Shareholders, General Public, and the Regulatees whom they regulate) that they function in a manner that certifiably conforms to statutory, regulatory, process, customer and National Quality Management System requirements for its intended scope of Regulatory Operations. Obversely, Regulatees (Regulated Entities) can also prove to their respective stakeholders (Government, Shareholders, General Public/Constituents, and the Regulators who regulated them) that they, too, function in a manner that certifiably conforms to statutory, regulatory, process, customer and National Quality Management System requirements for their intended scope of Regulated Operations. Effectively, MQCC has developed a Regulator Operating System (MQCC ROSOR™) and a Regulatee Operating System (MQCC ROSEE™). When the General Public Constituents within a jurisdiction understand that both their Regulatory Bodies and Regulated Bodies function within a Regulatory Governance Framework recognized by the Federal Government to conform to their countries highest standards of Quality Management Systems - standards which transform both Regulator and Regulatee into "better, safer and more efficient" entities - the General Public/Constituents will experience the highest degree of trust and confidence in their Government's stewardship of the Regulatory Environment within their jurisdiction.

+Developer of the "risk-free and lossless commerce" and "risk-free and lossless investing principles"; pursuant to discovery of the "Principles of 'BlockChain'".

+ Developer of the Framework-Based-Implementation FBI™ protocols.

+ Developer of Principles of 'BlockChain'"-based "Accountable Governance" Systems.

+Developer of the "NOCLAR - NOPROBLEM™" MQCC™BlockChain subsystem application; the world's first system for organizations who employ third party,

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.



MQCC.org™



**MQCC® ◆ Bungay International**

fiduciary-standard, independent auditors whose role is to ensure conformity to statutory and regulatory (laws and regulations) requirements; and report instances of non-conformity to laws and regulations (NOCLAR.org) to fourth parties including: boards of directors, shareholders, regulatory bodies, law enforcement entities.

+Developer of the World's First BlockChain Server: Bungay International Inc.
BlockChain Server: BII-BCS Zero One™

+Developer of the world's first commercially available MQCC Quantum BlockChain Framework™ for transforming "classical organizations" into safer, better and more efficient, "quantum organizations". Quantum Computing Ready: once user-friendly technology is made available, the classical MQCC process algorithms can be converted to quantum MQCC process algorithms on future MQCC Quantum™ server appliances.

+Developer of MQCC Quantum™ Management Excellence: A methodology for early adopting Multinationals, to have a have permanent - MQCC BlockChain-based systems - that offer quantum competitive advantage; including: organization resiliency, increased profitability, permanent loss/waste prevention and continuous improvement.

+ Developer of a BlockChain-based protocol to demonstrably achieve six sigma level 6 or higher (7) in financial organizations.

+Developer of the Principles of BlockChain Business Continuity; insurable, commercialized business continuity systems built on the "Principles of 'BlockChain'" registered to the risk based ISO 9001:2015 and meets or exceeds ISO 22301:2019(en) Security and resilience — Business continuity management systems — Requirements.

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

+Developer of the Organization Systems Professional OSP™ designation, for persons who consult in matters of Organization System Planning, Development, Implementation, Management and Continual Improvement at all levels and all functions, through the application of the "Principles of 'BlockChain'" also represented as a "Professional BlockChaineer".

+Developer of the principles of 'Privacy Science"

+Developer of the BLOCKHCAPP™ trademark brand of systems, technology, services and products.

+ Developer of the Globally Trusted NISC™Designation for Environments and Professionals (National Standards-Class and International Standards-Class).

+Developer of the world's first "Principles of 'BlockChain'"-based, technology-neutral, Organization Risk-Based Systems Service for creating new organization risk-based systems, rebuilding broken (ineffective) organization systems [systems subject to a breakdown resulting in pattern of creating minor, major or catastrophic nonconformity events] , improving existing (non-risk-based) organization systems; at all levels: Governance Systems, Management  Systems and Operations Systems; and all functions: Strategic Systems, Operational Systems and Tactical Systems; within a risk-based framework.

+Developer of the world's first learning space (based in Calgary, Alberta, Canada) to impart the "Principles of 'BlockChain'" subject pedagogy; integrating Blooms taxonomy for classification educational goals; and a systems-level curriculum based upon the

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Runderidge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Runderidge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

DACUM method and SCID method. A rigorous multi-year program that incorporates the scholarly method with real-world activities within the MQCC Systems-Network active environment.

