UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>    v.<br><br>RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>            Defendants. | Case No. 20-CV-10832 (AT) (SN) |

**DECLARATION OF KYLIE CHISEUL KIM IN SUPPORT OF
DEFENDANTS' CORRECTED FILING OF ECF NO. 796-11**

I, Kylie Chiseul Kim, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an associate at the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., and counsel to Defendant Ripple Labs Inc.

2. On August 9, 2022, I submitted a declaration in support of Defendants' Memorandum of Law in Opposition to Plaintiff's Omnibus Motion to Exclude the Testimony of Defendants' Expert Witnesses, attaching exhibits. That declaration and exhibits are available as ECF No. 598 through ECF No. 598-38.

3. On January 13, 2023, I submitted a redacted version of that declaration and supporting exhibits. Those documents are available as ECF No. 796 through ECF No. 796-38.

4. I hereby re-submit the document previously filed as ECF No. 796-11 to resolve redaction discrepancies with ECF No. 779-3.

I hereby declare under the penalty of perjury that, to the best of my knowledge, information, and belief, the foregoing is true and correct.

Dated: January 25, 2023
Washington, D.C.

By: ______________________
Kylie Chiseul Kim

KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
+1 (202) 326-7900
kkim@kellogghansen.com