**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Securities and Exchange Commission,<br><br>       *Plaintiff*,<br>v.<br><br>Ripple Labs, Inc., Bradley Garlinghouse,<br>and Christian A. Larsen,<br><br>       *Defendants*. | Docket: 1:20-cv-10832-AT-SN<br><br>**MOTION FOR ADMISSION**<br>*PRO HAC VICE* |

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, J. Carl Cecere, hereby move this Court for an Order for admission to practice pro hac vice to appear as counsel for Roslyn Layton, PhD, intervenor, in the above-captioned case.

      I am a member in good standing of the State Bar of Texas, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit required by Local Rule 1.3 as Exhibit A, and a Certificate of Good Standing from the State Bar of Texas as Exhibit B.

Dated: February 15, 2023      Respectfully submitted,

                                    */s/ J. Carl Cecere*

                                    J. Carl Cecere
                                    ccecere@cecerepc.com
                                    CECERE PC
                                    6035 McCommas Blvd.
                                    Dallas, TX  75206
                                    Tel: 469.600.9455

                                    *Counsel for Intervenor Rosyln Layton, PhD*