# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities and Exchange Commission,<br><br>                      *Plaintiff*,<br>v.<br><br>Ripple Labs, Inc., Bradley Garlinghouse, and Christian A. Larsen,<br><br>                      *Defendants*. | Docket: 1:20-cv-10832-AT-SN<br><br>**AFFIDAVIT OF J. CARL CECERE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, J. Carl Cecere, declare the following:

    1.      I am an attorney at Cecere PC

    2.      I submit this declaration in support of my motion for admission to practice pro hac vice in the above-referenced matter.

    3.      As shown in the attached Certificate of Good Standing, I am a member in good standing of the State Bar of Texas.

    4.      There are no disciplinary proceedings against me in any state or federal court.

    5.      I have not been ensured, suspended, disbarred, or denied admission or readmission by any court.

    6.      I have not been convicted of any felony.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 14, 2023.

*/s/ J. Carl Cecere*

J. Carl Cecere
ccecere@cecerepc.com
CECERE PC
6035 McCommas Blvd.
Dallas, TX  75206
tel: 469.600.9455

*Counsel for Intervenor Rosyln Layton, PhD*