# EXHIBIT B

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

January 26, 2023

Re: Mr. Joseph Carl Cecere, State Bar Number 24050397

To Whom It May Concern:

This is to certify that Mr. Joseph Carl Cecere was licensed to practice law in Texas on November 04, 2005, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

# The Supreme Court of Texas

AUSTIN
---
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Joseph Carl Cecere**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 4th day of November, 2005.

I further certify that the records of this office show that, as of this date

**Joseph Carl Cecere**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 26th day of January, 2023.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 4865C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.