# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| Securities and Exchange Commission,<br><br>*Plaintiff*,<br><br>v.<br><br>Ripple Labs, Inc., Bradley Garlinghouse, and Christian A. Larsen,<br><br>*Defendants*. | Docket: 1:20-cv-1082-AT-SN<br><br>**ORDER FOR ADMISSION**<br>*PRO HAC VICE* |

The motion of J. Carl Cecere for admission to practice pro hac vice in the above-captioned case is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Texas and that his contact information is as follows:

> J. Carl Cecere
> ccecere@cecerepc.com
> CECERE PC
> 6035 McCommas Blvd.
> Dallas, TX  75206
> Tel: 469.600.9455

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Ripple Labs, Inc. in the above-entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Executed on February 14, 2023.

Dated: February 15, 2023
    New York, New York

_____
    HON. ANALISA TORRES
    UNITED STATES DISTRICT JUDGE