# Exhibit B

Page 1

1    UNITED STATES BANKRUPTCY COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    Case No. 22-10943-mew

4    - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5    In the Matter of:

6

7    VOYAGER DIGITAL HOLDINGS,

8

9           Debtor.

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11                  United States Bankruptcy Court

12                  One Bowling Green

13                  New York, NY  10004

14

15                  March 7, 2023

16                  2:10 PM

17

18

19

20

21   B E F O R E :

22   HON MICHAEL E. WILES

23   U.S. BANKRUPTCY JUDGE

24

25   ECRO:  F. FERGUSON

1    HEARING re Court reading decision into the record.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Sonya Ledanski Hyde

Page 3

1   A P P E A R A N C E S :

2

3   LATHAM & WATKINS

4        Attorneys for Binance.US

5        1271 Avenue of the Americas

6        New York, NY 10020

7

8   BY:  ADAM J. GOLDBERG

9

10  QUINN EMANUEL URQUHART SULLIVAN HEARING OFFICER PARIS

11       Attorneys for Special Committee

12       51 Madison Avenue

13       New York, NY 10010

14

15  BY:  SUSHEEL KIRPALANI

16

17  KIRKLAND & ELLIS LLP

18       Attorneys for the Debtors

19       601 Lexington Avenue

20       New York, NY 10022

21

22  BY:  CHRISTINE OKIKE

23       MIKE SLADE

24

25

Page 4

1    UNITED STATES DEPARTMENT OF JUSTICE

2         Attorneys for the U.S. Trustee

3         Alexander Hamilton Custom House

4         New York, NY 10004

5

6    BY:  PETER M. ARONOFF

7         RICHARD C. MORRISSEY

8

9    SECURITIES AND EXCHANGE COMMISSION

10        Attorneys for the Securities and Exchange Commission

11        100 F Street, NE

12        Washington, DC 20549

13

14   BY:  THERESE SCHEUER

15

16   NATIONAL ASSOCIATION OF ATTORNEYS GENERAL

17        Attorneys for States

18        1850 M St NW, 12th Floor

19        Washington, DC, 20036

20

21   BY:  KAREN CORDRY

22

23

24

25

1   UNITED STATES ATTORNEY'S OFFICE

2        Attorneys for United States of America

3        86 Chambers Street, 3rd Floor

4        New York, NY 10007

5

6   BY:  JEAN-DAVID BARNEA

7

8   MCDERMOTT, WILL & EMERY

9        Attorneys for Special Committee

10       One Vanderbilt Avenue

11       New York, NY 10017

12

13  BY:  DARREN AZMAN

14

15  KILPATRICK TOWNSEND & STOCKTON LLP

16       Attorneys for Ad Hoc Group of Equity Interest Holders

17       1114 Avenue of the Americas

18       New York, NY 10036

19

20  BY:  KELLY MOYNIHAN

21

22  TRACY HENDERSHOTT

23       Pro Se Creditor

24

25

Page 6

1    JOHN LOREN

2         Pro Se Creditor

3

4    GINA DiRESTA

5         Pro Se Creditor

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                  P R O C E E D I N G S
 2            THE COURT:  All right.  We're here for the
 3    resumption and hopefully completion of our confirmation
 4    hearing in the Voyager case.  There were a few open issues.
 5    Number one, I see that the names of the independent
 6    directors have been filed and disclosed.
 7            MS. OKIKE:  Correct, Your Honor.
 8            THE COURT:  Is the representative of the Ad Hoc
 9    Equity Committee on the phone?
10            MS. MOYNIHAN:  Yes, Your Honor.  Kelly Moynihan
11    from Patrick Townsend.
12            THE COURT:  Are you pleased with the selection?
13    Do you have any further objection to the people who've been
14    selected and named?
15            MS. MOYNIHAN:  No, Your Honor.  No further
16    objection.  Thank you.
17            THE COURT:  Very good.  We had also left open a
18    question of just how we were going to treat customer data
19    and the transfers of data, particularly for customers who
20    hadn't yet and may not ever become finance customers.  Have
21    we reached any agreements or resolutions of that point?
22            MS. OKIKE:  Yes, Your Honor.  Christine Okike of
23    Kirkland and Ellis on behalf of the Debtors.  I will read
24    into the record the proposed resolution.  So there will be a
25    two-week period for customers to opt out of transferring
```

Page 8

1    selfies uploaded, identifications, or bank statements, and

2    bank account information.  Any opted-out information would

3    not be acquired by the purchaser in the transaction, and

4    that notice will be provided by the Debtors at the Debtors'

5    expense.  The expense reimbursement start date for the

6    Debtors, which was to begin on March 18, 2000 --

7              THE COURT:  Wait a minute.  Selfies?  I couldn't

8    write fast enough.

9              MS. OKIKE:  Selfies, uploaded IDs.  So driver's

10   licenses, passports, other forms of identification.

11             THE COURT:  Okay.

12             MS. OKIKE:  Bank statements, and bank account

13   information.

14             THE COURT:  Okay.

15             MS. OKIKE:  The expense reimbursement provision

16   for the Debtor --

17             THE COURT:  Social Security numbers?

18             MAN 1:  Your Honor, that would be required

19   (indiscernible).

20             THE COURT:  Why?  Just help me.

21             MAN 1:  That is, along with names and addresses,

22   an important part of identifying and establishing the basis

23   for new customer chats should anyone elect to join the

24   platform in the future.

25             THE COURT:  But I cannot imagine a piece of

1   information more quickly and easily given to you if a

2   customer wants to do that than their Social Security number.

3   Why you need that in advance I'm having trouble

4   understanding.

5          MAN 1:  There's a couple of reasons, Your Honor.

6   You know, I think -- and really this, if I may explain all

7   of these issues?

8          THE COURT:  Yeah.

9          MAN 1:  I think there's -- the customer data, just

10  to set the context, Your Honor, is really at the heart of

11  the transaction for Binance.US.  When we agreed to pay the

12  $20 million purchase price, we didn't know how many

13  customers would agree to join the Binance.US platform.  And

14  so the value of each individual customer's future actions on

15  the platform are as unknown.  The only known commodity that

16  Voyager has to sell is the data, and that was at the heart

17  of the deal.

18          So the information has, I think, three main value

19  sources to Binance.US as a technology company that

20  fundamentally depends upon data.  One is the ability to

21  simply reach out to a customer and market to them.  Second,

22  the information is valuable because whenever a customer

23  onboards to the Binance.US platform -- and they may not do

24  that today.  They may do that well down the road.  The

25  cryptocurrency markets are extremely volatile, as we all

Page 10

1   know.  There's bear markets like we're in now, and there's

2   bull markets.  And when there's a bull market, many people

3   join the platform that may not have had any intention to do

4   so in the bear market.

5           Having the KYC information mitigates the actual

6   monetary cost that Binance.US would have to pay

7   affirmatively to conduct the KYC each time someone joins.

8   And so having the Social Security number and other

9   information that is not part of this excluded information

10  that Ms. Okike mentioned would be valuable to avoid that

11  actual cash expense to Binance.US.

12          Third, as a technology company that uses data to

13  enable and empower its operations, even if someone doesn't

14  join the platform, the data that Voyager has about their

15  past activities is very valuable in enabling Binance.US to

16  market and conduct and enhance its operations going forward.

17  So that is the source of the value for the transaction --

18          THE COURT:  What does somebody's Social Security

19  number have to do with that third point you just mentioned?

20          MAN 1:  Well, it enables part of the modern

21  marketing process, right?  That -- as Your Honor knows,

22  right, we've received tons of emails, tons of direct mail.

23  That's -- we throw it all out.  We delete it.  But when

24  there's more targeted marketing that can go someone based on

25  knowledge of their circumstances and past transaction

Page 11

1    history, that maximizes the ability to get someone in the

2    door for a retail operation.

3              THE COURT:  If somebody has already opted out of

4    selfies, uploaded IDs, bank statements, and bank account,

5    you would need that information if they later wanted to open

6    an account, right?

7              MAN 1:  Not necessarily, Your Honor.  The first

8    level of KYC that applies to most customers does not require

9    that information.

10             THE COURT:  You don't require that information

11   yourself before the account can actually be up and

12   functioning?

13             MAN 1:  My understanding is that not all of that

14   information is required in all cases.  The --

15             THE COURT:  And why is -- you know, if Voyager

16   sent other information to you, why does the absence of a

17   Social Security number disable the -- you know, your

18   customer data in the way you've kind of suggested to me?  I

19   don't understand that.

20             MAN 1:  Well, my understanding is that when a new

21   customer joins, they would be providing their Social

22   Security number at that time.  And then Binance.US has to

23   pay a third party provider to conduct the KYC in order to

24   run the check on that person.

25             THE COURT:  Okay, but -- so -- but you seem to

Page 12

1   have suggested that the KYC information that you've gotten

2   from the Debtors would somehow not be very good without the

3   Social Security number.  Or are you saying you're actually

4   going to do -- use the Social Security numbers in advance to

5   do KYC checks on everybody who might in the future become a

6   customer?

7           MAN 1:  Your Honor, my understanding from

8   discussions with my client, and obviously there's a number

9   of technical details here, is that, you know, Voyager's

10  already done KYC checks on all of their customers of course,

11  right?  And so part of this transaction is to acquire that

12  information and have the KYC platform for all of these

13  customers in place, and that's a very valuable part of the

14  transaction alone.

15          THE COURT:  Okay.  So whatever this information

16  is, Voyager gives it to you.  Can it be given to you without

17  the Social Security number?  Because it seems to me if

18  somebody wants to be a customer -- if somebody elects not to

19  let you have the Social Security number and then changes

20  their mind, all you do is plug that into what you have.  Or

21  if, as you say, you want to go out and hire somebody to do

22  an additional check, you would have -- you're certainly not

23  going to be put at any great delay because somebody can give

24  you the Social Security number in an instant.

25          MAN 1:  Well, Your Honor, if I may actually

Page 13

1    express my personal experience, about a year ago when crypto

2    markets were pretty hot before all of this, I actually tried

3    to open an account.  And I started doing it, and then I got

4    busy and gave up because it took time and effort to go

5    through.  And I think part of the benefit of having this

6    information in place at Binance.US is that it allows

7    instantaneous KYC checks that have already been, you know,

8    pre-done by Voyager and can be relied upon to some extent as

9    well as avoiding the cost of a third-party service.  And so

10   --

11            THE COURT:  But what I'm not understanding and

12   you're not helping me with is you can have everything all

13   set up, customer name, address, all that information that

14   Voyager gives you.  But the only thing if somebody elects

15   within your two-week period not to let you have the Social

16   Security number, all they would have to do is plug that

17   remaining bit of information into the stuff that you have.

18   I absolutely fail to understand why you need that

19   information in advance.

20            MAN 1:  Well --

21            THE COURT:  It's information that a lot of people

22   regard as very sensitive.

23            MAN 1:  The -- that -- in completing the KYC check

24   would come at cash expense to Binance.US.  In addition, the

25   delay that it takes and requirement for someone to go ahead

Page 14

1    and enter their Social Security number and then run that

2    check, even if it's done relatively quickly, that delay,

3    that extra step could leave to slippage and breakage in a

4    colloquial sense and lose a customer.

5                THE COURT:  Let me try it this way.  If somebody

6    has not given you this other information and you have their

7    Social Security number, then they decide they want to be a

8    customer, and they tell you that, do you have an additional

9    know-your-customer check that you have to do at that time?

10               MAN 1:  My understanding is that if we acquired

11   all of the information with the exclusion of the information

12   we've agreed to leave behind, we would have the KYC

13   information in place for Voyager customers.

14               THE COURT:  So you'd have it in place.  So if you

15   get all of that same information except for the Social

16   Security number, and then somebody wants to be a customer,

17   why do you have to do anything other than plug in the Social

18   Security number?  You keep telling me you have to do a new

19   know-your-customer check.  I don't understand that.  If you

20   have all the other information just not the Social Security

21   number, what's the big deal?

22               MAN 1:  I don't know if that would require a new

23   expense.  It would certainly involve requiring additional

24   information from the customer, an additional step in the

25   process, and that could lose customers.  And that's part of

```
 1    the value for the Binance of the ease of getting people in

 2    the door in this transaction.

 3              THE COURT:  Adding their Social Security number

 4    would chase them away.  I remind you that, you know, I'm

 5    mindful these are people who only are the people who have

 6    opted out of letting you have that information in the first

 7    place and who might've changed their minds and come back.

 8    Do you think they're going to be scared away because they

 9    have to enter a Social Security number?  That seems

10    ridiculous.  Doesn't it?  I'm trying to understand, but I'm

11    not.  You want the information, but I am absolutely at a

12    loss as to why you need it and why it would involve any

13    other expense to you.  Please help me because maybe I'm just

14    not understanding --

15              MAN 1:  I think --

16              THE COURT:  -- how this works.  But what you're

17    telling me doesn't help me at all.

18              MAN 1:  Well, my understanding is it is relevant

19    to the second category of expenses, the ease of bringing

20    someone onto the system.  In addition to that, it is

21    relevant to the third category of value.

22              THE COURT:  But in terms of the ease, if you have

23    all the other information, the difference in ease is whether

24    somebody's Social Security number is already there or

25    whether they have to type in nine digits.  For crying out
```

```
 1    loud, that's nothing.  That's absolutely nothing, right?

 2    And if what you're saying is, well, that's going to chase

 3    away people who have already in the first instance decided

 4    they don't want Binance to have their information but have

 5    later changed their minds, that seems preposterous to me.

 6            MAN 1:  The third category of information, Your

 7    Honor, is the data analytics part.  And whether or not

 8    someone joins the platform, the data that Voyager has about

 9    their transaction history, and I know Social Security number

10    would be relevant to that, will empower Binance.US' data

11    analytics programs to enhance its own operations and

12    maximize its own profitability.

13            THE COURT:  How?  Help me with that.  What does

14    having the Social Security number allow you to do in terms

15    of that kind of data marketing that you couldn't do without

16    the number if you have all the other information about the

17    customer's name and past history, etcetera?

18            MAN 1:  I think that specific question, Your

19    Honor, to be fair, is a level of detail I'd have to speak to

20    my client about.

21            THE COURT:  Okay.  I think -- I'm not convinced

22    that you need the Social Security numbers, and you're going

23    to have to convince me.  Because we are here, based on your

24    proposal, only talking about whoever would affirmatively opt

25    out of these arrangements.  And I -- as I said yesterday, I
```

1    understand that there are some legitimate reasons why you

2    want to have some information, and certainly some contact

3    information, etcetera.  But that doesn't necessarily mean

4    there is good reason for you to have every bit of sensitive

5    information about a customer at once, particularly if a

6    customer objects and may not want to be a Binance customer.

7    And so I am trying to balance those two.  And I understand

8    you push back on some of this information, but as to the

9    Social Security numbers, what you've told me so far is

10   pretty unconvincing.  Okay.

11            MAN 1:  Okay.  Well, what I'd suggest, Your Honor,

12   is we can proceed to address the other issues and I'll --

13            THE COURT:  Okay.

14            MAN 1:  -- confer with my client.  Thank you.

15            THE COURT:  Very good.  Is it too much to hope

16   that you might have had discussions with the governmental

17   authorities on the exculpation disputes and resolved them?

18            MS. OKIKE:  Your Honor, that is too much to hope.

19   We have had discussions.

20            THE COURT:  Hope springs eternal.

21            MS. OKIKE:  Your Honor, I would like to read the

22   rest of the agreement with respect to the customer

23   information just --

24            THE COURT:  I'm sorry.  Go ahead.

25            MS. OKIKE:  -- on the record because it does

```
                                                        Page 18
 1    change certain provisions in the APA.  But then I'm happy to

 2    address the exculpation.  So the expense reimbursement start

 3    date for the seller will be moved back from March 18, 2023

 4    to April 1, 2023.  If --

 5                 THE COURT:  Okay.

 6                 MS. OKIKE:  -- the purchaser is ready to close by

 7    April 1, 2023, assuming the closing conditions are satisfied

 8    or waived by them, and Voyager is not, including because

 9    Voyager declines to waive any closing conditions other than

10    breaches or defaults by the purchaser, then Voyager will

11    cease to have the expense reimbursement protection.

12                 THE COURT:  Okay.

13                 MS. OKIKE:  And the last point is that both

14    parties acknowledge that the closing condition relating to

15    entry and finalization of the APA order, so the prior order

16    of Your Honor authorizing entry into the APA has been

17    satisfied.  And to its knowledge, there is no breach of the

18    APA by the other party as of the date of the confirmation

19    order.

20                 THE COURT:  Okay.

21                 MS. OKIKE:  So Your Honor, with respect to the

22    exculpation, we have provided language to the various

23    governmental entities.  Honestly, I'm not sure where the

24    various entities stand.  I believe Texas may be okay with

25    the proviso that we are proposing with respect to the
```

Page 19

1    provisions in the confirmation order related to the

2    governmental entities.  And that proviso basically says

3    provided further, and it goes through all the things that

4    the order is not doing in terms of enjoining governmental

5    entities.  And then says provided further that nothing in

6    this paragraph shall limit the exculpation of the exculpated

7    parties set forth in -- and then we put the exculpation into

8    the confirmation order.  So it's as set forth in Paragraphs

9    61 to 62 of this order.

10         THE COURT:  Let me read for you and for the

11   government my own proposal, all right?  I have to note I

12   believe is narrower than the original plan proposed to which

13   none of these governmental entities objected.  I propose to

14   say the following.  To the fullest extent permissible under

15   applicable law, and without affecting or limiting either the

16   Debtor release or the third-party releases, and except as

17   otherwise specified in the plan, no exculpated parties shall

18   have or incur, and each exculpated party is hereby

19   exculpated from any liability for damages based on the

20   negotiation, execution, and implementation of any

21   transactions approved by the Court.  That's the standard

22   language we have that essentially says Creditors,

23   shareholders, you can't sue saying somebody did something

24   stupid when I've already made a decision that they haven't.

25         In addition, this is back to the language I

Page 20

1    propose, the plan contemplates certain rebalancing

2    transactions and the completion of distributions of

3    cryptocurrencies to Creditors.  The exculpated parties shall

4    have no liability for and are exculpated from any claim for

5    fines, penalties, or damages based on their execution and

6    completion of the rebalancing transactions and the

7    distributions of cryptocurrencies to Creditors in the manner

8    provided in the plan.  For the avoidance of doubt, the

9    foregoing paragraph reflects the fact that confirmation of

10   the plan requires the exculpated parties to engage in

11   certain conduct, and the fact that no regulatory authority

12   has taken the position during the confirmation hearing that

13   such conduct would violate applicable laws or regulations.

14          Nothing in this provision shall limit in any way

15   the powers of any governmental unit to contend that any

16   rebalancing transaction should be stopped or prevented, or

17   that any other action contemplated by the plan should be

18   enjoined or prevented from proceeding further.  Nor does

19   anything in this provision limit the enforcement of any

20   future regulatory or court order that requires that such

21   activities either cease or be modified or limit the

22   penalties that may be applicable if such a future regulatory

23   or court order is issued.

24          Similarly, nothing herein shall limit the

25   authority of the Committee on foreign investment of the

Page 21

1    United States to bar any of the contemplated transactions.

2    Nor does anything in this provision alter the terms of the

3    plan regarding the compliance of the purchaser with the

4    applicable laws in the unsupported jurisdictions before

5    distributions of cryptocurrencies occur in those unsupported

6    jurisdictions.

7              I think the language that I have just read is

8    fairly narrow.  And what it essentially says is, you know,

9    I've got a plan in front of me.  One of the things I'm

10   supposed to consider is whether it's proposed in a means

11   that is in compliance with law.  I have a bunch of people,

12   governmental authorities, who've done nothing except hint

13   that maybe there's some issue, but nothing else.  Nobody

14   else made any other opposition.

15             And if and when I confirm the plan, people will be

16   obligated to do what the plan says.  They won't have a

17   choice.  And I think for a variety of reasons that I can say

18   and that I can go into, they're entitled to the protection

19   that I've just said and entitled to know that when they do

20   what I compel them to do in between the time I do so and up

21   until the time somebody else tells them they can't, they

22   aren't going to be subject to some ex-post facto argument

23   that, hey, we didn't tell you at the time even though we

24   could've.

25             We didn't even make up our minds at the time, but

Page 22

```
 1    guess what?  You're liable for penalties, and that court

 2    order wasn't just approval of a plan.  It was a sentence

 3    that you, with -- under no volition of your own, would have

 4    to do something that was going to subject you to some

 5    liability.  I think that would be an absurd situation for

 6    anybody to be in, and I think that language is perfectly

 7    appropriate under the applicable authorities.

 8             Do the governmental authorities on the phone

 9    object to the language I just read?

10             WOMAN 1:  Your Honor, this **(Indiscernible) from

11    the State of Texas.  I think that language is excellent.

12    And subject to the deletion that's in paragraphs where we

13    tried to craft such eloquent wording but didn't, I am fine

14    with that wording.  Thank you.

15             THE COURT:  Okay.

16             MR. BARNEA:  Your Honor, this is J.D. Barnea from

17    the U.S. Attorney's Office.  We were not able to get all of

18    that language down.  There may still be some concerns we

19    have with it, but it's certainly an improvement over what

20    we've seen, especially if it's combined with deleting the

21    injunctive language that was in the proposed order

22    previously.  However, we still may have some concerns about

23    it.  I think we would need to see it written.  If there's

24    any way to send it around in writing, we'd appreciate the

25    opportunity to take a look -- a closer look.
```

Page 23

```
 1              MS. CORDRY:  And Your Honor, this is Karen Cordry.
 2   I represent a number of other states.  We did not formally
 3   speak up yesterday because it seemed like the issues were
 4   being raised by other folks.  I think the language you have
 5   there seems very appropriate.  And I would note that this
 6   all came up with a proviso that was only introduced on March
 7   3rd before the -- on March 2nd before the SEC said anything.
 8   So we think what you have there does go a very long way
 9   towards dealing with our concerns while also protecting the
10   (indiscernible) efforts of the people on the -- you know,
11   who can try to put this plan together.
12              I don't think any of us meant to try to bring
13   those kind of damages and so forth.  So if those assurances
14   are helpful, I think that's -- I think the language seems
15   fine.  Again, sort of like the United States, I look --
16   didn't actually get every bit of it down, but it sounded
17   appropriate as I was listening to it.
18              THE COURT:  All right.
19              MR. SLADE:  Your Honor, I have one thing.
20              THE COURT:  Go ahead.
21              MR. SLADE:  I apologize.  Mike Slade for the
22   Debtors.
23              THE COURT:  Yep.
24              MR. SLADE:  There was one sentence towards the end
25   there where you said nothing limits the penalties that can
```

Page 24

1   be imposed.  I assume what you meant is if there's a future

2   decision by the government that tells -- gives us rules --

3            THE COURT:  Yeah, and if there's a --

4            MR. SLADE:  -- and if we violate those rules --

5            THE COURT:  If there's an order saying stop doing

6   this and you violate that order, I'm not exculpating you

7   from that.

8            MR. SLADE:  That's right, but they can impose

9   penalties for the work that we did in reliance on the order

10  before they --

11           THE COURT:  Exactly.

12           MR. SLADE:  -- made their decision.

13           THE COURT:  Exactly.

14           MR. SLADE:  Okay.  We're on the same page.  Thank

15  you, Your Honor.

16           MR. AZMAN:  Your Honor, Darren Azman for the

17  Committee.  I just have three minor comments.  I don't mean

18  nick the language.  I just wanted to clarify something --

19           THE COURT:  Well --

20           MR. AZMAN:  -- given the importance of the issues.

21           THE COURT:  -- we don't -- you know, everybody

22  wants to look at (indiscernible) so let me just say that's

23  what -- I proposed something along those lines recognizing

24  that there may be little tweaks.  But I think that

25  everybody's got the substance of it.

Page 25

1          MR. AZMAN:  I'll keep my comment to just one point

2     then --

3          THE COURT:  Okay.

4          MR. AZMAN:  -- just to make sure it's clear.  So

5     you mentioned that the exculpated parties could not be

6     liable for fines, penalties, or damages.  I think it needs

7     to be more broader.  It needs to be any civil or criminal

8     liability.  I don't think fines, penalties, or damages

9     necessarily includes somebody going to jail over it.

10          THE COURT:  Okay.

11          MR. BARNEA:  Your Honor, this is J.D. Barnea

12     again.  It would certainly not be appropriate for this Court

13     to enjoin a criminal prosecution of any person for any

14     reason.

15          THE COURT:  Well, if what you're saying is that

16     having sat on the sidelines and said nothing to me to

17     indicate that there's anything illegal about what these

18     people are going to do, that you want to reserve the right

19     to put somebody in jail for doing a rebalancing transaction

20     that they will have no choice but to do under the order that

21     I entered, then I disagree with you.  I think the very

22     suggestion offends me to no end.  I can't believe that you

23     would even take the position in front of me that you should

24     have that right.  It's preposterous.  It's absolutely

25     preposterous.  If you think something's that illegal, speak

```
 1   up, but don't dare tell me that you kind of want to reserve

 2   that right to do that to somebody.  Go ahead, Mr. Azman.

 3            MR. AZMAN:  Your Honor, this is not about hiding

 4   in the wings and hoping to arrest someone upon them taking

 5   some action.  This is about the authority of a bankruptcy

 6   court to tell a criminal prosecutor that he's not allowed to

 7   do his job.  We are not -- there is no intention here to

 8   ensnare people.  We're not aware of anything specific that

 9   would be in that direction.  It's simply that it's not

10   appropriate for any court or any bankruptcy court to declare

11   that someone is free from criminal prosecution.

12            If they commit a crime, they shall get prosecuted

13   for it.  If they have a defense that they were acting in

14   reliance on a court order, that may well be an excellent

15   defense, and perhaps that would be a reason not to prosecute

16   them.  But there's no authority that this court has to order

17   a criminal prosecutor not to prosecute someone.

18            THE COURT:  It's a defense to the extent that I

19   say it's a defense, and that's what I'm doing.  You know, I

20   read the Government's paper, which essentially acknowledges

21   that courts have held that people are entitled to qualified

22   immunity for doing what they're approved to do, and

23   especially what they're ordered to do under a court order.

24   But to suggest that I should allow --

25            MR. AZMAN:  Absolutely as an affirmative defense
```

1    in an enforcement proceeding, but not as a pre-determined

2    bar by a bankruptcy court.

3            THE COURT:  Okay.  Please don't interrupt me in

4    the middle of a sentence.

5            MR. AZMAN:  I'm sorry about that, Your Honor.

6            THE COURT:  What I was trying to say is the

7    suggestion that I should be silent and just leave it for

8    somebody else to decide whether my order has any such

9    qualified effect, or what I myself intend my order to have

10   as its effect, and what I'm telling people to do is

11   ridiculous.  People who will have to do what my order will

12   compel them to do are entitled to know, okay?  And they're

13   entitled to clarity.

14           And some other court who doesn't know bankruptcy

15   is entitled to know what I think people are being compelled

16   to do, and what I think I am authorizing them to do, and

17   what I am in effect, at least on an interim basis until

18   somebody actually steps in and gets an order otherwise, I'm

19   in effect saying by confirming this plan it is okay for you

20   to do this, okay?  And none of you have stepped forward to

21   say otherwise.

22           So people are -- I think I'm the one that ought to

23   be defining that, not some future court.  And leaving it to

24   some future court in complete uncertainty, I don't know how

25   a bankruptcy case could function.  And your arguments that I

Page 28

```
 1    can't do this are belied completely by the fact that there

 2    are literally thousands, thousands of confirmed bankruptcy

 3    plans that have done exactly this with no objection by you.

 4    You know, you've gotten yourselves all stirred up because

 5    the Debtors overreached in what they wanted.  And now you

 6    want to object to completely ordinary, reasonable provisions

 7    that are well-based in authority to which you haven't

 8    objected to any of the other bankruptcy cases that I have

 9    ever handled.  So I think your position's preposterous.  Go

10    ahead, Mr. Morrissey.

11            MR. MORRISSEY:  Good afternoon, Your Honor.

12    Richard Morrissey for the U.S. Trustee.  The U.S. Trustee

13    will certainly review the Court's language and hopefully we

14    can come to an understanding.  I just wanted to make two

15    points, Your Honor, about what the Debtors are seeking here

16    with respect to exculpation.  And again, I hope the language

17    that Your Honor just read to us will be consistent with our

18    view.

19            The U.S. Trustee believes that the exculpation

20    provision as written in the plan in these cases was

21    different from the corresponding provision in

22    (Indiscernible).  As a factual matter, my understanding,

23    Your Honor, is that there weren't regulatory actions

24    pending.  And in addition, there were no temporal problems,

25    which is to say that parties in interest were not worried
```

1   about what exculpated parties might do in the future outside

2   of the Court's purview.  And I think I raised this point

3   yesterday.  So we think it was a broader release.  And Your

4   Honor, another issue is -- that I did not raise --

5              MAN 2:  (Indiscernible) --

6              MR. MORRISSEY:  -- yesterday has to do with --

7              MAN 2:  -- (indiscernible).  You did.

8              THE COURT:  Who's talking -- whoever's talking on

9   the phone needs to mute themselves because you're -- and

10  wait until it's your turn to speak, okay?

11             MR. MORRISSEY:  Thank you, Your Honor -- has to do

12  with actions taken upon it by some counsel, which I think

13  Your Honor used the word "defense" in speaking to Mr. Barnea

14  before.  I think that is certainly an affirmative defense in

15  a future proceeding, but it's an issue as to whether that

16  should be part of the ruling here.

17             THE COURT:  All right.  I'm not purporting in any

18  way to modify to the extent to which reliance on the advice

19  of counsel is or is not a defense for anybody.  I'm simply

20  saying that it's quite abundantly clear to everybody that

21  the plan here contemplates rebalancing transactions and

22  distributions of cryptocurrencies.  Any governmental

23  authority that thinks that those activities are illegal

24  anyway is on notice of them and has had a full opportunity

25  to come in and tell me why they are illegal, the Bankruptcy

Page 30

1    Code says I shouldn't confirm it if the plan is proposed by

2    any means that would violate any law.

3            I absolutely have been and made clear from the

4    beginning that I was ready to consider any actual objections

5    that there was a violation of law.  I don't have any.  I

6    have hints that somebody might think, for reasons that I

7    couldn't quite explain completely, that the two aspects or

8    one aspect of the sale of VGX and perhaps something to do

9    with Binance.US' business operations might raise regulatory

10   issues, but no idea if that means that the transaction

11   cannot be actually accomplished.

12           And therefore, based on the actual record in front

13   of me, no reason at all to think that what the plan calls

14   for people to do would be illegal.  And so when I make that

15   determination and then any fact by confirming the plan leave

16   people with no authority but to do those things that I have

17   in effect found are okay, I think it's preposterous to

18   suggest that somebody -- people who do it would be

19   personally liable.

20           You know, the alternative is to tell the

21   Government you had your chance, you didn't speak up.  You

22   know, this is what the Debtors were trying to do last week.

23   Therefore, forever shut up, there's nothing illegal about

24   this.  I'm not going to do that.  I have no intention of

25   doing that.  That to me would overstep what is reasonable

1    here.

2            I wish, if the regulators had a problem, that they

3    would've spoken up before me because I have absolutely no

4    desire to set anybody on a course that raises any regulatory

5    concerns.  But for whatever reason, the governmental

6    entities either were unwilling or unable to voice any

7    opposition on those points.  So if something happens, if

8    they unlock their regulatory brakes and figure out that they

9    have some objection, they can try to stop what's going on,

10   I'm not going to prevent them from doing that.  But the idea

11   that they should also then be able to come in and claim any

12   kind of liability for the people who have done what I've

13   ordered them to do and the Government took no action to stop

14   it just seems utterly ridiculous to me.  Okay?

15           MR. MORRISSEY:  Thank you, Your Honor.

16           MS. CORDRY:  Your Honor, this is Karen Cordry

17   again.  If I could just say very quickly one point here

18   which is that a typical exculpation provision does include

19   in there in the language that the Debtor had written in

20   another claim that we're exculpated from all of those sorts

21   of causes of action.  Unless there's a determination of

22   actual fraud, willful misconduct, or gross negligence, which

23   indicates that it's possible to have the basic transaction

24   be approved, but they have some aspect of its being carried

25   out constitute one of those problems.

