

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

Andrew J. Ceresney
Partner
aceresney@debevoise.com
+1 212 909 6947

May 19, 2023

**VIA ECF**

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**SEC v. Ripple Labs Inc., et al., No. 20-cv-10832-AT-SN (S.D.N.Y.)**

Dear Judge Torres:

Plaintiff Securities and Exchange Commission and Defendants Ripple Labs Inc., Bradley Garlinghouse, and Christian A. Larsen (collectively, the "Parties") jointly request that the Court order the Parties to file on **June 13, 2023** public, redacted versions of their cross-motions for summary judgment and accompanying exhibits consistent with the Court's May 16, 2023 sealing ruling.  *See* ECF No. 819.  Although the Parties had previously requested, and the Court had ordered, that public, redacted versions of the materials be filed 21 days after the Court's sealing ruling, *see* Sept. 12, 2022 Order (ECF No. 620), which is June 6, 2023, the Parties now jointly request a one-week extension of that deadline in light of the voluminous nature of the materials and redactions.  This is the first request to extend this deadline.  The Parties further note that the Court approved a similar timeline for the filing of public, redacted versions of the *Daubert* motions, which were significantly less voluminous.  *See* Dec. 21, 2022 Order (ECF No. 743) (approving three-and-a-half week timeline).

Respectfully submitted,

*/s/ Ladan F. Stewart*
Ladan F. Stewart
U.S. Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Suite 400
New York, NY 10281
(212) 336-0159

*Counsel for Plaintiff Securities and Exchange Commission*


/s/ Andrew J. Ceresney
Andrew J. Ceresney
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000

*Counsel for Defendant Ripple Labs Inc.*


/s/ Matthew C. Solomon
Matthew C. Solomon
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 974-1680

*Counsel for Defendant Bradley Garlinghouse*


/s/ Martin Flumenbaum
Martin Flumenbaum
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

*Counsel for Defendant Christian A. Larsen*

cc:     All Counsel of Record (via ECF)