

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/19/2023
```

May 19, 2023

**VIA ECF**

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**SEC v. Ripple Labs Inc., et al., No. 20-cv-10832-AT-SN (S.D.N.Y.)**

Dear Judge Torres:

Plaintiff Securities and Exchange Commission and Defendants Ripple Labs Inc., Bradley Garlinghouse, and Christian A. Larsen (collectively, the "Parties") jointly request that the Court order the Parties to file on **June 13, 2023** public, redacted versions of their cross-motions for summary judgment and accompanying exhibits consistent with the Court's May 16, 2023 sealing ruling. *See* ECF No. 819. Although the Parties had previously requested, and the Court had ordered, that public, redacted versions of the materials be filed 21 days after the Court's sealing ruling, *see* Sept. 12, 2022 Order (ECF No. 620), which is June 6, 2023, the Parties now jointly request a one-week extension of that deadline in light of the voluminous nature of the materials and redactions. This is the first request to extend this deadline. The Parties further note that the Court approved a similar timeline for the filing of public, redacted versions of the *Daubert* motions, which were significantly less voluminous. *See* Dec. 21, 2022 Order (ECF No. 743) (approving three-and-a-half week timeline).

Respectfully submitted,

*/s/ Ladan F. Stewart*
Ladan F. Stewart
U.S. Securities and Exchange Commission

GRANTED.

SO ORDERED.

Dated: May 19, 2023
New York, New York

ANALISA TORRES
United States District Judge