UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,

Defendants.

Case No. 20-CV-10832 (AT) (SN)

**DECLARATION OF KYLIE CHISEUL KIM PURSUANT TO LOCAL RULE 1.4**

I, Kylie Chiseul Kim, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a member of the bar of the State of New York and am admitted to practice before the United States District Court for the Southern District of New York. On July 7, 2022, I appeared in the above-captioned case.

2. I respectfully submit this declaration pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York in support of my motion for leave to withdraw as counsel for Ripple Labs Inc. in this action.

3. Following May 24, 2023, I will no longer be associated with Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

4. Other attorneys at Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., and Debevoise & Plimpton LLP have also appeared in this action on behalf of Ripple Labs Inc. and will continue to be counsel of record. Accordingly, no delay or prejudice to any party will result from my withdrawal.

5. No retaining or charging lien is being asserted.

Dated: May 24, 2023  
Washington, D.C.

By: /s/ Kylie Chiseul Kim

Kylie Chiseul Kim
KELLOGG, HANSEN, TODD, FIGEL &
  FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
+1 (202) 326-7900
kkim@kellogghansen.com