UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RIPPLE LABS INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>　　　　　　　　　　Defendants. | Case No. 20-CV-10832 (AT) (SN) |

**PROPOSED ORDER**

　　Upon the motion for Kylie Chiseul Kim for leave to withdraw from this action as counsel for Ripple Labs Inc.,

　　IT IS HEREBY ORDERED:

　　1.　　The motion is granted.

　　SO ORDERED.

Dated:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　United States Magistrate Judge