# Exhibit 1

```
 1   IN THE UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   --------------------------------------------------x

 3   SECURITIES AND EXCHANGE COMMISSION,

 4              Plaintiff,        Case No.
                                  20-civ-10832(AT)(SN)
 5        vs.

 6   RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,
     and CHRISTIAN LARSEN,
 7
                Defendants.
 8
     --------------------------------------------------x
 9

10

11
          ** CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER **
12

13

14

15              VIDEOTAPED DEPOSITION OF

16                   DAVID SCHWARTZ

17

18
                   919 Third Avenue
19
                 New York, New York
20

21                 May 26, 2021

22                   9:17 a.m.

23

24   Reported b:
     Cheryll Kerr, CSR
25   JOB No. 210526CK
```

1

1   IN THE UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   --------------------------------------------------x

3   SECURITIES AND EXCHANGE COMMISSION,

4            Plaintiff,        Case No.
                               20-civ-10832(AT)(SN)
5        vs.

6   RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,
    and CHRISTIAN LARSEN,
7
             Defendants.
8
    --------------------------------------------------x
9

10

11      ** CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

12

13

14      VIDEOTAPED DEPOSITION OF DAVID SCHWARTZ, held

15   at the offices of Debevoise & Plimpton, LLP, located

16   at 919 Third Avenue, New York, New York, before

17   Cheryll Kerr, CSR, a Certified Shorthand Reporter

18   and notary public, on Wednesday, May 26th, 2021,

19   at 9:17 a.m.

20

21

22

23

24

25

                                                          2

```
1   COUNSEL FOR PLAINTIFF:

2   UNITED STATES SECURITIES AND EXCHANGE COMMISSION
    NEW YORK REGIONAL OFFICE
3   BY: JORGE G. TENREIRO, ESQ.
    BY:  DAPHNA A. WAXMAN, ESQ.
4   BY:   JON A. DANIELS, ESQ.
    200 Vesey Street, Suite 400
5   New York, NY  10281-1022
    Phone:  (212) 336-1060
6   E-mail:  tenreiroj@sec.gov
    E-mail:  waxmand@sec.gov
7   E-mail:  danielsj@sec.gov

8

    COUNSEL FOR DEFENDANT RIPPLE LABS, INC.:
9
    DEBEVOISE & PLIMPTON LLP
10  BY:  ANDREW J. CERESNEY, ESQ.
    BY:  CHRISTOPHER S. FORD, ESQ.
11  919 Third Avenue
    New York, NY  10022
12  Phone:  (212) 909-6000
    E-Mail:  ajceresney@debevoise.com
13  E-mail:  csford@debevoise.com

14
                 - and -
15
16  KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC
    BY:  BETHAN JONES, ESQ. (via Zoom)
17  Sumner Square
    1615 M Street, N.W.
18  Suite 400
    Washington, D.C.  20036
19  Phone:  (202) 326-7999
    E-mail:  bjones@kellogghansen.com
20

21

22

23

24

25  (Continued on the next page)
```

3

```
 1  APPEARANCES:   (Cont.)

 2
    COUNSEL FOR DEFENDANT BRADLEY GARLINGHOUSE:
 3
    CLEARY GOTTLIEB STEEN & HAMILTON, LLP
 4  BY:  NOWELL D. BAMBERGER, ESQ. (via Zoom)
    BY:  SAMUEL LEVANDER, ESQ.
 5  2112 Pennsylvania Avenue, N.W.
    Washington, D.C.  20037
 6  Phone:  (202) 974-1500
    E-mail:  nbamberger@cgsh.com
 7  E-mail:  slevander@cgsh.com

 8
    COUNSEL FOR DEFENDANT CHRISTIAN A. LARSEN:
 9
    PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP:
10  BY:  MICHAEL E. GERTZMAN, ESQ. (via Zoom)
    BY:  CARLY M. LAGROTTERIA, ESQ. (via Zoom)
11  1285 Avenue of the Americas
    New York, NY  10019-6064
12  Phone:  (212) 373-3547
    E-mail:  mgertzman@paulweiss.com
13  E-mail:  clagrotteria@paulweiss.com

14
    Also Present:
15
    David Shereck, Legal Videographer
16  Ladan F. Stewart, SEC (via Zoom)
    Mark R. Sylvester, SEC (via Zoom)
17  Nicole Forbes, SEC (via Zoom)
    Kyle Chernak, Debevoise & Plimpton (via Zoom)
18  Scott Caravello, Debevoise & Plimpton (via Zoom)
    Lisa Zornberg, Debevoise & Plimpton (via Zoom);
19  Alex King, Kellogg, Hansen et al., LLP (via Zoom)

20
                    ***      ***      ***
21

22

23

24

25
                                                        4
```

```
 1                          INDEX
 2   WITNESS                                           PAGE
 3   DAVID SCHWARTZ
 4        Direct examination by Mr. Tenreiro            16
 5        Cross-examination by Mr. Ceresney           409
 6
 7                        EXHIBITS
 8                 (Premarked on page 17)
 9   DS
     FOR ID          DESCRIPTION                       PAGE
10
     Exhibit 2     Multi-page printout from Bitcoin     231
11
                   Forum entitled "Latest Posts of
12
                   JoelKatz" dated April 15, 2013
13
     Exhibit 3     Multi-page printout from Bitcoin     226
14
                   Forum entitled "Latest Posts of
15
                   JoelKatz" dated April 17, 2013
16
     Exhibit 5     Multi-page printout from Bitcoin     246
17
                   Forum entitled "Latest Posts of
18
                   JoelKatz" dated May 13, 2013
19
     Exhibit 6     Multi-page printout from Bitcoin     107
20
21                 Forum entitled "Latest Posts of
22                 JoelKatz" dated May 20, 2013
23
24
25   (Continued on the next page)
```

5

```
 1                         EXHIBITS (Cont.)
 2   DS
     FOR ID           DESCRIPTION                        PAGE
 3
     Exhibit 7        One-page e-mail dated 6/10/2013      250
 4
                      to from David Schwartz to
 5
                      ███████████████
 6
     Exhibit 9        Two-page document entitled           120
 7
                      "XRP Ledger Amendment"
 8
     Exhibit 11       Two-page GitHub printout             174
 9
     Exhibit 13       Multi-page document entitled         196
10
                      "Validator Registry"
11
     Exhibit 14       Multi-page document entitled         179
12
                      "The Ripple Protocol Consensus
13
                      Algorithm"
14
     Exhibit 15       Multi-page document entitled         181
15
                      "Analysis of the XRP Ledger
16
                      Consensus Protocol" dated
17
                      February 21, 2018
18
     Exhibit 18       Three-page e-mail dated              184
19
                      4/16/19 from David Schwartz
20
                      ████████████████
21
     Exhibit 19       Document entitled "If Ripple          91
22
                      Failed, XRP died - General
23
                      Discussion - Xrp Chat"
24
25   (Continued on the next page)
```

6

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
 1                     EXHIBITS (Cont.)
 2   DS
     FOR ID       DESCRIPTION                     PAGE
 3
     Exhibit 20   Document entitled "Exchanges     270
 4
                  with XRP autobridging? (Aka 'I'm not
 5
                  going to spill the beans just yet') -
 6
                  General Discussion - Xrp Chat)
 7
     Exhibit 21   Four-page Twitter printout       256
 8
                  dated 5/5/2017
 9
     Exhibit 22   Multi-page document entitled     283
10
                  "Valuation Models - XRP The
11
                  Digital Currency vs. Ripple
12
                  the Company - XRP Trading
13
                  and Price Speculation - Xrp
14
                  Chat" dated 5/25/2017
15
     Exhibit 23   Multi-page document entitled     292
16
                  "For people asking about 'Coin
17
                  vs Protocol'" dated "29 juin"
18
     Exhibit 25   Two-page Twitter printout         51
19
                  entitled "David 'JoelKatz'
20
                  Schwartz on Twitter:
21
                  '@bitcoinlobo @SASchofield52
22
                  @Ripple I know it sounds
23
                  ridiculous tod…" dated 1/8/19
24
25   (Continued on the next page)
                                                     7
```

```
 1                        EXHIBITS (Cont.)
 2    DS
      FOR ID            DESCRIPTION                        PAGE
 3
      Exhibit 27        Five-page Insights article          198
 4
                        entitled "How We Are Further
 5
                        Decentralizing the XRP Ledger
 6
                        to Bolster Robustness for
 7
                        Enterprise Use" dated 5/11/17
 8
      Exhibit 30        31-page document entitled            66
 9
                        "What Did Ripple Do Wrong? -
10
                        Page 4 - General Discussion -
11
                        Xrp Chat"
12
      Exhibit 31        E-mail dated 4/18/17 from           382
13
                        ██████████████ to ██████████
14
                        ████████████ ████████████████
15
                        █████████████████████████████
16
                        ████████████████████████
17
      Exhibit 32        Nine-page printout from             260
18
                        Bitcoin Forum entitled
19
                        "[XRP] Ripple Speculation"
20
21
22
23
24
25    (Continued on the next page)
```

8

```
 1                    EXHIBITS (Cont.)
 2  DS
    FOR ID          DESCRIPTION                    PAGE
 3
    Exhibit 34      26-page printout entitled       310
 4
                    "Ripple sold $91.6 million
 5
                    of its digital currency XRP
 6
                    last quarter, as the price
 7
                    surged almost 30,000% -
 8
                    Press - Xrp Chat"
 9
    Exhibit 35      10-page printout from Bitcoin    318
10
                    Forum entitled "Latest posts
11
                    of JoelKatz" dated 5/30/17
12
    Exhibit 36      35-page printout entitled         80
13
                    Ripple: The Most Prestigious
14
                    Team - General Discussion -
15
                    Xrp Chat"
16
    Exhibit 37      33-page printout entitled        394
17
                    "Insiders Dumpling? - Page 6 -
18
                    XRP Trading and Price
19
                    Speculation - Xrp Chat"
20
21
22
23
24
25  (Continued on the next page)
                                                       9
```

```
 1                          EXHIBITS (Cont.)
 2   DS
     FOR ID            DESCRIPTION                    PAGE
 3
     Exhibit 38        26-page printout entitled       272
 4
                       "How do you like your
 5
                       misinformation?  Please,
 6
                       feel free to correct him -
 7
                       Off-Topic - Xrp Chat"
 8
     Exhibit 39        24-page document entitled       326
 9
                       "Can the first usage of
10
                       xRapid actually flood
11
                       the market with XRP? -
12
                       Page 3 - General
13
                       Discussion - Xrp Chat"
14
     Exhibit 40        34-page document entitled       351
15
                       "Ripple: 'The fundamental
16
                       Value of XRP' - Page 5 -
17
                       Press - Xrp Chat"
18
     Exhibit 42        Eight-page e-mail dated 12/31/17  219
19
                       from ██████@ripple.com to
20
                       ██████@ripple.com et al.
21
22
23
24
25   (Continued on the next page)
```

10

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
 1                        EXHIBITS (Cont.)
 2    DS
      FOR ID          DESCRIPTION                      PAGE
 3
      Exhibit 44      E-mail chain with the top         222
 4
                      e-mail dated 11/13/18 from
 5
                      █████████ to ██████████
 6
                      ████████ et al.
 7
      Exhibit 46      23-page document entitled         190
 8
                      "Can Ripple labs reverse a
 9
                      payment? - Page 2 -
10
                      Technical Discussion -
11
                      Xrp Chat"
12
      Exhibit 47      E-mail dated 2017-12-21           384
13
                      from ██████████ to
14
                      David Schwartz et al.
15
      Exhibit 48      E-mail dated 2018-01-09           387
16
                      from██████████ to
17
                      David Schwartz et al.
18
      Exhibit 52      10-page document entitled         337
19
                      "I am David Schwartz,
20
                      Chief Cryptographer at
21
                      Ripple.  AMA!"
22
23
24
25    (Continued on the next page)
                                                          11
```

1                    EXHIBITS (Cont.)
2    DS
     FOR ID          DESCRIPTION                    PAGE
3    Exhibit
4    Exhibit 57      38-page document entitled         342
5                    "Why the world needs Ripple
6                    XRP - Whitepaper" dated
7                    January 15, 2020
8    Exhibit 58      Three-page document entitled      355
9                    "Considering that the banks
10                   don't use XRP coins for their
11                   transactions, how can the XRP
12                   price go high even if the
13                   banks adopt the Ripple
14                   platform?" dated 11/12/17
15   Exhibit 59      Ripple document entitled          357
16                   "Where a community about
17                   your favorite things is
18                   waiting for you" submitted
19                   22 Jun 2017
20   Exhibit 60      Two-page document entitled         86
21                   "Issuing Gateway vs. Private
22                   Exchange - Gateways and
23                   Exchanges - Xrp Chat"
24
25   (Continued on the next page)

                                                       12

```
1                          EXHIBITS (Cont.)
2    DS
     FOR ID              DESCRIPTION                    PAGE
3
     Exhibit 61     Four-page document entitled         360
4
                    "Forbes - The Bear Case for
5
                    XRP - Page 3 - Press - Xrp
6
                    Chat"
7
     Exhibit 63     E-mail chain with top e-mail        369
8
                    dated 7/13/18 from Brad
9
                    Garlinghouse to ███████
10
                    ██████ et al., "Subject:
11
                    Coinbase decision"
12
     Exhibit 64     E-mail chain with top e-mail        372
13
                    dated 7/14/18 from Brad
14
                    Garlinghouse to Chris
15
                    Larsen et al.
16
     Exhibit 66     E-mail dated 7/23/18 from           379
17
                    ████████████ to Brad
18
                    Garlinghouse et al.
19
     Exhibit 68     E-mail chain with top e-mail        390
20
                    dated 7/18/19 from Brad
21
                    Garlinghouse to David
22
                    Schwartz
23
24
25   (Continued on the next page)
                                                          13
```

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

EXHIBITS (Cont.)

DS
FOR ID          DESCRIPTION                      PAGE

Exhibit 69      E-mail chain with top e-mail      393
                dated 3/31/2020 from David
                Schwartz to Brad Garlinghouse

Exhibit 70      E-mail chain with the top         213
                e-mail dated 7/6/2020 from Brad
                Garlinghouse to David
                Schwartz et al.

Exhibit 71      Eight-page document entitled      399
                "David "JoelKatz" Schwartz
                (u/sjoelkatz) - Reddit"
                dated 7/3/18

Exhibit 75      Nine-page document entitled       397
                Opencoin Features Overview"
                bearing Bates Nos.
                DS_RPLI0002158 through
                DS_RPLI0002166

Exhibit 76      Four-page Twitter printout        201
                entitled "David 'JoelKatz'
                Schwartz on Twitter" dated
                December 1, 2020

(Continued on the next page)

14

```
 1                      EXHIBITS (Cont.)
 2   DS
     FOR ID            DESCRIPTION                     PAGE
 3
     Exhibit 77        Document entitled "Technical FAQ -    161
 4                     XRPL.org"
 5
     Exhibit 80        Two-page e-mail chain with           375
 6                     top e-mail dated 6/20/18
 7                     from ▮▮▮▮▮▮▮▮▮ to
 8                     ▮▮▮▮▮@ripple.com
 9
     Exhibit 83        31-page document entitled "Master    404
10                     Press Q&A"
11
     Exhibit 84        10-page entitled "Make XRP Great"    404
12
13                     ***      ***      ***
14
15
16
17
18
19
20
21
22
23
24
25
                                                        15
```

```
09:17  1            THE VIDEOGRAPHER:  Okay.  This is the
       2       videotaped deposition of David Schwartz,
       3       deponent, in the matter of SEC vs.  Christian
       4       A. Larsen, defendants.  Case number is
09:17  5       20-civ-10832 and this deposition is being held
       6       at Debevoise & Plimpton, at 919 Third Avenue,
       7       New York, New York.
       8            Today's date is Wednesday, May 26th, 2021
       9       and the time is approximately 9:17 a.m.  My
09:17 10       name is David Shereck, certified videographer
      11       with Gradillas Court Reporters, located at 400
      12       North Brand Boulevard in Glendale, California.
      13            All appearances will be noted on the
      14       stenographic record, and the court reporter
09:17 15       today is Cheryll Kerr, also with Gradillas,
      16       and will you please swear in the deponent?
      17  D A V I D   S C H W A R T Z,
      18  called as a witness, having been duly
      19  sworn, was examined and testified
09:17 20  as follows:
      21
      22            DIRECT EXAMINATION
      23            BY MR. TENREIRO:
      24
09:17 25  (Continued on the next page)
```

16

```
09:17  1              (Thereupon, the following exhibits were
       2         premarked for identification:  DS Exhibit 2, 3,
       3         5, 6, 7, 9, 11, 13, 14, 15, 18, 19, 20, 21, 22,
       4         25, 27, 30, 31, 32, 34, 35, 36, 37, 38, 39, 40,
09:17  5         42, 44, 46, 47, 48, 52, 57, 58, 59, 60, 61, 63,
       6         64, 66, 68, 69, 70, 71, 75, 76, 77, 80, 83, and
       7         84.)
       8  BY MR. TENREIRO:
       9         Q.   Please state your name for the record.
09:17 10         A.   David Schwartz.
      11         Q.   Mr. Schwartz, are you represented by counsel?
      12         A.   I am.
      13         Q.   Who is your counsel?
      14         A.   Debevoise.
09:17 15         Q.   Okay.  My name is Jorge Tenreiro.  I'll be
      16  asking questions today on behalf of SEC.
      17         With me are my colleagues Daphna Waxman, Jon
      18  Daniels, and other SEC staff members on the phone.
      19         Mr. Schwartz, other than SEC testimony in this
09:17 20  case, have you ever given testimony under oath before?
      21         A.   I have been deposed before.
      22         Q.   In connection with what matter?
      23         A.   Well, previously with this matter, and once
      24  with an IRS matter involving a former employer of mine.
09:18 25              MR. CERESNEY:  Mr. Tenreiro, just before
```

17

09:18 1           we proceed any further, just two stipulations

2           on the record.

3               One is that any objection by defense

4           counsel will be imputed to the other

09:18 5           departments, so defendants Garlinghouse and

6           Larsen --

7               (Thereupon, an informal discussion was

8       held off the record with the shorthand

9       reporter.)

09:18 10          MR. CERESNEY:  Any objection by one party

11          will be an objection by all parties.  That's

12          one stipulation.

13              The other stipulation is that this

14          transcript will be marked confidential under

09:18 15          the protective order in this case.  That's it.

16              (Thereupon, an informal discussion was

17       held off the record.)

18          THE VIDEOGRAPHER:  Off the record at 9:18

19          a.m.

09:18 20          (Recess taken at 9:18 a.m.)

21          (Resumed at 9:24 a.m.)

22          THE VIDEOGRAPHER:  Back on the record at

23       9:24.

24 BY MR. TENREIRO:

25

                                     18

09:24  1      Q.    Thank you.  So, Mr. Schwartz, it sounds like
       2  you've -- you know, you've given testimony or deposition
       3  under oath.  Just briefly, to remind you, it's important
       4  that we don't talk over each other.  If you wait for me
09:24  5  to complete my question before answering in order to
       6  create a clear record, I'll try to do the same.  Please
       7  give verbal answers rather than shaking your head or
       8  nodding, and don't tell me the substance of any advice
       9  that your lawyers have given you throughout the course
09:24 10  of today's deposition.
      11      I'll start by asking you if there's any reason why
      12  you cannot testify truthfully or accurately today.
      13      A.    There is not.
      14      Q.    Okay.  Mr. Schwartz, are you employed?
09:24 15      A.    Yes.
      16      Q.    And where?
      17      A.    I am employed by Ripple.
      18      Q.    Since when?
      19      A.    Well, I started work on what eventually
09:24 20  became the company Ripple in November of 2011, and I was
      21  employed by the company since it was formed.
      22      Q.    And what is your title today?
      23      A.    My entitled today is chief technology
      24  officer.
09:24 25      Q.    When did you get that title?

                                                             19

09:24 1   A. I believe it was sometime in 2018.  I'm not

2 exactly sure.

3   Q. Who do you report to today?

4   A. I report to Brad Garlinghouse.

09:25 5   Q. Before 2018, did you report to -- did your

6 reporting structure change when your title changed?

7   A. It did.  Prior to that, I reported to Chris

8 Larsen.

9   Q. Did you report to Mr. Larsen even when he was

09:25 10 no longer CEO of the company?

11   A. Yes.

12   Q. Okay.  Why did you report to him?

13   A. A small number of employees, including

14 myself, remained in sort of the previous reporting

09:25 15 structure still reporting to Chris Larsen.

16   Q. Who else remained reporting to Mr. Larsen?

17   A. I know his executive assistant did, and I

18 believe ███████████ did.

19     (Thereupon, an informal discussion was

09:25 20   held off the record with the shorthand

21   reporter.)

22     THE WITNESS:  ██████████, his

23   executive assistant, and ██████████

24   ██████████.  Sorry.  I sometimes forget.

09:25 25     THE SHORTHAND REPORTER:  It's okay.

20

09:25 1    BY MR. TENREIRO:

2          Q.    No problem.  Why did your reporting structure

3    change sometime in 2018?

4                (Pause.)

09:26 5          THE WITNESS:  Chris Larsen had been

6                reducing his day-to-day responsibilities with

7                the company over a period of time, and this

8                was just sort of a step in that process.

9    BY MR. TENREIRO:

09:26 10         Q.    Okay.  Does anyone report to you currently?

11         A.    No.

12         Q.    How is it you came to work for the company or

13   the project that became Ripple in November of 2011?

14         A.    ████████████  had the original idea for what

09:26 15   eventually became the company, and he found me online.

16         Q.    Where online?

17         A.    I believe he was familiar with -- with who I

18   was and what I was doing at the time through my posts on

19   a Bitcoin forum, and then he posted a job offer on, um,

09:27 20   I think it was stack exchange careers, which was like an

21   experimental -- an experimental website at the time.

22         But -- and I think he had someone point me to it,

23   posted that job offer so I would specifically see it.

24         Q.    And what did you work or what can do you

09:27 25   before you started working on this project in November

21

09:27  1    of 2011?

        2         A.     Prior to that, I worked for a software

        3    company in San Jose called ████████████.

        4         Q.     What were you doing for them?

09:27  5         A.     I was in charge of software development.

        6         Q.     Okay.  Can you briefly describe your

        7    educational background post-high school?

        8         A.     I studied electrical engineering at the

        9    University of Houston.

09:27 10         Q.     Anything else?

       11         A.     No.

       12         Q.     Okay, and what is your role at Ripple today?

       13    What are your responsibilities?

       14         A.     Today, I -- I have -- I am responsible for

09:27 15    the security of the company's XRP holdings, and

       16    generally the direction of development, strategic

       17    direction, those kinds of things.

       18         Q.     What do you mean by "the security of the

       19    company's XRP holdings"?

09:28 20                    MR. TENREIRO:  Actually, strike that.

       21    BY MR. TENREIRO:

       22         Q.     Just for the record, what is XRP?

       23         A.     A digital asset that trades on the

       24    decentralized public ledger.

09:28 25         Q.     And what do you refer -- what do you refer to

                                                                    22

09:28  1   that ledger as?

2       A.    The XRP Ledger.

3       Q.    Okay.  Just so that we can use the same

4   language, what do you mean by you are "responsible for

09:28  5   the security of the company's XRP holdings"?

6       A.    Digital assets like XRP can be stolen or

7   compromised in various ways, and one of my

8   responsibilities is to make sure that that does not

9   happen to the company's XRP holdings.

09:28 10       Q.    How much -- what are the company's XRP

11   holdings today?

12       A.    I would have to check to give you the exact

13   number, but roughly 50 billion XRP.

14       Q.    Okay.  Has that number changed over time?

09:28 15       A.    It has decreased over time.

16       Q.    Okay.  We'll get back to that.  So who -- who

17   wrote the code for what became the public version of the

18   XRP Ledger?

19       A.    Several hundred people.

09:29 20       Q.    What was your role in that?

21       A.    I was probably one of the two major

22   developers in the early days, then gradually reducing

23   over time.

24       Q.    In the very early days, 2011/2012 time

09:29 25   period?

23

09:29 1       A.    Yes.

2       Q.    Okay.  At that point, who was writing code?

3   Was it several hundred people back then?

4       A.    No.

09:29 5       Q.    Okay, so who was writing back then?

6       A.    The two primary developers were myself and

7   Arthur Britto.

8       Q.    Did you copyright the code?

9       A.    It's automatically copyrighted as soon as we

09:29 10  create it.

11            (Thereupon, an informal discussion was

12         held off the record with the shorthand

13         reporter.)

14            THE WITNESS:  It's automatically

09:29 15         protected by copyright as soon as we write it.

16   BY MR. TENREIRO:

17       Q.    What do you mean, "automatically protected by

18   copyright?

19       A.    My understanding of the way copyright in the

09:30 20  United States is that nothing specific needs to be done

21   for a work to be copyrighted.

22       Q.    Okay, and where did you derive that

23   understanding, without discussing the advice of counsel,

24   if you can answer that?

09:30 25       A.    Just various intellectual property issues

24

09:30  1  that I've been involved with throughout my entire

2  career.

3      Q.    Okay.  When was the XRP Ledger deployed to

4  the public?

09:30  5      A.    I would have to -- I would have to check the

6  exact dates, but I think it was either late 2012 or

7  early 2013.

8      Q.    Okay, and did XRP -- was XRP in the genesis

9  block for the ledger?

09:30 10      A.    Yes.

11      Q.    Okay, and when was XRP created?

12      A.    It's not really possible to answer that

13  question.

14      Q.    Why is that?

09:31 15      A.    Because the term XRP is not sufficiently

16  precisely defined to allow you to draw a bright line.

17      Q.    What would you need to define it in order to

18  draw a bright line?

19      A.    Some precise definition that was -- that will

09:31 20  enable you to say that on a particular date, what

21  existed was or was not XRP.

22      Q.    Let me ask you this:

23      Is it fair to say that at some point, Mr. Britto

24  wrote code that would define how the initial

09:31 25  distribution of XRP would occur?

25

09:31 1        A.    Yes, yes.

2        Q.    Okay, and what would --

3        What did that code provide in terms of the

4    distribution?

09:31 5        A.    That code placed 100 billion units, each

6    divisible into one million subunits, into the genesis

7    block.

8        Q.    Okay, and is it fair to say the ledger that

9    you were working on as reset a number of times before it

09:31 10   was deployed publicly?

11       A.    Yes.

12       Q.    And each time it was reset, what --

13       Would that be a sort of -- new genesis block each

14   time it was reset?

09:32 15       A.    Yes.

16       Q.    Okay, and so there was a sort of new

17   iteration of XRP each time there was a reset?

18       A.     I -- I hesitate to adopt that terminology,

19   again, because the term "XRP" --

09:32 20       It's a term that has a precise meaning today, but

21   it -- it can't necessarily draw that meaning back in

22   time.

23       Q.    Okay.  Fair enough.

24            (Pause.)

09:32 25   BY MR. TENREIRO:

26

```
09:32   1        Q.      Who decided to deploy the XRP Ledger

        2   publicly?

        3                  MR. GERTZMAN:  Objection to the form.

        4                  (Thereupon, an informal discussion was

09:32   5            held off the record.)

        6   BY MR. TENREIRO:

        7        Q.      Go ahead.

        8        A.      That was something that we had always planned

        9   to do from the very, very beginning.

09:32  10        Q.      At what point did Mr. Larsen get involved

       11   with that project?

       12        A.      ██████████ brought Chris Larsen in to be

       13   CEO.  I couldn't place the time period exactly for you,

       14   but prior to the formation of the company.

09:33  15        Q.      Was the company formed prior to the public

       16   launch of the ledger?

       17        A.      I'm not sure.

       18        Q.      Okay.  Did Mr. Larsen have any role in

       19   deciding to publicly launch the ledger?

09:33  20        A.      He was CEO at the time and he was present at

       21   conversations about the timing, but I -- I couldn't tell

       22   you how much inputs he provided.

       23        Q.      Briefly, so that we're -- you know, I'm

       24   trying to get on the same page, which is the XRP Ledger.

09:33  25   You already said something, but could you expand a
```

                                                                        27

09:33  1  little bit?

2      A.    Sure.  The XRP Ledger is a public,

3  decentralized -- it is technically a blockchain that

4  stores and processes transactions to move XRP and other

09:34  5  digital assets.

6      Q.    You say, "technically a blockchain."  Why did

7  you say, "technically a blockchain"?

8      A.    The term "blockchain" has evolved over time,

9  but as I understand the meaning of the term

09:34 10  "blockchain," it meets the criteria to be considered a

11  blockchain.

12      Q.    What do you understand the meaning of the

13  term "blockchain" to be?

14      A.    I understand the meaning of the term

09:34 15  "blockchain" to be literally a chain of blocks, and by

16  "blocks," I mean chunks of information that contain

17  transactions.

18      And by "chain," I mean each block, except the first

19  one has a cryptographically secure reference to the

09:34 20  prior block.

21      Q.    And does the XRP Ledger --

22      Is the XRP Ledger a chain of blocks or is it a

23  chain of ledgers?

24      A.    You could --

09:34 25      You could use either terminology.  The way I use

28

09:34   1   the terms, a ledger is a block with some additional

     2   information in it.

     3        Q.    And does every block in the XRP Ledger or

     4   every ledger, as whatever term we're using, have a

09:34   5   cryptographically secure reference to the prior block?

     6        A.    Yes.  Except the first, obviously.

     7        Q.    Except the first?  Now, is it also fair to

     8   say that -- let's talk about blockchains generally.

     9        A distributed blockchain is -- is run over several

09:35  10   computers, a network of computers?

    11        A.    Yes.

    12             MR. CERESNEY:  Objection to form.

    13   BY MR. TENREIRO:

    14        Q.    Is that also true for the XRP blockchain?

09:35  15        A.    Yes.

    16        Q.    Sorry.  XRP Ledger.  Apologies.

    17        Now, when the XRP Ledger was publicly launched, how

    18   many nodes was the computer running -- was -- was the

    19   network running on?

09:35  20        A.    I know at that time, there were three

    21   validators, but I couldn't tell you how many -- other

    22   nodes.  Let me rephrase a little more precisely.

    23        There were three validators that were on what we

    24   would call UNL.  There may have been other validators

09:35  25   running or other servers.  I couldn't tell you for sure.

                                                         29

09:35 1       Q.    Let's take it one step at a time.  What is a

2    validator in the context of the XRP Ledger?

3       A.    In the context of the XRP Ledger, a validator

4    is a node that coordinates with other nodes in the

09:36 5    consensus process.

6       Q.    And the consensus process achieves what

7    purpose?

8       A.    The purpose of the consensus process is to

9    break ties in the ledger.

09:36 10       Q.    Is one of the purposes to --

11       Well, is one of the purposes of the validators to

12    permit the ledger to continue moving forward?

13            MR. CERESNEY:  Objecting to form.  You

14            can answer.

09:36 15            THE WITNESS:  One of the purposes of the

16            validators is to ensure a consistent view of

17            the ledger as it moves forward.

18            Otherwise, there could be equally good

19            ways the ledger could make forward progress.

09:36 20            (Thereupon, an informal discussion was

21            held off the record with the shorthand

22            reporter.)

23    BY MR. TENREIRO:

24       Q.    So do the validators help the ledger make

09:36 25    forward progress?

30

09:37  1        A.    They ensure there's a -- that it's possible
       2    to have a single view on how the ledger makes forward
       3    progress.  It would make forward progress without them.
       4        Q.    How would it make forward progress without
09:37  5    them?
       6        A.    The way the software is designed, it's -- we
       7    describe it as opportunistic.  That is, it makes forward
       8    progress unless it is impossible to make forward
       9    progress, which it basically never is.  The -- yeah, I
09:37 10    think I'll stop there.
      11        Q.    Well, without the validators ordering
      12    transactions, would there be double spin?
      13        A.    What could happen is there could be
      14    disagreement over -- over which ledger people wanted to
09:37 15    honor.
      16        Q.    So fork, in other words?
      17        A.    Yes, an unintentional fork.
      18        Q.    Has there ever been a fork on the company
      19    ledger since inception?
09:37 20        A.    There are forks of the type that you were
      21    just talking about all the time.  I guess you would call
      22    them minor or small forks.
      23              But if the network is operating normally, they
      24    don't cause any -- they don't cause any problem.  They
09:38 25    last -- you know, a couple of seconds.

                                                                    31

09:38   1         Q.    So just to make sure I understand the insert,

        2   have there ever been any forks on the XRP Ledger since

        3   inception, other than minor forks that have not lasted

        4   more than a few seconds?

09:38   5                   MR. CERESNEY:  Objection to form.

        6                   THE WITNESS:  Right.  Other than those

        7                minor things that are technically forks that

        8                don't cause -- they're completely harmless and

        9                you wouldn't even notice unless there were

09:38  10                specific -- there has not been a harmful

       11                fork -- to my knowledge, at least -- since the

       12                inception.

       13                   (Thereupon, an informal discussion was

       14                 held off the record with the shorthand

09:38  15                 reporter.)

       16   BY MR. TENREIRO:

       17         Q.    When was the last time the XRP Ledger was

       18   reset?

       19         A.    I believe it was early -- late 2012, but I'm

09:39  20   not exactly sure.

       21         Q.    Was it around the time it was publicly

       22   deployed?

       23         A.    I think it was within a couple months.  I'm

       24   not sure.

09:39  25         Q.    And the 32,000 or so blocks that were lost

                                                                    32

09:39   1   originally -- when was that, approximately?

        2                    MR. CERESNEY:   Objection.

        3   BY MR. TENREIRO:

        4        Q.    Were there -- has the XRP Ledger --

09:39   5        Are some of the original blocks or ledgers -- were

        6   they lost?

        7        A.    Yes.

        8        Q.    Okay, and when was that, just in time?

        9   Before or after the public launch?

09:39  10        A.    I think it was after, but I'm not certain.

       11        Q.    Okay.  Does it affect the functioning of the

       12   ledger today in any way?

       13        A.    No.

       14        Q.    Why not?

09:39  15        A.    The XRP Ledger is designed -- it doesn't

       16   require you to have history in order to operate.

       17        Q.    Every new ledger -- every closed ledger has

       18   all of the information, in other words?

       19        A.    Correct.

09:40  20                    MR. GERTZMAN:   Objection to form.

       21   BY MR. TENREIRO:

       22        Q.    Okay.  So is it fair to say that your

       23   recollection is that when the ledger was launched, there

       24   were three validators that were engaged in the consensus

09:40  25   process?

                                                                33

09:40   1          A.      Yes.

        2          Q.      And who operated or ran those validators back

        3    then?

        4          A.      My recollection is that until the incident

09:40   5    with the lost ledgers, ███ ran them exclusively.

        6          Q.      From his home?

        7          A.      Well, he operated them for wherever they

        8    were.  The validators themselves -- I believe they were

        9    running on an Amazon infrastructure.

09:40  10          Q.      And the loss of some of the -- the loss of

       11    some of the blocks caused a change in that, I guess?  Is

       12    that what you're saying?

       13          A.      Yes.

       14          Q.      And what happened after that?

09:40  15          A.      After the incident with the lost blocks -- at

       16    first, we didn't know --

       17          We didn't know what had happened, so ███ asked me

       18    to investigate, and in order to do that, I needed access

       19    to those validators.

09:41  20          Prior to that, I didn't have any role.  I'm not

       21    even positive I knew that there were three.  I might

       22    have.  I might not have.  At that point, it became

       23    important that I look at the infrastructure.

       24          Q.      What had happened, just briefly?

09:41  25          A.      All -- all three of the validators that Jed

                                                                    34

09:41 1    was running at the time were built -- were built

2    substantially the same way.  They were on the same

3    infrastructure and they all ran out of disk space at

4    roughly the same time of the.

09:41 5        The software, at that point, didn't have any

6    safeties to handle that in the same way, so there was a

7    data -- relationships between data was lost.

8        Q.    Does the software have safeties to handle

9    that today?

09:41 10       A.    Yes.

11       Q.    Who programmed that into the software?

12       A.    I believe either myself or ███████████ did

13   so immediately after that incident.

14       Q.    What language is the software program in?

09:42 15      A.    C++.

16       Q.    What was the function of XRP at the time that

17   the ledger was launched publicly?

18       A.    At that time the time, the primary function

19   of XRP was to sort of fund transactions pay for

09:42 20  transactions and prevent spam.

21       Q.    So -- and how much did the transactions cost

22   at that time, approximately?

23       A.    I don't remember exactly.

24       But it would have been much less than one XRP,

09:42 25  probably on the order of magnitude like a thousandth of

                                                              35

09:42  1   an XRP, possibly less.  I don't exactly recall.

2                      MR. GERTZMAN:  Objection.

3                      (Thereupon, an informal discussion was

4             held off the record with the shorthand

09:42  5             reporter.)

6   BY MR. TENREIRO:

7        Q.    Did -- you said, "fund transactions."

8        Was someone receiving the XRP when they engaged in

9   a transaction, or what was happening to the XRP?

09:43 10        A.    Transaction fees are destroyed.

11        Q.    So the XRP that was, let's say, charged by

12   the ledger for a transaction just disappears?

13        A.    Correct.

14                      MR. CERESNEY:  Objection to form.  You've

09:43 15             got to wait.

16                      THE WITNESS:  Yes.

17   BY MR. TENREIRO:

18        Q.    Is that still the case today?

19        A.    Yes.

09:43 20        Q.    And the cost of a transaction has changed

21   over time for this function only?

22        A.    I think -- I think there was at least one

23   change, but I don't recall for sure.

24        Q.    Who would have programmed that change?

09:43 25        A.    There was a change to the fee structure that

36

09:43  1   I originally designed, and it was implemented by the

       2   team -- the team at the time.

       3        Q.     The programmers?

       4        A.     Yes.

09:43  5        Q.     When I asked you what the function of XRP was

       6   at the time that the ledger was launched publicly, you

       7   said at that time, the primary function was to sort --

       8   sort the fund transactions.

       9        A.     Uh-huh.

09:44 10        Q.     Was there any other function at that time?

    11        A.     Very close to that time, there was another

    12   function.

    13        Q.     What was that?

    14        A.     That was as -- as a sort of intermediary

09:44 15   currency between other assets on the ledger.

    16        Q.     Is this in connection with the exchange that

    17   Ripple constructed on the XRP Ledger?

    18        A.     It is in connection with the decentralized

    19   exchange.

09:44 20        Q.     Who created that exchange?

    21        A.     That was a very early design idea in very

    22   early 2012, and that was primarily developed by █████

    23   ████.

    24        Q.     Does that function exist today?

09:44 25        A.     Yes.

    37

09:44   1          Q.    Is it used today?

        2          A.    Yes.

        3          Q.    You know, how --

        4          What's the order of magnitude of XRP used on that

09:44   5    today?

        6          A.    I could not tell you offhand the magnitude of

        7    XRP that's used.  I can tell you the value exchange is

        8    on the order of $10 million a day, some XRP, some not.

        9    I suspect XRP is the dominant fraction of that.

09:45  10          Q.    So it's other assets being exchanged for each

       11    other?

       12          A.    Yes.

       13          Q.    What assets, for example?

       14          A.    There are assets denominated in U.S. dollars,

09:45  15    other cryptocurrencies are there, and then there are

       16    assets that represent either commodities or intangible

       17    items.

       18          Q.    Has Ripple ever sold XRP for use in this way

       19    on this decentralized exchange on the ledger?

09:45  20                (Pause.)

       21                THE WITNESS:  Ripple has sold XRP at

       22          times when XRP was being used on the

       23          decentralized exchange.

       24    BY MR. TENREIRO:

09:45  25          Q.    But has Ripple ever sold it specifically for

                                                                     38

09:45  1    that use, as far as you know?

2          A.    It's hard to make sense of that question.

3    Generally, we didn't know what people were going to use

4    XRP for.

09:46  5          Q.    Okay.  At some point, did another use for XRP

6    develop?

7          So we talked about the use as you've described the

8    first user, the primary use as sort of avoiding spam

9    transactions.

09:46 10          A.    Uh-huh.

11          Q.    Is that a fair characterization of that use?

12          A.    Yes.

13          Q.    And then we talked about the exchange.  At

14    some point, did other uses develop?

09:46 15          A.    Yes.

16          Q.    Okay, and let's start with when.

17          A.    Roughly 2014, XRP started being used

18    essentially as a means of payment.

19          Q.    And who developed that use?

09:46 20          A.    I don't know.

21          Q.    Was it someone at Ripple?

22          A.    No.

23          Q.    Did Ripple promote XRP as a means of payment?

24                MR. CERESNEY:  Objection to form.

09:47 25                THE WITNESS:  If you interpret "promote"

39

```
09:47    1              broadly enough, I believe, for example, we
         2              circulated documents that mention that as a
         3              use case.
         4    BY MR. TENREIRO:
09:47    5         Q.   Okay.  All right.  Just to be clear, no one
         6    at Ripple developed that use case; is that fair?
         7         A.   I don't believe so.
         8         Q.   Okay, and at any point in time, did any other
         9    uses develop?
09:47   10         A.   I -- I think the -- I think there certainly
        11    were others.
        12         Q.   Well, actually, let me take a step back.
        13    Earlier, when I asked you whether Ripple had ever sold
        14    XRP specifically for use on the decentralized exchange,
09:48   15    you said it's hard to make sense of that question.
        16    Generally, we didn't know what people were going to use
        17    XRP for.
        18         Is that also true with respect to XRP's use as a
        19    means of payment?  Did Ripple ever sell it specifically
09:48   20    for that use, as far as you know?
        21              MR. GERTZMAN:  Objection to form.
        22              THE WITNESS:  Construing that broadly,
        23              you could include some of our -- some of the
        24              ODL uses.
09:48   25    BY MR. TENREIRO:
```

40

09:48  1          Q.    Construing what broadly?

       2          A.    Means of payment?  Yes.

       3          Q.    You could construe some of the ODL -- well,

       4     did Ripple sell XRP in connection with ODL?

09:48  5                     MR. GERTZMAN:  Objection to the form.

       6                (Pause.)

       7                     THE WITNESS:  Yeah, it -- it's hard to

       8          give a "yes" or "no" answer to that question.

       9     BY MR. TENREIRO:

09:48 10          Q.    Why is that?

      11          A.    Both -- well, first of all, because I don't

      12     know exactly what -- what -- what the nature of the

      13     transactions that the ODL team negotiated were, and I

      14     hesitate to characterize them as "sales" without knowing

09:49 15     more details about the nature of those transactions.

      16          Q.    Okay.  Other than construing broadly means of

      17     payment to include ODL, as far as you know, did Ripple

      18     sell XRP as a means of payments?

      19                     MR. CERESNEY:  Objection to form.

09:49 20                     THE WITNESS:  I don't know.

      21     BY MR. TENREIRO:

      22          Q.    Okay.  At some point, were there discussions

      23     at Ripple about trying to develop XRP for use for banks

      24     to use as a bridge currency?

09:49 25          A.    Yes.

                                                                    41

09:49    1          Q.    And did that use --
         2          Did you have any involvement with -- any attempts
         3    to develop that use?
         4          A.    Yes.
09:49    5          Q.    When did that use case as a bridge currency
         6    come into existence, if at all?
         7          A.    I think --
         8          I think, as I said previously, the use as a sort of
         9    intermediary asset on the ledger was a very early idea,
09:50   10    early 2013.
        11          Q.    Right.  No, I understand the idea, but my
        12    question was a little bit different, which is:  When did
        13    that idea actually come to fruition such that banks
        14    might have used XRP as a bridge currency?
09:50   15                MR. CERESNEY:  Objection to form.
        16                THE WITNESS:  To my knowledge, for banks
        17          to be able to do that --
        18          They wouldn't have been able to do it
        19          without -- with the Ripple -- with something
09:50   20          made by Ripple until xRapid went live.
        21          (Thereupon, an informal discussion was
        22          held off the record with the shorthand
        23          reporter.)
        24                THE WITNESS:  With a product that Ripple
09:51   25          provided until xRapid was launched.

                                                                    42

09:51  1                    MR. TENREIRO:  XRapid.

       2                    THE SHORTHAND REPORTER:  Thank you.

       3    BY MR. TENREIRO:

       4         Q.    Which was when?

09:51  5         A.    I don't recall exactly.

       6         Q.    Okay.  We can get to that.

       7         As far as you know, are banks using the xRapid

       8    product today?

       9         A.    Today, the primary customers are not bank

09:51 10    financial institutions, payment -- payment providers.

      11         Q.    So did the --

      12         This idea that banks might use XRP as a bridge

      13    currency -- has that actually come to fruition, meaning

      14    do banks actually use XRP as a bridge currency today, as

09:51 15    far as you know?

      16         A.    Not as far as I know.

      17         Q.    Okay.  Is it fair to say that the people who

      18    created the XRP Ledger are some of the people who

      19    founded Ripple?

09:52 20         A.    Yes.

      21         Q.    Is it fair to say that the people who created

      22    XRP are some of the people who founded Ripple or created

      23    Ripple?

      24         A.    Yes.

09:52 25         Q.    Okay.  And Mr. Schwartz, you have an online

                                                              43

```
09:52   1   pseudonym; is that right?
        2        A.    Yes.
        3        Q.    That's Joel Katz?
        4        A.    Yes.
09:52   5        Q.    With a K?
        6        A.    Yes.
        7        Q.    We can get into -- we will get into the
        8   specific forum, but is it your understanding that --
        9        Well, when you post online as Joel Katz, do you
09:52  10   typically identify yourself as a Ripple employee?
       11        A.    Yes.
       12        Q.    Okay.
       13        A.    Yes.
       14        Q.    Do you have any understanding whether the
09:52  15   people who read posts by Joel Katz understand that these
       16   are posts by Mr. Schwartz?
       17                  MR. CERESNEY:  Objection form.
       18                  THE WITNESS:  My understanding is that
       19             I'm pretty clear when I'm speaking for the
09:53  20             company and when I'm speaking for myself.
       21   BY MR. TENREIRO:
       22        Q.    Right.  Thank you, but my question is:  Do
       23   you --
       24        Do you know whether people understand that Joel
09:53  25   Katz is David Schwartz?  Separate from the company for a
```

44

09:53  1    second.

2                    MR. CERESNEY:  You're asking him to

3             speculate as to whether --

4                    MR. TENREIRO:  Really, to speculate.

09:53  5    BY MR. TENREIRO:

6         Q.    I mean, you're online a lot; is that fair to

7    say?

8         A.    Yes.

9         Q.    You interact with people online; is that

09:53 10    fair.

11        A.    Yes.

12        Q.    Okay.  So from your interactions, do you

13    think that these people know that Joel Katz is David

14    Schwartz?

09:53 15        A.    I have said so several times, but I don't

16    know what -- whether -- I don't know that ... I -- I

17    would have to speculate.  I would have to speculate.

18        Q.    Okay.  In terms of what you said a minute

19    ago, I think you said something along the lines of --

09:53 20    you made clear --

21             You said, "I'm pretty clear when I'm speaking for

22    the company and when I'm speaking for myself."  What did

23    you mean by that?

24        A.    I mean that I generally try to make clear

09:54 25    whether I'm speaking in my individual capacity or when

                                                              45

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

09:54  1    I'm making a statement for the company.

       2         Q.    How do you do that?  How do you make that

       3    distinction?

       4         A.    It varies.  Sometimes by explicitly stating

09:54  5    it's not a position of the company, so sometimes by

       6    explicitly stating that it is.

       7         Q.    If you don't explicitly state either, which

       8    is it?

       9         A.    I think it's -- I think it's -- it would

09:54 10    generally be clear from context, but usually it's an

      11    individual view.

      12         Q.    So sort of like on Twitter where people

      13    say -- you know, "Views are my own, not my company's"?

      14         A.    Yes.

09:54 15         Q.    That's the idea?

      16         A.    Yes.

      17              MR. CERESNEY:  Objection to form.

      18    BY MR. TENREIRO:

      19         Q.    Okay.  What would the -- well, let's look at

09:54 20    the context.

      21         You said it would be clear from the context.  What

      22    context would I look for to know whether it's a company

      23    view or an individual view?

      24         A.    The type of statement that it was.

09:54 25         Q.    What do you mean, the type of statement?

                                                                  46

09:54  1      A.    If a statement is a clearly personal view,

       2  then someone would understand it to be a personal view,

       3  whereas if it's the type of statement that a future CTO

       4  would -- would hold, then it would be a more official

09:55  5  view.

       6      Q.    A future CTO?

       7      A.    Right.

       8      Q.    What do you mean by that?

       9      A.    If it's -- if I'm speaking in my capacity as

09:55 10  CTO of Ripple, it would be a position that would be --

      11  that any CTO could make.  Even like a future CTO would

      12  be bound to that position, because it was a -- had been

      13  a statement from the office, if it's that type of

      14  statement.

09:55 15      Q.    Before CTO, what was your title?

      16      A.    Chief cryptographer.

      17      Q.    Chief cryptographer was your title for the

      18  entire period before CTO?

      19      A.    I believe there was a brief period -- there

09:55 20  were --

      21      There was a brief period, prior to the formation of

      22  the company, where I either had no title or there might

      23  have been an expectation that I might have the CTO title

      24  at some point, but it was very quickly established it

09:56 25  would be CTO.

                                                              47

09:56  1        Q.    Fair enough.

       2              (Thereupon, an informal discussion was

       3        held off the record.)

       4   BY MR. TENREIRO:

09:56  5        Q.    I just want to ask one question before we get

       6   to the exhibits.

       7        Are all the statements that you make online before

       8   XRP on behalf of the company or on behalf of yourself?

       9        A.    Most of them are on behalf of myself.

09:56 10        Q.    And all the statements that you make online

      11   about Ripple -- are they on behalf of the company or

      12   yourself?

      13        A.    Most of them are on my own behalf.

      14        Q.    Okay.  Does the company -- has the company

09:56 15   ever tried to sort of restrict the statements that you

      16   make on your own behalf with respect to XRP or Ripple?

      17        A.    Only with respect to pending litigation.

      18        Q.    Okay.  Have you ever received direction from

      19   the company about what you might post online?

09:57 20              MR. CERESNEY:  Other than counsel?

      21   BY MR. TENREIRO:

      22        Q.    Well, I don't want to get into the

      23   conversations, but has counsel directed you to post

      24   online?

09:57 25              MR. CERESNEY:  I'm not going to allow him

                                                              48

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

09:57  1        to answer what counsel has directed him to do.

       2              If the question is "Have there been

       3        discussions with counsel about his posts,"

       4        that's a fair question.

09:57  5              If the question is what he's been

       6        directed to do, I'll instruct him not to

       7        answer.

       8   BY MR. TENREIRO:

       9        Q.    All right.  Let's ask the first question.

09:57 10        Have there been discussions with counsel about your

      11   posts online?

      12        A.    Yes.

      13        Q.    Which counsel?

      14        A.    Current counsel in -- current counsel in

09:57 15   the -- in this litigation.

      16        Q.    Any other counsel before?

      17        A.    Not that I recall.

      18        Q.    Did you discuss any of your public posts with

      19   counsel at Perkins Coie -- or did you discuss the --

09:57 20        Just "yes" or "no."  Did you discuss your public

      21   posts with Perkins Coie counsel?

      22        A.    Yes.

      23        Q.    Okay.  Let's look at --

      24        A.    No, I'm sorry.

09:58 25        I want to correct that answer.  I believe Perkins

                                                              49

```
09:58   1   Coie -- no, I did not.
        2        Q.    Okay.  What about Paul Hastings?
        3        A.    I don't believe so.
        4        Q.    And so your --
09:58   5        Your current recollection is that the only counsel
        6   you've discussed the subject of your posts with is
        7   Debevoise?
        8        A.    Yes, that's correct.
        9        Q.    What about others at the company?
09:58  10        Have you discussed with nonlawyers at the company
       11   your posts?
       12        A.    Yes.
       13        Q.    Have they directed you with respect to your
       14   posts online?
09:58  15        A.    Yes.
       16        Q.    And generally, what have they told you?
       17             MR. CERESNEY:  I just -- just to be
       18        clear, these are not lawyers?
       19             THE WITNESS:  Right.
09:58  20             MR. CERESNEY:  Okay.
       21             THE WITNESS:  Only both not to discuss
       22        pending litigation, and occasionally, they
       23        recommended a particular tweet.
       24   BY MR. TENREIRO:
       25
```

50

09:58  1          Q.    Have you followed those recommendations?

       2          A.    Generally, yes.

       3          Q.    Are those on behalf of the company or on

       4     behalf of yourself?

09:59  5          A.    It's not really possible to answer in

       6     general.

       7          Q.    We would have to look at the specific ones?

       8          A.    Yes.

       9               MR. TENREIRO:  Okay.  Now, Exhibit 25.

09:59 10          I'm going to pass around -- the exhibits have

      11          been premarked.  We e-mailed some to you.

      12          There's a couple that have changed.  I will

      13          let you know on the record when that occurs.

      14               I will also note for the record we

09:59 15          accidently marked these with yesterday's date,

      16          so -- you know, we're not intending to travel

      17          back in time.  It's today's date.  This is

      18          Exhibit 25, DS-25.

      19               (Thereupon, a two-page Twitter printout

09:59 20          entitled "David 'JoelKatz' Schwartz on Twitter:

      21          '@bitcoinlobo @SASchofield52 Ripple I know it

      22          sounds ridiculous tod…' dated 1/8/19" was

      23          introduced as DS Exhibit 25 for identification.)

      24               MR. CERESNEY:  Just for the record, do

09:59 25          you have a copy?

                                                              51

09:59 1                    MR. TENREIRO:  Yes.

2                    MR. CERESNEY:  Just for the record, I

3              understand that the exhibits will be e-mailed

4              to the folks on the zoom so they have it.

09:59 5                    MR. TENREIRO:  And we have the list of

6              e-mails?

7                    MR. CERESNEY:  Yes.  Daphna has the list

8              of e-mails.

9                    (Thereupon, an informal discussion was

09:59 10         held off the record.)

11                    MR. CERESNEY:  So if you want to ask

12              foundation questions --

13                    MR. TENREIRO:  Sure.  Sam is here, right?

14              We just need to e-mail it to Larsen's counsel.

09:59 15                    (Thereupon, an informal discussion was

16         held off the record.)

17                    MR. TENREIRO:  Okay.  Great.

18                    MR. CERESNEY:  Nowell's on the Zoom as

19              well, so he deserves a copy as well.

10:00 20                    MR. BAMBERGER:  Thank you.

21    BY MR. TENREIRO:

22         Q.    Mr. Schwartz, is this your Twitter account?

23         A.    Yes.

24         Q.    So -- sorry.  @JoelKatz is your Twitter

10:00 25    account?

52

10:00  1          A.    Yes.

       2          Q.    Okay.  I'm referring you to a tweet towards

       3     the middle of the page, where you say -- actually, it's

       4     on the second page.  Do you see a tweet where you say:

10:00  5          "It is misleading to say Ripple had nothing to do

       6     with the creation of XRP.  The people who created XRP

       7     are pretty much the same as the people who created

       8     Ripple, and they created Ripple originally to, among

       9     other things, distribute XRP"?

10:00 10          Do you see that tweet?

      11          A.    Yes.

      12          Q.    Did you make that tweet?

      13          A.    Yes.

      14          Q.    Did the company direct you to make this

10:01 15     tweet?

      16          A.    No.

      17          Q.    Is this tweet on behalf of the company or

      18     yourself?

      19                    (Pause.)

10:01 20                    THE WITNESS:  I -- I don't really know.

      21                    (Thereupon, an informal discussion was

      22               held off the record.)

      23     BY MR. TENREIRO:

      24          Q.    And if I'm reading the tweet, how could I

10:01 25     tell -- you know, this is David speaking or Mr. Schwartz

                                                                    53

10:01  1    speaking or is this someone on behalf of the company?

       2         What context here would I look to determine -- you

       3    know, which of the two it was?

       4              MR. CERESNEY:  I'm just instructing the

10:01  5              witness to look at the whole chain just so he

       6              can put it in context.

       7              MR. GERTZMAN:  I'm going to object to the

       8              form.

       9              THE WITNESS:  I don't know what someone

10:01 10              else would look to, but I would look to the

      11              conversational flow of the chain to see this

      12              is an individual engaged in a conversation.

      13    BY MR. TENREIRO:

      14         Q.   So looking at the conversational flow of the

10:02 15    chain, is this a tweet on behalf of Mr. Schwartz

      16    individually or on behalf of the company?

      17         A.   I don't really have an answer.  I don't know.

      18         Q.   Okay.  Did anyone at the company ever ask you

      19    to remove a post you've made online?

10:02 20         A.   Not that I can think of.  I don't believe so.

      21         Q.   Have any of your posts been removed by you?

      22         A.   There -- there are a couple cases.

      23         Q.   What are those cases?

      24         A.   One of them -- one -- one example would be

10:02 25    posts that like had a typo or some error, I just

                                                              54

10:02  1  removed.  Twitter has that function, so I removed it to

2  correct fairly immediately.

3       Q.    Any other examples that come to mind?

4       A.    I don't believe I've ever removed a

10:02  5  substantive post significantly after making it.

6       Q.    Was there something called --

7       A.    Oh, let me just say one thing.

8       There was one tweet that I made that someone said

9  was causing them to get abusive comments, and so I

10:03 10  deleted that post at their request.

11       Q.    Okay.  Was there something called XRP Forum?

12       A.    Yes.

13       Q.    Does that still exist?

14       A.    I think it may have changed its name.  It at

10:03 15  one time was Xrp Chat, and I believe it still exists in

16  one or the other form.

17       Q.    Who managed it?

18       A.    I cannot remember the name.

19       Q.    Was there something called XRP Wiki at some

10:03 20  point?

21       A.    I don't recall that, but there might have

22  been.

23       Q.    Okay.  Going back to the exhibit, Exhibit 25,

24  which you have in front of you, and the tweet that I

10:03 25  read, what did you mean when you say here that "The

55

10:03    1    people who created XRP created Ripple originally to,
         2    among other things, distribute XRP"?
         3         What does "distribute XRP" mean here?
         4         A.    Give XRP to people so they could access the
10:04    5    ledger.
         6         Q.    Okay, and is -- why are you --
         7         What do you mean by "It's misleading to say Ripple
         8    had nothing to do with the creation of XRP"?
         9         A.    Precisely for the reason I state in the
10:04   10    second sentence, that the people who created XRP are the
        11    same people that created Ripple, and one of their
        12    objectives in creating Ripple was to give people XRP so
        13    they could interact with the ledger.
        14         Q.    Did there come a time when it sort of became
10:04   15    a talking point of the company to state publicly that
        16    XRP was created after the company -- sorry -- before the
        17    company was founded?
        18                   MR. CERESNEY:  Objection to form.
        19                   MR. GERTZMAN:  Form.
10:04   20                   THE WITNESS:  To my knowledge, we stated
        21              it and then it became -- it sort of morphed
        22              into a talk point because other people stated
        23              that it was not true.
        24    BY MR. TENREIRO:
        25

                                                                    56

10:04  1      Q.   Okay, and what -- what is -- what is your

2   understanding of the reason why people said it was not

3   true?

4              MR. CERESNEY:  Objection to form.

10:05  5   BY MR. TENREIRO:

6      Q.   If any?

7              MR. CERESNEY:  If you know.

8              THE WITNESS:  I don't really know.

9   BY MR. TENREIRO:

10:05 10      Q.   Okay, and does -- why -- does Ripple -- does

11   Ripple --

12      Is Ripple's current sort of position to the public

13   that XRP was created before Ripple was created?

14              MR. CERESNEY:  Objection to form.

10:05 15              MR. GERTZMAN:  Objection to form.

16              THE WITNESS:  We've always stated that.

17              MR. TENREIRO:  Okay.

18              (Pause.)

19   BY MR. TENREIRO:

10:05 20      Q.   Okay.  We'll talk about the consensus

21   mechanism a little more, but I want to ask you in the

22   last --

23      In the last step of the consensus process for the

24   XRP Ledger, when the last known ledger closes -- is that

10:06 25   the last step of the consensus mechanism?

                                                        57

10:06  1        A.     You can define the consensus -- so --

       2        It's unfortunate that there's some confusion in

       3   terminology.

       4        Some people use the term "consensus" to mean

10:06  5   everything necessary to advance the ledger and have

       6   ledgers that people rely on, and some people draw a

       7   distinction between what's consensus and what's a

       8   validation.

       9        Q.     How do you think about it?

10:06 10        A.     Because I'm involved in the technical

      11   process, I generally draw that distinction, but it's

      12   generally less helpful to do that -- you know, in

      13   conversation with people who are not technically

      14   interested in it.

10:06 15        Q.     I actually am technically interested in the

      16   details, so the validation process -- please -- so we're

      17   on the same page, where do you draw the distinction?  So

      18   let's start again.

      19        There are some steps in this process where let's

10:06 20   say a node that's validating transactions puts out its

      21   sort of idea of what the ledger should look like; is

      22   that correct?

      23             MR. CERESNEY:  Objection to form.

      24             THE WITNESS:  That's what I describe as

10:07 25        the validation part of the process.

                                                              58

```
10:07  1    BY MR. TENREIRO:
       2         Q.    Okay.
       3         A.    As distinct from consensus.
       4         Q.    And consensus is what part of the process?
10:07  5         A.    Consensus is the part of the process that
       6    advances the ledger without necessarily establishing
       7    finality.
       8         Q.    Well, why would it not establish finality?
       9         A.    That's validation's job.  You do have
10:07 10    to finality in order to be -- in order for --
      11              (Thereupon, an informal discussion was
      12          held off the record with the shorthand
      13          reporter.)
      14              THE WITNESS:  Sorry.  In order for
10:07 15          advancing the ledger to be useful, at some
      16          point, you have to establish finality.  But
      17          I -- I --
      18              For technical precision, I prefer to
      19          describe those as two separate processes:
10:07 20          Consensus, advance the ledger; validation,
      21          establish finality.
      22    BY MR. TENREIRO:
      23         Q.    Which occurs first?
      24         A.    Consensus.
10:07 25         Q.    Okay, and validation -- is this the last step
```

59

10:07 1 in this entire process?  Is that correct?

2                    MR. CERESNEY:  Objection to form.

3                    THE WITNESS:  Yes.

4 BY MR. TENREIRO:

10:08 5     Q.    Okay.  When --

6     So when validation occurs, is that the moment when

7 the last known ledger is closed?

8     A.    No.

9     Q.    That's the consensus part?

10:08 10    A.    Yes.

11    Q.    Okay.  When validation occurs, the ledger

12 advances?  The state of the ledger advances?

13    A.    It depends on how you define "state of the

14 ledger".

10:08 15    Q.    Well, how do you define it for purposes of

16 the moment when validation occurs?

17    A.    So the state -- consensus is always advancing

18 the state of the ledger, but if you define state of the

19 ledger as the confirmed state, then validation advances

10:08 20 that state of the ledger.

21    Q.    Okay, so let -- let's define it as the

22 confirmed state.

23    So validation advances the confirmed state of the

24 ledger?

10:08 25    A.    Yes.

                                                            60

10:08   1          Q.    That's something you want to occur?

        2          A.    That's the ultimate goal of this process.

        3     These are all steps to achieve that end result.

        4          Q.    When validation advances the confirmed state

10:09   5     of the ledger, where does that occur physically?

        6          A.    In each individual node participating in or

        7     moderating or participating in the process.   That's an

        8     individual decision that each server makes.

        9          Q.    So it occurs --

10:09  10          Just today, as an example, is it fair to say that

       11     there are nodes engaging in this consensus validation

       12     process all over the world?

       13          A.    Yes.

       14          Q.    Including the United States?

10:09  15          A.    Yes.

       16          Q.    So is it your testimony that when the

       17     validation advances --

       18          When the validation process advances the confirmed

       19     state of the ledger, this physically occurs in several

10:09  20     countries all over the world?

       21               MR. CERESNEY:  Objection.  Are you asking

       22          for a legal conclusion?

       23               MR. TENREIRO:  No.  I'm asking him where

       24          physically --

10:09  25               MR. CERESNEY:  You're just asking where

                                                                    61

| | | |
|---|---|---|
| 10:09 | 1 | the servers are that are the validators? |
| | 2 | MR. TENREIRO:  No.  I'm not asking him |
| | 3 | that. |
| | 4 | BY MR. TENREIRO: |
| 10:09 | 5 | Q.    When the validation advances -- when the |
| | 6 | validation process advances the confirmed state of the |
| | 7 | ledger, where is that physically occurring?  If the |
| | 8 | answer depends on where the servers are, you can explain |
| | 9 | that. |
| 10:10 | 10 | A.    Each server independently tracks the state -- |
| | 11 | what it considers the last validated ledger, and it |
| | 12 | advances its own state. |
| | 13 | Q.    And so if a server is in the United States, |
| | 14 | that is occurring in that server in the United States? |
| 10:10 | 15 | A.    That server will advance its own state where |
| | 16 | that server is for its own purposes. |
| | 17 | Q.    But you need -- you know, 80 percent of the |
| | 18 | servers to advance sort of their agreed-upon state |
| | 19 | ledger, right? |
| 10:10 | 20 | MR. CERESNEY:  Objection to the form. |
| | 21 | THE WITNESS:  80 percent of the servers |
| | 22 | that particular server has chosen to listen |
| | 23 | to. |
| | 24 | BY MR. TENREIRO: |
| | 25 | |

62

10:10  1          Q.    Right.  Okay, so from the perspective of the

       2   server that has chosen a particular set is it fair to

       3   say that this validation process that confirms the

       4   closed state of the ledger currencies on all of the

10:10  5   servers, it's distributed across all of the servers?

       6          A.    Yes.

       7          Q.    Okay.  All right.  What percent --

       8          Do you know what percentage of the validate --

       9   ledger validating nodes today are run in the United

10:11 10   States?

      11          A.    I don't.

      12          Q.    How would I find that out?

      13          A.    I guess you could crawl the network.  You

      14   would have to do a three-step process.

10:11 15          You'd have to crawl the network to identify all the

      16   nodes, then check each node to see which are validating,

      17   and then you could -- you could infer the geographic

      18   location from the IP address.

      19          Q.    All right.

10:11 20          A.    It would not be a perfect process, but it

      21   would be reasonably accurate.

      22          Q.    Do you know if any of the nodes use VPN to

      23   mask their IP address?

      24                (Thereupon, an informal discussion was

10:11 25             held off the record with the shorthand

                                                                    63

10:11 1              reporter.)

2                    THE WITNESS:  I don't.

3    BY MR. TENREIRO:

4         Q.   Okay.

10:11 5         A.   I don't know why someone would other than to

6    maybe secure -- I think if they did, they would be more

7    likely to protect against being attacked than to mask

8    them.

9         Q.   Right, and Ripple has nodes that are ledger

10:12 10   validating nodes today; is that fair?

11        A.   Yes.

12        Q.   And where are the servers for that located?

13        A.   We've moved them several times.  I'm not sure

14   precisely where they are today.

10:12 15        Q.   Do you know what country they are in?

16        A.   I don't.

17        Q.   Who would know?

18        A.   I'm sure someone in our office.  I suspect

19   they are suspect they are geographically distributed for

10:12 20   fault tolerance, but I don't know for sure.

21        Q.   Do you know if some of them are in the United

22   States?

23        A.   I don't.  I would have to guess.

24        Q.   Okay.  We'll get back to the ledger.  Has --

10:12 25   did Ripple ever promote XRP as a virtual currency?

                                                              64

10:13  1                    MR. CERESNEY:  Objection to form.

2                    THE WITNESS:  I think Ripple described

3             XRP as a virtual currency.

4   BY MR. TENREIRO:

10:13  5        Q.    To whom?

6        A.    Every -- everyone.  I think just in general.

7        Q.    At what time?

8        A.    I don't recall when we started using the term

9   "virtual."  Do you mean like specifically the term

10:13 10   "virtual currency" or the concept?

11        Q.    The term.

12        A.    I don't know -- remember when we started

13   using it.

14        Q.    So I understand that your testimony is that

10:13 15   Ripple described XRP as a virtual currency, but did

16   Ripple ever promote XRP as a virtual currency?

17                    MR. CERESNEY:  Objection to form.

18                    THE WITNESS:  I don't know the difference

19             between promoting ... yeah, I can't really

10:13 20             understand where the boundaries of "promote"

21             would be.

22   BY MR. TENREIRO:

23        Q.    Okay.  Let's take a look at Exhibit 30.

24             (Informal discussion was held off the

10:14 25         record.)

65

10:14   1            (Thereupon, a 31-page document entitled

      2        "What Did Ripple Do Wrong? - Page 4 - General

      3        Discussion - Xrp Chat" was introduced as DS

      4        Exhibit 30 for identification.)

10:14   5  BY MR. TENREIRO:

      6      Q.    I'm handing you what was premarked DS-30.

      7  It's a Reddit post, I believe.  Sorry, Xrp Chat post.

      8  There's a lot of pages.  I'm just going ask you about a

      9  post on page 22.

10:14 10      You can look at whatever you need.  I apologize for

    11  the way these print.  I haven't figured out a better way

    12  to do it.  Perhaps afterward, you will tell me how.

    13      A.    I have the same problem.

    14      Q.    Yeah, so I'll just --

10:14 15      There's no Bates number, because this is just from

    16  online -- you know, Xrp Chat.

    17      A.    There are small page numbers.

    18      Q.    Yeah, there's page numbers.  I'm looking at

    19  22, but there's no Bates number.

10:14 20      A.    Oh, I got you.

    21      Q.    The post at issue, I believe, was posted on

    22  April 2nd, 2017.

    23          (Thereupon, an informal discussion was

    24      held off the record.)

10:15 25         THE WITNESS:  So what page did you want

                                       66

10:15  1            to call my attention to?

       2                 MR. TENREIRO:  22.  22, please.

       3                 MR. CERESNEY:  You will see that you're

       4            responding to the -- lots of posts, so take

10:15  5            your time.

       6   BY MR. TENREIRO:

       7       Q.    Yeah.

       8       A.    Difficult to tell who said what in some

       9   places.

10:15 10       Q.    Maybe -- maybe this will help.  If you look

      11   at the post, I believe -- but you can tell me if it's

      12   wrong, That you're quoting certain posts and then

      13   posting a response, as indicated by some of the

      14   quotation marks.

10:16 15       There's something in quotation marks.  Then there's

      16   something else without quotation marks and so on a

      17   number of times.

      18       A.    Yes.

      19       Q.    Is that -- first of all, what is Xrp Chat?

10:16 20       A.    It's a -- a forum that was created in the

      21   very early days to discuss XRP.

      22       Q.    Who created it?

      23       A.    I -- I knew, but I don't recall.

      24       Q.    Was it someone at Ripple?

10:16 25       A.    No.

                                                              67

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

10:16  1        Q.    And this -- this --

       2        What appears to be this format where you have

       3   something quotes and then something not in quotes -- is

       4   that sort of familiar to you as a way that you might

10:16  5   have made a post?

       6        A.    Yes.

       7        Q.    Okay, and you see the title of the thread is

       8   "What did Ripple do wrong?"  Do you see that?

       9        A.    Yes.

10:16 10        Q.    Do you recall this thread at all?

      11        A.    Not at all, no.

      12        Q.    Okay.  So just looking at the post, there's a

      13   part where it says "Failure to promote XRP's currency."

      14   That's in quotation marks.

10:17 15        Do you see that part?

      16        A.    Yes.

      17        Q.    You say:

      18        "We didn't think it made sense to take Bitcoin on

      19   head on at its strength."

10:17 20        Do you see that?

      21        A.    Yes.

      22        Q.    What was Bitcoin's strength that you were

      23   referring to here?

      24        A.    At that time, Bitcoin was being positioned as

10:17 25   peer-to-peer digital cash as a -- as a means of

                                                              68

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

10:17 1    peer-to-peer value exchange.

2        Q.    So Ripple's strategy as a company was not to

3    pursue that?  Why not?  Why was that the strategy?

4        A.    Two reasons.  One is that anyone could do

10:17 5    that.  There was no particular reason why Ripple would

6    do that.  It was something anyone could do.  It didn't

7    play to our strengths.

8        I think the other one was we kind of felt that

9    Ripple -- that Bitcoin kind of -- that was Bitcoin's

10:17 10   thing, so to go head to head against a market leader --

11   you know, you would constantly face "Why not just use

12   Bitcoin for that?"

13       Q.    Right, and here you say --

14       Is this post on behalf of the company or on behalf

10:18 15   of yourself?  To the extent you say, "we" does that give

16   context to the reader?

17       A.    Yeah, I think that I -- I would agree.

18       Q.    Do you agree that the word "we" gives context

19   to the reader?

10:18 20      A.    Yes.

21       Q.    Okay, and does that mean it's on behalf of

22   you or on behalf of the company?

23       A.    I think someone would take this to be my view

24   of what the company was doing, and then -- and then with

10:18 25   me being an employee of the company, obviously, that has

69

10:18 1  more weight than a random person's view of why a company

2  does it.

3       Q.    Sure.  So is it fair to say that --

4       Is it fair to say that Ripple did not promote XRP

10:18 5  as a -- as a cash-to-cash exchange like Bitcoin was?

6                MR. CERESNEY:  Objection.  I don't think

7            that was the term he used.

8  BY MR. TENREIRO:

9       Q.    Okay.  Answer, please.

10:19 10      A.    I'm sorry.  Could you --

11      Q.    Yes.  Is it fair to say that Ripple did not

12  promote XRP as a digital currency, at least up until the

13  point of this post?

14      A.    Ripple --

10:19 15                MR. GERTZMAN:  Objection to form.

16                THE WITNESS:  Ripple was not actively

17            pursuing that use case.

18  BY MR. TENREIRO:

19      Q.    Okay.  Is it pursuing that use case today?

10:19 20            (Pause.)

21                THE WITNESS:  A little -- a little bit.

22  BY MR. TENREIRO:

23      Q.    Please explain.

24      A.    We have some strategies that could -- that

10:19 25  could facilitate those types of use cases.

                                                          70

10:19  1        Q.    Which ones?

       2        A.    Well, for example, the xPring strategy.

       3              (Thereupon, an informal discussion was

       4         held off the record with the shorthand

10:19  5         reporter.)

       6  BY MR. TENREIRO:

       7        Q.    In what way does the xPring strategy

       8  potentially facilitate those types of use cases?

       9              MR. CERESNEY:  Objection.

10:20 10              THE WITNESS:  At least two ways.

      11              One would be some of the partners --

      12         people -- companies that we were providing

      13         investment or -- advice to or pursuing use

      14         cases in that direction, and then some of the

10:20 15         software we were developing could be used by

      16         those people who had those use cases in mind.

      17  BY MR. TENREIRO:

      18        Q.    And do you have -- with respect to the part

      19  of the strategy -- sorry.  Some of the --

10:20 20        With respect to the companies that were pursuing

      21  use cases in that direction, do you have knowledge as to

      22  what the status of their pursuit is?

      23              MR. CERESNEY:  Objection.  You used "that

      24         direction."  It's ambiguous, but --

10:20 25              MR. TENREIRO:  Well, he said, "that

                                                               71

```
10:20    1              direction," and I was asking about the use

         2              case as a Bitcoin-like currency.

         3                   So I'm assuming that's what he meant when

         4              he said, "that direction," but if that's not

10:21    5              correct, let me know.

         6                   MR. CERESNEY:  It should be clear in your

         7              answer what you're talking about.

         8    BY MR. TENREIRO:

         9         Q.   So let's take a step back.

10:21   10         I asked you in what way does the xPring strategy

        11    potentially -- you know, further the use cases we were

        12    discussion here, which is the -- you know, digital

        13    currency use?

        14         And I think you said two ways.  One would be some

10:21   15    of the partners of companies we were providing advice to

        16    are pursuing cases in that direction.

        17         When you said that direction, did you mean the

        18    discussion we're having now, the sort of medium of

        19    exchange use cases?

10:21   20                   MR. CERESNEY:  I think you used a term

        21              that hasn't come up until now, "medium

        22              exchange."

        23                   MR. TENREIRO:  Sorry.  He said -- he

        24              said, "medium of currency exchange" earlier.

10:21   25                   (Pause.)
```

72

10:21  1   BY MR. TENREIRO:

       2       Q.    So let's start again.  Has Ripple --

       3       So does Ripple today promote XRP as a digital

       4   currency, as this term is used in the exhibit?

10:22  5                  MR. GERTZMAN:  Objection to the form.

       6                  THE WITNESS:  That's not a use case that

       7             we are directly pursuing.

       8                  But we do assist other people who are

       9             pursuing it, and we certainly do describe it

10:22 10             as having the use case.

      11   BY MR. TENREIRO:

      12       Q.    The people who are pursuing it -- that

      13   includes the Xpring companies, correct?

      14       A.    They are among -- they would be among that

10:22 15   group, yes.

      16       Q.    What is the status of their pursuit of that

      17   use case, if you know?

      18       A.    I don't.

      19       Q.    Who knows?

10:22 20       A.    Those individual companies.

      21       Q.    Does anyone at Ripple know?

      22       A.    I don't -- I don't know.

      23       Q.    Okay.  Are you aware of a settlement between

      24   Ripple and FinCEN in 2015?

10:22 25       A.    Yes.

                                                              73

10:22  1          Q.    What was the settlement about, in your own

2    terms?  Not what counsel has told you.  Just what's your

3    understanding?

4          A.    My understanding is FinCEN alleged we didn't

10:22  5    comply with laws regarding enforcement of sanctions and

6    transmission of money.

7          Q.    Did -- do you --

8          Are you aware of a settlement between Ripple and

9    the Department of Justice in 2015?

10:23 10                (Thereupon, an informal discussion was

11                held off the record with the shorthand

12                reporter.)

13                THE WITNESS:  Yes, I am.

14    BY MR. TENREIRO:

10:23 15          Q.    And your understanding -- layman's, no legal

16    advice -- what is that settlement?

17          A.    My understanding of that settlement is that

18    Department of Justice and FinCEN agreed not to prosecute

19    Ripple for those violations in exchange for Ripple

10:23 20    agreeing to a series of stipulations.

21          Q.    At that point in time, did you derive an

22    understanding -- and by "that point in time," I mean at

23    the time of the settlements, did you derive an

24    understanding as to whether XRP was a currency, based on

10:23 25    those statements -- based on those settlements?

74

10:23   1          A.      That was a factor in my understanding of the
         2    status of the XRP.
         3          Q.      Okay, and did you derive an understanding as
         4    to whether the statements -- sorry.  I keep saying, "the
10:24   5    statements."
         6          Did you derive an understanding as to whether the
         7    settlements sort of meant that Ripple did not have to
         8    comply with other statutes with respect -- that might
         9    govern XRP?
10:24  10               MR. CERESNEY:  Objection, and also direct
        11               you not to reveal any discussions you might
        12               have had with counsel.
        13               THE WITNESS:  My layman's understanding
        14               at the time was that that meant that the
10:24  15               position of the U.S. Attorney's office and
        16               Department of Justice was that XRP would be
        17               regulated and a form of -- as a form of --
        18               something more currency or commodity-like.
        19    BY MR. TENREIRO:
10:24  20          Q.      Did you derive an understanding what the
        21    SEC's position with regards to XRP would be based on
        22    those settlements?
        23          A.      I did not.
        24          Q.      Do you know if others at Ripple derived an
10:24  25    understanding --

                                                                    75

10:24  1                    MR. CERESNEY:  Again --

       2    BY MR. TENREIRO:

       3         Q.    -- on what the SEC's position on what XRP

       4    would be based on these settlements?

10:24  5                    MR. CERESNEY:  Again, I'll instruct you

       6              not to -- not to discuss conversations with

       7              counsel.

       8                    THE WITNESS:  I didn't have any

       9              conversations with employees about that, so I

10:25 10              couldn't -- I would have to speculate about

      11              what conclusions they might have drawn.

      12    BY MR. TENREIRO:

      13         Q.    Did the settlement --

      14         Did these settlements change your understanding as

10:25 15    to whether XRP was, in fact, a digital currency as the

      16    term is used in the exhibit we're looking at?

      17         A.    I don't think it significantly exchanged

      18    my -- it was consistent with what I already expected.

      19         Q.    What do you mean, what you had "already

10:25 20    expected"?

      21         A.    My expectation -- again, I'm not in

      22    compliance and this isn't my field expertise, but my

      23    expectation was the government would treat XRP as akin

      24    to a commodity.

10:25 25         Q.    Let me -- I'm trying to understand, now,

                                                                    76

10:25   1    you -- in Exhibit 30, you say -- you know.

        2        You respond to this point that says "failed to

        3    promote XRP as a digital currency" by saying, "We didn't

        4    think it make sense to take on Bitcoin head-on as its

10:26   5    strength."

        6        A.    Uh-huh.

        7        Q.    Did the FinCEN settlement sort of change your

        8    understanding about whether XRP was a digital currency

        9    or not?

10:26  10             MR. CERESNEY:  I'm going to object,

       11             because you're using this document to say

       12             something about the definition of the -- of

       13             XRP as a currency versus the use case that

       14             Ripple was promoting.

10:26  15             But you can answer the question, if you

       16             can.

       17             (Pause.)

       18             THE WITNESS:  So I'm responding here

       19             to -- in -- in the statement "failed to

10:26  20             promote XRP as a digital currency."

       21             What I understand that to mean is that

       22             Ripple did not pursue a use case similar to

       23             Bitcoin's use case, and I testified previously

       24             to the reasons why we didn't do that.

10:26  25             I don't see a connection between that and

                                                                    77

10:26  1                    the FinCEN statement and my -- my

       2                    understanding as a result of the FinCEN

       3                    settlement.

       4                         But that didn't significantly change my

10:27  5                    understanding.  It was roughly consistent with

       6                    what I had expected at the time.

       7       BY MR. TENREIRO:

       8            Q.    Do you have an understanding as to why if

       9       Ripple did not pursue a use case similar to Bitcoin's

10:27 10       use case -- you know, you had to enter into a settlement

      11       with FinCEN at all?

      12            A.    I don't know if this -- this particular

      13       statement was before or after the settlement with

      14       FinCEN.

10:27 15            Prior to the settlement with FinCEN, my view would

      16       have been that there was no particular reason why Ripple

      17       would pursue that use case, but we could have, and it

      18       might have been successful.  It just might not have been

      19       the best use of resources.  After that, my view was more

10:27 20       that it wasn't tenable for Ripple to pursue that use

      21       case.

      22            Q.    Not tenable for what reason?

      23            A.    Because we had agreed with FinCEN on things

      24       that would make -- basically make it impractical to be

10:27 25       compatible with Bitcoin if -- at that time.

                                                                    78

10:27  1      Q.    This includes the stipulations you mentioned

2  earlier?

3      A.    Yes.

4          (Pause.)

10:28  5  BY MR. TENREIRO:

6      Q.    I want to show you another exhibit which

7  relates to this, which is 36.

8      Actually, before we do that, do you know if others

9  at Ripple agree that it wasn't tenable or -- sorry --

10:28  10  practical -- practicable to pursue the use case we've

11  been discussing after the FinCEN settlement?

12      A.    My recollection is that we had discussions.

13  I don't recall specifically who, and that that was the

14  predominant view.  That's my recollection.

10:28  15      We weren't planning to pursue it anyway, so it

16  wasn't -- it wasn't a couldn't controversial issue,

17  because it wasn't something that was our strategy

18  anymore.

19      Q.    Did the discussions include Mr. Larsen?

10:28  20      A.    I don't believe so.

21      Q.    Did they include Mr. Garlinghouse?

22      A.    I don't know for sure.

23         MR. TENREIRO:  Do you want a break,

24      Andrew?

10:29  25         MR. CERESNEY:  Yes.

79

10:30  1               MR. TENREIRO:  Let's go off the record.

       2               THE VIDEOGRAPHER:  Going off the record

       3          at 10:30.

       4               (Recess taken at 10:30 a.m.)

10:44  5               (Resumed at 10:44 a.m.)

       6               THE VIDEOGRAPHER:  Back on the record at

       7          10:44.

       8               (Thereupon, a 35-page printout entitled

       9          "Ripple: The Most Prestigious Team - General"

10:44 10          was introduced as DS Exhibit 36 for

      11          identification.)

      12  BY MR. TENREIRO:

      13     Q.    Okay.  Mr. Schwartz, we handed you what was

      14  premarked as Exhibit 36.  It's another Xrp Chat

10:44 15  printout.  I'm going to look -- this one has 35 pages.

      16     My focus is on page 15, which appears to be a post

      17  on May 5th -- May 21st, 2017.  The prior exhibit, as I

      18  think we discussed, was in April of 2017.

      19     A.    Uh-huh.  Yes.

10:44 20     Q.    Here, if you take a moment to read, it seems

      21  like you're responding to someone who posted with a lot

      22  of all caps.

      23     You say, "This is a good argument that it doesn't

      24  make sense for ordinary people to hold cryptocurrencies

10:44 25  yet.  This is one of the reasons Ripple didn't pursue a

                                                              80

10:44  1   retail use case like Bitcoin did."

2        Can you please explain what you mean by "retail use

3   case"?

4        A.   I mean a use case where people hold

10:44  5   cryptocurrencies and use them as money.

6        Q.   And is this -- is it fair to say this was

7   your view in 2017?

8        A.   Yes.

9        Q.   Is that still your view today?

10:44 10   A.   Yes.

11        Q.   Okay.  Does Ripple today sell XRP for people

12   to hold and use XRP as money?

13        A.   Ripple sells XRP and some people do use it as

14   money.

10:44 15        Q.   Does Ripple, when it sells XRP, look for

16   people that are going to hold and use it as money as the

17   buyers?

18        A.   I don't --

19        If you're talking about programmatic sales, Ripple

10:44 20   doesn't choose the buyers.

21        Q.   Yeah, so I'm talking about any sales.  So

22   let -- we can talk about programmatic sales.  Who

23   chooses the buyers?

24        A.   They're chosen by the exchange.

10:45 25        Q.   Does the exchange choose them or is it more

81

10:45  1   the buyers sort of choosing themselves by introducing

2   the transaction?

3                    MR. CERESNEY:  Objection to form.

4                    THE WITNESS:  You could describe it

10:45  5          either way.

6   BY MR. TENREIRO:

7          Q.    Does Ripple provide the exchanges any

8   instructions that they -- you know, should choose the

9   buyers based on whether they're going to hold and use

10:45 10  XRP as money?

11         A.    I can't imagine that they would be receptive

12  to that type of advice.

13         Q.    Why?

14         A.    Because they -- they operate algorithmically.

10:45 15        Q.    You mean the exchanges?

16         A.    Yes.

17         Q.    By the way, the exchanges --

18         What interaction do they have with the XRP Ledger

19  for the purpose of selling the XRP to the buyers we were

10:45 20  discussing?

21                   MR. CERESNEY:  Objection to form.

22                   THE WITNESS:  My understanding is that

23              they receive XRP from people who wish to sell

24              it, then they send out XRP to people who have

10:45 25              purchased it and those transactions take place

82

```
10:45   1            on the XRP Ledger.
        2   BY MR. TENREIRO:
        3       Q.    And just to be clear, when they receive XRP
        4   from people who wish to sell it, does that include
10:46   5   Ripple's programmatic exchanges, programmatic sales?
        6       A.    I believe so.
        7       Q.    Okay.  You referred to programmatic sales.
        8       Are there any other type of XRP sales that Ripple
        9   engages in?
10:46  10       A.    Over-the-counter sales.
       11       Q.    With respect to the over-the-counter sales,
       12   does Ripple sell XRP to people who would use -- hold and
       13   use XRP as money?
       14            MR. CERESNEY:  Objection.
10:46  15            MR. GERTZMAN:  Objection to form.
       16            MR. CERESNEY:  You used the present
       17        tense.  Is that what your intention --
       18            MR. TENREIRO:  Yes.
       19   BY MR. TENREIRO:
10:46  20       Q.    With respect to the counter sales, does
       21   Ripple sell XRP to persons who would hold and use XRP as
       22   money?
       23       A.    I don't --
       24            MR. GERTZMAN:  Objection to form.
10:46  25            THE WITNESS:  I don't know the criteria
```

                                                              83

10:46  1              for our current over-the-counter sales.

       2  BY MR. TENREIRO:

       3       Q.    And what about historically?  Were there --

       4       Were there criteria for the over-the-counter sales

10:47  5  related to whether people would hold and use XRP as

       6  money?

       7                  MR. CERESNEY:  Objection.

       8                  (Pause.)

       9                  THE WITNESS:  I don't know.

10:47 10  BY MR. TENREIRO:

      11       Q.    Okay.  Who would know?

      12       A.    I'm not sure who was in charge of

      13  over-the-counter sales.  Yeah, I'm not sure.

      14       Q.    So the person in charge of the

10:47 15  over-the-counter sales might know?

      16       A.    Well, they might not have chosen the

      17  criteria, but I presume they would know what the

      18  criteria were.

      19       Q.    Okay.

10:47 20                  (Thereupon, an informal discussion was

      21          held off the record.)

      22  BY MR. TENREIRO:

      23       Q.    Mr. Schwartz, do you recall at times

      24  referring to Ripple's gateway strategy with respect to

10:48 25  XRP?

                                                             84

10:48 1    A.    Yes.

2    Q.    Could you just for the record what you mean

3    by "gateway strategy"?

4    A.    Yes.  That was one of Ripple's first

10:48 5    strategies that deserves to be called a strategy.  The

6    gateway strategy is that people would use the XRP Ledger

7    as a multi-asset ledger to transact largely in the

8    assets that they were traditionally comfortable, with

9    like dollars.

10:48 10    If they wanted cryptocurrencies, they could, and

11    the ledger would sort of act as a giant decentralized

12    exchange with XRP as the transaction fee currency and as

13    an intermediary asset.

14    Q.    And is that --

10:48 15    Is that strategy different from what we discussed

16    earlier this morning, that you described generally as an

17    exchange on the ledger where there's a 10 million a day

18    volume?

19    A.    Those are substantially the same thing.

10:48 20    Q.    Those are substantially the same?

21    A.    Yes.  The gateway strategy and current

22    operation of the decentralized exchange are

23    substantially the same end result.

24              (Thereupon, a two-page document entitled

10:48 25         "Issuing Gateway vs. Private Exchange - Gateways

85

10:48  1              and Exchanges - Xrp Chat" was introduced as DS

       2              Exhibit 60 for identification.)

       3   BY MR. TENREIRO:

       4         Q.    Okay.  Let's look at Exhibit 60, please.

10:49  5         A.    Okay.

       6         Q.    This is an excerpt from Xrp Chat.  I don't

       7   know how this printed so neatly compared to the other

       8   ones.

       9         It's two pages, and it appears to be a post on

10:49 10   January 24th.  I'm not sure what the year is.  I believe

      11   it's 2018, but I can't represent that to you.

      12         A.    Yes, I see that.

      13         Q.    Just by reading it, could you tell us what

      14   year it was?

10:49 15         A.    Well, since I did say we did pursue a gateway

      16   strategy for several years, we began that strategy in

      17   2014.

      18         Q.    Can I direct you to the bottom of the first

      19   page where you say, "xRapid is our first big push to

10:50 20   connect payments to XRP settlement"?

      21         And my only question is if that sort of clues you

      22   in as to more or less when this post was made.

      23         A.    Well, it would have had to have been after we

      24   used the term xRapid as well.

10:50 25         Q.    Okay, so that's -- that's fine.  So first,

                                                            86

```
10:50  1   you say, "Ripple is not targeting XRP at retail use"

       2   and the word "retail" is in quotation marks.

       3        Now, did you have the same meaning there as you did

       4   in Exhibit 36 we saw a minute ago, when you say, "retail

10:50  5   use"?

       6                (Pause.)

       7                THE WITNESS:  I think so.

       8   BY MR. TENREIRO:

       9        Q.   And just for the record, does that mean --

10:50 10   does that mean hold and use XRP as money?

      11        A.   That means people holding and using XRP as a

      12   means of payment beyond the decentralized exchange and

      13   transaction fees.

      14        Q.   Okay.  By the way, on the second page, it

10:51 15   appears that your response is in 2018.  If you take a

      16   look, there's an actual year marker there.  Thank you.

      17        A.   I see that, yeah.

      18        Q.   Is that consistent with sort of your

      19   recollection when this post might be?

10:51 20        A.   That's certainly reasonable.

      21        Q.   Yeah.  When you say, "There are a variety of

      22   reasons for this, including the regulatory challenge,"

      23   what -- what regulatory challenge -- is that the FinCEN

      24   issue?

10:51 25        A.   I believe it must have been, yeah.
```

87

10:51  1        Q.    You say, "It's also because we -- at least

       2   some of us -- don't think any cryptocurrencies are quite

       3   ready for mass adoption through this route yet."

       4        Is that a similar sentiment as what we saw in

10:51  5   Exhibit 36, your view that -- you know, cryptocurrencies

       6   aren't ready to be used as cash?

       7        A.    Well, not -- not mass adoption.

       8        Q.    As opposed to some people might do it, but

       9   not mass adoption?

10:52 10        A.    Exactly.  People who are specifically

      11   interested might do so, but it wouldn't be ready from

      12   like a mass retail use case.

      13        Q.    And here -- then, you say, "We did pursue a

      14   Gateway strategy for several years."

10:52 15        So is that gateway strategy the exchange on the XRP

      16   Ledger of assets for each other --

      17        A.    Uh-huh.

      18        Q.    -- that we were talking about?

      19        A.    Yes.

10:52 20        Q.    Why did you say "did pursue" in the past

      21   tense, if you're still pursuing it here?

      22        A.    This probably was after we stopped pursuing

      23   that strategy.

      24        Q.    Oh.

10:52 25        A.    Well, let me rephrase.  It's not clear from

                                                              88

10:52  1    this that I necessarily mean that we weren't still --

       2    and without -- without --

       3        I would have to check the timeline for precisely to

       4    know for sure.  This is consistent with either us still

10:52  5    pursuing it or us having pursued it.

       6        Q.    The next sentence says:

       7    "We had a very hard time on boarded gateways.  An

       8    unreliable gateway is probably worse than no gateway.

       9    Gateways face challenges with regulatory compliance,

10:53 10    customer service, and finding a good revenue model,"

      11    etc.

      12        A.    Uh-huh.

      13        Q.    Does that refresh your recollection as to

      14    whether you were still pursuing -- as to whether Ripple

10:53 15    was still pursuing the gateway strategy at this point?

      16    And.

      17        Then I'll just note for you the next paragraph says

      18    "So we pivoted to a strategy," etc.

      19        A.    Yeah, that's consistent with my understanding

10:53 20    of the time.  But I hesitate to say that we completely

      21    abandoned the gateway strategy.

      22        Q.    So is it your testimony that today, Ripple

      23    has not completely abandoned the gateway strategy?

      24        A.    I am not saying that we -- I'm saying that I

10:53 25    can't conclude that we did completely abandon the

                                                              89

```
10:53  1    gateway strategy at that time.
       2         Q.    Has it abandoned it today?
       3         A.    No.
       4         Q.    Okay.  It hasn't completely abandoned it, but
10:53  5    it has abandoned it somewhat?  I'm trying to understand
       6    what Ripple's current position is with respect to the
       7    gateway strategy.
       8              MR. CERESNEY:  Objection to form.
       9              THE WITNESS:  I would say Ripple's --
10:53 10              Ripple's commitment to the gateway
      11         strategy or focus on it has changed over time.
      12              It first didn't exist, was very high,
      13         dropped for a while in preference to the
      14         RippleNet strategy, then came up again.
10:54 15    BY MR. TENREIRO:
      16         Q.    In preference to RippleNet strategy?
      17         A.    Yes.
      18         Q.    Is that the same as xRapid?
      19         A.    XRapid's a subset of the RippleNet strategy.
10:54 20         Q.    Then you say, "came up again."  The gateway
      21    strategy came up again?
      22         A.    Yes.
      23         Q.    When was that?
      24         A.    I would say probably -- I mean it did a
10:54 25    little bit over a long periods of time, but I think
```

                                                              90

10:54  1   around the time we noticed that the gateway strategy --

2   the decentralized exchange was thriving despite our lack

3   of focus on it.

4        Q.    Okay.  Let's take a look, now, at a different

10:54  5   exhibit, which will be Exhibit 19.

6                  (Thereupon, a document entitled "If Ripple

7             failed, XRP died - General Discussion - Xrp

8             Chat" was introduced as Exhibit 19 for

9             identification.)

10:54 10   BY MR. TENREIRO:

11        Q.    This is an Xrp Chat and this is 28 pages.  My

12   question is on page 12.

13        It appears to be posted June 3rd, 2016.  The title

14   of the thread is "If Ripple failed, XRP died."  You do

10:55 15   call them "threads," right, for Xrp Chat?

16        A.    Yes.

17        Q.    And do you call this -- let me --

18        When you're finished reading this part, my question

19   is if you recall this thread.

10:55 20        A.    I don't specifically recall writing this.

21        Q.    Okay.  Have you had a chance to read your

22   post there?

23        A.    Let me just -- let me just --

24        I've looked at the context.  Let me just read my

10:55 25   particular post in its entirety.  One second.

91

10:56  1                    (Pause.)

       2                    THE WITNESS:  Yes.

       3    BY MR. TENREIRO:

       4        Q.    Okay.  Let's start with "I don't think it's

10:56  5    likely XRP would succeed without us, though it is

       6    possible."

       7        What did you mean by that?  How would it be

       8    possible for XRP to succeed without Ripple?

       9                    MR. CERESNEY:  Objection to form.

10:56 10                    THE WITNESS:  Today, I find it --

      11                    MR. CERESNEY:  Do you want him to

      12            answer -- you asked two questions, "What did

      13            you mean by that?" and then the subsequent

      14            question.  Which one do you want him to

10:56 15            answer?

      16    BY MR. TENREIRO:

      17        Q.    No, I'm asking back then.  How -- how would

      18    XRP subject succeed without Ripple in 2016?

      19        A.    Looking at this today, I'm surprised that I

10:56 20    would have said that in 2016.  I believe in 2016 the

      21    decentralized exchange was already in significant,

      22    active use.  Many exchanges were trading XRP.  I --

      23        Honestly, I'm -- I'm -- honestly, I'm very

      24    surprised it's as late as 2016.  That certainly isn't my

10:57 25    view today of what I would -- what I would have

                                                                    92

10:57  1    thought -- what I think I would have thought today in

       2    2016.

       3         Q.    Okay.  But you did make this post, as far as

       4    you know?

10:57  5         A.    I did, as far as I know.

       6         Q.    Later, you say:

       7         "I do think it's possible for us to succeed without

       8    XRP succeeding as we do have other sources of revenue."

       9         Is it fair to say that in 2016, XRP was one of

10:57 10    Ripple's -- selling XRP was one of Ripple's sources of

      11    revenue?

      12         A.    I believe it was by 2016.  I'm not sure.

      13         Q.    And -- okay.  Then, you say:

      14         "That said, our XRP is a significant asset."  What

10:57 15    does it mean there -- what do you mean, "a significant

      16    asset"?

      17         A.    I meant that Ripple held a significant amount

      18    of XRP.

      19         Q.    Was it worth a significant amount in 2016?

10:58 20         A.    I don't -- I don't recall.  I suspect -- I

      21    don't recall the price then.

      22         Q.    Okay.  Did you monitor the price of XRP back

      23    in 2016?

      24                   MR. CERESNEY:  Objection to form.

10:58 25                   MR. TENREIRO:  What's the objection?

                                                              93

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

| | | |
|---|---|---|
| 10:58 | 1 | MR. CERESNEY:  What the term "monitor" |
| | 2 | means. |
| | 3 | BY MR. TENREIRO: |
| | 4 | Q.   Did you look at the price of XRP online? |
| 10:58 | 5 | A.   I believe I did check the price at the time, |
| | 6 | from as soon as it was possible to do that to the |
| | 7 | present. |
| | 8 | Q.   You still do that today? |
| | 9 | A.   Yes. |
| 10:58 | 10 | Q.   Why? |
| | 11 | A.   Just to understand the sentiment in the |
| | 12 | market. |
| | 13 | Q.   The sentiment as to what, as to XRP? |
| | 14 | A.   Well, as to the entire cryptocurrency space. |
| 10:58 | 15 | Q.   Okay.  What other digital asset prices do you |
| | 16 | look up online from time to time? |
| | 17 | A.   Primarily, Bitcoin, Ethereum, and XRP.  I |
| | 18 | think those are the three that I would look at most. |
| | 19 | Q.   And do you hold XRP today? |
| 10:59 | 20 | A.   Yes, I do. |
| | 21 | Q.   How much? |
| | 22 | A.   I believe approximately ▮▮▮▮▮. |
| | 23 | Q.   And over the course of your employment -- |
| | 24 | over the course of your life, how much XRP had you sold? |
| 10:59 | 25 | A.   Probably about ▮▮▮▮. |

94

10:59  1        Q.    █████████  XRP?

2        A.    It's probably a little more than that.  Maybe

3  ██████████.

4        Q.    And in exchange for what did you sell that

10:59  5  XRP?

6        A.    Either Bitcoin or U.S. dollars.

7        Q.    How much in U.S. dollars?

8        A.    I think about ████████.

9        Q.    And how much in Bitcoin?

10:59  10        A.    That I don't know, but much less.

11        Q.    Much less in the equivalent of dollars to

12  Bitcoin?

13        A.    Yes, yes.  It's -- it's just challenging

14  because the price of Bitcoin is also variable.

10:59  15        Q.    Yeah?

16        A.    So it's hard -- it's less in terms of the

17  magnitude of value.

18        Q.    Okay.  Where did you sell -- how -- how did

19  you sell your XRP?

11:00  20        A.    Either on exchanges or on the decentralized

21  exchange.

22        Q.    If you used exchanges, which ones did you

23  use?

24        A.    I believe I predominantly used Bitstamp and

11:00  25  Coinbase Pro, Kraken probably third.

95

11:00  1        Q.    Back to the exhibit.  You say:

2        "Our XRP strategy is based on promoting it as a

3   bridging currency."  Do you see that part?  It's the

4   second paragraph, third sentence?

11:00  5        A.    Yes.

6        Q.    What do you mean by "our XRP strategy"?

7   Whose?

8        A.    Ripple's.

9        Q.    Okay.  Here you're talking on behalf of

11:00 10   Ripple or on behalf of yourself?

11        A.    I think here I think I'm describing what

12   Ripple's strategy is, which is -- I hesitate to put it

13   in one of two buckets, but I am an employee of Ripple,

14   describing what my view of what Ripple's strategy is.

11:00 15        Q.    Right.  At this point, had Ripple achieved

16   adoption of XRP as a bridging currency?

17        I understand you're talking about --

18              MR. CERESNEY:  Objection.

19   BY MR. TENREIRO:

11:01 20        Q.    -- promoting it.

21              MR. TENREIRO:  Sorry.

22              MR. CERESNEY:  Objection to form.

23   BY MR. TENREIRO:

24        Q.    I understand that you're talking here about

11:01 25   promoting it as a bridging currency.  You talk about

96

11:01  1   significant technical obstacles and other ways in which

       2   the strategy might work.

       3        My question is:  At this point, had Ripple actually

       4   achieved adoption of XRP as a bridging currency?

11:01  5                    MR. CERESNEY:  Objection to form.

       6                    THE WITNESS:  Yes and no.  "Yes," to the

       7               extent that people were using it as a bridging

       8               currency.

       9                    "No," to the extent that Ripple didn't

11:01 10               have a product that would allow people to do

      11               that at that time.  At least, I don't believe

      12               we did in 2016.

      13   BY MR. TENREIRO:

      14        Q.   Is that yes to the part that's on the

11:01 15   exchange we were talking about?

      16        A.   Yes.  It would be the part on the

      17   decentralized exchange.

      18        And possibly people doing it other ways, too, but I

      19   wouldn't want to say -- I wouldn't know, but I know

11:02 20   people were doing it on the decentralized exchange.

      21        Q.   Did Ripple -- you know, develop that

      22   decentralized exchange?

      23        A.   We developed the decentralized -- well, the

      24   decentralized exchange was developed by myself and

11:02 25   ██████████████, who subsequently became Ripple employees,

                                                                97

11:02  1  but we didn't -- we didn't -- but I believe this --

2  well, this is 2016.  Sorry.  I lost my train of thought.

3  Can you --

4      Q.    Yeah, yeah, yeah, so -- you know.

11:02  5      I had asked you if Ripple at this point had

6  achieved adoption of XRP's bridging currency.  You said,

7  "Yes, to the extent that people were using it as a

8  bridging currency; no, to the extent Ripple didn't have

9  a product."

11:02  10      That confused me a little bit, because I thought

11  the exchange itself was one of Ripple's products.

12      A.    The decentralized exchange?

13      Q.    Yeah.

14      A.    Not really, because that predates the

11:02  15  company.  That was developed largely by myself and

16  ███████████████ in early 2013.

17      And then adoption occurred initially with Ripple

18  suggesting the adoption and then with Ripple pivoting to

19  RippleNet strategy, but then adoption continued despite

11:03  20  Ripple's lack of effort.

21      Q.    Okay.  Understood.

22      A.    So if you want to attribute that success to

23  Ripple or not, it is what it is.

24      Q.    Yeah, I understand.

11:03  25      Does Ripple earn revenue from that decentralized

98

11:03  1   exchange from people using it?

2       A.    No.

3       Q.    Has it ever, as far as you know, earned

4   revenue from people using the decentralized exchange?

11:03  5   A.    Not to my knowledge.

6       Q.    Did there come a point in time where Ripple

7   earned revenue from people using XRP as a bridging

8   currency?

9       A.    Yes.

11:03 10   Q.    And when was that?

11       A.    Once xRapid was live.

12       Q.    What was the source of revenue through

13   xRapid?

14       A.    It would have initially been things like

11:03 15   licensing fees and there may have been per transaction

16   fees.

17       Q.    Order of magnitude, do you know how much

18   revenue Ripple has earned through xRapid?

19       A.    No, I would have to guess.

11:04 20   Q.    Towards the end of the post, you say -- I

21   guess towards the bottom of the page -- "We do not plan

22   to encourage use of XRP as an alternative to Bitcoin or

23   as a direct payment method at this time."

24       Was that statement true in 2016?

11:04 25   A.    I believe so, yes.

99

11:04  1      Q.    Okay.  Let's move on.  Well, let me ask you

2   this:

3      Why are you publicly talking about the strategy

4   that Ripple has?

11:04  5                  MR. CERESNEY:  Hold on.  I just took --

6                  MR. TENREIRO:  Yeah, sorry.

7                  (Thereupon, an informal discussion was

8          held off the record.)

9   BY MR. TENREIRO:

11:04 10      Q.    Yeah, page 12.  You say:

11      "Our XRP strategy is based on promoting it as a

12   bridging currency."

13      Why are you even talking publicly about the

14   strategy Ripple has at this time?

11:05 15      A.    When people say something that I know the

16   truth on that's not correct, I have an uncontrollable

17   instinct to correct them.

18      I call it "Code Red."  Someone's wrong on the

19   Internet.  I know it's a thankless and eternal task, but

11:05 20   I literally cannot help it.

21      Q.    I will save my comments for off the record on

22   that.

23      Is there any other reason why you publicly explain

24   Ripple's plans from time to time?

11:05 25      A.    I do feel like it's within -- I do feel like

100

11:05  1  it's something that I should do as a -- you know, as a

       2  well known employee of the company.

       3     Q.   Why?  Why should -- I mean, why do you feel

       4  that?

11:05  5     A.   I don't really know.

       6     Q.   Well -- okay.  Why -- and do you have a view

       7  as to whether -- sort of its a good idea to have

       8  accurate information about the company -- you know, out

       9  in public?

11:06 10     A.   Yeah.  Yes, I do think people should have

    11  accurate information rather than inaccurate information.

    12     Q.   Okay, so would you say -- I'm going to switch

    13  gears for a second.

    14           MR. CERESNEY:  Are you done with this

11:06 15        exhibit?

    16           MR. TENREIRO:  I think so.

    17  BY MR. TENREIRO:

    18     Q.   Would you say that when the ledger -- the XRP

    19  Ledger -- was launched, the public -- would you

11:06 20  describe -- would you describe it as a centralized

    21  ledger or decentralized?

    22     A.   At the time, I would have described it as

    23  centralized.  Today, I would describe it as

    24  decentralized.

11:06 25     Q.   You would describe it as decentralized

                                                        101

11:06  1  whether it was launched?

2      A.    Soon as the source code was generally

3  available outside the company.

4      Q.    That's the moment you describe it as

11:06  5  decentralized?

6      A.    It is hard -- I will concede it's challenging

7  to draw a bright line, but if you want to draw a bright

8  line, that's where I would draw it.

9      Q.    Okay, I could ask for a bright line, but

11:07 10  that's fine.  My question is -- let's do this:

11      Is it fair to say that at times, people will say

12  that whether something is centralized or decentralized

13  is suggestive?

14      A.    Yes.

11:07 15      Q.    And whether I say people, I mean people --

16  you know, in the academic literature, for example?

17  People say that -- whether something is centralized or

18  decentralized is subjective?

19      A.    There is no one consistent definition of

11:07 20  centralized and decentralized that everybody means every

21  time they use those terms.

22      Q.    And when the ledger was launched, why would

23  you describe it as centralized back then?  Even though I

24  understand that today, you don't have that view.

11:07 25      A.    Back then, I would have described it as

                                                        102

11:07   1    centralized, because the notion of centralization of

        2    decentralization wasn't very -- wasn't very precisely

        3    defined.

        4         Q.    But there was enough -- there must have been

11:07   5    some definition such that you would have taken your view

        6    though to be centralized?

        7         A.    That's correct.

        8         Q.    What about your view back then about these

        9    concepts made you think back then that it was a

11:08  10    centralized ledger?

       11         A.    The primary one would be that had Ripple

       12    stopped existing, gone away, disappeared, it's unlikely

       13    that anyone else would have continued the project.

       14         Q.    Why?

11:08  15         A.    They would have had no reason to.  They just

       16    wouldn't have been interested in doing so.

       17         Q.    Was one of the reasons because the XRP Ledger

       18    wasn't doing much back then?

       19              MR. CERESNEY:  Objection to form.

11:08  20    BY MR. TENREIRO:

       21         Q.    What are the reasons people would have had no

       22    interest?

       23         A.    I think it's fair to say that a person would

       24    have interest if they were using it for something that

11:08  25    was important to them, and if they weren't using it for

                                                              103

11:08 1    something that was important to them, just out of sheer
2    interest in the technology or -- they could if they
3    wanted to, but it's simply unlikely that they would
4    have.
11:08 5         Q.    At what point did your understanding of the
6    concepts of centralization and decentralization change
7    such that your view of what the ledger was originally
8    also changed?
9         A.    I think they continuously evolved throughout
11:09 10   the entire time period, and it's hard for me to place --
11        And that's reflected in many of my posts, where I
12   think you'll find later on I talk more about "Well, if
13   by 'decentralization' you mean this, then this means
14   something else."
11:09 15       I understood that it was more nuanced and there
16   were different notions of centralization and
17   decentralization.
18        Q.    This -- this sort of evolving
19   understanding -- did you derive it from sort of --
11:09 20   where, again, reading academic literature, conversations
21   with fellow computer programmers?  How is it that it
22   changed?
23        A.    Right, from -- from all of those things.
24        I think the biggest one was just thinking about why
11:09 25   does it matter is something is decentralized, what does

                                                          104

```
11:09   1   a person actually care about, then that should inform --
        2   the definition should be a thing that you actually care
        3   about.
        4       Q.   Okay, and is it -- does Ripple care about
11:09   5   whether the public perceives the XRP Ledger as
        6   centralized or decentralized?
        7               MR. CERESNEY:  Objection, form.  He asked
        8           you whether Ripple cared.
        9               THE WITNESS:  I believe that -- that
11:10  10           people at Ripple, including myself, care that
       11           people have an accurate understanding of the
       12           status of the ledger.  If somebody wants to
       13           take the trouble to make a false statement,
       14           then we'll correct that false statement.
11:10  15   BY MR. TENREIRO:
       16       Q.   Separate from caring about accurate
       17   understandings, my question is:
       18       Do people at Ripple, such as yourself, care about
       19   whether the public perceives the XRP Ledger is
11:10  20   centralized or decentralized?
       21               MR. CERESNEY:  Objection.
       22               MR. GERTZMAN:  Objection.
       23               MR. CERESNEY:  You're asking people at
       24           Ripple such as himself.  Are you just asking
11:10  25           him?
```

                                                                105

```
11:10    1              MR. TENREIRO:  No, I'm asking him about
         2         Ripple, because he could have had
         3         conversations with other people where they
         4         might have said, "Hey -- you know.  My name is
11:10    5         ▮▮▮▮▮▮▮▮.  I really want there to be this
         6         perception in the public."
         7              MR. CERESNEY:  If you can, answer the
         8         question.
         9              MR. GERTZMAN:  Just note my objection to
11:10   10         the form.
        11              MR. CERESNEY:  Yeah.  I objected, Mike.
        12              THE WITNESS:  I mean, I can --
        13              I can say specifically that there were
        14         Ripple efforts to communicate the status of
11:11   15         the ledger -- to accurately communicate the
        16         status of the ledger centralization or
        17         decentralization at various times.
        18    BY MR. TENREIRO:
        19         Q.   And why did Ripple make those efforts?
11:11   20         A.   I think largely to combat the false narrative
        21    that it was centralized.
        22         Q.   And were there other reasons?  Not largely,
        23    but something else?
        24         A.   I don't -- I don't believe so.
11:11   25         Q.   Okay.  Do you know whether Ripple made
```

106

11:11  1   efforts to communicate the status of the ledger,
       2   centralization or decentralization, in order to promote
       3   a litigation strategy?
       4                MR. CERESNEY:  Objection.
11:11  5                You should not reveal any discussions
       6            with counsel.
       7                THE WITNESS:  I do not believe we did
       8            that.
       9                (Pause.)
11:12 10                (Thereupon, a printout from Bitcoin Forum
      11            entitled "Latest Posts of JoelKatz" dated May
      12            20, 2013" was introduced as Exhibit 6 for
      13            identification.)
      14   BY MR. TENREIRO:
11:12 15        Q.    Let's look at Exhibit 6, please.  This is
      16   from the Bitcoin forum, "Latest posts of JoelKatz," and
      17   these are a series of posts in May 2013.
      18        There's eight pages to the exhibit.  I am going to
      19   ask you about something on page 3.
11:12 20                (Pause.)
      21   BY MR. TENREIRO:
      22        Q.    Also on page 6.  We can start with three, if
      23   that's okay.
      24        A.    Okay.
11:13 25        Q.    Is it fair to say the way this is

                                                              107

11:13  1   presented -- it's sort of you responding to something

2   someone else said?

3       A.    Yes.

4       Q.    Okay, so on the top of page 3, you say --

11:13  5           (Thereupon, an informal discussion was

6       held off the record.)

7           MR. TENREIRO:  Oh, I'm sorry.  Yes.  For

8       the SEC person displaying them, it's six,

9       please.

11:14 10           My understanding of how this works is you

11      could -- maybe Mr. Schwartz has a different

12      understanding.

13           But my understanding is you can select a

14      user and you can sort of concatenate their

11:14 15      posts, and it's not the threads.  You'd have

16      to click on the actual title of threads to see

17      the whole thread.  This is just their post on

18      various threads.

19           (Thereupon, an informal discussion was

11:14 20      held off the record.)

21   BY MR. TENREIRO:

22       Q.    It shows what -- it says:

23      "Larsen can't have it both ways," and then, he

24   says, "You're assuming OpenCoin will be a Ripple central

11:14 25   authority forever."

108

11:14  1          So we can go to page 3 of this exhibit, please,

2     towards the top.

3          A.    Yes.

4          Q.    There we go.

11:14  5          When you say, "You are assuming OpenCoin will be a

6     Ripple central authority forever," do you see that?

7          A.    Yes.

8          Q.    OpenCoin was that the name for Ripple before

9     it was called Ripple?

11:15 10          A.    Yes.

11          Q.    Okay.  What do you mean by "central

12     authority"?

13                    (Pause.)

14                    THE WITNESS:  I'm really not precisely

11:15 15               sure.  Yeah, I'm really not.  I'm not sure.

16     BY MR. TENREIRO:

17          Q.    You're not sure what you mean by "central

18     authority," sitting here today?

19          A.    Yeah, let me read what I am responding to,

11:15 20     again.

21                    MR. CERESNEY:  Take your time.

22                    (Pause.)

23                    THE WITNESS:  I think I meant the most

24               interested party, the party participating the

11:15 25               most in development.

                                                             109

11:15   1                    But I'm not really sure today what I

        2              meant by that at that time.

        3   BY MR. TENREIRO:

        4        Q.    Here, does the word "ripple" refer to XRP?

11:16   5        A.    "Ripple" refers to the XRP Ledger.

        6        Q.    The XRP Ledger?

        7        A.    I think so.

        8        Q.    There was a moment in time when XRP was

        9   referred to as "ripples"?

11:16  10        A.    People have referred to them that way, yes.

       11   Ripple credits or -- yeah, the name's changed a number

       12   of times.

       13        Q.    Did Ripple have any role in sort of ensuring

       14   that the public did not use the word "ripples" or

11:16  15   "ripple credits" instead of XRP?

       16              MR. CERESNEY:  Objection to the form.

       17              MR. GERTZMAN:  Objection to the form.

       18              THE WITNESS:  My recollection is there

       19              came a time when we -- when we treated

11:16  20              "Ripple" as a company trademark.

       21   BY MR. TENREIRO:

       22        Q.    Okay.  When you say, "That is absolutely not

       23   our plan," who is "our" referring to?

       24        A.    This is early 2013, so I'm not -- I can tell

11:17  25   you -- I don't know if it was -- well, I'm referring to

                                                                110

11:17  1   OpenCoin, so I must have meant OpenCoin.

2         Q.    Okay, and what do you mean by "That is

3   absolutely not our plan"?

4         A.    OpenCoin's intention was always -- was always

11:17  5   to -- to reduce its own role.

6         Q.    With respect to what?

7         A.    Well, in the early days, OpenCoin's role

8   was -- primary role was to distribute XRP, so as that

9   job wound to a close, OpenCoin wouldn't have anything

11:17 10   left to do.

11         Q.    Has that job wound to a close today?

12         A.    No.

13         Q.    When -- when is it going to?

14         A.    It's impossible to say.

11:17 15         Q.    Okay.  Would you say it's going to be in the

16   next few years?

17               MR. CERESNEY:  Objection.

18               THE WITNESS:  Very hard -- very hard to

19         say.

11:17 20   BY MR. TENREIRO:

21         Q.    Okay.  Page 6, please.  This response is to a

22   quote on May 16th.  The quote says:

23         "Thanks for the clear responses."  Your response

24   says:

11:18 25         "We will do what we can to drive adoption."

111

11:18    1          A.     Yes.

         2          Q.     Then you say -- I'm skipping a sentence.

         3          You say, "We plan to develop client and server

         4   software for as long as necessary."  Who is the "we"

11:18    5   there?

         6          A.     I suspect I'm speak on behalf of OpenCoin.

         7          Q.     "Server software"?  Does that refer to the

         8   XRP Ledger?

         9          A.     At least that, yeah.

11:18   10          Q.     I'm sorry?  At least?

        11          A.     At least that, yeah.  Could include other

        12   software, but yes.

        13          Q.     Is this still the plan that Ripple has today,

        14   to continue to develop server software, client and

11:18   15   server software for the XRP Ledger?

        16          A.     Yes.

        17          Q.     It says "for as long as necessary"?

        18          A.     Yes.

        19          Q.     What does that mean?  Who determines -- who

11:19   20   determines whether it's still necessary?

        21                    MR. CERESNEY:  Objection to form.

        22                    MR. TENREIRO:  Actually, let me strike

        23          that.

        24   BY MR. TENREIRO:

11:19   25          Q.     How do you determine if it's still necessary

                                                                   112

11:19  1    for Ripple to do these things?

2                    MR. CERESNEY:  Objection.

3                    THE WITNESS:  Yeah, I don't -- I -- I --

4           I don't really know.

11:19  5    BY MR. TENREIRO:

6        Q.    And do you know who determines it, whether

7    it's still necessary or not?

8        A.    Well, if -- well, OpenCoin, now Ripple, would

9    determine its own plan, so that would be the term nation

11:19 10    we would make, whether we felt we needed to do that

11    authority.

12        Q.    Further down, Post 696, you say, "The price

13    of XRP is just a matter of supply and demand."  Do you

14    see that?

11:19 15        A.    Yes.

16        Q.    What -- what does that in layman's terms?  Is

17    it just Adam Smith?

18        A.    Yeah.

19        Q.    Supply and demand determine the price of an

11:19 20    asset?

21        A.    Yes.

22        Q.    Okay.  Typically, under this sort of theory,

23    if demand goes up what happens to the price and

24    everything else stays equal?

11:20 25        A.    If everything else stays equal, an increase

                                                              113

11:20  1   in demand would translate to an increase in price --
       2   again, if everything else stays equal.
       3        Q.    You say, we believe that broad adoption of
       4   Ripple as a payment platform will drive demand.
11:20  5        What does Ripple refer to there?  Is that the
       6   ledger or XRP?
       7        A.    The ledger.
       8              (Thereupon, an informal discussion was
       9         held off the record with the shorthand
11:20 10         reporter.)
      11   BY MR. TENREIRO:
      12        Q.    And will drive demand for what?
      13        A.    I don't say here.
      14        Q.    Can you tell me from context what you meant?
11:20 15        A.    I don't -- I don't recall.
      16        Q.    Okay.  I understand you don't recall, but
      17   does the context clue you in as to what you meant or
      18   not?
      19        A.    I mean, you could draw the conclusion as
11:20 20   easily as I can.  I don't what I -- what I meant by
      21   that.
      22        Q.    Okay.  Is it still true today that the price
      23   of XRP is just a matter of supply and demand?
      24        A.    I hesitate to use the word "just."  Supply
11:21 25   and demand are factors that influence price, but I think

                                                              114

```
11:21  1   the world is not as simple as a quote from Adam Smith.
       2        Q.    Is it fair to say the price of XRP today is
       3   in part a matter of supply and demand?
       4              MR. CERESNEY:  Objection to form.
11:21  5   BY MR. TENREIRO:
       6        Q.    As far as you understand?
       7        A.    I believe those are factors that affect the
       8   price.
       9        Q.    What other factors do you believe affect the
11:21 10   price today?
      11        A.    Well, it's extremely complicated because if
      12   you look at the prices of digital assets, they don't --
      13   they seem to move despite what don't look like changes
      14   and the supply or demand for those particular assets.
11:21 15        There are a lot of specific examples where there
      16   were drastic changes in the supply or demand of digital
      17   assets and then there was no change in the price, so
      18   something else is going on.
      19        Q.    Fair enough.  Was Ripple a central authority
11:21 20   with respect to the XRP Ledger at this point in time?
      21              MR. CERESNEY:  Objection.
      22   BY MR. TENREIRO:
      23        Q.    As far as you used those terms, "central
      24   authority"?  We're going back to page 3.
11:22 25        A.    I think there was a sense --
```

115

11:22   1         I think there's some sense in which you could make

        2    that term meaningful and other senses which you could

        3    not.

        4         Q.    What are those senses?

11:22   5         A.    In which you could or...

        6         Q.    Could not.

        7         A.    Well, for example, as I understand

        8    decentralization today, if Ripple went away, other

        9    people could have continued the ledger, had they wished

11:22  10    to do so.

       11         For example, had Ripple made a rules change, people

       12    could have resisted that change.  They wouldn't have had

       13    to do what Ripple wanted them to do.  So in that sense,

       14    we were not a central authority.

11:22  15         Q.    Were there other nodes validating ledger

       16    transactions at that time?

       17              MR. CERESNEY:  "Other nodes"?  Other

       18         than?

       19              MR. TENREIRO:  Yeah, other than the ones

11:22  20         Ripple was using -- running.

       21              THE WITNESS:  I know there was at least

       22         one for sure.  There might have been others.

       23    BY MR. TENREIRO:

       24         Q.    How many were there?

11:22  25         A.    I don't know.

                                                                    116

11:22  1       Q.    All right.

       2       Let's talk about the consensus mechanism for a

       3  minute.  Could you describe it in your own terms,

       4  please?  What's the consensus mechanism for the XRP

11:23  5  Ledger?

       6       A.    The consensus mechanism for the XRP Ledger --

       7       It's very hard to describe it -- to describe

       8  something shortly, but it's the method by which the XRP

       9  Ledger reaches -- advances -- advances itself and

11:23 10  reaches new confirmed ledgers that people can rely on.

      11       Q.    I'm sorry.  Reaches new ...

      12            MR. CERESNEY:  You have to speak a little

      13            louder and --

      14  BY MR. TENREIRO:

11:23 15       Q.    That last part.

      16       A.    Confirmed ledgers that people can rely on.

      17       Q.    What method of reaching consensus does the

      18  XRP Ledger utilize?

      19       A.    The method is sometimes described as

11:23 20  "Federated Byzantine Agreement."

      21            (Thereupon, an informal discussion was

      22            held off the record with the shorthand

      23            reporter.)

      24            THE WITNESS:  What that means is -- what

11:23 25            that means is there's sort of a continuous --

                                                              117

```
11:23   1                   It's very analogous to a discussion with
        2               human beings where they would actually agree
        3               on something.  They would literally come to an
        4               agreement on it.
11:24   5   BY MR. TENREIRO:
        6        Q.    The Byzantines didn't seem to agree on much,
        7   though, did they?
        8        A.    Sorry.  That describes the challenge, not so
        9   much the solution.
11:24  10        Q.    Does Ripple --
       11        Does the Ripple Ledger use Proof of Work to
       12   establish consensus?
       13        A.    No.
       14        Q.    Why not?
11:24  15        Whose idea was it for -- to use the consensus
       16   mechanism it does use?
       17        A.    [REDACTED]  had the original idea to
       18   replace -- to take something Bitcoin-like and replace
       19   Proof of Work with some sort of distributed agreement
11:24  20   algorithm.
       21        Q.    Does he use Proof of Stake?
       22        A.    No.
       23        Q.    Why not?
       24        A.    For one thing, Proof of Stake didn't exist at
11:24  25   the time.
```

118

11:24  1        Q.    That's a good answer.  But today, why doesn't
       2    it?
       3        A.    Because Proof of Stake makes the stakeholders
       4    the people who hold the digital asset rather than the
11:24  5    people who use the system.
       6        Q.    And why would one want to make the
       7    stakeholders those who use the system as opposed to
       8    those who hold the asset?
       9        A.    It's my belief that it produces a better
11:25 10    system when the people who use the system and get value
      11    out of it are the primary stakeholders as opposed to
      12    those who just hold an asset.
      13        Q.    Is it fair to say that to run a node of any
      14    type on the ledger today you don't have to hold XRP?
11:25 15        A.    Correct.
      16        Q.    And now there's -- how many nodes are on the
      17    ledger today?
      18        A.    Last I checked, there was something like 15
      19    hundred, but I couldn't tell you for you are sure what
11:25 20    it is today.
      21        Q.    How many of those nodes are actually
      22    validating ledger transactions?
      23        A.    Last I checked, it was about 160 or so.
      24        Q.    What are the other nodes doing?
11:25 25        A.    Let me back up a little bit.  They are all

                                                                    119

11:25  1    validating in the sense that they are checking whether

2    the transactions are valid.

3          But whether or not they are validators -- there's

4    only about 170 of them.

11:25  5          Q.    And the distinction being what?

6          A.    Every node checks whether every transaction

7    is valid, and a node will not take another node's word

8    whether a transaction is valid or not.

9          But the validators participate in coming to a

11:26 10   consensus to break ties, so the double spin comment.

11         Q.    And how many of the hundred or so -- did you

12   say 150?

13         A.    I think it's about 170.

14         Q.    Okay.  How many of the 170 of these nodes are

11:26 15   actually confirming transactions?

16         A.    All -- all validators are confirming

17   transactions.

18         Q.    Okay.  Let's look at Exhibit 9.

19               (Thereupon, a two-page document entitled

11:26 20        XRP Ledger Amendment" was introduced as DS

21         Exhibit 9 for identification.)

22   BY MR. TENREIRO:

23         Q.    Exhibit 9, please.

24         A.    I see that.

11:27 25         Q.    What's XRP scanned?

120

11:27  1        A.    I can tell you what it appears to be from

2    this document.  I don't have any independent knowledge.

3        Q.    Okay.  What does it appear to be?

4        A.    It appears to be a tool that at least among

11:27  5    other things can report on the status of proposed

6    changes to the XRP Ledger.

7        Q.    Does Ripple have any such tool?

8        A.    I'm not sure.  I think we do.

9        Q.    Is that fair --

11:27 10        From that, may I infer fairly that you have not

11    participated in the creation of such a tool?

12        A.    That is correct.

13        Q.    Okay.  What is --

14        Just from looking at this document, what does this

11:27 15    appear to represent to you?

16        A.    This appears to represent the -- the sum

17    subset of the validators appearing on the XRP Ledger and

18    whether -- whether or not they support or oppose a

19    proposed change to the software's operation.

11:27 20        Q.    Okay.  There's 28 yeas and nine nays.  Do you

21    see that?

22        A.    On mine, I see 19 yeas.

23        Q.    If you turn the page?

24        A.    Oh, I see.  Yes, there's 28 yeas and nine

11:28 25    nays.

121

11:28  1     Q.    So do you know what the subset of 37

2  validators are?

3     A.    Given the -- I don't independently know, but

4  I suspect, given the context, someone's recommended UNL.

11:28  5     Q.    Do you know if Ripple recommended UNL?

6     A.    I don't know for sure.

7     Ripple's UNL has changed over time.  It's similar

8  to many other recommended UNLs, so it's hard for me to

9  know whether this was specific.  It certainly could have

11:28 10  been.

11     Q.    How many validators are in Ripple's UNL

12  today?

13     A.    My last recollection was that it was 35.  It

14  may have changed.  That may not be exactly correct at

11:28 15  this moment.

16     Q.    If the 35 nodes on that list all have the

17  same UNL list, which is the 35 of them, what function is

18  left for the other validators in that 150 or so group to

19  do with respect to validating the transactions on the

11:29 20  XRP Ledger?

21     A.    Based on --

22          MR. CERESNEY:  Hold on.  170?

23          THE WITNESS:  However --

24  BY MR. TENREIRO:

11:29 25     Q.    However many?

122

11:29  1      A.      Yeah.

       2      Q.      We don't have to determine the exact amount.

       3      A.      They still determine whether every

       4   transaction is valid or not for their own purposes.

11:29  5      Q.      Other than that, what role do they play?

       6      A.      That would be the only role.

       7      Q.      If they determine it's not valid for their

       8   own purposes, what would they do?

       9      A.      They would ignore it.

11:29 10      Q.      And for -- and enter -- you know, believe a

      11   different state of the ledger?

      12      A.      Depending on how they are configured, the

      13   ledger has significant protection against an accidental

      14   fork.

11:29 15      So unless they intended to fork, they would -- they

      16   would simply report that something was wrong, and they

      17   would --

      18      Q.      To whom?

      19      A.      To their operators, and they would cease

11:29 20   operation.

      21      Q.      Okay.  Reading the list here today, do you --

      22      Do you know if some of these validators are on

      23   Ripple's UNL today?

      24              MR. CERESNEY:  Jorge, what is the date of

11:30 25          this document?

                                                              123

11:30  1          MR. TENREIRO:  I printed this on the 23rd
       2     of May.
       3          MR. CERESNEY:  But it summarizes some
       4     amendments.  Do we know when that was
11:30  5     introduced and when the nodes were?
       6          MR. TENREIRO:  I think it's ongoing.
       7          THE WITNESS:  Yeah, this could -- this
       8     probably was the statement at the time we
       9     printed it.  That's what it looks like.  It's
11:30 10     hard to say for sure.
      11          MR. CERESNEY:  It was still an ongoing
      12     process?
      13          MR. TENREIRO:  It was ongoing on the
      14     23rd.  I know there's a two-week thing, but --
11:30 15          THE WITNESS:  There is.
      16          MR. CERESNEY:  Do you know what this
      17     amendment is?
      18          THE WITNESS:  I'm not certain.
      19          MR. CERESNEY:  It's just I --
11:30 20          MR. TENREIRO:  Do you know --
      21          Well, I'm not asking about the amendment.
      22     I'm asking about the validators.  So if he
      23     recognize these names as validators, it might
      24     be on Ripple's UNL.
11:30 25          MR. CERESNEY:  You're asking whether any

                                                      124

11:30  1              of these validators are on Ripple's UNL?

       2                  MR. TENREIRO:  Yeah.

       3                  MR. CERESNEY:  Okay.

       4                  THE WITNESS:  I know some of them have

11:31  5              been on our UNL at times, and there are

       6              several that I believe are still on our UNL.

       7  BY MR. TENREIRO:

       8      Q.    Well, let's do this.  Let's just set this

       9  aside for a second.  What is the UNL list, for the

11:31 10  record?

      11      A.    The -- a node to a UNL list is the list of

      12  validators that it has chosen to listen to break ties on

      13  the double spin problem, so ...

      14      Q.    And does Ripple publish a UNL list?

11:31 15      A.    Yes.

      16      Q.    Is that referred to as the "dUNL" list?

      17      A.    Some people refer to it as that.

      18      Q.    Lower case D?

      19      A.    Yes.

11:31 20      Q.    Why do people call it that?

      21      A.    Because there were times when it was the

      22  UNL -- it may still be true, where it's the UNL list you

      23  get if you don't choose one.

      24      Q.    So the default --

11:31 25      A.    Yes.

                                                              125

```
11:31    1              (Inaudible crosstalk.)
         2   BY MR. TENREIRO:
         3        Q.    Why does Ripple publish this list?
         4        A.    Just to simplify administration of the XRP
11:31    5   Ledger software.
         6        Q.    Okay.  Does Ripple use the XRP Ledger
         7   software?
         8        A.    Yes.
         9        Q.    Is it fair to say Ripple has a stake in the
11:31   10   XRP Ledger?
        11              MR. CERESNEY:  Objection to form.
        12              THE WITNESS:  I would say any -- I
        13          would -- I have said at times that every XRP
        14          holder has a stake in the ledger.
11:32   15   BY MR. TENREIRO:
        16        Q.    That includes Ripple?
        17        A.    Certainly, that would include Ripple.
        18        Q.    Does Ripple have a financial interest in the
        19   ledger?
11:32   20              MR. CERESNEY:  Objection to form.
        21              THE WITNESS:  I mean, it's kind of a
        22          vague term, but I ...
        23   BY MR. TENREIRO:
        24        Q.    Does it have a financial interest in the
11:32   25   ledger operating/functioning correctly?
```

126

```
11:32   1          A.    I think so.

        2          Q.    Does it have a reputational interest in the

        3    ledger functioning correctly?

        4                MR. CERESNEY:  Objection to form.

11:32   5                THE WITNESS:  I think so.

        6    BY MR. TENREIRO:

        7          Q.    From your conversations at the company, do

        8    you have any idea whether --

        9                MR. TENREIRO:  Well, let me strike that.

11:32  10    BY MR. TENREIRO:

       11          Q.    Let's go back to my question.  Who else is

       12    publishing UNL lists today?

       13          A.    I -- I don't necessarily know if everybody

       14    could be publishing the UNL list.  I know COIL publishes

11:33  15    one, and I know the XRP Ledger Foundation publishes one.

       16          Q.    What is COIL?

       17          A.    COIL is a company that uses ███████████.

       18          Q.    What is ███████████?

       19          A.    ███████████ is a payment protocol that

11:33  20    allows -- that doesn't use a ledger.

       21          Q.    Does not use a blockchain?

       22          A.    It can use assets that trade on a block

       23    change but doesn't itself.

       24          Q.    Is that the xCurrent software platform?

11:33  25          A.    There are historical ties between them, but
```

127

11:33  1   they have gone their separate ways since then.

2       Q.    Historical ties between xCurrent and the

3   software or platform that COIL uses?

4       A.    ███████, yes.  Severed all ties between

11:33  5   them.

6       Q.    What commercial relationship, if any, does

7   COIL have with Ripple?

8               MR. CERESNEY:  Objection.

9               THE WITNESS:  I believe Ripple has

11:33 10            invested in COIL.

11  BY MR. TENREIRO:

12      Q.    What about -- what commercial relationship,

13  if any, does Ripple have with the XRP Ledger Foundation?

14              MR. CERESNEY:  Objection to form.

11:34 15            THE WITNESS:  Ripple has donated -- I

16            believe Ripple has donated to the XRP Ledger

17            Foundation.

18  BY MR. TENREIRO:

19      Q.    How much?

11:34 20      A.    I recall seeing the figure $1.2 million, but

21  I don't know if that was a proposed donation.  I don't

22  know.

23      Q.    How much has Ripple invested in COIL?

24      A.    I knew at one time.  I don't recall, though.

11:34 25      Q.    Do you know if COIL's UNL list is identical

                                                            128

11:34  1    to the XRP Ledger Foundation?

       2         A.    I have not compared them.

       3         Q.    Do you know what overlap between COIL's an

       4    Ripple's UNL lists?

11:34  5         A.    I have not compared them.

       6         Q.    How many of the validators on Ripple's

       7    proposed UNL list are on the lists of the other nodes?

       8                   MR. CERESNEY:  When you say, "the other

       9              nodes" --

11:34 10                   MR. TENREIRO:  150 or 170 or so.

      11                   THE WITNESS:  I believe the three

      12              published UNL lists I've talked about are at

      13              least substantially identical.  I don't

      14              believe that they are identical.  I don't know

11:35 15              more detail that than that.

      16    BY MR. TENREIRO:

      17         Q.    They have to be substantially identical for

      18    the ledger to move forward, right?

      19         A.    Not unless -- assuming there's no -- assuming

11:35 20    there's no intent to disagree.

      21         Q.    And it's --

      22         Is it fair to say that Ripple employees have

      23    reached the conclusion the overlap has to be about 90

      24    percent?

11:35 25         A.    Between 80 and 90 percent.  Again, unless

                                                              129

11:35  1    there's a decision to deliberately disagree.

2         Q.    Set that aside for now.

3         Do you know how many of the validators, of the 150

4    or 170, use Ripple's dUNL?

11:35  5    A.    I have no idea.

6         Q.    Is it still the default list?

7         A.    I believe so.

8         Q.    Why?

9         A.    Because Ripple -- Ripple -- I mean, there has

11:35 10   to be some default.

11        Q.    That's true.  Is there an infrastructure

12   currently in place to manage validator lists?

13        A.    Yes.

14        Q.    What is it?

11:36 15   A.    Everybody who publishes in UNL has some

16   mechanism to keep track of which validators they keep on

17   their list and why, and to actually --

18        The UNL itself has to be produced in a certain

19   digital format in order to be accepted so they have the

11:36 20   infrastructure to produce it in that format.

21        Q.    The digital format is what, a JSON file?

22        A.    My recollection --

23        It's been a while, is that the human input would

24   typically be a JSON file, and there's a cryptographic

11:36 25   process that converts it into a digital format and signs

130

11:36   1   it, but underneath it is a JSON file.

        2                   (Thereupon, an informal discussion was

        3          held off the record.)

        4   BY MR. TENREIRO:

11:36   5       Q.    How many of the current nodes on Ripple's UNL

        6   list are operated by Ripple itself?

        7       A.    I -- one second.  I think between three and

        8   five.

        9       Q.    Of the 35 or so?

11:37  10       A.    Or so, yes.  I know -- I know it dropped

       11   below 20 percent fairly recently.

       12       Q.    Right.  Was it after this litigation began?

       13       A.    I don't know.  I don't think so, but I don't

       14   know.

11:37  15       Q.    And how many --

       16       How many of the nodes on Ripple's dUNL are operated

       17   by entities with whom Ripple has a commercial

       18   relationship, such as COIL?

       19       A.    I don't know.

11:37  20       Q.    Who decides --

       21       How does Ripple decide what validators it should

       22   put on its dUNL list?

       23       A.    We look at things like history of reliable

       24   operation, jurisdiction, some sort of commitment.  We

11:37  25   don't want them to just disappear.  Those are the

                                                            131

```
11:37    1   factors that go into our decision.
         2       Q.    How do you gauge commitment?
         3       A.    Depends on -- if it's --
         4       If it's an institution, like if it's a university,
11:38    5   some sort of commitment from that institution as opposed
         6   to just someone there who's like, "I want to run a
         7   validator."
         8       Q.    Commitment to whom or to what?
         9       A.    Commitment to the validator -- to operating
11:38   10   the validator.
        11       Q.    How could you -- how could you know --
        12       How could Ripple know if they are committed to
        13   that?
        14       A.    We would ask them.
11:38   15       Q.    Okay.  Who at Ripple asks them?
        16       A.    I think at --
        17       I think, at times, it's been ███████.  His last
        18   name's escaping me at the moment.  More recently,
        19   ███████████████.
11:38   20       Q.    Do they -- does Ripple enter into any sort of
        21   commercial agreement with these -- the universities to
        22   make sure that the commitment is true, or is it informal
        23   conversations, as far as you know?
        24       A.    As far as I know, it's informal.  It's
11:38   25   informal.
```

                                                              132

11:38 1        Q.    Does the amount of holding of XRP -- of any

2    of the person or institution or validator weigh into the

3    decision as to whether they might go on Ripple's dUNL

4    list?

11:39 5        A.    We don't weigh that factor.

6        Q.    Who -- you don't?  Meaning you, Ripple,

7    don't?

8        A.    Right.

9        Q.    Who does?

11:39 10        A.    It becomes a factor indirectly, because one

11    of the reasons a person might want to run a validator is

12    because they are interested in the performance of the

13    XRP Ledger.

14        Q.    Just to be clear, you don't have to have XRP

11:39 15    to run a validator, right?

16        A.    Correct.

17        Q.    Do you have any knowledge as to whether the

18    validators on Ripple's dUNL list actually have XRP,

19    nodes?

11:39 20        A.    I don't.

21        Q.    The universities that run validator nodes

22    that are on Ripple's dUNL list --

23        Have they received XRP from Ripple directly or

24    indirectly, as far as you know?

11:39 25        A.    As far as I know, no.  Obviously, Ripple

133

11:39 1  holds XRP.  COIL, I believe, holds XRP.  And some of

2  these are businesses that probably -- probably hold it.

3  I don't -- I don't know.

4       Q.    Is Bitso on the Ripple dUNL list?

11:40 5       A.    I believe so.

6       Q.    And does Ripple have a commercial

7  relationship with Bitso?

8       A.    Yes.

9       Q.    Is there a process for someone to come ask to

11:40 10  be put on your list?

11       A.    I don't know that there's a formal process.

12  I know people have asked us.

13       Q.    Again -- I'm sorry.  Who -- maybe I asked

14  you.  Maybe I didn't.

11:40 15       Who at Ripple ultimately decides who goes on the

16  dUNL list?

17       A.    I don't really know the process that we go

18  through.

19       Q.    It's not part of your responsibilities as

11:40 20  CTO?

21       A.    No.

22       Q.    Does Mr. Garlinghouse have a role in that

23  process?

24       A.    Well -- I mean, theoretically,

11:40 25  Mr. Garlinghouse as CEO could control any process that

                                                        134

11:40  1   he wants, but my knowledge of that process is that

2   either ███████ -- whose last name I forgot -- or ███████

3   ███████ would make a recommendation.

4          And then generally, the recommendation would

11:41  5   generally -- would -- generally, there wouldn't be

6   pushback on a -- on the recommendation.  There would be

7   no reason.

8          Q.   Recommendation to whom?

9          A.   You know, I don't -- I don't really know.

11:41 10         Q.   Okay.  Before Ripple put someone on the dUNL,

11   does someone at Ripple talk to the person that's -- you

12   know, running the institution or -- or the entity that's

13   going to run this node?

14         A.   I -- I -- I assume that would happen in most

11:41 15   cases.

16         Q.   Why do you assume that?

17         A.   Just seems odd for us to add them randomly

18   without coordinating with them at all.

19         Q.   And I think you said part of your role today

11:41 20   is to make sure that -- you know, Ripple's XRP

21   doesn't -- I'm going to paraphrase, because I don't

22   think you used this word, but -- you know, doesn't get

23   stolen or sort of --

24         A.   Yes.

11:41 25         Q.   Okay, and why does Ripple care about that?

135

11:42  1                    MR. CERESNEY:  Objection to form.

       2                    THE WITNESS:  So it depends on the scope

       3              of the type of incident you're talking about.

       4              For a small incident, reputational risk.

11:42  5              Obviously, for a large --

       6                    For a large incident -- I mean, no

       7              company would want to have a significant theft

       8              of that company's assets.

       9    BY MR. TENREIRO:

11:42 10         Q.    With Ripple -- with Ripple running fewer than

      11    20 percent of the validators on its own dUNL list, could

      12    the --

      13         Could, in theory, the other non-Ripple validators

      14    on your list -- you know, let's say "burn" your stash --

11:42 15    Ripple's stash -- of XRP against Ripple's will?

      16         A.    No.

      17         Q.    Why not?

      18         A.    Because there's no code that allows them to

      19    do that.

11:42 20         Q.    Couldn't they add it and make it into an

      21    amendment first?

      22         A.    Sure.

      23         Q.    Theoretically, they could add it?

      24         A.    Right, they could add it, but then they would

11:42 25    have to convince other people to add it as well.

                                                                      136

11:42  1      Q.    Right.  Ripple would not be able to stop

       2  that?

       3      A.    We might try.

       4      We may or may not be able to stop it.  It's --

11:43  5  there's no way to know what the result of that would be.

       6  You know, just speculation.  It's just speculation.

       7      Q.    Right.

       8      A.    They may or may not be successful in that

       9  attempt.  There may be pushback.  There may not be.

11:43 10      Q.    But they have the votes to do it?

      11      A.    But if you don't need the votes -- the votes

      12  don't help, right?  The votes don't help to change the

      13  rules.

      14      Changing the rules requires making a change in the

11:43 15  software and then convincing exchanges and other people

      16  to run that changed software.  They may or may not be

      17  successful in that effort, just as Ripple may or may not

      18  be successful in that effort.

      19      Q.    But if they have 80 percent of the votes that

11:43 20  you trust, that Ripple trusts, can't they put in the

      21  change in the software?

      22      A.    But that doesn't mean other people put the

      23  change in the software.

      24      Q.    So they would fork the ledger?

11:43 25      A.    They would fork themselves, yes.

                                                                137

11:43  1      Q.    Those 80 percent would fork themselves?

       2      A.    Exactly.

       3      Q.    What steps, if any, does Ripple take to

       4  prevent that from happening?

11:43  5                  MR. CERESNEY:  Objection to form.

       6                  THE WITNESS:  If you hypothesize a change

       7            that the other validators wanted to make that

       8            Ripple did not want to make, and you --

       9                  I mean, hypothetically, Ripple could take

11:44 10            a number of steps from advocating against the

      11            process -- I know theoretically even to try

      12            legal action against them, I suppose.

      13                  There's a variety of things that Ripple

      14            could attempt to stop them.

11:44 15  BY MR. TENREIRO:

      16      Q.    Could the 80 percent of validators on your

      17  list modify the rules that currently apply to Ripple's

      18  time release of XRP?

      19                  MR. CERESNEY:  Objection.

11:44 20  BY MR. TENREIRO:

      21      Q.    Colloquially known as the "escrow," but --

      22      A.    They could propose modification.

      23      Again, if they actually activated the modification,

      24  then anybody who didn't modify their own code would

11:44 25  fork.  That would -- that would cause a fork.

                                                              138

11:44    1        Q.    You mentioned the exchanges would have to

2    implement that software change.   The exchanges are

3    running -- you mean the ones running validator nodes?

4        A.    No.

11:44    5        Q.    Why would the exchanges have to implement

6    that software change?

7        A.    They currently have no code to allow you to

8    burn Ripple's XRP or change the escrow, so they wouldn't

9    understand that change.

11:45   10        They would just disagree with those validators, and

11    if they disagree with -- we presume they run the default

12    UNL, so now you have a server that disagrees with 80

13    percent of its validators.

14                  (Thereupon, an informal discussion was

11:45   15             held off the record with the shorthand

16             reporter.)

17                  THE WITNESS:  You have a server that

18             disagrees with 80 percent of its validators.

19                  It needs to agree with 80 percent of its

11:45   20             validators to make forward progress, so it's

21             halted permanently until there's some external

22             given resolution.  Sorry.  I apologize.

23                  (Thereupon, an informal discussion was

24             held off the record with the shorthand

11:45   25             reporter.)

                                                              139

11:45 1    BY MR. TENREIRO:

2          Q.    I just -- I understand all that.

3          What I don't understand is what role do the

4    exchanges play if they are not running validator nodes?

11:45 5          A.    If it -- so imagine -- let's walk through

6    your hypothetical.  So somebody proposes this change

7    that Ripple objects to.  They make the change to the

8    software.

9          The exchanges don't accept the change to the

11:45 10   software.  Eighty percent of the validators activate the

11   change.  All of the exchanges halt.  That's the end

12   result.

13         Q.    Yeah.

14         A.    That hasn't successfully made the change.

11:45 15   That's just successfully halted the network.  Now

16   they have to convince the validators to make that

17   change.

18         Q.    And the exchanges have to run the updated

19   software to interact with the XRP Ledger, in other

11:46 20   words?

21         A.    To continue, yes.  That's right.

22         Q.    Even though they're not --

23         Even though they are not running validators, they

24   still need to have the most -- they still need to have

11:46 25   the same software that everyone else is using to

140

11:46  1    continue operating on that ledger?

       2         A.    They have to understand the system's rules.

       3    If there's a rule change that they -- they don't know

       4    what that rule change -- they literally just say, "I

11:46  5    don't know what rules are," and so they can't --

       6         They can't even understand -- the rule change could

       7    be anything, and so they don't know what it is, and so

       8    there's simply no way they could make any progress.

       9                   MR. CERESNEY:  You have to slow down for

11:46 10           the court reporter.

      11                   THE WITNESS:  Sorry.

      12                   (Thereupon, an informal discussion was

      13           held off the record.)

      14    BY MR. TENREIRO:

11:46 15         Q.    Let's talk about my hypothetical, and the

      16    rule change in my hypothetical is something that would

      17    permit 80 percent to burn and destroy Ripple's XRP

      18    holdings.

      19         A.    Right.

11:46 20         Q.    Do you have -- as part of your --

      21         As a part of your function to protect Ripple's XRP

      22    holdings, have you developed any theories as to whether

      23    the changes would accept any such amendment to the code?

      24                   MR. CERESNEY:  Objection to form.

      25

                                                              141

11:47   1   BY MR. TENREIRO:

        2        Q.   I'm asking you for your own theories, not

        3   what other people think.

        4        A.   My expectation would be that they would not.

11:47   5        Q.   Why?

        6        A.   Because radical changes that upset settled

        7   expectations are generally considered undesirable, but

        8   you would have to flush out the hypothetical.  Like if

        9   you flush out the hypothetical in which that would

11:47  10   happen, it's possible that would change, if it just came

       11   up out of the blue today.

       12        I would expect everybody in the community would

       13   push back against any radical change without any sort of

       14   justification.  There's a huge bias against change.

11:47  15        Q.   So is it fair to say that it's a settled

       16   expectation that Ripple has the XRP that it has today?

       17   That's a settled expectation in the community?

       18             MR. CERESNEY:  Objection, form and

       19        speculation.

11:48  20             MR. TENREIRO:  No, his understanding.  No

       21        speculation.

       22             MR. CERESNEY:  You're asking him what the

       23        community thinks.

       24   BY MR. TENREIRO:

11:48  25        Q.   You're part of the XRP Ledger community,

                                                              142

11:48  1  right?

2       A.     I don't think people would expect that to

3  change.

4       Q.     Okay, and --

11:48  5       Okay.  Is Ripple still the largest single holder of

6  XRP?

7       A.     Yes.

8       Q.     What is the financial incentive for someone

9  to run a validator?

11:48  10       A.     Generally, people would run a validator

11  because they needed to run an XRP Ledger node anyway,

12  like it was part of their business or part of what they

13  were doing.  The additional cost to run a validator is

14  essentially zero.

11:48  15       Q.     So, for example, an exchange might run a

16  validator for that reason?

17       A.     Right.  They'd be running a server anyway in

18  order to process transactions, and the additional cost

19  to make it a validator is essentially zero.  It's almost

11:48  20  literally just you enter one command.

21       Q.     Do you have to run a server -- do you have to

22  run a validator?  Does an exchange have to run a

23  validator?

24       A.     No.

11:48  25       Q.     Okay.  I'm sorry if I'm asking again.  Why

143

11:49  1    are you -- I know it didn't exist back then.  Why don't

2    you just use Proof of State today for the consensus

3    mechanism?

4                    (Inaudible.)

11:49  5                    THE SHORTHAND REPORTER:  Was that an

6            objection?

7                    MR. CERESNEY:  Yes, objection to form.

8                    MR. TENREIRO:  We can take the exhibit

9            down, by the way.  Thank you.

11:49 10                    THE WITNESS:  Again, it didn't exist at

11            the time, but Proof of Stake makes the

12            stakeholders the people who hold the asset.

13                    MR. CERESNEY:  We've been going more than

14            an hour.  Is it a ripe, opportune moment?

11:49 15                    MR. TENREIRO:  Yeah.  I'm almost done

16            here.

17    BY MR. TENREIRO:

18        Q.    All right.  We talked about that.

19        Why do people use Ripple's UNL instead of somebody

11:49 20    else's, to the extent that they do, and other than the

21    default?

22                    MR. CERESNEY:  Objection to form.  Are

23            you asking him to speculate or his view?

24                    MR. TENREIRO:  His understanding.

11:49 25                    I assume he interacts with people that

144

11:49  1                      are running validators or that are in the
       2                      community.  If that's not true, he'll let me
       3                      know.
       4                            THE WITNESS:  My understanding would be
11:50  5                      that unless they had some reason to change it,
       6                      it's just easier not to change a default.
       7     BY MR. TENREIRO:
       8         Q.   Does Ripple strongly recommend using its own
       9     dUNL?
11:50 10                            MR. CERESNEY:  Objection to form.
      11                            THE WITNESS:  I don't think so.
      12     BY MR. TENREIRO:
      13         Q.   Does Ripple recommend that people use its
      14     dUNL?
11:50 15                            MR. CERESNEY:  Objection to form.
      16                            THE WITNESS:  It is our recommended -- we
      17                      call it the "recommended dUNL" or the "default
      18                      dUNL".
      19     BY MR. TENREIRO:
11:50 20         Q.   Why?
      21         A.   Because if you use that UNL, then you don't
      22     have to go through any additional steps.  It just
      23     simplifies your decision-making.
      24         Q.   What do you think would happen if Ripple
11:50 25     stopped publishing the dUNL?

                                                                   145

11:50    1                    MR. CERESNEY:  Objection.

         2    BY MR. TENREIRO:

         3        Q.    In terms of the functionality of the

         4    blockchain?

11:50    5                    MR. CERESNEY:  Objection to the form.

         6                    THE WITNESS:  I -- I think people who --

         7               people who used COIL's UNL or the XRP Ledger

         8               Foundation's UNL wouldn't even notice.

         9                    People who already had a fallback UNL

11:50   10               configured would fall back to that fallback.

        11               People who only use the default UNL would then

        12               have to make a decision as to which UNL to

        13               switch to.

        14    BY MR. TENREIRO:

11:51   15        Q.    Why doesn't Ripple just stop publishing a

        16    dUNL?

        17                    MR. GERTZMAN:  Objection to form.

        18                    THE WITNESS:  I wouldn't advocate for us

        19               to stop publishing a dUNL, because it saves --

11:51   20               it saves developer -- it saves users the

        21               necessity of going through steps, but we could

        22               switch the default to COIL's UNL or the XRP

        23               foundation's UNL.  There's no reason

        24               particularly to do.

        25

                                                                   146

11:51   1   BY MR. TENREIRO:

        2       Q.    If another organization published a UNL that

        3   was used by the majority of the validators instead of

        4   the dUNL, what would be the impact on the network's

11:51   5   consensus?

        6                 MR. GERTZMAN:  Objection to form.

        7                 THE WITNESS:  It would either be nothing,

        8             depending on exactly how you envision the

        9             scenario.

11:51  10                 It would either be nothing or you could

       11             reach a situation where the unintentional fork

       12             protections kicked in, and then some servers

       13             would perceive the network to have halted,

       14             because they wouldn't see sufficient

11:52  15             agreement.

       16   BY MR. TENREIRO:

       17       Q.    Who put in the unintentional fork

       18   protections?

       19       A.    I believe I did.

11:52  20       Q.    Right.

       21       A.    So they have evolved over time.  I believe

       22   the first iteration of them went in at the same time the

       23   amendment process was created, but I can't place it in

       24   time better than that.

11:52  25       Q.    Was it in the beginning, 2011/2012?

                                                              147

11:52  1         A.    I think they were -- I think there were, but

2    they were significantly less than they were -- than they

3    were now.  I believe that the behavior of those

4    protections would have been more inconsistent.

11:52  5         So, for example, you might have gotten a warning,

6    but the server might have continued operating.  They

7    were not as robust.

8         Q.    Is there any way for this distributed

9    consensus that Ripple has described for its ledger to

11:52 10    work without relying on someone to publish the common

11    UNL list or having -- you know, ledger forks constantly?

12                   MR. CERESNEY:  Objection to form.

13                   THE WITNESS:  There has to be some

14              mechanism for people to roughly agree on who

11:53 15              the validators are.

16    BY MR. TENREIRO:

17         Q.    Don't they have to agree on who they trust to

18    agreement?  Isn't that what they have to agree on first?

19                   MR. CERESNEY:  Objection to form.

11:53 20    BY MR. TENREIRO:

21         Q.    At least 80 to 90 percent agreement on that?

22         A.    I'm not -- not quite sure I follow.

23         Q.    Well, there has to be a mechanism for people

24    to agree on who the validators are?  That's referring to

11:53 25    the UNL list?

148

11:53   1      A.      There has to be substantial agreement on the

2   UNL.  Ideally, 90 percent.  80 percent is sufficient in

3   most practical scenarios, but 90 percent is safe.

4      Q.      So how do you get to the point where people

11:53   5   roughly agree on who the validators are?  How do you

6   achieve that?

7      A.      There's two ways.  The earliest way and the

8   simplest way is just to literally directly come to that

9   agreement.  Like everybody can literally have a

11:54  10   conversation and come up with an agreement.  The problem

11   is that it's static.  It's at one point in time.

12      The better method is to agree on some number of

13   people who will make that decision, and then, of course,

14   you can always revise that if you're unhappy with the

11:54  15   decision they made.

16      Q.      What role does Ripple play today in ensuring

17   that there's substantial agreement on who the validators

18   are?

19      A.      Today, Ripple publishes a UNL.

11:54  20      And obviously, if everybody used that UNL exactly,

21   there would be complete agreement.

22      Q.      But they only need to use the 80 or 90

23   percent?

24      A.      Or they could opt to intentionally fork or

11:54  25   they could risk an unintentional fork.

149

11:54  1         Obviously, you wouldn't want to risk -- generally,
       2  you wouldn't -- obviously, the word "unintentional"
       3  generally means you don't want it.  But, of course, if
       4  they wished to intentionally fork, then they would
11:54  5  deliberately not follow it.
       6         Q.    Have there been forks of the Bitcoin Ledger?
       7         A.    Yes.
       8         Q.    And the Etherium Ledger?
       9         A.    Yes.
11:54 10         Q.    But not of the XRP Ledger?
      11         A.    Not unless you count Stellar, but I generally
      12  wouldn't.
      13         Q.    Right.  Let's not count Stellar, unless you
      14  do, but my question is generally, would not --
11:55 15         A.    I generally would not.
      16         So as a "yes" or "no" answer, but answer would be
      17  "Not to my knowledge."
      18         Q.    And do you know why there's been forks of
      19  those ledgers but not this one?  What's the difference
11:55 20  or what would you attribute the difference to?
      21         A.    It's -- well, so one thing that I would say
      22  is the forks that we have had are Bitcoin and the
      23  Etherium blockchain were connected to specific events
      24  that occurred, and no such event has occurred in the XRP
11:55 25  Ledger ecosystem.

                                                              150

11:55  1        There's no -- there's no real reason to fork unless

2   there is some sort of event that triggers some sort of

3   disagreement.

4        Q.     What was the event in the Bitcoin blockchain?

11:55  5        A.     The event in the Bitcoin blockchain was the

6   dispute over the evolution of Bitcoin, whether bigger

7   blocks were the step forward or whether they threatened

8   decentralization and a segregated witness was the better

9   path.

11:55 10       Q.     And no such dispute has arisen with this

11  blockchain?

12       A.     Not that anyone has been willing to fork

13  over, to my knowledge, and I would probably know if it

14  happens.

11:56 15       Q.     So like the Checks Amendment?

16       A.     Right.  There was a dispute, but -- Ripple

17  didn't get its way, but we said whatever.

18       Q.     That's an amendment Ripple wanted at first,

19  right?

11:56 20       A.     It's an unusual thing.  We proposed it.  We

21  developed it, and then we later opposed it and it was

22  accepted anyway.

23                 MR. TENREIRO:  Okay.  Let's stop here,

24            because Andrew asked for a break.

11:56 25                 THE VIDEOGRAPHER:  Okay.  Going off the

151

11:56  1                  record at 11:56.

       2                      (Recess taken at 11:56 a.m.)

       3                      (Resumed at 12:10 p.m.)

       4                      THE VIDEOGRAPHER:  Back on at 12:10.

12:10  5   BY MR. TENREIRO:

       6        Q.    Mr. Schwartz, have you ever met Jay Clayton?

       7        A.    Yes.

       8        Q.    When?

       9        A.    I met him twice.  Once at a meeting, and once

12:10 10   I passed him in a hallway at the SEC.

      11        Q.    Have you ever met any other SEC commissioner?

      12        A.    At the time I -- I passed him in a hallway,

      13   he was with Hester Peirce.

      14        Q.    Did you meet her or just see her?

12:10 15        A.    I said, "Hello" to Clayton, because I'd met

      16   him before.  I just saw her.

      17        Q.    Have you ever met any other SEC

      18   commissioners?

      19        A.    No.

12:11 20        Q.    When was the meeting with Clayton?

      21        A.    I don't recall the date.

      22        Q.    Who was there?

      23        A.    It's hard for me to remember, because I had

      24   two meetings with the SEC that were a couple of weeks

12:11 25   apart, and it's hard for me to separate what happened --

                                                            152

12:11  1    who was at the first meeting, who was at the second

       2    meeting.  I know Clayton was there.

       3         I know John Roscoe, from the Office of Presidential

       4    Personnel, was there.  Brad Garlinghouse, I believe, was

12:11  5    there, and I know there were several other people from

       6    the SEC, but I couldn't tell you more detail than that.

       7         Q.   Anyone else from Ripple?

       8         A.   I -- I don't believe so.

       9         Q.   Lawyers from Ripple?

12:11 10         A.   My recollection, which is not precise, is

      11    that we did not have counsel at that first meeting, but

      12    I'm not sure.

      13         Q.   The other meeting you're recalling at the

      14    SEC -- was that with staff that was conducting the

12:12 15    investigation?

      16         A.   I believe -- I believe most of the people who

      17    were there were from Corp Fin, but that's the extent of

      18    my recollection.

      19         Q.   Were Ripple's lawyers there?

12:12 20         A.   I believe we did have counsel at that

      21    meeting.

      22         Q.   Why did you meet with Clayton?

      23         A.   From my point of view, the purpose of the

      24    meeting and the reason that Brad wanted me at that

12:12 25    meeting rather than something else was to cover

                                                              153

12:12 1 technical aspect of the function of the XRP Ledger.

2     Q.    Why did you want to give that presentation to

3 Clayton?  And I -- maybe I should say, "Chair Clayton"

4 every time.  Faster.

12:12 5     Why did you want to give Chair Clayton a technical

6 presentation of the XRP Ledger?

7     A.    My understanding at the -- I'm trying to

8 remember what time period --

9           MR. CERESNEY:  Actually, if you had

12:12 10          discussions with counsel, obviously you

11          shouldn't reveal that about the meeting.  In

12          other words, it sounds like counsel wasn't at

13          the meeting.

14          But if you had discussions with counsel

12:13 15          in advance of the meeting and that's the basis

16          for the meeting, you shouldn't answer that.

17          If there's other discussions, obviously you

18          should go there.

19          THE WITNESS:  My recollection, and I

12:13 20          could be confusing the meeting with other

21          meetings, but my recollection is that this was

22          around the time that other SEC commissioners

23          had made statements about -- about

24          cryptocurrencies.

25

154

12:13   1   BY MR. TENREIRO:

       2       Q.   Are you talking about the Hinman speech?

       3       A.   I think -- I think there was one other.   I

       4   don't remember exactly.

12:13   5       Q.   Are you aware whether Hinman was a

       6   commissioner or just a division director?   Do you know

       7   the difference?

       8       A.   I don't know the difference.

       9       Q.   Why was John Roscoe at the meeting?   What

12:13  10   role did he have in procuring it?

      11       A.   I don't know.

      12       Q.   Do you know why he was there?

      13       A.   I don't.

      14       Q.   Did you take notes at the meeting?

12:14  15       A.   I did not.

      16       Q.   Did Mr. Garlinghouse?

      17       A.   I don't recall.

      18       Q.   Did you observe anyone taking notes?

      19       A.   Not that I recall.

12:14  20       Q.   The time of the meeting were you aware SEC

      21   staff was investigating XRP's status under the security

      22   laws?

      23       A.   I was either aware at that time or shortly

      24   thereafter.   I am not positive.

12:14  25       Q.   Was the meeting with Chair Clayton relating

                                                              155

12:14    1    to this?

         2                    MR. CERESNEY:  Relating to what.

         3    BY MR. TENREIRO:

         4        Q.    The SEC staff's investigation as to XRP's

12:14    5    status under the securities laws.

         6        A.    Again, because I can't separate the two meet

         7    beings, I can't say for sure.  I know that was discussed

         8    at one of those two meetings, but I'm pretty sure that

         9    was the second one.

12:14   10        Which doesn't necessarily mean it wasn't discussed

        11    at the first one, but I can't -- I can't recall.

        12        Q.    Okay.  Second meeting, just to be clear, is

        13    the Corp Fin meeting?

        14        A.    Yes.

12:14   15        Q.    What did you say at the meeting with Chair

        16    Clayton?

        17        A.    My recollection is that I discussed the role

        18    of the validators, the status of the XRP Ledger network,

        19    some of the history of the company, and that's all I

12:15   20    recall.

        21        Q.    What did Mr. Garlinghouse say at the meeting?

        22        A.    I don't recall.

        23        Q.    Did Mr. Clayton speak at the meeting?  Chair

        24    Clayton?

12:15   25        A.    My recollection is that he spoke very little,

                                                                    156

12:15 1  but that he did speak occasionally.

2       Q.    Who else spoke that was not Chair Clayton,

3  Garlinghouse, and yourself?

4       A.    I don't have any specific recollection of who

12:15 5  else spoke at that meeting.  Again, it's hard for me,

6  because I can't separate whether recollections I have of

7  people speaking were from the first or the second

8  meeting.

9       Q.    But just to be clear, you don't recall Chair

12:15 10  Clayton being at the second meeting?

11       A.    I don't believe he was.

12       Q.    And no -- and Commissioner Peirce was not at

13  the second meeting?

14       A.    No.

12:15 15       Q.    Not at the first meeting either?

16       A.    No.

17       Q.    Have you heard of Commissioner Roisman?

18       A.    I believe have heard that name.

19       Q.    Does that you haven't met him?

12:16 20       A.    I don't believe so.

21       Q.    Have you ever spoken to him?

22       A.    No.

23       Q.    At the meeting with Chair Clayton, did he

24  comment on the status of the SEC's investigation into

12:16 25  Ripple's conduct?

157

12:16  1          A.     Not that I recall.

       2          Q.     Did you discuss legal issues at that meeting?

       3          A.     I know we discussed them at the second

       4     meeting.  I don't recall discussing them at the first

12:16  5     meeting.

       6          Q.     You don't recall discussing them at the first

       7     meeting, but it's possible you did, or your recollection

       8     is that you did not discuss them at the first meeting?

       9          A.     It's possible that we did.  I just don't

12:16 10     specifically recall.

      11          Q.     Did Chair Clayton comment on the legal status

      12     of XRP under the securities laws at that meeting?

      13          A.     I don't specifically recall him commenting.

      14          Q.     Did he convey any of the other commissioners'

12:16 15     views as to the status of XRP under securities laws?

      16                 (Thereupon, an informal discussion was

      17            held off the record with the shorthand

      18            reporter.)

      19     BY MR. TENREIRO:

12:16 20          Q.     Did he convey to you any of the other

      21     commissioners' views as to the status of XRP under the

      22     securities laws?

      23          A.     Not that I recall.

      24          Q.     Did he convey to you any SEC staff members'

12:17 25     views as to the status of XRP under the securities laws?

                                                              158

12:17  1          A.    Not that I recall.

       2          Q.    Did Chair Clayton offer you assurances that

       3     he had concluded that XRP was not a security?

       4          A.    Not that I recall.

12:17  5          Q.    Would you recall something like that?

       6          A.    That I think I would recall.

       7          Q.    I'm asking you again:

       8          Did he offer you assurances that he had concluded

       9     that XRP was not a security?

12:17 10               MR. CERESNEY:  Objection, asked and

      11          answered.

      12               THE WITNESS:  I don't recall one.

      13               And I think if he did, I would have

      14          recalled it, but I don't recall.

12:17 15     BY MR. TENREIRO:

      16          Q.    Did he ask any questions?  Did he ask you any

      17     questions?

      18          A.    I believe he did participate in some of the

      19     technical questions that were asked.

12:17 20          Q.    Do you remember the questions?

      21          A.    I remember the scope was -- involved things

      22     like the volume of validators, the status of the XRP

      23     Ledger, the history of the company.  I don't recall any

      24     more details than that.

12:17 25          Q.    Did he ask Mr. Garlinghouse questions?

                                                                159

12:17 1      A.    I'm sure he must have, but I don't recall

2    any.

3         Q.    Did you arrive --

4         Did the meeting commence when you and

12:18 5    Mr. Garlinghouse were both already there?

6                   (Pause.)

7                   THE WITNESS:  I think so, but I'm not

8              sure.

9    BY MR. TENREIRO:

12:18 10      Q.    Did you both leave together, Mr. Garlinghouse

11    and you?

12         A.    Yes.

13         Q.    Is there a document that would refresh your

14    memory as to what was said at the meeting?

12:18 15      A.    Not that I know of.

16         Q.    Did you have notes in advance of the meeting?

17         A.    I did not.

18         Q.    Did you have talking points?

19         A.    Not that I recall.

12:18 20      Q.    Did you have anyone prepare talking points

21    for you?

22         A.    I don't recall having any specific talking

23    points that were communicated to me prior to that

24    meeting by anyone.

12:18 25      Q.    Okay.  Who had the idea for the meeting?

160

12:18  1          MR. CERESNEY:  Again, if you had
       2          discussions with counsel, obviously don't
       3          reveal that.
       4          THE WITNESS:  My understanding at the
12:18  5          time, and I don't recall what it was based on,
       6          was that Brad Garlinghouse wanted me at the
       7          meeting to answer questions about the early
       8          history of the company and the technical
       9          status of the XRP Ledger and the network, but
12:19 10          I don't know other than that.
      11  BY MR. TENREIRO:
      12      Q.   Well, in the context of Mr. Garlinghouse
      13  expressing to you that he wanted you at the meeting to
      14  answer questions, technical questions, did express to
12:19 15  you why he wanted -- why he wanted to have that meeting?
      16      A.   I don't recall him specifically mentioning
      17  some objective for that meeting.
      18      Q.   All right.  Now, let's go back to the
      19  technical stuff.  Exhibit 77.
12:19 20          (Thereupon, a document entitled "Technical
      21          FAQ - XRPL.org" was introduced as DS Exhibit 77
      22          for identification.)
      23  BY MR. TENREIRO:
      24      Q.   Exhibit 77.  Oh, yeah.  Did you debrief with
12:19 25  other people at Ripple after the meeting about what had

                                                         161

12:19   1    happened at the meeting?

        2         A.    I believe Brad made a brief summary to

        3    staff -- staff meeting, his direct reports.

        4         Q.    That included you at that time, already?

12:20   5         A.    I think at that time, it didn't.  I think

        6    that was in that window where I was still reporting

        7    to -- you know, I'm -- no, I think I did report to Brad.

        8         Otherwise, I wouldn't -- I probably wouldn't have

        9    remembered that because I wouldn't have been in the

12:20  10    meeting, so prob- -- I have to infer based on fragmented

       11    recollection, but I believe he made a report to staff

       12    just summarizing the meeting.

       13         Q.    What did he say in the summary?

       14              (Pause.)

12:20  15    BY MR. TENREIRO:

       16         Q.    Was it written or verbal?

       17         A.    Verbal.

       18         Q.    Okay.  Do you recall what he said?

       19         A.    I recall the gist of what he said was that he

12:20  20    stated that the meeting had taken place, identified who

       21    went to the meeting and -- you know, stated that he was

       22    satisfied.

       23         You know, he thought the meeting went well.  Just

       24    general words to that effect.  I don't recall any

12:20  25    specific comments about the details of the meeting.

                                                                162

12:20  1        Q.    Did he make any comments about his expected

       2   outcome of the SEC's investigation based upon the

       3   conversation that occurred at the meeting?

       4        A.    I don't remember anyone discussing an

12:21  5   expectation of any specific results of that particular

       6   meeting.

       7        Q.    Okay.  Exhibit 77.

       8             (Thereupon, an informal discussion was

       9          held off the record.)

12:21 10   BY MR. TENREIRO:

      11        Q.    First, I wanted to ask you if XRPL.org is a

      12   Ripple website.

      13        A.    I believe it originally was, and I think now

      14   it's joint -- it's -- I think now the XRPL Foundation

12:21 15   has some level of control over it.  I don't know where

      16   it is now.

      17        Q.    When did that change?

      18        A.    Within the past couple months.

      19        Q.    Last couple of months?

12:22 20        A.    I think.  I'm not exactly sure.

      21        Q.    So it's not years?

      22        A.    No, I don't believe so.

      23        Q.    Okay.  Do you have any input into the content

      24   of this technical FAQ?

12:22 25        A.    Yes.

                                                              163

12:22    1          Q.    What is your input?

         2          A.    I didn't write it, but I reviewed and

         3    discussed its content with other people.

         4          Q.    And is it fair to say that the language in

12:22    5    the technical FAQ has changed over the years?

         6          A.    I suspect so.

         7          Q.    Okay.  This is --

         8          I printed this last night, in fact, so it's perhaps

         9    the most current one.  The question that says "Which UNL

12:22   10    should I select?" -- one of the things that it says

        11    there is:

        12          "Currently, Ripple provides a default and

        13    recommended list which we expand based on watching the

        14    history of validators run by Ripple and third parties."

12:22   15                MR. CERESNEY:  You skipped the first

        16                sentence, didn't you?

        17                MR. TENREIRO:  Yes, I did.  I was just

        18                focusing on that second sentence.

        19    BY MR. TENREIRO:

12:23   20          Q.    Are there other criteria that Ripple utilizes

        21    other than the history of validators to recommend?

        22          A.    I believe the other -- there are other

        23    criteria that we use, yes.

        24          Q.    What are they?

12:23   25          A.    Some sort of institutional commitment to

                                                                    164

12:23  1   running the validator.  There was one other -- it's

       2   slipping any mind right now, but I mentioned it earlier.

       3        Q.    Okay.  That's fine.  If you recall, just let

       4   me know.

12:23  5        A.    Yeah.

       6        Q.    I know you mentioned something else earlier.

       7        A.    Yeah.

       8        Q.    I also can't remember.

       9        "What is the validator incentive structure for

12:23 10   validators not run by Ripple?"  Do you see that

      11   question?

      12        A.    Yes.

      13        Q.    It says:

      14        "The primary incentive to run a validator is to

12:23 15   preserve and protect the stable and sensible evolution

      16   of the network."

      17        A.    Uh-huh.

      18             MR. CERESNEY:  "Stable operation."

      19             MR. TENREIRO:  Huh?

12:24 20             MR. CERESNEY:  You skipped the word

      21        "operation," but go ahead.

      22   BY MR. TENREIRO:

      23        Q.    Okay.  "The stable operation and sensible and

      24   evolution of the network."  I guess I don't understand

12:24 25   what that means.

                                                            165

12:24  1       Why would someone care about protecting the stable
       2  operation and sensible evolution of the network?
       3       A.    Well, one example would be if they're an
       4  exchange and they make revenue of XRP.
12:24  5              (Thereupon, an informal discussion was
       6          held off the record with the shorthand
       7          reporter.)
       8              THE WITNESS:  If they run an exchange,
       9          their revenue depends on the stable operation
12:24 10          of the ledger.
      11  BY MR. TENREIRO:
      12       Q.    Maybe I should have just continued reading,
      13  where you say:
      14       "It is the validators who decide the evolution of
12:24 15  the XRP Ledger, so any business that uses or depends on
      16  the XRP Ledger has an inherent incentive to assure the
      17  reliability and stability of the network."
      18       Is that what you mean, for example, the exchanges?
      19       A.    Yes.
12:24 20       Q.    So what businesses might depend on the XRP
      21  Ledger?
      22       A.    Well, exchange is obviously anyone else who
      23  uses the XRP Ledger, people who use the decentralized
      24  exchange.
12:25 25       Q.    Well, I -- is "in use" and "depending" two

                                                              166

12:25  1  different things, though?

2  Like the exchanges don't -- they depend on the XRP

3  Ledger for their XRP-related revenue, correct, but they

4  can presumably --

12:25  5  A.    Find other revenue.

6  Q.    So wouldn't you say --

7  Isn't it fair to say the exchanges use the ledger

8  as opposed to depend on the ledger?

9  A.    I would say their XRP revenue depends on the

12:25 10  ledger.

11  Q.    Okay.  Are there entities that depend on the

12  XRP other than the exchanges?

13  A.    There are -- there are companies that are

14  built around the utility of the XRP Ledger while a

12:25 15  provider's -- uh, gateways -- those types of businesses

16  are exclusively focused or at least primarily or

17  significantly focused on the XRP Ledger, so I don't

18  think you could argue that they are not depending on

19  them.

12:25 20  Q.    No.  Sure.  I didn't mean to.  I'm trying to

21  get an example.

22  So right now, I've heard businesses that depend on

23  the revenue --

24  A.    Right.

12:26 25  Q.    -- from dealing with the XRP Ledger.  Is

167

12:26  1  there any other type of entity that might be

2  incentivized or is it always a monetary incentive?

3      A.    I think there are definitely individuals or

4  enthusiasts, power users who run validators just because

12:26  5  they find it interesting technically.

6      It may be connected with things they are doing

7  professionally or it may not, and they definitely have

8  run validators.

9      Q.    Yeah, but my question is:

12:26 10      Are they incentivized to ensure that the network --

11  you know, continues to function?

12      A.    I think you can argue if a person does

13  something, they are necessarily incentivized to some

14  extent; maybe their intellectual curiosity or maybe that

12:26 15  it facilitates some other project they are doing.  Hard

16  to know what might incentivize other people.

17      Q.    Are any of those people on Ripple's dUNL

18  list?

19      A.    I believe there is at least one or two.

12:26 20      Q.    Who are they?

21      A.    I would have to see the list to tell you, but

22  I'm trying to remember the name of the company.

23              (Thereupon, an informal discussion was

24         held off the record.)

12:27 25              THE VIDEOGRAPHER:  Going off at 12:27.

                                                        168

```
12:27    1                    (Recess taken at 12:27 p.m.)

         2                    (Resumed at 12:31 p.m.)

         3                    THE VIDEOGRAPHER:  Back on at 12:31.

         4    BY MR. TENREIRO:

12:32    5         Q.    Right.  So the recollection is not refreshed

         6    from looking at the list?

         7         A.    No.  Thought it would be, but no.

         8         Q.    Okay.  Ripple's -- so here, we were talking

         9    about the incentives that people might have to preserve

12:32   10    and protect the stable operation and sensible evolution

        11    of the network.

        12         What are Ripple's incentives?  Does Ripple have

        13    incentive to do that, preserve and protect, etc.?

        14         A.    Yes.

12:32   15         Q.    And what are the nature of the incentives?

        16         A.    The nature of the incentive is that Ripple

        17    holds a lot of XRP.

        18         Q.    What about reputational incentives?

        19         A.    Yeah, there are reputational incentives as

12:32   20    well.

        21         Q.    If the network -- you know.

        22         Presumably, if the network performed poorly --

        23    however you define that -- that wouldn't look good for

        24    the company; fair to say?

12:32   25                    MR. CERESNEY:  Objection to form.
```

169

```
12:32    1                    MR. TENREIRO:  Sorry, Daphna.
         2                    THE WITNESS:  I think people would --
         3               whether they should or shouldn't, I think
         4               people would perceive that as at least
12:32    5               dishonest and a failing on Ripple's part.
         6      BY MR. TENREIRO:
         7          Q.   And there's been occasions when the network
         8      has stalled and people have called on Ripple to sort of
         9      fix it, right?
12:33   10                    MR. CERESNEY:  Objection to form.
        11                    THE WITNESS:  Not really.  I don't think
        12               so.
        13      BY MR. TENREIRO:
        14          Q.   Have there been occasions where exchanges --
12:33   15      you know, come to Ripple for issues they are having
        16      with -- interact with the ledger?
        17          A.   With their own interactions with the ledger,
        18      yes.
        19          Q.   Why do they come to Ripple?
12:33   20                    MR. CERESNEY:  Objection.  Objection to
        21               form.
        22                    THE WITNESS:  We provide -- we provided a
        23               pathway for them to easily contact -- you
        24               know, employees that we have who have
12:33   25               expertise.
```

                                                                    170

```
12:33    1   BY MR. TENREIRO:
         2        Q.    Does anyone else provide that pathway or
         3   platform?
         4        A.    I believe so.
12:33    5        Q.    Who?
         6        A.    I believe there are two companies, whose
         7   names -- same companies, I'm trying -- I was trying to
         8   recall well.  I think is ███████████, and the
         9   other --
12:33   10              (Thereupon, an informal discussion was
        11          held off the record with the shorthand
        12          reporter.)
        13              THE WITNESS:  ███████████.  I could be
        14          wrong, and the other one is -- what's the name
12:34   15          of the company?  I can't remember the -- the
        16          name of the company, but I know one of their
        17          products is called ███████████, and they
        18          also provide that type of expertise.
        19   BY MR. TENREIRO:
12:34   20        Q.    And do you --
        21        Tell me the names of the individuals who have your
        22   level of expertise on the XRP Ledger.
        23        A.    Put a small number of people.  ███████████,
        24   ███████████.
12:34   25              (Thereupon, an informal discussion was
```

171

```
12:34   1              held off the record.)
        2                      THE WITNESS: ███████████.
        3   BY MR. TENREIRO:
        4         Q.    ████████████ work at Ripple?
12:34   5         A.    Yes, ████████ works at Ripple.
        6         Q.    Who was the next one?
        7         A.    ███████████.
        8         Q.    Another Ripple employee?  Oh, ████████.
        9         A.    No, his -- he has -- the company's name, I
12:34  10   can't remember.  There are at least three other people
       11   who I know whose names I can't recall.
       12         Q.    They are not Ripple employees?
       13         A.    Non-Ripple, yeah.
       14         Q.    It's your belief that they have the same
12:35  15   level of technical expertise over the ledger that you
       16   do?
       17         A.    It gets tricky because I have more knowledge
       18   in some areas and less knowledge in other areas, but I
       19   would say they -- they have -- they -- without trying to
12:35  20   directly compare them to me or saying greater or less
       21   than, they certainly have enough knowledge to do any --
       22   anything you needed them to do on the XRP Ledger.
       23         Q.    Going back to the exhibit, you say -- I'm
       24   still on the question about what is the validator
12:35  25   incentive structure.  You say:
```

172

12:35  1        "Ripple avoids paying XRP as a reward for operating

2     the validator so that such incentives do not warp the

3     behavior of validators."

4        A.    Yes.

12:35  5        Q.    How -- in paying them XRP as a reward, would

6     that be a financial payment or incentive?

7        A.    It could be.  If they -- if they could sell

8     it, it would be a financial incentive.

9        Q.    XRP has a market price today, right?

12:36 10        A.    Yes, at this time, yes.

11        Q.    Why would rewarding them with financial

12     compensation warp their behavior?

13        A.    Because they would be incentivized to

14     continue to act to continue to receive that compensation

12:36 15     rather than follow their own -- their own incentives or

16     interests.

17        Q.    So Ripple wants to reward -- wants to

18     encourage them to follow their own incentives or

19     interests?

12:36 20        A.    Yes.

21        Q.    Doesn't Ripple have financial relationships

22     with some of the validators on their UNL list such as

23     COIL?

24        A.    Some of them, yes.

12:36 25        Q.    How many of them?

173

12:36   1          A.     I don't know.

        2          Q.     It more than half?

        3          A.     I think so, but I don't know.

        4                 MR. CERESNEY:  Objection to form.

12:36   5   BY MR. TENREIRO:

        6          Q.     On the next page, it says "Role of XRP.  Why

        7   does Ripple use XRP holdings?"

        8          A.     Yes.

        9          Q.     "Ripple's XRP holdings incentivize the

12:37  10   company to make the XRP Ledger as useful as possible."

       11          Is that referring to what we discussed a second ago

       12   about the nature of Ripple's incentives?

       13          A.     I'm not really sure.

       14          Q.     So what does it refer to?

12:37  15          A.     Again, I'm not really sure.

       16          Q.     Okay.

       17                 (Pause.)

       18                 (Thereupon, a two-page GitHub printout was

       19          introduced as DS Exhibit 11 for identification.)

12:37  20   BY MR. TENREIRO:

       21          Q.     Let's look at Exhibit 11, please.  This is a

       22   GitHub format, and Ripple's source code for the ledger

       23   is on GitHub, right?

       24          A.     Yes.

12:38  25                 (Thereupon, an informal discussion was

                                                                   174

12:38  1            held off the record with the shorthand
       2            reporter.)
       3    BY MR. TENREIRO:
       4        Q.    The question is:  Do you recognize this text
12:38  5    file?
       6        A.    Yes.
       7        Q.    What is it?
       8        A.    This is the text file that selects the --
       9    that will select the UNL and this is the default version
12:38 10    of that file.
      11        Q.    The part of the text -- sorry, the part of
      12    the file that selects the UNL is line 55 through 59?
      13        A.    That's correct.
      14        Q.    The rest is just commentary?
12:38 15        A.    Yes.
      16        Q.    Who wrote the commentary?
      17        A.    I would have to check the GitHub history to
      18    tell you for sure, but -- yeah, I don't know.
      19        Q.    At the bottom, on line 27 through line 31 --
12:39 20        A.    Uh-huh.
      21        Q.    -- it says "List of URIs serving list for
      22    recommended validators."
      23        A.    Uh-huh.
      24        Q.    Then it has examples:  "Ripple, COIL," and
12:39 25    then two -- what are the other two?  Are those just

                                                              175

12:39  1  local --

      2     A.    Yeah.  The two are examples of how the person

      3  who fill out that field if they wanted to do it to

      4  provide their own UNL rather than pull it from somebody

12:39  5  else.

      6     Q.    Why does Ripple provide its examples from

      7  Ripple and COIL'S recommended lists?

      8     A.    Probably because those were the two that we

      9  were specifically aware of at that time.

12:39 10     Q.    Okay.  On lines 49 to 53, there's a warning

     11  that says:

     12     "Changing these values could cause your rippled

     13  instances to see a validated ledger that contradicts

     14  other rippled instances validated ledgers."

12:39 15     I'm going to stop there.  What does "rippled

     16  instance" mean?

     17     A.    That means a node on the XRP Ledger.

     18     Q.    And then continuing:

     19     "a/k/a a ledger fork, if your validator lists do

12:39 20  not sufficiently overlap with the lists used by others."

     21  Do you see that?

     22     A.    Yes.

     23     Q.    Is this what you were referring to about the

     24  need to have 80 to 90 percent overlap?

12:40 25     A.    Yes.

176

12:40  1          Q.    At first, you concluded it was about 20

2     percent, right?

3          A.    Depends on the scenario you're trying to

4     prevent.  If you're trying to prevent non-operation or

12:40  5     if you're trying to prevent a full unintentional fork.

6                    (Thereupon, an informal discussion was

7               held off the record.)

8     BY MR. TENREIRO:

9          Q.    If you're trying to prevent non-operation,

12:40 10     what overlap do you need?

11          A.    You need more than 20 percent.

12          Q.    If you were trying to prevent an

13     unintentional fork?

14          A.    I'm sorry.  I got it backward.

12:40 15          Q.    Yeah.

16          A.    If you're trying do prevent non-operation,

17     you need for practical purposes you need the a lease 80

18     percent.  You can argue 90.

19          To prevent non-operation, you want more than 20

12:40 20     percent.

21          Q.    Ripple wants to prevent non-operation,

22     correct?

23          A.    We -- we don't want people to get

24     non-operation unless -- under circumstances in which

12:40 25     they haven't specifically chosen not to operate.

                                                          177

12:41   1      We do want people to get non-operation if the

        2   software is operating in ways they don't want did to

        3   operate.  That's a critical system safety.

        4      Q.    That's fair.  Your conclusion about the 20

12:41   5   percent overlap was in the whitepaper for the ledger, is

        6   that correct?

        7      A.    I believe so.  That paper is more concerned

        8   with avoiding an unintentional fork than it is with

        9   preventing non-operation, but I believe it does discuss

12:41 10   both scenarios.

     11      Q.    The whitepaper now has a disclaimer on it

     12   that it's essentially outdated?

     13      A.    Yes.

     14      Q.    Why was that disclaimer put on it?

12:41 15      A.    After the paper was -- well, so our

     16   understanding in the space has been constantly evolving.

     17   This is brand-new technology.

     18   ███████████████ found some defects in the analysis

     19   in that paper, and so we revised the analysis.

12:41 20      Q.    Does that defect have to do with the

     21   percentage of overlap?

     22      A.    It does.

     23      Q.    Was ███████████ also involved in finding that

     24   defect?

12:41 25      A.    Yes, yes.

178

```
12:41    1              (Thereupon, a multi-page document entitled
         2         "The Ripple Protocol Consensus Algorithm" was
         3         introduced as DS Exhibit 14 for identification.)
         4    BY MR. TENREIRO:
12:41    5         Q.    Let's look at Exhibit 14.  I just want you to
         6    tell me if this is the whitepaper we've been discussing.
         7         A.    This is the original whitepaper.
         8         Q.    With the disclaimer, right?
         9         A.    Yes.
12:42   10         Q.    That's the first page?
        11         A.    Yes.
        12              (Thereupon, an informal discussion was
        13         held off the record.)
        14    BY MR. TENREIRO:
12:42   15         Q.    So Mr. Schwartz, this is the whitepaper we've
        16    been discussing?
        17         A.    Yes.
        18         Q.    You are one of the authors?
        19         A.    Yes.
12:42   20         Q.    Where was this published?
        21         A.    I believe it was published to arXiv.
        22    A-R-X-I-V.
        23         Q.    Was it published before or after the XRP
        24    Ledger was deployed publicly?
12:43   25         A.    I think after, but I'm not certain.
```

                                                                  179

12:43  1          Q.    Do you know how much after?

       2          A.    I don't.

       3          Q.    Okay.  "Section 3.3, Agreement."

       4          Is that the section that discusses your proof or

12:43  5   your, I guess, theory as to how much overlap is

       6   required?

       7          A.    Yes.

       8          Q.    And you're saying this is with respect to

       9   unintentional forks?

12:43 10          A.    This is with respect to unintentional forks,

      11   correct.

      12          Q.    Okay, and your analysis was not -- you know,

      13   probability-based?  It was not probabilistic?

      14          A.    Right.

12:43 15          Q.    Okay, and ██████████ was?

      16          A.    We -- we connected two analyses.  This one

      17   was not intended to be probabilistic.  The next one --

      18   the subsequent one had both the probabilistic and the

      19   non-probabilistic anal- -- as -- as -- as I understand

12:43 20   it.

      21          I'd have to look it to be sure, but I believe the

      22   subsequent one had both probabilistic and

      23   non-probabilistic analyses.

      24          Q.    You still concluded it was only 20 percent?

12:43 25          A.    Twenty percent is enough to -- you know what?

                                                                180

12:43  1    I'm not sure.  I'm not sure.

2           Q.    Did you publish another whitepaper?

3           Is that what you mean, or are you referring to the

4    ██████████████████████ paper?

12:44  5          A.    I am referring to the ████████████████████

6    paper --

7           Q.    Let's look at that.

8           A.    -- but I don't recall.

9                      (Thereupon, a multi-page document entitled

12:44 10          "Analysis of the XRP Ledger Consensus Protocol"

11          dated February 21, 2018" was introduced as DS

12          Exhibit 15 for identification.)

13    BY MR. TENREIRO:

14          Q.    Let's just look at 15, please.  Exhibit 15.

12:44 15    The summary probably has what you're looking for --

16          A.    Yeah.

17          Q.    -- and so does Theorem 8, on page 18.

18          A.    Yeah.

19          Q.    What role, if any, did you play with respect

12:44 20    to putting together this paper?

21          A.    Almost none.

22          Q.    Okay.  They discussed it with you, though?

23          A.    Yes.

24          Q.    Okay.  Were you surprised to find they

12:45 25    concluded, contrary to your conclusion, that they needed

181

12:45 1  over 90 percent?

2      A.   Yes, I was.

3      Q.   Do you agree with them?

4      A.   Yes.

12:45 5      Q.   Okay, and so --

6      Is it fair to say that you remain as probabilistic,

7  by looking at it?

8      A.   Yeah.  Let me -- let me -- let me be precise.

9      Q.   Yes.

12:45 10      A.   I still believe that sort of for practical

11  purposes, 20 percent and 80 percent is sufficient,

12  but -- but there are --

13      You can carefully construct scenarios in which that

14  fails, and obviously, you would prefer a

12:45 15  non-probabilistic guarantee.  An absolute, rigid,

16  mathematical proof would be better than a probabilistic

17  guarantee.

18      Q.   But with a large number of nodes, that

19  becomes hard, right?

12:45 20      A.   The probabilistic proof -- the probabilistic

21  proofs become more valid.

22      Q.   Right.  It's harder to have a

23  non-probabilistic --

24      A.   Right.

12:45 25      Q.   -- with -- with more nodes?

182

12:45  1      A.    Exactly.

       2      Q.    So the probabilistic ones become,

       3  essentially, more reliable?

       4      A.    Yes.

12:45  5      Q.    Okay, and just to take it back there again,

       6  is it fair to say Ripple wants there to be -- you know,

       7  continuous operation of the network?

       8              MR. CERESNEY:  Objection to form.

       9              THE WITNESS:  Yes.

12:46 10  BY MR. TENREIRO:

      11      Q.    And not --

      12      And Ripple wants to prevent -- you know,

      13  undesirable -- the term you used was "unintentional

      14  forks"?

12:46 15      A.    Yes.

      16      Q.    Okay, so is it fair to say that it is

      17  Ripple's desire that for this ledger to operate, there

      18  be somewhere between 80 and 90 percent of overlap

      19  between the nodes on the UNL list that people are using?

12:46 20      A.    For those people who wish to continue to

      21  transact on that ledger stream, yes.

      22      Q.    On the ledger stream that Ripple wants to

      23  continue to transact in, right?

      24      A.    Yes.

12:46 25      Q.    That includes the exchanges, presumably?

                                                           183

12:46  1          A.    Yes.

       2          Q.    Okay.  Did you ever -- did you ever --

       3     Has the ledger moved to an alternative consensus

       4     algorithm called Cobalt?

12:46  5          A.    No.

       6          Q.    Why not?

       7          A.    Part of -- well, there are a couple reasons.

       8     One of them is it's a complex algorithm.  It's just

       9     a -- it's just a complex and dangerous transition.

12:47 10          Q.    Okay.  Don't make it harder for me.  Let's

      11     leave it at that.  Let's move on.

      12                (Thereupon, a three-page e-mail dated

      13           4/16/19 from David Schwartz to ███████████

      14           was introduced as DS Exhibit 18 for

12:47 15           identification.)

      16     BY MR. TENREIRO:

      17          Q.    Let's take a look at Exhibit 18, please.

      18     So Exhibit 18 is an e-mail chain where you appear

      19     to be answering questions by ████████████.  Is that the

12:48 20     ████████████ you mentioned earlier?

      21          A.    I think the questions came from ████████████

      22     at Coinbase --

      23          Q.    Sorry.

      24          A.    -- but I'm not sure.

12:48 25          Q.    Fair enough.  The e-mail chain is between you

                                                              184

12:48  1      and ███████████?

2      A.      Yes, that's correct.

3      Q.      Here, you say toward the bottom:

4      "Ripple's recommended UNL has been changing every

12:48  5  three weeks or so."

6      A.      Yes.

7      Q.      Why was it changing so often?

8      A.      Well, when you publish a UNL, you have to set

9  an expiration date.  You don't want to set an expiration

12:48 10  date that's too long, because if something goes wrong,

11  you can't change it.

12      And you don't want it to short in case somebody has

13  a connectivity issue, so three weeks was sort of the

14  compromised case.

12:49 15      Q.      But does that change who's actually on the

16  list every two weeks?

17      A.      Not necessarily.

18      Q.      Okay.  Understood.  On the next page, there's

19  a question, apparently from Coinbase, as you say:

12:49 20      "What happens when validators start misbehaving?"

21  Can you please just read your answer to yourself?

22              (Pause.)

23  BY MR. TENREIRO:

24      Q.      Towards the middle, you say:

12:49 25      "We have had incidents where some validators

185

12:49 1   diverge from the majority of validators, resulting in

2   the inability to form an 80 percent majority."

3        A.   Yes.

4        Q.   "The code to handle this (called the

12:49 5   'preferred ledger' by branch code) has been improved to

6   prevent this."

7        Do you see that?

8        A.   Yes.

9        Q.   Improved by whom?

12:49 10       A.   I don't recall who made those specific

11   improvements.

12       Q.   Was it Ripple employees?

13       A.   I don't -- I don't recall.

14       Q.   Okay.  Later, you say:

12:49 15   "Of course, there's a near certainty that there are

16   still bugs in the code and when misbehavior appears, we

17   try to find the cause and fix it."

18       Who is the "we" in that sentence?

19       A.   I don't know who I was referring to, but

12:50 20   anyone who notices them.

21       Q.   Okay.  Does Ripple pay bounties to people who

22   find bugs in the code?

23       A.   We do.

24       Q.   Why?

12:50 25       A.   Mostly just to disincentive them from using

186

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

12:50   1   those bugs to steal the funds from people.

2       Q.     Okay.   Any other reason?

3       A.     The only reason I know of is to incentivize

4   responsible disclosure.

12:50   5       Q.     Incentivize them to tell you that they find

6   the bug?

7       A.     Rather than to try to steal money from people

8   or try to do something terrible to people.

9       Q.     Does anyone else pay bounties for identifying

12:50 10   bugs with respect to the XRP Ledger code?

11       A.     I don't -- I don't know.

12       Q.     Okay.   Have you ever --

13       Have you ever heard of that?   You know, like in

14   time online or anything like that?

12:51 15       A.     No.

16       Q.     Further down, you talk about the fork

17   situation.   In answer to the next question, the

18   paragraph begins "For example" -- you know, please read

19   it to yourself.   I'm sort of focused on the end, where

12:51 20   it says:

21       "At that point, the network would fork with those

22   running Ripple code and UNL or close to it, not having

23   the feature and those running this group's code and

24   recommending UNL are close to it, having the feature."

12:51 25       A.     Yes.

187

12:51  1        Q.     Is this sort of the situation we've been
       2    describing as to how a fork could occur?
       3        A.     This is the intentional fork situation.
       4        Q.     Where people simply do not agree with each
12:51  5    other and have different nodes on their trust list?
       6        A.     Well, more likely they would agree over
       7    system rules.
       8        Q.     Over?
       9        A.     System rules.
12:51 10        But the same thing could in theory happen.  It just
      11    seems unlikely that people would want to fork over
      12    tie-breaking, essentially.
      13        Q.     Sure, sure.  So let's say --
      14        So in other words, 80 percent of nodes agree on a
12:52 15    system rule, but the 20 percent that don't -- they just
      16    don't want to adopt and fork intentionally?
      17        A.     Right.
      18        Q.     That's the scenario?
      19        A.     They have either option, either go along with
12:52 20    the majority or fork.
      21        Q.     Is a major fork in Ripple's interest?
      22        A.     I could imagine scenarios where it is and
      23    isn't.
      24        Q.     Right now, is it?
12:52 25        A.     Again, I can imagine scenarios where it is

                                                                    188

12:52 1    and isn't.

2          Q.    Where are the scenarios where it is?

3          A.    Well, suppose somebody wants to mate the XRP

4    Ledger with the DeFi ledger, and they add DeFi features

12:52 5    to it.

6                (Thereupon, an informal discussion was

7          held off the record with the shorthand

8          reporter.)

9                THE WITNESS:  If somebody wanted to add

12:52 10         DeFi features to the XRP Ledger, there would

11         be some resistance because it increases the

12         complexity.

13               But if they fork the ledger, Ripple would

14         have no reason to object to that fork.  There

12:53 15         would just be more activity.

16   BY MR. TENREIRO:

17         Q.    Why hasn't that happened?  Not DeFi

18   specifically, but why hasn't it happened that someone

19   comes in to propose something?

12:53 20               MR. CERESNEY:  Objection to form.

21               THE WITNESS:  I don't think there has --

22         I don't think there has been.  There just

23         hasn't been that type of disagreement.

24               MR. TENREIRO:

25

189

12:53  1    BY MR. CERESNEY:

       2        Q.    Okay.  At what point did Ripple have -- so at

       3    this point, Ripple has fewer than 20 percent of

       4    validators of the 150 you mentioned?

12:53  5        A.    Yes.

       6        Q.    Okay, and what percentage of Ripple's

       7    validators are on Ripple's dUNL list?

       8        A.    Did you mean to ask what percentage of the

       9    validators on the list are Ripple's?

12:53 10        Q.    Yes.

      11        A.    I know it's less than 20 percent, but I don't

      12    recall the exact number.

      13        Q.    When did it go below 20?

      14        A.    I -- I don't recall.

12:54 15        Q.    Was it in the last year or two years?

      16        A.    I think it was -- I think it probably wasn't

      17    within the last year, but probably was within the last

      18    two years.

      19        Q.    When did it go below 50 percent?

12:54 20        A.    Again, I don't -- I don't recall.

      21              (Thereupon, a 23-page document entitled

      22          "Can Ripple labs reverse a payment? - Page 2 -

      23          Technical Discussion - Xrp Chat" was introduced

      24          as DS Exhibit 46 for identification.)

12:54 25    BY MR. TENREIRO:

                                                              190

12:54  1      Q.    Okay.  Let's look at Exhibit 46.  This is an
       2  excerpt from Chat.  My question is going to be on page
       3  8.  Do you know who "mDuo13" is?
       4      A.    I think I do.  I'm just trying to remember
12:55  5  his name.  It is -- it is someone I know.
       6      Q.    Who is it?
       7      A.    I'm trying to remember his name.  ███████
       8  ███████, I believe.
       9      Q.    Is he a Ripple employee?
12:55 10      A.    He was, at times.
      11            (Thereupon, an informal discussion was
      12         held off the record with the shorthand
      13         reporter.)
      14  BY MR. TENREIRO:
12:55 15      Q.    I'm going to go back to this point, but on
      16  page 13, there's a post by you from January 8th, 2018.
      17  In the first paragraph, it says:
      18      "While I'd like to be quite confident that this
      19  will happen and I think our 2018 decentralization
12:55 20  roadmap will get us to that point..."
      21      My question is:  What is your -- what was Ripple's
      22  2018 decentralization roadmap?
      23      A.    To continue reducing the number of
      24  Ripple-operated validators on the UNL and increase the
12:56 25  number of nonRipple-operated validators.

                                                            191

12:56  1        Q.    Going back to -- I'm not going to say his

2  name correctly, but to -- mDuo's post on page 8, it

3  says:

4        "Ripple currently recommends that you trust only

12:56  5  the five validators that Ripple runs."

6        Was that statement correct as of that time at that

7  time?

8        A.    It -- it could have been.  There certainly

9  were times when that was correct.  I --

12:56 10        Q.    Later -- go ahead.  Sorry.

11        A.    So I -- so I can't be absolutely sure that

12  January 20th -- but that's reasonable.

13        Q.    Okay.  Further down, he says:

14        "As long as most users of the XRP Ledger continue

12:56 15  to trust only the five validators that Ripple

16  recommends, then Ripple controls the network."

17        Do you agree with that statement?

18        A.    I agree with that statement as it refers to

19  short-term decentralization.

12:57 20        Q.    And not as refers to what?

21        A.    Well, if you read what he continues to say,

22  "As soon as users decide to trust a different set of

23  validators, Ripple no longer controls those users'

24  networks and those users can make that decision at any

12:57 25  time."

192

12:57 1     It's strange to describe something as controlled --

2    it's strange to describe me as controlling something

3    when somebody else can eliminate that control at any

4    moment they choose to do so.

12:57 5    Q.   And no one has chosen -- sorry.

6    Most users of the network have not chosen to do so,

7    right?

8    A.   Yes, to my knowledge.

9    Q.   Further down, the third bullet point says, in

12:57 10    a parenthetical:

11    "To some extent, the value of XRP also hinges on

12    Ripple's good stewardship of the XRP Ledger."  Do you

13    agree with that statement?

14    A.   I don't today.

12:57 15    Q.   Back in 2018?

16    A.   I might -- I might have then.

17    Q.   You don't agree today?

18    A.   I don't.

19    Q.   Why not?

12:58 20    A.   Because -- well, two reasons.  One is that

21    the term "value" is -- is -- is an ambiguous term that

22    means -- it can mean a number of different things.

23    But if you want to determine it strictly as -- as

24    price, then the evidence seems to show that the price of

12:58 25    XRP moves with the cryptocurrency market generally and

193

12:58  1   it doesn't hinge on anything going on inside the XRP

       2   ecosystem.

       3       Q.    Right, and so I'm not -- you know, you can

       4   interpret "value" as you like.  It doesn't have to be

12:58  5   price.

       6       Sitting here today, does the value of XRP also

       7   hinge on Ripple's good stewardship of the XRP Ledger?

       8       A.    I -- I don't think so.  I don't know.

       9       Q.    Would you have any hypothesis as to what

12:58 10   happened -- what would happen to the value of XRP today

      11   if Ripple walked away from the XRP Ledger?

      12       A.    My hypothesis is that there would probably be

      13   a short-term drop just because expectations would be

      14   shaken, and then it would probably recover.

12:59 15       Q.    What expectations?

      16       A.    People have an expectation that things

      17   won't -- that the status -- generally, people expect the

      18   status quo not to change, and any change from the status

      19   quo is generally bad.

12:59 20       Q.    When you say, "people," who are these people?

      21       A.    Just anyone who's been following the space.

      22       Q.    Why would -- well, how would their

      23   expectations change and cause a drop in price?

      24       A.    Because generally, any change in expectations

12:59 25   causes a change in price, unless -- unless it's

                                                              194

```
12:59  1   obviously good.  It's just --
       2        It's just a market fact that when there's something
       3   that sort of disrupts people's expectations, it causes a
       4   short-term drop.
12:59  5        Q.   And so Ripple walking away from the XRP
       6   Ledger is not obviously good?
       7        A.   Right, and unexpected, and so it would create
       8   a -- probably a short-term drop.
       9        Q.   Why is it unexpected?
12:59 10        A.   It's just not something Ripple's ever done
      11   before.
      12        Q.   But Ripple has said that it hopes to one day
      13   sort of walk away?
      14        A.   Yes.
12:59 15        Q.   But why isn't it expected?
      16             MR. CERESNEY:  Objection.  You've got to
      17        let us object.
      18             THE WITNESS:  Sorry.
      19             (Thereupon, an informal discussion was
12:59 20        held off the record.)
      21   BY MR. CERESNEY:
      22        Q.   My question was:  Why is it expected --
      23        Why isn't it expected if Ripple has stated that
      24   it's going to walk away?
01:00 25             MR. CERESNEY:  And objection to form.
```

195

```
01:00   1              THE WITNESS:  I guess I was envisioning a
        2         hypothetical where Ripple abruptly just sort
        3         of stopped, and I don't think people expected
        4         that's what would happen.
01:00   5   BY MR. TENREIRO:
        6         Q.    I see.
        7         A.    If you envision a more gradual reduction,
        8   that might be in accord with people's expectation.  It
        9   might even be positively received.
01:00  10         Q.    All right.  Let's look at Exhibit 13.
       11              (Thereupon, an informal discussion was
       12         held off the record.)
       13              MR. CERESNEY:  Why don't we stop?
       14              MR. TENREIRO:  Yeah, let's stop.
01:00  15              THE VIDEOGRAPHER:  Going off the record
       16         at 1:00.
       17              (Recess taken at 1:00 p.m.)
       18              (Resumed at 1:49 p.m.)
       19              THE VIDEOGRAPHER:  We're back on the
01:49  20         record at 1:49.
       21              (Thereupon, a multi-page document entitled
       22         Validator Registry" was introduced as DS Exhibit
       23         13 for identification.)
       24   BY MR. TENREIRO:
01:49  25         Q.    Good afternoon, Mr. Schwartz.
```

                                                              196

01:48   1          Can we take a look at Exhibit 13, please?  Do you
        2    have it?
        3          A.    Not yet.
        4          Q.    That's another document from
01:48   5    xrpcharts.ripple.com, and the path is "validators."
        6          A.    Yes, I see this document.
        7          Q.    What is this?
        8          A.    It appears to be -- it appears to be a list
        9    of validators along with their affiliations and public
01:49  10    keys.
       11          Q.    The public key is the column on the right?
       12          A.    Yes.
       13          Q.    That's sort of how you identify a validator?
       14          A.    Yes.
01:49  15          Q.    The messages from those validators are signed
       16    by their public key?
       17          A.    Yes.
       18          Q.    Okay.  This is a list of -- of validators or
       19    of validators on the UNL, or -- or what do you mean by
01:49  20    the "list of validators"?
       21          A.    I don't really know.
       22          It looks like a list of validators that were live
       23    on the network at some particular time, but I'm not
       24    sure.
01:50  25          Q.    Do you know why some say "yes" and some say

                                                                197

01:50 1   "no"?

2      A.    I don't know for sure.  There's no column

3  heading.

4      Q.    Do you know if the ones that say "yes" are

01:50 5  ripples to UNL validators?

6      A.    I don't know for sure.  I suspect that's what

7  it means, but I don't know.

8           (Thereupon, an informal discussion was

9      held off the record.)

01:50 10 BY MR. TENREIRO:

11      Q.    Okay.  Again, if I wanted to know which of

12  these -- to the extent --

13      To the extent they are on the dUNL, if I wanted to

14  know which of them Ripple has or has had a commercial

01:50 15 relationship with, who would I ask?

16      A.    I don't know.

17      Q.    Not you?

18      A.    No.

19      Q.    You're not the one who knows that?

01:51 20      A.    I wouldn't know.  Certainly not for all of

21  them.

22           (Pause.)

23           (Thereupon, a five-page Insights article

24      entitled "How We Are Further Decentralizing the

01:51 25      XRP Ledger to Bolster Robustness for Enterprise

198

01:51   1            Use" dated 5/11/17 was introduced as DS Exhibit

        2            27 for identification.)

        3  BY MR. TENREIRO:

        4       Q.     Let me just show you Exhibit 27.  This is an

01:51   5  article that I believe was supposed was posted to

        6  Ripple's website by Team Ripple.

        7       My question is whether you know if it's true that

        8  in May of 2017, the XRP Ledger had 25 validator nodes

        9  running and that there's a reference to that at the top

01:51 10  of the second page.

      11       A.     I'm sure there must have been more than 25

      12  validator nodes running at that time.

      13       Q.     Is there a distinction -- so this article is

      14  incorrect?

01:52 15       A.     I think it's -- I would say --

      16       Yeah, I think it's being imprecise.  I would

      17  assume -- I suspect they're referring to validators on

      18  the UNL, but I don't know.

      19       Q.     How many did Ripple run at that time?

01:52 20            (Pause.)

      21           THE WITNESS:  Yeah, I don't -- I don't

      22       know.

      23  BY MR. TENREIRO:

      24       Q.     Okay, and again, is it fair to say that if

01:52 25  there's 25 validators on the dUNL and all 25 adopt the

                                                         199

01:52   1    same dUNL as each other, they can move the network along

2    and anybody else does not matter?  For their reality, at

3    least?

4         A.    Yes.

01:52   5         Q.    Okay.  If there are --

6         If there comes a point where there would be zero

7    Ripple nodes on the --

8                    MR. TENREIRO:  Sorry.  Let's start again.

9    BY MR. TENREIRO:

01:53  10         Q.    Presently, does Ripple intend to get to a

11   point where it will have zero validator nodes?

12        A.    I think we've stated that that's a goal.  I

13   don't think that it makes --

14        I don't think there's any significant difference

01:53  15   between zero or one, or one or two, but in the general

16   direction, it is to reduce the number.

17        Q.    If you get to zero or one or two, would the

18   dUNL list still be curated by Ripple?

19        A.    We could still recommend the list if we

01:53  20   wanted to, regardless of how many validators we operated

21   that were on that list.

22        Q.    You can still put a default list into the

23   program as well, right?

24        A.    Yes.

01:53  25        Q.    Okay.  Exhibit 76, please.

                                                              200

01:53    1              (An informal discussion was held off the

        2         record.)

        3               (Thereupon, a four-page Twitter printout

        4         entitled "David 'JoelKatz' Schwartz on Twitter"

01:54    5         dated December 1, 2020 was introduced as DS

        6         Exhibit 76 for identification.)

        7 BY MR. TENREIRO:

        8     Q.    This is a recent tweet. Seems to be December

        9 2nd, 2020. Somebody says:

01:54 10     "Unrelated question: If nodes, validators, and the

      11 community at large got together and we agree that it's

      12 better for the community to burn the 50 billion XRP

      13 Ripple has in escrows, would that be possible?"

      14     You say:

01:54 15     "Yes. There would be nothing Ripple could do to

      16 stop that from happening. Public blockchains are very

      17 democratic. If the majority wants a rules change, there

      18 is nothing the minority can do to stop them."

      19     Do you see that?

01:55 20     A.    Yes.

      21     Q.    Is Ripple taking any steps to prevent the

      22 community from burning its 50 billion XRP?

      23     A.    No.

      24     Q.    How much is it worth today?

01:55 25     A.    Last I checked the price, it was roughly a

                                                    201

01:55 1    dollar, so -- I mean, if you used the method of just
2    multiplying the last price by the quantity, 50 billion
3    XRP at roughly a dollar is worth approximately 50
4    billion dollars.
01:55 5         Q.    Opposed to what method?
6         A.    Well, the -- another method that you might
7    use is how much money you could actually materialize for
8    it.
9         Q.    Right.
01:55 10        A.    It would have to take place over time.
11        Q.    Sure.  Fair enough.
12        So Ripple is taking no steps, as we sit here today,
13   to make sure that the community does not decide that
14   it's better for them to burn your XRP?
01:55 15                  MR. CERESNEY:  Objection to form.
16                  THE WITNESS:  There are no steps we're
17             taking with the -- with the -- for the purpose
18             of achieving that outcome.
19   BY MR. TENREIRO:
01:55 20        Q.    Well, what steps is Ripple taking to protect
21   its stash of XRP from such an outcome?
22        A.    No steps specifically to prevent that
23   outcome.
24        Q.    What steps is Ripple taking that could help
01:56 25   it prevent that outcome?

                                                           202

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

01:56    1         A.    I mean, for example, just defending our
         2    reputation -- you know, just avoiding reputational harm,
         3    for example.
         4         Q.    How about exerting influence over the
01:56    5    validators?
         6         A.    That would not be effective.
         7         Q.    Why not?
         8              MR. CERESNEY:  Objection.  Objection.  Go
         9              ahead.
01:56   10              THE WITNESS:  Anyone who is proposing to
        11              burn Ripple's escrow would have to make
        12              software changes in order to accomplish that.
        13              Those software changes could also change
        14              the default UNL, change the role of the UNL.
01:56   15              There's no additional -- there's no additional
        16              step required.
        17              It would -- it would still be the same
        18              process either way.
        19    BY MR. TENREIRO:
01:56   20         Q.    Does Ripple engage in current efforts to
        21    persuade validators not to do those steps?
        22         A.    I don't believe that's ever come up.
        23         Q.    Why hasn't it occurred, in your estimation,
        24    that the community decides it's better to burn Ripple's
01:56   25    50 billion XRP?

                                                              203

```
01:57  1                    MR. CERESNEY:  Objection to form.
       2                    THE WITNESS:  If -- it just hasn't.  It's
       3              an extreme, outrageous thing that they
       4              don't -- it doesn't need a reason not to
01:57  5              happen.
       6   BY MR. TENREIRO:
       7       Q.    What about burning some?
       8       A.    I think it would be -- I think it would be
       9   odd -- it's just a hard thing to propose like -- to
01:57 10   propose a sort of irregular trans -- it's just difficult
      11   to do that.
      12       Q.    Over the years, there's been concern -- at
      13   least expressed online -- about Ripple's potential
      14   dumping of XRP into the market, right?
01:57 15                    MR. CERESNEY:  Objection.
      16   BY MR. TENREIRO:
      17       Q.    That you're aware of?
      18                    MR. CERESNEY:  Objection to form.
      19                    THE WITNESS:  I have heard people express
01:57 20              that concern.
      21   BY MR. TENREIRO:
      22       Q.    There's also been concern expressed about
      23   overhang on XRP because Ripple holds a lot of it?
      24       A.    I've heard those concerns.
01:57 25       Q.    And, in fact, one of the reasons Ripple
```

204

01:57  1   established the time release was to address some of

       2   those concerns, correct?

       3        A.    Yes.

       4        Q.    Okay, and isn't it also true that under

01:57  5   demand and supply dictating price, Ripple's stash of XRP

       6   disappeared, that may be good for the other holders of

       7   XRP?

       8              MR. CERESNEY:  Objection to form.

       9              THE WITNESS:  Could be either good, bad,

01:58 10        or have no effect.  There's no way I could

      11        predict what the effect would be.

      12   BY MR. TENREIRO:

      13        Q.    What do you think the effect would be?

      14              MR. CERESNEY:  Objection to form.

01:58 15              THE WITNESS:  I can -- I can make a

      16        strong argument for all three scenarios.

      17   BY MR. TENREIRO:

      18        Q.    Okay, so sitting here today, given -- you

      19   know, concerns expressed at times about Ripple's

01:58 20   overhang or Ripple potentially dumping XRP, do you have

      21   any belief as to why the community hasn't gotten

      22   together and just described to burn your 50 billion?

      23              MR. CERESNEY:  Objection to form.

      24              THE WITNESS:  I don't think they have had

01:58 25        any reason to do anything that drastic.

                                                              205

01:58  1    BY MR. TENREIRO:

       2         Q.     In other words, Ripple hasn't done anything

       3    that would make them want to do that?  Is that what you

       4    mean by "any reason"?

01:58  5                     MR. GERTZMAN:  Objection to form.

       6                     THE WITNESS:  I think that's part of what

       7              I meant, but I would go broad -- more broadly

       8              and say nothing's happened -- that nothing

       9              else has happened.

01:59 10                     One could imagine external factors.

      11              There just -- it just -- there's just never

      12              been a circumstance where that seemed like an

      13              appropriate remedy.

      14    BY MR. TENREIRO:

01:59 15         Q.     In terms of non-external Ripple factors,

      16    would you say Ripple's been a good steward for XRP over

      17    the years?

      18                     MR. CERESNEY:  Objection.

      19                     THE WITNESS:  In terms of external,

01:59 20              non-Ripple factors?

      21    BY MR. TENREIRO:

      22         Q.     Taking out --

      23         A.     Oh.

      24         Q.     Excluding -- excluding.

01:59 25         Excluding external, would you say Ripple's been a

                                                                    206

```
01:59   1   good steward for XRP over the years?
        2                   MR. CERESNEY:  Objection to form.
        3                   THE WITNESS:  I guess that depends what
        4           you mean by "steward."
01:59   5   BY MR. TENREIRO:
        6        Q.    Well, to the extent that --
        7        I guess what's not clear about that word, to the
        8   extent it's used?
        9                   MR. CERESNEY:  Objection.
01:59  10                   THE WITNESS:  I understand what
       11           stewardship means with respect to the XRP
       12           Ripple holds.
       13                   It's hard to understand how that concept
       14           would apply broadly to an ecosystem or an
02:00  15           asset.
       16   BY MR. TENREIRO:
       17        Q.    Well, let's talk about the stewardship with
       18   respect to the XRP that Ripple holds.
       19        A.    Right.
02:00  20        Q.    Would you say over the years, Ripple has been
       21   a good steward of that XRP?
       22        A.    I think Ripple has used its XRP responsibly.
       23        Q.    Okay.  Do you think that's benefited XRP
       24   holders at large?
02:00  25        A.    I think it hasn't harmed then.
```

207

02:00  1                     (Thereupon, an informal discussion was
       2                held off the record.)
       3                     MR. TENREIRO:  Let's look at Exhibit 82,
       4                please.
02:01  5                     MR. CERESNEY:  Hold on.
       6                     Before you question on this, Jorge, can
       7                you move to a different exhibit so we can come
       8                back to this?
       9                     I want to spend a few minutes with the
02:02 10                witness on this regarding a privilege issue.
      11                     MR. TENREIRO:  Sure.
      12  BY MR. TENREIRO:
      13      Q.    All right.  Does Ripple make decisions on
      14  inclusion on the dUNL list based on amendment voting
02:02 15  history or expected future voting history?
      16      A.    I believe we --
      17      Not on amendment history, but we have on
      18  expectation of involvement in the voting process.
      19      Q.    The expectation being that they will be
02:02 20  involved?
      21      A.    We would prefer validators that were not
      22  indifferent to the voting process.
      23      Q.    Why?
      24      A.    Because if validators don't think about their
02:02 25  votes, then the voting process doesn't accomplish

                                                              208

02:02  1    anything, doesn't measure sentiment.

2          Q.    How do you ensure that there's commitment to

3    the voting process?

4          A.    I don't know specifically.

02:03  5    Q.    What involvement do you have in that process?

6          A.    I was involved in discussing those criteria

7    and my recollection from those discussions was that we

8    would communicate with whoever at the institution or

9    entity was responsible for maintaining the validator to

02:03 10    judge whether they had an interest in following the

11   amendment process.

12         Q.    When you say, "we," you mean someone at

13   Ripple?

14         A.    Yes.

02:03 15    Q.    Has Ripple ever communicated with validators

16   about voting strategies?

17         A.    I wouldn't characterize any of those

18   communications as a voting strategy.  We communicated

19   with individual voters.

02:03 20    Q.    Okay.  Why?

21         A.    Sometimes we think amendments are a good

22   idea.  Sometimes we don't, and we communicate our views

23   both publicly and to validator operators.

24         Q.    To validator operators privately?

02:04 25    A.    Not to my knowledge.

                                                        209

02:04   1       Q.    Well, so you mentioned publicly, and you

        2   mentioned to validator operators.  So how do you -- is

        3   it just always public?

        4       A.    I believe it's always public.

02:04   5       Q.    Do you know if Ripple's ever communicated

        6   with individual nodes to suggest or encourage a

        7   particular voting stance?

        8       A.    The only incident I know of involved us

        9   influencing validators to vote "no" on an amendment

02:04 10   until such time as it had sufficient time for other

     11   people to form a view.

     12       Q.    Which was that?

     13       A.    I don't remember which amendment.

     14       I'm trying to remember.  I don't remember.  I don't

02:05 15   remember which it was, but -- yeah, I don't recall

     16   precisely.

     17       Q.    Okay.  You said Ripple had proposed the

     18   Checks Amendment --

     19       A.    Yes.

02:05 20       Q.    -- at some point.

     21       Why did Ripple change its mind about its stance on

     22   the Checks Amendment?

     23       A.    The amendment turned out to be more

     24   complicated and risky than we thought was reasonable for

02:05 25   the functionality that it provided, which we didn't

                                                               210

02:05  1  think was all that important.

 2       Q.     Based on what?

 3       A.     Based on the internal viewpoint of the

 4  team -- members of the team who had worked on the

02:05  5  amendment.

 6       Q.     Okay, and when did that view develop first

 7  the amendment did not pass?

 8       A.     Right.

 9       Q.     And does it stay on or -- if it's not passed

02:05 10  or does it expire after two weeks?

11       A.     It doesn't expire unless people actually

12  choose to actively renew.

13       Q.     And Ripple did not renew?

14       A.     No, we didn't.

02:05 15       Q.     At some point, the vote started switching to

16  "yes"?

17       A.     Yes.

18       Q.     Did Ripple have any role in switching some of

19  those votes to "yes"?

02:05 20       A.     My recollection is that our position at the

21  time was that -- that the amendment had not had

22  sufficient testing and that there were serious questions

23  about whether its usefulness exceeded its risk and that

24  we were advising against the amendment.

02:06 25       Q.     Right, but my question was --

211

02:06  1      Maybe the answer's in there, but I missed it.  My
       2  question was:  Did Ripple have any role in securing
       3  "yes" votes for the amendment?
       4      A.    No.  We were trying to secure "no" votes at
02:06  5  the time.
       6      Q.    When you proposed it, did you try secure
       7  "yes" votes?
       8      A.    I don't think we ever got to the point where
       9  we were advising validators to vote "yes" on it.
02:06 10      My recollection is that our position switched to a
      11  "no" stance before it got to the stage where external
      12  validators would have been voting on it.
      13              MR. TENREIRO:  Okay.  Do you want to take
      14          a break to discuss that exhibit?  Because I'm
02:06 15          going to move on.
      16              MR. CERESNEY:  I think we're ...
      17              I think we need some time on our end to
      18          make inquiries and then talk with the witness
      19          about it.
02:07 20              MR. TENREIRO:  More than just --
      21              MR. CERESNEY:  Yeah.  If you move on, we
      22          will come back to it.
      23              MR. TENREIRO:  Okay.  Exhibit 70, please.
      24          Let's go off the record for one minute.  My
02:07 25          laptop is not working.

                                                            212

02:07  1              (Thereupon, an informal discussion was

2         held off the record.)

3           THE VIDEOGRAPHER:  Going off at 2:07.

4         (Recess taken at 2:07 p.m.)

02:09  5         (Resumed at 2:09 p.m.)

6           THE VIDEOGRAPHER:  Back on at 2:09.

7         (Thereupon, an e-mail chain with the top

8        e-mail dated 7/6/2020 from Brad Garlinghouse to

9        David Schwartz et al. was introduced as DS

02:09 10        Exhibit 70 for identification.)

11  BY MR. TENREIRO:

12     Q.   All right.  So Exhibit 70 is an e-mail

13  from -- well, the bottom part of it --

14     The principal part is from you to somebody on July

02:10 15  6, 2020.  It appears that Mr. Garlinghouse is one of the

16  recipients of your e-mail.

17     A.   Yes.

18         (Pause.)

19  BY MR. TENREIRO:

02:10 20     Q.   Sorry.  At the bottom -- towards the bottom,

21  you say:

22     "These two events dramatically demonstrate that

23  Ripple's control over the XRP Ledger consists of

24  persuasion and influence and not any ability to

02:10 25  unilaterally make arbitrary changes."

                        213

02:10  1          Do you see that?

       2          A.     Yes.

       3          Q.     What did you mean by that, "persuasion and

       4     influence," here?

02:10  5          A.     I meant our ability to make changes over the

       6     XRP Ledger consisted of convincing other people that

       7     those changes were good ideas, just as anyone else's

       8     would be.

       9          Q.     And does Ripple engage in those efforts

02:11 10     today?

      11          A.     Yeah.

      12          Q.     Is it known to the public that Ripple engages

      13     in those efforts?

      14                 MR. CERESNEY:  Objection --

02:11 15                 MR. GERTZMAN:  Objection to the form.

      16                 MR. CERESNEY:  Yeah, form.

      17                 THE WITNESS:  I believe it's known to the

      18            public that Ripple participates in the

      19            development process, that some amendments are

02:11 20            authored by people who work at Ripple, and

      21            Ripple sometimes advises voting "yes" or "no"

      22            on those amendments.

      23     BY MR. TENREIRO:

      24          Q.     At the top, it says "As you know, one of the

02:11 25     most common objections to the use of XRP and the XRP

                                                                    214

```
02:11   1   Ledger is the perceived centralization or control over

        2   the ledger by Ripple."

        3        Do you see that?

        4        A.    Yes.

02:11   5        Q.    Why does Ripple care to respond to these

        6   common objections to the use of XRP and the XRP Ledger?

        7                    MR. CERESNEY:  Objection to form.

        8                    THE WITNESS:  We wouldn't want people not

        9            to use XRP or the XRP Ledger for reasons that

02:12  10            are not factual.

       11   BY MR. TENREIRO:

       12        Q.    Does Ripple want people to use XRP and the

       13   XRP Ledger?

       14                    MR. CERESNEY:  Objection to form.

02:12  15                    THE WITNESS:  I would say Ripple wants

       16            people to use the XRP Ledger.

       17   BY MR. TENREIRO:

       18        Q.    Not XRP?

       19        A.    Not necessarily.

02:12  20        Q.    From your perspective, Ripple's indifferent

       21   as to whether people use XRP?

       22                    MR. CERESNEY:  Objection to form.

       23                    THE WITNESS:  It's an extremely nuances

       24            point that's hard to put into a "yes" or "no"

02:12  25            answer to that question.
```

215

02:12  1    BY MR. TENREIRO:

       2         Q.    Well, we can expand.  It doesn't have to be

       3    "yes" or "no."

       4         A.    Ripple wants people who use blockchain

02:12  5    technologies to get best experiences.  Otherwise, there

       6    won't exist a market.  We wouldn't have customers.  We

       7    wouldn't have a business.

       8         If that means them using XRP, then we would like

       9    them to be able to.  If that means other assets are

02:12 10    better, we would like them to use that.

      11         Q.    With respect to Ripple's product -- products,

      12    whatever they may be, does Ripple care whether there

      13    exists a market for XRP?

      14                   MR. CERESNEY:  Objection to form.

02:13 15                   THE WITNESS:  Yes.

      16    BY MR. TENREIRO:

      17         Q.    So Ripple does care?

      18                   MR. GERTZMAN:  Objection to form.

      19                   THE WITNESS:  Sorry.  Could you back up?

02:13 20    BY MR. TENREIRO:

      21         Q.    Does Ripple --

      22         I asked you whether Ripple cares, but my question

      23    now is:  Does it care?

      24         A.    Yes.

02:13 25                   MR. CERESNEY:  Objection to form.

                                                                  216

02:13 1    BY MR. TENREIRO:

2        Q.    Okay, and why does Ripple care for there to

3    be a market for XRP?

4        A.    Because ODL works best with XRP because of

02:13 5    the lower fees and higher speeds of the XRP Ledger than

6    ODL's.

7        Q.    And has Ripple taken steps to make sure that

8    that market, in fact, exists?

9              MR. CERESNEY:  Objection to form.

02:13 10              THE WITNESS:  In ODL corridors.

11    BY MR. TENREIRO:

12        Q.    So I'm talking more generally about the XRP

13    markets.  Has Ripple taken steps, for example, to be

14    market makers to make a market for XRP?

02:13 15        A.    To my knowledge, exclusively in corridors

16    that specifically needed that liquidity for a deal.

17        Q.    Otherwise, Ripple has engaged market makers

18    to sell its own XRP?

19        A.    I believe so.

02:14 20        Q.    And that's --

21        That wasn't in connection with creating corridor

22    liquidity?  Is that your testimony?

23        A.    My understanding was that those market makers

24    sold XRP by market making with a bias in favor of

02:14 25    selling, and so it does as well -- it does in addition

217

02:14 1   improve liquidity.

2        Q.    That wasn't the purpose?

3        A.    I -- I couldn't tell you which of those two

4   purposes was dominant or how -- how they connected.

02:14 5        Q.    At some point, one of the purposes of

6   Ripple's XRP sales was to simply raise revenue; is that

7   right?

8        A.    I -- I think so.

9        Q.    Just to sort of -- let's look at Exhibit 42,

02:15 10  please.

11             (Pause.)

12             MS. FORBES:  Would you please repeat the

13             exhibit number?

14             MR. TENREIRO:  Exhibit 42.  Before we

02:15 15        move on, your request that we move on from

16             that exhibit for a moment reminded me that, as

17             I told you before we went on the record this

18             morning -- you know.

19             We're just preserving on the record an

02:15 20        objection or rather a reservation of rights to

21             call the witness back to the extent that

22             there's a dispute over the proper assertion of

23             privilege over some documents that we e-mailed

24             last night in addition to our general concerns

02:15 25        stated in e-mails back and forth before about

218

02:15   1          the timing and production of documents and the
        2          productions that have occurred.
        3                  MR. CERESNEY:  Yeah, and I would say on
        4          the record that we would object to any attempt
02:15   5          to call Mr. Schwartz back, and we believe our
        6          productions have been more than prompt and, in
        7          fact, responsive to your requests, and we
        8          believe there's a proper privilege assertion
        9          over the documents we talked about we e-mailed
02:16  10          last night.
       11                  MR. TENREIRO:  Okay, thanks.
       12                  (Thereupon, an eight-page e-mail dated
       13          12/31/17 from ███████@ripple.com to
       14          ███████@ripple.com et al. was introduced as DS
02:16  15          Exhibit 42 for identification.)
       16   BY MR. TENREIRO:
       17      Q.    So on Exhibit 42, just take a moment to look
       18   at it.  It's an eight-page document that sort of seems
       19   to include a Slack -- sort of a printout of a Slack
02:16  20   channel?
       21      A.    Yes.
       22      Q.    Towards the top, ███████@Ripple says:
       23   "Set the channel's purpose:  Discuss the XRP Ledger
       24   issue of Binance on December 30th, 2017."
02:16  25      Do you see that?

219

02:16   1      A.      Yes.

        2      Q.      What was the issue?

        3           (Pause.)

        4           THE WITNESS: One second.

02:16   5          MR. CERESNEY: Take your time.

        6           THE WITNESS: It looks like there was

        7       some --

        8           There was some issue with their -- their

        9       integration that is the way Binance was using

02:17 10       the ledger software.

     11 BY MR. TENREIRO:

     12      Q.      Why was Binance calling you about this?

     13      A.      Probably because we had provided them contact

     14 information.

02:17 15      Q.      Is there anyone else that provides this type

     16 of service route changes when they have an issue with

     17 the software they are using to interact with the XRP

     18 Ledger?

     19           MR. CERESNEY: Objection, asked and

02:17 20       answered this morning.

     21           THE WITNESS: I believe there are.

     22 BY MR. TENREIRO:

     23      Q.      Who?

     24      A.      The two companies I mentioned earlier, ███

02:17 25 ███ and -- ███████████ .

                                                   220

02:18   1          Q.    Do you know how often they answered or

        2    fielded these sort of questions?

        3          A.    No, I don't.

        4          Q.    Well, just in case you ever talked to them?

02:18   5          A.    I haven't, but they -- they provide this type

        6    of support as a business.

        7          Q.    What relationship, if any, do they have to

        8    Ripple?

        9          A.    I -- I believe the only relationship ██████

02:18  10    ██████    has is their validator's on our dUNL.   I

       11    believe we've given -- we have given some funding to the

       12    other company, whose name I can't recall.

       13          Q.    Okay.   On the next page, █████@Ripple -- is

       14    that you?

02:18  15          A.    Yes.

       16          Q.    So page 2, actually.   Let's skip ahead.

       17    Towards the top, you say:

       18          "Also, we need to make charts more reliable.   I got

       19    about a dozen 'can't find TX on charts' messages during

02:18  20    this rally."

       21          Do you see that?

       22          A.    Yes.

       23          Q.    What is that about?   First of all, what does

       24    "rally" mean?

02:18  25          A.    "Rally" means a period of increased

                                                                    221

02:19  1    transaction volume in the digital currency space,

       2    generally.

       3         Q.    And it doesn't include price increase?

       4         A.    Can include price increase.

02:19  5         Q.    What does it mean here?

       6         A.    I think here, it means increase in volume.

       7         Q.    Why?

       8         A.    Because that's when people --

       9         Because when the prices are moving up or down or

02:19 10    there's volume for any reason, they all result in

      11    increased load on infrastructure, and this is from the

      12    standpoint of maintaining infrastructure.

      13         Q.    So making the charts more reliable?

      14         A.    Yes, exactly.

02:19 15         Q.    Is that something that still -- that Ripple

      16    still endeavors to do today?

      17         A.    We are one of the providers of those types of

      18    charts and, of course, we try to make them as reliable

      19    as we can.

02:19 20                   (Thereupon, an e-mail chain with the top

      21              e-mail dated 11/13/18 from ███████████ to █████

      22              ██████████████ et al. was introduced as DS

      23              Exhibit 44 for identification.)

      24    BY MR. TENREIRO:

02:19 25         Q.    Okay.  Let's look at Exhibit 44, please.  So

                                                               222

02:20  1    this is a two-page email, in part to you.

       2         A.    Uh-huh.

       3         Q.    Who is ███████████████████?

       4         A.    ███████████████████ was the product manager

02:20  5    who worked with the XRP Ledger at the team at Ripple

       6    working on the XRP Ledger.

       7         Q.    Okay.  Do you recall this incident from

       8    November 2018, where it says:

       9         "The XRP Ledger encountered a critical issue an

02:20 10    hour ago, when one of the recommended lists (UNL)

      11    expired and a new list was published."

      12         Whose UNL expired?

      13         A.    I don't specifically recall.

      14         Q.    It was -- would it have been Ripple's?

02:21 15         A.    This was 2018, and I believe we had the only

      16    list that I knew of at that time, so I must have -- I

      17    would assume it would be ours.

      18         Q.    So you say:

      19         "Unfortunately, this caused several of the

02:21 20    validators on the network to desync and stop validating

      21    transactions, which has stalled the XRP Ledger from

      22    making forward progress.

      23         "Keep in mind, this occurs as a safety measure to

      24    prevent the network from forking."

02:21 25         Do you see that?

                                                              223

02:21  1          A.    Yes.

       2          Q.    Is that a feature that Ripple had put into

       3    the ledger?

       4          A.    I think that's a safety feature that predates

02:21  5    Ripple's existence.

       6          Q.    Is that a safety feature that you put into

       7    the ledger?

       8          A.    I believe so.

       9          Q.    ████████ responds.  Who is ████████?

02:21 10          A.    She probably was head of communications at

      11    the time.

      12          Q.    She says, in part, "Also, please do not reply

      13    to other Tweets or other social media posts on the topic

      14    right now."  Do you see that?

02:22 15          A.    Yes.

      16          Q.    Why not?  Did you ask her?

      17          A.    I didn't.

      18          Q.    Do you know why?

      19          A.    Only the rationale that she explains in this

02:22 20    paragraph.

      21          Q.    Which is that you just might want it to fly

      22    under the radar?

      23          A.    I think it was more she was working on a

      24    statement.

02:22 25          Q.    I guess my question is earlier, you had

                                                                      224

02:22  1  said -- you know, Ripple had an interest in there being

2  accurate information in the market; is that right?

3      A.    Yes.

4      Q.    And what about information that was accurate

02:22  5  but Ripple did not like for some reason?  What was

6  Ripple's stance with respect to that information?

7              MR. CERESNEY:  Objection to form, also

8          misstates this exhibit.  That's the

9          implication.

02:22 10              THE WITNESS:  I -- I don't accept the

11          general statement that anything that's

12          necessarily negative we would not want to have

13          exposure.

14  BY MR. TENREIRO:

02:22 15      Q.    No, I'm not saying that.  I'm asking you if

16  there was something negative.

17      What was Ripple's stance with respect to something

18  negative, if there is not a general answer?

19      A.    There is not a general answer.

02:22 20      Q.    Okay.  Well --

21      A.    We try to be honest about failings where we

22  think that's the appropriate response.

23      Q.    Okay, but this --

24      Is this one where Ripple decided not to call

02:23 25  attention to the issue?

                                                    225

```
02:23   1                MR. CERESNEY:  Objection to form.

        2                THE WITNESS:  I think ███████ statement

        3           here speaks for itself.  She wanted to prepare

        4           a response.

02:23   5    BY MR. TENREIRO:

        6        Q.    Did Ripple issue a response to the stalling

        7    of the network in 2018, November?

        8        A.    I don't know.

        9        Q.    Why would Ripple want to prepare a response?

02:23  10                MR. CERESNEY:  Objection.

       11                MR. GERTZMAN:  Objection to form.

       12                THE WITNESS:  If -- if incorrect

       13           information circulated, we would want to be

       14           ready with accurate information.

02:23  15    BY MR. TENREIRO:

       16        Q.    Okay.  Let's set this aside and look at

       17    Exhibit -- one second.

       18                (Pause.)

       19                (Thereupon, a multi-page printout from

02:23  20           Bitcoin Forum entitled "Latest Posts of

       21           JoelKatz" dated April 17, 2013 was introduced as

       22           DS Exhibit 3 for identification.)

       23    BY MR. TENREIRO:

       24        Q.    Let's look at Exhibit 3, please.

02:24  25        A.    Is there a particular page?
```

                                                                226

02:24 1        Q.    Yes.  One second.

      2                   (Pause.)

      3    BY MR. TENREIRO:

      4        Q.    Exhibit 3, page 5.  So these are posts of

02:25 5    Joel Katz on Bitcoin Forum.  The quote is on page 4.  It

      6    says:

      7        "Is the only reason for it not working as well with

      8    BTC is that OpenCoin wouldn't have a stock of XRP to

      9    hang out to promote the system if that's the only case?"

02:25 10                  MR. CERESNEY:  Hold on.  I don't think

      11           he's --

      12                  THE WITNESS:  I don't see it.

      13                  MR. CERESNEY:  It's at the bottom of page

      14           4.

02:25 15   BY MR. TENREIRO:

      16       Q.    The very bottom.

      17       A.    I see it.

      18       Q.    The quote is at the very bottom.

      19                  (Pause.)

02:25 20                  THE WITNESS:  Yes.

      21   BY MR. TENREIRO:

      22       Q.    Your response concludes by saying:

      23       "XRP funds the development and ensures there's a

      24   healthy company standing behind the network."

02:25 25       What do you mean by that, "healthy company standing

                                                            227

```
02:25    1  behind the network"?
         2       A.    I meant at that time --
         3       I meant at that time that I hoped that the XRP
         4  would allow -- would allow the company at that time,
02:26    5  OpenCoin, to continue operating.
         6       Q.    How would it do that?
         7       A.    Any -- any number of ways, from -- from --
         8  well --
         9       Q.    What does "funds the development" mean?
02:26   10            (Pause.)
        11            THE WITNESS:  It's hard for me to say
        12        today what I would have meant -- you know,
        13        nine years ago.
        14  BY MR. TENREIRO:
02:26   15       Q.    As you read it today, what does it mean to
        16  you?
        17            MR. CERESNEY:  Objection.
        18            THE WITNESS:  I'll -- I'll do that, but I
        19        just want to note that these terms have
02:27   20        changed meaning so many times and that we know
        21        so much information that we know now that we
        22        didn't know then.  Trying to say -- tell what
        23        it means now doesn't bear any relationship to
        24        what someone at that time would have
02:27   25        understood it or what I intended it to mean.
```

228

```
02:27   1                      But today, knowing that Ripple has sold
        2               XRP, you would think that's what I was
        3               referring to today, only because we know that
        4               that happened, but nobody at that time would
02:27   5               have known that that happened.
        6   BY MR. TENREIRO:
        7        Q.    How else would XRP fund the development of a
        8   healthy company rather than by being sold?
        9        A.    There was no plausible way at that time.
02:27  10        Q.    Including the selling?
       11        A.    Yes.
       12        Q.    What -- what way other than selling would XRP
       13   be able to fund the development and assure there's a
       14   healthy company?
02:27  15        A.    I can't tell you today what I meant in 2013.
       16        Q.    No, I'm not asking about what you meant.  I'm
       17   asking you back in 2013 -- I understand there was no
       18   plausible way.
       19        Selling would be one potential way back then.  What
02:28  20   other potential ways existed back then for XRP to fund
       21   the development of the company?
       22                    MR. CERESNEY:  Objection to the
       23               characterization, because "I understand there
       24               was no plausible way.  Selling would be one
02:28  25               way," but I thought he was saying there was no
```

229

```
02:28   1            plausible way for selling to actually be in
        2            the way at the time.
        3                 MR. TENREIRO:  Right.  I think he was
        4            saying there was no plausible way at that
02:28   5            time, no plausible way at all.
        6                 MR. CERESNEY:  Okay.
        7                 MR. TENREIRO:  Correct me if I'm wrong.
        8   BY MR. TENREIRO:
        9        Q.   The selling was something that could you
02:28  10   imagine occurring at some point, even though it wasn't
       11   plausible at that time; is that fair to say?
       12        A.   Yes.
       13        Q.   Even in 2013, you could imagine perhaps one
       14   way you might sell?
02:28  15        A.   Right.
       16        Q.   What else in 2013 -- you can set aside the
       17   document or you can refer to it, if you would like.
       18        What else in 2013 would you imagine -- did you
       19   imagine -- in what other way did you imagine in 2013
02:29  20   that XRP could found the development of the company
       21   other than by being sold.
       22        A.   XRP could be part of the use cases that --
       23   that the company would promote to venture capitalists to
       24   get venture capital for the company, which was our
02:29  25   funding -- our actual funding source at that time.
```

230

02:29  1    BY MR. TENREIRO:

       2        Q.    Why would the venture capitalists care about

       3    the use cases?

       4        A.    Because the use cases could potentially

02:29  5    deliver revenue from things like marketing fees and

       6    transaction fees, and so you don't always have to be a

       7    clear model or use case.

       8        Q.    Let's look at Exhibit 2, real quick.

       9            (Pause.)

02:29 10            MR. GERTZMAN:  Which exhibit?

      11            MR. TENREIRO:  Two.

      12            MR. GERTZMAN:  Thank you.

      13            (Thereupon, a multi-page printout from

      14        Bitcoin Forum entitled "Latest Posts of

02:29 15        JoelKatz" dated April 15, 2013 was introduced as

      16        DS Exhibit 2 for identification.)

      17    BY MR. TENREIRO:

      18        Q.    This is the first page.  This is April 15th,

      19    2013?

02:30 20        A.    Yes.

      21        Q.    Towards the middle, you say -- first, second,

      22    and then you say:

      23    "In truth, the rhetoric is actually more believable

      24    with OpenCoin having a profit motive.  For example, if

02:30 25    we had no profit motive to do so, why should people be

                                                            231

02:30  1   confident we are actually going to decentralize the

2   system?

3   "Why should they be confident that we'll work as

4   hard as we can to drive adoption so they could feel

02:30  5   comfortable putting their own resources into Ripple?

6   Because we have a big stake, there's no reason not to

7   believe us when we say we'll work to make that stake

8   worth more."

9   What is -- what do you mean there, because we --

02:30 10  who's "we"?

11  A.   That -- the "we" here is OpenCoin.

12  Q.   And what -- big stake in what?

13  A.   The XRP Ledger.

14  Q.   And do you have a --

02:30 15  Did you have a big stake in XRP itself at that

16  point?

17  A.   I don't believe we did in April 2013.

18  Q.   In April of 2013, OpenCoin did not have a big

19  stake in XRP?

02:31 20  A.   I would have to be check to be sure, but I

21  believe XRP did not have an established value at that

22  time.

23  Q.   At the beginning of the response, you talk

24  about "100 billion XRP is all that there will ever be."

02:31 25  Do you see that?

232

```
02:31   1          A.     Yes.
        2          Q.     But your testimony is that when you refer to
        3   the "big stake" here, you're not talking about XRP?
        4                  (Pause.)
02:31   5                  THE WITNESS:  I -- it's not --
        6                  I don't recall exactly what I meant in
        7                  2013, but it's not clear to me today that that
        8                  was what I was referring to.
        9   BY MR. TENREIRO:
02:31  10          Q.     Does Ripple still have a big stake in the XRP
       11   Ledger today?
       12          A.     I think you could -- I think we have a big
       13   stake in the XRP Ledger --
       14                  MR. CERESNEY:  Objection to form,
02:32  15                  actually.
       16                  THE WITNESS:  Yeah, it's ... I could
       17                  think of ways to understand that where the
       18                  answer would be "yes" and ways where it would
       19                  be "no."
02:32  20   BY MR. TENREIRO:
       21          Q.     What are the ways where the answer's "yes"?
       22          A.     Well, if you think that Ripple's ownership of
       23   XRP constitutes a stake in the XRP Ledger, which I
       24   don't, but -- otherwise, I don't think -- I think stakes
02:32  25   in the XRP Ledger --
```

                                                                233

02:32   1         As I use the term "a stake in the XRP Ledger," I
        2   mean the people who use it, who use it for transactions,
        3   and Ripple does not do that all that much.
        4         Q.    Ripple has a high stake in XRP today, right?
02:32   5   We've talked about that.
        6         A.    Ripple's ownership --
        7         Ripple has significant holdings with significant
        8   notional value.
        9         Q.    And if the notional value drops, that's bad
02:32  10   for Ripple; is that fair?
       11         A.    Not really.
       12         Q.    Why not?
       13         A.    The notional value doesn't really impact
       14   Ripple in any way.
02:32  15         Q.    Does it impact Ripple's ability to monetize
       16   its holdings for XRP for more money?
       17         A.    It could, in the short term.
       18         Q.    Okay.  So you're saying Ripple today does not
       19   care if the price of XRP goes down; is that your
02:33  20   testimony?
       21         A.    My testimony is that Ripple is not
       22   particularly concerned with the short-term pricing.
       23         Q.    It's concerned with the long-term price?
       24         A.    I think there is concern with the long-term
02:33  25   price.

234

02:33  1      Q.    And Ripple would prefer the long-term price
       2  of XRP to go up or go down?
       3      A.    I mean, if Ripple had a choice, Ripple would
       4  prefer the long-term price to go up.
02:33  5      Q.    With a stake in the XRP Ledger, does Ripple
       6  have a large stake in the XRP Ledger today?
       7              MR. GERTZMAN:  Objection to form.
       8              THE WITNESS:  Yeah, my -- if -- I
       9          hesitate to give a "yes" or "no" answer, and I
02:33 10          don't want to just repeat what I said.
      11              I would argue the stake and the XRP
      12          Ledger comes from the people who use it to
      13          transact and Ripple doesn't do that.
      14  BY MR. TENREIRO:
02:33 15      Q.    Ripple -- if it did not have its XRP, what
      16  source of revenue would it have?
      17              MR. CERESNEY:  Objection, form.
      18              THE WITNESS:  Well, the same sources of
      19          revenue it has with -- with its the stake --
02:34 20          with its XRP, except the ability to sell the
      21          XRP or use the XRP to incentivize partners.
      22  BY MR. TENREIRO:
      23      Q.    So the better question would have been what
      24  other non-XRP revenue sources does Ripple have today?
02:34 25      A.    Things like licensing fees, transaction fees,

                                                              235

02:34   1   and mostly others -- many speculative ones that we have
        2   not explored yet.
        3        Q.   Let's not speculate now, but just --
        4        The ones you have today are licensing fees, you
02:34   5   said?
        6        A.   Yes.
        7        Q.   And that's -- that's over software?
        8        A.   Yes.
        9        Q.   Software that runs using the XRP Ledger?
02:34  10        A.   Well, could -- could either or not be.
       11   RippleNet software, for example, doesn't use the XRP
       12   Ledger.
       13        Q.   What is Ripple's revenue from licensing fees
       14   of that software today?
02:34  15        A.   One of the actual revenue numbers?  I don't
       16   know those.
       17        Q.   How significant are they compared to -- you
       18   know, Ripple's XRP sales revenue?
       19        A.   They are significantly smaller.
02:34  20        Q.   Okay.  So if Ripple doesn't have XRP and
       21   doesn't have -- you know, any software that operates on
       22   the XRP Ledger, what will be left of Ripple today, no
       23   hypothetical?
       24             MR. CERESNEY:  Objection, form.
02:35  25             THE WITNESS:  The RippleNet business,

                                                                236

```
02:35  1              Ripple's stake in MoneyGram, Ripple's

       2              investment in other cryptocurrency companies,

       3              and so on.

       4   BY MR. TENREIRO:

02:35  5       Q.    So the RippleNet is its currency?

       6       A.    Well, if you imagine that we didn't have the

       7   XRP, we could -- xRapid could end up using -- could

       8   attempt to make xRapid work using other cryptocurrencies

       9   or moving different directions.

02:35 10       Q.    So in terms of revenues that would come in

      11   the door tomorrow, how much would you estimate would

      12   come in?

      13              MR. CERESNEY:  Objection.

      14              THE WITNESS:  It would be small.  We have

02:35 15          not built the company that way.

      16   BY MR. TENREIRO:

      17       Q.    So the company's being built around the

      18   revenues from XRP sales, in part; is that correct?

      19              MR. CERESNEY:  Objection to form.

02:35 20              THE WITNESS:  I would say the company's

      21          been built around future revenue sources that

      22          we have not discovered yet.

      23              But the sales of XRP has been a funding

      24          source to permit us to pursue those future

02:36 25          models.
```

237

```
02:36    1   BY MR. TENREIRO:
         2        Q.    Right, and so -- but the -- you know.
         3        You haven't discovered some things, but so today,
         4   the company's ability to keep the lights on, what
02:36    5   revenues from XRP sales is one source, correct?
         6        A.    Yes.
         7        Q.    And some licensing fees from some software
         8   that operates with a ledger such as ODL, right?
         9        A.    Uh-huh, yes.
02:36   10        Q.    And some licensing fees with respect to
        11   perhaps other software that does not operate on the XRP
        12   Ledger?
        13        A.    Yes.
        14        Q.    So if I remove the XRP and the ones that
02:36   15   operate on the XRP Ledger, what revenue is left for
        16   Ripple today?
        17        A.    Venture capital investments and then there's
        18   RippleNet revenues that are not connected to the XRP
        19   Ledger.
02:36   20        Q.    How much is that number again?
        21        A.    I don't know, but it's -- I don't know.
        22        Q.    Is it in the hundreds of millions?
        23        A.    No.
        24        Q.    Okay.  The exhibit -- the next page says --
02:37   25   you're answering some other post, and you say:
```

238

02:37 1     "I hope not.  We don't want that kind of control.

2    It doesn't benefit us in any way, and it will decrease

3    adoption.

4     "Our financial interest is in seeing the value of

02:37 5    XRP go up and the primary way for us to achieve that is

6    broad adoption of Ripple as a payment system."  Do you

7    see that?

8        A.   I actually don't see that.  Is that page 2?

9        Q.   Yes, at the top.

02:37 10           MR. CERESNEY:  It starts with "I hope

11          not."

12           THE WITNESS:  Oh, I see it now.  Can you

13          give me just one second to review what I am

14          responding to?

02:37 15           MR. TENREIRO:  Yes.

16          (Pause.)

17           THE WITNESS:  Yes.

18    BY MR. TENREIRO:

19        Q.   So there, is it fair to say you are tying

02:37 20    Ripple's financial interest to the value of XRP going

21    up?

22        A.   Yes.

23        Q.   Does "value" refer to anything other than

24    price there?

02:38 25        A.   I believe it does.

239

02:38 1      Q.     What does it refer to?

2      A.     Utility.

3      Q.     Does it refer to both utility and price or

4   just utility?

02:38 5      A.     It's not -- it's not clear from context.  It

6   could refer to either or both of those things.

7      Q.     So your -- your statement --

8      Your testimony is that your statement here can be

9   read as "Our financial interest is that the utility of

02:38 10  XRP go up, and the primary way for us to achieve that is

11  broad adoption of Ripple as a payment system"?

12     A.     Yes.

13            (Pause.)

14  BY MR. TENREIRO:

02:38 15     Q.     Okay.  So it's not clear to you today whether

16  you referred to utility and price or which combination;

17  is that right?

18     A.     It's very hard for me today to think back to

19  what my focus would have been at a particular date in

02:39 20  2013, responding to a particular question.

21     Q.     Okay.

22            (Pause.)

23  BY MR. TENREIRO:

24     Q.     All right.  Let's move on from this one.

02:39 25  Let's look at Exhibit 5, please.

240

02:39  1          Actually, before you look at one, just real quick,

       2   if you can just look at that page on Exhibit 2 again --

       3          A.     Uh-huh.

       4          Q.     -- where you say that "Ripple's incentive" --

02:39  5   it's Exhibit 2, page 2.  "Ripple's incentive" -- sorry.

       6          "Ripple's financial interest is in seeing the value

       7   of XRP go up, and the primary way for us to achieve that

       8   is broad adoption of Ripple as a payment system."

       9          Is it still true today that its relationship's

02:39 10   financial interest is in seeing the value of XRP go up?

      11          A.     I am less confident in that today than I

      12   was -- than I believe I was back then.

      13          Q.     And why is that?

      14          A.     Because there's -- because there's less of a

02:40 15   demonstrated connection between the utility of XRP and

      16   Ripple's financial interest.

      17          Q.     How so?

      18          A.     I would have expected back in 2013 to see

      19   those things move in tandem, and I have not.

02:40 20          Q.     You're talking about the price, now?

      21          A.     I am talking about movement between Ripple's

      22   financial interest and the value of the XRP.

      23          Q.     So it's not necessarily clear to you that

      24   it's in Ripple's financial interest for Ripple to

02:40 25   achieve broad adoption of the Ripple Ledger as a payment

                                                                    241

02:40   1   system?

        2        A.   Yes.

        3        Q.   So why is Ripple -- is Ripple making efforts

        4   to achieve that adoption today?

02:40   5             MR. CERESNEY:   Objection.

        6             THE WITNESS:   Minimally.   I can't say no,

        7        but it's not a primary objective.

        8   BY MR. TENREIRO:

        9        Q.   What is the primary objective of Ripple

02:41  10   today?

       11        A.   A build-out of RippleNet.

       12        Q.   Meaning xCurrent?

       13        A.   Yes.

       14        Q.   Are you talking about xCurrent or xRapid?

02:41  15        A.   Both, but -- currently, the focus has been on

       16   xRapid, but xRapid -- you know, doesn't work without

       17   xCurrent.

       18        Q.   Okay.   Fair enough, and xRapid in part relies

       19   on XRP as a bridge for the transactions, right?

02:41  20        A.   Right, but it doesn't rely on the XRP

       21   Ledger's functionality other than the movement in the

       22   XRP, which it already had.   You can't really improve

       23   that.

       24        Q.   You mean the XRP Ledger already had the

02:41  25   movement of the XRP as the functionality?

                                                              242

02:41 1          A.      Right.

2          Q.      So Ripple's focus today is not with respect

3     to the XRP Ledger?  It's with respect to the market for

4     XRP?

02:41 5          A.      I would say the majority of Ripple's focus

6     today is with respect to the xRapid product which

7     requires liquidity, and it requires the XRP Ledger to

8     move XRP, but it doesn't require utility beyond that.

9          Q.      So liquidity and the XRP market vis-a-vis the

02:42 10    tranches on the corridors?

11         A.      Correct, yes.

12         Q.      So Mexican peso, XRP, U.S. dollar, XRP, for

13    example?

14         A.      The product won't work.

02:42 15         Q.      Sorry?

16         A.      The product won't work without that

17    liquidity.

18         Q.      So your testimony is that Ripple's efforts

19    today are focusing on ensuring liquidity on the tranches

02:42 20    of ODL corridors, essentially?

21         A.      I would say that's a big -- that's a major

22    focus.

23         Q.      Is it the major focus?

24         A.      No, I would characterize the major focus as

02:42 25    growing RippleNet, which means xCurrent and today mostly

243

02:42  1   around xRapid.

2       Q.    Okay.  What other things does Ripple do today

3   to ensure that the ODL product grows?

4       A.    We look for partners.  ODL partners use

02:42  5   [inaudible] directly.  Companies will make the last mile

6   in the payments, develop the software, and so on.

7       Q.    Companies that make the last mile on the

8   payments, like market makers?

9       A.    No.  The "last mile" is the delivery of the

02:43 10   fiat to the final recipient.

11       Q.    So what types of companies are those?

12       A.    Either exchanges or payment providers.

13       Q.    And does -- what is the licensing fee for the

14   xRapid software?

02:43 15       A.    I don't know.

16       Q.    Is it monthly or is it one time?

17       A.    I don't -- I don't know.

18       Q.    And how --

19       Again, what's the order of magnitude of revenue

02:43 20   that Ripple's derived from that?

21       A.    I don't know.

22       Q.    Does Ripple charge -- let's say MoneyGram --

23   MoneyGram's not using it right now; fair?

24       A.    Yes.

02:43 25       Q.    When they were, did Ripple charge MoneyGram

244

02:43  1  like a per-transaction fee or ...

2     A.   I don't know the commercial details of that

3  particular arrangement.

4     Q.   Does Ripple charge any customer that's on the

02:43  5  xRapid platform for transaction fees?

6     A.   I don't know.

7     Q.   Ripple, in fact, pays some of these

8  incentives to use the xRapid platform, right?

9     A.   I know customers who receive a variety of

02:44 10  different incentives.

11     Q.   So I am trying to understand what benefits

12  come from Ripple.  Does Ripple make money -- you know.

13     When you add and subtract payments that it makes

14  and fees licensing fees it might receive or other per

02:44 15  transaction fees to the extent they exist, does Ripple

16  make money from that product?

17     A.   I don't know what that final number would be.

18     Q.   And who would know?

19     A.   It would be on our financial statements and

02:44 20  people who prepare those statements would know.

21     Q.   Okay.  Ripple --

22     In the ODL sort of flow, there's a purchase -- one

23  of the steps is there's a purchase of XRP for U.S.

24  dollars and then there's a sale of XRP for Mexican

02:44 25  pesos; is that right?

245

02:44 1        A.    In the USD, that makes sense.  Yes.

2        Q.    And other than perhaps changes in the

3  changing rates and changes in the amount of time it

4  takes, it's about the same amount of XRP that comes in

02:45 5  and out of the system, right?

6        A.    Typically, yes.

7        Q.    Does Ripple sell its XRP for the purpose of

8  the ODL platform?

9        A.    I'm not sure.

02:45 10        Q.    Okay.  So now we have Exhibit -- which one

11  did I say, Exhibit 5?  Or four?  Exhibit 5?

12

13              (Thereupon, a multi-page printout from

14         Bitcoin Forum entitled "Latest Posts of

02:45 15         JoelKatz" dated May 13, 2013 was introduced as

16         DS Exhibit 5 for identification.)

17  BY MR. TENREIRO:

18        Q.    All right.  These posts -- we'll still

19  back in 2013 at the bottom of page 3, please.

02:45 20              (Pause.)

21              THE WITNESS:  Yes.

22  BY MR. TENREIRO:

23        Q.    It says:

24  "As a corporation, we are legally obligated to

02:45 25  maximize shareholder value."  Do you see that?

                                                          246

02:45 1      A.    Yes.

2            Q.    What shareholders are you referring to?

3            A.    Ripple's shareholders.

4            Q.    Who are they back then?

02:46 5      A.    In 2013?  Myself, Chris Larsen, █████████

6      █████, some of the early investors.  I don't know if

7      there would be C firms at that time.

8            Q.    I'm sorry, who?

9            A.    I don't know if there would be C firms that

02:46 10     invested.  I think by 2013, I think at least [inaudible]

11     ████████ and ███████████████ had invested, but I

12     couldn't -- I can't confirm the exact timeline.

13           Q.    Is Ripple still legally obligated to maximize

14     shareholder value today?

02:46 15     A.    Yes.

16           Q.    Then you say:

17     "With our current business model, that means acting

18     to increase the value and liquidity of XRP."

19     What was the current business model?

02:46 20     A.    At 2013, there really wasn't one.  The --

21     I mean, I guess it was directly to increase the

22     value and liquidity of XRP.

23           Q.    But not necessarily how?

24           A.    Yeah, I hate to call it a business model.

02:46 25     Q.    You wanted that to happen, not sure exactly

247

02:47 1    how it was going to happen?

2          A.    Right.

3          Q.    And when you say, "value and liquidity,"

4    "value" refers to price or something else?

02:47 5          A.    I think -- well, you can't increase the value

6    when there is no value.  It refers here to utility.

7          Q.    Okay.  The next sentence says:

8          "We believe this will happen if the Ripple network

9    is widely adopted as a payment system.  We are pursuing

02:47 10   multiple avenues at once.  One would expect increased

11   demand to increase price."

12         Are you referring there to the idea that if there's

13   increased utility, there might be increased demand,

14   therefore an increase in price?

02:47 15         A.    Well, I just have to clarify that there was

16   no price, so here increase price goes from not having a

17   price to having a price.

18         Q.    But does increase price mean anything other

19   than increase in price from zero to --

02:47 20         A.    It means from there not being a price to

21   there being a price.

22         Q.    That's still an increase?

23         A.    Yeah, from not having a number to having a

24   number is not necessarily an increase, but that's why I

02:47 25   hesitate to characterize that -- but I did use that word

248

02:48   1    at the time.
        2        Q.    And does Ripple's current business model
        3    still include Ripple acting to increase the value of
        4    liquidity of XRP?
02:48   5        A.    I think Ripple still acts to increase the
        6    you'll of XRP and we act to increase the liquidity in
        7    ODL corridors, so to that extent this is still true, but
        8    obviously, Ripple's pursuing other models in addition to
        9    that now, and that's not primary as we discussed before.
02:48  10        Q.    The primary model remains active to increase
       11    value and liquidity of XRP?  And now, you're saying but
       12    the liquidity only in the ODL corridors?
       13        A.    Right, and I would say increasing the value
       14    of XRP isn't really a Ripple business model.
02:48  15        It's still something we're doing, but I hesitate to
       16    describe it as a "business model," because it hasn't
       17    demonstrated an ability to produce revenue.
       18        Q.    Do you have an understanding as to why?
       19        A.    I'm not an economist, but I know from
02:49  20    observation that cryptocurrency prices seem to track
       21    each other.  They don't seem to correlate as you might
       22    expect them to, even with supply and demand for a
       23    particular cryptocurrency or the utility or the projects
       24    going on.  The correlation just doesn't appear to be
02:49  25    there.

                                                                   249

02:49   1        Q.    But this is just from your own sort of lay

        2   observation?

        3        A.    Well, I know that other people have made

        4   those same observations as well.

02:49   5        Q.    What people?

        6        A.    I mean, I've seen that -- that viewpoint

        7   expressed -- you know, in the literature.

        8        Q.    In the economic literature?

        9        A.    No, in the cryptocurrency space.

02:49  10        Q.    Got it.  Okay.  Let's look at Exhibit 7.

       11             (Thereupon, an informal discussion was

       12          held off the record.)

       13              THE VIDEOGRAPHER:  Going off the record

       14          at 2:50.

02:50  15             (Recess taken at 2:50 p.m.)

       16             (Resumed at 3:06 p.m.)

       17              THE VIDEOGRAPHER:  Back on the record at

       18          3:06.

       19              MR. TENREIRO:  Okay.

03:06  20             (Thereupon, a one-page e-mail dated

       21          6/10/2013 from David Schwartz to ███████

       22          was introduced as DS Exhibit 7 for

       23          identification.)

       24   BY MR. TENREIRO:

03:05  25        Q.    Mr. Schwartz, before we went off the

                                                          250

03:05  1   record -- you know, you mentioned your observation as a

2   layperson and also reading in literature that there

3   doesn't seem to be a correlation, as one might expect,

4   even with supply and demand for cryptocurrency based on

03:06  5   the utility of the projects going on.

6          Do you recall generally this conversation we just

7   had a minute ago?

8          A.   Yes.

9          Q.   Okay.  At what point in time did you come to

03:06 10   that conclusion or that belief, at least?

11          A.   I don't think there was a particular time

12   where there was a dramatic shift.  I think it was a

13   gradual shift over time.

14          Q.   Could you pinpoint when it began?

03:06 15          A.   I would say probably late 2014.

16          Q.   In late 2014, you began to believe that there

17   might be or you might maybe have begun to wonder whether

18   there was any correlation between utility and demand?

19          A.   Between utility and price?

03:06 20          Q.   Between utility and price, right; and is that

21   the same time that Ripple came to develop that view or

22   is that just you --

23          A.   I don't know that Ripple had that view.

24          Q.   Does Ripple have that view today, as far as

03:06 25   you know?

251

```
03:06  1                    MR. CERESNEY:  Objection to form, using
       2            the term "Ripple."
       3  BY MR. TENREIRO:
       4       Q.    Ripple the company, just to be clear?
03:07  5                    MR. CERESNEY:  I don't know who that is,
       6            but okay.
       7                    THE WITNESS:  Yeah, there are people at
       8            the company who have expressed that view.
       9  BY MR. TENREIRO:
03:07 10       Q.    Like who?
      11       A.    I can't recall specific conversations with
      12  specific people, but we have discussed -- you know,
      13  whether there was evidence for that kind of correlation.
      14       Q.    Do you know whether Ripple buys XRP in the
03:07 15  market or has bought XRP in the market?
      16       A.    I -- I believe there are two incidents where
      17  we did.
      18       Q.    And for what purpose?
      19       A.    One incident was involving a family member of
03:07 20  ██████ who had sold XRP in violation of an agreement, and
      21  my understanding was that we bought that XRP back to
      22  sort of undo that, and I think there was one connection
      23  where we -- where we bought XRP because an ODL tran- --
      24  because an ODL flow resulted in a net sale.
03:08 25       Q.    In a net sale?
```

252

03:08  1        A.    Yes.

       2        Q.    Why would you want to buy the XRP that

       3   resulted in a net sale?

       4        A.    Again, to cancel that transaction out from

03:08  5   the market.

       6        Q.    Why?

       7        A.    So that we would not have an undue impact on

       8   the market.

       9        Q.    Undue impact in what direction?

03:08 10        A.    In any direction.

      11        Q.    And was that a concern -- the undue impact in

      12   any direction also a concern with regard to Ripple's

      13   programmatic sales?

      14                  MR. GERTZMAN:  Objection to the form.

03:08 15                  THE WITNESS:  I'm not sure.

      16                  MR. TENREIRO:  Okay.  Did I give him

      17             seven?  Seven was what we were about to do?

      18             Okay.  Let's do Exhibit 7.

      19                  (Pause.)

03:09 20   BY MR. TENREIRO:

      21        Q.    So this is an e-mail to you June of 2013 --

      22        A.    Uh-huh, yes.

      23        Q.    -- and you're looking for an economist here?

      24        A.    Yes.

03:09 25        Q.    And why were you looking for an economist?

                                                              253

03:09 1  Can you explain in your own words?

2     A.   Yes.  I believe that some of the principles

3  of economics and the types of reasoning that would be

4  familiar to economists might have some relevance to the

03:09 5  distribution and use of a digital asset.

6     Q.   And are you talking here about the

7  distribution and use of XRP?

8     A.   Yes.

9     Q.   Then you say, at the bottom:

03:09 10  "A big issue we have is that we basically need to

11  set monetary policy and the way we give away and sell

12  XRP."

13     Do you see that?

14     A.   Yes.

03:09 15     Q.   What do you mean by "monetary policy"?

16     A.   I put it in quotes because I didn't mean the

17  exact sort of "central bank" understanding of monetary

18  policy.

19     What I meant was something that might have some of

03:10 20  the same economic principles as monetary -- someone who

21  was familiar with monetary policy might be able to

22  translate those skills to this particular problem.

23     Q.   Which principles of monetary policy?

24     A.   I don't know what the principles of monetary

03:10 25  policy are.

254

03:10   1       Q.    Well, which ones did you mean when you wrote
        2   that?  There are like controlling inflation or ...
        3       A.    I think -- I think what I was thinking about
        4   is the rate at which XRP is introduced into circulation.
03:10   5       Q.    And why were you thinking about that?
        6       A.    Because we didn't know -- we didn't know how
        7   to do that.  That was a problem we faced that we didn't
        8   have a solution at that time.
        9       Q.    Who did you hire as a result of this, if
03:10  10   anyone?
       11       A.    No one.
       12       Q.    You never hired an economist?
       13       A.    Not until very recently.
       14       Q.    So this didn't lead to a lead or anything?
03:10  15       A.    No, it did not.
       16       Q.    Okay.  Currently -- do you currently have a
       17   plan in terms of how Ripple handles giving away and/or
       18   selling XRP?
       19               MR. GERTZMAN:  Objection to the form.
03:11  20               THE WITNESS:  Ripple has a strategy to
       21           put its XRP in circulation that it's executed
       22           over time and the policy's changed.
       23   BY MR. TENREIRO:
       24       Q.    What is it now?
03:11  25               MR. CERESNEY:  Objection to form.

                                                               255

03:11  1                THE WITNESS:  Now, it's programmatic

       2            sales, sales to ODL partners, used for

       3            investment, incentivizing partners, those

       4            strategies.

03:11  5   BY MR. TENREIRO:

       6       Q.    Is Ripple still engaging in pragmatic sales

       7   today?

       8       A.    I don't know.

       9       Q.    Let's look at Exhibit 21.

03:12 10                (An informal discussion was held off the

      11            record.)

      12                (Thereupon, a four-page Twitter printout

      13            dated 5/5/2017 was introduced as DS Exhibit 21

      14            for identification.)

03:12 15                THE WITNESS:  Thank you.

      16   BY MR. TENREIRO:

      17       Q.    Before we look at this one, when you were --

      18   when we were discussing earlier your view about Ripple's

      19   legal obligation to increase shareholder value, when you

03:12 20   were using the word "value" there, were you meaning

      21   utility, price, or something else?

      22                MR. CERESNEY:  I'm going to object.

      23            Form.

      24                MR. TENREIRO:  Okay.

03:12 25                THE WITNESS:  I think when I speak about

                                                            256

03:12  1              shareholder value, mine the value that
       2              shareholders get from their ownership in
       3              Ripple, which is predominantly the actual
       4              value they can get from their shares, but also
03:13  5              includes things like advancing technology
       6              generally, their interests in things like a
       7              better planet and so on.
       8   BY MR. TENREIRO:
       9        Q.    So they are sort of personal returns, if you
03:13 10   will?
      11        A.    Yes, exactly.  How their advances -- how
      12   their ownership in Ripple advances their interests.
      13        Q.    Some sort of ...
      14        Okay, but -- some sort of like happiness index, I
03:13 15   guess?
      16        A.    Yeah, yeah.
      17        Q.    Personal satisfaction?
      18        A.    Yeah.
      19        Q.    Primarily the actual value that they could
03:13 20   get, meaning what they can -- how much money they could
      21   get from their interests or their shares, rather?
      22        A.    There's definitely a financial component.
      23        Q.    Okay.
      24        A.    I just don't want to imply that Ripple is
03:13 25   obligated to do anything that makes the shareholders

                                                                257

03:13  1    money.

       2        Q.    Fair enough.  Is Ripple's legal obligation to

       3    maximize -- where does Ripple's --

       4        I know you're not a lawyer, but to the extent you

03:13  5    talk about -- you know, "As a corporation, we're legally

       6    obligated to maximize shareholder value," from what

       7    principle of law does Ripple's obligation to maximize

       8    someone's happiness index arise?

       9                MR. GERTZMAN:  Objection to form.

03:14 10                MR. CERESNEY:  Objection.

      11                THE WITNESS:  I'm not a lawyer, but my

      12              understanding is a company has an obligation

      13              like a fiduciary obligation to maximize the

      14              value that shareholders get from their

03:14 15              ownership.

      16                But that doesn't translate necessarily

      17              having to produce them as many dollars as

      18              possible.

      19                (Thereupon, an informal discussion was

03:14 20              held off the record.)

      21    BY MR. TENREIRO:

      22        Q.    All right.  The tweet, May 5th, 2017, "XRP

      23    hits 10 cents."  You had some champagne ready for that?

      24        A.    Yes.

03:14 25        Q.    Why?

                                                              258

03:14  1          A.     Much as people celebrate birthdays and round

       2    numbers, people in the cryptocurrency community

       3    frequently celebrate round number prices.

       4          Q.     And which others did you celebrate?

03:14  5          A.     I celebrated Bitcoin hitting $100.  I

       6    celebrated Bitcoin hitting a thousand dollars.  I

       7    celebrated Bitcoin hitting $2500, hitting $10,000, I

       8    celebrated XRP hitting 25 cents.  I celebrated Etherium

       9    hitting a dollar, and I'm probably missing a few.

03:15 10          Q.     Were those always champagne bottles?

      11          A.     Some of them were with huge parties.  Some of

      12    them were just with Champagne bottles.

      13          Q.     So for XRP it was 10 cents and 25 cents?

      14          A.     Yes.

03:15 15          Q.     Not others?

      16          A.     No.

      17          Q.     Why do people in the crypto space celebrate

      18    these milestones?

      19                 MR. GERTZMAN:  Objection.

03:15 20    BY MR. TENREIRO:

      21          Q.     Why did you.  Let's just say, "Why you?"

      22          A.     Because they seemed so impossible at the

      23    time -- at -- at previous times.

      24          Q.     Did you hold XRP at the time when it hit 10

03:15 25    cents?

                                                                259

```
03:15   1        A.    Yes.
        2        Q.    Did you sell any after?
        3              MR. CERESNEY:  Objection to timing.
        4              MR. CERESNEY:  Objection to timing?
03:15   5              MR. CERESNEY:  When you say, "After" --
        6   BY MR. TENREIRO:
        7        Q.    Any time after?
        8        A.    Yes, certainly.
        9        Q.    Any time within the next -- you know, say few
03:15  10   weeks after May 2017?
       11        A.    I'm not really sure.
       12        Q.    Did you believe at this time that the efforts
       13   of Ripple's team had had anything to do with the price
       14   of XRP going up?
03:16  15        A.    I don't know whether I did at that time.
       16        Q.    Let's look at Exhibit 32.
       17              (Thereupon, a nine-page printout from
       18           Bitcoin Forum entitled XRP] Ripple Speculation"
       19           was introduced as DS Exhibit 32 for
03:16  20           identification.)
       21   BY MR. TENREIRO:
       22        Q.    Bitcoin Forum, nine pages, May 2017, so the
       23   same month as the tweets.  I'm going to ask about the
       24   first page only.
03:16  25        There appears to be a "Joel Katz" at the bottom.
```

                                                            260

03:16  1   Who designs these avatars for you, by the way?

       2        A.    This particular avatar came from an article I

       3   wrote for the very first Bitcoin magazine called Bitcoin

       4   Magazine, and they produced one of these for every

03:17  5   contributor.

       6        Q.    Okay, so this -- this post says -- I don't

       7   want to read all of it into the record.  There's some --

       8   some personal matters here.  You conclude by saying:

       9        "Well, I can see I can't prove that this increase

03:17 10   in price isn't a bubble or isn't the result of some pump

      11   and dump attempt.  To me, it feels like recognition for

      12   the efforts the team has put in all these years."

      13        Do you see that?

      14        A.    Yes.

03:17 15        Q.    Does that refresh your memory that at the

      16   time of the celebration for the 10 cents you felt like

      17   the increase of the price to 10 cents had been, at least

      18   in part, as a recognition for the effort that your team

      19   had put into Ripple or XRP overall those years?

03:17 20        A.    I think I --

      21             MR. GERTZMAN:  Objection.

      22             THE WITNESS:  I think I felt that to some

      23        extent.

      24   BY MR. TENREIRO:

03:17 25        Q.    Okay, and you are saying today you don't feel

                                                          261

03:17  1  that anymore?

2       A.    Yeah, I -- I think it's harder -- it's harder

3  to -- like even as I sit here, I can't prove it.

4       I think it's harder to defend it today, given the

03:17  5  subsequent motions of the price and their lack of

6  correlation to anything going on to anything in the

7  individual product.

8       Q.    And I think you've talked about the

9  correlation to cryptocurrencies generally?

03:18 10     A.    Yes.

11      Q.    Does the correlation, in your mind --

12      In your mind -- this is just your understanding.  I

13  know you're not an economist.

14      Does the correlation between the price of XRP and

03:18 15  the price of other cryptocurrencies preclude there being

16  sort of an effect on XRP's price based on efforts of

17  Ripple?

18      A.    The correlation alone is not sufficient to

19  demonstrate that there are no effects.

03:18 20     Q.    What else would you need?

21      A.    Well, the correlation demonstrates that it's

22  not the dominant effect, but in order to rule out

23  smaller facts, you would have to analyze events --

24      Well, you would have to analyze specifically the

03:18 25  time of specific events and the time of specific price

262

03:18  1    changes to see if you could correlate those smaller

2    changes.

3        Q.    Wouldn't you also have to analyze whether the

4    event is actually meaningful?

03:18  5            MR. CERESNEY:  Objection.

6            MR. GERTZMAN:  Objection.

7            THE WITNESS:  You would only want to look

8            at events that you would at least expect to

9            have some impact.

03:19 10    BY MR. TENREIRO:

11        Q.    Right.

12        A.    If your theory was that there was a causative

13    effect, take the facts you think there would be an

14    effect on and see if you could find anything.

03:19 15        Q.    Okay.  Let's look at 33.  I'm going back in

16    time just a little bit, a month.  This is an April 2017

17    e-mail chain.  All of them appear to be from

18    Mr. Garlinghouse.

19        You're copied and, I think, referred to as a board

03:19 20    member, so my first question is:  You were a board

21    member of Ripple, correct?

22        A.    Yes.

23        Q.    And why did you cease being a board member?

24        A.    We had added several new investors and we

03:19 25    didn't want --

263

03:19  1        They wanted board representation and we didn't want

       2   to increase the size of the board further, and so I

       3   agreed to resign to allow one of those new board members

       4   to take that place.

03:20  5        Q.    Were you okay with that?

       6        A.    Yeah.

       7        Q.    Okay, so the first page --

       8        On the first page, the e-mail on Sunday, April 9th,

       9   Mr. Garlinghouse says:

03:20 10        "Before I dive into some highlights and lowlights,

      11   I think we will all agree that the most significant Q1

      12   development came at the end of the quarter in the form

      13   of a dramatic spike in XRP price and market activity."

      14        Then, he concludes by saying:

03:20 15        "It's a game-changer for us on a bunch of levels."

      16        Do you understand what he meant by that?  Why was

      17   it a game-changer with a dramatic spike in XRP price and

      18   market activity?

      19        A.    I don't know what specifically he was

03:20 20   referring to, but I can reason out why he would have

      21   thought that that was significant.

      22        Q.    Go ahead.

      23        A.    The price and market activity of XRP affects

      24   people's ability to use it for ODL as an intermediary

03:21 25   asset and so on.

                                                                  264

03:21  1          Q.    Well, you didn't have ODL in 2017, right.

2          A.    I -- in 2017?  Well, we -- we always imagined

3     that the goal of RippleNet would be to allow XRP

4     settlement.  We didn't have a way to do it at the time,

03:21  5     and in fact, one of the things I think would have been a

6     significant thing here would have allowed that corner to

7     be turned.

8          Q.    Right.  So in other words, up until the

9     moment where you turned the corner, Ripple always wanted

03:21 10     there to be an increase in price to market activity for

11     XRP so that this product could exist?

12          A.    Well, it's --

13                    MR. CERESNEY:  Objection to form.

14                    THE WITNESS:  It's liquidity that's

03:21 15          critical.

16     BY MR. TENREIRO:

17          Q.    Are you talking about where it says

18     "speculative and market traded volume builds up

19     liquidity?  Or what do you mean by the "liquidity"?

03:21 20          A.    I --

21                    MR. GERTZMAN:  Objection to form.

22                    THE WITNESS:  Yeah, he does say that

23          speculative and market traded volume builds up

24          liquidity.

25

                                                          265

03:21  1  BY MR. TENREIRO:

2       Q.    Okay, so the liquidity is what's critical for

3  ODL to function?

4       A.    Yeah, that's what I believe he's talking

03:22  5  about here, to the extent I can tell just from what he

6  wrote what he meant.

7       Q.    Well, first, he talks about the spike in XRP

8  price and says, "It's a game-changer for us."

9       A.    Right.

03:22 10      Q.    Then he says, "On an operating level, for XRP

11  to serve the purpose of lowering liquidity cost for

12  payments, it needs to keep liquidity across fiat

13  currency pairs."

14       Do you see that?

03:22 15      A.    Yes.

16       Q.    So it appears to be a separate point?

17       A.    I think that's -- as I read it, the next two

18  paragraphs are two of the ways in which he thinks it's a

19  game-changer.

03:22 20      Q.    Okay.

21       A.    But again, that's just how I read it.

22       I can't tell you what Garlinghouse meant, but as I

23  read this, he says it's a game-changer and then he

24  explains how it's a game-changer on two different

03:22 25  levels.

266

03:22   1        Q.    Right.  One is an operating level?  The other

        2   is a more strategic level?

        3        A.    Yes.  Right.

        4        Q.    Sorry.

03:22   5        A.    Sorry.

        6        Q.    Do you agree that speculative and market

        7   traded volume builds the liquidity of the XRP market?

        8        A.    Yes.

        9        Q.    Is that true today?

03:22  10        A.    Yes.

       11        Q.    Okay.  If there's more speculative trading on

       12   the XRP/MXN pair, is that good for Ripple's -- for

       13   Ripple's desires with respect to ODL?

       14        A.    That's good for ODL, because that generally

03:23  15   would be expected, there to be more liquidity.

       16        Q.    So is that good for Ripple, though, to the

       17   extent Ripple cares about ODL?

       18        A.    Yes.

       19        Q.    If there was more speculative trading on the

03:23  20   dollar cross, I think is the expression, does that

       21   increase the liquidity of that cross as well?

       22        A.    Not in a way that's relevant for ODL.

       23        Q.    Because?

       24        A.    There's always sufficient liquidity in that

03:23  25   corridor.

                                                                267

03:23    1        Q.    Okay.  Below, you say -- well, he says, not

         2   you:

         3        "On a more strategic level, holding two billion of

         4   XRP, based upon today's price, presents opportunities

03:23    5   for things strategically about our capital structure and

         6   funding strategy."

         7        A.    Yeah.

         8        Q.    "We will spend more time on this at our next

         9   boards meeting."

03:23   10        Do you see that?

        11        A.    Yes.

        12        Q.    Did you spend more time on it?

        13        A.    I believe so.

        14        Q.    Okay, and what did you discuss?

03:24   15        A.    I think it's hard for me to know exactly

        16   which board meeting came after this exact message and

        17   what specifically he was referring to.

        18        But at that time, there was concern by the board

        19   that -- that Ripple's revenue was coming from a source

03:24   20   outside its control.

        21        Q.    Which was what?

        22        A.    Programmatic sales of XRP or other -- other

        23   types of monetization based on XRP being -- you know,

        24   the company disposing of the XRP at a price.

03:24   25        Q.    So the part that was out of the control of

                                                                    268

03:24  1  the company was a price at which XRP was disposed, not

2  the fact of the sale, right?

3       A.    Right.  The company could control the rate at

4  which XRP was sold but couldn't control the price.

03:24  5       Q.    So it couldn't control how much revenue it

6  would get because it was uncertain what the price would

7  be tomorrow?

8                 MR. CERESNEY:  Objection.

9                 THE WITNESS:  I'll phrase the concern the

03:25 10            way I would phrase it.

11                 When your revenue is dependent on

12            something you can't control, that's a concern

13            for a business.

14  BY MR. TENREIRO:

03:25 15       Q.    Well, I understand that, but what I am trying

16  to understand is what's the part they can't control?

17  Can't the company say today I wake up in the morning and

18  I do sell XRP or I don't sell it?

19       Can't the company control that part?

03:25 20       A.    Yes, but that -- that -- the cost of that

21  would be -- we wouldn't be distributing XRP.

22       Q.    Right, so what is the part that the company

23  cannot control?  Is that the price?

24       A.    Well, it's both.  It's both the price and the

03:25 25  ability to distribute.  The --

269

03:25  1        We can sell or not sell XRP, but if we don't sell

2      XRP, we aren't distributing XRP.  So we can't distribute

3      XRP without selling XRP, which is at the price we can't

4      control.  So there are sort of two knobs we can't

03:25  5      control and one we can.

6           Q.    Right, and so -- okay.

7           Did the company make efforts to sort of try to

8      bring those knobs within its control?

9                 MR. CERESNEY:  Objection.

03:26 10                 THE WITNESS:  No.

11     BY MR. TENREIRO:

12          Q.    Okay.  I think we can move on, and let's go

13     to Exhibit 20.

14                 (Thereupon, a document entitled "Exchanges

03:26 15                with XRP autobridging? (Aka 'I'm not going to

16                spill the beans just yet') - General Discussion

17                - Xrp Chat)" was introduced as DS Exhibit 20 for

18                identification.)

19     BY MR. TENREIRO:

03:26 20          Q.    Back to Xrp Chat.  Here, I'm going to ask you

21     for page 20.  At page 20, I'm going to have some

22     questions there.

23          A.    Just one second.

24          Q.    Take your time.

03:26 25                 MR. CERESNEY:  Yes, take your time.

270

03:26  1                    (Pause.)
       2                    THE WITNESS:  Yes.
       3    BY MR. TENREIRO:
       4         Q.    Is it true you that in 2017, Ripple was
03:27  5    heavily focused on promoting XRP to build an awesome
       6    payment infrastructure?
       7         A.    Yeah, I think at the time Ripple was in 2017,
       8    Ripple was positioning XRP as reuse and an awesome
       9    payments infrastructure, in my words.
03:28 10         Q.    But -- okay.  You say:
      11         "One big advantage we have is we control a lot of
      12    XRP and we are heavily focused on promoting it in this
      13    way.  Nobody has this kind of focus on promoting Bitcoin
      14    in this way."
03:28 15         Do you see that?
      16         A.    Yes.
      17         Q.    Your you making that contrast?
      18         A.    Because we were working on -- we were working
      19    on building a payment system around XRP and nobody
03:28 20    was -- nobody was currently doing that for Bitcoin.
      21         Q.    Is anyone currently doing that for Bitcoin?
      22         A.    Not this type of payment system.
      23         Q.    You also say, "We control a lot of XRP."
      24    Does that also make it different from Bitcoin at this
03:28 25    time?

                                                                  271

03:28  1         A.    Well, the distribution of Bitcoin was very,

       2    very hard to know at that time.  So Toshi, the original

       3    creator, probably held an enormous amount of XRP at that

       4    time.

03:29  5         Q.    2017?

       6         A.    I think so.  It's hard for me to say, like to

       7    compare them at that point in time.

       8         Q.    Well, let's try Exhibit 38.

       9              (Thereupon, a 26-page printout entitled

03:29 10         "How do you like your misinformation?  Please,

      11         feel free to correct him - Off-Topic - Xrp Chat"

      12         was introduced as DS Exhibit 38 for

      13         identification.)

      14    BY MR. TENREIRO:

03:29 15         Q.    This is another July -- this is July 2017.  I

      16    think the last one I showed you was January.  This is

      17    from Xrp Chat, 26 pages.

      18         Please go to page 10, and I think this one is

      19    called, sardonically enough, "How do you like your

03:29 20    misinformation?  Please feel free to correct it."

      21         A.    Oh, great.

      22         Q.    I'm focused on the one that says "There's a

      23    huge advantage to having one entity that holds a

      24    fraction of an asset."

03:30 25         A.    I see that.

                                                              272

03:30  1   Q.  Are you referring here to Ripple holding a

   2 significant -- sorry, a significant fraction, I misread

   3 that, a significant fraction, are you focusing on

   4 Ripple's significant holding of XRP?

03:30  5   A.  Yes.

   6   Q.  You say:

   7 "Ripple could spend a hundred million on something

   8 that has no conventional way of creating revenue, but if

   9 it pushed the price of XRP up by one penny over the long

03:30 10 term, Ripple would massively profit."

   11 Do you see that?

   12   A.  Yes.

   13   Q.  How would Ripple significantly profit in that

   14 scenario [inaudible]?

03:30 15   A.  There would be several ways.  The obvious way

   16 would be the money Ripple could get from the sales of

   17 the XRP, but it also could increase the use of the XRP

   18 Ledger in other ways as well.

   19   Q.  And Ripple could profit if the price of the

03:30 20 XRP goes up how?

   21   A.  Over the long term.

   22   Q.  I am just trying to understand.  If the price

   23 of XRP goes up one penny, how does Ripple -- so Ripple

   24 could profit from sales, that conventional way?

03:31 25   A.  Right.

273

03:31 1     Q.    How could Ripple profit from the price going

2    up one cent by increase but it could also increase the

3    XRP Ledger?  I don't understand.

4     A.    Well, Ripple's strategy at the time was

03:31 5    about -- was about monetiz- -- was about -- let me stop

6    for a second.

7    Ripple was using XRP both for ODL and for -- and

8    incentivizing partners and selling it.

9     Q.    Ripple was using -- was selling -- sorry.

03:31 10    Ripple was using XRP for ODL at this point in time?

11     A.    I think -- I think we were -- at this time,

12    we weren't actually using it but envisioning using it.

13    That would include both what Ripple was doing at that

14    time and what Ripple could do in the future.

03:32 15     Q.    So if the --

16    If Ripple spent $100,000,000 in pushing the price

17    up by one penny, that could lead to massive profits in

18    the ODL business?

19     A.    That could lead to increase in Ripple's

03:32 20    profits, both from sales and from other means of using

21    XRP on its balance sheet.

22     Q.    Okay, and ODL sales, right?  I thought we

23    talked about how the profits from the ODL --

24     A.    Well, you have to --

03:32 25    This is speculating in the future over the long

274

03:32  1   term.  Because it's mostly sales today doesn't mean it

2   will be mostly sales in the future.

3        Q.    But at that point, what would it be?  At that

4   point in time, not in the future.

03:32  5        A.    At that point in time, it was sales instead

6   of incentivizing partners.

7        Q.    Okay, and later on, you say:

8        "Nobody has that kind of concentrated interest in

9   any coin distributed primarily by mining."

03:32 10       What are you referring to there?

11       A.    I explain in the next sentence what I am

12  referring to here, that if some company tried to build a

13  similar business around, say, Bitcoin, they would have

14  to mine that Bitcoin, which means they would start out

03:33 15  with a large disadvantage compared to Ripple, because

16  that would be costly.

17       Q.    So Ripple's advantage was it created the

18  XRP -- either created or got the XRP for nothing?

19       A.    Ripple's advantage is that it was gifted the

03:33 20  XRP and didn't have to spend capital or other types of

21  funds in order to acquire it.

22       Q.    Is it also fair to say that -- what you are

23  saying here is you have an incentive because you hold

24  that asset that significant fraction of the asset to

03:33 25  make these efforts to potentially increase the price by

275

03:33 1    one penny that nobody else has with respect to a

2    cryptocurrency or a coin distributed primarily by

3    mining?

4              MR. CERESNEY:  Objection to form.

03:33 5              THE WITNESS:  I don't know that I'm

6         saying we have that incentive here.

7    BY MR. TENREIRO:

8         Q.    Well, further down, you say:

9         "Let me give you a stark example.  The Bitcoin

03:33 10   Foundation has been trying to raise funds to combat New

11   York BitLicense regulation," etc.

12        A.    Right.

13        Q.    "But nobody has a concentrated enough

14   interest to pay the bulk of the funds."

03:34 15        So is that example conveying to the reader that

16   Ripple has an incentive to do things with respect to XRP

17   because of the significant fraction that it has?

18        A.    I'm saying that Ripple has more of -- would

19   be better able to do that, not that Ripple has more

03:34 20   incentive.

21        The Bitcoin Foundation would love to have combat

22   the New York BitLicense regulation as we would in a

23   similar situation.  It's just that we had more resources

24   to do so because we didn't have to expend those

03:34 25   resources to get our XRP as people with Bitcoin would

                                                    276

03:34  1    have had to expend the resources to get that Bitcoin.

       2        Q.   I understand your point about the ability to

       3    do it, but your very next sentence says "This is a clear

       4    example of a public good freerider problem."

03:34  5        A.   Right.

       6        Q.   The "freerider problem" has to do with

       7    incentives, right?  People's incentives right to ask in

       8    their self-interest?

       9              MR. CERESNEY:  Objection to form.

03:35 10              THE WITNESS:  What I'm saying here is

      11              they value -- they all have an incentive to

      12              accomplish a result.  They just have an

      13              organizational problem.

      14    BY MR. TENREIRO:

03:35 15        Q.   You say:

      16        "Nobody has a strong, individual incentive to

      17    contribute."

      18        A.   Nobody has a strong, individual incentive to

      19    contribute, right, unless everyone else does.

03:35 20        Everyone wants to be the only one who doesn't

      21    contribute.  You want everybody else to so you don't

      22    have to.

      23        Q.   Right.

      24        A.   It's an organizational problem.  Everybody is

03:35 25    equally incentivized.  It's just there's no way for them

                                                              277

03:35  1    to organize to act on it.

2         Q.    Whereas, in the case of Ripple, because of

3    its significant holding of XRP, that organization

4    happens naturally, right?  Isn't that what you're saying

03:35  5    in the sum and substance of the post?

6         A.    I think I'm saying we didn't have to expend

7    depend the funds to get that cryptocurrency.  It's more

8    that we would be in a better position to do that,

9    because we would have the funds as opposed to someone --

03:35 10         If you imagine a similar entity that used -- you

11   know, that had to spend the funds, they just wouldn't be

12   in as good position.  Despite still having incentive,

13   they would still have that same organizational problem.

14        Q.    Later, you say:

03:36 15    "How much do you think Ripple can and does spend on

16   regulatory issues critical to using cap XRP for its use

17   case?  The reason is obvious.

18        "Keeping the regulatory clear for XRP's use for

19   settlement makes a huge difference to Ripple, the

03:36 20   company, specifically."

21        Do you see that part?

22        A.    Yes.

23        Q.    Is that not describing Ripple's -- not just

24   the fact that Ripple started off well ahead of someone

03:36 25   who had to mine Bitcoin but actually has an incentive to

278

03:36  1    make efforts, given its significant fraction of XRP

       2    holdings?

       3              MR. CERESNEY:  Objection to form.

       4              THE WITNESS:  I don't -- I don't really

03:36  5              think so, because I say on regulatory issues

       6              critical to using XRP for its use case.

       7              Every business has the same incentive to

       8              resolve regulatory issues critical to their

       9              use case.  It's just whether they have the

03:36 10              means to do it.

      11    BY MR. TENREIRO:

      12        Q.    Okay.  So XRP had the incentive, because its

      13    business depended on XRP; is that what you're saying?

      14              MR. CERESNEY:  Do you mean Ripple?

03:36 15              MR. TENREIRO:  Sorry.

      16    BY MR. TENREIRO:

      17        Q.    Ripple had the incentive, yes.

      18        A.    Yes.  To the extent Ripple's business depends

      19    on, for example, what eventually became ODL while that

03:37 20    wasn't active at the time, we certainly saw that use

      21    case.  We were working on regulatory issues deploying

      22    that, and we were not only incentivized to do that

      23    because that's what we wanted to build our business

      24    around, we also had the resources to do it.

      25

                                                            279

03:37  1      Q.    Did you have an understanding at this point
       2  in time, 2017, that the XRP was a security under the --
       3  under U.S. law that would -- you know, what consequences
       4  that would have for Ripple?
03:37  5                  MR. CERESNEY:  Objection.
       6                  THE WITNESS:  I'm not sure I did at that
       7          time.
       8  BY MR. TENREIRO:
       9      Q.    Did there come a time you did develop
03:37 10  knowledge of what consequences could flow?
      11                  MR. CERESNEY:  That's a "yes" or "no"
      12          question.
      13                  THE WITNESS:  Yes.
      14  BY MR. TENREIRO:
03:37 15      Q.    And what time was that?
      16      A.    I think that was probably more like 2019, but
      17  I can't tell you for sure.  I believe it was
      18  significantly later than this.
      19      Q.    Okay, and did you come to --
03:37 20      Did there come a point in time where you derived an
      21  understanding as to what consequences would [inaudible]
      22  retail holders of XRP if XRP was a secured entity under
      23  U.S. law?
      24                  MR. CERESNEY:  That's a "yes" or "no"
03:38 25          question.

                                                              280

03:38  1              THE WITNESS:  I have formed several

       2          different understandings of that at different

       3          times.

       4  BY MR. TENREIRO:

03:38  5      Q.    Don't tell me any understandings that you

       6  might have formed from your conversations with lawyers.

       7  If you had others that were not formed on that, I would

       8  like to know about those.

       9      A.    There were times when I believed it would

03:38 10  make it impossible for individuals in the United States

      11  to transact with XRP and there were times when I

      12  believed it wouldn't have a significant impact.

      13      Q.    What's your belief today?  Don't tell me what

      14  the lawyers --

03:38 15              MR. CERESNEY:  Well, hold on.

      16          To the extent that your belief today

      17          could be divided from what you learned from

      18          counsel versus things you didn't learn from

      19          counsel.

03:38 20  BY MR. TENREIRO:

      21      Q.    Yes.

      22      A.    Well, I haven't learned anything from counsel

      23  on this, and I really don't know.  I have not had

      24  conversations with counsel about that.

03:38 25      Q.    So what's your belief today as to whether you

                                                              281

03:39  1    would have -- say XRP is a security under U.S. law.

2    What consequences would that have for retail holders?

3         A.   My understanding is that it turns on issues

4    of law that I don't understand.

03:39  5         Q.   Okay.

6         A.   My understanding is that I don't have an

7    understanding.

8         Q.   Okay.  That's fine.  So let's go to Exhibit

9    22.  Actually, wait a second.  Is it still true --

03:39 10         So when we were looking at this exhibit and you

11    were sort of describing -- I'm going to paraphrase you,

12    not -- not meaning to exactly repeat what you said, but

13    paraphrasing:

14         Ripple started with an advantage, because it had

03:39 15    the XRP that was gifted and didn't have to spend the

16    resources to mine it?  That's what's sort of going on

17    here, at least in part?

18         A.   Yes.

19         Q.   Does that advantage hold true today?  Has

03:39 20    that changed?

21         A.   I think it's still true today.  Probably less

22    significant than it was.

23         Q.   Why is it less significant today?

24         A.   I think it's easier to get capital in the

03:40 25    space now than it was then.

282

03:40  1        Q.    Between 2017 and today, as far as you know,

       2   has any entity acquired sort of a gift of large amounts

       3   of Bitcoin?

       4        A.    Not to my knowledge.

03:40  5        Q.    What about of Ether?  Etherium?

       6        A.    The Etherium Foundation, yeah, a huge amount

       7   it was able to distribute to investors and so on.

       8        Q.    So between 2017 and today, did the Etherium

       9   Foundation gather a huge amount of Ether?

03:40 10        A.    Not that I know of.

      11        Q.    Okay.  Now let's go to Exhibit -- what did I

      12   say?  Exhibit 22.

      13               (Thereupon, a multi-page document entitled

      14          "Valuation Models - XRP The Digital Currency vs.

03:40 15          Ripple the Company - XRP Trading and Price

      16          Speculation - Xrp Chat" dated 5/25/2017 was

      17          introduced as DS Exhibit 22 for identification.)

      18   BY MR. TENREIRO:

      19        Q.    This is an Xrp Chat.

03:40 20        This one's called "Valuation Models - XRP The

      21   Digital Currency Vs. Ripple the Company - XRP Trading

      22   and Price Speculation," and this is still 2017.

      23        A.    Are you looking at page 13?

      24        Q.    13, yes.

03:41 25        A.    Yes.

                                                                 283

03:41 1     Q.    Okay.  So first, you talk about "There's a
2     business that Ripple has providing transaction
3     processing software to banks."  Maybe there's -- "has
4     been," perhaps, is what you meant?
03:41 5     A.    I realize there's a business that Ripple has,
6     providing transaction processing software to banks.
7     Q.    Okay.  Providing transaction process software
8     to banks.  "It could work without XRP and without any
9     blockchain tech."  Do you see that?
03:41 10    A.    Yes.
11    Q.    What business is this referring to?
12    A.    xCurrent.
13    Q.    Okay, and that's still the function of
14    xCurrent today?
03:41 15    A.    Yes, although it's used more broadly than
16    just banks.
17    Q.    And then, you say the -- this is No. 3.
18    "It's everything else.  It's governance,
19    compliance."  I don't need to read all of it, I don't
03:42 20    think.
21    But does this part reflect that Ripple had some
22    challenges in -- you know, getting banks to adopt
23    blockchain technology?
24    A.    Not really.  It's more about that banks would
03:42 25    face those challenges if they were attempting to do it.

                                                          284

03:42  1          Q.     Did Ripple obtain any significant traction on

       2  its xCurrent product in 2017?

       3          A.     I would have to check the timeline, but I

       4  think -- I think we had -- I think we had established a

03:42  5  growth pattern by that time.

       6          Q.     But again, that product did not use XRP or

       7  blockchain tech?

       8          A.     No.

       9          Q.     Okay.

03:42 10          A.     It didn't use XRP.  It used some Bit-Tech

      11  that you could consider blockchain, but it didn't use

      12  any public blockchain.

      13          Q.     Later, you say -- you know -- I mean, you --

      14  you should read this yourself, four, five, six and

03:43 15  seven, and then you conclude by saying:

      16          "If that succeeds, it would increase their price of

      17  XRP."  So I'm trying to figure out what the "that" is

      18  there.

      19          A.     That is referring to a payment system with

03:43 20  XRP as an intermediary asset.

      21          Q.     And why would that increase the price of XRP?

      22          A.     The thesis that I'm saying here is that that

      23  would create an increase in demand, which could increase

      24  the price.

03:43 25          Q.     Okay, and then you say, "Ripple holds a huge

                                                                   285

03:43   1    pile of XRP and will be the dominant XRP holder for the

        2    foreseeable future."

        3          What did you mean there?

        4          A.    I think it's self-explanatory.

03:43   5          Ripple holds an enormous amount of XRP more, than

        6    anyone else and there was no way for Ripple to reduce

        7    that rapidly.

        8          Q.    Is that still true today, both of those

        9    statements?

03:44  10          A.    Yes.

       11          Q.    Then you say:

       12    "We are primarily VC finance and we get revenue

       13    from selling software to banks.  We don't use our XRP as

       14    a bank account, but as a strategic weapon."

03:44  15          Can you explain what you mean there by "as a

       16    strategic weapon"?

       17          A.    I mean we use it to incentivize partners.

       18          Q.    Can you explain a little more?

       19          A.    Sure.  This -- this model relies on using XRP

03:44  20    as an intermediary asset.  It relies on things like

       21    market makers, and by having XRP, we can do things like

       22    lease it to market makers so that they don't have to

       23    front their own capital, which is not using XRP as a

       24    bank account but as a tool.

03:44  25          Q.    So the bank account example is to spend it --

                                                                  286

03:44  1  to sell it and to spend it.  This example is to provide

2  capital to people that might not have capital?

3      A.    Right.

4      Q.    Okay.  Then you say:

03:45  5  "Though we do sell for some revenue, we just don't

6  need to for salaries or to keep the lights on."

7      A.    Yes.

8      Q.    Do you see that?  Is that still true today?

9      A.    I would have to work out the math to tell you

03:45 10  precisely whether it is or isn't.

11      Q.    Right.  Is it fair to say that at some

12  point -- do you know whether at some point Ripple used

13  XRP as a bank account?

14              MR. CERESNEY:  Objection.

03:45 15              THE WITNESS:  Over -- over time, our XRP

16          sales became a more significant source of

17          revenue.

18  BY MR. TENREIRO:

19      Q.    Did that correlate with when the price of XRP

03:45 20  went up?

21      A.    I think it correlates with both the price and

22  the volume.

23      Q.    Then you say:

24  "Anyone who gets XRP from us as part of some deal

03:45 25  with a lockup has their incentives aligned with ours."

287

03:45  1          Just explain:  Why does a lockup align -- first of

       2   all, "ours" means Ripple?

       3          A.    Yes.

       4          Q.    Okay.  Please explain why the lockup aligns

03:45  5   the incentives of Ripple with "someone who gets XRP from

       6   us as part of some deal."

       7          A.    If you have XRP and you're not subject to any

       8   sort of agreement that prevents you from selling it, you

       9   don't care about the long-term price.  You just care

03:46 10   about the short-term price.  The price goes up to your

      11   target and you sell, and you don't care what happens a

      12   year later.

      13          If you are guaranteed to hold an asset over a

      14   period of time, the long-term price becomes more

03:46 15   interesting to you than the short-term price.

      16          Q.    By "interesting," you mean more desirable?

      17          A.    It's more important to you.  You would be

      18   more concerned with the long-term price than the

      19   short-term price.

03:46 20          Q.    Then you say, "They want the long-term price

      21   of XRP to go up, too."

      22          Are you saying Ripple wants the price of XRP long

      23   term to go up, just like the people who are in the

      24   lockup agreements?

03:46 25          A.    Yes.

                                                                    288

03:46 1      Q.    Okay.  Is this a recognition of what we

2  discussed earlier, that in the long term, Ripple wants

3  the price of XRP to go up at least as of 2017?

4                  MR. GERTZMAN:  Objection to the form.

03:47 5                  THE WITNESS:  Ripple benefits from an

6            increase in the long-term price of XRP.

7  BY MR. TENREIRO:

8      Q.    Is that still true today?

9      A.    Yes.

03:47 10      Q.    And to the extent that there are -- you know,

11  I'm just going to use your words.

12      To the extent there are -- anyone who gets XRP from

13  Ripple is part of some deal with a lockup, are their

14  interests still aligned with Ripple's today in the price

03:47 15  going up?

16      A.    They share the interest in the long-term

17  price.

18      Q.    Long term?

19      A.    At least over the duration of their lockup

03:47 20  agreement.

21      Q.    And the price going up?

22      A.    Yes.

23      Q.    Okay.  To the extent that Ripple's interest

24  in the long-term price of XRP is for the price to go up,

03:47 25  is that -- you know, from your understanding of this

289

03:47  1   space, the same as the interest of someone who doesn't

2   have a lockup but may be holding XRP as a long -- for

3   the long term?

4        A.    No.

03:48  5        Q.    Why not?

6        A.    Because someone is holding for the long term

7   can sell at any time their sentiments change.

8        Q.    What they care about is for the price to go

9   up between when they buy it and sell it in the long

03:48 10   term; is that what you mean?

11        A.    Right, they would prefer a short term

12   increase over -- they would prefer a short-term increase

13   even if it's followed by a long-term drop.

14        Q.    They don't care after they sell, essentially?

03:48 15        A.    Which could be whatever time they decide they

16   want to leave.

17        Q.    Between the time when they buy and when they

18   decide to leave, are their interests aligned with

19   Ripple's?

03:48 20        A.    No.

21        Q.    Why?

22        A.    Because Ripple's interested in the long-term

23   price and they are not.

24        Q.    Okay, so Ripple --

03:48 25        Are you saying Ripple does not have any interest in

290

03:48   1   the price going up in the short term, as long as it

        2   still goes up in the long-term?

        3       A.    I'm saying Ripple would not prefer a

        4   short-term rise in price if there's other compensating

03:48   5   factors that make that worse.

        6       We would prefer it in the absence of -- in the

        7   absence of any other [inaudible] with just a short-term

        8   price nothing else happened.  There's no reason we

        9   wouldn't prefer that.

03:49  10       Q.    I understand there could be worse things that

       11   make it worse, but everything else being equal -- you

       12   know, Ripple's interested in the long-term increase in

       13   the price.

       14       Does that mean it's not interested in the long --

03:49  15   in the short-term interest -- in those -- short-term

       16   rise in the price?

       17       A.    I don't believe there exist scenarios where

       18   all other things are equal.  So when you construct this

       19   scenario, you say, "All things being equal, Ripple would

03:49  20   prefer this," I don't think there's any realistic

       21   scenario where all other things are equal.

       22       There are always other facts that could be averse

       23   to Ripple's interests.  For example, a long-term drop in

       24   price.

03:49  25       Q.    So a long-term --

                                                              291

03:49  1         A short-term increase could lead to a long-term

       2  drop in price?

       3         A.    Absolutely, yes.

       4         Q.    Any other example of something that might

03:49  5  have adverse consequences to Ripple following a

       6  short-term increase in price?

       7         A.    I mean, I can construct a number of

       8  hypotheticals where that could happen.

       9         Q.    Okay.  One second.

03:50 10             (Pause.)

      11             MR. TENREIRO:  Let's look at Exhibit 23.

      12             And for Madam Court Reporter, we will

      13         have to e-mail that one to you.  It's

      14         different from the one we e-mailed to you, so

03:50 15         let's make a note, please.

      16             (Thereupon, a multi-page document entitled

      17         "For people asking about 'Coin vs Protocol'"

      18         dated "29 juin" was introduced as DS Exhibit 23

      19         for identification.)

03:50 20  BY MR. TENREIRO:

      21         Q.    Pages 4 and 5 of 13.  This appears to be a

      22  Reddit thread.  Four and five.

      23         A.    Oh, yeah.  I don't see -- oh, at the top.

      24  Are you talking about the top of page 5?

03:50 25         Q.    Yes.  So at bottom, there is an "@JoelKatz."

                                                              292

03:51  1        A.     That is me.

       2        Q.     And then it continues on page 5.  So you say

       3   ... just read what you're responding to, the last

       4   sentence of the comment you responded to.

03:51  5        "I mean, the whole reason most speculators are

       6   buying XRP is due to a perception that it will be

       7   permanently tied to the success of Ripple."

       8        Do you see that part?

       9        A.     I see that.

03:51 10        Q.     Is it fair to say that you had an

      11   understanding -- this post appears to be from -- I think

      12   it's 2017.  Yeah.  In the front page, it's in French,

      13   but I'm sure you can read it.  It's June of 2017.

      14        A.     Yes.

03:51 15        Q.     All right.  So is it fair to say that in June

      16   of 2017, you, Mr. Schwartz, had an understanding that

      17   some speculators were buying XRP?

      18        A.     I did believe at the time that some

      19   purchasers purchased for speculative purposes.

03:52 20        Q.     I'm sorry, that some purchasers what?

      21        A.     Purchased for speculative reasons.

      22        Q.     Are you aware of any efforts that Ripple made

      23   at that time to stop people from purchase for

      24   speculative reasons?

03:52 25        A.     I'm not aware of any that had that as a

                                                                    293

```
03:52   1    specific objective.
        2        Q.    As opposed to a general objective or what do
        3    you mean?
        4        A.    Well, for example, if someone was going to
03:52   5    speculate because of some false information and we were
        6    countering that narrative, that might dissuade them from
        7    speculating.
        8        Q.    All right, and when you were -- when Ripple
        9    was ... when -- when Ripple was sort of responding to
03:52  10    what it considered to be actually inaccurate accurate
       11    narratives, was it doing that with the purpose for
       12    dissuading people from speculating?
       13        A.    If they would have speculated on the base of
       14    a false narrative, absolutely.
03:53  15        Q.    Ripple wanted to dissuade people from
       16    speculating on the basis of a false narrative?
       17        A.    Yes.
       18        Q.    What steps did Ripple take, if any, to stop
       19    people from purchasing XRP for speculative reasons?
03:53  20        A.    I am not aware of any.
       21               (Thereupon, an informal discussion was
       22            held off the record.)
       23    BY MR. TENREIRO:
       24        Q.    Okay.  You say --
03:53  25        "I wouldn't say permanently" is your first
```

294

03:53  1  response?

       2       A.    Yes.

       3       Q.    So does that mean that you agreed that --

       4  that some -- speculators or most speculators were buying

03:53  5  XRP due to a perception that XRP will be tied to the

       6  success of Ripple, at least for some time?

       7       A.    No.

       8       Q.    What does it mean?

       9       A.    It means that I -- I -- that I am choosing to

03:54 10  respond to his -- I -- I'm choosing to argue that if

      11  such a thing exists, it would be expected to be reduced

      12  over time.

      13       Q.    Okay.  If such a thing exists?

      14       A.    Yes.

03:54 15       Q.    Okay.  Later, you say:

      16       "There's no player that plays Ripple's role in XRP

      17  for Bitcoin or Ether."

      18       Do you see that?

      19       A.    Yes.

03:54 20       Q.    What does that mean?

      21       A.    That means there's no party that we know of

      22  that holds -- that both holds that larger fraction of

      23  the native asset and is sort of a participant.

      24       Q.    Does that remain true today?

03:54 25       A.    I don't know.

                                                            295

03:54  1     Q.    Okay.  Did it remain true last year?

2     A.    I would have thought so at the time, but I

3  don't know.

4     Q.    On the next page, you say:

03:54  5  "For at least the near future, there seems to be

6  pretty good alignment of incentives between Ripple and

7  XRP holders.  Ripple is the largest XRP holder today.

8     "Ripple will almost certainly hold the significant

9  share of XRP for years, and XRP is likely to remain

03:55 10  Ripple's largest asset for years."

11     Can you explain what that meant in 2017?

12     A.    Yeah.  What that meant is that there is some

13  alignment of incentives between Ripple and other XRP

14  holders.

03:55 15     Q.    And to the extent Ripple's -- so okay.  Which

16  incentives are aligned?

17     A.    They would both want the utility of the

18  ledger.  They would both want more liquidity for XRP.

19     They would have different interests in price,

03:55 20  Ripple in the long-term price and holders in the

21  short-term price, but they would have interests in

22  price.

23     Q.    Well -- I'm sorry.  How do you know that the

24  holders have a short-term interest and not long-term?

03:55 25     A.    I am assuming these are holders that aren't

296

03:55  1  subject to any sort of lockup that will prevent them

2  from selling their XRP.

3       Q.    Does this sort of statement that for at least

4  the near future -- well, how -- sorry.

03:56  5       The statement "Ripple will almost certainly hold a

6  significant share of XRP for years" -- does that

7  statement still hold true today?

8       A.    Yes.

9       Q.    "XRP is likely to remain Ripple's largest

03:56 10  asset for years."  Still true today?

11       A.    Yes.

12       Q.    "For at least the near future, there seems to

13  be pretty good alignment of incentive between Ripple and

14  XRP holders."

03:56 15       To the extent that -- you know, your answer was

16  about the incentives with respect to liquidity and

17  utility, are those still -- still aligned today?

18       A.    I'm -- I'm not as convinced today as I was at

19  that time.

03:56 20       Q.    Why?

21       A.    Because it doesn't seem necessarily the case

22  that someone who holds XRP, even if they were interested

23  in the short-term price, would necessarily care about

24  things like the utility and liquidity if they don't

03:56 25  necessarily correlate to short-term price.  So they

297

03:57  1    might be interested.  They might not.  But I can't -- I

2    don't believe today that I can draw a line as brightly

3    as I thought I could at that time.

4         Q.    But I think you said earlier if Ripple sort

03:57  5    of walked away from XRP, you believe -- you believe

6    there might be a short-term decrease in price because of

7    unsettling expectations?

8         A.    There could be.

9         Q.    So the expectation, as you understand it

03:57  10   today, is that people -- that Ripple will not walk away

11   from XRP?

12        A.    Right.  Just as people don't expect the

13   Bitcoin Foundation to abandon Bitcoin or the Etherium

14   foundation to abandon Etherium.

03:57  15        Q.    And the expectation is that Ripple would not

16   abandon the XRP Ledger?  Not just the XRP, but the XRP

17   Ledger; is that fair?

18        A.    At least not -- not suddenly, or not for no

19   rational reason.

03:57  20        Q.    Okay.  Why is it -- I'm sorry.

21        We talked about this already.  Let's move to 24,

22   which I am also going to have to e-mail to Ms. Kerr,

23   because it's different from what I sent  you.

24                   (Thereupon, an informal discussion was

03:58  25         held off the record.)

298

03:58  1  BY MR. TENREIRO:

       2      Q.    It's another Reddit thread.  This also

       3  appears to be from -- actually, Jon probably is going to

       4  identify the year, but I can't tell you -- I think it's

03:58  5  2017 or 2018.

       6              (Thereupon, an informal discussion was

       7          held off the record.)

       8  BY MR. TENREIRO:

       9      Q.    November 2017?  Okay.  This one is called

03:58 10  "XRP will go to zero, because..."

      11      Do you see that?

      12      A.    Yes.

      13      Q.    Do you understand this is a reference to the

      14  price of XRP going to zero?

03:59 15      A.    I don't think there's a distinction between

      16  the price going to zero and the -- you know, the value

      17  of the ledger or it not having any value, not being

      18  transactable.

      19      Q.    Okay.

03:59 20      A.    Those are all liquidities.

      21      Q.    This is a short-term reference to the number

      22  zero.  Does that reasonably indicate that's a reference

      23  to the price?

      24      A.    I don't think -- I think in context, nobody

03:59 25  meant the price might go to zero and then recover.  They

                                                              299

03:59  1   meant like it would die.

       2        Q.    You're saying both of --

       3        Well, the value of the ledger not having any value

       4   would be -- you're saying there's no distinction between

03:59  5   that and the price of XRP going to zero; is that right?

       6        A.    I am saying there's no distinction between

       7   the price of XRP going to zero and essentially a failure

       8   of the XRP Ledger system such that you couldn't transact

       9   in XRP, so it wouldn't happen at full price.  Again,

03:59 10   that's a difference between zero and no number.

      11        Q.    Okay, so then you say:

      12        "I will tell you what I think the biggest risks

      13   are.  One, someone else does almost exactly the same

      14   thing Ripple does, but does it better.

04:00 15        "This is mitigated by the fact that Ripple has such

      16   talented people and has a lead, but you never know."

      17   What did "the lead" mean there?  What lead?

      18        A.    This was 2017?

      19        Q.    Uh-huh.

04:00 20        A.    It's actually hard for me to say today.

      21        Because that was a transition period between a

      22   couple different strategies that it's hard for me to say

      23   today what I meant, but I did believe we were better at

      24   something.

04:00 25        Q.    Do you still believe that today?  It's true

                                                                   300

04:00  1  today?

2  A.    I think that's true with respect to RippleNet

3  and -- and financial institutions to use digital ledger

4  technologies.  I wouldn't say that's true for

04:01  5  technologies like the XRP Ledger.

6  Q.    And why would -- why would the fact that you

7  were better at something, whatever that something was,

8  mitigate against the risk that XRP will go to zero?

9             (Pause.)

04:01 10             THE WITNESS:  I -- I -- it looks like in

11             this post here --

12             Rather than responding to the title of

13             the thread of why XRP would go to zero, it

14             looks like I'm more talking about risks to

04:01 15             Ripple and Ripple's business model, and I'm

16             not really sure why I'm doing that.

17             I may have answered the question that I

18             wish was asked rather than the question that

19             was asked.  Oh, I see.  Because in the

04:01 20             question, it says things like "What mistakes

21             would the Ripple management have to make?"

22             What --

23  BY MR. TENREIRO:

24  Q.    For it to crash?

04:02 25  A.    I don't know if that's what I responded to.

301

04:02  1    It does look like I more responded to the question I

2    wish was asked than the question that was actually

3    asked.

4         Q.    What is the question you wish was asked?

04:02  5         A.    What the risks were to Ripple or to Ripple's

6    business model or -- or so on.

7         Q.    Why did you wish that question were asked?

8         A.    I think that's a question I'm very well

9    positioned to answer as opposed to opining on the XRP

04:02 10    ecosystem generally.

11         Q.    Let's look at the question.  "XRP will go to

12    zero because ... I read a fair amount of XRP in the past

13    few months and the overwhelming majority of the

14    sentiments seem to be positive.  While it is easy to see

04:02 15    why people want to speculate a price of 20 or 30 in the

16    next year, there has somebody some downsize risk

17    associated with the currency.

18         "To be clear, I'm bullish on XRP, but I would like

19    to at least have a handle on what the risks are and what

04:02 20    could cause it to significantly drop in price in the

21    coming months/years.  What mistakes would the Ripple

22    management team have to make for it to crash?

23         "What obstacles if not cleared would stop XRP dead

24    in its tracks?  Sorry to take away from the clearly

04:03 25    positive post, but I feel a clear-headed look at the

302

04:03  1    actual risk would do some good."

       2         Do you see that?

       3         A.    Yes.

       4         Q.    Is it fair to say, just reading this today,

04:03  5    this entire post was speculating on the price of XRP?

       6         A.    The question, yes.

       7         Q.    And is it fair to say --

       8         I -- I understand that maybe you were -- so for

       9    in -- for this post, you remember that three years ago

04:03  10   you were trying to answer a different question than the

       11   one that was asked?

       12        A.    I don't remember reading the question.  I may

       13   not have read the question at this time.

       14        I definitely would have read the prior comment,

04:03  15   assuming that their in the same -- but they are not even

       16   necessarily in the same order now as they were then,

       17   because they are sorted by -- I believe not necessarily

       18   by time.

       19        I don't know whether I was responding to the

04:03  20   question or sub-question, but reading this today, this

       21   more look like what I would have written as a list of

       22   risks to Ripple, but I can't --

       23        I -- I really -- I write hundreds and hundreds of

       24   posts.  Sometimes I carefully study the thing I'm

04:04  25   responding to, and sometimes I have a particular point

                                                              303

04:04  1  that I want to make and I just take advantage of any

 2  opportunity to make the point I wanted to make.  This

 3  doesn't read like what I would have said are the biggest

 4  risks to XRP at the time.

04:04  5      Q.    What were the biggest risks to XRP at the

 6  time?

 7      A.    2012?

 8      Q.    Uh-huh.  We're talking about the price,

 9  because -- I mean, what were the biggest risks to the

04:04 10  price, as the question posed?

11      A.    I think regulatory risk.  There was a concern

12  at the time of whether people trying to use

13  cryptocurrencies would be money transmitters.  I think

14  that was the dominant concern at that time.

04:04 15      I think there was a concern that -- that crypto --

16  that the whole cryptocurrency ecosystem could be

17  abandoned or -- or not used and people just wouldn't be

18  interested in it or would discover -- you know, some

19  other system that would work better.  I think --

04:05 20      I think a technical problem with the XRP Ledger

21  that made it unable to move XRP, like at that -- that --

22  that was so early that we were still worried that

23  perhaps there might be an actual fundamental problem.

24  Any technology that's new like this, you worry someone

04:05 25  might find some fundamental flaw and then, basically,

304

04:05  1   the whole sector gets abandoned.
       2        Q.    So is it fair, though, someone reading this
       3   answer might reasonably assume it relates to speculating
       4   on the price?
04:05  5              MR. CERESNEY:  Objection.
       6              THE WITNESS:  I don't know what context
       7         this answer would have been presented in these
       8         years ago.  Like I said, I believe the order
       9         of these responses are changed, so I can't --
04:05 10         I can't tell what you context someone
      11         three years ago would have read this in and
      12         what conclusions they would have drawn on this
      13         one post in isolation.
      14   BY MR. TENREIRO:
04:05 15        Q.    So is it fair to say you are referring to
      16   risks not just to Ripple, but to XRP itself in your
      17   answer?  For example, where you say, "Perhaps some
      18   regulators deem XRP to be a security."
      19        A.    I actually said that here?
04:06 20        Q.    No. 2.
      21        A.    Oh, I give that as an example, yeah.  Sales
      22   to sophisticated investors.  Sorry.  What was the
      23   question, again?
      24        Q.    Is it fair to say that you --
04:06 25        While I understand your testimony that you believe

                                                                    305

04:06  1    you're answering a question about risks to Ripple, you

2    are, in fact, giving examples of risks to XRP?  Such as,

3    for example, the regulatory risk that it might be deemed

4    to be a security?

04:06  5         A.    Well, I say -- I say that regulatory

6    changes --

7                   (Thereupon, an informal discussion was

8              held off the record with the shorthand

9              reporter.)

04:06 10                   THE WITNESS:  In two, I say, "those

11              regulatory changes that might make Ripple's

12              business model impractical."

13    BY MR. TENREIRO:

14         Q.    So there's a tie there between Ripple's

04:06 15    business model and XRP; fair?

16         A.    No, I don't think that's what's happening.

17    What I'm saying is if there was some regulatory change

18    that made Ripple's business model impractical, that

19    would be bad for Ripple.  But Ripple could mitigate that

04:07 20    by targeting friendlier jurisdictions.

21         Q.    One of the risks would be with respect to

22    regulatory risk over XRP; is that what you're saying?

23         A.    If it made Ripple's business model

24    impractical.

04:07 25         Q.    Wouldn't it, at that time?

306

04:07 1      A.    There could have been regulatory changes that
      2  could have made Ripple's regulatory model impractical.
      3      Q.    Was XRP being deemed a security one of them?
      4      A.    I used that as an example here, probably
04:07 5  because I thought it was implausible.
      6      Q.    Why did you think it was implausible?
      7           MR. CERESNEY:  Objection.  Only answer if
      8           you can answer that without discussing
      9           discussions with counsel.
04:07 10          THE WITNESS:  Well, I hadn't had any
      11          discussions with counsel at that time but it's
      12          hard for me to place in time, but I think
      13          three -- I don't recall whether three years
      14          ago that would have been something I would
04:07 15          have considered a significant regulatory risk
      16          or not.
      17              There was a time I didn't and then there
      18          was a time when I did, and I suspect I was
      19          using this as an example because -- probably
04:08 20          because I didn't think it was plausible.  But
      21          again, there were times I didn't think it was
      22          plausible and times when I did.
      23  BY MR. TENREIRO:
      24      Q.    When were the times you did think it was
04:08 25  plausible?

                                                              307

04:08 1   A. More recently.

2   Q. In No. 5, you say:

3  "Someone comes up with a better way to bridge

4 international payments than using a digital asset and

04:08 5 Ripple is unable to position XRP."

6   What did you mean by that?  How is that a risk to

7 Ripple?

8   A. It's a risk to Ripple because Ripple wouldn't

9 have the strategic advantage as it has with XRP, having

04:08 10 a significant amount that it didn't have to expend

11 resources to get with any other resource.

12   Q. How -- but -- okay.

13   Now, you preface this by saying that you are

14 telling someone what you think the biggest risks are,

04:08 15 right?

16   A. Yes.

17   Q. Why -- why would you list an implausible

18 example when you're listing the biggest risks?

19     MR. CERESNEY:  Objection.

04:09 20     THE WITNESS:  Because I didn't think that

21     that was a significant risk and so I wanted to

22     use a sort of --

23     There's two aspects to how big a risk is.

24     There's how probable it is it will occur and

04:09 25     how much damage it does if it does occur.

308

04:09  1              And I listed two -- well, because other
       2         people were talking about it and because it
       3         could cause a significant amount of damage if
       4         it materializes and because there were a
04:09  5         number of different regulatory changes that
       6         people envisioned at the time.
       7  BY MR. TENREIRO:
       8      Q.    So you -- you understood however improbable
       9  you believed it to be that it would cause a significant
04:09 10  amount of damage if XRP was deemed a security under U.S.
      11  law?
      12      A.    That's not what I'm saying.
      13      What I'm saying is that's one example of a set of
      14  potential regulatory risks which in aggregate pose a
04:09 15  significant risk.
      16      Q.    In aggregate, the regulatory risks together?
      17      A.    Yes, and that's why I placed them on this
      18  list, not because there's any one particular risk that I
      19  was specifically concerned about.
04:09 20      Q.    Well, you only placed one on the list, right?
      21  You said, "unfavorable regulatory changes," and then you
      22  gave one example?
      23      A.    Right, perhaps.
      24      Q.    Okay.
04:10 25              (Pause.)

                                                                309

04:10  1   BY MR. TENREIRO:

       2       Q.    How would "a horrible personal business

       3   scandal affecting key Ripple people" affect XRP?

       4       A.    There could be reputational damage.  People

04:10  5   could infer -- people could -- people could conclude

       6   that that was like some sort of a stain on XRP itself.

       7       I also point out the risk of the company becoming

       8   toxic for financial institutions to do business with,

       9   meaning the company would also.

04:10  10      Q.    Let's move on.

       11              (Thereupon, an informal discussion was

       12          held off the record.)

       13              MR. TENREIRO:  Break time?

       14              MR. CERESNEY:  Yeah, we've been going for

04:10  15          more than an hour.

       16              MR. TENREIRO:  Okay.  Let's -- break

       17          time.

       18              THE VIDEOGRAPHER:  Off the record at

       19          4:10.

04:10  20              (Recess taken at 4:10 p.m.)

       21              (Resumed at 4:34 p.m.)

       22              THE VIDEOGRAPHER:  Back on the record at

       23          4:34.

       24              (Thereupon, a 26-page printout entitled

04:34  25          "Ripple sold $91.6 million of its digital

                                                          310

04:34  1           currency XRP last quarter, as the price surged

       2           almost 30,000% - Press - Xrp Chat" was

       3           introduced as DS Exhibit 34 for identification.)

       4  BY MR. TENREIRO:

04:34  5      Q.    Thank you.  Mr. Schwartz, I think we've

       6  handed you Exhibit 34, another chat thread.  This one

       7  has 26 pages and I'm going to focus you on page 17, now

       8  we're up to January of 2018.  Please take a look --

       9      Well, my question is:  Is there any other Ripple

04:34 10  employee or person associated with Ripple that is as

      11  prolific on social media channels as you, as far as you

      12  know?

      13      A.    I doubt it.

      14      Q.    Okay.  What about Mr. Garlinghouse?

04:34 15      A.    He's probably a little less prolific in

      16  total.  He's active on Twitter.

      17      Q.    He's also been around fewer years than you;

      18  is that fair?

      19      A.    Yes.

04:35 20      Q.    All right.  Here, you say:

      21      "Programmatic literally means they are made by a

      22  program."  Are you referring to programmatic sales by

      23  Ripple there?

      24      A.    Yes.

04:35 25      Q.    What knowledge did you have, as time went on,

                                                            311

04:35  1   about programmatic sales generally?  And we can atomize

       2   this, if you like, but timing, price, generally.

       3        A.    My understanding is programmatic sales are

       4   sales made by market makers who facilitate trades in

04:35  5   both direction, both buying and selling, that have a net

       6   preference for -- for reducing the amount of XRP they

       7   hold and increasing the amount of fiat that they hold.

       8        Q.    That's very helpful.

       9        As time went on, though, were you being kept

04:35 10   abreast of -- you know, the parameters of the

      11   programmatic sales at all?

      12        A.    I believe some summaries or presentations

      13   were made on a dashboard that was available to all his

      14   direct reports.  I had access to them.  They put up them

04:35 15   on screens, but I wasn't specifically following them.

      16        Q.    Have you ever had a decision-making role with

      17   respect to any parameters involving programmatic sales?

      18   Again, being timing, amount, pricing, anything like

      19   that?

04:36 20        A.    No.

      21        Q.    Does Mr. Garlinghouse have any such

      22   decision-making role, as far as you know?

      23        A.    I don't know.

      24        Q.    Okay.  Do you know who has decision-making

04:36 25   power over programmatic sales?

                                                              312

04:36  1        A.    My understanding is that the XRP markets team

2    makes suggestions and then those suggestions would be

3    circulated to staff and they are generally followed.

4        Q.    And is that ██████████, now?

04:36  5        A.    I don't think so.

6        Q.    Who is it?

7        A.    I'm not sure.  I would have to look at the

8    organizational chart to tell you for sure.

9        Q.    Let's move on and back to the exhibit.

04:36 10        "Ripple employees, third-party market makers

11    execute these excerpted sales to ensure that we can't

12    control the timing or the volume to manipulate the

13    markets for benefit from insider information and to also

14    ensure that Ripple insiders, including me, can't use

04:37 15    intimate knowledge of the sales strategy to their own

16    advantage."  Do you see that?

17        A.    Yes.

18        Q.    How could an insider use intimate knowledge

19    of the sales strategy to their own advantage?

04:37 20              MR. CERESNEY:  Objection to form.

21              THE WITNESS:  If you knew precisely how

22              those trades were being made -- the

23              information that the market makers would have

24              like the actual algorithms they used to trade

04:37 25              those trades -- you could trade against them.

313

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

04:37  1   BY MR. TENREIRO:

       2        Q.    You could hedge, essentially?  You could

       3   arbitrage, rather?

       4        A.    That would be -- that would be probably the

04:37  5   most significant.  You could arbitrage against them for

       6   personal profit.

       7        Q.    Why doesn't Ripple want that?

       8             MR. CERESNEY:  Objection to form.

       9   BY MR. TENREIRO:

04:37 10        Q.    To the extent that's what you're saying here,

      11   that you have programs to do it -- is that what you're

      12   suggesting, that Ripple does not want that to happen?

      13        A.    Ripple wouldn't want its own employees like

      14   independently profiting from knowledge that they have

04:38 15   from their employment.

      16        Q.    Do you know why not?

      17             (Pause.)

      18             THE WITNESS:  I can't really enumerate it

      19        any more specifically than that.

04:38 20   BY MR. TENREIRO:

      21        Q.    Well, how about -- I mean, if XRP holders in

      22   the market found out that was happening, would that look

      23   bad for Ripple, do you think?

      24             MR. CERESNEY:  Objection.

04:38 25             THE WITNESS:  I could argue it either

                                                                314

04:38   1         way.
        2    BY MR. TENREIRO:
        3         Q.    Well, again, from your participation in
        4    social media and things like that, do you have any view
04:38   5    as to whether if the market understood that Ripple
        6    employees were -- you know, using intimate knowledge of
        7    the sales to their own financial advantage, whether that
        8    would -- you know, be perceived positive or negative?
        9         A.    I think it would cause reputational harm,
04:38  10    probably not directly financial harm.
       11         Q.    Just reputational harm?
       12         A.    I think that would cause reputational harm to
       13    Ripple.
       14         Q.    Then, you say:
04:39  15    "These are professional market makers who
       16    understand we don't want to kill rallies."  What are you
       17    referring to by "kill rallies"?
       18         A.    We didn't want to have an impact on the price
       19    of XRP by ourselves.
04:39  20         Q.    Then, you say:
       21    "or engineered the price but want to sell with
       22    minimal impact."
       23         A.    Yes.
       24         Q.    So is it fair to say Ripple didn't want -- to
04:39  25    rally is a price increase, right?

                                                              315

04:39  1     A.    Right.

2     Q.    So Ripple does not -- did not want to sell

3  into a rally such that it would kill the rally?

4     A.    Right.

04:39  5     Q.    Is that fair?

6     A.    We did not want to have a negative price from

7  our sales.

8     Q.    Why?

9     A.    Because we ... I think at that time, our

04:39 10  concern was that there was -- that there was a dramatic

11  correlation between those types of actions and price,

12  and so the price would track our actions.

13     Q.    There was a concern?

14     A.    Yeah.

04:40 15     Q.    By whom or who had that concern?

16     A.    I -- I know I did, from the fact that I wrote

17  this.  I don't know that that concern was -- you know,

18  specifically that it was shared.

19     Q.    In this post, are you talking on your behalf

04:40 20  or are you talking on behalf of the company?  You used

21  the word "we" a number of times.

22     A.    Yeah, this is my own, personal -- this is my

23  own personal view that I'm stating here.

24    I don't know that it was shared by other people at

04:40 25  the company.

316

04:40    1          Q.    Now, is it true that Ripple did not have a
         2    decision-making authority over timing or volume of
         3    programmatic sales?
         4          A.    My understanding at the time was that we did
04:40    5    not have short-term control over timing or volume.
         6          Q.    Has your understanding changed since?
         7          A.    No.
         8          Q.    Have you since come to understand that Ripple
         9    did, in fact, sell into or related to information that
04:41   10    was being released into the market about XRP?
        11          A.    I'm sorry.  Could you repeat that?
        12          Q.    Have you --
        13    Since the date of this post, have you come to
        14    understand whether Ripple has in fact sold into the
04:41   15    release of information about XRP?  Sold XRP?
        16          A.    Into the release of -- sorry.  I don't
        17    understand the question.
        18          Q.    Yeah, so -- it's poorly worded.  Have you --
        19    Since the date of this post, have you come to
04:41   20    understand whether Ripple has, in fact, sold XRP in
        21    conjunction with its release of information about XRP?
        22          A.    No.
        23          Q.    If that were true, would you consider that
        24    manipulating the market, as you used the terms here?
04:41   25                    MR. CERESNEY:  Objection.

                                                                  317

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

04:41  1                    THE WITNESS:  I would have to look at the
       2              facts and circumstances of the particular
       3              situation.
       4  BY MR. TENREIRO:
04:41  5        Q.    What do you mean by "manipulate the markets"
       6  in this post?
       7        A.    What I mean is that Ripple would -- would be
       8  using programmatic sales to engineer some particular
       9  price.
04:42 10        Q.    That would be manipulating the market?
      11        A.    I believe at the time that that would be,
      12  yes.
      13        Q.    Has that believe changed today?
      14        A.    I still believe that if Ripple -- if Ripple
04:42 15  sold with the goal of producing particular pricing
      16  changes, that that -- I would consider that market
      17  manipulation.
      18        Q.    Let's go to Exhibit 35.
      19                   (Thereupon, a 10-page printout from
04:42 20              Bitcoin Forum entitled "Latest posts of
      21              JoelKatz" dated 5/30/17 was introduced as DS
      22              Exhibit 35 for identification.)
      23  BY MR. TENREIRO:
      24        Q.    Let's see if we can get to the end.  This is
04:42 25  going to be a Bitcoin Forum.  By the way, before you

                                                                318

04:42  1    look at it, have I -- is there any forum I haven't

       2    covered?

       3         So I've covered Reddit, Bitcoin Forum, Xrp Chat,

       4    Twitter.  Am I missing one?

04:42  5         A.    There's a Bitcoin Stack Exchange Forum.

       6         But most of those posts are about Bitcoin.  They're

       7    not as interesting.  That would have Ripple-related

       8    posts relating to Ripple or XRP?

       9         Q.    By you.

04:43 10         A.    By me?  You certainly got the biggest ones.

      11    I -- I can't think of any others.

      12              MR. TENREIRO:  Okay.  Good job, guys.

      13              THE WITNESS:  You got Quora?  Quora was

      14         on that list, right?

04:43 15    BY MR. TENREIRO:

      16         Q.    I didn't see it.  Quora?  Okay.

      17         A.    If Quora was not on that list, there would

      18    probably be quite a bit on Quora.

      19         Q.    Okay.  All right.  So now back to this one.

04:43 20    On page 6, there appears to be a response to you on May

      21    27, 2017 about -- you know, "FUD."

      22         So let's just start -- we've had it at another

      23    deposition, but for the record, this one -- what does

      24    "FUD" mean?

04:43 25         A.    "FUD" is fear, uncertainty, and doubt.

                                                                319

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

04:43  1        Q.     And that's a -- sort of a [inaudible]

       2  community term?

       3        A.     Yes.

       4        Q.     Something bad, generally speaking?

04:43  5        A.     Yes.

       6        Q.     And bad, because it affects the -- it could

       7  potentially could affect the price of an asset?

       8        A.     Some people might be concerned for that

       9  reason.

04:43 10        Q.     Why was Ripple concerned?  Was Ripple

      11  concerned about FUD about XRP?

      12        A.     Yes.

      13        Q.     Why?

      14        A.     Ripple was concerned that people having

04:44 15  misinformation about XRP or Ripple or Ripple's products

      16  might discourage them using XRP or Ripple's products,

      17  even where that was the best solution to the products

      18  they had.

      19        Q.     So is it fair to say that Ripple undertook

04:44 20  efforts to combat FUD with respect to Ripple or XRP?

      21                MR. CERESNEY:  Objection.

      22                THE WITNESS:  I would say I certainly

      23             responded to FUD when I saw it and some other

      24             people at the company did.

      25

                                                              320

```
04:44    1   BY MR. TENREIRO:
         2        Q.    Who?
         3        A.    I know ████████████ did at the time.  I
         4   think Brad did.
04:44    5        Q.    Isn't it fair to say that at times, Ripple's
         6   communications department instructed you or suggested to
         7   you that you might combat FUD by making certain Tweets?
         8        A.    I think there probably were fewer than a
         9   dozen times where Tweets were suggested, and some of
04:44   10   those -- I mean, I can't say right now whether any of
        11   those were aimed at combating FUD.
        12        Q.    Okay, so let me try my question again.  Is it
        13   fair to say that Ripple undertook efforts, as far as you
        14   know, to combat FUD with respect to Ripple or XRP?
04:45   15        A.    Ripple employees responded to FUD on social
        16   media forums.
        17        Q.    Okay.  Here, you say:
        18        "Correct.  Ripple has consistently defended the XRP
        19   market from dumping by insiders."  What do you mean by
04:45   20   "dumping by insiders"?
        21        A.    By "dumping by insiders," I mean people who
        22   received large amounts of XRP either from Ripple or from
        23   the creation of the XRP Ledger in the early days selling
        24   large amounts.
04:45   25        Q.    And what do you mean, "defend the XRP
```

                                                              321

04:45  1   market"?

2          A.    What I mean is that --

3          What I mean is that dumping by insiders could

4   produce people who had very large amounts of XRP that

04:45  5   they didn't have to spend resources to get, and they

6   could use that, for example, to spam the XRP Ledger with

7   large numbers of transactions or other nefarious

8   purposes.

9          Q.    You say:

04:46 10   "We've gone to court to do it, and we've negotiated

11   the agreements to do it."  Do you see that?

12          A.    Yes.

13          Q.    Has Ripple gone to court to stop people from

14   spamming the XRP Ledger with transactions?

04:46 15          A.    No.

16          Q.    Has Ripple gone to court to stop people from

17   selling XRP?

18          A.    Yes.

19          Q.    That's ███████████?

04:46 20          A.    Yes.

21          Q.    Okay.  Why is that, defending the XRP market,

22   stopping ███████████ from selling XRP?

23          A.    If someone received a large amount of XRP at

24   a very, very low price, they could use that to spam the

04:46 25   XRP Ledger.

                                                              322

04:46  1        Q.     How would -- I'm sorry.  Was ████████

2  spamming the XRP market?

3        A.     The concern wasn't that he would.  The

4  concern was that someone who bought the XRP from him

04:46  5  could.

6        Q.     That they could buy it at a very low price?

7        A.     Right, and therefore they would -- the cost

8  to attack the ledger would go down.

9        Q.     What was the -- at this time, what was the

04:46 10  cost per transaction?

11        A.     At this time -- this was 2017?  I believe at

12  this time, the -- there was 20 XRP reserve per account,

13  and the cost per transaction was very, very small, like

14  a hundred-thousandth of an XRP.

04:47 15        Q.     A hundred-thousandth?  And the smallest unit

16  did you say was one one-millionth?

17        A.     Correct.

18        Q.     So one one-hundred thousandths of an XRP is

19  called a "drop"?

04:47 20        A.     A drop is one one-millionth.  A transaction

21  fee was 10 drops, and I think at that time, it was 10

22  drops.

23        Q.     At some point, it was 20?

24        A.     I don't -- I don't really remember.  I

04:47 25  believe it did drop over time, but I can't recall right

323

04:47  1    now.

2          Q.      Okay, so the concern was --

3          Well, the concern with ███████ selling his XRP

4    was that someone could acquire it to spam the XRP

04:47  5    Ledger?

6          A.      That someone could acquire it at a very low

7    price, and therefore, the cost to attack the XRP Ledger

8    would go down.

9          Q.      Was he selling it at a very low price?

04:47 10          A.      I don't know.

11          Q.      And how does that defend the XRP market?

12          A.      At the time -- at the time -- actually ...

13          There were times when I believed that failures of

14    the underlying ledger technology would affect the

04:48 15    markets for assets, and I either believed that at the

16    time or was expressing that concern here.

17          Q.      And were you expressing here that the market

18    should expect Ripple to stand up to stop any such

19    potential attacks on the XRP market?

04:48 20          A.      I would hope that someone wouldn't draw that

21    conclusion from this, and what I hoped that they would

22    conclude --

23          And because I said, "by insiders," what I meant was

24    we would take care to ensure we didn't cause those types

04:48 25    of problems; not necessarily we would protect from

                                                              324

04:48  1   all -- that we wouldn't be a bad actor, not necessarily

       2   that we would affirmatively be some sort of defender.

       3        Q.    Okay.  You wouldn't be a bad actor, because

       4   you would be the largest holder of XRP for many, many

04:49  5   years?

       6        A.    Yes.

       7        Q.    Okay, and you're still the largest holder of

       8   XRP today?

       9        A.    Yes.

04:49 10        Q.    And you expect that to continue for many,

      11   many years?

      12        A.    Yes.

      13        Q.    Okay, and is there an entity sort of that you

      14   know of that does engage in this sort of effort with

04:49 15   respect to Bitcoin?

      16        So, for example -- you know, going to court to stop

      17   dumping by insiders?

      18             MR. CERESNEY:  Objection.

      19   BY MR. TENREIRO:

04:49 20        Q.    Just that you know of.

      21        A.    Not that I know of.

      22        Q.    And what about for Etherium?

      23        A.    I don't know the role that the various

      24   institutions inside the system play.

04:49 25        Q.    Okay.  Let's look at Exhibit 39, please.

                                                              325

04:50  1                        (Thereupon, a 24-page document entitled
       2                "Can the first usage of xRapid actually flood
       3                the market with XRP? - Page 3 - General
       4                Discussion - Xrp Chat" was introduced as DS
04:50  5                Exhibit 39 for identification.)
       6   BY MR. TENREIRO:
       7      Q.    Back to Xrp Chat.  This is 2017 -- November
       8   of 2017, page 16.
       9                   (Pause.)
04:50 10                   THE WITNESS:  Yes.
      11   BY MR. TENREIRO:
      12      Q.    Okay, so you're talking about designing
      13   programmatic sales again?
      14      A.    Yes.
04:51 15      Q.    You say:
      16   "I admit that I find it" --
      17   "I admit that I do find it somewhat difficult to
      18   believe that the effect on price is negligible."  Are
      19   you talking there about programmatic sales?
04:51 20      A.    Yes.
      21      Q.    So is it fair to say that at least in 2017,
      22   it is your intuition that Ripple's programmatic sales,
      23   despite being -- you know, channeled through experts,
      24   had some downward effect on the price of XRP?
04:51 25      A.    Yes.

                                                                326

04:51   1        Q.    Have you exchanged your mind since then?

        2        A.    I'm -- I'm less certain now than I was then.

        3   It still doesn't seem intuitively right to me.

        4        Q.    Okay.  Why?

04:51   5        A.    Just doing back-of-the-envelope math, just

        6   calculating the -- the -- just from basically just

        7   looking at the percentage of sales of Ripple and trying

        8   to forecast without them there.

        9        Q.    And then, you say, "My own

04:51  10   back-of-the-envelope math suggests that the price is

       11   probably about one cent lower now than it would have

       12   been if Ripple stopped its programmatic sales one year

       13   ago."

       14        So just in other words, if Ripple had stopped

04:52  15   selling a year before, perhaps the price of XRP would be

       16   one cent higher than it was at the time?

       17        A.    Yes, and I explained the methodology here,

       18   which is reconfiguring the market cap with or without.

       19        Q.    Then, you say:

04:52  20        "It ignores two ways Ripple sales can put upward

       21   pressure on the price."  Do you see that?

       22        A.    Yes.

       23        Q.    "One is when Ripple releases XRP, the

       24   overhang of Ripple" -- sorry -- "the overhang of XRP

04:52  25   Ripple can release in the future is reduced."  Do you

                                                              327

04:52   1    see that?

2         A.    Yes.

3         Q.    Explain, please, what you mean by the

4    "overhang of XRP."

04:52   5         A.    By the "overhang" here, I mean the risk that

6    Ripple would sell a large amount of XRP in a short

7    period of time and reduce the short-term price.

8         Q.    So as Ripple has less XRP to sell, the risk

9    that Ripple will sell a lot of XRP goes down?

04:52  10         A.    Right.

11         Q.    And that, you believe, might increase the

12    price of XRP?

13         A.    If that overhang is priced in, having a

14    downward effect, then the absence of that overhang could

04:53  15    eliminate that downward effect.

16         Q.    Was the escrow, in part, designed to

17    eliminate that overhang effect?

18         A.    I think there was a belief that the escrow

19    could reduce that overhang effect.

04:53  20         Q.    And do you -- okay.  Then, you say:

21    "The second part is when Ripple gets cash for XRP,

22    that increases Ripple's ability to executes on its plans

23    for XRP.  If the probability of Ripple's successful

24    execution of its XRP strategy is part of the price of

04:53  25    XRP, then growth in Ripple's reward chat should put

328

04:53  1    upward pressure on the price."

2         So let me see if I can unpack this part.  Are you

3    saying here that to the extent that part of the price of

4    XRP is Ripple's chances of successful execution than if

04:53  5    Ripple has more money to successfully execute a

6    strategy, that could put upward pressure?

7         Is that what you're saying?

8         A.    To that extent, yes.

9         Q.    Is the probability of Ripple's successful

04:54 10   execution of its XRP strategy part of the price of XRP?

11        A.    I have not seen evidence that that is the

12   case.

13        Q.    Have you seen evidence that it's not the

14   case?

04:54 15        A.    Yes.

16        Q.    What evidence?

17        A.    Lack of correlation between news that would

18   impact Ripple's successful execution of the strategy not

19   correlating to changes in the price.

04:54 20        Q.    And since when did you see that evidence?  Is

21   it after this point?

22        A.    It was not -- it was not one particular point

23   where that evidence -- it's just a gradual accumulation

24   of evidence that gradually changes my view.

04:54 25        Q.    And how --

329

04:54  1    When you were doing that analysis, did you

2  determine -- you know, which news you would expect to

3  have a price effect that you did not see a price effect?

4    A.   We looked at news that we thought would

04:54  5  impact Ripple's perceived probability of success.

6    Q.   Who is "we"?

7    A.   Myself and other people at Ripple.

8    Q.   Be more specific, please.

9    A.   I don't recall who the analysis was done by.

04:55 10    Q.   Did it -- did the conversations include

11  Mr. Garlinghouse?

12    A.   I don't believe Mr. Garlinghouse was involved

13  in the preparation of that information.

14    Q.   But the receipt of it?  The review of the

04:55 15  final analysis?

16    A.   I believe he would have seen it.

17    Q.   What about Mr. Larsen?

18    A.   I think it's less likely that he would have

19  seen it.  He was not as actively involved in the company

04:55 20  at that time.

21    Q.   Okay, and we looked at news --

22    I think I'm quoting your answer.  "We looked at

23  news that we thought would impact Ripple's perceived

24  probability of success."  Why Ripple's as opposed to

04:55 25  XRP's?

330

04:55  1        A.      Well, the question here is whether -- the
       2    question you asked about is whether the probability
       3    of -- whether changes in the probability of Ripple's
       4    successful execution of its XRP strategy is part of the
04:55  5    price of XRP.
       6        So for that analysis, you would look at news events
       7    that impact the perception of Ripple's successful
       8    execution of its XRP strategy.
       9        Q.      Is it fair to say that sometimes Ripple made
04:56 10    announcements of business activities that did not have
      11    to do with XRP?
      12        A.      Yes.
      13        Q.      And did you --
      14        When you analyzed the effect or lack of effect, did
04:56 15    you consider those news events as moments when you
      16    analyzed whether there was a correlation?
      17        A.      We looked at both of those as two hypotheses.
      18    One, that people -- that Ripple's probability of success
      19    generally was a factor in the price of XRP and one that
04:56 20    the success of Ripple's XRP strategy affected the
      21    price -- was a factor in the price of XRP.
      22        So those are two separate hypotheses.  One is sort
      23    of a subset of other.
      24        Q.      Yeah, and you've concluded there's no
04:56 25    correlation with respect to both the hypotheses?

                                                            331

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

04:56 1      A.      We were unable to find any consistent

2    correlation.  There were one or two incidents where

3    there -- there did seem to be correlation in time and

4    very short-term spikes in price, but not enough to draw

04:56 5    a conclusion.

6         Q.      What were those?

7         A.      I -- I cannot remember.  I -- I know -- I

8    know the instances that we looked at included things

9    like -- things like the MoneyGram partnership

04:57 10   announcement, but I --

11        I don't recall which were the two -- there were two

12   cases where there was a correlation in time.  I don't

13   remember what those two incidents were.

14        Q.      Was one of them the escrow announcement?

04:57 15        A.      I'm sure that's one of the ones we looked at.

16   I don't remember whether that's one of the ones where we

17   did see a short-term increase or not.

18        Q.      Who would have the sort of results of this

19   analysis or where is it?

04:57 20        A.      I don't know.

21        Q.      Does the company have it?

22        A.      Yeah, I would assume so, but I don't know for

23   sure.

24        Q.      Was listing on the exchanges one of the

04:57 25   events you looked at?

332

04:57   1        A.    We did look at listing on -- listings on

        2   exchanges to see if we saw a correlation in price.

        3        Q.    Do you recall reaching a conclusion?

        4        A.    My recollection was there was in the early

04:57   5   days, particularly when one listing was -- if

        6   cryptocurrency has only two listings, the third listing

        7   could be significant, and there were these short-term

        8   spikes in price, and then over time, the market didn't

        9   seem to care anymore.  Even for cryptocurrencies that

04:58  10   had very few listings in the market.  The one exception

       11   was a cryptocurrency's very first listing.

       12        Q.    Okay.

       13        A.    Because there kind of wasn't a price before

       14   that, so you almost can't even make a comparison.

04:58  15        Q.    What was your first listing?

       16              MR. CERESNEY:  "Yours" meaning?

       17   BY MR. TENREIRO:

       18        Q.    XRP's.

       19        A.    XRP's?  This is going way back.  I think it

04:58  20   might have been a company called ███████, which doesn't

       21   exist anymore.

       22        Obviously, that was a very significant listing, but

       23   there were no significant exchanges at that point at

       24   that time.

       25

                                                                 333

04:58  1     Q.    Yeah.  The point you're making here, about

2    "When Ripple releases XRP, the overhang of XRP Ripple

3    can release in the future is reduced" --

4    Is that point still true today to the extent that

04:58  5    overhang is priced in Ripple reducing the amount of XRP

6    it holds might have upward pressure on the price?

7    A.    To the extent that's produced in, it would

8    have -- it could have some upward pressure.

9    Q.    Do you have any views what that's priced in

04:59 10    today?

11    A.    It should be, but it's not.

12    Q.    What about the second point, the probability

13    of Ripple's successful execution of its XRP strategy?  I

14    understand your correlation point.

04:59 15    A.    Yeah.

16    Q.    Do you have an understanding whether that's

17    priced into the price of XRP?

18    A.    I don't think so, because you would expect

19    there to be more of -- if it was priced in, a change in

04:59 20    it should change the extent to what it's priced in, and

21    we haven't seen that.

22    So I think while those are reasonable things to

23    expect, the evidence, surprisingly, doesn't support

24    those views.  At least, surprising to me.

04:59 25    Q.    And did you consider the impact of Ripple's

334

04:59  1    sales of XRP into the market that the time as -- you

       2    know, whether they would have an effect on price?

       3         A.    At this time, I personally did that

       4    back-of-the-envelope calculation, essentially

04:59  5    imagining -- basically, running a counterfactual where

       6    Ripple doesn't engage in those trades and assuming all

       7    other trades are equal.

       8         Q.    Sorry.  I think I was not clear.  So when

       9    you're doing --

05:00 10         You said people at Ripple did analysis of the

      11    correlation and found maybe there were a couple

      12    instances where there were some, but less correlation

      13    than you expected?

      14         A.    Right.

05:00 15         Q.    Okay.  When you were doing that analysis, did

      16    you sort of control for the fact that Ripple might have

      17    been making sales into the market such that those sales

      18    might be putting some downward pressure on the price, as

      19    you intuitively suggest here?

05:00 20                   MR. CERESNEY:  Objection to the form.

      21                   THE WITNESS:  I -- I don't know.

      22    BY MR. TENREIRO:

      23         Q.    You don't know if you included that or not,

      24    if you controlled for that or not?

05:00 25         A.    I did not look closely at the analysis.

                                                              335

05:00  1          Q.    Do you think that's something you should look

       2    at if you're doing that correlation analysis?

       3                    MR. CERESNEY:  Objection.

       4                    THE WITNESS:  I'm not an economist,

05:00  5              but -- I don't know what you should control

       6              for.

       7    BY MR. TENREIRO:

       8          Q.    Okay, and you also don't know who has the

       9    company's results of the analysis; is that right?

05:01 10          A.    I don't know.

      11          Q.    Could you figure that out by like searching

      12    your e-mail or -- I'm just trying to figure out how I

      13    would get my hands on that.  Perhaps the wrong use of --

      14                    MR. CERESNEY:  Objection.

05:01 15                    MR. TENREIRO:  Perhaps the wrong use

      16              of --

      17                    MR. CERESNEY:  For several reasons.

      18                    THE WITNESS:  I -- I have a recollection

      19              that I saw the report, but it may just be that

05:01 20              it was discussed.  I don't know -- I'm not

      21              even positive I saw the actual document.

      22              I know there was a meeting where the

      23              conclusions were discussed.  My recollection

      24              is that that was ███████ meeting, but I'm

05:01 25              not sure at this point.

                                                                    336

05:01  1   BY MR. TENREIRO:

       2        Q.   Okay.  All right.  Let's look at Exhibit 52.

       3             (Thereupon, a 10-page document entitled "I

       4         am David Schwartz, Chief Cryptographer at

05:01  5         Ripple.  AMA!" was introduced as DS Exhibit 52

       6         for identification.)

       7   BY MR. TENREIRO:

       8        Q.   There's a Reddit, "AMA," meaning "Ask me

       9   anything," right?

05:01 10        A.   Uh-huh.  Yes.

      11        Q.   Okay, and this appears to be --

      12        This is 50 pages, and I've only printed 10 of them

      13   to save some trees, and I'm going to ask you about pages

      14   3, 6, and maybe 9.  Sorry, 8.  I believe this is from

05:02 15   2018.

      16             (Thereupon, an informal discussion was

      17         held off the record.)

      18             MR. CERESNEY:  Is this printed out in the

      19         sequence which the questions and answers

05:02 20         occur?  Do you know, Jon?

      21             MR. DANIELS:  I believe these are

      22         uploaded.  These are based on votes.  It's not

      23         really a conversation.

      24             MR. CERESNEY:  And it --

05:02 25             Would Mr. Schwartz's response be to the

                                                            337

05:02  1          question immediately before?  I'm just asking

       2          because if it's showing him an excerpt, I just

       3          want to make sure the rest of it's not --

       4              MR. TENREIRO:  My belief --

05:02  5              My understanding is his responses are --

       6          as you see here, his responses are the most

       7          popular -- you know, upvoted responses to the

       8          original post.

       9              MR. CERESNEY:  Okay, but -- but is --

05:03 10              Can you see the questions to which he's

      11          responding in this -- in the printout?

      12              MR. TENREIRO:  Yeah.  It's not questions.

      13          He responds to --

      14              He can correct me if I am wrong.  There's

05:03 15          a post that's made that I believe he started.

      16          "I am the Chief Cryptographer and one of the

      17          the original architects," and then people

      18          comment.

      19              There's 520 comments.  People start

05:03 20          upvoting the comments that are responding to

      21          his post, and then he responds to a comment.

      22              MR. CERESNEY:  Okay.  So what I'm

      23          saying --

      24              MR. TENREIRO:  It's not questions he's

05:03 25          responding to.  It's more comments.

                                                              338

05:03    1                    MR. CERESNEY:  But you have the comment

         2            he's responding to in this comment?

         3                    MR. TENREIRO:  Yes.  It's right above his

         4            post.

05:03    5    BY MR. TENREIRO:

         6        Q.    Mr. Schwartz, did you understand that to be

         7    the presentation as I described it?

         8        A.    Yes.

         9        Q.    Okay.  So, for example, just to start as an

05:03   10    example, on page 3, in the middle, ███████████ says,

        11    "Hi, David.  ████████ mentioned (in the interview at

        12    Google) that 'XRP is not static' and open for

        13    improvement.  Could you elaborate on the possibilities?"

        14        Then you say:

05:04   15        "Ripple has a team of talented developers working

        16    on improving the scalability and reliability of the XRP

        17    Ledger."

        18        I'm not going to read all of it, but just sort of

        19    reading that, do you understand that seems to be a

05:04   20    response to the "Hi, David" comment above?

        21        A.    Yes.

        22        Q.    Okay, so what are you talking about there?

        23    What is Ripple's team of talented developers doing

        24    there?

05:04   25        A.    Making the ledger more powerful, increasing

                                                                      339

05:04  1   its feature set.  I cite specifically features like
       2   payment channels and escrows that originated at Ripple.
       3        Q.    On page 6, you say in the middle:
       4        "XRapid is our first enterprise product delivering
05:04  5   payments bridged by XRP."
       6        Can you explain what that means?
       7        A.    Yes.  The thesis behind xCurrent and the
       8   RippleNet strategy was to enable enterprises to bridge
       9   payments using XRP.  XRapid actually delivered on that.
05:05 10        Q.    That was the first time that there was a
      11   product that was using XRP, potentially?
      12             MR. CERESNEY:  Objection.
      13             THE WITNESS:  That was that first time
      14             there was a Ripple product that used XRP to
05:05 15             bridge off ledger payments.
      16   BY MR. TENREIRO:
      17        Q.    As opposed to the exchange we discussed?
      18        A.    The decentralized exchange, which could
      19   bridge on the payments.
05:05 20        Q.    Okay, so on page 9, you say:
      21        "I think three things really set XRP apart from any
      22   other digital asset.  One is the amazing team of
      23   dedicated professionals that Ripple has managed to
      24   unmask the valid ecosystem around XRP."
05:05 25        Why is Ripple's team setting XRP apart from other

                                                              340

```
05:05   1   assets?
        2                   MR. CERESNEY:  Hold on.  I think you said
        3           page 9.
        4                   MR. TENREIRO:  It's page 8.
05:05   5                   THE WITNESS:  Starts on page 8.
        6                   MR. CERESNEY:  Hold on, David.  Take a
        7           look at that.
        8   BY MR. TENREIRO:
        9       Q.    Yeah, take a look.
05:05  10       A.    So the question I'm responding to is really
       11   specifically focused on the difference between ███████
       12   and Ripple --
       13       Q.    Uh-huh.
       14       A.    -- and the core difference between ███████
05:06  15   and Ripple is the team that built the ledger went on to
       16   work at Ripple.
       17       Q.    Well, you say:
       18       "I think three things really set XRP apart from any
       19   other digital asset."  You say your testimony is just
05:06  20   setting it apart from ███████?
       21       A.    No.  I think -- I think I'm -- I think I
       22   picked that -- I think one of the reasons I picked that
       23   particular thing like to list first and to call out was
       24   because of this particular combination of ███████.
05:06  25       But I do agree that you could -- you could make a
```

                                                                341

```
05:06   1   similar comparison with any other digital asset and
        2   there will be differences.  You know, there would be
        3   differences, so this is also something that will set XRP
        4   apart, perhaps not the same extent as other digital
05:06   5   assets.
        6        Q.    Those include Bitcoin and Etherium?
        7        A.    Yes.
        8        Q.    Let's move on to Exhibit 57.
        9              (Thereupon, a 38-page document entitled
05:06  10        "Why the world needs Ripple XRP - Whitepaper"
       11        dated January 15, 2020" was introduced as DS
       12        Exhibit 57 for identification.)
       13   BY MR. TENREIRO:
       14        Q.    If Ripple sort of disappeared today,
05:07  15   what's -- what's -- what do you think would happen to
       16   the ODL product?
       17        A.    I don't think the ODL --
       18              MR. CERESNEY:  Objection.  Objection.  Go
       19        ahead.
05:07  20              THE WITNESS:  I don't think the ODL
       21        product coexist without Ripple, because it's a
       22        Ripple product.
       23   BY MR. TENREIRO:
       24        Q.    In what ways does Ripple -- you know, help
05:07  25   the existence of the ODL product?
```

                                                                    342

05:07   1        A.    Well, Ripple developed the software.  Ripple

        2   owns the software.  It's a proprietary Ripple product,

        3   so someone else who wanted to continue it would have to

        4   develop the software themselves to meet the requirements

05:08   5   of the product.

        6        Q.    Are there other ways in which Ripple makes

        7   efforts with respect to the product other than

        8   developing the software?

        9        A.    (No response).

05:08  10        Q.    I think you mentioned some partnerships with

       11   exchanges.  Are there other things that Ripple does with

       12   respect to the --

       13        A.    Ripple pitches the products to customers,

       14   gets them to sign contracts and so on.

05:08  15        Q.    Relationships with market makers for

       16   liquidity on certain corridors?

       17        A.    For corridors that -- yeah, the rate would

       18   not be as high without those market makers.

       19        Q.    And do you --

05:08  20        Would the product be viable without those

       21   product -- those market makers?  At least, on the U.S.

       22   dollar/Mexican peso corridor?

       23               MR. CERESNEY:  Objection.

       24   BY MR. TENREIRO:

05:08  25        Q.    As far as you know?

                                                              343

05:08  1        A.    I think the --

       2        I think today, the USD/MXN peso corridor would be

       3    viable at a lower volume level without -- without Ripple

       4    incentivizing the market makers.

05:08  5        Q.    And when did that "today" start?

       6        A.    I would say probably roughly a year ago, but

       7    again, I would have to look at the volume number to say.

       8        Those payments had to be fairly small.  They tend

       9    to be around $300 or so, which means you don't need that

05:09 10    much liquidity in that market.

      11        Q.    The market makers buy XRP for Mexican pesos?

      12        A.    Yes.

      13        Q.    On that side of the tranche?

      14        A.    Yes.  They buy XRP, and they provide the

05:09 15    Mexican pesos that are delivered to the recipient.

      16        Q.    Where do they get the Mexican pesos from?

      17        A.    Whatever sources they have.  Probably foreign

      18    exchange.

      19        Q.    Like a foreign exchange with a bank or ...

05:09 20        A.    I mean, I'm -- I'm speculating.  I'm

      21    speculating, here.

      22                    MR. CERESNEY:  And so therefore?

      23                    THE WITNESS:  Yeah, I can --

      24                    I could speculate where they would get

05:09 25              them from, but --

                                                                  344

05:09  1                    MR. CERESNEY:  But you're not going to.

       2                    THE WITNESS:  -- wherever market makers

       3            will get Mexican pesos from.

       4   BY MR. TENREIRO:

05:09  5        Q.    Do you know in this context?

       6        A.    I don't.

       7        Q.    Okay.  Let's move on.

       8        So what I have is Exhibit 57.  I wanted you to look

       9   at pages 19 and 21, please.  This one is called "Why the

05:10 10   World Needs Ripple XRP."

      11        A.    Yes.

      12        Q.    You know, in the middle you say:

      13        "In practice, we probably have a lot of power right

      14   now."  Is that power over the Ripple Ledger?  Is that --

05:10 15        A.    Which page?

      16                    MR. CERESNEY:  Nineteen.

      17                    THE WITNESS:  Yeah, and I clarify

      18            precisely what I mean in the next sentence.

      19                    "We could probably do some evil at the

05:10 20            margins for a short period of time," so

      21            that -- that's about sort of short-term

      22            operational, yeah.

      23   BY MR. TENREIRO:

      24        Q.    Yeah, but if you did something evil, people

05:10 25   would stop following you, essentially, is what you're

                                                                345

05:10  1  saying?

2      A.    Right.  We would immediately lose that power.

3      Q.    And that's probably still true today, to the

4  extent you have any power?

05:11  5  A.    Right.

6      Q.    So Ripple's incentivized by sort of market

7  reactions to not do something "evil"?

8      A.    Yeah.

9      Q.    Later, you say:

05:11 10  "On the other hand, we do hold an awful lot of XRP.

11  We could, for example, crash the market for XRP by

12  selling a huge amount in a short period of time.  That

13  will hurt us more than anyone else."

14      Why is that the case?  Or why was that the case in

05:11 15  2017?

16      A.    Because we hold more XRP than anyone else

17  does.

18      Q.    But why would crashing the price help -- hurt

19  you?

05:11 20  A.    That could impact the long-term price, which

21  would mean that we couldn't use our XRP for any of the

22  business purposes that we talked about.

23      Q.    Including revenue and developing uses?

24      A.    It would include all of them.

05:11 25  Q.    Is that still true today, that if you did

                                                              346

05:11  1    something to crash the market for XRP by selling a huge

2    amount, that would hurt you more than anyone else?

3            A.    I believe so.

4            Q.    For the same reasons we just discussed, your

05:11  5    inability -- you couldn't use your XRP for any of the

6    business purposes that we talked about?

7            A.    Right.

8            Q.    Okay.  Then, you say:

9            "Our comment has demonstrated to date precisely the

05:12 10    opposite.  We've worked to lock up XRP and we've

11    discussed our plans for how we will release XRP to the

12    world."

13            What do you mean there?

14            A.    What I mean is that we've acted in our own

05:12 15    interest.

16            We haven't -- we haven't done long-term damage to

17    the XRP ecosystem, because we have an incentive not to

18    do that.

19            Q.    Later, you say:

05:12 20            "If you think we will be good stewards and our

21    plans are likely to build them in, then you will tend to

22    expect the price to go up."

23            Please explain that.

24                    (Pause.)

05:12 25                    THE WITNESS:  I think at that time I did

347

05:13  1              believe the prices were responsive or would be
       2              responsive to -- to specific factors of the
       3              individual projects.
       4    BY MR. TENREIRO:
05:13  5         Q.    And why you expressing these views publicly?
       6              (Pause.)
       7    BY MR. TENREIRO:
       8         Q.    Other than to annoy Mr. Ceresney?
       9              MR. CERESNEY:  If you recall.
05:13 10              (Pause.)
      11              THE WITNESS:  I mean, I ... I don't know
      12          why I was saying that in this particular
      13          context at this -- at that time.
      14    BY MR. TENREIRO:
05:13 15         Q.    Okay.  Are you aware of Ripple pausing or
      16    stopping programmatic sales to stabilize the price of
      17    XRP?
      18         A.    I am aware that Ripple paused programmatic
      19    sales at some point.  I'm not sure why.
05:14 20         Q.    Are you aware of any programmatic purchases
      21    to stabilize and increase the price of XRP?
      22         A.    No.
      23         Q.    Okay.
      24         A.    Well, I'm -- I am aware -- programmatic
05:14 25    purchases?  No.

                                                              348

05:14   1        Q.    Okay.  Let's put that aside, Mr. Schwartz.

        2   At any point --

        3        At any point in time -- and then we can be more

        4   specific, but at any point in time, did you have a view

05:14   5   as to whether increasing the use cases for XRP could

        6   increase its demand?

        7        A.    Yes.

        8        Q.    Do you still hold that view today?

        9        A.    I hold the view that that may become true at

05:14  10   some time in the future but is not currently true and

       11   hasn't been in most -- in the past.

       12        Q.    Then it could become true that increasing the

       13   use cases for XRP could potentially increase the demand

       14   for XRP?

05:15  15        A.    Yes, at some future point.

       16        Q.    Is Ripple still engaged in efforts to

       17   potentially increase the use for XRP?

       18             MR. CERESNEY:  Objection.  Objection.

       19   BY MR. TENREIRO:

05:15  20        Q.    Okay.

       21        A.    Ripple is still -- has -- still has engineers

       22   who are developing the XRP Ledger, but Ripple releases

       23   software that enables people to use the XRP ledger and

       24   so on.

05:15  25        Q.    So is that a "yes"?

                                                              349

05:15 1      A.    Yes.

2                MR. CERESNEY:  I think he's answered the

3           question.

4    BY MR. TENREIRO:

05:15 5      Q.    Well, is Ripple still engaged in efforts to

6    potentially increase the uses?

7         I just want to understand whether releasing

8    software that enables people to use the software

9    ledger --

05:15 10      Are you saying that also could increase the use of

11   XRP itself?

12           A.    It --

13                MR. CERESNEY:  So -- hold on.  Objection

14           to the form.  I think that was a compound

05:15 15           question.

16                If you can rephrase the question, he can

17           answer the question.

18   BY MR. TENREIRO:

19           Q.    All right, so my question was:  Is Ripple

05:16 20   still engaged in efforts to potentially increase the use

21   for XRP?

22        Your answer -- paraphrasing -- was about engineers

23   enabling people to use the software ledger, so my

24   question is slightly different.

05:16 25      Is Ripple still engaged in efforts to potentially

                                                          350

05:16   1    increase the use of XRP itself?

        2                MR. CERESNEY:  Objection.

        3                THE WITNESS:  I listed things that we're

        4           doing.  I don't know that I would characterize

05:16   5           them that way.

        6    BY MR. TENREIRO:

        7        Q.    How would you characterize those?

        8        So releasing software, for example, that enables

        9    people to use the software ledger, you would not

05:16  10    characterize it as potentially increasing the use of XRP

       11    itself?

       12        A.    I -- I would say that making it easier for

       13    people to use the XRP Ledger could increase their use of

       14    the XRP Ledger or XRP itself.

05:16  15        Q.    Is it your testimony Ripple currently is more

       16    focused on increasing the use of the XRP Ledger than the

       17    use of XRP?

       18                (Pause.)

       19                THE WITNESS:  I don't know that I said

05:17  20           that, but I would agree with that statement.

       21                (Thereupon, a 34-page document entitled

       22           Ripple: 'The fundamental Value of XRP' - Page 5

       23           - Press - Xrp Chat" was introduced as DS Exhibit

       24           40 for identification.)

05:17  25    BY MR. TENREIRO:

                                                              351

05:17  1          Q.    Let's look at Exhibit 40, please, another

       2   chat from December 2017.

       3                    MR. CERESNEY:  What page are we on?

       4                    MR. TENREIRO:  This one will be 17.

05:17  5                    (Pause.)

       6   BY MR. TENREIRO:

       7          Q.    It seems like the post is or the comment is:

       8          "My basic understanding is that a higher price for

       9   XRP will create more liquidity, less friction, and

05:18 10   greater capacity in the network.  I know using XRP=good,

      11   but can an expert please educate us, technologically

      12   speaking?"

      13          And I think you responded:

      14          "A higher price tends to correlate with more

05:18 15   liquidity.  It's not really a direct cause and effect

      16   relationship, but they tend to move in tandem."

      17          What is the base for that statement?

      18          A.    As I've explained --

      19          Actually, I've explained that in several other

05:18 20   places, but the idea is that the higher the value of an

      21   asset is, there tends to be more liquidity.

      22          It's easiest to understand if you think of very

      23   extreme cases, like trying buy a house with Bitcoin when

      24   Bitcoin was a dollar versus when Bitcoin was $60,000.

05:18 25          Q.    You need fewer Bitcoins?

                                                              352

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

05:18   1      A.    Right, and therefore, the market can more

       2   easily supply them, even though it's the same price

       3   value, yeah.

       4      Q.    You say next:

05:18   5   "The ideal situation for Ripple would be an

       6   increasing price over the long term with few downward

       7   spikes." Why? Why do you say that?

       8      A.    Because that would maximize the value that

       9   Ripple would be able to get for the XRP it holds, and it

05:19 10   would also increase other people's desire to receive XRP

    11   to incentivize partnerships and so on.

    12      Q.    Would it also increase Ripple's revenue, as

    13   you say in the next statement?

    14      A.    Yes. A long-term increase in price would

05:19 15   increase the value that Ripple could get themselves.

    16      Q.    Later, you say:

    17   "This is my kind of dream scenario for XRP.

    18   Companies that have to make payments around the world

    19   buy XRP at below market by facilitating other people's

05:19 20   payments and using XRP to make payments below market,

    21   because they only have to pay from the 'from XRP' half.

    22      All those piles of XRP people are holding increase

    23   demand, increasing price, reducing the holding cost of

    24   XRP to zero or negative."

05:20 25      So are you explaining here that as companies might,

                                      353

05:20  1    for example, buy XRP in something like an ODL

2    transaction, that would increase the demand and

3    therefore the price of XRP?

4                    MR. CERESNEY:  Objection.

05:20  5                    THE WITNESS:  No, that's not what I'm

6            saying.

7    BY MR. TENREIRO:

8        Q.    What are you saying?

9        A.    I'm saying that if people held XRP to make

05:20 10    their payments, that would increase the value of XRP.

11       Q.    And the price?  Increased demand, increasing

12    price, correct?

13       A.    Well, preventing a decrease in price.

14       Q.    So even though it says here "increasing

05:20 15    price," you mean -- what you're saying is you mean at

16    least keeping the price the same?

17       A.    Right, and that's why I say, "holding cost of

18    XRP to zero," warning.  The concern is that it not be

19    dropping in price, not that it necessarily be increasing

05:20 20    in price.

21       Q.    Later, you say:

22       "Ripple's preferred price of XRP is as high as

23    possible, preferably increasing."

24       A.    Right.

05:21 25       Q.    What do you mean there?

354

05:21  1        A.    If the price -- I don't believe this is a

       2   possible scenario, but if the price of XRP were reliably

       3   increasing over the long term, that would not only

       4   maximize what Ripple could get by selling their XRP but

05:21  5   also the holding cost of the XRP would be zero or

       6   negative.  There would be no obstacle as using XRP as a

       7   payment source.

       8        Q.    Let's look at Exhibit 58, please.

       9              (An informal discussion was held off the

05:21 10         record.)

      11              (Thereupon, a three-page document entitled

      12         "Considering that the banks don't use XRP coins

      13         for their transactions, how can the XRP price go

      14         high even if the banks adopt the Ripple

05:21 15         platform?" dated 11/12/17 was introduced as DS

      16         Exhibit 58 for identification.)

      17   BY MR. TENREIRO:

      18        Q.    Towards the bottom, you say:

      19   "If Ripple is successful getting XRP used as a

05:22 20   vehicle asset in international payments, new corporates

      21   like AirBNB" -- I'm skipping the parenthetical -- "could

      22   significantly add to the demand for XRP."

      23   Do you see that part?

      24        A.    Yes.

05:22 25        Q.    What do you mean there?  Well, let me try to

                                                              355

05:22  1    short-circuit this -- you know, but please answer fully.

       2         Is this the same concept we discussed about if

       3    someone needs to utilize the asset, that could increase

       4    its demand for the asset?

05:22  5         A.    Yes, this is the same idea.

       6         Q.    Later, you say at the bottom:

       7         "These forces could be expected to increase the

       8    price of XRP."

       9         So is this an -- is there an expression of the idea

05:22 10    that this demand could also lead to an increase in the

      11    price of XRP?

      12         A.    Yes.

      13         Q.    Then, you say:

      14         "At least, that's what Ripple's betting on.  After

05:23 15    all, the reason we're doing this is to increase the

      16    demand for XRP to increase the value we can extract from

      17    our stash of XRP."

      18         Do you see that?

      19         A.    Yes.

05:23 20         Q.    What did you mean, "the value we can

      21    extract"?

      22         A.    I can't tell you, sitting here today, what I

      23    meant four years ago in that sentence.

      24         Q.    Does Ripple itself use XRP to bridge

05:23 25    payments?

                                                                    356

05:23  1        A.    The ODL product does.  That's a Ripple

       2   product, so Ripple's customers.  Yeah, there's an

       3   interaction there.

       4        Q.    Right, and so MoneyGram -- let's -- I know.

05:24  5        When MoneyGram was using ODL -- you know, they were

       6   relying on the ODL product to sort of, I guess, further

       7   their business, one might say?

       8        A.    Right.

       9        Q.    But was Ripple -- you know, engaged in this

05:24 10   type of -- those type of transactions itself?

      11        A.    Not to my knowledge.

      12        Q.    Okay.  To the extent -- you know, banks might

      13   use the xCurrent product, is Ripple itself using that

      14   platform as opposed to selling it or licensing it?

05:24 15        A.    No.

      16              (Thereupon, a Ripple document entitled

      17         "Where a community about your favorite things is

      18         waiting for you" dated 22 Jun 2017 was

      19         introduced as DS Exhibit 59 for identification.)

05:24 20   BY MR. TENREIRO:

      21        Q.    Okay.  Let's take a look at Exhibit 59.  This

      22   has a lot of pages.  I'm just going to ask you about the

      23   first one.

      24        A.    Yes.

05:25 25        Q.    Why are you talking about "how big you want

                                                              357

05:25  1   to dream" here?

2         The question is:  "Mathematically speaking, what is

3    the highest price Ripple could potentially get to?" and

4    you start by saying, "It all depends how big you want to

05:25  5   dream."

6         A.    Yes.

7         Q.    Why would you be dreaming about how high the

8    price -- it says "Ripple" here, but I assume it's really

9    a reference to XRP?

05:25 10        A.    Yeah.  I'm not sure of the date on this.

11        Q.    June -- June 2017.

12        A.    Yeah, I believe I assumed they meant XRP.

13        Q.    Why?

14        A.    Because I don't know what else would have a

05:25 15   price.

16        Q.    So you're talking about dreaming big with

17   respect to the price of XRP?

18        A.    As I understood the question, mathematically

19   speaking -- it requires a sort of mathematical analysis,

05:25 20   and in order to do that, you have to sort of --

21         In talking about how high something can go, you

22   have to sort of imagine -- you have to construct -- you

23   have to construct scenarios from the most plausible to

24   the -- you know, less plausible.

05:26 25        Q.    Were you ever instructed by someone at Ripple

358

```
05:26   1   not to tout XRP as potentially increasing in price?
        2                   MR. CERESNEY:  Objection.
        3                   THE WITNESS:  Not that I recall.
        4   BY MR. TENREIRO:
05:26   5        Q.   Did you have an understanding that sort of
        6   talking about potential increase in price could make XRP
        7   more attractive to investors or speculators?
        8                   MR. CERESNEY:  Objection.
        9                   THE WITNESS:  I think it stands to reason
05:26  10             that talking to -- that talking about an
       11             increase in price would be make something more
       12             attractive to speculators.
       13   BY MR. TENREIRO:
       14        Q.   Did that matter to you either way?
05:26  15        A.   No.  I just answered the question.
       16        Q.   The question that the person posed?
       17        A.   Yes.
       18        Q.   Did you -- you know, understand whether
       19   making this kind of statement could have consequences in
05:26  20   terms of the legal status of XRP under the U.S.
       21   securities laws?
       22        A.   I'm sure I wasn't thinking about that at the
       23   time.
       24        Q.   Okay.  Let's go to Exhibit 61, and then we'll
05:27  25   take a break.
```

                                                              359

05:27  1     (Thereupon, a four-page document entitled

   2    "Forbes - The Bear Case for XRP - Page 3 - Press

   3    - Xrp Chat" was introduced as DS Exhibit 61 for

   4    identification.)

05:27  5 BY MR. TENREIRO:

   6   Q.  Exhibit 61 is, I think, an excerpted chat.

   7 Let's see.  "Forbes - The Bear Case for XRP."  Do you

   8 recall that article in Forbes?

   9   A.  Yes.

05:27 10   Q.  Okay.  It's on page 3.  On December 20th,

  11 2017, you say:

  12   "There are a few technical errors, but I think the

  13 key thing is to look at his thesis."

  14   A.  Yes.

05:27 15   Q.  "He seems to concede that Ripple is building

  16 a better payments system that banks will use."  I'm

  17 skipping.  Then, you say:

  18   "Nevertheless, he's arguing that despite being able

  19 to build massive payments volume, having influence over

05:27 20 almost every aspect of the system, with a phenomenal

  21 team, a warchest with a notional value in the tens of

  22 billions, and every incentive to make it happen, and we

  23 still won't be able to get XRP to be used as a

  24 settlement asset."

05:28 25   Then, you kind of have what I will describe as sort

                       360

05:28  1   of a rhetorical conclusion to your statement.  What do

2   you mean by "influence over almost every aspect of the

3   system"?

4        A.    I believe what I meant there was this was

05:28  5   specifically talking about Ripple's payment network, and

6   I meant we choose the customers.  We write the software.

7   We develop the software.

8        Even -- you know, RippleNet is a Ripple product.

9   It's -- it's inside Ripple's control in ways that the

05:28 10   XRP Ledger is not.

11        Q.    The "warchest with a notional value in the

12   tens of billions" -- does that refer to the holdings of

13   XRP that Ripple had?

14        A.    That refers to multiplying the current price

05:28 15   of XRP times the amount of XRP that Ripple had.  That's

16   why I say, "notional."

17        Q.    Then "every incentive to make it happen."

18   What does that refer to, that sentence?

19        A.    That was Ripple's strategy at the time, was

05:29 20   to build that payment network.  That was what we were

21   focused on.

22        Q.    I just want to understand.

23        When you say, "incentives," are you talking

24   financial incentives or is there something else there

05:29 25   that's incentivizing Ripple?  For example, does it

361

05:29  1  include reputational incentives?

2      A.    I think it would, but I think I was

3  primarily --

4      I think I had financial incentives in mind there,

05:29  5  but certainly, other type of incentives probably to a

6  lesser extent as well.

7      Q.    Could you --

8      If you have any in mind, could you give them to me,

9  please?  Other type of incentives that are not financial

05:29 10  ones?

11     A.    Initially -- initially, all I was thinking

12  about financial incentives, yes.

13     Q.    Okay.

14     A.    But there are also reputational incentives as

05:29 15  well.

16            MR. TENREIRO:  All right.  Let's take a

17            break.  I just want to see how much time we

18            have left.

19            THE VIDEOGRAPHER:  Going off the record,

05:29 20            5:29.

21            (Recess taken at 5:29 p.m.)

22            (Resumed at 5:45 p.m.)

23            THE VIDEOGRAPHER:  Back on the record at

24            5:45.

25

362

05:45  1    BY MR. TENREIRO:

       2        Q.    So Mr. Schwartz, is it fair to say over the

       3    course of certain years, you held the view that Ripple's

       4    efforts to develop a use for XRP might potentially

05:46  5    increase demand and therefore the price of the asset?

       6        A.    There were times when I believed that -- that

       7    the price and demand could be influenced by what Ripple

       8    was doing to build a use case for XRP.

       9        Q.    Is it fair to say that, as we've seen over

05:46 10    the course of some exhibits today, you expressed that

      11    belief publicly on a number of occasions?

      12        A.    Yes.

      13        Q.    Okay.  Based on your interactions aligned

      14    with people interested in the XRP markets or in Ripple

05:46 15    generally, did you come to any conclusions as to whether

      16    individuals who participate in this market had come to a

      17    adopt your own belief that price could be influenced by

      18    what Ripple was doing to build a use case for XRP?

      19        A.    I don't know.

05:47 20        Q.    Okay.  Did you at times have a concern as to

      21    when XRP or the sales of XRP, to be more precise, could

      22    be deemed to be the sales of a security under U.S.

      23    federal law?

      24        A.    Yes.

05:47 25                    MR. CERESNEY:  Objection.

                                                                363

```
05:47   1   BY MR. TENREIRO:
        2        Q.    When did that concern arise?
        3        A.    It would have been as soon as I would -- it
        4   would have been shortly before this litigation
05:47   5   commenced.
        6        Q.    What about with -- shortly before this
        7   litigation commenced?  Okay.
        8        Did you have a concern that XRP sales being deemed
        9   the sales of a security would harm Ripple's ability to
05:47  10   sell XRP?
       11              MR. CERESNEY:  Objection.
       12              By the way, you can answer this if it's
       13          not influenced by discussions with counsel.
       14              THE WITNESS:  I didn't know that it
05:47  15          could -- that it could cause harm, but I was
       16          concerned that it could potentially.
       17   BY MR. TENREIRO:
       18        Q.    In terms of the ability to sell specifically
       19   or other harm?
05:48  20        A.    Well, I didn't know -- let me back up a
       21   little bit.
       22        It's always been an objective for both Ripple and
       23   myself through Ripple to distribute XRP, and we don't
       24   have an effective distribution currently other than
05:48  25   sales.
```

364

05:48  1        So if our ability to sell XRP is impacted, then we

2   would have no other way to distribute it, and that would

3   essentially freeze the distribution of XRP.

4        Q.    Have you ever had an effective distribution

05:48  5   mechanism other than sales?

6        A.    Yes.

7                 MR. CERESNEY:  Objection.

8   BY MR. TENREIRO:

9        Q.    What was that?  The giveaways?

05:48 10        A.    The giveaways.

11        Q.    That was in what year?

12        A.    I believe they --

13        Well, they must have started in early 2012, but I

14   think they geared up more -- you know, in 2013 or so.

05:48 15        Q.    Did they stop at some point?

16        A.    Yes.

17        Q.    When?

18        A.    I believe the GitHub giveaway was the last

19   giveaway we did, but I don't recall the timeline.

05:49 20        Q.    Other than the giveaways and the sales, has

21   Ripple ever had another effective distribution method

22   for XRP?

23        A.    I would say --

24        I would say using it to invest would be another one

05:49 25   and then giving it to partners to incentivize -- you

365

05:49  1    know, various different behaviors.

2                        (Thereupon, an informal discussion was

3              held off the record.)

4    BY MR. TENREIRO:

05:49  5        Q.    A moment ago, you said you don't have an

6    effective distribution other than sales.

7         So are you saying at some point, you had an

8    effective distribution method such as investing, but you

9    don't have that anymore?

05:49 10        A.    I -- I think that to the extent that -- I --

11   yeah, I -- I'm not being very precise.  Let me be a

12   little more precise.

13        I would expect that if it impacted our ability to

14   sell XRP, it would also impact our -- I think "sell"

05:50 15   would be broad enough to cover those other forms of

16   distribution that would impact as well.  I don't think

17   it would discriminate in fact some of those means of

18   distribution and not others.

19        Q.    Some of them are sales for other -- let's say

05:50 20   like cash or fiat.  Some of them are distributions as

21   investments or partnerships?  That's what you mean?

22        A.    Right.

23        Q.    Okay, and if I mention something -- you know,

24   if I say, "the Perkins Coie memos," do you know what I'm

05:50 25   talking about?

                                                              366

05:50  1      A.     Yes.

       2      Q.     What's that?

       3      A.     There were two memos that Perkins Coie

       4   prepared for -- I believe it was OpenCoin at the time

05:50  5   but eventually became Ripple, an opinion on the legal

       6   risks and implications of what -- what OpenCoin became

       7   Ripple was planning to do at that time.

       8      Q.     Did you read those memos?

       9      A.     I was given one of those two memos at the

05:50 10   time, and I believe I read it briefly at the time, but

      11   I -- I didn't look at it closely.

      12      Q.     So is it fair to say that because you didn't

      13   look at it closely, after reading it -- well, did you --

      14      After reading it, however closely you read it, did

05:51 15   you have any concern as to whether sales of XRP could be

      16   sales of securities under U.S. law?

      17      A.     That was not a concern of mine at that time.

      18      Q.     Okay.  Did you ever share those memos with --

      19      Did you ever share either of the memos with

05:51 20   anybody?

      21      A.     I didn't.

      22      Q.     Did anyone else at Ripple?

      23      A.     My understanding was that at least one of

      24   those memos was -- was intended to be shown to potential

05:51 25   investors, but I don't know for sure that it was

                                                           367

05:51  1  actually shown to them or which.

2       Q.    Where are the memos like kept?  Are they on

3  like a share drive somewhere at Ripple?

4       A.    I don't know.

05:51  5  Q.    If you wanted to look for them now, what

6  would you do?

7       A.    I would look on the -- the Google documents

8  on the Google drive that I have access to.

9       Q.    That's a shared Ripple Google drive?

05:51 10  A.    Yes.

11      Q.    Do you know if they are there or not?

12      A.    I have not searched for them.

13      Q.    I just want to make sure I understand what

14  you're saying.  You are saying they could be there; you

05:52 15  just haven't looked?

16      A.    Right.

17      Q.    Are there other legal memos in there?

18      A.    I have not searched for any legal memos, so I

19  don't know.

05:52 20  Q.    Does Mr. Garlinghouse have access to that

21  drive?

22      A.    I don't know.

23      Q.    Well, he's your direct report, so have you

24  ever like put a document in it for him to look at?

05:52 25  Sorry.  You report to him, rather?

                                                        368

05:52   1        A.     The way I would do it is I would generally

        2   designate particular people to have access to the

        3   document as opposed to a group generally.

        4        So it could be the document is there but he wasn't

05:52   5   given access to it, for example.

        6        Q.     Did you engage in efforts --

        7        Did you assist Ripple in efforts with respect to

        8   getting exchanges to list XRP?

        9               (Pause.)

05:52  10               THE WITNESS:  The only thing that I ever

       11               did to assist exchanges in listing XRP is

       12               respond to technical questions that they may

       13               have had, at least to my recollection.

       14   BY MR. TENREIRO:

05:53  15        Q.     Did Ripple engage in efforts to get exchanges

       16   to list XRP?

       17        A.     I believe --

       18        I believe employees of Ripple talked to exchanges

       19   about listing XRP.

05:53  20        Q.     Why?

       21        A.     I think the hope was that more listings would

       22   open up additional corridors for ODL.

       23               (Thereupon, an e-mail chain with the top

       24               e-mail dated 7/13/18 from Brad Garlinghouse to

05:53  25               ███████████ et al., "Subject:  Coinbase

                                                               369

05:53  1            decision" was introduced as Exhibit DS 63 for

2            identification.)

3    BY MR. TENREIRO:

4        Q.    Let's look at Exhibit 63.  This is a one-page

05:53  5    e-mail from Mr. Garlinghouse to you.  July 13th, 2018 at

6    the bottom.

7        He says, "The more I process Coinbase's decision,

8    the more I think we need to get more aggressive and

9    educate the industry on key variables that are

05:54 10    apparently getting little attention."

11        What is Coinbase's decision?

12        A.    I believe this was Coinbase's decision not to

13    list XRP, but I'm not sure.

14        Q.    Why did Ripple care about that decision?

05:54 15        A.    Because Coinbase's decision was based on a

16    decision that it was not decentralized.

17        Q.    And did you become more aggressive in

18    educating the industry on key variables after that?

19        A.    I think we were aggressive beforehand and

05:54 20    aggressive afterwards.  I don't know that there was any

21    specific change.

22        Q.    Were you aggressive in terms of messaging

23    your views about whether or how much the XRP Ledger was

24    decentralized?

05:55 25        A.    I think that's a fair characterization of my

370

05:55  1    social media postings.

       2        Q.    And was Ripple aggressive on that point as

       3    well, beyond just your postings?

       4                MR. CERESNEY:  Objection.

05:55  5                MR. GERTZMAN:  Objection to the form.

       6                THE WITNESS:  Ripple did circulate a

       7            number of documents, discussing the

       8            decentralization parameters and the status of

       9            the XRP Ledger.

05:55 10    BY MR. TENREIRO:

      11        Q.    What was the purpose of distributing these

      12    documents?

      13        A.    The purpose of distributing those documents

      14    was to ensure that market actors like Coinbase had

05:55 15    accurate information when they made these kind of

      16    decisions.

      17        Q.    And why did Ripple care about that?

      18                MR. GERTZMAN:  Objection to the form.

      19                THE WITNESS:  Ripple was working to

05:55 20            increase utility, liquidity, and adoption of

      21            the XRP Ledger at the time and concerns about

      22            centralization were a drag on adoption.

      23    BY MR. TENREIRO:

      24        Q.    At the top, Mr. Garlinghouse says --

05:56 25    essentially paraphrasing, he wanted everyone's help

                                                            371

05:56  1    understanding what happened, and what the implications

       2    are, and what we can do to attack the problem.

       3         Do you see that?

       4         A.    Yeah, I see that now.

05:56  5         Q.    Did you come to a conclusion as to what the

       6    implications of Coinbase's decisions could be for Ripple

       7    or XRP?

       8         A.    I don't know if it was a consequence of this,

       9    but at some time, we were concerned -- we were hoping

05:56 10    that Coinbase might be an ODL partner -- obviously, if

      11    they don't list the asset.

      12         It's hard for me to say in time, but -- that

      13    certainly would have been a major concern at one point

      14    in time, but I don't remember if that was specifically

05:56 15    connected with this decision.

      16         Q.    Let's look at Exhibit 64, please.

      17                   (Thereupon, an e-mail chain with the top

      18              e-mail dated 7/14/18 from Brad Garlinghouse to

      19              Chris Larsen et al. document was introduced as

05:57 20              DS Exhibit 64 for identification.)

      21    BY MR. TENREIRO:

      22         Q.    All right.  So this is a Saturday, July 14th

      23    e-mail, so it's the day after the e-mail we just looked

      24    at.  Mr. Garlinghouse e-mails you and Mr. Larsen,

05:57 25    "Agenda Bullet Points."

                                                                   372

```
05:57    1            Do you know why he was e-mailing you and

         2    Mr. Larsen?

         3       A.    No.

         4       Q.    Below, ███████████ writes:

05:57    5       "Exchanges, U.S., Kraken, Bittrex" -- I'm skipping,

         6    obviously.  Further down, it says "HBUS."

         7            What is "HBUS"?

         8                  (Pause.)

         9                  THE WITNESS:  I don't -- I don't know.

05:58   10    BY MR. TENREIRO:

        11       Q.    Do you see where it says "Not listing at the

        12    moment due to litigation and lack of legal opinion from

        13    us"?

        14            Do you see that?

05:58   15       A.    Yes.

        16       Q.    Then it says "itBit -- need regulatory

        17    clarity."  Do you see that?

        18       A.    Yes.

        19       Q.    Did you come to understand exchanges -- at

05:58   20    least some exchanges did not list XRP because of lack of

        21    a legal opinion from Ripple?

        22       A.    I was -- I was not aware that was an issue

        23    with any exchange until I saw this document.

        24       Q.    So in 2018 or do you mean now?

05:58   25       A.    Now.
```

373

05:58  1      Q.    Okay.  Did you ever discuss that issue with

       2  anyone?

       3      A.    No.

       4      Q.    Do you know if Ripple provided legal opinions

05:58  5  to these exchanges?

       6      A.    I don't.

       7      Q.    Did there come a point in time that you

       8  believed XRP was not a security because of the FinCEN

       9  settlement?

05:59 10              MR. CERESNEY:  Objection.

      11              THE WITNESS:  I -- I did believe XRP not

      12          a security both before and after the

      13          settlement.

      14  BY MR. TENREIRO:

05:59 15      Q.    So the FinCEN settlement does not change your

      16  view?

      17      A.    The FinCEN settlement was consistent with my

      18  view, and so I became perhaps more firmly convinced, but

      19  it did not significantly change my view.

05:59 20      Q.    And what knowledge of the securities law did

      21  you have such that you came to that conclusion after the

      22  FinCEN settlement?

      23      A.    Only what I saw from what people discussed on

      24  social media regarding the cryptocurrency space.

05:59 25      Q.    And the base of forever your view before the

                                                            374

05:59  1    FinCEN settlement that was not a security was also based

2    on what you saw on social media regarding the

3    cryptocurrency space?

4         A.    Yes.

05:59  5         Q.    Was it based on conversations with lawyers at

6    all?

7         A.    No.

8         Q.    At some point in time -- let's go to Exhibit

9    80.

06:00 10               (Thereupon, a two-page e-mail chain with

11          the top e-mail dated 6/20/18 from ███████████

12          to ██████@ripple.com was introduced as DS Exhibit

13          80 for identification.)

14               (An informal discussion was held off the

06:00 15          record.)

16    BY MR. TENREIRO:

17         Q.    It's a two-page -- I think it's sort of a

18    Google Docs compendium.

19         A.    Yes.

06:00 20               (Pause.)

21    BY MR. TENREIRO:

22         Q.    You say:

23    "I think it would make sense to list some of the

24    factors Hinman cited on this chart, particularly the

06:00 25    ones that we do well on."

375

06:00  1         Do you see that?

       2         A.    Yes.

       3         Q.    What are the factors Hinman cited?  What are

       4    you talking about?

06:00  5         A.    I don't recall.

       6         From this document, it says Hinman cited some

       7    factors on a chart, so I presume I had that in front of

       8    me, but I don't recall.

       9         Q.    "Hinman" being an SEC person?

06:00 10         A.    Yes.

      11         Q.    Are you aware that he made a speech sometime

      12    around June 2018 about the status of Etherium?

      13         A.    Yes.

      14         Q.    Did you read it?

06:01 15         A.    No.

      16         Q.    Okay.  So here you are sort of preparing some

      17    document, it seems?

      18         A.    I think that was more just making

      19    suggestions.

06:01 20         Q.    Suggestions for what?

      21               (Pause.)

      22    BY MR. TENREIRO:

      23         Q.    Well, who is ███████████?

      24         A.    My recollection is that ███████ worked for

06:01 25    Ripple Comms at the time.

                                                              376

06:01 1      Q.    It says:

2      "Warren and David:  Can you please help populate

3  this chart with the criteria and data points?  Ideally,

4  we want to tell the story that if we believe Bitcoin and

06:01 5  Etherium are decentralized, then the facts also point to

6  the XRP Ledger being decentralized."

7      A.    Yes, I see that.

8      Q.    Okay.  So does this refresh your memory as

9  to -- who were you telling the story to?

06:02 10      A.    I -- I -- I think anyone -- anyone,

11  particularly regulators.

12      Q.    So you prepared talking points for

13  regulators?

14      A.    I wouldn't say it was -- I wouldn't say it

06:02 15  was talking points, but it was more just an analysis of

16  how we -- how we felt XRP -- the XRP Ledger did on the

17  Hinman factors.

18      Q.    But you didn't read the Hinman factors?

19      A.    I believe I had that chart, so I knew what

06:02 20  the factors were.  But I did not review them in detail,

21  so it looks like I selected certain factors from

22  those -- from that.

23      Q.    Why are you selecting particularly the ones

24  that "We do well on," and I -- I mean -- I presume "we"

06:02 25  means XRP?

                                                              377

06:02  1       A.    Yeah.  I do sometimes think because of my

2    involvement with the XRP Ledger from the early days, I

3    sometimes do -- I kind of think of it like in a

4    person -- in that personal way.

06:02  5       Q.    Okay.  Why are you selecting particularly the

6    ones that XRP does well on?

7       A.    At the time, there were a number of factors

8    that people considered relevant for decentralization,

9    some of which that I felt were relevant and many of

06:03 10    which that I felt were a distraction -- were not very

11    relevant.  And in particular, I felt that the ones that

12    were relevant were ones by which the XRP Ledger did

13    extremely well.

14       Q.    As to whether it was centralized or not?

06:03 15       A.    Yes, that's correct.

16       Q.    And then you go -- you know, you list some

17    questions and answers, but you don't answer the last --

18    the last one on this page:

19       "Are independent actors setting the price or is the

06:03 20    promoter supporting the secondary market for the asset

21    otherwise influencing trading?"

22       Why didn't you answer that one?

23       A.    I didn't feel like I was the person to answer

24    that, but I felt that that was a factor we should

06:03 25    address.

378

06:03   1        Q.    And was that factor --

       2        Did Ripple or XRP do well on that factor at that

       3   time, in June of 2018?

       4        A.    Yes, there were a number of exchanges listing

06:03   5   XRP, and that was a robust secondary market.

       6               (Pause.)

       7            MR. TENREIRO:  One second.

       8            (Thereupon, an informal discussion was

       9      held off the record.)

06:04 10            (Thereupon, an e-mail dated 7/23/18 from

    11     ███████████  to Brad Garlinghouse et al. was

    12      introduced as DS Exhibit 66 for identification.)

    13   BY MR. TENREIRO:

    14        Q.    Let's look at Exhibit 66, please.  On Exhibit

06:04 15   66, there's this "GDAX."  Can you state for the record

    16   what is GDAX?

    17        A.    GDAX is a digital asset exchange.

    18        Q.    And what participation, if any, did you have

    19   with -- you know, this application?

06:05 20        A.    I believe this particular one I just

    21   reviewed.

    22        Q.    Okay.  Seems like there's an attachment here,

    23   "Supplemental Documentation, B5 Legal Opinion"?

    24        A.    It says so here, yes.

06:05 25        Q.    What legal opinion was this?

                                           379

06:05 1        A.    I don't know.

2        Q.    What other exchange received a legal opinion

3   from Ripple?

4        A.    I don't know of any exchange receiving a

06:05 5   legal opinion.

6        Q.    What exchanges did Ripple represent to that

7   it had received a legal opinion to?

8        A.    I don't know.

9        Q.    Why would Ripple provide a legal opinion or

06:05 10  as to what would Ripple provide a legal opinion to these

11  exchanges?

12              MR. CERESNEY:  Objection.  He just said

13         he doesn't know of any legal opinion being

14         provided.

06:05 15             MR. TENREIRO:  And I asked, "Why would

16         Ripple provide a legal opinion?"

17              MR. CERESNEY:  Can you answer the

18         question?

19              THE WITNESS:  Not without speculating.

06:06 20             MR. GERTZMAN:  Objection.

21  BY MR. TENREIRO:

22        Q.    Do you know this reference, "B5 legal

23  opinion"?  Do you know what it is?

24        A.    I don't.

25

380

06:06 1   Q. Okay. Let's move on. Do you know what the

    2 ██████████ is?

    3    A. I believe that's a company that Ripple had

    4 used as a -- either for public relations or

06:06 5 communications.

    6    Q. Okay. Why did Ripple hire them?

    7       MR. GERTZMAN: Objection to the form.

    8 BY MR. TENREIRO:

    9    Q. What interactions, if any, have you had with

06:06 10 the ████████████ ?

    11    A. That I'm not sure.

    12    Q. I'm sorry. You're not sure what interactions

    13 you've had, because you can't identify who worked for

    14 them; is that right?

06:06 15    A. Right. In other words, I've had meetings

    16 with people who may have been with the ████████████ but

    17 I can't place who's with what.

    18    Q. Do you know where they worked out of? Did

    19 they work out of Ripple's offices?

06:07 20    A. I don't think so. I don't believe so, but I

    21 don't know.

    22    Q. Do you know who they report to, if anyone?

    23    A. I sus- -- I believe they report either

    24 directly or indirectly to ████████████ .

06:07 25    Q. That's the Comms person at Ripple?

           381

06:07 1          A.     Right, exactly.  Because we use them for

2     Comms.  That would have been her, but they would have

3     been reporting indirectly.

4                    (Thereupon, an e-mail dated 4/18/17 from

06:07 5          ██████████████ to ██████████████ et al.,

6               "Subject:  Please don't comment on this XRP Chat

7               post" was introduced as DS Exhibit 31 for

8               identification.)

9     BY MR. TENREIRO:

06:07 10         Q.     Let's look at Exhibit 31, please.

11                    (Pause.)

12    BY MR. TENREIRO:

13         Q.     This is an April 2017 e-mail.  Do you know

14    who ██████████████ is?

06:08 15         A.     Yes.

16         Q.     Who is it?

17         A.     She was a product manager who, I believe, at

18    this time was supporting the C++ team.

19         Q.     Those are the programmers?

06:08 20         A.     Yes.

21         Q.     She says, "I know you are very active on Xrp

22    Chat forum and it's good to have employee presence

23    there, but please don't comment on this post regarding

24    Ripple XRP lockup plans."  Is that a reference to the

06:08 25    time release or escrow?

                                                            382

06:08  1          A.     I believe so.

       2          Q.     Do you know why she asked you not to comment?

       3                 (Thereupon, an informal discussion was

       4          held off the record re: Zoom interference.)

06:08  5                 THE WITNESS:  I think she had a concern

       6          over either incorrect information or piecemeal

       7          release of information.

       8   BY MR. TENREIRO:

       9          Q.     Is it fair to say that to the extent you

06:08 10   reported to Mr. Larsen or Mr. Garlinghouse various

      11   times, they were aware of your -- the fact that you had

      12   an active -- you know, online presence?

      13                 MR. CERESNEY:  Object to form.

      14                 THE WITNESS:  Yes.

06:09 15   BY MR. TENREIRO:

      16          Q.     And what's the basis for you -- what's the

      17   basis for your answer?  How do you know that they were

      18   aware?

      19                 MR. CERESNEY:  Objection.

06:09 20                 THE WITNESS:  We -- we would sometimes

      21          respond to each other's posts on Twitter --

      22          each other's tweets, and sometimes we would

      23          talk about each other -- each other's social

      24          media posts.

      25

                                                              383

06:09  1    BY MR. TENREIRO:

       2        Q.    That includes Larsen and Garlinghouse posts?

       3        A.    I don't know that I ever had that

       4    conversation with Chris Larsen, but I -- I don't know

06:09  5    for sure he's aware.  It would be very surprising to me

       6    if he wasn't.

       7        Q.    Why would you be surprised if he wasn't?

       8        A.    Just because I believe it's generally known,

       9    so even though I didn't discuss it with him.

06:09 10              (Thereupon, an e-mail dated 2017-12-21

      11              from ████████████████ to David Schwartz et al.

      12              was introduced as DS Exhibit 47 for

      13              identification.)

      14    BY MR. TENREIRO:

06:09 15        Q.    Okay.  Let's go to Exhibit 47.

      16        It's a December 2017 e-mail.  I'm not sure why it

      17    doesn't have a Bates number, but it's from ████████

      18    ████████ --

      19        A.    Yes.

06:10 20        Q.    -- at the ████████████ to you.

      21        "Hi, David.  Sharing a suggested tweet below to

      22    amplify the announcement that XRP is on 50 exchanges."

      23    What is that about?

      24        A.    This is a suggested --

06:10 25        This is a case where someone at Ripple who

                                                              384

06:10   1    apparently works for the ████████ but has an

       2    @Ripple.com address is asking me to tweet something.

       3         Q.   Wait.  Where is the @Ripple e-mail address?

       4    It says from "████" --

06:10   5         A.   Oh, I guess not.  I thought she was a Ripple

       6    employee, but I guess not.

       7         Q.   So it says "Tweet:  $XRP is more accessible

       8    than ever - listed on 50 exchanges with more coming."

       9    Did you make that tweet?

06:10  10         A.   I don't recall.

      11         Q.   Do you know why they asked you to make that

      12    tweet?

      13         A.   Looks like there's an "insights" post.

      14         Q.   "Insights" post --

06:11  15         A.   Yes.

      16         Q.   -- meaning?

      17         A.   That's a collection of posts that Ripple

      18    makes on various subjects, and they wanted me to draw

      19    attention to this one.

06:11  20         Q.   Do you know why, though, they wanted you to

      21    draw attention to this one?

      22         A.   No.

      23         Q.   Why would anyone in the market want to know

      24    about accessibility of XRP?

06:11  25                   MR. CERESNEY:  Objection.

                                                                     385

06:11  1                    MR. GERTZMAN:  Objection to form.

       2                    THE WITNESS:  If you were --

       3                    If you were going to build a project on

       4              the XRP Ledger that used XRP, a concern might

06:11  5              be that it would be difficult for people to

       6              obtain it.

       7                    MR. CERESNEY:  Are you speculating?

       8                    THE WITNESS:  Yeah, I'm speculating.

       9   BY MR. TENREIRO:

06:11 10        Q.    I'm asking you:

      11        Did you ever discuss with the Hatch people or

      12   anyone at Ripple why they were asking?

      13        You know, "Look.  It's my Twitter account.  Why are

      14   you asking me to tweet these things?  Why does anybody

06:12 15   care?"

      16        A.    No, I never asked.

      17        Q.    Did you have your own view as to why they

      18   might want you to make these tweets?

      19        A.    Yes.

06:12 20        Q.    What is that view?  Your own view?

      21        A.    My view is that it's difficult to use XRP in

      22   a project if the people who are using that project can't

      23   easily get access to XRP.

      24        Q.    Okay, and do you know if Ripple also -- in

06:12 25   addition to tweeting out to the -- you know, world, also

                                                                    386

06:12  1    maybe e-mailed potential project users to let them know

2    that XRP was now on the exchange?

3         A.    Not to my knowledge.

4              (Thereupon, an e-mail dated 2018-01-09

06:12  5         from ███████████ to David Schwartz et al.

6         was introduced as DS Exhibit 48 for

7         identification.)

8    BY MR. TENREIRO:

9         Q.    All right.  Let's look at Exhibit 48.  It's

06:12  10   another proposed tweet.

11              (Pause.)

12              THE WITNESS:  Yes.

13   BY MR. TENREIRO:

14        Q.    Did you tweet this?

06:13  15        A.    I don't know.

16        Q.    Do you agree with this statement?

17        "You're right.  It's not like Bitcoin, and it isn't

18   meant to be"?

19        A.    Without seeing the tweet that I'm responding

06:13  20   to, it's hard for me to know what -- what I'm

21   necessarily agreeing with here.

22        Q.    Do you agree with the statement "Ripple is

23   decentralized and recently placed 55 billion in escrow

24   to create certainty of the supply"?

06:13  25        A.    No, because in 2018, I don't think -- I don't

387

```
06:13   1    think I would have used the term "Ripple."
        2         "@Ripple" here is Ripple's corporate Twitter
        3    handle.  Ripple is a company and is not decentralized.
        4         Q.    What is the fact of how --
06:13   5         How does 55 billion XRP being in escrow have to do
        6    with centralization or decentralization?
        7         A.    Some people, particularly -- some people
        8    connect with -- as a decentralization factor the
        9    distribution of the token.
06:14  10         Q.    The token has been distributed?
       11         A.    Right, the amount of distribution of the
       12    token.  I don't, but I don't always push back on it,
       13    because you can't fight every battle every day.
       14         Q.    When you say that the supposed -- the
06:14  15    proposed tweet says "real financial institutions are
       16    using it," what is "it" there?
       17         A.    I think that -- I would have to speculate.
       18         Q.    Don't speculate.  Did you --
       19         Did you ever have any concerns that -- you know,
06:14  20    Ripple's public statements at times might be creating
       21    confusion between Ripple and XRP?
       22         A.    No.
       23         Q.    You know, here do you know what "███████"
       24    refers to?
06:15  25         A.    It refers, to, I believe, an ODL partner.
```

                                                              388

06:15  1          Q.    Okay.  Did you ever --

       2          Did there come a time when Ripple's Comms people

       3    might have sort of worked with you to identify -- to

       4    evaluate sort of your Twitter followers?

06:15  5          A.    Yes.

       6          Q.    What was the purpose of that?

       7          A.    I think the purpose of that was we had -- we

       8    had received an allegation, essentially, that there were

       9    bots following me that were trying to amplify or promote

06:15 10    Ripple or XRP in a -- in an abnormal or unfair way, and

      11    we wanted to determine if that was true or not.

      12          Q.    For what purpose?

      13          A.    Well, if it was true, we would want to see if

      14    there was something we could do about it, and if it

06:15 15    wasn't true, we would have wanted to potentially counter

      16    the narrative.

      17          Q.    And what did you conclude?  Was it or was it

      18    not?

      19          A.    We concluded there were bots following me,

06:16 20    but most of the -- more of the bots were sort of anti.

      21    They were FUD -- bots creating FUD.

      22          But by the time we had the analysis complete,

      23    nobody was particularly interested in the allegation

      24    anymore.  It didn't seem useful to dredge up a false

06:16 25    allegation, to rebut it when the allegation then went

                                                              389

06:16   1   away.

2        Q.    Got it.  Let's go to --

3        Let me just ask you a couple questions.  What is

4   the purpose of the Xpring initiative?

06:16   5        A.    Initially, the Xpring initiative was like a

6   venture capital arm of -- for Ripple to get us access to

7   being close so we could see what was going on in the

8   industry, perhaps steer projects in better directions,

9   perhaps combat projects.

06:16  10        At the time, this was during the ICO craze.  We

11   felt that that was harmful and we were trying to steer

12   projects away from that, and later it sort of changed.

13   It changed over time.

14        Q.    Let's take a look at Exhibit 68 and 69.

06:17  15   Sorry, 68.

16                    (An informal discussion was held off the

17             record.)

18                    (Thereupon, an e-mail chain with top

19             e-mail dated 7/18/19 from Brad Garlinghouse to

06:17  20             David Schwartz" was introduced as DS Exhibit 68

21             for identification.)

22   BY MR. TENREIRO:

23        Q.    So Exhibit 68 is a July 18, 2019 e-mail from

24   Mr. Garlinghouse to you, responding to a July 17 e-mail

06:17  25   from you to him, where you talk about an issue with

                                                          390

06:17  1    Xpring that you're working on that you wanted to make

2    sure he was aware of.  Then, you say:

3        "There's a narrative going around on Twitter and

4    some forums feeding into the narrative we're trying turn

06:17  5    our XRP into USD as soon as possible and Xpring is a

6    related attempt to diversify its exposure to other

7    cryptocurrency projects because we fear/expect/cause XRP

8    underperforming other cryptocurrencies and this

9    narrative is very harmful to us and untrue."

06:18 10        A.    Yes.

11        Q.    Why did you view this narrative as harmful?

12        A.    Because -- because the -- the reality is the

13    opposite.

14        Q.    You say, "This narrative is very harmful to

06:18 15    us and untrue."

16        Was there another reason, other than it being

17    untrue, why the narrative was harmful?

18        A.    I mean, just generally, anyone who

19    describe -- who says that we're doing something for

06:18 20    purposes completely different from what we say we're

21    doing creates a reputational risk and perception of

22    dishonesty, and it just -- it just is not -- it's not

23    something anyone should be doing.

24        Q.    So --

06:19 25        A.    It would be saying we're doing one thing

391

06:19  1    while we were doing something completely different.

       2         Q.    So, for example, it's not true that xPring

       3    was an attempt to regulate and diversify its exposure

       4    from other cryptocurrencies?

06:19  5         A.    It -- it had the effect of doing that.

       6         But that was not an objective, and we certainly

       7    didn't do that because we feared, expected, or caused

       8    XRP to underperform other cryptocurrencies.

       9         Q.    Was one of the purposes of the Xpring

06:19 10    initiative to potentially incentivize the development of

      11    other uses for XRP?

      12         A.    Yes.

      13         Q.    And did the Xpring initiative utilize XRP in

      14    any way to provide these incentives?

06:19 15         A.    I'm not sure what you mean by -- you mean

      16    prior to these incentives?

      17         Q.    No, no.  So did --

      18         For example, did Ripple incentivize -- did Ripple

      19    fund companies -- you know, utilizing XRP?

06:19 20         A.    Yes.

      21         Q.    As a part of the Xpring initiative?

      22         A.    Yes.

      23         Q.    Did Ripple permit these companies to sell

      24    their own XRP to obtain funds for their -- you know,

06:20 25    endeavors?

                                                                   392

06:20   1          A.     I don't -- I don't know that we prohibited

2    them from doing so.

3          Q.     Was Ripple aware that the companies might be

4    selling the XRP to fund their endeavors?

06:20   5          A.     I would have to speculate.

6

7                 (Thereupon, an e-mail chain with top

8             e-mail dated 3/31/2020 from David Schwartz to

9             Brad Garlinghouse was introduced as DS Exhibit

06:20  10             69 for identification.)

11    BY MR. TENREIRO:

12          Q.     Okay.   Exhibit 69.

13          A.     Yes.

14          Q.     What is this e-mail from March 2020 referring

06:20  15    to?

16          A.     This is an e-mail -- well, there's several

17    different e-mails here, but the trigger -- the beginning

18    of all of this was an e-mail from ███████████ to

19    Brad Garlinghouse.

06:21  20          Q.     And could you -- who is ███████████?

21          A.     ███████████ is a developer who develops

22    on the XRP Ledger.   He has a company called ████████

23    ██████.

24          Q.     Okay.   Is it fair to say, essentially,

06:21  25    that -- I mean, the title -- the subject is "Xpring is a

393

06:21 1 Disaster"?

2      A.    Yeah.

3      Q.    Okay, so I don't want to spend too much time

4 on his e-mail.  I'm more interested in your response,

06:21 5 but he's expressing sort of negative views about the

6 Xpring initiative?

7      A.    Yes.

8      Q.    And what was your response?

9      A.    My response was twofold.

06:21 10      First, that I think he's being a bit hyperbolic and

11 just -- he's angry, but I think the other part is that

12 there is -- there is some nugget of truth in the

13 criticism.

14      Q.    What was a nugget of truth?

06:21 15      A.    The nugget of truth was that we weren't

16 communicating well what the -- we weren't doing a good

17 job of communicating to people like ███████████ what

18 the -- what the purpose of the Xpring project was.

19      Q.    Does that include communicating to the market

06:22 20 generally?

21      A.    It includes communicating to the public

22 generally.  We didn't have any specific way to

23 communicate with developers other than communicating

24 with the public.

06:22 25           (Thereupon, a 33-page printout entitled

394

06:22　1
　　　　　"Insiders Dumpling? - Page 6 - XRP Trading and

　　　2
　　　　　Price Speculation - Xrp Chat" was introduced as

　　　3
　　　　　DS Exhibit 37 for identification.)

　　　4
　　　　　　　MR. TENREIRO:  Let's look at Exhibit 37,

06:22　5
　　　　　please.

　　　6
　　　　　　　MR. CERESNEY:  Are we done with this one?

　　　7
　　　　　　　MR. TENREIRO:  Yeah.

　　　8
　　　　　　　MR. CERESNEY:  What page?

　　　9
BY MR. TENREIRO:

06:22　10
　　Q.　Exhibit 37, page 9 and 12.

　　11
　　A.　Yes.

　　12
　　Q.　It seems like you said on May 25, 2017:

　　13
　　"Christian didn't leave.  He's still pretty much in

　　14
the office every day."

06:23　15
　　Is that referring to Mr. Larsen?

　　16
　　A.　Yes.

　　17
　　Q.　Is this after he stepped down as CEO?

　　18
　　A.　Yes.

　　19
　　Q.　And is this consistent with your recollection

06:23　20
that you still reported to him after he stepped down as

　　21
CEO?

　　22
　　A.　Yes.

　　23
　　Q.　Is that also true he was focusing more on the

　　24
strategic things and not running the company's

06:23　25
day-to-day operations at that point?

　　　　　　　　　　　　　　　　　　395

06:23 1      A.    Yes.

2      Q.    On page 12, you seem to say at the end:

3      "Chris Larsen resigned his position as CEO.  He's

4      still a board member and almost as active as ever."

06:23 5      Do you see that?

6      A.    Yes.

7      Q.    Was that true at that time?

8      A.    Yes.

9      Q.    Did that change at some time?

06:23 10     A.    Yes.

11     Q.    When?

12     A.    Gradually, over a period of time probably

13     beginning sometime in 2018, he stopped -- he stopped

14     like showing up every day, and it --

06:24 15     He started -- he shows up as a board member at

16     board meetings, but his day-to-day responsibility was

17     dropped.

18     Q.    Who decided that?

19     A.    I assume he did, but I don't know.

06:24 20          MR. GERTZMAN:  Objection to the --

21     BY MR. TENREIRO:

22     Q.    Do you know why that was decided?

23     A.    No.

24          MR. CERESNEY:  Objection.

25

396

```
06:24   1   BY MR. TENREIRO:
        2        Q.    Sorry?  Was the answer "no"?
        3        A.    No, I don't know.
        4        Q.    So is it fair to say that after he resigned
06:24   5   as CEO, there was a period where he was still going to
        6   the office every day?
        7        A.    Yes.
        8        Q.    Let me -- I'm almost finished.
        9        I think we're going to do -- go way back in time.
06:24  10   Something I forgot earlier, Exhibit 75.
       11                  (Thereupon, a nine-page document entitled
       12               Opencoin Features Overview" bearing Bates Nos.
       13               DS_RPLI0002158 through DS_RPLI0002166 was
       14               introduced as DS Exhibit 75 for identification.)
06:25  15   BY MR. TENREIRO:
       16        Q.    Let me know if you recognize this document.
       17        A.    I know now that this is a document that
       18   ██████████████ sent me a copy of back in 2012, I believe.
       19        Q.    What do you mean, you "know now"?
06:25  20        A.    I don't -- I don't have a recollection of
       21   seeing it at that time, but I've been shown this
       22   document recently.
       23        Q.    Okay.
       24                  MR. CERESNEY:  Just to be clear, you've
06:25  25               been shown it in preparation?
```

397

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

06:25  1                    THE WITNESS:  Yes.

        2   BY MR. TENREIRO:

        3       Q.    You just don't have a recollection of whether

        4   you got it back then or not?

06:25  5       A.    Right.

        6       Q.    Your recollection is that ███████████ prepared

        7   it?

        8       A.    My recollection from seeing the document

        9   in -- in context is that Mr. -- ████████ sent me a

06:25 10   copy of it.  I don't know that he prepared it.

       11       Q.    And do you know for what purpose it was

       12   prepared?

       13       A.    I don't.

       14       Q.    Do you know when it was shared with anyone

06:26 15   outside of the company or the founders of the company?

       16       A.    I believe that █████████ shared it with

       17   someone who I considered potentially involving them or

       18   the company in some way.

       19       Q.    Like an investor?

06:26 20       A.    It might have been.  Could have been a

       21   potential employee.  I don't recall.

       22       Q.    On the second page, it says "OpenCoin versus

       23   Bitcoin."  Do you see that?

       24       A.    Yes.

06:26 25       Q.    And at the bottom, it says:

                                                                    398

06:26  1          "Dedicated Team:  This is probably our most

       2    important advantage.  Bitcoin is an open source project

       3    without anyone leading it.

       4          "OpenCoin, while also open source, will have a

06:26  5    potential team of developers and businesspeople behind

       6    it."  Do you see that?

       7          A.    Yes.

       8          Q.    Was that accurate back in 2012?

       9          A.    That we did or that we would?

06:26 10          Q.    Well --

      11          A.    This is -- this is a prediction of the

      12    future.

      13          Q.    Did that turn out to be correct, that

      14    OpenCoin had a professional team of developers behind

06:27 15    it?

      16          A.    Depends what ... it's difficult to say,

      17    because it's not really clear what it is here, and at

      18    the time --

      19          I think at the time this was drafted, there wasn't

06:27 20    a good understanding of what the role of the company

      21    would be versus what the role of the -- the ledger would

      22    be.

      23              (Thereupon, an eight-page document

      24          entitled "David "JoelKatz" Schwartz u/sjoelkatz)

06:27 25          - Reddit" dated 7/3/18 was introduced as DS

                                                           399

06:27  1            Exhibit 71 for identification.)

       2   BY MR. TENREIRO:

       3        Q.    Let's look at Exhibit 71, please.

       4        This is a calculation of posts, but I'm going to

06:28  5   focus on the first one.

       6        A.    Okay.

       7        Q.    You say:

       8        "I will use the analogy of Google again.  If Ripple

       9   were Google, XRP would be the search engine and the

06:28 10   Internet would be Ripple's payment technology."

      11        Do you see that?

      12        A.    Yes.

      13        Q.    Why are you making this analogy?

      14        A.    Do you have the date of this document?

06:28 15        Q.    I think it's 2017.  That's my best guess.

      16                   (Pause.)

      17                   MR. TENREIRO:  Jon, do you know?

      18                   MR. DANIELS:  Hold on.

      19                   (Thereupon, an informal discussion was

06:28 20             held off the record.)

      21                   THE WITNESS:  It would help to see what

      22             I'm responding to, but I imagine it was some

      23             confusion between what Ripple is and what I

      24             said it is.

      25

                                                              400

06:29  1    BY MR. TENREIRO:

       2        Q.    Well, do you think that when people talk

       3    about the Google search engine, they associate that with

       4    Google or with something else?

06:29  5                    MR. CERESNEY:  Objection.

       6                    THE WITNESS:  I don't know that it's a

       7            great -- I mean, I was using that example to

       8            illustrate a different point.

       9    BY MR. TENREIRO:

06:29 10        Q.    What point were you illustrating?

      11        A.    The point that I'm illustrating is that the

      12    more -- the more value there is in the cryptocurrency

      13    and the XRP ecosystem, the more value ... wait.  I'm

      14    trying to understand the point I'm making.  Hold on a

06:29 15    second.

      16                    (Pause.)

      17                    THE WITNESS:  Yeah, I actually do see.

      18            it's a terrible analogy and I'm glad I

      19            clarified it in the third paragraph, or I

06:30 20            wouldn't know what I meant.

      21                    What I'm saying is that Ripple -- Ripple,

      22            like other participants in the cryptocurrency

      23            ecosystem, can contribute to technologies like

      24            the XRP Ledger and in a ledger, even though

06:30 25            they don't have a direct revenue model.

                                                                    401

```
06:30   1              Because they -- because they expect to
        2          participate in an ecosystem that has the
        3          ability to make them money, just like Google
        4          helps to build the Internet.
06:30   5              Even though Google can't directly
        6          monetize the Internet, everything Google's
        7          doing works better if the Internet is better.
        8   BY MR. TENREIRO:
        9      Q.    Google monetizes its search engine?
06:31  10      A.    Google -- the -- Google's search engine is
       11   the way it monetizes the Internet.
       12      Q.    So is XRP the way Ripple monetizes the -- you
       13   know, Interledger?
       14              MR. CERESNEY:  Objection.
06:31  15              THE WITNESS:  And that's why this analogy
       16          is bad.  I -- I think I'm trying to say the
       17          reverse.
       18   BY MR. TENREIRO:
       19      Q.    Let's move on.
06:31  20      A.    This -- this is a terrible --
       21      Q.    I'm sorry.
       22      A.    It's terribly worded.  I mean, it's one
       23   document, but this is really poorly worded.
       24              MR. CERESNEY:  You don't have to
06:31  25          apologize.
```

402

06:31    1                    (Thereupon, an informal discussion was
         2           held off the record.)
         3    BY MR. TENREIRO:
         4        Q.    So is it a way, then, to monetize the ledger?
06:31    5    Is that what you're saying?
         6        A.    Yeah.   What I'm --
         7        What I'm trying to say is that if the
         8    cryptocurrency ecosystem is healthier -- and the XRP
         9    Ledger specifically -- that creates an opportunity for
06:31   10    companies like Ripple to build products and services
        11    that can make money.
        12        Just like a healthier Internet allows Google and
        13    its competitors to build better -- have more useful
        14    search engines and therefore have better revenue.   I
06:32   15    think that's what I was trying to say there, but it's so
        16    badly worded I can't be sure.
        17                    MR. TENREIRO:   Before we finish, just
        18              again on Exhibit 82, I would like to ask what
        19              the basis for the assertion for privilege is.
06:32   20                    MR. CERESNEY:   Which is Exhibit 82?
        21                    MR. TENREIRO:   The one you clawed back
        22              today.
        23                    MR. CERESNEY:   It's advice provided by an
        24              attorney.   It's actually a question asked by
06:32   25              an attorney of Mr. Schwartz in connection with

                                                                    403

06:32  1              something the attorney was working on.

2                   MR. TENREIRO:  Okay.  Are you going to

3              tell us what the legal advice is as to?

4                   MR. CERESNEY:  Well, it's a comment, not

06:32  5              a document.  It's a question about a document

6              asked by an attorney of Mr. Schwartz, and in

7              the context of that, it talks about a point

8              that they have discussed -- that attorney and

9              Mr. Schwartz have discussed.

06:32 10                   Therefore, it was -- it reflects a

11              conversation between the attorney and Mr.

12              Schwartz and relates to a comment that the

13              attorney had on the document.

14                   (Thereupon, a 31-page document entitled

06:32 15              "Master Press Q&A" was introduced as DS Exhibit

16              83 for identification.)

17  BY MR. TENREIRO:

18      Q.    Exhibit 83.  Here are copies.  Last set of

19  questions.

06:33 20                   (Thereupon, a 10-page entitled "Make XRP

21              Great" was introduced as DS Exhibit 84 for

22              identification.)

23  BY MR. TENREIRO:

24      Q.    I'm just going to ask a couple brief

06:33 25  questions about Exhibit 83 and Exhibit 84.  Do you

                                                          404

06:33  1    recognize what Exhibit 83 is?

2          A.    I think so.

3          Q.    What is it?

4          A.    I believe this is a document Ripple provides

06:33  5    to employees to help them -- you know what?  I'm not --

6    I'm not sure.

7          Q.    Have you ever seen this before?

8          A.    I think I've seen a similar document, but I'm

9    not sure this is that document.

06:33 10         Q.    So --

11         A.    This looks more detailed than the document

12    that I've seen.

13         Q.    A similar document about "Press Q&A Points"?

14         A.    A similar document in that it has a list of

06:33 15    general questions that people might ask about XRP, the

16    XRP Ledger, or Ripple with like suggested answers.

17         Q.    People such as reporters, or what?  Or market

18    participants?

19         A.    The document that I saw was mostly intended

06:33 20    for employees to answer questions that they would

21    encounter.

22         This document looks for detailed than that, and I

23    don't know who it was intended for.

24         Q.    Who would the employees encounter questions

06:34 25    from?

                                                              405

06:34  1          A.     The general public.

       2          Q.     Anybody, right?

       3          And Ripple was suggesting how employees should

       4     respond to those questions?

06:34  5          A.     Yes.

       6                  MR. CERESNEY:  Just to be clear, you're

       7             not sure this is that document?

       8                  THE WITNESS:  This document looks bigger

       9             and more detailed than that, so I don't know

06:34 10             that this is ...

      11     BY MR. TENREIRO:

      12          Q.     Let's move on to Exhibit 84.

      13          A.     But it says:

      14          "Please read the corporate narrative and fast

06:34 15     facts," so it seems like it's -- but I don't know.

      16          Q.     Can you please identify Exhibit 84 after

      17     you've had a chance to look at it?

      18                  (Pause.)

      19                  THE WITNESS:  What was your question?

06:35 20     BY MR. TENREIRO:

      21          Q.     Yes.  What is this document?

      22          A.     This looks like a document suggesting radical

      23     changes in the way Ripple operates.

      24          Q.     Who prepared it?

06:35 25          A.     I don't know.

                                                               406

06:35  1        Q.    Were you involved?

       2        A.    No.  At least, not to my recollection.

       3        Q.    On page 3 -- sorry.

       4        On page -- it looks like page 7, think.  At the

06:35  5   front, it says "RPLI_SEC 576405."  There's Comment 16.

       6        A.    Yes.

       7        Q.    "Thumbs up to David's comment"?

       8        A.    So I must have commented somewhere.

       9        Q.    "David:  Currently, banks -- at least the

06:35 10   ones we are talking to -- do not route liquidity through

      11   exchanges," etc.

      12        A.    Yes.

      13        Q.    What was the purpose of this document?

      14        A.    So this is -- this is --

06:35 15        I believe what's happened here is this document --

      16   which I believe is, at least to some extent, a document

      17   that I wrote or commented on -- has been imported into

      18   this other document.

      19        Q.    What was the purpose of it?

06:36 20        A.    The purpose?

      21        Q.    At the beginning, it says "Make XRP Great

      22   Again."  That's the title.

      23        A.    Well, the person who imported it to that

      24   document --

06:36 25        That was their title, but my title was "Why Should

                                                            407

06:36  1  We Care About XRP Right Now?"  They imported my document

 2  into their document, I believe.

 3       Q.    To the extent you mentioned the document was

 4  suggesting radical changes in Ripple's strategy, why was

06:36  5  that being suggested?

 6              MR. CERESNEY:  Do we know what time

 7          period this is?

 8              MR. TENREIRO:  I believe, if you look at

 9          the front page in the abstract, "While XRP has

06:36 10          been in existence for over four years," that

11          should give you a sense, more or less.  Four

12          years?  Seems like 2017, 2016.

13            THE WITNESS:  I mean, this looks like a

14          position of someone who was critical of our

06:36 15          current strategy and was suggesting

16          significant changes to that strategy.

17  BY MR. TENREIRO:

18       Q.    Strategy as to XRP?

19       A.    Yes, and more -- and more broadly, but it

06:36 20  seems to be primarily focused on Ripple's strategy as to

21  XRP.

22              MR. TENREIRO:  Okay.  I'm out of time.

23            THE VIDEOGRAPHER:  Okay.  This concludes

24          the video deposition --

06:37 25          (Inaudible crosstalk.)

                                                         408

06:37  1                    THE VIDEOGRAPHER:  Sorry.

       2                    MR. CERESNEY:  Go off the record.

       3                    THE VIDEOGRAPHER:  Going off the record

       4             at 6:37.

06:37  5                    (Recess taken at 6:37 p.m.)

       6                    (Resumed at 6:50 p.m.)

       7                    THE VIDEOGRAPHER:  Back on the record at

       8             6:50.

       9                    MR. CERESNEY:  Great.  I have a few

06:50 10             questions, Mr. Schwartz.

      11

      12                    CROSS-EXAMINATION

      13                    BY MR. CERESNEY:

      14

06:51 15        Q.    I want to hand you all of the exhibits, just

      16   a pile of the exhibits that Mr. Tenreiro showed you

      17   today.  I don't know how many it was, but it was maybe

      18   50, 60 exhibits or so.

      19        Just take a look at those and tell me how many

06:51 20   social media posts have you had over the course of the

      21   last nine years relating to Ripple or XRP.

      22        A.    Probably tens of thousands.

      23        Q.    Do these exhibits that Mr. Tenreiro showed

      24   you today -- do they constitute, essentially, a very

06:51 25   small percentage of your total posts?

                                                              409

06:51   1                MR. TENREIRO:  Object to form.

        2                THE WITNESS:  They do.

        3  BY MR. CERESNEY:

        4     Q.    And in some of the posts that Mr. Tenreiro

06:51   5  showed you and when he questioned you, were there other

        6  aspects of those posts that he did not read?

        7     A.    Yes.

        8     Q.    And in some of those posts, did you say

        9  things that in some respects rebutted some of the pieces

06:52 10  of the posts that Mr. Tenreiro showed you?

     11                MR. TENREIRO:  Again, object to form.

     12            Leading your witness.

     13                THE WITNESS:  Yes.

     14  BY MR. CERESNEY:

06:52 15     Q.    Now, have you in any of your posts over the

     16  years made promises to XRP holders that Ripple would

     17  take actions to increase the price of XRP?

     18                MR. TENREIRO:  Object to form.

     19                THE WITNESS:  I do not believe today that

06:52 20          I ever did so.

     21  BY MR. CERESNEY:

     22     Q.    And did you ever make promises to holders of

     23  XRP or give them assurances that the price of XRP would

     24  rise to a certain level?

06:52 25     A.    I do not believe I ever did so.

                                                  410

06:52 1      Q.    In your posts, were you touting that Ripple's

2    actions could increase the price of XRP?

3      A.    No.

4      Q.    Was that your purpose in any of your posts?

06:53 5      A.    No.

6      Q.    What, generally, was the purpose of your

7    posts overall?

8      A.    The general purpose of my posts were to

9    communicate with the world what -- what I was working

06:53 10   on, on the XRP Ledger and at Ripple.

11     Q.    And did it essentially --

12              MR. CERESNEY:  Strike that.  No further

13          questions.  That's it.

14              MR. TENREIRO:  Do any of the individuals

06:53 15         want to ask questions?

16              (Thereupon, an informal discussion was

17          held off the record.)

18              MR. GERTZMAN:  Nothing on behalf of

19          Mr. Larsen.  Thank you.

06:53 20              MR. TENREIRO:  Okay, and again, I

21          understand obviously we don't agree.

22              But we do want to state again we reserve

23          our rights to bring him back, especially since

24          we only covered 60 out of thousands of posts.

06:53 25              MR. CERESNEY:  Well, you apparently

411

06:53  1          covered, I assume, what you thought were the

       2          most important and you took your seven hours,

       3          so of course we will object to that.

       4                MR. TENREIRO:  Thank you, Mr. Schwartz.

06:53  5                THE VIDEOGRAPHER:  Going off the record.

       6          This is the end of the video deposition of

       7          David Schwartz.  Going off the record at 6:53.

       8                (Thereupon, the deposition adjourned at

       9          6:53 p.m.)

      10

      11                    ***     ***     ***

      12

      13

      14

      15

      16

      17

      18

      19

      20

      21

      22

      23

      24

      25

                                                              412

```
1                ACKNOWLEDGMENT OF WITNESS

2
           I, DAVID SCHWARTZ, do hereby certify
3
      that the foregoing testimony given by me on
4
      May 26, 2021 is true and accurate, including
5
      any corrections noted on the corrections page,
6
      to the best of my knowledge and belief.
7

8

9                 _____

10                     DAVID SCHWARTZ

11
           At  _____  in said County
12
   of _____, this _____ day
13
   of _____, _____, personally
14
   appeared DAVID SCHWARTZ, and he made an oath to the
15
   truth of the foregoing corrections by him subscribed.
16

17
           Before me, _____, Notary
18
   Public.  My commission expires _____.
19

20

21

22

23

24

25
                                                        413
```

```
1    STATE OF NEW YORK          )
                                    ss:
2    COUNTY OF NEW YORK         )

3                      C E R T I F I C A T E

4

5         I, CHERYLL KERR, CSR, a Notary Public

6    within and for the State of New York and a Certified

7    Shorthand Reporter, do hereby certify that the witness

8    whose deposition is hereinbefore set forth, was duly

9    sworn by me and that such deposition is a true record of

10   the testimony given by such witness.

11        I further certify that I am not related to

12   any of the parties to this action by blood or

13   marriage and that I am in no way interested in

14   the outcome of this matter.

15        IN WITNESS WHEREOF, I have hereunto set my

16   hand this 28th day of May, 2021.

17

18                    _____Cheryll Kerr_____

19                       CHERYLL KERR, CSR

20

21

22

23

24

25
```

```
 1            ERRATA SHEET FOR THE TRANSCRIPT OF:

 2   Case Name:  SEC v. Ripple Labs, et al.

 3   Dep. Date:  May 26, 2021

 4   Deponent:   David Schwartz

 5   Reason codes:

 6        1.  To clarify the record.

 7        2.  To conform to the facts.

 8        3.  To correct transcription errors.

 9    Pg.    Ln.      Now Reads       Should Read     Reason

10   _____  _____  _____  _____  _____

11   _____  _____  _____  _____  _____

12   _____  _____  _____  _____  _____

13   _____  _____  _____  _____  _____

14   _____  _____  _____  _____  _____

15   _____  _____  _____  _____  _____

16   _____  _____  _____  _____  _____

17   _____  _____  _____  _____  _____

18   _____  _____  _____  _____  _____

19   _____
        Signature of Deponent
20

21   SUBSCRIBED AND SWORN BEFORE ME

22   THIS _____ DAY OF _____, 2021.

23   _____

24   (Notary Public)  My Commission Expires: _____

25

                                                      415
```