# Exhibit 4

1   IN THE UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   -------------------------------------------------x

3   SECURITIES AND EXCHANGE COMMISSION,

4             Plaintiff,        Case No.
                                20-civ-10832(AT)(SN)
5        vs.

6   RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,
    and CHRISTIAN LARSEN,
7
              Defendants.
8
    -------------------------------------------------x

9

10

11        ** CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER **

12

13                  VIDEOTAPED DEPOSITION OF

14                   DINUKA SAMARASINGHE

15                    919 Third Avenue

16                   New York, New York

17                     June 9, 2021

18                      9:17 a.m.

19

20

21

22

23

24  Reported By:
    Cheryll Kerr, CSR
25  JOB No. 210609CK

                                                        1

1   IN THE UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   -------------------------------------------------x

3   SECURITIES AND EXCHANGE COMMISSION,

4           Plaintiff,        Case No.
                              20-civ-10832(AT)(SN)
5       vs.

6   RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,
    and CHRISTIAN LARSEN,
7
            Defendants.
8
    -------------------------------------------------x
9

10

11

12      ** CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

13

14

15

16      VIDEOTAPED DEPOSITION OF DINUKA SAMARASINGHE, held

17  at the offices of Debevoise & Plimpton, LLP, located

18  at 919 Third Avenue, New York, New York, before

19  Cheryll Kerr, CSR, a Certified Shorthand Reporter

20  and Notary Public, on Wednesday, June 9, 2021, at

21  9:17 a.m.

22

23

24

25

                                                        2

```
 1   COUNSEL FOR PLAINTIFF:

 2   UNITED STATES SECURITIES AND EXCHANGE COMMISSION
     NEW YORK REGIONAL OFFICE
 3   BY: ROBERT MOYE, ESQ.
     BY:  JORGE TENREIRO, ESQ.
 4   BY:  JON DANIELS, ESQ.
     200 Vesey Street, Suite 400
 5   New York, NY  10281-1022
     Phone:  (212) 336-1060
 6   E-mail:  moyer@sec.gov
     E-mail:  tenreiroj@sec.gov
 7   E-mail:  danielsj@sec.gov

 8
     COUNSEL FOR DEFENDANT RIPPLE LABS, INC.:
 9
     DEBEVOISE & PLIMPTON LLP
10   BY:  LISA ZORNBERG, ESQ.
     BY:  JOY GUO, ESQ.
11   919 Third Avenue
     New York, NY  10022
12   Phone:  (212) 909-6000
     E-Mail:  lzornberg@debevoise.com
13   E-mail:  jguo@debevoise.com

14
                 - and -
15
16   KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC
     BY:  LILLIAN V. SMITH, ESQ.
17   Sumner Square
     1615 M Street, N.W.
18   Suite 400
     Washington, D.C.  20036
19   Phone:  (202) 326-7999
     E-mail:  lsmith@kellogghansen.com
20

21

22

23

24

25   (Continued on the next page)
```

3

```
 1   APPEARANCES:  (Cont.)

 2
     COUNSEL FOR DEFENDANT BRADLEY GARLINGHOUSE:
 3
     CLEARY GOTTLIEB STEEN & HAMILTON, LLP
 4   BY:  SAMUEL LEVANDER, ESQ.
     BY:  ALEXANDER JANGHORBANI
 5   2112 Pennsylvania Avenue, N.W.
     Washington, D.C.  20037
 6   Phone:  (202) 974-1500
     E-mail:  slevander@cgsh.com
 7   E-mail:  ajanghorbani@cgsh.com

 8
     COUNSEL FOR DEFENDANT CHRISTIAN A. LARSEN:
 9
     PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP:
10   BY:  GRACE TIEDEMANN, ESQ.
     BY:  ROBIN LINSENMAYER, ESQ.
11   1285 Avenue of the Americas
     New York, NY  10019-6064
12   Phone:  (212) 373-3547
     E-mail:  gtiedemann@paulweiss.com
13   E-mail:  rlinsenmayer@paulweiss.com

14
     COUNSEL FOR WITNESS:
15
     KAPLAN HECKER & FINK, LLP
16   BY:  SEAN HECKER, ESQ.
     BY:  JUSTIN HORTON, ESQ.
17   350 Fifth Avenue, Suite 7110
     New York, NY  10118
18   Phone:  (929) 367-4578
     E-mail:  shecker@kaplanhecker.com
19   E-mail:  jhorton@kaplanhecker.com

20
     Also Present:
21
     Michael Bennett, Legal Videographer
22

23                    ***      ***      ***

24

25
```

4

```
 1                            INDEX
 2   WITNESS                                       PAGE
 3   DINUKA SAMARASINGHE
 4       Direct examination by Mr. Moye            16
 5       Cross-examination by Ms. Zornberg        292
 6       Redirect by Mr. Moye                     314
 7       Cross-examination by Mr. Levander        314
 8
 9                          EXHIBITS
10   DS
     FOR ID           DESCRIPTION                 PAGE
11
     1                One-page e-mail chain with top    81
12                    e-mail dated 1/14/14, from
13                    ███████████████████.com
14                    to Phil Rapoport
15
     Exhibit 2        Eight-page e-mail chain with     84
16                    top e-mail dated 11/24/15,
17                    from Dinuka Samarasinghe to
18                    ████████████ et al.
19
     Exhibit 3        Three-page e-mail chain with     95
20                    top e-mail dated 10/11/16,
21                    from Dinuka Samarasinghe to
22                    ████████████ et al.
23
24
25   (Continued on the next page)
```

5

```
 1                          EXHIBITS (Cont.)
 2    DS
      FOR ID            DESCRIPTION                       PAGE
 3
      Exhibit 4         One-page e-mail dated              103
 4
                        12/10/16, from ███ @ripple.com
 5
                        to ████████ @ripple.com
 6
                        et al.
 7
      Exhibit 5         Nine-page e-mail chain with top    112
 8
                        e-mail dated 1/10/17, from
 9
                        Miguel Vias to Dinuka
10
                        Samarasinghe
11
      Exhibit 6         Two-page e-mail chain with         128
12
                        top e-mail dated 9/28/17,
13
                        from ████████ to
14
                        ████████████ et al.
15
      Exhibit 7         Three-page e-mail chain            134
16
                        with top e-mail dated
17
                        11/2/17, from Miguel Vias
18
                        to Patrick Griffin
19
      Exhibit 8         One-page e-mail chain with         147
20
                        top e-mail dated 12/13/17,
21
                        from ████████████ to
22
                        Miguel Vias et al.
23
24
25    (Continued on the next page)
```

6

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
 1                    EXHIBITS (Cont.)
 2  DS
    FOR ID            DESCRIPTION                   PAGE
 3
    Exhibit 9         One-page e-mail dated          153
 4
                      12/16/17, from Miguel Vias
 5
                      to █████████████,
 6
                      "Subject:  Stop Selling"
 7
    Exhibit 10        Three-page e-mail chain with   163
 8
                      top e-mail dated 1/31/18,
 9
                      from Dinuka Samarasinghe
10
                      to ███████ et al. and
11
                      attachment
12
    Exhibit 11        Three-page e-mail chain with   170
13
                      top e-mail dated 3/22/18,
14
                      from Dinuka Samarasinghe
15
                      to █████████ et al.
16
    Exhibit 12        Thirteen-page e-mail chain     174
17
                      dated 4/12/18, from █████
18
                      ██████ to Dinuka
19
                      Samarasinghe, Bates Nos.
20
                      RPLI_SEC 0198978 through
21
                      RPLI_SEC 0198990
22
23
24
    (Continued on the next page)
25
                                                       7
```

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
 1                         EXHIBITS (Cont.)
 2    DS
      FOR ID           DESCRIPTION                          PAGE
 3
      Exhibit 13       Two-page e-mail chain with top        184
 4
                       e-mail dated 9/18/18, from
 5
                       ████████████████ to Brad
 6
                       Garlinghouse et al.
 7
      Exhibit 14       One-page e-mail chain with top        194
 8
                       e-mail dated 7/17/19, from
 9
                       ████████████████ to
10
                       ███████████████████████.com
11
                       et al.
12
      Exhibit 15       Two-page e-mail dated 9/3/19,         199
13
                       from ████████████ to
14
                       ████████████@ripple.com,
15
                       Bates Nos. RPLI_SEC
16
                       0295504 through RPLI_SEC
17
                       0295505
18
      Exhibit 16       Two-page e-mail dated                 217
19
                       10/15/19, from Breanne
20
                       Madigan to
21
                       ██████@ripple.com,
22
                       Bates Nos. RPLI_SEC
23
                       0518302 through 0518303
24
25    (Continued on the next page)
```

8

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
 1                    EXHIBITS (Cont.)
 2    DS
      FOR ID          DESCRIPTION                     PAGE
 3
      Exhibit 17      Five-page e-mail chain with top   221
 4
                      e-mail dated 11/16/19, from
 5
                      ████████████ to ████████████
 6
                      et al.
 7
      Exhibit 18      Two-page e-mail dated 12/28/17,   158
 8
                      from ████████████ to
 9
                      ████████████@ripple.com et al.,
10
                      Bates Nos. ██████0039962
11
                      through ██████0039963
12
      Exhibit 19      Five-page e-mail chain dated      238
13
                      1/10/20, from Breanne Madigan
14
                      to ██████@ripple.com, Bates
15
                      Nos. RPLI_SEC 0502500
16
                      through 0502504
17
      Exhibit 20      Six-page e-mail chain dated        48
18
                      1/12/20, from ████████████
19
                      to ████████████ et al.,
20
                      Bates Nos. RPLI_SEC
21
                      0504285 through 0504290
22
23
24
25    (Continued on the next page)
                                                         9
```

```
 1                        EXHIBITS (Cont.)
 2   DS
     FOR ID           DESCRIPTION                       PAGE
 3
     Exhibit 21       Three-page e-mail chain with top    241
 4
                      e-mail dated 1/13/20, from
 5
                      Dinuka Samarasinghe to Ron Will
 6
                      et al.
 7
     Exhibit 22       19-page document entitled "Ripple   242
 8
                      Liquidity ODL & Market Maker
 9
                      Overview + Outlook for 2020,"
10
                      bearing Bates Nos. RPLI_SEC
11
                      050375 through 0503593
12
     Exhibit 23       Three-page e-mail dated             245
13
                      3/25/2020, from
14
                      ███████@ripple.com to
15
                      "[Slack Retention] Ripple - :
16
                      Private" et al., Bates Nos.
17
                      RPLI_SEC 0318645 through
18
                      0318647
19
20
21
22
23
24
25   (Continued on the next page)
                                                            10
```

```
 1                       EXHIBITS (Cont.)
 2    DS
      FOR ID            DESCRIPTION                      PAGE
 3
      Exhibit 24        Two-page e-mail dated             249
 4
                        3/26/2020, from Dinuka
 5
                        Samarasinghe to ███████
 6
                        ████████ et al., Bates Nos.
 7
                        RPLI_SEC 0492574 through
 8
                        0492575
 9
      Exhibit 25        Two-page e-mail chain with        252
10
                        top e-mail dated 3/29/2020,
11
                        from Dinuka Samarasinghe to
12
                        ████████████ et al., Bates
13
                        Nos. RPLI_SEC 0479912
14
                        through 0479913
15
      Exhibit 26        One-page e-mail dated             257
16
                        4/8/2020, from ████████
17
                        ████████ to Breanne
18
                        Madigan et al., "Subject:
19
                        Bitso Update"
20
21
22
23
24
25    (Continued on the next page)
                                                           11
```

```
 1                      EXHIBITS (Cont.)
 2   DS
     FOR ID          DESCRIPTION                    PAGE
 3
     Exhibit 27      Eight-page e-mail chain with top  260
 4
                     e-mail dated 4/15/20, from
 5
                     Dinuka Samarasinghe to ██████████
 6
                     et al.
 7
     Exhibit 28      Four-page e-mail chain with top   263
 8
                     e-mail dated 5/29/2020, from
 9
                     ████████████████ et al.
10
     Exhibit 29      Thirteen-page document entitled   266
11
                     "XRP-O Supply Concerns," Bates
12
                     Nos. RPLI_SEC 0301743 through
13
                     0301755
14
     Exhibit 30      Four-page e-mail dated            273
15
                     6/24/2020, from
16
                     █████████████@ripple.com
17
                     to ██████@ripple.com et
18
                     al., Bates RPLI_SEC
19
                     0504550 through 0504553
20
     Exhibit 31      One-page e-mail dated             281
21
                     8/25/2020, from Dinuka
22
                     Samarasinghe to
23
                     ████████@ripple.com
24
25   (Continued on the next page)
```
                                                          12

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
 1                    EXHIBITS (Cont.)
 2  DS
    FOR ID           DESCRIPTION                    PAGE
 3
    Exhibit 32       Two-page e-mail dated           284
 4
                     11/21/2020, from
 5
                     ██████████@ripple.com to
 6
                     ██████@ripple.com, Bates Nos.
 7
                     RPLI_SEC 0318653 through
 8
                     03180318654
 9
    Exhibit 33       Two-page e-mail dated           288
10
                     11/21/2020, from
11
                     ██████████@ripple.com to
12
                     ██████@ripple.com et al.,
13
                     Bates Nos. RPLI_SEC
14
                     0504585 through 0504586
15
    Exhibit 34       (Not Presented)
16
    Exhibit 35       One-page e-mail dated           227
17
                     7/1/19 from Dinuka
18
                     Samarasinghe to ██████
19
                     ██████████ et al., Bates
20
                     No. SEC-████████C-
21
                     0048590
22
23                     ***      ***      ***
24
25
                                                      13
```

09:17  1           THE VIDEOGRAPHER:  We are now on the

2      record.  The time is approximately 9:17 a.m.

3      on June 9th, 2021.

4           This is Video No. 1 of the video

09:17  5      deposition of Dinuka Samarasinghe, taken in

6      the matters of Securities and Exchange

7      Commission, plaintiff, versus Ripple Labs,

8      Inc. et al., Case No. 20-civ-10832, in the

9      United States District Court, Southern

09:18 10      District of New York.

11           My name is Michael Bennett, legal

12      videographer with Gradillas Court Reporters.

13      Today, we are at the offices of

14      Debevoise & Plimpton, located at 919

09:18 15      Third Avenue in New York, New York.  Would

16      counsel please identify themselves?

17           MR. MOYE:  I am Robert Moye, here for the

18      SEC.

19           With me in the room are two colleagues,

09:18 20      Jon Daniels and Jorge Tenreiro.  We also have

21      various people on Zoom that are viewing as

22      well.

23           MR. HECKER:  Sean Hecker, from Kaplan

24      Hecker & Fink, joined by my colleague, Justin

09:18 25      Horton, for Mr. Samarasinghe.

14

09:18  1               MS. ZORNBERG:  Lisa Zornberg, on behalf
       2          of Ripple, and I am joined by Joy Guo and Joe
       3          Bianco of Debevoise & Plimpton and Anna
       4          Guardado of Ripple.
09:19  5               MR. LEVANDER:  Samuel Levander, from
       6          Cleary, Gottlieb, Steen & Hamilton, on behalf
       7          of Bradley Garlinghouse.
       8               Joining me from Cleary Gottlieb by video
       9          is Alexander Janghorbani.
09:19 10               MS. LINSENMAYER:  Robin Linsenmayer, on
      11          behalf of Christian Larsen, from Paul, Weiss,
      12          Rifkind, Wharton & Garrison.
      13               I'm on the Zoom, and with me is my
      14          colleague, Grace Tiedemann.
09:19 15               THE VIDEOGRAPHER:  Thank you all very
      16          much.
      17               The court reporter is Cheryll Kerr, also
      18          representing Gradillas Court Reporters.  I
      19          would ask her to please swear in the witness.
09:19 20  D I N U K A  S A M A R A S I N G H E,
      21  called as a witness, having been duly
      22  sworn, was examined and testified
      23  as follows:
      24               THE SHORTHAND REPORTER:  Thank you.
09:19 25          Please proceed.

                                                              15

```
09:19   1                    DIRECT EXAMINATION
        2                 BY MR. MOYE:
        3
        4        Q.    Good morning, Mr. Samarasinghe.
09:19   5        A.    Good morning.
        6        Q.    Could you please state your name for the
        7   record?
        8        A.    Dinuka Samarasinghe.
        9        Q.    Thank you.  Are you represented by counsel
09:20  10   today?
       11        A.    Yes, sir.
       12        Q.    Who is your counsel?
       13        A.    Mr. Hecker and Mr. Horton.
       14        Q.    To your knowledge, does your counsel
09:20  15   represent any of the other witnesses in the case?
       16        A.    Yes.
       17        Q.    Okay.  Do you know who they are?
       18        A.    Miguel Vias, Asheesh Birla.  Those are the
       19   two that I am ...
09:20  20                   (Thereupon, an informal discussion was
       21             held off the record.)
       22   BY MR. MOYE:
       23        Q.    Okay.  Anyone else that you know of?
       24        A.    I'm not 100 percent sure.
09:20  25        Q.    Okay.  As I said earlier, my name is Robert
```

                                                          16

09:20  1    Moye, and I will be asking you questions on behalf of

2    the SEC, who is the plaintiff in this case.

3        Have you ever given testimony in a deposition or at

4    trial before?

09:20  5    A.    No, sir.

6    Q.    Okay.  So let me just give you some

7    guidelines so we can get a clear record on the court

8    reporter's transcript.

9        First of all, we shouldn't talk over each other, so

09:21 10    I need to let you finish your answers and please let me

11    finish my questions before you jump in.  Does that work?

12    A.    Yes, sir.

13    Q.    Also, we -- we need verbal answers rather

14    than a nod or shaking of the head, so you are doing good

09:21 15    so far, and from time to time, other lawyers may raise

16    objections.

17        When that happens, I have a choice.  I can either

18    reframe or reword my question, or I can go ahead and ask

19    you to answer what's already pending.  If you don't

09:21 20    remember, don't sweat it, because the court reporter can

21    read it back.  At this point, I think Lisa wants to add

22    something.

23            MS. ZORNBERG:  Yes.  I just want to put

24            on the record that for today's deposition, any

09:21 25            objection by Mr. Hecker or Mr. Horton or by

17

09:21  1                    any of the lawyers for the three defendants in
       2                    the case will preserve the objection as to all
       3                    of us so we don't have to make duplicate
       4                    objections.
09:21  5   BY MR. MOYE:
       6        Q.    Finally, I'm just looking for your best
       7   recollections in this deposition.  I'm not looking to
       8   inquire into any advice your lawyers gave you.  So if,
       9   by some chance, I ask you a question that you think the
09:22 10   answer requires you to disclose that, don't do it.
      11        Indicate that that would require disclosure of
      12   conversations with your lawyer, and I will work around
      13   that.  Does that work?
      14        A.    Yes, sir.
09:22 15        Q.    Can you tell me what you did to prepare for
      16   today's deposition?  Did you meet with counsel?
      17        A.    Yes, I did.
      18        Q.    Did you have any preparation sessions?
      19        A.    Yes, I did.
09:22 20        Q.    How many?
      21        A.    Around four.
      22        Q.    Okay.  During any of these preparation
      23   sessions, was anyone participating besides your lawyers?
      24        A.    Yes.
09:22 25        Q.    At how many sessions?

                                                                    18

09:22  1                    (Pause.)

       2                    THE WITNESS:  Yesterday's session, and

       3              I -- I think one before that.

       4    BY MR. MOYE:

09:22  5         Q.    Okay.  Do you know who those other people

       6    were?

       7         A.    Yes.

       8         Q.    Who were they?

       9         A.    Counsel for Ripple.

09:22 10         Q.    Do you know which lawyers for Ripple?

      11         A.    Ms. Zornberg.

      12         Q.    Okay?

      13         A.    Ms. Guo, and there was a gentleman in the

      14    room.  I forget his name.

09:23 15         Q.    Okay.  What about counsel for the individual

      16    defendants?  Were any of them in these preparation

      17    sessions?

      18         A.    Not to my recollection.

      19         Q.    Okay.  In those sessions that you attended

09:23 20    with --

      21         In those sessions that were attended by lawyers

      22    from Ripple, can you tell me in general what it is you

      23    talked about?

      24                    MR. HECKER:  Objection.  I'll instruct

09:23 25              you not to answer the question.

                                                                    19

09:23  1              MR. MOYE:  Was there a joint privilege?

       2              MR. HECKER:  There's -- a common interest

       3          covered our discussion in preparation for his

       4          deposition, yes.

09:23  5    BY MR. MOYE:

       6      Q.    Okay.  Without saying I agree with that, are

       7    you going to follow your lawyer's instruction not to

       8    answer that last question?

       9      A.    Yes.

09:23  10     Q.    Okay.  I just need to get that on the record.

      11      A.    Okay.

      12      Q.    Can you tell me what documents you looked at

      13    in preparation for your --

      14          Can you tell me, first of all, did you look at

09:23  15   documents in preparation for the deposition?

      16      A.    I did.

      17      Q.    Were there any documents that helped you

      18    remember things you couldn't remember before until after

      19    you had looked at the documents?

09:24  20     A.    There were several documents that may have

      21    refreshed my memory a little bit.

      22      Q.    Okay.  With regard to those documents that

      23    helped you remember things or refresh your recollection,

      24    can you tell me what kinds of documents they were?

09:24  25     A.    In general, e-mail exchanges.  There were

                                                              20

```
09:24    1   some market color and market commentary that I had
         2   produced.
         3       Q.    Any internal Ripple documents or reports?
         4             MR. HECKER:  Objection to the form of the
09:24    5          question.  But you can answer, if you
         6          understand it.
         7   BY MR. MOYE:
         8       Q.    Best you can.
         9       A.    Could you rephrase?
09:24   10       Q.    Yeah.  I may not be getting the right kind of
        11   documents, but were there any special reports about XRP
        12   or market analysis that you looked at?
        13             MS. ZORNBERG:  Objection to form.
        14   BY MR. MOYE:
09:25   15       Q.    You can answer.
        16       A.    A lot of the market commentary, stuff that we
        17   produced.
        18             (Thereupon, an informal discussion was
        19          held off the record.)
09:25   20             THE WITNESS:  Sorry.  There were analyses
        21          on -- on XRP.
        22   BY MR. MOYE:
        23       Q.    Is there any single or couple of documents
        24   that you remember as being particularly helpful in
09:25   25   preparation for the case and helping you remember?
```

                                                                21

09:25  1        A.    No, sir.

       2        Q.    Okay.  Do you have any understanding, even a

       3   general one, about what the SEC is alleging in this

       4   lawsuit?

09:25  5        A.    I am not a securities lawyer, but I have -- a

       6   general understanding.

       7        Q.    Just take your best shot.  What is your

       8   understanding in your own words?

       9        A.    My understanding is that the SEC alleges that

09:25 10   XRP is a security of Ripple.

      11               (Thereupon, an informal discussion was

      12           held off the record with the shorthand

      13           reporter.)

      14   BY MR. MOYE:

09:26 15        Q.    Okay, and do you have any understanding --

      16   even a general one -- about the defendants' position

      17   specifically?

      18        A.    A general one, yes.

      19        Q.    What's that?

09:26 20        A.    That XRP is not a security.

      21        Q.    Do you have any personal interest in the

      22   resolution of that question or the outcome of this case?

      23        A.    No.

      24        Q.    Okay.  Do you currently own any XRP?

09:26 25        A.    I have several XRP wallets that have

                                                                    22

09:26  1    essentially the minimum funding amount that is

2    essentially locked up and I have no access to.

3        So there would be, say -- let's say, four or five

4    XRP wallets that have ███ XRP in it that I am unable to

09:26  5    access.

6        Q.    But four wallets is ███ -- you have ███ XRP?

7        A.    Roughly.

8            (Thereupon, an informal discussion was

9        held off the record with the shorthand

09:27 10        reporter.)

11   BY MR. MOYE:

12       Q.    Let's talk briefly about your educational

13   background.

14       A.    Yes, sir.

09:27 15       Q.    Did you go to college?

16       A.    Yes, sir.

17       Q.    Where did you go to college?

18       A.    Columbia College.

19       Q.    Did you get a degree?

09:27 20       A.    Yes, sir.

21       Q.    What did you study or what was the degree in?

22       A.    The degree is a bachelor's in economics.

23       Q.    Okay.  Did you do any graduate study?

24       A.    Yes, I did.

09:27 25       Q.    Did you get any graduate degrees?

23

09:27  1         A.     I did.

       2         Q.     From where?

       3         A.     Carnegie Mellon.

       4         Q.     In what?

09:27  5         A.     Computational -- master's of science and

       6  computational finance.

       7         Q.     Okay.  When did you get your undergraduate

       8  degree?

       9         A.     December -- undergraduate degree in May of

09:27 10  1996.

      11         Q.     Okay.  How about your graduate?

      12         A.     December of 2005.

      13         Q.     Okay.  Do you have any other graduate or

      14  advanced degrees?

09:27 15         A.     No, sir.

      16         Q.     Have you done any other graduate or advanced

      17  studies that did not result in a degree?

      18         A.     Yes.

      19         Q.     What was that?

09:28 20         A.     I did a preparation course for my master's of

      21  science, which was called a -- I got a certificate for a

      22  quantitative studies for finance program from

      23  Columbia College.

      24         Q.     When did you get that?

09:28 25         A.     2004.

                                                                  24

09:28  1        Q.    Okay.  Let's talk briefly about your

2    employment history.  We will go into more details,

3    particularly with regard to Ripple, during the day.

4        Where are you employed right now?

09:28  5        A.    GSR Services USA.

6        Q.    And since when have you had that position?

7        A.    Since December 21st, 2020.

8        Q.    And what's your title?

9        A.    Director of Operations Americas.

09:28 10       Q.    Can you tell me generally what your

11   responsibilities are?

12       A.    Generally, I do a little bit of a lot of

13   things.  I do some trade operations.  I do some --

14   working cross functionality with different groups.  I've

09:29 15   done analysis.  I've done strategy.

16       I manage some of the younger employees.  I

17   currently manage internal operations for the ODL product

18   for GSR's market making.

19               (Thereupon, an informal discussion was

09:29 20          held off the record.)

21   BY MR. MOYE:

22       Q.    Okay.  Can you tell me generally what GSR

23   does?  What kind of company it is?

24       A.    GSR is a digital asset market maker.

09:29 25       Q.    For someone who reads this record who does

25

09:29  1   not know what a market maker or what digital assets are,

       2   is there any simpler way you can describe what GSR is?

       3       A.    GSR's primary mission is increasing the

       4   liquidity for digital assets, whether they be for token

09:30  5   projects or for exchanges, but it is growing into

       6   different areas of financial services for digital

       7   assets.

       8       Q.    Okay.  Where is your office for GSR?  Do you

       9   have an office that you work in for GSR?

09:30 10       A.    I -- no, sir.

      11       Q.    You work from home?

      12       A.    Yes, I do.

      13       Q.    Okay.  Does GSR have any offices in New York?

      14       A.    No.

09:30 15       Q.    Does GSR have any offices in the

      16   United States?

      17       A.    No.

      18       Q.    Where is GSR located?

      19       A.    GSR has several corporate entities.  One in

09:30 20   the UK.  One in Hong Kong.  One in Singapore.  We have a

      21   couple entities in the United States.

      22       Q.    What are the entities in the United States

      23   that GSR owns or operates?

      24       A.    There is GSR Services USA, LLC.  There's GSR

09:31 25   USA, LLC.  I am not familiar with the full corporate

                                                                26

09:31   1    structure.

        2         Q.    Okay.  With that caveat, do you know where

        3    those LLCs that you just mentioned, where they operate

        4    from or where they are located?

09:31   5         A.    GSR Services USA, LLC is a Wyoming entity.

        6    There's a Delaware entity.

        7                    (Thereupon, an informal discussion was

        8              held off the record with the shorthand

        9              reporter.)

09:31  10    BY MR. MOYE:

       11         Q.    And are there employees within the

       12    United States of GSR or those two LLCs that you

       13    mentioned?

       14         A.    Yes, there are.

09:31  15         Q.    And the people you manage?  Are they, for the

       16    most part, here in the United States?

       17         A.    Yes.

       18         Q.    Okay.  Could you give me some estimate of the

       19    people you work with for GSR here in the United States?

09:31  20    Are there five?  500?  What's the number?

       21         A.    No, it's -- it's on the order of ███ .

       22         Q.    Okay.  Thank you.

       23    Do you still have any -- in your currency job at

       24    GSR, do you have any professional contacts with Ripple,

       25    the defendant in this case?

                                                                27

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
09:32    1                    MR. HECKER:  Objection to the form.  But
         2          you can answer.
         3   BY MR. MOYE:
         4          Q.    Does GSR work with Ripple?
09:32    5          A.    Yes.
         6          Q.    Okay.  Doing what?
         7          A.    Servicing ODL.
         8          Q.    Okay.  We're going to talk about ODL more in
         9   a minute.
09:32   10          Do you maintain any personal friendships or
        11   relationships with people that you worked with at
        12   Ripple?
        13          A.    Yes.
        14          Q.    Who are you close to?
09:32   15                    MR. HECKER:  Objection to the form.
        16   BY MR. MOYE:
        17          Q.    Who are you friends with at Ripple?
        18                    MS. ZORNBERG:  Objection to the form.
        19   BY MR. MOYE:
09:32   20          Q.    You can answer.
        21          A.    ███████████.  There's ██████ -- I actually
        22   don't know how to pronounce his name all that well,
        23   but -- █████████, ██████████.  Still at
        24   Ripple?
09:33   25          Q.    Yes.
```

28

```
09:33    1              (Thereupon, an informal discussion was
         2          held off the record.)
         3              THE WITNESS:  I'm friendly with
         4    ██████████, ████████████, █████████████.
09:33    5    BY MR. MOYE:
         6        Q.    Okay.  What about Brad Garlinghouse or
         7    Chris Larsen?  Do you have personal or social
         8    relationships with them?
         9        A.    No, sir.
09:33   10        Q.    Okay.  Where else have you worked, besides
        11    Ripple and GSR?
        12        A.    I've worked at ███████████, out of
        13    college.  I've worked at a hedge fund called --
        14    initially called ██████████████.  Then it
09:33   15    was called ████████████.
        16        Q.    Okay.  Stop there.  One at a time, so we can
        17    keep track.
        18        A.    Okay.
        19        Q.    Did you say, "███████████"?
09:34   20        A.    Yes, sir.
        21        Q.    What did you do for them?
        22        A.    I was a registered representative and I
        23    essentially traded NASDAQ equities.
        24        Q.    Okay.  The next company you mentioned,
09:34   25    Oak Hill?
```

                                                              29

```
09:34  1         A.      ███████████████████.

       2         Q.      What did you do for ████████?

       3         A.      I managed -- I was on the Asian equities

       4  team, essentially managing a long/short quant equity

09:34  5  portfolio and other Asian equities.

       6         Q.      How long did you work at ██████ or during what

       7  years?  What period of time?

       8         A.      I started in December of 1996.

       9                 (Pause.)

09:34 10  BY MR. MOYE:

      11         Q.      Just general is fine.

      12         A.      Generally, two years, probably.  Around.

      13         Q.      Okay.  What about ████████?  How long did you

      14  work there?

09:34 15         A.      Also -- also around two years.

      16         Q.      From ███████, where did you work?

      17         A.      I moved to a company called █████████████.

      18         Q.      And what did you do for ██████?

      19         A.      I worked on building high frequency equities

09:35 20  trading strategy on the Japanese equity markets.

      21         Q.      And how long did you work there?

      22         A.      I want to say about a year.

      23         Q.      Okay.  After that, where did you work?

      24         A.      ███████████████.

09:35 25         Q.      And what did you do for ██████?
```

30

09:35  1        A.      I worked on high frequency foreign exchange

       2    trading.

       3        Q.      For how long?

       4        A.      Close to -- close to four years.

09:35  5        Q.      Okay.  After ████, where did you work?

       6        A.      ██████████████████████.

       7        Q.      And how long did you work at ██████?

       8        A.      Three years.

       9        Q.      What was your responsibility with ████ at

09:35 10    ██████?

      11        A.      Senior strategist.

      12        Q.      What is ████████, or what does ████████

      13    do?

      14        A.      ████████ was a prop trading company.

09:35 15        Q.      What does that mean in layman's terms, if you

      16    can?

      17        A.      They traded their own capital and attempted

      18    to increase that capital base through trading.

      19        Q.      Was ██████ the last company you worked

09:36 20    for before joining Ripple?

      21        A.      Yes, sir.

      22        Q.      Okay.  So we will spend more time on GSR,

      23    Ripple, and ██████ throughout the day.

      24        I understand that you left ██████ in order to

09:36 25    join Ripple; is that right?

                                                                 31

09:36   1       A.     I resigned ███████, not necessarily with

        2   the intention to join Ripple.

        3       Q.     How much after -- how long after your

        4   resignation did you join Ripple?

09:36   5       A.     I resigned in March and I joined Ripple in

        6   June.

        7       Q.     In June?  Okay.

        8               (Thereupon, an informal discussion was

        9           held off the record with the shorthand

09:37  10           reporter.)

       11   BY MR. MOYE:

       12       Q.     Just to clarify, when you left ████████,

       13   did you intend to join Ripple?

       14       A.     No.

09:37  15       Q.     Okay.  So how is it that you came to work for

       16   Ripple?  How did you hear about the opportunity?  How

       17   did you go about applying?

       18       A.     I resigned on a Friday, and on the

       19   following -- two days later, Miguel Vias, who was head

09:37  20   of XRP markets at Ripple at the time, called me to gauge

       21   my interest in working with him -- working for him at

       22   Ripple.

       23       Q.     Why did you resign from ██████████?

       24       A.     I was unhappy with my compensation.

09:37  25       Q.     Did you have another job lined up?  Sounds

                                                                    32

09:37  1   like no.

       2        A.    I did not.

       3        Q.    Okay, and did Mr. Vias know of your intention

       4   to resign, do you think, before you actually did the

09:37  5   deed?

       6                  MR. HECKER:  Objection to the form of the

       7             question.

       8                  MR. MOYE:  Let me ask it again.

       9   BY MR. MOYE:

09:37 10        Q.    Did you tell Mr. Vias before you resigned

      11   from ███████████ that that's what you intended to do?

      12        A.    No, I did not.

      13        Q.    Okay.  So after Mr. Vias contacted you, what

      14   was the next step in coming to work for Ripple?

09:38 15                  (Pause.)

      16                  THE WITNESS:  I -- I had a series of

      17             interviews with Ripple.

      18   BY MR. MOYE:

      19        Q.    Okay, and when did you receive your offer, do

09:38 20   you think?

      21        A.    Around May of 2017.

      22        Q.    And you joined in June; is that correct?

      23        A.    Yes, sir.

      24        Q.    What was your title when you joined Ripple?

09:38 25        A.    Senior manager, XRP markets.

                                                                    33

09:38   1      Q.    And can you remember what was your

        2   compensation when you joined Ripple?

        3      A.    Roughly $████████ per year in cash with

        4   options to get up to █████████████████████████.

09:39   5      Q.    When you say, "████████████," what did you

        6   mean by "███████████"?

        7      A.    ██████████████████████.

        8      Q.    Okay, and when you joined Ripple, what were

        9   your responsibilities?

09:39 10      You've already mentioned your title.  So day to

      11   day, what were you doing in your first -- in your first

      12   months with Ripple?

      13      A.    My first months at Ripple, I primarily worked

      14   on building out data analysis tools for the XRP markets.

09:39 15      Q.    Did your responsibilities change over time?

      16      A.    Yes, sir.

      17      Q.    Can you describe that in a general way?

      18      A.    My -- my responsibilities moved towards

      19   managing XRP programmatic sales, helping build out XRP

09:40 20   OTC trading, developing XRP lending programs from

      21   Ripple.

      22      Then to communicating internally about the markets,

      23   helping develop the ODL liquidities scaling program,

      24   managing ODL liquidity for Ripple.

09:40 25      Q.    Okay.  We're going to come back and spend

                                                   34

09:40  1   more time on each of these -- on some of these

2   responsibilities, but I want to find out, as best you

3   can recall, who you reported to or who -- who was your

4   supervisor during the different -- during your time at

09:41  5   Ripple?

6        A.    Initially, Miguel Vias.  Then Breanne

7   Madigan.

8        Q.    Okay, and why did you leave Ripple?

9             (Pause.)

09:41 10             THE WITNESS:  I grew increasingly

11             frustrated with -- I grew increasingly

12             frustrated largely because I grew increasingly

13             cynical about the prospects of success for the

14             company and the lack of growth in my role.

09:41 15   BY MR. MOYE:

16        Q.    Were there personal issues, or was it more

17   strategic, what you were describing?

18             MR. HECKER:  Objection to form.

19             Compound.

09:42 20   BY MR. MOYE:

21        Q.    Let me ask:  Did you have personal problems

22   with anyone at Ripple?

23             MR. HECKER:  Objection to the form.

24   BY MR. MOYE:

09:42 25        Q.    You can answer.

                                                            35

```
09:42   1                    (Pause.)
        2              THE WITNESS:  There were a few people I
        3         don't think I had great working relationships
        4         with.
09:42   5   BY MR. MOYE:
        6        Q.   Okay.  What was your relationship like with
        7   Ms. Madigan?
        8        A.   I think we were able to work well together.
        9        Q.   Did you have --
09:42  10        Was your work being criticized or unfairly --
       11   unfairly represented, in your mind?
       12              MR. HECKER:  Objection.
       13              MS. ZORNBERG:  Objection to form.
       14   BY MR. MOYE:
09:43  15        Q.   If you understand what I was asking you, you
       16   can answer.
       17        A.   Perhaps rephrase the question.
       18        Q.   Did anyone tell you your work is not
       19   acceptable, your analysis isn't good, or "I disagree
09:43  20   with your conclusions"?
       21              MR. HECKER:  Objection, but you can
       22         answer.
       23              THE WITNESS:  Not to my recollection.
       24   BY MR. MOYE:
09:43  25        Q.   Okay.  When you said before you were
```

36

09:43  1  concerned about "the prospects of success of the

2  company," could you elaborate on that, please?  What did

3  you mean?

4      A.   I don't believe that the architecture of the

09:43  5  ODL is ... has been designed in such a way that it is

6  scalable.

7              (Thereupon, an informal discussion was

8         held off the record.)

9  BY MR. MOYE:

09:43 10     Q.   Scalable?  And what do you mean by the term

11  "scalable"?

12      A.   Capable of growing like a network should

13  grow, I guess.

14      Q.   Do you think it was --

09:44 15      When you left the company, did you think it was

16  capable of doing what the company hoped it would do?

17      A.   Can you define "what the company hoped it

18  would do"?

19      Q.   Maybe not.  I was trying to rephrase "What's

09:44 20  scalable?"  You didn't think it was be intended by use

21  by the company; is that fair?

22              MR. HECKER:  Objection to form.

23              MS. ZORNBERG:  Objection.

24              THE WITNESS:  No.

25

37

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
09:44   1   BY MR. MOYE:
        2        Q.    What did you mean by you "didn't think it
        3   could grow"?
        4              MR. HECKER:  Objection.
09:44   5              MS. ZORNBERG:  I don't think he used the
        6              word grow in that way.  He used "lack of
        7              growth" for his role.
        8   BY MR. MOYE:
        9        Q.    Tell me again what you saw as a problem with
09:45  10   the ODL product.
       11              MR. HECKER:  Objection to form.  You can
       12              answer.
       13              THE WITNESS:  ODL primarily partners with
       14              digital asset exchanges in decimation currency
09:45  15              countries, such as Mexico and the Philippines.
       16              Typically, these exchanges are not -- they
       17              have relatively poor technology.  They have
       18              relatively poor support.
       19              I don't believe they're institutionally
09:45  20              sound.  There's a wide -- you know, range of
       21              APIs that you have to connect to.  So
       22              ultimately, I believe they were partnering
       23              with low-quality exchanges across the global
       24              because those were available digital asset
09:46  25              exchanges, I found it hard to believe that it
```

                                                              38

09:46   1                 could gain a significant institutional
        2                 customer base.
        3     BY MR. MOYE:
        4           Q.    Thank you.
09:46   5           When you said you were concerned or cynical about
        6     your prospects of the success of the company, what did
        7     you mean by that?
        8           A.    I had a relatively low title at Ripple.  I
        9     didn't see prospects for any sort of advancement.
09:46  10           Q.    What about your compensation?  Were you
       11     satisfied with your compensation?
       12           A.    No.
       13           Q.    When you left Ripple, what were you making,
       14     approximately?
09:46  15           A.    Maybe roughly $         a year.
       16                 (Thereupon, an informal discussion was
       17           held off the record.)
       18     BY MR. MOYE:
       19           Q.    Okay, and in terms of bonuses or equity, were
09:47  20     you still getting that form of compensation in the same
       21     way you described when you joined?
       22                 MR. HECKER:  Objection to form.
       23                 MR. MOYE:  I know, that was bad.  Let me
       24           try again.
       25

                                                                    39

```
09:47    1   BY MR. MOYE:
         2        Q.     What kind of bonuses or equity compensation
         3   were you receiving or able to receive when you left?
         4        A.     There were -- there were bonuses ████.
09:47    5   ████████████████████████████████████████████████.
         6        Q.     Did you let any supervisors know you were
         7   unhappy with your opportunities for advancement?
         8        A.     Breanne Madigan.
         9        Q.     Okay, and what was her response or reaction?
09:47   10             (Pause.)
        11             THE WITNESS:  She expressed
        12             disappointment that I felt that way and she --
        13             she gave me some guidelines in case I wanted
        14             to advance my career at Ripple, some steps I
09:48   15             should improve on.
        16   BY MR. MOYE:
        17        Q.     Did you have any sense that Ms. Madigan or
        18   anyone at Ripple would prefer that you leave?  Did they
        19   take any steps to force you out?
09:48   20        A.     Not to my knowledge.
        21        Q.     Okay.  Did you let anyone else at Ripple know
        22   you were considering leaving before you actually left?
        23             (Pause.)
        24             THE WITNESS:  I don't recall.
        25
```

                                                          40

```
09:48    1    BY MR. MOYE:
         2         Q.    Did you tell Mr. Vias that you were -- let me
         3    rephrase that.
         4         Was Mr. Vias still at Ripple when you left?
09:49    5         A.    No, sir.
         6         Q.    Did you tell Mr. Vias, or any other person
         7    you worked with personally, that you were considering
         8    leaving Ripple?
         9              MS. ZORNBERG:  Objection to the form.
09:49   10    BY MR. MOYE:
        11         Q.    You can answer.
        12         A.    Yes.
        13         Q.    Did anyone who had previously worked for
        14    Ripple encourage you either to stay or to leave?
09:49   15              (Pause.)
        16              THE WITNESS:  I don't remember.
        17    BY MR. MOYE:
        18         Q.    Are you familiar with Ripple's product XRP?
        19              MS. ZORNBERG:  Objection.
09:49   20              MR. MOYE:  Try again.
        21    BY MR. MOYE:
        22         Q.    Are you familiar with the product XRP?
        23              MS. ZORNBERG:  Objection.
        24              MR. MOYE:  What's the objection, Lisa?
09:50   25              MS. ZORNBERG:  XRP is a digital asset.  I
```

41

```
09:50   1               don't know that you can call it a product.
        2                    MR. MOYE:  Well --
        3                    MS. ZORNBERG:  You can answer the
        4               question.
09:50   5                    MR. MOYE:  If the witness disagrees with
        6               me --
        7                    MS. ZORNBERG:  That's fine.
        8     BY MR. MOYE:
        9          Q.    Are you familiar with the product XRP?
09:50  10                    MS. ZORNBERG:  Objection.
       11                    THE WITNESS:  I'm familiar with XRP.
       12     BY MR. MOYE:
       13          Q.    What is XRP?
       14          A.    It is a digital asset.
09:50  15          Q.    Whose digital asset is it?  Who is the
       16     sponsor or originator or who launched XRP?
       17                    MR. HECKER:  Objection to the form of
       18               that question.
       19                    MS. ZORNBERG:  Objection to form.
09:50  20     BY MR. MOYE:
       21          Q.    You can answer.
       22          A.    My understanding that a -- it was -- it was
       23     developed by Arthur Britto and David Schwartz.
       24          Q.    Okay, and currently, which company has the
09:50  25     greatest interest in the success of XRP?
```

42

09:50  1              MR. HECKER:  Objection to the form of the
       2         question.
       3              THE WITNESS:  My understanding is that
       4         it's Ripple.
09:50  5    BY MR. MOYE:
       6         Q.    Okay.  What does Ripple do with XRP, or what
       7    is Ripple's relationship with XRP?  How does it use it?
       8         A.    Ripple uses XRP in its cross-border product,
       9    ODL.
09:51 10              (Thereupon, an informal discussion was
      11         held off the record with the shorthand
      12         reporter.)
      13    BY MR. MOYE:
      14         Q.    Again, we will be more specific later, but
09:51 15    generally how does it use XRP in the ODL product?
      16         A.    In ODL, a payment institution will deposit
      17    fiat in one digital asset exchange, then Ripple uses XRP
      18    to facilitate a cross-border movement in value using XRP
      19    almost like a container ship.  So on the origination
09:51 20    exchange in ODL, the payment providers would essentially
      21    sell -- put a sell order -- a buy order for XRP for the
      22    amount that they wish to move.
      23         For XRP, they move XRP cross ledger to the adverse
      24    held by a destination exchange, and at the destination
09:52 25    exchange, there would be API called to sell that XRP for

                                                                  43

09:52  1  the fiat of that local exchange.  It's moving value

 2  cross-border without the use of the corresponding

 3  banking network.

 4       (Thereupon, an informal discussion was

09:52  5    held off the record.)

 6  BY MR. MOYE:

 7    Q. Does Ripple sell any XRP?

 8    A. I don't know what Ripple does now with XRP.

 9    Q. Do you know if Ripple has ever sold XRP?

09:52 10   A. Yes, Ripple has sold XRP.

11   Q. Okay.  Does Ripple promote the use of XRP?

12     MR. HECKER:  Objection to form.

13 BY MR. MOYE:

14   Q. You can answer.

09:53 15     (Pause.)

16     THE WITNESS:  Not to my knowledge.

17 BY MR. MOYE:

18   Q. Does Ripple encourage market participants to

19 use XRP for the type of cross-border transactions you

09:53 20 were just describing?

21   A. I don't believe so.

22   Q. When you worked at Ripple, did Ripple sell

23 XRP?

24   A. Yes.

09:53 25   Q. Who did Ripple sell XRP to?

44

```
09:53   1                    (Pause.)
        2   BY MR. MOYE:
        3        Q.    To your knowledge?
        4        A.    Okay.  Ripple sold XRP to -- on open order
09:53   5   exchanges through market makers.  Ripple sold to OTC
        6   brokers.  Ripple sold XRP to      .  Ripple sold XRP to
        7                    .
        8                    (Thereupon, an informal discussion was
        9          held off the record.)
09:54  10   BY MR. MOYE:
       11        Q.    Okay.  We're going to spend more time on
       12   this, but just so I understand what you said, let's talk
       13   about how Ripple made some of the sales.
       14        Are you familiar with the term "programmatic sales"
09:54  15   with your time at Ripple?
       16        A.    Yes, sir.
       17        Q.    What does that term mean to you?
       18        A.    Ripple used market makers such as GSR,       ,
       19             to use algorithms to sell XRP across global
09:54  20   digital asset exchanges.
       21        Q.    And for those programmatic sales, who was
       22   buying the XRP from Ripple?
       23        A.    I don't know.
       24        Q.    Do you have any sense of the type of market
09:55  25   participants they were?
```

45

```
09:55   1          A.     Retail speculators.
        2          Q.     Okay.  Are you familiar with the term "OTC
        3   sales" from your time at Ripple?
        4          A.     Yes, sir.
09:55   5          Q.     What does that term mean to you?
        6          A.     OTC sales were sales of XRP to typically
        7   digital asset OTC brokers.
        8          Q.     And OTC, does that mean over the counter?
        9          A.     Over the counter.
09:55  10          Q.     That's a particular way of selling an asset?
       11          A.     That's correct.
       12          Q.     Okay.  Please continue.  What does that term
       13   mean?
       14          A.     So in the case of -- let's use an example
09:55  15   like ███████████████████████.
       16          As an OTC partner of XRP II, once a master purchase
       17   agreement was in place, if ████████████████████ had
       18   interest in XRP for a certain size, they would contact
       19   the markets team, ask for a price for that size of XRP,
09:56  20   and if a price was agreed upon and confirmed, there
       21   would be a transaction.
       22          Q.     Thank you.
       23          And these OTC sales you were describing, what --
       24   what is the type of individual or entity that would be
09:56  25   buying the XRP from Ripple?
```

46

09:56 1        A.      In these cases, largely digital asset OTC

2     brokers.

3        Q.      Okay.  For these programmatic sales and OTC

4     sales, did a higher sale price benefit Ripple, as you

09:57 5     understood the transactions?

6        A.      Yes.

7        Q.      During the time you were at Ripple, do you

8     have any sense or understanding of how much of Ripple's

9     revenues came from XRP sales?

09:57 10        A.      Yes.  In terms of magnitude.

11        Q.      Was that the majority?

12        A.      I don't know other sources of income from --

13        Q.      So as far as you knew, it was -- it could

14     have been 100 percent of Ripple's revenues.

09:57 15                MR. HECKER:  Objection.

16                MS. ZORNBERG:  Objection to the form of

17           the question.

18     BY MR. MOYE:

19        Q.      As you understood it?

09:57 20        A.      As far as I know.

21        Q.      Okay.  Did you have any understanding of why

22     digital asset brokers you described were buying XRP or

23     what they intended to do with XRP when you bought it

24     from Ripple?

09:58 25        A.      No, sir.

47

09:58   1        Q.    No idea at all?

        2        A.    No.

        3        Q.    Did you ever hear that they were buying it

        4    for speculative investors?

09:58   5        A.    No.

        6        Q.    We've talked a couple of times about ODL.

        7    Are you familiar with ODL?

        8        A.    Yes, sir.

        9        Q.    Can you tell me generally what ODL is and

09:58  10    what the O, D, and L stand for?

       11        A.    On demand liquidity.

       12        Q.    Okay.

       13        A.    Again, ODL was Ripple's cross-border product

       14    attempting to move value from one country to another,

09:58  15    from one fiat currency to another fiat currency, using

       16    XRP as the bridge.

       17                    (Thereupon, a six-page e-mail chain dated

       18              1/12/20, from ██████████ to ███████████ et

       19              al., Bates Nos. RPLI_SEC 0504285 through

09:59  20              0504290, was introduced as DS Exhibit 20 for

       21              identification.)

       22    BY MR. MOYE:

       23        Q.    Okay.  I would like to take a look at a

       24    document, now.  I would like to show you what's been

09:59  25    marked as DS Exhibit 20.

                                                                    48

```
09:59    1        The "DS" is your initials, and the 20 is the
         2   numbers for the exhibits we're going to look at in this
         3   deposition.
         4                 (Thereupon, an informal discussion was
09:59    5          held off the record.)
         6                 MR. MOYE:  I just need to say something
         7            for the record right now.  What's been marked
         8            as DS Exhibit 20 --
         9   BY MR. MOYE:
09:59   10        Q.   Do you recognize that as an e-mail message
        11   from ██████████ at Ripple, dated January 12th, 2020
        12   to ████████ with subject line "Trade Data - jump
        13   follow up."
        14        A.    That's what -- yes.
10:00   15        Q.    Okay.  Why don't you take a moment, and I'm
        16   going to direct -- when I ask you questions, I am going
        17   to direct you to some information that begins on page 3.
        18                 (Thereupon, an informal discussion was
        19            held off the record.)
10:01   20                 (Pause.)
        21   BY MR. MOYE:
        22        Q.    Let me know when you're ready.
        23        A.    I think I'm ready.
        24        Q.    Okay.  Do you recognize DS Exhibit 20 as a
10:02   25   chain of e-mails -- a whole chain of e-mails which
```

                                                                    49

10:02  1  included you, which you received between January 10th

       2  and January 12th, 2020?

       3                    MR. HECKER:  Objection to the form of the

       4            question.  Unless I am misunderstanding, it

10:02  5            looks like he's only on the top e-mail.  Am I

       6            wrong about that?

       7                    MR. MOYE:  Fair point.

       8  BY MR. MOYE:

       9       Q.    This is a chain of e-mails extending over a

10:02 10  couple days.  You received the top e-mail; is that

      11  correct?

      12       A.    Yes.

      13       Q.    Okay.  So with that caveat, I would like to

      14  direct your attention to page 3, where ██████████ of

10:03 15  Ripple begins to describe a transaction, and the

      16  paragraph says:

      17       "Probably easier to go through the life cycle of an

      18  ODL payment here."

      19       Do you see that?

10:03 20       A.    Yes.

      21       Q.    Okay.  Basically, what I want to find out is

      22  if you agree or disagree the way that ██████████ is

      23  describing this transaction.

      24       So could you look at the first paragraph?  Do you

10:03 25  agree with what ██████████ describes in the first

                                                                50

10:03  1    paragraph?
       2        A.    "First paragraph" meaning "MoneyGram wants to
       3    initiate a payment"?
       4        Q.    Yes.  Do you think MoneyGram is a fair
10:03  5    example to use to describe --
       6        A.    Yes, it is.
       7        Q.    -- an ODL transaction?
       8        Okay.  Next paragraph.  Do you agree with what he
       9    says in the next paragraph?
10:03 10              MS. ZORNBERG:  Can you clarify which
      11          paragraph, please?
      12              (Thereupon, an informal discussion was
      13          held off the record.)
      14    BY MR. MOYE:
10:03 15        Q.    Yes, "MoneyGram uses the ODL software"?
      16              MR. HECKER:  Sorry.  I apologize.  The
      17          first paragraph starts "Probably easier" and
      18          the second starts "MoneyGram wants to
      19          initiate."
10:04 20              MR. MOYE:  I think we jumped ahead.
      21              MR. HECKER:  Okay.
      22    BY MR. MOYE:
      23        Q.    I think the first paragraph sets up the
      24    example and then talks about MoneyGram, so let's look at
10:04 25    the final two paragraphs on this page, where he talks

                                                              51

10:04  1    about how MoneyGram is using the ODL.

       2         Do you agree with how ███████ is describing a

       3    typical ODL transaction with MoneyGram as he describes

       4    in this transaction?

10:04  5         A.   To the best of my recollection.

       6         Q.   Okay.  Anything in there that you think is

       7    inaccurate?

       8              MR. HECKER:  I am going to object to the

       9              form of the question.  It's a hypothetical, so

10:04 10              I'm not sure how to agree or disagree with the

      11              description.  But if you understand the

      12              question, you're welcome to answer.

      13              THE WITNESS:  Yeah, I should give you a

      14              caveat.  My role here was on the liquidity

10:04 15              side --

      16    BY MR. MOYE:

      17         Q.   Yeah.

      18         A.   -- not the product side.  So almost two sides

      19    of the coin.  The product team would be responsible for

10:05 20    how the product or how the customer experienced the --

      21    the order flow.  So my job was more the flip side in

      22    terms of ensuring liquidity was available on the order

      23    books, my -- so my -- I'm not an expert on the product

      24    side.

10:05 25         Q.   Okay.  You're not an expert on all the

                                                              52

10:05  1    details.

2          As far as you understood, was there anything in

3    what you reviewed so far that you thought was an

4    accurate description of the process, as you understood?

10:05  5    A.    No, sir.

6          Q.    Okay.  So let me ask you some more general

7    hypothetical, and feel free to refer to DS Exhibit 20 on

8    page 3 and continuing on to page 4, if you find that

9    helpful.  Okay?

10:05 10         In this hypothetical that ██████ is describing,

11   would it be fair to say the first step in an ODL

12   transaction is that MoneyGram would initiate a payment

13   using SDL -- it's using ODL -- and sends U.S. dollars

14   from a bank to a digital asset exchange?

10:06 15         A.    No.

16         Q.    Okay.  What is the first step, as you

17   understand?

18         A.    MoneyGram needs to fund the origination

19   account with U.S. dollars.

10:06 20         Q.    Okay.  Would MoneyGram use ODL software to

21   get a quote that they can accept or reject?

22         A.    To my understanding.

23         Q.    Okay.  Would ODL use U.S. dollars in a

24   MoneyGram account to purchase XRP?

10:06 25               (Pause.)

                                                         53

10:06  1              THE WITNESS:  To my understanding.

2    BY MR. MOYE:

3        Q.    Would ODL be used in terms of paying exchange

4    of trading fee and a spread?

10:07  5        A.    The exchange would receive a fee through the

6    execution of the orders.

7        Q.    Okay, and then would the XRP be transferred

8    on the ledger from the sending exchange to the receiving

9    exchange?

10:07 10        A.    XRP would move from one wallet address on the

11   XRP Ledger to another wallet address on XRP Ledger.

12        Q.    And in the next wallet, would XRP be sold on

13   the receiving exchange or by the receiving exchange?

14        A.    XRP would be sold on the -- open order book

10:07 15   on the destination exchange.

16              (Thereupon, an informal discussion was

17          held off the record.)

18   BY MR. MOYE:

19        Q.    Would MoneyGram pay the receiving exchange a

10:07 20   trading fee and a spread?

21        A.    To my understanding.

22        Q.    And when the ODL product detects that a trade

23   is complete, what would move from the receiving exchange

24   and how would it move?

10:08 25        A.    My understanding is there would be a payout

54

10:08 1    to the recipient's account using the SPEI network in

2    Mexico.

3         Q.    What is the SPEI network?

4         A.    I -- I'm not an expert on that.  I'm sorry.

10:08 5         Q.    Is it a local payment network?

6         A.    Yes, sir.

7         Q.    Could it be described as local rails?

8         A.    Yes.

9         Q.    So would local rails be used to get the

10:08 10   currency to -- or the value to the end recipient?

11        A.    That is my understanding.

12        Q.    Okay.  So just a clarification, in what form

13   is ODL being used for this transaction?  Is ODL the way

14   that this transaction takes place or is ODL a form of --

10:09 15   maybe you can say it better.

16        What is the essence of ODL's use for this exchange?

17   I mean, why is it necessary?

18             MR. HECKER:  Objection to form.

19             MS. ZORNBERG:  Objection.

10:09 20   BY MR. MOYE:

21        Q.    If you understand it, you can answer.

22        A.    ODL coordinates the APIs on the origination

23   exchange, the XRP Ledger, the destination exchange, and

24   the local payout rails.

10:09 25        Q.    And when you say "API," what do you mean by

                                                              55

10:09  1   "API"?

2        A.    It's a computer's way of interfacing with the

3   order books of each exchange.

4        Q.    Okay.  All right.  Let's leave Exhibit 20 for

10:10  5   now and let's address briefly another topic before we

6   mark some more exhibits.

7        You've used the term "market maker" a number of

8   times, and I think I have as well.  As you understand

9   it, what does that term mean?

10:10  10       A.    As I understand, a market maker provides a

11  two-sided quote on a given market for a large portion of

12  a trading day.

13              (Thereupon, an informal discussion was

14          held off the record.)

10:10  15  BY MR. MOYE:

16       Q.    Would it be correct to say market maker buys

17  and sells stock continuously on the basis of prices that

18  are publicly quoted?

19              MR. HECKER:  Objection to form.

10:11  20              MS. ZORNBERG:  Objection, and object to

21          the term "stock."

22              MR. MOYE:  Fair point.

23  BY MR. MOYE:

24       Q.    Do you think market maker is a firm that both

10:11  25  buys and sells assets on a continuous bases at publicly

56

10:11 1    quoted prices?

2          A.    Doesn't necessarily have to be a firm, but

3    sure.

4          Q.    Okay.  How does a market maker make a profit?

10:11 5    A.    A market maker attempts to leverage its

6    connectivity.  So let's say they are -- in a

7    hypothetical example, a market maker would essentially

8    provide a buy price at which they believe they could

9    sell -- if executed at that price -- at a higher price.

10:11 10   Whether that is through a prediction model, whether

11   that is through leveraging its connectivity to other

12   exchanges, but they -- they attempt to typically make

13   the spread between their buy quote and their sell quote.

14         Q.    Is the spread the difference between the bid

10:12 15   and the ask or the buy quote and sell quote?

16         A.    Yes.

17         Q.    Okay, and is that how the market maker makes

18   a profit on the difference between the bid and the ask?

19         A.    In general.  The -- the timing is not

10:12 20   necessarily same.  So you can -- let's say you can

21   execute on the data time T, your quote -- ask quote is

22   that time T, but that's not necessarily the profit

23   you're making.  Your profit is T plus X.  When you're --

24   either the profit or loss that you're making is

10:12 25   dependent on the sale at T plus X that you actually exit

57

```
10:12  1    the position.
       2         Q.    Okay.  Thanks for that clarification.
       3         Which market makers does -- has Ripple deal with,
       4    to the best of your knowledge?
10:13  5         A.    In what capacity?
       6         Q.    Well, you worked for ████████, you worked
       7    for Ripple and you worked for GSR.
       8         A.    Yes.
       9         Q.    You've already identified ████████and GSR,
10:13 10    I believe, as market makers; is that correct?
      11         A.    That's correct.
      12         Q.    What other market makers are you aware of
      13    that Ripple has transacted with or dealt with?
      14         A.    ████, or ██████████, ██████, ████, ██████ --
10:13 15              (Thereupon, an informal discussion was
      16           held off the record.)
      17              THE WITNESS:  -- ██████████, ██████████████.
      18           Those are some off the top of my head.
      19    BY MR. MOYE:
10:14 20         Q.    Okay.  Would it be fair to say you learned
      21    about most of these market makers that Ripple dealt with
      22    through your work at Ripple?
      23         A.    ██████, I was aware of before joining Ripple,
      24    but the rest of them, yes.
10:14 25         Q.    Okay.  To the best of your knowledge, did
```

58

10:14  1  Ripple ever ask market makers to restrict sales of XRP

2  to certain categories of individual, for example, to

3  banks or to non-US persons or to non-speculators?

4      A.    Not to my knowledge.

10:15  5      Q.    Are you aware of any restrictions that Ripple

6  asked market makers to impose to the sale of XRP?

7      A.    Within programmatic liquidation of XRP, we

8  asked our liquidation partners to follow certain

9  restrictions on the percentage of daily volume,

10:15 10  traded -- that were reported on XRP volume.

11      Q.    But did those restrictions have to do with

12  volume only or were they restricted by the

13  characteristics of the buyers?

14              MR. HECKER:  Objection to the form of the

10:15 15          question.

16  BY MR. MOYE:

17      Q.    You can answer.

18      A.    I am unaware of characteristics of the

19  buyers.

10:15 20      Q.    For example --

21              (Thereupon, an informal discussion was

22          held off the record.)

23  BY MR. MOYE:

24      Q.    You weren't aware of Ripple ever asking its

10:15 25  market makers not to sell to non-US persons, right?

                                                     59

10:16   1          A.     Not to my knowledge.

        2          Q.     Not to sell to speculators, correct?

        3                  MR. HECKER:  Objection to the form of the

        4          question.

10:16   5                  THE WITNESS:  Not to my knowledge.

        6   BY MR. MOYE:

        7          Q.     Okay.  Do you know if market makers ever sold

        8   XRP to individuals or firms whose identities were

        9   unknown or shielded in some way?

10:16  10                  MS. ZORNBERG:  Object to form.

       11                  MR. HECKER:  Objection to the form of the

       12          question.

       13   BY MR. MOYE:

       14          Q.     You can answer.

10:16  15          A.     Not to my recollection.

       16          Q.     Did Ripple ever ask market makers, to the

       17   best of your knowledge, to impose any resale

       18   restrictions on anyone it was selling XRP to?

       19          A.     Not to my recollection.

10:16  20          Q.     To the best of your knowledge, did Ripple

       21   direct market makers to monitor the daily price and

       22   volume of XRP?

       23                  (Pause.)

       24                  THE WITNESS:  I'm not sure.

       25

                                                              60

10:17  1  BY MR. MOYE:

2        Q.    To the best --

3        Are you aware of Ripple ever giving instructions to

4  market makers about when to buy XRP?

10:17  5        A.    When to?

6        Q.    When to purchase or not purchase XRP?

7        A.    Towards the -- towards the end of my

8  employment of -- at Ripple, Ripple started a buyback

9  program of XRP.  We instructed them to -- we instructed

10:17 10  GSR, who was conducting the buybacks of XRP, to start

11  and stop.

12        Q.    How about other market makers?  Did Ripple

13  ever instruct █████████ when to buy XRP or how much to

14  buy XRP?

10:18 15        A.    Not to my recollection.

16        Q.    How about in sales?  Did Ripple ever give

17  instructions to market makers about how much XRP to

18  sell?

19        A.    Yes.

10:18 20        Q.    Did that occur when you were at █████████?

21        A.    Not to my recollection.

22        Q.    Okay.  These restrictions --

23        These sales restrictions that you were aware of --

24  did the market makers generally follow Ripple's

10:18 25  instructions?

61

10:18  1        A.    Yes.

       2        Q.    Why would Ripple give market makers

       3  instructions about when or how much XRP to sell or to

       4  buy?

10:19  5        A.    Ripple provided a target percentage of daily

       6  volume for market makers to liquidate.  The idea was

       7  that if the percentage of traded volume was low enough,

       8  it would have relatively low or minimal market impact.

       9        Q.    By "market impact," do you mean impact on the

10:19 10  price?

      11        A.    Partially.

      12              (Thereupon, an informal discussion was

      13         held off the record.)

      14  BY MR. MOYE:

10:19 15        Q.    What else would it impact?

      16        A.    Liquidity.

      17        Q.    To the best of your knowledge, were any

      18  Ripple's instructions to market makers done with the

      19  intention of encouraging speculative investment in XRP?

10:20 20        A.    Repeat the question.

      21              MS. ZORNBERG:  Object to form.

      22  BY MR. MOYE:

      23        Q.    To the best of your knowledge, were any of

      24  Ripple's instructions to market makers to sell or buy

10:20 25  XRP done to encourage speculative investment?

                                                              62

10:20  1          A.     Not to my knowledge.

       2          Q.     As you understood or viewed those

       3    instructions, did any of those instructions have the

       4    effect of encouraging speculative investors?

10:20  5                      MR. HECKER:  Objection to the form of the

       6              question.

       7                      THE WITNESS:  Not to my understanding.

       8    BY MR. MOYE:

       9          Q.     Okay.  A few minutes ago, you used the term

10:20 10    "liquidity."  You may have used it before.  I'm sorry.

      11    But let's talk about liquidity, okay?

      12          A.     Yes, sir.

      13          Q.     What's your understanding of the meaning of

      14    the term "liquidity" in the context of the market for a

10:20 15    particular asset?

      16          A.     Essentially how easily -- easy and available

      17    a quote is for any given size for that particular asset

      18    to buy or sell.

      19          Q.     If a market is liquid, does it mean there are

10:21 20    ready and willing buyers and sellers?

      21          A.     Yes.

      22          Q.     Okay.  Does liquidity mean there are more

      23    sale orders than buy orders?

      24          A.     Not to my understanding.

10:21 25          Q.     Does liquidity measure the ease or

                                                                    63

10:21   1   convenience of buying or selling an asset?

2        A.      That is my understanding.

3        Q.      Is liquidity affected by price?

4        A.      I believe so.

10:21   5   Q.      Generally, how would liquidity be affected by

6   price?

7        A.      Well, let's say -- let's say an asset is

8   going to zero, an asset going to zero --

9        Q.      You mean -- excuse me, you mean price?

10:22  10   A.      Yes.  Let's say an asset whose price is

11   monotonically decreasing to zero, that would be an

12   indication that there is less and less interest in an

13   asset.  Less and less interest would typically mean

14   lower liquidity.

10:22  15   Q.      What if the price is increasing

16   significantly, does that make a market less liquid or

17   illiquid, in your experience?

18             MR. HECKER:  Objection to the form.

19             THE WITNESS:  I don't think necessarily.

20             MR. MOYE:  Okay.  Let me flip the

21             question, then.

22   BY MR. MOYE:

23        Q.      If there is a problem with liquidity, if

24   there's less liquidity regarding an asset, in your

10:22  25   experience, does that mean the price is high or low?

64

10:22  1                    MR. HECKER:  Objection to form,

       2            foundation.

       3  BY MR. MOYE:

       4        Q.    If you can answer.

10:23  5        A.    I'm not sure that I can answer.

       6        Q.    Let me try it this way:

       7        If the market for an asset has greater liquidity,

       8  how might that affect the price?

       9        A.    I don't think it's a direct correlation.

10:23 10        Q.    Is there any kind of correlation between

      11  liquidity and price, in your experience?

      12                    MR. HECKER:  Objection to form.

      13  BY MR. MOYE:

      14        Q.    You can answer.

10:23 15        A.    I think if you extend my -- my initial

      16  example, if an asset is going to -- if an asset's price

      17  is going to zero, it's indicating lower and lower

      18  interest in that asset.

      19        If a price is increasing over time, not necessarily

10:24 20  at any given time, that typically means a greater

      21  interest in that asset and you can see higher liquidity

      22  for that asset.

      23        Q.    All right.  Let's be more -- a little more

      24  definitive.  When you were at Ripple, did you have any

10:24 25  responsibility for monitoring the price of XRP?

                                                             65

10:24  1      A.      I monitored a large number of quantitative

2   metrics.

3      Q.      Yeah.  You monitored a lot.  I understand

4   that.  Let's pick out price.

10:24  5      A.      Yes.

6      Q.      Among the things you did at Ripple, did you

7   have responsibility for monitoring the price of XRP?

8      A.      I certainly included price in a number -- in

9   most analyses that I produced.

10:24 10      Q.      As part of your analysis?

11      A.      Some -- some analysis, yes.

12              MR. HECKER:  Wait.

13              THE WITNESS:  Yeah.  My mistake.  I'm

14          sorry.

10:24 15              MR. HECKER:  Just -- you need to wait for

16          him to finish his question and then he will do

17          the same.

18              MR. MOYE:  I need to wait as well.  Let's

19          try this again.

10:25 20   BY MR. MOYE:

21      Q.      As part of your analysis of XRP while you

22   were at Ripple, what, if anything, did you compare XRP's

23   price to?

24              (Pause.)

10:25 25              THE WITNESS:  I looked at the ratio of

66

10:25    1                  XRP to be BTC's price.

         2    BY MR. MOYE:

         3         Q.     BTC is Bitcoin?

         4         A.     Yes.

10:25    5         Q.     And when you say you "looked at the ratio,"

         6    what were you looking at and how were you comparing

         7    them?

         8         A.     The ratio of XRP to Bitcoin essentially tells

         9    you how many XRP you could exchange for one Bitcoin or

10:26   10    vice -- vice versa.

        11         Q.     Okay.  Bitcoin typically have a higher price

        12    than XRP?

        13         A.     Yes, sir.

        14         Q.     Much higher?

10:26   15         A.     Yes.

        16         Q.     Okay, and was there a particular period of

        17    time that you were comparing XRP to Bitcoin, or was that

        18    one of your constant comparisons in your analysis?

        19         A.     I believe that was a metric I used for --

10:26   20    consistently through my time at Ripple.

        21         Q.     Okay, and just to clarify, in doing these

        22    comparison or your data analysis at Ripple, you were

        23    doing this with the intention to report to or contribute

        24    to Ripple's understanding, correct?  You weren't doing

10:26   25    this analysis to keep it to yourself?

                                                                        67

10:26  1              MS. ZORNBERG:  Objection to form.

2              MR. HECKER:  Objection to the form of the

3       question.

4              MR. MOYE:  I can try again.

10:26  5  BY MR. MOYE:

6      Q.    As part of your analysis, including the

7  comparison of price of XRP to Bitcoin, this analysis was

8  passed along or shared with other people at Ripple,

9  correct?

10:27 10      A.    That's correct.

11      Q.    Okay.  Did you have any responsibility at

12  Ripple, as part of your analysis, for monitoring the

13  market liquidity for XRP?

14      A.    Yes.

10:27 15      Q.    Okay, and what did you look at or how did you

16  do that analysis, typically?

17      A.    Typically, looking at volume -- reported

18  volumes by exchange, by geographies.

19      Q.    And did you compare XRP to any other product

10:27 20  or to any other standard in analyzing market liquidity?

21      A.    Yes.

22      Q.    What were you comparing it to?

23      A.    Again, we looked at the liquidity of XRP, the

24  volumes traded and the volumes reported traded by XRP,

10:27 25  the volumes traded on Bitcoin.

68

10:27  1              (Thereupon, an informal discussion was

       2        held off the record.)

       3  BY MS. ZORNBERG:

       4        Q.    And would I be correct that you would use

10:28  5  this -- you would use these same comparisons or same

       6  standard of comparisons during your whole time you were

       7  at Ripple for your analysis?

       8        A.    Yes, sir.

       9        Q.    And who would you share your analysis with

10:28 10  typically or who would you send up or report your

      11  analysis to?

      12        A.    There was a stretch of time I would produce a

      13  daily market snapshot on the digital asset markets.  I

      14  would produce weekly -- you know.

10:28 15        I would contribute to the weekly XRP markets

      16  presentation at the sales meeting every week and ad hoc

      17  market analyses.

      18        Q.    Who was part of the weekly sales meeting that

      19  you mentioned?

10:29 20        A.    Ripple GC was there.

      21        Q.    Who -- what's Ripple GC?

      22              MS. ZORNBERG:  It's okay.  It's not

      23        privileged to say in your experience over time

      24        who attended, but you should not get into the

10:29 25        content of what was discussed.

                                                            69

```
10:29   1                    THE WITNESS:  In general?
        2   BY MR. MOYE:
        3        Q.    Uh-huh.
        4        A.    Regular attendees were Brad Garlinghouse,
10:29   5   Chris Larsen, the CFO, the GC.
        6        Q.    General counsel?
        7        A.    Yes, sir.
        8        Q.    "CFO" is chief financial officer?
        9        A.    Yes, sir.
10:29  10        Q.    Who was that?
       11        A.    For a good portion of my time at Ripple,
       12   Ron Will.
       13        Q.    Ron Will?  Okay.  Who else?
       14        A.    The head of the markets team, so either
10:29  15   Miguel Vias or Breanne Madigan.
       16        Q.    Okay.
       17        A.    The -- towards the last, probably, year of my
       18   employment at Ripple I was no longer in that meeting,
       19   but my understanding is that that group had grown.
10:30  20        Q.    Okay.
       21              MR. HECKER:  When you reach a convenient
       22          break point, could we take a quick break?
       23              MR. MOYE:  Yeah.  Why don't we take a
       24          quick 10-minute break now?
10:30  25              MR. HECKER:  Great.
```

                                                              70

10:30    1                    (Thereupon, an informal discussion was
         2            held off the record.)
         3                    THE VIDEOGRAPHER:  This will conclude
         4            Video No. 1 in the deposition of
10:30    5            Dinuka Samarasinghe.
         6                    We are off the record at 10:30 a.m. on
         7            June 9, 2021.
         8                    (Recess taken at 10:30 a.m.)
         9                    (Resumed at 10:47 a.m.)
10:47   10                    THE VIDEOGRAPHER:  This is the beginning
        11            of Video No. 2 in this deposition.  We are on
        12            the record at 10:47 a.m., June 9th, 2021.
        13    BY MR. MOYE:
        14        Q.    Mr. Samarasinghe, in your work at Ripple, did
10:47   15    you have any responsibility for monitoring the
        16    volatility of the XRP market?
        17        A.    Yes.
        18        Q.    How did you do that?
        19        A.    I constructed a time series of the returns of
10:48   20    XRP, typically over the 30-day period and then measured
        21    volatility from the return series.
        22        Q.    Did you compare XRP's market volatility to
        23    any other digital asset?
        24        A.    Yes, sir.
10:48   25        Q.    Which asset?

                                                                    71

10:48  1      A.      Ultimately, comparisons of volatility of XRP

2  would be used against, most commonly, Bitcoin and Ether.

3      Q.      Okay, and Ether is another digital asset?

4      A.      Yes, sir.

10:48  5      Q.      Okay, and during what period of time?  Since

6  the whole period of time you were at Ripple?

7      A.      It -- volatility of XRP was a metric that we

8  looked at regularly.

9      Q.      And you regularly compared XRP's volatility

10:49 10  to that of Bitcoin and Ether?

11      A.      Yes.

12      Q.      Okay, and, again, did you share this

13  information with other people at Ripple, as part of your

14  normal work?

10:49 15      A.      It is something that I did share.  Regularly,

16  I'm not sure about.  Certainly, if something was

17  interesting about the volatility at some given time, I

18  would report it.

19      Q.      Okay.  To your knowledge, did Ripple ever

10:49 20  take steps to support or increase the market price for

21  XRP?

22      A.      Not to my knowledge.

23              MS. ZORNBERG:  Objection, compound.  But

24          you can answer.

10:49 25              THE WITNESS:  Not to my knowledge.

72

```
10:49    1   BY MR. MOYE:

         2        Q.    To the best of your knowledge, did Ripple

         3   ever take steps or attempt to increase the market

         4   liquidity for XRP?

10:50    5        A.    Yes.

         6        Q.    What did Ripple do?

         7        A.    One of the prime missions of the XRP markets

         8   team, under Miguel Vias, was to increase the liquidity

         9   of XRP.

10:50   10        Q.    How?  What did Ripple do?

        11        A.    The XRP markets team looked at XRP liquidity

        12   as -- because XRP was to serve a cross-border use case,

        13   Miguel Vias and I attempted to mirror the XRP markets

        14   like that of the foreign exchange markets.

10:50   15        As examples, we partnered with market makers by

        16   providing XRP loans and leases.  We tried to grow out

        17   the OTC market for XRP.

        18        Q.    Did Ripple ever pay market makers to maintain

        19   a particular spread?

10:51   20        A.    Yes.

        21        Q.    How did it do that?

        22        A.    Ripple partnered with certain market makers,

        23   as an example, █████████████████, to provide a

        24   bid and ask across several different XRP markets with a

10:51   25   certain size available on the bid and ask with a
```

73

10:51  1    prescribed spread between the bid and ask.

       2        Q.    How was ███████████ compensated for succeeding

       3    in doing this?

       4        A.    ███████████ received XRP.

10:52  5        Q.    Do you know whether Ripple ever took similar

       6    steps with other market makers to maintain a certain

       7    spread?

       8              MS. ZORNBERG:  Object to form.

       9    BY MR. MOYE:

10:52 10        Q.    You can answer.

      11        A.    Ripple did pay market makers to provide a

      12    spread, as an example, in ODL markets.

      13              (Pause.)

      14    BY MR. MOYE:

10:52 15        Q.    Were you aware -- are you aware of any other

      16    digital asset for whom market makers are paid to

      17    maintain a spread?

      18        A.    Yes.

      19        Q.    What other digital assets?

10:53 20        A.    As an example, for -- you know, understanding

      21    the client base of GSR, GSR partners with a number of

      22    different token projects who acquire -- or who are asked

      23    for market making support on their tokens.

      24        Q.    What tokens were those?  Do you know?

10:53 25        A.    As an example, ███████████ , ███████████ .

                                                                    74

10:54 1      Q.    To your knowledge, does Bitcoin do this?

2      A.    Not to my knowledge.

3      Q.    Does Ether do this, to your knowledge?

4      A.    Not to my knowledge.

10:54 5      Q.    Okay.  Going back to liquidity for a moment.

6      To your understanding, do XRP holders in the market

7 prefer more liquidity or less liquidity?

8              MS. ZORNBERG:  Objection to the form.

9 BY MR. MOYE:

10:54 10      Q.    You can answer.

11      A.    I'm not sure.

12      Q.    You don't have any idea one way or the other?

13              MR. HECKER:  Objection to the form of the

14          question, asked and answered.

10:54 15              MR. MOYE:  Let me rephrase this.

16 BY MR. MOYE:

17      Q.    Talking about an asset in general --

18      A.    Uh-huh.

19      Q.    -- if the holder of an asset would like to

10:54 20 sell that asset of some point in time, would the holder

21 of that asset, do you think, prefer that there be more

22 liquidity or less liquidity in the market?

23      A.    Holders of an asset, in general, would prefer

24 greater liquidity for that asset.

10:54 25      Q.    Okay.  Do you think that also applies to XRP

75

10:54   1   holders?

        2        A.    Yes --

        3        Q.    -- that in general, they would prefer more

        4   liquidity to less?

10:55   5        A.    Yes.

        6        Q.    Why is that?

        7        A.    It lowers the cross to enter or exit a

        8   position.

        9        Q.    Does it also mean that they could recoup what

10:55  10   they paid for the asset or, if you will, their

       11   investment in that asset?

       12              MR. HECKER:   Objection to form,

       13         foundation.

       14   BY MR. MOYE:

10:55  15        Q.    You can answer.

       16        A.    Not necessarily.

       17              (Pause.)

       18   BY MR. MOYE:

       19        Q.    Did Ripple, to your knowledge, take any

10:55  20   attempts to -- make any attempts to decrease the

       21   volatility of the XRP market?

       22        A.    Not to my knowledge.

       23        Q.    To the best of your knowledge, did Ripple

       24   make any efforts or attempts to stabilize the market

10:56  25   price of XRP, in other words, to stop it from going

                                                                   76

10:56  1   lower?

       2        A.    I don't recall.

       3        Q.    Do you know how much XRP was in circulation,

       4   approximately, when you began working at Ripple?

10:56  5        A.    Define circulation.

       6        Q.    How much was available to be purchased when

       7   you began working at Ripple?

       8             MR. HECKER:  I'm going to object to the

       9        form of the question.  You can answer.

10:56 10             (Pause.)

      11             THE WITNESS:  I -- I don't recall.

      12   BY MR. MOYE:

      13        Q.    So without regard to a particular quantity,

      14   do you know how much -- do you know what the source of

10:57 15   XRP was that's in circulation now?

      16        In other words, how it got to the market?

      17             MS. ZORNBERG:  Object to form.

      18   BY MR. MOYE:

      19        Q.    You can answer.

10:57 20        A.    Ultimately, liquidations by Ripple or early

      21   holders of XRP.

      22        Q.    Would these those early holders include

      23   Mr. Garlinghouse and Mr. Larsen?

      24             (Pause.)

10:57 25             THE WITNESS:  I don't know that

                                                              77

10:57   1              Mr. Garlinghouse was an early holder of XRP.

        2   BY MR. MOYE:

        3       Q.    Would the early holders of XRP that sold it

        4   into the market include Mr. Larsen?

10:58   5       A.    To my understanding.

        6       Q.    Okay.  Do you know who holds the rest of --

        7   is there some XRP being held that is not in circulation?

        8   I apologize.

        9       A.    By circulation, available to be purchased?

10:58  10       Q.    Yes.

       11       A.    Can you define "available to purchase"?

       12       Q.    Maybe not technically.  What I'm trying to

       13   ask is:

       14       If someone wants to go to the market to buy XRP

10:58  15   now, is there a source or -- or funds of XRP that is

       16   being held that is not available to be purchased by

       17   people in the market?

       18       A.    Yes.

       19       Q.    In other words, does Ripple hold a bunch of

10:59  20   XRP?

       21       A.    Ripple holds a bunch of XRP that is in

       22   escrow.

       23       Q.    Okay.  What is the purpose of that escrow as

       24   you understand it?

10:59  25       A.    As I understand it, the escrow was put in

                                                            78

10:59 1   place to provide surety to digital asset speculators

2   that Ripple, the company, would not flood the market

3   with XRP.

4         Q.   As you understand that purpose, as you've

10:59 5   just described it, would another way of saying that mean

6   that Ripple's not going to sell so much that it crashes

7   the price held by other people?

8                MR. HECKER:  Objection to the form.  You

9           can answer.

10:59 10  BY MR. MOYE:

11        Q.   You can use your own words to answer, if you

12   like.

13        A.   Ripple would be prevented through a

14   cryptographic method from accessing enough quantity at

11:00 15  any given time to flood the market with XRP.

16        Q.   Do you view this as an effort or initiative

17   by Ripple to control or support -- not control.  Let me

18   take that back.

19        Do you view this escrow by Ripple as a way to

11:00 20  support or stabilize the market price?

21        A.   No, sir.

22        Q.   You mentioned "buybacks" earlier in your

23   testimony.  Did you have any understanding of whether

24   repurchases of XRP were an attempt to stabilize the

11:00 25  price of Ripple?

79

11:01 1                    MS. ZORNBERG:  Object to form.  You said,
      2            "price of Ripple."
      3                    MR. MOYE:  Thanks for the clarification,
      4            Lisa.
11:01 5    BY MR. MOYE:
      6        Q.    Do you view repurchases of XRP as an attempt
      7    to stabilize the price of XRP?
      8        A.    No.
      9        Q.    Let's talk about your experience in the
11:01 10   market in general without regard to XRP.
      11       Do you believe that restricting the quantity of
      12   assets that are available for sale can work to increase
      13   or support the price of an asset?
      14                   MR. HECKER:  Sorry.  Apologies.  Couldn't
11:01 15           hear.
      16                   THE WITNESS:  I have not seen an
      17           analogous event in any market that I've ever
      18           traded that is comparable to XRP escrow.
      19   BY MR. MOYE:
11:02 20       Q.    Do you believe the effect of the XRP escrow
      21   works to help support or maintain the price of XRP?
      22                   MR. HECKER:  Objection to the form of the
      23           question.
      24                   THE WITNESS:  I don't believe so.
      25

                                                                    80

```
11:02   1   BY MR. MOYE:
        2        Q.    Do you think it drives down the price of XRP?
        3        A.    No.
        4        Q.    Okay.  One more clarification question.  Was
11:02   5   Mr. McCaleb also an early holder of XRP that sold XRP
        6   into the market?
        7        A.    That is my understanding.
        8        Q.    Okay.  Is there -- I would like to talk about
        9   some of your time at ███████████, so I am going to
11:02  10   mark -- I am going to show you an exhibit that's been
       11   marked as DS Exhibit 1.
       12                  (Pause.)
       13                  (Thereupon, a one-page e-mail chain with
       14             the top e-mail dated 1/14/14, from
11:02  15             ██████████████.com to Phil Rapoport was
       16             introduced as DS Exhibit 1 for identification.)
       17   BY MR. MOYE:
       18        Q.    Please let me know when you've had a chance
       19   to look it over.
11:03  20        A.    I'm ready.
       21        Q.    Okay.  Do you recognize Exhibit DS Exhibit 1
       22   as an e-mail you sent while at ██████████████ on
       23   Tuesday, January 14, 2014?
       24        A.    I do not recall sending this e-mail.  I have
11:04  25   no reason to doubt that I did.
```

81

11:04  1          Q.    Okay.  So I want to ask you about the
       2    paragraph that begins with "To give you a little
       3    background on myself."
       4          Do you see that paragraph?
11:04  5          A.    Yes, sir.
       6          Q.    As you sit here today, do you believe these
       7    personal details were all correct, that at the time you
       8    sent this e-mail, you've been trading currencies since
       9    November 2009?
11:04 10          A.    Yep.
      11          Q.    Was it also correct that you left a company
      12    called ███████ at the end of February of 2013?
      13          A.    Yes, sir.
      14          Q.    I don't remember whether that was one of the
11:05 15    companies we discussed earlier, but okay.
      16          Does this reflect the date of December 31, 2013,
      17    when you officially started at -- actually, did you
      18    officially start at ███████ on January 1st, 2014?
      19          A.    Yes.
11:05 20          Q.    Okay.  Was this an e-mail that you sent in
      21    order to begin the process of ███████ trading XRP?
      22          A.    Again, I don't recall sending the e-mail, but
      23    presumably.
      24          Q.    Okay.  You say, at the last sentence, "We
11:05 25    should be up and ready to trade XRP in a matter of a few

                                                                    82

11:05   1   weeks."

       2       Do you see that?

       3       A.    Yes.

       4       Q.    Do you recall or can you give me some general

11:05   5   idea of what ███████████ would have needed to do in order

       6   to be ready to trade XRP?

       7       A.    Yes.  We needed to incorporate digital assets

       8   into the pricing engine buildout connectivity to the --

       9   what was known as the Ripple Consensus Ledger, ensure

11:06 10   that order flow worked, that -- you know we were

     11   probably -- probably -- properly able to place orders,

     12   cancel orders, handle executions, handle partial

     13   executions, adjust our prices correctly, fit it into our

     14   pricing engine and then understand the movement of

11:06 15   capital to fund these accounts.

     16       Q.    Was there anything special about Ripple or

     17   XRP that you needed to learn at that time in order to

     18   make those steps happen or was this a general process?

     19       A.    The process I described is a general process.

11:07 20   Though "yes" to your question, there were many things

     21   that were, to my experience, unique to trading on -- at

     22   the Ripple Consensus Ledger, as it was known.

     23       Q.    What were the main differences or the main

     24   things that were unique about this sort of trading?

11:07 25       A.    Especially in 2014, the digital asset markets

83

11:07   1   was very immature and largely dislocated from the

       2   general financial markets.

       3       For example, at the time it was very hard to get

       4   bank account if you're a crypto business or -- you know,

11:07   5   there's no such thing as a prime brokerage, there's no

       6   such thing as central clearing, there's no such thing as

       7   trade give-ups, so you had to work around these holes

       8   in -- that were missing to trade digital assets.

       9       Also, the custody and security of the digital

11:08  10   assets was very different than, say, currencies.  Beyond

      11   that, interfacing with the Ripple Consensus Ledger, as

      12   it was known -- now the XRP Ledger -- was unlike dealing

      13   with any exchange that any of us had ever dealt with.

      14       You know, typically with a foreign exchange, API,

11:08  15   you're dealing with a fixed interface, but in this case,

      16   we were looking at very different sort of information

      17   sets to build our APIs to.

      18       Q.   Had you worked -- either at ███████ or

      19   other places -- with trading other cryptocurrencies?

11:08  20       A.   No.

      21       Q.   Okay, so when you refer to "currency trading"

      22   here, are you referring to fiat currencies?

      23       A.   That's correct.

      24       Q.   Okay.

11:08  25              (Thereupon, an eight-page e-mail chain

                                                                   84

```
11:08    1              with the top e-mail dated 11/24/15, from Dinuka
         2              Samarasinghe to █████████ et al., was
         3              introduced as DS Exhibit 2 for identification.)
         4      BY MR. MOYE:
11:08    5          Q.    All right.  Let's show you what's been marked
         6      as DS Exhibit 2.
         7                  (Pause.)
         8                  MR. MOYE:  So just as a housekeeping
         9              matter, I want to make sure you have access to
11:09   10              all these during question.
        11                  But I don't want them to get spilled or
        12              lost or wet, so if there's some way that we
        13              could stack them neatly or put them off to the
        14              side if you're not using them, that's the best
11:09   15              thing.
        16                  (Thereupon, an informal discussion was
        17              held off the record.)
        18      BY MR. MOYE:
        19          Q.    Please let me know when you've had a chance
11:10   20      to look over DS Exhibit 2.
        21          A.    I've read through my e-mail to ████████.
        22      I have not had a chance to go through -- do you need me
        23      to go through the entire --
        24          Q.    I don't.  I want to ask you about your
11:11   25      e-mail.  Okay.
```

85

11:11  1    Do you recognize the top e-mail from DS Exhibit 2

2    as an e-mail sent by you from ███████████████ on

3    November 24, 2015 to ██████ ripple.com?

4        A.    I do not recall sending the e-mail.  I recall

11:12  5    some of the thoughts behind this.  I have no reason to

6    believe I didn't send this.

7        Q.    Okay.  Fair enough.

8        So I do want to ask you about your thoughts as

9    expressed in the e-mail.  Can you look below to the

11:12 10    bottom part of the first page?

11        It appears from what's written that on Monday,

12    November 23rd, ██████████ -- it looks like he sent a

13    Google doc or shared a Google doc with you.  Do you

14    think I am correct about that?

11:12 15        A.    (Nodding).

16        Q.    Okay, and just the top says "XRP Value

17    Prop & Incentive Whitepaper."  Do you see that?

18        A.    Yep.

19        Q.    Okay.  So we're not going to go through any

11:12 20    of it, but it appears to be five- or six-page,

21    single-spaced letter describing the Value

22    Proposition & Incentive program.

23        Do you see that?

24        A.    That's correct.

11:12 25        Q.    Okay.  So who is ██████████?

86

11:13 1      A.    ████████████ was a member of Ripple's

2    business development team.  I came to know him through a

3    previous employee at Ripple named Phil Rapoport, who

4    introduced us to ██████████████, and ████████████ handled

11:13 5    some interfacing with market makers.

6         Q.    Okay.  Now, as of November 24th, 2015, would

7    it be correct that ████████████ had been trading XRP for

8    more than a year?

9         A.    That's correct.

11:13 10         Q.    Okay, and you'd been involved in that

11   trading?

12         A.    Yes, sir.

13         Q.    Did you feel like at the time that you

14   received this e-mail that you had a decent understanding

11:13 15   of what XRP was and how it was trading, at least up

16   until that date?

17         A.    Yes, sir.

18         Q.    Okay.  Did you understand this Value

19   Prop & Incentive Whitepaper to be a change or new

11:14 20   program that Ripple was considering or going to be

21   rolling out and they wanted to get your thoughts on it?

22         A.    I don't have much recollection of this paper

23   at all.

24         Q.    Okay.  So let's look at the very first two

11:14 25   things that ████████████ says in this whitepaper.  He

87

11:14  1   says:

2        "Hey, guys.  This is our soon-to-be released XRP

3   value prop and incentive whitepaper.  Please keep this

4   strictly confidential.  We're soliciting feedback from a

11:14  5   core group of valued partners including yourselves prior

6   to release."

7        Do you see that?

8        A.    Yeah.

9        Q.    And then the next paragraph, he says:

11:14 10        "It would be great to get your feedback

11   particularly on the broad incentive structure."

12        Do you believe that you read the whitepaper and

13   that was the bases for the thoughts that you

14   communicated in the top e-mail?

11:14 15        A.    I believe that's true.

16        Q.    Okay.  So let's talk about the responses or

17   reactions that you had.

18              MS. ZORNBERG:  I'm just going to object

19              insofar as Mr. Samarasinghe has not read the

11:15 20              whitepaper.

21              He has told you he has no or little

22              recollection sitting here today, and so I have

23              a standing objection to the extent you're

24              asking him to comment on things without giving

11:15 25              him time to read the whitepaper.

88

11:15  1                    MR. MOYE:  I understand.  That's noted.

       2    BY MR. MOYE:

       3        Q.    As best you recall, what is the first

       4    reaction or first response that you raise to him in your

11:15  5    e-mail?

       6        A.    I'm asking about the spread incentive

       7    function, that's the first thing I say.

       8        Q.    Okay.  You understand what spreads were and

       9    you understand what incentives were at this time,

11:15 10    correct?

      11        So was there something particular about this e-mail

      12    that you -- that you recall that you were struggling

      13    with to understand or -- or --

      14        A.    I don't recall.

11:15 15                    MR. HECKER:  Wait, wait.  You need to let

      16                him finish his question.

      17                    THE WITNESS:  I'm sorry.

      18                    MR. HECKER:  But one of the reasons is

      19                because I was going to interpose an objection

11:16 20                at the end of that, in terms of the

      21                foundation, given that we're -- there's a

      22                little bit of a disconnect, since he hasn't

      23                looked to see what he's reacting to.  But go

      24                ahead.

      25

                                                                   89

11:16  1   BY MR. MOYE:

2        Q.    I am only asking as best you recall.

3   Obviously, if you feel it would be helpful, we can refer

4   to different parts of it, but I really only want to

11:16  5   explore your responses based on your knowledge today, if

6   that's acceptable?

7        A.    That's acceptable.

8        Q.    Okay.

9        A.    My knowledge today, I -- I -- I understand

11:16 10   what a spread is.  I understand what an incentive is.  I

11   don't -- I don't recall how they are -- how it works

12   within this whitepaper.

13        Q.    Okay.  How about in the second paragraph of

14   your response?  Right in the middle, there's a sentence

11:16 15   that begins "It appears from this program, Ripple Labs

16   is not eliminating this cost" -- it was for two above --

17   "but distributing this cost to the market makers, and

18   away from the banks."

19        Do you see that?

11:17 20        A.    That's correct.

21        Q.    And then it continues -- your thoughts

22   continue a little bit longer in that paragraph.  Can you

23   give me the gist or the basics?  What is it you're

24   telling me here that you don't agree with or don't

11:17 25   understand?

                                                          90

```
11:17    1        A.    My recollection --
         2              MS. ZORNBERG:  Object to form.
         3              THE WITNESS:  My recollection here is
         4        that they are -- you know, for payment
11:17    5        providers, they're removing the requirement to
         6        prefund at a destination account to place --
         7        to fund a cross-border payment.  My --
         8              What I'm objecting here to is the fact
         9        that the payment provider no longer is able --
11:17   10        is no longer required to produce the
        11        capital -- prefund the destination account;
        12              However, the market maker is and the
        13        market maker may not be able to do that as
        14        efficiently as the payment provider.
11:18   15   BY MR. MOYE:
        16        Q.    Now, when you raised this concern, this
        17   objection, as you said, were you talking do you think in
        18   general or were you thinking also specifically that
        19   ███████████ might have a difficulty with this program?
11:18   20        A.    I don't recall exactly, but I imagine both.
        21        Q.    Okay.  So both generally and specific to
        22   █████████?
        23        A.    Correct.
        24        Q.    Okay.  How about the third question you
11:18   25   write -- without reading it out loud, but what is it
```

91

11:18  1   basically you're asking him to explain or clarify?

2       A.    Without reading the whitepaper now or

3   recalling, if the focus is to become more of an

4   institutional product where institutions are

11:19  5   facilitating movement of XRP, I wanted to make sure that

6   I understood how larger institutions could hold XRP or

7   digital assets at that time.

8       Q.    Okay.  Actually, I want to clarify.  I'm

9   talking about the 5 percent issuance per year.

11:19 10       A.    Oh, that one?

11       Q.    Yeah.  What's -- let me ask you if I

12   understand this correctly.

13       Were you asking him to clarify whether a plan to

14   issue 5 percent XRP a year -- whether that 5 percent

11:19 15   included payments in XRP to the market makers, the

16   liquidity providers?

17       A.    I don't recall.

18       Q.    Okay.  So let's go to the fourth paragraph,

19   then.  What's the -- what's your basic concern or

11:20 20   objection here?

21             MR. HECKER:  Objection to the form.  You

22        can answer.

23             THE WITNESS:  Given regulatory

24        uncertainty around digital assets, I was

11:20 25        unclear how -- not just regulatory

92

| | | |
|---|---|---|
| 11:20 | 1 | uncertainty, but uncertainty from even |
| | 2 | experienced market participants or digital |
| | 3 | asset speculators on how to securely hold a |
| | 4 | digital asset.  I wanted to understand how a |
| 11:20 | 5 | regulated institution could hold a large |
| | 6 | quantity of any digital asset. |

7  BY MR. MOYE:

8      Q.    So you began this fourth thought, or fourth

9  paragraph, by saying "Given that the focus of Ripple has

11:20 10  shifted entirely to the institutional side."

11      How did you become aware that the focus of Ripple,

12  as you described it, had shifted to the institutional

13  side?

14      A.    I don't recall.

11:21 15      Q.    Without regard to this whitepaper but looking

16  back at your time at ████████, was there a time when

17  you thought that Ripple changed the way it was focusing

18  and shifted to the institutional side, as you say here?

19                  MR. HECKER:  Objection to form.

11:21 20                  THE WITNESS:  I don't remember.

21                  My recollection is that in the digital

22                  asset space -- you know, Bitcoin as an

23                  example -- was -- you know, a way to remove

24                  trust in, say, central banks, regulators, and

11:21 25                  was essentially a way to work away from the

93

11:21  1          existing system.

       2                  I think my recollection is that my view

       3          on Ripple was a company that was trying to

       4          work with banks, with regulators, unlike other

11:22  5          digital assets.

       6   BY MR. MOYE:

       7       Q.    When you talked about institutional -- or

       8   institutions maybe not being able to hold XRP, were you

       9   talking about market makers or other kind of bank --

11:22 10   other kinds of institutions like banks?

      11       A.    I believe I was talking about other types of

      12   institutions like banks.

      13       Q.    Okay.  Let's go back to the first paragraph.

      14   The sentence I pointed out to you:

11:22 15       "Ripple Labs is not eliminating this cost but

      16   distributing it to market makers."

      17       Do you see that?

      18       A.    That's correct.

      19                  MS. ZORNBERG:  Just for clarification,

11:22 20          that's not the first paragraph.

      21                  MR. MOYE:  Thank you, Lisa.  Second

      22          paragraph.  The second question in the

      23          paragraph.

      24   BY MR. MOYE:

11:23 25       Q.    To the best of your understanding, was this

                                                              94

11:23  1  also an issue with respect to ODL?

2          In other words, did the same concern about

3  distributing the cost to market makers and away from the

4  banks also apply to the ODL system?

11:23  5     A.     Yes.

6     Q.     And why was that a concern?

7     A.     My concern with that is that it is a market

8  maker, especially a digital asset market maker is less

9  efficient at delivering capital to -- especially local

11:23 10  fiat to destination digital asset exchanges.  Part of,

11  you know, scaling liquidity for ODL, we require market

12  maker support to provide -- to essentially source local

13  fiat currencies such that it is available to support --

14  to essentially -- yeah, support ODL payments that are

11:24 15  going into those corridors.

16          Had typically, these destination digital asset

17  exchanges have relatively low liquidity, not just

18  relative to foreign exchange -- well, I mean, foreign

19  exchange is orders of magnitude larger, but even digital

11:24 20  assets exchanges in general.

21               (Thereupon, a three-page e-mail chain with

22          top e-mail dated 10/11/16, from Dinuka

23          Samarasinghe to █████████ et al., was

24          introduced as DS Exhibit 3 for identification.)

25

                                                              95

```
11:24   1   BY MR. MOYE:
        2        Q.    Okay.  Let's look --
        3        Let's look at another document.  I am going to show
        4   you what's been marked as DS Exhibit 3.
11:25   5                  THE WITNESS:  Could I have a quick
        6            bathroom break?
        7                  MR. MOYE:  Yeah.
        8                  MR. HECKER:  Of course.
        9                  THE VIDEOGRAPHER:  We are off the record.
11:25  10            The time is 11:25 a.m.
       11                  (Recess taken at 11:25 a.m.)
       12                  (Resumed at 11:32 a.m.)
       13                  THE VIDEOGRAPHER:  We are back on the
       14            record.  The time is 11:32 a.m.
11:32  15   BY MR. MOYE:
       16        Q.    Mr. Samarasinghe, before we go on to
       17   DS Exhibit 3, I have one follow-up question I neglected
       18   to ask you about Exhibit 2.
       19        Could you go back to that --
11:32  20        A.    Yes, sir.
       21        Q.    -- to what I called erroneously "the first
       22   paragraph" and it's really the second question you
       23   raise.
       24        So I've asked you a couple questions about your
11:32  25   statement, that Ripple is not eliminating the cost, but
```

96

11:32  1    distributing it to market makers and away from the

2    banks.

3         To your understanding of this program, was Ripple

4    proposing that the market makers would keep this cost

11:32  5    and, in other words, lower their earnings or their

6    profitability, or was it your understanding that

7    whatever additional cost the market makers would incur

8    would be made up by Ripple?

9              MS. ZORNBERG:  Object to form.

11:33 10              THE WITNESS:  Maybe -- perhaps rephrase

11         the question.

12    BY MR. MOYE:

13         Q.    Yeah.  When you say that Ripple's

14    transferring cost to the market markers and away from

11:33 15    the banks, did you think those costs would ultimately

16    become the responsibility of Ripple under this new

17    program?

18         A.    I don't recall.

19         Q.    Don't recall?  Okay.

11:33 20         How about with regard to the -- how about with

21    regard to the ODL transactions that you've described, am

22    I correct that in these ODL transactions, there's a need

23    for the exchange to buy XRP in order for the ODL

24    transaction to work?

11:33 25         A.    The Exchange is not buying XRP.

97

11:33  1          Q.     Who is buying the XRP?

       2          A.     A market participant on the exchange.

       3          Q.     So the one who wants to send or receive the

       4   funds?  Is that what you mean by "market participant"?

11:34  5          A.     No.  Well, from your -- from your question,

       6   it's unclear if you're talking about the entity sending

       7   the payment.  The entity sending the payment --

       8          XRP moves cross ledger in -- from their

       9   perspective, right, so it's their XRP.  They sell that

11:34 10   XRP for local fiat to a market participant who exists on

      11   the exchange.

      12          Q.     Okay.  Is that sale or purchase of XRP

      13   necessary or essential to the ODL transaction?

      14                  MR. HECKER:  Objection to form.

11:35 15                  THE WITNESS:  So in ODL, the recipient of

      16          the payment receives local fiat.

      17   BY MR. MOYE:

      18          Q.     Right.

      19          A.     For it -- let's move backward.

11:35 20          For that recipient to receive local fiat, the

      21   person -- the entity sending the payment needs to get

      22   that local fiat, and it is sourced from that exchange

      23   via a sale of XRP for local exchange -- fiat on that

      24   exchange.  Following that reasoning, I believe that sale

11:35 25   is necessary for ODL.

                                                              98

11:35  1          Q.    Okay.  So maybe stated more broadly, do you

       2     agree that for an ODL transaction to work or function as

       3     intended, some market participant needs to purchase the

       4     XRP?

11:35  5          A.    That's correct.

       6          Q.    Okay.

       7          A.    Doesn't have to be one.

       8          Q.    Excuse me?

       9          A.    It could be multiple.

11:36 10          Q.    At least one?

      11          A.    At least one.

      12          Q.    At least one.  Okay.  Let's move on to

      13     DS Exhibit 3.  DS Exhibit 3 appears to be an e-mail that

      14     you sent from ██████████ on October 11th, 2016 to

11:36 15     ████████████████ at Ripple.

      16          Do you see that?

      17          A.    Yes, sir.

      18          Q.    Do you either remember this e-mail or have

      19     any -- do you remember this e-mail?

11:36 20          A.    I do not.

      21          Q.    Do you have any reason to doubt that you sent

      22     it?

      23          A.    No.

      24          Q.    Okay.  So in your own words, what are you

11:36 25     telling ██████████ at this point in time?  What's the

                                                                    99

```
11:36   1    purpose of this e-mail?
        2                   MS. ZORNBERG:  Object to form.
        3                   THE WITNESS:  The market-making contract
        4              that ████████ had with Ripple included --
11:37   5              included a -- essentially, either a volume
        6              incentive or a participant rate incentive as
        7              part of the contract.
        8    BY MR. MOYE:
        9        Q.   Am I correct that as part of your contract
11:37  10    with Ripple, the more business -- the more transactions
       11    that ████████ effectuates, it gets paid either in
       12    dollars or in XRP, the more business it does?
       13        A.   The more notional volume traded via XRP by
       14    the market -- by the market maker would receive an
11:37  15    incentive payment in XRP.
       16        Q.   Okay.  So are you essentially telling
       17    ████████ that according to your calculations, the
       18    payment to ████████ needs to be higher, because the
       19    notional value was actually higher?
11:38  20        A.   Either the notional value or the
       21    participation number.
       22        Q.   But your numbers were higher than Ripple's,
       23    right?
       24        A.   Correct.
11:38  25        Q.   So ████████ was entitled to some additional
```

100

11:38   1    compensation, correct?

         2       A.     According to the e-mail.

         3       Q.     And is that also based on your understanding,

         4    that if the notional value is higher, there's more

11:38   5    compensation that would be due to ████████████?

         6       A.     It's either notional or participation rate, I

         7    don't recall.

         8       Q.     Could be either?

         9       A.     Could be either.

11:38 10       Q.     Okay.  As I read the e-mails below in the

      11    chain -- and feel free to refer to them -- it appears

      12    you had to reach out to ████████████ several times in

      13    order to get Ripple's calculation of those numbers for

      14    that quarter; is that correct?

11:39 15          (Pause.)

      16          THE WITNESS:  That's how it appears.

      17    BY MR. MOYE:

      18       Q.     Did Ripple have problems getting you the

      19    quarterly numbers that you needed for these

11:39 20    calculations?

      21          MS. ZORNBERG:  Objection.  Sorry.  Were

      22        you finished?

      23          MR. MOYE:  Not quite.

      24          MS. ZORNBERG:  Apologies.

      25

                                                            101

11:39  1    BY MR. MOYE:

       2         Q.    Was it a normal thing for Ripple to have

       3    difficulties or encounter delays in getting you the

       4    numbers that you needed regarding the quarterly

11:39  5    compensation?

       6         A.    I don't know.

       7                   MS. ZORNBERG:  Objection.

       8                   THE WITNESS:  I don't recall.

       9    BY MR. MOYE:

11:39 10         Q.    Don't recall.

      11    So as you sit here today, you don't know whether

      12    this was a one-off problem or if this was common?

      13                   MS. ZORNBERG:  Object to form.

      14                   THE WITNESS:  I don't -- I don't

11:39 15              remember.

      16    BY MR. MOYE:

      17         Q.    With regard to the difference in the -- in

      18    your calculation from Ripple's calculation, did you have

      19    any understanding of why there would be a difference,

11:40 20    why those numbers wouldn't match, and why your numbers

      21    would be higher than Ripple's?

      22                   (Pause.)

      23                   THE WITNESS:  I -- I don't recall.

      24    BY MR. MOYE:

11:40 25         Q.    And at the time you were at ████████, would

                                                                    102

```
11:40    1   you have regarded this as a significant problem, that

         2   there was a difference in Ripple's calculations from

         3   yours, or was this something that was not of any real

         4   consequence?

11:40    5                 MR. HECKER:  Objection to form.

         6                 MS. ZORNBERG:  Object to form.

         7   BY MR. MOYE:

         8       Q.    You can answer.

         9       A.    You know, I don't recall the incident, and it

11:40   10   does not -- I don't know what the difference was here,

        11   so it may have been small.

        12       Q.    Yeah.

        13       A.    It may have been material, but I don't

        14   really -- I don't have a recollection of this.

11:41   15                 (Thereupon, a one-page e-mail dated

        16           12/10/16, from ████@ripple.com to

        17           ██████████@ripple.com et al., was introduced as

        18           DS Exhibit 4 for identification.)

        19   BY MR. MOYE:

11:41   20       Q.    Okay.  Let's look at what's been marked as

        21   DS Exhibit 4.

        22                 (Pause.)

        23                 (Thereupon, an informal discussion was

        24           held off the record.)

        25
```

103

11:41  1  BY MR. MOYE:

2       Q.    Okay.  Have you had a chance to look at

3  what's been marked as DS Exhibit 4?

4                  (Pause.)

11:42  5                  THE WITNESS:  Yes.

6  BY MR. MOYE:

7       Q.    Okay.  Are you familiar with Slack?

8       A.    Yes, I am.

9       Q.    What is Slack?

11:43 10       A.    Slack is an application or web-based tool

11  used for communications typically within a company,

12  sometimes between a company and external parties.

13       Q.    It's a message, correct?

14       A.    Correct.

11:43 15       Q.    So it's not e-mail; it's not text?  It's --

16       A.    Correct.

17       Q.    But it's in written form, correct?

18       A.    Yes.  I mean, sometimes you can have

19  documents.  You can have images, whatever.

11:43 20       Q.    It's electronic communication?

21       A.    Correct.

22       Q.    Okay.  This document's printout, subject says

23  "[Slack Retention]" Ripple - Private," and it's from █████

24  at a Ripple address.

11:43 25       Do you know who that was back in December of 2016?

                                                        104

11:43  1        A.      My understanding is ███████████.

       2        Q.      Okay, and then there's "To" -- there's a

       3    number of individuals, including yourself.  Do you see

       4    that, "███████████"?

11:44  5        Do you see your name there in the second line in

       6    the "To" group?

       7        A.      Yes.

       8        Q.      Okay, so it says "████████████@Ripple.com."

       9        Do you see that?

11:44 10        A.      Yes.

      11        Q.      Okay, so did you have a Ripple e-mail address

      12    in December 2016?

      13        A.      I did not.

      14        Q.      Do you think this is a feature of Slack or

11:44 15    their messaging protocol that you're just named for

      16    purposes of this?

      17        A.      Possibly.

      18        Q.      Okay.  You're not working for Ripple at this

      19    time.

11:44 20        A.      No, I'm not working --

      21        Q.      And you do not have a secret Ripple e-mail

      22    address?

      23        A.      I do not have a secret Ripple e-mail address.

      24        Q.      Nor a public e-mail address, to the extent

11:44 25    you were working?

                                                              105

11:44  1       A.    No.

       2       Q.    All right.  Do you have any reason to doubt,

       3    though, you were part of this Slack messaging with these

       4    Ripple individuals in December of 2016?

11:44  5                 MR. HECKER:  Sorry.  When you say, "a

       6             part of," do you mean did he receive --

       7                 MR. MOYE:  That's what I mean.

       8                 MR. HECKER:  -- while he was at

       9             ████████?

11:44 10                 MR. MOYE:  That's what I mean.

      11                 MR. HECKER:  Do you know?

      12                 THE WITNESS:  I don't remember how I

      13             communicated with Ripple five years ago.

      14    BY MR. MOYE:

11:45 15       Q.    All right.  So you're not shown as a sender

      16    in any of the messages in this chain.

      17       What I want to ask you about is your reaction or

      18    recollection, if you have one, to some of these

      19    messages.  Okay?

11:45 20       A.    Uh-huh.

      21       Q.    So in the middle, ██████@ripple.com says:

      22       "Low volatility is great for payments, desired, but

      23    not great for speculative trading."

      24       And then ██████ from Ripple says:

11:45 25       "At this stage, I might argue we desire more

                                                              106

11:45   1   speculative trading."

       2       Do you see that?

       3       A.    Yes.

       4       Q.    Okay.  As to the first sentence, did you have

11:45   5   any understanding, while you were at  ██████████, whether

      6   low volatility was great for payments?

      7       A.    While at ████████, I did not give much

      8   thoughts to payments.

      9       Q.    Okay.  Did you have any understanding, while

11:46 10   you were at ██████████, whether low volatility is not

    11   great for speculative trading?

    12          (Pause.)

    13          THE WITNESS:  In my trading days, I would

    14         probably have believed that higher volatility

11:46 15         is better for speculative trading.

    16   BY MR. MOYE:

    17       Q.    Okay.  So with regard to the next phrase

    18   where Tim says, "At this stage, I might argue we desire

    19   more speculative trading," do you remember at any point

11:46 20   when you were at ██████████, being told or having an

    21   understanding, that Ripple desired or might have desired

    22   that there be more speculative trading at XRP?

    23          MS. ZORNBERG:  Object to the form of the

    24         question.

    25

                  107

```
11:47    1   BY MR. MOYE:

         2        Q.    You can answer.

         3        A.    One of the functions of a market maker to

         4   provide tighter spreads is to reduce the cost for

11:47    5   speculators to enter or exit a position, essentially

         6   to -- you know, tighter spreads provided in markets can

         7   have -- can lead to essentially higher liquidity.

         8        Q.    And how does that relate to speculative

         9   trading?

11:47   10        A.    For a person to enter or exit a position, it

        11   becomes less expensive.  You have to -- you don't have

        12   to cross as large a spread.  You don't have to pay as

        13   much in -- in spread -- bid-out spread to actually get a

        14   position.

11:47   15        Q.    While you were at ██████████, did you have an

        16   understanding or an impression that Ripple desired to

        17   have a tight spread in XRP?

        18        A.    Yes.

        19        Q.    Did you have an understanding or impression

11:48   20   that Ripple desired there to be speculative trading in

        21   XRP?

        22        A.    I don't recall.

        23        Q.    Not one way or the other?

        24        A.    I'm sorry?

11:48   25        Q.    Not one way or the other?
```

108

11:48  1      A.    I don't recall.

      2      Q.    Okay.  Let's look at the last statement --

      3      A.    Uh-huh.

      4      Q.    -- in this exhibit, where ███████@ripple.com

11:48  5  says, "The low volatility is likely a symptom of not

      6  having enough MMs trading on this order book," do you

      7  see that?

      8      A.    Yes.

      9      Q.    Do you understand "MMs" to be market makers?

11:48 10      A.    Yes.

    11      Q.    Okay.  Do you have any reason to agree or

    12  disagree with the statement that back in December of

    13  2016, Ripple viewed low volatility as likely a symptom

    14  of not having enough market makers trading on this order

11:49 15  book?

    16             MR. HECKER:  I'm going to object to the

    17         form of the question.

    18             THE WITNESS:  But -- I don't know that I

    19         agree with the -- with the statement.  If a --

11:49 20         let's say there aren't market makers in -- in

    21         an order book, hypothetically, if a market

    22         participant were to desire to enter into an

    23         order book and there was relatively low

    24         liquidity, an order could eat further into the

11:49 25         order book, right, into the market depth one

                                     109

11:49  1              way or the other.

       2                   So you can certainly imagine a situation

       3              where a higher volatility is due to less

       4              liquidity in an order book.

11:50  5   BY MR. MOYE:

       6       Q.   Okay.  Let me try to rephrase this statement

       7   and see if you agree with it, because I'm not sure I

       8   fully understand what this statement is.

       9       Do you think ███████ @ripple was saying that -- was

11:50 10   suggesting that Ripple wanted to have more market makers

      11   trading on the order book?

      12                   MR. HECKER:  Objection, foundation.

      13   BY MR. MOYE:

      14       Q.   You can answer, as best as you understand.

11:50 15       A.   As best I understand, that appears to be his

      16   sentiment.

      17       Q.   Okay.  Do you think this statement suggests

      18   that ███████ @ripple would prefer there to be higher

      19   volatility if there -- if Ripple was successful in

11:50 20   getting more market makers?

      21                   MS. ZORNBERG:  Objection.

      22   BY MR. MOYE:

      23       Q.   You can answer.

      24       A.   Following the messages, it appears that he is

11:50 25   responding to ████████████, who is saying that -- who is

                                                              110

11:51 1  arguing that Ripple desires more speculative trading and

2  higher volatility.

3        Q.    So at least as it appears to you, that Ripple

4  would not mind there being higher volatility in the XRP

11:51 5  market because there might be more speculative trading?

6              MR. HECKER:  Objection.

7  BY MR. MOYE:

8        Q.    Is that right?

9              MR. HECKER:  Objection, foundation.

11:51 10             THE WITNESS:  It appears to me that they

11             desire more speculative trading, or at least

12             ██████ does.

13 BY MR. MOYE:

14       Q.    Okay.

11:51 15       A.    I don't know if that is a sentiment shared by

16 Ripple in general as a whole?

17       Q.    Okay.

18             MR. HECKER:  Counsel, just so the

19             record's clear, is there a basis for believing

11:51 20             that this -- that he was, in fact, on this

21             Slack chain while he was at ██████████ or that

22             he would have received this while he was at

23             ██████████?

24             I just -- I don't know the answer to the

11:51 25             technical question.  I know that his --

                                                          111

11:52  1          there's a name for him with a Ripple address.

2          I mean, do we have a reason to believe he

3          would have seen this at the time?

4                MR. MOYE:  Yeah.  All I can do is ask the

11:52  5          question --

6                MR. HECKER:  No, no.  I am really asking

7          for a proffer, because I don't think the

8          record's clear as to whether we think he

9          actually would have seen this.  I just don't

11:52 10          know.

11                MR. MOYE:  Yeah.  The -- the fact is his

12          name is on the exhibit certainly suggests he

13          saw it.  I have no other reason to think he

14          had --

11:52 15                MR. HECKER:  It's just an e-mail address

16          that I don't think he had at the time, so

17          that's why I'm asking the question.

18                MR. MOYE:  I get it.  That's why I asked

19          the question.

11:52 20                MR. HECKER:  Yeah, okay.  All right.

21                (Pause.)

22                (Thereupon, a nine-page e-mail chain with

23          the top e-mail dated 1/10/17, from Miguel Vias

24          to Dinuka Samarasinghe was introduced as DS

11:52 25          Exhibit 5 for identification.)

                                                      112

11:53  1    BY MR. MOYE:

       2       Q.    All right.  Let's look at DS Exhibit 5.  This

       3    one's going to take some work, so let me just start

       4    marching through.

11:53  5       A.    Okay.

       6       Q.    DS Exhibit 5 appears to be a chain of e-mails

       7    where the top e-mail was sent to you by Mr. Miguel Vias

       8    at Ripple on January 10th, 2017.

       9       Do you see that?

11:53 10       A.    Yes.

      11       Q.    Okay.  Were you corresponding with Mr. Vias

      12    by e-mail when you were at ████████████ and he was at

      13    Ripple?

      14       A.    Yes, I was.

11:54 15       Q.    Okay.  So at the bottom of the first page,

      16    ████████████████.com says "Hello, Miguel.  Thank you

      17    for your e-mail yesterday."

      18       Do you see that?

      19       A.    Yes.

11:54 20       Q.    Okay.  I want you to look at, first of all,

      21    the two paragraphs under there and, let me know when

      22    you've had a chance to do that.

      23       A.    Two paragraphs starting "While we understand

      24    your points ... "?

11:54 25       Q.    Yeah.

                                                              113

11:54   1        A.    Okay.

        2                  (Pause.)

        3   BY MR. MOYE:

        4        Q.    Okay.  As best as you can recall, what are

11:55   5   you trying to communicate with Mr. Vias in these first

        6   two paragraphs of this e-mail?

        7        A.    So from reading further down in the e-mail

        8   chain, it appears that our market-making contract -- the

        9   market-making contract between ████████ had lapsed or

11:55  10   expired, and we removed -- we stopped quoting XRP euro

       11   on GateHub.

       12        I have a recollection that Ripple communicated to

       13   us that XRP would be listed on the Bitstamp exchange,

       14   the XRP euro order book, and I recall rosy expectations

11:56  15   of XRP euro to be traded on Bitstamp, and I am

       16   expressing some doubts --

       17        Q.    Reluctance?

       18        A.    Uh-huh?

       19        Q.    Reluctance, perhaps?

11:56  20        A.    No.  Doubts.

       21             MR. HECKER:  Okay.

       22             THE WITNESS:  Sorry.

       23             MR. HECKER:  You should let him finish

       24        his answer.

11:56  25             THE WITNESS:  I'm sorry.  I apologize.

                                                              114

11:56  1              MR. HECKER:  Okay.

       2              THE WITNESS:  I'm expressing doubts that

       3         on exchange volumes for -- on Bitstamp volumes

       4         for XRP euro would be higher than that of

11:56  5         Bitcoin versus euro.

       6    BY MR. MOYE:

       7         Q.   Were your comments here limited just to --

       8    I'm sorry.  Was Bitstamp an exchange -- a new exchange,

       9    or a --

11:57 10         A.   Bitstamp is a digital asset exchange.  It was

      11    new-ish in 2017 compared to, say, the ███.  I think it

      12    was a relatively longstanding digital asset exchange.

      13         Q.   Okay, and I'm --

      14         As best you recall, were your comments here

11:57 15    directed solely to working with Ripple on the new

      16    Bitstamp exchange, or were they directed to the

      17    preexisting relationship that ███████████ had with Ripple

      18    on other exchanges?

      19              MS. ZORNBERG:  Objection to "comments

11:57 20         here."  This is a multi-page document.

      21              MR. MOYE:  Yeah.

      22    BY MR. MOYE:

      23         Q.   Just the comments on the top part of this

      24    e-mail we've talked about so far.

11:58 25         A.   All right.  So historically, ███████████

                                                              115

11:58  1  market making for Ripple was primarily done on the RCL

2  or, now, XRP Ledger.  This would have been a departure

3  in that it would have been a centralized order book that

4  was not the XRP Ledger.

11:58  5      Q.    Okay.  So a new way of doing business; is

6  that correct?

7      A.    Correct.

8      Q.    Okay, and it sounds like you're expressing

9  doubts or reservations about whether ███████████ would be

11:58 10  interested in pursuing that new way of doing business;

11  is that right?

12              MR. HECKER:  Objection to form.

13              THE WITNESS:  It reads to me that I'm

14          objecting to a contract proposal from -- from

11:58 15          Ripple to ████████ to participate on the XRP

16          order book on Bitstamp.

17  BY MR. MOYE:

18      Q.    Okay.  Could you review what's on the second

19  page all the way down to where it says "Thank you,

11:59 20  Dinuka" for my next set of questions?

21              (Pause.)

22              THE WITNESS:  Okay.

23  BY MR. MOYE:

24      Q.    Okay.  So with regard to the thoughts you're

11:59 25  expressing down to the "Thank you, Dinuka," what are you

116

11:59  1  trying to communicate about the current volume incentive

2  program?

3        A.    So I think I -- I provide graphs of

4  essentially volume on order books that we had previously

12:00  5  provided market making quotes on, and then since the

6  contract expired and we stopped quoting on those order

7  books, I think I -- we showed a sharp reduction in

8  volumes being traded on those order books.

9        It looks like I am objecting to their proposal,

12:00 10  without having read the contract -- or without recalling

11  the contract --

12        Q.    Okay.

13        A.    -- to the proposed volume incentive program.

14        Q.    All right.  Now, I would like you to go

12:00 15  below, where you said, "Thank you, Dinuka" --

16        A.    Uh-huh.

17        Q.    -- and read the comments that you wrote on

18  Tuesday, January 10th, 2017.

19        A.    Yep.

12:00 20        Q.    So the bottom of page 2, to the top of

21  page 3, to the next set of e-mail where it says

22  "Removing ██████ and Miguel."

23        A.    Yep.

24        Q.    So what are you communicating in the

12:01 25  paragraph that begins "And last, it isn't like XRP is a

117

12:01  1  hot commodity"?

2      A.    I'm writing this as a digital asset trader,

3  not as a member of Ripple.

4      Q.    Sure.

12:01  5      A.    But it looks like I am complaining about the

6  price of XRP.

7      Q.    That it's too low or too high?

8      A.    That it's low, or it had been going down.

9      Q.    Okay.  So with that caveat in mind, can you

12:01 10  add some context or help me understand what you mean --

11  what up meant when you said, parentheses, "Perhaps

12  Ripple needs to goose up the price to increase interest

13  before the launch"?

14      A.    What I meant was, you know, from the

12:01 15  perspective of ███████, the declining price of XRP

16  meant that our contract was getting worse -- the USD

17  notional of our contract was going lower and lower, and

18  we were getting increasingly frustrated about the

19  declining value of our services.

12:02 20      Q.    So when you said, "Perhaps Ripple needs to

21  goose up the price to increase interest before the

22  launch," at that time, how did you understand or imagine

23  that Ripple might be able to help the price of XRP

24  increase?

12:02 25              MS. ZORNBERG:  Object to form.

                                                                   118

```
12:02   1   BY MR. MOYE:
        2       Q.    You could answer.
        3       A.    I have no reason to believe that Ripple ever
        4   did goose up the price.  I think I was more venting
12:02   5   about the declining cost of our services.
        6       Q.    But you did choose the language that said
        7   "Perhaps Ripple needs to goose up the price," correct?
        8       A.    Yes.
        9              MS. ZORNBERG:  Objection.
12:03  10   BY MR. MOYE:
       11       Q.    Okay.  So let me ask a hypothetical.
       12       At that time when you were at ████████ and you
       13   were having this conversation, did you believe that
       14   restricting the pool of XRP that's available to purchase
12:03  15   on the market, if that could be done, might have helped
       16   increase the price?
       17              MS. ZORNBERG:  Objection.
       18   BY MR. MOYE:
       19       Q.    You can answer.
12:03  20       A.    I think you're going into escrow.  I had zero
       21   visibility into any indication that Ripple was even
       22   considering escrow.
       23       Q.    Okay.  Did you think Ripple announcing good
       24   news or progress to the public, hypothetically, could
12:03  25   help increase the price of XRP?
```

                                                              119

12:03  1     MS. ZORNBERG:  Sorry.  "Hypothetically,"

   2   you said?

   3     MR. MOYE:  Yes.

   4     MS. ZORNBERG:  Objection to the

12:03  5   hypothetical.

   6     THE WITNESS:  I mean, hypothetically,

   7   historically, one would see that good news

   8   reported may lead to higher price in an asset.

   9     Interestingly enough, though, through the

12:04 10   early days of XRP -- you know, I think -- I've

  11   recalled message boards and believing it

  12   myself that good news reported by Ripple

  13   tended to be negatively correlated to XRP

  14   price.

12:04 15 BY MR. MOYE:

  16  Q. At what point in time?

  17  A. During my ███████████.

  18  Q. During your ███████████ time?

  19  A. (Nodding).

12:04 20  Q. All right.  Now, I would like you to turn

  21 over to -- I guess this is the fourth page.  Near the

  22 top, it says "Hi, Dinuka.  Best, Miguel."

  23 Do you see that?

  24  A. Yes.

12:04 25  Q. And then there's a number of paragraphs that

                        120

12:04   1    go below and also on the second and even the third page,

        2    so if I ask you any question about a particular

        3    paragraph, I'll direct you to it.

        4        A.    Okay.

12:05   5        Q.    But would you take a moment, please, and look

        6    at some of these paragraphs and see if you can confirm

        7    that some of these are paragraphs that Miguel Vias wrote

        8    and some are your responses?

        9              (Pause.)

12:05  10    BY MR. MOYE:

       11        Q.    Or maybe I have that backward, maybe some of

       12    these are your statements and some of these are

       13    Miguel Vias's responses.

       14        A.    It is unclear to me which -- where they're

12:05  15    separated, but like --

       16        For example, "I'm sorry to hear that and hope you

       17    will reconsider given my responses below."  Then

       18    immediately, it says "███████ has clearly been a good

       19    partner to Ripple."

12:06  20              MR. HECKER:  Sorry.  When you -- the

       21              court reporter's going to have a hand time

       22              hearing you.

       23              (Thereupon, an informal discussion was

       24         held off the record.)

       25

                                                            121

12:06 1  BY MR. MOYE:

2      Q.    Okay, so just looking at those first two

3  paragraphs --

4      A.    Okay.

12:06 5    Q.    -- does the paragraph that says "While we are

6  interested" -- Does that appear to be yours?  And the

7  paragraph that says "I'm sorry that" -- does that appear

8  to be a response by Mr. Vias?

9      A.    It appears to be.

12:06 10   Q.    Okay.  So the next two paragraphs, does the

11  paragraph that says "Although the program aims to

12  incentivize liquidity" --

13      Does that appear to be your paragraph and does the

14  following appear to be a response by Mr. Vias?

12:06 15   A.    The "although the program aims" paragraph

16  appears to be my paragraph.

17      Q.    Uh-huh, so I guess --

18      A.    Yes, and the -- yes.

19      "While I agree" -- this appears to be a Miguel Vias

12:07 20  paragraph.

21      Q.    Okay.  Let's look at the next paragraph.  "We

22  also have concerns."  Does that appear to be yours?

23      A.    That appears to be mine.

24      Q.    Okay, and how about the next paragraph?  "It

12:07 25  might seem easy."  Is that yours or Mr. Vias'?

122

12:07  1          A.    That appears to be Mr. Vias'?

       2          Q.    Okay.  The last paragraph on this page that

       3    rolls over onto the top of the next page, "Finally, the

       4    numbers of the contract" -- does that appear to be you?

12:08  5          A.    That appears to be me.

       6          Q.    Okay.  The next paragraph that starts out

       7    "BTC/EUR," is that also you?

       8          A.    That appears to be me.

       9          Q.    Okay.  The paragraph that begins "████," is

12:08 10    that Mr. Vias?

      11                    (Pause.)

      12                    THE WITNESS:  It appears to be Mr. Vias.

      13    BY MR. MOYE:

      14          Q.    Okay.  So the next paragraph, "While we have

12:08 15    great faith in Ripple" --

      16          A.    Uh-huh.

      17          Q.    -- is that you?

      18          A.    That is me.

      19          Q.    And is the next paragraph, "████████ is a

12:09 20    professional" -- is that also you?

      21                    (Pause.)

      22                    THE WITNESS:  That appears to be me.

      23    BY MR. MOYE:

      24          Q.    Okay.  Please take a moment and review those

12:09 25    two paragraphs, the "While we have great faith" and a

                                                              123

```
12:09    1   the "████████ is a professional" --
         2        A.      Okay.
         3        Q.      -- and let me know when you have done that.
         4                (Pause.)
12:09    5                THE WITNESS:  Okay.
         6   BY MR. MOYE:
         7        Q.      What did you mean -- what were you trying to
         8   communicate in the first paragraph that begins "While we
         9   have had great faith in Ripple"?
12:10   10        A.      I don't remember.
        11        Q.      Okay.  Do you think you believed at the time
        12   you were making accurate statements?
        13        A.      Yes.
        14        Q.      Okay.  So do you think at the time you
12:10   15   thought the following statement was accurate?
        16        A.      Yes.  Since --
        17        Q.      Let me read it.  Let me read it.
        18        A.      Sorry.  There was a pause.
        19                MR. HECKER:  No, but you don't know which
12:10   20        statement he's talking about.
        21   BY MR. MOYE:
        22        Q.      All right.  Right in the middle of the
        23   paragraph, "Since we have pulled our market making
        24   quotes, the market are far more sparse than they had
12:10   25   been with a large bias towards selling XRP."
```

124

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

12:10    1        Do you see that?

         2        A.    Yes.

         3        Q.    Do you believe that was accurate at the time

         4   you wrote it?

12:10    5        A.    I believe so.

         6        Q.    And the next sentence, "It seems that only a

         7   small amount of XRP, you could move the market

         8   considerably to the downside."

         9        Do you see that?

12:11   10        A.    That's correct.

        11        Q.    Do you believe that was your -- that's an

        12   accurate statement of your impression at the time that

        13   you wrote this?

        14        A.    I believe so.

12:11   15        Q.    When you say, "a small amount of XRP, you

        16   could move the market to the downside," do you mean

        17   selling XRP?

        18        A.    Reading the statement, I believe that's what

        19   I meant.

12:11   20        Q.    Okay.  Going to the middle of the next

        21   paragraph, sentence that says "As currently structured."

        22   Do you see that?

        23        A.    Yes.

        24        Q.    Could you read that statement out loud,

12:11   25   slowly, for the court reporter?

                                                              125

12:11   1          A.     "As currently structured, all this program

        2    does is incentivize those in it to perform wash trades

        3    with each other up to the ███████████ cap of the total

        4    volume."

12:11   5          Q.     Okay.  At the time that you wrote this, did

        6    you believe that was an accurate statement of your

        7    understanding or impressions?

        8          A.     I believe so.

        9          Q.     Okay.  What's your general understanding of

12:11  10    the phrase "wash trades" as you use it?

       11          A.     My general understanding of wash trades was

       12    essentially you self-deal.  Otherwise, buy and sell to

       13    yourself for -- at the same price.

       14          Q.     Okay.  So you can put aside from document for

12:12  15    now.  I would like to ask you a couple of questions

       16    about your general impressions of Ripple.

       17          A.     Uh-huh.

       18          Q.     Now, I want to ask it about this same time

       19    period, so we're talking about January 2017 when you're

12:12  20    still at ███████████, okay?

       21          In early 2017, was it your impression that Ripple

       22    was generating operating revenue, revenue for the

       23    company by selling XRP?

       24          A.     At this point, yes.  I believed that Ripple

12:13  25    had been selling XRP to generate operating revenue.

                                                              126

12:13 1      Q.    Do you have an understanding of the phrase

2    "gateway liquidity"?

3      A.    Yes.

4      Q.    What, to your knowledge --

12:13 5      As you understand it, what is meant by the phrase

6    "gateway liquidity"?

7      A.    So XRP Ledger is a decentralized ledger,

8    right?  You can compare that to something like a

9    Coinbase, for example.  Coinbase is a centralized

12:13 10   exchange.  Now, if I wanted to trade on Coinbase, I can

11   send a wire to Coinbase.  They will receive that wire in

12   their bank account.  They can credit my account to trade

13   how they saw fit.

14      XRP Ledger is a decentralized exchange, so there's

12:13 15   no one to send a wire to necessarily, right, for XRP

16   Ledger in general.  So you need to have a way to bring a

17   representation of other assets onto this decentralized

18   exchange, right?

19              MR. HECKER:  Need to keep your voice up.

12:14 20             (Thereupon, an informal discussion was

21          held off the record.)

22              THE WITNESS:  "Exchange."  A gateway was

23          an institution that functioned --

24             (Thereupon, the requested portion of the

12:14 25          stenographic record was read back by the

127

```
12:14    1            shorthand reporter.)
         2                    THE WITNESS:  "Exchange."
         3                    MS. ZORNBERG:  Okay.  Thank you.
         4                    THE WITNESS:  So a gateway was an entity
12:14    5            that, say, set up either a bank account or
         6            another means to bring a representation of an
         7            asset onto the XRP Ledger.
         8                    As an example, ███████ would allow you
         9            to send them Bitcoin to a Bitcoin address and
12:15   10            they would create a Bitcoin IOU on the XRP
        11            Ledger.
        12                    So gateway liquidity had to do with the
        13            liquidity for a representation or -- or -- for
        14            that entity's representation of a certain
12:15   15            asset on the XRP order book.
        16    BY MR. MOYE:
        17        Q.   As you described that process, in early 2017,
        18    did you believe that Ripple was providing XRP to
        19    gateways in order to fund company operations?
12:15   20                    MS. ZORNBERG:  Objection to form.
        21                    THE WITNESS:  I don't recall.
        22                    (Thereupon, a two-page e-mail chain with
        23            top e-mail dated 9/28/17, from ███████ to
        24            ███████ et al. was introduced as DS
12:15   25            Exhibit 6 for identification.)
```

                                                                128

```
12:15    1    BY MR. MOYE:
         2         Q.    Okay.  Let's take a look at DS Exhibit 6.
         3    Please let me know when you've had a chance to look it
         4    over.
12:17    5         A.    Okay.
         6         Q.    Okay.  DS Exhibit 6 appears to be a printout
         7    of an e-mail from ███████████ at Ripple on
         8    September 28, 2017, to ████████████████ at
         9    ███████████.com with you as a cc.
12:17   10    Do you see that?
        11         A.    I do see that.
        12         Q.    Now, we show you there with a
        13    ██████@ripple.com e-mail address; is that right?
        14         A.    Yes, sir.
12:17   15         Q.    So at this time you are an employee at
        16    Ripple, and you are working underneath Mr. Vias; is that
        17    right?
        18         A.    That's correct.
        19         Q.    Okay, and what's your Ripple to ██████████ at
12:18   20    this point in time?
        21         A.    ████████████ was a -- he was -- he was an
        22    employee at Ripple.  Again, I had interface with him
        23    quite a bit while I was at ██████████████.  He
        24    reported directly to Miguel Vias at the time, as did I.
12:18   25         Q.    Okay.  At this point in time, September of
```

129

```
12:18  1    2017, based on these e-mails, does it appear that Ripple
       2    is trying to form a relationship or do business with
       3    ████████████?
       4         A.    That's how it appears.
12:18  5         Q.    Does it appear ████████████ is heading
       6    that effort?
       7                   MS. ZORNBERG:  Object to form and
       8              foundation.
       9                   THE WITNESS:  I don't know that he's
12:18 10              heading that effort, but he's participating,
      11              it looks like.
      12    BY MR. MOYE:
      13         Q.    Okay.  Do you know why you were part of
      14    this -- why you were copied on these e-mails?
12:19 15         A.    I don't -- I don't recall this e-mail
      16    exchange.
      17         Q.    Okay.  So with that caveat in mind, could you
      18    look at the bottom of the page -- bottom half of the
      19    page, where ████████████ writes "Hello Miguel and
12:19 20    ██████."
      21         Do you see that?
      22         A.    Yes.
      23         Q.    Okay.  So there's a paragraph that begins:
      24    "We can discuss cash payout at a later point if it
12:19 25    makes sense."  Why don't you read that paragraph to
```

130

12:19   1    yourself and let me know when you've had a chance to?

        2                    (Pause.)

        3                    THE WITNESS:  Okay.

        4    BY MR. MOYE:

12:19   5        Q.    Okay.  Do you know whether at this point in

        6    time Ripple was interested in doing business with

        7    ███████████?

        8        A.    I don't recall.

        9        Q.    Do you know what ████████████ is referring

12:20  10    to when he says "The cash business is obviously much

       11    large [sic] in the tens of billions in annual flow"?

       12        A.    Without recollection of this e-mail, I'm

       13    guessing this is ████████████ remittance business.

       14        Q.    Their money transfer business?

12:20  15        A.    Correct.

       16        Q.    Okay.  Based on this e-mail and what you know

       17    about Ripple, he wouldn't be talking about Ripple's

       18    money transfer business?

       19                    MR. HECKER:  Objection to the premises.

12:20  20                    Since he doesn't remember the e-mail or the

       21                    exchange, I'm not sure how he would base his

       22                    answer on the e-mail, but ...

       23                    MR. MOYE:  I think he's given an

       24                    appropriate caveat.

       25

                                                                      131

```
12:20    1  BY MR. MOYE:
         2      Q.    In the last sentence, ██████████ says,
         3  "In general, there is only a very small portion of this
         4  business that is prefunded."
12:20    5      So for the purposes of this question, please
         6  assume -- and I could be wrong -- please assume "this
         7  business" means Mr. -- means ██████████ business.
         8      A.    Uh-huh.
         9      Q.    Not Ripple's business.
12:21   10      Do you have any understanding of what
        11  ██████████ meant when he said "There's a small
        12  portion of ██████████ business that is prefunded"?
        13              MS. ZORNBERG:  Objection.
        14              THE WITNESS:  So my assumptions here are
12:21   15              that this is ██████████ money remittance
        16              business.  From the e-mail, I would gather
        17              that this is -- he's talking about prefunding
        18              destination payout.
        19  BY MR. MOYE:
12:21   20      Q.    Okay, and is that the sort of business -- am
        21  I correct that that's a sort of business that Ripple
        22  does with its XRP -- I'm sorry -- that XRP is used for
        23  in the ODL transactions?
        24      A.    ODL was not live at the date of this -- this
12:21   25  e-mail.
```

                                                                    132

```
12:21   1          Q.    Was there a product -- I'm sorry.  Not a

        2    product.  Was there a method of doing business through

        3    XRP-O?

        4          A.    Not at this time.

12:22   5          Q.    Not at this point?  Okay.  Let me ask you a

        6    different question.

        7          Did you have an understanding of whether

        8    ███████████, having only a small part of its business

        9    being prefunded, as being good news for doing a

12:22  10    relationship with Ripple, or potentially bad news?

       11          A.    Could you repeat your question?

       12          Q.    Yes.

       13          A.    Or rephrase, perhaps?

       14          Q.    I will rephrase.

12:22  15          Was Ripple attempting to do business with

       16    ███████████, as best you can tell, in a -- through

       17    prefunded transactions?

       18                    MR. HECKER:  Objection, foundation.

       19                    THE WITNESS:  As best I could tell from

12:22  20          this e-mail record.

       21    BY MR. MOYE:

       22          Q.    Sorry?  What was the last word you said?

       23          A.    From this e-mail record.

       24          Q.    That it would be yes, as best as you could

12:23  25    tell?
```

                                                              133

```
12:23  1        A.    Yes, as best as I could tell from this
       2   e-mail.
       3        Q.    Okay.  But you have no independent
       4   recollection one way or the other?
12:23  5        A.    No.
       6        Q.    All right.  You can put that aside.
       7              (Thereupon, a three-page e-mail chain with
       8          the top e-mail dated 11/2/17, from Miguel Vias
       9          to Patrick Griffin was introduced as DS
12:23 10          Exhibit 7 for identification.)
      11   BY MR. MOYE:
      12        Q.    All right.  Please take a look at what's been
      13   marked as DS Exhibit 7.
      14              MS. ZORNBERG:  Thank you.
12:23 15              (Pause.)
      16   BY MR. MOYE:
      17        Q.    DS Exhibit 7 is a chain of e-mails, the top
      18   of which is from ██████████@ripple.com to
      19   Patrick Griffin on November 2, 2017.  "Subject:
12:24 20   Forward:  Framework."
      21        But right below that is an e-mail from you to
      22   Mr. Vias, and so I would like you to read through that
      23   e-mail to yourself and let me know when you're done.
      24              (Pause.)
12:25 25              THE WITNESS:  Okay.
```

                                                            134

12:25  1  BY MR. MOYE:

       2      Q.   Okay.  Have you ever heard of something

       3  called a GDAX or G-D-A-X framework?

       4      A.   Yes.

12:25  5      Q.   Can you tell us what a GDAX framework

       6  generally is?

       7      A.   GDAX was a digital asset exchange related to

       8  Coinbase.  It was more Coinbase's, at the time,

       9  institutional digital asset exchange with an open order

12:25 10  book.  It had a framework upon which it claimed to base

      11  decisions whether or not to list a digital asset on its

      12  order books.

      13      Q.   Okay.  Based on this e-mail, does it appear

      14  that you were asked to evaluate whether XRP could be

12:25 15  listed on the GDAX exchange?

      16      A.   From this exchange, it appears that I'm asked

      17  to evaluate how XRP fits within this framework.

      18      Q.   Okay.  Is that separate from the question of

      19  whether it could be listed or is that part of the

12:26 20  consideration?

      21      A.   I don't have visibility as to how -- what --

      22  how closely GDAX followed their guidelines or what

      23  weights they put on any of these different criteria.

      24      Q.   Okay.  Fair enough.

12:26 25      So who asked you to take a look at the GDAX

                                                              135

12:26  1    framework and compare it to Ripple and XRP?

       2                    MS. ZORNBERG:  Objection to the form.

       3                    THE WITNESS:  It appears Miguel Vias did.

       4    BY MR. MOYE:

12:26  5        Q.    Okay.  So looking at your e-mail that you

       6    sent to Mr. Vias, what is the -- what's the first

       7    comment you made about Section 1 of GDAX's mission and

       8    values?

       9        A.    The first comment I made is "Ripple may not

12:26 10    be considered fully decentralized, and Ripple consensus

      11    is not entirely trustless."

      12        Q.    What does that mean, in layman's terms?

      13        A.    I should give a caveat that I am not an

      14    expert in Byzantine fault tolerance consensus

12:27 15    mechanisms.  That would be, say, Arthur Britto or

      16    David Schwartz, so I'm giving my understanding at the

      17    time.

      18        Q.    Fair enough.

      19        A.    So this is Ripple may not be considered fully

12:27 20    decentralized.  I think the --

      21           The general view was that assets like Bitcoin and

      22    Ether were considered more "decentralized," and Ripple's

      23    consensus may not have been, and what I'm basing this on

      24    here at the time was Ripple -- there's something called

12:27 25    a Unique Node List, which is a list of validators that

                                                              136

12:27  1    you could -- you know.

       2         If you're participating in consensus, you have to

       3    have a certain overlap with a set of nodes, and Ripple

       4    published -- again, this is me speaking not as an expert

12:28  5    on XRP consensus, but you had to have some sort of

       6    overlap with a large number of these nodes and Ripple

       7    provided a list of validators that they considered of

       8    high quality.

       9         Q.    Okay.  So does that explanation go to --

12:28 10              MR. HECKER:  You need to keep your voice

      11         up.

      12              THE WITNESS:  Sorry.

      13    BY MR. MOYE:

      14         Q.    Does that explanation go to the

12:28 15    decentralization point or the trustless point, or both?

      16         A.    Ultimately both, because decentralization

      17    attempts to solve for trust.

      18         Q.    Okay.  Let's go to the second comment or

      19    point you make under Section 6.0, "Crypto Economics."

12:29 20    What is your comment there?

      21         A.    My comment here is "Ripple does hold the

      22    majority of XRP, though perhaps we can argue the other

      23    way once we do the lockup."

      24         Q.    What is the "lockup" that you refer to?

12:29 25         A.    Escrow.

                                                              137

12:29 1     Q.    So at this point in time, November of 2017,

2    did you understand Ripple to be contemplating doing an

3    escrow of XRP?

4     A.    I -- I believe I understood we were working

12:29 5    on the escrow.

6     Q.    That that was in the works?

7     A.    Yes.

8     Q.    Okay.  So there's another bullet under "2.2

9    Team."  Let's call that your third comment.

12:29 10     A.    Uh-huh.

11     Q.    What's your third comment -- what does it

12    mean?

13     A.    I said, "Perhaps they might interpret Ripple

14    leadership as highly centralized."

12:29 15     Q.    What's the basis for that comment?

16     A.    Ripple being a private company with a

17    leadership team -- private companies, you know,

18    executive officer.  For example, there was no company in

19    charge of, say, Bitcoin.

12:30 20     Q.    Okay.  So the "highly centralized" refers to

21    the size Ripple's leadership team; is that correct?

22            MR. HECKER:  Objection to form,

23          foundation, mischaracterizes his testimony.

24            THE WITNESS:  I don't think it is about

12:30 25          the size of the leadership team.  I believe it

138

```
12:30   1              is more about the existence of the leadership
        2              team.
        3   BY MR. MOYE:
        4       Q.    Okay.  Well, looking above your comment,
12:30   5   where it says "Specialized knowledge and key people,"
        6   you're quoting from the GDAX framework there, correct?
        7       A.    That's correct.
        8       Q.    And the GDAX framework says "The product
        9   leadership is not highly centralized or dependent on a
12:30  10   small number of key persons," correct?
       11       A.    That is from the -- my understanding is that
       12   that is from the GDAX framework.
       13       Q.    Okay.  So when you said, "Perhaps they might
       14   interpret Ripple leadership as highly centralized," were
12:30  15   you also saying that the small number of key people --
       16   that a small number of key people might be part of that
       17   view, that Ripple is highly centralized?
       18              MR. HECKER:  Objection to form,
       19              foundation.
12:31  20   BY MR. MOYE:
       21       Q.    Let me ask it this way:  Did the --
       22       Do you agree that at this point in time, Ripple had
       23   a small number of key people in leadership positions?
       24       A.    Probably.
12:31  25              MS. ZORNBERG:  Object.
```

                                                              139

```
12:31   1    BY MR. MOYE:
        2         Q.    That was "probably"?
        3         A.    Probably.
        4         Q.    Okay.  Let's go to your next comment.  So
12:31   5    this is a comment about source code?
        6         A.    Uh-huh.
        7         Q.    What's your comment about source code?
        8         A.    I believe the Ripple -- it's spelled Rippled,
        9    but it's referred to as "Ripple D.  "
12:31  10         Q.    Okay.
       11         A.    I believe the Ripple D code is open source,
       12    but I can't speak to it well-documented peer-review.
       13         Q.    So open sourced would be consistent with the
       14    GDAX framework, correct?
12:32  15         A.    That's correct.
       16         Q.    And you just didn't have enough knowledge
       17    about the peer-review process?
       18         A.    Correct.
       19         Q.    Okay.  What's the next comment you made about
12:32  20    Crypto Economics under" "6.1, Economic Incentives"?
       21         A.    "XRP does not have any economic incentives
       22    for a participant to run a validator.  To penalize a bad
       23    actor holding up consensus, we can remove that validator
       24    from our list."
12:32  25         Q.    Okay.  Are you quoting something there?  I
```

140

12:32  1    can't tell if that's a "..." or if those are your own

       2    words.

       3           A.    I believe these are my own words.

       4           Q.    Okay.  So what are validators, and why, under

12:32  5    this framework, would be -- should they be incentivized

       6    good behavior or deterred from bad behavior?

       7           A.    Again, I'm not the expert in XRP consensus

       8    here.  But typically, let's talk about -- let's talk

       9    about Bitcoin and then we can draw comparison.

12:33 10           Bitcoin's proof of work mechanism run by "miners,"

      11    is what's -- you know, if you solve the proof of work,

      12    you essentially unlock a block, and then you receive a

      13    trans -- a block award for unlocking that block, right?

      14           So proof of work essentially solves three

12:33 15    functions:  First is the double-spend problem, right?

      16    So you don't -- you're not relying on a certain trusted

      17    authority to say you have this amount of assets.  You

      18    can spend it and not spend it tomorrow.  That's

      19    essentially the problem any of these distributed ledger

12:34 20    technologies are trying to solve.

      21           But with the mining process, you also have

      22    incentivization for running the network, which is the

      23    block reward, but related to that is also distribution

      24    of the asset to do get that out, right?  So you --

12:34 25    because many people are participating in mining or

                                                                    141

12:34  1   liquidating -- the block reward to pay for electricity,

2   you solve double-spend, you solve incentivization, and

3   you solve distribution.

4        XRP consensus works very differently.  So there's

12:34  5   no -- like it use validators who are looking at proposed

6   transactions to the XRP, or proposal orders or

7   transactions to the XRP Ledger.  As opposed to having

8   some sort of, like, rotating dictator who unlocks a

9   block, validators, in general, all contribute to XRP

12:35 10   consensus by -- you're looking at the validators who

11   are -- you know, you're looking at essentially a super

12   majority of these votes to say this is a good

13   transaction to include it in yours, right?

14        However, there's no block reward and there's no --

12:35 15   there's no block reward and also no resulting

16   distribution of that asset.

17        Q.   So as you understood the GDAX framework and

18   as you understood the XRP validation process, did you

19   think XRP was a good fit or maybe not a good fit with

12:35 20   this framework?

21        A.   From the GDAX framework -- you know,

22   mechanisms to incentivize validators and mechanisms that

23   deter bad behavior -- my understanding of the XRP

24   consensus, it did not appear that they were incentives

12:36 25   to be a good actor or, at least monetary incentives to

142

```
12:36   1   be a good actor or a bad actor.
        2        What I'm saying is a bad actor is penalized by
        3   being removed by just being ignored.
        4        Q.   Okay.  Let's go to the last section, the
12:36   5   "Market Demand" under "5.1, Demands."  What's your
        6   comment here?
        7        A.   "Market Demand," under --
        8        So the GDAX criteria starts as "Developers and
        9   Contributors:  Growing developer based -- base and
12:36  10   measured progress as defined by the number of
       11   repositories, commits, and contributors."
       12        My comment is "Perhaps not relevant, but I don't
       13   have a measure of the external developer base outside of
       14   Ripple.  It surely does not compare to either Bitcoin or
12:37  15   Ethereum."
       16        Q.   You're saying Ripple's developer base is
       17   smaller than Bitcoin and Ether, or are we making some
       18   other characterization?
       19        A.   I'm saying XRP's developer base has a --
12:37  20   XRP's developer base outside of Ripple appears to be
       21   smaller than that, than -- than the developer base of
       22   Bitcoin or Ethereum.
       23        Q.   Or Ethereum?
       24        A.   (Nodding).
12:37  25        Q.   Okay.  You can put this aside.
```

143

12:37   1                        (Thereupon, an informal discussion was

        2               held off the record.)

        3                        MR. HECKER:  The witness is inquiring

        4               about lunch.

12:37   5                        MR. MOYE:  Well --

        6                        MR. HECKER:  Is now a good time to take a

        7               lunch break?

        8                        MR. MOYE:  Now would be fine.

        9                        MR. HECKER:  Great.

12:37  10                        THE VIDEOGRAPHER:  This will conclude

       11               Video No. 2 in the deposition of

       12               Dinuka Samarasinghe.  We are off the record at

       13               12:37 p.m., June 9th, 2021.

       14                        (Recess taken at 12:37 p.m.)

       15                        (Resumed at 1:36 p.m.)

       16                        THE VIDEOGRAPHER:  This is the beginning

       17               of Video No. 3 in the deposition of

       18               Dinuka Samarasinghe.

       19                        We are on the record at 1:36 p.m.,

01:36  20               June 9th, 2021.

       21      BY MR. MOYE:

       22          Q.    Mr. Samarasinghe, before our lunch break, I

       23      asked you a number of questions about XRP and the GDAX

       24      framework e-mail that we were reviewing.

01:36  25          Do you remember those?

                                                                    144

01:36   1          A.     Yes, sir.

        2          Q.     Can you tell me whether since you wrote that

        3     e-mail --

        4          Since September 28th of 2017, whether any of the

01:36   5     views that you expressed in that e-mail have changed

        6     about how XRP compares to the GDAX framework?

        7                      MR. HECKER:   Objection to form,

        8               foundation.

        9     BY MR. MOYE:

01:36  10          Q.     If it's helpful to go through it one by one,

       11     we can do that.

       12                      MR. HECKER:   Same objection.

       13     BY MR. MOYE:

       14          Q.     So let's break it down.

01:36  15          A.     But yes, my opinions did change, at least on

       16     certain -- certain of these topics.

       17          Q.     Let's go through them one by one.  As far as

       18     your first comment about decentralization --

       19          A.     Yes.

01:37  20          Q.     -- trust, has your opinion changed on that?

       21          A.     The XRP Ledger became increasingly central --

       22     decentralized in that Ripple control validators --

       23     Ripple sponsor -- were reduced.

       24          So I recall there was a time where Ripple only

01:37  25     controlled one or two validators on the entire Unique

                                                            145

01:37 1   Node List.

2      Q.   How about your second comment about economic

3   incentives, has that opinion changed?

4           (Pause.)

01:37 5           THE WITNESS:  Out of 100 billion XRP that

6           were created at the Genesis block, Ripple

7           continues to hold over 50 percent of the XRP,

8           that second one did not change.

9   BY MR. MOYE:

01:38 10      Q.   Okay.  How about your third comment about

11   centralization?

12      A.   It changed a little bit.  There were -- I --

13   I'm not -- was not part of the spring team or -- but

14   there were other teams working on other use cases for

01:38 15   XRP.

16      Q.   How about the next comment about peer review?

17   Has anything changed about your view then?

18      A.   I -- I still can't speak to whether or not it

19   has a well-documented peer review or not.

01:38 20      Q.   How about your next comment about economic

21   incentives for validation?

22      A.   I don't believe that one has changed.

23      Q.   Okay, and how about your final comment about

24   external developer base?

01:39 25      A.   I don't have a view on that one.

146

01:39  1          Q.    You don't have a view whether it's changed or

       2   you don't have a view at all?

       3          A.    Either.  I don't -- I don't really know what

       4   the developer base is for XRP.

01:39  5                (Thereupon, one-page e-mail chain with top

       6          e-mail dated 12/13/17, from ██████████ to

       7          Miguel Vias et al. was introduced as DS Exhibit

       8          8 for identification.)

       9   BY MR. MOYE:

01:39 10          Q.    Okay.  Let's look at DS Exhibit 8.

      11          Please take a moment and review what's been

      12   marked -- marked as DS Exhibit 8.

      13          Let me know when you're done.

      14          A.    I'm done.  I'm ready.

01:40 15          Q.    Okay.  DS Exhibit 8 is a copy of an e-mail

      16   from ██████████ at ██████████, dated

      17   December 13, 2017, to Miguel Vias, ██████████ --

      18   did I pronounce that right?

      19          A.    Yes.

01:40 20          Q.    -- and yourself at Ripple, "Subject:  Please

      21   turn selling back on."

      22          Are you familiar with this exhibit -- with this

      23   document, I should say?

      24          A.    I haven't seen it before.  I have no reason

01:40 25   to believe there's anything inaccurate about it.

                                                                   147

01:40   1       Q.   Okay.  So --

2             MS. ZORNBERG:  Mr. Samarasinghe, could

3         you try to keep your voice up?

4             THE WITNESS:  Sorry.  I will do my best.

01:40   5          (Thereupon, an informal discussion was

6        held off the record.)

7  BY MR. MOYE:

8       Q.   So ███████████ is responding to an e-mail

9  from Mr. Vias earlier in the day on which you are

01:41 10  copied.  Do you see that?

11      And the subject is "Please turn selling back on"?

12       A.   Yes.

13       Q.   It looks like he says, "Plus or adding

14  Dinuka"?

01:41 15          (Thereupon, an informal discussion was

16        held off the record.)

17             THE WITNESS:  Uh-huh, yes.

18             MR. HECKER:  I'm sorry.  Objection to the

19        foundation.

01:41 20          I'm not sure what e-mail you think he's

21        on.  He's on the second one, not the first

22        one, right?

23             MR. MOYE:  Well, he's on the top and he's

24        also on the second.

01:41 25          MR. HECKER:  On the bottom --

148

```
01:41    1                    MR. MOYE:  He's not on the oldest.
         2            You're correct.
         3                    MR. HECKER:  Okay.  Sorry.
         4    BY MR. MOYE:
01:41    5        Q.    Okay.  But the bottom e-mail -- the one that
         6    you're not on -- actually, Mr. Vias writes:
         7        "Guys, can we please turn the bots back on at the
         8    same percentages as before?  Let me know when that's
         9    done.  Thanks."
01:41   10        Do you understand the purpose of these e-mail
        11    instructions from Mr. Vias?
        12        A.    Yes.
        13        Q.    What's the purpose, as best as you
        14    understand?
01:42   15        A.    It appears that the ██████████ XRP
        16    programmatic liquidators were paused or halted, and
        17    Miguel has instructed them to be turned back on.
        18        Q.    And do you know what reason it might be to
        19    turn those -- turn those things back on -- I'm sorry.
01:42   20    Do you know why they would have been paused or stopped?
        21                    MS. ZORNBERG:  Object to form.
        22    BY MR. MOYE:
        23        Q.    Based on your time at a Ripple and
        24    ████████, were there times when Ripple asked
01:42   25    ████████ to stop selling or exchanging XRP?
```

                                                                    149

```
01:42   1        A.      Yes.

        2        Q.      Based on your experience, why -- why did that

        3   occur?

        4        A.      It's possible that the quarterly sales target

01:43   5   for XRP liquidations had been reached at this point.

        6        Q.      Any other reasons you can think of, assuming

        7   that that was the case?

        8                MR. HECKER:  Sorry.  You're shaking your

        9           head.  Do you need to --

01:43  10                THE WITNESS:  No.

       11                MR. HECKER:  Okay.

       12                THE WITNESS:  None that I can recall.

       13   BY MR. MOYE:

       14        Q.      Okay, and assuming for the purposes of this

01:43  15   question, then, that that's the reason that this e-mail

       16   was sent, if quarterly sales targets were reached, why

       17   would Ripple want ████████████ to stop trading in XRP?

       18                MR. HECKER:  Objection to form,

       19           foundation.

01:43  20   BY MR. MOYE:

       21        Q.      You can answer.

       22        A.      Why would Ripple want ████████████ to stop

       23   trading?

       24        Q.      Yes.

01:43  25        A.      In case they did not want to in- -- increase
```

                                                                    150

01:43  1    XRP supply that was in the market.

2        Q.    And do you have any understanding of why

3    Ripple would desire to limit or not to increase the

4    amount of XRP in the market?

01:44  5        A.    Either to reduce selling pressure, reduce XRP

6    inflation.

7        Q.    Anything else you can think of?

8        A.    No.

9        Q.    Okay.  While you were at ███████, can you

01:44 10    recall this sort of thing happening from time to time?

11              MS. ZORNBERG:  Objection, form.

12              THE WITNESS:  While I was at ███████,

13         I don't recall that XRP programmatic

14         liquidations were something that we did.

01:44 15    BY MR. MOYE:

16        Q.    Okay.  Do you recall more than --

17        Do you recall this occurring on more than one

18    occasion while you were at a Ripple, where Ripple would

19    reach out to market makers and say, "Please stop

01:44 20    selling"?

21        A.    I do recall reaching out to market makers to

22    ask them to stop liquidating.  I can't -- I don't recall

23    how many times that occurred.

24        Q.    Okay, and just to clarify, is it your

01:45 25    recollection Ripple would reach out to more market

151

01:45  1   makers than just ████████? It would be a larger

       2   group?

       3        A.   Yes.  In my experience, instructions to one

       4   market maker were typically reflected to the suite of

01:45  5   market makers that were conducting programmatic

       6   liquidations.

       7        Q.   And was it your understanding that these

       8   instructions were perceived as beneficial to Ripple in

       9   some way, the company?

01:45 10             MS. ZORNBERG:  Objection.

      11             THE WITNESS:  I'm sorry.  The

      12             instructions were beneficial?

      13   BY MR. MOYE:

      14        Q.   Yes, the instructions to stop selling for a

01:45 15   period of time, did you understand that those

      16   instructions had some benefit or value to Ripple as a

      17   company?

      18             MS. ZORNBERG:  Objection.

      19             MR. HECKER:  Objection to the form of the

01:45 20             question.

      21   BY MR. MOYE:

      22        Q.   You can answer.

      23        A.   Were they perceived by the -- I'm not sure if

      24   I understand your question.  If you could rephrase?

01:46 25        Q.   Yeah.  The question is:

                                                          152

01:46  1      Was it your impression or understanding that these

       2  instructions from Ripple, the market makers, to stop

       3  selling for some period of time had some value or

       4  benefit to Ripple as a company?

01:46  5      And have other questions after this one.

       6              MR. HECKER:  Objection to the form.

       7              (Pause.)

       8              THE WITNESS:  I believe so.

       9  BY MR. MOYE:

01:46  10     Q.    Okay.  Was it your impression that these

       11  instructions had some benefit or value to holders of XRP

       12  as well?

       13              MR. HECKER:  Same objection.

       14              THE WITNESS:  I -- I'm not sure about

01:46  15         that one.

       16              (Thereupon, a one-page e-mail dated

       17         12/16/17, from Miguel Vias to ███████████,

       18         Subject:  Stop Selling" was introduced as DS

       19         Exhibit 9 for identification.)

01:46  20  BY MR. MOYE:

       21     Q.    Okay.  Let's look at DS Exhibit 9.  Please

       22  take a moment and review what's been marked as

       23  DS Exhibit 9.

       24     Okay.  Can you tell me what DS Exhibit 9 is?

01:47  25     A.    DS Exhibit 9 appears to be an e-mail from

                                                            153

01:47 1   Miguel Vias to ███████████████████.   I am cc'd as

2   a -- as an employee of Ripple.   The subject says "Stop

3   Selling."

4         Q.   And what's the reason given that Mr. Vias

01:47 5   gives at this time for ████████ to stop selling?

6         A.   Miguel Vias instructs ██████████ to stop

7   selling.   It says "Please turn all bottoms off."   He

8   continues to say, "Just got word we are done selling for

9   the year.   Also, please confirm when that's done.

01:48 10  Thanks, gents."

11        Q.   Okay.   Now, did you understand from the

12   context and from this e-mail, that it was an instruction

13   to stop selling XRP?

14        A.   That's correct.

01:48 15       Q.   Because that's what -- that's what ██████████

16   dealt with, correct?

17        A.   Correct.

18        Q.   All right.   Now, can you look at DS Exhibit 8

19   and DS Exhibit 9 side by side?   Can you help me

01:48 20  understand why, first looking at DS Exhibit 8, Ripple

21   might have told them to start selling again on December

22   13th, presumably after a pause, and then stop selling

23   three days later on December 16th?

24             (Pause.)

01:49 25            THE WITNESS:   I don't recall.

154

01:49   1   BY MR. MOYE:

        2        Q.    Okay.  Whether or not you can recall this

        3   particular incident --

        4        A.    Uh-huh.

01:49   5        Q.    -- do you think there were other events when

        6   you were at Ripple where market makers were told to stop

        7   then restart, then stop selling again, in a relatively

        8   short period of time?

        9        A.    I don't believe that happened other times in

01:49  10   my history at Ripple.

       11        Q.    Okay.  Just from looking at DS Exhibit 9 and

       12   the phrase "Just got the word we're done selling for the

       13   year," did you have any understanding about why Ripple

       14   would want to stop selling XRP within a particular

01:49  15   calendar year and for what reason?

       16        A.    I think, again, this probably points to

       17   hitting the target for the yearly sales goal of XRP.

       18        Q.    And do you know who set those yearly targets

       19   or goals?

01:50  20        A.    Historically, it was -- my understanding is

       21   that it was decided amongst the leadership team with

       22   input from the CFO and the CEO.

       23        Q.    Okay, and just to clarify, was your unit an

       24   essential part of reaching these goals or just one of

01:50  25   many components within --

                                                                  155

01:50  1        A.    The markets team --

       2              MS. ZORNBERG:  Objection to form.

       3              MR. HECKER:  Yep, I join in the objection

       4        and foundation.

01:50  5              MR. MOYE:  Let me rephrase.

       6   BY MR. MOYE:

       7        Q.    How important was your group to helping

       8   achieve those goals?

       9        A.    The markets team was -- managed the

01:50 10   relationship, managed -- managed the relationships with

      11   the programmatic market makers for the programmatic

      12   liquidation.

      13        Q.    And do you believe these goals were to sell

      14   XRP through the market makers only or were there other

01:51 15   methods that Ripple was selling XRP to the market?

      16              MS. ZORNBERG:  Objection to form.

      17   BY MR. MOYE:

      18        Q.    You can answer.

      19        A.    Ripple also sold XRP not -- not just from

01:51 20   programmatic liquidations, but also from OTC trades.

      21        Q.    Okay.  Any other methods used while you were

      22   at Ripple for Ripple to sell XRP?

      23        A.    The markets team was primarily responsible

      24   for programmatic liquidation and then OTC sales to OTC

01:51 25   brokers.  I am aware of sales to entities like

                                                            156

01:51   1    ████████████ and ████ -- as well as ████.

     2       Q.    Did those go through your team or through

     3   another channel?

     4       A.    We -- the markets team helped coordinate

01:52   5   those -- those sales, but I'm not aware that the markets

     6   team had anything to do with the initial deals.

     7       Q.    Were those deals considered either

     8   programmatic or OTC sales?

     9       A.    Considered by whom?

01:52 10       Q.    By Ripple.

   11       A.    In the quarterly reports, sales to

   12   ████████████ and ████ were included in sales of

   13   reported sales numbers.

   14       Q.    Under which category?  Under programmatic?

01:52 15       A.    They were not -- they were not included in

   16   programmatic.

   17       Q.    Okay.

   18       A.    They were included institutional sales.

   19       Q.    Institutional?

01:52 20   So they were neither programmatic or OTC; is that

   21   right?  They were a separate kind of sale?

   22           MS. ZORNBERG:  Objection.

   23           (Thereupon, an informal discussion was

   24      held off the record.)

01:53 25           THE WITNESS:  I think the markets team

                                          157

```
01:53    1              did not consider ████████████ or ████
         2              necessarily OTC trades.
         3    BY MR. MOYE:
         4         Q.    Okay, and do you include yourself in that,
01:53    5    you personally wouldn't mentally have categorized
         6    ██████, ████ as OTC sales?
         7         A.    That's correct.
         8              (Thereupon, two-page e-mail dated
         9              12/28/17, from ███████████ to
01:53   10              ██████████@ripple.com et al., Bates Nos.
        11              ████0039962 through ████0039963, was
        12              introduced as DS Exhibit 18 for identification.)
        13    BY MR. MOYE:
        14         Q.    Okay, DS Exhibit 18.  We're going to look at
01:53   15    DS Exhibit 18.
        16              MR. HECKER:  One-eight?
        17              MR. MOYE:  One-eight.
        18              (Pause.)
        19    BY MR. MOYE:
01:54   20         Q.    So Mr. Samarasinghe, please take a moment and
        21    look over what's been marked as DS Exhibit 18.  I'm
        22    going to ask you a couple of questions about the first
        23    paragraph, and then a couple of questions about the
        24    fourth news item down.
01:55   25         Have you had a chance to look it over?
```

158

01:55    1          A.    I have.

         2          Q.    Okay, DS Exhibit 18, for the record, is an

         3    e-mail from ███████████, ██████████ at

         4    ███████████.com, sent December 28, 2017.    Subject is

01:55    5    "Ripple Media Tracking."    And I see your e-mail at the

         6    bottom of a long list of other individuals at Ripple.

         7          A.    Yeah.

         8          Q.    Do you know who ██████████████ is?

         9          A.    Vaguely.

01:55   10          Q.    With that caveat, who do you understand ██████

        11    ██████████ to be?

        12          A.    So I think I recall being on a distribution

        13    list where they showed us news headlines over the course

        14    of the day, the course of some period of time that may

01:55   15    be relevant to Ripple or XRP.

        16          Q.    Okay, did you have --

        17          Did you believe they were retained in some capacity

        18    as media relations or public relations?

        19          A.    That's -- that's my understanding.

01:56   20          Q.    Okay, you couldn't be more specific about

        21    what they had been retained to do?

        22          A.    No idea.

        23          Q.    All right.    Did you receive media tracking

        24    e-mails from ██████ or other people regularly or was this

01:56   25    rarely?

                                                                    159

01:56  1        A.      Regularly.

       2        Q.      Regularly?  Okay.

       3        And without pinning you down to any particular

       4   communication, what would these regular e-mails

01:56  5   typically include?

       6        A.      My recollection is they were a compilation of

       7   the week's headlines and reputable news sources that

       8   involved XRP, interesting things about the digital asset

       9   markets or Ripple in general.

01:56 10        Q.      Okay, so the first paragraph, the final

      11   sentence talks about CNBC.  It says "CNBC and others

      12   report on the XRP price spike following the █████

      13   consortium announcement."

      14        Do you see that?

01:57 15        A.      Uh-huh.

      16                MR. HECKER:  Yes, you see that?

      17                THE WITNESS:  Yes, I see that.

      18   BY MR. MOYE:

      19        Q.      Are you familiar with the █████ consortium

01:57 20   announcement?

      21        A.      I don't recall.

      22        Q.      Okay, are you familiar with █████?

      23        A.      To some capacity.

      24        Q.      All right.  So let's look down to the fourth

01:57 25   news item, I'd like you to review that and maybe that

                                                              160

01:57  1    will refresh your recollection in some way.

       2        A.    Uh-huh.

       3              (Pause.)

       4    BY MR. MOYE:

01:58  5        Q.    Okay, does that help at all, remembering that

       6    there was an ▮▮▮ consortium announcement and what it

       7    might have included?

       8              (Pause.)

       9              THE WITNESS:  No.

01:58 10    BY MR. MOYE:

      11        Q.    Okay, let me try one last -- let me give it

      12    one last try.

      13        As you understand Ripple's relationship with ▮▮▮ --

      14        A.    Uh-huh.

01:58 15        Q.    -- at some point in 2017, did Ripple announce

      16    a new link to some Japanese credit card companies?

      17        A.    I don't recall.

      18        Q.    Okay, do you recall a price spike in XRP

      19    after an announcement about ▮▮▮ was made at any time?

01:58 20        A.    I remember the price spike in question.  I

      21    don't remember that it had anything to do with -- I

      22    don't recall linking it to an ▮▮▮ announcement.

      23        Q.    Okay, so maybe this exhibit helps you, maybe

      24    it doesn't.  But do you recall when that price spiked,

01:59 25    whether it spiked in conjunction with an increase in

                                                             161

01:59  1    Bitcoin, or whether it spiked independent of movement in

2    Bitcoin?

3         A.    The price spike at the end December 2017,

4    through the beginning of January 2018, appeared

01:59  5    independent from any move in Bitcoin.

6         Q.    And do you recall the price spike being in

7    the magnitude of about 20 percent?

8         A.    The price spike from -- in 2017, from late

9    December 2017 to January 6th, 2018 was from essentially

01:59 10    25 cents to $3.80.

11         Q.    So way more than 20 percent?

12         A.    Way more than 20 percent.

13         Q.    And at that time, during that price spike,

14    would I be correct that the price of Bitcoin actually

02:00 15    went lower at some point?

16         A.    That is -- that is my recollection.

17         Q.    Okay, is there anything else about that price

18    spike that you can remember from your analysis at this

19    time?  Anything else that you associated it with or

02:00 20    attributed it to?

21         A.    My analysis at this time?

22         Q.    At this time.

23         A.    At this time, there were rumors that a

24    Coinbase listing might be -- might be happening,

02:00 25    including some screenshots that were posted on message

162

```
02:00    1    boards  ...

         2         I believe there was news that a cross-border

         3    payment was sent from Japan to Korea.  There may have --

         4    there may be other things in there.

02:00    5         Q.    Okay, but that's what you can remember right

         6    now?

         7         A.    Yeah.

         8         Q.    Okay, let's look at DS Exhibit 10.

         9               (Pause.)

02:01   10               (Thereupon, a three-page e-mail chain with

        11          top e-mail dated 1/31/18, from Dinuka

        12          Samarasinghe to ███████ et al. and attachment

        13          was introduced as DS Exhibit 10 for

        14          identification.)

02:01   15    BY MR. MOYE:

        16         Q.    All right.  Mr. Samarasinghe,

        17    DS Exhibit 10 --

        18               (Thereupon, an informal discussion was

        19          held off the record.)

02:01   20    BY MR. MOYE:

        21         Q.    DS Exhibit 10 appears to be an e-mail from --

        22    the top e-mail appears to be an e-mail from you to

        23    ███████ at ██████████████.com on

        24    January 31st, 2018.  Subject, "XRP."

02:02   25         And the first sentence says "Hi ███.  I work with
```

163

02:02   1    Miguel on the XRP markets Team, and glad to hear you are

        2    interested in an XRP loan."

        3         Do you see that?

        4         A.     Yes.

02:02   5         Q.     Okay, do you know who ▇▇▇▇▇▇ was?

        6         A.     He was a trader at ▇▇▇▇▇▇.

        7         Q.     What is ▇▇▇▇▇▇?

        8         A.     ▇▇▇▇▇▇ is also a market maker that

        9    traded in digital assets.

02:02 10         Q.     It may be obvious, but can you explain the

      11    purpose of you sending this e-mail to ▇▇▇▇▇▇?

      12         A.     Yeah.  As I mentioned, one of the primary

      13    responsibilities for -- or primary missions of the XRP

      14    markets team was to increase liquidity for XRP.

02:02 15        We decided to move forward, attempting to partner

      16    with market neutral -- essentially high frequency

      17    trading companies to provide two-sided quotes on XRP,

      18    essentially narrowing spreads to facilitate easier

      19    trading.

02:03 20        Digital assets are different than, say, foreign

      21    exchange or equities in that they have to be fully

      22    funded at the time of trading on spot exchanges, T plus

      23    zero, like instantaneous settlement.

      24        The challenge a market maker has in making a

02:03 25    two-sided quote in these digital assets is sourcing

                                                                           164

02:03　1　working capital, i.e., holding on to the digital asset

　　　　2　to have an offer out, right?

　　　　3　　　　You can imagine that having a large quantity of a

　　　　4　digital asset that is unhedged has a certain amount of

02:03　5　volatility, you have price risk.  Our notion here was we

　　　　6　tried to partner with a -- again, a high frequency

　　　　7　market neutral market participants to produce tight

　　　　8　spreads by providing them with relatively low cost XRP

　　　　9　loans or leases.

02:04　10　　　　Q.　　Are you aware of other loans being made to

　　　　11　market makers in the digital space that don't involve

　　　　12　XRP?

　　　　13　　　　A.　　Yes.

　　　　14　　　　Q.　　Okay, was this a new program in early 2018 or

02:04　15　is this something that had been going on for some period

　　　　16　of time?

　　　　17　　　　A.　　I don't know that it was widespread at this

　　　　18　time.  I certainly don't believe it was widespread in

　　　　19　XRP, which is why we tried to grow out the lending book

02:04　20　for XRP.

　　　　21　　　　Q.　　Can you give me some idea of how often Ripple

　　　　22　made loans of this type to market makers?

　　　　23　　　　A.　　I would say it's in the orders of five to 10.

　　　　24　　　　Q.　　Five to 10 market makers, or five to continue

02:05　25　loans?

165

02:05   1          A.      Five to 10 market makers.

        2          Q.      Okay, and would each market maker get one

        3    loan or could they get more than one loan?

        4          A.      They could get multiple tranches.

02:05   5          Q.      And do you -- can you tell me anything about

        6    the terms of the loan?  Let's look at the top of page 2

        7    and see if that helps.

        8                  (Pause.)

        9    BY MR. MOYE:

02:05  10          Q.      So before you answer this, this is a

       11    statement by Mr. Vias to ████████, not you, but I

       12    believe you were copied on this e-mail.

       13          A.      Yep.

       14          Q.      And Mr. Vias says "We are indeed lending XRP

02:05  15    for folks to provide liquidity.  Currently those monthly

       16    loans in up to ████" -- ████████ -- "USD" -- or U.S.

       17    dollars -- "at █ percent annual interest rate."

       18    Do you see that?

       19          A.      Yes, sir.

02:06  20          Q.      Okay, is that -- is that consistent with your

       21    recollection of the type and/or frequency of loans

       22    available to market makers?

       23          A.      I don't think they were uniform.

       24          I think they were -- the terms of the loans were

02:06  25    different for various different market makers.  I

                                                                    166

02:06    1    recall, for example, ███████ having a very small loan

         2    versus ████ having a much larger loan.

         3        Q.    That's "████"?

         4        A.    Yes.

02:06    5        Q.    What were the differences in the amounts, do

         6    you think?

         7        A.    I think ███████ was -- I don't recall

         8    exactly, but, say, $██████, versus ██████ was in the

         9    ███████.

02:06   10        Q.    ████████████████?

        11        A.    Yes.

        12        Q.    Okay, so when Mr. Vias says "We're indeed

        13    lending XRP for folks to provide liquidity," he may or

        14    may not have been describing a standard loan package?

02:07   15        A.    I don't believe the ████████ at █ percent

        16    annual interest rate was uniform.

        17        Q.    Okay, the purpose of these loans was to

        18    provide market liquidity, correct?

        19        A.    The purpose of these loans was to increase

02:07   20    liquidity.

        21        Q.    Thank you for that clarification.

        22        And were they -- was the loan in -- just to

        23    clarify, was the loan actually in U.S. dollars or was

        24    the loan in U.S. dollar equivalent of XRP?

02:07   25        A.    The loan was in units of XRP, though this was

                                                                  167

02:07   1   the U.S. dollar notional amount of XRP.

        2        Q.    So it would be -- in this case, if they

        3   borrowed █████████, it would have been $██████████'

        4   worth of XRP units?

02:07   5        A.    That is correct.

        6        Q.    And then how quickly would they have to pay

        7   it back?

        8              (Pause.)

        9              THE WITNESS:  I don't recall there being

02:08  10              a set term for many of these loans.  You know,

       11              some market participants returned portions of

       12              the loans they were not using at any given

       13              time.  Some held on to them, so we did not

       14              call back the loans frequently.

02:08  15   BY MR. MOYE:

       16        Q.    Okay, how did these loans help Ripple as a

       17   company?

       18        A.    Again, we started the loan program to

       19   increase liquidity for XRP.  We would look at these --

02:08  20   we would have communications with the market makers who

       21   had outstanding loans to determine essentially how often

       22   they were turning over the loan size on a given day,

       23   essentially how often they were trading the size of the

       24   loan.

02:09  25        Q.    Uh-huh.

                                                              168

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

02:09 1     A.    And the higher the multiple, the more, our

2    understanding was, that they were actively trading XRP.

3     Q.    And do you believe these loans to provide

4    liquidity in the market also helped holders of XRP?

02:09 5             MR. HECKER:  Objection to form,

6         foundation.

7    BY MR. MOYE:

8     Q.    You can answer.

9     A.    By providing tighter bid ask spreads in

02:09 10    general, I believe that it made it easier for market

11    participants to enter or exit an XRP position.

12     Q.    Thank you.

13    And to follow up on some of our earlier comments, a

14    tighter spread and easier entry point might have aided

02:09 15    speculative traders; is that correct?

16             MR. HECKER:  Objection to form.

17             MS. ZORNBERG:  Objection.

18    BY MR. MOYE:

19     Q.    You can answer.

02:09 20     A.    It would have reduced costs for them to enter

21    and exit a similar size XRP position relative to a time

22    there weren't market participants -- or market makers

23    with loans.

24     Q.    Okay, anything else that you can recall about

02:10 25    this lending program that we haven't already discussed?

169

02:10  1     A.    Nothing, off the top of my head.

2     Q.    Okay, you can put that aside.  Let's look at

3  DS Exhibit 11.

4        (An informal discussion was held off the

02:10  5       record.)

6        (Thereupon, a three-page e-mail chain with

7       top e-mail dated 3/22/18, from Dinuka

8       Samarasinghe to ▮▮▮▮▮▮▮ et al. was

9       introduced as DS Exhibit 11 for identification.)

02:10 10  BY MR. MOYE:

11     Q.    Okay, so for your reference on DS Exhibit 11,

12  I would like you to review the top e-mail from you, and

13  then the e-mail that begins at the bottom of page 1 and

14  goes over to the top of page 2.

02:11 15     Of course, you're free to look at other parts of

16  the e-mail as well.

17     A.    Okay.

18     Q.    Okay, so DS Exhibit 11, Mr. Samarasinghe, is

19  a set of e-mails, with the top e-mail being one that you

02:11 20  sent to ▮▮▮▮▮▮▮ at ▮▮▮▮▮▮▮ on

21  March 22nd, 2018.  Subject "Program expansion."

22     Do you see that?

23     A.    Yes, sir.

24     Q.    Okay, I would like to direct your attention

02:12 25  to the bottom of the first page and the top of the

170

02:12  1    second, which appears to be an e-mail that you sent to

        2    █████████ earlier that same day at 1:31 p.m.

        3        Let me know when you're there.

        4        A.    Ready.

02:12  5        Q.    Okay, can you tell me in your own words -- or

        6    can you summarize what the purpose of that communication

        7    was?  What are you telling █████████?

        8        A.    XRP programmatic sales -- well, let's take a

        9    step back.

02:12 10        There are a large number of digital asset exchanges

     11    globally.  Market makers that we were connected to -- so

     12    there's a large number of digital asset exchanges in the

     13    world.  That number increases.  Volumes that occur on

     14    these digital asset exchanges can shift from a set of

02:13 15    exchanges to a different set of exchanges based on any

     16    number of criteria.

     17        To minimize market impact on a small set of

     18    exchanges where Ripple programmatic sales occurred, we

     19    wanted to have as wide a breadth as possible of

02:13 20    exchanges for our programmatic liquidators to sell off.

     21        Beyond that, we wanted to have redundancy.  So in

     22    case one market maker fell out of our program or was

     23    unable to trade for some given period of time, we would

     24    still have a market maker available on a given exchange.

02:13 25        Q.    Do you use the term "redundancy" just to mean

                171

02:13  1    additional capacity, or does it have some other meaning

       2    as well?

       3        A.    Redundancy, meaning if one stopped being able

       4    to execute on that exchange, there would be essentially

02:14  5    another one capable of executing.

       6        Q.    Okay, so when your e-mail is entitled

       7    "Program expansion," is that the expansion program you

       8    were describing you want more market makers involved --

       9    or more exchanges involved?

02:14 10        A.    In this case, this is █████████ approaching

      11    us to see if we could use them to programmatically

      12    liquidate on a large number of exchanges.

      13        Q.    So when you say "our goal is to have

      14    redundant XRP sales presence basically on every major

02:14 15    exchange that sells XRP," what's the benefit to holders

      16    of XRP, if any, to having additional exchanges

      17    available?

      18              MS. ZORNBERG:  Objection to form.  You

      19         can answer.

02:15 20              THE WITNESS:  Could you rephrase your

      21         question, please?

      22    BY MR. MOYE:

      23        Q.    Yes.

      24        Does having XRP available for purchase and sale on

02:15 25    additional exchanges benefit holders of XRP?

                                                              172

```
02:15  1                    MS. ZORNBERG:  Objection to form.
       2                    THE WITNESS:  A new exchange that lists
       3              XRP may benefit XRP speculators in that it
       4              could possibly provide a new avenue for
02:15  5              demands for XRP or liquidity for XRP.
       6     BY MR. MOYE:
       7         Q.    Okay, so directing your attention to the top
       8     e-mail, it appears that ███████████ told you the
       9     number of exchanges that ██████████ currently dealt with
02:15 10     and they were adding some; is that right?
      11         A.    Yes.
      12         Q.    And then what's your comment to him?
      13         A.    That of the exchanges they were in the
      14     process of adding, we would prioritize getting them --
02:16 15     running their programmatic liquidators on Huobi, OKEx
      16     and CEX.IO.
      17         Q.    Can you help me understand why you wanted
      18     them to prioritize certain exchanges?
      19         A.    It could -- I don't remember exactly at this
02:16 20     time.  However, the reasons could have been these were
      21     new exchanges that we did not have redundancy on; i.e.,
      22     our other programmatic liquidators did not have sales
      23     presence on, or perhaps we were seeing high volumes on
      24     these exchanges -- well, this -- this goes back to
02:16 25     redundancy.  We wanted to have a sales presence on
```

                                                                 173

```
02:16   1   exchanges that were reporting high volume.
        2       Q.      And for purposes of this program expansion,
        3   were you only talking about programmatic sales or were
        4   you talking about other sales of XRP, including OTC
02:17   5   sales?
        6       A.      This is entirely programmatic sales.
        7       Q.      Okay, let's go to DS Exhibit 12.
        8               (Pause.)
        9               (Thereupon, a thirteen-page e-mail chain
02:17  10           dated 4/12/18, from ███████████ to Dinuka
       11           Samarasinghe, Bates Nos.  RPLI_SEC 0198978
       12           through RPLI_SEC 0198990 was introduced as DS
       13           Exhibit 12 for identification.)
       14   BY MR. MOYE:
02:17  15       Q.      Okay, please take a moment and review the
       16   first page of DS Exhibit 12.  I apologize for the
       17   quality of the copy.  It's small and it's not perfect.
       18   If it's helpful, you can also look up on the big screen.
       19       For the purpose of the record, DS Exhibit 12 is a
02:18  20   copy of an e-mail from ███████████ sent on April 12,
       21   2018 to yourself at Ripple, and the subject is "Q1 2018
       22   Quarterly markets Report."  It's a multi-page document,
       23   there's a number of comments and entries for other
       24   individuals --
02:18  25       A.      Uh-huh.
```

174

02:18   1       Q.      -- but the ones I want to ask you about are

        2    your comments on the first page.

        3       A.      Okay.

        4       Q.      Mr. Samarasinghe, who is ███████████?

02:18   5       A.      ███████████ was an employee at Ripple.  He

        6    helped with communications.  I don't recall -- I don't

        7    recall his exact title.

        8       Q.      Okay, what is or was a quarterly markets

        9    report?

02:19  10       A.      Ripple began publishing, before the start of

       11    my employment at Ripple, quarterly market reports on the

       12    quarterly XRP markets which the initial aim was to give

       13    transparency about how Ripple thought about XRP and a

       14    the XRP market, and perhaps even more broadly, the

02:19  15    digital asset markets.

       16       Q.      Was it just Ripple thoughts or would it also

       17    include data, like transactions an volume and price and

       18    things like that?

       19       A.      It typically included the amount of XRP that

02:19  20    was sold by Ripple, progress on -- you know, it would

       21    include correlation numbers, volatility numbers, things

       22    that -- you know, quantitative measures we may have

       23    thought were interesting -- that we may have thought

       24    were interesting.

02:19  25       Q.      Okay, and did you review these reports while

                                                              175

02:20  1  you were still at ████████ and dealing with Ripple?

2      A.    I don't recall.

3      Q.    Okay, so focusing just on your time at

4  Ripple, what was your role in reviewing or preparing or

02:20  5  assisting with the quarterly markets reports?

6      A.    Relatively early in my career at Ripple, I

7  began drafting the quarterly markets reports, writing

8  the first -- maybe first couple of drafts before it went

9  to -- through any number of additional commenters and

02:20  10  contributors.

11      Q.    How long did that continue?

12      A.    Over time, my contribution to the markets

13  report diminished.  I stopped writing the initial

14  drafts.

02:20  15      Toward the end, I was perhaps just making comments

16  and suggestions, and maybe just providing a minimal

17  amount of data analysis.

18      Q.    In March and April of 2018, what would your

19  role have been in creating or reviewing the quarterly

02:21  20  markets report?

21      A.    Most likely writing the first -- first couple

22  of drafts --

23      Q.    Okay.

24      A.    -- of at least a few sections.

02:21  25      Q.    And did you review and provide comments on

                                                              176

02:21  1    the other sections or were you mostly focused on the

2    other sections?

3         A.    I did read the entire report and comment

4    broadly.

02:21  5         Q.    As of April 2018, who would be reviewing and

6    either approving or editing your draft?

7         A.    It went through many levels of review.

8    Initially, probably -- most likely Miguel Vias, and

9    typically the Comms team before going to morph

02:21 10    leadership, general counsel, and then final pass by the

11    CEO.

12         Q.    Okay, with that backgrounds, let's look at

13    what's been -- what appears on this appears to be a

14    comment by Dinuka Samarasinghe, and I'm going to look at

02:22 15    the first comment.  And, again, you can look at it -- if

16    your eyes are good, you can look at it on the paper or

17    up on the screen.

18         What is it you're saying?  Can you summarize what

19    you're saying in the first comment --

02:22 20         A.    Yes.

21         Q.    -- on this document?

22         A.    Coinbase rumors.  So this -- I think you can

23    see this comment chain happened roughly in April of

24    2018.

02:22 25         Q.    Yes.

177

02:22  1        A.    This is a look back on the Q1 markets report.

       2   Included in the Q1 markets report was -- you know, was

       3   the run up towards the ends of 2017, including early

       4   2018, up to the three-plus dollars of XRP price on

02:22  5   January 6th.

       6        I think I mentioned before included in this runup

       7   were -- you know, market speculation and screenshots on

       8   digital asset trading and news logs and -- that Coinbase

       9   would list XRP.

02:23 10        I believe I had initially included Coinbase in

      11   the -- one of the early drafts of the markets report as

      12   what appeared to be going on in the market at the time,

      13   according to people commenting in -- you know, in

      14   Message boards or -- or like digital asset news

02:23 15   websites.

      16        Q.    Did you include that as a factor, in your

      17   view, in the total price increase?

      18        A.    I didn't include it as a factor.  I included

      19   it as a rumor that was going on during --

02:23 20        Q.    Okay.

      21        A.    -- the price rise.

      22        Q.    Okay, let's just focus on the first comment

      23   here, and you can help me understand.  You say "While

      24   this isn't a great for a number of reasons (brings up

02:24 25   the pay-to-play discussion, brings up concerns that XRP

                                                              178

02:24 1   is a security), it was certainly a big factor in what

2   people attributed the price rise."

3       So you say that sentence refers to Coinbase?

4       A.    Yes.

02:24 5       Q.    Okay, so --

6       A.    The Coinbase rumors.

7       Q.    The Coinbase rumors?  Thanks.

8       What did you mean by the "pay-to-play discussions"?

9       A.    So ultimately, in April of 2018, Coinbase did

02:24 10  not -- despite the rumors in the screenshots and

11  discussions, did not actually list XRP at this point.

12      So at this point, XRP had come off from a very high

13  price.  And just like there were rumors on the way up,

14  there was speculation on the way down what happened,

02:25 15  right?

16      Q.    Where was that speculation manifested?

17      A.    Again, you know, message boards, you know,

18  digital asset news websites.  And given there were

19  rumors on the way up that Coinbase would list it and

02:25 20  Coinbase did not list, there was speculation as to why

21  Coinbase did not list XRP.

22      Q.    And did that speculation involve pay-to-play?

23      A.    According to some messages.

24      Q.    What did you mean when you use the phrase

02:25 25  here "by brings up pay-to-play discussions"?

                                                            179

02:25 1       A.      If I recall correctly, it is, you know,

2    message boards indicating maybe Ripple did not pay or

3    did not pay enough or did not offer to pay enough, or in

4    the case of concerns that XRP is a security, would be

02:25 5    concerns that maybe Coinbase believed or had an opinion

6    that XRP was a security.

7       Q.      Okay, and when you say "It was certainly a

8    big factor to what people attributed the price rise,"

9    what part of what you said before is attributable to

02:26 10    that comment?

11              MS. ZORNBERG:  Objection to form.

12              MR. MOYE:  I will try this again.

13              THE WITNESS:  Yeah.

14    BY MR. MOYE:

02:26 15       Q.      What did you mean when you say "It was

16    certainly a big factor in what people attributed the

17    price rise"?

18       A.      The price rise -- Coinbase rumors -- a

19    listing on Coinbase -- the -- sorry.  I'm not being

02:26 20    clear.

21       The rumors that XRP would be listed on Coinbase

22    were a factor that market speculators attributed the

23    price rise of XRP.

24       Q.      Okay, was this the first time you had heard

02:26 25    rumors among people that followed XRP about pay-to-play

180

02:26  1  discussions?

2           MS. ZORNBERG:  Object to form.

3           THE WITNESS:  I don't recall it happening

4       before.

02:27  5  BY MR. MOYE:

6       Q.    Was this the first time you had heard rumors

7  among people that followed XRP that XRP might be viewed

8  as a security?

9       A.    Yes.  I don't think it -- I don't think it

02:27 10  had even entered my consciousness up until that point.

11       Q.    Okay, let's look at the second comment down.

12       A.    Uh-huh.

13       Q.    Why don't you summarize, first, what you're

14  trying to communicate in this comment, and then I will

02:27 15  ask you about different parts of it.

16           (Pause.)

17           THE WITNESS:  Do you have the tweet?

18  BY MR. MOYE:

19       Q.    Unfortunately, all I have is this.

02:27 20       Can you -- can you tell me in general what your

21  comment is about?

22       A.    I do not recall what the tweet is here.  It

23  appears to be some sort of tweet where I notice that --

24  you know, XRP -- after -- or -- or right around the time

02:28 25  or at least it coincided with the time where XRP price

                                                           181

02:28  1    had been at its all-time high.

       2         Q.    Okay, was this a tweet by you, do you think?

       3         A.    No.

       4         Q.    Okay, was this a tweet by someone else in

02:28  5    Ripple?

       6                    MS. ZORNBERG:  Objection.

       7                    THE WITNESS:  I don't know.

       8    BY MR. MOYE:

       9         Q.    Okay, let's see if this second sentence helps

02:29 10    us figure it out at all.  You said just prior to this

      11    tweet XRP had been at its all-time high, and this tweet

      12    represented, without any exaggeration, the very

      13    beginning of XRP's retracement in value.

      14         Do you recall there being a tweet that was sort of

02:29 15    at a high point and -- and was at the beginning of -- of

      16    a decline in value?

      17         A.    I don't recall.

      18         Q.    Okay.  Who is Coinmarketcap?

      19         A.    Coinmarketcap is a website.

02:29 20         Q.    And what are you referring to here?

      21         A.    So Coinmarketcap has --

      22         It's a website that gives market data snap --

      23    essentially real-time market data of a large number of

      24    digital assets.

02:30 25         Q.    Okay.  Did you --

                                                                182

02:30    1        At this time, did you have any view or opinion

         2   about the cause of the decline in value of XRP or

         3   decline in price of XRP?

         4              MS. ZORNBERG:  Objection to form.

02:30    5              MR. HECKER:  Objection.

         6              MR. MOYE:  Only one of you has to do it.

         7              THE WITNESS:  I mean, how do you -- can

         8         you -- I'm not sure if I understand the

         9         question.

02:30   10   BY MR. MOYE:

        11        Q.    Yeah.  When you were preparing the XRP

        12   markets report --

        13        A.    Yes.

        14        Q.    -- at this point in time, and you noted there

02:30   15   was a decline in value and it appeared that you even

        16   wanted to comment in some way or fashion about the

        17   Coinbase listing, did you have an opinion at the time

        18   about why XRP was declining in price?

        19        A.    No.

02:30   20        Q.    Since then, have you had any views or

        21   opinions about reasons why XRP might have been declining

        22   in price at this time?

        23        A.    I find it hard to remember what I was

        24   thinking in April of 2018.

02:31   25        Q.    So I know it's hard, but that's a "no," a

                                                                183

```
02:31   1    "hard no," you can't remember?
        2         A.    I don't remember what I was thinking in 2018.
        3         Q.    All right.  Let's put aside DS Exhibit 12.
        4               (Pause.)
02:31   5               (Thereupon, a two-page e-mail chain with
        6         the top e-mail dated 9/18/18, from █████████
        7         █████ to Brad Garlinghouse et al. was introduced
        8         as DS Exhibit 13 for identification.)
        9    BY MR. MOYE:
02:31  10         Q.    So we're looking at DS Exhibit 13.  So the --
       11    for purposes of identification, the top part of
       12    DS Exhibit 13 is an e-mail from ████████████ at
       13    Ripple, sent Tuesday, September 18th, 2018, to
       14    Brad Garlinghouse, Dinuka Samarasinghe, Miguel Vias, and
02:32  15    █████████████.  And subject is "Fwd:  XRP markets
       16    Update."
       17         Do you see that?
       18         A.    Yes.
       19         Q.    So I'm interested in asking you about the
02:32  20    e-mail which you sent, which is just below it, so why
       21    don't you take a minute and look it over?
       22               (Pause.)
       23               THE WITNESS:  Okay.
       24    BY MR. MOYE:
02:33  25         Q.    Okay, who is ████████████?
```

                                                              184

**GRADILLAS COURT REPORTERS**
(424) 239-2800

02:33  1        A.    ███████████    was essentially head of

2    business development and corporate development at Ripple

3    for a period of time.

4        The markets team also reported to ███████████

02:33  5    for a period of time.

6        Q.    So obviously, there's no report attached, but

7    from the context of this e-mail, can you tell whether

8    she's asking about a draft XRP markets report update

9    that's being prepared, or whether she's asking about one

02:33 10    that's been issued?

11        A.    It appears she forwarded my markets update

12    along to ███████████ and Brad Garlinghouse.

13        I think I mentioned earlier today that I provided,

14    for a period of time, daily market snapshots, quarterly

02:34 15    reports, the weekly sales presentations.

16        But on days where there were unusual market -- you

17    know, unusual XRP performances or general market

18    performances, I would write an ad hoc markets update.

19        This appears to be an ad hoc markets update, having

02:34 20    been written on a Tuesday at just afternoon, with the

21    24-hour return for XRP being 16 percent.

22        Q.    Okay, from her question to you, do you think

23    she is agreeing with you that xRapid news and new

24    technicals may have contributed to the price rise, or is

02:34 25    she saying this might be an additional reason?

185

02:35  1              MR. HECKER:  Objection to form.

       2              MS. ZORNBERG:  Objection to form,

       3         foundation.

       4              THE WITNESS:  The -- the way I would read

02:35  5         this is, she's summarizing, giving a too long,

       6         TLDR, to Brad and ███, as to what I am saying

       7         below.

       8  BY MR. MOYE:

       9      Q.    Okay, maybe I'm mis- --did you say "too long,

02:35 10  TLDR"?

      11      A.    TLDR, too long, didn't read.

      12            (Thereupon, an informal discussion was

      13         held off the record.)

      14  BY MR. MOYE:

02:35 15      Q.    Got it.  All right.  That's fine.

      16      All right.  Let's do the longer version.  Let's

      17  look at what you wrote.  Okay?

      18      A.    Okay.

      19      Q.    In the first paragraph of text below the

02:35 20  prices in the return, what are you bringing -- what are

      21  you saying in the first paragraph?

      22      A.    What I'm pointing out here is XRP's return

      23  over 24 hours is -- is an outlier compared to the

      24  overall digital asset market cap and the rest of the top

02:36 25  10 digital assets on the -- on the 24 hours.

                                                              186

02:36 1     Q.   Okay, the second paragraph where it looks
2     like you have a comment and attach a link, is that -- is
3     that what I'm looking at?
4     A.   Yes.
02:36 5     Q.   Okay, so what's your comment in the second
6     paragraph?
7     A.   Basically, it is unclear what is driving the
8     surge in XRP price.
9     Q.   But you do point out the price jump is
02:36 10    welcome, right?
11    A.   Yes.
12    Q.   Welcome to who, in your mind?
13    A.   I think in general over a long period of
14    time, a higher price in XRP does benefit Ripple.
02:36 15    Q.   Okay, did it also benefit XRP holders?
16              MS. ZORNBERG:  Object to form.
17              THE WITNESS:  If they were able to lock
18          in an increase in price.
19    BY MR. MOYE:
02:37 20    Q.   Okay, and did you think -- or as -- when you
21    were a Ripple employee, was that something that you
22    think was in your mind from time to time, that this
23    price movement is good, not only for Ripple, but for XRP
24    holders, or this is price movement was bad, not only for
02:37 25    Ripple, but for XRP holders?

                                                          187

```
02:37   1                  MS. ZORNBERG:  Objection to form.
        2                  MR. HECKER:  Objection.
        3      BY MR. MOYE:
        4          Q.    You can answer.
02:37   5          A.    In my mind, over the long term, an increase
        6      in price would benefit both XRP holders and Ripple.
        7          Q.    Okay, and would that same -- would the
        8      reverse be true about a long-term decline in the value
        9      of XRP or the price of XRP?
02:37  10          A.    That's true.
       11                  MS. ZORNBERG:  Object to form.
       12      BY MR. MOYE:
       13          Q.    Bad for Ripple and bad for holders?
       14          A.    In my opinion.
02:37  15          Q.    Okay, let's go to the third paragraph, which
       16      it looks like it's attaching a link as well.  We're
       17      still on the first page.
       18          A.    Oh, sorry.
       19          Q.    Third paragraph starts out "Neither are OTC
02:37  20      buyers."
       21          A.    Uh-huh.
       22          Q.    What are you communicating there?
       23          A.    Part of the -- the markets team at Ripple did
       24      not actively trade XRP, all right?  We did not enter buy
02:38  25      orders or sell orders, so our pulse of the market was
```

                                                                188

02:38   1   typically secondhand.

        2      We would communicate to other market participants

        3   that were, I guess, more in the front lines, as you

        4   would, to get our market intelligence to -- you know,

02:38   5   whether it was rumors they were hearing, flows they were

        6   seeing, any unusual activity they were seeing on the

        7   exchanges.

        8      Q.    Are you summarizing what the markets team was

        9   thinking or was this your own analysis that you --

02:38 10      A.    In this -- September 18th, 2018, I was -- the

     11   markets team largely consisted of Miguel and me, so ...

     12      Q.    All right.  You weren't forwarding someone

     13   else's views, right?

     14      A.    No.

02:39 15      Q.    Either you believed this yourself or you both

     16   believed it; is that correct?

     17      A.    Correct.

     18      Q.    Okay, so for this third short paragraph of

     19   text, you say "OTC buyers and programmatic sellers are

02:39 20   not seeing anything out of the ordinary," right?

     21      A.    Correct.

     22      Q.    And then you also say "The market may be

     23   reacting to a CNBC report claiming Ripple hinted its

     24   cryptocurrency product to go live next month or so."

02:39 25      Do you see that?

               189

02:39  1         A.    Yes.

       2         Q.    Okay, is it fair to say that at the time you

       3    prepared and sent this report, that you believed that

       4    was one possible explanation for the daily increase in

02:39  5    price?

       6               MS. ZORNBERG:  I'm going to object to

       7         form.

       8    BY MR. MOYE:

       9         Q.    You can answer.

02:39 10         A.    Yes.

      11         Q.    You wouldn't have said anything in this

      12    report that you didn't believe, would you?

      13         A.    That's correct.

      14         Q.    All right.  So the next paragraph is a very

02:39 15    short phrase with a long link to it but it starts out "A

      16    misleading headline."

      17               Do you see that?

      18         A.    Uh-huh.

      19         Q.    Can you read that?

02:40 20         A.    "A misleading headline saying that XRP is Not

      21    a security."

      22         Q.    Okay, am I correct that you thought this is

      23    another possible reason for the significant increase in

      24    price during this day?

02:40 25         A.    A possible reason.

                                                              190

02:40  1        Q.    Not necessarily the reason, it was one of

       2   self, but you thought it was a possible reason?

       3                    MR. HECKER:  Objection to form.

       4                    MS. ZORNBERG:  Objection.

02:40  5                    (Thereupon, an informal discussion was

       6            held off the record.)

       7                    MR. MOYE:  Let me rephrase that.

       8   BY MR. MOYE:

       9        Q.    At the time you sent this intra-day report,

02:40 10   did you believe that a misleading headline saying XRP is

      11   not a security is one possible factor in the significant

      12   rise in price?

      13        A.    I believe so.

      14        Q.    Okay, can you tell from the link or do you

02:40 15   remember where the headline appeared that said XRP is

      16   not a security?

      17        A.    It appears to be cryptoglobe.com.

      18        Q.    Okay, and what is cryptoglobe.com?

      19        A.    Probably a less well regarded digital asset

02:41 20   news website.

      21        Q.    Okay, now, I know this may tax your memory

      22   and you should just tell me if you disagree, but after

      23   the www.cryptoglobe, there's some numbers, but --

      24   there's some text that says "XRP-is-not a security

02:41 25   global-crypto regulatory.  Narrative is changing.

                                                              191

02:41　1　Ripple executive says."

　　　2　　　　Do you see that?

　　　3　　　A.　　Yes.

　　　4　　　Q.　　Do you understand that to be either the title

02:41　5　of the cryptoglobe piece or something that was included

　　　6　perhaps in the cryptoglobe piece?

　　　7　　　A.　　I do not recall.

　　　8　　　Q.　　Okay, do you have any reason to think that

　　　9　the cryptoglobe piece, whose title you said was

02:42 10　misleading, could have been based on a statement by a

　　 11　Ripple executive?

　　 12　　　A.　　I -- I can't say.

　　 13　　　Q.　　But you can't say it didn't happen, right?

　　 14　　　　　　MR. HECKER:  Objection to form.  Just to

02:42 15　　　　　clarify, his testimony is he didn't know, so.

　　 16　　　　　　MR. MOYE:  Well, he's got to say it.

　　 17　　　　　　THE WITNESS:  I can't say that it

　　 18　　　　　doesn't -- didn't.

　　 19　　　　　　MR. MOYE:  All right.  Fair enough.

02:42 20　BY MR. MOYE:

　　 21　　　Q.　　And then let's look at the bottom of that

　　 22　first page, and that will be it for this document.

　　 23　　　　　But at the bottom of the first page, could you read

　　 24　the text that you put in before the link?

02:42 25　　　A.　　"The article does go on to say that Ripple is

192

02:42  1   engaging the SEC or" -- sorry, parentheses, though "The

2   article does go on to say that Ripple is engaging the

3   SEC, or a few days old piece of news that NCB of

4   Saudi Arabia is joining RippleNet."

02:43  5        Q.    Okay, and would I be correct that this is

6   another piece of news or chatter out there that you

7   think is one possible explanation for the rise in price?

8        A.    It's possible.

9        Q.    Would you have included it if you thought

02:43 10   there was no possibility it was linked to the price

11   rise?

12             MR. HECKER:  Objection to form.

13             MS. ZORNBERG:  Objection.

14             THE WITNESS:  I would not have included

02:43 15        it if I did not believe it was possible it

16        contributed to the price rise.

17   BY MR. MOYE:

18        Q.    Okay, anything else that you can remember

19   about this price rise or the reasons you attributed to

02:43 20   it, before we move on?

21             MR. HECKER:  Objection to the form of

22        that question.

23   BY MR. MOYE:

24        Q.    Is there anything else you want to add to

02:43 25   your prior testimony about this exhibit?

193

02:43  1        A.    No, sir.

       2        Q.    Okay.  Let's move on to DS Exhibit 14.

       3              (Thereupon, an informal discussion was

       4        held off the record.)

02:44  5              (Thereupon, a one-page e-mail chain with

       6        the top e-mail dated 7/17/19, from ████████████

       7        to ██████████████████████.com et al. was

       8        introduced as DS Exhibit 14 for identification.)

       9              THE VIDEOGRAPHER:  This will conclude

02:44 10        Video No. 3 in the deposition of

      11        Dinuka Samarasinghe.

      12              We are off the record at 2:44 p.m.,

      13        June 9th, 2021.

      14              (Recess taken at 2:44 p.m.)

02:44 15              (Resumed at 2:56 p.m.)

      16              THE VIDEOGRAPHER:  This is the beginning

      17        of Video No. 4 in the deposition of

      18        Dinuka Samarasinghe.  We are on the record at

      19        2:56 p.m., June 9th, 2021.

02:56 20   BY MR. MOYE:

      21        Q.    Mr. Samarasinghe, do you have a copy of

      22   DS Exhibit 14?

      23        A.    Yes, sir.

      24        Q.    DS Exhibit 14 is a copy of an e-mail from

02:56 25   ██████████████████, ████████████████, at Ripple, to

                                                                  194

02:56  1   ██████████████    at  ████████████████, on July 17th,

2   2019.   Subject is "April XRP Sales."

3        Do you see that?

4        A.    I do.

02:57  5        Q.    Do you recall the circumstance -- I'm sorry.

6        Do you recall a time when ████████ asked to be

7   compensated or reimbursed for XRP that it was holding in

8   its own inventory?

9        A.    I do.

02:57 10        Q.    Can you tell me what the issue or

11  disagreement was and what the result was?

12       A.    My recollection was that Ripple instructed,

13  or sent instructions, to the programmatic liquidators to

14  stop programmatic XRP liquidation.

02:57 15  ████████ did not turn off their liquidators in

16  time, or in a timely fashion, and wound up selling their

17  own inventory of XRP as opposed to inventory that was

18  dispersed by XRP II to the programmatic liquidators and

19  wound up selling their own inventory.

02:58 20  ████████ asked to be reimbursed for the XRP that

21  they sold following the instructions and Ripple

22  declined.

23       Q.    So I would like to try to unpack that a

24  little bit.

02:58 25       So you mentioned ████████ holding XRP in its own

                                                                195

02:58  1    inventory.  What do you mean by that?

       2        A.    ████████ had holdings of XRP that they sold

       3    that were not part of the XRP that was delivered to be

       4    sold via programmatic liquidation.

02:59  5        Q.    Do you mean that ████████ held an

       6    investment in XRP or that it purchased XRP for its own

       7    purposes?

       8              MS. ZORNBERG:  Objection.

       9              MR. HECKER:  Objection to form,

02:59 10         foundation.

      11    BY MR. MOYE:

      12        Q.    You can answer.

      13        A.    I do not know.

      14        Q.    Okay, well, what do you understand is meant

02:59 15    by for its own inventory?  Inventory for what purpose?

      16              MR. HECKER:  Objection to form,

      17         foundation.

      18              THE WITNESS:  I do not -- I do not know

      19         for what purposes they held XRP.

02:59 20    BY MR. MOYE:

      21        Q.    When you were at ████████, did ████████

      22    hold an inventory of XRP, as that phrase is used in this

      23    e-mail?

      24              MR. HECKER:  Objection to form,

02:59 25         foundation.

                                                              196

02:59   1              THE WITNESS:  When I was at ████████,

        2        ██████████ did have -- did hold XRP as

        3        inventory to make two-sided markets on -- on

        4        different corridors, as well as to liquidate

02:59   5        to pay for services, payroll, infrastructure.

        6   BY MR. MOYE:

        7        Q.    Okay, can you tell me, if you know, why

        8   ██████████ wanted Ripple to pay for sales from its own

        9   inventory, why ██████████ believed that was appropriate

03:00  10   under the contract or agreement with Ripple?

       11              MR. HECKER:  Objection to form.

       12              MS. ZORNBERG:  Objection to form.

       13              THE WITNESS:  I don't know.

       14   BY MR. MOYE:

03:00  15        Q.    Okay, can you tell me why Ripple thought that

       16   was not appropriate or not part of the trading

       17   agreement?

       18              MS. ZORNBERG:  Object to form.

       19              (Pause.)

03:00  20              MS. ZORNBERG:  You're asking him beyond

       21        the words on the page?

       22              (Cross-talk.)

       23              MR. MOYE:  I'm asking -- I'm asking if he

       24        knows.

03:00  25              THE WITNESS:  I don't recall.  I vaguely

                                                            197

```
03:00   1              recall there being some compliance reason for
        2              it.
        3    BY MR. MOYE:
        4         Q.    Okay, did --
03:00   5         After this disagreement or request which was
        6    denied, did ████████████ continue to process trades of
        7    XRP?
        8         A.    We ended our relationship with them to
        9    service programmatic liquidations shortly thereafter.
03:01  10         Q.    Was this one of the reasons the relationship
       11    ended, this event?
       12         A.    This was an -- one of several reasons.  They
       13    also had dramatically worse performance, conversion --
       14         Q.    Did you say "grammatically" or
03:01  15    "dramatically"?
       16         A.    -- dramatically worse performance than our
       17    other two programmatic liquidators.
       18         Q.    Okay, and which performance?  You meant that
       19    they were able to sell less than the others?
03:01  20         A.    Their conversion rate of XRP to U.S. dollar
       21    was worse than the abilities of our other market makers.
       22         Q.    Okay, and do you recall when this
       23    relationship ended, more or less?
       24         A.    Shortly around this time.
03:01  25         Q.    All right.  Let's take a look at
```

198

```
03:01   1    DS Exhibit 15.
        2              (Thereupon, a two-page e-mail dated
        3         9/3/19, from ███████████ to
        4         ███████████@ripple.com, Bates Nos. RPLI_SEC
03:01   5         0295504 through RPLI_SEC 0295505 was introduced
        6         as DS Exhibit 15 for identification.)
        7    BY MR. MOYE:
        8         Q.    Mr. Samarasinghe, before asking you about
        9    this document, DS Exhibit 15, I want to point out a
03:02  10    couple things to you.
       11         First is that there are some parts of this document
       12    that are whited out with the word "Redacted."  It's my
       13    understanding there has been a claim of privilege
       14    asserted over that.
03:02  15         So if, for whatever reason, you think my question
       16    calls for you to disclose what might have been discussed
       17    or might have been obscured by that, please don't do
       18    that.  Please don't reveal any privileged information.
       19         In most of the comments in this e-mail are made not
03:02  20    by you, but by someone else, so I wanted to mention that
       21    up front.
       22         Okay.  Please take a moment and review what's been
       23    marked as DS Exhibit 15.  For the record, it's a message
       24    from ███████████ to Dinuka Samarasinghe at Ripple.com,
03:03  25    and the subject is "Responsible Stewa, ███████████ - can
```

199

03:03  1    we also focus on ▮▮▮▮." Let me know when you've had a

2    chance to review it.

3          A.    Okay.

4          Q.    Okay. Do you know who ▮▮▮▮▮▮▮▮▮ is?

03:04  5    A.    Yes.

6          Q.    Who is ▮▮▮▮▮▮▮?

7          A.    ▮▮▮▮▮▮▮ was another member of the

8    markets team. He was a senior manager. I worked side

9    by side with him for a period of time.

03:04  10   Q.    Okay. Looks like these -- a number of these

11   are responses by him.

12         Did you create a report or did someone in your unit

13   create a report called "Responsible Stewards of XRP"?

14         A.    I believe so.

03:04  15   Q.    Who created that?

16         A.    I believe it was a joint effort between

17   ▮▮▮▮▮▮, Ms. Madigan, and myself.

18         Q.    Okay, and can you summarize -- before we

19   start talking about these comments, can you summarize

03:04  20   what the purpose of this document was and what takeaway

21   you had from it?

22         A.    To summarize, responsible stewards of XRP

23   was -- the markets team was trying to be a little bit

24   more aggressive in terms of future XRP deals to ensure

03:05  25   that they fit within a framework that we thought -- felt

200

```
03:05    1    would be constructive to -- to the markets of -- to the

         2    XRP markets.

         3        Q.    Okay, and at this time, who was the markets

         4    team and who led it?

03:05    5        A.    It was -- the markets team was

         6    Breanne Madigan, ███████████, myself, a gentleman

         7    named ██████████.

         8                (Thereupon, an informal discussion was

         9          held off the record.)

03:05   10    BY MR. MOYE:

        11        Q.    Okay, so let's focus on the first comment of

        12    the first paragraph of text that we can see.

        13        So my understanding is this is not a comment by

        14    you, correct?

03:05   15        A.    This is not a comment by you.

        16        Q.    But it's a comment that you received?

        17        A.    Yes.

        18        Q.    Okay, can you tell me what you understand

        19    ██████████ to be saying in the first comment?

03:06   20        A.    Yes.  Any XRP that gets released into the

        21    market -- let's rewind a little bit.

        22        Inflation of a digital asset or inflation rate of a

        23    digital asset is not actively defined anywhere.  I don't

        24    think that there's necessarily a consensus agreement on

03:06   25    what that should be.
```

                                                                    201

03:06  1          The XRP markets team believed that introduction of

     2     XRP into the market by Ripple should be considered an

     3     increase in the circulating supply.  I think we used the

     4     word "inflation" several times, but let's just -- let's

03:07  5     call it an increase in circulating supply.

     6          We wanted to ensure future deals entered into by

     7     Ripple that led to a disbursement of XRP was done so in

     8     a measured fashion.

     9          Q.    Okay.

03:07 10               (Thereupon, an informal discussion was

     11          held off the record.)

     12     BY MR. MOYE:

     13          Q.    The phrase "the XRP market," either as you

     14     use it or as used in these comments, what do you

03:07 15     understand the XRP market to consist of?  Who -- who's

     16     part it have?

     17               (Pause.)

     18               THE WITNESS:  That's a broad question.

     19               It involves infrastructure providers, entities

03:08 20               that list derivatives, custodians -- you know,

     21               indices -- you know, anywhere from market

     22               makers.

     23               At this point, it is also entities using

     24               ODL, but also digital asset speculators who

03:08 25               hold XRP.

                                                              202

```
03:08    1   BY MR. MOYE:
         2        Q.    And when you're -- I understand this comment
         3   is about -- appears to be about decreasing inflation --
         4   or decreasingly inflationary.
03:08    5        Do you understand that term --
         6        A.    Yes.
         7        Q.    -- to mean reducing inflation?
         8        A.    That's correct.
         9        Q.    Okay, what aspect of the markets -- what
03:08   10   aspect is desired to be decreasing inflation?  Price?
        11   Volume?  Volatility?
        12        A.    The number --
        13             MR. HECKER:  Objection to the form of the
        14             question.
03:09   15   BY MR. MOYE:
        16        Q.    You can answer.
        17        A.    The markets team inspired to have reducing
        18   quantities of XRP introduced into the market.
        19        Q.    So you still want -- the planned was still to
03:09   20   introduce XRP into the market but in quantities that are
        21   smaller and smaller over time?
        22        A.    In terms --
        23             MR. HECKER:  Objection.
        24             THE WITNESS:  In terms of units of X --
03:09   25             MR. HECKER:  Sorry.  Just wait for a
```

                                                              203

03:09 1            second.  Objection to the form.

2    BY MR. MOYE:

3         Q.    You can answer.

4         A.    In terms of units of XRP.

03:09 5         Q.    In terms of units of XRP.  Okay.

6         Was there a goal of a number or a percentage or a

7    volume that you were trying to hit at some point as this

8    framework was put into effect?

9                   MS. ZORNBERG:  Objection to form.

03:09 10                   THE WITNESS:  At this point, it was

11                still, sort of, high level numbers.  We did

12                not have any fixed metrics that we had settled

13                upon.

14    BY MR. MOYE:

03:10 15         Q.    So there's a phrase in here that says "lean

16    toward inflation model with sales fit into inflation

17    model."

18         Was there an inflation model that the markets team

19    was evaluating or trying to implement?

03:10 20         A.    The markets team aspired XRP supply

21    introduction to be what we called "fixed supply," which

22    would be a fixed unit, a fixed unit number of XRP to be

23    introduced at any given period of time.

24         Q.    And what was the -- what was the hoped for

03:10 25    result, if you would implement that framework?

                                                              204

03:11   1                    (Pause.)

       2              THE WITNESS:  The hoped for result was

       3        that ultimately having an orderly introduction

       4        of XRP supply in XRP unit terms into the

03:11   5        market.

       6   BY MR. MOYE:

       7        Q.   What was disorderly about the introduction of

       8   supply at this time?

       9              MR. HECKER:  Objection to the form.

03:11  10              THE WITNESS:  In September of 2019, if I

      11        recall correctly, we had moved to a new basis

      12        of percentage volume in terms of sales

      13        measurement.

      14              Historically, programmatic sales for XRP

03:11  15        had been done at a percentage of reported

      16        volumes.  From late 2018 through early 2019,

      17        the markets team got increasingly concerned

      18        that reported volumes were fake, or at least a

      19        large portion of reported volumes were fake.

03:12  20   BY MR. MOYE:

      21        Q.   Reported volumes being too small, smaller

      22   than the real volume?

      23        A.   No.

      24        Q.   Okay.

03:12  25        A.   Larger than actual volume.

                                                              205

03:12  1          Q.    Okay.  And what about after the first

       2    quarter?  What was the markets team --

       3          A.    That's -- no, after the first half.

       4          So in the second half, we moved to a new bases.

03:12  5    After a long period of analyzing what may be a better

       6    source of volume, we moved to a different bases of

       7    volume, from ██████████ to ██████████ top tier,

       8    which we believed was a much more conservative estimate

       9    of global XRP volumes.  That was -- that was one aspect.

03:12 10          The second aspect was a deal with ████, which the

      11    markets team became aware of and had to begin servicing,

      12    which essentially ████ bought units of XRP at a discount,

      13    and from our analysis, appeared to be selling directly

      14    to the market to monetize.

03:13 15          Q.    Okay.  We're going to talk more about that

      16    second piece especially.

      17          But before we move on, do you know why the markets

      18    team wanted or desired to tie sales to existing volumes

      19    of XRP?

03:13 20          Why was that a valuable comparison or limit?

      21                MR. HECKER:  Objection to the form.

      22                THE WITNESS:  That was something that was

      23          put into place before I had joined Ripple.

      24          The belief was, if Ripple sold XRP at a small

03:13 25          enough percentage of daily volume, it would

                                                              206

```
03:13    1              have small -- or they were attempting to

         2              minimize market -- negative market impact.

         3    BY MR. MOYE:

         4         Q.    And what do you mean by "negative market

03:13    5    impact"?

         6         A.    Sales pressure in the market as XRP

         7    programmatic liquidations were occurring.

         8         Q.    And when you say, "sales pressure," do you

         9    mean as part of that price decline?

03:14   10         A.    As part of that, yes.

        11         Q.    Okay, ███████ mentions -- I can't tell if

        12    he's recommending or saying it as a fact.  He uses the

        13    phrase "prohibit XRP sales at a discount without

        14    escrow."

03:14   15         Is that a recommendation of this XRP sale at market

        16    sales team, or is that something that has already been

        17    adopted as a goal?

        18         A.    That was not something that was adopted as a

        19    goal.  That was aspirational.

03:14   20         Q.    Okay, how about the next point, "Make any

        21    spirit of deal explicit with respect to XRP"?

        22         A.    Yes, I believe all of this is aspirational.

        23         Q.    What does it mean to "make any spirit of the

        24    deal explicit"?

03:15   25                   (Pause.)
```

                                                                    207

```
03:15   1   BY MR. MOYE:

        2       Q.    Let me read a little more of what ████████

        3   says and I'll ask you to agree whether he's described it

        4   accurately.

03:15   5       In the last few lines of the first comment he said

        6   "The spirit of ████ deal was that they hold on to some

        7   XRP.  The spirit of ██████ deal is that they sell just

        8   to their customers.  Spirit of the ███████ deal is that

        9   they buy and hold."

03:15  10       Did you have any understanding of the term "spirit

       11   of the deal," and did it relate to these arrangements

       12   with these companies?

       13                   MS. ZORNBERG:  Objection, compound.

       14   BY MR. MOYE:

03:15  15       Q.    You can answer.

       16       A.    It was my understanding that -- for example,

       17   ████████ has these correct.  The ████████ deal, from

       18   our analysis, appeared that ████████ monetized their

       19   discount after claiming they were going to be long-term

03:16  20   holders of XRP.

       21       Similar with ████.

       22       Q.    But as it turned out, each of these companies

       23   decide not to be long-term holders and they were

       24   monetizing their store of XRP; is that right?

03:16  25       A.    That's correct.
```

208

03:16  1          Q.    Okay, and that was bad for Ripple how?

       2          A.    They were essentially causing large sell

       3     pressure on the markets, aggressive sale activity into

       4     the markets, increasing XRP inflation.

03:16  5          Q.    And as part of that phenomena that you viewed

       6     as negative, was there -- were there decreases in price

       7     of XRP?

       8          A.    We measured not necessarily as a decrease in

       9     price of XRP, but more as a decrease in XRP ratio versus

03:17 10     other digital assets.

      11          Q.    I understand.  There were other factors, but

      12     were there decreases in price that accompanied these

      13     other phenomena that you saw?

      14          A.    Relative to other digital assets.

03:17 15          Q.    Okay, if we go below the first redacted

      16     column, there's a comment by ███████, "Direct ██

      17     buybacks aren't happening, that was a hard no."

      18          What's he referring to here?  Do you have any

      19     understanding?

03:17 20          A.    Yes.  The ███ deal essentially allowed ███ to

      21     buy, over a period of time, a ██████ dollars' worth of

      22     XRP for a price of $█████████.

      23          Q.    So at a discount?

      24          A.    At a -- over the entire deal, roughly a

03:17 25     ███ percent discount.

                                                              209

03:17  1          ███ would essentially buy at a -- you know, say, a

       2    daily tranche or withdraw some sort of tranche on a

       3    regular bases and sell immediately into the market,

       4    according to our analysis.  That's what it appeared to

03:18  5    be.  And it appeared to be that they were just locking

       6    in ███ percent by selling a dollar, right, into the

       7    market.

       8          Q.    What's the buyback that's referred to here?

       9          A.    Ultimately, in terms of how we could reduce

03:18 10    XRP inflation, reduce XRP's sell pressure, you know, ███

      11    would -- you know, would buy -- we would essentially buy

      12    XRP directly from ███ before they sold it into the

      13    market.

      14          Q.    Was that a proposal or did that actually

03:18 15    happen?

      16          A.    I believe it was proposed to ███.

      17          Q.    And what was his response?

      18          A.    No.

      19          Q.    He would rather sell on the market than sell

03:19 20    back -- than sell the XRP back to Ripple?

      21          A.    Correct.

      22          Q.    And was that viewed as a good thing or a bad

      23    thing in Ripple?

      24          A.    I don't recall how that was viewed.  I -- I

03:19 25    do recall some consternation that ███ did not

                                                                    210

03:19   1    immediately agree to our proposed solution.

        2        Q.    Okay, so let's go to the bottom comment.

        3    And, again, this is not you commenting, this is

        4    Ms. Madigan.

03:19   5        But beginning in the middle of the first line and

        6    continuing on, she says "heard from Dinuka today that I

        7    think███ " -- ███ -- "sees a window.  Not sure we can

        8    override ██ , though."

        9        Do you know what that comment relates to?

03:20  10        A.    I don't recall.

       11        Q.    Okay.  Did you personally see a possibility

       12    to change ███████ 's mind about the proposal Ripple was

       13    making?

       14        Could you see an initiative that many others -- an

03:20  15    opportunity that maybe others didn't see?

       16        A.    Yes.

       17        Q.    What was that opportunity?

       18        A.    My recommendation was that Ripple pay ████

       19    purely the net benefit of the deal.

03:20  20        Q.    In exchange for what, getting the XRP back?

       21        A.    No.  So essentially, let's say, over

       22    two years' period of time,████ was to buy a ██████

       23    dollars' worth of XRP for ██████████ .  Let's say

       24    ██ percent of the deal went through, now they had --

03:20  25    they could buy ███ -- ███████ for ██ percent less than

                                                                   211

03:21  1    that.

2          Q.    Yep.

3          A.    Right?  So let's say -- what's ██ percent

4    less than -- whatever it is.  Let's say it's -- let's

03:21  5    say they were going to buy the rest of it, $█████ --

6          ████████ for █████ --

7                    (Thereupon, an informal discussion was

8              held off the record.)

9                    THE WITNESS:  ████████ dollars' worth

03:21 10         of XRP for ████████ dollars' worth of

11         purchases, the net benefit to them would have

12         been, in that case, $█████████.

13                    I said very simply, let's just give ████

14         ████████ dollars' worth of █████ through the

03:21 15         remainder of this deal, give them a lower --

16         give them the new bases of sales percentage,

17         the ████████ top tier compared to

18         ████████, and that way we would reduce

19         XRP supply introduction, or XRP inflation

03:22 20         rate, through this deal alone by over

21         ████ percent.

22    BY MR. MOYE:

23          Q.    And Ripple would hold on to XRP that would

24    have otherwise sold to ████?

03:22 25          A.    That's correct.

                                                            212

03:22  1      Q.    All right.  And who did you make that

2  proposal to and how was it received?

3      A.    I initially proposed it to Breanne Madigan

4  and ███████████.  They liked the idea.  We had a meeting

03:22  5  with members of ████████, which was the crypto market

6  making team at ████, and they seemed receptive to it.

7  Communicated this to leadership at Ripple.

8      Q.    And then what happened?

9      A.    Over some period of time, ████ agreed to

03:23 10  something very close to the recommendation.

11      Q.    Okay, let's turn over the page after the

12  comment from Ms. Madigan, there's a comment from

13  ███████.  It begins "Q3 markets report will be fine."

14  Do you see that?

03:23 15      A.    Uh-huh.

16      Q.    Okay, and in the end of the second line of

17  his comment, he says "D has identified a really

18  dangerous structural problem with the ████ deal."

19      Now, do you believe the "D" he's referring to is

03:23 20  you, Dinuka?

21      A.    Yes, it is.

22      Q.    Okay, and do you recall identifying what

23  ████████ describes as "a really dangerous structural

24  problem with the ████ deal"?

03:23 25      A.    Yes, I do.

213

03:23  1          Q.     What was that problem?

       2          A.     The amount of XRP purchased by ███ was in

       3   dollar terms, not in XRP units terms.

       4          Q.     Okay.

03:24  5          A.     So as they cause price impact on XRP, the

       6   price of XRP would go lower, but the amount of XRP that

       7   they would purchase for the same similar amount would go

       8   up.

       9          Q.     So they would get more for less?

03:24 10          A.     Increasingly more for less.  So if our

      11   concern was inflation rate of XRP, as the price went

      12   lower to fulfill this deal, the inflation rate would

      13   continuously slope up, leading to what we feared would

      14   be potentially very serious for XRP.

03:24 15          Q.     For XRP or for Ripple?

      16          A.     For XRP and -- you know, I think Ripple,

      17   again, has a long-term interest in XRP price.

      18          Q.     Okay, and would that structural problem also

      19   have been bad news for XRP holders?

03:25 20          A.     I believe so.

      21                 (Pause.)

      22                 MR. MOYE:  Just a moment.

      23                 (Pause.)

      24   BY MR. MOYE:

03:25 25          Q.     Can you look at the top of the second page?

                                                                214

```
03:25    1    This is continuing a Breanne Madigan comment.

         2         A.    Uh-huh.

         3         Q.    She says:

         4         "We have to focus on finding a way to get the

03:26    5    supply back.  V worried about XRP at 0.20 and lower

         6    otherwise.  I dread q3 report if we don't take swift,

         7    creative action now."

         8         What do you understand Ms. Madigan to be saying in

         9    this comment?

03:26   10                   (Pause.)

        11                   THE WITNESS:  I don't -- I don't know.

        12    BY MR. MOYE:

        13         Q.    When she says "I dread," in all caps, "q3

        14    report if we don't take swift, creative action now," do

03:26   15    you think she's referring to the Q3 markets report?

        16         A.    That's correct.

        17         Q.    And when she says "I dread," do you think

        18    she's concerned about how that report will be received?

        19         A.    I believe so.

03:26   20         Q.    And when she says "V worried about XRP at

        21    0.20," do you think she's talking about the ███ deal or

        22    something else?

        23                   MS. ZORNBERG:  Objection to form.

        24                   THE WITNESS:  I don't recall.

        25
```

215

03:27  1   BY MR. MOYE:

2        Q.    I realize you're not her, but isn't the

3   premise of these comments that ███ is getting to

4   purchase XRP at a ██ percent discount?

03:27  5        A.    Yes.

6        Q.    Is there anything else or any other entity

7   that you were aware of at this time that was able to

8   purchase XRP at a ██ percent discount?

9        A.    Not to my knowledge.

03:27 10        Q.    Do you know whether the XRP market, however

11   it was defined, knew that ███ was able to buy XRP at a

12   ██ percent discount?

13                  MR. HECKER:  Objection to form.

14                  THE WITNESS:  No.

03:27 15   BY MR. MOYE:

16        Q.    Is that you don't know, or you don't believe

17   people knew?

18        A.    I don't --

19                  MR. HECKER:  Same objection.

03:27 20   BY MR. MOYE:

21        Q.    You can answer.

22        A.    I don't believe people knew.

23        Q.    Okay.  And is there something about the Q3

24   market report, either as drafted or the phenomena, that

03:27 25   you'd be describing it, that you think would have

216

03:27  1  revealed that dynamic with █████?

        2               MS. ZORNBERG:  Object to form.

        3               THE WITNESS:  It would have been visible

        4      to a sophisticated observer.

03:28  5         (Thereupon, a two-page e-mail dated

        6      10/15/19, from Breanne Madigan to

        7      █████@ripple.com, Bates Nos. RPLI_SEC 0518302

        8      through 0518303, was introduced as DS Exhibit

        9      16 for identification.)

03:28 10  BY MR. MOYE:

     11      Q.   Okay.  Let's go to DS Exhibit 16.

     12      Mr. Samarasinghe, DS Exhibit 16 are messages -- top

     13  message shows from Breanne Madigan, sent on

     14  October 15th, 2019 to █████@ripple.

03:29 15      Is that Ethan Beard?

     16      A.   Yes.

     17      Q.   And the subject is "Q3 markets Report."

     18      There's a comment from you about halfway down this

     19  first page, right underneath █████████.

03:29 20      Can you tell me what comment you're making or what

     21  point you're trying to communicate?

     22      A.   I think Ethan Beard's point here is -- you

     23  know, I think we were discussing earlier today, or at

     24  least I made a comment earlier today, that inflation

03:30 25  rate of the digital asset is not clearly defined

                             217

03:30   1    anywhere.

        2        In the case of XRP, all XRP that was ever created

        3    was created at the Genesis block.  So there is an

        4    argument that there is no inflation of XRP.  It's purely

03:30   5    deflationary.

        6        Q.    How does your comment relate to that concept?

        7        A.    I'm -- I'm challenging that -- that line of

        8    thinking, and from, I think ...

        9            (Pause.)

03:30 10            THE WITNESS:  And I try to use parallels

      11            to other assets that are hoarded, that do get

      12            considered part of outstanding supply.

      13    BY MR. MOYE:

      14        Q.    Okay, so your comment here that says "Ripple

03:31 15    sales and other releases to partners from its unlocked

      16    pool of holdings act as a distribution of XRP, similar

      17    to how BTC gets distributed by unlocking a block."

      18    That's what you believed at the time?

      19        A.    That's correct.

03:31 20        Q.    As you sit here today, do you still agree

      21    with that comment?

      22        A.    I do.

      23        Q.    Okay, let's look on the back for another

      24    comment from you.  So it looks like there's some

03:31 25    continued discussion on these issues and you begin by

                                                218

03:31  1   saying "This has the makings of a very good

2   philosophical debate."

3                    (Thereupon, an informal discussion was

4            held off the record.)

03:31  5                    MR. MOYE:  Mr. Samarasinghe's comment

6            begins under ███████████.

7   BY MR. MOYE:

8        Q.    Please go to the second paragraph of your

9   comment.  Could you read the first sentence of the

03:32 10   second paragraph of your comment?

11        A.    "We have recently messaged publicly (i.e.

12   Bloomberg) that XRP increase in supply has been lower

13   than BTC and ETH, so I think this is an important point

14   that needs to be in this report, especially after the

03:32 15   allegations of dumping."

16        Q.    Before you go on, the last part of the

17   sentence, "allegations of dumping."  What are you

18   referring to?

19        A.    There were rumors and speculation that from

03:32 20   XRP speculators that Ripple, the company, was dumping,

21   selling very aggressively its holdings of XRP.

22        Q.    Okay, and you thought as a result of those

23   allegations, something ought to be included or changed

24   or strengthened in the next XRP markets report?

03:33 25        A.    That's correct.

219

03:33 1     Q.    Okay, what is it you wanted to say, more or

2     less?

3           A.    I wanted to -- I wanted for us to regularly

4     include XRP's inflation rate --

03:33 5     Q.    And --

6           A.    -- as we calculate it had.

7           Q.    As the markets team calculated it or as

8     Ripple as a whole?

9           A.    At this point, I think it is the markets team

03:33 10    would make a recommendation of how we should -- we

11    believed it should be calculated.

12          Q.    Okay, in the last sentence, you talk about

13    "WoW change in TOTAL XRP DISTRIBUTED."  Is that the

14    formulation or the ratio that you wanted to -- that you

03:33 15    wanted to use or see used?

16          A.    At the time, yes.

17          Q.    Okay.  Do you still think that is the best --

18    would have been the best way to describe the -- I don't

19    want to say ratio -- the rate of inflation?

03:33 20          Do you still think that is the best way of

21    inflation for XRP should be described?

22                (Pause.)

23                THE WITNESS:  I don't know the -- the

24                best way, the rate of in nation of XRP should

03:34 25                be described.

220

03:34 1  BY MR. MOYE:

2       Q.    You still think your way would have been a

3  good way?

4       A.    I think it would have been a perfectly valid

03:34 5  way.

6       Q.    Okay, who at Ripple, if anyone, disagreed

7  with you on that?

8              MR. HECKER:  Objection to the form.

9              THE WITNESS:  That the week-on-week

03:34 10           change would be a good way to go ... I think

11           Ethan Beard, for one, and I don't think I got

12           much pushback outside of that.

13  BY MR. MOYE:

14       Q.    Was the week-on-week method of describing it

03:34 15  ever adopted within Ripple?

16       A.    Not to my knowledge.

17       Q.    Okay.  Let's move on to DS Exhibit 17.

18              (An informal discussion was held off the

19           record.)

03:35 20              (Thereupon, a five-page e-mail chain with

21           top e-mail dated 11/16/19, from ████████ to

22           ████████ et al., was introduced as DS

23           Exhibit 17 for identification.)

24  BY MR. MOYE:

03:35 25       Q.    All right.  Please review -- or please take a

221

03:35 1   look at DS Exhibit 17.  This appears to be a copy of a

2   message from ███████████ at Ripple, dated November 16th,

3   2019, to a distribution list, including yourself, and

4   the subject is "MGI - Ripple weekly call followup."

03:36 5       This e-mail forwards or includes a message that was

6   apparently sent to you and, I believe, ████████████; is

7   that right? ███████?

8      A.  ████████████, yeah.

9      Q.  Okay.  And someone named ██████████████,

03:36 10  writes "We had our weekly call with Coins yesterday, and

11  they did raise concern that our market makers don't post

12  any ask orders."

13      Do you understand what she means by that?

14      A.  Yes.

03:36 15      Q.  What does it mean?

16      A.  Coins is short for Coins Pro digital asset

17  exchange in the Philippines, who is an ODL partner.  And

18  ODL essentially, a destination exchange.  Coins had

19  near-zero liquidity at the time, I think under $20,000 a

03:37 20  day worth of XRP versus Filipino peso daily notional

21  volume.

22      And so intercept order flow through the ODL

23  product, we had market makers on Coins Pro placing bids

24  for XRP with Filipino peso.

03:37 25      Because order flow was essentially one directional,

222

```
03:37   1   U.S. to Philippines, Australia to Philippines, the
        2   market makers were not placing ask quotes for --
        3   offering XRP for a Filipino peso.  Essentially just a
        4   one-sided quote.
03:38   5        Coins had an idiosyncrasy with their engine such
        6   that if there weren't offer quotes available on the
        7   market for a certain size, orders -- I forget exactly
        8   what happened, but -- you know, I forget exactly how the
        9   product worked, but it was causing some sort of issue on
03:38  10   the Coins network.
       11        Q.    Were the spreads widening or narrowing?
       12        A.    Well, there was no spread, because there was
       13   no opposite side.
       14        Q.    The second sentence here, maybe you can help
03:38  15   me understand it, reads "        said last week, there
       16   were times when there was no market maker at all on ask
       17   side, so bid-ask spread reached 7 percent on the order
       18   book."
       19        Do you see that?
03:39  20        A.    Uh-huh.
       21        Q.    So is that a widening or narrowing of the
       22   spread?
       23        A.    That is a widening, so she's talking about --
       24   you know, offers of -- for -- offers of XRP for Filipino
03:39  25   peso from the natural liquidity down that order book,
```

223

03:39  1    not from the market makers.

       2        Q.    Okay, and then what's the -- what's your

       3    uptake or what's your understanding of the last sentence

       4    in that -- in that first paragraph, "This week, they are

03:39  5    seeing one market maker"?

       6        A.    Yes.  So one of our market makers who was

       7    posting an ask, so the one market maker was posting a

       8    two-sided quote; however that -- that quote was not of

       9    appropriate size that they needed.

03:39 10        Q.    Okay, let's turn now to the second page and

      11    look at some comments by you.  The one at the top,

      12    Friday, November 15 at 8:38 p.m.

      13        What are you trying to communicate here?

      14        A.    Sorry, which one?

03:40 15        Q.    The top of page 2 --

      16        A.    Yeah.

      17        Q.    -- your comment at 8:30 p.m.  "Do we know

      18    what reference rate MGI uses"?

      19        A.    Okay, so in foreign exchange trading, there

03:40 20    are different kinds of currencies that are more freely

      21    tradeable.  For example, USD, euro, yen, Aussie, Swiss

      22    franc, they are tradeable, like, 24/5 with some

      23    liquidity over the weekends on ECNs.

      24        You can have a prime broker provide a quote that is

03:40 25    deliverable in these currencies for these times.

                                                              224

03:40  1  Filipino peso is not one of these currencies.  It's

2  considered a non-deliverable currency.  Many -- you

3  know -- you know -- can't necessarily open up a

4  TD Ameritrade -- or interactive brokers account and get

03:41  5  deliverable Filipino peso, even if you're a serious

6  trading firm.

7        Q.   Okay, let's go down to your next comment on

8  this page.  It says Friday, November 15th at 5:20 p.m.

9  You say "Those spreads are concerning."

03:41 10       What are you trying to communicate?

11         (Pause.)

12         THE WITNESS:  Okay, so the below -- the

13        comment by ▓▓▓▓▓▓▓▓ on November 15th,

14        2019 at 8:02 says "Spreads pictured look a

03:42 15       little concerning.  Am I reading those right

16        at 2.4 to 3 percent worse than spot?"

17        The ODL product in moving from one fiat

18        asset to another fiat asset with XRP as a

19        bridge in between gives you and implied or

03:43 20       theoretical conversion price.  So if you're

21        moving XRP to US -- USD to XRP, XRP to

22        Filipino peso --

23        (Thereupon, an informal discussion was

24      held off the record.)

03:43 25       THE WITNESS:  If you're moving USD to

225

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

03:43 1          XRP, then XRP to Filipino peso, you get an
2          implied USD to Filipino peso conversion rate.
3          This is not the interbank FX rate or a
4          reference rate, but we measured that rate
03:43 5          compared to something, right?
6               In the case of Dollar MX, there is a
7          reference rate, because the Mexican peso is a
8          deliverable currency.
9               Filipino peso, because it's not a
03:44 10         deliverable currency, does not have a clear
11         reference rate during certain periods.
12         Weekend -- you know, etc.
13              And so we -- the question was, which
14         reference rate should the market makers use to
03:44 15         give their -- to basically imply their XRP PHP
16         price and how do we source this at hours where
17         that may not be available.
18  BY MR. MOYE:
19      Q.   Did these comments that we've been talking
03:44 20  about suggest that at this point in time, the ODL
21  transaction system was working well or having problems?
22              MR. HECKER:  Objection to form.
23              THE WITNESS:  I actually think it implies
24         that it's work -- it's providing utility in
03:44 25         that it's giving a rate where other markets

226

| | | |
|---|---|---|
| 03:45 | 1 | would not be able to do a similar conversion. |
| | 2 | MR. MOYE:  Okay, let's put that one |
| | 3 | aside.  Let's take a five-minute break now. |
| | 4 | THE VIDEOGRAPHER:  We are off the record. |
| 03:45 | 5 | The time is 3:45 p.m. |
| | 6 | (Recess taken at 3:45 p.m.) |
| | 7 | (Resumed at 3:57 p.m.) |
| | 8 | THE VIDEOGRAPHER:  We are back on the |
| | 9 | record.  The time is 3:57 p.m. |
| 03:57 | 10 | (An informal discussion was held off the |
| | 11 | record.) |
| | 12 | (Thereupon, a one-page e-mail dated 7/1/19 |
| | 13 | from Dinuka Samarasinghe to ████████ et |
| | 14 | al., Bates No. SEC-██████-E-0048590 was |
| 03:57 | 15 | introduced as DS Exhibit 35 for identification.) |
| | 16 | BY MR. MOYE: |
| | 17 | Q.    Please take a moment and look at what's been |
| | 18 | marked as DS Exhibit 35. |
| | 19 | A.    Okay. |
| 03:58 | 20 | Q.    Mr. Samarasinghe, DS Exhibit 35 is a message |
| | 21 | sent by you to ████████ at ████████.com on |
| | 22 | July 21st, 2019.  Let me know when you've had a chance |
| | 23 | to look this over. |
| | 24 | (Pause.) |
| 03:59 | 25 | THE WITNESS:  Okay. |

227

```
03:59    1    BY MR. MOYE:
         2         Q.    Okay, what is Exhibit 35?
         3         A.    I'm providing a reference -- this is a draft
         4    of a reference I'm producing for ███████████.
03:59    5         Q.    And who are you sending it to?
         6         A.    I believe ██████████.
         7         Q.    Okay.  In general, what are you -- what are
         8    you describing in the draft?
         9         A.    Our trust in the team at █████████████
04:00   10    through their history of XRP programmatic liquidation
        11    and as an ODL market maker.
        12         Q.    Okay, I don't see ODL used in here, but I see
        13    xRapid?
        14         A.    Yes.
04:00   15         Q.    What is xRapid?
        16         A.    XRapid was the name of ODL before it was ODL.
        17         Q.    Okay.  So I would like to ask you about the
        18    first paragraph.  Can you read the first sentence of the
        19    last paragraph?  It begins "A critical piece."
04:00   20         A.    "A critical piece of the xRapid market making
        21    project will involve ███████████ converting USD to
        22    more exotic currencies such as Filipino peso and
        23    Brazilian real and delivering them to various digital
        24    asset exchanges (Coins.ph.████████, etc.).  We are hopeful
04:00   25    ████████ will help facilitate these transactions for
```

228

04:01  1  ███████████ ."

       2      Q.    Okay.  So I want to make sure I'm

       3  understanding your prior testimony and this currency

       4  explanation of how this transaction system works.

04:01  5      If ███████████ converts U.S. dollars to exotic

       6  currencies and delivers them to various digital assets

       7  exchanges, how is it -- how is it delivering that?

       8  What -- what's the method for delivering that?

       9      A.    So let's -- if you recall my earlier

04:01 10  testimony, the job of an ODL market maker is to source

      11  local fiat to deliver to a digital asset exchange, to

      12  essentially use that to place a bid for XRP that

      13  essentially intercepts an ODL payment coming through in

      14  the form of XRP.

04:02 15      Let's walk through the life cycle of a trade of an

      16  ODL market maker.  Let's say for hypothetical purposes,

      17  I start with 1,000 Filipino peso, I place it on -- I

      18  have this already delivered on Coins Pro -- I place a

      19  bid for XRP using my inventory of Filipino peso.  Let's

04:02 20  say that order gets hit.  My inventory balance of

      21  Filipino peso goes down, my inventory of XRP goes up.

      22  You can certainly imagine where you run entirely out of

      23  Filipino peso and you have entirely -- let's say for

      24  arguments purposes, it's just 1,000 Filipino peso, all

04:02 25  that gets converted to XRP.

                                                              229

04:02  1      To intercept the next ODL payment, I need to get
       2  more Filipino peso, otherwise, I cannot place a bid, so
       3  I have to convert XRP, what is now XRP, back into
       4  Filipino peso.
04:03  5      I mentioned earlier that there's no liquidity
       6  outside of our market makers for -- on the Coins Pro
       7  order book.  So the market makers have to move XRP
       8  elsewhere into a different asset to source Filipino
       9  peso.
04:03 10      Typically, the cycle works from the market maker
      11  taking XRP, moving it to an exchange where they can
      12  source U.S. dollar.  So they sell the XRP for U.S.
      13  dollar, now they withdraw the U.S. dollars from that
      14  second digital asset exchange, convert it using an
04:03 15  entity like ███████ to Filipino peso and then deliver
      16  that to the digital asset exchange.
      17      Q.   As part of our prior discussion, did you
      18  agree that traditional rails are used by the market
      19  makers in some aspects of these transactions?
04:04 20      A.   Typically, yes.
      21      Q.   Okay, so if market makers are using
      22  traditional rails, why is XRP needed at all?
      23          MS. ZORNBERG:  Object to form.
      24  BY MR. MOYE:
04:04 25      Q.   You can answer.

                                                            230

04:04  1        A.    I think this -- XRP allows movement of value

       2  from one, essentially borderless and close to free

       3  24 hours a day.  If a market maker can deliver Filipino

       4  peso, they can still support orders, say, over weekends

04:04  5  and holidays where banks may be closed.

       6        Q.    So do you think it's greatest utility or the

       7  greatest benefit of XRP is on weekends and holidays?

       8              MR. HECKER:  Objection to form,

       9         mischaracterizes his testimony.

04:05 10  BY MR. MOYE:

      11        Q.    Did I understand your testimony correctly?

      12              MR. HECKER:  Same objection.

      13              THE WITNESS:  I don't think that's the

      14         greatest utility.

04:05 15  BY MR. MOYE:

      16        Q.    Okay, do customers currently save money by

      17  using XRP?

      18              MS. ZORNBERG:  Objection to form.

      19              MR. HECKER:  Objection to form.

04:05 20  BY MR. MOYE:

      21        Q.    You can answer.

      22        A.    I don't have the visibility into customer

      23  finances.

      24        Q.    Do any reason to believe that customers save

04:05 25  money through the use of XRP in these foreign currency

                                                               231

04:05  1  exchanges?

2  MR. HECKER:  Same objection.

3  THE WITNESS:  I don't know what a

4  customer might be using otherwise.

04:05  5  BY MR. MOYE:

6  Q.  Doesn't the use of XRP for these foreign

7  currency transactions actually make the transaction more

8  costly?

9  MR. HECKER:  Objection to form.

04:05 10  MS. ZORNBERG:  Object to form and asked

11  and answered.  Asked and answered now in

12  different ways.

13  MR. MOYE:  He can answer.

14  THE WITNESS:  Relevant to what?  I don't

04:06 15  necessarily know what a -- what alternative a

16  specific entity may be using.

17  BY MR. MOYE:

18  Q.  Is the use of XRP economical without

19  incentives and subsidies paid to customers by Ripple?

04:06 20  MS. ZORNBERG:  Objection.

21  MR. HECKER:  Objection to the form of the

22  question.

23  THE WITNESS:  I think my response is the

24  same.  Compared to -- to what?  I -- I --

25

232

04:06   1   BY MR. MOYE:

2      Q.    Compared to using traditional rails?

3        (Pause.)

4       MS. ZORNBERG:   Object to form.

04:06   5       THE WITNESS:   Traditional rails can be

6      very expensive.   I think having dealt in a

7      foreign exchange, you can significantly lower

8      your costs in sending a cross border or doing

9      a foreign exchange transaction, but that

04:07 10      typically involves a very expensive

11      infrastructure.   Let's say you're talking

12      about, to do something similar, you would need

13      to have a prime brokerage relationship.   You

14      would need to have -- you know, connectivity

04:07 15      to various different FX exchanges, perhaps an

16      EBS subscription or Thompson Reuters

17      subscription.

18       You know, the infrastructure a line that

19      we had, say, at ███████████████ or at ██████,

04:07 20      you know, cost over a million dollars a year.

21   BY MR. MOYE:

22      Q.    Would a market maker choose to make a market

23   in XRP and other exotic currencies if they weren't being

24   paid or subsidized by Ripple?

04:07 25       MR. HECKER:   Objection to form,

233

04:07  1              foundation.

2   BY MR. MOYE:

3          Q.    You can answer.

4          A.    If they believed there was a profit in it.

04:08  5          Q.    Are you aware of any market makers that --

6   that believe there's a profit enough to make a market in

7   XRP without receiving subsidies or payments by Ripple?

8                 MS. ZORNBERG:   Objection.

9                 THE WITNESS:   Making markets in XRP?

04:08 10   BY MR. MOYE:

11          Q.    Yeah.

12          A.    My understanding is there are a lot of

13   trading firms that make markets in XRP without being

14   subsidized by Ripple.

04:08 15          Q.    Do you know the names of any of them?

16          A.    ███████ is one of them, ████████████████,

17   ███████████.

18                 (Pause.)

19   BY MR. MOYE:

04:09 20          Q.    Based on your knowledge of Ripple, did Ripple

21   have a plan to stop paying market makers and paying

22   incentives to customers who transact -- who use XRP

23   to -- for their foreign currency transactions?

24                 MS. ZORNBERG:   Objection.

04:09 25                 MR. HECKER:   Foundation.  I mean, he's a

                                                           234

04:09   1              former employee.
        2    BY MR. MOYE:
        3        Q.    Yeah, if you know.
        4        A.    I cannot speak to customers of -- of ODL.   In
04:09   5    terms of my time as -- on the XRP Markets team, growing
        6    natural liquidity for ODL support on destination
        7    exchanges was something that we -- we aimed to make,
        8    essentially providing liquidity sustainable.
        9         This was communicated to the market makers and they
04:10  10    understood that there were certain features of the
       11    market making deals that we hoped would lead towards the
       12    growth of natural liquidity.
       13        Q.    And you're with GSR right now?
       14        A.    Yes, sir.
04:10  15        Q.    And you're still dealing with Ripple
       16    occasionally?
       17        A.    Yes.
       18        Q.    Okay, has that natural liquidity grown up as
       19    expected or as anticipated by Ripple?
04:10  20              MR. HECKER:  Objection to form.
       21              THE WITNESS:  I would imagine that the
       22         growth of natural liquidity is slower than
       23         Ripple expected.
       24    BY MR. MOYE:
04:10  25        Q.    So is it fair to say right now, Ripple is --

                                                            235

04:10  1   as far as you know, Ripple is still paying market makers

       2   to use XRP in foreign currency transactions?

       3                   MS. ZORNBERG:  Objection.

       4                   MR. HECKER:  Objection.

04:11  5   BY MR. MOYE:

       6        Q.    Is that right?

       7                   MR. HECKER:  Foundation.

       8                   THE WITNESS:  My understanding is Ripple

       9            is still entering into deals with market

04:11 10            makers to support ODL liquidity.

      11   BY MR. MOYE:

      12        Q.    Do you have any sense, based on your time at

      13   Ripple or your knowledge of the company acquired since

      14   leaving, where the funding or the money to support ODL

04:11 15   transactions comes from?

      16        A.    Repeat the question.

      17        Q.    Yeah, where does Ripple get the money used to

      18   support these ODL transactions?  Through the use of XRP?

      19                   MR. HECKER:  Objection to form,

04:11 20            foundation.

      21                   THE WITNESS:  Ripple typically pays

      22            market makers in XRP.

      23   BY MR. MOYE:

      24        Q.    As far as you understand, is Ripple using,

04:12 25   then, its own company resources to pay market makers so

                                                              236

04:12  1    these ODL transactions can happen using XRP?

       2                    MR. HECKER:  Objection to form.

       3                    THE WITNESS:  Ripple, yes, pays market

       4            makers to provide liquidity for ODL

04:12  5            transactions.

       6    BY MR. MOYE:

       7        Q.    Probably not phrasing this right.  Is Ripple

       8    paying market makers its own funds or is Ripple getting

       9    money from somewhere else from operations, from

04:12 10    customers that it can use to make these subsidiaries in

      11    payments?

      12                    MS. ZORNBERG:  Objection to form.

      13                    MR. HECKER:  Objection to form,

      14            foundation.

04:12 15                    THE WITNESS:  Ripple uses XRP from its

      16            own inventory to pay market makers to provide

      17            quotes for ODL.

      18    BY MR. MOYE:

      19        Q.    Okay.  Does Ripple provide market makers with

04:13 20    instructions about what they can do with the XRP that it

      21    pays them?  For instance, does it have restrictions or

      22    is it -- versus funding unrestricted?

      23        A.    To my knowledge, this funding is

      24    unrestricted.

04:13 25        Q.    Okay.  Let's move to another topic now.

                                                                    237

04:13   1    Let's go to DS Exhibit 19.

       2                    (Thereupon, a five-page e-mail chain

       3                dated 1/10/20, from Breanne Madigan to

       4                ████@ripple.com, Bates Nos. RPLI_SEC 0502500

04:13   5                through 0502504 was introduced as DS Exhibit

       6                19 for identification.)

       7    BY MR. MOYE:

       8        Q.    DS Exhibit 19 is a chain of e-mails, top one

       9    is from Breanne Madigan, sent on January 10th, 2020.

04:14  10    And I would like to direct you to, sort of, the bottom

      11    of the chain of e-mails.  So this is the bottom of

      12    page 2, top of page 3.

      13        So am I correct that you drafted a number of bullet

      14    points to describe the ODL XRP origination concerns?

04:14  15        A.    That's correct.

      16        Q.    By "concerns," do you mean issues or

      17    questions people have, or do you mean like the process

      18    itself?

      19                    MS. ZORNBERG:  Object to form.

04:14  20                    THE WITNESS:  Concerns with the program

      21                in general.

      22    BY MR. MOYE:

      23        Q.    Okay, and were these concerns that were

      24    raised at a meeting that you were a part of and you were

04:15  25    the one deputized or the one asked to step forward and

                                                                   238

04:15  1    create these bullet -- create these bullet points?

2          A.    I don't know that these were ever actually

3    delivered to the product team.

4          Q.    Fair enough.

04:15  5          But they were creating for the purpose of assisting

6    the product team with understanding the process?

7          A.    That's correct.  Drafted with the intention

8    of informing the product team the markets team's

9    concerns.

04:15  10         Q.    Got it.  All right.

11         So you have a bullet point at the top of page 3.

12   It begins with the words "However, we'd expect."  Do you

13   see that?

14         A.    Yep.

04:15  15         Q.    Can you read that bullet point, please?

16         A.    "However, we'd expect ODL XRP origination at

17   any significant scale to have a negative impact on XRP

18   price."

19         Q.    What did you mean when you wrote that?

04:16  20         A.    Should we clarify what "XRP origination" is?

21         Q.    Sure.  If that's helpful, please do so.

22         A.    Okay.  In a typical ODL order flow, a

23   customer funds an origination exchange with fiat

24   currency.  Let's say Bitstamp is the typical exchange

04:16  25   that you fund Bitstamp with U.S. dollars.  On Bitstamp's

239

04:16 1    open order book, that -- an ODL transaction purchased

2    XRP on the order book would move cross-border and at the

3    destination exchange, you would sell XRP, receiving the

4    destination currency.  XRP origination removed the

04:16 5    original exchange from the -- from the flow.

6        A customer would initiate a payment that would

7    leave essentially a commit-to-sell wallet, move across

8    the ledger and sell directly on the destination exchange

9    for the destination currency.  There was no

04:17 10   corresponding buy of XRP.

11       In a normal ODL transaction, the net XRP that is

12   introduced into the market is zero through the payment.

13   In XRP origination, the amount of XRP that is introduced

14   into the market is the size of the payment.

04:17 15       Q.   Okay.  Why does that have a negative impact

16   on XRP price?

17       A.   It is, essentially, a straight sell of XRP

18   into the market and introduction of fresh XRP supply

19   into the market.

04:18 20       Q.   Okay, can you go down to the next -- to one

21   of the following bullet points that begins "Programmatic

22   sales are done with"?

23       A.   "Programmatic sales are done with our

24   liquidators directed to minimize market impact, while

04:18 25   ODL XRP origination orders are effectively market sell

                                                              240

04:18  1    orders that aggressively hit the open order book."

       2        Q.    Is that a similar point that you were raising

       3    above?

       4        A.    Raising above?

04:18  5        Q.    About ODL XRP origination at any significant

       6    scale would have a negative impact on XRP price.

       7        A.    It is a different point.

       8        Q.    A different point?  Okay, and how --

       9        What is the final point you're making about "ODL

04:18 10    XRP may require Ripple to be considered a money

      11    transmitter"?

      12                    (Pause.)

      13                    THE WITNESS:  I don't recall what I meant

      14             by this.

04:19 15                    MR. MOYE:  Okay.  Just a moment.  Let's

      16             look at DS Exhibit 20.

      17                    (Thereupon, an informal discussion was

      18             held off the record.)

      19                    (Thereupon, a three-page e-mail chain with

04:19 20             the top e-mail dated 1/13/20, from Dinuka

      21             Samarasinghe to Ron Will et al. was introduced

      22             as DS Exhibit 21 for identification.)

      23    BY MR. MOYE:

      24        Q.    Let's do DS Exhibit 21.  Mr. Samarasinghe,

04:20 25    what is DS Exhibit 21?

                                                                  241

04:20   1              (Pause.)

        2             THE WITNESS:  It appears that the -- the

        3         draft bullet points that we had just been

        4         discussed were condensed, and before they were

04:20   5         shared with Asheesh, we shared with Ron Will.

        6 BY MR. MOYE:

        7     Q.    So same concepts, just significantly reduced?

        8     A.    Condensed.

        9     Q.    Okay, but this is still your own description

04:21 10 of the transaction -- the concerns about the

     11 transaction, correct?

     12     A.    That's correct.

     13     Q.    Okay, let's look at DS Exhibit 22.

     14         (An informal discussion was held off the

04:21 15         record.)

     16         (Thereupon, a 19-page document entitled

     17         "Ripple Liquidity ODL & Market Maker Overview +

     18         Outlook for 2020," bearing Bates Nos. RPLI_SEC

     19         050375 through 0503593 was introduced as DS

04:21 20         Exhibit 22 for identification.)

     21         MR. MOYE:  For the record, DS Exhibit 22

     22         is a "Ripple XRP Liquidity ODL & Market Maker

     23         Overview Plus Outlook for 2020," and it's

     24         dated January of 2020.

     25

                              242

```
04:22   1   BY MR. MOYE:
        2        Q.    Are you familiar with this document?
        3              (Pause.)
        4              THE WITNESS:  Vaguely.
04:22   5   BY MR. MOYE:
        6        Q.    Were you part of the team that prepared this?
        7        A.    I -- I prepared portions of this.
        8        Q.    Okay, who else was involved in preparing
        9   this?
04:22  10        A.    Breanne Madigan, █████████████.
       11        Q.    Why was this prepared or who was this
       12   prepared for?
       13        A.    I -- I do not recall.
       14        Q.    Do you think it was prepared for internal use
04:23  15   by Ripple or sharing it with someone outside?
       16              MR. HECKER:  Objection, foundation.
       17   BY MR. MOYE:
       18        Q.    You can answer.
       19        A.    I believe it was internal for Ripple.
04:23  20        Q.    Internal?  And would this be --
       21   Do you know whether this was shared with Ripple
       22   executives, senior executives?
       23              MS. ZORNBERG:  Object to form.
       24              THE WITNESS:  I don't recall.
       25
```

243

```
04:23   1   BY MR. MOYE:

        2        Q.    You don't recall?  Okay.

        3        Can you turn over to the page that says "Natural

        4   Liquidity Task Force"?

04:23   5                  (Pause.)

        6   BY MR. MOYE:

        7        Q.    Let me know when you're there.

        8        A.    Yep.

        9        Q.    Do you see the sentence that says "Currently,

04:24  10   ODL national liquidity (blue, above) has been steadily

       11   growing in absolute terms, but is barely keeping pace

       12   with growing ODL volumes"?

       13        A.    Yes.

       14        Q.    Did you agree with that statement in this

04:24  15   report?

       16        A.    Yes.

       17        Q.    Did you have any part in creating or

       18   formulating or editing that statement?

       19        A.    I -- I don't recall.

04:24  20        Q.    Do you recall whether there's anything in

       21   this report in its final version that you disagreed with

       22   or were uncomfortable with?

       23                  MR. HECKER:  If you need to review it,

       24             you can.

04:24  25                  THE WITNESS:  Yeah, I would have to look
```

244

04:24  1                      through the whole thing to see if I agree with

       2                      it.

       3    BY MR. MOYE:

       4         Q.    That's not really fair, then.  I just meant,

04:24  5    did you have an independent recollection of this report

       6    and meetings about it and having any problems with what

       7    was in it or how it was presented?  I don't need you to

       8    read all the way through it.

       9                      MS. ZORNBERG:  Objection.

04:25 10                      THE WITNESS:  I don't recall.

      11    BY MR. MOYE:

      12         Q.    Okay.  At least, as you sit here today, you

      13    don't recall?

      14         A.    Yeah.

04:25 15         Q.    Okay.

      16                      MR. HECKER:  Same objection.

      17                      MS. ZORNBERG:  You need to give a verbal

      18                      answer.

      19                      THE WITNESS:  I don't recall having any

04:25 20                      objection.

      21                      MR. MOYE:  Fair enough.  Let's look at

      22                      DS Exhibit 23.

      23                      (Pause.)

      24                      (Thereupon, a three-page e-mail dated

04:25 25                      3/25/2020, from ████████@ripple.com to Slack

                                                                          245

04:25  1          Retention] Ripple - : Private" et al., Bates

       2          Nos.  RPLI_SEC 0318645 through 0318647 was

       3          introduced as DS Exhibit 23 for identification.)

       4                  MR. MOYE:  DS Exhibit 23, for the record,

04:25  5          appears to be a series of Slack messages from

       6          ████████@ripple.com, dated Wednesday, March 25,

       7          2020.

       8                  THE WITNESS:  Uh-huh.

       9   BY MR. MOYE:

04:26 10       Q.    And you were one of many recipients listed

      11   here.

      12       A.    Yes.

      13       Q.    Who is ████████?

      14       A.    ████████?

04:26 15       Q.    Yes.

      16       A.    He was one of the business development

      17   members of Ripple.  He was the primary relationship

      18   point with MoneyGram.

      19       Q.    Okay, so you're actually -- you're actually

04:26 20   making a number of these statements, and I don't want to

      21   ask you about all of them, but I did want to ask you

      22   about some of them.

      23       You can tell me if I -- if you think I'm wrong, but

      24   it appears to me there was some question about a

04:26 25   moneymaker running low on Filipino pesos and needing

                                                              246

04:26  1    some support -- some liquidity support?

2         A.    Market maker.

3         Q.    A market maker?

4         A.    Yes.  The market maker was running out of

04:27  5    Filipino peso.

6         Q.    Okay.  So please look down to the

7    third-to-the-last message.  It begins "GSR apparently."

8    What are you sharing with the team here and this message

9    and the two that followup?

04:27 10         A.    Okay.  So -- so at this point, the amount of

11    inventory that our market makers -- basically, I'm

12    sharing that GSR has an additional Filipino peso that is

13    available to be sent to the exchange, but it only winds

14    up being roughly 6.6 hours of Filipino peso.

04:27 15         Q.    Okay.  Did this secret reserve turn out to be

16    a benefit here, as far as you can tell?

17              MS. ZORNBERG:  Objection inform.

18    BY MR. MOYE:

19         Q.    For the market maker?

04:27 20         A.    Not necessarily for the market maker, but for

21    the product we had an additional six and a half hours

22    before -- you know, six and a half hours' worth of

23    normal flow that that could be supported.

24         Q.    Okay.  Turn over to the second page, please.

04:28 25    Again, it looks like the last three comments are by you,

247

04:28 1  although they're not the only comments you make on this

2  page.

3      I would like you to read out loud the comment that

4  begins "We brought up with ███ -- we brought up with

04:28 5  ███." It's toward the bottom.

6      A.    Yeah. "We brought up with ███ potentially

7  having emergency funds at an exchange to deliver to

8  market makers in case we are running low on working

9  capital. However, this needs to be done as a loan.

04:28 10 While compliance did does not have an issue with this,

11 given the time frame in which this needs to be approve

12 and sent out, we are, working through with the finance

13 team how to operationalize this."

14      Q.    Okay, was the subject of these messages, the

04:29 15 market maker running low, was this something that

16 occurred with some frequency while you are at Ripple, or

17 were these unusual occurrences?

18      A.    It happened more than once, but it was

19 unusual.

04:29 20      Q.    Okay, and did Ripple have to make any changes

21 in order to address this problem such as making loans of

22 emergency funds?

23          (Pause.)

24          THE WITNESS:  I don't believe so.

25

248

```
04:29    1   BY MR. MOYE:
         2        Q.     Did you suggest Ripple having emergency funds
         3   in exchange to deliver to market makers when needed?
         4        A.     That was -- that was an issue that
04:29    5   Breanne Madigan had raised.
         6        Q.     Okay, did you agree that should be done or
         7   did you -- were you against that suggestion?
         8        A.     I was not for that suggestion.
         9        Q.     Why did you object to it?
04:30   10            MR. HECKER:  Objection to form.
        11            THE WITNESS:  I thought the simplest
        12         method was to increase the working capital
        13         being provided to the market makers so they
        14         had an additional buffer for -- in case a wire
04:30   15         failed or there was exogenous flow that they
        16         needed to support.
        17   BY MR. MOYE:
        18        Q.     Okay, and was -- was the solution that you
        19   preferred ever implemented?
04:30   20        A.     Not directly.
        21        Q.     Okay, let's go to DS Exhibit 24.
        22            (Pause.)
        23            (Thereupon, a two-page e-mail dated
        24         3/26/2020, from Dinuka Samarasinghe to ████
04:30   25         ████ et al., Bates Nos. RPLI_SEC 0492574
```

                                                                249

04:30 1            through 0492575 was introduced as DS Exhibit 24

2            for identification.)

3     BY MR. MOYE:

4        Q.    Okay, for the record, DS Exhibit 24 appears

04:31 5     to be a message sent by you on March 26, 2020, to

6     ███████████ and a number of other individuals.

7     Subject, "XRP sales."

8        Do you see that?

9        A.    Yes.

04:31 10       Q.    Visually, there's a lot going on here.

11    There's a lot of numbers and almost every line has a

12    bullet point, so I'll do the best I can to direct you.

13    But I'm interested in asking you about Section No. 2,

14    ███████████████ sales; and No. 3, ████ sales.

04:31 15       A.    Uh-huh.

16       Q.    Okay?  So what are you communicating in

17    Section 2 about ███████████████ sales?

18            (Pause.)

19            THE WITNESS:  I am communicating to this

04:32 20           team that ███████████████ purchased different

21           tranches of XRP of fairly, you know, large

22           size and directly monetized that -- directly

23           monetized their discount by selling into the

24           market.

25

250

```
04:32    1   BY MR. MOYE:

         2       Q.    So this was one of the things we discussed

         3   before, correct?

         4       A.    That is correct.

04:32    5       Q.    Okay, was the issue with ███████████

         6   already over and solved by this time, or is this like a

         7   real-time description of an issue you're having with

         8   ████████████?

         9       A.    This -- my understanding is that Ripple

04:33   10   stopped funding ████████████ due to a belief that

        11   they violated the spirit of that deal.

        12       Q.    Okay, and then Section 3, talking about ████?

        13       A.    Uh-huh.

        14       Q.    I believe that's another issue we talked

04:33   15   about before?

        16       A.    That's correct.

        17       Q.    And was this issue already over and resolved

        18   by the time you wrote this e-mail, or was this one that

        19   was close in time and had just been addressed?

04:33   20       A.    I mean, this -- this had been addressed by --

        21   at this point.

        22       Q.    Okay.  Are you saying anything in your e-mail

        23   about how the ████████████ sales and the ████ sales

        24   were accounted for by Ripple?

04:33   25             MS. ZORNBERG:  Objection.
```

                                                                   251

```
04:33    1   BY MR. MOYE:

         2        Q.    For instance, whether they were OTC sales or

         3   something else?

         4                 MS. ZORNBERG:  Objection.

04:33    5                 MR. HECKER:  Objection to the form.

         6                 THE WITNESS:  I do not believe so.

         7   BY MR. MOYE:

         8        Q.    Okay, and was everything that was in this

         9   update correct at the time you wrote it, as far as you

04:34   10   know?

        11        A.    As far as I know.

        12        Q.    Okay, let's look at DS Exhibit 25.

        13                 (Thereupon, a two-page e-mail chain with

        14            the top e-mail dated 3/29/2020, from Dinuka

04:34   15            Samarasinghe to ███████ et al., Bates Nos.

        16            RPLI_SEC 0479912 through 0479913 was introduced

        17            as DS Exhibit 25 for identification.)

        18                 MR. MOYE:  So for the record,

        19            DS Exhibit 25 is a series of messages, and the

04:34   20            top message from Dinuka Samarasinghe on

        21            March 29th, 2020, to ███████ and several

        22            other individuals.  The subject is "XRP sales

        23            impact analysis."

        24   BY MR. MOYE:

04:34   25        Q.    So Mr. Samarasinghe, am I correct that part
```

                                                                      252

04:35  1    of this exhibit that you wrote is at the very top, and

       2    then the other parts were principally drafted by the

       3    other individuals on this e-mail chain?

       4                    (Pause.)

04:35  5                    THE WITNESS:  That's my understanding,

       6            yeah.

       7    BY MR. MOYE:

       8        Q.    Okay.  What I would like to ask you is:

       9        On the second page, in the series of numbered

04:35 10    paragraphs, are the responses by you that have been

      11    typed into some of these paragraphs, so issues raised

      12    ███████████ -- when you wrote your reply --

      13        Do you see at the bottom you said "A few thoughts

      14    inline below"?

04:35 15                    (Pause.)

      16    BY MR. MOYE:

      17        Q.    Are any of the portions of the numbered

      18    paragraphs, 1 through 6, written by you?  Just let me

      19    ask you about a few sentences, okay, and you can tell me

04:36 20    whether you think it's drafted by you or not.

      21        In paragraph No. 2, did you write any part of this,

      22    including the sentence that begins "Past sales" or "It's

      23    kind of like a snowball effect"?

      24        A.    No, I did not.

04:36 25        Q.    Okay.  Do you recognize whether those are

                                                                   253

```
04:36    1    inline comments created by someone else?
         2         A.    I have no way of telling.
         3         Q.    Okay.  Did you write any part of paragraph 3
         4    as a comment on something that someone else had written,
04:36    5    including "While I have long hoped that Ripple would
         6    restrict"?
         7                   (Pause.)
         8                   THE WITNESS:  I don't -- I don't know,
         9              offhand.
04:37   10    BY MR. MOYE:
        11         Q.    Okay, could be, could not be, you don't know
        12    one way or the other?
        13         A.    I -- it appears that there was a change of
        14    tone and language, starting with "While."
04:37   15         Q.    Okay, all right.  Let's move on to
        16    paragraph 4.  Same question here.  Is there any part of
        17    paragraph 4 that you wrote as a comment, including but
        18    not limited to, the phrase "This has long been a fear of
        19    Miguel and mine"?
04:37   20                   (Pause.)
        21                   THE WITNESS:  Yeah.  I mean, these
        22              gentleman and █████ did not have much
        23              interaction with Miguel, so I don't know that
        24              they would have a shared fear.
        25
```

                                                                    254

04:38 1   BY MR. MOYE:

2        Q.    Okay, so this -- you think this is likely

3   part of a comment that you inserted here?

4        A.    It's likely, yes.

04:38 5        Q.    Okay, so if you can't be sure about whether

6   it was, let me just ask you if there's anything about

7   paragraph 4 you grow or disagree with?  So the first

8   sentence, "We found little correlation with XRP price

9   and the performance of the XRP/BTC ratio under different

04:38 10  selling pressures."

11       In March of 2020, do you remember whether you would

12  have agreed or disagreed with that statement?

13                  MS. ZORNBERG:  Objection.

14                  THE WITNESS:  Could you repeat your

04:38 15          question?

16  BY MR. MOYE:

17       Q.    Let me just give you the substance of it.

18       Do you agree or disagree -- as of March 2020, do

19  you think you agreed or disagreed with the observation

04:39 20  that the performance of XRP and BTC ratio -- actually,

21  that's a terrible question.  I apologize for that.  Let

22  me ask you a different one.

23       How about agree or disagree with this statement:

24       A large amount of XRP sold at a low price, could

04:39 25  push XRP "over a cliff"?

                                                             255

```
04:39   1                    (Pause.)

        2                    THE WITNESS:  I believe that I would have

        3              held that opinion.

        4    BY MR. MOYE:

04:39   5         Q.    Okay, same period of time, March 2020.  Would

        6    you have agreed with this statement:

        7         It appears that maybe selling Ripple now might

        8    actually be the proverbial straw that broke the camel's

        9    back three months down the road when XRP is lurching

04:39  10    lower in a negative macro environment"?

       11                    MS. ZORNBERG:  Objection.

       12                    (Pause.)

       13                    THE WITNESS:  Yes, I believe I would have

       14              shared that opinion in March of 2020.

04:40  15    BY MR. MOYE:

       16         Q.    So even if you didn't type it out, you think

       17    you would have shared that opinion?

       18         A.    Yes.

       19         Q.    Okay, and how about the next sentence?  "XRP

04:40  20    might become a downhill boulder which is impossible to

       21    stop without buying XRP."

       22                    MS. ZORNBERG:  Objection.

       23    BY MR. MOYE:

       24         Q.    You can answer.

04:40  25         A.    In March of 2020, I would have believed that
```

                                                                    256

```
04:40    1    statement.

         2         Q.    Okay.

         3              MS. ZORNBERG:  Sorry?

         4              THE WITNESS:  I would have believed that

04:40    5         statement.

         6    BY MR. MOYE:

         7         Q.    All right.  Let's put DS Exhibit 25 aside.

         8    Let's look at 26.

         9              MR. HECKER:  Is there no Bates on this?

04:41   10              MR. MOYE:  Actually, there's not.

        11              THE WITNESS:  No what?

        12              MR. HECKER:  No stamp on it.

        13              (Pause.)

        14              MS. ZORNBERG:  Can you make a proffer on

04:41   15         the source of the document?

        16              MR. MOYE:  Unfortunately, I'm not the guy

        17         to ask.  We'll try.  Okay?

        18              (Thereupon, one-page e-mail dated

        19         4/8/2020, from ██████████ to Breanne

04:41   20         Madigan et al., "Subject:  Bitso Update" was

        21         introduced as DS Exhibit 26 for

        22         identification.)

        23    BY MR. MOYE:

        24         Q.    So let's look at this un-Bates document, what

04:41   25    we've marked as DS Exhibit 26, sent on Wednesday,
```

257

```
04:41    1   April 8, 2020.  "Subject:  Bitso Update," from
         2   █████████████████████████  to several individuals at a
         3   Ripple, including yourself.
         4        So I would like to ask you about the third
04:42    5   paragraph in this message, the one that begins with "One
         6   favor I would like to ask of you."
         7        A.    Uh-huh.
         8        Q.    Without reading the paragraph into the
         9   record, could you summarize it?  What exactly is the
04:42   10   request here from ████████████?
        11        A.    Well, ███████████ is asking that Ripple
        12   provide data to compare the relative share of volume
        13   captured by different market makers on different
        14   corridors.
04:42   15        Q.    Okay.  So specifically the last sentence,
        16   what is he --
        17        What is he saying there or what problem or issue is
        18   he trying to avoid?
        19             MR. HECKER:  The last sentence of the
04:42   20        third paragraph?
        21             MR. MOYE:  Yes.
        22             MS. ZORNBERG:  Object to form.
        23             MR. HECKER:  I object -- I also object to
        24        the form of the question.
        25
```

                                                              258

```
04:43    1    BY MR. MOYE:
         2         Q.    Okay.  If you can tell --
         3         Can you tell what problem or issue he is trying to
         4    avoid, if he's able to get the data that he's requested
04:43    5    from Ripple?
         6                   MR. HECKER:  Same objection.
         7    BY MR. MOYE:
         8         Q.    You can answer.
         9                   (Pause.)
04:44   10                   THE WITNESS:  Okay.  Sorry.
        11                   I think discussed earlier how part of the
        12               initial deals for ODL market makers was to try
        13               to generate national liquidity.
        14                   Part of the way we did this was to have
04:44   15               market makers calculate essentially a
        16               reference price.  You know, I think we talked
        17               about a reference price for Dollar MX, right,
        18               using the intra-bank rate or published by
        19               ████████.
04:44   20                   Now, the rate for XRP MXN was
        21               triangulated or calculated by the reference
        22               price, so they would take the USD MXN price
        23               given by, say, ████████, multiplied it by the
        24               XRP USD price on the reference exchange for
04:45   25               that pair, and they would come up with an XRP
```

04:45  1    MXN price that is essentially giving buy rate

2    derived from the intra-bank rate.

3     One of the ways we would grow natural

4    liquidity is to ensure that the market makers

04:45  5    did not quote too tight in the order books,

6    ultimately allowing for -- so ODL orders would

7    be essentially aggressive orders going into

8    that market and we wanted to leave room for

9    market participants to step in front of our

04:45 10    market makers to grow liquidity on the order

11    books, natural liquidity in a sustainable

12    fashion to intercept those orders.

13 BY MR. MOYE:

14  Q. Okay.

04:45 15  A. So in this case, █████████ believed they

16 were quoting at as tight as we prescribed them the -- on

17 the open order books, but they believed the other market

18 maker was essentially tighter than them and capturing --

19 and leaving them with a very low share on that order

04:46 20 book.

21    MR. MOYE:  Okay.  Thank you.

22    For the record, we believe that this

23    document was produced by ████████ , and the

24    e-mail is SEC_███████ E-0047964.

04:46 25    (Thereupon, an eight-page e-mail chain

                     260

04:46  1          with the top e-mail dated 4/15/20, from Dinuka
       2          Samarasinghe to ███████ et al. was introduced
       3          as DS Exhibit 27 for identification.)
       4  BY MR. MOYE:
04:46  5      Q.    Let's look at DS Exhibit 27.  For the record,
       6  DS Exhibit 27 is a message from
       7  ███████████████████Ripple.com sent April 15th, 2020 to
       8  ███████████Ripple.com.  "Subject:  XRP correlation
       9  plots - Invitation to edit."
04:47 10      So am I correct this message includes not just one
      11  but a whole series of analyses that you performed for
      12  ████████?
      13      A.    Yes, sir.
      14      Q.    Okay, and in general, what is the focus or
04:47 15  the -- or the thing that you were asked to study, the
      16  Ripple that you were asked to compare?
      17      A.    In general, it's not necessarily a
      18  comparison.  ██████████ wanted a crash course on XRP.
      19      Q.    They are called "correlation plots," right?
04:48 20      A.    Yes.  So if you see certainly do XRP 60-day
      21  correlation with Bitcoin and a top cryptos later.
      22      Q.    Okay, so the first --
      23      The first plot in correlation with Bitcoin and a
      24  second plot is the 60-day correlation versus other top
04:48 25  cryptos, right?

                                                              261

04:48 1   A. Correct.

   2    Q. Would that include Bitcoin or not?

   3    A. I believe so.

   4    Q. All right.  At the time you prepared this and

04:48 5 sent it to ███████, did you think your analysis was

   6 correct?

   7    A. Yes.

   8    Q. Did you think it was helpful to her

   9 understanding or was this something she didn't really

04:48 10 need to be concerned about?

   11      MR. HECKER:  Objection to form.

   12      THE WITNESS:  She appeared to have

   13   appreciated it.

   14 BY MR. MOYE:

04:49 15    Q. And what was her role within Ripple at this

   16 time?

   17    A. She had moved from being a board member to

   18 being a special adviser to Brad Garlinghouse.

   19    Q. Okay.  So did you view your information to

04:49 20 her as being background or things that would also inform

   21 Mr. Garlinghouse?

   22    A. I did not necessarily consider it

   23 informational to Brad.  I felt it was more bringing ███

   24 up to speed.

04:49 25    Q. Okay.  All right.  Let's look at

                   262

04:49  1    DS Exhibit 28.

       2                    (Thereupon, a four-page e-mail chain with

       3              top e-mail dated 5/29/2020, from ████

       4              ████████ et al. was introduced as DS Exhibit

04:49  5              28 for identification.)

       6    BY MR. MOYE:

       7         Q.    So this is several pages of messages, but the

       8    only e-mail I'm asking you about is the one on the first

       9    page, the one you sent to █████████████.

04:50 10         So, for the record, DS Exhibit 28 is a copy of a

      11    message from Dinuka Samarasinghe dated May 29th, 2020 to

      12    ██████████████ and several other individuals at Ripple.

      13    "Subject, XRP inflation stats - error?"

      14         Are you familiar with this e-mail?

04:50 15         A.    Yes.

      16         Q.    Okay.  Can you tell me generally what your

      17    purpose was or what you were hoping to communicate in

      18    sending this e-mail?

      19         A.    There was a report by ██████ [phonetic],

04:50 20    which is a -- it's a website that produces data and

      21    analysis on the digital asset markets they were claiming

      22    that XRP's inflation rate was significantly higher than

      23    that of other top digital assets.

      24         The communications team, the Comms team wanted to

04:51 25    discuss that with the market team to craft -- to

                                                              263

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

04:51 1   potentially craft a response.

2        Q.     So the information you're providing you

3   thought might be used for a public response on behalf of

4   Ripple?

04:51 5        A.     No.   The information I provided was to

6   educate the comms team how at least I viewed XRP

7   inflation rate.

8        Q.     Okay.   We've talked about XRP inflation rate

9   before.

04:52 10        Can you tell me what is meant by your first bullet

11   point, the sales numbers that Ripple reported for Q1 are

12   at a ██ percent discount?

13        A.     In historical markets reports, quarterly

14   markets reports, Ripple provided XRP sales announced in

04:52 15   U.S. dollars.   Historically, I believe that had been a

16   decent proxy of XRP that was distributed into the

17   market, given they were programmatic and without a

18   discount.   Or, in the case of, say, ███████████,

19   not -- still a decent-sized discount, but not a

04:52 20   ██ percent discount.

21        Q.     Okay.   All right.

22        A.     My point here is the sales numbers that

23   Ripple continue -- that -- that -- the sales numbers

24   that Ripple reported were still in USD amounts, but they

04:53 25   were no longer what I believed to be a good proxy of the

                                                          264

```
04:53   1   XRP that was introduced into the market.
        2        Q.    Is another way of saying that that you
        3   thought the numbers Ripple was reporting were not
        4   accurate?
04:53   5                MR. HECKER:  Objection to form,
        6            mischaracterizes his testimony.
        7                THE WITNESS:  No, I -- the sales numbers
        8            were accurate.  I --
        9                I believe they were not a good
04:53  10            representation of the XRP that was introduced
       11            into the market.
       12   BY MR. MOYE:
       13        Q.    Okay.  So the second bullet point:
       14        "These reports are not counting just XRP sales from
04:53  15   Ripple, but all XRP distributions from Ripple and its
       16   founders and they do not count what is currently held by
       17   founders, option holders, early investors, etc. as part
       18   of the free float."  What do you mean by that?
       19        A.    This goes back to how do you actually
04:53  20   calculate inflation rate for XRP.  Now, you could count
       21   it as, say -- you could imply it as you could from
       22   ██████████████ data that XRP's inflation rate is just
       23   that which leaves Ripple's inventory.
       24        ███████ would calculate it differently, counting
04:54  25   distributions from founders, foundations, early
```
                                                                265

04:54   1   investors and -- and Ripple. ███████ calculation
        2   included -- ███████ calculation did not include
        3   founders as part of circulating supply, so any
        4   distribution from founders would have been considered
04:54   5   part of the inflation rate --
        6       Q.    Okay.
        7       A.    -- under ███████ calculation.
        8       Q.    And then the third bullet point says "While
        9   we can push back on the sales numbers."
04:54  10       Whose sales numbers are you referring to there?
       11       A.    Ripple XRP sales numbers.
       12       Q.    Okay.  "Our sales numbers are not a good
       13   proxy from XRP put into the market by Ripple.  On
       14   pushing back on sales numbers, we are at risk at
04:55  15   damaging our credibility."
       16       Who is the "we" you're referring to there?  Is it
       17   Ripple itself or the sales -- the XRP markets team
       18   within Ripple?
       19       A.    It's if --
04:55  20       It's basically if the communications team pushes
       21   back on the sales numbers as reported by that, I felt
       22   that could be damaging to Ripple's creditability.
       23           (Thereupon, a thirteen-page document
       24           entitled "XRP-O Supply Concerns," Bates Nos.
04:55  25           RPLI_SEC 0301743 through 0301755 was introduced

266

```
04:55   1              as DS Exhibit 29 for identification.)
        2    BY MR. MOYE:
        3         Q.    All right.  Let's look at DS Exhibit 29.
        4              THE WITNESS:  Do you mind if I have a
04:56   5         bathroom break?
        6              MR. MOYE:  Sure.  Let's take a break.
        7              THE VIDEOGRAPHER:  This will conclude
        8         Video 4 in the deposition of
        9         Dinuka Samarasinghe.
04:56  10              We're going off the record at 4:56 p.m.,
       11         June 9th, 2021.
       12              (Recess taken at 4:56 p.m.)
       13              (Resumed at 5:03 p.m.)
       14              THE VIDEOGRAPHER:  This is the beginning
05:03  15         of Video No. 5 in the deposition of
       16         Dinuka Samarasinghe.
       17              We are on the record at 5:03 p.m.,
       18         June 9th, 2021.
       19    BY MR. MOYE:
05:03  20         Q.    Mr. Samarasinghe, could you please take a
       21    look at what's been marked as DS Exhibit 29?
       22         A.    Yes, sir.
       23         Q.    Do you recognize it?
       24              (Pause.)
05:04  25              THE WITNESS:  I have a vague recollection
```

267

05:04  1              of this.

       2  BY MR. MOYE:

       3      Q.    Okay, so for the record, this is a document

       4  entitled "XRP-O Supply Concerns."

05:04  5      There's no dates that you can see on the first

       6  couple of pages.  Were you -- do you know who created

       7  this report?

       8      A.    If I recall correctly, it was Breanne -- a

       9  combination of Breanne Madigan, ██████████ and

05:04 10  ██████████.

      11      Q.    Okay.  Were you involved in the editing or

      12  review of this report at all?

      13      A.    I don't recall.

      14      Q.    Okay.  Do you know who this was prepared for?

05:05 15      A.    I don't know.

      16      Q.    And do you know whether it was presented to

      17  anyone?

      18      A.    I believe it was presented.

      19      Q.    Okay.  Do you know who it was presented to?

05:05 20      A.    I do not.

      21      Q.    All right.  Let's open up to the first page,

      22  the one that says "Three Potential Narratives."

      23      Do you know what is meant by these different

      24  narratives?  Are these competing narratives within

05:05 25  Ripple or is this three independent things that are all

                                                            268

05:05  1   potentially true?

2       A.    These are competing narratives.

3       Q.    Okay, and it indicates:

4     "For the purpose of the presentation," the

05:05  5   assumption -- the operating assumption will be Narrative

6     3, right?

7             MS. ZORNBERG:  Objection.

8     BY MR. MOYE:

9       Q.    Is that what it says?

05:06 10      A.    Yes.  The last line says:

11     "For the purposes of this presentation, we will

12     assume Narrative 3 while we continue to investigate

13     further."

14       Q.    All right, so let's just go to the executive

05:06 15   summary.  I -- I understand your answers may come with a

16     caveat that you didn't write this and you weren't at the

17     meeting when it was presented, so let me just ask you if

18     in --

19             MR. HECKER:  I think he said he doesn't

05:06 20         know if it was presented.

21             MR. MOYE:  All right.

22     BY MR. MOYE:

23       Q.    You don't know if it was presented, but you

24     certainly weren't at any meeting when it was presented?

05:06 25      A.    Correct.

269

05:06  1        Q.    Okay.  So let's just look at the executive

2     summary page.

3             While you were employed at Ripple, would you have

4     agreed with the statement in the first bullet point that

05:06  5     "XRP began underperforming BTC since the BTC halving in

6     early May -- and underperformance has accelerated with

7     the launch of XRP-O"?

8        A.    I would have agreed with that statement.

9        Q.    Okay.  While you were at Ripple, would you

05:07 10     have agreed with the second bullet point, that "XRP

11     selling via XRP-O has led to negative pressure on XRP"?

12        A.    I would have agreed with that statement as

13     well.

14        Q.    And would you agree with the third bullet

05:07 15     point, "Market -- Financial/Markets teams have been

16     focused on a number of supply limiting tactics"?

17                    (Pause.)

18                    THE WITNESS:  I don't know what "focused"

19               means here in this context, but we certainly

05:07 20               had been discussing supply limiting.

21     BY MR. MOYE:

22        Q.    You had been exploring supply limiting

23     tactics?

24        A.    Yes.

05:07 25        Q.    While you were at XRP, do you know whether

270

```
05:07   1   Ripple had implemented any supply-limiting tactics?
        2                   MS. ZORNBERG:  Objection.
        3                   MR. HECKER:  Objection to form.  You said
        4           "XRP."
05:08   5                   MR. MOYE:  Okay.  I'm sorry.
        6                   It's getting to be a long day for
        7           everybody.  Let me try this again.
        8   BY MR. MOYE:
        9       Q.    While you were at Ripple, do you know whether
05:08  10   any of the supply-limiting tactics that had been
       11   discussed had actually been implemented by Ripple?
       12       A.    Yes.
       13       Q.    What had been implemented by Ripple?
       14       A.    XRP purchases in the open market.
05:08  15       Q.    Okay.  So while you were at Ripple, would you
       16   have agreed with the last bullet point, that XRP-O
       17   repurchasing could directly dampen the effects of XRP-O
       18   selling?
       19       A.    I would have believed that statement, yes.
05:08  20       Q.    Okay.  Let's turn over to the next page.
       21   There's a number of bullet points here.  I want to ask
       22   you about the last one.
       23       While you were at Ripple, would you have agreed
       24   with the following statement?  "There is evidence that
05:08  25   XRP underperform mansion may be due to increased
```

271

05:09  1  supply."

2         A.    I would have agreed with that statement.

3         Q.    And let's turn over a few pages to the slide

4  or page that says "Currency XRP supply reduction

05:09  5  tactics."

6         Without asking you to read the slide, the question

7  is:  While you were at Ripple, were you aware of certain

8  supply reduction tactics that Ripple was implementing

9  that were not visible to market players but more behind

05:09 10  the scenes?

11                (Pause.)

12                THE WITNESS:  I recall there were efforts

13                to do -- to -- or at least discussions about

14                this.

05:10 15  BY MR. MOYE:

16         Q.    Okay.  Turn over the recommendation page,

17  please, the one that says "Recommendation, XRP

18  buybacks."

19         While you were at Ripple, do you know whether

05:10 20  Ripple employees ever made a recommendation that to

21  begin XRP buybacks and limit XRP-O supply?

22         So again, not merely as a discussion, but as a

23  formal recommendation?

24                MS. ZORNBERG:  Object to form.

05:10 25                THE WITNESS:  Yes, I believe that

272

```
05:10    1              happened, yes.
         2    BY MR. MOYE:
         3        Q.    Okay, and what was the result of those
         4    recommendations, as far as you knew?
05:10    5        A.    The result was Ripple partnered with a market
         6    maker to conduct open market purchases of XRP.
         7        Q.    Those would be the buybacks, then?
         8        A.    Correct.
         9        Q.    Okay.  Did it also limit the supply of XRP-O?
05:11   10        A.    I don't recall.
        11        Q.    Okay.  All right.  Put aside DS Exhibit 29.
        12              (Thereupon, a four-page e-mail dated
        13              6/24/2020, from ███████████@ripple.com to
        14              ██████@ripple.com et al., Bates RPLI_SEC 0504550
05:11   15              through 0504553 was introduced as DS Exhibit 30
        16              for identification.)
        17    BY MR. MOYE:
        18        Q.    Let's look at DS Exhibit 30.  For the record,
        19    DS Exhibit 30 appears to be a series of messages on
05:11   20    slack retention sent June 24th, 2020 by Mr. Samarasinghe
        21    to a number of individuals at Ripple.
        22        Okay.  First question is:  Do you know whether
        23    these messages had anything -- are they related at all
        24    to the DS Exhibit 29, the deck that we just looked at?
05:12   25              MR. HECKER:  Objection to form.
```

273

05:12  1                    MR. MOYE:  I will try to ask it

       2         differently.

       3    BY MR. MOYE:

       4         Q.    Do any of these messages from you in

05:12  5    DS Exhibit 30 appear to be edits or comments that you

       6    made when you reviewed DS Exhibit 29 at Ripple?

       7         A.    I believe that's correct.

       8         Q.    Okay, and do you know whether these comments

       9    were made before DS Exhibit 29 was finalized or whether

05:12  10   they were -- whether you were looking at a final report?

       11        A.    I don't -- I don't recall.

       12        Q.    Okay.  Please look at the third message down.

       13   Did you send a message:

       14        "So, seems like CL/BG are concerned about XRP

05:13  15   underperformance since XRP started"?

       16        A.    Question mark, yes.

       17        Q.    Okay.  If you go down to about the middle of

       18   the page, there's a statement by you:

       19        "The problem here is there's no offset buy of XRP

05:13  20   anywhere."  Do you see that?

       21        A.    Yes.

       22        Q.    Is that a statement you made?

       23        A.    Yes, it is.

       24        Q.    Could you explain that, provide a little

05:13  25   context?  What is it you were trying to communicate at

                                                                    274

05:13 1   this point?

2        A.    I think we had discussed the difference

3   between ODL and XRP origination or the XRP origination

4   subset of ODL.

05:13 5        Regular ODL had an open market buy of XRP at the --

6   at the origination exchange and XRP-O did not.  It was

7   purely a sale of XRP into the open market.

8        Q.    So one increased the supply and the other did

9   not?

05:14 10       A.    Correct.

11       Q.    All right.  Could you go down to the

12   third-to-last comment, which reads:

13       "But, then it again has zero economic benefit to

14   Ripple and still only introduces supply."  Do you see

05:14 15  that?

16       A.    Yes.

17       Q.    Can you explain or provide some context as to

18   what you meant by that comment?

19            (Pause.)

05:15 20            THE WITNESS:  Okay.  I -- I was

21            expressing a concern that with XRP

22            origination, Ripple would sell XRP into the

23            market, achieve tax base of on that amount of

24            XRP.  So let's say it was $100 of XRP

05:15 25            introduced into the market.

275

05:15   1                Let's say Ripple had incurred basis of

         2             20 percent.  Ripple would then have $80 to buy

         3             back XRP.  If Ripple used the full $80 it had

         4             post-tax burden, post-basis, it would have

05:16   5             zero economic benefit to Ripple and still

         6             increase supply by essentially the amount

         7             attached.

         8 BY MR. MOYE:

         9     Q.   So it couldn't buy back the full amount; is

05:16 10 that what you were saying?

     11     A.   That was my concern.

     12     Q.   Okay, and the second-to-last statement:

     13     "I've been told to keep my head down about this, so

     14 I don't want to keep on about this."  What are you

05:16 15 referring to there?

     16     A.   I was a vocal opponent within Ripple to XRP

     17 origination and ... essentially scolded to get on the

     18 same page as everybody else.

     19     Q.   To get on board?

05:16 20     A.   Yep.

     21     Q.   Okay, and who do you think --

     22     What was your impression who had the biggest

     23 problem with your concerns or objections about XRP

     24 origination?

05:16 25                MR. HECKER:  Object to the form of the

                                         276

05:16   1          question.
        2   BY MR. MOYE:
        3          Q.    If you know?
        4          A.    Asheesh Birla.
05:17   5          Q.    Asheesh Birla?  Okay.  Anyone else?
        6          A.    I recall comments from ███████, also on
        7   the product team.
        8          Q.    Okay.  Was it your impression that
        9   Ms. Madigan shared your concerns or you think she merely
05:17  10   heard your concerns and continued on with whatever she
       11   needed to do?
       12                MR. HECKER:  Objection to form.
       13                THE WITNESS:  I don't know.
       14   BY MR. MOYE:
05:17  15          Q.    Okay.  So I know you're making a general
       16   point.  What do you recall about why you were scolded or
       17   disagreed with or reprimanded about your comments about
       18   XRP-O?
       19          What was the objection that Mr. Birla or others had
05:17  20   to your comments?
       21                MS. ZORNBERG:  Objection.
       22   BY MR. MOYE:
       23          Q.    As far as you know?
       24          A.    It was communicated to me that XRP
05:18  25   origination was approved at the highest levels and that

                                                                    277

05:18 1  we were going to do it.

2       Q.   Okay.  Would it be fair to say that at least

3  as far as you knew, that was the program, but you didn't

4  know whether anyone had actually considered or addressed

05:18 5  your specific objections?

6                 MS. ZORNBERG:  Objection,

7            mischaracterizes his prior statements today.

8                 (Thereupon, an informal discussion was

9          held off the record.)

05:18 10                THE WITNESS:  Could you restate the

11            question?

12  BY MR. MOYE:

13       Q.   Yeah.  Without characterizing anything you

14  said previously, I'm asking you a different question.

05:18 15       Was it your impression that your objections were

16  not being considered and fairly responded to?

17                 MS. ZORNBERG:  Objection.

18                 THE WITNESS:  I have no idea whether or

19            not my objections were considered.

05:19 20  BY MR. MOYE:

21       Q.   No one came to you and said, "We've done a

22  different calculation, and it looks like you're wrong";

23  is that correct?

24                 MS. ZORNBERG:  Objection.

05:19 25                THE WITNESS:  Correct.

                                                        278

05:19  1   BY MR. MOYE:

       2       Q.    All right.  Can you turn to the second page,

       3   please?  So towards the bottom of second page, there's

       4   some comments, it looks like, from Ms. Madigan, and then

05:19  5   you respond.  You have the next four responses.

       6       Can you tell me what your -- what you -- what your

       7   responses to Ms. Madigan were?  What is it you were

       8   trying to communicate?

       9               MR. HECKER:  I'm sorry.  Which -- which

05:19 10           one --

      11   BY MR. MOYE:

      12       Q.    Page 2:  "I don't get why Bitso" and ending

      13   with "they are just selling elsewhere."

      14       A.    Yeah, so why -- I was questioning the need to

05:20 15   buy back on Bitso.  The MXRP and order book XRP

      16   origination, right, is we were essentially selling --

      17   XRP origination payment, essentially sold XRP to market

      18   makers we had on those order books to resell the -- to

      19   basically source local fiat.

05:20 20       Again, on that exchange they had to take that XRP,

      21   move it across ledger, sell that XRP for U.S. dollars

      22   and then do a foreign exchange rate conversion using the

      23   traditional rails to deposit back MXN on Bitso.  Bitso

      24   had much lower liquidity than other order books.

05:21 25       In my opinion, the selling pressure was happening

                                                              279

05:21 1  elsewhere, not on Bitso.  Purchasing back on Bitso would

2  have just cost more, because it's much, much, much less

3  liquid exchange.  You would have to cross a much larger

4  spread.

05:21 5      The liquidity on the order book was much less.  You

6  would have to go through the order book to buy -- you

7  know, anywhere close to that.  That was being sold via

8  ODL.

9      Q.   Among your colleagues at Ripple, who do you

05:21 10  think had the best understanding about how markets

11  worked?  In your own opinion, of course.

12      A.   Miguel Vias.

13      Q.   Anyone else?

14           (Pause.)

05:22 15  BY MR. MOYE:

16      Q.   You have to say "yes" or "no."

17      A.   I don't think Miguel -- I don't think anybody

18  else on that team had markets knowledge like

19  Miguel Vias.

05:22 20      Q.   Besides Mr. Vias, do you think your other

21  colleagues at Ripple had as much knowledge about the

22  markets as you did?

23           MS. ZORNBERG:  Objection.

24           THE WITNESS:  I had a long trading

05:22 25           history.  Ripple was primarily staffed by

280

05:22  1                    software people and -- you know.  There were a

2                    few other people with markets experience.

3       BY MR. MOYE:

4           Q.    Okay.  Looking back now, did any of the

05:22  5       things that at Ripple you thought were concerns that you

6       tried to raise objections to or tried to implement

7       changes -- did any of those changes end upcoming to pass

8       in the way you feared or the way you predicted?

9                    MS. ZORNBERG:  Objection to the form.

05:23 10                    MR. HECKER:  Objection to the form.

11       BY MR. MOYE:

12           Q.    You can answer.

13           A.    I think the markets team did a good job in

14       terms of neutralizing the biggest threats.

05:23 15           Q.    Okay.  Let's look at DS Exhibit 31.

16                    (Thereupon, one-page e-mail dated

17                    8/25/2020, from Dinuka Samarasinghe to

18                    ████████@ripple.com was introduced as DS

19                    Exhibit 31 for identification.)

05:23 20                    MR. MOYE:  For the record, DS Exhibit 31

21                    is a one-page exhibit, a one-page document.

22                    It's a message from Mr. Samarasinghe, sent on

23                    August 25th, 2020 to ████████@ripple.com.

24                    "Subject:  Q3 XRP Narrative."

05:24 25       BY MR. MOYE:

281

05:24    1         Q.    This appears to be a portion of a comment
         2    document or a single document that was made, and can
         3    you --
         4         Just looking at the first -- can you look at the
05:24    5    comment after you've had a chance to look at them and
         6    let me know that you've done that?
         7                   (Pause.)
         8                   THE WITNESS:  Yep.
         9    BY MR. MOYE:
05:25   10         Q.    Okay.  In the second paragraph or second
        11    portion of your comment, what is it you're trying to
        12    communicate there?
        13                   MS. ZORNBERG:  Just for clarity, is it
        14             the paragraph that starts "I.E. as in
05:25   15             increasing share"?
        16                   MR. MOYE:  Yes, it is.  Thank you.
        17                   THE WITNESS:  I think that paragraph
        18             essentially mirrors the demand case for XRP in
        19             the eyes of Miguel Vias and myself.
05:25   20    BY MR. MOYE:
        21         Q.    Okay.  This is another phrasing of
        22    conversations or discussions that you'd had within
        23    Ripple from time to time?
        24                   MS. ZORNBERG:  Objection to form.
05:25   25                   THE WITNESS:  Within Ripple, certainly

                                                                282

05:25   1               between Miguel and myself.  I don't know that

        2               it was necessarily discussed or understood

        3               broader.

        4  BY MR. MOYE:

05:25   5      Q.    Okay.  You sent this message to Ms. Madigan.

        6  Does that mean Mr. Vias was gone by that time?

        7      A.    I believe so, yes.

        8      Q.    As you look at second part of the comment,

        9  the paragraph that you just looked at, is there anything

05:26 10  in there that you now disagree with or have come to

     11  think is incorrect?

     12            MS. ZORNBERG:  Objection.

     13            THE WITNESS:  Yes.

     14  BY MR. MOYE:

05:26 15      Q.    What?

     16      A.    You know, I think this kind of goes towards

     17  my objection of the architecture of ODL using unreliable

     18  third-party exchanges in destination countries.

     19      I found it very hard to believe that liquidity

05:26 20  would aggregate for XRP in these -- you know, in

     21  essentially low quality exchanges in third world

     22  countries.

     23      Q.    By "liquidity," do you mean natural

     24  liquidity?

05:26 25      A.    Natural liquidity, yes.

                            283

05:27 1        Q.    All right.  Well, how is that different or

2    how is that a disagreement with what you've said here?

3        A.    You know, it's actually -- I don't know that

4    IT'S disagreement with what I have there.  I mean, at

05:27 5    this point, I had been --

6        Along with a member of the Icelandic engineering

7    team, we had been proposing the building of essentially

8    an XRP-centric foreign exchange -- FX exchange.

9        Q.    Okay.  All right.  We can put DS Exhibit 31

05:27 10    aside.  Let's look at DS Exhibit 32.

11            (Thereupon, a two-page e-mail dated

12            11/21/2020, from ██████████@ripple.com to

13            ████████@ripple.com, Bates Nos. RPLI_SEC 0318653

14            through 03180318654 was introduced as DS

05:27 15            Exhibit 32 for identification.)

16    BY MR. MOYE:

17        Q.    Okay.  You can take a minute to look over

18    this -- this document.  For the record, DS Exhibit 32 is

19    a two-page document.

05:28 20        This message is from ██████████@ripple.com, sent

21    Saturday, November 21, 2020.  It's a set of slack

22    messages to a number of individuals, including

23    Mr. Samarasinghe.

24            (Pause.)

25

                                                        284

```
05:28   1   BY THE WITNESS:
        2       Q.    At the bottom of first page -- toward the
        3   bottom, there's a comment by ███████████.  I'm
        4   probably saying that wrong.  What's the proper
05:29   5   pronunciation?
        6       A.    I don't actually know.  ████████?  I
        7   don't know.
        8       Q.    Okay.  Let's call him ██████████
        9       A.    Okay.  ███████.
05:29  10       Q.    Is that his first name?
       11       A.    Yes, sir.
       12       Q.    ██████████'s comment is "Likely that market
       13   makers" -- it says:
       14       Guys, got a quick question on what this means for
05:29  15   you.  Likely that market makers will ask to drawdown
       16   more of their lease.  What was our termination fee for
       17   contract set at?  If we close to delta one now, should
       18   we be looking to hedge our downside?"
       19       Then ████████████ responds:
05:29  20       "Great questions," he asks you,
       21   "████████@ripple."  Do you see that?
       22       A.    Yes.
       23       Q.    Okay.  So starting on the second page where
       24   you have actual messages written out, what is it that
05:30  25   you're telling him?
```

285

05:30    1        What is it you think this movement in price -- what

         2    implications will that have for market makers and a

         3    potential drawdowns of their leases?

         4                    MS. ZORNBERG:   Objection to form.

05:30    5                    (Pause.)

         6                    THE WITNESS:   The -- okay, so the --

         7              I mentioned there was an initial set of

         8        ODL contracts following ██████████ arrival and

         9        sort of her team negotiated different market

05:30   10        maker contracts with ODL market makers.

        11              The compensation for those market makers

        12        was in the form of -- the previous

        13        compensation had been in the form of a fixed

        14        fee and a variable fee supported with an XRP

05:31   15        lease and a USD loan.

        16              The subsequent contracts negotiated with

        17        ████ team and the market makers -- there was

        18        a -- a termination fee which had a payout

        19        based on the price of XRP at the end of the

05:31   20        deal and essentially the price at the

        21        beginning of the deal.

        22              So as the price moved higher, the payout

        23        to the market makers increased, assuming at

        24        the end of the -- the deal -- so essentially,

05:31   25        the delta of the termination fee increased as

                                                              286

05:31   1          you approached the -- you know, as the price

        2          went up.

        3   BY THE WITNESS:

        4          Q.    It got more expensive for Ripple?

05:31   5          A.    Yes.

        6          Q.    Okay.  So in the middle of the page, you say:

        7   "The market making contracts for ODL have the

        8   termination fee as part of their compensation.  I don't

        9   know that product is taking that into consideration."

05:32  10          So that's what you believed at the time, that the

       11   Ripple products team is not understanding the costs to

       12   Ripple that are likely to be incurred with some when

       13   some of these market makers terminate their agreements?

       14          A.    It's not necessarily when the market makers

05:32  15   terminate.  It's when the contract matures.

       16          Q.    Okay, and then ███████████ says:

       17   "Assuming the rally continues, looks like we

       18   continue to lose more.  Have we generally thought about

       19   hedging that exposure?"

05:32  20          And what's your response there?

       21          A.    "I don't believe that Ripple ever considered

       22   hedging the risk of the termination fee."

       23          Q.    Okay, and you mentioned ████ team.  So at

       24   this point, what is ████ team?  Is this ███████?

05:33  25          A.    This is ██████.

                                                                287

05:33  1      At this point, █████ team was aggressive in terms
       2  of -- I believe they had already formed their own entity
       3  called ██████, which was spinning off to do digital asset
       4  trading themselves.
05:33  5                  (Thereupon, a two-page e-mail dated
       6          11/21/2020, from ████████@ripple.com to
       7          ██████@ripple.com et al., Bates Nos. RPLI_SEC
       8          0504585 through 0504586 was introduced as DS
       9          Exhibit 33 for identification.)
05:33 10  BY MR. MOYE:
      11      Q.   Okay.  All right.  Let's look at
      12  DS Exhibit 33.
      13                  (Pause.)
      14          MR. MOYE:  For the record, these are some
05:33 15          more -- a printout of some more slack messages
      16          from ████████@ripple.com, dated 11/21/2020 to
      17          a number of individuals, including Mr.
      18          Samarasinghe.
      19  BY MR. MOYE:
05:34 20      Q.   It looks like after the initial request for
      21  information, most of these messages are from you, so
      22  please take a moment and look them over and let me know
      23  when you have done that.
      24                  (Pause.)
      25

                                                              288

```
05:35    1  BY MR. MOYE:
         2       Q.    Okay.  Are you ready?
         3       A.    Uh-huh.
         4       Q.    Okay.  On November 21, 2020, what was
05:35    5  happening with ██████████████?
         6       A.    The termination fee in their contract had a
         7  max XRP price of ████████.  If you're looking at what
         8  they stood to make, it was at the --
         9       Let's say XRP finished above ██████████.
05:35   10  ████████████' max payoff would be sort of essentially
        11  candidate at ██████████, right?
        12       Q.    Okay.
        13       A.    However, if you're trying to delta hedge this
        14  option -- I don't think any of our market makers were
05:35   15  [inaudible] the structure, right?  They essentially
        16  delta hedged it to essentially monetize it.
        17       Q.    For the record, what do you mean when you use
        18  the term "delta hedge"?
        19       A.    You know, a payout with a certain strike and
05:36   20  an ending price -- you know, at a certain price at T
        21  plus X has essentially a Black-Scholes price at time T.
        22       Q.    Okay.  Trying to minimize losses?
        23       A.    No.  You're essentially trying to lock in the
        24  value of -- you know, this termination fee as opposed to
05:36   25  just hoping it by chance -- you know, it finishes in the
```

289

05:36   1    money --

        2       Q.     Okay.

        3       A.     -- okay?  But ████████████ was less

        4    experienced with -- with options than, say, GSR and they

05:37   5    did not correctly -- you know, hedge their position and

        6    they were really worried that -- you know.

        7       If -- you know, XRP finished above ████████, their

        8    hedging was incorrect and they would consider to start

        9    buying back XRP, which was now over ████████ --

05:37 10       Q.     Uh-huh.

     11       A.     -- and so if it was over ██████████ and they

     12    were short ████████████, it's at least $███████████ worth

     13    of fully funded capital that they would need to have to

     14    essentially buy in the market, and they did not -- they

05:37 15    did not have those funds.  They were really worried that

     16    they would go under.

     17       Q.     So what was their -- what was their best

     18    option, as you saw it?

     19       A.     Essentially purchase a call option from a

05:37 20    derivatives -- an entity that offered a derivative that

     21    could offset this -- this risk.

     22       Q.     Okay, and do you know what they ended up

     23    doing?

     24       A.     They were able to hedge this position.  I

05:38 25    forget how.

                                                  290

05:38  1      I think they found essentially a taker for that

       2  and -- you know, it also did not, at the end of the

       3  contract, finish above ███████.

       4      Q.    Okay.  Was their option purchase through GSR,

05:38  5  as far as you know?

       6      A.    I -- I don't recall.

       7           MR. MOYE:  Okay.  Can you give me two

       8           minutes with my colleagues?  We may be done,

       9           here.

05:38 10           THE VIDEOGRAPHER:  We are off the record.

     11           The time is 5:38 p.m.

     12           (Recess taken at 5:38 p.m.)

     13           (Resumed at 5:40 p.m.)

     14           THE VIDEOGRAPHER:  We are on the record.

05:40 15           The time is 5:40 p.m.

     16           MR. MOYE:  Mr. Samarasinghe, thank you

     17           for your time today.  That's all the questions

     18           we have for you.

     19           Of course, other attorneys have an

05:40 20           opportunity, if they wish, to ask you

     21           questions.  But that's all I have for you now.

     22           THE WITNESS:  Thank you, sir.

     23           MS. ZORNBERG:  I do have some questions.

     24           (Thereupon, an informal discussion was

05:40 25         held off the record.)

                                       291

05:40    1                    THE VIDEOGRAPHER:  We are off the record.

         2              The time is 5:40 p.m.

         3                    (Recess taken at 5:40 p.m.)

         4                    (Resumed at 5:41 p.m.)

05:41    5                    THE VIDEOGRAPHER:  We are back on the

         6              record.  The time is 5:41 p.m.

         7

         8                    CROSS-EXAMINATION

         9                    BY MS. ZORNBERG:

05:42   10

        11         Q.    Mr. Samarasinghe, I just have a few minutes

        12    of questions for you.  Thank you for your patience

        13    today.  I know it's been a long day.

        14         In your view, what has been the greatest driver of

05:42   15    XRP price?

        16         A.    Interest in Bitcoin and other digital assets.

        17         Q.    And again, over the last few years, have

        18    digital assets been highly correlated to each other?

        19                    MR. MOYE:  Objection, foundation.

05:42   20                    THE WITNESS:  Yes, I believe there's a

        21              high degree of correlation amongst digital

        22              assets.

        23    BY MS. ZORNBERG:

        24         Q.    In your experience, does interest in one

05:42   25    digital asset tend to drive interest in another?

                                                                    292

05:42  1            MR. MOYE:  Same objection.

       2            THE WITNESS:  Typically.

       3  BY MS. ZORNBERG:

       4      Q.    Generally, in your view, is it Ripple's

05:42  5  efforts that drive XRP's price or is it other market

       6  forces?

       7            MR. MOYE:  Calls for a legal conclusion.

       8            THE WITNESS:  Again, I think the biggest

       9        driver of XRP price has probably been Bitcoin

05:43 10        and other digital assets.

      11  BY MS. ZORNBERG:

      12      Q.    And when you say, "other digital assets,"

      13  would you include ether in that category?

      14      A.    I would.

05:43 15      Q.    I want to ask you a few questions about going

      16  back to 2017, when you joined Ripple.  At the time you

      17  joined Ripple, did you believe in its vision of building

      18  Internet of value?

      19      A.    I did.

05:43 20      Q.    What did the term "Internet of value" mean to

      21  you or what did you understand it to mean?

      22      A.    I -- I don't know that I had a concrete idea

      23  of what would happen, but I -- I thought -- you know,

      24  the idea if value could move like information does

05:44 25  today -- that could have very interesting consequences.

                                                         293

05:44  1          So, for example, if you were selling a product,

     2    right, you and -- you could essentially have bidders --

     3    and I don't know, Malaysia -- who would be able to buy

     4    your product, they would pay in whatever Malaysian

05:44  5    currency that is, you should be able to receive in USD

     6    instantaneous or nearly instantaneous.

     7          For General Motors, if you sell a car in Europe, in

     8    general, you don't necessarily have to batch that huge

     9    amount, do a large FX conversion with -- you know, like

05:44 10    a Goldman Sachs, then -- you know, you could use a

    11    traditional rails.  You could perhaps do that via

    12    something like -- you know, some digital asset at the

    13    point of sale.

    14          Q.    Were there features of XRP that you believed

05:44 15    lent XRP to that type of use in cross-border payments

    16    and transfers?

    17          A.    XRP is relatively fast and very clean,

    18    especially compared to digital -- to Bitcoin and Ether.

    19          Q.    Did those features make you optimistic about

05:45 20    the product Ripple sought to build using XRP?

    21          A.    They did.

    22          Q.    I want to ask you some questions about ODL.

    23          You've testified today that some of your

    24    responsibilities while at Ripple included ensuring

05:45 25    liquidity for the ODL product; is that right?

                                                                    294

05:45  1      A.     That's correct.

       2      Q.     And in going about doing that, you perceived

       3   ODL and Ripple's efforts with respect to ODL as the

       4   building of a real product?

05:45  5                MR. MOYE:  Object to form, leading.

       6                THE WITNESS:  I did believe ODL could be

       7          a real product.

       8   BY MS. ZORNBERG:

       9      Q.     Is it fair to say you're a hard-working

05:46 10   person?

      11      A.     I believe so.

      12      Q.     Is it fair to say that you worked while

      13   employed at Ripple very hard and in earnest to do your

      14   part to build the ODL product?

05:46 15      A.     I believe that's a fair character --

      16   characterization.

      17      Q.     Were there other people at Ripple during the

      18   time you were there who worked in earnest to execute on

      19   that Internet of value vision in building out a viable

05:46 20   product?

      21                MR. MOYE:  Objection, foundation, calls

      22          for speculation.

      23                THE WITNESS:  I recall working with a lot

      24          of people who worked earnestly to -- to build

05:46 25          towards this vision.

                                                              295

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

05:46  1   BY MS. ZORNBERG:

       2       Q.    You've testified already that you were not on

       3   the product team for ODL.  Do you know whether the

       4   products team encouraged its customers to use the ODL

05:47  5   product?

       6       A.    I don't know.

       7       Q.    Okay, so let's leave that and move on.

       8       Now, there's been some testimony today that in 2020

       9   you had some disagreements -- maybe one, maybe more than

05:47 10   one -- with Ripple management on the execution strategy

      11   for ODL.  Is that a fair characterization?

      12       A.    I -- I believe you could characterize it by

      13   saying I disagreed with some of the strategy for ODL,

      14   yes.

05:47 15       Q.    And that was the strategy for execution, for

      16   how to build the product?

      17       A.    Sure.

      18       Q.    That's a different issue from whether XRP

      19   itself and building of ODL is an innovative use of

05:48 20   blockchain technology?

      21                   MR. MOYE:  Objection, form,

      22             argumentative.

      23                   MS. ZORNBERG:  Let me rephrase.  Let me

      24             rephrase.

      25

                                                                296

05:48  1  BY MS. ZORNBERG:

2      Q.    Your disagreement on execution strategy did

3  not undermine your view that there was potential in the

4  building of an ODL product?

05:48  5                MR. MOYE:  Object to form.

6  BY MS. ZORNBERG:

7      Q.    Is that fair?

8      Q.    Repeat the question?

9      Q.    Okay.  Whether or not you disagreed with

05:48 10  management on how best to execute the vision for

11  building ODL, it didn't change your view that XRP is

12  faster, cheaper, innovative and had characteristics that

13  could lead to promising innovation?

14                MR. MOYE:  Objection, compound, leading.

05:48 15                THE WITNESS:  Yes.  Regardless of the

16          execution of ODL, XRP is still fast and cheap.

17  BY MS. ZORNBERG:

18      Q.    So, for example, in terms of disagreement on

19  execution, there were some within Ripple who supported

05:49 20  an XRP-O, XRP origination program for ODL and there

21  were -- and you, in contrast, were a vocal opponent of

22  that approach; is that fair?

23      A.    Yep.

24      Q.    Did you ever hear that ODL customers wanted

05:49 25  the XRP-O program?

297

05:49  1          A.      Not to my recollection.

       2          Q.      Okay.   That would have been outside your

       3    purview, perhaps?

       4          A.      I was not somebody who spoke to many

05:49  5    potential customers.

       6          Q.      And I just want to confirm.   So if --

       7          If ODL customers loved the XRP-O program, is that

       8    wouldn't be something that you might have known?

       9                     MR. MOYE:   Objection, assumes facts not

05:50 10               in evidence.

      11                     THE WITNESS:   I don't know that I would

      12               have become aware of that.

      13    BY MS. ZORNBERG:

      14          Q.      Okay.   Your focus was on liquidity and the

05:50 15    markers, not on the customer demand side of things?

      16          A.      That's correct.

      17                     (Pause.)

      18    BY MS. ZORNBERG:

      19          Q.      Okay.   Turning to a different subject, you've

05:50 20    testified today at several points in time that Ripple

      21    sought to have minimal impact on the XRP market when it

      22    programmatically sold XRP.

      23          Do you recall testifying --

      24          A.      Yes.

05:50 25          Q.      -- to that effect?

                                                              298

05:50  1      A.     I do.

       2      Q.     Why was that a goal of Ripple?

       3      A.     We felt that minimizing mark impact of sales

       4   would have -- you know.

05:50  5      You're essentially trying to minimize the damage

       6   occurring to the market, trying to protect them the best

       7   you can while still -- you know, trying to raise revenue

       8   for operations.

       9      Q.     So was --

05:51 10      Was the goal of Ripple to sell XRP while being a

      11   constructive participant in the market?

      12              MR. MOYE:  Objection, leading.

      13              MS. ZORNBERG:  I will rephrase.

      14   BY MS. ZORNBERG:

05:51 15      Q.     How did Ripple accomplish its goal of having

      16   minimal impact on the market when selling

      17   programmatically?

      18      A.     So Ripple worked with the market makers to

      19   construct algorithms that attempted to minimize selling

05:51 20   pressure on the market as they sold.

      21      So, for example, using a very small portion of

      22   orders that removed liquidity and attempted to have the

      23   large majority of the orders adding liquidity in the

      24   markets -- you know, not having large visible size that

05:52 25   might scare off other market participants, essentially

                                                              299

05:52  1   having a relatively small order sizes that got executed

2   in the -- in -- across a global network of -- of

3   changes.

4        Q.     So part of the goal was to spread out the

05:52  5   sales across a number of exchanges?

6        A.     That's correct.

7        Q.     Was part of the goal intended to boost

8   liquidity without unintentionally damaging the market?

9              MR. MOYE:  Objection, calls for

05:52 10          speculation.

11             THE WITNESS:  I wouldn't characterize

12          programmatic sales techniques -- you know,

13          trying to minimize market impact -- wouldn't

14          characterize that as --

05:52 15   BY MS. ZORNBERG:

16        Q.     Okay.  Those are two separate things?

17        A.     That's correct.

18        Q.     But separately, Ripple had the goal of

19   enhancing liquidity for the ODL product --

05:52 20             MR. MOYE:  Objection, leading.

21   BY MS. ZORNBERG:

22        Q.     -- is that right?

23             MR. MOYE:  Same objection.

24             THE WITNESS:  Yes.

25

300

```
05:52   1   BY MS. ZORNBERG:
        2       Q.    As a separate issue from the programmatic
        3   sales?
        4       A.    Yes, ripple had a goal of increasing
05:53   5   liquidity for ODL.
        6       Q.    Okay.  There was some testimony today about a
        7   period of time in 2020 when Ripple purchased XRP on the
        8   secondary market, and I think ████████ referred to it
        9   as "buybacks."
05:53  10       Do you recall that.
       11       A.    I do recall that.
       12       Q.    Okay.  When the term "buybacks" was used in
       13   the testimony today, does that mean Ripple purchased XRP
       14   in the open market?
05:53  15       A.    Ripple partnered with a market maker to use
       16   algorithms to purchase XRP on a set of digital asset
       17   exchanges.
       18       Q.    Okay, and Ripple disclosed in its quarterly
       19   market reports that it had purchased XRP on the open
05:53  20   market, correct?
       21           MR. MOYE:  Objection, foundation and
       22       leading.
       23           THE WITNESS:  I believe it did.
       24   BY MS. ZORNBERG:
05:54  25       Q.    Okay.  I would like to ask you a few
```

301

05:54  1   questions now about OTC sales, over-the-counter sales.

2       You testified earlier today that Ripple undertook

3   OTC sales in order to contribute to building XRP

4   liquidity for its products, right?

05:54  5   A.    Correct, or building XRP liquidity.

6       Q.    Which would -- which would also help ODL to

7   succeed?

8       A.    Correct.

9       Q.    After master agreements were set up with OTC

05:54 10   purchasers, was it the OTC purchaser who came to Ripple

11   wanting to purchase XRP or was it Ripple going out and

12   actively soliciting sales?

13              MR. MOYE:  Objection, foundation.

14              THE WITNESS:  The OTC brokers would

05:55 15              approach Ripple, typically asking for a price

16              for a given size of XRP.

17   BY MS. ZORNBERG:

18       Q.    So it was the brokers who initiated?

19       A.    That is correct.

05:55 20       Q.    Is that --

21       In every case that you can recall, was it the OTC

22   broker who contacted Ripple to purchase XRP to initiate

23   the -- that transaction?

24       A.    So OTC sales moved from essentially a

05:55 25   bilateral -- you know -- you know, communication -- you

302

```
05:55   1   know, we asked to confirm to commit to sell, in which
        2   case the commit-to-sell orders were characterized as OTC
        3   sales, because they essentially went to the same --
        4   largely the same counterparties.
05:55   5       Commit to sell just required the count party to
        6   essentially withdraw from a segregated wallet, so in
        7   essence, they initiated the -- the order, but in that
        8   case, they didn't contact original for it.
        9       Q.   They could just do it?
05:56  10       A.   They just did it.
       11       Q.   They initiated it and they did it?
       12       A.   Exactly.
       13       Q.   Okay.  When you worked at ██████████ --
       14            Switching subjects now, when you worked at ███
05:56  15   ██████ as a market maker for Ripple, did Ripple ever
       16   make promises to ██████████ that XRP's price would go
       17   up?
       18       A.   Not to my recollection.
       19       Q.   In the three plus years that you worked at
05:56  20   Ripple, did you ever promise an OTC purchaser that XRP's
       21   price would go up?
       22       A.   No.
       23       Q.   To your knowledge, did anyone else at Ripple
       24   ever promise to an OTC purchaser that XRP's price would
05:56  25   go up?
```

303

05:56  1        A.    Not to my knowledge.

       2        Q.    Did you ever make promises to any market

       3   makers that Ripple could increase XRP's price?

       4        A.    No.

05:57  5        Q.    Are you aware of anyone else at Ripple making

       6   such promises?

       7        A.    I'm not aware of anyone else.

       8        Q.    You -- you were asked many questions today

       9   about whether certain events or things that Ripple did

05:57 10   or didn't do would be good or bad for XRP holders.

      11        Do you recall being asked a lot of questions in

      12   that nature?

      13        A.    Uh-huh.

      14        Q.    In your time working for Ripple, did you ever

05:57 15   make promises to retail XRP buyers or retail XRP holders

      16   that Ripple could increase XRP's price?

      17        A.    No.

      18        Q.    Are you aware of anyone at Ripple making such

      19   promises to retail buyers of XRP?

05:57 20        A.    No.

      21        Q.    Has Ripple, to your knowledge, ever promised

      22   anyone that it would create an XRP trading market?

      23              MR. MOYE:  Objection, foundation.

      24              THE WITNESS:  An XRP -- could you repeat

05:58 25        your question?

                                                               304

05:58   1                    MS. ZORNBERG:  I'll withdraw the question

        2          and move on.

        3                    (Thereupon, an informal discussion was

        4          held off the record.)

05:58   5                    MS. ZORNBERG:  Almost done, here.

        6   BY MS. ZORNBERG:

        7       Q.    You were asked some questions today earlier

        8   about Ripple's quarterly mark reports, right?

        9       A.    Yes.

05:58  10       Q.    And I believe you --

       11       You said that they were part of an effort by Ripple

       12   to provide transparency to the market.  Let me ask you

       13   this:

       14       Are you aware of any other actor in the crypto

05:58  15   space that puts out on a regular basis -- besides

       16   Ripple -- detailed information about its holdings or

       17   sales in digital assets?

       18       A.    Not to my knowledge.

       19       Q.    Are you aware of any other actor besides

05:59  20   Ripple in the crypto space that releases quarterly

       21   reports?

       22       A.    Not to my knowledge.

       23       Q.    How about the Ethereum Foundation?  Do they

       24   do that?

05:59  25       A.    Not to my knowledge.

                                                              305

05:59 1   Q. How about Consensus?  Do they do that?

2   A. Not to my knowledge.

3   Q. How about the Bitcoin Foundation?  Do they do

4 that?

05:59 5   A. Not to my knowledge.

6   Q. At one point in your testimony today, you

7 were asked about a change that you recommended to your

8 colleagues about how Ripple should present XRP sales or

9 supply data in quarterly market reports, right?

05:59 10   A. (Nodding).

11   Q. And I believe you testified that you

12 recommended that it be changed but, in fact, the

13 Ripple's quarterly market reports continued to report

14 XRP sales data in the manner it had consistently done in

06:00 15 the past; is that right?

16   A. That's correct.

17   Q. Is that an example on how reasonable minds

18 could differ on how to present data?

19     MR. MOYE:  Objection, argumentative.

06:00 20     THE WITNESS:  Possibly.

21     (Pause.)

22 BY MS. ZORNBERG:

23   Q. In the time that you worked at Ripple, did

24 you receive any directive to drive up short-term XRP

06:00 25 price?

306

```
06:00    1        A.    No.

         2        Q.    Are you aware of any such Ripple initiative?

         3        A.    No, I am not aware.

         4        Q.    Okay.  I know that you're --

06:00    5        You testified that you're currently working at GSR.

         6   Is it fair to say that by the spring of 2020, you were

         7   contemplating leaving Ripple?

         8        A.    That is fair.

         9        Q.    And by around September 2020 you were in

06:01   10   discussions with GSR to move over to GSR, right?

        11        A.    That's fair, yep.

        12        Q.    Was Brad Garlinghouse supportive of your

        13   plans to move to GSR?

        14        A.    Yes, he was.

06:01   15        Q.    You were asked a number of questions today

        16   about what's good or bad for XRP holders.

        17        Mr. Samarasinghe, do you purport to speak for all

        18   XRP holders and what they prefer?

        19        A.    I do not.

06:01   20        Q.    There's one exhibit I want to -- I want to

        21   call your attention to and ask you about.  It's

        22   DS Exhibit 7, if you might just pull that one out.

        23              (Pause.)

        24   BY MS. ZORNBERG:

06:02   25        Q.    Okay, so you were asked a number of questions
```

307

06:02  1    about an e-mail, DS Exhibit 7, that you sent, dated

2    November 2nd, 2017 to Miguel Vias, providing some brief

3    assessment on GDAX and how it might apply to XRP.  Is

4    that a fair characterization?

06:03  5        A.    Uh-huh.

6              (Thereupon, an informal discussion was

7           held off the record with the shorthand

8           reporter.)

9              THE WITNESS:  Yes.

06:03 10   BY MS. ZORNBERG:

11        Q.    At the time you sent this e-mail in early

12   November 2017, approximately how long were you with

13   Ripple at that point?

14        A.    Less than five months.

06:03 15        Q.    And that was your first non-trading job,

16   right?

17        A.    That is correct.

18        Q.    Had you ever been asked to prepare an

19   analysis of this type regarding listing requirements for

06:03 20   digital assets?

21        A.    I had not.

22        Q.    You testified earlier that while you were

23   asked to comment or did comment on decentralization,

24   you're not an expert on decentralization; is that right?

06:03 25        A.    That's correct.

308

06:03   1          Q.    You weren't an expert in 2017, right?
        2                      MR. MOYE:  Objection, leading.
        3                      THE WITNESS:  Correct, I was not an
        4              expert in 2017.
06:03   5   BY MS. ZORNBERG:
        6          Q.    Do you consider yourself an expert on the
        7   term "decentralization" today?
        8          A.    I do not.
        9          Q.    Do you know whether there is an accepted or
06:04  10   uniform understanding of what "decentralization" means
       11   with respect to digital assets?
       12                      MR. MOYE:  Objection, foundation.
       13                      THE WITNESS:  Not to my knowledge.
       14   BY MS. ZORNBERG:
06:04  15          Q.    Okay.  You testified earlier that you're
       16   not -- in 2017, you were not an expert on validators and
       17   validation for hedges; is that right?
       18          A.    That is correct.
       19          Q.    As you sit here today, do you consider
06:04  20   yourself an expert?
       21          A.    I do not.
       22          Q.    Okay.  So in 2017, when Miguel Vias asked you
       23   to prepare this analysis, did you at that time consult
       24   with David Schwartz?
06:04  25          A.    I did not.

                                                              309

06:04 1      Q.    Did you consult with Arthur Britto?

2      A.    I do not recall.

3      Q.    And this is a pretty short analysis about a

4  one-sentence point.  Did you consult with anyone at

06:04 5  Ripple in preparing these responses?

6      A.    I don't believe I did.

7      Q.    Did you spend a lot of time on this?

8      A.    I don't recall.

9      Q.    Did Coinbase later list XRP?

06:05 10      A.    It did.

11      Q.    So to the extent -- by the way, do you know

12  whether Coinbase applied its GDAX criteria at the time

13  it listed XRP?

14      A.    I do not.

06:05 15      Q.    If it did, would it be a fair assumption that

16  someone at Coinbase concluded that XRP was fine under

17  its criteria to list --

18            MR. MOYE:  Objection.

19  BY MS. ZORNBERG:

06:05 20      Q.    -- whatever its criteria were at the time it

21  listed it?

22            MR. MOYE:  Objection, foundation, and

23        calls for speculation.

24            MS. ZORNBERG:  Let me rephrase it in a

06:05 25        simplified way.

310

06:05   1   BY MS. ZORNBERG:

        2       Q.    At the time that Coinbase listed XRP, would

        3   it be a fair assumption that Coinbase determined it was

        4   okay to list it?

06:05   5                   MR. MOYE:  Objection, foundation.

        6                   THE WITNESS:  I believe that's a fair

        7           assumption.

        8   BY MS. ZORNBERG:

        9       Q.    Okay.  Do you have any --

06:05  10       I'm turning subjects, now.  Do you have any

       11   knowledge of specific wash trades occurring in XRP?

       12       A.    Not to my knowledge.

       13       Q.    Do you have any knowledge of Ripple at any

       14   time encouraging wash trades in XRP?

06:06  15       A.    Not to my knowledge.

       16       Q.    Last subject that I wanted to ask you about.

       17   There was some testimony and questions about loans of

       18   XRP to market makers.

       19       Was the purpose of those loans to increase

06:06  20   liquidity in aid of the ODL product?

       21       A.    Not -- not the initial loans, no.  The

       22   initial loans were to increase liquidity for XRP.

       23       Q.    Which, in turn, helped with the rollout of

       24   the ODL product?

06:06  25                   MR. MOYE:  Objection, argumentative,

                                                              311

06:06   1              leading.

         2                 THE WITNESS:  Not necessarily.  I -- you

         3              know, the ODL product had not really come into

         4              existence then.  I think the -- the initial

06:07   5              idea was XRP liquidity would support the cross

         6              border use case.  You know, essentially -- not

         7              necessarily --

         8                 I don't think it was necessarily going to

         9              be on these designation exchanges.  I don't

06:07 10              know that they were considered, but it was

      11              definitely trying to increase XRP liquidity to

      12              essentially achieve division of the Internet

      13              of value.

      14 BY MS. ZORNBERG:

06:07 15      Q.    Yeah, so -- and again, I don't want to put

      16 you in an unfair spot.  You already testified 10 times

      17 today you were not part of the ODL product team.

      18      Do you have any knowledge that -- of pilots for the

      19 ODL product actually predating when you joined Ripple?

06:07 20      A.    I don't recall.

      21      Q.    Okay.  So if --

      22      If in fact that's the case, that the ODL product --

      23 then called xRapid -- was being piloted as early as

      24 2015 --

06:08 25      A.    Uh-huh.

                                           312

06:08  1       Q.    -- would you agree that the general goal of

     2  increasing liquidity was something very important to the

     3  ODL product?

     4              MR. MOYE:  Objection to form, compound,

06:08  5         speculative, argumentative.

     6              THE WITNESS:  Could you --

     7  BY MS. ZORNBERG:

     8       Q.    You can answer.

     9       A.    Could you rephrase the question?  There was a

06:08 10  lot to unpack in that.

    11       Q.    Yeah.  You don't know when -- when Ripple

    12  started working on xRapid, do you?

    13       A.    I don't.  I don't know exactly.

    14       Q.    Okay, and you --

06:08 15       You agree that liquidity in XRP is a critical

    16  component of the ODL product being successful?

    17       A.    That's correct.

    18              MS. ZORNBERG:  Okay.  I have no further

    19         questions.  Thank you.

06:08 20              MR. MOYE:  Okay.  I may have one or two

    21         more.  Can we swap?

    22              (Thereupon, an informal discussion was

    23         held off the record.)

    24              (Pause.)

06:08 25

                                                            313

```
06:08  1                    REDIRECT EXAMINATION
       2                       BY MR. MOYE:
       3
       4      Q.    When Coinbase listed XRP, they didn't -- you
06:09  5  don't know whether they -- you didn't talk to anyone
       6  directly at Coinbase, right, about what sort of analysis
       7  they did?
       8      A.    No, sir.
       9           MR. MOYE:  Okay.  That's all we've got.
06:10 10         Is there anybody else?
      11           MR. LEVANDER:  So for the record,
      12         Samuel Levander, Cleary Gottlieb
      13         Steen & Hamilton, for defendant
      14         Bradley Garlinghouse.
06:10 15
      16                    CROSS-EXAMINATION
      17                      BY MR. LEVANDER:
      18
      19      Q.    So, Mr. Samarasinghe, you testified this
06:10 20  morning that GSR has certain personnel who are located
      21  in the United States?
      22      A.    Yes.
      23      Q.    Are any of them traders for GSR?
      24      A.    Not to my knowledge.
06:10 25      Q.    To your knowledge, did any of them trade XRP
```

                                                              314

06:10 1  for GSR?

2          A.    Not to my knowledge.

3          Q.    To your knowledge, did any of them trade XRP

4  on behalf of Ripple?

06:10 5    A.    Not to my knowledge.

6          Q.    To your knowledge, did any of them trade XRP

7  on behalf of Brad Garlinghouse?

8          A.    Not to my knowledge.

9          Q.    And to your knowledge, did any of them trade

06:10 10 XRP on behalf Chris Larsen?

11         A.    Not to my knowledge.

12              MR. LEVANDER:  No further questions.

13              (Pause.)

14              THE VIDEOGRAPHER:  This will conclude

06:11 15         Video No. 5 and end today's recording of the

16              deposition of Dinuka Samarasinghe.

17              We are off the record.  The time is 6:11

18              p.m., June 9th, 2021.

19              (Thereupon, the deposition concluded at

20         6:11 p.m.)

21              (The original exhibits were retained by

22         Attorney Moye with electronic copies sent to the

23         shorthand reporter.)

24              ***      ***      ***

25

315

```
 1              ACKNOWLEDGMENT OF WITNESS
 2          I, DINUKA SAMARASINGHE, do hereby certify
 3      that the foregoing testimony given by me on
 4      June 9, 2021, is true and accurate,
 5      including any corrections noted on the
 6      corrections page, to the best of my knowledge
 7      and belief.
 8
 9
10                    _____
                            DINUKA SAMARASINGHE
11
12          At  _____ in said County
13  of _____ , this _____ day
14  of _____ , 2021, personally
15  appeared DINUKA SAMARASINGHE, and he made an oath
16  to the truth of the foregoing corrections by him
17  subscribed.
18
19          Before me, _____ , Notary
20  Public.  My commission expires _____ .
21
22
23
24
25
                                                      316
```

```
 1    STATE OF NEW YORK          )
                                        ss:
 2    COUNTY OF NEW YORK         )

 3                    C E R T I F I C A T E

 4         I, CHERYLL KERR, CSR, a Notary Public

 5    within and for the State of New York, do hereby

 6    certify that the witness whose deposition is

 7    hereinbefore set forth, was duly sworn by me,

 8    and that such deposition is a true record of the

 9    testimony given by such witness.

10         I further certify that I am not related to

11    any of the parties to this action by blood or

12    marriage; and that I am in no way interested in

13    the outcome of this matter.

14         IN WITNESS WHEREOF, I have hereunto set my

15    hand this 11th day of June, 2021.

16

17

18    _____

19              CHERYLL KERR, CSR

20

21

22

23

24

25
```

```
 1                    ERRATA SHEET
 2  Deposition of: DINUKA SAMARASINGHE
    Date taken:  JUNE 9, 2021
 3  Case: SEC vs. RIPPLE LABS, INC., et al.
    PAGE LINE
 4  _____ _____  CHANGE: _____
                 REASON: _____
 5
             CHANGE: _____
 6  _____ _____  REASON: _____
 7  _____ _____  CHANGE: _____
                 REASON: _____
 8
             CHANGE: _____
 9  _____ _____  REASON: _____
10  _____ _____  CHANGE: _____
                 REASON: _____
11
             CHANGE: _____
12  _____ _____  REASON: _____
13  _____ _____  CHANGE: _____
                 REASON: _____
14
             CHANGE: _____
15  _____ _____  REASON: _____
16  _____ _____  CHANGE: _____
                 REASON: _____
17
             CHANGE: _____
18  _____ _____  REASON: _____
19  _____ _____  CHANGE: _____
                 REASON: _____
20
             CHANGE: _____
21  _____ _____  REASON: _____
22  _____ _____  CHANGE: _____
                 REASON: _____
23
24
    Signed  _____
25  Dated   _____
                                              318
```