# Exhibit 9

```
 1              UNITED STATES DISTRICT COURT
 2            SOUTHERN DISTRICT OF NEW YORK
 3
 4  SECURITIES AND EXCHANGE          )
    COMMISSION,                      )
 5                                   )
                   Plaintiff,        ) Case No.:
 6          v.                       ) 20-Civ-10832(AT)(SN)
                                     )
 7  RIPPLE LABS, INC., BRADLEY       )
    GARLINGHOUSE, and CHRISTIAN      )
 8  LARSEN,                          )
                                     )
 9              Defendants.          )
    _____)
10
11
12              **CONFIDENTIAL**
13
14          VIDEOTAPED DEPOSITION OF
15                ASHEESH BIRLA
16          Wednesday, June 23, 2021
17
18
19
20
21
22
23
    Reported by:
24  BRIDGET LOMBARDOZZI,
    CSR, RMR, CRR, CLR
25  Job No. 210623BLO
```

1

```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF NEW YORK
 3
 4   SECURITIES AND EXCHANGE          )
     COMMISSION,                      )
 5                                    )
                       Plaintiff,     ) Case No.:
 6          v.                        ) 20-Civ-10832(AT)(SN)
                                      )
 7   RIPPLE LABS, INC., BRADLEY       )
     GARLINGHOUSE, and CHRISTIAN      )
 8   LARSEN,                          )
                                      )
 9                     Defendants.    )
     _____ )
10
11
12
13
14
15          Videotaped deposition of ASHEESH BIRLA taken on
16   behalf of Plaintiff, held at the offices of Debevoise &
17   Plimpton, 919 Third Avenue, New York, New York,
18   commencing at 9:21 a.m. and ending at 6:49 p.m., on
19   Wednesday, June 23, 2021, before Bridget Lombardozzi,
20   CCR, RMR, CRR, CLR, and Notary Public of the States
21   of New York and New Jersey, pursuant to notice.
22
23
24
25
```

2

```
 1    A  P  P  E  A  R  A  N  C  E  S  (Via Remote where indicated):

 2

 3    For the Plaintiff:

 4

 5

 6         UNITED STATES SECURITIES AND EXCHANGE COMMISSION

 7         NEW YORK REGIONAL OFFICE

 8         BY:  BENJAMIN HANAUER, ESQUIRE

 9              JORGE G. TENREIRO, ESQUIRE

10              MARK SYLVESTER, ESQUIRE

11         200 Vesey Street

12         Suite 400

13         New York, New York  10281-1022

14         Telephone:  212.336.1060

15         Email:    tenreiroj@sec.gov

16                   hanauerb@sec.gov

17                   sylvesterm@sec.gov

18

19

20

21

22

23

24

25
```

3

```
 1   A P P E A R A N C E S (Continued):

 2

 3   For Defendant Ripple Labs Inc.:

 4

 5           DEBEVOISE & PLIMPTON LLP

 6           BY:  LISA ZORNBERG, ESQUIRE

 7                ANNA GRESSEL, ESQUIRE

 8           919 Third Avenue

 9           New York, New York  10022

10           Telephone:  212.909.6000

11           E-Mail:  Lzornberg@debevoise.com

12                    argressel@debevoise.com

13

14                    -and-

15

16           KELLOGG, HANSEN, TODD, FIGEL & FREDERICK PLLC

17           BY:  LILLIAN V. SMITH, ESQUIRE (Remote)

18           Sumner Square

19           1615 M Street, N.W.

20           Suite 400

21           Washington, D.C.  20036

22           Telephone:  202.326.7999

23           E-mail:  Lsmith@kellogghansen.com

24

25
```

4

```
 1   A P P E A R A N C E S (Continued)

 2

 3   For Defendant Bradley Garlinghouse:

 4

 5            CLEARY GOTTLIEB STEEN & HAMILTON

 6            BY:  MATTHEW C. SOLOMON, ESQUIRE

 7                 JACKIE M. BRUNE, ESQUIRE (Remote)

 8                 CALEB ROBERTSON, ESQUIRE

 9            2112 Pennsylvania Avenue, NW

10            Washington, D.C.  20037

11            Telephone:  202.974.1500

12            E-mail:  Msolomon@cgsh.com

13                     jbrune@cgsh.com

14                     crobertson@cgsh.com

15

16   For Defendant Christian A. Larsen:

17

18            PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

19            By:  SARAH PROSTKO, ESQUIRE

20                 MEREDITH DEARBORN, ESQUIRE (Remote)

21            1285 Avenue of the Americas

22            New York, New York  10019-6064

23            Telephone:  212.373.2491

24            E-mail:  sprostko@paulweiss.com

25                     mdearborn@paulweiss.com
```

5

```
 1   A P P E A R A N C E S (Continued):

 2

 3   For the Witness:

 4

 5           KAPLAN HECKER & FINK LLP

 6           BY:  SEAN HECKER, ESQUIRE

 7                JUSTIN R. HORTON, ESQUIRE

 8           350 Fifth Avenue

 9           Suite 7110

10           New York, New York  10018

11           Telephone:  646.889.3906

12           E:mail:  shecker@kaplanhecker.com

13                    jhorton@kaplanhecker.com

14

15   ALSO PRESENT:

16

17           ██████████████, Ripple

18           ERIC NOLAN, Videographer

             Shereck Video Service

19

20

21

22

23

24

25
```

6

```
 1                        INDEX
 2   WITNESS            EXAMINATION          PAGE
 3   ASHEESH BIRLA
 4                   BY MR. HANAUER           15
 5                   BY MS. ZORNBERG         246
 6
 7
 8                      EXHIBITS
     SEC-AB
 9   NUMBER              DESCRIPTION          PAGE
10
11   Exhibit AB-5 Printout of Slack messages  56
12               from April 2015
13               RPLI_SEC 0302577-79
14
15   Exhibit AB-6 String of e-mails dated    130
16               June 3, 2015
17               RPLI_SEC 0462305-06
18
19   Exhibit AB-7 String of e-mails dated    133
20               June 11-12, 2015
21               RPLI_SEC 0077378-80
22
23   Exhibit AB-8 2/19/16 E-mail from  ████  115
24               with attachments
25               RPLI_SEC 0364717-41
```

7

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
 1                          EXHIBITS
 2      SEC-AB
        NUMBER              DESCRIPTION              PAGE
 3
 4      Exhibit AB-9    6/26/16 E-mail from Birla     143
 5                      to Griffin, re XRP
 6                      RPLI_SEC 0042714-15
 7
 8      Exhibit AB-10   String of e-mails dated       148
 9                      September 12-13, 2016
10                      RPLI_SEC 0378104-06
11
12      Exhibit AB-11   10/3/16 E-mail from ██████    84
13                      to Griffin, ███████
14                      RPLI_SEC 0040742
15
16      Exhibit AB-15   String of e-mails dated       88
17                      March 2-3, 2017
18                      RPLI_SEC 0352731-32
19
20      Exhibit AB-18   String of e-mails dated       97
21                      April 7-9, 2017
22                      RPLI_SEC 0352161-64
23
24
25

                                                       8
```

```
 1                            EXHIBITS
 2     SEC-AB
       NUMBER                    DESCRIPTION              PAGE
 3
 4     Exhibit AB-19  String of e-mails dated             153
 5                    April 13, 2017
 6                    RPLI_SEC 0018282
 7
 8     Exhibit AB-21  String of e-mails dated             184
 9                    May 2-3, 2017
10                    RPLI_SEC 0031435-36
11
12     Exhibit AB-22  5/12/17 E-mail from Birla            65
13                    to ██████████, et als
14                    RPLI_SEC 0403585
15
16     Exhibit AB-23  String of e-mails dated             187
17                    November 27, 2017
18                    RPLI_SEC 0026664
19
20     Exhibit AB-24  String of e-mails dated             155
21                    November 29, 2017
22                    ██████0044098-99
23
24
25

                                                            9
```

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
1                         EXHIBITS

2    SEC-AB

     NUMBER              DESCRIPTION              PAGE

3

4    Exhibit AB-25  12/7/17 E-mail from ██████      29

5                   with attachments

6                   RPLI_SEC 0376173-76

7

8    Exhibit AB-27  String of e-mails dated        107

9                   December 22, 2017

10                  RPLI_SEC 0512337

11

12   Exhibit AB-29  String of e-mails dated        70

13                  June 20-26, 2018

14                  RPLI_SEC 0261294-97

15

16   Exhibit AB-30  String of e-mails dated        33

17                  8/20/18 with attachment

18                  RPLI_SEC 0439284-88

19

20   Exhibit AB-32  String of e-mails dated        35

21                  October 18-30, 2018 with

22                  attachment

23                  RPLI_SEC 0081034-40

24

25

                                                    10
```

```
 1                        EXHIBITS
 2    SEC-AB
      NUMBER              DESCRIPTION              PAGE
 3

 4    Exhibit AB-37  7/23/19 E-mail from Birla      177
 5                   to product managers
 6                   RPLI_SEC 0200714-17
 7

 8    Exhibit AB-42  String of e-mails dated        160
 9                   January 7-8, 2020
10                   RPLI_SEC 0582869-70
11

12    Exhibit AB-46  Twitter Thread dated           234
13                   February 25, 2020
14                   NO BATES, 1 page
15

16    Exhibit AB-50  7/3/20 E-mail from ████        170
17                   to Birla, et al
18                   RPLI_SEC 0505553
19

20

21

22

23

24

25

                                                     11
```

```
 1                DEPOSITION SUPPORT INDEX

 2

 3   DIRECTION TO WITNESS NOT TO ANSWER

 4     Page   Line

 5      - -none- -

 6

 7

 8   STIPULATIONS

 9     Page   Line

10     14     8

11     17     4

12     17    13

13

14

15   QUESTIONS MARKED

16     Page   Line

17      - -none- -

18

19

20   REQUEST FOR DOCUMENTS

21     Page    Line

22      - -none- -

23

24

25

                                           12
```

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
 1                   -   -   -
 2               9:21 a.m.
 3            June 23, 2021
 4                   -   -   -
 5               THE VIDEOGRAPHER:  Good morning.
 6       Today is Wednesday, June 23rd.  The time
 7       on the video monitor is now 9:21 a.m.
 8       We're here in New York City for the video
 9       deposition of Miss -- Mr. Asheesh Birla.
10       Please note that all microphones are
11       sensitive, pick up whispering, private
12       conversations and cell phone interference.
13       We ask you to please turn off all cell
14       phones, place them away from the
15       microphones as they can interfere with
16       deposition audio and video recording.
17       Audio and video recording will need to
18       take place unless all parties agree to go
19       off the video record.
20               This is Media Unit Number 1 of
21       today's recorded video deposition of
22       Mr. Asheesh Birla taken in the matter of
23       SEC, Securities and Exchange Commission,
24       versus Ripple -- Ripple Labs, Inc., et
25       al., filed in the U.S. District, Southern
```

09:21:57 (line 10)
09:22:05 (line 15)
09:22:16 (line 20)
09:22:35 (line 25)

13

|          |    |                                              |
|----------|----|----------------------------------------------|
| 09:22:39 | 1  | District of New York Court with the case     |
|          | 2  | index file docket number of                  |
|          | 3  | 20-civ-10832(AT)(SN).                        |
|          | 4  | Today's deposition is being                  |
| 09:22:53 | 5  | recorded at the law firm of -- offices of    |
|          | 6  | Debevoise Plimpton at 919 Third Avenue,      |
|          | 7  | New York, New York.                          |
|          | 8  | I'm your videographer today,                 |
|          | 9  | Eric Nolan, with Sheretz Video.  And         |
| 09:23:08 | 10 | today's Madam Court Reporter is              |
|          | 11 | Ms. Bridget Lombardozzi with Gradillas       |
|          | 12 | Court Reporters.                             |
|          | 13 | Please neat -- note that neither             |
|          | 14 | myself nor Ms. Court Reporter Lombardozzi    |
| 09:23:21 | 15 | are related to any party in this action      |
|          | 16 | or financially interested in the             |
|          | 17 | financial outcome of this case.              |
|          | 18 | At this time we typically have               |
|          | 19 | all counsel present in the room and          |
| 09:23:29 | 20 | anyone attending remotely please enter       |
|          | 21 | their appearance, but per previous           |
|          | 22 | agreement and stipulation, all               |
|          | 23 | appearances will be provided via the         |
|          | 24 | written record provided by the court         |
| 09:23:40 | 25 | reporter.                                    |

14

```
09:23:43   1                    At this time we'd ask the court
           2           reporter to please swear in the witness,
           3           after which we may proceed.
           4                    We are now on the video record.
09:23:53   5                    A S H E E S H   B I R L A,
           6           having been duly sworn, was examined and
           7           testified as follows:
           8                    THE WITNESS:  Yes.
           9                    THE REPORTER:  Thank you.
09:24:04  10                    You may proceed.
          11                    MS. ZORNBERG:  Sir, did you note
          12           the time for the record?
          13                    THE VIDEOGRAPHER:  Yes.  The time
          14           on the video monitor is now 9:24 a.m.
09:24:16  15                    MS. ZORNBERG:  Thank you.
          16                    DIRECT-EXAMINATION
          17   BY MR. HANAUER:
          18       Q.   Sir, can you please state and spell your
          19   name for the record?
09:24:22  20       A.   My name is Asheesh Birla.  First name
          21   Asheesh, A-S-H-E-E-S-H, last name Birla,
          22   B-I-R-L-A.
          23       Q.   Good morning, Mr. Birla.  My name is Ben
          24   Hanauer.  I represent the SEC, which is the
09:24:44  25   plaintiff in this lawsuit.
```

15

09:24:45   1            Is there any reason that you cannot give
          2   accurate deposition testimony today?
          3       A.   No.
          4       Q.   How many preparation sessions did you
09:24:50   5   have for today's deposition?
          6       A.   I don't know for certain, but around
          7   four -- four to five.
          8       Q.   And if you had to estimate the total
          9   amount of time you spent preparing for today's
09:25:06  10   deposition, what amount of time would that be?
         11       A.   Ten -- ten to twenty hours around.
         12       Q.   In total?
         13       A.   In total.
         14       Q.   And you provided testimony to the SEC in
09:25:22  15   the investigation that preceded this lawsuit?
         16       A.   Yes, that is correct.
         17       Q.   And that testimony was on or around
         18   December 5th, 2019?
         19       A.   Yes, I believe so.
09:25:37  20       Q.   Have you been deposed or provided
         21   testimony in a legal proceeding since then?
         22       A.   No.
         23       Q.   And besides your testimony and your
         24   deposition today and when I briefly introduced
09:25:54  25   myself to you in the elevator this morning, have

                                                          16

09:25:57 1  you communicated with anyone at the SEC, its

2  Commissioners or its staff?

3      A.   No.

4            MS. ZORNBERG:  Mr. Hanauer, if I

09:26:09 5       could just put on the record a stipulation

6       at this point for the parties.  We've

7       agreed, as in prior depositions, that an

8       objection to a question by any one of the

9       defense counsel or by Mr. Birla's

09:26:22 10      individual counsel here today will suffice

11      to preserve the objection for all

12      defend -- defendants in the action.

13            Also, I just would note for the

14      record our request to designate the

09:26:32 15      transcript as confidential.

16            MR. HANAUER:  Thank you.  And

17      agreed to your stipulation.

18            MS. ZORNBERG:  Thank you.

19  BY MR. HANAUER:

09:26:41 20      Q.   And, Mr. Birla -- am I saying your name

21  right?

22      A.   Yes.

23      Q.   Okay.  Thank you.

24            Mr. Birla, do you understand that one of

09:26:47 25  the issues in this lawsuit is whether XRP is a

                                                           17

```
09:26:53   1    security and subject to SEC jurisdiction?

           2         A.    Yes.

           3         Q.    Are you aware of anyone affiliated with

           4    the SEC communicating to Ripple that XRP is not a

09:27:09   5    security?

           6         A.    Not to my knowledge.

           7         Q.    And if I refer to "Ripple," I'm

           8    referring to Ripple Labs, Inc.

           9               Do you understand that?

09:27:27  10         A.    Yes, I do.

          11         Q.    You started at Ripple in September of

          12    2013?

          13         A.    Yes.

          14         Q.    Are you one of Ripple's longest-tenured

09:27:36  15    employees?

          16         A.    Yes, I am.

          17         Q.    And what is your current title?

          18         A.    General manager of RippleNet.

          19         Q.    And how long have you held that title?

09:27:54  20         A.    Around -- around ten months, I believe.

          21         Q.    And what are your current

          22    responsibilities?

          23         A.    Current -- my current responsibilities

          24    include product management, sales, something

09:28:20  25    called customer success, which is the delivery of
```

18

09:28:23   1   the product and integration into our customers and
           2   partners.  And then -- yeah, those are my main
           3   responsibilities.
           4       Q.   And what was your title before you
09:28:37   5   became the general manager of RippleNet?
           6       A.   For a brief time, my title was -- can
           7   you -- just prior to general manager of RippleNet
           8   or --
           9       Q.   Yeah.  You told me that ten months ago
09:28:56  10   you got a new title and I'm asking you what your
          11   title was before it changed to the current one.
          12       A.   Right before it was changed to general
          13   manager of RippleNet, my title was vice president
          14   of product and corporate development.
09:29:10  15       Q.   And did you have different
          16   responsibilities in that role than you do
          17   currently?
          18       A.   Yes, I did.
          19       Q.   Could you tell us about that, please?
09:29:20  20       A.   I managed product management.  And
          21   product management is a function that worked with
          22   customers, identified customer problems, and then
          23   developed software applications to solve those
          24   customer problems with a product team and a
09:29:42  25   engineering team.

                                                                19

09:29:45   1          Engineering team does not report into

            2   the product function, but you -- you influence,

            3   help organize and prioritize different feature

            4   sets for product development.

09:29:58   5          Corporate development in that role was

            6   helping identify investments that Ripple could

            7   make to help further the -- the product and

            8   RippleNet as a whole.

            9       Q.   And -- and when you just described about

09:30:21  10   managing investments, that's a responsibility you

           11   had prior to your job change ten months ago or

           12   that's a responsibility you have now?

           13       A.   That's not a responsibility I have now.

           14   I had it for a brief period prior to becoming

09:30:37  15   general manager.

           16       Q.   And so maybe this is a -- a good way to

           17   try this.

           18          Can you tell us how your job

           19   responsibilities have changed since you provided

09:30:46  20   testimony to the SEC in December 2019?

           21       A.   I don't exactly remember the dates of

           22   the new title, but for -- I believe at the time

           23   that I provided testimony, I was a senior vice

           24   president of product and pretty much managed the

09:31:11  25   product -- product function.

                                                          20

09:31:13  1            Then after I believe I gave testimony, I

2      don't know the exact timing, but maybe six months

3      after, the corporate development function was

4      added for a brief period.

09:31:26  5            And then I believe the -- the timing was

6      around August of 2020-ish, I was -- my role

7      changed.  Corporate development was -- moved on to

8      another part of the organization.  And I then

9      became the general manager of RippleNet.

09:31:49 10       Q.   Who do you currently report to?

11       A.   I report to Brad Garlinghouse.

12       Q.   And Mr. Garlinghouse is Ripple's CEO?

13       A.   That is correct.

14       Q.   And how long have you reported directly

09:32:06 15      to Mr. Garlinghouse?

16       A.   More than -- I believe more than five

17      years.

18       Q.   And who did you report to before

19      Mr. Garlinghouse?

09:32:29 20       A.   Can you repeat the question, please?

21            MR. HANAUER:  Can you please read

22        back the question?

23            (Whereupon, the record was read

24        back.)

09:32:39 25       A.   I reported to Chris Larsen.

21

```
09:32:42   1          Q.    And at the time you reported to
           2    Mr. Larsen, was he Ripple's CEO?
           3          A.    Yes, I believe so.
           4          Q.    Do you consider yourself to be a Ripple
09:32:56   5    senior executive?
           6          A.    Yes.
           7          Q.    And how long have you considered
           8    yourself to be a senior Ripple executive?
           9          A.    During most of my tenure at Ripple.
09:33:15  10          Q.    Since 2015?
          11          A.    Since 2015.
          12          Q.    Are you a Ripple board member?
          13          A.    I am not a Ripple board member.
          14          Q.    Do you regularly -- regularly attend
09:33:29  15    Ripple board meetings?
          16          A.    I -- I attend a portion of the board
          17    meeting on a regular basis.
          18          Q.    And what portion is that?
          19          A.    The product -- the product development
09:33:44  20    portion of the board -- board meeting.
          21          Q.    So you basically come into the board
          22    meeting, give a presentation about the -- the
          23    function that you manage, and then you leave?
          24                MR. HECKER:  Objection to form.
09:33:59  25                You can answer.
```

22

09:34:07  1         A.   I may stay for a few other slides and

       2    during a natural break, you know, I'll -- I'll

       3    depart.  But most of the time that I'm there, I'm

       4    there to serve the purpose to inform the board

09:34:20  5    about product development.

       6         Q.   Have you attended portions of Ripple

       7    board meetings where financial matters are

       8    discussed?

       9              MS. ZORNBERG:  Object to form.

09:34:36 10              You can answer.

      11         A.   If there's not a natural break, there

      12    may be a few slides that I stick around for, but

      13    we tend to -- to avoid disruptions in the board

      14    and people shuffling in and out, I usually leave

09:34:54 15    at a natural break.  Sometimes that natural break

      16    comes after the financial section; sometimes it

      17    comes before the financial section.

      18         Q.   Are you a Ripple shareholder?

      19         A.   Yes, I am.

09:35:07 20         Q.   Since when?

      21         A.   I don't know the exact dates.  It's --

      22    it's likely one year after I started at Ripple.

      23         Q.   So like 2014/2015?

      24         A.   That's -- I believe that to be correct.

09:35:43 25         Q.   And how much Ripple shares do you own?

                                                            23

09:35:47  1        A.   I don't -- I don't recall the exact

       2   amount, but there's been some, you know, splits in

       3   the shares and so forth since I was provided my

       4   grant.  So I'm not really sure the exact amount,

09:36:04  5   but it's somewhere -- somewhere between ███ and

       6   █████████    shares.

       7        Q.   And have you received Ripple shares

       8   since the first initial grant you received?

       9        A.   Yes, I believe so.

09:36:31 10        Q.   Can you tell us about the instances

      11   where you received Ripple shares?

      12        A.   Just for background, shares are usually

      13   on a ████-year vest.  And with a lot of Silicon

      14   Valley companies and tech companies, you're

09:36:50 15   provided what is known as a refresh grant before

      16   your ████ years are -- are up.  I believe I

      17   received at least one refresh grant somewhere

      18   around 2017.  I believe that was my first refresh

      19   grant.

09:37:16 20        Q.   Have you received a refresh grant since

      21   then?

      22        A.   I don't know for certain, but I don't

      23   believe so.

      24        Q.   And have you ever received Ripple stock

09:37:32 25   options?

                                                          24

09:37:39   1        A.    Well, to be clear, the initial

           2   allocation and the refresh grant are stock

           3   options.

           4        Q.    And for either of those grants, have you

09:37:55   5   exercised the options and purchased Ripple shares?

           6        A.    I have -- yes, I have purchased -- I've

           7   exercised the option.

           8        Q.    Both times?  Both grants?

           9        A.    That's not -- the mechanics of

09:38:16  10   exercising options do not depend on, like, the

          11   grants, but I've -- I have exercised a number of

          12   my options that I've -- I've received.

          13        Q.    What is your understanding of how much

          14   your Ripple stock is currently worth?

09:38:57  15        A.    I don't -- I don't track the Ripple

          16   stock very closely.  It's -- it's -- I've heard of

          17   ranges between ██████ and ██████ per share.

          18        Q.    Is Ripple publicly traded?

          19        A.    No, Ripple is not publicly traded.

09:39:28  20        Q.    So is it accurate that one of the roles

          21   you've -- is it accurate that one of the roles

          22   you've held at Ripple is managing the development

          23   of Ripple's products?

          24        A.    Yes, that is correct.

09:39:48  25        Q.    And you have also acted as a spokesman

                                                              25

09:39:50  1    or a spokesperson for Ripple?

        2                    MR. HECKER:  Objection to form.

        3                    You can answer.

        4         A.    I -- I didn't have a formal title as

09:40:02  5    spokesperson, but I -- I spoke to press and other

        6    media as part of my role.

        7         Q.    And that's something you've done since

        8    you started at Ripple?

        9                    MR. HECKER:  Objection to form.

09:40:15 10                    You can answer.

       11         A.    I -- I don't remember when I started

       12    providing input into media, but it wasn't -- I

       13    don't believe it was when I started.

       14         Q.    By 2015 were you making public

09:40:39 15    announcements about Ripple's products?

       16                    MR. HECKER:  Objection to form.

       17         A.    Around 2015 I believe I started to talk

       18    a little bit about not only, you know, Ripple

       19    products but cryptocurrencies and blockchain

09:41:01 20    technology.  I don't know of exact timing, but

       21    somewhere around 2015 seems right.

       22         Q.    And since 2015 you've been providing

       23    interviews to the media on behalf of Ripple?

       24         A.    I don't -- I don't know if it's

09:41:20 25    around -- somewhere around 2015 I've -- I believe

                                                              26

09:41:22  1    I was providing interviews on behalf of Ripple.

          2         Q.   I do not want to get into the specifics

          3    of any communications you've had with an attorney,

          4    but have you received guidance from attorneys

09:41:41  5    about how to talk about Ripple and XRP when

          6    speaking to the media?

          7               MR. HECKER:  I'm going to object

          8         and instruct the witness that -- that

          9         question I think you can answer just yes

09:41:53 10         or no and then see if he has a follow-up

         11         question.

         12               And the question, if you

         13         rephrase it, is just around the topic?

         14         Whether he had discussions with counsel

09:42:03 15         about the topic of speaking to the media?

         16               MR. HANAUER:  Guidance from

         17         attorneys about how to talk about Ripple

         18         and XRP when speaking to the media.

         19               MR. HECKER:  And you're -- you're

09:42:15 20         expressly asking him about whether he's

         21         had discussions with counsel about that

         22         topic?

         23               MR. HANAUER:  Correct.

         24               MR. HECKER:  Okay.  So that's

09:42:22 25         just a yes or a no answer to that

                                                              27

09:42:24   1         question.

            2         A.    No.

            3         Q.    You've received guidance from

            4   nonattorneys about how to talk about Ripple and

09:42:37   5   XRP when acting as a Ripple spokesperson?

            6               MR. HECKER:   Objection to form.

            7         A.    Can you repeat the question, please?

            8               (Whereupon, the record was read back.)

            9               MS. ZORNBERG:   Object to form.

09:43:13  10         A.    From my recollection, I -- I'm provided

           11   a -- a brief prior to some media engagements that

           12   go -- go through bullet points of how to describe

           13   Ripple products and the problems they solve for --

           14   for customers.

09:43:35  15         Q.    And that briefing you -- you just

           16   described, you've received that from nonattorney

           17   personnel at Ripple?

           18         A.    Yes, I believe so.

           19         Q.    And you've also received similar

09:43:48  20   guidance from the ███ public relations firm?

           21               MS. ZORNBERG:   Object to form.

           22         A.    At Ripple we use a -- a tool called

           23   Google Docs and it's unclear if -- I'm not certain

           24   if -- if ███ provided input into that document

09:44:11  25   or that was, you know, mostly provided by our

                                                              28

| | | |
|---|---|---|
| 09:44:18 | 1 | Ripple communications team. |
| | 2 | Q.   Do you understand that ███████ has |
| | 3 | provided public relations guidance to Ripple and |
| | 4 | its employees? |
| 09:44:29 | 5 | A.   Yes, I understand that. |
| | 6 | Q.   One of the issues you received guidance |
| | 7 | on from nonattorneys is about talking about XRP |
| | 8 | not being a security subject to regulation by the |
| | 9 | SEC? |
| 09:44:45 | 10 | MR. HECKER:   Objection to form; |
| | 11 | foundation. |
| | 12 | A.   Yes, I believe so. |
| | 13 | Q.   When did you start receiving guidance |
| | 14 | about how to talk about Ripple and XRP as they |
| 09:45:09 | 15 | relate to the SEC? |
| | 16 | MR. HECKER:   Objection to form. |
| | 17 | A.   Well, on -- on the Ripple side, I |
| | 18 | don't -- I don't remember receiving, you know, |
| | 19 | guidance on -- on -- on the SEC matter.  I don't |
| 09:45:43 | 20 | exactly remember the -- the dates.  Perhaps 18 |
| | 21 | months ago?  I'm not a -- I'm not a hundred |
| | 22 | percent clear on the dates. |
| | 23 | (Whereupon, exhibit is presented and |
| | 24 | marked SEC Birla Exhibit AB-25 for |
| 09:46:04 | 25 | identification.) |

29

```
09:46:04   1    BY MR. HANAUER:
           2        Q.   Mr. Birla, I am passing you a document
           3    that's been marked as Exhibit AB-25 beginning with
           4    the Bates number that ends in 173.
09:46:33   5             Is Exhibit 25 an e-mail you received
           6    from Ms. ███████████ on --
           7                  UNIDENTIFIED SPEAKER:   This
           8         meeting is being recorded.
           9        Q.   Mr. Birla, is Exhibit 25 an e-mail you
09:46:49  10    received from ███████████ on December 7th, 2017,
          11    and its attachment?
          12        A.   I believe so, yes.
          13        Q.   And who is ███████████?
          14        A.   ███████████ was the former vice
09:47:17  15    president of People.  "People" is a term that
          16    encompasses the human resource function.
          17        Q.   And do you see how Ms. ███████ writes
          18    "Hi, all.  Thank you for volunteering to deliver
          19    the Ripple pitch"?
09:47:37  20        A.   I see that, yes.
          21        Q.   What is your understanding of the
          22    "Ripple pitch" that Ms. ███████ is referring to?
          23        A.   I don't know.
          24        Q.   Do you see how the attachment to the
09:47:50  25    e-mail in Exhibit AB-25 is a document titled
```

30

```
09:47:56   1    "General Media Training FAQ"?
           2         A.    Yes, I see that.
           3         Q.    And this general meeting training FAQ is
           4    a document for Ripple spokepersons to con --
09:48:11   5    consult before speaking with the media?
           6                 MS. ZORNBERG:  Object to form.
           7          And do you want to give him time to read
           8          the document?  You haven't even laid a
           9          foundation as to his familiarity with it.
09:48:24  10                 MS. GRESSEL:  Also, can the
          11          exhibit be sent to the remote attendees?
          12                 THE REPORTER:  I -- I can't hear
          13          you.
          14                 MS. GRESSEL:  I was just asking
09:48:32  15          if the exhibit could be sent to the remote
          16          attendees.
          17                 MR. TENREIRO:  Nicole, this is
          18          Jorge.  If you can hear me, can you send
          19          it to the e-mail I provided to, I think,
09:48:41  20          Mr. Marcus?
          21                 MS. FORBES:  I already did.
          22                 MR. TENREIRO:  So, Anna, she did.
          23          D.J. Marcus.
          24                 MR. MARCUS:  I just received it.
09:48:52  25          Thank you.
```

                                                          31

```
09:48:52   1              MR. TENREIRO:  Thank you, Nicole.
           2    BY MR. HANAUER:
           3         Q.   And, sir, I don't think you need to
           4    review -- read every word of the -- the document
09:49:02   5    to answer my question, but certainly take as much
           6    time as -- as you're comfortable with.
           7              MR. HECKER:  Yeah, I object to
           8         the predicate.  If you're going to point
           9         him to something in particular, then, you
09:49:11  10         know, he can familiarize himself
          11         generally.  But if you're just going to
          12         ask him to look at it, he should look at
          13         it unless he's familiar with it.
          14              MR. HANAUER:  Madam Court
09:50:33  15         Reporter, can you please read back the
          16         question before the objections were
          17         lodged?
          18              MR. HECKER:  I assume you don't
          19         mean the last question.  You mean the one
09:50:41  20         before that.
          21              MR. HANAUER:  Before the
          22         objections were lodged.
          23              (Whereupon, the record was read
          24         back.)
09:51:03  25              MR. HECKER:  Objection to form;
```

                                                    32

09:51:05   1              foundation.

           2     BY MR. HANAUER:

           3          Q.    You can answer the question.

           4          A.    So is the question is this a general

09:51:16   5     media training document?

           6          Q.    The question is, is this document

           7     something that Ripple spokepersons were supposed

           8     to consult before speaking with the media?

           9                  MR. HECKER:   Objection to form;

09:51:33  10              foundation.

          11          A.    I believe so.

          12          Q.    And this general media training FAQ is

          13     an example of the guidance you received about how

          14     to talk about Ripple and XRP?

09:51:55  15                  MS. ZORNBERG:   Objection; lack of

          16              foundation.

          17          A.    We received different kinds of

          18     bulletins.  I'm not familiar with this bulletin,

          19     but, yeah, we received, you know, different kinds

09:52:16  20     of bulletins and backgrounds for media

          21     engagements.

          22                  (Whereupon, exhibit is presented and

          23     marked SEC Birla Exhibit AB-30 for

          24     identification.)

09:52:27  25                  MR. TENREIRO:   Nicole, Exhibit

                                                               33

| | | |
|---|---|---|
| 09:52:31 | 1 | 30. |
| | 2 | MR. HANAUER:  I just passed to |
| | 3 | Mr. Birla a document marked -- an exhibit |
| | 4 | marked AB-30 beginning with the Bates |
| 09:52:44 | 5 | number ending in 9284. |
| | 6 | BY MR. HANAUER: |
| | 7 | Q.  And, Mr. Birla, is Exhibit AB-30 an |
| | 8 | e-mail you received from ███████████ on August |
| | 9 | 20th, 2018, as well as the attachment to the |
| 09:53:18 | 10 | e-mail? |
| | 11 | A.  Yes, I believe so. |
| | 12 | Q.  And who is ██████████? |
| | 13 | A.  I believe ██████████ was an |
| | 14 | employee at ████████████. |
| 09:53:41 | 15 | Q.  And Ms. ████████ is sending you briefing |
| | 16 | material in advance of an interview you did for |
| | 17 | ██████? |
| | 18 | A.  Yes, I believe so. |
| | 19 | Q.  And I would like to refer you to the |
| 09:54:04 | 20 | first page of the attachment, the one ending in |
| | 21 | Bates number 9285.  And I'd like to refer you to |
| | 22 | the third bullet point from the bottom where the |
| | 23 | document says "I saw your interview with ████████ |
| | 24 | ████, where he suggests XRP is a security." |
| 09:54:31 | 25 | Do you see that? |

34