+Developer of MQCC PIICCIES™: Personally Identifiable Information & Commercially Confidential Information Entrustment Systems , built on the "Principles of 'BlockChain'".

+Developer of the principles, concepts and core processes of conformity science, "Principles of 'BlockChain'"-based, "Prescriptive Commerce", "Prescriptive Governance" and "Prescriptive Accountability" models for organization proficiency; and the body of knowledge pertaining to commercialized Governance, Management and Operation (GMO™), National and International Standards Class (NISC™) prescriptive and proscriptive systems, technology, services and products.

+Developer of the MQCC™  METAISOFT™ (MAI) trademark brand name of Goods and Services, including: the world's first and proprietary class of "higher-level, meta-programming" (known by the source identifier trademark brand name HLMP™; see www.hlmp.ca) goods and services, including the natural language programming language (NLPL™) known by its source-origination trademark brand name:  UniQML™. Designed for any Chief Executive Officer (CEO) of a Public (government or privately owned-government-regulated or stock-market-listed) or Private (non-government, self-regulated, for-profit, non-for-profit or beneficial) organization; the CEO may range from a self-employed entrepreneur to an elected, appointed or hired official in the role of Head of State, President, Chief/Prime/Cabinet Minister,  Ministry/Agency/Department Head, Legislator, Regulator, Policy Maker; or Chief Executive Officer (CEO) of a publicly traded or privately held commercial or professional organization. The UniQML™ trademark brand name of higher-level, meta-programming natural language programming language is designed to help a CEO safely maintain his or her ultimate

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

fiduciary responsibility to his or her organization; specifically, when properly deployed, the UniQML™ trademark brand of higher-level, meta-programming natural language programming language assures the CEO that his or her organization operates in a manner that properly and successfully conforms to statutory, regulatory, customer, shareholder or stakeholder requirements or goals.  The UniQML™ trademark brand name of higher-level, meta-programming natural language programming language is borne of conformity science and built on the conformity science subordinate "Principles of 'BlockChain'"; first observed, discovered, formalized and commercialized by Mr. A. K. (Anoop) Bungay between 2001 and 2005, resulting in the world's first global crypto-financial system and first application of the "Principles of 'BlockChain'" in commerce for a "Peer-to-Peer Electronic Finance System, trademark brand name registered as  PrivateLender.org® trading in the cryptofinancial cryptomortgage product trademark brand name BITMORTGAGE®. Using natural language and applying functional goal-setting principles, the UniQML™trademark brand name of higher-level, meta-programming natural language programming languageis designed to "Unify the Resources of the MQCC™ Four Foundational Quantum Components FFQC™": (1) Organization; (2) Human; (3) Computer; (4) Systems by unifying each quantum to create a "quantized" (quantum-unified) overarching system of control that that is able to achieve a certain functional outcome through elimination, prevention or correction of instances of statutory, regulatory or process (SRP™) nonconformity [distortion; non-standard error; omission or imprecision]. Specifically, through the scientific-method-based, trial and error process from at least as early August 14, 2001 to present date, it was determined that all Four FFQC™ Objects (FFO™) are necessary and sufficient for the UniQML™ trademark brand name of natural language programming language to have the highest and best benefit. The UniQML™ trademark brand name of proprietary class of meta-programming language recognizes that, within a dyadic vendor and customer relationship, or, in a commercialized, regulatory-integrated, or public service (public, private, not-for-profit or beneficial)

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





environment where the FFO™ are present, then BOTH vendor and customer MUST conform to statutory, regulatory, process (SRP™) rules that are designed to achieve or maintain a specific outcome. The primary outcome achieved by the UniQML™ trademark brand name of higher-level meta-programming natural language programming language is conformity; conformity to statutory, regulatory, process (SRP™), customer and shareholder or stakeholder requirements. The benefits of achieving conformity includes: customer satisfaction; reduced or eliminated errors and omissions; reduced or eliminated customer complaints, regulatory complaints or lawsuits; increased profitability and competitive advantage; increase in public trust and recognition; and increased shareholder value of the organization among other benefits.

+Developer of the world's first "Systems Level (SL™ trademark brand) Trust" fiduciary standard, binary digit (virtual) environment on a global scale: the MQCC Global Network; and the related science, concepts, technology and standards for development and deployment.

+Developer of the world's first and most trusted BlockChain-based, cloud-based, virtual fiduciary environment for risk-based command, control and quality of organization governance, management and operation function systems for ANY government and industry sector.