```
1              And I think -- and I'm not trying to speak for the
2    United States, but my sense is that that may be the kind of
3    concern that is floating around there, is that the -- that's
4    still -- I mean, it's not like we have been sitting here
5    getting notices of every transaction that goes through in
6    terms of the rebalancing and so forth.  I have known
7    basically from the terms that the overall rebalancing was
8    illegal, but it is possible.  And I think if we use the term
9    "possible" that somebody could do something illegal in the
10   context of that overall approved process.  So I think that's
11   sort of what's floating around out there.
12              THE COURT:  Yeah.  You know, I don't have a
13   problem.  I don't think anybody has a problem with that.
14   Okay?
15              MS. CORDRY:  Yep.  So I think that's kind of where
16   there was still the concern about.
17              THE COURT:  Okay.  All right.  Everybody's going
18   to want to see the language and make little tweaks.  I don't
19   -- I'm not in a position to be able to give it to everybody.
20   I have one copy, which is the copy that I have for the
21   purpose of making my decision right now.
22              MR. MORRISSEY:  Your Honor, Richard Morrissey once
23   again for the U.S. Trustee.  I was going to raise an issue
24   that's separate and apart from confirmation.  I don't know
25   if you wanted me to raise it now or wait until later in the
```

```
 1    -- later today.
 2              THE COURT:  Well, I have a lengthy decision to
 3    dictate into the record, and last I heard I had a 5:00
 4    deadline.  Where do we stand on the 5:00 issue?
 5              MAN 3:  Your Honor, I haven't spoken with my
 6    client about it and whether we need more time than that.  I
 7    hope not.
 8              THE COURT:  We obviously are going to -- because
 9    people are going to have to see, if nothing else, the other
10    revisions that I have already told you I want to make to the
11    confirmation order and this particular language.  The idea
12    that I can announce my decision and have an order in the
13    next two hours and ten minutes is just not going to happen.
14              MAN 3:  We'd like to keep things moving along, but
15    what would Your Honor suggest?
16              THE COURT:  I would suggest that people are going
17    to want to -- once I finish my decision, which is going to
18    take a while, people are going to want to see the order, and
19    that you should extend it until 3:00 tomorrow.  Okay.
20              MAN 3:  Let me request that from my client.  In
21    the meantime, we could suggest perhaps sending the language
22    around to the parties via email to the Debtors.
23              THE COURT:  I don't know if anybody --
24              WOMAN 2:  Your Honor, when the attorney for
25    Binance speaks, he has to go near a microphone.  Otherwise
```

Page 34

1    the people in Court Solutions can't hear him.

2              THE COURT:  I don't think anybody has the language

3    I just read except for me because I wrote it out for myself

4    here.  I don't -- it's not in anything else I've given to

5    anybody else, so...

6              MAN 3:  Correct.

7              THE COURT:  Okay.

8              MAN 3:  Thank you, Your Honor.  All right.

9              MR. MORRISSEY:  Your Honor, the issue I was going

10   to raise just so it's not a mystery to the Court and the

11   parties has to do with Rule 3020.  The version I have of the

12   proposed order, it's Paragraph 118, Waiver of Stay.  Your

13   Honor, the U.S. Trustee would oppose the waiver of the stay.

14   We think that the 14-day stay should be part of the order,

15   and that Rule 20 should be abided by.  Thank you, Your

16   Honor.

17             THE COURT:  All right.  I understand the

18   Government's position.  When is -- if I don't enter a stay,

19   when is the effective date likely to occur at the earliest?

20             MR. GOLDBERG:  Your Honor, Adam Goldberg for

21   Binance.US.  We would be working to bring the plan effective

22   as quickly as possible.

23             THE COURT:  Okay.

24             MR. GOLDBERG:  I'd (indiscernible) for the Debtors

25   for anything else.

```
 1              MS. OKIKE:  Yes, Your Honor.  I think -- Christine

 2      Okike for Kirkland and Ellis.  We agree with that.  I do

 3      think it's going to take, you know, some time, but we will

 4      be working expeditiously to effectuate the plan.

 5              MR. KIRPALANI:  Good afternoon, Your Honor.

 6      Susheel Kirpalani from Quinn Emanuel on behalf of the

 7      Special Committee of the Debtors.  I just wanted to let the

 8      Court know, I'm sure you have your own way of wanting to

 9      announce things, but I wanted to confirm that Your Honor is

10      aware, and if not I wanted to make Your Honor and all

11      interested parties aware, that we have scaled back the

12      releases.

13              THE COURT:  I saw.

14              MR. KIRPALANI:  And I've got even some additional

15      line item nits to further scale it back because there were

16      things in there --

17              THE COURT:  Okay.

18              MR. KIRPALANI:  -- that I missed.  And so I could

19      read those changes into the record, or I could do it any

20      which way you'd like.

21              THE COURT:  We'll final -- I saw an in-concept

22      approve of what you've done, and we'll get the wordsmithing

23      done as we enter the order.

24              MR. KIRPALANI:  Okay.  Thank you, Your Honor.

25              THE COURT:  Okay.  All right.  I want to announce
```

1    my decision with respect --

2            MS. SCHEUER:  Your Honor, if I may just have one

3    moment.  I'm sorry, Your Honor.  Therese Scheuer for the

4    SEC.  Your Honor, the SEC would also like to request the

5    opportunity to review the changes to the order and Your

6    Honor's proposed -- Your Honor's --

7            THE COURT:  Understood.

8            MS. SCHEUER:  -- exculpation language.

9            THE COURT:  Understood.

10           MS. SCHEUER:  Thank you, Your Honor.

11           THE COURT:  Of course.  I understand.  All right.

12   We are here to consider the proposed confirmation of the

13   plan of reorganization of the Voyager Debtors, and also to

14   consider some other motions that have been filed by

15   Creditors.  The plan contemplates a transaction that is

16   subject to some strict deadlines, so I'm going to dictate my

17   findings and conclusions into the record so that our timing

18   does not unintentionally trigger any termination rights on

19   the part of the proposed purchaser in the pending

20   transaction.

21           I'm asking the Debtors to have a transcript of my

22   rulings prepared as promptly as possible and to be submitted

23   to chambers in Word format.  The decision that I dictate

24   today will explain my rulings and my findings, and we will

25   endeavor to enter an order as soon as we can, reasonably can

1    based on the rulings and findings.  But once we receive the

2    transcript, we will correct spelling, citations, inadvertent

3    errors, and places where I may misspeak or where I may find

4    that I was less clear than I would have liked during the

5    course of my dictation.  And that corrected decision will be

6    entered as the actual official decision of the Court.

7            We had a lengthy hearing that began on Thursday,

8    March 2 and continued through yesterday, Monday, March 6,

9    and to some extent has continued for another hour's worth of

10   argument today.  We have had an unusually large number of

11   participants in the hearing, including a large number of pro

12   se parties who are Voyager accountholders.

13           I want to pause and thank the pro se parties for

14   their participation and for the unusual amount of work and

15   energy that they have put into following this case in

16   comparison to how relatively smaller creditors tend to treat

17   other cases that I have handled.  I appreciate that they are

18   not attorneys, and that they have labored under some

19   significant disadvantages as a result.  I tried wherever

20   possible over the course of the hearing to give the pro se

21   parties the chance to ask their questions even if at times

22   we may have strayed somewhat from the issues that are

23   strictly before the Court in this particular hearing.

24           Unfortunately, I did have to exclude one pro se

25   party who refused to abide by my instructions and who was

Page 38

1    disrespectful in his conduct.  But the pro se participants

2    clearly have made a very significant effort to be helpful

3    and to follow and to abide by the rules as I explained them,

4    and I greatly appreciate the fact that they did so.

5              The primary issue before me in this hearing is the

6    Debtors' request for a final approval of their Disclosure

7    Statement and confirmation of their proposed Plan of

8    Reorganization.  The plan, as I said, generally speaking

9    provides for a sale of customer accounts to Binance.US,

10   although accountholders can elect not to become customers of

11   Binance.US.  The plan also includes a backup option in the

12   event that the proposed deal with Binance.US does not close

13   or otherwise has stopped from being completed.

14             The Debtors have argued that the proposed deal

15   with Binance.US -- by the way, if I inadvertently say

16   "Binance", I mean "Binance.US" whenever I make my comments

17   here -- that the proposed deal with Binance.US will maximize

18   the ability to make distributions to accountholders in the

19   form of cryptocurrencies rather than cash.  This may have

20   tax benefits to the accountholders, although the tax issues

21   apparently are not completely clear, and nobody has

22   presented evidence to me or made legal submissions to me

23   about the tax issues or tax benefits.

24             The Debtors have also argued that the proposed

25   deal with Binance.US would permit more cryptocurrencies to

Page 39

1    be distributed in-kind than any of the available

2    alternatives would provide.  They have further argued that

3    the Binance.US deal would limit the amounts of

4    cryptocurrency sales that the Debtors would have to make,

5    and thereby would reduce the extent to which sales by the

6    Debtors might adversely affect market prices, particularly

7    in the case of cryptocurrencies where normal trading volumes

8    are not so robust as others.

9         The objections have focused on many things.  Some

10   objections have raised relatively common bankruptcy issues,

11   such as objections to some of the releases that the Debtors

12   have proposed.  Other objections are focused more

13   specifically on regulatory issues or on the wisdom of

14   potential dealings with Binance.US.

15        Let me say at the outset and as background to my

16   rulings that I cannot think of another case I have had that

17   comes before me in quite a setting like this one does.  I'm

18   aware that there are some people who question the very

19   concept of cryptocurrencies and the whole idea of

20   cryptocurrency investment and trading.  I note that no party

21   in this case has taken such a position, and it's not for me

22   to decide whether any particular investments are good ideas

23   or not.  But it certainly provides an unusual backdrop to

24   this bankruptcy case.

25        I also am aware that Voyager operated and

Page 40

1    Binance.US currently operates in a regulatory environment

2    that can best be described as highly uncertain.  There are

3    firms that operate as cryptocurrency brokers or exchanges

4    and have done so for several years without being subject to

5    clearer and well-defined regulatory requirements.  The

6    regulators themselves cannot seem to agree as to whether

7    cryptocurrencies are commodities, they may be subject to

8    regulation by the CFTC, or whether they are securities that

9    are subject to securities laws, or neither, or may in some

10   cases one or the other, or even necessarily on what criteria

11   should be applied in making a decision.

12        This uncertainty has persisted despite the fact

13   that the cryptocurrency exchanges have been around for a

14   number of years.  The current regulatory environment can

15   only be characterized as uncertain, but the future

16   regulatory environment can only be characterized as, in my

17   mind, virtually unknowable.  There have been differing

18   proposals in congress to adopt different types of regulatory

19   regimes for cryptocurrency trading.

20        Meanwhile, the SEC has filed some actions against

21   particular firms and with regard to particular

22   cryptocurrencies, and those actions suggest that perhaps a

23   wider regulatory assault may be forthcoming.  The CFTC seems

24   to have announced some positions that may be at odds with

25   the SEC's views.  But just how this will all sort itself

Page 41

```
 1    out, how the pending actions relating to cryptocurrencies

 2    will be decided, and just what future regulatory actions

 3    might involve, or how they will affect individual firms or

 4    the industry as a whole is very much unclear.

 5              Complicating things further is the fact that

 6    Voyager operated and Binance.US continues to operate in an

 7    industry that has been the subject of some severe financial

 8    shocks over the past year.  Many firms were adversely

 9    affected by the loan defaults of Three Arrows, including

10    Voyager itself.  The Three Arrows' defaults led to several

11    bankruptcy filings across the country.  The more recent and

12    sudden collapse of FTX has reverberated even more throughout

13    the industry and has also led to some financial problems at

14    other firms.

15              Perhaps most worrisome for me are revelations of

16    apparent misbehavior and misuse of customer assets at some

17    firms.  I certainly do not have all of the evidence as to

18    what happened at FTX, and we will all have to wait until

19    judgments can be entered in that case before we are sure

20    exactly what happened.  However, public statements by the

21    persons currently handling the bankruptcy of FTX have so far

22    indicated that there was an enormous disparity between the

23    way that FTX actually operated and the way it actually used

24    customer assets as opposed to what it had represented to its

25    customers.
```

                                                            Page 42

1              I'm also aware of the examiner's report about the

2        business conducted at Celsius and how the actual behavior

3        and custody of customer assets at that firm may have

4        differed from public statements as to how customer assets

5        were being treated and custodied.  Once again, I certainly

6        do not have all the evidence as to what actually happened in

7        Celsius, and we'll have to see what further developments

8        there are in that case.  But the examiner's report certainly

9        raised the prospect of a disparity during the way that

10       particular firm actually operated and the representations it

11       made to its customers about how assets were handled.

12             Perhaps to some degree, those kinds of events and

13       the fact that regulatory regimes have been so unclear go

14       hand in hand with each other.  That I don't know for sure.

15       In this particular case, some accountholders and some other

16       parties have referred me to newspapers, or magazine

17       articles, or to a recent letter sent by a group of U.S.

18       senators all raising questions and accusations about how

19       Binance.US does business and how its affiliated companies do

20       business.

21             Despite the questions that have been raised in

22       this regard, however, I have to note that I have been

23       offered absolutely no, I mean literally zero, no actual

24       admissible evidence that would support an accusation that

25       Binance.US is misusing customer assets or is engaged in any

Page 43

```
 1    misbehavior of any kind at all.  Instead, I am in the
 2    absolute unenviable position of having to make a ruling
 3    about the proposed transaction in the face of hearsay
 4    accusations of potential wrongdoing in an industry where
 5    other firms have apparently engaged in real wrongdoing.
 6               Knowing that many people are raising questions,
 7    and certainly with no desire to put anybody's futures at
 8    stake, but with little or more accurately no evidence as to
 9    whether there was any good basis at all for any of the
10    questions that have been raised about Binance.US.  So with
11    those observations to put things into context, let me turn
12    to some of the actual objections that have been filed.
13               The first one that I will address is the objection
14    filed by the Securities and Exchange Commission.  The SEC
15    has argued in its written objection that the Debtors cannot
16    prove the feasibility of their proposed plan for two
17    reasons.  First, the SEC argued that in its view the Debtors
18    had the burden to prove that the Debtors' own purchases and
19    sales of cryptocurrencies would not constitute illegal
20    purchases and sales of securities.
21               The objection did not take the position that any
22    particular cryptocurrencies are securities or otherwise
23    explain how or why the Debtors' activities, including their
24    rebalancing activities, might be illegal, although their
25    written objection did contain a vague footnote suggesting
```

Page 44

1    that the VTX token was one as to which some unspecified

2    issue might exist.

3           The SEC also suggested that the Debtors should be

4    required to prove that Binance.US is not operating as a

5    securities broker without registering as such.  Once again,

6    the SEC did not actually take the position that Binance.US

7    is operating as an unregistered and unlicensed securities

8    broker.  Instead, it just suggested that the Debtors had the

9    burden to prove the negative without offering any evidence

10   or even any reasons to think that Binance.US actually was

11   doing anything for which it required further SEC

12   registrations.

13          I questioned the SEC about these objections at the

14   outset of this hearing, and to some extent I rebuked the SEC

15   attorneys for the vagueness of their submission, although in

16   fairness to them, I think they were just the messengers and

17   not necessarily the architects of the message that they were

18   sent to deliver to me.  Although the SEC contended that the

19   Debtors somehow how to prove a negative, that is that the

20   Debtors were not violating securities laws and that

21   Binance.US is not violating registration requirements for

22   brokers.

23          Once again, the SEC confirmed that it was not

24   affirmatively contending that the Debtors were doing

25   anything wrong, nor that Binance.US was doing anything

Page 45

1    wrong.  Nor did the SEC have any guidance to offer to any of

2    us to suggest what it was that the Debtors allegedly were

3    supposed to prove with respect to these issues, or how the

4    Debtors could possibly prove what the SEC wanted them to

5    prove without receiving any explanation at all from the SEC

6    and suggest why the Debtors' activities or Binance.US'

7    operations might raise legal issues.

8              Near the end of the hearing on Friday, the SEC

9    asked to provide clarification of the SEC's legal position.

10   It initially asked if it could state its position only to me

11   on an in-camera basis, but I denied that request and ruled

12   that, to the extent the SEC wanted to say something further

13   about its objection, it ought to be stated in the public

14   forum where all interested parties could hear and understand

15   the SEC's position.

16             The SEC representatives then said the following on

17   the record.  First, we were told that the SEC staff believes

18   that the VGX token has aspects of a security, but that the

19   Commission itself has not taken any position on that

20   subject.  Second, we were told that the SEC staff believes

21   that Binance.US is operating as a securities exchange

22   without registering as such.  Once again, the Commission

23   itself has not taken any position on that subject.

24             Although the SEC offered these clarifications as

25   to what the SEC staff apparently believes, it emphasized

Page 46

1    that only the Commission may take a formal position on

2    behalf of the SEC, and that the views of the staff did not

3    necessarily constitute or certainly did not constitute the

4    official views of the SEC.  Furthermore, although the SEC

5    had obtained clearance to reveal the staff's contentions,

6    the SEC confirmed that it was not authorized and did not

7    intend to provide any evidence on these issues or even any

8    further explanation as to the bases for whatever beliefs the

9    SEC staff may have.

10           So to the extent that the SEC nevertheless

11   contends that these issues are bars to the confirmation of

12   the Debtors' plan, I am forced to disagree.  In the first

13   place, I reject the contention that the Court and the

14   Debtors somehow were supposed to figure out for themselves

15   just what it is that the SEC might argue about the VGX

16   token, or about particular activities in which Binance.US

17   might be engaged, as well as the reasons why those matters

18   might have raised securities issues, and then somehow to

19   offer evidence and legal argument to rebut them.

20           This bankruptcy case has been pending since July

21   2022.  Customers and Creditors have been denied access to

22   their assets for many months, and they deserve to have a

23   resolution of this case.  Bankruptcy cases also are very

24   expensive, and each and every delay means that

25   administrative expenses eat away at the recoveries that

1    Creditors may eventually receive.

2              I have a proposed Plan of Reorganization in front

3    of me, and I have an obligation to make a ruling now as to

4    whether it can be confirmed.  I cannot simply put the entire

5    case in an indeterminate and expensive deep freeze while

6    regulators figure out whether they do or do not think there

7    is any problem with the transactions that are being

8    proposed.

9              As I said at the outset of the hearing, if a

10   regulator believes there is a legal issue with respect to

11   something that is proposed in front of me, I am more than

12   anxious to hear an explanation and to consider that issue.

13   I have no desire to approve anything that raises legal

14   issues.  But I expect a regulator not only to tell me that

15   it has an actual objection if there is a legal issue, but

16   also to tell me what the issue is and why it is an issue,

17   that the other parties may address it and so that I may make

18   a proper and well-considered ruling on the point.

19             Here, I don't know how any party could possibly be

20   expected to address the SEC's comments with the limited

21   guidance that the SEC has provided.  The SEC has not

22   explained by the VGX token in its mind should be regarded as

23   a security or what aspects of a security it thinks it has

24   leaving me only to guess as to what the arguments might have

25   been.

Page 48

```
 1              Similarly, the SEC did not explain why it thought
 2    Binance.US might be operating as a securities broker.  I do
 3    not know, for example, if there is one specific
 4    cryptocurrency token that may have been traded by Binance.US
 5    and that the SEC thinks was a security for which the
 6    relevant remedy might simply be to stop trading in that
 7    token, or whether the SEC has different theories.  If we
 8    were to try to address the issues, we would have to guess
 9    just what the issues were and would not even have any idea
10    if we were even discussing the right points.
11              I understand and appreciate that the SEC is
12    limited in what it can say about potential enforcement
13    actions, but I cannot conclude from this record that an
14    enforcement action is even likely, let alone whether it is
15    meritorious, or even the bases for any of the issues that an
16    enforcement action might raise.
17              I also cannot determine, even if an action were
18    meritorious, whether it would affect the transactions that I
19    am being asked to approve.  On this very point, for example,
20    I asked the SEC's counsel at the outset of this hearing to
21    explain what the consequences would be if Binance.US were to
22    be found to have been acting as a non-registered
23    broker/dealer.  I asked if that would just mean that
24    Binance.US might have to stop certain activities while it
25    pursued a license, or if it would be that Binance.US would
```

Page 49

```
 1    have to shut down all of its activities.  The SEC said it
 2    could not answer the question.
 3            Notwithstanding that statement, the SEC took the
 4    position yesterday that the Debtor's disclosure statement
 5    allegedly was deficient because it did not more specifically
 6    predict and describe what the results of a regulatory action
 7    against Binance.US might be.  As I said yesterday, I do not
 8    know how the Debtors could've been expected to be more
 9    specific about that question when the SEC itself told me it
10    could not answer the question.
11            In addition, the SEC's argument on these points
12    has all been phrased in terms of whether the Debtors can
13    prove the feasibility of their proposed plan.  Feasibility
14    in bankruptcy parlance is a shorthand reference to the
15    provisions of Section 1129(a)(11) of the Bankruptcy Code,
16    which states that in order to confirm a plan, a court must
17    find that the confirmation "is not likely to be followed by
18    the liquidation or the need for further financial
19    reorganization of the Debtor or any successor to the Debtor
20    under the plan unless such liquidation or reorganization is
21    proposed in the plan."
22            Here the only issues the SEC has raised are, A,
23    whether one specific token, VGX's, is a security; and B,
24    whether Binance.US needs to register as a securities broker.
25    There is no reason why these issues affect feasibility of
```

Page 50

1    the kind that is discussed in Section 1129(a)(11).  As I've

2    said, the SEC has been aware that the VGX token for some

3    time it has not even reached a conclusion of its own as to

4    whether it is a security, let alone taken any action to stop

5    trading in the token.

6           In addition, even if there are problems with the

7    sale or distribution of VGX, there's no reason why, to my

8    knowledge, why that should interfere or impede or affect the

9    remainder of what the Debtors are proposing.  Similarly,

10   even if Binance.US were to be told to stop its business

11   entirely, the Debtors' plan in this case provides that what

12   the parties have called a toggle option under which the

13   Binance.US deal could be stopped and the Debtors would

14   instead make distributions to the extent they could without

15   using Binance.US.

16          There would have to be some practical changes as a

17   result, and the recoveries that accountholders would receive

18   would likely diminish, but the plan itself includes the

19   toggle option.  So there's no reason to think that the

20   issues that the SEC has raised as to Binance.US would mean

21   that the plan couldn't proceed or that it would need a

22   further liquidation or reorganization of the kind that is

23   not already contemplated by the plan.  For that reason, the

24   issues raised by the SEC do not really go to the feasibility

25   of the plan as that term is used in Section 1129(a)(11) of

Page 51

```
 1    the Bankruptcy Code.
 2            I appreciate that the SEC made some effort to tell
 3    me something about what the staff is thinking, but in the
 4    end it did not support the highly conditional objection that
 5    the SEC filed.  This is a court.  One of the requirements
 6    for confirmation of plan is that the plan has been proposed
 7    in good faith and not by any means forbidden by law.
 8    Obviously, I have no intention of approving anything that is
 9    illegal.  As I said during the hearing, and I think I may be
10    repeating myself now, I expect that if a regulator believes
11    that what is being proposed in a plan would violate any
12    applicable statute or regulation, that the regulator will
13    bring that to my attention so the issue can be resolved.
14            The SEC and all other government agencies have had
15    a full and fair opportunity to object here if they believe
16    that the rebalancing transactions that are being proposed or
17    the distributions of cryptocurrencies that are being
18    contemplated are illegal in any way.  Or if they're in
19    violative of any statute, rule or regulation, they have not
20    actually made any objection on those grounds.  They have
21    only vaguely hinted at issues that have not even been
22    described in a manner that would permit the Court or the
23    parties to address them.
24            I have to make decisions based on actual
25    admissible evidence.  I have no evidence here from the SEC
```

1    or any other party that could support a contention that

2    Voyager is purchasing or selling any token that should be

3    considered to be an unregistered security, or that

4    Binance.US is engaged in any activity for which it is

5    required to register as a broker dealer.

6              I therefore reject and overrule any contention

7    that the transactions contemplated by the plan would be

8    illegal, and any suggestion that for regulatory reasons the

9    Debtors would be unable to complete their proposed

10   liquidation.  The Debtors have offered evidence that

11   Binance.US has the operational and financial capability to

12   perform its obligations and have not been given any evidence

13   to suggest that Binance.US could not legally perform those

14   obligations.

15             For similar reasons, I reject the contentions by

16   the SEC and others to the effect that the Debtors allegedly

17   did not offer sufficient disclosure about potential

18   regulatory risks.  The disclosure statement that was

19   distributed included specific disclosures about regulatory

20   issues faced in so-called unsupported jurisdictions where

21   Binance.US does not have certain regulatory licenses.

22             It also stated that the Debtors' business is

23   subject to an extensive and highly evolving regulatory

24   landscape that involves significant uncertainties, that it

25   is possible that governmental bodies might disagree as to

Page 53

1    whether particular laws or regulations are applicable to the

2    Debtors or to the contemplated transactions, that the

3    Debtors could not predict whether regulators would take the

4    position that additional regulatory approvals are required

5    for the completion of the contemplated transactions, and

6    could not guarantee that there would not be regulatory

7    issues.

8            The disclosure statement also stated generally

9    that consummation of the transactions might depend on

10   obtaining approvals of some governmental units, and that

11   failure to obtain those approvals could prevent or impose

12   limitations or restrictions on the consummation of the

13   transactions contemplated by the plan.

14           Voyager also disclosed all of the regulatory

15   inquiries it had received from federal and state

16   authorities, and nobody has contended to the contrary.

17   Although I note that none of those inquiries related to the

18   two issues that the SEC said that its staff had concerns

19   about.  The disclosure statement disclosed a subpoena from

20   the SEC that Voyager had received in January 2022 relating

21   to the Voyager rewards program and apparently to questions

22   about whether Voyager needed to register as an investment

23   company.

24           The disclosure statement revealed that the SEC had

25   made a follow-up request for some financial statement

Page 54

1    information and other internal documentation in July 2022,

2    and that the CFTC had made inquiries and sent a subpoena in

3    August and September 2022.  And other state and federal

4    inquiries are also described.

5              I do not believe that the disclosure statement,

6    which was circulated in January 2023, needed to be any more

7    specific than that, than what it said, particularly with

8    regard to issues that SEC itself did not identify until

9    March 2023, and that the SEC itself has not been able to

10   explain in anything other than an extremely conclusory form.

11             A number of questions have also been raised about

12   the extent to which accountholders would be protected if

13   they were to become customers of Binance.US.  These

14   objections have been posed by the SEC, the Office of the

15   United States Trustee, the State of Texas, and the State of

16   New York.  Nobody suggests that the Debtors had information

17   that they were hiding from anyone or that the Debtors had

18   and failed to disclose.  Nobody has contended that the

19   Debtors made any misrepresentations as to the Debtors' own

20   conclusions about Binance.US.

21             Instead, the objecting parties have suggested that

22   the Debtors should have obtained or should obtain different

23   or more complete or better assurances from Binance.US as to

24   how it handles and will handle customer assets, and then

25   have argued that the prior disclosures supposedly were

Page 55

1    inadequate because they did not already anticipate or

2    include the results of these additional discussions or

3    assurances that the objecting parties think the Debtors

4    should obtain.

5           Although these objections have been framed as

6    complaints about the disclosures that were included in the

7    disclosure statement, I do not believe that is an accurate

8    way to characterize them.  As I said during the hearing, it

9    is more accurate to say that these are substantive questions

10   masquerading as disclosure issues.  They are substantive

11   complaints about what the Debtors have done or should be

12   doing to assure themselves of a lack of problems before the

13   transaction closes rather than proper objections to the

14   disclosures that the Debtors already made.

15          The Debtors have made clear that their due

16   diligence as to Binance.US does business is a constant

17   ongoing project, and that the Debtors will continue to ask

18   questions and to seek assurances as issues are raised.  We

19   would all be horrified if the Debtors did not do so.  It is

20   simply wrong for various parties to suggest that the January

21   23, 2023 disclosure statement was somehow inadequate because

22   it did not describe all of the follow-up conversations that

23   had not yet taken place, or all of the follow-up assurances

24   that had not yet been received by the Debtors.

25          If I were to impose such a standard, it would

Page 56

```
 1    mean, in effect, that the Debtors would have to stop their

 2    due diligence inquiries once a disclosure statement had been

 3    approved for fear that the prior disclosures would

 4    immediately be rendered deficient and that the entire

 5    expensive process would have to start over again to bring

 6    everything forward to what the Debtors had more recently

 7    discovered.  That would be an absurd result.

 8              I do not find anything deficient in what the

 9    disclosure statement actually said.  First, the disclosure

10    statement revealed that cryptocurrencies would be

11    transferred to Binance.US only as and when they were to be

12    distributed to customers, and that until such time as the

13    distributions were completed, Binance.US would receive and

14    hold the cryptocurrencies "solely in a custodial capacity in

15    trust and solely for the benefit of accountholders who each

16    open an account on the Binance.US platform."