```
09:54:32   1        A.   I -- I do see that.
           2        Q.   And could you please just read to
           3   yourself that bullet point and the next three
           4   bullet points?
09:55:26   5             (Pause)
           6        Q.   What you just read is an example of
           7   guidance you received about talking about XRP in a
           8   way that suggests it is not a security, correct?
           9             MS. ZORNBERG:  Object to form.
09:55:50  10        A.   Can you repeat the question, please?
          11             (Whereupon, the record was read back.)
          12        A.   Yes, I believe that is true.
          13             MR. TENREIRO:  Thirty-two,
          14         Nicole.
09:56:31  15             (Whereupon, exhibit is presented and
          16   marked SEC Birla Exhibit AB-32 for
          17   identification.)
          18   BY MR. HANAUER:
          19        Q.   Mr. Birla, I just passed you a document
09:56:36  20   marked Exhibit AB-32 which starts with the Bates
          21   number 10 --  ending in 1034.
          22             MR. HECKER:  Do the remote
          23         participants have it?
          24             MR. TENREIRO:  I'm sure it's on
09:56:57  25         its way.
```

35

09:57:00   1                    MS. DEARBORN:  Not yet.
           2     BY MR. HANAUER:
           3          Q.   And, Mr. Birla, is Exhibit AB-32 an
           4     e-mail that was ending in a chain that was sent
09:57:24   5     from Monica Long to ███████, you and others on
           6     October 30th, 2018?
           7                    MR. HECKER:  Objection to form.
           8          A.   Yes, I believe so.
           9          Q.   And who are ████████ and Monica Long?
09:57:54  10          A.   Monica Long is an employee at Ripple and
          11     ████████ is an entrepreneur.
          12          Q.   Did ████████ ever work at Ripple?
          13          A.   She was a -- at one point a board
          14     member.
09:58:18  15          Q.   A Ripple board member?
          16          A.   A Ripple board member.
          17          Q.   Was she a Ripple board member in October
          18     2018?
          19          A.   I don't know for certain.
09:58:37  20          Q.   And do you see how in the second e-mail
          21     from the top on Exhibit 32, ████████ is asking
          22     Monica for a copy of some of Ms. Long's and your
          23     talking points?
          24          A.   I see that.
09:59:03  25          Q.   And in response to ████████ e-mail,

                                                              36

| | | |
|---|---|---|
| 09:59:08 | 1 | Ms. Long e-mails her back and includes the |
| | 2 | document attached to the e-mail in Exhibit 32? |
| | 3 | A.   Yes, that's correct. |
| | 4 | Q.   And that document begins on the page |
| 09:59:22 | 5 | with the Bates number ending 1035?  Do you see |
| | 6 | that it says ███████████? |
| | 7 | A.   I see that. |
| | 8 | Q.   And are these briefing materials you |
| | 9 | received for an interview with the ██████████ |
| 09:59:40 | 10 | ████████? |
| | 11 | MR. HECKER:  Objection to form; |
| | 12 | foundation. |
| | 13 | A.   I -- I don't believe these were -- are |
| | 14 | you asking if these were my -- my briefing |
| 09:59:59 | 15 | materials for the ███████████████████? |
| | 16 | Q.   Correct. |
| | 17 | A.   I don't remember speaking at the ██████ |
| | 18 | ██████████ conference. |
| | 19 | Q.   So ████████ refers to this document as |
| 10:00:18 | 20 | "Asheesh's talking points." |
| | 21 | MR. HECKER:  Objection to form. |
| | 22 | Q.   Do you know why she's doing that? |
| | 23 | MR. HECKER:  Objection to form. |
| | 24 | Q.   Or did you have an understanding of why |
| 10:00:29 | 25 | she did that? |

37

10:00:29   1                      MR. HECKER:  I'm sorry.

           2           Objection to form.

           3           A.    I don't know why she's asking.

           4           Q.    Have you seen these talking points

10:00:45   5    before?

           6           A.    I've seen some of these talking points,

           7    but this -- this document in particular does

           8    not -- I do not recall this document in

           9    particular.

10:01:04  10           Q.    I'd like to refer you to the page of the

          11    talking points ending with Bates number 1037.  And

          12    I'd like you to please read under the section "Hot

          13    Topics" and "Regulation."

          14                (Pause)

10:01:54  15           Q.    Do you see how it says "If pushed on

          16    commentating on whether or not XRP is a security:

          17    Ultimately, this will be up to the SEC to decide"?

          18           A.    I see that in the document, yes.

          19           Q.    And this is guidance that came from

10:02:11  20    Ripple?

          21                      MR. HECKER:  Objection to form.

          22                      MS. ZORNBERG:  Objection; lack of

          23           foundation.  He's already said he's not

          24           familiar with this document.

10:02:40  25           Q.    You can answer the question.

                                                                    38

10:02:44  1     A.   I -- I see the area in the document that

2  you're referring to, but I'm not familiar with

3  this document.  It does not look like this

4  document was prepared for me.

10:03:05  5     Q.   Was this a Ripple document?

6     A.   I'm not -- I'm not sure who prepared the

7  document, but it -- it appears to be a Ripple

8  document.

9     Q.   And did you understand in late 2018 that

10:03:27 10  the SEC could decide that it considered XRP to be

11  a security?

12          MR. HECKER:  Objection to form.

13     A.   Do you mind rephrasing the question?

14     Q.   In late 2018, did you have the

10:03:46 15  understanding that the SEC could ultimately decide

16  that it considered XRP to be a security?

17          MR. HECKER:  Same objection.

18     A.   I don't recall what I viewed in 2018

19  regarding SEC's viewpoint on whether XRP is a

10:04:10 20  security or not.

21     Q.   In 2018 were you aware that the SEC

22  could decide to sue Ripple for violating the

23  federal securities laws?

24          MR. HECKER:  Same objection.

10:04:34 25     A.   I was aware -- in 2018 I was aware of

39

10:04:37 1    the -- of a possibility, yes.

2         Q.    Since you started at Ripple, you've been

3    responsible for developing products that use XRP?

4              MR. HECKER:   Sorry.   Are we done?

10:04:55 5       We're done with this document?

6              MR. HANAUER:   Yes.   Thank you,

7       Counsel.

8         A.    Can you repeat the question, please?

9              (Whereupon, the record was read back.)

10:05:19 10        A.    Since I started at Ripple, I've

11    developed products at Ripple, some of which

12    leverage XRP.

13        Q.    So you were responsible for both

14    developing products that use XRP and developing

10:05:34 15    products that don't use XRP?

16        A.    Yes, I believe that to be correct.

17        Q.    And were those your main

18    responsibilities from the time you started at

19    Ripple?

10:05:51 20        A.    Product management at an early stage

21    company has a very vague and wide set of

22    responsibilities, but developing products was a

23    large part of those responsibilities.

24        Q.    Is a product called ODL currently

10:06:13 25    Ripple's primary product?

40

10:06:18  1          A.    ODL, which is known as -- it stands for

       2     On-Demand Liquidity, is one of Ripple's products,

       3     yes.

       4          Q.    Would you consider it to be Ripple's

10:06:29  5     primary product?

       6                MR. HECKER:  Objection to form.

       7          A.    I -- I don't believe it is the primary

       8     product.  It is one of many products that we offer

       9     in the industry.

10:06:49 10          Q.    Would you consider ODL to be one of

      11     Ripple's primary products?

      12          A.    ODL is one of Ripple's important

      13     products, yes.

      14          Q.    And ODL, when it was initially released,

10:07:11 15     it was called xRapid?

      16          A.    Over the years the precursor to ODL was

      17     called a number of different things at Ripple.

      18     One name was xRapid.  Other names were known as

      19     RPP.  That stands for Ripple -- Ripple Payment

10:07:34 20     Protocol, I believe.  And then other names --

      21     Rainmaker was another name.  There've been several

      22     others that I -- I do not recall at this moment.

      23          Q.    Why was ODL formerly called Rainmaker?

      24                MR. HECKER:  Objection to form.

10:08:05 25          A.    It was an internal code name for the --

                                                              41

10:08:07  1   the product and I don't recall the origins of the

2   name.  This was early on at the company.

3        Q.   Do you understand the term "Rainmaker"

4   to refer to a person that brings in a lot of

10:08:26  5   business or money for an organization?

6        A.   I do not.

7             MR. HECKER:  I'm sorry, the

8        transcript says I do.  Did you say I do or

9        do not?

10:08:40 10             THE WITNESS:  I do not understand

11        that.

12        Q.   So what do you understand the term to

13   mean?

14        A.   I don't understand what the term means.

10:08:50 15   I didn't understand it in that context.

16        Q.   So you have no understanding why the

17   product was given that specific name?

18        A.    It was not given that name externally.

19   It was just an internal name on documents.  A

10:09:08 20   number of our products are given internal names

21   that have origins from potentially an engineer or

22   a product person that wrote something on a

23   document and it stuck with -- with it on the

24   document.

10:09:25 25        Q.   You -- did you come up with the term

42

10:09:27  1    "Rainmaker"?

        2            A.    I don't believe so.

        3            Q.    Was xRapid the first product that Ripple

        4    sold for -- for commercial use that used XRP?

10:09:56  5            A.    The mechanics of -- of the licensing

        6    model of -- you know, to my knowledge of xRapid

        7    are such that the product isn't -- isn't licensed.

        8    From my knowledge, the underlying framework known

        9    as RippleNet is the licensed product.

10:10:28 10            Q.    Okay.  So it's my understanding that

       11    xRapid would transfer one currency to another

       12    currency using XRP to facilitate that transfer.

       13                 Is that accurate?

       14            A.    The -- yeah, the -- the way the product

10:10:51 15    works is that it facilitates the liquidity or the

       16    settlement portion from one currency to another by

       17    leveraging exchanges around the world.

       18            Q.    So in order for xRapid to work, it

       19    needed to use XRP as part of that system, correct?

10:11:15 20            A.    That is correct.

       21            Q.    Was xRapid the first product that Ripple

       22    sold for commercial use that required XRP in order

       23    for it to work?

       24            A.    I believe that the actual product that

10:11:39 25    was sold was a product known as RippleNet, which

                                                            43

10:11:46  1    is also known as xCurrent in a prior form.  And

2    the mechanics of then adding on xRapid or ODL, I

3    don't believe that is a licensed product.

4        Q.   Was xRapid the first product that Ripple

10:12:18  5    sold for commercial use that involved XRP -- or

6    that used XRP for transferring one currency to

7    another?

8              MS. ZORNBERG:  Objection; asked

9         and answered.

10:12:28 10             You can answer.

11        A.   It was the -- xRapid was the first

12    service that was commercially deployed to

13    customers of RippleNet.

14        Q.   And was xRapid the first service that

10:12:50 15    Ripple offered that required XRP in order for it

16    to work?

17              MR. HECKER:  Objection to form;

18         asked and answered.

19        A.   Well, there was, you know, the RPP

10:13:03 20    product that I mentioned earlier.  That leveraged

21    XRP.  There were early products known as the

22    RippleCard that, you know, leveraged XRP.  There

23    was the ability to hold gold called XAU that

24    leveraged the XRP ledger.

10:13:42 25              There was a product that we developed,

44

10:13:48  1   an open-source tool that we developed, known as
          2   Ripple Trade that leveraged XRP.
          3           There were, you know, various SDKs --
          4   SDKs stand for software development kits -- that
10:14:15  5   helped customers, partners, developers interface
          6   with the XRP ledger.
          7           There was a product called Ripple
          8   Connect or -- Ripple Connect, Gateway D was
          9   another name for it, that helped partners and
10:14:37 10   others issue digital assets on the -- sorry,
         11   digital assets, tokens.  They're known as IOUs.
         12   IOU is a -- is a token form on the XRP ledger.
         13   And that -- yeah, and that product, to make it
         14   easier, was called Gateway D and then Ripple
10:15:04 15   Connect after that.
         16       Q.   Did any of the products you just named
         17   require XRP in order to function properly?
         18       A.   Yes, I believe so.
         19       Q.   Which ones?
10:15:20 20       A.   Gateway D.  To create an account on the
         21   XRP ledger, you needed XRP to function.  RPP
         22   leveraged the XRP ledger and I believe the
         23   decentralized exchange.  The RippleCard -- again,
         24   the RippleCard was a credit card or -- actually, I
10:15:50 25   don't know if it's a credit card or a debit card,

                                                          45

10:15:53  1    but a credit/debit card on top of the ███████

          2    network that allowed you to spend and draw down on

          3    different balances on the XRP ledger including XRP

          4    bitcoin, gold, U.S. dollars, and other digital

10:16:12  5    assets.

          6         Q.    Did the RippleCard work without XRP?

          7         A.    No, it could not.   To my knowledge, it

          8    could not work without the use of XRP.

          9         Q.    Okay.   And did -- the products you just

10:16:26 10    named, did they need XRP for anything other than

         11    interacting with the XRP ledger?

         12              MS. ZORNBERG:   Object to form.

         13              You can answer.

         14         A.    Can you repeat the question, please?

10:16:50 15    Sorry, can you rephrase the question?

         16         Q.    So the -- the uses you described for the

         17    products like Gateway D, RPP, RippleCard, you had

         18    mentioned they all involved the XRP ledger.

         19              Did these products need XRP for any use

10:17:08 20    other than for interacting with the XRP ledger?

         21         A.    So the -- the RippleCard -- some of the

         22    products depend.   So the RippleCard, you needed it

         23    not only to interact with the ledger, you also

         24    needed it if you were going to spend your XRP

10:17:34 25    balance.

                                                            46

10:17:37  1          You also needed it -- you know, backing

        2   up, one of the things that the product did is it

        3   provided liquidity for you to spend bitcoin and

        4   XRP in U.S. dollars.  And the way that functioned

10:17:59  5   was that it searched the order books on the

        6   decentralized ledger.  So decentralized exchange

        7   and the decentralized ledger.  And often those

        8   were bridged through XRP.  It's using a technology

        9   called pathfinding that's built into the XRP

10:18:18 10   ledger.

       11          So it's very much possible that when you

       12   swiped and spent bitcoin, the liquidity was

       13   bridged through XRP on the decentralized ledger

       14   using a technology called pathfinding.

10:18:36 15      Q.   Was xRapid the first Ripple product that

       16   used XRP that was widely used by customers?

       17             MR. HECKER:  Objection to form.

       18             MS. ZORNBERG:  Objection.

       19      A.   Well, it really depends on the

10:19:04 20   definition of "widely."  XRapid is a product

       21   that's used by a number of our enterprise

       22   customers that are part of RippleNet.

       23      Q.   Was xRapid the first product Ripple sold

       24   for commercial use using XRP that was commercially

10:19:31 25   viable?

                                                          47

| | | |
|---|---|---|
| 10:19:32 | 1 | MS. ZORNBERG:  Object to form. |
| | 2 | You can answer if you understand |
| | 3 | the question. |
| | 4 | A.  Do you mind explaining what you mean by |
| 10:19:48 | 5 | "commercially viable"? |
| | 6 | Q.  That made business sense for Ripple to |
| | 7 | sell that product. |
| | 8 | MR. HECKER:  Objection to form. |
| | 9 | A.  For different reasons other products |
| 10:20:03 | 10 | eventually morphed and reiterated and -- and |
| | 11 | turned into the basis for RippleNet called |
| | 12 | xCurrent.  So Gateway D, Ripple Connect, those |
| | 13 | products in different versions ended up becoming |
| | 14 | the inner -- underpinnings of RippleNet. |
| 10:20:23 | 15 | The RippleCard, while we wanted to bring |
| | 16 | that to commercial -- while we wanted to bring |
| | 17 | that to production and be commercially viable, we |
| | 18 | thought there was a good, you know, business model |
| | 19 | around it, the ████████ network back in |
| 10:20:43 | 20 | 2013/2014 was not comfortable with interacting |
| | 21 | with digital assets or cryptocurrencies.  So while |
| | 22 | we found it to be commercially viable, the -- the |
| | 23 | card network wasn't comfortable with |
| | 24 | cryptocurrency transactions at that time. |
| 10:21:03 | 25 | Q.  So Ripple currently doesn't offer the |

48

10:21:05  1    RippleCard?

2         A.    Ripple currently does not offer the

3    RippleCard.

4         Q.    Could you remind me what RPP is?

10:21:16  5         A.    I don't know for certain, but I believe

6    the name standed -- the name stood for Ripple

7    Payments Protocol.

8         Q.    And does Ripple currently offer that

9    product?

10:21:32 10        A.    That product is the code and -- and a

11   number of the ideas are now the basis for the

12   service known as xRapid or ODL.

13        Q.    And what about Gateway D?

14        A.    Gateway D was then morphed into -- and a

10:22:03 15   lot of the code was leveraged into something

16   called Ripple Connect, and then Ripple Connect

17   became Ripple Solution and that code was then

18   changed to xCurrent and then to RippleNet.  And

19   it's the underpinning for RippleNet.

10:22:22 20        Q.    Okay.  Can xCurrent function without

21   using XRP?

22        A.    The early version of xCurrent to my

23   knowledge needed XRP to function and then

24   subsequent versions did not need XRP to function.

10:22:51 25        Q.    Does RippleNet need XRP to function?

49

10:22:57   1        A.    RippleNet in its base layer is a, you

          2   know, a peer-to-peer communication tool that is,

          3   you know, a decentralized payment network and, I'm

          4   going to use, base model.  So all of our customers

10:23:14   5   implement RippleNet, that base model, the

          6   peer-to-peer messaging and the settlement tool.

          7   And in that base model, in the current, you know,

          8   form today, you do not need XRP to function.

          9        Q.    Can xRapid or ODL function with digital

10:23:38  10   assets other than XRP as the bridge currency?

         11        A.    Over the history we've tried to use

         12   other digital assets, bitcoin and ether for

         13   settlement, for differing -- differing reasons

         14   into, you know, differing corridors.  But we

10:24:05  15   ultimately decided that XRP would be best suited

         16   for our use cases for enterprise clients.

         17        Q.    And when did Ripple make the decision to

         18   exclusively use XRP in xRapid and ODL?

         19             MS. ZORNBERG:  Object to form;

10:24:32  20        lack of foundation.

         21             But you can answer.

         22        A.    To my knowledge, there wasn't a decision

         23   to exclusively use XRP.  We -- we visited the

         24   decision to use other digital assets as well.  I

10:24:50  25   believe sometime around 2016 and then again I

                                                                    50

10:24:56  1    believe in 2018, we looked at leveraging other
          2    digital assets.
          3         Q.   Since xRapid launched in 2018, did it
          4    ever use a digital asset other than XRP as its
10:25:13  5    bridge currency?
          6         A.   I believe we did a pilot into a few
          7    corridors that leveraged other digital assets and
          8    not XRP, but I don't know for certain.
          9         Q.   Was that pilot ever sold to customers?
10:25:38 10              MS. ZORNBERG:  Object to form.
         11              You can answer.
         12         A.   That -- that pilot did not go into what
         13    we know -- what we call production, which is like
         14    the final form and release to customers.
10:25:56 15         Q.   When was the last time that xRapid or
         16    ODL operated using a digital asset other than XRP
         17    as the bridge currency?
         18              MS. ZORNBERG:  Object to form;
         19         mischaracterizes prior testimony.
10:26:14 20         A.   I don't remember.
         21         Q.   Are Ripple's software sales revenues
         22    sufficient to support its operating expenses and
         23    product development costs?
         24         A.   I don't believe so.
10:26:38 25         Q.   Have they ever been?

                                                             51

10:26:44  1       A.    I don't know for certain.

        2             MR. HANAUER:  Is everyone doing

        3        okay?

        4       Q.    When did you first obtain XRP?

10:27:13  5       A.    I don't know for certain.

        6       Q.    Early on in your tenure at Ripple?

        7       A.    I believe so, yes.

        8       Q.    And when you first obtained XRP, did you

        9   purchase it on your own or did you receive it from

10:27:25 10   Ripple?

       11       A.    Do you mind repeating the question,

       12   please?

       13             (Whereupon, the record was read back.)

       14       A.    I don't know for certain, but my

10:28:02 15   recollection was that I was writing an application

       16   that leveraged the XRP ledger.  And to commit the

       17   code, I needed some XRP in my wallet that was

       18   above the reserve amount.  The reserve amount is

       19   like the minimal amount of XRP you need in your

10:28:28 20   wallet.

       21             And another engineer in the office sent

       22   me the XRP into my wallet so I could commit the

       23   code and run my application that leveraged the XRP

       24   ledger functionality.

10:28:48 25       Q.    When was the first time you received XRP

                                                            52

10:28:50  1    or -- when was the first time you obtained XRP for

2    a purpose unrelated to trying to make Ripple

3    products work?

4        A.    There was another time.  This might be,

10:29:23  5    you know, still related to product, but when we

6    created the RippleCard, I wanted some XRP to test

7    out the RippleCard at the cafe next door.  And

8    someone sent me some XRP to use that wasn't the

9    Ripple -- it wasn't Ripple, I believe.  I believe

10:29:44 10    it was another employee.

11            And then in 2013 or -- end of 2013,

12    maybe beginning of 2014, I may have received some

13    of -- we had the option to receive part of your --

14    part or full amount of your expense reports in --

10:30:08 15    in XRP.  And I believe I took -- I -- I took

16    advantage of the program sometime around 2013 or

17    2014.

18        Q.    Have you ever since then elected to

19    receive XRP from Ripple instead of being either

10:30:30 20    compensated or reimbursed in U.S. dollars?

21            MR. HECKER:  Beyond what he just

22        testified to?

23            MR. HANAUER:  Yeah.  Since then.

24        A.    I don't -- I don't recall the exact

10:30:43 25    dates when I -- the way that the expense report

53

10:30:49  1  policy worked is that when you filed -- filed your

2  expense report, you could put your XRP ledger

3  address.  And I wasn't consistent about that and

4  so I don't remember when the last time I put in

10:31:09  5  the XRP ledger address for expense report

6  reimbursement.

7        Q.  Beyond reimbursement, have you ever

8  elected to be -- receive compensation from Ripple

9  in XRP as opposed to U.S. dollars?

10:31:23 10              MR. HECKER:  Objection to the

11         form of the question.

12              You can answer.

13        A.  In -- instead of U.S. dollars?  I don't

14  believe so.  No.

10:31:38 15        Q.  Have you ever bought or obtained XRP for

16  investment purposes?

17              MR. HECKER:  Objection to form.

18        A.  I don't believe so, no.

19        Q.  Have you ever bought or obtained XRP

10:32:01 20  with the expectation that the price of XRP would

21  rise?

22        A.  I don't believe so, no.

23        Q.  Do you currently own XRP?

24        A.  I -- I do own XRP, yes.

10:32:21 25        Q.  How much?

54

10:32:28  1      A.   I don't know for certain, but about ████

2      to ██████████ XRP units.

3      Q.   And I think the last time you testified

4      before the SEC, you discussed being entitled to

10:32:46  5      bonuses from Ripple of ████████ XRP every

6      January 1st between 2020 and 2023?

7      A.   Yes, I believe so.

8      Q.   And did you receive those ██████████

9      XRP bonuses for 2020 and 2021?

10:33:10 10      A.   I don't remember when I received the

11      bonuses, but I believe I received the bonuses,

12      yes.

13      Q.   And the higher the price of XRP relative

14      to U.S. dollars, the more valuable those bonuses

10:33:25 15      were for you?

16      A.   Yes, that is correct.

17      Q.   And the higher the price of XRP relative

18      to U.S. dollars, the more valuable your current

19      XRP holdings are for you?

10:33:43 20      A.   Yes, I believe that to be true.

21           MR. HECKER:  Would now be a good

22      time for a five-minute break?

23           MR. HANAUER:  Yeah, of course.

24           THE VIDEOGRAPHER:  The time on

10:33:54 25      the video monitor is now 10:33 a.m.  This

55

10:33:58  1          is the end of Media Unit Number 1.

          2                  (Whereupon, a recess is taken.)

          3                  THE VIDEOGRAPHER:  The time on

          4          the video monitor is now 10:48 a.m.  This

10:48:43  5          is the start of Media Unit Number 2.

          6          We're back on the video record.

          7   BY MR. HANAUER:

          8          Q.   Mr. Birla, is Ripple a software company?

          9          A.   Yes, I believe so.

10:49:02 10          Q.   Has Ripple been a software company since

         11   you started working there?

         12          A.   Yes, I believe so.

         13          Q.   Have you ever considered Ripple to be

         14   anything other than a software company?

10:49:24 15          A.   I don't know if I -- I think about it

         16   all that much, but I assume it's a software

         17   company.

         18          Q.   Is it anything other than a -- is Ripple

         19   anything other than a software company?

10:49:39 20                  MR. HECKER:  Objection to form.

         21          A.   To my knowledge, we're a technology

         22   company/software company.

         23                  MR. TENREIRO:  Nicole, Number 5.

         24                  (Whereupon, exhibit is presented

10:49:58 25          and marked SEC Birla Exhibit AB-5 for

                                                          56

10:49:58    1          identification.)

            2                  MR. HANAUER:   I just tendered the

            3          witness Exhibit AB-5 with a Bates --

            4          starting with a Bates number ending in

10:50:11    5          2577.

            6    BY MR. HANAUER:

            7          Q.   And, Mr. Birla, is Exhibit AB-5 a Slack

            8    conversation that you are part of dated April

            9    24th, 2015?

10:50:46   10          A.   Yes.  Well, I don't know if it's a Slack

           11    or not, but --

           12          Q.   Do you -- do you see up in the "Subject"

           13    line "Slack Retention"?

           14          A.   Oh.  Yes, I see that.

10:51:09   15          Q.   And does that -- I'll -- I'll repeat my

           16    question.

           17                  Is Exhibit AB-5 a Slack conversation

           18    that you were part of from April 24th, 2015?

           19          A.   I believe so.

10:51:27   20          Q.   And I'd like to refer you to the second

           21    page of Exhibit AB-5, the one ending in Bates

           22    2578.  And I'd like you to read the posts

           23    beginning with ██████@ripple.com, the one that says

           24    "I see that point," and then ending with the one

10:51:58   25    six down.

                                                                    57

| | | |
|---|---|---|
| 10:51:59 | 1 | MR. HECKER:  Do you mean to |
| | 2 | himself or out loud? |
| | 3 | MR. HANAUER:  Oh, no.  To |
| | 4 | himself.  Thank you, Counsel. |
| 10:52:05 | 5 | MR. HECKER:  Sure. |
| | 6 | A.   Six down?  Sixth line down? |
| | 7 | Q.   Correct.  The one ending where it writes |
| | 8 | "His equals Brad." |
| | 9 | (Pause) |
| 10:53:11 | 10 | Q.   My first question is, who is Ms. ██? |
| | 11 | A.   Ms. ██ is -- is ████, an early |
| | 12 | Ripple employee. |
| | 13 | Q.   What was her job? |
| | 14 | A.   An early product manager. |
| 10:53:30 | 15 | Q.   She worked for you? |
| | 16 | A.   Yes, she did. |
| | 17 | Q.   And do you see where she writes "No one |
| | 18 | believes that we are a 'software provider' only"? |
| | 19 | A.   I see that. |
| 10:53:50 | 20 | Q.   And then you respond "Yeah.  I spoke to |
| | 21 | Brad about this.  His perspective is that ████ |
| | 22 | is one year away"? |
| | 23 | A.   I see that. |
| | 24 | Q.   What was this interaction about between |
| 10:54:02 | 25 | you and Ms. ██? |

58

```
10:54:03    1                    MR. HECKER:  Objection to form.
            2          A.    I need to read the full thing to get the
            3     context.
            4                 (Pause)
10:55:22    5          A.    Do you mind repeating the question?
            6          Q.    Yeah.
            7                 So what was Ms. -- what did you
            8     understand Ms. █████ to be talking about when she
            9     says "No one believes that we are a 'software
10:55:34   10     provider' only"?
           11          A.    I don't know for certain, but we were
           12     working on improving the product experience for
           13     our customers.  And there are, like, a number of
           14     steps that our customers have to go through to
10:55:58   15     leverage Ripple products.  And -- and that
           16     experience wasn't a good one.  And examples, I'm
           17     not sure.  You know, e-mails are -- the Slack is
           18     out of context here.  But e-mails -- sorry.
           19     Friction that our customers talked about were
10:56:22   20     being -- having to open up accounts at different
           21     entities, exchanges.  And while they liked the
           22     experience, it was -- it was a lot of friction for
           23     them to leverage -- and this is 2015 -- early
           24     blockchain technology.
10:56:50   25                 And one idea would be could we improve
```

59

10:56:54  1  the product experience -- "we" being product -- by

2  not only offering the software, but opening up

3  these accounts for our customers so that they

4  didn't have to?  Opening up accounts takes months

10:57:13  5  at some of these entities.  And that was something

6  that the customers gave us feedback on.  It was,

7  like, wow, there's a lot of steps in -- in -- in

8  leveraging your products.

9          And also in 2015, keep in mind that most

10:57:31 10  customers hadn't heard about blockchain, so there

11  was even more friction in the experience of

12  leveraging our products.

13          And so getting licensing in -- I don't

14  know for certain, but I believe it's money

10:57:54 15  transmission licensing, enabled Ripple to do some

16  of those functions on behalf of our customers.

17      Q.  What was ▮▮▮▮▮?

18      A.  ▮▮▮▮▮ was a -- I believe -- I don't

19  understand their full business, but I believe part

10:58:20 20  of their business that they are known for is a --

21  is being a hardware and hard drive manufacturer.

22      Q.  So was ▮▮▮▮▮ a potential customer of

23  Ripple in 2015?

24      A.  I do remember getting feedback from the

10:58:43 25  ▮▮▮▮▮ corporate treasury team about potentially

60

| | | |
|---|---|---|
| 10:58:46 | 1 | leveraging Ripple technology to move money and |
| | 2 | solve a big customer pain point of theirs, which |
| | 3 | was paying hardware drive manufacturers in |
| | 4 | Thailand and other places around the world. |
| 10:59:07 | 5 | Q.  In April 2015, in additioning -- in |
| | 6 | addition to developing software, Ripple also sold |
| | 7 | XRP? |
| | 8 | MR. HECKER:  Objection to the |
| | 9 | form of the question. |
| 10:59:28 | 10 | A.  I don't know for -- for certain. |
| | 11 | Q.  When you joined -- well, the Exhibit |
| | 12 | AB-5 references a conversation you had with Brad |
| | 13 | in response to Ms. ████ comment "No one believes |
| | 14 | we are a 'software provider' only."  Were you |
| 10:59:57 | 15 | referring to Brad Garlinghouse? |
| | 16 | MS. ZORNBERG:  Specifically just |
| | 17 | for the record, you mean the comment that |
| | 18 | follows that that says "Yeah, I spoke to |
| | 19 | Brad about this"? |
| 11:00:13 | 20 | MR. HANAUER:  Correct. |
| | 21 | A.  I don't know for certain, but I believe |
| | 22 | so. |
| | 23 | Q.  What was that conversation about that |
| | 24 | you had with Mr. Garlinghouse? |
| 11:00:39 | 25 | A.  I don't -- I don't recall the -- the |

61

11:00:40  1  full conversation, but we were talking about

2  improving, like, the product experience and all

3  the things we needed to do to improve the product

4  experience.

11:00:54  5        And as I mentioned, there's more to

6  providing just the software to our customers, that

7  our customers, you know, requested to improve the

8  experience of moving money cross borders.  For

9  example, opening up exchange accounts, opening up

11:01:19 10  bank accounts, integrating into the software.  And

11  from feedback from customers like ███████ and

12  others, they liked the benefits, but keep in mind

13  in 2015, a company's -- you know, putting a

14  company through all this, plus being really early

11:01:48 15  in blockchain, was too much.

16        And the conversation with Brad was it

17  doesn't make sense to improve the product

18  experience by doing -- by removing these friction

19  points for customers, but that may mean that we

11:02:06 20  need to get licensed as a money transmitter.

21        And -- and the debate was do you just,

22  you know -- software company, technology company,

23  plus being a -- a money transmitter.  That was the

24  conversation.

11:02:26 25        Q.   In April 2015, how did Ripple primarily

62

11:02:34  1    generate revenues?

2         A.    I don't know about revenues, but -- and

3    I don't know the timelines, but we had raised

4    money from several venture capitalists around the

11:03:01  5    world.

6         Q.    When did Ripple raise money from venture

7    capitalists and how much did it raise?

8         A.    I don't remember the timings, but we

9    raised a seed -- seed round, actually an angel

11:03:21 10    seed, a follow-on seed round, an A round, and

11    somewhere in this time frame of 2015 a B round.

12         Q.    Okay.  And how much money in total had

13    Ripple raised as of April 2015?

14         A.    I don't know for certain.

11:03:44 15         Q.    Was the amount of money Ripple had

16    raised from venture capitalists by April 2015

17    sufficient for Ripple to finance its operations

18    and product development expenses?

19         A.    My role at the company at that time was

11:04:11 20    primarily in product development and I didn't have

21    broad-based exposure to the financial reporting of

22    the company.

23         Q.    You said you were a senior executive,

24    right?

11:04:24 25         A.    That is correct.

63

11:04:25  1          Q.   You reported directly to the CEO?

        2          A.   That's correct.

        3          Q.   Did you know whether Ripple had raised

        4     enough from venture capitalists to support its

11:04:39  5     operations?

        6                MR. HECKER:   Objection; asked and

        7          answered.

        8          A.   I -- I didn't -- in my function, that

        9     wasn't a primary responsibility.

11:04:51 10          Q.   Were you aware in April 2015 that Ripple

       11     was also generating -- or that Ripple was

       12     generating revenues by selling XRP?

       13          A.   I don't know for -- for certain, but I

       14     do know that Ripple was selling XRP.

11:05:23 15          Q.   When did you first learn that?

       16          A.   I do not recall.

       17          Q.   Were you aware that Ripple was selling

       18     XRP by 2015?

       19          A.   I do not recall.

11:05:49 20                MR. TENREIRO:   Twenty-two is

       21          next.

       22                THE WITNESS:   Are you done with

       23          this?

       24                MR. HANAUER:   Yes.

11:06:00 25                MR. TENREIRO:   Thank you.

                                                          64

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

11:06:12  1                    (Whereupon, exhibit is presented

2           and marked SEC Birla Exhibit AB-22 for

3           identification.)

4                    MR. HANAUER:  And I just tendered

11:06:14  5           the witness Exhibit 22, which bears a

6           Bates label ending in 3585.

7      BY MR. HANAUER:

8           Q.   Is Exhibit 22 an e-mail you sent on May

9      12th, 2017?

11:06:44 10          A.   Yes, I believe so.

11          Q.   And the e-mail you sent in Exhibit AB-22

12     is describing a Ripple board meeting from May

13     11th, 2017?

14          A.   I believe so, yes.

11:07:04 15          Q.   And you attended that board meeting?

16          A.   I don't remember if I attended the board

17     meeting or if I was given notes or if I attended a

18     summary of the board meeting.  I don't know for

19     certain.

11:07:28 20          Q.   Okay.  Near the bottom you write "Also

21     XRP provides us to do unique things from a

22     financing perspective, so there was continued talk

23     about that"?

24          A.   I -- I see that.

11:07:47 25          Q.   In May 2017, did you understand that

65

11:07:50  1   Ripple sold XRP to finance its operations?

2           MR. HECKER:  Objection to form;

3     foundation.

4     A.   I don't know.

11:08:16  5     Q.   In May 2017, were you aware that XRP

6   financed Ripple's operations?

7           MR. HECKER:  Objection to form.

8     A.   Can you rephrase the question, please?

9     Q.   Were you aware in May 2017 that Ripple

11:08:40 10  was financing its operations by selling XRP?

11          MR. HECKER:  Same objection.

12     A.   I -- I don't recall.  I recall that

13  Ripple at some point was selling XRP.  I don't

14  recall to what extent and to what amount and what

11:09:10 15  percentage of coverage that provided Ripple.

16     Q.   Did you ever become aware of how much of

17  Ripple's revenues were coming from its XRP sales?

18          MR. HECKER:  At what time period?

19          MR. HANAUER:  I asked did he ever

11:09:29 20     become aware.

21          MR. HECKER:  Yeah, but a

22     percentage at what time?  At what time are

23     we talking about?  Are we talking about in

24     May of '17?

11:09:44 25  BY MR. HANAUER:

66

11:09:46  1          Q.    Do you understand the question I asked

       2     you?

       3          A.    I don't understand the -- the time frame

       4     for which you're referring to.  If you could help

11:10:02  5     specify.

       6          Q.    Was -- was there ever a point in time

       7     where you had an understanding of how much of

       8     Ripple's revenues came from XRP sales as opposed

       9     to other sources of revenue?

11:10:24 10          A.    In general terms -- I don't know for

      11     certain, but in general terms, I know -- I've

      12     known from time to time.

      13          Q.    Did you ever become aware that the

      14     majority of Ripple's revenues came from selling

11:10:44 15     XRP?

      16                    MR. HECKER:  Same objection.

      17                    You can answer.

      18          A.    I don't know for certain, but I believe

      19     so.

11:10:54 20          Q.    And when did you first learn that the

      21     majority of Ripple's XRP sales -- or the majority

      22     of Ripple's revenues came from XRP sales?

      23                    MR. HECKER:  Same -- same

      24        objection.

11:11:06 25                    You can answer.

                                                          67

| | | |
|---|---|---|
| 11:11:23 | 1 | A.   I really don't know for certain.  Yeah, |
| | 2 | I don't know for certain. |
| | 3 | Q.   Did you know that in May 2017? |
| | 4 | A.   I don't know for certain. |
| 11:11:52 | 5 | Q.   Were you ever at a board meeting, a |
| | 6 | Ripple board meeting, where it was discussed that |
| | 7 | Ripple financed its operations through the sale of |
| | 8 | XRP? |
| | 9 | A.   I don't -- I attend various portions of |
| 11:12:19 | 10 | the board meeting, mostly the product side, and so |
| | 11 | I don't recall a specific portion that I was |
| | 12 | present at where we went into elaborate details on |
| | 13 | how the company was financed to my knowledge. |
| | 14 | Q.   Do you have any general recollection of |
| 11:12:44 | 15 | it being discussed at Ripple's board meetings that |
| | 16 | Ripple financed its operations through the sale of |
| | 17 | XRP? |
| | 18 | MS. ZORNBERG:  Objection.  You |
| | 19 | mean for the portions that he attended, |
| 11:12:56 | 20 | since he said he attended just portions? |
| | 21 | MR. HANAUER:  I think the -- |
| | 22 | yeah, I think the question implies the |
| | 23 | portions he attended.  Yes. |
| | 24 | MS. ZORNBERG:  Okay. |
| 11:13:07 | 25 | A.   For the portion I was attended -- for |

68

11:13:09 1    the portion I attended, financing wasn't a --

2    wasn't a big topic.  My portions for most of my

3    tenure at Ripple -- and, again, you know,

4    sometimes I attend, sometimes I don't.  Sometimes

11:13:33 5    I send a delegate when I'm not in town.  I cover

6    mostly product in Ripple development, RippleNet

7    development, and not financing.

8        Q.  No, I -- I understand that and you've

9    said you don't recall specific conversations, you

11:13:51 10   don't recall an epic conversation.

11        Do you have any recollection of it being

12   discussed at a Ripple board meeting during the

13   part you attended that Ripple was financing its

14   operations through the sale of XRP?

11:14:22 15       A.  I don't have a strong recollection of

16   that topic coming up.

17        Q.  Do you have any recollection?

18           MR. HECKER:  Objection; asked and

19        answered.

11:14:35 20       A.  I have a vague recollection of that --

21   that -- if there was a time where there wasn't a

22   break, a natural break, and I may have stayed past

23   my portion, that in the financial numbers, there

24   was discussion of XRP sales by Ripple.

11:14:58 25       Q.  And that's what you were describing in

69

| | | |
|---|---|---|
| 11:15:00 | 1 | Exhibit 22, when -- when you wrote "XRP provides |
| | 2 | us to do unique things from a financing |
| | 3 | perspective, so there was some continued talk |
| | 4 | about that"? |
| 11:15:12 | 5 | MR. HECKER:  Objection to form; |
| | 6 | foundation. |
| | 7 | A.   I -- I don't know if that's -- you know, |
| | 8 | it's vaguely written in terms of financing |
| | 9 | perspective and unique things.  So I don't know if |
| 11:15:25 | 10 | that was referring to selling XRP or something |
| | 11 | else. |
| | 12 | MR. TENREIRO:  Twenty-nine. |
| | 13 | (Whereupon, exhibit is presented |
| | 14 | and marked SEC Birla Exhibit AB-29 for |
| 11:15:50 | 15 | identification.) |
| | 16 | MR. HANAUER:  And I just handed |
| | 17 | the witness Exhibit AB-29, which is an |
| | 18 | e-mail -- or Exhibit AB-29, the first page |
| | 19 | of which has a Bates number ending in |
| 11:16:03 | 20 | 1294. |
| | 21 | THE WITNESS:  Correct. |
| | 22 | BY MR. HANAUER: |
| | 23 | Q.   And the top e-mail in Exhibit AB-29 is |
| | 24 | an e-mail that you sent to ███████████ on |
| 11:16:21 | 25 | Tuesday -- or on June 26, 2018? |

70

11:16:26    1          A.    That's correct.

            2          Q.    And you write -- first of all, who is

            3    ████████████████?

            4          A.    ████████████ was a corporate

11:16:41    5    development associate at Ripple.

            6          Q.    Did he work for you at the time?

            7          A.    I don't believe so.

            8          Q.    In the second sentence on exhibit -- on

            9    the top of Exhibit 29, you write that "Ripple's

11:16:56   10    main business model/source of income is XRP

           11    sales."

           12                Do you see that?

           13          A.    I see that.

           14          Q.    And that's something you wrote to

11:17:06   15    Mr. ██████?

           16          A.    Yes.

           17          Q.    And in June 2018, you understood that

           18    XRP sales was Ripple's main source of income?

           19          A.    On June 26th, it looks like from this

11:17:31   20    e-mail, yes, I believe so.

           21          Q.    And on June -- has that -- has that

           22    changed since June 26th, 2018, that Ripple's main

           23    source of income is XRP sales?

           24          A.    I don't know for certain, but I don't

11:17:53   25    believe so.

                                                            71

11:17:59  1      Q.   And for how long prior to June 26, 2018,
       2   was Ripple's main source of income XRP sales?
       3      A.   I don't know for certain.
       4      Q.   And on June 26, 2018, you understood
11:18:22  5   Ripple's main business model to be the sale of
       6   XRP?
       7              MS. ZORNBERG:   Object to form.
       8      A.   A business model is a bit different than
       9   source of income, but from this it -- it sounds
11:18:47 10   like I believed that the source of income was XRP.
      11      Q.   Right.   But you also understood in
      12   June -- on June 26, 2018, that Ripple's main
      13   business model was XRP sales?
      14      A.   From the product side, a -- you know,
11:19:13 15   the -- the business model is a bit different,
      16   but -- and that's why I have slash in there, I
      17   believe.   So it's sort of like, you know,
      18   indifferent between the two.   But at that current
      19   state, I believed that at least the source of
11:19:31 20   income was XRP sales.
      21      Q.   After June 26, 2018, did Ripple's main
      22   business model ever change to anything other than
      23   XRP sales?
      24              MS. ZORNBERG:   Objection;
11:19:59 25        misstates the witness's prior testimony.

                                                          72

11:20:13  1        A.    You know, from the product side, there

2    are different ideas and we are showing, you know,

3    progress towards efforts to have, you know,

4    different sources of -- of a business model from

11:20:35  5    our -- from our products.  One of those being, you

6    know, lending; the other one of those being the

7    spread you can take on -- on the FX, which is

8    known as foreign currency exchange, between fiat

9    currencies.

11:21:03 10        So, you know, different business models

11    have emerged.

12        Q.    Is Ripple's main business model still

13    the sale of XRP?

14            MS. ZORNBERG:  Object to form.

11:21:21 15        A.    I believe that Ripple's main source of

16    income is -- is XRP.

17        Q.    Currently?

18        A.    Currently.  Yes, I believe that to be

19    true.

11:21:38 20        Q.    And because Ripple's main source of

21    income is the sale of XRP, over your time at

22    Ripple, did Ripple management pay attention to the

23    price of XRP?

24        A.    To my recollection, the -- the senior

11:22:16 25    management did not fixate on the price of XRP.

73

11:22:22  1    And in my role, what was more important for the --
       2    the product experience was the -- was some
       3    measurement around the depth of liquidity of XRP
       4    against fiat currencies that were offered on
11:22:39  5    Ripple products.
       6         Q.   And you used the word "fixate."
       7              I was asking did Ripple management pay
       8    attention to the price of XRP?
       9         A.   I don't know for certain.  It -- it
11:22:59 10    certainly wasn't a big focus area.
       11         Q.   Did Ripple management want the price of
       12    XRP to be higher?
       13         A.   I do not recall, you know, focus or
       14    discussions about the -- the price of XRP.
11:23:24 15         Q.   Did Ripple management ever want the
       16    price of XRP to be lower?
       17         A.   I don't recall, you know, a focus area
       18    by management of -- regarding the price of XRP.
       19         Q.   Did anyone at XRP ever express to you
11:23:41 20    that they wanted the price of XRP to be lower?
       21         A.   Do you mind rephrasing the question?
       22              MR. HANAUER:  Can you repeat the
       23         question?
       24              (Whereupon, the record was read
11:24:03 25         back.)

                                                          74

11:24:05  1          Q.   Oh, I'm sorry about that and I will

        2   rephrase the -- the question.  Thank you.

        3          Did anyone at Ripple ever express to you

        4   that they wanted the price of XRP to be lower?

11:24:32  5          A.   I don't believe so.

        6          Q.   Did anyone at Ripple ever express to you

        7   that they wanted the price of XRP to be higher?

        8          A.   I don't know for certain.

        9          Q.   Since the time you started at Ripple,

11:24:56 10   has Ripple owned in excess of 50 billion XRP?

       11          A.   Yes, I believe so.

       12          Q.   Have you heard of the term "drip

       13   program"?

       14          A.   I can't be for certain.

11:25:34 15          Q.   I'll try giving you a little context.

       16          Have you ever heard the term "drip

       17   program" referring to Ripple's process where it

       18   managed the pace and flow in which it sold XRP

       19   into the market?

11:25:56 20          A.   That does not -- I do not recall that

       21   program.

       22          Q.   Since the time you started at Ripple,

       23   has Ripple used XRP to compensate employees?

       24          A.   I believe so, yes.

11:26:21 25          Q.   And since the time you started at

                                                                75

11:26:23  1   Ripple, has Ripple used XRP to pay for certain

          2   goods and services?

          3        A.   Do you mind rephrasing the question?

          4        Q.   Yeah.  So has Ripple used XRP to buy

11:26:50  5   goods or buy services that it needs to run its

          6   business?

          7        A.   I -- I don't recall.

          8        Q.   But Ripple's used XRP to compensate

          9   employees for their own business expenses, right?

11:27:03 10             MR. HECKER:  Objection to form;

         11        asked and answered.

         12             MR. HANAUER:  Actually, I'll

         13        rephrase that.

         14        Q.   Ripple has used XRP to reimburse

11:27:13 15   employees for business expenses that they incurred

         16   on behalf of Ripple?

         17        A.   Yes, I believe so.

         18        Q.   And when Ripple uses XRP to either

         19   compensate employees or reimburse employees,

11:27:34 20   Ripple benefits when the price of XRP is higher?

         21             MS. ZORNBERG:  Object to form.

         22             You can answer.

         23        A.   Do you mind rephrasing the question?

         24        Q.   All right.  So let's say Ripple -- a

11:27:48 25   Ripple employee can elect to have their salary

                                                              76

11:27:51  1    paid in either U.S. dollars or XRP.  Do you

2    understand that?

3         A.   Yes, I do.

4         Q.   And, in fact, some Ripple employees have

11:28:00  5    been given the option to be paid in either dollars

6    or XRP, right?

7         A.   I believe that to be true.

8         Q.   And when the employee chooses to be

9    compensated in XRP as opposed to U.S. dollars,

11:28:16 10    Ripple benefits when the price of XRP is higher?

11        A.   I don't -- I don't know one way or the

12    other.

13        Q.   Did you go to business school?

14        A.   Yes, I did.

11:28:44 15        Q.   Do you have an MBA?

16        A.   Yes, I do.

17        Q.   So do you understand the concept that if

18    Ripple is paying for something using XRP, it has

19    to spend less XRP when the price of XRP is higher?

11:29:07 20        A.   Yes, I understand that.

21        Q.   So when an employee chooses to be

22    compensated in XRP as opposed to U.S. dollars,

23    it's beneficial for Ripple when the price of XRP

24    is higher?

11:29:22 25                   MS. ZORNBERG:  Object to form.

77

11:29:23   1                You can answer if you

         2      understand.

         3       A.    Yeah.  One can make the case that it's

         4   beneficial to Ripple if the -- if the price is

11:29:44   5   higher.

         6       Q.    And if the prices of XRP is higher, a

         7   single unit of XRP can buy more goods or services

         8   than if the price of XRP is lower?

         9       A.    Yes, I believe that to be -- yes, I

11:30:03 10   believe that's true.

       11       Q.    So beyond compensating employees or

       12   paying for goods and services, what other ways do

       13   a higher price of XRP benefit Ripple?

       14       A.    Can you rephrase that question, please?

11:30:30 15       Q.    So beyond being able to pay more for

       16   goods and services, how else does Ripple benefit

       17   when XRP's price is higher?

       18       A.    I -- I don't -- I don't know for

       19   certain.

11:30:51 20       Q.    Are Ripple shareholders better off when

       21   XRP's price is higher?

       22       A.    I don't know for certain.

       23       Q.    You're a Ripple shareholder, right?

       24       A.    Yes, that is correct.

11:31:09 25       Q.    And what -- what does Ripple currently

                                                                         78

| | | |
|---|---|---|
| 11:31:11 | 1 | trade for in terms -- compared to U.S. dollars? |
| | 2 | A.   Can you rephrase the question, please? |
| | 3 | Q.   How much is -- how much can they get for |
| | 4 | one XRP right now in U.S. dollars? |
| 11:31:32 | 5 | MS. ZORNBERG:  Are you talking |
| | 6 | about XRP now, not Ripple? |
| | 7 | MR. HANAUER:  Oh, yeah, I'm -- |
| | 8 | yes.  I -- I apologize. |
| | 9 | Q.   What's XRP priced at right now |
| 11:31:47 | 10 | approximately? |
| | 11 | A.   I don't -- I don't check the -- the |
| | 12 | price of XRP often, but I believe that it's |
| | 13 | somewhere between 50 cents and 70 cents. |
| | 14 | Q.   So as a Ripple shareholder, are you |
| 11:32:06 | 15 | better off if the price of XRP is 1 cent or $2? |
| | 16 | A.   I don't follow the -- and track the -- |
| | 17 | the price of Ripple equity often to understand if |
| | 18 | there's a correlation between the price of Ripple |
| | 19 | equity and the price of XRP. |
| 11:32:31 | 20 | Like I mentioned, the price of Ripple |
| | 21 | stock, from what I've heard from others, has |
| | 22 | fluctuated from ▮▮ to ▮▮. |
| | 23 | Q.   Is XRP Ripple's primary asset? |
| | 24 | A.   I don't know the classification of how |
| 11:33:04 | 25 | different items on the balance sheet are |

79

11:33:08  1   classified as to understand if it's an asset or

2   not.

3        Q.   So you said rip -- Ripple owns over 50

4   billion XRP?

11:33:27  5        A.   I believe that to be true.

6        Q.   And if XRP is worth $10, how much are

7   Ripple's XRP holdings worth approximately?

8        A.   If -- if Ripple's -- if the price -- is

9   the question if the price of XRP -- actually, do

11:33:51 10   you mind just repeating the question?

11        Q.   Yeah.  If the price of XRP is $10 and

12   Ripple owns approximately 50 billion shares of

13   XRP, how much is that XRP worth?

14             MR. HECKER:  Objection to

11:34:00 15        "shares."

16        Q.   Fifty billion units of XRP.

17        A.   Five hundred billion dollars.

18        Q.   And if XRP is worth a penny, how much

19   are Ripple's XRP holdings worth approximately?

11:34:37 20             MR. HECKER:  Could we just

21        stipulate to the math exercise?  I mean,

22        this seems like a remarkable waste of

23        time, honestly.

24             THE WITNESS:  Well said.

11:34:46 25        A.   A lot less than it was.

80