+Developer of the world's first "Regulated Trust Network" RTN™; the highest level of trust at a global scale with Active Enforced Privacy (AEP™) controls.

+ Developer of the MQCC™ Conformity Resource Manager (CRM™) for the Zero One™ (ZO™) trademark brand of "Principles of 'BlockChain'"-based systems, technology, services and products.

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.

**MQCC® ◆ Bungay International**

+Developer of the MQCC™ "Principles of 'BlockChain'"-based, Zero One™ (ZO™) Conformity Resource Manager (CRM™) for theZero One™ (ZO™) trademark brand of quality, command and control (QCC™) system network built on the "Principles of 'BlockChain'" and promoted globally by the trademark brand: MQCC ZO™ Conformity Resource Manager (CRM) at www.MQCCZO.com.

+MQCC serves as the Executive Committee Administrator of the International Organization for Conformity IOC™ and its International Commissions on BlockChain ICBC™.

+Developer of the ACTIVE-MANAGED QUALITY™ (AMQ™) National and International Standards.

+Developer of the Chief Fiduciary Officer trademark source identifier brand name: C-FIDO™;  and the C-ScO™ trademark brand name for Chief Science Officers.

+ Developer of the (/) symbol for the term: pending. (/)™ is a trademark source identifier of MQCC Bungay International Inc.

+Publisher of the "Father of BlockChain™" series of books, articles, textbooks and publications; found at www.fatherofblockchain.com.

+Developer of THE KYC BLOCKCHAIN™ or  blocKYChain™'; trademark brand of the MQCC BlockChain-based Enhanced Know-Your-Client (KYC) System.

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

+Developer of the Fi-Pi™ Alliance Global Network: Private Information - Financial Information (Government, Personal, Commercial); a Federal Standard effective, efficient and traceable transmission system built on the "Principles of 'BlockChain'".

+Developer of the PROFESSIONAL BLOCKCHAINEER (P. BCr.)™ Global Trademark Brand of Education and Entertainment Services; the global hallmark of excellence and designation of proficiency in matters related to correct and insurable application of the "Principles of 'BlockChain'" in Government, Academia and Commerce.

+Developer of the MQC Systems Level (SL™ trademark brand) and MQCC Systems Learning (SLr™ trademark brand) "inference engine protocols", germane to conformity science called: "Systems-Based Context Analysis"; designed for MQCC GMO™ Brand of systems built on the "Principles of 'BlockChain'"; and is a component element of the MQCC Systems Level (SL™ trademark brand) Artificial Intelligence SL™-AI; visit www.sl-ai.org to learn more. Designed to help organizations and employees determine non-documented business events, out of the systems-based contextual evidence, including systems logged or systems documented  audio and visual records.

+Developer of the world's first insurable BlockChain; professional liability; errors and omissions;  system, technology, services and products.

+MQCC Bungay International: Birthplace of BlockChain™: www.HistoryOfBlockChain.org

+Developer of the Investor-Lender Loop™ (www.InvestorLenderLoop.com) trademark brand of Investor-Investee and Lender-Borrower, crypto financial services.

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

+Developer of the "World BlockChain Day™" (www.WorldBlockChainDay.com) and "World Crypto Day™" (www.WorldCryptoDay.com) trademark brand of knowledge systems, technology, services and products.

Proven Quality-in-Finance based on the Originating Standards Class of the "Principles of 'BlockChain'" is limited and therefore at a premium.

Registered to the National Standard of 119 Countries.

Please take the time to read this entire website for all the proof you might need.  You may need to register and pay a fee for access to intellectual property.

## You have not heard of a company like MQCC™before, because it has not existed before.

## Here to Serve You™

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Runderidge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Runderidge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

## Exhibit 10: MQCC® Consumer (Government, Regulator, Industry, Mainstreet Investor, Member of Public) Protection Global Infrastructure

# Associations

**MQCC®**

## MQCC.org®

Meta Quality Conformity Control Organization™ MQCC®

Incorporated in Canada as MortgageQuote Canada Corp.

Globally Recognized and Trusted Authority in BlockChain: Systems & Technology

**0  1** IOC MQCC:BCMS  **2** IOC MQCC:BCMS  **3** IOC MQCC:BCMS  **∞**

Developer of BlockChain ZERO ONE® - Maker of the Metaverse™ (MOM™)

Education • Conformity • Governance • Management • Operations • Finance
Standards, Systems, Technology, Services (Methods) & Products (Goods)

## The Original BlockChain™ and Crypto Association

Developer of "Principles of 'BlockChain'"-based systems, technology, services and products (goods).