17              Second, Pages 34 to 36 of the disclosure statement

18    revealed that the Debtors had sought and obtained various

19    assurances from Binance.US, including that Binance.US had

20    the financial resources to complete the proposed

21    transaction, that Binance.US maintains 100 percent reserves

22    for its customers' digital assets, and had substantial

23    capital remaining even if all customers were to withdraw all

24    of their digital assets, that Binance.US does not lend any

25    of its customers' assets or offer margin products on its
```

1    platform, that customer assets transferred to Binance.US

2    would be held by Binance.US pursuant to its standard digital

3    asset wallet infrastructure, which is stored on Amazon Web

4    Services servers located in Northern Virginia and Tokyo, and

5    that Binance.US has various security protocols in place to

6    ensure the safe storage of customer assets, and that those

7    security protocols have achieved various third-party expert

8    certifications attesting to their compliance with industry

9    standards.

10          During the hearing, the Debtors also described

11   other requests for information that they had made and other

12   assurances they had sought.  That included testimony that

13   Binance.US had been asked to provide and had provided a

14   sworn statement as to certain of its business practices.  At

15   my request, the Debtors obtained the consent of Binance.US

16   to offer that sworn certificate as evidence of the diligence

17   the Debtors had conducted and as evidence of the bases for

18   the conclusions the Debtors had reached.

19          The certificate was admitted into evidence and

20   filed on the docket so that all parties could see it.  It is

21   dated February 28, 2023, and it states that Binance.US holds

22   digital assets deposited by its customers solely in a

23   custodial capacity and on a one-to-one reserve basis, that

24   Binance.US segregates the customer assets from the company's

25   digital assets on its general ledger, that only employees of

Page 58

1    Binance.US are able to move or withdraw customer assets,

2    that Binance.US does not lend or rehypothecate customer

3    assets, and that Binance.US maintains security protocols and

4    procedures that are reviewed by independent parties, and

5    that comply with various applicable standards.

6         This evidence does not satisfy everyone.  It's

7    apparent that there are some objectors who are worried about

8    news reports and who would prefer to have nothing to do with

9    Binance.US.  During cross-examination, more than a few

10   objectors pointed out that FTX had also made representations

11   to the Debtors, and that those statements turned out to be

12   false.  Though in fairness, the witnesses have testified

13   that they have ramped up their investigations and increased

14   the information and assurances that they have sought from

15   Binance.US in light of what happened with FTX.

16        I do not mean to cast dispersions on Binance.US

17   when I say this, but it is of course true that in the end we

18   can never be 100 percent sure that a representation is true

19   and correct even when made under oath.  At the same time,

20   however, we do not usually presume that people are lying and

21   we certainly do not usually presume that buyers are

22   dishonest, particularly absence of any evidence suggesting

23   that they actually are.

24        My role as the bankruptcy judge is, in the first

25   instance here, to determine whether the proposed plan

Page 59

1    complies with the provisions of the bankruptcy code itself.

2    As to the business details and the business wisdom of the

3    arrangement, and as to the selection of the proposed

4    purchaser, my role is more limited.  So long as the

5    provisions of the plan comply with the bankruptcy code

6    requirements, my authority is limited to a determination of

7    whether the Debtor's desire to do this particular

8    transaction is within the scope of the Debtors' reasonable

9    business judgment.  See In re Borders Group, Inc., 453 B.R.

10   477, 482 (Bankr. S.D.N.Y. 2011) and cases cited therein.

11            Furthermore, as I've said several times, in

12   considering that issue, I am required to make decisions

13   based on the evidence that is submitted to me.  I understand

14   the point of view of the skeptics here.  Given what has

15   happened in this industry, I cannot help but be worried

16   myself about how any firm might handle customer assets in

17   this business.  But the plan fact of the matter is that I

18   have been given absolutely no admissible evidence, literally

19   none, that would support a conclusion that Binance.US will

20   misuse customer assets or that it cannot be trusted.  The

21   evidence that is actually before me requires me to conclude

22   that the Debtors are exercising reasonable business judgment

23   in electing to proceed with the transaction.

24            I'm going to continue in a moment, but we're going

25   to take a brief break while I give my throat a brief rest.

Page 60

1        (Recess)

2              THE COURT:  Please be seated.  All right.  I had

3    just explained why I believe that the evidence requires me

4    to conclude that the Debtors are exercising reasonable

5    business judgement in electing to proceed with the

6    transaction.

7              That does not mean that I thought that every

8    detail of the proposed transaction was necessary or even

9    appropriate.  During the course of the hearing, I asked the

10   Debtors and Binance U.S. to consider certain changes to the

11   terms of their proposed arrangement that I believed would

12   not affect the primary business terms but that would help to

13   address other concerns and questions that had been raised.

14             First, after our hearing in January, the Binance

15   U.S. deal was clarified to say, and my order entered in

16   January clearly says that from the time when assets are

17   transferred to Binance U.S. until the time they are

18   distributed to accountholders, Binance U.S. would be acting

19   as a distribution agent for Voyager.  Accordingly, during

20   that time, Binance U.S. would only be a nominal owner of the

21   assets.  They would not have any beneficial interest in the

22   assets during that distribution period, and instead, the

23   assets would be held strictly in trust for and in a custody

24   arrangement for either the debtors or the accountholders

25   respectively.  Binance U.S. has also previously confirmed

Page 61

1    that customers may immediately withdraw assets from Binance

2    U.S. if they choose to do so.

3           During the hearing, I suggested that it might make

4    sense if what I have referred to as the distribution period,

5    the period during which Binance is deemed to have no

6    beneficial interest in the assets, were to continue for some

7    time after a customer's account is credited so that

8    customers who wanted to make immediate withdrawals could do

9    so without sacrificing any of the protections that the

10   provisions of the order might provide to them in that

11   regard.

12          Binance U.S. has not only agreed to that suggested

13   change, I think the parties have gone further.  They have

14   agreed with the Debtor to include language in the plan

15   documents to the effect that the assets transferred to

16   Binance by Voyager, if I'm reading it correct, will always

17   be held in strict trust and in custody for customers and

18   that Binance will not have beneficial interest of those

19   assets.  That language now appears in Article 4, Section C

20   of the plan.

21          Second, I asked that the parties consider a change

22   to the proposed treatment of accountholders who live in what

23   the parties have called unsupported jurisdictions, which are

24   four states in which Binance does not have the licenses

25   necessary to distribute cryptocurrencies to customers.  I

Page 62

1    noted that under the parties' contract, customers in other

2    states who do not become customers of Binance U.S. or who

3    would just prefer cash distributions for other reasons will

4    be given cash distributions at the end of a three-month

5    period.  I understand and will address below the issues that

6    have been raised regarding the fact that customers in most

7    states will be able to receive distributions in the form of

8    cryptocurrencies whereas customers in the unsupported

9    jurisdictions will have to wait six months to see if Binance

10   U.S. can obtain the needed approvals and will only be able

11   to get cash distributions if Binance U.S. cannot get such

12   approvals.

13           The question that I raised with the parties,

14   however, is as to accountholders in unsupported

15   jurisdictions who do not want to become Binance U.S.

16   customers and who would prefer to take a cash distribution.

17   Customers in most states can get -- excuse me.  Under the

18   original proposal, customers in most states could get such

19   cash distributions after three months.  And so I raised the

20   question as to why customers in unsupported jurisdictions

21   should not have that same opportunity.  I suggested that it

22   could be made available by giving customers a simple opt-out

23   form by which they could elect to take cash distributions

24   and thereby would be entitled to them at the completion of

25   the same three-month period.  Binance U.S. agreed to this

Page 63

1     proposed change and the change has been incorporated in the

2     plan documents.

3              Third, I know that the parties' agreement includes

4     provisions requiring the transfer of customer data from

5     Voyager to Binance U.S.  Voyager has argued that its

6     customer arrangements permit the transfer of that data.  No

7     party has offered me any contrary evidence or contention.

8              Under the parties' agreement as I understand it,

9     the only customer data that has been transferred so far is

10    as to customers who have already made elections to be

11    customers of Binance U.S.  However, if there is an approval

12    of the transaction, there would be a wholesale transfer to

13    Binance U.S. of all remaining customer data, which would

14    mean that Binance U.S. would receive all customer data for

15    all Voyager customers even if those customers elect not to

16    do business with Binance U.S.

17             I asked whether these terms could be modified to

18    provide further protections with regard to the sensitive

19    customer information of customers who might choose not to be

20    Binance customers and who may not wish Binance U.S. to have

21    their information.

22             I recognize that one of the things that Binance

23    U.S. is buying here is the right to market itself to

24    Voyager's customers.  I asked, however, whether the transfer

25    of customer data to Binance could be limited to customer

Page 64

1   contact information in the first instance with the

2   limitation of the transfer of other more sensitive

3   information about bank accounts, social security numbers, et

4   cetera, to such time as a particular customer actually

5   elects to be a Binance U.S. customer.

6           And in response to my concerns, the parties have

7   tentatively agreed that customers will have a two-week opt-

8   out period in which time they would be able to notify the

9   parties and to opt out of any transfer of any selfies or

10  uploaded IDs or bank statements or bank account information,

11  thereby giving them the chance to prevent the transfer of

12  that information to Binance.

13          In my mind, there's still one open issue, which is

14  as to the transfer of social security numbers and whether

15  customers within that same two-week opt-out period should

16  have the right to prevent the transfer of their social

17  security numbers automatically to Binance U.S.

18          Binance U.S. has suggested to me that somehow this

19  information is important to making it -- putting Binance

20  U.S. into a position where it could readily open a customer

21  account if a customer wishes to do so.  But I don't really

22  understand if Binance has all the other information just how

23  hard it would be for a customer at that time simply to enter

24  a social security number.  Yes.

25          MR. GOLDBERG:  Your Honor, I can provide

1    additional information on this point now or at any other

2    time.

3              THE COURT:  Go ahead.

4              MR. GOLDBERG:  Thank you, Your Honor.  I apologize

5    for interrupting, but I thought this was a good time.

6              For the record, Adam Goldberg of Latham & Watkins

7    on behalf of Binance U.S.

8              I've consulted with my client on this issue and

9    can provide additional details of why the social security

10   numbers are of great value to this transaction.

11             There are essentially two levels of KYC checks

12   pursuant to the FinCEN CIP rule, that is the Financial

13   Crimes Enforcement Network, which is a Bureau of the

14   Department of Treasury Customer Identification Program.

15             The first level is basic KYC, and that requires a

16   name, date of birth, address and social security number.

17   The second is advanced.  And that requires selfies,

18   identification documents, and other document uploads.

19   Binance U.S. has agreed to forego the transfer of the

20   information that goes to the advanced KYC, which is of

21   higher long-term value, but is prepared to do so based on

22   Your Honor's comments.

23             The social security networks allow Binance U.S. to

24   clear all of Voyager's customers through the basic level one

25   KYC at no additional cost.  And that KYC clearance would

1   remain in place forever, indefinitely, under the current

2   regulations.

3           If we don't have that information, the KYC data

4   that would be otherwise acquired, not including social

5   security numbers as Your Honor has requested, that would

6   become stale and would eventually require, should a customer

7   later elect to join the Binance U.S. platform, for example

8   at a time of a bull run in the crypto markets and they

9   change their mind, the cost at present could be up to $20

10  per customer.  And recall there are a million customers in

11  this case, perhaps without coincidence, of the alignment of

12  those figures.

13          So without the social security numbers, Binance

14  U.S. would essentially be acquiring a mailing list for

15  customer marketing, which is of far inferior value relative

16  to the ability to pre-clear for KYC.  So we respectfully

17  submit, Your Honor, that the transfer of social security

18  numbers is permitted under the policy and that that transfer

19  is supported by the Debtor's business judgement, the value

20  to the estate, and the overwhelming creditor vote.

21          THE COURT:  Thank you.  That's very helpful.  But

22  I think you said at an earlier time during the hearing that

23  if a customer has a Binance account and closes it, that the

24  customer can elect to have Binance wipe out all of the data

25  it has for that customer.  Is that right?

Page 67

1              MR. GOLDBERG:  Yes.  That's right, Your Honor.

2       There are a few requirements, such as that there is no

3       pending trades on the account.  But yes, the customer can

4       delete their account.

5              THE COURT:  So what about for people who haven't

6       become Binance customers?  Do they have an equivalent point

7       at which they can ask you to wipe out the information that

8       you have on them?

9              MR. GOLDBERG:  They would have to -- under the

10      current system, they would have to join, create an account,

11      and then they could delete that account.

12             THE COURT:  Seems like an odd step to require

13      people to go through.  Is there some point at which -- I

14      understand you want a marketing period.  Isn't there some

15      point at which you can say that those people who haven't

16      joined you in six months can have the same option to tell

17      you to delete their information as somebody who had already

18      joined you would have?

19             MR. GOLDBERG:  Your Honor, I completely understand

20      your logic here.  And it has some resonance.  But I think

21      the context of this deal is really from a retail

22      perspective.  We want the ability to welcome a customer at

23      any time.  And that's the value of this transaction.  We

24      want a customer to be able to come into the store and see

25      the platform.  And if they want to delete themselves after

Page 68

```
 1     that, they are welcome to do so.  And that's the business

 2     agreement that was reached among the parties.

 3              So they could join the platform, never buy or sell

 4     anything, and then cancel out and tell you to get rid of the

 5     information.

 6              MR. GOLDBERG:  That's right, Your Honor.

 7              THE COURT:  All right.  Thanks.  I appreciate the

 8     explanation.

 9              MR. GOLDBERG:  Thank you.

10              THE COURT:  All right.  To get back to my

11     decision, I have raised issues about the information that

12     would be transferred and as to abilities of any customers to

13     control the information that's been transferred.  Binance

14     U.S. has agreed that there will be a two-week period during

15     which customers can opt out of the transfer of selfies,

16     uploaded IDs, bank statements, and bank account information.

17     I have raised the question about the transfer of social

18     security numbers and Binance has now given me a better

19     explanation of why it wants that information.

20              I have a lingering concern that, as I just said to

21     counsel, the testimony is that customers who actually open

22     Binance accounts can close them immediately and can

23     immediately tell Binance to dispose of all the information

24     that Binance has obtained about them, whereas customers who

25     don't open accounts can only exercise that right if they
```

Page 69

```
 1    first go through the process of opening account and never
 2    even putting anything in it and then giving that same
 3    direction to Binance.  I'm still not a thousand percent
 4    convinced that there isn't some way to give Binance the
 5    marketing opportunity it wants here while eventually making
 6    it easier for customers to have their data expunged, whether
 7    at the end of a six-month period or some other period.  And
 8    I will leave open the possibility of such a provision in the
 9    final order and just ask Binance, since I have only just
10    this very instant raised this question, if it will yet take
11    that additional question from the pestering judge back to
12    its client and find out if there's something we can do.
13    Okay?
14              MR. GOLDBERG:  Thank you, Your Honor.
15              THE COURT:  By the way, do we have confirmation
16    that we don't have a 5:00 deadline?  Because at this pace, I
17    won't even be finished with my decision by then.
18              MR. GOLDBERG:  Your Honor, Binance U.S. agrees to
19    your request of 3:00 p.m. tomorrow.
20              THE COURT:  Thank you very much.  All right.
21              I think that these proposed modifications, subject
22    to answering that one issue that I have just left, clears up
23    many of the objections and issues that came up during the
24    hearing.  There are still some other issues that I will now
25    proceed to discuss.
```

Page 70

1            The Office of the United States Trustee raised

2       some other objections to the disclosure statement.  One

3       objection was their contention that the disclosure statement

4       was not clear as to who would hold cryptocurrencies and in

5       what capacities.  I actually think the disclosure statement

6       was clear on that point.  It said, as I noted above, that

7       cryptocurrencies would only be transferred to Binance U.S.

8       as and when they would be distributed to accountholders,

9       that until the distributions were complete, Binance U.S.

10      would only have a nominal and not a beneficial interest in

11      the assets to be transferred, and that all such assets would

12      be held in custody and in trust either for the Debtor's or

13      for the account holders as applicable.

14            I believe that these disclosures were sufficient.

15      And, as I have described above, the parties have actually

16      agreed to additional language to provide further assurances

17      to customers in this regard.

18            The SEC complained that the Debtors did not

19      disclose or that there are meaningful economic benefits to

20      the Binance U.S. transaction apart from the $20 million that

21      Binance would pay -- Binance U.S. would pay in excess of the

22      cryptocurrencies being transferred.  I am going to overrule

23      this objection.

24            The liquidation analysis that was attached to the

25      disclosure statement included projections as to what

Page 71

1    creditors' recoveries would be under the Binance U.S.

2    proposal, under the alternative toggle proposal, and under a

3    Chapter 7 liquidation.  It stated that for various reasons

4    that were explained in the footnotes, the Debtors believe

5    that the Binance proposal would make approximately $90

6    million more available for distribution, resulting in

7    approximately five percent greater recoveries for creditors

8    when compared to the toggle option and about a 14 percent

9    increase when compared to a possible Chapter 7 liquidation.

10   I think those calculations were sufficient to disclose what

11   the Debtors believed as to the benefits of the Binance U.S.

12   proposal.

13          Now, during the hearing, there were many questions

14   about these calculations.  The Debtors testified that their

15   current estimates are that the Binance deal will produce

16   approximately $100 million more in distributable assets than

17   the so-called toggle plan would provide.  The Debtors

18   explained the assumptions that underlie those calculations,

19   and of course many of them are based on assumptions of what

20   might happen in the market under certain conditions, and

21   therefore they are not guarantees by any means.  But I did

22   find the explanations and testimony to be reasonable and

23   credible.  And I note that no contrary evidence was

24   presented.

25          The State of Texas contended that the disclosure

Page 72

1    statement was insufficient because it did not make

2    sufficient disclosures about certain features of the Binance

3    U.S. terms of use.  However, I note that the disclosure

4    statement contains many direct links to those terms of use

5    and all of the arguments about provisions that Texas

6    believes customer should know about are taken directly from

7    the terms of use to which the customers were directed.  This

8    is not an argument about actual disclosures and about actual

9    information available to customers so much as it is a

10   contention made in hindsight that the Debtors should have

11   put greater emphasis on particular provisions that Texas at

12   this stage thinks are important and that the Debtor should

13   have highlighted them somehow more prominently in the

14   disclosure statement instead of making available by

15   referring customers to the places where they could be found.

16          I do not find this to be a reason to reject the

17   disclosure statement or a basis on which to decide that the

18   disclosure statement was not adequate and sufficient.  I

19   must note that the State of Texas reviewed the proposed

20   disclosure statement before I gave preliminary approval to

21   it in January 2023 and that the State of Texas filed some

22   objections and comments at that time and that in those

23   objections, Texas did not ask for any further disclosures

24   about the Binance U.S. terms of use.  That just supports my

25   conclusion that this is not really a complaint about

1    something that was material and that had to be disclosed or

2    highlighted so much as it is a kind of belated decision by

3    one party that maybe something could have been given greater

4    emphasis.  But if I were to apply that standard to every

5    disclosure statement that I ever see, I'm not sure any of

6    them would ever pass.

7              Texas has also complained that the disclosure

8    statement allegedly did not disclose the potential effects

9    that a preference lawsuit by Alameda could have on creditor

10   recoveries.  However, the figures quoted in the objection as

11   to how much recoveries would be affected were taken from

12   Exhibit C to the disclosure statement itself, at Page 198 of

13   140, ECF Document 863.

14             During argument, Texas contended that the

15   information was too hard to find, but I note that the

16   information was added to the disclosure statement after

17   there was discussion of the point in January 2023.  And at

18   that time, I approved the addition of the information at

19   exactly the place where it ultimately appears.  To my

20   recollection, no party complained at that time that it

21   should be placed elsewhere.

22             Texas has also complained that the disclosures

23   about creditors' recoveries -- complained in its written

24   objection, I should say, that the disclosures about

25   creditors' recoveries might suggest that recoveries under

Page 74

1    the plan could be less than they would be in a Chapter 7

2    liquidation.  I don't think Texas is actually continuing to

3    press this objection.  But just for completeness in the

4    record, I will describe it and describe the reasons why I

5    think it has been withdrawn.

6            The problem with the written objection is that it

7    was based on an apples to oranges comparison.  More

8    specifically, Texas compared what the plan recoveries would

9    be if Alameda has a very large, $400 million administrative

10   claim against the estate compared to what the Chapter 7

11   recoveries would be if Alameda does not have such a claim.

12           The truth, however, is that  if Alameda has a

13   large administrative claim, it would have the same claim in

14   both the plan in Chapter 7 liquidation contexts and would

15   have the same proportionate impact on the recoveries in both

16   contexts.  So it therefore would not affect the Debtor's

17   conclusion that the plan recoveries will be better than

18   recoveries in Chapter 7 would be.

19           A number of parties have also objected to the

20   releases that have been proposed in the plan.  Some of these

21   objections are based on misconceptions as to exactly how the

22   releases work.  Just to be clear, the Debtors have proposed

23   to release some claims that the Debtors themselves otherwise

24   would be able to pursue or that the estate would be able to

25   pursue.  Some other parties, Binance U.S. itself for

Page 75

1    example, and the Debtor's officers and directors, have

2    agreed to release claims that they might own against the

3    Debtors and a long list of other parties.

4         In addition, creditors were given the opportunity,

5    and shareholders, to elect to grant releases, or in

6    bankruptcy terms, to opt in to releases if they chose to do

7    so.  However, the forms that were sent to creditors made

8    clear that nobody was obligated to opt in and that the

9    choice was strictly voluntary.

10        Many bankruptcy plans provide and there is case

11   authority for the proposition that an affirmative vote in

12   favor of a plan is itself a consent to the grant of releases

13   that are set forth in the plan.  But the plan in this case

14   does not say that.  Instead, the plan here provides that no

15   creditor or shareholder has released any claims that are

16   owned by that person or entity unless that person has

17   affirmatively granted such a release by executing the opt-

18   out release form.

19        I believe that this disposes of the objection

20   filed by the Federal Trade Commission and quote relevant

21   portions of the objections posed by the United States

22   Trustee and by certain customers, including Mr. Newsom and

23   Warren, Mr. Hendershott, Mr. Jones, and Mr. (indiscernible).

24   They objected to the approval of non-consensual third-party

25   releases, but there are no non-consensual third-party

Page 76

1    releases here.  There is a separate issue regarding the

2    exculpation provisions of the plan that I will discuss in a

3    moment, but there are no non-consensual third-party

4    releases.

5            There are also challenges to some of the

6    settlements and releases of the Debtor's own claims that are

7    included in the plan.  The United States Trustee filed an

8    objection stating that the released party and releasing

9    party definitions should not include the winddown debtors.

10   My understanding is that that change has been made and that

11   this particular objection is moot.

12           The Debtors have also proposed a settlement of

13   claims against the Debtors' CEO, Mr. Ehrlich, and a former

14   chief financial officer, Mr. Psaropoulos.  The Debtors

15   offered evidence that two independent directors had been in

16   charge of the investigation of claims against certain

17   insiders, that the special committee hired outside counsel,

18   the Quinn Emanuel firm, to assist in that investigation,

19   that the special committee had concluded that the only

20   claims against insiders that were worth pursuing were claims

21   against Mr. Ehrlich and Mr. Psaropoulos relating to the

22   Three Arrows loans, that the special committee further

23   concluded that those claims would be subject to various

24   defenses and that the Debtors did not believe and that the

25   directors, excuse me, did not believe that the claims were

1    slam dunks, that the committee had investigated -- special

2    committee had investigated the officers' resources and that

3    the proposed settlements would provide for payments that

4    represent a significant portion of the officers' available

5    assets, that the Debtors would release other claims against

6    the two officer but would not actually release claims

7    relating to the Three Arrows loans and instead would only

8    agree that any further recoveries on the Debtor's claims as

9    to those loans would come from insurance proceeds and not

10   from the individual assets of the settling defendants.

11          The Debtors also reserve their rights to undo a

12   transaction by which Voyager allegedly paid as much as $10

13   million just before its bankruptcy filing for an additional

14   $10 million of director and officer liability coverage.

15          When considering a settlement such as this, the

16   applicable Second Circuit authority makes clear that my role

17   is to determine whether the Debtors' decision to settle was

18   a reasonable one after considering a number of factors.

19          In this case, consistent with the applicable

20   caselaw, I have considered the nature of the claims that

21   would have been asserted, the legal defenses that could have

22   been asserted, including the business judgement defense, the

23   testimony about additional defenses that could have been

24   asserted under the terms of certain exculpatory language in

25   the Debtor's bylaws or other governing documents, the

Page 78

1    benefits of the proposed settlement, testimony that the

2    settlement was the result of arm's length bargaining, the

3    testimony about the size of the settlement payments in

4    relation to the settling parties' resources, the fact that

5    the settlements preserve the Debtor's rights to pursue the

6    Three Arrows claim further, though further recoveries on

7    such claims would be limited to insurance proceeds, the

8    competency and experience of the counsel retained by the

9    special committee, and the support for the settlement by the

10   official committee of unsecured creditors.  See Iridium

11   Operating LLC v. Official Committee of Unsecured Creditors

12   (In re Iridium Operating LLC), 478 F.3d 452, 462 (2d Cir.

13   2007), citations omitted.

14              I conclude after considering the relevant factors

15   that the settlement with Mr. Ehrlich and Mr. Psaropoulos is

16   a reasonable one and should be approved.  I understand that

17   this is very disappointing to some of the pro se parties who

18   have appeared, a number of whom expressed a strong

19   resentment towards the two settling parties and who

20   expressed a strong desire to pursue them more vigorously and

21   to demand a higher percentage of their net worth as a part

22   of any settlement.  I sympathize with their frustrations,

23   but the only actual evidence I have on these relevant points

24   is the evidence that I have described.  And I am forced to

25   conclude from that evidence that the settlement is in fact a

1    reasonable one.

2         The releases that the Debtors proposed to give

3    were not limited to the releases to be granted as part of

4    the settlement with Mr. Ehrlich and Mr. Psaropoulos.

5    Instead, the Debtors also proposed to grant broad release of

6    claims that the debtors might have against a number of other

7    parties.  The parties who would be the beneficiaries of

8    those releases included the Official Committee of Unsecured

9    Creditors and its members together with a long list of

10   released professionals which appeared to include all of the

11   law firms and other advisors in these cases, plus all

12   "released Voyager employees", a term which was defined as

13   "all directors, officers, and persons employed by each of

14   the Debtors and their affiliates serving in such capacity on

15   or after the petition date but before the effective date."

16        The scope of the releases that the Debtors

17   proposed to give to such persons was extremely broad.  The

18   releases proposed to free all released parties from all

19   cause of action, known or unknown, that the Debtors could

20   have asserted in their own right "or on behalf of the holder

21   of any claim."  I really do not understand this latter

22   phrase at all.  If it is somehow intended to mean that a

23   third party's own claim would be released on the theory that

24   the Debtor somehow could have asserted it in some kind of

25   representative capacity, it is too vague and excessive and I

Page 80

1    won't allow it.

2         The plan also proposed to release all of the

3    released parties from any claim of any kind that the Debtors

4    might have against those released parties.  And the phrase

5    goes on and on.  "Based on or relating to or in any manner

6    arising from in whole or in part the Debtors...their capital

7    structure, the purchase, sale, or rescission of the purchase

8    or sale of any security of the Debtors, the subject matter

9    of or the transactions giving rise to any claim or interest

10   that is treated in the plan, the business or contractual

11   arrangements between any debtor and any released party, the

12   Debtor's out-of-court restructuring efforts, intercompany

13   transactions between or among a debtor and another debtor,

14   or upon any other act or omission, transaction, agreement,

15   event, or other occurrence related to the Debtors taking

16   place on or before the effective date but with an exclusion

17   for actual fraud, willful misconduct, or gross negligence."

18        The evidence before me, however, did not suggest

19   that the Debtors or the special committee had done any

20   investigation or made any careful consideration of all of

21   the types of claims that would be covered by this sweeping

22   language.  I believe Mr. Kirpalani acknowledged that much

23   during oral argument yesterday.

24        As I said yesterday, this is not a release that is

25   tailored to claims that have actually been renewed and

Page 81

1    passed by the Debtor.  Instead, it is a release that is

2    deliberately as broad and all-encompassing as possible

3    untethered to any actual review of many of the claims that

4    would be subject to the release.

5              I therefore do not believe that the evidence

6    before me justifies and warrants the full scope of those

7    releases as they were proposed, that the Debtors have since

8    proposed to modify the terms of the proposed releases so

9    that they will be limited to new defined term language

10   matters that the special committee actually investigated.  I

11   may have to look at some of that language myself and will

12   possibly have tweaks to it in the final confirmation order.

13   But in concept, I think that complies with the comments that

14   I made yesterday or my rulings today and that it will be

15   acceptable.

16             I want to pause to reemphasize a point that came

17   up several times during the hearing.  A number of

18   accountholders or shareholders complained during the hearing

19   that they felt that they had been misled as to Voyager's

20   financial condition.  If a customer or shareholder believes

21   he or she was misled or that he or she took actions that he

22   or she otherwise would not have taken and suffered damages

23   as a result based on any claim of misrepresentation of

24   Voyager's financial condition, claims based on those

25   injuries would belong to the customers or shareholders.

Page 82

1    They would not belong to the Debtors or the estate.

2          The Debtor's proposed releases would release

3    claims that the Debtors were injured due to mismanagement or

4    bad decisions by officers or employees.  The claims for

5    injuries directly suffered by customers or shareholders,

6    injuries that were not just derivative of injuries directly

7    suffered by the Debtors are not affected.

8          The Office of the United States Trustee also

9    objected to the scope of the proposed exculpation provision

10   in the plan.  Broadly speaking, that provision states that

11   certain parties do not have liability for certain

12   transactions and actions that occurred during the course of

13   the bankruptcy case or that will occur in the implementation

14   of a confirmed plan.

15          It is routine that bankruptcy plans contain

16   provisions that state that fiduciaries and other parties do

17   not incur liability by having engaged in transactions that

18   the court has approved and having taken actions that the

19   court has directed them to take.

20          In this case, the version of the plan that was

21   circulated to creditors and other parties-in-interest in

22   January, Docket Number 852, included a proposed exculpation

23   provision that was fairly broad.  It stated in relevant part

24   that exculpated parties would have no liability or anything

25   they had done during the course of the bankruptcy cases that

1   -- or anything that they would do in the course of

2   administering the plan and further stated that they would be

3   deemed to be in compliance with all applicable laws

4   regarding not only the solicitation of votes, but the

5   distribution of considerations pursuant to the plan.  And

6   therefore, an account of those distributions would not be

7   liable at any time for violation of any applicable law,

8   rule, or regulation governing the solicitation of

9   acceptances or rejections of the plan or such distributions

10  made pursuant to the plan.

11          I have previously issued a decision as to what I

12  regard as the proper scope of an exculpation provision and

13  the legal justifications for it.  See In re Aegean Marine

14  Petroleum Network Inc., 599 B.R. 717 (Bankr. S.D.N.Y. 2019).

15          As I noted in Aegean, exculpation provisions are

16  to some extent based on the theory that court-supervised

17  fiduciaries are entitled to qualified immunity for their

18  actions.  However, a proper exculpation provision is also a

19  protection for court-supervised and court-approved

20  transactions.  As I noted there, parties should not be

21  liable for doing things that a court authorizes them to do

22  and that a court decides are reasonable and appropriate

23  things to do and in many instances that a court may direct

24  them to do.  See e.g. Airadigm Communications Inc. v. FFDD

25  (In re Airadigm Communications Inc.), 519 F.3d 640, 655-657

Page 84

1    (7th Cir. 2008) approving a plan provision that exculpated

2    an entity that funded a plan from liability arising out of

3    or in connection with the confirmation of a plan, except for

4    willful misconduct.

5              In re Granite Broadcasting Corp., 369 B.R. 120,

6    139 (Bankr. S.D.N.Y 2007), approving an exculpation

7    provision that was limited to conduct during the bankruptcy

8    case and noting that the effect of the provision is to

9    require that any claims in connection with the bankruptcy

10   case be raised in the case and not saved for future

11   litigation.

12             My reasoning in the Aegean case has been approved

13   and adopted by other courts in other cases.  See e.g. In re

14   Latam Airlines Group S.A., 2022 Bankr. LEXIS 1725 (Bankr.

15   S.D.N.Y. June 18, 2022), In re In re Murray Metallurgical

16   Coal Holdings, 623 B.R. 444 (Bankr. S.D. Ohio 2021).  Such

17   provisions are proper to protect those who are authorized

18   and who may be directed by the confirmation of a plan to

19   carry out the terms of the plan.  See In re Ditech Holding

20   Corp., 2021 Bankr. LEXIS 2274 (Bankr. S.D.N.Y Aug. 20,

21   2021).

22             In this case, the Debtors and the United States

23   Trustee apparently had discussions, and my understanding is

24   that they had tentatively agreed that the proposed

25   exculpation language in the plan and confirmation order

Page 85

1   would be scaled back to be more in the lines of what I

2   ordered in the Aegean case.  This became a much bigger

3   issue, however, when at the end of last week, the Debtors

4   filed revisions to their proposed confirmation order that

5   included a number of paragraphs and additions to paragraphs

6   that could have been read as barring all federal and state

7   governmental entities and any other parties at any time from

8   making any assertion of any kind that the Debtors, Binance

9   U.S. or their representatives had done anything of any kind

10  that violates any federal or state law or regulation.

11          It is not my intention to approve anything of that

12  breadth, and I believe I made that clear as soon as the

13  issue came up yesterday.

14          As we discussed the issue yesterday, however, the

15  parties circled back to the proposed exculpation provisions.

16  And certain governmental entities who previously had taken

17  no position whatsoever and made no objection whatsoever to

18  the original exculpation provisions suddenly took the

19  position that as a matter of law, no exculpation provision

20  of any kind can be granted insofar as it would relate to any

21  federal or state statute or regulation.

22          As somebody put it during argument yesterday, the

23  government's position was that any officers or directors or

24  entities who will implement a confirmed plan just have to

25  take their chances as to whether the government might

Page 86

1     contend that what they're doing is illegal and even as to
2     whether the government might seek to punish them for doing
3     not only what I had authorized, but what I had directed them
4     to do as a matter of the confirmed plan.

5             Frankly, I think this position by the government
6     is wholly unreasonable and is based on a serious
7     misunderstanding of just what it means when a court confirms
8     a plan of reorganization and the legal reasons for the
9     exculpation.

10            The approval of a plan of reorganization does not
11    just give a debtor an option to proceed with what the plan
12    provides.  Instead, Section 1142(a)(1) of the Bankruptcy
13    Code states that "The debtor and any entity organized or to
14    be organized for the purpose of carrying out the plan shall
15    carry out the plan and shall comply with any orders of the
16    court."  11 U.S. Code § 1142(a)(1).

17            Section 1142 thereby imposes an affirmative
18    statutory obligation on the debtors, other entities, and
19    their personnel to do what the plan contemplates.  In
20    effect, the confirmation order acts as a court order that
21    the plan be carried out.  In this case, confirmation of the
22    plan will require the debtors, Binance U.S. and their
23    respective personnel and representatives, to complete the
24    rebalancing transactions that the plan contemplates and to
25    make the distributions of cryptocurrencies that the plan

Page 87

1   contemplates.  Once in confirm the plan, they will have no

2   choice but to do so.

3           Here, all of the relevant governmental entities

4   have been on notice of the proposed transactions.  They had

5   every opportunity to tell me if they believed that anything

6   contemplated by the plan would violate any applicable

7   statue, rule, or regulation.  Four states have taken the

8   position that Binance U.S. cannot open customer accounts in

9   those states without additional approvals, and the plan

10  specifically takes account of those objections and that

11  fact.  No other regulators have contended during the

12  confirmation hearing that there is anything illegal in what

13  the plan contemplates.  As noted above, the SEC has hinted

14  vaguely that it thinks there might be issues with the

15  Debtor's sales of VGX and/or with some unspecified aspect of

16  Binance U.S.'s business.  But the SEC has explicitly stopped

17  short of contending that anything actually is illegal and

18  has repeatedly declined to offer evidence or to take a more

19  firm position on these points.

20          In short, what the government is requesting is

21  that I enter a confirmation order that will have the effect

22  under Section 1142 of the Code of compelling employees,

23  officers, professionals, and entities to do the rebalancing

24  transactions that the plan contemplates and to make the

25  distributions that the plan requires while in the view of

Page 88

1    the government those same people and entities might then be

2    liable for fines, sanctions, damages, or other liabilities

3    just for doing what my confirmation order affirmatively

4    obligates them to do.  And the government contends that this

5    daunting prospect of future liability should hang over the

6    heads of the parties and their personnel even though the

7    government itself has had every opportunity to identify any

8    legal issues that are posed by the transactions and is not

9    prepared today to say that there is anything wrongful about

10   what we are currently contemplating.

11              That position is absurd.  If the government really

12   wants to litigate the legality of the proposed transaction,

13   it has been free to do so and should have done so during

14   this hearing.  Similarly, if the government truly wishes for

15   me to make a decision today as to whether the transactions

16   are or are not legal and to make that binding, then I will

17   do so.  But if I have to do that based on the evidence that

18   has actually been offered to me and if I were to have to

19   make that decision today, I would have no choice but to

20   conclude that the transactions are perfectly legal because

21   nobody has offered any evidence to the contrary to me.

22   We're not attempting to do that to the government, although

23   I think maybe the Debtors were attempting to do that by the

24   proposals they made at the end of last week.

25              We're not trying to restrict the SEC or any other

Page 89

1    governmental entity's ability to argue in the future that

2    the transactions that we are authorizing and directing

3    should be stopped or prevented from going further for

4    regulatory reasons of any kind.

5              However, it is entirely appropriate that I ensure

6    that in the meantime, that the people and entities who will

7    be directed and required by my confirmation order to

8    complete the transactions contemplated by the plan will not

9    themselves face liability for having already done things

10   that I required them to do and that the government elected

11   not to challenge at the time that requirement was imposed.

12             I do agree that a modification of the original

13   exculpation provision is appropriate, and I am prepared to

14   hold that the exculpation provision should be modified to

15   say something along the lines of the following, recognizing

16   that there will be some inevitable further wordsmithing and

17   that the proposed order will reflect that wordsmithing.

18   What I have in mind is language to the following effect.

19             To the fullest extent permissible under applicable

20   law and without affecting or limiting either the debtor

21   release or the third-party release and except as otherwise

22   specified in the plan, no exculpated party shall have or

23   incur and each exculpated party is hereby exculpated from

24   any liability for damages based on the negotiation,

25   execution, and implementation of any transactions approved

Page 90

```
 1     by the Bankruptcy Court.  That's the standard part of the

 2     language that essentially just says that if you have pursued

 3     a transaction that I have approved, you can't be sued later

 4     by somebody saying it was unreasonable.  Any claims about

 5     the reasonableness of the transaction should have been made

 6     to me.

 7               The proposed language would continue, in addition,

 8     the plan contemplates certain rebalancing transactions and

 9     the completion of distributions of cryptocurrencies to

10     creditors.  The exculpated party shall have no liability for

11     and are exculpated from any claim for fines, penalties,

12     damages, or other liabilities based on their execution and

13     completion of the rebalancing transaction and the

14     distributions of cryptocurrencies to creditors in the manner

15     provided in the plan.