```
11:34:50   1          Q.   Okay.  So as an XRP shareholder, would
           2    you rather XRP be holding 500 billion dollars'
           3    worth of an asset -- I'm sorry.  As a Ripple
           4    shareholder, would you rather that Ripple be
11:35:05   5    holding $500 billion' worth of an asset or an
           6    asset worth considerably less than that?
           7                    MR. HECKER:  Objection to form.
           8                    You can answer.
           9          A.   I don't know if there's a strong
11:35:21  10    correlation between the shareholding price of
          11    Ripple equity and the XRP price.  For example, the
          12    XR -- from what I've heard, the Ripple price has
          13    fluctuated over the last -- the Ripple equity
          14    price has fluctuated over the last year from ███
11:35:47  15    to ███.
          16          Q.   Does Ripple trade on any sort of
          17    markets?
          18          A.   Do you mind re -- rephrasing the
          19    question?
11:36:00  20          Q.   Where does your understanding of
          21    Ripple's stock price fluctuations come from?
          22          A.   It's tough to know because Ripple equity
          23    is -- is not publicly traded and is thinly traded
          24    to my knowledge.  And it is traded on small,
11:36:27  25    illiquid secondary exchanges or over the counter
```

81

11:36:35  1    to my knowledge and, therefore, it's difficult to

       2    get a read on what the price is.

       3              So my knowledge on the price of Ripple

       4    shares is largely word of mouth.

11:36:53  5        Q.   And if the price of XRP was zero, would

       6    Ripple have been able to finance its operations

       7    and product development?

       8                   MS. ZORNBERG:   Object to form.

       9         And you want to fix a time?

11:37:11  10       Q.   Let's -- when you started at Ripple, if

      11    the price of XRP had been zero, would Ripple have

      12    been able to finance its operations and product

      13    development?

      14       A.   I believe so, yes.

11:37:25  15       Q.   Did that ever change?

      16       A.   I believe so, yes.

      17       Q.   Okay.   So at what point in time would

      18    Ripple have become unable to finance its

      19    operations and product development if the price of

11:37:55  20    XRP was zero?

      21       A.   I don't know for certain.

      22       Q.   Is that the case now?

      23       A.   Can you rephrase the question, please?

      24       Q.   If XRP is priced at zero dollars and

11:38:17  25    remains at zero going forward, can Ripple continue

                                                          82

11:38:20  1  to finance its operations and product development

2  without seeking additional capital?

3      A.   We would need to -- to my knowledge, we

4  would need to seek additional capital.

11:38:37  5      Q.   Who is Jed McCaleb?

6      A.   To my knowledge, Jed McCaleb is -- is

7  one of the co-founders of OpenCoin, I believe,

8  or -- or -- I'm actually not sure what entity he

9  joined, but he was early in the company's tenure.

11:39:04  10     Q.   He was a -- a co-founder of a company

11  that eventually became Ripple?

12     A.   I believe that is true, yes.

13     Q.   Did your time at Ripple ever overlap

14  with the time that Mr. McCaleb was working at

11:39:20  15 Ripple?

16     A.   I don't believe so.

17     Q.   Was there a time that Mr. McCaleb was

18  selling large quantities of his XRP holdings?

19     A.   I did not track his -- his sales of --

11:39:44  20 of XRP.

21     Q.   Did anyone at Ripple ever voice concern

22  about the impact of Mr. McCaleb's XRP sales on the

23  price of XRP?

24     A.   I don't know for certain.

11:40:19  25     Q.   Describe any efforts that Ripple made in

83

| | | |
|---|---|---|
| 11:40:21 | 1 | response to Mr. McCaleb's sale of his XRP |
| | 2 | holdings. |
| | 3 | MS. ZORNBERG:  Objection; lack of |
| | 4 | foundation. |
| 11:40:34 | 5 | A.   I don't know for certain. |
| | 6 | Q.   Did Ripple ever attempt to freeze |
| | 7 | Mr. McCaleb's XRP sales? |
| | 8 | A.   I don't know for certain. |
| | 9 | Q.   Did Ripple ever attempt to reverse |
| 11:41:01 | 10 | Mr. McCaleb's XRP sales? |
| | 11 | A.   I don't know for certain. |
| | 12 | Q.   Do you know what Bitstamp is? |
| | 13 | A.   I believe so, yes. |
| | 14 | Q.   And what's Bitstamp? |
| 11:41:20 | 15 | A.   Bitstamp is a cryptocurrency exchange. |
| | 16 | Q.   Did Ripple ever attempt to freeze |
| | 17 | Mr. McCaleb's Bitstamp account? |
| | 18 | A.   I -- I do not recall. |
| | 19 | MR. TENREIRO:  Eleven. |
| 11:42:00 | 20 | (Whereupon, exhibit is presented |
| | 21 | and marked SEC Birla Exhibit AB-11 for |
| | 22 | identification.) |
| | 23 | MR. HANAUER:  I'm tendering the |
| | 24 | witness an exhibit marked as AB-11, which |
| 11:42:05 | 25 | has a Bates number ending in 0742. |

84

```
11:42:09    1    BY MR. HANAUER:
            2         Q.   Mr. Birla, is Exhibit AB-11 an e-mail
            3    that a ███████████ sent to you and others on
            4    October 3rd, 2016?
11:42:41    5         A.   I believe so, yes.
            6         Q.   And who is Mr. ████████?
            7         A.   Mr. ████████ was an early Ripple employee.
            8         Q.   Does he still work there?
            9         A.   No, he does not.
11:42:52   10         Q.   What was Mr. ████████ role in October
           11    2016?
           12         A.   I don't remember what his role was at
           13    that period.  He had different roles at Ripple.
           14         Q.   So do you see how Mr. ████████ writes "We
11:43:09   15    just had a call with Bitmex (HK-based exchange),
           16    and they are going live with a 20x leveraged
           17    cash-settled XRP/XBT listing today"?
           18         A.   I see that.
           19         Q.   What -- what was your understanding of
11:43:33   20    what he's referring to by "a 20x leveraged
           21    cash-settled XRP/XBT" listing?
           22         A.   I don't understand what that means.
           23         Q.   Do you know what XBT is?
           24         A.   I do not.
11:43:55   25         Q.   Do you understand that the X -- XRP
```

85

| | | |
|---|---|---|
| 11:44:03 | 1 | could be traded on Bitmex? |
| | 2 | A.  Can you rephrase the question, please? |
| | 3 | Q.  Yeah.  So what was Bitmex? |
| | 4 | A.  I'm not super familiar with what Bitmex |
| 11:44:26 | 5 | is or was. |
| | 6 | Q.  Was it a Hong Kong-based exchange? |
| | 7 | MR. HECKER:  Objection to form; |
| | 8 | foundation. |
| | 9 | A.  According to this e-mail, yes. |
| 11:44:42 | 10 | Q.  And then do you see how Mr. ▆▆▆ |
| | 11 | writes "The spike in price and volume has helped |
| | 12 | us to pitch exchanges, and it's even sold itself |
| | 13 | in this case with Bitmex"? |
| | 14 | A.  Yes, I see that. |
| 11:45:03 | 15 | Q.  And one of Ripple's goals was to get XRP |
| | 16 | listed on various digital asset trading exchanges? |
| | 17 | A.  In -- in my function, for the xRapid/ODL |
| | 18 | product to work, we needed liquidity and liquidity |
| | 19 | is facilitated by crypto exchanges.  And -- and, |
| 11:45:38 | 20 | for example, if I wanted to enable my product to |
| | 21 | facilitate payments in Mexico, it was important to |
| | 22 | have a Mexican-based exchange that provided |
| | 23 | liquidity into local fiat and local rail payment |
| | 24 | services. |
| 11:46:01 | 25 | Q.  And in terms of generating liquidity, |

86

11:46:02  1   generally being listed on more exchanges is better

        2   than being listed on less exchanges?

        3       A.    I don't know for certain.

        4       Q.    In 2016, Ripple was trying to get -- in

11:46:19  5   order to build liquidity, Ripple was trying to get

        6   XRP listed on more exchanges, correct?

        7       A.    In my function, product development for

        8   enterprise solutions, I was fixed -- focused on

        9   getting liquidity at destinations and origin

11:46:45 10   points to enable a cross-border payment between

      11   one currency and another.

      12       Q.    And one of the ways to generate more

      13   liquidity was to get XRP listed on exchanges,

      14   right?

11:47:00 15       A.    In my function, it was to get XRP listed

      16   on exchanges that were at destinations where my

      17   customers wanted to send payments. And -- and

      18   building liquidity helped improve the product

      19   experience for our customers and that was my

11:47:25 20   product focus.

      21       Q.    And did you understand Mr. ████ to be

      22   writing that the spike in XRP's price has helped

      23   Ripple get XRP listed on exchanges?

      24          MR. HECKER:   Objection to form.

11:47:48 25       A.    Can you rephrase the question, please?

                                                                                         87

| | | |
|---|---|---|
| 11:47:50 | 1 | Q.   So Mr. ▓▓▓▓ was writing about the |
| | 2 | spike in XRP's price helping Ripple get XRP listed |
| | 3 | on exchanges? |
| | 4 | A.   That -- can you rephrase the question? |
| 11:48:17 | 5 | Q.   Did you understand that Mr. ▓▓▓▓ was |
| | 6 | writing about increases in XRP's price helping |
| | 7 | Ripple to get XRP listed on exchanges? |
| | 8 | A.   Yes.  I understand that he -- he wrote |
| | 9 | that in this e-mail. |
| 11:48:32 | 10 | Q.   And did you agree with Mr. ▓▓▓▓ that |
| | 11 | increases in the price of XRP helped rip -- helped |
| | 12 | Ripple get XRP listed on exchanges? |
| | 13 | A.   I don't believe I had a strong viewpoint |
| | 14 | one way or the other to my knowledge. |
| 11:49:05 | 15 | MR. TENREIRO:  This is 15, |
| | 16 | Nicole. |
| | 17 | (Whereupon, exhibit is presented |
| | 18 | and marked SEC Birla Exhibit AB-15 for |
| | 19 | identification.) |
| 11:49:25 | 20 | MR. HANAUER:  And I just tendered |
| | 21 | the witness a document labeled as Exhibit |
| | 22 | AB-15, which has a Bates number ending in |
| | 23 | 2731. |
| | 24 | BY MR. HANAUER: |
| 11:49:39 | 25 | Q.   And, Mr. Birla, is Exhibit AB-15 an |

88

11:49:44  1    e-mail chain ending with an e-mail sent from
        2    Mr. Vias to Mr. Garlinghouse copying you and
        3    others dated March 3rd, 2016?
        4        A.   I see that, yes.
11:50:05  5        Q.   And I want to refer you to the March 2nd
        6    e-mail from Mr. Larsen to ███████████████████ at
        7    the bottom of the first page of AB-15.  Please let
        8    me know when you're done reading that e-mail.
        9           (Pause)
11:51:26 10        Q.   Do you know who ███████████████████ is?
       11        A.   I'm still reading.
       12        Q.   Oh, I'm sorry.  Take your time.
       13           (Pause)
       14        Q.   Do you know who Mr. or Professor
11:51:59 15    ██████████████ is?
       16        A.   I do not believe so.
       17        Q.   And Mr. Larsen, Chris Larsen, what was
       18    his role at Ripple in March 2017?
       19        A.   I believe it was either the CEO or
11:52:30 20    chairman.
       21        Q.   So do you see how Mr. Larsen writes "Our
       22    currency, XRP, currently trades at approx. .006
       23    U.S. dollars/XRP.  As there are 100 billion of
       24    them, this is not a bad market cap"?
11:52:58 25        A.   I do see that.

                                                              89

11:53:00  1        Q.   What was your understanding of what

2   Mr. Larsen is referring to there?

3        A.   It sounds like he's referring to the

4   market cap of XRP.

11:53:25  5        Q.   And what's your understanding when he

6   refers to XRP as "our currency"?

7                  MS. DEARBORN:  Object to form.

8        A.   I don't know what he means by that.

9        Q.   Did you understand him to mean referring

11:53:45 10   to Ripple's currency?

11        A.   I do not know.

12                  MS. DEARBORN:  Same objection.

13                  MS. ZORNBERG:  Court reporter,

14        did you get the answer?

11:53:55 15                  MR. HECKER:  It's in the

16        transcript.

17   BY MR. HANAUER:

18        Q.   Did anyone else besides Mr. Larsen

19   ever -- at Ripple ever refer to XRP as our

11:54:12 20   currency or Ripple's currency?

21        A.   I do not know for certain.

22        Q.   And then can you please look at the last

23   paragraph on Exhibit AB-15?

24                  And Mr. Larsen writes "While we

11:54:38 25   obviously don't control the nominal price of XRP,

90

```
11:54:41  1   we could advocate to the community of
          2   decentralized validators to increase the nominal
          3   price with a decrease in the nominal supply"?
          4        A.   I see that.
11:54:57  5        Q.   What did you understand Mr. Larsen to be
          6   referring to?
          7             MS. ZORNBERG:  Objection; lack of
          8        foundation.  I don't think you've even
          9        asked the witness yet if he remembers the
11:55:08 10        document --
         11             THE REPORTER:  I can't hear you.
         12             MS. ZORNBERG:  I don't think you
         13        even asked Mr. Birla if he's familiar with
         14        the document or recalls reading it.
11:55:18 15   BY MR. HANAUER:
         16        Q.   You can answer the question.
         17        A.   Which -- do you mind repeating the
         18   question?
         19        Q.   Yeah.
11:55:24 20             What do you understand Mr. Larsen to be
         21   referring to?
         22        A.   I don't -- I don't understand what he's
         23   referring to.
         24        Q.   What's "the community of decentralized
11:55:36 25   validators"?
```

91

11:55:43  1               MS. DEARBORN:  Objection to form.

       2        A.   It's e-mails, you know, out of context.

       3   I'm not -- I don't know for certain what he's

       4   referring to.

11:56:00  5        Q.   In 2017, did Ripple control the supply

       6   of XRP?

       7               MS. ZORNBERG:  Object to form.

       8        A.   Do you mind rephrasing the question?

       9        Q.   In 2017, Ripple was the largest owner of

11:56:28 10   XRP, correct?

      11        A.   I believe that to be to -- true.

      12        Q.   Was there anyone or anything that owned

      13   close to as much XRP as Ripple did?

      14        A.   I do not believe so.

11:56:53 15        Q.   And in 2017, Ripple was increasing the

      16   supply of XRP in the marketplace whenever it sold

      17   XRP?

      18        A.   Could you define "marketplace"?

      19        Q.   Ripple could increase the supply of XRP

11:57:40 20   available to potential purchasers by deciding to

      21   sell XRP?

      22               MR. HECKER:  Objection to form;

      23    foundation.

      24        A.   I believe that to be true, yes.

11:57:55 25        Q.   So Ripple could decide to increase the

                                                              92

11:57:58  1    supply of XRP or decrease the supply of XRP?

2              MR. HECKER:  Objection to form.

3         A.   Can you rephrase the question, please?

4         Q.   So if Ripple wanted to increase the

11:58:13  5    supply of XRP to available buyers, it could choose

6    to sell more XRP?

7         A.   I believe that to be true, yes.

8         Q.   And the opposite:  If Ripple wanted to

9    decrease the available supply of XRP to potential

11:58:31  10   buyers, it could reduce the amount of XRP it was

11   selling?

12             MS. ZORNBERG:  Object to form.

13        A.   I don't -- I don't know for certain, but

14   I don't believe that reduces the supply.

11:58:55  15        Q.   So if -- let's say Ripple was selling

16   100 XRP a month on a regular basis.  If Ripple

17   decides to start selling 5 XRP a month on a

18   regular basis, is that increasing the supply or

19   reducing the supply?

11:59:10  20             MS. ZORNBERG:  Object to form.

21        A.   So the question is:  If Ripple was

22   selling 100 XRP and now it sells 5 XRP per month,

23   that would still be to my knowledge increasing the

24   supply of XRP.

11:59:33  25        Q.   Could Ripple reduce the XR -- the supply

93

11:59:37  1   of XR -- okay -- the available supply of XRP to

2   potential buyers by going from selling 100 a month

3   to 5 a month, is Ripple increasing the supply of

4   available XRP or reducing the supply of available

11:59:54  5   XRP?

6           MS. ZORNBERG:  Object to form.

7       A.   Selling 100 XRP per month or selling 5

8   XRP per month increases the supply of XRP to

9   purchasers.

12:00:07  10      Q.   I'm sorry if I'm not being articulate.

11  Let's say Ripple had been consistently selling 100

12  XRP a month, but then starts reducing that to 5

13  XRP a month going forward.

14          Has the supply of XRP Ripple is making

12:00:25  15  available on a monthly basis gone up or down?

16      A.   In that case, the amount has decreased

17  by -- it was 105, right?  105?  It's 95.

18      Q.   Did anyone ever express to you at Ripple

19  that Ripple could increase the price of XRP by

12:00:59  20  slowing the rate in which it sold XRP into the

21  market?

22      A.   I do not recall.

23      Q.   Could Ripple affect the price of XRP by

24  changing the rate in which it sold XRP into the

12:01:31  25  market?

94

12:01:38  1        A.   I don't know for certain.

        2        Q.   If Ripple decided to sell all its XRP

        3   holdings at once, what is your understanding of

        4   how that would impact the price of XRP?

12:01:58  5        A.   I don't know for certain.

        6        Q.   I mean, you went to business school,

        7   right?

        8        A.   Correct.

        9             MR. HECKER:   Objection to form;

12:02:05 10        argumentative and asked and answered.

       11        Q.   So if Ripple says we're now putting our

       12   50 billion XRP up for sale, do you think that

       13   would drive the price of XRP up or the price of

       14   XRP down?

12:02:48 15        A.   I think it would create, you know,

       16   uncertainty in the market.

       17        Q.   Do you think the price of XRP would go

       18   up in that situation?

       19        A.   Can you rephrase the question, please?

12:02:57 20        Q.   If Ripple announces that it was selling

       21   all of its XRP holdings at once.

       22        A.   I mean, I don't know for certain.  I can

       23   only speculate.

       24        Q.   What -- what -- what's your -- what do

12:03:14 25   you think would happen?  What's your understanding

                                                          95

```
12:03:16   1    of what would happen?
           2                    MR. HECKER:  Object -- objection
           3            to form; calls for speculation.
           4                    When you reach a good moment, we
12:03:23   5            can take a short break.
           6        A.    It would -- it would erode liquidity.
           7    It can potentially erode liquidity.  It could
           8    potentially erode trust.
           9                    MR. HANAUER:  Counsel, I have a
12:03:53  10            couple more documents on this subject.
          11    Can I --
          12                    MR. HECKER:  Let's take a break
          13            if you don't mind.  We've been going about
          14            an hour and 15.
12:04:01  15                    MR. HANAUER:  Sure.
          16                    MR. HECKER:  Thanks.
          17                    THE VIDEOGRAPHER:  The time on
          18            the video monitor is now 12:03 --
          19                    MR. HECKER:  Thank you.
12:04:08  20                    THE VIDEOGRAPHER:  -- 12:04 p.m.
          21            This is the end of Media Unit Number 2.
          22            We're going off the video record.
          23                    (Whereupon a recess is taken.)
          24                    THE VIDEOGRAPHER:  The time on
12:22:23  25            the video monitor is now 12:22 p.m.  This
```

96

```
12:22:27   1            is the start of Media Unit Number 3.  We
           2            are back on the video record.
           3                    (Whereupon, exhibit is presented
           4            and marked SEC Birla Exhibit AB-18 for
12:22:33   5            identification.)
           6                    MR. HANAUER:  I just tendered the
           7            witness Exhibit AB-18, which is an e-mail
           8            chain starting on page with the Bates
           9            number ending in 2161.
12:22:46  10   BY MR. HANAUER:
          11        Q.    And, Mr. Birla, is Exhibit AB-18 an
          12   e-mail chain ending with an e-mail
          13   Mr. Garlinghouse sent to you and others dated
          14   April 9th, 2017?
12:23:02  15        A.    Yes.
          16        Q.    And the e-mail Mr. Garlinghouse is
          17   sending you, he's forwarding an e-mail that he
          18   sent to the board on April 9th, 2017?
          19        A.    I believe that to be correct, yes.
12:23:23  20        Q.    And then if you look at page 2 of the
          21   exhibit, that e-mail chain contains an e-mail that
          22   Mr. Garlinghouse sent to Mr. Larsen on April 7th,
          23   2017?
          24        A.    I believe that's true, yes.
12:23:47  25        Q.    And I take it you -- you typically read
```

97

12:23:51  1    the e-mails Mr. Garlinghouse sends -- sends you?

2        A.   Ones that I'm cc'd on, you know, it's --

3    it's hit or miss, depending on the content.  Not

4    always.

12:24:10  5        Q.   But ones Mr. Garlinghouse sends you in

6    the "To" line, those you typically read?

7        A.   Not always.

8        Q.   What about when Mr. Garlinghouse sends

9    you e-mails containing communications he sent to

12:24:26 10    the -- sends to the board?

11        A.   More often than not, I -- I read those.

12        Q.   Okay.  Did you read this e-mail in

13    Exhibit 18?

14        A.   I do not recall.

12:24:43 15        Q.   Okay.  So I want to refer you to the

16    e-mail to the board Mr. Garlinghouse forwards you

17    on the first page of Exhibit AB-18.  In the -- the

18    first -- or the third paragraph, he writes "Before

19    I dive into some highlights and lowlights, I think

12:25:03 20    we will all agree that the most significant Q1

21    development came at the end of the quarter in the

22    form of a dramatic spike in XRP price and market

23    activity."

24        A.   I see that.

12:25:19 25        Q.   And the paragraph ends "It's a

98

```
12:25:21   1    game-changer for us on a bunch of levels."
           2             Did Mr. Garlinghouse ever promote XRP
           3    price increases to the board?
           4                  MS. ZORNBERG:  Object to form.
12:25:41   5                  MR. SOLOMON:  Object to form.
           6         Calls for speculation.  Objection to form.
           7         Calls for speculation.  Sorry.  And lack
           8         of foundation.  I'm sorry.
           9                  MS. GRESSEL:  Could you also
12:25:53  10         please ask them to distribute the exhibit?
          11                  MR. TENREIRO:  Exhibit 18?
          12         Nicole, did you send 18?  I thought I
          13         mentioned it.
          14                  MS. GRESSEL:  Thank you.
12:26:07  15    A.   Can you repeat the question, please?
          16    Q.   Are you aware of Mr. Garlinghouse ever
          17    promoting XRP price increases to Ripple's board?
          18                  MS. ZORNBERG:  Same objections.
          19    A.   Not to my recollection.
12:26:24  20    Q.   Are you aware of Mr. Garlinghouse ever
          21    promoting XRP price increases to the public?
          22                  MS. ZORNBERG:  Object to form.
          23    A.   Not to my recollection.
          24    Q.   Are you aware of Mr. Garlinghouse ever
12:26:41  25    promoting XRP price increases to investors?
```

99

12:26:49  1                    MS. ZORNBERG:   Object to form.

          2         A.    Not to my knowledge.

          3         Q.    Did you understand that Mr. Garlinghouse

          4    was communicating to Ripple's board that the price

12:27:07  5    rise in XRP was beneficial to Ripple?

          6                    MR. SOLOMON:   Objection; form.

          7         A.    Is there a point in the document?

          8         Q.    I read you -- I read you the part where

          9    he's talking about the dramatic spike in XRP

12:27:35 10    price.

         11         A.    I believe he mentioned that it's a

         12    game-changer.

         13         Q.    And did you understand him to be saying

         14    a game-changer in a beneficial way or a

12:28:03 15    detrimental way?

         16                    MR. SOLOMON:   Objection; lack of

         17              foundation, unless he was at the board

         18              meeting.

         19                    Can you just rephrase the

12:28:12 20              question, Ben?

         21         Q.    Do you understand my question?

         22         A.    If you could rephrase.

         23         Q.    Do you -- do you understand

         24    Mr. Garlinghouse in his e-mail to be describing

12:28:21 25    the price spike in XRP to be beneficial to rep --

                                                            100

12:28:28   1   Ripple or detrimental to Ripple?

2          A.   I don't know for certain and I'm

3   speculating that game-changer means positive.

4          Q.   And in the second-to-last paragraph on

12:28:44   5   the first page of AB-1 [sic], Mr. Garlinghouse

6   writes "And on a more strategic level, holding

7   approximately two billion of XRP (based on today's

8   market price) presents opportunities to think

9   strategically about our capital structure (and

12:29:00  10   funding strategy)."

11          A.   I read that.

12          Q.   Did you understand Mr. Garlinghouse to

13   be conveying that the price rise in XRP meant more

14   money for Ripple to spend on its operations and

12:29:20  15   product development?

16               MR. HECKER:   Objection to form.

17          A.   I'm uncertain if that's what he -- he

18   means by the last paragraph here, page 1.

19          Q.   And do you see the paragraph that begins

12:29:57  20   "On an operating level, for XRP to serve the

21   purposes of lowering liquidity costs for payments,

22   it needs" to develop -- "it needs deep liquidity

23   across fiat currency pairs"?

24          A.   I see that.

12:30:15  25          Q.   Do you agree that XRP deep -- needs deep

101