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

**PrivateLender.org: The World's Private Finance Network™**

# PrivateLender.org ®

## Canada's Private Lending Network

 ™

### The Global Standard for Regulatory-Integrated

**National and International Standards-Class (NISC™)**

Non-bank, Non-institutional, Non-syndicated, Non-regulated or Regulatory exempt, Free trading, also known as Peer-to-Peer (P2P)/Private/Crypto/Secret/Shadow Securities and related Financial Instruments

Online since April 9, 2005

What started it all: PrivateLender.org: Canada's Private Lending Network®/The World's Private Finance Network™

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

# International Peer-to-Peer & Private Finance Association



International
Peer-to-Peer (P2P)
& Private
Finance Association

People Investing in People®

International Peer-to-Peer & Private Finance Association

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

## Peer-to-Peer (P2P) & Private Equity Association International



People Investing in People®

Peer-to-Peer (P2P) & Private Equity Association International

## Peer-to-Peer (P2P) & Private Lending (Investing) Association International

   Peer-to-Peer (P2P)
& Private Lending
Association International

People Investing in People®

Peer-to-Peer (P2P) & Private Lending (Investing) Association International

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

## PEMPAC Private Equity Mortgage Professionals Association of Canada®

PEMPAC Private Equity Mortgage Professionals Association of Canada®

Learn more

## Certified Quality Management-in-Finance Association (CQMFA™)

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---



**Safe - Reliable - Good**

The Certified Quality Management-in-Finance Association (CQMFA™) is an independent, private organization that serves to network, educate, professionalize and promote Quality Management-in-Finance. Namely, those finance sector companies who are certified to ISO 9001:2015 (or ISO 9001:2008) Quality Management Standards. Certification to ISO 9001:2015 empowers CQFMFA™ members to strengthen their market position in bring benefits of quality management to their stakeholders.

<u>Learn more</u>

**IBARA™ International Be Application Ready Association**

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**



IBARA™ International Be Application Ready Association

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.



# MQCC.org™



**MQCC® ◆ Bungay International**

---

## NRMILA™ Non-Regulated Mortgage Investor-Lender Advisors

# NRMILA

Non-Regulated Mortgage
Investor-Lender Advisors
www.nrmila.org

NRMILA™ Non-Regulated Mortgage Investor-Lender Advisors

## GTFAA™ Globally Trusted Financial Advisors Association



GTFAA™ Globally Trusted Financial Advisors Association

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

# Formal Education, Training, Testing, Accreditation

## MQCC™ Corporate University; MQUCC™



**MQCC™ Corporate University; MQUCC™**

Learn more

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

# Private Equity Mortgage/Electronic Money Institute PEMI®





The Government, Industry, Commerce, Academia; Consumer, Corporate & Professional Education Division of MQCC™ Money Quality Conformity Control Organization, incorporated as MortgageQuote Canada Corp. ([www.mqcc.org](www.mqcc.org)); **The World's First and Most Trusted "BlockChain" & "Crypto" Company.**

Learn more

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

**Generally Accepted Mortgage Origination & Underwriting Standards**



**GAMUS™.org, Home to the Generally Accepted Mortgage Origination**

**& Underwriting Standards**

Learn more

**Exchange**

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

## PEMX® Private Equity Mortgage Exchange; Private Electronic Money Exchange



### 2005-2021+; World's first, most trusted, 100% trademark "Principles of 'BlockChain'™"-based Crypto Exchange.

*PEMX®: The **Safer, Better and More Efficient** Private Equity Mortgage Exchange; Private Electronic Money Exchange; Private Electronic Mortgage Exchange and related token based financial securities exchange - **recognized** by international standard-setting bodies; regulators, legislators and legal professionals as the*

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

**world's first cryptofinancial exchange and world's first cryptofinancial exchange registered to ISO 9001:2000; ISO 9001:2008 and ISO 9001:2015 continuously since May 9, 2008*;** trading in the **BITMORTGAGE®** trademark registered brand of real-estate secured non-bank, non-institutional, non-syndicated, non-regulated or regulatory exempt, free trading securities and related financial instruments; also known as Peer-to-Peer (P2P)/Private/Crypto/Secret/Shadow securities and related financial instruments.