16               For the avoidance of doubt, the foregoing

17     paragraph reflects the fact that the confirmation of the

18     plan requires the exculpated parties to engage in certain

19     conduct and the fact that no regulatory authority has taken

20     the position during the confirmation hearing that such

21     conduct actually would violate applicable laws or

22     regulations.  Nothing in this provision shall limit in any

23     way the powers of any governmental unit to contend that any

24     rebalancing transaction should be stopped or prevented or

25     that any other action contemplated by the plan should be
```

Page 91

1    enjoined or prevented from proceeding further, nor does

2    anything in this provision limit the enforcement of any

3    future regulatory or court order that requires that such

4    activities either cease or be modified, nor does anything

5    limit the penalties that might be applicable if such a

6    future regulatory order is issued and violated.  Similarly,

7    nothing herein shall limit the authority of the committee on

8    foreign investment of the United States to bar any of the

9    contemplated transactions, nor does anything in this

10   provision alter the terms of the plan regarding the

11   compliance of the purchaser with applicable laws in the

12   unsupported jurisdictions before distributions of

13   cryptocurrencies occur in those unsupported jurisdictions.

14        This morning when this language was discussed,

15   somebody asked if we could add a typical exclusion for

16   liabilities that reflect actual fraud or willful misconduct.

17   I don't think anybody objects to the addition of such an

18   exclusion.

19        As I understand it, the government has argued that

20   even an exculpation provision of this kind somehow amounts

21   to a third party release that offends the principles set

22   forth in Judge McMahon's decision in the Purdue Pharma case

23   or that it otherwise represents an impermissible effort to

24   interfere with the discretion of regulatory authorities or

25   otherwise exceeds my jurisdiction.

Page 92

1           I think most of the arguments that the government

2    has made in that regard are complete red herrings.  They

3    pose reasons and explanations and legal justifications for

4    what I am doing that are absolutely not the actual legal

5    justifications for what I am doing and then rebut those

6    irrelevant purported legal justifications.

7           The actual authorities on which I have relied,

8    including my own Aegean decision and the decisions that I

9    cited in there are not even discussed in the objections and

10   supplemental submissions that the government authorities

11   made to me.

12          I am not barring the government from trying to

13   stop transactions from occurring.  I am not barring any

14   regulatory contention at all.  I am simply saying that when

15   the government has declined to argue that the rebalancing

16   transaction that the plan contemplates are legal and/or the

17   government has declined to argue that the distributions of

18   cryptocurrencies to creditors that the plan contemplates,

19   either through Binance, or by Voyager if the so-called

20   toggle plan is pursued, are illegal in any way, that

21   individuals who entities who upon confirmation will be

22   required to engage in those activities are entitled to know

23   that I am not thereby sentencing them to an ex post facto

24   contention or finding that they have unknowingly and

25   unwittingly and involuntarily incurred statutory or

Page 93

1    regulatory liabilities for doing what I have ordered that

2    they can do and what my confirmation order compels them to

3    do.  That is fully consistent with ordinary bankruptcy

4    practice with the authorities that I have cited above and

5    with basic principles of equity and estoppel.  It is a fair

6    and proper consequence of the government's own unwillingness

7    or inability to challenge the legality of the contemplated

8    transactions during the hearing that I have held and of the

9    fact that I am entering an order that as a statutory matter

10   not only approves those transactions, but actually requires

11   them to be carried out.

12           I note that the government itself has conceded in

13   the supplemental papers that it filed that many courts have

14   considered participants in bankruptcy proceedings to be

15   protected by a species of qualified immunity for undertaking

16   transactions specifically approved by the bankruptcy court.

17   I think that in effect that is all that I am doing here.

18   And I am not by any means preventing the enforcement of any

19   law or regulation.  Also, I am not stopping any regulatory

20   body from stepping in and attempting to enjoin any act or

21   transaction on any applicable regulatory ground.  If the SEC

22   or any other party believes tomorrow that it has grounds to

23   go to court to enjoin further steps in the completion of

24   this transaction, it is entitled to do so.  I am not barring

25   any such thing.  I am simply saying that if we get six weeks

1    down the road and then the SEC decides to take action, that

2    in fairness to the people who have spent six weeks doing

3    what I have compelled them to do, those people cannot have

4    liabilities and sanctions and penalties imposed upon them.

5            I also have a suggestion by the government both

6    today and in the papers that I should simply say nothing

7    about these issues and that if somebody is entitled to

8    immunity of any kind for doing what I have ordered them to

9    do, well, they can just raise that sometime in the future in

10   some other regulatory context and we can just guess as to

11   whether another court might agree with me or whether another

12   court might agree that I even intended to grant such freedom

13   to such people and that otherwise those people should just

14   be left at risk as to what a future court might decide.

15           I don't see how that makes any sense at all.  If

16   the whole idea here is that I am directing something that

17   gives rise to qualified immunity, I should be the one that

18   says what the scope of that immunity is.  Not only does it

19   make sense for me as the court that's making the order to

20   give that guidance and to make that decision, the people who

21   are actually going to be required to do what I am compelling

22   are entitled to know that that's what I am doing, and they

23   are entitled to know that when they do what I have told them

24   to do, it is not subject to the risk that, as I said, that

25   they are being involuntarily sentenced to some sanctions for

Page 95

1    having done so.  So in that respect, I think the

2    government's suggestion is completely off-base.

3            I also note that the government has taken very --

4    have made very broad-ranged accusations that somehow this is

5    completely beyond my jurisdiction and completely unusual and

6    completely beyond my authority.  I think it's completely

7    within my authority for the reasons that I have cited.  And

8    I also note that that contention by the government is belied

9    by the literally thousands of confirmed bankruptcy plans

10   over the past more than 20 years I am sure that have

11   included similar exculpation provisions without any

12   complaint whatsoever by any of these same governmental

13   authorities.  In fact, I have approved similar provisions in

14   my time as a bankruptcy judge and recall no objections to

15   them of the kind that the governmental authorities have

16   raised over the past two days.

17           I also have an objection by the State of New York

18   to the effect that the plan allegedly provides for an unfair

19   discrimination in the treatment of New York customers as

20   opposed to customers in other states.  The State of Texas

21   has made a similar objection.  It appears though that the

22   Debtors and Binance U.S. have resolved a similar issue as to

23   Vermont and possibly as to Hawaii.  In any event, the State

24   of Hawaii has not pressed any objection before me during

25   this hearing.  The gist of the New York objection is that

212-267-6868              www.veritext.com              516-608-2400

Page 96

1    customers in 48 states where Binance has the required

2    licenses may receive cryptocurrency distributions relatively

3    quickly but that Binance and the Debtors cannot legally do

4    the same thing in New York.  Accordingly, customers in New

5    York would have to wait until such time as Binance may

6    obtain the necessary approvals in New York.  Under the plan,

7    if such approvals are not obtained within six months, the

8    New York customers will receive cash distributions instead

9    of distributions that include cryptocurrencies.

10           Curiously, although the State of New York and the

11   State of Texas have filed objections, it does not appear

12   that a single New Yorker accountholder has objected on this

13   ground, and perhaps only one Texas accountholder.  This

14   perhaps raises a standing issue as to the State of New York,

15   but I do not believe I need to consider that question

16   because I believe that in any event, the objection does not

17   have merit.

18           New York has asserted that the plan unfairly

19   discriminates between customers in New York and customers in

20   other states.  Unfair discrimination technically is not

21   really the right way to describe the objection.  Section

22   1129(b) of the Bankruptcy Code provides that a plan may be

23   confirmed even if not all classes have voted to accept it so

24   long as certain conditions are met.  One of those conditions

25   is that the plan does not discriminate unfairly with respect

1   to each class of claim or interest that is impaired under

2   and has not accepted the plan.  Here, the relevant class is

3   Class Three, which is made up of accountholders.  That class

4   has overwhelmingly voted to accept the plan.

5          I think what the state regulators really mean to

6   argue is that the plan allegedly does not provide the same

7   treatment to all members of Class Three as is required by

8   Section 1123(a)(4) of the Bankruptcy Code.

9          I think there may have been a basis for this

10  objection insofar as it related to the treatment of

11  accountholders who chose not to receive cryptocurrencies and

12  who instead wished to take cash distributions.  The plan as

13  proposed would have allowed most customers to receive cash

14  once three months had passed and they had not affirmatively

15  elected to be customers of Binance.  Customers in the

16  unsupported jurisdictions, however, would have had to wait

17  six months while Binance tried to work things out with

18  regulators even if they did not want to be Binance U.S.

19  customers and even if they wanted cash.  Binance, however,

20  as I have noted, has agreed to change this provision and now

21  the treatment of creditors who want cash is exactly the same

22  in all states.

23         I do not otherwise believe that the objection is

24  correct.  It is quite clear that the Debtors and Binance

25  U.S. would like to make in-kind distributions to all

1    customers in all states.  It is not the terms of the plan

2    that prevent the Debtors and Binance from doing so, it is

3    the different regulatory requirements and licenses in the

4    different states that account for any different treatment

5    that may occur.  Or to put it another way, the plan provides

6    in essence that the Debtors will make in-kind distributions

7    to customers as soon as they become customers of Binance and

8    as soon as the applicable rules and regulations in a given

9    state permit such distributions.

10          However, we are not free to ignore the fact that

11   in certain states, that cannot be accomplished as readily as

12   in others.  That does not mean that the plan is providing

13   for different treatment of different customers, it just

14   means that the plan itself does not have the power to sweep

15   away the different regulations that apply in different

16   states and does not have the power to grant licenses to

17   Voyager and/or Binance that they do not already have.

18          Every customer's initial distribution rights will

19   be determined on the effective date -- excuse me, on the

20   same date.  The different regulatory regimes in different

21   states may mean that some customers receive distributions on

22   different dates or in different forms, but the Debtors

23   cannot do anything about that.  The only solution to the

24   problem New York has raised would be to force everyone in

25   the entire country to delay their distributions until such

Page 99

```
 1    time as the necessary approvals are in place, if ever, to
 2    make distributions to New York customers.  That would not
 3    make any sense and it is not required by any provision of
 4    the Bankruptcy Code, and the State of New York acknowledged
 5    during argument yesterday that it is not requesting such a
 6    result.
 7            At one point I believe one of the unsupported
 8    jurisdictions argued that cryptocurrency prices can vary
 9    over time so the value of the consideration that customers
10    receive may be different when the customers actually receive
11    it.  But that often happens under bankruptcy plans.
12            In the American Airlines case, for example,
13    creditors were entitled to receive stock as distributions on
14    their allowed claims.  There were many disputed claims,
15    however.  And the people who held those claims only received
16    stock as and when their claims were allowed.
17            In the Meantime, the stock price changed,
18    sometimes very significantly.  But there was no way for the
19    debtors to control for those price changes and no practical
20    way for any debtor to ensure that the stock that was
21    reserved and later distributed would have the same value on
22    every distribution date.  The creditors received the same
23    amounts of stock, which is all that the Bankruptcy Code
24    required, and as a practical matter, the only thing that the
25    bankruptcy could require when property other than cash is
```

1   being distributed.

2           Similarly here, the Debtors cannot solve for the

3   fact that cryptocurrency prices inevitably will fluctuate.

4   The distributions that are calculated for creditors will be

5   done on the same day and on the same basis.  However, some

6   creditors will have disputed claims and will not receive

7   distributions until disputes are resolved.  Other creditors

8   may face delays due to regulatory issues or simply due to

9   delays in their own submission and processing of paperwork

10  needed to open the Binance account.  It is just inevitable

11  that some customers will actually receive distributions on

12  different dates and that market values on those dates may

13  fluctuate, but that does not amount to an unequal treatment

14  proposed by the plan.  I therefore overrule the objections

15  as to the plan's treatment of customers in unsupported

16  jurisdictions.

17          There were also objections that were filed as to

18  the identity of the proposed plan administrator, Mr. Paul

19  Hage.  Many of the objections suggested that the job should

20  not go to anyone associated with the Official Committee of

21  Unsecured Creditors or their individual members apparently

22  because a number of accountholders are not happy with the

23  Committee's decisions and its work.

24          Mr. Hage testified about his qualifications and

25  answered questions about his work in this case and also

1    whether he has any conflicts of interest that would prevent

2    him from serving as the plan administrator.  He testified

3    that he was the personal attorney to an individual who was a

4    member of the Unsecured Creditors' Committee and that at the

5    outset of the case he gave some advice to committee members

6    as to how they could organize the process by which they

7    selected a law firm to act as counsel to the committee.

8            A number of customers postulated that the

9    individual who Mr. Hage represented was a close friend of

10   Mr. Ehrlich, the CEO of the Debtors, and that this had

11   improperly influenced the Unsecured Creditors' Committee in

12   considering the settlement with Mr. Ehrlich that is embodied

13   in the plan.

14           However, Mr. Hage testified credibly that the

15   relevant committee member was a large customer of Voyager

16   whose friendly relationship with Mr. Ehrlich ended when

17   Voyager shut down its platform.  Mr. Hage further testified

18   that the relevant committee member actually spoke out

19   against the proposed settlement when this was presented for

20   the committees' review and that he ultimately abstained from

21   voting after the votes of other committee members had

22   already made clear that the creditors' committee approved of

23   the settlement terms.

24           I do not believe that the evidence supports the

25   contention that Mr. Hage's limited connections to this

Page 102

1      committee member gave rise to conflicts of interest or that

2      in the real world they would affect his work.

3              There were objections as to whether Mr. Hage

4      should be appointed because he has never been a plan

5      administrator before.  Anybody who has extensive experience

6      in the bankruptcy world and has represented both debtors and

7      creditors is qualified to do the work that a plan

8      administrator in a case such as this will be required to

9      perform.  And Mr. Hage absolutely has those qualifications

10     in spaces.

11              There were also expressions of concerns by some

12     pro se investors that I can only say amount to a desire to

13     have more of a pit bull as a plan administrator, someone who

14     will be absolutely more aggressive and satisfy the desires

15     of some people for more aggressive treatment of the people

16     who ran Voyager and more aggressive pursuit of potential

17     litigation claims.

18              I understand what's behind that attitude.  It does

19     not actually in the real world translate into what makes for

20     an effective plan administrator, or in my personal

21     experience, what makes for an effective litigator.  People

22     who aren't lawyers sometimes think that it is the snarliest

23     and nastiest people who are the most effective litigators.

24     People who actually do litigation and certainly judges know

25     that those are often the people who are the least effective

1   litigators.  They are the most annoying and they may satisfy

2   clients' desires to inflict pain on an adversary, but by all

3   means they are absolutely not necessarily the most

4   effective.  So I don't think that particular criticism of

5   Mr. Hage is well-taken and I find that he is qualified for

6   the work and that his appointment is reasonable.

7            An ad hoc group of equity securityholders objected

8   to the way the plan described the treatment of intercompany

9   claims.  I was under the impression that had been resolved

10  until yesterday.  Some additional questions were raised.  I

11  won't go into those in detail because the Debtors have now

12  agreed and have disclosed the names of the people who will

13  serve as independent directors of each of the separate

14  debtor estates, and it is clear that if there is a conflict

15  of interest between those estates, that the independent

16  directors will have the right to appear and be heard on any

17  issue involving where such a conflict exists.  And I

18  understand that those provisions had been included in the

19  plan documents and that this objection is resolved.

20           A lot of other objections have been resolved and

21  don't need to be discussed in detail here.  The amended

22  plan, as requested by the U.S. Trustee, has deleted

23  provisions deeming all claims to be objected to.  The

24  proposal that the winddown debtor would have the sole

25  authority to object to claims has been deleted.  Provisions

1    regarding the treatment of late claims have been modified to

2    make clear that they will be disallowed only as I so order.

3    Some Alameda FTX had at one point had objections, but it has

4    dropped its objections.

5          The Bank of New York had an absolutely curious

6    objection based on the odd fact that somebody apparently

7    purported recently to transfer some real property to

8    Voyager's name and Bank of New York has a mortgage lien on

9    that property.  That one was relatively easy to dispense

10   with, and the confirmation order will provide Voyager is not

11   claiming any ownership or interest in that property and that

12   the automatic stay is no bar to the Bank of New York doing

13   whatever it needs to do to enforce its mortgage.

14         I had previously indicated yesterday that I

15   thought that the plan needed to be modified to say that --

16   to delete the provisions that said that the plan

17   administrator and the Debtor do not have responsibility to

18   try to locate people for whom checks or other communications

19   were returned as undeliverable.  Those provisions have been

20   changed and I am satisfied with those changes.

21         I also said that the proposed provisions regarding

22   professional fees had to be modified to make clear that

23   their fees and their compliance with the provisions of the

24   Bankruptcy Code have to continue through the effective date,

25   not just through the confirmation date.  I haven't actually

1    seen if those changes have been made, but I cannot imagine

2    that they are controversial at all.

3              Finally, there are a few other objections that

4    were made but that I do not believe had merit.  One owner of

5    the VGX token argued that owners of VGX are being unfairly

6    discriminated against.  This is based primarily on the fact

7    that there is no guarantee that the VGX token will continue

8    to be traded in a meaningful way and therefore assurance

9    that the VGX token will continue to have much if any value.

10             I note that under the terms of the plan, the

11   amount of the allowed claims that customers have based on

12   their VGX holdings will be based on the value that VGX had

13   on the date that the cases were commenced and not based on

14   its current value.

15             However, to the extent that some of the customers'

16   distributions will be in the form of VGX, the values of

17   those distributions will be based on the value that VGX has

18   on a specified date in advance of the actual distributions.

19             The goal is to try, if possible, to make some in-

20   kind distributions if they can be made, thereby possibly

21   reducing tax consequences.  But we have no guarantee that

22   will work from a tax perspective.

23             I do not believe the Debtors are in a position to

24   guarantee that VGX will continue to be traded any more than

25   the Debtors can guarantee that any of the other coins that

1    will be distributed will continue to be traded.  Similarly,

2    the Debtors can make no guarantees about what will happen to

3    the future values of any of the coins.  Those are all things

4    that will depend on market forces.

5           Customers who elect to receive in-kind

6    distributions instead of cash distributions will receive VGX

7    if they previously owned some VGX.  But I don't think this

8    amounts to a deferential treatment or an improper

9    discrimination in violation of any code requirements.

10          The gist of the suggestion I think yesterday was

11   that it is okay to treat other cryptocurrencies as having

12   values based upon their market prices, but that somehow the

13   market prices of VGX are actually illusory.  Ordinarily, the

14   market price of an asset represents the market's assessment

15   of the potential risk and rewards associated with that

16   asset.  Even when a stock or other marketable item may

17   appear to have little future prospect of value, it may

18   nevertheless carry an option value based on the possibility

19   that circumstances will occur that will lead to future

20   values.  Those option values or other market values are real

21   values in the absence of proof to the contrary.  And I

22   certainly understand the objectors' worries about VGX, but I

23   have no contrary proof here or nothing that would allow me

24   essentially to say that the VGX token should be excluded

25   from the distribution process and treated just as though it

1    didn't exist and just as though its value was a nullity.

2              I have one objection to the effect that the plan

3    does not provide for a recovery for the holders of equity at

4    the ultimate holding company level.  In fact, the plan makes

5    clear that those equity holders will be entitled to

6    distributions if that ultimate holding company has assets

7    once it pays its own creditors in full, although the current

8    predictions are that that will not happen.

9              I believe I have addressed all of the objections

10   that have been filed.  And for the reasons stated, I have

11   overruled the remaining objections.  I therefore will

12   confirm the plan subject to the changes that I have

13   described.

14              As to the confirmation order, there are a number

15   of provisions that seem to me to be superfluous or

16   repetitive or otherwise unnecessary, or in a few instances

17   improper.  And I have made substantial revisions to the

18   proposed confirmation order.  And this morning, without

19   making any changes that would suggest how I would rule here,

20   I gave a form of confirmation order to the Debtors that

21   showed those other changes that I would require in the event

22   I were to confirm the plan.  There are a lot of questions

23   and a lot of things that are in the draft order that may not

24   necessarily work in light of other provisions that I

25   understand are in the plan, but I'm not going to try to

Page 108

```
1    address those now.  We will over the course of the next day
2    or so try to work out the terms of the final confirmation
3    order and any of those remaining issues will be resolved in
4    that process.
5              Is there anything else that anybody thinks I need
6    to address in the course of this decision on the
7    confirmation?
8              MR. ARONOFF:  Your Honor, this is Peter Aronoff
9    from the U.S. Attorney's Office for the Southern District of
10   New York.
11             We had filed a letter around midday today
12   requesting that the Court modify the provision in the
13   confirmation order regarding the 14-day default stay
14   (indiscernible).  I know other parties have also raised
15   that.  I just wanted to (indiscernible).
16             THE COURT:  I suspect that's why Mr. Morrissey is
17   also standing up.  I'm not going to give you the 14-day
18   stay, but I'm not going to force some poor district judge to
19   live with the kind of schedule I've been living with over
20   the last five days.  And so I will give you a -- if we enter
21   an order tomorrow, I will stay its effect until Monday.
22             MR. ARONOFF:  Understood, Your Honor.
23             THE COURT:  Before I say that I'm going to do
24   that, is that going to violate some term of the Binance U.S.
25   deal?
```

1            MR. SLADE:  That's why I was looking at Mr.

2    Goldberg.

3            MR. GOLDBERG:  Your Honor, Adam Goldberg with

4    Latham & Watkins.  Binance U.S.'s goal is to complete this

5    transaction as quickly as possible.  If I could have two

6    minutes to confer with the Debtors, we could see if that's

7    an issue.

8            THE COURT:  Okay.

9            MR. GOLDBERG:  Your Honor, that would -- we are

10   okay with that provision.  Thank you.

11           THE COURT:  Okay, thank you.  All right.  I do

12   have another issue, but do you have a point on the

13   confirmation itself, Mr. Morrissey?

14           MR. MORRISSEY:  Your Honor, on the stay issue,

15   frankly, Your Honor, I have to get back to the U.S. Trustee

16   regarding whether Monday is okay.  The issue obviously is,

17   as I'm sure the people here are aware, is whether we would

18   need to request a stay pending appeal.  We would all like to

19   avoid that scenario.  But I have to find out whether the

20   extension until Monday will put that issue to bed, at least

21   for now.  Thank you, Your Honor.

22           THE COURT:  All right.  Okay.  I also have before

23   me a motion to appoint a trustee or motions to --

24           MS. DIRESTA:  Your Honor, can I ask a question

25   about the customer data?

Page 110

```
 1              THE COURT:  Let me finish this first.  Okay?
 2              MS. DIRESTA:  Okay, thank you.
 3              THE COURT:  But promise I won't forget you.
 4         I have a motion to appoint a trustee or motions to
 5    appoint a trustee and/or to remove the Unsecured Creditors'
 6    Committee members and replace its advisors.
 7              The Code provides that I may appoint a trustee for
 8    cause at any time before the confirmation of the plan, of
 9    course based on my decision that we are now less than a day
10    away from the entry of an order confirming a plan.  There is
11    no way, even if I were to order the appointment of a
12    trustee, that one would be in place before the whole issue
13    would be moot, as the confirmation order will have been
14    entered.  I know that's frustrating for the people who have
15    raised the motion, but I also think that while the motion
16    makes a lot of accusations that actually have not really
17    been answered by the Debtors, at this late stage in the case
18    and right during the middle of the confirmation process, I
19    can't see how the issues that were raised were of a kind
20    that would provide cause to interrupt that process and to
21    throw everything back into disarray.  It just wouldn't have
22    made sense to me if for reasons I said yesterday I didn't
23    really think that there was cause at this stage of the case.
24              I also have two motions for returns of assets that
25    essentially argue that customers should be allowed to take
```

1    out everything that was in their accounts and shouldn't be

2    given only partial distributions as the plan contemplates.

3    I simply cannot allow that.  No bankruptcy case could allow

4    that.  If one customer started doing that, it would just

5    mean that the next customer would get less.  And the whole

6    point of the Bankruptcy Code is to make sure that everybody

7    gets equal distributions.  And since there's not enough to

8    go around here, nobody can get everything that was in their

9    accounts.  That's simply a basic matter of bankruptcy.  So I

10   will deny those objections.

11            And you had a question about the customer

12   information?  On the phone?  I'm surprised I don't already -

13   -

14            MS. DIRESTA:  Yes.  Thank you, Your Honor.

15            THE COURT:  I'm surprised I don't already

16   recognize your names or your voices, but I'm afraid I don't.

17            MS. DIRESTA:  Gina DiResta, Your Honor.

18            THE COURT:  Yes.

19            MS. DIRESTA:  So I wanted to ask, my home address,

20   is that part of the level one or level two KYC that was

21   being mentioned?

22            THE COURT:  Do you know the answer?

23            MS. DIRESTA:  Because I want to know if my home

24   address is going to stay with Binance or not.

25            MR. GOLDBERG:  Adam Goldberg of Latham & Watkins

Page 112

```
 1    on behalf of Binance U.S., Your Honor.  Home addresses would

 2    be part of level one data that would be transferred.

 3               THE COURT:  I'm sure that's level one.

 4               MS. DIRESTA:  Okay.  And then what about the

 5    biometric?  You didn't mention that.

 6               MR. GOLDBERG:  Could you specify what you mean?

 7               MS. DIRESTA:  When you have to hold the phone to

 8    your face and it does this biometric configuration of your

 9    face and captures your data and it stores all of that.

10               MR. GOLDBERG:  I mean, I would think that's part

11    of the selfies that would be available.  So customers will

12    be entitled to opt out of the transfer of that data to

13    Binance U.S.

14               THE COURT:  Your phone recognizes your face.

15    That's just on your phone, isn't it?

16               MR. SLADE:  Yeah.  I think the biometrics is an

17    Apple function, not --

18               MS. DIRESTA:  No, it gets sent.

19               THE COURT:  It gets sent?  That's news to me.

20               MS. DIRESTA:  Yeah, the biometric information does

21    get sent to the company.

22               MR. GOLDBERG:  Your Honor, we have agreed that we

23    are not acquiring selfies or this data for customers that

24    opt out.

25               THE COURT:  Do you mind adding biometric data to
```

1    what you're agreeing to exclude?

2              MR. GOLDBERG:  Yes, Your Honor.

3              THE COURT:  Okay.  So they will exclude that.

4              MS. DIRESTA:  Okay.  And with regard to the social

5    security information.  And the attorney for Binance was

6    saying that it would be costly and it would cost $20 per

7    customer and there's a million customers.  I just want to

8    address the math on that.  On paper, there's about 1 million

9    customers of Voyager.  I believe there's about 700,000

10   accounts that have under $100.  And I believe there's about

11   400,000 accounts that are under $10.  So those are kind of

12   more like (indiscernible) accounts.  And you can kind of see

13   that with how many people actually participated in voting,

14   which is under 62,000 people.  And then supposedly 175,000

15   people have already opened accounts.  There are only 2,117

16   people who voted no to the plan like I did.  So if you

17   assume that in a two-week opt-out period that all 2,117

18   people were to opt out, that only equates to $32,340 that

19   Binance would have to pay if you pretend that all of those

20   people decide to turn around and open an account.  So I just

21   (indiscernible) company that deals in billions of dollars,

22   that that's a lot of money and that that would break them.

23   And if they think it will, I'm happy to pay the $20 to

24   reinstate all of my KYC information for level one in the

25   event I ever lose my mind and decide to open a Binance

Page 114

1     account.  But I just don't think when you look at it

2     mathematically there's justification for holding the social

3     security number.  I just don't think it's justified based on

4     the math.

5                    THE COURT:  Can you take that back to your client,

6     Mr. Goldberg?

7                    MR. GOLDBERG:  Your Honor, Adam Goldberg from

8     Latham & Watkins on behalf of Binance U.S.  I will of course

9     take that back to my client, but I fully expect the answer

10    will be we are not making any changes to the deal that has

11    been proposed and that is supported by 97 percent of

12    customers voting.

13                   MS. DIRESTA:  Thank you for allowing me to speak,

14    Your Honor.

15                   THE COURT:  Okay.

16                   MR. LOREN:  Your Honor, this is John Loren, pro se

17    creditor.  I have a few questions regarding Binance.

18                   THE COURT:  Just hang on.  Hang on one second, Mr.

19    Loren.

20                   Mr. Goldberg, I've given you a lot of these things

21    to take back.  In the real world, I don't know how many

22    people will take advantage of this election that I am making

23    available and just what effect it would be or especially

24    what effect it would be if, as the customer just suggested,

25    people who made the election and then wanted to be Binance

1    customers would have to pay you the $20 that you say it

2    would cost.  I understand you don't want to do this and

3    wouldn't want to do this if, you know, it would mean 700,000

4    potential customers are going to leave you.  I find it hard

5    to believe that that's really what we're talking about here.

6    And it certainly makes me more comfortable if customers have

7    the right to stop their social security information.  So

8    just keep that in mind and talk to your client as a

9    practical matter about whether it's really so important that

10   they want to make me try to figure out what I have to do

11   here and whether it's a small enough issue that they could

12   just do what I've asked.  Okay?

13              MR. GOLDBERG:  I understand, Your Honor.  Just to

14   give you some insight onto this issue, we sought to

15   negotiate a way to leave behind all of this data with the

16   Debtor.  It would require a meaningful price modification

17   per customer that opted out.  And the Debtors flatly

18   rejected that.  Understandably.  This is I think in the end

19   therefore an issue of business judgement of the Debtors in

20   selling their assets.  Thank you, Your Honor.

21              THE COURT:  Thank you.  All right.  Mr. Loren, you

22   had a question.

23              MR. LOREN:  That is correct, Your Honor.  Thank

24   you for your time.  I have two questions in regards to the

25   Binance withdrawal process.  There are fees to withdraw

1   crypto from Binance.  Will that fee be waived for Voyager

2   users or are we expected to pay Binance to withdraw?

3            THE COURT:  Does anybody here know?

4            MR. GOLDBERG:  Your Honor, I don't know.  I think

5   all of that would be disclosed on the Binance U.S. website.

6            THE COURT:  I don't think any of the attorneys

7   here know the answer to your question.

8            MR. LOREN:  Okay.  I am on the Binance website,

9   and there are fees to withdraw.  So (indiscernible) pay

10  Binance to get our money.  The second question is in regards

11  to the daily withdrawal limit.  I believe there's a limit of

12  $5,000 U.S. Dollars per day to withdraw from Binance.  Will

13  that be waived for Voyager users?  Will my claim take a

14  month to get my money out of Binance?

15           MR. GOLDBERG:  Your Honor, Adam Goldberg with

16  Latham & Watkins on behalf of Binance U.S.

17            I am being told that the limit depends upon the

18  level of KYC that a customer complies with.  So if they

19  achieve the KYC two level with the additional document

20  uploads, then there would be different withdrawal limits.

21  But I would expect all of this information is available

22  through Binance U.S. website and customer service inquiries.

23           MR. LOREN:  Got it.  Because the website I see is

24  showing $5,000 withdrawal per day.  And that's going to take

25  me a month to get my money.  And I have to pay them to get

1    my money, too.  It's very sad.

2              THE COURT:  Let me ask you to -- I certainly have

3    no ability to answer this question or to deal with it.  This

4    is a practical question.  Let me ask you to get in touch or

5    ask the Debtor's counsel to get in touch with you and see if

6    they can facilitate putting you in touch with somebody who

7    can give you a very precise answer to your questions.  Okay?

8              MR. LOREN:  Okay.  Thank you for your time.

9              THE COURT:  All right.  Anything else?

10             MR. SLADE:  Not from us, Your Honor.  Thank you

11   very much.

12             THE COURT:  All right.  Yes.

13             MR. ARONOFF:  Your Honor, it's Peter Aronoff from

14   the U.S. Attorney's Office again.  I'm trying to run some

15   things down here, talking with several people.

16             Just returning to the question of the stay.  You

17   know, we were obviously trying to move as quickly as

18   possible to try to make a decision about whether to seek an

19   appeal.  That would require some coordination from the

20   government.  And this is an issue that from my perspective

21   only arose just within the last few days.  And so we're now

22   -- we're moving as quickly as we can, but it takes time.

23             I believe this is a situation where having a

24   little more time on the stay now will lessen the need for

25   emergency applications when it's possible wouldn't be

```
 1    necessary if we just have an extra few days.  And so I would
 2    ask that the Court --
 3              THE COURT:  Listen, you discuss that with the
 4    parties if you can work that out with the parties.  If you
 5    can convince them that there's some prospect that you're not
 6    actually going to pursue the issue, you can look at it
 7    further.  I don't know, maybe you can work something out
 8    with them.  But in the first instance, do that.  Okay?
 9              MR. ARONOFF:  Okay.  Thank you, Your Honor.
10              THE COURT:  All right.  Your judge is very tired
11    and he's going to --
12              MR. HENDERSHOTT:  Your Honor.
13              THE COURT:  Yes.
14              MR. HENDERSHOTT:  Your Honor, Tracy Hendershott,
15    pro se creditor.  One question and one comment if I may.
16              THE COURT:  Yes.
17              MR. HENDERSHOTT:  The question is actually for pro
18    se creditor Lisa Trevino, who has had to focus on her day
19    job today.  And she asked me to just put into the record if
20    there was any follow-up with her action to getting data back
21    that she requested from the Debtors.  Your Honor, once this
22    confirmation is done today, she wasn't sure if she was able
23    to engage with you any further to follow up on that.  So I
24    committed to her I would ask that in the hearing on her
25    behalf.
```

Page 119