```
12:30:18   1    liquidity to work for use in effecting
           2    cross-border payments?
           3                    MR. HECKER:  Objection to form.
           4                    You can answer.
12:30:34   5        A.    I believe that in -- in the currency
           6    pairs and exchanges that are part of the xRapid
           7    and ODL experience, that deep liquidity against
           8    those fiat pairs in destinations and origination
           9    points for our customers provides a better
12:30:51  10    experience for our customers.
          11        Q.    Does xRapid or ODL work better if
          12    there's more liquidity in XRP or less liquidity in
          13    XRP?
          14        A.    In the amounts you can send and the cost
12:31:15  15    of sending, both are factors for the customer.
          16    The liquidity is a strong factor in the experience
          17    for both cost to our customer and the amount the
          18    customer can send cross border.
          19        Q.    All right.  But here's what I'm getting
12:31:39  20    at.  From Ripple's perspective, the more liquid
          21    the market the XR -- for XRP the better?
          22        A.    For -- for xRapid and the ODL products,
          23    the more liquid those fiat pairs that are part of
          24    the XRP experience, that is a better product
12:31:58  25    experience for our customers.
```

102

12:32:03  1        Q.   And then do you see the next sentence
        2    in -- in that paragraph, Mr. Garlinghouse writes
        3    "Speculative and market trading volume builds that
        4    liquidity - they are the catalyst to the XRP
12:32:14  5    flywheel"?
        6        A.   I see that.
        7        Q.   What do you understand Mr. Garlinghouse
        8    to be talking about there?
        9        A.   From -- from my vantage point, as part
12:32:32 10    of the xRapid experience, there are two types of
       11    liquidity that are on exchanges:  One is, you
       12    know, Ripple-contracted market making, and the
       13    other one on the product side is what we call
       14    natural liquidity.  And natural liquidity is
12:32:52 15    organic liquidity that's available.  And then the
       16    Ripple-contracted market makers are -- are -- are
       17    liquidity that Ripple contracts for.  And those
       18    are the two types that are on exchanges.  Folks
       19    refer to natural liquidity in different
12:33:16 20    terminology.  On the product side we call it
       21    natural liquidity.
       22        Q.   And speculative trading, is -- that
       23    falls into the natural liquidity bucket?
       24        A.   I have in -- in the past heard folks
12:33:32 25    refer to natural liquidity in other terms,

                                                          103

12:33:36  1   including speculative liquidity.

        2       Q.   Okay.  And what is your understanding of

        3   what speculative trading is?

        4           MR. SOLOMON:  Ben, I'm just going

12:33:47  5       to interrupt you.  Are you talking about

        6       as used in this e-mail by Brad, or are you

        7       talking about his personal view separate

        8       and apart from this e-mail?  I just want

        9       to make sure the record is clear on this

12:33:57 10       when he answers.

       11           MR. HANAUER:  Yeah, thanks, Matt.

       12       The witness's understanding of the term

       13       "speculative trading."

       14           MR. SOLOMON:  Right.  But I don't

12:34:04 15       know that he understands.  You asked him

       16       about Brad's statements in the e-mail.

       17       Now you're asking about his own

       18       understanding.  I just want to make sure

       19       he's answering your question.

12:34:12 20   BY MR. HANAUER:

       21       Q.   What's your understanding of the term

       22   "speculative trading" as you would use it?

       23       A.   My understanding of speculative trading

       24   is -- is a catchall for when you don't know.  So

12:34:24 25   you don't know -- with cryptocurrency exchanges,

                                                              104

```
12:34:27   1    you don't really know what, you know, folks are on
           2    there, you know, trading cryptocurrencies for.
           3    And so it's like a catchall definitional portion
           4    for that kind of volume and activity.
12:34:41   5         Q.   But would you -- is a speculative
           6    investor someone that buys XRP with the hope that
           7    its price will rise?
           8         A.   Well, there's different -- in my
           9    interpretation of speculative, there's different
12:34:55  10    reasons why folks would buy additional asset.  You
          11    just don't know.  That's the way that currency --
          12    that's the way that cryptocurrency exchanges work.
          13         And there is potential that one reason
          14    could be for them speculating or, as you put it,
12:35:16  15    investing, but there could be a whole host of
          16    other reasons that we don't know that they're
          17    buying different digital assets on exchanges.
          18    It's, like, unclassified.
          19         Q.   So when -- when you refer to
12:35:30  20    "speculative trading," that includes investors who
          21    are purchasing XRP with the hope that its price
          22    would rise?
          23              MR. HECKER:  Objection to form.
          24              MR. SOLOMON:  Objection.  He
12:35:42  25         didn't use the word "investors."
```

105

12:35:44  1       A.   I -- I -- I use it as a catchall when I

2    don't know the purpose.  That's by design of how a

3    cryptocurrency exchange works, is like there are

4    entities and people on there that you don't know

12:36:01  5    how they -- you know, the reasons they're buying

6    it.  They could be buying it to pay for goods.

7    They could be doing -- buying it for a

8    cross-border transaction.  Or, as I mentioned

9    earlier, it could be contracted.

12:36:16  10       Q.   Did you have the understanding during

11    the time you worked at Ripple that certain market

12    participants would purchase XRP with the hope that

13    its price would rise?

14       A.   Could you rephrase the question, please?

12:36:32  15       Q.   Yeah.

16       Since -- since you start -- since you've

17    been working at Ripple, has it been your

18    understanding that there are market participants

19    who purchase XRP with the hope that its price will

12:36:42  20    rise?

21       A.   Yes, I believe that to be true.

22           MR. HANAUER:  Twenty-seven.

23           MR. TENREIRO:  Twenty-seven,

24      Nicole.

12:37:08  25          (Whereupon, exhibit is presented

106

```
12:37:08    1            and marked SEC Birla Exhibit AB-27 for
            2            identification.)
            3                    MR. HANAUER:   And I'm tendering
            4            the witness a document labeled as Exhibit
12:37:14    5            AB-27, which has a Bates number ending in
            6            2337.
            7       BY MR. HANAUER:
            8            Q.   And, Mr. Birla, is Exhibit AB-27 an
            9       e-mail chain ending with an e-mail that you sent
12:37:45   10       to ███████████████ and others on December 22nd,
           11       2017?
           12            A.   Yes, I believe so.
           13            Q.   And ████████████████, she works at the
           14       ████████████████?
12:38:05   15            A.   At this period, I believe so.
           16            Q.   And on Exhibit AB-27, Ms. ████████████
           17       e-mailed you on December 22nd, 2017, she writes
           18       "Hi, Asheesh, sharing a suggested RT if you're up
           19       for it.  Brad tweeted out a chart from ███████████
12:38:33   20       today with the headline 'Bitcoin is so 2017 as
           21       Ripple soars at year-end:  Chart' and we suggest
           22       you RT with comment to amplify engagement."
           23            A.   I see that.
           24            Q.   So when Ms. ████████████ writes "RT," did
12:38:59   25       you understand that to mean retweet?
```

107

12:39:01   1          A.   Yes, I did.

           2          Q.   And she's referring to a tweet that

           3   Mr. Garlinghouse had made?

           4          A.   I believe that's true, yes.

12:39:18   5          Q.   And the tweet Mr. Garlinghouse made was

           6   referring to the price rise in XRP?

           7          A.   Well, I -- I don't have the article,

           8   but -- I don't have the article that -- that it's

           9   referring to to completely understand the context

12:39:56  10   of the tweet.

          11          Q.   Okay.  Whatever Mr. Garlinghouse

          12   tweeted, Ripple's PR agency was asking you to

          13   retweet it?

          14          A.   I believe that to be true, yes.

12:40:20  15          Q.   Do you know if you retweeted

          16   Mr. Garlinghouse -- Garlinghouse's tweet?

          17          A.   I do not recall.

          18          Q.   Did Mr. Garlinghouse ever make tweets

          19   about XRP price increases that you're aware of?

12:40:37  20          A.   Not that I'm aware of.

          21          Q.   Did you ever tweet about XRP price

          22   increases?

          23          A.   I don't know for certain.

          24          Q.   Okay.  You can put that exhibit away,

12:40:57  25   please.

                                                            108

12:41:06  1          So how would you describe the term
        2  "liquidity" as it relates to XRP?
        3      A.   So XRP, like other digital assets,
        4  bitcoin and Ethereum and Litecoin and -- are
12:41:32  5  examples, are traded on cryptocurrency exchanges,
        6  decentralized ones or centralized ones.  And on
        7  these cryptocurrency exchanges, there are order
        8  books.  And order books are -- are matching buy
        9  and sell orders.  And -- and they have amounts.
12:41:58 10  So, you know, the amount of sell, the amount of
       11  buy.
       12          If you add up the order book within a
       13  certain band around a midpoint of -- of a market
       14  price, that's known as depth of liquidity.  And
12:42:14 15  the deeper the depth of liquidity just means that
       16  around the market price, there are more orders put
       17  in for that given currency.
       18      Q.   Does a more liquid market generally mean
       19  a tighter spread between the bid and the ask?
12:42:47 20      A.   I don't know for certain.  There are
       21  cases where that isn't true, but I believe there
       22  are cases where that's -- that's true as well.
       23      Q.   But is it generally true that in a more
       24  liquid -- the more liquid the market is, the
12:43:07 25  tighter the bid/ask spreads are?

                                                    109

12:43:11   1        A.   It's -- yeah, I don't know for certain,

           2   but generally a deeper order book and deeper

           3   liquidity provides a better experience for our

           4   products and the bid -- the bid/ask is what's

12:43:28   5   known as a tighter bid -- bid/ask.

           6        Q.   So a tighter bid/ask, that's better for

           7   Ripple because it makes its customer experience

           8   better?

           9        A.   To my knowledge, most of the time, not

12:43:45  10   all -- always, but most of the time a tight

          11   bid/ask provides better rates for our customers

          12   and a deeper -- a tight bid/ask with a deeper

          13   liquidity pool not only provides good rates, but

          14   it enables customers to send more in notional

12:44:09  15   volume.

          16        Q.   And -- and generally a tighter bid/ask

          17   spread is reflective of a more liquid market?

          18             MS. ZORNBERG:  Object to form.

          19             You can answer if you

12:44:26  20        understand.

          21        A.   I don't know for certain.  I've seen

          22   exceptions to that, but it is my understanding in

          23   general that a tighter bid/ask is correlated with

          24   deeper liquidity pool around that asset.

12:44:59  25        Q.   And when you say "deeper liquidity

                                                              110

12:45:01  1    pool," that's the same thing as more liquid?

         2         A.    The definition that I provided earlier

         3    is the one that I go off of, meaning that at a

         4    given change, liquidity is measured at the point

12:45:17  5    of an exchange.  So you're referring to -- or, you

         6    know, one would refer to a deep liquidity pool

         7    between bitcoin or XRP and the Mexican peso.

         8    And -- and the more orders around the midpoint

         9    would be a deeper liquidity pool.

12:45:34 10         Q.    Right.  And I just want to make sure

        11    we're on the same page.  When you're talking about

        12    a deeper liquidity pool, that means more

        13    liquidity, right?

        14         A.    In my definition, I believe that to be

12:45:47 15    true.  And to clarify, there are local minimum and

        16    maximums.  And so it's important to note that the

        17    liquidity is measured at the local point, meaning

        18    against -- at a given exchange and against a given

        19    pair at that exchange.

12:46:13 20         Q.    And when Ripple measured liquidity,

        21    however it did, the more liquid the pool was, the

        22    better Ripple's products operated?

        23         A.    To be specific, in my role, my products

        24    measure liquidity at local maximums and local

12:46:42 25    minimums.  So that means that if we were

                                                            111

12:46:45  1   facilitating an ODL or xRapid payment between U.S.

2   and Mexico, we measure liquidity at the U.S.

3   dollar to XRP order book and then the -- and then

4   the XRP to Mexican peso order book.  And that's

12:47:05  5   how we measure liquidity for our products, the

6   enterprise products.

7        Q.   And the way you measured liquidity, as

8   you just described it, the more liquid a currency

9   pairing was, the better Ripple's product operated?

12:47:29 10        A.   In that given jurisdiction and -- and

11   locality, in general, that was true.  There was

12   exceptions.  There are things called a -- a

13   reversed order book that causes exceptions to that

14   rule.  But, in general, that, to my knowledge, is

12:47:50 15   true.

16        Q.   And since the time you started at

17   Ripple, one of Ripple's goals has been to increase

18   the liquidity of XRP on digital asset exchanges?

19        A.   Can you rephrase the question, please?

12:48:06 20        Q.   So I'm just talking about since the time

21   you started working at Ripple, one of Ripple's

22   goals has been to increase the amount of liquidity

23   of XRP on the exchanges it trades on?

24        A.   Specifically as it pertains to my role

12:48:26 25   and the products that I work on, it's a

112

12:48:31  1   combination of exchanges that are enabled by

2   xRapid -- I'm sorry, the other way around --

3   exchanges that are part of the xRapid experience.

4   Having good ample liquidity at those exchanges is

12:48:51  5   important, but another factor that goes into it is

6   the amount the customer wants to send.

7        So, for example, if a customer wants to

8   send a million dollars between U.S. and Mexico,

9   there needs to be at least $1 million of liquidity

12:49:06 10   depth at the -- at both exchanges, the sending

11   exchange and the receiving or destination

12   exchange.  Often 2x the amount and 3x even better

13   in a number of circumstances, but not always true.

14   Q.   And because of the importance of

12:49:23 15   liquidity to the way Ripple's products operate,

16   one of the things you and your -- your team would

17   work on would be to increase the liquidity of

18   Ripple -- or of XRP on those exchanges?

19   A.   So to be specific, I -- I believe that

12:49:47 20   if a customer wanted to send payments into the

21   Philippines, then it was important for the

22   Philippines exchange to be part of the xRapid

23   experience and for there to be liquidity at the

24   destination Filipino exchange.  And the same thing

12:50:08 25   at the sending exchange as well, that it's part of

113

12:50:10  1    the xRapid experience.

2        Q.    So in order to make that happen, Ripple,

3    as a company, made efforts to increase the

4    liquidity on the -- both domestic exchanges XRP

12:50:23  5    traded on and the foreign exchanges XRP traded on?

6        A.    And to be specific, the foreign and

7    destination exchanges that were part of the xRapid

8    experience.  In often cases, there are multiple

9    exchanges at the destination.

12:50:37  10        So, for example, in the Philippines,

11    there are three crypto exchanges in the

12    Philippines, but only one is part of the Ripple --

13    ODL experience.

14        Q.    Right.

12:50:49  15        So since you started working at Ripple,

16    Ripple made efforts to increase the liquidity of

17    XRP on the exchanges that Ripple needed to utilize

18    to make its products work, right?

19        A.    Sometimes there are ample -- there's

12:51:09  20    ample volume already known as natural liquidity.

21    That's often the case at the larger sending

22    exchanges such as Bitstamp.  It's a very deep

23    order book, as they call it, or depth of

24    liquidity.

12:51:27  25        But the reverse is often true in

114

12:51:30  1    emerging markets.  And so providing more liquidity
          2    in emerging markets was often needed to provide a
          3    proper and excellent product experience to our
          4    customers.
12:51:44  5        Q.    Needed by Ripple?
          6        A.    Well, by our customers.  So the
          7    customers, if they want to send a million dollars
          8    into the Philippines, need over a million dollars
          9    of liquidity at that destination for a good
12:52:00 10    product experience.
         11        Q.    Right.
         12              So to make sure that Ripple's customers
         13    had a good product experience, Ripple made efforts
         14    to increase the liquidity on the target -- the
12:52:12 15    foreign exchanges that Ripple used to make its
         16    products work?
         17        A.    Not always, but, you know, on a
         18    case-by-case basis, that is correct, to my
         19    knowledge.
12:52:38 20              (Whereupon, exhibit is presented
         21          and marked SEC Birla Exhibit AB-8 for
         22          identification.)
         23              MR. HANAUER:  And for those on
         24          Zoom, we're going to Exhibit 8.  And I
12:52:59 25          tendered the witness exhibit -- a document

                                                                115

```
12:53:05   1            labeled Exhibit AB-8, which begins with
           2            the Bates number ending in 4717.
           3     BY MR. HANAUER:
           4         Q.   Mr. Birla, is Exhibit AB-8 an e-mail
12:53:30   5     that ████ sent to you and others dated February
           6     19th, 2016, and the attachment to that e-mail?
           7         A.   It appears so, yes.
           8         Q.   And who -- who's ████?
           9         A.   ████ was an early employee at Ripple.
12:53:53  10         Q.   Is he still there?
          11         A.   I don't believe so.
          12         Q.   What did he -- what did he do?
          13         A.   He held a number of roles during his
          14     tenure at Ripple, from integration expert to
12:54:14  15     technical architect.  I don't -- I don't know the
          16     full range of responsibilities he had during his
          17     tenure.
          18         Q.   And do you see the subject line of
          19     Mr. ███'s e-mail is "XRP Bridge Currency Papers"?
12:54:34  20         A.   Yes, I do see that.
          21         Q.   And what's your understanding of the
          22     term "bridge currency" as it relates to Ripple's
          23     business?
          24         A.   So as I understand it, when you have two
12:55:13  25     counterparties -- so a counterparty is a trusted
```

116

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
| 12:55:16 | 1  | corporation and a financial institution -- they              |
|          | 2  | issue customers, retail people, something called             |
|          | 3  | on IOU.  But they're the counterparty.  So, for              |
|          | 4  | example, if you bank at Bank of America, Bank of             |
| 12:55:35 | 5  | America would be the counterparty.  And then on              |
|          | 6  | the receiving end, you have another counterparty.            |
|          | 7  | Let's just say it's Santander Bank in -- in                  |
|          | 8  | Mexico.  And a bridge currency for a neutral                 |
|          | 9  | decentralized digital asset like XRP is helpful so           |
| 12:55:57 | 10 | that both counterparties don't have to have trust            |
|          | 11 | with each other.                                             |
|          | 12 | Q.   So when Ripple uses XRP in its ODL                      |
|          | 13 | product to convert dollars to pesos, is XRP acting           |
|          | 14 | as the bridge currency?                                      |
| 12:56:28 | 15 | A.   I believe so, yes.                                       |
|          | 16 | Q.   And do you see how Mr. ▮▮▮ writes in his               |
|          | 17 | e-mail "Ripple must make a concerted effort to               |
|          | 18 | establish XRP as a bridge"?                                  |
|          | 19 | A.   I'm reading that, yes.                                   |
| 12:56:50 | 20 | Q.   Would -- would you agree with that                      |
|          | 21 | statement as of February 2016?                               |
|          | 22 | MS. ZORNBERG:  So object to form.                            |
|          | 23 | Are you asking him did he review this                        |
|          | 24 | document at the time and did he in 2016,                     |
| 12:57:08 | 25 | when he reviewed it, agree with the                          |

117

12:57:10  1          statement?  Or looking at it now,
          2          regardless of familiarity, does he agree?
          3    BY MR. HANAUER:
          4          Q.   Just as -- as you think back to 2016,
12:57:18  5    did Ripple need to make a concerted effort to
          6    establish XRP as a bridge currency?
          7          A.   To -- to my knowledge, that wasn't the
          8    focus of -- of product.  And in 2016 I was leading
          9    product and my concerted effort was around solving
12:57:49 10    customer pain points.  And if a customer pain
         11    point was resolved and it removed friction by
         12    using XRP as a bridge currency, then we used XRP
         13    as a bridge currency.  If it didn't, then we used
         14    another solution or another feature.  So it really
12:58:11 15    depends on -- the concerted effort was around
         16    focusing on the customer and solving their pain
         17    points and removing friction from their
         18    experience.
         19          Q.   So Ripple currently uses XRP as a bridge
12:58:29 20    currency in its ODL product, correct?
         21          A.   That is correct.
         22          Q.   Do other companies use bridge -- XRP as
         23    a bridge currency in other cross-border payment
         24    systems that they sell to customers?
12:58:53 25          A.   Can you rephrase the question, please?

                                                            118

12:58:56  1          Q.   So Ripple uses XRP in the

        2   cross-border-payment platform that it sells to its

        3   customers?

        4          A.   That's correct.

12:59:06  5          Q.   Do other companies sell

        6   cross-border-payment platforms to customers that

        7   use XRP as a bridge currency?

        8          A.   To my knowledge, there are other

        9   customers and developers that leverage the XRP

12:59:35 10   ledger to convert from one currency to another

       11   currency.  And if you leverage the XRP ledger to

       12   convert from one currency to another currency,

       13   there's a feature in the XRP ledger called auto

       14   bridging or pathfinding or a combination of auto

12:59:56 15   bridging and pathfinding.  And in those cases it's

       16   my -- it's my belief that they bridge through XRP

       17   when it improves the product experience or

       18   provides a better rate to the customer or makes an

       19   illiquid asset liquid.

13:00:20 20          Given the XRP ledger is decentralized

       21   and that's not a core part of my job to -- to look

       22   at the XRP ledger, I don't know all the different

       23   use cases, but I do know that the XRPLDex and auto

       24   bridging and pathfinding to my knowledge are --

13:00:43 25   are leveraged for developers and companies outside

                                                              119

13:00:49  1    of Ripple.

          2         Q.    So what other companies besides Ripple

          3    offer customers a cross-border-payment platform

          4    that uses XRP as the bridge currency?

13:01:06  5         A.    I don't track all the developers.  It's

          6    open, it's decentralized.  And part of the beauty

          7    of an open and decentralized open-source system is

          8    that often I learn about these things secondhand.

          9    For example, someone Tweeting that they developed

13:01:27 10    an application on top of the XRP ledger.  So I

         11    don't actively keep track of all the different use

         12    cases and companies and nor do we know of the

         13    entities of a lot of them given the open source is

         14    decentralized.

13:01:44 15         Q.    So who are Ripple's competitors that

         16    sell cross-border payment systems that use XRP as

         17    a bridge currency?

         18         A.    I don't -- so xRapid and -- and ODL are

         19    offered in only a few jurisdictions right now.

13:02:01 20    They don't cover all currencies available, so I

         21    don't know who is competing with the ODL value

         22    proposition.

         23              Secondly, the market is massive.  So I

         24    don't -- I don't view anyone coming into the

13:02:17 25    ecosystem as a competitor.  For example,

                                                              120

```
13:02:21   1    there's -- there are folks going after SME
           2    payments, which are -- SME stands for small
           3    businesses.  Small-, medium-sized enterprises.
           4    There's other folks going after e-commerce.  So, I
13:02:33   5    mean, I wouldn't call those competitors to --
           6    to -- to Ripple's products.
           7                And, again, like the -- the payment size
           8    is in the trillions and there's more than enough
           9    room for a lot of folks to integrate.
13:02:54  10         Q.   Right.
          11                But can you name another company today
          12    that offers a cross-border remittance product that
          13    relies on XRP as the bridge currency?
          14         A.   I -- I don't know a name.
13:03:03  15         Q.   Okay.  And would ODL exist today if not
          16    for the efforts of Ripple?
          17                MS. ZORNBERG:  Objection.
          18         A.   Can you rephrase the question, please?
          19         Q.   ODL is currently Ripple's primary
13:03:29  20    cross-border payment product, correct?
          21         A.   It is one of our main product lines for
          22    cross-border payments.
          23         Q.   And you were responsible for developing
          24    that product, right?
13:03:47  25         A.   My team was responsible for that, yes,
```

121

13:03:49   1   correct.

2        Q.   And you and your team put in a lot of

3   work over many years to get ODL to the point where

4   customers were using it, right?

13:03:58   5        A.   Yeah.  We -- we spend a lot of time with

6   customers and getting their feedback and using

7   that feedback for product improvements around not

8   only ODL and xRapid, but RippleNet as -- as a

9   whole.

13:04:16  10        Q.   And ODL was a product that Ripple

11   developed, right?

12        A.   Yes.

13        Q.   So would anyone be using ODL today if

14   Ripple didn't exist?

13:04:31  15        A.   Well, the product was developed -- ODL

16   was developed by Ripple.  So the -- I believe the

17   answer is no.

18        Q.   Did you read the papers attached to

19   Mr. ████'s e-mail?

13:04:47  20        A.   I don't believe so, no.

21        Q.   Can you -- you can put that exhibit

22   away.

23        A.   This one?

24        Q.   Yeah.  Thank you.

13:05:16  25             MR. HANAUER:  We're at a pretty

122

13:05:17  1          logical stopping point.  Would anybody

       2          object if we took lunch now?

       3                    Let's go off the record, please.

       4                    THE VIDEOGRAPHER:  Please stand

13:05:26  5          by.  The time on the video monitor is now

       6          1:05 p.m.  This is the end of Media Unit

       7          Number 3.  Please stand by as we go off

       8          the video record.

       9                    (Whereupon, a luncheon recess is

13:05:42 10          taken.)

      11

      12

      13

      14

      15

      16

      17

      18

      19

      20

      21

      22

      23

      24

      25

                                                      123

```
13:05:42   1              A F T E R N O O N   S E S S I O N
           2                      THE VIDEOGRAPHER:   The time on
           3              the video monitor is now 1:50 p.m.   This
           4              is the start of Media Unit Number 4.   We
13:50:50   5              are back on the video record.
           6    BY MR. HANAUER:
           7         Q.   Mr. Birla, was there a time that Ripple
           8    gave away XRP for free?
           9         A.   I believe so, yes.
13:51:06  10         Q.   When was that?
          11         A.   I don't recall the exact date.   Yeah, I
          12    don't -- I don't recall the exact dates.
          13         Q.   Do you recall the last time Ripple gave
          14    away XRP for free?
13:51:36  15         A.   I -- I do not.
          16         Q.   Why was Ripple giving away XRP for free?
          17         A.   I don't quite understand all the
          18    dynamics behind why Ripple was giving away XRP.
          19         Q.   Who were the type of recipients that XRP
13:52:10  20    was -- or that Ripple was giving XRP to for free?
          21         A.   I -- I don't know for certain, but from
          22    my recollection, I remember developers being one
          23    constituent or group.
          24         Q.   Traders?
13:52:40  25         A.   I don't know for certain.
```

124

13:52:41    1        Q.    Investors?

2        A.    I don't know for certain.

3        Q.    When Ripple gave away XRP for free, did

4    it place restrictions on what the recipient could

13:52:53    5    do with the XRP?

6        A.    I do not recall.

7        Q.    So we talked a little bit earlier this

8    morning about the term "speculator" or

9    "speculative trading."

13:53:10   10           And can you just remind me, what was

11    your understanding of -- of that terminology?

12        A.    In the product sense, there are -- in

13    relation to ODL, there are two types of

14    constituents or groups that provide liquidity.

13:53:36   15    There are contracted market makers and there are

16    natural liquidity providers.  And natural

17    liquidity providers are largely unknown, but

18    the -- that liquidity is organic to the exchange

19    and to the depth of liquidity.  It adds to the

13:53:57   20    depth of liquidity at an exchange.

21        Q.    So the natural liquidity providers were

22    those participants that traded XRP on exchanges,

23    right?

24              MS. ZORNBERG:  Object to form.

13:54:13   25        A.    I believe so, yes.

125

13:54:14  1        Q.   So when the terminology "speculative

2   trading" or "speculators" was used at Ripple, you

3   understood that to mean those trading XRP on

4   digital exchanges?

13:54:26  5             MR. HECKER:  Objection to form.

6        A.   I understood that to be similar to my

7   definition of natural liquidity providers.

8        Q.   And I believe you mentioned that Ripple

9   did not know who the speculators were or what

13:54:52 10   their motivation was for trading XRP?

11             MS. ZORNBERG:  Objection to form.

12        A.   Can you rephrase the question, please?

13        Q.   "Speculators" or "speculative trading,"

14   as that term was referred to at -- at Ripple,

13:55:12 15   Ripple did not know why those speculators were

16   trading in XRP, correct?

17             MR. HECKER:  Same objection.

18        A.   The contracted market makers for the

19   most part are known entities.  The natural

13:55:32 20   liquidity participants, it is correct,

21   they're largely unknown to -- to Ripple.

22        Q.   But you had mentioned that while the

23   speculators were largely unknown to Ripple, you

24   understood that at least some speculators were

13:55:55 25   trading XRP with the hope of profiting off it?

126

13:55:59  1          MR. HECKER:  Objection to form;

2      foundation.

3      A.   It is unknown what -- what the natural

4  liquidity participants' use case was or is.  One

13:56:14  5  of those use cases could be investments.

6      Q.   And you understood that there were

7  certain market participants that were, in fact,

8  investing in XRP with the hope that its price

9  would rise?

13:56:30 10          MR. HECKER:  Objection to form.

11      A.   I do understand that at least some of

12  the market -- natural liquidity market

13  participants, their use case was investment.

14      Q.   Did Ripple do anything to investigate

13:57:01 15  the speculative traders to find out what they were

16  doing with the XRP they were trading?

17          MS. ZORNBERG:  Object to form.

18      A.   To my knowledge, similar to open source

19  and the decentralized nature of the product and --

13:57:24 20  and the ecosystem, developers, traders, other

21  constituents, users, are unknown to the larger

22  community and that's the nature of open and

23  decentralized technology.

24      Q.   Did rip -- Ripple make efforts to figure

13:57:50 25  out who was trading in XRP?

127

13:57:54  1        A.    Not to my knowledge.

          2        Q.    Did Ripple make efforts to restrict how

          3   the people trading XRP on exchanges could use

          4   their XRP?

13:58:07  5                   MR. HECKER:  Objection to form.

          6        A.    Could you rephrase the question?

          7        Q.    Did Ripple ever make efforts to restrict

          8   how those trading XRP on exchanges could use the

          9   XRP that they purchased?

13:58:43  10       A.    Not to my knowledge.

          11       Q.    During your time at Ripple, has Ripple

          12  ever encouraged or promoted the investing in XRP?

          13                  MS. ZORNBERG:  Object to form.

          14       A.    I don't recall.

13:59:15  15       Q.    Did Ripple sell XRP to investors?

          16       A.    The -- today to my knowledge, the

          17  primary sale of XRP is of for use in the products.

          18  So ODL customers to my knowledge are the primary

          19  counterparty in a sale of XRP, to my knowledge.

14:00:02  20       Q.    Since 2016, has Ripple sold XRP to

          21  investors?

          22       A.    Can you --

          23                  MS. ZORNBERG:  Object to form.

          24       A.    Can you rephrase the question, please?

14:00:17  25       Q.    Do you understand that since 2016,

                                                            128

14:00:21   1   Ripple has from time to time sold XRP to

2   investors?

3                    MS. ZORNBERG:  Object to the term

4           "investor."  Investor in Ripple?  Investor

14:00:32   5           in some other broader sense?

6                    MR. HANAUER:  Investors in XRP.

7           A.    I don't know other than the customers

8   that have purchased XRP for use in our product,

9   ODL.  To my knowledge, I'm not aware of who the

14:00:54  10   company has sold XRP to.

11           Q.    Are you aware that Ripple has sold XRP

12   directly to hedge funds?

13           A.    I do not recall.

14           Q.    Do you understand that Ripple has sold

14:01:21  15   XRP to institutional investors?

16           A.    I do not recall.

17           Q.    Do you understand that there's a

18   community of retail investors in XRP?

19                    MS. ZORNBERG:  Object to form.

14:01:51  20                    You can answer.

21           A.    Yes, I believe so.

22           Q.    Do you have an understanding of whether

23   more people are trading in XRP for investment

24   purposes as opposed to other purposes?

14:02:16  25                    MR. HECKER:  Objection to form.

129

14:02:28   1          A.   I -- I do not believe I have a good
           2   indication of the use cases around those providing
           3   liquidity for XRP.
           4          Q.   Was there ever a time when XRP was more
14:02:47   5   widely used for purposes other than trading?
           6                MS. ZORNBERG:   Object to form.
           7          A.   Well, to my knowledge, similar to other
           8   currencies and other cryptocurrencies and as used
           9   in ODL and xRapid, you know, you trade the -- the
14:03:31  10   currency for other currencies such as fiat.  So
          11   you can look at ODL and pretty much a number of
          12   the customers make at least two trades, one on the
          13   originating exchange and one on the receiving
          14   exchange.
14:03:53  15                And so by definition, a lot of the folks
          16   to my knowledge leverage XRP and trade it,
          17   including those that are in our enterprise
          18   customer portfolio for ODL and xRapid.
          19                (Whereupon, exhibit is presented
14:04:15  20          and marked SEC Birla Exhibit AB-6 for
          21          identification.)
          22                MR. TENREIRO:   Number 6.
          23                MR. HANAUER:   I just tendered the
          24          witness a document labeled Exhibit AB-6
14:04:42  25          with a beginning Bates number ending in

                                                              130

```
14:04:44   1          2305.
           2   BY MR. HANAUER:
           3      Q.    And, Mr. Birla, Exhibit AB-6 is an
           4   e-mail chain ending with an e-mail you sent to
14:04:56   5   ███████████████████ on June 3rd, 2015?
           6      A.    Yes.
           7      Q.    Who's Mr. ████████?
           8      A.    Mr. ████████ was the vice president of
           9   prod -- sorry.  Mr. ██████ was the vice president
14:05:23  10   of engineering, I believe.
          11      Q.    And do you see on your -- the top e-mail
          12   of AB-6, the last bullet point you write "We have
          13   zero nonspeculative volume on Ripple today, this
          14   would light up our first corridor.  USD to MXN."
14:05:43  15      A.    Yes, I see that.
          16      Q.    What are you writing about there?
          17      A.    I'm writing about an early version or
          18   incarnation of the product known as xRapid or ODL.
          19   I believe it's referred to RPP above.
14:06:05  20      Q.    So what did you mean when there was
          21   "zero nonspeculative volume"?
          22      A.    Meaning the order books, in this case
          23   between U.S. dollars and MXN, were largely
          24   unknown.  And as I mentioned before, there are two
14:06:32  25   types of liquidity on exchanges:  One is natural
```

131

14:06:36 1    liquidity and one is, you know, contracted

2    liquidity.  And in this case, I was referring

3    primarily to there being, you know, non -- natural

4    liquidity on the exchanges between this corridor.

14:07:01 5        Q.   So are you saying that all of the

6    liquidity that you reference in your e-mail came

7    from speculative traders?

8        A.   By my definition, the -- the traders

9    were unknown and the liquidity was unknown.

14:07:28 10   Again, on -- referred to as, like, natural

11   liquidity on the -- these exchanges.

12        Q.   How would Ripple have been able to tell

13   what the -- the known liquidity was or the -- the

14   known volume?

14:07:42 15       A.   By my definition of known volume, it

16   would be volume that was sent through -- given my

17   role as product at Ripple, would be volume sent

18   through the xRapid/ODL.

19   Products, RPP products.

14:08:02 20       Q.   Oh.  So are you meaning that all the

21   volume on the -- well, what -- when you say

22   "nonspeculative volume on Ripple today," what --

23   what are you referring to when you say "on

24   Ripple"?

14:08:21 25       A.   I don't know for certain.  Yeah, I don't

132

14:08:55   1    know for certain.

2         Q.   So are you saying that all the volume in

3    XRP trading was being driven by people trading XRP

4    on exchanges as opposed to those using XRP -- or

14:09:13   5    using Ripple products?

6                   MR. HECKER:  Objection to form.

7         A.   It's unclear if I were refer -- if I was

8    referring to the XRPLDex or other -- other

9    products or other exchanges.

14:09:42  10         Q.   Because at this point in time, 2015,

11    xRapid was not in use, correct?

12         A.   The precursor to xRapid was RPP, which

13    is mentioned above -- below 1.

14         Q.   Okay.  So it sounds like on June 3rd,

14:10:03  15    2015, RPP was not generating any volume in XRP,

16    correct?

17         A.   Well, according to the e-mail, it

18    mentions that it's zero from U.S. dollars, so I'm

19    not sure.

14:10:26  20                   MR. HANAUER:  Seven.

21                   MR. TENREIRO:  Here's 7.

22                   (Whereupon, exhibit is presented

23              and marked SEC Birla Exhibit AB-7 for

24              identification.)

14:10:44  25                   MR. HANAUER:  I've just tendered

                                                        133