Learn more

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

# Consumer, Commercial Sector and Industry Accountability

## OSBSO™ Office of the Shadow Banking System Ombudsperson



**www.osbso.org**

## Office of the Shadow Banking System Ombudsperson

"REFLECTING LIGHT INTO THE SHADOWS OF SHADOW FINANCE"

Investigations

<u>Learn more</u>

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

Report-A-Predator.org



*When a person or organization in a position of power, does you wrong.*

A "Principles of 'BlockChain'"-based, TRACEABLE, VERIFIABLE and TRANSPARENT,
DISCLOSURE and REPORTING Global Decentralized (Federated) WHISTLEBLOWER
System-Network for up to 118 Countries (country.mqcc.org)

**Since September 2012**

## WHISTLEBLOWER Reporting System-Network

Help keep finance safe for everyone; correct nonconformity, fraud and similar

problems.

Reporting

Learn more

**MQCC® Meta Quality Conformity Control Organization Incorporated
as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution
or transmission is not permitted.





**MQCC® ◆ Bungay International**

# Infrastructure & Utilities

## Conjunctive™ trademark brand of Higher Level Meta Programming



**The Beyond Computing, Programming Paradigm for BlockChain™**

Programming Paradigm of the Originating Standard, Non-Volatile BITCOIN™ Utility Token Service and related Systems, Technology, Services (methods) and Goods (products).

<u>Learn more</u>

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

## HLMP™ Trademark Brand of Higher Level Meta Programming



**Trademark Source Identifier for Higher-Level, Meta-Programming Application Programming Interface (API), Conformityware (www.conformityware.org), Protocol Stacks & Development Kits (CDK™)**

HMLP™ is your source for Functional Conjunctive (www.conjunctive.org) Programming Paradigm Framework (CDK™) for BlockChain™ Engineering by trademark, source identifier PROFESSIONAL BLOCKCHAINEERS® P. BCr.®and

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

Fiduciary Leaders™ including trademark Chief Fiduciary Officers C-FIDO™ To create for results-based programming of: (1) Organizations and their: (2) Humans; (3) Computers; (4) Systems; in order to empirically achieve Vision, Mission and Mandate conceptual and concrete requirements.

<u>Learn more</u>

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

## UniQML™: Unification of Quantum Processes Meta-Language



## UniQML™: Unification of Quantum Processes Meta-Language

The higher-level, meta-programming, natural language programming language that created the world's first application of the trademark source identifier "Principles of 'BlockChain'™"-in-Commerce.

*The natural language of the Bungay Unification of Quantum Processes Algorithm, the natural language of BlockChain™*

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government - Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

The World's Safer, Better and More Efficient Natural Language Programming

Language for BlockChain-based Systems.™

Learn more

---

**MQCC® Meta Quality Conformity Control Organization Incorporated
as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution
or transmission is not permitted.





# MQCC.org ™

**MQCC® ◆ Bungay International**

## Conformityware



## Conformityware

Beyond Hardware and Software: The Change that the Discovery of the Bungay Unification of Quantum Processes Algorithm also represented by the trademark source identifier, "Principles of 'BlockChain'™", built.

Learn more

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

**BITCOIN™ Utility Token**



# BITCOIN™

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington, District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

# The world's first regulatory-integrated "utility token & smart contract" financial instrument; utility token combined with securities token and regulatory token.

**Bungay International Technology (BIT™) Conformity of Organizations and Individuals Network (COIN™) global Systems-Network**

**Learn more**

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.





**MQCC® ◆ Bungay International**

---

## BITMORTGAGE® Authentic Securities Token



# BITMORTGAGE®

The world's first "crypto" financial instrument; utility token combined with securities token.

---

**MQCC® Meta Quality Conformity Control Organization Incorporated as MortgageQuote Canada Corp.**
Head Office: 548 Rundleridge Drive NE, Calgary, Alberta,
Canada T1Y-2K7  FSRA #12279.
An ISO 9001:2015 Registered Company.
www.mqcc.org

**Bungay International Inc.**
548 Rundleridge Drive NE, Calgary, Alberta, Canada T1Y 2K7
**MQCC Bungay International LLC**
1629 K Street NW, Suite 300, Washington,
District of Columbia (DC), United States of America (USA), 20006
An ISO 9001:2015 Compliant Company
info@bungays.com * www.bungays.com

Products and Services available to Canadians, Non-Resident Canadians, Foreign Investors and Foreign Nationals in 119+ Countries
**Government -  Industry - Consumers**

© 2001-2023 Copyright Anoop Bungay, MQCC® MortgageQuote Canada Corp. and Bungay International inc. All Rights Reserved. Copy, distribution or transmission is not permitted.