```
 1              MS. OKIKE:  Your Honor, Christine Okike on behalf
 2      of Kirkland & Ellis.  We will provide her with the data.
 3      And if she needs an extension of the deadline with respect
 4      to the merit objection, we'll allow for that.
 5              THE COURT:  Very good.
 6              MR. HENDERSHOTT:  Thank you.  I will relay that to
 7      her.  Thank you both.
 8              And then just one comment.  I did want to clarify,
 9      Your Honor, your interpretation of our request for having a
10      third party (indiscernible) -- I'm drawing a blank.  I'm
11      tired.  We're all tried -- for the winddown trustee.  We
12      weren't looking for a snarling bit pull, Your Honor.  We
13      were looking for effectiveness.  You've seen the UCC go
14      along with every single exception and (indiscernible) all
15      along we just didn't have confidence that there would be a
16      level of (indiscernible), which is different.  Effectiveness
17      is different than a snarling pit bull.  I just wanted to
18      clarify that.
19              THE COURT:  All right.
20              MR. HENDERSHOTT:  Thank you, Your Honor.
21              THE COURT:  Well, if that's true, maybe I'll
22      delete that part of my discussion and commentary from the
23      final version of the decision.
24              MR. HENDERSHOTT:  Thank you, Judge.
25              THE COURT:  I thought I understood it differently.
```

Page 120

1    But thank you for the clarification.

2            MS. OKIKE:  Your Honor, on behalf of the Debtors,

3    we just want to thank you for taking extensive time to

4    really help us navigate through very complex and challenging

5    issues.  So we really appreciate it.

6            THE COURT:  okay.

7            MR. GOLDBERG:  Gratitude to Your Honor and all of

8    your staff and chambers.  Thank you.  The Committee thanks

9    you as well.

10           THE COURT:  Thank you all for your submissions,

11   and we are adjourned.

12           (Whereupon these proceedings were concluded at

13   5:14 PM)

14

15

16

17

18

19

20

21

22

23

24

25

Page 121

1                            I N D E X

2

3                            RULINGS

4                                              Page      Line

5    Amended Plan Confirmed                     107       12

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 122

1                    C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6

7

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  March 10, 2023

## &

**&**   3:3,17 5:8,15
65:6 109:4
111:25 114:8
116:16 119:2

## 1

**1**   8:18,21 9:5,9
10:20 11:7,13
11:20 12:7,25
13:20,23 14:10
14:22 15:15,18
16:6,18 17:11
17:14 18:4,7
22:10 86:12,16
113:8
**10**   77:12,14
113:11 122:25
**100**   4:11 56:21
58:18 71:16
113:10
**10004**   1:13 4:4
**10007**   5:4
**10010**   3:13
**10017**   5:11
**10020**   3:6
**10022**   3:20
**10036**   5:18
**107**   121:5
**11**   49:15 50:1
50:25 86:16
**1114**   5:17
**1123**   97:8
**1129**   49:15
50:1,25 96:22
**1142**   86:12,16
86:17 87:22

**11501**   122:23
**118**   34:12
**12**   121:5
**120**   84:5
**12151**   122:6
**1271**   3:5
**12th**   4:18
**139**   84:6
**14**   34:14 71:8
108:13,17
**140**   73:13
**1725**   84:14
**175,000**   113:14
**18**   8:6 18:3
84:15
**1850**   4:18
**198**   73:12

## 2

**2**   29:5,7 33:24
37:8
**2,117**   113:15
113:17
**20**   9:12 34:15
66:9 70:20
84:20 95:10
113:6,23 115:1
**2000**   8:6
**20036**   4:19
**2007**   78:13
84:6
**2008**   84:1
**2011**   59:10
**2019**   83:14
**2021**   84:16,20
84:21
**2022**   46:21
53:20 54:1,3

84:14,15
**2023**   1:15 18:3
18:4,7 54:6,9
55:21 57:21
72:21 73:17
122:25
**20549**   4:12
**22-10943**   1:3
**2274**   84:20
**23**   55:21
**28**   57:21
**2:10**   1:16
**2d**   78:12
**2nd**   23:7

## 3

**3**   33:5,14,20
34:6,8
**300**   122:22
**3020**   34:11
**32,340**   113:18
**330**   122:21
**34**   56:17
**36**   56:17
**369**   84:5
**3:00**   33:19
69:19
**3rd**   5:3 23:7

## 4

**4**   61:19 97:8
**400**   74:9
**400,000**   113:11
**444**   84:16
**452**   78:12
**453**   59:9
**462**   78:12

**477**   59:10
**478**   78:12
**48**   96:1
**482**   59:10

## 5

**5,000**   116:12
116:24
**51**   3:12
**519**   83:25
**599**   83:14
**5:14**   120:13

## 6

**6**   37:8
**601**   3:19
**61**   19:9
**62**   19:9
**62,000**   113:14
**623**   84:16
**640**   83:25
**655-657**   83:25

## 7

**7**   1:15 71:3,9
74:1,10,14,18
**700,000**   113:9
115:3
**717**   83:14
**7th**   84:1

## 8

**852**   82:22
**86**   5:3
**863**   73:13

## 9

**90**   71:5
**97**   114:11

**a**

**abide** 37:25
  38:3
**abided** 34:15
**abilities** 68:12
**ability** 9:20
  11:1 38:18
  66:16 67:22
  89:1 117:3
**able** 22:17
  31:11 32:19
  54:9 58:1 62:7
  62:10 64:8
  67:24 74:24,24
  118:22
**above** 70:6,15
  87:13 93:4
**absence** 11:16
  58:22 106:21
**absolute** 43:2
**absolutely**
  13:18 15:11
  16:1 25:24
  26:25 30:3
  31:3 42:23
  59:18 92:4
  102:9,14 103:3
  104:5
**abstained**
  101:20
**absurd** 22:5
  56:7 88:11
**abundantly**
  29:20
**accept** 96:23
  97:4

**acceptable**
  81:15
**acceptances**
  83:9
**accepted** 97:2
**access** 46:21
**accomplished**
  30:11 98:11
**account** 8:2,12
  11:4,6,11 13:3
  56:16 61:7
  64:10,21 66:23
  67:3,4,10,11
  68:16 69:1
  70:13 83:6
  87:10 98:4
  100:10 113:20
  114:1
**accountholder**
  96:12,13
**accountholders**
  37:12 38:10,18
  38:20 42:15
  50:17 54:12
  56:15 60:18,24
  61:22 62:14
  70:8 81:18
  97:3,11 100:22
**accounts** 38:9
  64:3 68:22,25
  87:8 111:1,9
  113:10,11,12
  113:15
**accurate** 55:7
  55:9 122:4
**accurately**
  43:8

**accusation**
  42:24
**accusations**
  42:18 43:4
  95:4 110:16
**achieve** 116:19
**achieved** 57:7
**acknowledge**
  18:14
**acknowledged**
  80:22 99:4
**acknowledges**
  26:20
**acquire** 12:11
**acquired** 8:3
  14:10 66:4
**acquiring**
  66:14 112:23
**act** 80:14 93:20
  101:7
**acting** 26:13
  48:22 60:18
**action** 20:17
  26:5 31:13,21
  48:14,16,17
  49:6 50:4
  79:19 90:25
  94:1 118:20
**actions** 9:14
  28:23 29:12
  40:20,22 41:1
  41:2 48:13
  81:21 82:12,18
  83:18
**activities** 10:15
  20:21 29:23
  43:23,24 45:6

  46:16 48:24
  49:1 91:4
  92:22
**activity** 52:4
**acts** 86:20
**actual** 10:5,11
  30:4,12 31:22
  37:6 42:2,23
  43:12 47:15
  51:24 72:8,8
  78:23 80:17
  81:3 91:16
  92:4,7 105:18
**actually** 11:11
  12:3,25 13:2
  23:16 27:18
  30:11 41:23,23
  42:6,10 44:6
  44:10 51:20
  56:9 58:23
  59:21 64:4
  68:21 70:5,15
  74:2 77:6
  80:25 81:10
  87:17 88:18
  90:21 93:10
  94:21 99:10
  100:11 101:18
  102:19,24
  104:25 106:13
  110:16 113:13
  118:6,17
**ad** 5:16 7:8
  103:7
**adam** 3:8
  34:20 65:6
  109:3 111:25

114:7 116:15
**add** 91:15
**added** 73:16
**adding** 15:3
  112:25
**addition** 13:24
  15:20 19:25
  28:24 49:11
  50:6 73:18
  75:4 90:7
  91:17
**additional**
  12:22 14:8,23
  14:24 35:14
  53:4 55:2 65:1
  65:9,25 69:11
  70:16 77:13,23
  87:9 103:10
  116:19
**additions** 85:5
**address** 13:13
  17:12 18:2
  43:13 47:17,20
  48:8 51:23
  60:13 62:5
  65:16 108:1,6
  111:19,24
  113:8
**addressed**
  107:9
**addresses** 8:21
  112:1
**adequate** 72:18
**adjourned**
  120:11
**administering**
  83:2

**administrative**
  46:25 74:9,13
**administrator**
  100:18 101:2
  102:5,8,13,20
  104:17
**admissible**
  42:24 51:25
  59:18
**admitted** 57:19
**adopt** 40:18
**adopted** 84:13
**advance** 9:3
  12:4 13:19
  105:18
**advanced**
  65:17,20
**advantage**
  114:22
**adversary**
  103:2
**adversely** 39:6
  41:8
**advice** 29:18
  101:5
**advisors** 79:11
  110:6
**aegean** 83:13
  83:15 84:12
  85:2 92:8
**affect** 39:6
  41:3 48:18
  49:25 50:8
  60:12 74:16
  102:2
**affected** 41:9
  73:11 82:7

**affecting** 19:15
  89:20
**affiliated** 42:19
**affiliates** 79:14
**affirmative**
  26:25 29:14
  75:11 86:17
**affirmatively**
  10:7 16:24
  44:24 75:17
  88:3 97:14
**afraid** 111:16
**afternoon**
  28:11 35:5
**agencies** 51:14
**agent** 60:19
**aggressive**
  102:14,15,16
**ago** 13:1
**agree** 9:13 35:2
  40:6 77:8
  89:12 94:11,12
**agreed** 9:11
  14:12 61:12,14
  62:25 64:7
  65:19 68:14
  70:16 75:2
  84:24 97:20
  103:12 112:22
**agreeing** 113:1
**agreement**
  17:22 63:3,8
  68:2 80:14
**agreements**
  7:21
**agrees** 69:18

**ahead** 13:25
  17:24 23:20
  26:2 28:10
  65:3
**airadigm** 83:24
  83:25
**airlines** 84:14
  99:12
**alameda** 73:9
  74:9,11,12
  104:3
**alexander** 4:3
**alignment**
  66:11
**allegedly** 45:2
  49:5 52:16
  73:8 77:12
  95:18 97:6
**allow** 16:14
  26:24 65:23
  80:1 106:23
  111:3,3 119:4
**allowed** 26:6
  97:13 99:14,16
  105:11 110:25
**allowing**
  114:13
**allows** 13:6
**alter** 21:2
  91:10
**alternative**
  30:20 71:2
**alternatives**
  39:2
**amazon** 57:3
**amended**
  103:21 121:5

america 5:2
american
99:12
americas 3:5
5:17
amount 37:14
100:13 102:12
105:11
amounts 39:3
91:20 99:23
106:8
analysis 70:24
analytics 16:7
16:11
announce
33:12 35:9,25
announced
40:24
annoying
103:1
answer 49:2,10
111:22 114:9
116:7 117:3,7
answered
100:25 110:17
answering
69:22
anticipate 55:1
anxious 47:12
anybody 22:6
29:19 31:4
32:13 33:23
34:2,5 91:17
102:5 108:5
116:3
anybody's 43:7

anyway 29:24
apa 18:1,15,16
18:18
apart 32:24
70:20
apologize
23:21 65:4
apparent 41:16
58:7
apparently
38:21 43:5
45:25 53:21
84:23 100:21
104:6
appeal 109:18
117:19
appear 96:11
103:16 106:17
appeared
78:18 79:10
appears 61:19
73:19 95:21
apple 112:17
apples 74:7
applicable
19:15 20:13,22
21:4 22:7
51:12 53:1
58:5 70:13
77:16,19 83:3
83:7 87:6
89:19 90:21
91:5,11 93:21
98:8
applications
117:25

applied 40:11
applies 11:8
apply 73:4
98:15
appoint 109:23
110:4,5,7
appointed
102:4
appointment
103:6 110:11
appreciate
22:24 37:17
38:4 48:11
51:2 68:7
120:5
appropriate
22:7 23:5,17
25:12 26:10
60:9 83:22
89:5,13
approval 22:2
38:6 63:11
72:20 75:24
86:10
approvals 53:4
53:10,11 62:10
62:12 87:9
96:6,7 99:1
approve 35:22
47:13 48:19
85:11
approved
19:21 26:22
31:24 32:10
56:3 73:18
78:16 82:18
83:19 84:12

89:25 90:3
93:16 95:13
101:22
approves 93:10
approving 51:8
84:1,6
approximately
71:5,7,16
april 18:4,7
architects
44:17
aren't 21:22
102:22
argue 46:15
89:1 92:15,17
97:6 110:25
argued 38:14
38:24 39:2
43:15,17 54:25
63:5 91:19
99:8 105:5
argument
21:22 37:10
46:19 49:11
72:8 73:14
80:23 85:22
99:5
arguments
27:25 47:24
72:5 92:1
arising 80:6
84:2
arm's 78:2
aronoff 4:6
108:8,8,22
117:13,13
118:9

arose  117:21
arrangement
  59:3 60:11,24
arrangements
  16:25 63:6
  80:11
arrest  26:4
arrows  41:9
  76:22 77:7
  78:6
arrows'  41:10
article  61:19
articles  42:17
asked  45:9,10
  48:19,20,23
  57:13 60:9
  61:21 63:17,24
  91:15 115:12
  118:19
asking  36:21
aspect  30:8
  31:24 87:15
aspects  30:7
  45:18 47:23
assault  40:23
asserted  77:21
  77:22,24 79:20
  79:24 96:18
assertion  85:8
assessment
  106:14
asset  57:3
  106:14,16
assets  41:16,24
  42:3,4,11,25
  46:22 54:24
  56:22,24,25

57:1,6,22,24
57:25 58:1,3
59:16,20 60:16
60:21,22,23
61:1,6,15,19
70:11,11 71:16
77:5,10 107:6
110:24 115:20
assist  76:18
associated
  100:20 106:15
association
  4:16
assume  24:1
  113:17
assuming  18:7
assumptions
  71:18,19
assurance
  105:8
assurances
  23:13 54:23
  55:3,18,23
  56:19 57:12
  58:14 70:16
assure  55:12
attached  70:24
attempting
  88:22,23 93:20
attention  51:13
attesting  57:8
attitude  102:18
attorney  33:24
  101:3 113:5
attorney's  5:1
  117:14

attorneys  3:4
  3:11,18 4:2,10
  4:16,17 5:2,9
  5:16 37:18
  44:15 116:6
attorney's
  22:17 108:9
aug  84:20
august  54:3
authorities
  17:17 21:12
  22:7,8 53:16
  91:24 92:7,10
  93:4 95:13,15
authority
  20:11,25 26:5
  26:16 28:7
  29:23 30:16
  59:6 75:11
  77:16 90:19
  91:7 95:6,7
  103:25
authorized
  46:6 84:17
  86:3
authorizes
  83:21
authorizing
  18:16 27:16
  89:2
automatic
  104:12
automatically
  64:17
available  39:1
  62:22 71:6
  72:9,14 77:4

112:11 114:23
116:21
avenue  3:5,12
  3:19 5:10,17
avoid  10:10
  109:19
avoidance  20:8
  90:16
avoiding  13:9
aware  26:8
  35:10,11 39:18
  39:25 42:1
  50:2 109:17
azman  5:13
  24:16,16,20
  25:1,4 26:2,3
  26:25 27:5

**b**

b  1:21 49:23
  96:22
b.r.  59:9 83:14
  84:5,16
back  15:7 17:8
  18:3 19:25
  35:11,15 68:10
  69:11 85:1,15
  109:15 110:21
  114:5,9,21
  118:20
backdrop
  39:23
background
  39:15
backup  38:11
bad  82:4
balance  17:7

**bank** 8:1,2,12
8:12 11:4,4
64:3,10,10
68:16,16 104:5
104:8,12
**bankr** 59:10
83:14 84:6,14
84:14,16,20,20
**bankruptcy**
1:1,11,23 26:5
26:10 27:2,14
27:25 28:2,8
29:25 39:10,24
41:11,21 46:20
46:23 49:14,15
51:1 58:24
59:1,5 75:6,10
77:13 82:13,15
82:25 84:7,9
86:12 90:1
93:3,14,16
95:9,14 96:22
97:8 99:4,11
99:23,25 102:6
104:24 111:3,6
111:9
**bar** 21:1 27:2
91:8 104:12
**bargaining**
78:2
**barnea** 5:6
22:16,16 25:11
25:11 29:13
**barring** 85:6
92:12,13 93:24
**bars** 46:11

**base** 95:2
**based** 10:24
16:23 19:19
20:5 28:7
30:12 37:1
51:24 59:13
65:21 71:19
74:7,21 80:5
81:23,24 83:16
86:6 88:17
89:24 90:12
104:6 105:6,11
105:12,13,17
106:12,18
110:9 114:3
**bases** 46:8
48:15 57:17
**basic** 31:23
65:15,24 93:5
111:9
**basically** 19:2
32:7
**basis** 8:22
27:17 43:9
45:11 57:23
72:17 97:9
100:5
**bear** 10:1,4
**bed** 109:20
**began** 37:7
**beginning** 30:4
**behalf** 7:23
35:6 46:2 65:7
79:20 112:1
114:8 116:16
118:25 119:1
120:2

**behavior** 42:2
**belated** 73:2
**belied** 28:1
95:8
**beliefs** 46:8
**believe** 18:24
19:12 25:22
51:15 54:5
55:7 60:3
70:14 71:4
75:19 76:24,25
80:22 81:5
85:12 96:15,16
97:23 99:7
101:24 105:4
105:23 107:9
113:9,10 115:5
116:11 117:23
**believed** 60:11
71:11 87:5
**believes** 28:19
45:17,20,25
47:10 51:10
72:6 81:20
93:22
**belong** 81:25
82:1
**beneficial**
60:21 61:6,18
70:10
**beneficiaries**
79:7
**benefit** 13:5
56:15
**benefits** 38:20
38:23 70:19
71:11 78:1

**best** 40:2
**better** 54:23
68:18 74:17
**beyond** 95:5,6
**big** 14:21
**bigger** 85:2
**billions** 113:21
**binance** 15:1
16:4 17:6
33:25 38:16
60:10,14,17,18
60:20,25 61:1
61:5,12,16,18
61:24 62:2,9
62:11,15,25
63:5,11,13,14
63:16,20,20,22
63:25 64:5,12
64:17,18,19,22
65:7,19,23
66:7,13,23,24
67:6 68:13,18
68:22,23,24
69:3,4,9,18
70:7,9,20,21
70:21 71:1,5
71:11,15 72:2
72:24 74:25
85:8 86:22
87:8,16 92:19
95:22 96:1,3,5
97:15,17,18,19
97:24 98:2,7
98:17 100:10
108:24 109:4
111:24 112:1
112:13 113:5

113:19,25
114:8,17,25
115:25 116:1,2
116:5,8,10,12
116:14,16,22
**binance.us**  3:4
9:13,19,23
10:6,15 11:22
13:6 16:10
30:9 38:9,12
38:15,16,17,25
39:3 40:1 41:6
42:19,25 44:4
44:6,10,21,25
45:21 46:16
48:2,4,21,24
48:25 49:7,24
50:10,13,20
52:4,11,13,21
54:23 55:16
56:11,13,16,19
56:19,21,24
57:1,2,5,13,15
57:21,24 58:1
58:2,3,15,16
59:19
**binance.us.**
9:11 10:11
13:24 34:21
38:11 39:14
43:10 50:15
54:13,20 58:9
**binance.us'**
45:6
**binding**  88:16
**biometric**
112:5,8,20,25

**biometrics**
112:16
**birth**  65:16
**bit**  13:17 17:4
23:16 119:12
**blank**  119:10
**bodies**  52:25
**body**  93:20
**borders**  59:9
**bowling**  1:12
**brakes**  31:8
**breach**  18:17
**breaches**  18:10
**breadth**  85:12
**break**  59:25
113:22
**breakage**  14:3
**brief**  59:25,25
**bring**  23:12
34:21 51:13
56:5
**bringing**  15:19
**broad**  79:5,17
81:2 82:23
95:4
**broadcasting**
84:5
**broader**  25:7
29:3
**broadly**  82:10
**broker**  44:5,8
48:2,23 49:24
52:5
**brokers**  40:3
44:22
**bull**  10:2,2
66:8 102:13

119:17
**bunch**  21:11
**burden**  43:18
44:9
**bureau**  65:13
**business**  30:9
42:2,19,20
50:10 52:22
55:16 57:14
59:2,2,9,17,22
60:5,12 63:16
66:19 68:1
77:22 80:10
87:16 115:19
**busy**  13:4
**buy**  68:3
**buyers**  58:21
**buying**  63:23
**bylaws**  77:25

**c**

**c**  3:1 4:7 7:1
61:19 73:12
122:1,1
**calculated**
100:4
**calculations**
71:10,14,18
**called**  50:12
52:20 61:23
71:17 92:19
**calls**  30:13
**camera**  45:11
**cancel**  68:4
**can't**  19:23
21:21 25:22
28:1 34:1 90:3
110:19

**capability**
52:11
**capacities**  70:5
**capacity**  56:14
57:23 79:14,25
**capital**  56:23
80:6
**captures**  112:9
**careful**  80:20
**carried**  31:24
86:21 93:11
**carry**  84:19
86:15 106:18
**carrying**  86:14
**case**  1:3 7:4
27:25 37:15
39:7,16,21,24
41:19 42:8,15
46:20,23 47:5
50:11 66:11
75:10,13 77:19
82:13,20 84:8
84:10,10,12,22
85:2 86:21
91:22 99:12
100:25 101:5
102:8 110:17
110:23 111:3
**caselaw**  77:20
**cases**  11:14
28:8,20 37:17
40:10 46:23
59:10 79:11
82:25 84:13
105:13
**cash**  10:11
13:24 38:19

62:3,4,11,16
62:19,23 96:8
97:12,13,19,21
99:25 106:6
**cast** 58:16
**category** 15:19
15:21 16:6
**cause** 79:19
110:8,20,23
**causes** 31:21
**cease** 18:11
20:21 91:4
**celsius** 42:2,7
**ceo** 76:13
101:10
**certain** 18:1
20:1,11 48:24
52:21 57:14
60:10 71:20
72:2 75:22
76:16 77:24
82:11,11 85:16
90:8,18 96:24
98:11
**certainly** 12:22
14:23 17:2
22:19 25:12
28:13 29:14
39:23 41:17
42:5,8 43:7
46:3 58:21
102:24 106:22
115:6 117:2
**certificate**
57:16,19
**certifications**
57:8

**certified** 122:3
**cetera** 64:4
**cftc** 40:8,23
54:2
**challenge**
89:11 93:7
**challenges** 76:5
**challenging**
120:4
**chambers** 5:3
36:23 120:8
**chance** 30:21
37:21 64:11
**chances** 85:25
**change** 18:1
61:13,21 63:1
63:1 66:9
76:10 97:20
**changed** 15:7
16:5 99:17
104:20
**changes** 12:19
35:19 36:5
50:16 60:10
99:19 104:20
105:1 107:12
107:19,21
114:10
**chapter** 71:3,9
74:1,10,14,18
**characterize**
55:8
**characterized**
40:15,16
**charge** 76:16
**chase** 15:4 16:2

**chats** 8:23
**check** 11:24
12:22 13:23
14:2,9,19
**checks** 12:5,10
13:7 65:11
104:18
**chief** 76:14
**choice** 21:17
25:20 75:9
87:2 88:19
**choose** 61:2
63:19
**chose** 75:6
97:11
**christine** 3:22
7:22 35:1
119:1
**cip** 65:12
**cir** 78:12 84:1
**circled** 85:15
**circuit** 77:16
**circulated** 54:6
82:21
**circumstances**
10:25 106:19
**citations** 37:2
78:13
**cited** 59:10
92:9 93:4 95:7
**civil** 25:7
**claim** 20:4
31:11,20 74:10
74:11,13,13
78:6 79:21,23
80:3,9 81:23
90:11 97:1

116:13
**claiming**
104:11
**claims** 74:23
75:2,15 76:6
76:13,16,20,20
76:23,25 77:5
77:6,8,20 78:7
79:6 80:21,25
81:3,24 82:3,4
84:9 90:4
99:14,14,15,16
100:6 102:17
103:9,23,25
104:1 105:11
**clarification**
45:9 120:1
**clarifications**
45:24
**clarified** 60:15
**clarify** 24:18
119:8,18
**clarity** 27:13
**class** 97:1,2,3,3
97:7
**classes** 96:23
**clear** 25:4
29:20 30:3
37:4 38:21
55:15 65:24
66:16 70:4,6
74:22 75:8
77:16 85:12
97:24 101:22
103:14 104:2
104:22 107:5

clearance  46:5
  65:25
clearer  40:5
clearly  38:2
  60:16
clears  69:22
client  12:8
  16:20 17:14
  33:6,20 65:8
  69:12 114:5,9
  115:8
clients'  103:2
close  18:6
  38:12 68:22
  101:9
closer  22:25
closes  55:13
  66:23
closing  18:7,9
  18:14
coal  84:16
code  30:1
  49:15 51:1
  59:1,5 86:13
  86:16 87:22
  96:22 97:8
  99:4,23 104:24
  106:9 110:7
  111:6
coincidence
  66:11
coins  105:25
  106:3
collapse  41:12
colloquial  14:4
combined
  22:20

come  13:24
  15:7 28:14
  29:25 31:11
  67:24 77:9
comes  39:17
comfortable
  115:6
commenced
  105:13
comment  25:1
  118:15 119:8
commentary
  119:22
comments
  24:17 38:16
  47:20 65:22
  72:22 81:13
commission
  4:9,10 43:14
  45:19,22 46:1
  75:20
commit  26:12
committed
  118:24
committee
  3:11 5:9 7:9
  20:25 24:17
  35:7 76:17,19
  76:22 77:1,2
  78:9,10,11
  79:8 80:19
  81:10 91:7
  100:20 101:4,5
  101:7,11,15,18
  101:21,22
  102:1 110:6
  120:8

committees'
  101:20
committee's
  100:23
commodities
  40:7
commodity
  9:15
common  39:10
communicati...
  83:24,25
  104:18
companies
  42:19
company  9:19
  10:12 53:23
  107:4,6 112:21
  113:21
company's
  57:24
compared  71:8
  71:9 74:8,10
comparison
  37:16 74:7
compel  21:20
  27:12
compelled
  27:15 94:3
compelling
  87:22 94:21
compels  93:2
competency
  78:8
complained
  70:18 73:7,20
  73:22,23 81:18

complaint
  72:25 95:12
complaints
  55:6,11
complete  27:24
  52:9 54:23
  56:20 70:9
  86:23 89:8
  92:2 109:4
completed
  38:13 56:13
completely
  28:1,6 30:7
  38:21 67:19
  95:2,5,5,6,6
completeness
  74:3
completing
  13:23
completion  7:3
  20:2,6 53:5
  62:24 90:9,13
  93:23
complex  120:4
compliance
  21:3,11 57:8
  83:3 91:11
  104:23
complicating
  41:5
complies  59:1
  81:13 116:18
comply  58:5
  59:5 86:15
conceded
  93:12

concept   35:21 39:19 81:13
concern   32:3 32:16 68:20
concerns   22:18 22:22 23:9 31:5 53:18 60:13 64:6 102:11
conclude   48:13 59:21 60:4 78:14,25 88:20
concluded   76:19,23 120:12
conclusion   50:3 59:19 72:25 74:17
conclusions   36:17 54:20 57:18
conclusory   54:10
condition   18:14 81:20,24
conditional   51:4
conditions   18:7 18:9 71:20 96:24,24
conduct   10:7 10:16 11:23 20:11,13 38:1 84:7 90:19,21
conducted   42:2 57:17

confer   17:14 109:6
confidence   119:15
configuration   112:8
confirm   21:15 30:1 35:9 49:16 87:1 107:12,22
confirmation   7:3 18:18 19:1 19:8 20:9,12 32:24 33:11 36:12 38:7 46:11 49:17 51:6 69:15 81:12 84:3,18 84:25 85:4 86:20,21 87:12 87:21 88:3 89:7 90:17,20 92:21 93:2 104:10,25 107:14,18,20 108:2,7,13 109:13 110:8 110:13,18 118:22
confirmed   28:2 44:23 46:6 47:4 60:25 82:14 85:24 86:4 95:9 96:23 121:5
confirming   27:19 30:15

110:10
confirms   86:7
conflict   103:14 103:17
conflicts   101:1 102:1
congress   40:18
connection   84:3,9
connections   101:25
consensual   75:24,25 76:3
consent   57:15 75:12
consequence   93:6
consequences   48:21 105:21
consider   21:10 30:4 36:12,14 47:12 60:10 61:21 96:15
consideration   80:20 99:9
considerations   83:5
considered   47:18 52:3 77:20 93:14
considering   59:12 77:15,18 78:14 101:12
consistent   28:17 77:19 93:3

constant   55:16
constitute   31:25 43:19 46:3,3
consulted   65:8
consummation   53:9,12
contact   17:2 64:1
contain   43:25 82:15
contains   72:4
contemplated   20:17 21:1 50:23 51:18 52:7 53:2,5,13 87:6 89:8 90:25 91:9 93:7
contemplates   20:1 29:21 36:15 86:19,24 87:1,13,24 90:8 92:16,18 111:2
contemplating   88:10
contend   20:15 86:1 90:23
contended   44:18 53:16 54:18 71:25 73:14 87:11
contending   44:24 87:17
contends   46:11 88:4

contention
  46:13 52:1,6
  63:7 70:3
  72:10 92:14,24
  95:8 101:25
contentions
  46:5 52:15
context  9:10
  32:10 43:11
  67:21 94:10
contexts  74:14
  74:16
continue  55:17
  59:24 61:6
  90:7 104:24
  105:7,9,24
  106:1
continued  37:8
  37:9
continues  41:6
continuing
  74:2
contract  62:1
contractual
  80:10
contrary  53:16
  63:7 71:23
  88:21 106:21
  106:23
control  68:13
  99:19
controversial
  105:2
conversations
  55:22
convince  16:23
  118:5

convinced
  16:21 69:4
coordination
  117:19
copy  32:20,20
cordry  4:21
  23:1,1 31:16
  31:16 32:15
corp  84:5,20
correct  7:7
  34:6 37:2
  58:19 61:16
  97:24 115:23
corrected  37:5
corresponding
  28:21
cost  10:6 13:9
  65:25 66:9
  113:6 115:2
costly  113:6
couldn't  8:7
  16:15 30:7
  50:21
could've  21:24
  49:8
counsel  29:12
  29:19 48:20
  68:21 76:17
  78:8 101:7
  117:5
country  41:11
  98:25 122:21
couple  9:5
course  12:10
  31:4 36:11
  37:5,20 58:17
  60:9 71:19

82:12,25 83:1
108:1,6 110:9
114:8
court  1:1,11
  2:1 7:2,8,12,17
  8:7,11,14,17
  8:20,25 9:8
  10:18 11:3,10
  11:15,25 12:15
  13:11,21 14:5
  14:14 15:3,16
  15:22 16:13,21
  17:13,15,20,24
  18:5,12,20
  19:10,21 20:20
  20:23 22:1,15
  23:18,20,23
  24:3,5,11,13
  24:19,21 25:3
  25:10,12,15
  26:6,10,10,14
  26:16,18,23
  27:2,3,6,14,23
  27:24 29:8,17