```
14:10:45   1          the witness Exhibit -- or a document
           2          labeled AB-7, which is a document
           3          beginning with the Bates number ending in
           4          7378.
14:10:58   5   BY MR. HANAUER:
           6      Q.    And I take it you've seen Exhibit AB-7
           7   before?
           8      A.    I'll read through the whole thing
           9   because I -- I don't know for certain.
14:12:04  10          (Pause)
          11      Q.    So Exhibit AB-7, that's an e-mail that
          12   you sent to Monica Long on June 12, 2015?
          13      A.    Yes.
          14      Q.    And it starts off "Read this thread."
14:12:22  15      A.    Correct.
          16      Q.    So I assume you had read the e-mail
          17   chain at the time you sent the e-mail?
          18      A.    I believe so, yes.
          19      Q.    And I want to refer you to the second
14:12:39  20   page of the exhibit, the portion of the e-mail
          21   that references Arthur Britto at 11:46 a.m.
          22          And Mr. Britto, was he one of the
          23   founders of Ripple?
          24      A.    I believe he was one of the co-founders
14:13:02  25   of Ripple.
```

                                                          134

14:13:03   1          Q.   Did -- what was his role at the company
          2    in 2015?
          3          A.   It was a little -- I don't know for
          4    certain.  It was a little unclear what his exact
14:13:15   5    role was at the company.
          6          Q.   Was he a board member?
          7          A.   I don't know.
          8          Q.   And do you see Britto writes "I talked
          9    with Chris yesterday.  He wants to keep Ripple
14:13:27  10    Trade for nonconsumer.  Our target is:  Speculator
         11    traders and market makers"?
         12                    MR. HECKER:  Objection to the
         13              form of the question.
         14          Q.   Do you see the part I'm referring to?
14:13:43  15          A.   I see the part you're referring to.
         16          Q.   Okay.  And did you understand Mr. Britto
         17    to be referring to Chris Larsen?
         18          A.   I believe so, yes.
         19          Q.   And at the time, June 2015, was
14:13:57  20    Mr. Larsen the CEO of Ripple or was
         21    Mr. Garlinghouse?
         22          A.   I don't know for certain, but I believe
         23    Chris was the CEO.
         24          Q.   And what is Ripple Trade or was Ripple
14:14:23  25    Trade?

                                                              135

14:14:25  1          A.    So the XRP ledger is a -- a
         2     decentralized platform that enables developers and
         3     users to send money between accounts using
         4     application APIs or application interfaces.  It's
14:14:47  5     a -- it's -- it's open source and decentralized.
         6     You can also exchange different tokens or IOUs
         7     between -- using the XRPLDex.  And you can do this
         8     through, again, APIs or web sockets to interface
         9     with the XRP ledger.
14:15:12 10               What Ripple Trade does is -- well, what
        11     the XRP client does is a downloadable, you can
        12     think of it as a web browser.  It allows you to
        13     navigate the features of the XRP ledger using a
        14     graphical user interface.  That's what the XRPL
14:15:32 15     client does.
        16               What Ripple Trade is is a hosted
        17     version.  So while I said the XRPL client is a
        18     downloadable version, meaning you would have to
        19     download it and run it on your local machine, the
14:15:45 20     Ripple Trade was a hosted version.  So you could
        21     access it by going to www.RippleTrade.com.
        22          Q.    And could a user trade Ripple, buy and
        23     sell Ripple, on Ripple Trade?  Or, I'm sorry,
        24     could a -- could a Ripple Trade user buy and --
14:16:05 25     purchase and sell XRP on Ripple Trade?

                                                              136

14:16:14  1          A.    To be clear, it's a -- it's a graphical
        2    user interface and you would need to first get
        3    money on to the XRP ledger using one of the
        4    decentralized gateways.  I believe at this time,
14:16:31  5    one of them was known as ███████.  And then once
        6    those U.S. dollar IOUs or tokens or staple coins
        7    were on the XRP ledger, you could then -- and in
        8    your account, you could then use Ripple Trade to
        9    access the XRPLDex and trade it.
14:16:58 10          Q.    And in 2015, was Ripple developing
       11    products for those who traded in XRP?
       12          A.    The -- the product focus was for -- was
       13    Ripple Trade and it was a product for trading any
       14    digital asset represented on the XRP ledger, which
14:17:23 15    could be U.S. dollars as a staple coin, could
       16    be -- I believe there was RMB.  There was gold at
       17    one point, I believe, around this time -- time
       18    frame.  There was bitcoin, Litecoin, I believe
       19    DOGE coin, and XRP as well.
14:17:49 20          And you could trade -- if there was an
       21    order book available, you could trade directly --
       22    sorry.  If there was an order book available
       23    within the asset, between an asset you had in your
       24    wallet, an asset you wanted, you could trade using
14:18:03 25    Ripple Trade.  If there wasn't an order book

                                                              137

14:18:07  1    available, it used a feature called "auto

2    bridging" which would bridge that trade through

3    XRP if it made sense and provided a better

4    experience to the customer of Ripple Trade.

14:18:27  5         So it was -- it was a graphical user

6    interface to trade and hold a number of different

7    tokenized assets that were on the XRP ledger.  I

8    named a few of them.

9         Q.   And when Mr. Britto writes about

14:18:44 10    targeting speculators, traders and market makers,

11    did you understand that to be referencing XRP

12    speculators, traders and market makers?

13         A.   My definition is -- is -- is the same in

14    that you don't know who the -- you know, the use

14:19:09 15    cases of the users are.  For example, they could

16    be using Ripple Trade to buy and hold gold which

17    was represented on the XRP ledger.

18         Q.   But you wrote "XRP is going to be the

19    death of us."

14:19:32 20         A.   Yes, that's correct.

21         Q.   So --

22              MS. ZORNBERG:  Object to the

23         characterization "but you wrote."  I

24         don't -- I don't know -- I think the

14:19:40 25         witness answered that he -- it's correct

138

14:19:41  1          that he wrote "XRP is going to be the

       2          death of us," not "but."

       3      Q.   Okay.  So having said that, did you

       4  understand that Mr. Britto was talking about XRP

14:19:53  5  speculators, traders and market makers?

       6      A.   Could we reset here?  So are you

       7  referring to XRP as being the death of us?  Are we

       8  going back to the portion in the document?

       9      Q.   Right.  So I'm asking about the portion

14:20:08 10  in the document where it's -- where the e-mail

      11  says "Our target is:  Speculators, traders and

      12  market makers."

      13          And I asked you, "Was that referring to

      14  XRP?"  And I think you said it could have been

14:20:18 15  any -- any commodity or product.  Then I

      16  referenced you writing "XRP is going to be the

      17  death of us."

      18          And now I'm asking, having seen all

      19  that, did you understand that Britto was writing

14:20:37 20  about XRP speculators, traders and market makers?

      21              MR. HECKER:  Objection;

      22          foundation.  Obviously the -- the exchange

      23          here has a whole lot more and you haven't

      24          connected them up.  So lack of foundation.

14:20:48 25      Q.   You can answer.

                                                        139

14:20:54  1        A.    So given that the product Ripple Trade
         2    enables a whole lot of different tokens, I
         3    mentioned a number of them and you can trade
         4    amongst them.  And my definition of speculators --
14:21:13  5    speculator as being you don't know what they're
         6    doing, it's not a known use case.  I believe he
         7    was talking about folks that wanted to leverage
         8    Ripple Trade for a number of different use cases
         9    against a number of different assets.
14:21:35 10        Q.    So why did you write "XRP is going to be
        11    the death of us"?
        12              MR. HECKER:  Same objection.
        13        A.    So at this time -- to my knowledge, at
        14    this time, I had roughly -- I was running, you
14:21:58 15    know, product, and I had roughly 15 engineers
        16    total.  Rough estimate.  And we had agreed -- at
        17    least I perceived we had an alignment -- to focus
        18    on enterprise customers, financial institutions.
        19              And developing products for financial
14:22:32 20    institutions is -- is -- is super complicated,
        21    requires a lot of security protocols, testing,
        22    deployment into financial institutions.  It's very
        23    resource-intensive.  And at the time, I was trying
        24    to get a product for enterprises out the door with
14:22:58 25    a very limited set of engineering and product

                                                    140

14:23:00  1    resources.

2         And I had felt we made a decision to

3    sunset Ripple Trade and I could take some of the

4    engineers and move them over to the enterprise

14:23:17  5    product and -- and this was counter to it.

6         And so as a product person, your job is

7    to prioritize but deliver a great experience to

8    customers, a game-changing experience to

9    customers.  And I was frustrated that I wasn't --

14:23:39 10    I wasn't able to do that given I had -- I was

11    split between a number of different product sets.

12    Q.   So you were unhappy that Mr. Larsen was

13    more focused on XRP than the other types of

14    products that you were trying to develop?

14:24:03 15              MS. ZORNBERG:  Objection to form.

16              MS. DEARBORN:  Objection.  Join.

17    A.   Can you rephrase the question, please?

18    Q.   So when you write XR -- I was just

19    trying to summarize what -- your answer to the

14:24:16 20    previous question.  And it sounds like you were

21    unhappy that either Mr. Larsen or Mr. Britto was

22    trying to -- was too focused on XRP and not

23    focused enough on the other products you were

24    trying to develop?

14:24:32 25              MR. HECKER:  That's --

141

14:24:33  1          MS. ZORNBERG:  Objection; lack of
         2     foundation.
         3          MS. DEARBORN:  And objection to
         4     form on top of that.  Thank you.
14:24:40  5     A.   That -- that's an incorrect summary.  My
         6  summary was that there was a Ripple Trade product
         7  that was going after a different set of customers,
         8  a different product architecture.  And then I was
         9  trying to get out a -- a product that was focused
14:25:01 10  on enterprise customers and I had limited
        11  resources, I think I mentioned around 15, maybe --
        12  maybe not even 15, spread across both of these
        13  products.
        14          I thought we had alignment to move in
14:25:13 15  the enterprise direction and felt like we were
        16  moving that way, but this was counter to that.
        17     Q.   I don't understand.  What's the problem
        18  with XRP?  Why is that -- why was the focus on XRP
        19  a problem?
14:25:40 20     A.   It wasn't so much a focus on XRP.  It
        21  was a focus on the architecture of something built
        22  directly on the XRP ledger, being Ripple Trade,
        23  versus Ripple Connect was a very, very different
        24  architecture.  And a product like Ripple Trade
14:25:59 25  that was a browser, a decentralized browser on top

                                                            142

14:26:03   1   of XRP -- XRPL that allowed you to trade a lot of

2   different assets wasn't the use case we agreed to

3   move forward with.

4              MR. HANAUER:  Nine.

14:26:26   5              (Whereupon, exhibit is presented

6          and marked SEC Birla Exhibit AB-9 for

7          identification.)

8              MR. TENREIRO:  Here comes 9.

9              MR. HECKER:  Thanks.

14:26:41  10              MR. HANAUER:  I just tendered the

11          witness a document labeled as Exhibit

12          AB-9, which begins with the Bates number

13          ending in 2714.

14   BY MR. HANAUER:

14:27:09  15       Q.   And AB-9 is an e-mail you sent to

16   Patrick Griffin on June 26th, 2016?

17       A.   That is correct.

18       Q.   And you're responding to an e-mail that

19   Mr. Griffin wrote to you the same day?

14:27:32  20       A.   I believe he wrote it the team at

21   Ripple, which I was part of.

22       Q.   And whatever Mr. Griffin wrote, you

23   responded by writing "Good e-mail"?

24       A.   It's unclear -- I mean, I responded with

14:27:54  25   "Good e-mail," but unclear if I was saying the

                                                    143

14:28:01  1    entire part of it was -- was good or just a few

        2    segments related to my products.

        3         Q.   And do you see on the -- a couple

        4    paragraphs down in Mr. Griffin's e-mail to you, he

14:28:21  5    writes "Long term, we want payment volume versus

        6    speculation to drive more competitive rates in

        7    RLS"?

        8              What did you understand him to be

        9    talking about?

14:28:38 10         A.   Let me read a little bit more to get the

       11    full context.

       12              (Pause)

       13         A.   Okay.  Repeat the question, please.

       14              MR. HANAUER:  Can you read the

14:30:04 15         question back, please?

       16              (Whereupon, the record was read

       17         back.)

       18         A.   I don't know for certain, but I believe

       19    he is referring to the depth of liquidity

14:30:38 20    available and how to create deeper liquidity to

       21    provide a better experience for customers.

       22         Q.   And then the bullet point where he

       23    writes "We have more speculative demand for

       24    cryptocurrencies than payment volume," what do you

14:30:59 25    understand him to mean there?

                                                        144

14:31:04  1        A.   You know, back to my, you know, original

       2   definition, payment of volume originating through

       3   Ripple products is volume we know about.  And what

       4   he's referring to is that volume compared to the

14:31:19  5   unknown volume, you know, the speculative volume,

       6   as he refers to here, and I had referred to as

       7   natural liquidity.  The ratio of such is the

       8   natural liquidity is higher, far higher, than the

       9   payment liquidity.

14:31:43 10        Q.   And in June 2016, did Ripple want to

      11   attract more speculative trading volume in XRP?

      12        A.   I don't know for certain, but helping

      13   build liquidity into corridors that our customers

      14   wanted provided a better experience for our

14:32:21 15   customers, both in the competitive rates and in

      16   the depth of liquidity amount you could send using

      17   our products and services.

      18        Q.   So, yes, Ripple was trying to attract

      19   more speculative trading volume in XRP in June

14:32:37 20   2016?

      21             MS. ZORNBERG:  Objection to form.

      22             MR. HECKER:  Objection.

      23        A.   Building natural liquidity at exchanges

      24   that were part of the product suite was

14:33:00 25   advantageous to the product experience and

                                                           145

14:33:02   1    benefited our customers.

2         Q.   So -- and I'm just trying to use

3    Mr. Griffin's words to you here.  He writes about

4    "attracting more speculative volume."

14:33:17   5         Is that something Ripple was trying to

6    do in June 2016?

7              MR. HECKER:  Objection to form;

8         asked and answered.  This is the third

9         time.

14:33:27  10              MR. HANAUER:  Third time I've

11        asked.

12              MR. HECKER:  Yeah.

13              MR. HANAUER:  He's yet to answer

14        the question.

14:33:32  15              MR. HECKER:  Yeah, he has.

16        You're just trying to put Mr. Griffin's

17        words in his mouth and he's telling you

18        his answer.  He's allowed to put it in his

19        own words.

14:33:44  20         A.   So, you know, in -- in -- as the head of

21    product, it was advantageous to me to build

22    natural liquidity for -- for my products that

23    improved the product experience.  Better rates in

24    a lot of cases and -- and more depth meant you can

14:34:03  25    send more to the products.  And in 2016,

146

14:34:06  1    cryptocurrencies and the ecosystem was nascent and
        2    it had a short liquidity, short order books.  And
        3    that impacted the product experience in a negative
        4    way.
14:34:21  5         Q.   So in 2016, what was Ripple doing to
        6    attract more speculative trading volume in XRP?
        7              MS. DEARBORN:  Object to form.
        8         A.   Other than what's noted here, I don't
        9    know for certain.
14:34:50 10         Q.   Was Ripple providing incentives to
       11    market makers?
       12         A.   At this time period, I don't know.
       13         Q.   Does Ripple currently provide incentives
       14    to market makers?
14:35:14 15         A.   When -- in certain corridors where the
       16    depth of liquidity isn't sufficient to provide a
       17    good experience for our customers, there are times
       18    where we work with contracted market makers to
       19    help supplement liquidity.  Supplement liquidity
14:35:35 20    means the delta between what we need to help
       21    provide a good experience for our customers and
       22    what's available via natural liquidity is
       23    mismatched.  And in those cases, and usually at
       24    the destination exchange, Ripple-contracted market
14:35:57 25    makers are often employed.

                                                        147

14:36:00   1        Q.    That means Ripple paid market makers?

          2                   MR. HECKER:  Objection to form.

          3        A.    I don't know the -- I don't know the

          4   exact mechanics, but they're either incented or a

14:36:20   5   subsidy, but I don't know the exact mechanics.

          6                   MR. TENREIRO:  Ten.  Exhibit 10.

          7                   THE WITNESS:  Are we done with

          8         this one?

          9                   MR. HANAUER:  Yes, thank you.

14:36:31  10                   (Whereupon, exhibit is presented

         11         and marked SEC Birla Exhibit AB-10 for

         12         identification.)

         13                   MR. HANAUER:  And I tendered the

         14         witness a document marked as Exhibit

14:36:58  15         AB-10, which begins with a Bates number

         16         ending in 8104.

         17   BY MR. HANAUER:

         18        Q.    And, Mr. Birla, is Exhibit AB-10 an

         19   e-mail that you sent to Patrick Griffin on

14:38:07  20   September 13th, 2016?

         21        A.    I believe so.

         22        Q.    And there's a reference to ███ in the --

         23   your e-mail and then the e-mail earlier in the

         24   chain.

14:38:28  25                   What -- what was ███?

                                                                    148

14:38:39  1        A.   I don't know for certain, but I believe

2    in this context, ███ was -- was ███████████

3    ████.

4        Q.   Okay.  And what was -- what was ███'s

14:39:02  5    business?

6        A.   At this time frame, I wasn't super

7    familiar with what ███ was.  I believe they owned

8    ████████, but at this time frame, I don't -- I

9    don't remember exactly what ███ did.

14:39:25 10       Q.   Okay.  So in your e-mail to Mr. Griffin,

11   you reference -- after the bullet points, you said

12   "These two points above are tactics to address

13   volume growth concerns that ███ and other

14   investors will have regarding XRP."

14:39:47 15            Did -- did you understand ███ to be an

16   investor or potential investor in XRP?

17       A.   I don't know for certain if ███ was an

18   investor in XRP at the time.

19       Q.   And do you see Mr. Griffin's e-mail to

14:40:20 20   you at the bottom of the first page on Exhibit

21   AB-10?  Mr. Griffin writes "Brad and I met with

22   ███ this afternoon in New York.  Our" objection --

23   "Our objective was to engage ███ to launch a new

24   XRP fund"?

14:40:44 25       A.   I see that.

149

14:40:45  1        Q.    Was it your understanding that
        2   Mr. Griffin and Mr. Garlinghouse had an objective
        3   to have ███ launch a new investment product
        4   involving XRP?
14:41:02  5        A.    I'd have to read the rest of this to
        6   understand.
        7        Q.    Okay.
        8            (Pause)
        9        A.    Do you mind repeating the question?
14:42:59 10        Q.    Was it your understanding that
       11   Mr. Griffin and Mr. Garlinghouse had an objective
       12   for ███ to launch a new investment product
       13   involving XRP?
       14        A.    From reading the e-mail, I believe that
14:43:37 15   to be true.
       16        Q.    And then do you see on the second page
       17   of Exhibit AB-10 this paragraph that -- or the
       18   bullet point that begins "Predictability"?
       19   Mr. Griffin writes "An obstacle to getting new
14:44:00 20   money into XRP is predictability of supply to
       21   assign a valuation to XRP.  Investors need
       22   certainty and stability to evaluate risk and price
       23   accordingly"?
       24        A.    I see that.
14:44:16 25        Q.    And did you understand Mr. Griffin to be

                                                      150

```
14:44:24   1    writing about concerns that investors had about

           2    XRP?

           3         A.   I understand this to be ███'s feedback

           4    summarized by Patrick.

14:44:39   5         Q.   And ███ was a potential investor in XRP?

           6         A.   I believe so, yes.

           7         Q.   And why was Ripple trying to get ███ to

           8    invest in XRP?

           9         A.   In my role as -- at this time as head of

14:45:16  10    product, that wasn't something that my function

          11    covered, so I don't know.

          12         Q.   Would increased investment in XRP have

          13    helped the products you were developing that used

          14    XRP work better?

14:45:44  15         A.   I don't know.

          16         Q.   Do you see the -- the second paragraph

          17    on page -- page 2 of Exhibit AB-10 where it

          18    reference -- where it says "On OTC XRP purchases,

          19    they do not plan to purchase more XRP"?

14:46:12  20         A.   Oh, sorry, can you -- what page was

          21    that?

          22         Q.   I'm sorry, the second page of Exhibit

          23    AB-10, just the second --

          24         A.   Second page and --

14:46:21  25         Q.   -- paragraph, first sentence.
```

                                                           151

14:46:25  1        A.    And can you rephrase the question or

          2    repeat the question, please?

          3        Q.    I just wanted to ask what are the OTC

          4    XRP purchases referenced in Mr. Griffin's e-mail?

14:46:42  5        A.    That seems -- I don't know for certain.

          6    It seems like a summary of what ███ and ██████ were

          7    doing to purchase XRP.

          8        Q.    What were your understanding of Ripple's

          9    over-the-counter XRP sales?

14:47:15 10        A.    In the context of this e-mail?

         11        Q.    Just have you heard that terminology

         12    before?

         13        A.    Is the question -- can you rephrase the

         14    question, please?

14:47:24 15        Q.    Yeah.  What was your understanding of

         16    Ripple's over-the-counter XRP sales?

         17        A.    I did not have a deep understanding

         18    to -- to my knowledge.

         19        Q.    Were those the sales of XRP that Ripple

14:47:43 20    was using to fund its operations?

         21                  MS. ZORNBERG:  Object to form.

         22        A.    Can you rephrase the question, please?

         23        Q.    So Ripple's over-the-counter XRP sales,

         24    were those the sales of XRP that Ripple was using

14:48:14 25    to fund its operations?

                                                              152

14:48:21  1          A.    Time frame matters.  For example, right

       2    now XRP is sold, you know, for use to Ripple

       3    customers that are using the ODL product.

       4          Q.    Sold by Ripple?

14:48:45  5          A.    So as of right now, to my knowledge, the

       6    XRP is sold to Ripple customers for use in ODL

       7    by -- by Ripple.

       8          Q.    And back in 2016, before ODL was in

       9    commercial use, Ripple was selling XRP to

14:49:09 10    investors like █████?

      11          A.    I do not recall.

      12          Q.    Did Ripple ever have speculative trading

      13    volume targets?

      14                    MS. ZORNBERG:  Object to form.

14:49:43 15                    You can answer.

      16          A.    I do not recall.

      17                    MR. HANAUER:  Okay.  Can we look

      18          at Exhibit 19, please?

      19                    (Whereupon, exhibit is presented

14:50:04 20          and marked SEC Birla Exhibit AB-19 for

      21          identification.)

      22                    MR. HANAUER:  I tendered the

      23          witness a document labeled AB-19, which

      24          has a Bates number ending in 8282.

14:50:35 25    BY MR. HANAUER:

                                                           153

14:50:37   1          Q.    Mr. Birla, Exhibit AB-19 is an e-mail

2     from Patrick Griffin copying you dated April 13th,

3     2017?

4          A.    That's correct.

14:50:57   5          Q.    And in the, I guess, second e-mail of

6     the chain -- who is Ms. [sic] ███████████

7     ███████?

8          A.    Mr. ████████████████ was a product

9     manager.

14:51:11  10          Q.    He worked for you?

11          A.    That -- that is correct.

12          Q.    Does he still work for you?

13          A.    No, he does not.  No, he does not.

14          Q.    And do you see how in just the second

14:51:21  15     e-mail in the chain, Mr. ████████ writes "This

16     will lead to more" specu -- "speculative volume,

17     which is a target goal for Ripple in Q2"?

18          A.    I -- I see that, yes.

19          Q.    Does that refresh your rec --

14:51:39  20     recollection whether Ripple had speculative

21     trading volume targets?

22          A.    I do not recall.  I do not remember this

23     e-mail.

24          Q.    And that's not the -- the question.

14:51:54  25     Does reading about one of your subordinates

                                                    154

```
14:51:56   1    writing about speculative volume being a target
           2    goal, does that refresh your recollection of
           3    whether Ripple had speculative trading volume
           4    targets?
14:52:09   5         A.   That does not help refresh my memory.
           6              MR. HANAUER:   Twenty-four.
           7              (Whereupon, exhibit is presented
           8         and marked SEC Birla Exhibit AB-24 for
           9         identification.)
14:52:44  10              MR. HANAUER:   I tendered the
          11         witness a document labeled Exhibit AB-24
          12         with the Bates number beginning
          13         ███████0044098.
          14    BY MR. HANAUER:
14:53:26  15         Q.   And Exhibit AB-24, that's an e-mail from
          16    you to ████████████ dated November 29th, 2017?
          17         A.   That's correct.
          18         Q.   And Ms. ███████, she was an employee of
          19    ███████████████████?
14:53:47  20         A.   I believe that's correct.
          21         Q.   And Ms. ████████ is e-mailing you talking
          22    points?
          23         A.   I believe that to be true, yes.
          24         Q.   And do you see the part where it's --
14:54:08  25    where it's a little bolded and it says "████████
```

155

14:54:11    1    News," and the bullet point says "We were excited
            2    to hear about ████'s interest in XRP - it's the
            3    first ever XRP fund"?
            4         A.   Yes, I see that.
14:54:25    5         Q.   Who's the "████" that Ms. ██████ is
            6    referring to?
            7         A.   I don't know for certain, but I believe
            8    that's ████████████.
            9         Q.   And who is Mr. ████████?
14:54:41   10         A.   He is the founder of ██████████.
           11         Q.   And what's ████████████?
           12         A.   ████████ is a -- is a online
           13    publication.
           14         Q.   And when Ms. ██████'s writing "We were"
14:55:10   15    -- "We were excited to hear about ████'s interest
           16    in XRP - it's the first ever XRP fund," what was
           17    she referring -- what was your understanding of
           18    what she's referring to there?
           19         A.   I don't know for certain, but likely
14:56:03   20    ████████████'s fund, blockchain fund.
           21         Q.   And that was good news that
           22    Mr. ████████ was creating an XRP investment fund?
           23         A.   I -- I don't recall if it was good news
           24    or just news.
14:56:34   25         Q.   Ms. ██████ wanted you to say in talking

                                                              156

14:56:38   1    points that Ripple was excited about that fund?

          2       A.    Are you referring to the "Reactive Only"

          3    talking points?

          4       Q.    Yes.

14:57:16   5       A.    Yes, I believe ███████ has some points

          6    here about excitement about ██████ 's interest in

          7    XRP.

          8       Q.    So that was -- the launching of the

          9    first-ever XRP fund, from a Ripple perspective

14:57:35 10    that's good news?

         11       A.    From my recollection, it -- it wasn't

         12    something that on the product side that I noted as

         13    important.

         14       Q.    And further up in that e-mail to you,

14:57:55 15    Ms. ███████ writes "Today speculators are buying

         16    XRP on over 30 exchanges." She lists them. And

         17    then it continues, "and you can expect to see even

         18    more in 2018. This is a positive sign for the

         19    ecosystem - corporates and hedgers will be

14:58:17 20    watching and taking cues"?

         21          Was it a positive sign for Ripple that

         22    in November 2017, speculators were buying XRP on

         23    over 30 exchanges?

         24       A.    I don't know for certain, but I do

14:58:43 25    remember being excited that exchanges in

                                                            157

14:58:48  1   destinations that the ODL and xRapid product was

2   receiving feedback from our customers -- sorry,

3   let me rephrase.

4          I do remember being excited that our

14:59:04  5   customers had asked for destinations that we

6   didn't have available as part of the ODL exchange

7   and -- and product.  And some of them -- some of

8   these destinations were now listing XRP, which is

9   a precursor to making them available in the xRapid

14:59:28 10   and ODL product.

11      Q.   And you understood that Ms. ███████ was

12   giving you guidance to talk publicly about the

13   fact that speculators are buying XRP on over 30

14   exchanges?

14:59:56 15              MS. ZORNBERG:   Object to form.

16      A.   I don't remember, you know, reading this

17   e-mail, but in the talking points, she does allude

18   to a point about speculators buying XRP.

19      Q.   So back in November 2017, were all of

15:00:21 20   the different exchanges that Ripple was trying to

21   get XRP trading on, were all those exchanges in

22   countries where ODL would be sending money to?

23      A.   Can you rephrase the question, please?

24      Q.   All right.  So I think you had talked

15:00:41 25   about how ODL/xRapid, that product, involved

158

15:00:46    1    sending money from the U.S. to a foreign country,
            2    right?
            3         A.   I don't think I mentioned U.S., but U.S.
            4    was one of the origination points.  Also available
15:00:58    5    in Europe.
            6         Q.   Okay.  And if the U.S. was an
            7    origination point, what would you -- what's the --
            8    how would you call the receiving point?
            9         A.   The destination.
15:01:07   10         Q.   The destination.
           11         A.   Yeah.
           12         Q.   Okay.  So were all of the exchanges that
           13    Ripple was trying to get XRP listed on, were all
           14    of those exchanges in destination countries for
15:01:22   15    ODL/xRapid users?
           16              MS. ZORNBERG:  I'm going to
           17         object to form and point out the
           18         witness's -- I think it's asked and
           19         answered in that he referred previously to
15:01:34   20         precursors to the ODL being available.
           21              You can answer.
           22         A.   Do you mind rephrasing the question?
           23         Q.   Okay.  So were all the exchanges that
           24    Ripple was trying to get XRP listed on, were all
15:02:01   25    those exchanges in countries, destination

                                                              159

```
15:02:06    1    countries, for ODL or its precursor products?
            2            MS. ZORNBERG:  Object to form and
            3        to the piece where you said that Ripple --
            4        exchanges "Ripple was trying to get XRP
15:02:17    5        listed on."  Object to that terminology.
            6        A.   My product team worked closely with
            7    business development associates that helped add
            8    exchanges that were of interest to our customers
            9    to the ODL product suite.  A precursor to adding
15:02:44   10    it to the ODL product suite would have been for
           11    that exchange in the destination to have listed
           12    and built liquidity -- liquidity around XRP.
           13            MR. HANAUER:  Let's go to Exhibit
           14        42.
15:03:21   15            (Whereupon, exhibit is presented
           16        and marked SEC Birla Exhibit AB-42 for
           17        identification.)
           18            MR. HANAUER:  I just tendered the
           19        witness Exhibit -- a document labeled
15:03:44   20        Exhibit AB-42, which is -- begins on a
           21        page Bate -- with a Bates number ending in
           22        2869.
           23    BY MR. HANAUER:
           24        Q.   And, Mr. Birla, is Exhibit AB-42 an
15:04:06   25    e-mail that you sent to Brad Garlinghouse on
```

160

15:04:13  1    January 8th, 2020?

2         A.   Yes, that is correct.

3         Q.   And when -- you write "As we've

4    discussed - how do we bring institutional grade

15:04:28  5    exchanges and liquidity providers to some of our

6    core markets either through partnerships (e.g.

7    ██████) or roll-ups (e.g. leveraging ████████████ to

8    roll-up LatAM exchanges)"?

9              And are you referring to there about

15:04:45 10    efforts to get exchanges to list XRP in the

11    destination of countries for ODL users?

12         A.   I'm going to read the e-mail.

13              (Pause)

14         A.   Do you mind repeating the question,

15:06:22 15    please?

16         Q.   So the first sen -- or the first part of

17    that paragraph, "how do we bring institutional

18    grade exchanges and liquidity providers to some of

19    our core markets," do you see that?

15:06:37 20         A.   I do.

21         Q.   Are -- are you referring there to the

22    exchanges, the digital asset exchanges, in the

23    destination countries where ODL users were

24    transferring money?

15:07:26 25         A.   I believe I'm referring to a need for

161

15:07:27  1    high-quality exchanges.  In the architecture of
        2    the product, ODL were highly reliant on nascent
        3    crypto exchanges.  If the crypto exchange goes
        4    down, our products go down as well in the current
15:07:44  5    architecture.  So I'm referring to, hey, can we
        6    look and find high-quality institutional grade
        7    exchanges that are run by robust partners to
        8    enhance the -- the ODL product experience.
        9         Q.   So Ripple was making efforts to ensure
15:08:07 10    that XRP was traded on high-quality exchanges in
       11    the destination countries?
       12         A.   As part of the experience, having
       13    high-quality exchanges enhance the ODL experience.
       14    Some of the exchanges mentioned here, █████, would
15:08:29 15    be an originating exchange.  I believe ████ would
       16    be their prominent Singaporean bank.  And
       17    Singaporean dollars are an origination exchange.
       18    Second part would be LatAM.  LatAM would be more
       19    or less in that destination.  And -- and under
15:08:49 20    your terminology that would be correct.
       21         Q.   Correct that Ripple made efforts to
       22    ensure that there were high-quality exchanges
       23    where XRP could be traded in the destination
       24    countries?
15:09:07 25              MS. ZORNBERG:  Objection to form.

                                                          162

15:09:07  1       A.   In -- in my role, I was concerned about

2    the -- in the context of this e-mail, it's more

3    the robustness of the technical infrastructure and

4    rely -- reliability of the exchanges and that's

15:09:22  5    what I'm referring to.

6       Q.   Right.  And so Ripple --

7       A.   And part --

8       Q.   Oh, I'm sorry, continue.

9       A.   That's part of the ODL experience.  And

15:09:27 10    so I'm -- I'm focused on uptime, redundancies of

11    code.  If they're on AWS, do they have a backup in

12    case AWS goes down?  Your average crypto player

13    outside of the top three or four don't have that

14    kind of robustness, but institutional players like

15:09:50 15    ███, because they offer banking infrastructure, do

16    have that kind of technical robustness.

17       Q.   Right.

18           So Ripple was making efforts to make

19    sure that XRP could be traded on high-quality

15:10:02 20    exchanges?

21               MS. ZORNBERG:  Same objection.

22               MR. SOLOMON:  Objection.  You

23           keep slipping in a legal term, "efforts."

24           He has to answer the question his way, not

15:10:11 25           your way.  Can you let him use his own

163

```
15:10:13   1            words, please?
           2                      Objection; form.
           3                      MR. HANAUER:  Anything else?
           4       BY MR. HANAUER:
15:10:20   5            Q.    You can answer the question.
           6            A.    As the head of product, I want
           7       high-quality exchanges for the ODL experience.
           8       And having high-quality exchanges means that
           9       they're -- they have redundancy.  They know how to
15:10:38  10       run technical bank-grade infrastructure.  And --
          11       and ███, the example given here, is a
          12       Singaporean -- large Singaporean bank that was
          13       interested in running an exchange, a crypto
          14       exchange, as well.  And that I felt would be
15:10:56  15       advantageous to the product experience.
          16            Q.    So --
          17            A.    Searching for destination exchanges and
          18       LatAM based on our customer needs.  And, again,
          19       LatAM, very difficult to find high-quality
15:11:06  20       exchanges with technical -- robust technical
          21       infrastructure and security protocols.  The idea
          22       would be could we find someone that was familiar
          23       with financial applications on businesses to help
          24       find those exchanges to be part of the ODL
15:11:25  25       experience.
```

                                                              164

15:11:26  1        Q.   And what did Ripple do to make sure

      2   there were high-quality exchanges for XRP trading?

      3        A.   So for -- to ensure that there were

      4   high-quality exchanges as part of the ODL and

15:11:49  5   xRapid experience, there were a number of things

      6   that we did.  Number one, site visits were

      7   important.  So understanding if the exchange was

      8   run by high-quality, high-integrity people.

      9             Did they have -- you know, we did a

15:12:13 10   security audit.  Did they have the right security

     11   protocols?

     12             Did they have reputable funders so that

     13   they had a long runway?  Because when you're

     14   building in crypto, it takes a long time for

15:12:28 15   products to mature and you need to have ample

     16   runway given you're in a very nascent, you know,

     17   industry.

     18             Did they have the right APIs?

     19             So exchanging digital currencies is

15:12:52 20   different than processing -- sorry.  Exchanging

     21   currencies is -- is one part of what an exchange

     22   does, but when they're part of the ODL and xRapid

     23   experience, they also have to process KYC rules.

     24        Q.   That's know your customer?

15:13:08 25        A.   Know your customer.  They need to adhere

                                                              165

15:13:10  1    to the travel rule.  And that additional metadata

       2    needs to be available and processed through the

       3    exchange.

       4         So most exchanges that we met with

15:13:20  5    didn't have the right kinds of parameters and

       6    metadata to not only do cryptocurrency trading

       7    against fiat, but also payment use cases like the

       8    ones that ODL offers.

       9    Q.    Was it easy for Ripple to find these

15:13:37 10    high-quality exchanges or did it involve a lot of

      11    hard work?

      12              MS. ZORNBERG:  Object to form.

      13              You can answer.

      14    A.    Well, in my experience with product over

15:13:57 15    the years, nothing is really easy.  It's super

      16    complicated to -- to launch products and achieve

      17    product market fit given you need to be ten times

      18    better than anything else out there.

      19         Now, you -- you couple on being in the

15:14:14 20    crypto industry that is still very nascent and new

      21    and that adds further complication.  And then you

      22    add on the global nature of our business and the

      23    unfamiliarity with local markets and participants

      24    and that adds an additional layer of complexity

15:14:33 25    into building a product.

                                                          166

15:14:37  1          And not only at a new industry, but also
        2  at a -- a company offering a newer product to the
        3  market.
        4      Q.   In that first paragraph of AB-20 (sic),
15:14:52  5  you refer to a "retail speculator."
        6          What do you mean by the term "retail
        7  speculator"?
        8      A.   I'm comparing the two types of liquidity
        9  providers --
15:15:11 10      Q.   Oh, I'm sorry.  Can -- I need to clear
       11  that up.  I misspoke.
       12          In AB -- Exhibit AB-42, you use the
       13  terminology "retail speculator."  Please give your
       14  understanding of -- of what you meant there by
15:15:24 15  "retail speculator."
       16      A.   So I have versus, "vs," institutional
       17  liquidity providers.
       18          So as I mentioned, on an exchange there
       19  are two types of liquidity providers:  One that
15:15:46 20  are institutional grade and, in many destination
       21  markets, due to the lack of liquidity, our --
       22  Ripple-contracted market makers and then everyone
       23  else.  And a general catchall is known as natural
       24  liquidity or in this case I used -- I think I'm
15:16:15 25  actually referring to another portion in the

                                                        167

15:16:17  1    document, someone else's language, but speculative
          2    liquidity.
          3         Q.   Is there a difference between retail
          4    speculators and institutional speculators as you
15:16:30  5    understand it?
          6         A.   I don't believe I -- I used the -- the
          7    word "institutional speculators," so I'm not
          8    familiar with that -- that term.
          9         Q.   Would you consider the term "retail
15:16:48 10    speculator" to apply to a hedge fund?
         11         A.   I don't know for certain.
         12              MR. HANAUER:  Okay.  Exhibit 50,
         13         please.  I'm going to do this last one.
         14         It's quick.  Actually, before you --
15:17:18 15         Q.   I'm just going to ask you a couple
         16    questions before the exhibit.
         17              In 2020, did Ripple promote the
         18    narrative that XRP should be part of a diversified
         19    investment portfolio?
15:17:28 20              MR. HECKER:  Objection to the
         21         form of the question.
         22         A.   In my function -- sorry, can you give me
         23    the date again?
         24         Q.   In 2020.
15:17:44 25         A.   In my role both as head of product and

                                                          168

15:17:50   1    general manager of RippleNet, that wouldn't be in
           2    my purview and function.
           3        Q.    Were you ever aware of Ripple promoting
           4    XRP -- promoting that XRP should be part of the
15:18:02   5    diversified investment portfolio?
           6              MS. ZORNBERG:  Objection to form
           7        and to the use of the term "promoting."
           8        A.    I do not recall.
           9        Q.    Did Ripple ever promote XRP as an -- as
15:18:16  10    an investment product?
          11              MS. ZORNBERG:  Same objections.
          12        A.    I do not recall.
          13        Q.    Did Ripple ever make public statements
          14    suggesting that XRP should be part of a
15:18:32  15    diversified investment portfolio?
          16        A.    Can you rephrase the question, please?
          17        Q.    Did Ripple ever make statements to the
          18    public suggesting that XRP should be part of a
          19    diversified investment portfolio?
15:18:53  20        A.    I do not recall.
          21        Q.    Did Ripple ever make statements to the
          22    public suggesting that XRP should be an investment
          23    product?
          24        A.    I do not recall.
15:19:07  25              MR. HANAUER:  Exhibit 50, please.

                                                      169