  32:12,17 33:2
  33:8,16,23
  34:1,2,7,10,17
  34:23 35:8,13
  35:17,21,25
  36:7,9,11 37:6
  37:23 46:13
  49:16 51:5,22
  60:2 65:3
  66:21 67:5,12
  68:7,10 69:15
  69:20 80:12
  82:18,19 83:16

83:19,19,21,22
83:23 86:7,16
86:20 90:1
91:3 93:16,23
94:11,12,14,19
108:12,16,23
109:8,11,22
110:1,3 111:15
111:18,22
112:3,14,19,25
113:3 114:5,15
114:18 115:21
116:3,6 117:2
117:9,12 118:2
118:3,10,13,16
119:5,19,21,25
120:6,10
courts  26:21
  84:13 93:13
court's  28:13
  29:2
coverage  77:14
covered  80:21
craft  22:13
create  67:10
credible  71:23
credibly
  101:14
credited  61:7
creditor  5:23
  6:2,5 66:20
  73:9 75:15
  114:17 118:15
  118:18
creditors  19:22
  20:3,7 36:15
  37:16 46:21

47:1 71:7 75:4
75:7 78:10,11
79:9 82:21
90:10,14 92:18
97:21 99:13,22
100:4,6,7,21
102:7 107:7
**creditors'** 71:1
73:23,25 101:4
101:11,22
110:5
**crime** 26:12
**crimes** 65:13
**criminal** 25:7
25:13 26:6,11
26:17
**criteria** 40:10
**criticism** 103:4
**cross** 58:9
**crying** 15:25
**crypto** 13:1
66:8 116:1
**cryptocurren...**
20:3,7 21:5
29:22 38:19,25
39:7,19 40:7
40:22 41:1
43:19,22 51:17
56:10,14 61:25
62:8 70:4,7,22
86:25 90:9,14
91:13 92:18
96:9 97:11
106:11
**cryptocurrency**
9:25 39:4,20
40:3,13,19

48:4 96:2 99:8
100:3
**curious** 104:5
**curiously**
96:10
**current** 40:14
66:1 67:10
71:15 105:14
107:7
**currently** 40:1
41:21 88:10
**custodial** 56:14
57:23
**custodied** 42:5
**custody** 42:3
60:23 61:17
70:12
**custom** 4:3
**customer** 7:18
8:23 9:2,9,21
9:22 11:18,21
12:6,18 13:13
14:4,8,9,16,19
14:24 17:5,6,6
17:22 38:9
41:16,24 42:3
42:4,25 54:24
57:1,6,24 58:1
58:2 59:16,20
63:4,6,9,13,14
63:19,25,25
64:4,5,20,21
64:23 65:14
66:6,10,15,23
66:24,25 67:3
67:22,24 72:6
81:20 87:8

101:15 109:25
111:4,5,11
113:7 114:24
115:17 116:18
116:22
**customers** 7:19
7:20,25 9:13
11:8 12:10,13
14:13,25 38:10
41:25 42:11
46:21 54:13
56:12,23 57:22
61:1,8,17,25
62:1,2,6,8,16
62:17,18,20,22
63:10,11,15,15
63:19,20,24
64:7,15 65:24
66:10 67:6
68:12,15,21,24
69:6 70:17
72:7,9,15
75:22 81:25
82:5 95:19,20
96:1,4,8,19,19
97:13,15,15,19
98:1,7,7,13,21
99:2,9,10
100:11,15
101:8 105:11
106:5 110:25
112:11,23
113:7,9 114:12
115:1,4,6
**customers'**
56:22,25
105:15

**customer's**
9:14 16:17
61:7 98:18

**d**

**d** 7:1 121:1
**daily** 116:11
**damages** 19:19
20:5 23:13
25:6,8 81:22
88:2 89:24
90:12
**dare** 26:1
**darren** 5:13
24:16
**data** 7:18,19
9:9,16,20
10:12,14 11:18
16:7,8,10,15
63:4,6,9,13,14
63:25 66:3,24
69:6 109:25
112:2,9,12,23
112:25 115:15
118:20 119:2
**date** 8:5 18:3
18:18 34:19
65:16 79:15,15
80:16 98:19,20
99:22 104:24
104:25 105:13
105:18 122:25
**dated** 57:21
**dates** 98:22
100:12,12
**daunting** 88:5
**david** 5:6

| | | | |
|---|---|---|---|
| **day** 34:14 | 23:22 28:5,15 | 115:17,19 | **declare** 26:10 |
| 100:5 108:1,13 | 30:22 33:22 | 118:21 120:2 | **declined** 87:18 |
| 108:17 110:9 | 34:24 35:7 | **debtors'** 8:4 | 92:15,17 |
| 116:12,24 | 36:13,21 38:14 | 38:6 43:18,23 | **declines** 18:9 |
| 118:18 | 38:24 39:4,6 | 45:6 46:12 | **deemed** 61:5 |
| **days** 95:16 | 39:11 43:15,17 | 52:22 54:19 | 83:3 |
| 108:20 117:21 | 44:3,8,19,20 | 76:13 77:17 | **deeming** |
| 118:1 | 44:24 45:2,4 | **debtor's** 66:19 | 103:23 |
| **dc** 4:12,19 | 46:14 49:8,12 | 70:12 74:16 | **deep** 47:5 |
| **deadline** 33:4 | 50:9,11,13 | 75:1 76:6 77:8 | **default** 108:13 |
| 69:16 119:3 | 52:9,10,16 | 77:25 78:5 | **defaults** 18:10 |
| **deadlines** | 53:2,3 54:16 | 80:12 82:2 | 41:9,10 |
| 36:16 | 54:17,19,22 | 87:15 117:5 | **defendants** |
| **deal** 9:17 14:21 | 55:3,11,14,15 | **decide** 14:7 | 77:10 |
| 38:12,14,17,25 | 55:17,19,24 | 27:8 39:22 | **defense** 26:13 |
| 39:3 50:13 | 56:1,6,18 | 72:17 94:14 | 26:15,18,19,25 |
| 60:15 67:21 | 57:10,15,17,18 | 113:20,25 | 29:13,14,19 |
| 71:15 108:25 | 58:11 59:8,22 | **decided** 16:3 | 77:22 |
| 114:10 117:3 | 60:4,10,24 | 41:2 | **defenses** 76:24 |
| **dealer** 48:23 | 70:18 71:4,11 | **decides** 83:22 | 77:21,23 |
| 52:5 | 71:14,17 72:10 | 94:1 | **deferential** |
| **dealing** 23:9 | 74:22,23 75:3 | **decision** 2:1 | 106:8 |
| **dealings** 39:14 | 76:9,12,14,24 | 19:24 24:2,12 | **deficient** 49:5 |
| **deals** 113:21 | 77:5,11 79:2,5 | 32:21 33:2,12 | 56:4,8 |
| **debtor** 1:9 8:16 | 79:6,14,16,19 | 33:17 36:1,23 | **defined** 40:5 |
| 19:16 31:19 | 80:3,6,8,15,19 | 37:5,6 40:11 | 79:12 81:9 |
| 49:19,19 61:14 | 81:7 82:1,3,7 | 68:11 69:17 | **defining** 27:23 |
| 72:12 79:24 | 84:22 85:3,8 | 73:2 77:17 | **definitions** |
| 80:11,13,13 | 86:18,22 88:23 | 83:11 88:15,19 | 76:9 |
| 81:1 86:11,13 | 95:22 96:3 | 91:22 92:8 | **degree** 42:12 |
| 89:20 99:20 | 97:24 98:2,6 | 94:20 108:6 | **delay** 12:23 |
| 103:14,24 | 98:22 99:19 | 110:9 117:18 | 13:25 14:2 |
| 104:17 115:16 | 100:2 101:10 | 119:23 | 46:24 98:25 |
| **debtor's** 49:4 | 102:6 103:11 | **decisions** 51:24 | **delays** 100:8,9 |
| 59:7 | 105:23,25 | 59:12 82:4 | **delete** 10:23 |
| **debtors** 3:18 | 106:2 107:20 | 92:8 100:23 | 67:4,11,17,25 |
| 7:23 8:4,6 12:2 | 109:6 110:17 | | 104:16 119:22 |

deleted   103:22
   103:25
deleting   22:20
deletion   22:12
deliberately
   81:2
deliver   44:18
demand   78:21
denied   45:11
   46:21
deny   111:10
department
   4:1 65:14
depend   53:9
   106:4
depends   9:20
   116:17
deposited
   57:22
derivative   82:6
describe   49:6
   55:22 74:4,4
   96:21
described   40:2
   51:22 54:4
   57:10 70:15
   78:24 103:8
   107:13
deserve   46:22
desire   31:4
   43:7 47:13
   59:7 78:20
   102:12
desires   102:14
   103:2
despite   40:12
   42:21

detail   16:19
   60:8 103:11,21
details   12:9
   59:2 65:9
determination
   30:15 31:21
   59:6
determine
   48:17 58:25
   77:17
determined
   27:1 98:19
developments
   42:7
dictate   33:3
   36:16,23
dictation   37:5
didn't   9:12
   21:23,25 22:13
   23:16 30:21
   107:1 110:22
   112:5 119:15
differed   42:4
difference
   15:23
different   28:21
   40:18 48:7
   54:22 98:3,4,4
   98:13,13,15,15
   98:20,20,22,22
   99:10 100:12
   116:20 119:16
   119:17
differently
   119:25
differing   40:17

digital   1:7
   56:22,24 57:2
   57:22,25
digits   15:25
diligence   55:16
   56:2 57:16
diminish   50:18
direct   10:22
   72:4 83:23
directed   72:7
   82:19 84:18
   86:3 89:7
directing   89:2
   94:16
direction   26:9
   69:3
directly   72:6
   82:5,6
director   77:14
directors   7:6
   75:1 76:15,25
   79:13 85:23
   103:13,16
diresta   6:4
   109:24 110:2
   111:14,17,17
   111:19,23
   112:4,7,18,20
   113:4 114:13
disable   11:17
disadvantages
   37:19
disagree   25:21
   46:12 52:25
disallowed
   104:2

disappointing
   78:17
disarray
   110:21
disclose   54:18
   70:19 71:10
   73:8
disclosed   7:6
   53:14,19 73:1
   103:12 116:5
disclosure   38:6
   49:4 52:17,18
   53:8,19,24
   54:5 55:7,10
   55:21 56:2,9,9
   56:17 70:2,3,5
   70:25 71:25
   72:3,14,17,18
   72:20 73:5,7
   73:12,16
disclosures
   52:19 54:25
   55:6,14 56:3
   70:14 72:2,8
   72:23 73:22,24
discovered
   56:7
discretion
   91:24
discriminate
   96:25
discriminated
   105:6
discriminates
   96:19
discrimination
   95:19 96:20

106:9

**discuss**  69:25
76:2 118:3

**discussed**  50:1
85:14 91:14
92:9 103:21

**discussing**
48:10

**discussion**
73:17 119:22

**discussions**
12:8 17:16,19
55:2 84:23

**dishonest**
58:22

**disparity**  41:22
42:9

**dispense**  104:9

**dispersions**
58:16

**dispose**  68:23

**disposes**  75:19

**disputed**  99:14
100:6

**disputes**  17:17
100:7

**disrespectful**
38:1

**distributable**
71:16

**distribute**
61:25

**distributed**
39:1 52:19
56:12 60:18
70:8 99:21
100:1 106:1

**distribution**
50:7 60:19,22
61:4 62:16
71:6 83:5
98:18 99:22
106:25

**distributions**
20:2,7 21:5
29:22 38:18
50:14 51:17
56:13 62:3,4,7
62:11,19,23
70:9 83:6,9
86:25 87:25
90:9,14 91:12
92:17 96:2,8,9
97:12,25 98:6
98:9,21,25
99:2,13 100:4
100:7,11
105:16,17,18
105:20 106:6,6
107:6 111:2,7

**district**  1:2
108:9,18

**ditech**  84:19

**docket**  57:20
82:22

**document**
65:18 73:13
116:19

**documentation**
54:1

**documents**
61:15 63:2
65:18 77:25
103:19

**doesn't**  10:13
15:10,17 17:3
27:14

**doing**  13:3
19:4 24:5
25:19 26:19,22
30:25 31:10
44:11,24,25
55:12 83:21
86:1,2 88:3
92:4,5 93:1,17
94:2,8,22 98:2
104:12 111:4

**dollars**  113:21
116:12

**don't**  11:10,19
14:19 16:4
23:12 24:17,21
25:8 26:1 27:3
30:5 32:12,13
32:18 33:23
34:2,4,18
64:21 66:3
68:25 69:16
74:2 91:17
94:15 103:4,21
106:7 111:12
111:15,16
114:1,3,21
115:2 116:4,6
118:7

**door**  11:2 15:2

**doubt**  20:8
90:16

**draft**  107:23

**drawing**
119:10

**driver's**  8:9

**dropped**  104:4

**due**  55:15 56:2
82:3 100:8,8

**dunks**  77:1

**e**

**e**  1:21,21,22
3:1,1 7:1,1
121:1 122:1

**e.g.**  83:24
84:13

**earlier**  66:22

**earliest**  34:19

**ease**  15:1,19,22
15:23

**easier**  69:6

**easily**  9:1

**easy**  104:9

**eat**  46:25

**ecf**  73:13

**economic**
70:19

**ecro**  1:25

**effect**  27:9,10
27:17,19 30:17
52:16 56:1
61:15 84:8
86:20 87:21
89:18 93:17
95:18 107:2
108:21 114:23
114:24

**effective**  34:19
34:21 79:15
80:16 98:19
102:20,21,23
102:25 103:4

104:24
**effectiveness**
119:13,16
**effects** 73:8
**effectuate** 35:4
**effort** 13:4
38:2 51:2
91:23
**efforts** 23:10
80:12
**ehrlich** 76:13
76:21 78:15
79:4 101:10,12
101:16
**either** 19:15
20:21 31:6
60:24 70:12
89:20 91:4
92:19
**elect** 8:23
38:10 62:23
63:15 66:7,24
75:5 106:5
**elected** 89:10
97:15
**electing** 59:23
60:5
**election** 114:22
114:25
**elections** 63:10
**elects** 12:18
13:14 64:5
**ellis** 3:17 7:23
35:2 119:2
**eloquent** 22:13
**email** 33:22

**emails** 10:22
**emanuel** 3:10
35:6 76:18
**embodied**
101:12
**emergency**
117:25
**emery** 5:8
**emphasis**
72:11 73:4
**emphasized**
45:25
**employed**
79:13
**employees**
57:25 79:12
82:4 87:22
**empower**
10:13 16:10
**enable** 10:13
**enables** 10:20
**enabling** 10:15
**encompassing**
81:2
**endeavor**
36:25
**ended** 101:16
**energy** 37:15
**enforce** 104:13
**enforcement**
20:19 27:1
48:12,14,16
65:13 91:2
93:18
**engage** 20:10
90:18 92:22
118:23

**engaged** 42:25
43:5 46:17
52:4 82:17
**enhance** 10:16
16:11
**enjoin** 25:13
93:20,23
**enjoined** 20:18
91:1
**enjoining** 19:4
**enormous**
41:22
**ensnare** 26:8
**ensure** 57:6
89:5 99:20
**enter** 14:1 15:9
34:18 35:23
36:25 64:23
87:21 108:20
**entered** 25:21
37:6 41:19
60:15 110:14
**entering** 93:9
**entire** 47:4
56:4 98:25
**entirely** 50:11
89:5
**entities** 18:23
18:24 19:2,5
19:13 31:6
85:7,16,24
86:18 87:3,23
88:1 89:6
92:21
**entitled** 21:18
21:19 26:21
27:12,13,15

62:24 83:17
92:22 93:24
94:7,22,23
99:13 107:5
112:12
**entity** 75:16
84:2 86:13
**entity's** 89:1
**entry** 18:15,16
110:10
**environment**
40:1,14,16
**equal** 111:7
**equates** 113:18
**equity** 5:16 7:9
93:5 103:7
107:3,5
**equivalent**
67:6
**errors** 37:3
**especially**
22:20 26:23
114:23
**essence** 98:6
**essentially**
19:22 21:8
26:20 65:11
66:14 90:2
106:24 110:25
**establishing**
8:22
**estate** 66:20
74:10,24 82:1
**estates** 103:14
103:15
**estimates**
71:15

estoppel 93:5
et 64:3
etcetera 16:17
  17:3
eternal 17:20
event 38:12
  80:15 95:23
  96:16 107:21
  113:25
events 42:12
eventually 47:1
  66:6 69:5
everybody
  12:5 24:21
  29:20 32:19
  111:6
everybody's
  24:25 32:17
evidence 38:22
  41:17 42:6,24
  43:8 44:9 46:7
  46:19 51:25,25
  52:10,12 57:16
  57:17,19 58:6
  58:22 59:13,18
  59:21 60:3
  63:7 71:23
  76:15 78:23,24
  78:25 80:18
  81:5 87:18
  88:17,21
  101:24
evolving 52:23
ex 21:22 92:23
exactly 24:11
  24:13 28:3
  41:20 73:19

74:21 97:21
examination
  58:9
examiner's
  42:1,8
example 48:3
  48:19 66:7
  75:1 99:12
exceeds 91:25
excellent 22:11
  26:14
except 14:15
  19:16 21:12
  34:3 84:3
  89:21
exception
  119:14
excess 70:21
excessive 79:25
exchange 4:9
  4:10 43:14
  45:21
exchanges 40:3
  40:13
exclude 37:24
  113:1,3
excluded 10:9
  106:24
exclusion
  14:11 80:16
  91:15,18
exculpated
  19:6,17,18,19
  20:3,4,10 25:5
  29:1 31:20
  82:24 84:1
  89:22,23,23

90:10,11,18
exculpating
  24:6
exculpation
  17:17 18:2,22
  19:6,7 28:16
  28:19 31:18
  36:8 76:2 82:9
  82:22 83:12,15
  83:18 84:6,25
  85:15,18,19
  86:9 89:13,14
  91:20 95:11
exculpatory
  77:24
excuse 62:17
  76:25 98:19
executing
  75:17
execution
  19:20 20:5
  89:25 90:12
exercise 68:25
exercising
  59:22 60:4
exhibit 73:12
exist 44:2
  107:1
exists 103:17
expect 47:14
  51:10 114:9
  116:21
expected 47:20
  49:8 116:2
expeditiously
  35:4

expense 8:5,5
  8:15 10:11
  13:24 14:23
  15:13 18:2,11
expenses 15:19
  46:25
expensive
  46:24 47:5
  56:5
experience
  13:1 78:8
  102:5,21
expert 57:7
explain 9:6
  30:7 36:24
  43:23 48:1,21
  54:10
explained 38:3
  47:22 60:3
  71:4,18
explanation
  45:5 46:8
  47:12 68:8,19
explanations
  71:22 92:3
explicitly 87:16
express 13:1
expressed
  78:18,20
expressions
  102:11
expunged 69:6
extend 33:19
extension
  109:20 119:3
extensive 52:23
  102:5 120:3

**extent** 13:8
19:14 26:18
29:18 37:9
39:5 44:14
45:12 46:10
50:14 54:12
83:16 89:19
105:15
**extra** 14:3
118:1
**extremely** 9:25
54:10 79:17

**f**

**f** 1:21,25 4:11
122:1
**f.3d** 78:12
83:25
**face** 43:3 89:9
100:8 112:8,9
112:14
**faced** 52:20
**facilitate** 117:6
**fact** 20:9,11
28:1 30:15
38:4 40:12
41:5 42:13
59:17 62:6
78:4,25 87:11
90:17,19 93:9
95:13 98:10
100:3 104:6
105:6 107:4
**facto** 21:22
92:23
**factors** 77:18
78:14

**factual** 28:22
**fail** 13:18
**failed** 54:18
**failure** 53:11
**fair** 16:19
51:15 93:5
**fairly** 21:8
82:23
**fairness** 44:16
58:12 94:2
**faith** 51:7
**false** 58:12
**far** 17:9 41:21
63:9 66:15
**fast** 8:8
**favor** 75:12
**fear** 56:3
**feasibility**
43:16 49:13,13
49:25 50:24
**features** 72:2
**february** 57:21
**federal** 53:15
54:3 75:20
85:6,10,21
**fee** 116:1
**fees** 104:22,23
115:25 116:9
**felt** 81:19
**ferguson** 1:25
**ffdd** 83:24
**fiduciaries**
82:16 83:17
**figure** 31:8
46:14 47:6
115:10

**figures** 66:12
73:10
**filed** 7:6 36:14
40:20 43:12,14
51:5 57:20
72:21 75:20
76:7 85:4
93:13 96:11
100:17 107:10
108:11
**filing** 77:13
**filings** 41:11
**final** 35:21
38:6 69:9
81:12 108:2
119:23
**finalization**
18:15
**finally** 105:3
**finance** 7:20
**financial** 41:7
41:13 49:18
52:11 53:25
56:20 65:12
76:14 81:20,24
**fincen** 65:12
**find** 37:3 49:17
56:8 69:12
71:22 72:16
73:15 103:5
109:19 115:4
**finding** 92:24
**findings** 36:17
36:24 37:1
**fine** 22:13
23:15

**fines** 20:5 25:6
25:8 88:2
90:11
**finish** 33:17
110:1
**finished** 69:17
**firm** 42:3,10
59:16 76:18
87:19 101:7
**firms** 40:3,21
41:3,8,14,17
43:5 79:11
**first** 11:7 15:6
16:3 43:13,17
45:17 46:12
56:9 58:24
60:14 64:1
65:15 69:1
110:1 118:8
**five** 71:7
108:20
**flatly** 115:17
**floating** 32:3
32:11
**floor** 4:18 5:3
**fluctuate** 100:3
100:13
**focus** 118:18
**focused** 39:9
39:12
**folks** 23:4
**follow** 38:3
53:25 55:22,23
118:20,23
**followed** 49:17
**following**
19:14 37:15

45:16 89:15,18
**footnote** 43:25
**footnotes** 71:4
**forbidden** 51:7
**force** 98:24
  108:18
**forced** 46:12
  78:24
**forces** 106:4
**forego** 65:19
**foregoing** 20:9
  90:16 122:3
**foreign** 20:25
  91:8
**forever** 30:23
  66:1
**forget** 110:3
**form** 38:19
  54:10 62:7,23
  75:18 105:16
  107:20
**formal** 46:1
**formally** 23:2
**format** 36:23
**former** 76:13
**forms** 8:10
  75:7 98:22
**forth** 19:7,8
  23:13 32:6
  75:13 91:22
**forthcoming**
  40:23
**forum** 45:14
**forward** 10:16
  27:20 56:6
**found** 30:17
  48:22 72:15

**four** 61:24 87:7
**framed** 55:5
**frankly** 86:5
  109:15
**fraud** 31:22
  80:17 91:16
**free** 26:11
  79:18 88:13
  98:10
**freedom** 94:12
**freeze** 47:5
**friday** 45:8
**friend** 101:9
**friendly** 101:16
**front** 21:9
  25:23 30:12
  47:2,11
**frustrating**
  110:14
**frustrations**
  78:22
**ftx** 41:12,18,21
  41:23 58:10,15
  104:3
**full** 29:24
  51:15 81:6
  107:7
**fullest** 19:14
  89:19
**fully** 93:3
  114:9
**function** 27:25
  112:17
**functioning**
  11:12
**fundamentally**
  9:20

**funded** 84:2
**further** 7:13,15
  19:3,5 20:18
  35:15 39:2
  41:5 42:7
  44:11 45:12
  46:8 49:18
  50:22 61:13
  63:18 70:16
  72:23 76:22
  77:8 78:6,6
  83:2 89:3,16
  91:1 93:23
  101:17 118:7
  118:23
**furthermore**
  46:4 59:11
**future** 8:24
  9:14 12:5
  20:20,22 24:1
  27:23,24 29:1
  29:15 40:15
  41:2 84:10
  88:5 89:1 91:3
  91:6 94:9,14
  106:3,17,19
**futures** 43:7

**g**

**g** 7:1
**general** 4:16
  57:25
**generally** 38:8
  53:8
**getting** 15:1
  32:5 118:20
**gina** 6:4 111:17

**gist** 95:25
  106:10
**give** 12:23
  32:19 37:20
  59:25 69:4
  79:2,17 86:11
  94:20 108:17
  108:20 115:14
  117:7
**given** 9:1 12:16
  14:6 24:20
  34:4 52:12
  59:14,18 62:4
  68:18 73:2
  75:4 98:8
  111:2 114:20
**gives** 12:16
  13:14 24:2
  94:17
**giving** 62:22
  64:11 69:2
  80:9
**go** 10:24 12:21
  13:4,25 17:24
  21:18 23:8,20
  26:2 28:9
  33:25 42:13
  50:24 65:3
  67:13 69:1
  93:23 100:20
  103:11 111:8
  119:13
**goal** 105:19
  109:4
**goes** 19:3 32:5
  65:20 80:5

**going** 7:18
  10:16 12:4,23
  15:8 16:2,22
  21:22 22:4
  25:9,18 30:24
  31:9,10 32:17
  32:23 33:8,9
  33:13,16,17,18
  34:9 35:3
  36:16 59:24,24
  70:22 89:3
  94:21 107:25
  108:17,18,23
  108:24 111:24
  115:4 116:24
  118:6,11
**goldberg** 3:8
  34:20,20,24
  64:25 65:4,6
  67:1,9,19 68:6
  68:9 69:14,18
  109:2,3,3,9
  111:25,25
  112:6,10,22
  113:2 114:6,7
  114:7,20
  115:13 116:4
  116:15,15
  120:7
**good** 7:17 12:2
  17:4,15 28:11
  35:5 39:22
  43:9 51:7 65:5
  119:5
**gotten** 12:1
  28:4

**governing**
  77:25 83:8
**government**
  19:11 24:2
  30:21 31:13
  51:14 85:25
  86:2,5 87:20
  88:1,4,7,11,14
  88:22 89:10
  91:19 92:1,10
  92:12,15,17
  93:12 94:5
  95:3,8 117:20
**governmental**
  17:16 18:23
  19:2,4,13
  20:15 21:12
  22:8 29:22
  31:5 52:25
  53:10 85:7,16
  87:3 89:1
  90:23 95:12,15
**government's**
  26:20 34:18
  85:23 93:6
  95:2
**granite** 84:5
**grant** 75:5,12
  79:5 94:12
  98:16
**granted** 75:17
  79:3 85:20
**gratitude**
  120:7
**great** 12:23
  65:10

**greater** 71:7
  72:11 73:3
**greatly** 38:4
**green** 1:12
**gross** 31:22
  80:17
**ground** 93:21
  96:13
**grounds** 51:20
  93:22
**group** 5:16
  42:17 59:9
  84:14 103:7
**guarantee** 53:6
  105:7,21,24,25
**guarantees**
  71:21 106:2
**guess** 22:1
  47:24 48:8
  94:10
**guidance** 45:1
  47:21 94:20

**h**

**hadn't** 7:20
**hage** 100:19,24
  101:9,14,17
  102:3,9 103:5
**hage's** 101:25
**hamilton** 4:3
**hand** 42:14,14
**handle** 54:24
  59:16
**handled** 28:9
  37:17 42:11
**handles** 54:24
**handling** 41:21

**greater** 71:7
**hang** 88:5
  114:18,18
**happen** 33:13
  71:20 106:2
  107:8
**happened**
  41:18,20 42:6
  58:15 59:15
**happens** 31:7
  99:11
**happy** 18:1
  100:22 113:23
**hard** 64:23
  73:15 115:4
**haven't** 19:24
  28:7 33:5 67:5
  67:15 104:25
**hawaii** 95:23
  95:24
**heads** 88:6
**hear** 34:1
  45:14 47:12
**heard** 33:3
  103:16
**hearing** 2:1
  3:10 7:4 20:12
  37:7,11,20,23
  38:5 44:14
  45:8 47:9
  48:20 51:9
  55:8 57:10
  60:9,14 61:3
  66:22 69:24
  71:13 81:17,18
  87:12 88:14
  90:20 93:8
  95:25 118:24

**hearsay** 43:3
**heart** 9:10,16
**held** 26:21 57:2
  60:23 61:17
  70:12 93:8
  99:15
**help** 8:20 15:13
  15:17 16:13
  59:15 60:12
  120:4
**helpful** 23:14
  38:2 66:21
**helping** 13:12
**hendershott**
  5:22 75:23
  118:12,14,14
  118:17 119:6
  119:20,24
**herrings** 92:2
**hey** 21:23
**he's** 26:6
  118:11
**hiding** 26:3
  54:17
**higher** 65:21
  78:21
**highlighted**
  72:13 73:2
**highly** 40:2
  51:4 52:23
**hindsight**
  72:10
**hint** 21:12
**hinted** 51:21
  87:13
**hints** 30:6

**hire** 12:21
**hired** 76:17
**history** 11:1
  16:9,17
**hoc** 5:16 7:8
  103:7
**hold** 56:14
  70:4 89:14
  112:7
**holder** 79:20
**holders** 5:16
  70:13 107:3,5
**holding** 84:19
  107:4,6 114:2
**holdings** 1:7
  84:16 105:12
**holds** 57:21
**home** 111:19
  111:23 112:1
**hon** 1:22
**honestly** 18:23
**honor** 7:7,10
  7:15,22 8:18
  9:5,10 10:21
  11:7 12:7,25
  16:7,19 17:11
  17:18,21 18:16
  18:21 22:10,16
  23:1,19 24:15
  24:16 25:11
  26:3 27:5
  28:11,15,17,23
  29:4,11,13
  31:15,16 32:22
  33:5,15,24
  34:8,9,13,16
  34:20 35:1,5,9

  35:10,24 36:2
  36:3,4,10
  64:25 65:4
  66:5,17 67:1
  67:19 68:6
  69:14,18 108:8
  108:22 109:3,9
  109:14,15,21
  109:24 111:14
  111:17 112:1
  112:22 113:2
  114:7,14,16
  115:13,20,23
  116:4,15
  117:10,13
  118:9,12,14,21
  119:1,9,12,20
  120:2,7
**honor's** 36:6,6
  65:22
**hope** 17:15,18
  17:20 28:16
  33:7
**hopefully** 7:3
  28:13
**hoping** 26:4
**horrified** 55:19
**hot** 13:2
**hours** 33:13
**hour's** 37:9
**house** 4:3
**hyde** 2:25
  122:3,8

**i**

**idea** 30:10
  31:10 33:11
  39:19 48:9

  94:16
**ideas** 39:22
**identification**
  8:10 65:14,18
**identifications**
  8:1
**identify** 54:8
  88:7
**identifying**
  8:22
**identity** 100:18
**ids** 8:9 11:4
  64:10 68:16
**ignore** 98:10
**illegal** 25:17,25
  29:23,25 30:14
  30:23 32:8,9
  43:19,24 51:9
  51:18 52:8
  86:1 87:12,17
  92:20
**illusory** 106:13
**imagine** 8:25
  105:1
**immediate**
  61:8
**immediately**
  56:4 61:1
  68:22,23
**immunity**
  26:22 83:17
  93:15 94:8,17
  94:18
**impact** 74:15
**impaired** 97:1
**impede** 50:8

impermissible
  91:23
implement
  85:24
implementati...
  19:20 82:13
  89:25
importance
  24:20
important  8:22
  64:19 72:12
  115:9
impose  24:8
  53:11 55:25
imposed  24:1
  89:11 94:4
imposes  86:17
impression
  103:9
improper
  106:8 107:17
improperly
  101:11
improvement
  22:19
inability  93:7
inadequate
  55:1,21
inadvertent
  37:2
inadvertently
  38:15
include  31:18
  55:2 61:14
  76:9 79:10
  96:9

included  52:19
  55:6 57:12
  70:25 76:7
  79:8 82:22
  85:5 95:11
  103:18
includes  25:9
  38:11 50:18
  63:3
including  18:8
  37:11 41:9
  43:23 56:19
  66:4 75:22
  77:22 92:8
incorporated
  63:1
increase  71:9
increased
  58:13
incur  19:18
  82:17 89:23
incurred  92:25
indefinitely
  66:1
independent
  7:5 58:4 76:15
  103:13,15
indeterminate
  47:5
indicate  25:17
indicated
  41:22 104:14
indicates  31:23
indiscernible
  8:19 22:10
  23:10 24:22
  28:22 29:5,7

34:24 75:23
  108:14,15
  113:12,21
  116:9 119:10
  119:14,16
individual  9:14
  41:3 77:10
  100:21 101:3,9
individuals
  92:21
industry  41:4,7
  41:13 43:4
  57:8 59:15
inevitable
  89:16 100:10
inevitably
  100:3
inferior  66:15
inflict  103:2
influenced
  101:11
information
  8:2,2,13 9:1,18
  9:22 10:5,9,9
  11:5,9,10,14
  11:16 12:1,12
  12:15 13:6,13
  13:17,19,21
  14:6,11,11,13
  14:15,20,24
  15:6,11,23
  16:4,6,16 17:2
  17:3,5,8,23
  54:1,16 57:11
  58:14 63:19,21
  64:1,3,10,12
  64:19,22 65:1

65:20 66:3
  67:7,17 68:5
  68:11,13,16,19
  68:23 72:9
  73:15,16,18
  111:12 112:20
  113:5,24 115:7
  116:21
infrastructure
  57:3
initial  98:18
initially  45:10
injunctive
  22:21
injured  82:3
injuries  81:25
  82:5,6,6
inquiries  53:15
  53:17 54:2,4
  56:2 116:22
insiders  76:17
  76:20
insight  115:14
insofar  85:20
  97:10
instance  16:3
  58:25 64:1
  118:8
instances  83:23
  107:16
instant  12:24
  69:10
instantaneous
  13:7
instructions
  37:25

**insufficient**
72:1
**insurance** 77:9
78:7
**intend** 27:9
46:7
**intended** 79:22
94:12
**intention** 10:3
26:7 30:24
51:8 85:11
**intercompany**
80:12 103:8
**interest** 5:16
28:25 60:21
61:6,18 70:10
80:9 82:21
97:1 101:1
102:1 103:15
104:11
**interested**
35:11 45:14