```
15:19:22    1                    (Whereupon, exhibit is presented
            2            and marked SEC Birla Exhibit AB-50 for
            3            identification.)
            4                    MR. HANAUER:  And I just tendered
15:19:24    5            the witness Exhibit -- a document labeled
            6            Exhibit AB-50, which ends in a Bates
            7            number -- or begins with a Bates number
            8            ending in 5553.
            9    BY MR. HANAUER:
15:19:43   10        Q.    And is Exhibit AB-50 an e-mail that ███
           11    ███ sent to you and others on July 3rd, 2020?
           12        A.    Yes.
           13        Q.    And do you see how ███████ writes about
           14    two-thirds of the way down, "We are about to get
15:20:07   15    active with the narrative that XRP deserves to be
           16    a meaningful participant to a diversified
           17    portfolio"?
           18        A.    I see that.
           19        Q.    And does that refresh your recollection
15:20:43   20    of whether Ripple ever promoted XRP as an
           21    investment product?
           22                    MR. HECKER:  Objection to form;
           23            foundation.
           24        A.    No, I don't believe so.
15:20:55   25        Q.    And what was ███████ role with Ripple
```

170

15:20:58   1    in July 2020?

2          A.    Her role was unclear to me.  Is unclear

3    to me.

4          Q.    Was she high-ranking at Ripple?

15:21:16   5              MR. HECKER:  Objection to form.

6          A.    I don't recall her official title, nor

7    do I recall her being part of core -- core

8    decisions.

9          Q.    Do you have an understanding of why

15:21:42  10    █████████ would be attaching an XRP Markets Weekly

11    presentation to her e-mail?

12         A.    I do not.

13               MR. HANAUER:  Counsel, do you

14         think now is a good time for a break?

15:21:58  15               MR. HECKER:  That would be great.

16         Thank you.

17               MR. HANAUER:  Yeah, let's go off.

18               MR. TENREIRO:  Are we done with

19         this one?

15:22:02  20               MR. HANAUER:  Yes, thank you.

21               THE VIDEOGRAPHER:  The time on

22         the video monitor is now 3:21 -- 3:22 p.m.

23         This is the end of Media Unit Number 4.

24         Going off the video record.

15:22:13  25               (Whereupon, a recess is taken.)

171

15:22:13  1                    THE VIDEOGRAPHER:  The time on
        2           the video monitor is now 3:46 p.m.  This
        3           is the start of Media Unit Number 5.  We
        4           are back on the video record.
15:46:24  5    BY MR. HANAUER:
        6           Q.   Mr. Birla, since you started at Ripple,
        7    has Ripple provided incentives to market
        8    participants to increase trading in XRP?
        9                    MS. ZORNBERG:  Object to form.
15:46:57 10           A.   I believe -- I don't know the mechanics
       11    of the deal, but where there was insufficient
       12    liquidity for the xRapid and ODL experience,
       13    especially at destination exchanges, we would
       14    contract with market makers to help supplement the
15:47:24 15    liquidity between delta for what a customer wanted
       16    to send and what was available through natural
       17    liquidity at an exchange.
       18           Q.   Any other way that Ripple incentivized
       19    market participants to increase trading in XRP?
15:47:49 20                    MS. ZORNBERG:  Same objection to
       21            form.
       22           A.   What would your definition of "market
       23    participants" be?
       24           Q.   So how about this?  Before xRapid
15:48:17 25    launched in 2018, did Ripple provide incentives to

                                                            172

15:48:21  1    market participants to increase trading in XRP?
          2                    MS. ZORNBERG:  Objection to form.
          3         A.   I don't know for certain.
          4         Q.   Well, you -- you had mentioned the
15:48:34  5    giveaways, right, when Ripple was giving away XRP?
          6         A.   I believe I mentioned I was familiar
          7    with XRP giveaways.
          8         Q.   And Ripple has sold XRP to institutional
          9    traders at discounted prices?
15:49:01 10                    MS. ZORNBERG:  Is that a question
         11         or are you assuming facts not in evidence?
         12                    MR. HANAUER:  It's a question.
         13         A.   Can you rephrase the question, please?
         14         Q.   Has Ripple sold XRP to institutional
15:49:19 15    traders at discounted prices?
         16         A.   I don't know for certain.
         17         Q.   Has Ripple paid exchanges to list XRP on
         18    their exchange?
         19         A.   Not to my knowledge.
15:49:51 20         Q.   Has Ripple offered incentives to money
         21    transmitters to use Ripple products?
         22         A.   I believe so.
         23         Q.   Tell me about that.
         24         A.   As -- as a product is early on in its
15:50:33 25    development life cycle, like the ones ODL and

                                                        173

15:50:42  1    xRapid, for example, and in a very nascent

2    ecosystem, like blockchain and crypto,

3    cryptocurrency, or the cryptocurrency ecosystem, I

4    mentioned earlier that, you know, the products

15:51:08  5    have, you know, user experience issues given to

6    the nascent infrastructure providers, crypto

7    exchanges and so forth.

8              And to get product experience and

9    feedback from customers early on, it's super

15:51:30 10    important in a product development life cycle.

11    And my internal saying is Day 1 of a product isn't

12    when it's on a piece of paper or in a

13    presentation, but, like, when a customer starts

14    using it.  And there are oftentimes when we are

15:51:57 15    trying to get very early feedback from customers

16    and we quite well know that the experience isn't

17    where it needs to be.  And in those days, in -- in

18    some cases, it's worthwhile to provide incentives

19    to a customer.

15:52:21 20        Q.   Does Ripple still provide incentives to

21    its money transmitter customers?

22        A.   As the product has been in the market

23    and we've improved experience, to my knowledge, as

24    a product has gotten better and better, as a

15:52:57 25    result, while we do pay incentives in certain

174

15:53:01 1   cases, the amount has reduced to coincide with the

2   improvements in the -- in the product experience.

3       Q.   So what you're saying is the amount of

4   incentives that Ripple pays its money transmitter

15:53:19 5   customers has reduced over time?

6               MR. HECKER:   Objection;

7    mischaracterizes his testimony.

8       A.   I believe that for certain customers

9   into certain corridors where the product

15:53:43 10  experience has improved over time, the amount of

11  incentives has -- has reduced.

12      Q.   Is Ripple still contracting with market

13  makers to increase trading in XRP?

14      A.   I don't know for certain, but in a

15:54:26 15  number of our corridors, I believe that -- as I

16  defined earlier, that the -- the delta between the

17  amount customers want to send and what's there via

18  natural liquidity, that delta has shortened in

19  some corridors as the product has matured, but

15:54:52 20  also as the cryptocurrency ecosystem has matured

21  more broadly.

22          And as a result, in certain corridors,

23  the contracted market makers have been reduced.

24      Q.   Is Ripple still employing market makers

15:55:11 25  on Mexican digital exchanges?

175

15:55:13  1               MR. HECKER:  Objection to form.

2      A.   At this very moment, I don't know for

3  certain whether there are active market makers

4  at -- at the exchange in Mexico.

15:55:34  5      Q.   Is Ripple still employing market makers

6  on Filipino exchanges?

7               MR. HECKER:  Same objection.

8      A.   At this very moment, I don't know for

9  certain if there are market makers at the Filipino

15:55:51  10  exchange.

11      Q.   Who would be the best person in Ripple

12  to ask about whether Ripple is still paying money

13  makers in destination countries?

14      A.   You --

15:56:03  15           MS. ZORNBERG:  Objection.  You

16       said "money makers."

17           MR. HANAUER:  Oh, I'm -- I'm

18       sorry.

19           MS. ZORNBERG:  The court reporter

15:56:09  20       --

21           MR. HECKER:  The court reporter

22       fixed it for you.

23           MS. ZORNBERG:  The court reporter

24       -- the court reporter --

15:56:22  25           MR. HANAUER:  Well, I'll just ask

176

```
15:56:23   1            it again.  Thank you, Counsel.
           2     BY MR. HANAUER:
           3          Q.   Who would be the best person at Ripple
           4     to ask about whether Ripple is still paying market
15:56:29   5     makers in destination countries?
           6          A.   Well, to clarify, in certain destination
           7     countries at certain exchanges -- and there's a
           8     function at Ripple known as a markets team that
           9     has the most up-to-date knowledge on -- on that
15:56:53  10     question.
          11          Q.   Who runs the market team right now?
          12     Markets team.
          13          A.   I don't know for certain, but I believe
          14     it's ███████████████.
15:57:20  15                    MR. HANAUER:  Ex -- we're going
          16             to go to Exhibit 37.
          17                    (Whereupon, exhibit is presented
          18             and marked SEC Birla Exhibit AB-37 for
          19             identification.)
15:57:22  20                    MR. HANAUER:  And I just tendered
          21             the witness a document labeled Exhibit
          22             AB-37 that begins with a Bates number
          23             ending in 0714.
          24     BY MR. HANAUER:
15:57:43  25          Q.   And, Mr. Birla, Exhibit AB-37, that's an
```

177

15:57:47  1    e-mail that you sent to your subordinates on --

2    certain of your subordinates on July 23rd, 2019?

3         A.   I believe that's correct, yes.

4         Q.   You sent this e-mail to the product

15:58:06  5    managers working for you?

6         A.   Yes, I believe that's correct.

7         Q.   What is an OKR?

8         A.   An OKR is a type of goal that stands for

9    objective, is the O, and the KR is key result.

15:58:39 10         Q.   And do you see the -- the second section

11    of your e-mail, the one titled "OKRs/High-Level Q3

12    priorities"?

13         A.   I do.

14         Q.   And you wrote "We have our Q3 company

15:58:56 15    OKRs and the Top 5 priorities that we will be

16    tracking this quarter"?

17         A.   I see that.

18         Q.   And you write that there are "additional

19    areas of focus we should be covering"?

15:59:12 20         A.   I see that.

21         Q.   And the second bullet point is "XRP

22    stewardship" and then in the parenthetical

23    "(trust, liquidity, price, et cetera)"?

24         A.   I see that.

15:59:28 25         Q.   What did you mean by "XRP stewardship"?

178

15:59:43  1        A.    I don't know for certain, but in looking

       2   through this, I believe these are copied notes

       3   pasted into an e-mail.

       4        Q.    And I'm not asking about the more

15:59:58  5   technical stuff later in the e-mail.

       6              But what -- what's your understanding of

       7   XRP stewardship as you were trying to convey that

       8   to your subordinates?

       9        A.    QB -- the subject to my knowledge is --

16:00:16 10   is QBR, quarterly business review.  That's

      11   conducted at the Ripple leadership level.  And I

      12   believe that here I've copied the notes that

      13   someone else created and pasted it into this

      14   e-mail and may have edited it here and there and

16:00:45 15   then sent it out to my team.

      16        Q.    What's your understanding of the term

      17   "XRP stewardship"?

      18        A.    In the context of my team, it would be

      19   the liquidity portion and ensuring that there is

16:01:05 20   liquidity at the exchanges that are leveraged by

      21   ODL and xRapid.

      22        Q.    What do you understand XRP stewardship

      23   to mean in terms of price?

      24        A.    I do not understand that to my

16:01:24 25   knowledge.

                                                            179

16:01:30  1          Q.    Is Ripple able to take actions that
        2   affect the price of XRP?
        3                    MR. HECKER:   Object to the form
        4           of the question.
16:01:54  5          A.    To my knowledge, no.
        6          Q.    Can Ripple affect XRP's price by buying
        7   or selling large amounts of XRP?
        8                    MS. ZORNBERG:  Objection; asked
        9           and answered.
16:02:32 10          A.    I do not know for certain.
       11          Q.    Do you have any understanding of whether
       12   Ripple could do that?
       13                    MS. ZORNBERG:  Objection; asked
       14           and answered.
16:02:45 15          A.    I do not understand.
       16          Q.    When you sent the e-mail in Exhibit
       17   AB-37 to your team, were you trying to convey to
       18   your product -- product managers to be good
       19   stewards of XRP?
16:03:03 20                    MS. ZORNBERG:  Object to form.
       21          A.    I don't believe so, no.
       22          Q.    Would you have wanted your product
       23   managers to be poor stewards of XRP?
       24                    MS. ZORNBERG:  Objection to form.
16:03:40 25          A.    I'm not sure what "poor stewards of XRP"

                                                                180

16:03:44 1    means, so no.

2        Q.   Do you understand what to mean -- to be

3    a steward of XRP is?

4             MS. ZORNBERG:   Objection.

16:03:54 5        A.   In the context of -- in the context of

6    my products, that would -- and my product team,

7    that would mean to ensure there were -- there was

8    sufficient liquidity in the corridors that xRapid

9    had as part of its product experience.

16:04:17 10       Q.   In terms of the area of your focus,

11   would Ripple personnel be poor stewards of XRP

12   liquidity if they took efforts to lessen the

13   liquidity of XRP?

14            MS. ZORNBERG:   Object to form.

16:04:46 15       A.   Can you rephrase the question, please?

16       Q.   So I -- I was asking earlier what it

17   meant to be a good steward of XRP liquidity and

18   you answered the way you did.  I'm just trying to

19   figure out what the opposite of that would have

16:04:57 20   looked like.

21       A.   The opposite.  So in the context of

22   product and xRapid and ODL, if the customer wanted

23   to send a million dollars from the U.S. to Mexico

24   or Europe to the Philippines, there needs to be

16:05:20 25   one million plus of liquidity against XRP in both

181

| | |
|---|---|
| 16:05:27 | 1 |

16:05:27    1    the sending and receiving exchange.  I'm not

2    sure -- so you need to have sufficient liquidity

3    more than what a customer wants to send.  I'm not

4    sure how you would lessen the liquidity to answer

16:05:49    5    your question.

6        Q.    Could Ripple cancel its contract with

7    market makers?

8            MS. ZORNBERG:  Objection to form;

9        speculative.

16:06:08   10        A.    That -- I believe so.

11        Q.    In 2017, did Ripple decide to place a

12    large amount of its XRP holdings into escrow?

13        A.    I don't recall the exact dates, but at

14    some portion, Ripple put a large portion of its

16:06:42   15    XRP in escrow to my knowledge.

16        Q.    And why did Ripple do that?

17        A.    I don't -- to my knowledge, I don't have

18    the context of all the reasons.  My involvement

19    was around the technical details needed to escrow

16:07:19   20    and manage the release process from a product

21    and -- and technical perspective.

22        Q.    And why did Ripple want to do that?

23        A.    Again, in -- in my role, my input and

24    involvement was around providing, like, the -- the

16:07:44   25    product capabilities and feature sets needed to

182

16:07:50  1    manage the escrow process and -- and -- and lock

      2    up other remaining portions that weren't used at

      3    each -- at the end of each month.

      4        Q.   Did you ever ask anyone at Ripple why

16:08:06  5    you were being directed -- directed to figure out

      6    a process to escrow XRP?

      7             MR. HECKER:  Objection to form.

      8        A.   By the time that I was involved, I had

      9    seen the decision was largely made, and my

16:08:28 10    involvement was to figure out how to get the

     11    product portion done.

     12        Q.   Was the decision to escrow Ripple's XRP

     13    holdings influenced by concerns for market

     14    participants that Ripple could lower the price of

16:08:53 15    XRP by flooding the market with its XRP holdings?

     16             MR. HECKER:  Objection to form.

     17        A.   I am -- I am not aware of the inputs

     18    that went into the decision and factors that went

     19    into the decision to escrow.  My role was to

16:09:15 20    provide the product feature set to manage the

     21    escrow process and lock up the unused portions on

     22    a monthly basis from a product and process

     23    perspective.

     24        Q.   What would be the business purpose for

16:09:35 25    Ripple to escrow its XRP holdings?

                                                           183

16:09:41   1                    MS. ZORNBERG:  Object to form.

           2        A.   I don't know for certain.

           3                    MR. HANAUER:  Twenty-one.

           4                    (Whereupon, exhibit is presented

16:10:03   5        and marked SEC Birla Exhibit AB-21 for

           6        identification.)

           7                    MR. TENREIRO:  Twenty-one.

           8                    MR. HANAUER:  I just tendered the

           9        witness a document labeled Exhibit AB-21,

16:10:34  10        which begins with the Bates number ending

          11        in 1435.

          12   BY MR. HANAUER:

          13        Q.   Is Exhibit AB-21 an e-mail you received

          14   on May 3rd, 2017?

16:11:12  15        A.   I believe so.

          16        Q.   And do you see the second e-mail in the

          17   chain is an e-mail from Mr. -- second e-mail from

          18   the top of the chain on the first page is an

          19   e-mail from Mr. Griffin dated May 3rd, 2017?

16:11:43  20        A.   I see that.

          21        Q.   And do you see how the bullet points

          22   discuss potential terms for Ripple's escrow

          23   arrangement?

          24        A.   I see -- yeah, I see an outline proposal

16:12:11  25   for the 55 billion escrow and one billion per

                                                              184

16:12:15  1    month.

2         Q.    And did Ripple ultimately settle on

3    those terms?

4         A.    I am not sure about -- if you're

16:12:26  5    referring to the first bullet, I believe so, yes.

6         Q.    And so when it says "55B rolling escrow,

7    1B per month," does that mean that 55 billion XRP

8    are placed into escrow and XRP [sic] is allowed to

9    disburse 1 billion XRP per month from that escrow

16:12:56 10    account?

11              MS. ZORNBERG:  Object to form.

12         You said does it mean that XRP is allowed

13         to disburse one billion XRP?

14              MR. HANAUER:  Thank you, Counsel.

16:13:11 15         I'll rephrase that.

16    BY MR. HANAUER:

17         Q.    Does it mean -- the -- the "55B rolling

18    escrow, 1B per month," does that mean that Ripple

19    would place 55 billion in -- XRP into escrow and

16:13:26 20    that Ripple could release no more than 1 billion

21    XRP per month?

22         A.    I -- I don't know for certain, but I

23    believe that's accurate.

24         Q.    And then do you see in

16:13:50 25    Mr. Garlinghouse's e-mail immediately above that,

185

16:13:54  1    he writes "My point here is that you are showing
       2    some math below on set-asides that we didn't
       3    'decide' on.  We are simply making the point that
       4    anything not escrowed will be used to continue to
16:14:06  5    invest in the health of the XRP ecosystem.  And
       6    the Asheesh clause was that 'invest' means a
       7    handful of things which I won't be prescriptive
       8    about here"?
       9         A.   I see that.
16:14:18 10         Q.   What did you understand Mr. Garlinghouse
      11    to be referring to when he talks about anything
      12    not escrowed will be used to invest in the health
      13    of the XRP ecosystem?
      14         A.   I don't know for certain.
16:14:37 15         Q.   Did you understand that he was referring
      16    to that the XRP not escrowed could be continued to
      17    be sold to fund XRP's -- Ripple's operations?
      18              MS. ZORNBERG:  Object to form.
      19              MR. SOLOMON:  Objection.  Asked
16:14:54 20         and answered.  He said "I don't know for
      21         certain" to your last question.
      22         A.   I don't know for certain.
      23              MR. HANAUER:  Mr. Solomon, I
      24         would ask that you please stop with the
16:15:03 25         speaking objections.  This is not the

                                                        186

16:15:05   1            first time.

           2                  MR. SOLOMON:  I'm trying to

           3            identify.  You just asked the same

           4            question twice.  So I'll say "objection,"

16:15:11   5            but if you persist in the questioning,

           6            I'll point out why I'm objecting.

           7                  MR. HANAUER:  I would think

           8            "asked and answered" could -- would

           9            suffice.

16:15:21  10   BY MR. HANAUER:

          11       Q.   What's your understanding of the

          12   "Asheesh clause" that Mr. Garlinghouse is

          13   referencing?

          14       A.   I don't believe it was attached to the

16:15:39  15   e-mail referring to the "Asheesh clause."  So I

          16   don't -- I don't recall.

          17                  MR. HANAUER:  Twenty-three.

          18                  (Whereupon, exhibit is presented

          19            and marked SEC Birla Exhibit AB-23 for

16:16:03  20            identification.)

          21                  MR. TENREIRO:  Twenty-three,

          22            Nicole.

          23                  MR. HANAUER:  And I just tendered

          24            the witness a document labeled Exhibit

16:16:24  25            AB-23, which bears a Bates number ending

                                                        187

16:16:29  1          in 6664.

2     BY MR. HANAUER:

3          Q.   And, Mr. Birla, is Exhibit AB-23 an

4     e-mail that Mr. Garlinghouse sent to Monica Long,

16:16:44  5     copying you, dated November 27th, 2017?

6               There's a pending question, sir.

7          A.   Oh, sorry.  Do you mind repeating the

8     question?

9          Q.   Yeah, yeah.  Exhibit AB-23, that's an

16:17:28 10     e-mail that you received on November 27th, 2017?

11          A.   Yes, I believe so.

12          Q.   And do you see how the -- the e-mail and

13     the -- the one below it in the chain references an

14     escrow announcement?

16:17:51 15          A.   Referring to the one dated November 27,

16     2017?

17          Q.   Yes.  I believe both e-mails bear that

18     date.

19          A.   Yes, I see it.

16:18:04 20          Q.   And was late November 2017, is that

21     around the time that Ripple was planning to

22     publicly announce the escrow program it was

23     implementing?

24          A.   I don't know for certain other than the

16:18:31 25     contents of this e-mail.

                                                  188

16:18:33  1        Q.   Do you see how Ms. Long writes with the
       2    first bullet point "Objective is to create a
       3    second wave of excitement about the lockup amongst
       4    speculators"?
16:18:48  5        A.   I see the bullet, first bullet, yes.
       6        Q.   And what did you understand Ms. Long to
       7    mean about creating a second wave of excitement
       8    about the lockup amongst speculators?
       9        A.   I don't remember.  I don't recall
16:19:08 10    reading the e-mail or interpreting the e-mail as
      11    at this time I was busy, from my recollection,
      12    implementing the software features needed to
      13    support the lockup.
      14        Q.   Why would making announce -- why would
16:19:39 15    Ripple making an announcement about putting its
      16    XRP holdings into escrow, why would that generate
      17    excitement amongst speculators?
      18        A.   I don't know for certain.
      19        Q.   And is it your testimony that when
16:19:57 20    Ripple referred to "speculators," it didn't know
      21    who those people were?
      22              MS. ZORNBERG:  Object to form.
      23        A.   In -- in the context of product, in the
      24    products that I worked on, at exchanges there are
16:20:21 25    two types of liquidity:  There's the Ripple

                                                      189

16:20:23   1   contracted liquidity and then the unknown.  And

         2   the unknown was referred to as -- as natural

         3   liquidity on those exchanges.

         4          In my role, I was primarily concerned

16:20:37   5   with exchanges that were part of the product

         6   experience to support ODL and xRapid.

         7      Q.   So what you just said -- you said

         8   "speculators" was your terminology for natural

         9   liquidity on exchanges, is that accurate?

16:20:59  10      A.   I believe it's the other way around.  My

        11   terminology was "natural liquidity."

        12      Q.   Natural liquidity equals speculators?

        13      A.   In -- in the context of my products, the

        14   unknown liquidity that was not contracted by

16:21:17  15   market makers to support the -- the product was

        16   known as natural liquidity.  Just the unknown.

        17      Q.   Okay.  So speculators equals natural

        18   liquidity equals unknown liquidity?  Do I have

        19   that right?

16:21:34  20              MR. HECKER:  Objection to form.

        21              MS. ZORNBERG:  Objection.

        22              MR. HECKER:  Mischaracterizes his

        23       testimony.

        24      A.   The -- the -- what I referred to as the

16:21:42  25   unknown or the noncontracted liquidity on

                                                        190