**interfere** 50:8
91:24
**interim** 27:17
**internal** 54:1
**interpretation**
119:9
**interrupt** 27:3
110:20
**interrupting**
65:5
**introduced**
23:6
**investigated**
77:1,2 81:10

**investigation**
76:16,18 80:20
**investigations**
58:13
**investment**
20:25 39:20
53:22 91:8
**investments**
39:22
**investors**
102:12
**involuntarily**
92:25 94:25
**involve** 14:23
15:12 41:3
**involves** 52:24
**involving**
103:17
**iridium** 78:10
78:12
**irrelevant** 92:6
**isn't** 67:14
69:4 112:15
**issue** 21:13
29:4,15 32:23
33:4 34:9 38:5
44:2 47:10,12
47:15,16,16
51:13 59:12
64:13 65:8
69:22 76:1
85:3,13,14
95:22 96:14
103:17 109:7
109:12,14,16
109:20 110:12
115:11,14,19

117:20 118:6
**issued** 20:23
83:11 91:6
**issues** 7:4 9:7
17:12 23:3
24:20 30:10
37:22 38:20,23
39:10,13 45:3
45:7 46:7,11
46:18 47:14
48:8,9,15
49:22,25 50:20
50:24 51:21
52:20 53:7,18
54:8 55:10,18
62:5 68:11
69:23,24 87:14
88:8 94:7
100:8 108:3
110:19 120:5
**item** 35:15
106:16
**it's** 13:21 14:2
19:8 21:10
22:19,20 25:4
25:24,24 26:9
26:9,18,19
29:10,15,20
30:17 31:23
32:4 34:4,10
34:12 35:3
39:21 58:6
95:6 114:3
115:9,11 117:1
117:13,25
**i'd** 16:19 17:11
34:24

**i'll** 17:12 25:1
119:21
**i'm** 9:3 13:11
15:4,10,10,13
16:21 17:24
18:1,23 21:9
24:6 26:19
27:5,10,18,22
29:17,19 30:24
31:10 32:1,19
35:8 36:3,16
36:21 39:17
42:1 59:24
61:16 69:3
73:5 107:25
108:17,18,23
109:17 111:12
111:15,16
112:3 113:23
117:14 119:10
119:10
**i've** 19:24 21:9
21:19 31:12
34:4 35:14
50:1 59:11
65:8 108:19
114:20 115:12

**j**

**j** 3:8
**j.d.** 22:16
25:11
**jail** 25:9,19
**january** 53:20
54:6 55:20
60:14,16 72:21
73:17 82:22

**jean** 5:6
**job** 26:7
　100:19 118:19
**john** 6:1
　114:16
**join** 8:23 9:13
　10:3,14 66:7
　67:10 68:3
**joined** 67:16
　67:18
**joins** 10:7
　11:21 16:8
**jones** 75:23
**judge** 1:23
　58:24 69:11
　91:22 95:14
　108:18 118:10
　119:24
**judgement**
　60:5 66:19
　77:22 115:19
**judges** 102:24
**judgment** 59:9
　59:22
**judgments**
　41:19
**july** 46:20 54:1
**june** 84:15
**jurisdiction**
　91:25 95:5
**jurisdictions**
　21:4,6 52:20
　61:23 62:9,15
　62:20 91:12,13
　97:16 99:8
　100:16

**justice** 4:1
**justification**
　114:2
**justifications**
　83:13 92:3,5,6
**justified** 114:3
**justifies** 81:6

**k**

**karen** 4:21
　23:1 31:16
**keep** 14:18
　25:1 33:14
　115:8
**kelly** 5:20 7:10
**kilpatrick** 5:15
**kind** 11:18
　16:15 23:13
　26:1 31:12
　32:2,15 39:1
　43:1 50:1,22
　73:2 79:24
　80:3 85:8,9,20
　89:4 91:20
　94:8 95:15
　97:25 98:6
　105:20 106:5
　108:19 110:19
　113:11,12
**kinds** 42:12
**kirkland** 3:17
　7:23 35:2
　119:2
**kirpalani** 3:15
　35:5,6,14,18
　35:24 80:22
**know** 9:6,12
　10:1 11:15,17

12:9 13:7 14:9
14:19,22 15:4
16:9 21:8,19
23:10 24:21
26:19 27:12,14
27:15,24 28:4
30:20,22 32:12
32:24 33:23
35:3,8 42:14
47:19 48:3
49:8 63:3 72:6
92:22 94:22,23
102:24 108:14
110:14 111:22
111:23 114:21
115:3 116:3,4
116:7 117:17
118:7
**knowing** 43:6
**knowledge**
　10:25 18:17
　50:8
**known** 9:15
　32:6 79:19
**knows** 10:21
**kyc** 10:5,7 11:8
　11:23 12:1,5
　12:10,12 13:7
　13:23 14:12
　65:11,15,20,25
　65:25 66:3,16
　111:20 113:24
　116:18,19

**l**

**labored** 37:18
**lack** 55:12

**landscape**
　52:24
**language** 18:22
　19:22,25 21:7
　22:6,9,11,18
　22:21 23:4,14
　24:18 28:13,16
　31:19 32:18
　33:11,21 34:2
　36:8 61:14,19
　70:16 77:24
　80:22 81:9,11
　84:25 89:18
　90:2,7 91:14
**large** 37:10,11
　74:9,13 101:15
**latam** 84:14
**late** 104:1
　110:17
**latham** 3:3
　65:6 109:4
　111:25 114:8
　116:16
**law** 19:15
　21:11 30:2,5
　51:7 79:11
　83:7 85:10,19
　89:20 93:19
　101:7
**laws** 20:13
　21:4 40:9
　44:20 53:1
　83:3 90:21
　91:11
**lawsuit** 73:9
**lawyers** 102:22

lead 106:19
leave 14:3,12
27:7 30:15
69:8 115:4,15
leaving 27:23
47:24
led 41:10,13
ledanski 2:25
122:3,8
ledger 57:25
left 7:17 69:22
94:14
legal 38:22
45:7,9 46:19
47:10,13,15
77:21 83:13
86:8 88:8,16
88:20 92:3,4,6
92:16 122:20
legality 88:12
93:7
legally 52:13
96:3
legitimate 17:1
lend 56:24 58:2
length 78:2
lengthy 33:2
37:7
lessen 117:24
letter 42:17
108:11
letting 15:6
level 11:8
16:19 65:15,24
107:4 111:20
111:20 112:2,3
113:24 116:18

116:19 119:16
levels 65:11
lexington 3:19
lexis 84:14,20
liabilities 88:2
90:12 91:16
93:1 94:4
liability 19:19
20:4 22:5 25:8
31:12 77:14
82:11,17,24
84:2 88:5 89:9
89:24 90:10
liable 22:1 25:6
30:19 83:7,21
88:2
license 48:25
licenses 8:10
52:21 61:24
96:2 98:3,16
lien 104:8
light 58:15
107:24
liked 37:4
likely 34:19
48:14 49:17
50:18
limit 19:6
20:14,19,21,24
39:3 90:22
91:2,5,7
116:11,11,17
limitation 64:2
limitations
53:12
limited 47:20
48:12 59:4,6

63:25 78:7
79:3 81:9 84:7
101:25
limiting 19:15
89:20
limits 23:25
116:20
line 35:15
121:4
lines 24:23
85:1 89:15
lingering 68:20
links 72:4
liquidation
49:18,20 50:22
52:10 70:24
71:3,9 74:2,14
lisa 118:18
list 66:14 75:3
79:9
listen 118:3
listening 23:17
literally 28:2
42:23 59:18
95:9
litigate 88:12
litigation 84:11
102:17,24
litigator
102:21
litigators
102:23 103:1
little 24:24
32:18 43:8
106:17 117:24
live 61:22
108:19

living 108:19
llc 78:11,12
llp 3:17 5:15
loan 41:9
loans 76:22
77:7,9
locate 104:18
located 57:4
logic 67:20
long 23:8 59:4
65:21 75:3
79:9 96:24
look 22:25,25
23:15 24:22
81:11 114:1
118:6
looking 109:1
119:12,13
loren 6:1
114:16,16,19
115:21,23
116:8,23 117:8
lose 14:4,25
113:25
loss 15:12
lot 13:21
103:20 107:22
107:23 110:16
113:22 114:20
loud 16:1
lying 58:20

**m**

m 4:6,18
made 19:24
21:14 24:12
30:3 38:2,22
42:11 51:2,20

53:25 54:2,19
55:14,15 57:11
58:10,19 62:22
63:10 72:10
75:7 76:10
80:20 81:14
83:10 85:12,17
88:24 90:5
92:2,11 95:4
95:21 97:3
101:22 105:1,4
105:20 107:17
110:22 114:25
**madison**  3:12
**magazine**
  42:16
**mail**  10:22
**mailing**  66:14
**main**  9:18
**maintains**
  56:21 58:3
**make**  21:25
  25:4 28:14
  30:14 32:18
  33:10 35:10
  38:16,18 39:4
  43:2 47:3,17
  50:14 51:24
  59:12 61:3,8
  71:5 72:1
  86:25 87:24
  88:15,16,19
  94:19,20 97:25
  98:6 99:2,3
  104:2,22
  105:19 106:2
  111:6 115:10

117:18
**makes**  77:16
  94:15 102:19
  102:21 107:4
  110:16 115:6
**making**  32:21
  40:11 64:19
  69:5 72:14
  85:8 94:19
  107:19 114:10
  114:22
**man**  8:18,21
  9:5,9 10:20
  11:7,13,20
  12:7,25 13:20
  13:23 14:10,22
  15:15,18 16:6
  16:18 17:11,14
  29:5,7 33:5,14
  33:20 34:6,8
**manner**  20:7
  51:22 80:5
  90:14
**march**  1:15 8:6
  18:3 23:6,7
  37:8,8 54:9
  122:25
**margin**  56:25
**marine**  83:13
**market**  9:21
  10:2,4,16 39:6
  63:23 71:20
  100:12 106:4
  106:12,13,14
  106:20
**marketable**
  106:16

**marketing**
  10:21,24 16:15
  66:15 67:14
  69:5
**markets**  9:25
  10:1,2 13:2
  66:8
**market's**
  106:14
**masquerading**
  55:10
**material**  73:1
**math**  113:8
  114:4
**mathematica...**
  114:2
**matter**  1:5
  28:22 59:17
  80:8 85:19
  86:4 93:9
  99:24 111:9
  115:9
**matters**  46:17
  81:10
**maximize**
  16:12 38:17
**maximizes**
  11:1
**mcdermott**  5:8
**mcmahon's**
  91:22
**mean**  17:3
  24:17 32:4
  38:16 42:23
  48:23 50:20
  56:1 58:16
  60:7 63:14

79:22 97:5
98:12,21 111:5
112:6,10 115:3
**meaningful**
  70:19 105:8
  115:16
**means**  21:10
  30:2,10 46:24
  51:7 71:21
  86:7 93:18
  98:14 103:3
**meant**  23:12
  24:1
**member**  101:4
  101:15,18
  102:1
**members**  79:9
  97:7 100:21
  101:5,21 110:6
**mention**  112:5
**mentioned**
  10:10,19 25:5
  111:21
**merit**  96:17
  105:4 119:4
**meritorious**
  48:15,18
**message**  44:17
**messengers**
  44:16
**met**  96:24
**metallurgical**
  84:15
**mew**  1:3
**michael**  1:22
**microphone**
  33:25

midday 108:11
middle 27:4
  110:18
might've 15:7
mike 3:23
  23:21
million 9:12
  66:10 70:20
  71:6,16 74:9
  77:13,14 113:7
  113:8
mind 12:20
  40:17 47:22
  64:13 66:9
  89:18 112:25
  113:25 115:8
mindful 15:5
minds 15:7
  16:5 21:25
mineola 122:23
minor 24:17
minute 8:7
minutes 33:13
  109:6
misbehavior
  41:16 43:1
misconcepti...
  74:21
misconduct
  31:22 80:17
  84:4 91:16
misled 81:19
  81:21
mismanage...
  82:3
misrepresent...
  81:23

misrepresent...
  54:19
missed 35:18
misspeak 37:3
misundersta...
  86:7
misuse 41:16
  59:20
misusing 42:25
mitigates 10:5
modern 10:20
modification
  89:12 115:16
modifications
  69:21
modified 20:21
  63:17 89:14
  91:4 104:1,15
  104:22
modify 29:18
  81:8 108:12
moment 36:3
  59:24 76:3
monday 37:8
  108:21 109:16
  109:20
monetary 10:6
money 113:22
  116:10,14,25
  117:1
month 62:4,25
  69:7 116:14,25
months 46:22
  62:9,19 67:16
  96:7 97:14,17
moot 76:11
  110:13

morning 91:14
  107:18
morrissey 4:7
  28:10,11,12
  29:6,11 31:15
  32:22,22 34:9
  108:16 109:13
  109:14
mortgage
  104:8,13
motion 109:23
  110:4,15,15
motions 36:14
  109:23 110:4
  110:24
move 58:1
  117:17
moved 18:3
moving 33:14
  117:22
moynihan 5:20
  7:10,10,15
murray 84:15
mute 29:9
mystery 34:10

**n**

n 3:1 7:1 121:1
  122:1
name 13:13
  16:17 65:16
  104:8
named 7:14
names 7:5 8:21
  103:12 111:16
narrow 21:8
narrower
  19:12

nastiest 102:23
national 4:16
nature 77:20
navigate 120:4
ne 4:11
near 33:25
  45:8
necessarily
  11:7 17:3 25:9
  40:10 44:17
  46:3 103:3
  107:24
necessary 60:8
  61:25 96:6
  99:1 118:1
need 9:3 11:5
  13:18 15:12
  16:22 22:23
  33:6 49:18
  50:21 96:15
  103:21 108:5
  109:18 117:24
needed 53:22
  54:6 62:10
  100:10 104:15
needs 25:6,7
  29:9 49:24
  104:13 119:3
negative 44:9
  44:19
negligence
  31:22 80:17
negotiate
  115:15
negotiation
  19:20 89:24

neither 40:9
net 78:21
network 65:13
  83:14
networks
  65:23
never 58:18
  68:3 69:1
  102:4
nevertheless
  46:10 106:18
new 1:2,13 3:6
  3:13,20 4:4 5:4
  5:11,18 8:23
  11:20 14:18,22
  54:16 81:9
  95:17,19,25
  96:4,4,6,8,10
  96:12,14,18,19
  98:24 99:2,4
  104:5,8,12
  108:10
news 58:8
  112:19
newsom 75:22
newspapers
  42:16
nick 24:18
nine 15:25
nits 35:15
nominal 60:20
  70:10
non 48:22
  75:24,25 76:3
normal 39:7
northern 57:4

note 19:11 23:5
  39:20 42:22
  53:17 71:23
  72:3,19 73:15
  93:12 95:3,8
  105:10
noted 62:1
  70:6 83:15,20
  87:13 97:20
notice 8:4
  29:24 87:4
notices 32:5
notify 64:8
noting 84:8
notwithstand...
  49:3
nullity 107:1
number 7:5
  9:2 10:8,19
  11:17,22 12:3
  12:8,17,19,24
  13:16 14:1,7
  14:16,18,21
  15:3,9,24 16:9
  16:14,16 23:2
  37:10,11 40:14
  54:11 64:24
  65:16 74:19
  77:18 78:18
  79:6 81:17
  82:22 85:5
  100:22 101:8
  107:14 114:3
numbers 8:17
  12:4 16:22
  17:9 64:3,14
  64:17 65:10

66:5,13,18
  68:18
nw 4:18
ny 1:13 3:6,13
  3:20 4:4 5:4,11
  5:18 122:23

**o**

o 1:21 7:1
  122:1
oath 58:19
object 22:9
  28:6 51:15
  103:25
objected 19:13
  28:8 74:19
  75:24 82:9
  96:12 103:7,23
objecting
  54:21 55:3
objection 7:13
  7:16 28:3 31:9
  43:13,15,21,25
  45:13 47:15
  51:4,20 70:3
  70:23 73:10,24
  74:3,6 75:19
  76:8,11 85:17
  95:17,21,24,25
  96:16,21 97:10
  97:23 103:19
  104:6 107:2
  119:4
objections 30:4
  39:9,10,11,12
  43:12 44:13
  54:14 55:5,13
  69:23 70:2

72:22,23 74:21
  75:21 87:10
  92:9 95:14
  96:11 100:14
  100:17,19
  102:3 103:20
  104:3,4 105:3
  107:9,11
  111:10
objectors 58:7
  58:10
objectors'
  106:22
objects 17:6
  91:17
obligated
  21:16 75:8
obligates 88:4
obligation 47:3
  86:18
obligations
  52:12,14
observations
  43:11
obtain 53:11
  54:22 55:4
  62:10 96:6
obtained 46:5
  54:22 56:18
  57:15 68:24
  96:7
obtaining
  53:10
obviously 12:8
  33:8 51:8
  109:16 117:17

occur 21:5
34:19 82:13
91:13 98:5
106:19
occurred 82:12
occurrence
80:15
occurring
92:13
odd 67:12
104:6
odds 40:24
offends 25:22
91:21
offer 45:1
46:19 52:17
56:25 57:16
87:18
offered 42:23
45:24 52:10
63:7 76:15
88:18,21
offering 44:9
office 5:1 22:17
54:14 70:1
82:8 108:9
117:14
officer 3:10
76:14 77:6,14
officers 75:1
79:13 82:4
85:23 87:23
officers' 77:2,4
official 37:6
46:4 78:10,11
79:8 100:20

ohio 84:16
okay 8:11,14
11:25 12:15
16:21 17:10,11
17:13 18:5,12
18:20,24 22:15
24:14 25:3,10
27:3,12,19,20
29:10 30:17
31:14 32:14,17
33:19 34:7,23
35:17,24,25
69:13 106:11
109:8,10,11,16
109:22 110:1,2
112:4 113:3,4
114:15 115:12
116:8 117:7,8
118:8,9 120:6
okike 3:22 7:7
7:22,22 8:9,12
8:15 10:10
17:18,21,25
18:6,13,21
35:1,2 119:1,1
120:2
old 122:21
omission 80:14
omitted 78:13
onboards 9:23
once 17:5
32:22 33:17
37:1 42:5 44:5
44:23 45:22
56:2 87:1
97:14 107:7
118:21

ongoing 55:17
open 7:4,17
11:5 13:3
56:16 64:13,20
68:21,25 69:8
87:8 100:10
113:20,25
opened 113:15
opening 69:1
operate 40:3
41:6
operated 39:25
41:6,23 42:10
operates 40:1
operating 44:4
44:7 45:21
48:2 78:11,12
operation 11:2
operational
52:11
operations
10:13,16 16:11
30:9 45:7
opportunity
22:25 29:24
36:5 51:15
62:21 69:5
75:4 87:5 88:7
oppose 34:13
opposed 41:24
95:20
opposition
21:14 31:7
opt 7:25 16:24
62:22 64:7,9
64:15 68:15
75:6,8,17

112:12,24
113:17,18
opted 8:2 11:3
15:6 115:17
option 38:11
50:12,19 67:16
71:8 86:11
106:18,20
oral 80:23
oranges 74:7
order 11:23
18:15,15,19
19:1,4,8,9
20:20,23 22:2
22:21 24:5,6,9
25:20 26:14,16
26:23 27:8,9
27:11,18 33:11
33:12,18 34:12
34:14 35:23
36:5,25 49:16
60:15 61:10
69:9 81:12
84:25 85:4
86:20,20 87:21
88:3 89:7,17
91:3,6 93:2,9
94:19 104:2,10
107:14,18,20
107:23 108:3
108:13,21
110:10,11,13
ordered 26:23
31:13 85:2
93:1 94:8
orders 86:15

**ordinarily** 106:13
**ordinary** 28:6 93:3
**organize** 101:6
**organized** 86:13,14
**original** 19:12 62:18 85:18 89:12
**ought** 27:22 45:13
**outset** 39:15 44:14 47:9 48:20 101:5
**outside** 29:1 76:17
**overall** 32:7,10
**overreached** 28:5
**overrule** 52:6 70:22 100:14
**overruled** 107:11
**overstep** 30:25
**overwhelming** 66:20
**overwhelmin...** 97:4
**own** 16:11,12 19:11 22:3 35:8 43:18 50:3 54:19 75:2 76:6 79:20,23 92:8 93:6 100:9 107:7

**owned** 75:16 106:7
**owner** 60:20 105:4
**owners** 105:5
**ownership** 104:11

**p**

**p** 3:1,1 7:1
**p.m.** 69:19
**pace** 69:16
**page** 24:14 73:12 121:4
**pages** 56:17
**paid** 77:12
**pain** 103:2
**paper** 26:20 113:8
**papers** 93:13 94:6
**paperwork** 100:9
**paragraph** 19:6 20:9 34:12 90:17
**paragraphs** 19:8 22:12 85:5,5
**paris** 3:10
**parlance** 49:14
**part** 8:22 10:9 10:20 12:11,13 13:5 14:25 16:7 29:16 34:14 36:19 78:21 79:3 80:6 82:23

90:1 111:20 112:2,10 119:22
**partial** 111:2
**participants** 37:11 38:1 93:14
**participated** 113:13
**participation** 37:14
**particular** 33:11 37:23 39:22 40:21,21 42:10,15 43:22 46:16 53:1 59:7 64:4 72:11 76:11 103:4
**particularly** 7:19 17:5 39:6 54:7 58:22
**parties** 18:14 19:7,17 20:3 20:10 25:5 28:25 29:1 33:22 34:11 35:11 37:12,13 37:21 42:16 45:14 47:17 50:12 51:23 54:21 55:3,20 57:20 58:4 61:13,21,23 62:13 64:6,9 68:2 70:15 74:19,25 75:3

78:17,19 79:7 79:7,18 80:3,4 82:11,16,21,24 83:20 85:7,15 88:6 90:18 108:14 118:4,4
**parties'** 62:1 63:3,8 78:4
**party** 11:23 13:9 18:18 19:16,18 37:25 39:20 47:19 52:1 57:7 63:7 73:3,20 75:24 75:25 76:3,8,9 80:11 89:21,22 89:23 90:10 91:21 93:22 119:10
**party's** 79:23
**pass** 73:6
**passed** 81:1 97:14
**passports** 8:10
**past** 10:15,25 16:17 41:8 95:10,16
**patrick** 7:11
**paul** 100:18
**pause** 37:13 81:16
**pay** 9:11 10:6 11:23 70:21,21 113:19,23 115:1 116:2,9 116:25

**payments** 77:3
78:3
**pays** 107:7
**penalties** 20:5
20:22 22:1
23:25 24:9
25:6,8 90:11
91:5 94:4
**pending** 28:24
36:19 41:1
46:20 67:3
109:18
**people** 7:13
10:2 13:21
15:1,5,5 16:3
21:11,15 23:10
25:18 26:8,21
27:10,11,15,22
30:14,16,18
31:12 33:9,16
33:18 34:1
39:18 43:6
58:20 67:5,13
67:15 88:1
89:6 94:2,3,13
94:13,20 99:15
102:15,15,21
102:23,24,25
103:12 104:18
109:17 110:14
113:13,14,15
113:16,18,20
114:22,25
117:15
**percent** 56:21
58:18 69:3
71:7,8 114:11

**percentage**
78:21
**perfectly** 22:6
88:20
**perform** 52:12
52:13 102:9
**period** 7:25
13:15 60:22
61:4,5 62:5,25
64:8,15 67:14
68:14 69:7,7
113:17
**permissible**
19:14 89:19
**permit** 38:25
51:22 63:6
98:9
**permitted**
66:18
**persisted** 40:12
**person** 11:24
25:13 75:16,16
**personal** 13:1
101:3 102:20
**personally**
30:19
**personnel**
86:19,23 88:6
**persons** 41:21
79:13,17
**perspective**
67:22 105:22
117:20
**pestering**
69:11
**peter** 4:6 108:8
117:13

**petition** 79:15
**petroleum**
83:14
**pharma** 91:22
**phone** 7:9 22:8
29:9 111:12
112:7,14,15
**phrase** 79:22
80:4
**phrased** 49:12
**piece** 8:25
**pit** 102:13
119:17
**place** 12:13
13:6 14:13,14
15:7 46:13
55:23 57:5
66:1 73:19
80:16 99:1
110:12
**placed** 73:21
**places** 37:3
72:15
**plan** 19:12,17
20:1,8,10,17
21:3,9,15,16
22:2 23:11
27:19 28:20
29:21 30:1,13
30:15 34:21
35:4 36:13,15
38:7,8,11
43:16 46:12
47:2 49:13,16
49:20,21 50:11
50:18,21,23,25
51:6,6,11 52:7

53:13 58:25
59:5,17 61:14
61:20 63:2
71:17 74:1,8
74:14,17,20
75:12,13,13,14
76:2,7 80:2,10
82:10,14,20
83:2,5,9,10
84:1,2,3,18,19
84:25 85:24
86:4,8,10,11
86:14,15,19,21
86:22,24,25
87:1,6,9,13,24
87:25 89:8,22
90:8,15,18,25
91:10 92:16,18
92:20 95:18
96:6,18,22,25
97:2,4,6,12
98:1,5,12,14
100:14,18
101:2,13 102:4
102:7,13,20
103:8,19,22
104:15,16
105:10 107:2,4
107:12,22,25
110:8,10 111:2
113:16 121:5
**plans** 28:3
75:10 82:15
95:9 99:11
**plan's** 100:15
**platform** 8:24
9:13,15,23

10:3,14 12:12
16:8 56:16
57:1 66:7
67:25 68:3
101:17
**please** 15:13
27:3 60:2
**pleased** 7:12
**plug** 12:20
13:16 14:17
**plus** 79:11
**pm** 1:16
120:13
**point** 7:21
10:19 18:13
25:1 29:2
31:17 47:18
48:19 59:14
65:1 67:6,13
67:15 70:6
73:17 81:16
99:7 104:3
109:12 111:6
**pointed** 58:10
**points** 28:15
31:7 48:10
49:11 78:23
87:19
**policy** 66:18
**poor** 108:18
**portion** 77:4
**portions** 75:21
**pose** 92:3
**posed** 54:14
75:21 88:8
**position** 20:12
25:23 32:19

34:18 39:21
43:2,21 44:6
45:9,10,15,19
45:23 46:1
49:4 53:4
64:20 85:17,19
85:23 86:5
87:8,19 88:11
90:20 105:23
**positions** 40:24
**position's** 28:9
**possibility** 69:8
106:18
**possible** 31:23
32:8,9 34:22
36:22 37:20
52:25 71:9
81:2 105:19
109:5 117:18
117:25
**possibly** 45:4
47:19 81:12
95:23 105:20
**post** 21:22
92:23
**postulated**
101:8
**potential** 39:14
43:4 48:12
52:17 73:8
102:16 106:15
115:4
**power** 98:14
98:16
**powers** 20:15
90:23

**practical** 50:16
99:19,24 115:9
117:4
**practice** 93:4
**practices** 57:14
**pre** 13:8 27:1
66:16
**precise** 117:7
**predict** 49:6
53:3
**predictions**
107:8
**prefer** 58:8
62:3,16
**preference**
73:9
**preliminary**
72:20
**prepared**
36:22 65:21
88:9 89:13
**preposterous**
16:5 25:24,25
28:9 30:17
**present** 66:9
**presented**
38:22 71:24
101:19
**preserve** 78:5
**press** 74:3
**pressed** 95:24
**presume** 58:20
58:21
**pretend** 113:19
**pretty** 13:2
17:10

**prevent** 31:10
53:11 64:11,16
98:2 101:1
**prevented**
20:16,18 89:3
90:24 91:1
**preventing**
93:18
**previously**
22:22 60:25
83:11 85:16
104:14 106:7
**price** 9:12
99:17,19
106:14 115:16
**prices** 39:6
99:8 100:3
106:12,13
**primarily**
105:6
**primary** 38:5
60:12
**principles**
91:21 93:5
**prior** 18:15
54:25 56:3
**pro** 5:23 6:2,5
37:11,13,20,24
38:1 78:17
102:12 114:16
118:15,17
**problem** 31:2
32:13,13 47:7
74:6 98:24
**problems**
28:24 31:25
41:13 50:6

55:12
**procedures**
58:4
**proceed** 17:12
50:21 59:23
60:5 69:25
86:11
**proceeding**
20:18 27:1
29:15 91:1
**proceedings**
93:14 120:12
122:4
**proceeds** 77:9
78:7
**process** 10:21
14:25 32:10
56:5 69:1
101:6 106:25
108:4 110:18
110:20 115:25
**processing**
100:9
**produce** 71:15
**products** 56:25
**professional**
104:22
**professionals**
79:10 87:23
**profitability**
16:12
**program** 53:21
65:14
**programs**
16:11
**project** 55:17

**projections**
70:25
**prominently**
72:13
**promise** 110:3
**promptly**
36:22
**proof** 106:21
106:23
**proper** 47:18
55:13 83:12,18
84:17 93:6
**property** 99:25
104:7,9,11
**proportionate**
74:15
**proposal** 16:24
19:11 62:18
71:2,2,5,12
103:24
**proposals**
40:18 88:24
**propose** 19:13
20:1
**proposed** 7:24
19:12 21:10
22:21 24:23
30:1 34:12
36:6,12,19
38:7,12,14,17
38:24 39:12
43:3,16 47:2,8
47:11 49:13,21
51:6,11,16
52:9 56:20
58:25 59:3
60:8,11 61:22

63:1 69:21
72:19 74:20,22
76:12 77:3
78:1 79:2,5,17
79:18 80:2
81:7,8,8 82:2,9
82:22 84:24
85:4,15 87:4
88:12 89:17
90:7 97:13
100:14,18
101:19 104:21
107:18 114:11
**proposing**
18:25 50:9
**proposition**
75:11
**prosecute**
26:15,17
**prosecuted**
26:12
**prosecution**
25:13 26:11
**prosecutor**
26:6,17
**prospect** 42:9
88:5 106:17
118:5
**protect** 84:17
**protected**
54:12 93:15
**protecting** 23:9
**protection**
18:11 21:18
83:19
**protections**
61:9 63:18

**protocols** 57:5
57:7 58:3
**prove** 43:16,18
44:4,9,19 45:3
45:4,5 49:13
**provide** 39:2
45:9 46:7
57:13 61:10
63:18 64:25
65:9 70:16
71:17 75:10
77:3 97:6
104:10 107:3
110:20 119:2
**provided** 8:4
18:22 19:3,5
20:8 47:21
57:13 90:15
**provider** 11:23
**provides** 38:9
39:23 50:11
75:14 86:12
95:18 96:22
98:5 110:7
**providing**
11:21 98:12
**provision** 8:15
20:14,19 21:2
28:20,21 31:18
69:8 82:9,10
82:23 83:12,18
84:1,7,8 85:19
89:13,14 90:22
91:2,10,20
97:20 99:3
108:12 109:10

provisions 18:1
19:1 28:6
49:15 59:1,5
61:10 63:4
72:5,11 76:2
82:16 83:15
84:17 85:15,18
95:11,13
103:18,23,25
104:16,19,21
104:23 107:15
107:24
proviso 18:25
19:2 23:6
psaropoulos
76:14,21 78:15
79:4
public 41:20
42:4 45:13
pull 119:12
punish 86:2
purchase 9:12
80:7,7
purchaser 8:3
18:6,10 21:3
36:19 59:4
91:11
purchases
43:18,20
purchasing
52:2
purdue 91:22
purported 92:6
104:7
purporting
29:17

purpose 32:21
86:14
pursuant 57:2
65:12 83:5,10
pursue 74:24
74:25 78:5,20
118:6
pursued 48:25
90:2 92:20
pursuing 76:20
pursuit 102:16
purview 29:2
push 17:8
put 12:23 19:7
23:11 25:19
37:15 43:7,11
47:4 72:11
85:22 98:5
109:20 118:19
putting 64:19
69:2 117:6

q

qualifications
100:24 102:9
qualified 26:21
27:9 83:17
93:15 94:17
102:7 103:5
question 7:18
16:18 39:18
49:2,9,10
62:13,20 68:17
69:10,11 96:15
109:24 111:11
115:22 116:7
116:10 117:3,4
117:16 118:15

118:17
questioned
44:13
questions
37:21 42:18,21
43:6,10 53:21
54:11 55:9,18
60:13 71:13
100:25 103:10
107:22 114:17
115:24 117:7
quickly 9:1
14:2 31:17
34:22 96:3
109:5 117:17
117:22
quinn 3:10
35:6 76:18
quite 29:20
30:7 39:17
97:24
quote 75:20
quoted 73:10

r

r 1:21 3:1 7:1
122:1
raise 29:4 30:9
32:23,25 34:10
45:7 48:16
94:9
raised 23:4
29:2 39:10
42:9,21 43:10
46:18 49:22
50:20,24 54:11
55:18 60:13
62:6,13,19

68:11,17 69:10
70:1 84:10
95:16 98:24
103:10 108:14
110:15,19
raises 31:4
47:13 96:14
raising 42:18
43:6
ramped 58:13
ran 102:16
ranged 95:4
rather 38:19
55:13
reach 9:21
reached 7:21
50:3 57:18
68:2
read 7:23
17:21 19:10
21:7 22:9
26:20 28:17
34:3 35:19
85:6
readily 64:20
98:11
reading 2:1
61:16
ready 18:6
30:4
real 43:5 102:2
102:19 104:7
106:20 114:21
really 9:6,10
50:24 64:21
67:21 72:25
79:21 88:11

96:21 97:5
110:16,23
115:5,9 120:4
120:5
**reason** 17:4
25:14 26:15
30:13 31:5
49:25 50:7,19
50:23 72:16
**reasonable**
28:6 30:25
59:8,22 60:4
71:22 77:18
78:16 79:1
83:22 103:6
**reasonableness**
90:5
**reasonably**
36:25
**reasoning**
84:12
**reasons** 9:5
17:1 21:17
30:6 43:17
44:10 46:17
52:8,15 62:3
71:3 74:4 86:8
89:4 92:3 95:7
107:10 110:22
**rebalancing**
20:1,6,16
25:19 29:21
32:6,7 43:24
51:16 86:24
87:23 90:8,13
90:24 92:15

**rebuked** 44:14
**rebut** 46:19
92:5
**recall** 66:10
95:14
**receive** 37:1
47:1 50:17
56:13 62:7
63:14 96:2,8
97:11,13 98:21
99:10,10,13
100:6,11 106:5
106:6
**received** 10:22
53:15,20 55:24
99:15,22
**receiving** 45:5
**recent** 41:11
42:17
**recently** 56:6
104:7
**recess** 60:1
**recognize**
63:22 111:16
**recognizes**
112:14
**recognizing**
24:23 89:15
**recollection**
73:20
**record** 2:1 7:24
17:25 30:12
33:3 35:19
36:17 45:17
48:13 65:6
74:4 118:19
122:4

**recoveries**
46:25 50:17
71:1,7 73:10