```
16:21:47   1    exchanges to support Ripple products is natural
           2    liquidity.
           3         Q.   Okay.  And I'm asking you about the term
           4    "speculators."
16:21:55   5              When you use that term, are you
           6    referring to unknown liquidity on exchanges?
           7         A.   I --
           8              MS. ZORNBERG:  Hold on one sec.
           9              Objection.  Are you referring at
16:22:06  10         all still to this exhibit?  Because he
          11         didn't use the term "speculators" in
          12         this.
          13              MR. HANAUER:  Right.  I'm
          14         actually trying to get a better sense of
16:22:15  15         what he means by -- when -- what the term
          16         "speculators" means to the witness.
          17              MS. ZORNBERG:  Objection; asked
          18         and answered.
          19         A.   I don't use the term "speculators"
16:22:29  20    often.  I use the term for unknown liquidity
          21    participants as -- as "natural liquidity"
          22    providers.
          23         Q.   Okay.  When you do use the term
          24    "speculators," what are you referring to?
16:22:40  25              MS. ZORNBERG:  Objection.
```

191

16:22:47  1          A.    To my knowledge, I rarely use the term
        2    "speculators."  If I do, it's likely quoting
        3    someone to my knowledge from another portion of a
        4    document or an e-mail.  But in that context, it's
16:23:04  5    likely to be similar to my definition of natural
        6    liquidity.
        7          Q.    And your definition of natural liquidity
        8    is unknown liquidity?
        9              MS. ZORNBERG:  Objection; asked
16:23:22 10       and answered.
       11          A.    My definition of natural liquidity --
       12    there's a sending exchange and a receiving
       13    exchange that is part of the ODL and xRapid
       14    product infrastructure.  The amount a customer
16:23:39 15    wants to send, subtract the natural liquidity --
       16    the amount a customer wants to send, subtract the
       17    contracted, you know, liquidity, and that's what's
       18    remaining as -- is known as the natural liquidity
       19    portion.
16:23:56 20          Q.    Do you have an understanding of whether
       21    other people at Ripple had the same definition of
       22    speculators as you did?
       23          A.    I believe so, yes.
       24          Q.    Who else at Ripple shared your
16:24:14 25    definition of speculators?

                                                          192

16:24:21  1        A.   Well, my team, product team, I talked to

        2   them about -- I believe I talked to my team about

        3   my definition of natural liquidity and as it

        4   relates to xRapid and ODL products.

16:24:45  5        Q.   What about people outside of your team?

        6   Did you understand the folks outside of your team

        7   to share your understanding of the term

        8   "speculators"?

        9        A.   As it related to Ripple products, you

16:25:10 10   know, folks outside of my team, I believe, adopted

       11   my terminology for natural liquidity and

       12   measurement of natural liquidity.  And Ripple

       13   contracted liquidity to support ODL and xRapid

       14   products.

16:25:30 15        Q.   I'm asking you about your definition of

       16   speculator, not natural liquidity.

       17        A.   I -- I don't know for certain.

       18        Q.   How could Ripple generate excitement

       19   about its escrow program amongst speculators if

16:25:52 20   Ripple didn't know who the speculators were?

       21             MS. ZORNBERG:  Objection.

       22        A.   Do you mind rephrasing the question?

       23        Q.   So I -- we just talked about that under

       24   your definition, speculators were unknown

16:26:11 25   liquidity, right?

                                                            193

16:26:12  1       A.   (Indicating)

       2            MS. ZORNBERG:  Objection; asked

       3        and answered.

       4       Q.   You have to say yes.

16:26:15  5       A.   Yes, my definition of natural liquidity

       6   is unknown liquidity that supports xRapid and ODL

       7   products.

       8       Q.   Okay.  And that definition applies to

       9   speculators also, right?

16:26:28 10            MS. ZORNBERG:  Objection; asked

      11        and answered.

      12       A.   Speculators that are providing natural

      13   liquidity at exchanges that support ODL and xRapid

      14   products.

16:26:38 15       Q.   So how can Ripple try and generate

      16   excitement amongst speculators if it doesn't know

      17   what sort of folks those speculators are?

      18            MS. ZORNBERG:  Objection.

      19       A.   In my role as -- as product, that is not

16:27:00 20   a function that I work on.

      21       Q.   So Ripple's first xRapid customer began

      22   using xRapid in October 2018?

      23       A.   There were a number of early versions of

      24   what is known as ODL or xRapid, RPP being one of

16:27:41 25   them.  And so, you know, early -- early customers

                                                      194

16:27:52  1    that date back to R -- the RPP days.

          2         Q.   And when were the RPP days?

          3         A.   I don't know for certain, but I believe

          4    around the 2014 time frame.

16:28:06  5         Q.   And the first xRapid customer started

          6    using xRapid in October 2018?

          7         A.   I don't know for certain the exact

          8    dates, but I believe them to be around 2018.

          9         Q.   Late 2018?

16:28:31 10              MS. ZORNBERG:   Object to form.

         11         A.   I don't know for certain, but in 2018.

         12    I believe that time range is in the general

         13    ballpark.

         14         Q.   Did Ripple -- before xRapid launched,

16:28:48 15    did Ripple sell XRP to people using RPP?

         16         A.   I don't believe so, no.

         17         Q.   So when xRapid customers started using

         18    xRapid -- and I'm referring to the xRapid product

         19    that you just said launched in 2018, not its

16:29:35 20    predecessors.   Okay?

         21         A.   I understand this.

         22         Q.   Okay.   So when xRapid customers started

         23    using xRapid in 2018, how did Ripple generate

         24    revenue from xRapid?

16:30:06 25         A.   I've been working in product and

                                                               195

16:30:08   1   engineering in Silicon Valley for most of my
           2   career, and both on the early product development
           3   side, late-stage side, as well.  And it's -- a
           4   core tenet of being a good product manager is to
16:30:23   5   start with solving a customer experience problem.
           6   And we have a saying that you can't be marginally
           7   better than your customers.  You have to be 10x
           8   better than your customer.
           9          And I've created internet products, I've
16:30:44  10   created desktop products.  And that same mantra
          11   holds true.  Creating something that's 10X better
          12   in the crypto nascent industry is even harder
          13   given a lot of your exchange partners and new
          14   construction partners are also very nascent and
16:31:04  15   building at the same time.  The analogy we use is
          16   it's sort of like, you know, changing out the
          17   engine of a flight, you know, halfway through a
          18   flight given there's so much changing around it.
          19          And so we were fixated on creating a
16:31:22  20   reliable 10X better experience for our products
          21   despite leveraging very nascent infrastructure
          22   because our customers told us that that mattered.
          23   They didn't really care if the underlying
          24   infrastructure was nascent.  They wanted a
16:31:45  25   reliable, dependable experience to move mission

                                                           196

16:31:53  1    critical funds for their -- on behalf of their

          2    customers.

          3              And so as a result, that's what my

          4    product team -- that's what I had my product team

16:32:07  5    and my engineering team focused on and continued

          6    to focus on at Ripple.

          7        Q.   Okay.  But I was asking you when xRapid

          8    launched in 2018, how did Ripple generate revenues

          9    from that product?

16:32:32 10        A.   To my knowledge, my team was focused

         11    on -- was not focused on generating profits or

         12    revenue from the product.  Was focused on creating

         13    a 10x better experience for our customers.  And

         14    there were a lot of complications given the

16:32:53 15    nascent infrastructure that supported the -- the

         16    product.

         17        Q.   Okay.  When Ripple's first customers

         18    began using XRP in -- or xRapid in 2018, was

         19    Ripple generating revenues from those customers'

16:33:15 20    use of xRapid?

         21        A.   That wasn't a focus, so I don't believe

         22    so.

         23        Q.   Is there a time that Ripple began

         24    generating revenues from xRapid or ODL?

16:33:49 25        A.   I don't know the exact dates, but over a

                                                              197

16:33:51  1    period of time, different types of business models
          2    became clear to us and -- and -- and started to
          3    generate what's known as top line revenue.
          4         Q.   Okay.  Tell me about that.  How did
16:34:17  5    Ripple first start generating top line revenue
          6    using xRapid or ODL?
          7         A.   So we worked to cull with our -- our
          8    customers to figure out what kinds of problems
          9    they were having in their day-to-day.  And -- and
16:34:37 10    so that was one sort of input.
         11         The second input was that the crypto
         12    markets continued to mature.  We talked earlier
         13    about the depth of liquidity.  The depth of
         14    liquidity matured quite a bit as the entire crypto
16:34:55 15    ecosystem grew.
         16         And analyzing that, there were a few
         17    different types of opportunities.  Number one, XRP
         18    for use -- in selling XRP for our customers for
         19    use in the ODL or xRapid product.
16:35:20 20         The second one would be a line of credit
         21    and charging interest on a line of credit for our
         22    customers to -- to use.
         23         And then the third one was around what's
         24    known as FX.  And in certain cases where -- in
16:35:46 25    certain cases in certain corridors, we're seeing

                                                            198

16:35:51 1    there's ability for our products to generate FX

2    top line revenue.  And that has been aided by the

3    growth and the depth of liquidity in certain

4    markets.

16:36:10 5         Q.    So it's my understanding that the first

6    step in an xRapid or ODL transaction is the money

7    transmitter needs to convert dollars to XRP,

8    correct?

9         A.    To my knowledge, it depends on what --

16:36:33 10   the originating currency, location of the

11   customer.  So if the customer is starting with

12   U.S. dollars, then that is accurate.  The first

13   step is to convert U.S. dollars into XRP.  If the

14   customer is starting with Euros, then it's Euros

16:36:54 15   to XRP.  If the customer is starting with GBP,

16   it's GBP to XRP, and so forth.

17        Q.    Okay.  So that -- that's Step 1.  And

18   then the next -- Step 2 is in the receiving

19   market.  The money transmitter needs to convert

16:37:10 20   the XRP to the receiving currency?

21        A.    Well, there's a few steps in between.

22   Once the customer, the money transmitter,

23   leverages a sending exchange to convert from U.S.

24   dollars to XRP, the system withdraws the XRP from

16:37:35 25   the sending exchange.  And through the

199

16:37:38  1    decentralized XRPL technology moves from one

       2    account to the receiving exchange's account on the

       3    XRP ledger.

       4         And then it is then deposited to the

16:37:54  5    receiving exchange -- the XRP is deposited into

       6    the receiving exchange.  And then from there it is

       7    converted into pesos and then from there it's

       8    withdrawn to the local banking infrastructure.

       9         The local equivalent, if you are

16:38:13 10    familiar with the ACH system in the United States,

      11    the local rail system in the destination country

      12    is where the funds are often withdrawn to and

      13    deposited into a -- a local bank account, to the

      14    beneficiary.

16:38:29 15    Q.    So when xRapid customers started using

      16    xRapid in 2008 -- 2018, for the first step of the

      17    process the xRapid customer would go to a

      18    originating nation exchange to convert their

      19    originating fiat currency into XRP, correct?

16:39:00 20    A.    In the time period of 2018, I believe

      21    that is correct, yes.

      22    Q.    And during that time period when the

      23    xRapid customer was getting their XRP off an

      24    originating country exchange, during that time

16:39:27 25    period was Ripple generating revenues from xRapid

                                                              200

16:39:31   1    or ODL?

           2                    MS. ZORNBERG:  You're talking

           3            about 2018?

           4                    MR. HANAUER:  Whatever the time

16:39:40   5            period was when the money transmitter were

           6            getting their XRP from originating country

           7            digital exchanges.

           8                    MS. ZORNBERG:  You can answer if

           9            you understand the question.

16:40:00  10        A.   Can you rephrase the question, please?

          11        Q.   Okay.  So I -- I think you described

          12    that when xRapid launched --

          13        A.   Yes.

          14        Q.    -- Step 1 in the process is the money

16:40:09  15    transmitter takes -- I'll just use an example --

          16    dollars and goes onto a U.S. digital exchange and

          17    converts the dollars to XRP, right?

          18        A.   In that -- as an example, that's

          19    correct, yes.

16:40:24  20        Q.   And -- and that's the way that xRapid

          21    originally worked when it was launched in 2018?

          22        A.   In 2018, that would be an example of how

          23    it worked, yes.

          24        Q.   Okay.  And so it's my understanding that

16:40:41  25    at a later point in time, the money transmitter

                                                                      201

16:40:43  1   would get their XRP not from an exchange, but

2   buying the XRP from Ripple?

3                    MS. ZORNBERG:  Objection.

4                    You can -- you can answer.

16:41:07  5       A.    So the early version of the product that

6   -- there's a lot of earlier versions, but you're

7   referring to the -- I believe you're referring to

8   the 2018 version.  It is correct that the customer

9   would start with, as an example, U.S. dollars at

16:41:24 10   the originating exchange and convert it into XRP.

11                    We received feedback from our customers

12   and that talked about nascent infrastructure, that

13   the exchanges often go down.  They're unreliable.

14   And there are fees associated that the exchanges

16:41:49 15   levy as well.

16                    So taking that feedback, the product

17   team came up with an idea known as Wallet Send.

18   And Wallet Send provided the sending customer

19   with --

16:42:09 20       Q.    Do you mind spelling Wallet Send?  I'm

21   not sure the court reporter got the --

22       A.    Wallet Send, W-A-L-L-E-T space S-E-N-D.

23                    The Wallet Send, you can think of it as

24   a -- a crypto wallet that was provided to the --

16:42:30 25   the sending customer.  And why that was unique was

202

16:42:36 1    that our customers had noted that while there's a

2    lot of steps, to use xRapid I have to onboard at

3    the sending exchange.  I have to onboard at the

4    receiving exchange.  I have fees at the sending

16:42:52 5    exchange.  I have fees at the receiving exchange.

6    The sending exchange may go down.  The receiving

7    exchange may go down.  And so they provided a lot

8    of this feedback to us.

9         So the product team came up with a

16:43:01 10    concept called a Wallet Send.  And Wallet Send

11    essentially eliminated half -- half the leg of a

12    payment in terms of all the infrastructure

13    onboarding fees.

14         And so we piloted that concept for

16:43:16 15    Wallet Send.  Customers loved it.  And so we

16    brought that into production.  And to my

17    knowledge, the primary way that customers sourced

18    their XRP for Wallet Send was from Ripple.

19         Q.   And when did customers start using this

16:43:44 20    Wallet Send feature?

21         A.   I don't recall the dates exactly, but I

22    believe sometime after 2019.

23         Q.   And was the implementation of Wallet

24    Send, was that the first time that Ripple began

16:44:15 25    generating revenues from xRapid or ODL?

203

16:44:35  1          A.    I don't know for certain, but I believe

       2  so.

       3          Q.    And the way Ripple generated its

       4  revenues through the Wallet Send program was by

16:44:46  5  selling XRP to xRapid or ODL customers?

       6                    MS. ZORNBERG:   Object to form.

       7          A.    Can you repeat the question, please?

       8          Q.    All right.  So the way Ripple generated

       9  revenues after it implemented Wallet Send was by

16:45:13 10  selling XRP directly to the money transmitters

      11  that used xRapid or ODL?

      12          A.    So to my knowledge, that was one of the

      13  ways that we generated revenue.  I mentioned there

      14  was a line of credit and there are opportunities

16:45:43 15  for FX --

      16          Q.    But that came later, right?

      17          A.    I don't know the exact time frame, but I

      18  believe it is correct that we started with Wallet

      19  Send and -- and then, to my knowledge and

16:46:16 20  recollection, pretty quickly followed on with --

      21  with line of credit.

      22          Q.    And who are the Ripple customers that

      23  use xRapid or ODL?

      24          A.    They are often FinTechs or -- I think

16:46:42 25  they're known as MTOs.  I think MTO stands for

                                                            204

16:46:49   1   money transmission organization or mobile

           2   transmission organization.  Likely money

           3   transmission organization.  And there are

           4   customers, FinTechs, MTOs that have the desire for

16:47:07   5   moving money cross border where costs, speed and

           6   transparency are a quarter of their value

           7   proposition.

           8        Q.   Has the type of customer that uses

           9   xRapid or ODL changed over time?  Or has it always

16:47:32  10   been money transmitters?

          11        A.   Are you referring to the legal

          12   definition of money transmitter or -- because

          13   there have been different customer types that we

          14   have found through product development and

16:48:06  15   customer research that go beyond the classical

          16   definition of a -- a money transmitter.  For

          17   example, e-commerce companies.

          18        Q.   Do e-commerce companies currently use

          19   ODL?

16:48:33  20        A.   I don't know for certain the types of

          21   businesses -- to restate, I do believe that in

          22   certain cases, customers of our customers are

          23   e-commerce companies that leverage the service.

          24        Q.   And the cust -- the Ripple customers

16:49:02  25   that use ODL or xRapid, those are money

                                                              205

16:49:06  1    transmitters, correct?

2                    MS. ZORNBERG:  Object to form.

3         A.   I do believe at certain points, some of

4    them were not money transmitters.  They were like

16:49:23  5    a marketplace, an e-commerce marketplace.

6         Q.   Historically have the majority of

7    ODL/xRapid customers been money transmitters?

8                    MS. ZORNBERG:  Object to form.

9         A.   I believe that to be true, yes.

16:49:46 10        Q.   Do banks use ODL for cross-border

11    payments?

12        A.   I believe there are -- I believe there

13    is -- there are a few banks that use ODL or xRapid

14    for cross-border payments or have in the past.

16:50:11 15        Q.   Which ones?

16        A.   I'm not familiar with the entire list,

17    but I do remember meeting the ████████████ and

18    talking to them about what they liked about that

19    experience and what they didn't like about the

16:50:35 20    experience and getting customer feedback directly

21    from ████████.

22        Q.   Did that bank ever purchase the ODL or

23    xRapid product from Ripple?

24                    MS. ZORNBERG:  Object.  Object to

16:50:51 25        form.

206

16:50:52  1          A.    I don't -- I don't recall.

        2          Q.    Have any American banks been Ripple

        3    customers that used ODL or xRapid?

        4          A.    I don't recall.

16:51:16  5          Q.    Can you name me any as you sit here

        6    today?

        7          A.    I don't believe so.

        8          Q.    So on -- I think we talked about the --

        9    when xRapid launched back in 2018, the -- the user

16:51:44 10    had to go -- in the originating country had to go

       11    to an exchange, digital exchange, on the orig --

       12    in the originator country, right?

       13          A.    That -- I believe that to be correct.

       14          Q.    And in the target country, the

16:52:07 15    xRapid/ODL customer has to go to an exchange in

       16    the target country to exchange the XRP into the

       17    target currency, right?

       18          A.    In the destination country currency,

       19    yes.

16:52:19 20          Q.    Thank you.

       21                And I know that the Step 1, the

       22    originating country process, that's changed over

       23    time.  Has the fact that the receiving country --

       24    there needs to be a transaction on a receiving

16:52:34 25    country XRP exchange, does that still happen?

                                                            207

16:52:43  1        A.    We are working, actively working, on a

       2    product release so that the customer experience

       3    isn't impaired when the receiving exchange goes

       4    down.

16:52:55  5        Q.    Has that product been released yet?

       6        A.    It's part of -- I don't recall what

       7    release it's part of but it's in an upcoming

       8    release.    It's -- the feature is known as Wallet

       9    Receive.    So that you have Wallet Send and you

16:53:13 10    would have Wallet Receive.

      11        Q.    Are any -- are any current ODL/xRapid or

      12    their customers using Wallet Receive right now?

      13        A.    It's not in production yet.    It's in

      14    active development and it has not been released.

16:53:32 15    And the plan is for all customers and partners to

      16    move to Wallet Receive because that is the -- that

      17    will deliver the kind of experience that customers

      18    expect, eliminating the dependency on both the

      19    sending exchange and the receiving exchange in

16:53:55 20    terms of critical -- providing critical payment

      21    infrastructure.

      22        Q.    But as of this moment and going

      23    backwards to the time that XR -- xRapid was

      24    launched, the -- the customer, the ODL/xRapid

16:54:15 25    customer, has always been dependent on the

                                                          208

16:54:17   1   receiving country exchange?

2              MS. ZORNBERG:  Object to form.

3        A.   The very early versions of the -- the

4    product, you know, with RPP, that wasn't the case.

16:54:37   5   Q.   I'm talking about from the start of

6    xRapid in 2018 to this point in time, today, the

7    xRapid/ODL product relies on converting XRP to

8    receiving fiat currency on a receiving country

9    exchange.

16:55:06  10        A.   I do believe that to be true, but I'm

11   not a hundred percent certain if an early version

12   of Wallet Receive is available in certain

13   countries.  So there may be exceptions where we

14   have deployed an early version of Wallet Receive.

16:55:22  15   But I don't know for certainty now.

16        Q.   And so when in xRapid -- can I just

17   settle on one, either ODL or xRapid, to -- to save

18   some words?

19        A.   Yeah.

16:55:44  20        Q.   Do you have a pref -- do you have a

21   preference?

22        A.   I like ODL.

23        Q.   Okay.  So when I'm referring to ODL, I'm

24   referring to ODL and its predecessor xRapid.

16:55:52  25              Do you understand?

209

16:55:54  1        A.    Yeah, I understand that.

          2        Q.    Okay.  So when the ODL user relies on an

          3   exchange to transmit the currency, there are costs

          4   associated with converting the XRP -- or

16:56:22  5   converting the XRP to the fiat currency on the

          6   receiving exchange, correct?

          7        A.    I believe so, yes.

          8        Q.    There's a spread, right?

          9              MS. ZORNBERG:  Object to form.

16:56:35 10        A.    There are a few different costs.  One --

         11   to be clear, like, a spread is always -- sorry.  A

         12   spread is there regardless.  So if you're

         13   converting from U.S. dollars to Mexican pesos,

         14   you're going to be hit with a -- a spread.  But

16:57:05 15   that is one component of the cost.

         16              The other component would be any fees

         17   that the exchange levy on -- with trades or

         18   withdrawals.  And withdrawals are when you take

         19   the local currency and you take it off the

16:57:24 20   exchange onto local rails.

         21        Q.    So what incentives did Ripple provide to

         22   its ODL customers to use ODL in light of the

         23   spreads and the fees that you just described?

         24              MR. HECKER:  Objection to form.

16:57:53 25        A.    Can you rephrase the question, please?

                                                              210

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

16:57:56  1          Q.    Yeah.  So you talked about spreads and
        2     fees that are incurred when ODL converts XRP to
        3     receiving fiat, right?
        4          A.    Yes, that's correct.
16:58:10  5          Q.    What incentives did Ripple provide its
        6     ODL customers to address those spreads and fees
        7     that would be incurred converting XRP to receiving
        8     fiat?
        9          A.    At different phases of the product, that
16:58:35 10     changed.  One piece of feedback we were hearing
       11     from our customers was that reliability, not only
       12     of the technical infrastructure but the rate that
       13     you would get from the product, is super important
       14     to their customers, especially like remittance
16:58:54 15     customers, where often -- often immigrants sending
       16     money back home shop the rate around to get the
       17     best rates.  So even a few basis points makes a
       18     big difference.
       19               And customers provide that feedback to
16:59:12 20     us.  Even though cryptocurrency is volatile, the
       21     product needs to function such that if I'm sending
       22     money from -- if my customers are sending money
       23     from the UK to the Filipino peso, it has to be
       24     reliable.  Otherwise, they'll go to another
16:59:29 25     offering.

                                                            211

16:59:30  1                    So the customers are very price

          2    sensitive to FX.

          3                    And -- and through the evolution of the

          4    product, we wanted to ensure that they had a

16:59:46  5    reliable FX experience.  And so -- early version

          6    of the product, the delta between what the market

          7    rate was between GBP and Philippines, just as an

          8    example, and what they were getting out of the

          9    product experience from xRapid, given the volatile

17:00:10 10    nature of cryptocurrency, is that sometimes was

         11    cheaper and sometimes was more expensive.

         12    Sometimes was on par.  But our customers wanted

         13    something that was consistent on par with local

         14    FX.

17:00:25 15                    And so early on in the product, the

         16    easiest way to do that while we could still get

         17    market feedback was to make the customer whole for

         18    the delta between the on par FX rate and what they

         19    were receiving in the product if it was more

17:00:43 20    expensive than the market rate.

         21                    But as I mentioned, sometimes it was

         22    cheaper.  And that became early sort of indicators

         23    that there might be opportunities to take revenue

         24    in those cases as well.

17:00:59 25         Q.   So --

                                                              212

17:00:59  1        A.    So in early versions of the product, the
       2    fastest way to do that was to make them whole.
       3    And then later on in the product, we started to
       4    create a feature so the customers didn't have to
17:01:13  5    worry about that at all.   So it was baked into the
       6    product, as we call it.
       7        Q.    And -- and when you said "make whole,"
       8    Ripple would actually provide rebates to its ODL
       9    customers to account for the spread on the XRP
17:01:34 10    conversion to receiving fiat being above the
      11    prevailing FX rate?
      12        A.    I think the right way to think about it
      13    is you take the rate that they would get from the
      14    market for converting, I think -- let's just
17:01:52 15    continue with the example -- from GBP to the
      16    Philippines.   You can call that the Reuters rate
      17    or the FX rate.   And then you take the rate that
      18    the xRapid or -- sorry, ODL product provides to go
      19    from GBP to Filipino peso with XRP as the bridge.
17:02:14 20              And if there is a net positive delta,
      21    then that is -- we make them whole on that net
      22    positive delta.   If it's on par, nothing, if it's
      23    a negative.   And that was an early indication that
      24    there was opportunity for Ripple to take revenue.
17:02:30 25        Q.    Right.   And when you say "make whole,"

                                                            213

17:02:32  1    you mean that Ripple would actually pay the ODL

2    customer the difference between the rate the ODL

3    customer obtained using ODL and the rate the ODL

4    customer would have obtained on an FX exchange?

17:02:55  5              MR. HECKER:  Objection to form.

6         A.   I -- I don't know what the right

7    terminology we used.  Actually, do you mind

8    repeating the question or statement?

9         Q.   You talked about the -- making the

17:03:10 10   customer whole, right?

11        A.   Correct.

12        Q.   And so if the customer paid more using

13   ODL than they would have in the inner bank FX

14   markets, Ripple would pay the ODL customer the

17:03:28 15   difference between the ODL rate and the inner bank

16   FX rate?

17        A.   I believe that to be true, yes.

18        Q.   And did Ripple also pay volume

19   incentives to its ODL customers?

17:03:55 20        A.   I don't know for certain about the

21   "also," but as I mentioned earlier, especially

22   with early adopters into new corridors that were

23   nascent, I believe we provided volume incentives,

24   especially early on in the product life cycle, to

17:04:20 25   make up for some of the product experience gaps

214

17:04:25  1   that were unfortunately part of the early adoption

2   product experience for ODL.

3        Q.   Did Ripple pay its ODL customers per

4   transaction payments for using ODL?

17:04:47  5               MR. HECKER:  Objection to form.

6        A.   I don't know for certain.

7        Q.   And in addition to paying the ODL

8   customers the -- the payments you just described,

9   Ripple would also pay the receiving country

17:05:21 10   exchanges to list XRP so that there could be an

11   XRP receiving fiat transaction?

12               MR. HECKER:  Objection to form;

13    foundation.

14        A.   Can you repeat the question, please?

17:05:37 15        Q.   So in order for ODL to work historically

16   before Wallet Send [sic], Ripple needed to have

17   XRP listed on receiving country exchanges?

18        A.   To be clear, I don't believe that had

19   anything to do with Wallet Send.

17:05:59 20        Q.   The Wallet Receive, I'm sorry.

21        A.   That is -- do you mind just restating

22   the question?

23        Q.   Yeah.

24               Before Ripple implemented Wallet

17:06:09 25   Receive, ODL needed XRP to be listed on receiving

215

17:06:15  1   country exchanges?

2        A.   To be part of the Ripple ODL experience

3   where customers wanted to send money into a

4   destination, before Wallet Receive, we needed a

17:06:37  5   receiving or destination country exchange that

6   would provide liquidity between XRP and the local

7   or destination fiat currency.

8        Q.   And Ripple paid those receiving country

9   exchanges to list XRP?

17:06:54 10           MS. ZORNBERG:   Objection; assumes

11        facts.

12        A.   Not to my knowledge.

13        Q.   Did Ripple offer any incentives to the

14   receiving country exchanges to list XRP?

17:07:10 15        A.   Not to my knowledge.

16        Q.   Ripple made payments to market makers to

17   provide liquidity on the receiving country

18   exchanges, right?

19        A.   For -- for exchanges that were part of

17:07:33 20   the ODL experience, especially in destination

21   exchanges where there wasn't sufficient liquidity,

22   and to process a customer's payment, I do believe

23   there were times where we leveraged contracted

24   market makers or liquidity providers to provide

17:07:51 25   that liquidity at those destination exchanges.

216

17:08:03  1          Q.   And for the receiving country exchanges,

2     does Ripple place restrictions on who can purchase

3     the XRP with the receiving country fiat currency?

4                    MS. ZORNBERG:  Object to form.

17:08:26  5          A.   I'm not sure I understand the question.

6     Do you mind rephrasing?

7          Q.   Okay.  So the Step 2 process or the last

8     step of the ODL transaction is XRP gets converted

9     to fiat currency on a receiving country exchange,

17:08:44 10     right?

11          A.   In the earlier version, yes, of the

12     product, yes, that's correct.

13          Q.   Still does, right?

14          A.   We mentioned the exception.  I'm not

17:08:59 15     sure if there's a Wallet Receive available in

16     certain destinations, but outside of that, I

17     believe that is correct.

18          Q.   Does Ripple place restrictions on what

19     the people buying XRP on the receiving country

17:09:17 20     exchanges can do with the XRP they buy?

21                    MS. ZORNBERG:  Object to form.

22          A.   I don't know for certain, but to my

23     knowledge, if the flow is going from origination

24     exchange to destination exchange, it's the other

17:09:42 25     way around.  So I believe it's -- I think you put

217

17:09:46   1    it as buying XRP.  I believe the deficit is

          2    selling XRP.  So there is selling XRP and buying

          3    peso, for example, is the -- is the flow.

          4         Q.   Right.

17:09:57   5              But in order to -- for the -- the

          6    recipient of the ODL transaction to get pesos,

          7    the -- someone needs to buy XRP and pay for it

          8    using pesos on -- on a Mexican exchange, right?

          9              MS. ZORNBERG:  Objection.

17:10:17  10         A.   I believe it's the other way around.  So

         11    the XRP is bought, sourced on the sending exchange

         12    or through Wallet Send sent to the destination

         13    exchange.  And at the destination exchange,

         14    it's -- it's a one-way flow.  So it's -- there's a

17:10:34  15    deficit the other way.  So it's sold -- XRP is

         16    sold for pesos.

         17         Q.   Okay.  And --

         18         A.   So you need to source pesos, not the

         19    other way around.

17:10:42  20         Q.   Right.  So whoever is buying the XRP

         21    with pesos on the destination exchange --

         22         A.   Okay.

         23              MS. ZORNBERG:  Objection.

         24         Q.   Do you understand that?

17:10:52  25              MS. ZORNBERG:  Objection.

                                                              218

17:10:53  1        A.    I might --

2               MS. ZORNBERG:  All right.  You

3          should finish the question.

4        Q.    Okay.  So in order for the money

17:10:58  5   transmitter to get its pesos, right, it's got to

6   sell its XRP to someone buying the XRP with pesos

7   on a Mexican digital asset exchange, right?

8               MS. ZORNBERG:  Object to form.

9        A.    There's an order book that -- I believe

17:11:16 10   you're asking if there's an order book between XRP

11   and pesos.  And that's correct, yes.

12        Q.    So whoever ultimately ends up with the

13   XRP that's sent over from the United States, does

14   Ripple place any restrictions on what that

17:11:30 15   ultimate purchaser of XRP can do with the XRP they

16   buy?

17               MS. ZORNBERG:  You mean some

18          unknown person in a secondary market?

19               MR. HANAUER:  Correct.

17:11:51 20        A.    To my knowledge, no.

21        Q.    Would it be more expensive for ODL users

22   to transmit money using ODL if Ripple did not

23   provide incentives?

24               MS. ZORNBERG:  Objection to form.

17:12:15 25        A.    Do you mind repeating the question?

                                                    219

17:12:17 1        Q.   So we talked about the incentives Ripple

2    provides its ODL customers, right?

3        A.   That's correct.

4        Q.   Would it be more expensive for the ODL

17:12:30 5    customers to transmit currency without those

6    incentives?

7                 MS. ZORNBERG:   Objection to form.

8        A.   To my knowledge and recollection, I

9    mentioned that there are times where, let's just

17:12:49 10   use the FX Reuters rate, where there's -- you

11   know, you're above -- the ODL cost is a positive.

12   And in those cases and if the customer was able to

13   obtain wholesale rates, and that is depending on

14   the customer type and the size, and if -- and

17:13:15 15   their cost to capital was -- was low because the

16   traditional system often works on something called

17   a good funds model where you have to pre-position

18   not only sending currency, but often pre-position

19   destination currency.  And in that case, if -- if

17:13:35 20   those costs were negligible and you added up all

21   those costs and the product experience wasn't a

22   big issue for them to wait the time needed by the

23   traditional system, there could be cases where the

24   overall cost was more expensive than the ODL cost.

17:13:57 25                But in a lot of the cases with their

220

17:14:00   1   customers, they're smaller providers, in FinTechs

2   or MTOs.  And a lot of the incumbent banking

3   system don't want to bank and process payments for

4   those smaller customers, especially remittances

17:14:18   5   into places like Mexico and the Philippines, for

6   example.

7            They also have a high cost to capital

8   often, as I've learned, greater than 20 percent

9   because they are venture capital funded, as many

17:14:38  10   FinTechs are.

11            And so leveraging a product like ODL

12   helps them more efficiently use working capital.

13   And -- and a combination of the features I

14   mentioned, and we've been developing new features

17:14:57  15   as we get product feedback, have made the product

16   attractive to customers.

17            However, we are still working on working

18   out some of the kinks in the product experience

19   issues that I had mentioned earlier as well.

17:15:16  20            For example, we still have downtime at

21   receiving exchanges, roughly 4 to 6 percent

22   downtime.  And until we have the features like

23   Wallet Receive, we're not able to offer them the

24   experience they need that -- I talked about 10x

17:15:37  25   better experience.  That gets them to that 10x

221

17:15:40 1    better experience.

2         Q.    So does Ripple have any ODL customers

3    that don't receive incentives?

4         A.    I don't know for certain.

17:15:51 5         Q.    Can you name one?

6         A.    I don't know for certain.

7         Q.    Are you able to name an ODL customer

8    that does not receive incentives from Ripple?

9         A.    I don't know for certain if there are

17:16:15 10   any customers that don't receive an incentive or a

11   rebate.

12        Q.    Did Ripple ever publicly disclose the

13   incentives it paid related to ODL?

14        A.    I don't know for certain.

17:16:47 15       Q.    Would ODL work if the price of XRP was

16   zero?

17               MR. HECKER:   Objection to form.

18        A.    So I had mentioned earlier on that we

19   tried other digital assets.   Now the question is,

17:17:34 20   you know, could we use another digital asset

21   instead of XRP to facilitate a cross-border

22   payment -- payment?   We -- in our experiments, the

23   cost and the transaction fees of moving money

24   across other blockchains and the speed wasn't

17:17:55 25   as -- as -- as proficient as -- as XRP.

222

17:18:01   1            So while it's technically feasible to
        2    swap out XRP for another digital asset -- because
        3    what you're referring to by XRP going to zero
        4    would likely mean liquidity is -- unless I'm
17:18:16   5    missing something -- would also be zero.  You
        6    would need to move to another digital asset.
        7            And now the question is would we be able
        8    to find customers that would be willing to pay the
        9    additional fees and be okay with the -- the time
17:18:34  10    frame for which a payment settled using other
       11    technologies?  I don't know.
       12        Q.   Would ODL work with -- using XRP if the
       13    price of XRP was zero?
       14            MS. ZORNBERG:  Objection; asked
17:18:51  15         and answered.
       16        A.   I believe my answer would be the -- the
       17    same in that I'm not a hundred percent sure, but I
       18    can only speculate that if the price was zero,
       19    liquidity would be zero.  And if liquidity was
17:19:15  20    zero -- and then I mentioned early on that if you
       21    need to move a million dollars on behalf of
       22    customers, you need at least $1 million of
       23    liquidity.  And $1 million at a price of zero is
       24    zero.
17:19:36  25            So I might be missing something, but I

                                                              223

17:19:38  1    believe that it would be difficult because there

2    wouldn't be sufficient liquidity to provide the

3    experience we need for our customers.

4         Q.    And if Ripple decided to use another

17:19:51  5    digital asset as a bridge currency for ODL, would

6    Ripple generate any revenues from ODL?

7              MS. ZORNBERG:  Objection;

8         speculative and portions already addressed

9         in his prior answers.

17:20:11 10        A.    I mentioned that it's tough to

11   understand.  I have not -- I have not gone to our

12   customers and asked them if they would be okay

13   with experience trade-offs by leveraging another

14   technology given that in our tests, it showed that

17:20:36 15   they were more costly and slower.

16              So to answer that question, I would need

17   to do some customer research.

18        Q.    Well, you said that Ripple generates its

19   revenues related to the ODL program by selling

17:20:51 20   XRP, right?

21              MS. ZORNBERG:  Objection.

22        A.    So what I -- I believe I -- what I

23   believe I said, and to my recollection, was that

24   there are a few different revenue opportunities

17:21:10 25   that we are finding with -- with the ODL product.

224

17:21:15  1    One being, in conjunction with Wallet Send, the

2    ability to sell XRP for use in the product ODL

3    directly to customers.

4         The second being -- given the feedback

17:21:34  5    we heard and a problem that we heard from our

6    customers is that their cost to capital is very

7    high given that a lot of them are venture capital

8    backed or margin-thin businesses -- a line of

9    credit was another option.

17:21:50  10         And then the third option, as the

11   cryptocurrency markets have matured and the depth

12   of liquidity has improved, that is often

13   correlated with better FX rates.  And in certain

14   corridors and at certain time periods had

17:22:07  15   mentioned that there's a Reuters FX rate, and at

16   certain times, the cost was -- for using ODL was

17   below the Reuters FX rate, that would hint towards

18   the ability for Ripple to generate top-line

19   revenue in those circumstances.

17:22:32  20    Q.   If ODL stops using XRP and instead uses

21   another bridge currency, could Ripple generate

22   revenues through the Wallet Send program?

23         MS. ZORNBERG:  Objection;

24    speculative and asked and answered.

17:23:04  25    A.   I would have to think through -- I don't

225

17:23:05  1    know for certain.  I'd have to think through the

          2    mechanics of how that would work and, again, also

          3    factor in, like, the experience trade-offs and get

          4    input from our customers to understand if that was

17:23:20  5    something they would pay for.

          6              So starting with another digital asset

          7    or another sort of instrument would be something

          8    that I'd have to research and investigate and --

          9    and get back to you.

17:23:34 10              MR. HANAUER:  All right.  Why

         11         don't we take a break.

         12              THE VIDEOGRAPHER:  The time on

         13         the video monitor is now 5:23 p.m.  This

         14         is the end of Media Unit Number 5.  We are

17:23:47 15         off the video record.

         16              (Whereupon, a recess is taken.)

         17              THE VIDEOGRAPHER:  The time on

         18         the video monitor is now 5:37 p.m.  This

         19         is the start of Media Unit Number 6.  We

17:37:20 20         are back on the video record.

         21    BY MR. HANAUER:

         22         Q.   Was MoneyGram the first large-scale user

         23    of ODL?

         24              MS. ZORNBERG:  Object to form.

17:37:36 25              MR. HECKER:  Yeah.

                                                              226

17:37:43  1          A.   Do you -- do you mind defining "large

        2   scale"?

        3          Q.   Was MoneyGram the first user of ODL that

        4   generated the volume of XRP transactions that

17:37:52  5   Ripple was targeting?

        6               MS. ZORNBERG:   Object to form.

        7          A.   Do you mind rephrasing the question?

        8          Q.   MoneyGram started using ODL sometime

        9   after June 2019?

17:38:25 10          A.   I don't recall the specific dates, but

       11   around that time frame seems directionally

       12   correct.

       13          Q.   And by January 2020, MoneyGram was

       14   generating approximately 90 percent of ODL volume?

17:39:02 15               MS. ZORNBERG:   Object to form.

       16          A.   I believe that to be true at least for

       17   the U.S. dollar to Mexican corridor.

       18          Q.   And during what period was MoneyGram

       19   Ripple's largest ODL customer by volume?

17:39:39 20          A.   I don't know the specifics.  Yeah, I

       21   don't recall the specifics.

       22          Q.   When did MoneyGram stop being Ripple's

       23   largest ODL customer?

       24          A.   Sometime -- I don't recall the

17:40:22 25   specifics, the specific dates, but I believe it

                                                            227

17:40:24   1    was sometime around early 2021.

           2         Q.    And before early 2021, MoneyGram

           3    generated the largest volume of XRP transactions

           4    among ODL customers?

17:40:58   5         A.    Do you mind repeating the question,

           6    please?

           7         Q.    Yeah.

           8               Prior to early 2021, did MoneyGram

           9    generate the largest volume of XRP transactions

17:41:10  10    among ODL customers?

          11         A.    Is there a specific time period?

          12         Q.    Ending in early 2021, when you said

          13    MoneyGram stopped being the largest ODL customer,

          14    going back to the time MoneyGram became an ODL

17:41:32  15    customer.

          16         A.    And do you mind repeating the second

          17    part of the question?

          18         Q.    During the time MoneyGram was an ODL

          19    customer, did MoneyGram generate the largest

17:41:46  20    volume of XRP transactions among Ripple's ODL

          21    customers?

          22         A.    So to my knowledge, there was a ramp-up

          23    period for MoneyGram.  And at some point post the

          24    ramp-up period, to my knowledge I believe

17:42:19  25    MoneyGram by volume was the largest ODL customer.

                                                              228

17:42:31  1          Q.   Did Ripple make a $50 million investment

          2     in MoneyGram?

          3          A.   I don't know the specific dollar amount,

          4     but I do believe Ripple was an owner of a portion

17:42:54  5     of MoneyGram company stock.

          6          Q.   Did Ripple agree to reimburse MoneyGram

          7     on ODL transactions so that MoneyGram would be

          8     within ▮▮▮▮ basis points of the prevailing spot FX

          9     exchange rate?

17:43:22 10          A.   I don't know for -- for certain on the

         11     exact mechanics, but I do believe that it was

         12     important for MoneyGram, given the -- the size of

         13     their customers and their access to wholesale FX

         14     rates as determined by FX Reuters, that they

17:43:48 15     achieved something close to what they were getting

         16     from FX Reuters or their traditional services even

         17     though they -- even when they used ODL/xRapid.

         18     And to the extent that there was a delta between

         19     what ODL provided and what their incumbent rates

17:44:14 20     were, I do believe Ripple made MGI whole.

         21          Q.   And when Ripple made MoneyGram whole,

         22     did Ripple do so using XRP or some sort of fiat

         23     currency?

         24          A.   I don't know for certain.  I do remember

17:44:55 25     there was a debate around that.  I don't know if

                                                              229

17:45:01  1    during time periods, if that shifted between XRP
          2    and U.S. dollars.
          3         Q.   Did the make-whole payments that Ripple
          4    made to MoneyGram exceed ████████ in 2020?
17:45:26  5         A.   I don't know for certain if the delta
          6    between the Reuters rate or the incumbent rate and
          7    what ODL provided them exceeded the amount you
          8    suggested in 2020.
          9         Q.   Did Ripple agree to pay MoneyGram
17:45:51 10    transaction fees on each ODL transaction that
         11    MoneyGram performed?
         12         A.   I do not recall transaction fee payments
         13    or reimbursements.
         14         Q.   Did Ripple agree to pay MoneyGram
17:46:20 15    performance bonuses if MoneyGram exceeded certain
         16    volume thresholds on ODL?
         17         A.   I do not know for certain, but I do
         18    believe that there were some reimbursement
         19    payments to MoneyGram for hitting certain
17:46:55 20    milestones and I believe they were to cover
         21    development costs associated with implementing the
         22    ODL product.
         23         Q.   If not for the payments that Ripple made
         24    to MoneyGram, would it have been more expensive
17:47:24 25    for MoneyGram to transmit money using ODL than

                                                              230

17:47:28  1    traditional payment rails?

2                        MS. ZORNBERG:  Object to form.

3                        You can answer.

4         A.   I was -- to my knowledge and

17:47:38  5    recollection, I wasn't privy to the MoneyGram

6    financials to understand in what corridors and all

7    the costs associated the transacting into those

8    corridors were to determine if one would have been

9    more expensive compared to another.

17:48:10 10        Q.   Did Ripple ever sell XRP to MoneyGram

11    for use in ODL?

12        A.   I don't know for certain, but I do

13    believe in early 2021, we had proposed that option

14    to -- to MoneyGram.

17:48:54 15        Q.   And MoneyGram said no?

16        A.   I don't know for certain if they said

17    no, but there were two to three proposals in terms

18    of moving to next steps with MoneyGram.  But at

19    that point, they determined to cancel the -- the

17:49:28 20    engagement with Ripple.

21        Q.   So MoneyGram canceled its engagement

22    with Ripple before Ripple began selling XRP to

23    MoneyGram for use in ODL?

24        A.   I don't know for certain, but I believe

17:49:51 25    that to be true.

                                                    231

17:49:52  1        Q.   Did MoneyGram ever request to Ripple
        2    that MoneyGram be allowed to use XRP it received
        3    as incentives for use in ODL?
        4        A.   Do you mind repeating the question,
17:50:12  5    please?
        6        Q.   So some of the -- did you understand
        7    that some of the incentives that MoneyGram
        8    received from Ripple were paid in XRP as opposed
        9    to fiat?
17:50:29 10        A.   I do believe that to my knowledge, but I
       11    can't be for certain that some was paid in XRP.
       12        Q.   And did MoneyGram ever request to Ripple
       13    that MoneyGram use the XRP it received as
       14    incentive payments in an ODL transaction?
17:50:57 15        A.   I don't know for certain, but I do
       16    believe they asked.
       17        Q.   And did Ripple allow this?
       18        A.   I don't know for certain.
       19        Q.   Did other ODL users ever request of
17:51:11 20    Ripple that they could use the XRP they received
       21    as incentives for use in ODL?
       22        A.   I do not recall.  Additionally, it would
       23    be a product change to enable that kind of
       24    feature.
17:51:37 25        Q.   Do --

                                                              232

17:51:38  1        A.   So I don't know if it was proposed,

       2   however, to my recollection, I -- I don't

       3   remember.

       4        Q.   Did Ripple ever enable that product

17:51:48  5   change to allow its ODL users to use their XRP

       6   incentive payments for use in the ODL money

       7   transfer process?

       8        A.   I don't believe so, no.

       9        Q.   Why not?

17:52:22 10        A.   I don't know for certain, but MoneyGram

      11   had -- in the case of MoneyGram at least, they had

      12   implemented the version of ODL where they are

      13   integrated at the sending exchange.  From my

      14   recollection, they were hesitant to directly

17:52:47 15   custody XRP for a payment flow.  To enable them to

      16   send -- use the incentive XRP payments to send

      17   payments, they would need to reconfigure their

      18   implementation and implement a different product

      19   architecture.  And I don't remember how far those

17:53:16 20   discussions got with the -- at least in the case

      21   of MoneyGram.

      22        Q.   Did an ODL customer named ████████

      23   ever request to use their XRP incentive payments

      24   for use in ODL?

17:53:45 25        A.   I don't recall.

                                                          233

17:53:49  1        Q.   Did any ODL customer that used the

2    Wallet Send feature ever request to use their XRP

3    incentive payments for use in ODL?

4        A.   I can't recall.

17:54:19  5             (Whereupon, exhibit is presented

6         and marked SEC Birla Exhibit AB-46 for

7         identification.)

8             MR. TENREIRO:   Forty-six.

9             MR. HANAUER:   I'm tendering the

17:54:31 10        witness an exhibit that's been marked --

11        or a document that's been marked as

12        Exhibit AB-46.

13    BY MR. HANAUER:

14        Q.   And on Exhibit 46, that is you

17:54:56 15    responding on Twitter to a tweet CoinDesk made on

16    February 25th, 2020?

17        A.   Yes, I believe that to be true.

18        Q.   And CoinDesk is tweeting that MoneyGram

19    received over $11 million from Ripple in the past

17:55:31 20    year?

21        A.   I believe it says past half year in the

22    tweet.

23        Q.   Thank you.

24             And you -- you start your Twitter post

17:55:58 25    responding to that with "Always with the

234

17:56:01  1    hysteria."

2            What are you referring to there?

3        A.   I don't know for certain, but I believe

4    this particular tweet was drafted by the internal

17:56:20  5    comms team.

6        Q.   Ripple's internal comms team?

7        A.   Yes, I believe so.

8        Q.   But you were the one that posted this

9    tweet?

17:56:36 10        A.   Yes, that is -- I believe that to be

11   true.

12        Q.   And you wrote "Ripple and MGI are

13   strategic partners - we are building a new

14   infrastructure together.  This market development

17:56:55 15   requires a ton of work, effort, and resources"?

16            MS. ZORNBERG:  Object to form on

17        "you wrote."  He just said he didn't write

18        it, but he said he posted it.

19        Q.   You posted those words?

17:57:11 20        A.   Yes, it appears that I posted those

21   words on my Twitter account.

22        Q.   And when you posted that "This market

23   development requires a ton of work, effort, and

24   resources," you were referring to work, effort,

17:57:26 25   and resources by Ripple?

235

17:57:39  1        A.   I don't believe so.  I believe that it's
        2   a bit ambiguous.  And given it says "together" in
        3   the preceding sentence, I believe it's referring
        4   to both Ripple and MoneyGram.
17:58:09  5        Q.   It took a lot of work for your team to
        6   develop ODL, right?
        7        A.   Yes.  Developing product to deliver the
        8   kind of experience in a -- a nascent industry, an
        9   ecosystem like cryptocurrency and blockchain takes
17:58:32 10   a lot of work and effort.
       11        Q.   And Ripple had to expend a lot of
       12   resources to develop an ODL?
       13        A.   It depends on the definition of "a lot."
       14   But there was -- there were a number of product
17:59:04 15   managers and engineering resources working not
       16   only on ODL, but given every ODL customer also has
       17   to adopt RippleNet, RippleNet as a -- as a whole
       18   and given ODL is in the cloud, there's all sorts
       19   of operational infrastructure that needs to
17:59:25 20   support both ODL and RippleNet from a cloud
       21   infrastructure as well.
       22             MS. GRESSEL:  And could we just
       23        ask that the exhibit be circulated to the
       24        attendees?
17:59:37 25             MR. TENREIRO:  It should have

                                                          236