73:11,23,25,25
74:8,11,15,17
74:18 77:8
78:6
**recovery** 107:3
**red** 92:2
**reduce** 39:5
**reducing**
105:21
**reemphasize**
81:16
**reference**
49:14
**referred** 42:16
61:4
**referring** 72:15
**reflect** 89:17
91:16
**reflects** 20:9
90:17
**refused** 37:25
**regard** 13:22
40:21 42:22
54:8 61:11
63:18 70:17
83:12 92:2
113:4
**regarded** 47:22
**regarding** 21:3
62:6 76:1 83:4
91:10 104:1,21
108:13 109:16
114:17

**regards** 115:24
116:10
**regimes** 40:19
42:13 98:20
**register** 49:24
52:5 53:22
**registered**
48:22
**registering**
44:5 45:22
**registration**
44:21
**registrations**
44:12
**regulation** 40:8
51:12,19 83:8
85:10,21 87:7
93:19
**regulations**
20:13 53:1
66:2 90:22
98:8,15
**regulator**
47:10,14 51:10
51:12
**regulators** 31:2
40:6 47:6 53:3
87:11 97:5,18
**regulatory**
20:11,20,22
28:23 30:9
31:4,8 39:13
40:1,5,14,16
40:18,23 41:2
42:13 49:6
52:8,18,19,21
52:23 53:4,6

53:14 89:4
90:19 91:3,6
91:24 92:14
93:1,19,21
94:10 98:3,20
100:8
**rehypothecate**
58:2
**reimbursement**
8:5,15 18:2,11
**reinstate**
113:24
**reject** 46:13
52:6,15 72:16
**rejected**
115:18
**rejections** 83:9
**relate** 85:20
**related** 19:1
53:17 80:15
97:10
**relating** 18:14
41:1 53:20
76:21 77:7
80:5
**relation** 78:4
**relationship**
101:16
**relative** 66:15
**relatively** 14:2
37:16 39:10
96:2 104:9
**relay** 119:6
**release** 19:16
29:3 74:23
75:2,17,18
77:5,6 79:5

80:2,24 81:1,4
82:2 89:21,21
91:21
**released** 75:15
76:8 79:10,12
79:18,23 80:3
80:4,11
**releases** 19:16
35:12 39:11
74:20,22 75:5
75:6,12,25
76:1,4,6 79:2,3
79:8,16,18
81:7,8 82:2
**releasing** 76:8
**relevant** 15:18
15:21 16:10
48:6 75:20
78:14,23 82:23
87:3 97:2
101:15,18
**reliance** 24:9
26:14 29:18
**relied** 13:8
92:7
**remain** 66:1
**remainder**
50:9
**remaining**
13:17 56:23
63:13 107:11
108:3
**remedy** 48:6
**remind** 15:4
**remove** 110:5
**rendered** 56:4

**renewed** 80:25
**reorganization**
36:13 38:8
47:2 49:19,20
50:22 86:8,10
**repeatedly**
87:18
**repeating**
51:10
**repetitive**
107:16
**replace** 110:6
**report** 42:1,8
**reports** 58:8
**represent** 23:2
77:4
**representation**
58:18
**representations**
42:10 58:10
**representative**
7:8 79:25
**representatives**
45:16 85:9
86:23
**represented**
41:24 101:9
102:6
**represents**
91:23 106:14
**request** 33:20
36:4 38:6
45:11 53:25
57:15 69:19
109:18 119:9
**requested** 66:5
103:22 118:21

**requesting**
87:20 99:5
108:12
**requests** 57:11
**require** 11:8
11:10 14:22
66:6 67:12
84:9 86:22
99:25 107:21
115:16 117:19
**required** 8:18
11:14 44:4,11
52:5 53:4
59:12 89:7,10
92:22 94:21
96:1 97:7 99:3
99:24 102:8
**requirement**
13:25 89:11
**requirements**
40:5 44:21
51:5 59:6 67:2
98:3 106:9
**requires** 20:10
20:20 59:21
60:3 65:15,17
87:25 90:18
91:3 93:10
**requiring**
14:23 63:4
**rescission** 80:7
**resentment**
78:19
**reserve** 25:18
26:1 57:23
77:11

**reserved** 99:21
**reserves** 56:21
**resolution** 7:24
  46:23
**resolutions**
  7:21
**resolved** 17:17
  51:13 95:22
  100:7 103:9,19
  103:20 108:3
**resonance**
  67:20
**resources**
  56:20 77:2
  78:4
**respect** 17:22
  18:21,25 28:16
  36:1 45:3
  47:10 95:1
  96:25 119:3
**respectfully**
  66:16
**respective**
  86:23
**respectively**
  60:25
**response** 64:6
**responsibility**
  104:17
**rest** 17:22
  59:25
**restrict** 88:25
**restrictions**
  53:12
**restructuring**
  80:12

**result** 37:19
  50:17 56:7
  78:2 81:23
  99:6
**resulting** 71:6
**results** 49:6
  55:2
**resumption** 7:3
**retail** 11:2
  67:21
**retained** 78:8
**returned**
  104:19
**returning**
  117:16
**returns** 110:24
**reveal** 46:5
**revealed** 53:24
  56:10,18
**revelations**
  41:15
**reverberated**
  41:12
**review** 28:13
  36:5 81:3
  101:20
**reviewed** 58:4
  72:19
**revisions** 33:10
  85:4 107:17
**rewards** 53:21
  106:15
**richard** 4:7
  28:12 32:22
**rid** 68:4
**ridiculous**
  15:10 27:11

31:14
**right** 7:2 10:21
  10:22 11:6
  12:11 16:1
  19:11 23:18
  24:8 25:18,24
  26:2 29:17
  32:17,21 34:8
  34:17 35:25
  36:11 48:10
  60:2 63:23
  64:16 66:25
  67:1 68:6,7,10
  68:25 69:20
  79:20 96:21
  103:16 109:11
  109:22 110:18
  115:7,21 117:9
  117:12 118:10
  119:19
**rights** 36:18
  77:11 78:5
  98:18
**rise** 80:9 94:17
  102:1
**risk** 94:14,24
  106:15
**risks** 52:18
**road** 9:24 94:1
  122:21
**robust** 39:8
**role** 58:24 59:4
  77:16
**routine** 82:15
**rule** 34:11,15
  51:19 65:12
  83:8 87:7

107:19
**ruled** 45:11
**rules** 24:2,4
  38:3 98:8
**ruling** 29:16
  43:2 47:3,18
**rulings** 36:22
  36:24 37:1
  39:16 81:14
  121:3
**run** 11:24 14:1
  66:8 117:14

**s**

**s** 3:1 7:1
**s.a.** 84:14
**s.d.** 84:16
**s.d.n.y** 84:6,20
**s.d.n.y.** 59:10
  83:14 84:15
**sacrificing**
  61:9
**sad** 117:1
**safe** 57:6
**sale** 30:8 38:9
  50:7 80:7,8
**sales** 39:4,5
  43:19,20 87:15
**sanctions** 88:2
  94:4,25
**sat** 25:16
**satisfied** 18:7
  18:17 104:20
**satisfy** 58:6
  102:14 103:1
**saved** 84:10
**saw** 35:13,21

saying 12:3
16:2 19:23
24:5 25:15
27:19 29:20
90:4 92:14
93:25 113:6
says 19:2,5,22
21:8,16 30:1
60:16 90:2
94:18
scale 35:15
scaled 35:11
85:1
scared 15:8
scenario
109:19
schedule
108:19
scheuer 4:14
36:2,3,8,10
scope 59:8
79:16 81:6
82:9 83:12
94:18
se 5:23 6:2,5
37:12,13,20,24
38:1 78:17
102:12 114:16
118:15,18
seated 60:2
sec 23:7 36:4,4
40:20 43:14,17
44:3,6,11,13
44:14,18,23
45:1,4,5,8,12
45:16,17,20,24
45:25 46:2,4,4

46:6,9,10,15
47:21,21 48:1
48:5,7,11 49:1
49:3,9,22 50:2
50:20,24 51:2
51:5,14,25
52:16 53:18,20
53:24 54:8,9
54:14 70:18
87:13,16 88:25
93:21 94:1
second 9:21
15:19 45:20
56:17 61:21
65:17 77:16
114:18 116:10
section 49:15
50:1,25 61:19
86:12,17 87:22
96:21 97:8
securities 4:9
4:10 40:8,9
43:14,20,22
44:5,7,20
45:21 46:18
48:2 49:24
security 8:17
9:2 10:8,18
11:17,22 12:3
12:4,17,19,24
13:16 14:1,7
14:16,18,20
15:3,9,24 16:9
16:14,22 17:9
45:18 47:23,23
48:5 49:23
50:4 52:3 57:5

57:7 58:3 64:3
64:14,17,24
65:9,16,23
66:5,13,17
68:18 80:8
113:5 114:3
115:7
securityhold...
103:7
sec's 40:25
45:9,15 47:20
48:20 49:11
see 7:5 22:23
32:18 33:9,18
42:7 57:20
59:9 62:9
67:24 73:5
78:10 83:13,24
84:13,19 94:15
109:6 110:19
113:12 116:23
117:5
seek 55:18 86:2
117:18
seeking 28:15
seem 11:25
40:6 107:15
seemed 23:3
seems 12:17
15:9 16:5 23:5
23:14 31:14
40:23 67:12
seen 22:20
105:1 119:13
segregates
57:24

selected 7:14
101:7
selection 7:12
59:3
selfies 8:1,7,9
11:4 64:9
65:17 68:15
112:11,23
sell 9:16 68:3
seller 18:3
selling 52:2
115:20
senators 42:18
send 22:24
sending 33:21
sense 14:4 32:2
61:4 94:15,19
99:3 110:22
sensitive 13:22
17:4 63:18
64:2
sent 11:16
42:17 44:18
54:2 75:7
112:18,19,21
sentence 22:2
23:24 27:4
sentenced
94:25
sentencing
92:23
separate 32:24
76:1 103:13
september
54:3
serious 86:6

serve   103:13
servers   57:4
service   13:9
   116:22
services   57:4
serving   79:14
   101:2
set   9:10 13:13
   19:7,8 31:4
   75:13 91:21
setting   39:17
settle   77:17
settlement
   76:12 77:15
   78:1,2,3,9,15
   78:22,25 79:4
   101:12,19,23
settlements
   76:6 77:3 78:5
settling   77:10
   78:4,19
several   40:4
   41:10 59:11
   81:17 117:15
severe   41:7
shareholder
   75:15 81:20
shareholders
   19:23 75:5
   81:18,25 82:5
shocks   41:8
short   87:17,20
shorthand
   49:14
shouldn't   30:1
   111:1

showed   107:21
showing
   116:24
shut   30:23 49:1
   101:17
sidelines   25:16
signature
   122:6
significant
   37:19 38:2
   52:24 77:4
significantly
   99:18
silent   27:7
similar   52:15
   95:11,13,21,22
similarly   20:24
   48:1 50:9
   88:14 91:6
   100:2 106:1
simple   62:22
simply   9:21
   26:9 29:19
   47:4 48:6
   55:20 64:23
   92:14 93:25
   94:6 100:8
   111:3,9
single   96:12
   119:14
sitting   32:4
situation   22:5
   117:23
six   62:9 67:16
   69:7 93:25
   94:2 96:7
   97:17

size   78:3
skeptics   59:14
slade   3:23
   23:19,21,21,24
   24:4,8,12,14
   109:1 112:16
   117:10
slam   77:1
slippage   14:3
small   115:11
smaller   37:16
snarliest
   102:22
snarling
   119:12,17
social   8:17 9:2
   10:8,18 11:17
   11:21 12:3,4
   12:17,19,24
   13:15 14:1,7
   14:15,17,20
   15:3,9,24 16:9
   16:14,22 17:9
   64:3,14,16,24
   65:9,16,23
   66:4,13,17
   68:17 113:4
   114:2 115:7
sole   103:24
solely   56:14,15
   57:22
solicitation
   83:4,8
solution   98:23
solutions   34:1
   122:20

solve   100:2
somebody   11:3
   12:18,18,21,23
   13:14 14:5,16
   19:23 21:21
   25:9,19 26:2
   27:8,18 30:6
   30:18 32:9
   67:17 85:22
   90:4 91:15
   94:7 104:6
   117:6
somebody's
   10:18 15:24
something's
   25:25
somewhat
   37:22
sonya   2:25
   122:3,8
soon   36:25
   85:12 98:7,8
sorry   17:24
   27:5 36:3
sort   23:15
   32:11 40:25
sorts   31:20
sought   56:18
   57:12 58:14
   115:14
sounded   23:16
source   10:17
sources   9:19
southern   1:2
   108:9
spaces   102:10

speak 16:19
23:3 25:25
29:10 30:21
32:1 114:13
speaking 29:13
38:8 82:10
speaks 33:25
special 3:11
5:9 35:7 76:17
76:19,22 77:1
78:9 80:19
81:10
species 93:15
specific 16:18
26:8 48:3 49:9
49:23 52:19
54:7
specifically
39:13 49:5
74:8 87:10
93:16
specified 19:17
89:22 105:18
specify 112:6
spelling 37:2
spent 94:2
spoke 101:18
spoken 31:3
33:5
springs 17:20
st 4:18
staff 45:17,20
45:25 46:2,9
51:3 53:18
120:8
staff's 46:5

stage 72:12
110:17,23
stake 43:8
stale 66:6
stand 18:24
33:4
standard 19:21
55:25 57:2
73:4 90:1
standards 57:9
58:5
standing 96:14
108:17
start 8:5 18:2
56:5
started 13:3
111:4
state 22:11
45:10 53:15
54:3,15,15
71:25 72:19,21
82:16 85:6,10
85:21 95:17,20
95:23 96:10,11
96:14 97:5
98:9 99:4
stated 45:13
52:22 53:8
71:3 82:23
83:2 107:10
statement 38:7
49:3,4 52:18
53:8,19,24,25
54:5 55:7,21
56:2,9,10,17
57:14 70:2,3,5
70:25 72:1,4

72:14,17,18,20
73:5,8,12,16
statements 8:1
8:12 11:4
41:20 42:4
58:11 64:10
68:16
states 1:1,11
4:1,17 5:1,2
21:1 23:2,15
32:2 49:16
54:15 57:21
61:24 62:2,7
62:17,18 70:1
75:21 76:7
82:8,10 84:22
86:13 87:7,9
91:8 95:20
96:1,20 97:22
98:1,4,11,16
98:21
stating 76:8
statue 87:7
statute 51:12
51:19 85:21
statutory 86:18
92:25 93:9
stay 34:12,13
34:14,18
104:12 108:13
108:18,21
109:14,18
111:24 117:16
117:24
step 14:3,24
67:12

stepped 27:20
stepping 93:20
steps 27:18
93:23
stirred 28:4
stock 99:13,16
99:17,20,23
106:16
stockton 5:15
stop 24:5 31:9
31:13 48:6,24
50:4,10 56:1
92:13 115:7
stopped 20:16
38:13 50:13
87:16 89:3
90:24
stopping 93:19
storage 57:6
store 67:24
stored 57:3
stores 112:9
strayed 37:22
street 4:11 5:3
strict 36:16
61:17
strictly 37:23
60:23 75:9
strong 78:18
78:20
structure 80:7
stuff 13:17
stupid 19:24
subject 21:22
22:4,12 36:16
40:4,7,9 41:7
45:20,23 52:23

69:21 76:23
80:8 81:4
94:24 107:12
**submission**
44:15 100:9
**submissions**
38:22 92:10
120:10
**submit** 66:17
**submitted**
36:22 59:13
**subpoena**
53:19 54:2
**substance**
24:25
**substantial**
56:22 107:17
**substantive**
55:9,10
**successor**
49:19
**sudden** 41:12
**suddenly** 85:18
**sue** 19:23
**sued** 90:3
**suffered** 81:22
82:5,7
**sufficient**
52:17 70:14
71:10 72:2,18
**suggest** 17:11
26:24 30:18
33:15,16,21
40:22 45:2,6
52:13 55:20
73:25 80:18
107:19

**suggested**
11:18 12:1
44:3,8 54:21
61:3,12 62:21
64:18 100:19
114:24
**suggesting**
43:25 58:22
**suggestion**
25:22 27:7
52:8 94:5 95:2
106:10
**suggests** 54:16
**suite** 122:22
**sullivan** 3:10
**superfluous**
107:15
**supervised**
83:16,19
**supplemental**
92:10 93:13
**support** 42:24
51:4 52:1
59:19 78:9
**supported**
66:19 114:11
**supports** 72:24
101:24
**supposed**
21:10 45:3
46:14
**supposedly**
54:25 113:14
**sure** 18:23 25:4
35:8 41:19
42:14 58:18
73:5 95:10

109:17 111:6
112:3 118:22
**surprised**
111:12,15
**susheel** 3:15
35:6
**suspect** 108:16
**sweep** 98:14
**sweeping** 80:21
**sworn** 57:14,16
**sympathize**
78:22
**system** 15:20
67:10

**t**

**t** 122:1,1
**tailored** 80:25
**take** 22:25
25:23 33:18
35:3 43:21
44:6 46:1 53:3
59:25 62:16,23
69:10 82:19
85:25 87:18
94:1 97:12
110:25 114:5,9
114:21,22
116:13,24
**taken** 20:12
29:12 39:21
45:19,23 50:4
55:23 72:6
73:11 81:22
82:18 85:16
87:7 90:19
95:3 103:5

**takes** 13:25
87:10 117:22
**talk** 115:8
**talking** 16:24
29:8,8 115:5
117:15
**targeted** 10:24
**tax** 38:20,20,23
38:23 105:21
105:22
**technical** 12:9
**technically**
96:20
**technology**
9:19 10:12
**tell** 14:8 21:23
26:1,6 29:25
30:20 47:14,16
51:2 67:16
68:4,23 87:5
**telling** 14:18
15:17 27:10
**tells** 21:21 24:2
**temporal** 28:24
**ten** 33:13
**tend** 37:16
**tentatively**
64:7 84:24
**term** 32:8
50:25 65:21
79:12 81:9
108:24
**termination**
36:18
**terms** 15:22
16:14 19:4
21:2 32:6,7

49:12 60:11,12
63:17 72:3,4,7
72:24 75:6
77:24 81:8
84:19 91:10
98:1 101:23
105:10 108:2
**testified** 58:12
71:14 100:24
101:2,14,17
**testimony**
57:12 68:21
71:22 77:23
78:1,3
**texas** 18:24
22:11 54:15
71:25 72:5,11
72:19,21,23
73:7,14,22
74:2,8 95:20
96:11,13
**thank** 7:16
17:14 22:14
24:14 29:11
31:15 34:8,15
35:24 36:10
37:13 65:4
66:21 68:9
69:14,20
109:10,11,21
110:2 111:14
114:13 115:20
115:21,23
117:8,10 118:9
119:6,7,20,24
120:1,3,8,10

**thanks** 68:7
120:8
**that's** 10:23
12:13 14:25
16:1,1,2 19:21
22:12 23:14
24:8,22 26:19
32:3,10,15,24
66:21 67:1,23
68:1,6,13 90:1
94:19,22
108:16 109:1,6
110:14 111:9
112:3,10,15,19
113:22 115:5
116:24 119:21
**theories** 48:7
**theory** 79:23
83:16
**therese** 4:14
36:3
**there's** 9:5,9
10:1,1,2,24
12:8 21:13
22:23 24:1,3,5
25:17 26:16
30:23 31:21
50:7,19 64:13
69:12 111:7
113:7,8,9,10
114:2 116:11
118:5
**they're** 15:8
21:18 26:22,23
27:12 51:18
86:1

**thing** 13:14
23:19 93:25
96:4 99:24
**things** 19:3
21:9 30:16
33:14 35:9,16
39:9 41:5
43:11 63:22
83:21,23 89:9
97:17 106:3
107:23 114:20
117:15
**think** 9:6,9,18
13:5 15:8,15
16:18,21 21:7
21:17 22:5,6
22:11,23 23:4
23:8,12,14,14
24:24 25:6,8
25:21,25 27:15
27:16,22 28:9
29:2,3,12,14
30:6,13,17
32:1,8,10,13
32:15 34:2,14
35:1,3 39:16
44:10,16 47:6
50:19 51:9
55:3 61:13
66:22 67:20
69:21 70:5
71:10 74:2,5
81:13 86:5
88:23 91:17
92:1 93:17
95:1,6 97:5,9
102:22 103:4

106:7,10
110:15,23
112:10,16
113:23 114:1,3
115:18 116:4,6
**thinking** 51:3
**thinks** 29:23
47:23 48:5
72:12 87:14
108:5
**third** 10:12,19
11:23 13:9
15:21 16:6
19:16 57:7
63:3 75:24,25
76:3 79:23
89:21 91:21
119:10
**thought** 48:1
60:7 65:5
104:15 119:25
**thousand** 69:2
**thousands** 28:2
28:2 95:9
**three** 9:18
24:17 41:9,10
62:4,19,25
76:22 77:7
78:6 97:3,7,14
**throat** 59:25
**throw** 10:23
110:21
**thursday** 37:7
**time** 10:7
11:22 13:4
14:9 21:20,21
21:23,25 33:6

35:3 50:3
56:12 58:19
60:16,17,20
61:7 64:4,8,23
65:2,5 66:8,22
67:23 72:22
73:18,20 83:7
85:7 89:11
95:14 96:5
99:1,9 110:8
115:24 117:8
117:22,24
120:3
**times**  37:21
59:11 81:17
**timing**  36:17
**tired**  118:10
119:11
**today**  9:24
33:1 36:24
37:10 81:14
88:9,15,19
94:6 108:11
118:19,22
**together**  23:11
79:9
**toggle**  50:12,19
71:2,8,17
92:20
**token**  44:1
45:18 46:16
47:22 48:4,7
49:23 50:2,5
52:2 105:5,7,9
106:24
**tokyo**  57:4

**told**  17:9 33:10
45:17,20 49:9
50:10 94:23
116:17
**tomorrow**
33:19 69:19
93:22 108:21
**tons**  10:22,22
**took**  13:4
31:13 49:3
81:21 85:18
**touch**  117:4,5,6
**towards**  23:9
23:24 78:19
**townsend**  5:15
7:11
**tracy**  5:22
118:14
**trade**  75:20
**traded**  48:4
105:8,24 106:1
**trades**  67:3
**trading**  39:7
39:20 40:19
48:6 50:5
**transaction**  8:3
9:11 10:17,25
12:11,14 15:2
16:9 20:16
25:19 30:10
31:23 32:5
36:15,20 43:3
55:13 56:21
59:8,23 60:6,8
63:12 65:10
67:23 70:20
77:12 80:14

88:12 90:3,5
90:13,24 92:16
93:21,24 109:5
**transactions**
19:21 20:2,6
21:1 29:21
47:7 48:18
51:16 52:7
53:2,5,9,13
80:9,13 82:12
82:17 83:20
86:24 87:4,24
88:8,15,20
89:2,8,25 90:8
91:9 92:13
93:8,10,16
**transcribed**
2:25
**transcript**
36:21 37:2
122:4
**transfer**  63:4,6
63:12,24 64:2
64:9,11,14,16
65:19 66:17,18
68:15,17 104:7
112:12
**transferred**
56:11 57:1
60:17 61:15
63:9 68:12,13
70:7,11,22
112:2
**transferring**
7:25
**transfers**  7:19

**translate**
102:19
**treasury**  65:14
**treat**  7:18
37:16 106:11
**treated**  42:5
80:10 106:25
**treatment**
61:22 95:19
97:7,10,21
98:4,13 100:13
100:15 102:15
103:8 104:1
106:8
**trevino**  118:18
**tried**  13:2
22:13 37:19
97:17 119:11
**trigger**  36:18
**trouble**  9:3
**true**  58:17,18
119:21 122:4
**truly**  88:14
**trust**  56:15
60:23 61:17
70:12
**trusted**  59:20
**trustee**  4:2
28:12,12,19
32:23 34:13
54:15 70:1
75:22 76:7
82:8 84:23
103:22 109:15
109:23 110:4,5
110:7,12
119:11

**truth**  74:12
**try**  14:5 23:11
  23:12 31:9
  48:8 104:18
  105:19 107:25
  108:2 115:10
  117:18
**trying**  15:10
  17:7 27:6
  30:22 32:1
  88:25 92:12
  117:14,17
**turn**  29:10
  43:11 113:20
**turned**  58:11
**tweaks**  24:24
  32:18 81:12
**two**  7:25 13:15
  17:7 28:14
  30:7 33:13
  43:16 53:18
  64:7,15 65:11
  68:14 76:15
  77:6 78:19
  95:16 109:5
  110:24 111:20
  113:17 115:24
  116:19
**type**  15:25
**types**  40:18
  80:21
**typical**  31:18
  91:15

**u**

**u.s.**  1:23 4:2
  22:17 28:12,12
  28:19 32:23

34:13 42:17
60:10,15,17,18
60:20,25 61:2
61:12 62:2,10
62:11,15,25
63:5,11,13,14
63:16,20,23
64:5,17,18,20
65:7,19,23
66:7,14 68:14
69:18 70:7,9
70:20,21 71:1
71:11 72:3,24
74:25 85:9
86:16,22 87:8
95:22 97:18,25
103:22 108:9
108:24 109:15
112:1,13 114:8
116:5,12,16,22
117:14
**u.s.'s**  87:16
  109:4
**ucc**  119:13
**ultimate**  107:4
  107:6
**ultimately**
  73:19 101:20
**unable**  31:6
  52:9
**uncertain**  40:2
  40:15
**uncertainties**
  52:24
**uncertainty**
  27:24 40:12

**unclear**  41:4
  42:13
**unconvincing**
  17:10
**undeliverable**
  104:19
**under**  19:14
  22:3,7 25:20
  26:23 37:18
  49:20 50:12
  58:19 62:1,17
  63:8 66:1,18
  67:9 71:1,2,2
  71:20 73:25
  77:24 87:22
  89:19 96:6
  97:1 99:11
  103:9 105:10
  113:10,11,14
**underlie**  71:18
**understand**
  11:19 13:18
  14:19 15:10
  17:1,7 34:17
  36:11 45:14
  48:11 59:13
  62:5 63:8
  64:22 67:14,19
  78:16 79:21
  91:19 102:18
  103:18 106:22
  107:25 115:2
  115:13
**understanda...**
  115:18
**understanding**
  9:4 11:13,20

12:7 13:11
14:10 15:14,18
28:14,22 76:10
84:23
**understood**
  36:7,9 108:22
  119:25
**undertaking**
  93:15
**undo**  77:11
**unenviable**
  43:2
**unequal**
  100:13
**unfair**  95:18
  96:20
**unfairly**  96:18
  96:25 105:5
**unfortunately**
  37:24
**unintentionally**
  36:18
**unit**  20:15
  90:23
**united**  1:1,11
  4:1 5:1,2 21:1
  23:15 32:2
  54:15 70:1
  75:21 76:7
  82:8 84:22
  91:8
**units**  53:10
**unknowable**
  40:17
**unknowingly**
  92:24

unknown  9:15
79:19
unlicensed
44:7
unlock  31:8
unnecessary
107:16
unreasonable
86:6 90:4
unregistered
44:7 52:3
unsecured
78:10,11 79:8
100:21 101:4
101:11 110:5
unspecified
44:1 87:15
unsupported
21:4,5 52:20
61:23 62:8,14
62:20 91:12,13
97:16 99:7
100:15
untethered
81:3
unusual  37:14
39:23 95:5
unusually
37:10
unwilling  31:6
unwillingness
93:6
unwittingly
92:25
uploaded  8:1,9
11:4 64:10
68:16

uploads  65:18
116:20
urquhart  3:10
use  12:4 32:8
72:3,4,7,24
used  29:13
41:23 50:25
users  116:2,13
uses  10:12
using  50:15
usually  58:20
58:21
utterly  31:14

**v**

v  78:11 83:24
vague  43:25
79:25
vaguely  51:21
87:14
vagueness
44:15
valuable  9:22
10:10,15 12:13
value  9:14,18
10:17 15:1,21
65:10,21 66:15
66:19 67:23
99:9,21 105:9
105:12,14,17
106:17,18
107:1
values  100:12
105:16 106:3
106:12,20,20
106:20,21
vanderbilt
5:10

variety  21:17
various  18:22
18:24 55:20
56:18 57:5,7
58:5 71:3
76:23
vary  99:8
veritext  122:20
vermont  95:23
version  34:11
82:20 119:23
vgx  30:8 45:18
46:15 47:22
50:2,7 87:15
105:5,5,7,9,12
105:12,16,17
105:24 106:6,7
106:13,22,24
vgx's  49:23
view  28:18
43:17 59:14
87:25
views  40:25
46:2,4
vigorously
78:20
violate  20:13
24:4,6 30:2
51:11 87:6
90:21 108:24
violated  91:6
violates  85:10
violating  44:20
44:21
violation  30:5
83:7 106:9

violative  51:19
virginia  57:4
virtually  40:17
voice  31:6
voices  111:16
volatile  9:25
volition  22:3
volumes  39:7
voluntary  75:9
vote  66:20
75:11
voted  96:23
97:4 113:16
votes  83:4
101:21
voting  101:21
113:13 114:12
voyager  1:7
7:4 9:16 10:14
11:15 12:16
13:8,14 14:13
16:8 18:8,9,10
36:13 37:12
39:25 41:6,10
52:2 53:14,20
53:21,22 60:19
61:16 63:5,5
63:15 77:12
79:12 92:19
98:17 101:15
101:17 102:16
104:10 113:9
116:1,13
voyager's  12:9
63:24 65:24
81:19,24 104:8

vtx  44:1

**w**

**wait**  8:7 29:10
  32:25 41:18
  62:9 96:5
  97:16
**waive**  18:9
**waived**  18:8
  116:1,13
**waiver**  34:12
  34:13
**wallet**  57:3
**want**  12:21
  14:7 15:11
  16:4 17:2,6
  25:18 26:1
  28:6 32:18
  33:10,17,18
  35:25 37:13
  62:15 67:14,22
  67:24,25 81:16
  97:18,21
  111:23 113:7
  115:2,3,10
  119:8 120:3
**wanted**  11:5
  24:18 28:5,14
  32:25 35:7,9
  35:10 45:4,12
  61:8 97:19
  108:15 111:19
  114:25 119:17
**wanting**  35:8
**wants**  9:2
  12:18 14:16
  24:22 68:19
  69:5 88:12

**warrants**  81:6
**warren**  75:23
**washington**
  4:12,19
**wasn't**  22:2
  118:22
**watkins**  3:3
  65:6 109:4
  111:25 114:8
  116:16
**way**  11:18 14:5
  20:14 22:24
  23:8 29:18
  35:8,20 38:15
  41:23,23 42:9
  51:18 55:8
  69:4,15 90:23
  92:20 96:21
  98:5 99:18,20
  103:8 105:8
  110:11 115:15
**web**  57:3
**website**  116:5
  116:8,22,23
**week**  7:25
  13:15 30:22
  64:7,15 68:14
  85:3 88:24
  113:17
**weeks**  93:25
  94:2
**welcome**  67:22
  68:1
**weren't**  28:23
  119:12
**we'd**  22:24
  33:14

**we'll**  35:21,22
  42:7 119:4
**we're**  7:2 10:1
  24:14 26:8
  31:20 59:24
  88:22,25 115:5
  117:21,22
  119:11
**we've**  10:22
  14:12 22:20
**whatsoever**
  85:17,17 95:12
**what's**  14:21
  31:9 32:11
  102:18
**whoever's**  29:8
**wholesale**
  63:12
**wholly**  86:6
**who's**  29:8
**who've**  7:13
  21:12
**wider**  40:23
**wiles**  1:22
**willful**  31:22
  80:17 84:4
  91:16
**winddown**
  76:9 103:24
  119:11
**wings**  26:4
**wipe**  66:24
  67:7
**wisdom**  39:13
  59:2
**wish**  31:2
  63:20

**wished**  97:12
**wishes**  64:21
  88:14
**withdraw**
  56:23 58:1
  61:1 115:25
  116:2,9,12
**withdrawal**
  115:25 116:11
  116:20,24
**withdrawals**
  61:8
**withdrawn**
  74:5
**witnesses**
  58:12
**woman**  22:10
  33:24
**won't**  21:16
  69:17 80:1
  103:11 110:3
**word**  29:13
  36:23
**wording**  22:13
  22:14
**wordsmithing**
  35:22 89:16,17
**work**  24:9
  37:14 74:22
  97:17 100:23
  100:25 102:2,7
  103:6 105:22
  107:24 108:2
  118:4,7
**working**  34:21
  35:4

| | |
|---|---|
| **works** 15:16 | **yep** 23:23 |
| **world** 102:2,6 | 32:15 |
| 102:19 114:21 | **yesterday** |
| **worried** 28:25 | 16:25 23:3 |
| 58:7 59:15 | 29:3,6 37:8 |
| **worries** 106:22 | 49:4,7 80:23 |
| **worrisome** | 80:24 81:14 |
| 41:15 | 85:13,14,22 |
| **worth** 37:9 | 99:5 103:10 |
| 76:20 78:21 | 104:14 106:10 |
| **wouldn't** | 110:22 |
| 110:21 115:3 | **york** 1:2,13 3:6 |
| 117:25 | 3:13,20 4:4 5:4 |
| **would've** 31:3 | 5:11,18 54:16 |
| **write** 8:8 | 95:17,19,25 |
| **writing** 22:24 | 96:4,5,6,8,10 |
| **written** 22:23 | 96:14,18,19 |
| 28:20 31:19 | 98:24 99:2,4 |
| 43:15,25 73:23 | 104:5,8,12 |
| 74:6 | 108:10 |
| **wrong** 44:25 | **yorker** 96:12 |
| 45:1 55:20 | **you'd** 14:14 |
| **wrongdoing** | 35:20 |
| 43:4,5 | **you're** 12:3,22 |
| **wrongful** 88:9 | 13:12 15:16 |
| **wrote** 34:3 | 16:2,22 22:1 |
| **x** | 25:15 29:9 |
| **x** 1:4,10 121:1 | 113:1 118:5 |
| **y** | **you've** 11:18 |
| **yeah** 9:8 24:3 | 12:1 17:9 28:4 |
| 32:12 112:16 | 35:22 119:13 |
| 112:20 | **z** |
| **year** 13:1 41:8 | **zero** 42:23 |
| **years** 40:4,14 | |
| 95:10 | |