```
17:59:38   1            been.
           2                     Forty-six.  Nicole, did you get
           3            that?
           4                     MS. ZORNBERG:  I also think the
17:59:42   5            SEC has about four minutes left on its
           6            seven hours.
           7                     MS. FORBES:  I sent 46.
           8                     MR. HANAUER:  I think we have
           9            about 17 by my math.
17:59:54  10                     MS. ZORNBERG:  Maybe I'm off.
          11                     THE VIDEOGRAPHER:  Yes.
          12                     MS. ZORNBERG:  Thank you.  Thank
          13            you for the correction.  Seventeen
          14            minutes?
17:59:59  15                     THE VIDEOGRAPHER:  Seventeen,
          16            yes.  It was --
          17                     MS. ZORNBERG:  Okay.
          18                     THE VIDEOGRAPHER:  -- 6:20 at the
          19            last one.
18:00:05  20   BY MR. HANAUER:
          21        Q.    So after Ripple ended its relationship
          22   with MoneyGram, who became Ripple's largest ODL
          23   customer?
          24        A.    Among the top I believe are ██████████
18:00:39  25   ███████ and potentially ███████ and ██████.
```

237

18:00:51  1        Q.   And do all those customers receive

2  incentives from Ripple?

3        A.   I do not know -- know for certain if

4  ████ receives incentives or not.

18:01:09  5        Q.   ████████ does.

6        A.   From my recollection, I don't know for

7  certain, but I believe that ████████ receives

8  incentives.

9        Q.   ████? Does ████ receive incentives

18:01:28 10  from Ripple?

11        A.   ████ is an ODL customer.  ████ is a

12  RippleNet customer.  ████ uses RippleNet without

13  ODL into certain jurisdictions.  It is unclear to

14  me, and I don't know for certain, which corridors

18:01:57 15  receive incentives from Ripple to support their

16  products.

17        Q.   Does ████ receive incentives for using

18  ODL?

19        A.   I -- I don't know for certain, but I

18:02:15 20  believe when there is a discrepancy between the

21  quoted FX rate reported by Reuters and agreed to

22  in the contract and what is delivered by ODL, I do

23  believe we make them whole, but I don't know for

24  certain.

18:02:36 25        Q.   ████████ participates in the Wallet

238

| | | |
|---|---|---|
| 18:02:39 | 1 | Send program? |
| | 2 | A.   Again, I don't know for certain, but I |
| | 3 | believe that ███████████ is implementing RippleNet |
| | 4 | with ODL -- or -- or has implemented and is |
| 18:03:04 | 5 | additionally implementing RippleNet with ODL.  And |
| | 6 | I do believe they're also implementing RippleNet |
| | 7 | without ODL. |
| | 8 | In at least one of the corridors that |
| | 9 | ███████████ is implementing RippleNet with ODL, |
| 18:03:21 | 10 | they're leveraging Wallet Send capabilities. |
| | 11 | Q.   So that means ███████████ is buying XRP |
| | 12 | from Ripple for use in ODL? |
| | 13 | A.   In -- I don't know for certain, but I |
| | 14 | believe that in the corridors that they're |
| 18:03:45 | 15 | leveraging ODL for and using Wallet Send, they are |
| | 16 | purchasing XRP from -- from Ripple. |
| | 17 | Q.   And when ███████████ purchases XRP from |
| | 18 | Ripple, it purchases XRP at a discounted price? |
| | 19 | A.   I don't know for certain, but I don't |
| 18:04:15 | 20 | believe so. |
| | 21 | Q.   Does the XRP that ███████████ purchases |
| | 22 | from Ripple, does that eventually go into the |
| | 23 | market? |
| | 24 | MR. HECKER:   Objection to form. |
| 18:04:38 | 25 | A.   Can you restate the question, please? |

239

18:04:40   1        Q.   So eventually the XRP that █████████
           2   purchases from Ripple is converted to fiat
           3   currency in a receiving jurisdiction?
           4        A.   When for use by the ODL product, I
18:05:06   5   believe that to be true, yes.
           6        Q.   And when ████████ uses the XRP it
           7   purchases from Ripple on ODL, are there any
           8   restrictions on who ████████ can sell that XRP
           9   to?
18:05:36  10        A.   To my knowledge, the -- the way that the
          11   ODL product works is that it leverages destination
          12   exchanges to sell the XRP for fiat currency.  And
          13   to my knowledge, I do not believe Ripple puts on
          14   restrictions.
18:06:03  15        Q.   When did Ripple start loaning XRP for
          16   use in ODL?
          17        A.   I don't know for certain, but sometime
          18   after 2019, I believe.
          19        Q.   What percentage of Ripple's ODL -- what
18:06:32  20   percentage of ODL volume comes from XRP loans as
          21   opposed to Wallet Send?
          22        A.   That depends on the time frame.  So I'm
          23   unclear on how that mix changes over different
          24   time periods.
18:07:04  25        Q.   When Ripple loans XRP for use in ODL,

                                                          240

18:07:09  1    does Ripple get repaid in cash or XRP -- in -- in

2    U.S. dollars or XRP?

3         A.    I believe there are various options

4    available to customers to repay the loan, whether

18:07:55  5    it be U.S. dollar or wire transfer, you know, U.S.

6    dollar stable coin, and I believe there have been

7    product discussions for the ability to facilitate

8    a repayment in XRP as well.  I do not know for

9    certain the percentage that leverage the different

18:08:23 10    options available to them.  But I do know there

11    have been product discussions for those three

12    options at least.

13         Q.    So it sounds like the initial way the

14    letter of credit program worked is that Ripple

18:08:36 15    would get repaid in fiat currency?

16         A.    To my knowledge, the early version of --

17    of the product and those customers that made use

18    of that product would get paid in U.S. dollars via

19    a wire transfer to the best of my knowledge.

18:09:05 20         Q.    Have you ever received a loan from Chris

21    Larsen?

22         A.    To my knowledge, yes.

23         Q.    How many loans have you received from

24    Chris Larsen?

18:09:25 25         A.    To my knowledge, one loan from Chris

241

```
18:09:29   1    Larsen.
           2          Q.   And that was sometime in 2020?
           3          A.   I believe that's correct.
           4          Q.   And you borrowed $████████ from
18:09:48   5    Mr. Larsen?
           6          A.   That is correct.
           7          Q.   Why'd you borrow that money from him?
           8          A.   I was -- I've been at the company for --
           9    for a long time.  I have a family and -- and aging
18:10:18  10    parents and I needed some liquidity.  My first
          11    option was to potentially sell some Ripple equity.
          12    And upon talking to counsel, that wasn't an option
          13    for me.  And the options were to -- well, to back
          14    up, I guess I was -- you know, selling, you know,
18:10:53  15    Ripple equity to a third party wasn't an option to
          16    me.
          17                And I asked, you know, who would be an
          18    option to me and I was advised that --
          19                MR. HECKER:  I'm going to just
18:11:10  20          caution the witness not to disclose the
          21          communications with counsel and just focus
          22          on what you did next.
          23          A.   So that wasn't an option to me.  And so
          24    I talked to Chris and came up with the -- the --
18:11:29  25    the loan agreement option.
```

242

```
18:11:33   1          Q.   And did you ever try going to a
           2   commercial lender?
           3                MS. ZORNBERG:  Object to form.
           4          A.   I don't know.  I'm not familiar with
18:11:47   5   that kind of program.
           6          Q.   Well, if it wasn't for Mr. Larsen and
           7   you wanted to borrow $████████, where could you
           8   go to try and obtain that loan?
           9                MS. ZORNBERG:  Objection.
18:11:58  10                MR. HECKER:  Objection to form.
          11          A.   I don't know of all available options to
          12   me given the circumstances.
          13          Q.   Could you go to a bank and try and get a
          14   loan?
18:12:14  15                MR. HECKER:  Objection; calls for
          16           speculation.
          17          A.   With -- I guess the question would be
          18   with what collateral?
          19          Q.   Do you own a home?
18:12:30  20                MR. HECKER:  Object.  Objection.
          21           Counsel, you want to move on --
          22                MR. TENREIRO:  Are you
          23           instructing the witness not to answer the
          24           question?
18:12:38  25                MR. HECKER:  No, I'm suggesting
```

243

18:12:40  1          that it's not a particularly good or

2          relevant use of the remaining three or

3          four minutes you've got left.

4     BY MR. HANAUER:

18:12:46  5     Q.    Do you own a home?

6     A.    At the time I had a condo that was

7     mortgaged.

8     Q.    And --

9     A.    Or had a mortgage on it.

18:13:04 10    Q.    -- did Mr. Larsen give you better terms

11    on the $█████ loan you received from him than

12    you -- than you could have received getting a loan

13    from a bank or a mortgage company?

14              MR. HECKER:  Objection to form,

18:13:16 15     foundation; calls for speculation.

16    A.    I wasn't aware of -- I don't know if

17    there would be an apples-to-apples comparison.  I

18    wasn't aware of financing options available to me

19    that could be collateralized by Ripple equity.

18:13:42 20    Q.    And under the terms of the loan you had

21    to repay, the interest was █ percent per year?

22    A.    I don't know the specifics, but it was

23    in that range to my recollection.

24    Q.    Do you still owe Mr. Larsen money?

18:14:08 25    A.    I -- I believe so, yes.

                                                    244

```
18:14:09    1         Q.   How much money do you -- what of the
            2    loan have you repaid?
            3         A.   I have -- to my knowledge, I've repaid
            4    ██████ on the loan.
18:14:37    5                   MR. HANAUER:   One second.
            6                   That is all the questions we
            7         have.   Counsel?
            8                   MS. ZORNBERG:   Thank you.   Yes,
            9         I'd like to do a short redirect, but
18:14:52   10         perhaps we could just swap -- swap seats?
           11                   MR. HANAUER:   Sure.
           12                   THE VIDEOGRAPHER:   Would you like
           13         to sit here?
           14                   MS. ZORNBERG:   Where you're
18:15:07   15         sitting?
           16                   THE VIDEOGRAPHER:   I could set
           17         you up here.   No?
           18                   MS. ZORNBERG:   I'm happy to do my
           19         thing first.   Give me -- give me a moment
18:15:15   20         off the record just to --
           21                   MR. TENREIRO:   Let's go off the
           22         record.
           23                   THE VIDEOGRAPHER:   The time on
           24         the video monitor is 6:15 p.m.   This is
18:15:21   25         the end of Media Unit Number 6.   Stand by
```

245

```
18:15:25    1            as we go off the video record.
            2                    (Pause)
            3                    THE VIDEOGRAPHER:  The time on
            4            the video monitor is now 6:17 p.m.  This
18:17:28    5            is the start of Media Unit Number 7.  We
            6            are back on the video record.
            7                    CROSS-EXAMINATION
            8   BY MS. ZORNBERG:
            9        Q.   Mr. Birla, I represent Ripple Labs.
18:17:40   10   Lisa Zornberg.  I just have maybe ten minutes of
           11   questioning for you.
           12            First, you were asked some questions by
           13   the SEC about the termination of the partnership
           14   between Ripple and MoneyGram.
18:17:55   15            Do you recall that?
           16        A.   Yes, I do.
           17        Q.   And I -- I believe you testified that
           18   the relationship ended in early 2021, correct?
           19        A.   I believe that's correct, yeah.
18:18:04   20        Q.   That was after the SEC sued Ripple Labs,
           21   correct?
           22        A.   That is correct, yeah.
           23        Q.   Mr. Birla, why were you drawn to work at
           24   Ripple in 2013?
18:18:23   25        A.   I had -- upon graduation from undergrad,
```

246

```
18:18:27   1    I -- I -- the internet was starting to -- to
           2    blossom.  I decided I wanted to be part of that
           3    journey.  I moved to San Francisco and that was
           4    super beneficial to my career.  When I went to
18:18:43   5    business school, the financial crisis was
           6    happening and I really started learning about a
           7    better way to build a financial system and learned
           8    about bitcoin and cryptocurrencies and became
           9    intrigued with bitcoin and cryptocurrencies.
18:18:57  10            And so I began looking for companies to
          11    join and I heard about a few, one being founded by
          12    our -- Chris, who I've heard of as a reputable
          13    entrepreneur in the FinTechs space.  So I jumped
          14    at the option of, you know, potentially working
18:19:20  15    with Chris and -- and joining a company that's
          16    innovating the blockchain space.
          17            MS. ZORNBERG:  There's someone
          18        who should go on mute, if you don't mind,
          19        who's on Zoom.  If you could just check
18:19:34  20        everyone to make sure you're muted.  Thank
          21        you so much.
          22    BY MS. ZORNBERG:
          23        Q.   Mr. Birla, back in 2013 when you joined
          24    Ripple, was the XRP ledger already a thing in the
18:19:50  25    world?
```

247

18:19:53  1        A.    Yes, I believe so.

2        Q.    What, if anything, did you perceive

3   about the XRP ledger that made it different as

4   compared to the bitcoin ledger?

18:20:06  5        A.    There were a couple of things that were

6   unique to the XRP ledger.  With -- with bitcoin,

7   you could only transfer bitcoin on the de --

8   decentralized ledger.  What was unique about the

9   XRP ledger is that you could potentially transfer

18:20:28 10   and exchange any kind of asset, whether that be

11   U.S. dollars into Mexican peso or gold or bitcoin

12   or DOGE coin or RMB.  I thought that was

13   fascinating that one decentralized ledger enabled

14   you to transfer so many different potentially

18:20:52 15   tokenized assets that would emerge around the

16   world, even some that we may not have ever dreamt

17   up in 2013.

18             And I was intrigued by that technology

19   and the speed of that technology.  I also was

18:21:10 20   concerned about bitcoin's energy usage and the

21   green nature of the XRP ledger that leveraged a

22   unique consensus mechanism appealed to me as well.

23        Q.    Now, XRP is the native token to the XRP

24   ledger, is that right?

18:21:27 25        A.    That's correct.

                                                      248

18:21:27   1          Q.    For how long has XRP and the ledger had

           2   utility as a mechanism for cross-border payments?

           3          A.    Very early on in my tenure, and probably

           4   predating me at Ripple, there was applications

18:21:51   5   known as Ripple -- sorry, Ripple Trade.  And, you

           6   know, a precursor to that would be the XRP ledger

           7   client that enabled anyone to transfer an exchange

           8   and pay for things using XRP and other digital

           9   assets and exchange them in an efficient manner.

18:22:19  10          Q.    So has XRP had utility for cross-border

          11   transfers inherently, like since inception?

          12                MR. HANAUER:  Objection; leading.

          13          A.    The nature of the decentralized exchange

          14   inside of the XRP ledger had a feature called auto

18:22:39  15   bridging that would help trade illiquid assets.

          16   And that leveraged XRP to make those trades and

          17   those order books, called synthetic order books,

          18   come together in a really novel and efficient way.

          19                So there was something called auto

18:22:59  20   bridging and pathfinding that leveraged XRP early

          21   on for exchanging different assets, whether that

          22   be for cross-border payments or potentially buying

          23   gold or, you know, buying bitcoin or spending your

          24   currency using something that we developed called

18:23:18  25   the Ripple Card at a -- at a cafe or a coffee

                                                                 249

18:23:22  1    shop.
         2        Q.    Back in 2013 when you joined Ripple, how
         3    would you describe the state of the blockchain
         4    community?
18:23:30  5                   MR. HANAUER:  Objection; form.
         6                   MS. ZORNBERG:  Well, I -- I can
         7        rephrase.
         8        Q.    I mean, how would you -- back in 2013,
         9    when you joined Ripple, was there a crypto
18:23:41 10    industry?
        11                   MR. HANAUER:  Objection; form.
        12        A.    The crypto community and industry in
        13    2013 was very nascent and a small, close-knit
        14    community where I knew a lot of the people in the
18:24:03 15    community, you know, working on -- on changing the
        16    financial world.
        17        Q.    Which came first, XRP or ether?
        18        A.    XRP came before ether.
        19        Q.    Okay.  I'm going to -- I'd like now to
18:24:23 20    turn to ask you some questions about a number of
        21    Ripple products.  A number of them you've
        22    testified about in passing in response to, you
        23    know, questions asked earlier today by the SEC.
        24             Let's -- let's start, first of all,
18:24:44 25    with in 2013 and '14, did -- did your team work

                                                        250

18:24:51   1    with ███████ and ████████ on a project?

           2                    MR. HANAUER:   Objection; leading.

           3         A.   Yes.   My team worked with a company

           4    known as ███████ and another company known as

18:25:06   5    ████████.

           6         Q.   What was that -- did that project have a

           7    name, if you know?

           8         A.   It was an early version of -- of ODL or

           9    xRapid.   Early version of something called RPP.

18:25:22  10    But the idea was to make it easier to facilitate

          11    cross-border payments.

          12         Q.   And can you describe what that project

          13    was about?

          14         A.   So the way that the XRP ledger works is

18:25:38  15    that you combined what are known as, like, Lego

          16    blocks and these Lego blocks could be part of,

          17    like -- you know, remixed into different use cases

          18    that leveraged the XRP ledger.   So ████████ was

          19    one part of the Lego block that enabled customers

18:25:55  20    to have U.S. dollars represented as a stable coin

          21    or token on the XRP ledger.

          22                    And ███████ was a company that enabled

          23    you to take in U.S. dollars at retail locations.

          24    Typically these retail locations were at

18:26:24  25    immigrant-centric grocery stores in local

                                                                  251

18:26:28    1    neighborhoods.  And so the idea was that you could

2    deposit U.S. dollars at a local convenience store

3    in your local neighborhood and then it would be

4    represented in the back end as a stable coin on

18:26:41    5    the XRP ledger and then could be converted into a

6    destination currency such as pesos.

7            So the experience to the customer is

8    that they could instantly deposit U.S. dollars at

9    any of the ████████ -- sorry, any of the ████████

18:26:58   10    locations and then using the interface convert it

11    and send it into Mexico in a matter of seconds.

12        Q.    What went into getting that experience

13    right?

14        A.    We had to, you know, create SDKs,

18:27:20   15    software development kits, to make it easier for

16    customers to issue assets on the XRP ledger.  We

17    had to help customers understand blockchain way

18    back in 2013 and 2014 and some of the benefits.

19            We did focus groups in local immigrant

18:27:45   20    communities such as the Mission District of San

21    Francisco, which is a -- a thriving neighborhood

22    with different constituents that emigrated from

23    different countries.  And we showed them the

24    product experience to get their feedback and what

18:28:06   25    they liked about the product and what they didn't

252

18:28:08  1   like about the product to feed back into our

2   product development life cycle.

3        Q.   Did it -- did it work?  In other words,

4   did transactions actually occur through this █████

18:28:18  5   ████ and ████████ route?

6        A.   To my recollection, we processed a

7   number of transactions through that product.

8        Q.   Did that product go into commercial

9   production back in 2014?

18:28:37  10       A.   It did not.  And we found that the

11   experience wasn't quite what it needed to be.

12   There were too many steps in the process.  And

13   although customers really enjoyed having fast

14   instant payments, enjoyed having the ability to

18:28:59  15   deposit U.S. dollars at a local convenience store

16   and have them remitted across borders, it was very

17   difficult to get folks to understand all the

18   different steps and partners in the chain to

19   facilitate that use case.

18:29:14  20       Q.   How did that work on the ████████

21   ████████████ project back in 2013/'14 relate to

22   Ripple's subsequent development of RPP, xRapid,

23   RippleNet, et cetera?

24            MR. HANAUER:  Objection; form.

18:29:36  25       A.   Well, you know, you start with the

253

18:29:38  1    customer and their feedback in terms of all the,
       2    you know, product friction.  And so we took a lot
       3    of that feedback and started writing up all the
       4    things that we needed to solve before bringing
18:29:54  5    this product to market.
       6              One of the items that we needed to
       7    resolve was that sending money was expensive given
       8    how thin the liquidity was back in 2013 and 2014.
       9    And so one of the friction points was, to really
18:30:15 10    scale this and bring it to production, we needed a
      11    better mechanism to provision liquidity.
      12              And then we learned a lot about, hey,
      13    like, just because there's a lot of steps in the
      14    process doesn't mean that you need to expose all
18:30:32 15    those steps to the customer.  So we learned a lot
      16    about customer segmentation.  Maybe not going
      17    directly to the customer, but maybe to some of the
      18    other remittance -- remittance companies that were
      19    better suited at marketing to these customers.
18:30:46 20    And also serving these customers, localized
      21    language and so forth, were better targets for
      22    future versions of our product.  Not the end
      23    retail customer, but -- or remitter, but
      24    potentially the payment provider or FinTech
18:31:04 25    offering that service in a novel way to that

                                                      254

18:31:08  1    customer was a better target.

2              Q.    Is it fair to say even as way back in

3        2013 when you joined Ripple, it had a vision to

4        leverage XRP in the ledger to facilitate

18:31:20  5    cross-border payments?

6                    MR. HANAUER:  Objection; leading.

7              A.    Yeah.  Early on the products I mentioned

8        were tightly coupled with the XRP ledger and made

9        use of native inherent built-in technologies to

18:31:43 10    the XRP ledger such as the decentralized exchange,

11        XRP auto bridging, and the ability to hold

12        different digital assets in an XRP-enabled wallet

13        including XRP, U.S. dollars, Mexican pesos, gold,

14        are examples of different assets that you would

18:32:04 15    hold in those wallets.

16              Q.    Are you familiar with something called a

17        "gateway strategy"?

18              A.    Yes, I am.

19              Q.    What was that?

18:32:16 20              A.    From my recollection, the -- the gateway

21        strategy was an early version of the foundational

22        software that underpins RippleNet today.  And

23        the -- one of the things that we realized early on

24        is that using any crypto technology, you needed a

18:32:44 25    way to get on and off, as we called it, the crypto

                                                        255

18:32:47   1    superhighway.  And that connective issue, we sort

2    of thought of it as connecting back to the real

3    world, enabled customers to easily issue assets

4    such as U.S. dollars, Mexican pesos, gold, for

18:33:02   5    example, on the XRP ledger.  They were called

6    gateways.

7          Gateway D was a product that made it

8    easier for gateways or the on and off ramps to

9    issue new assets or existing assets and represent

18:33:15  10    them on the blockchain, in this case, the XRP

11    ledger.

12          Q.   Is that -- is Gateway D another example

13    of technology and product Ripple developed

14    leveraging the XRP ledger?

18:33:28  15               MR. HANAUER:  Objection; leading.

16          A.   Yes.  To my recollection, the Gateway D

17    product was tightly coupled with the XRP ledger

18    and it made use of features for exchanging

19    different assets.  It made use of XRP auto

18:33:53  20    bridging, the decentralized exchange, as I

21    mentioned earlier, that leveraged XRP to bridge to

22    illiquid assets when it improved the customer

23    experience.

24          Q.   Did it work?

18:34:09  25          A.   The Gateway D product?

256

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
| 18:34:11 | 1  | Q.   Yes.                                                |
|          | 2  | A.   Yes, it -- it worked.                               |
|          | 3  | Q.   Okay.  And do I understand correctly                |
|          | 4  | that it's basically morphed over time into other         |
| 18:34:19 | 5  | Ripple products like Ripple Connect, Ripple              |
|          | 6  | Solution, xCurrent, RippleNet?                           |
|          | 7  | MR. HANAUER:  Objection; leading.                        |
|          | 8  | A.   Yes.  Based on customer feedback, we                |
|          | 9  | took the feature sets and improved them over time        |
| 18:34:33 | 10 | based on what our customers provided as feedback.        |
|          | 11 | And over time they've gotten better and better,          |
|          | 12 | more robust, faster, and responded back to               |
|          | 13 | customer feedback that we got from the field, from       |
|          | 14 | both early adopters and advanced customer users.         |
| 18:34:55 | 15 | Q.   Let's talk about Ripple Card.  You                  |
|          | 16 | mentioned that you tested it at a cafe when you          |
|          | 17 | were questioned earlier, is that -- is that right?       |
|          | 18 | A.   Yeah, that's right.                                 |
|          | 19 | Q.   Did it work?                                        |
| 18:35:09 | 20 | A.   It worked exceptionally well.                       |
|          | 21 | Q.   And -- and can you just describe a                  |
|          | 22 | little bit more how Ripple Card worked?                  |
|          | 23 | A.   Oh, so the Ripple Card -- the issuer of             |
|          | 24 | the Ripple Card was the ███████████ network.             |
| 18:35:26 | 25 | And you could use the Ripple Card wherever the           |

257

```
18:35:28   1      ███████ was accepted.  And the way that it worked
           2      is that we developed connective software that
           3      leveraged the Gateway D product that we mentioned
           4      so that the balances that you had in your XRP
18:35:49   5      ledger account -- and these balances could be any
           6      token that could be exchanged.  So it could be
           7      U.S. dollars, which a lot of people can do today
           8      using credit cards.  But the novelty piece was
           9      that you could also spend digital assets like
18:36:09  10      bitcoin and XRP.  And -- and we had an issue of
          11      gold on the XRP ledger.  And you could spend any
          12      balance that you had that was able to auto bridge
          13      using the auto bridging technology and pay for
          14      things at different cafes.
18:36:30  15             And the interesting part was that the
          16      cafe got paid in U.S. dollars because that's the
          17      currency they wanted, but you were able to
          18      originate them in any sort of token that the XRP
          19      ledger supported and that was in your wallet.
18:36:44  20             So, in essence, you could go to this
          21      cafe next door and pay for your coffee in gold,
          22      bitcoin, XRP or U.S. dollars, but the cafe got
          23      U.S. dollars in return.  And that all happened
          24      instantly.
18:36:56  25        Q.   And that was back in 2013?
```

258

18:37:01   1          A.   I don't recall the dates exactly, but

           2   sometime in 2013/early 2014.

           3          Q.   Okay.  Turning now to the RPP, the

           4   Ripple Payments Protocol, do you recall what

18:37:14   5   customer problem it was trying to solve for?

           6          A.   So what we learned with RPP was that

           7   there are a whole host of customers that don't

           8   have -- that are underserved by today's financial

           9   institutions.  They don't have access to wholesale

18:37:35  10   FX rates, for example.  They don't have access to

          11   technologies that could easily transfer between

          12   currencies and instantly deliver them without

          13   having to pre-fund.

          14          So we got this insight that when a

18:37:56  15   customer, a prospective customer, said they were

          16   instant in moving money to Mexico, but we learned

          17   from our early RPP customers the way that they

          18   facilitated that was by opening a Mexican bank

          19   account and pre-positioning Mexican pesos.

18:38:12  20          But we learned that these early

          21   customers of RPP, that was a big pain point for

          22   them.  And we asked them why they weren't growing

          23   faster and they mentioned, well, we can only grow

          24   as fast as the pesos we have pre-positioned and

18:38:28  25   the amount that we could facilitate using the cash

                                                             259

18:38:33  1    they had on hand.

2              And so that gave us the insight that not

3    only do they want speed and efficiency, but they

4    don't have access to great FX rates and capital.

18:38:48  5    Working capital was an inhibitor to growth for

6    customers.

7         Q.   Did RPP work?

8         A.   RPP worked, but early on we realized

9    that we needed -- to scale that product, we needed

18:39:07 10   a few things.  One, customers want to adopt

11   breadth.  So just facilitating one corridor only

12   appeals to a very small segment of customers.  And

13   so having breadth of the available destination

14   currency was important to our customers.

18:39:30 15             And secondly -- well, third -- three

16   points.  Secondly, they believed that they want

17   the ability to scale.  And if they were going to

18   use RPP, they wanted to move all their payments

19   over RPP.  And to move all their payments over

18:39:47 20   RPP, you needed sufficient liquidity depth at the

21   exchanges.

22             And then, thirdly, they wanted reliable

23   FX rates.  And even though the cryptocurrency

24   markets were fluctuating -- and, again, back in

18:40:03 25   2013/'14, they were fluctuating a great deal, even

260

18:40:07  1    more than today or these days -- they demanded

2    consistent reliable FX rates.

3         Q.   Was ███████, a German bank, one of RPP's

4    customers?

18:40:24  5         A.   They were an early pilot cust --

6    customer of RPP and of, I believe, Gateway D.

7         Q.   Was ██████████ a cross-border payment

8    platform, a customer of RPP?

9         A.   ██████████████ I believe was an early

18:40:46 10   customer of Gateway D and Ripple Connect.

11        Q.   Okay.  Let's turn now to xCurrent, which

12   I believe you testified was one of the components

13   of what is now called RippleNet, is that right?

14        A.   I believe that's correct, yes.

18:41:02 15        Q.   Okay.  But do you recall approximately

16   when Ripple developed the product called xCurrent?

17        A.   Well, the precursor to xCurrent, as we

18   discussed, goes back pretty early on in the

19   company known as Gateway D.  XCurrent --

18:41:22 20        Q.   So let me -- let me rephrase my question

21   maybe, then.

22             What customer problem was xCurrent

23   trying to solve for?

24        A.   Going back to the RPP, you know,

18:41:38 25   customer feedback, liquidity was an issue to

261

18:41:40  1    leverage XRP and digital assets for cross-border

       2    payments.  And what -- we wanted to start laying

       3    the foundation for a better payment system.  And

       4    in listening to customers, if -- if the liquidity

18:41:58  5    wasn't quite ready to leverage something like RPP

       6    or the future version known as xRapid and ODL, how

       7    do we get going?

       8              And the idea was, in talking to

       9    customers, that using the current system was

18:42:16 10    something that was developed in the 1960s and it

      11    was dropping files into an FTP server.  And those

      12    files were payment instructions that would be

      13    picked up once a night.

      14              So the ah-ha was that, here we are in,

18:42:36 15    you know, 2014 and '15 and payments are still

      16    instructed via FTP in batch once a night even

      17    though the global economy and e-commerce was

      18    moving to real time.

      19              And so there was this mismatch.  And

18:42:53 20    global -- the global e-commerce economy -- economy

      21    was booming, but here we were, customers that we

      22    were talking to were batching FTP files every

      23    night.

      24              So we developed a product called

18:43:05 25    xCurrent that solved that pain point for our

                                                              262

18:43:09    1    customers using modern point-to-point technology.
            2    The old system went through several central
            3    counterparties that had access to your information
            4    that could also drop the ball in terms of
18:43:24    5    processing a payment.
            6            They didn't operate 24 by seven.  They
            7    only batched, you know, at most, from what our
            8    customers told us, once a day.  So we developed
            9    this technology that was known as xCurrent that
18:43:39   10    was a peer-to-peer messaging platform.  Encrypted,
           11    secure, only two counterparties, the sending and
           12    receiving exchange.  And you can instantly
           13    exchange KYC, know your customer, travel rule
           14    information, payment details, costs, without any
18:44:00   15    kind of price.  So it was very novel to the
           16    industry.
           17            The other thing that our customers liked
           18    about it was that it worked locally and it wasn't
           19    in a third party's cloud.
18:44:14   20            And so that was the foundation.  We
           21    wanted to start rolling that out to provide one
           22    part of the puzzle, but we always had a second
           23    piece of the puzzle, the one-two punch, meaning
           24    you can have fiat settlement with xCurrent, but
18:44:29   25    there was still the liquidity issue.  So we

                                                            263

18:44:33  1    designed the product so that once there was

2    sufficient liquidity, we could insert that feature

3    into xCurrent, now known as RippleNet, and it

4    would be an upgrade so that they could not only

18:44:45  5    get the better messaging software and

6    capabilities, but now they could also get the more

7    efficient liquidity portion when we released

8    xRapid as part of RippleNet.  So it was add-on to

9    Ripple Net.

18:45:03  10        Q.   Did xCurrent work?

11        A.   Yes.

12        Q.   Is it -- is it still in use as part of

13    the RippleNet suite?

14        A.   Yes.  And some of our customers use both

18:45:15  15    ODL and RippleNet without ODL, depending on the

16    jurisdiction that they're sending to.

17        Q.   Do -- do customers of the xCurrent

18    feature of RippleNet include financial

19    institutions?

18:45:32  20        A.   Yes, I believe so.

21        Q.   Now, you were asked some questions

22    relating to xRapid.  And I believe you testified

23    that there were one or more points in time where

24    your team tested out other digital assets to see

18:45:48  25    if they could substitute for XRP in the xRapid

264

18:45:53   1    product.

2              Do you remember giving that testimony?

3         A.   I believe so, yes.

4         Q.   What other digital assets did your team

18:46:01   5    assess for possible substitution in use for

6    cross-border payments?

7         A.   I don't know for certain, but I believe

8    that they were -- the two assets that we used and

9    tested were bitcoin and ether.

18:46:22  10         Q.   To the best of your recollection, what

11   was the assessment of -- of bitcoin and ether

12   versus XRP for use in cross-border payments?

13        A.   To my recollection, the -- you know, the

14   bitcoin blockchain and the ether blockchain both

18:46:51  15   had a limited number of what are known as blocks

16   to process transactions.  And when that got full,

17   your transaction was either bumped to subsequent

18   blocks, meaning you would have a delay, which, you

19   know, our customers wanted instant payments.  So

18:47:09  20   that was a bit of an issue.  Sometimes those

21   delays and congestion could be hours.

22              And then the second issue was that if

23   you didn't want the delay, you would have to pay

24   fees to prioritize your transaction to get in an

18:47:28  25   earlier block.  And those fees sometimes would

265

18:47:31   1   range from $50 to $100.  And our customers often

           2   were sending 100 to 200 dollar payments.  And so

           3   that variability didn't make sense for our

           4   customers.

18:47:43   5          And, also, keep in mind you have to make

           6   two transactions on the blockchain to facilitate

           7   an xRapid and ODL payment, one on the sending

           8   exchange, one on the receiving exchange.  So

           9   sometimes you get hit with double the fees.  So

18:47:59  10   the cost and -- and the time and a combination of

          11   the two were prohibitive in terms of providing the

          12   right kind of experience to our customers.

          13          Q.   Do you have a view, Mr. Birla, of

          14   whether or not XRP is better suited to

18:48:14  15   cross-border payments than bitcoin or ether?

          16          A.   The inherent nature of -- you know, to

          17   my knowledge, the inherent nature of the XRP

          18   ledger and XRP being fast and with a low

          19   transaction fee make it a good mechanism for

18:48:41  20   payments and provide the right kind of experience

          21   we need in the ODL and xRapid product.

          22              MS. ZORNBERG:  Give me one

          23        moment, please.

          24              No further questions.

18:49:12  25              MR. HANAUER:  No -- no redirect.

                                                      266

18:49:13   1          Thank you, Counsel.

2                    THE VIDEOGRAPHER:  The time --

3          the time on the video monitor -- the time

4          on the video monitor is now 6:49 p.m.

18:49:25   5       This is the end of Media Unit Number 7.

6          This is also the end of today's video

7          deposition of Mr. Asheesh Birla here in

8          New York City, Wednesday, June 23rd, 2021.

9          The total time for today's testimony will

18:49:42  10       be approximately 7 hours and 30 minutes.

11                   Thank you, everyone.  This

12         concludes today's video deposition.

13                   (Whereupon, the deposition

14         concluded at 6:49 p.m.)

15

16

17

18

19

20

21

22

23

24

25

267

1    STATE OF NEW YORK    )

2                ) ss:

3    COUNTY OF NEW YORK    )

4        I hereby certify that the witness in the

5    foregoing deposition, ASHEESH BIRLA, was by me duly

6    sworn to testify to the truth, the whole truth and

7    nothing but the truth, in the within-entitled cause;

8    that said deposition was taken at the time and place

9    herein named; and that the deposition is a true record

10    of the witness's testimony as reported by me, a duly

11    certified shorthand reporter and a disinterested person,

12    and was thereafter transcribed into typewriting by

13    computer.

14        I further certify that I am not interested in

15    the outcome of the said action, nor connected with nor

16    related to any of the parties in said action, nor to

17    their respective counsel.

18        IN WITNESS WHEREOF, I have hereunto set my

19    hand this 25th day of June, 2021.

20        Reading and Signing was:

21    ____ requested ____ waived  _X_ not requested.

22

23

24    _____

25    BRIDGET LOMBARDOZZI, CSR, RMR, CRR