# Exhibit 10

1              UNITED STATES DISTRICT COURT

2           SOUTHERN DISTRICT OF NEW YORK

3

4   SECURITIES AND EXCHANGE          )
    COMMISSION,                      )
5                                    )
                 Plaintiff,          )
6                                    ) Case No.
            vs.                      ) 20-civ-10832(AT)(SN)
7                                    )
    RIPPLE LABS, INC., BRADLEY       )
8   GARLINGHOUSE, AND CHRISTIAN      )
    LARSEN,                          )
9                                    )
                 Defendants.         )
10  _____)

11

12

13

14              CONFIDENTIAL

15        VIDEOTAPED DEPOSITION OF

16              MIGUEL VIAS

17         Monday, June 28, 2021

18

19

20

21

22

23

    Reported by:
24  JEFFREY BENZ, RMR, CRR
    STENOGRAPHIC REPORTER
25  JOB No. 210628JBE

                                                    1

1

2

3

4          VIDEOTAPED DEPOSITION of MIGUEL VIAS, taken by

5     Plaintiff, at the offices of Debevois & Plimpton, 919

6     Third Avenue, New York, New York, on June 28, 2021,

7     commencing at 9:04 a.m., before Jeffrey Benz, a

8     Certified Realtime Reporter, Registered Merit Reporter

9     and Notary Public within and for the State of New York.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2

```
 1   A P P E A R A N C E S:
 2
     FOR THE PLAINTIFF:
 3
            SECURITIES AND EXCHANGE COMMISSION
 4          200 Vesey Street, Suite 400
            New York, New York  10281-1022
 5          BY:   DAPHNA WAXMAN, ESQ.
                  JORGE G. TENREIRO, ESQ.
 6                MARK SYLVESTER, ESQ.
            Telephone: 212.336.0153
 7          Email: waxmand@sec.gov
                   tenreiroj@sec.gov
 8                 sylvesterm@sec.gov
 9
10   FOR DEFENDANT RIPPLE LABS:
11          DEBEVOISE & PLIMPTON LLP
            919 Third Avenue
12          New York, New York   10022
            BY:   JENNIFER R. COWAN, ESQ.
13                JOY GUO, ESQ.
                  JOSHUA PICKAR, ESQ.
14          Telephone: 212.909.7445
            Email: jrcowan@debevoise.com
15                 jguo@debevoise.com
                   jbpickar@debevoise.com
16
17   FOR DEFENDANT BRADLEY GARLINGHOUSE:
18          CLEARY GOTTLIEB STEEN & HAMILTON LLP
            2112 Pennsylvania Avenue, NW
19          Washington, D.C.  20037
            BY:   NOWELL BAMBERGER, ESQ.
20          Telephone: 202.974.1752
            Email: nbamberger@cgsh.com
21                    -and-
            One Liberty Plaza
22          New York, New York  10006
            BY:   SAMUEL LEVANDER, ESQ.
23                slevander@cgsh.com
24
25
                                                    3
```

```
 1   A P P E A R A N C E S: (Ctd.)

 2

 3   FOR DEFENDANT CHRISTIAN A. LARSEN:

 4        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
          1285 Avenue of the Americas
 5        New York, New York  10019-6064
          BY:   SARAH J. PROSTKO, ESQ.
 6        Telephone: 212.373.2491
          Email: sprostko@paulweiss.com
 7

 8

 9   FOR THE WITNESS:

10        KAPLAN HECKER & FINK LLP
          350 Fifth Avenue, Suite 7110
11        New York, New York  10118
          BY:   JUSTIN R. HORTON, ESQ.
12              SEAN HECKER, ESQ.
          Telephone: 929.367.4578
13        Email: jhorton@kaplanhecker.com
                 shecker@kaplanhecker.com
14

15   ALSO PRESENT:

16        ███████████████         In-house Counsel, Ripple Labs

17        MATT TURSI, Videographer

18

19   ZOOM PARTICIPANTS:

20        BENJAMIN HANAUER, ESQ., Securities and Exchange
     Commission
21
          LADAN F. STEWART, ESQ., Securities and Exchange
22   Commission

23        NICOLE FORBES, Paralegal, Securities and Exchange
     Commission
24
          ANNA R. GRESSEL, ESQ., Debevoise & Plimpton LLP
25
```

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
 1   A P P E A R A N C E S: (Ctd.)

 2

 3       ROBIN LINSENMAYER, ESQ,  Paul, Weiss, Rifkind, Wharton
     & Garrison LLP
 4
         EMILY M. GLAVIN, ESQ., Paul, Weiss, Rifkind, Wharton &
 5   Garrison LLP

 6       BETHAN JONES, ESQ., Kellogg, Hansen, Todd, Figel &
     Frederick
 7
         BRADLEY OPPENHEIMER, ESQ., Kellogg, Hansen, Todd, Figel
 8   & Frederick

 9       JACKIE M. BRUNE, ESQ., Cleary Gottlieb Steen & Hamilton
     LLP
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
                                                              5
```

```
 1                      INDEX
 2  WITNESS:           EXAMINATION              PAGE
 3  MIGUEL VIAS
 4                    BY MS. WAXMAN              10
 5
 6                     EXHIBITS
 7  NUMBER          DESCRIPTION                 PAGE
 8  Exhibit 1    Email chain re: Touching       23
                 Base, Bates Stamp Number
 9               0353551
10  Exhibit 2    Email re: XRP Sales            69
                 Program, Bates 0763300
11
    Exhibit 4    Email re: 2t off, 6t on,      256
12               Bates GSR0017343
13  Exhibit 8    Email re: Ripple XRP           79
                 Contact Form, Bates 0623221
14
    Exhibit 10   Email re: Get XRP with 0%      99
15               Fees, Bates 0353152
16  Exhibit 11   Forwarded email re: Hola!,    151
                 Bates Stamp 0763288
17
    Exhibit 12   Email re: Hola!, Bates        153
18               0360469
19  Exhibit 15   Post from XRP Chat dated      124
                 February 26, 2017
20
    Exhibit 18   Email exchange beginning      113
21               with Bates 0542677
22  Exhibit 19   Email re: XRP - Customer      215
                 Interviews, Bates 0461976
23               through -1979
24  Exhibit 21   Email re: Ripple Media        141
                 Tracking 3.24.17, Bates
25               0461956 to -59
```

6

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
 1   Exhibit 24   Email re: Commitment on XRP    144
                   for          , Bates
 2                        057043
 3   Exhibit 25   Email re:          Bates       146
                  Stamp Numbers 0511391
 4                through -392
 5   Exhibit 29   Email re: XRP Team             193
                  Discussion - ICOs:
 6                Securities and Commodities
                  Analysis, Bates 0083483
 7
     Exhibit 31   Email re: Q1 2017 XRP           33
 8                Markets Report, Bates
                  Number 0199787
 9
     Exhibit 32   Email from                     198
10                       to Miguel Vias,
                  Bates 0093354
11
     Exhibit 37   Email re: Comp Discussion,     108
12                Bates-Stamp Number 0070410
13   Exhibit 38   Slack messages, Bates          201
                  0302509 to -10
14
     Exhibit 40   Email re: XRP Markets          158
15                Update, Bates 0032680 to
                  -81
16
     Exhibit 48   Email re: OTC vs. Market,       71
17                Bates 0763250
18   Exhibit 50   Email from Mr. Vias to         166
                              , re: Call
19                Notes:            , Bates
                  0762086
20
     Exhibit 51   Email exchange re: Ready to    190
21                Publish the XRP Markets
                  Reports Tomorrow, Bates
22                0351547 through -548
23   Exhibit 58   Email chain re: Quick          169
                  Thoughts on XRP Sequencing,
24                Bates 0048430 through -433
25
                                                    7
```

1

Exhibit 67  Email exchange re: Great to   210
2           See You, Bates 0199245
            through -250
3
Exhibit 71  Email exchange re:           251
4           Increasing Retail Support
            of XRP, Bates 0371769
5           through -771
6 Exhibit 72  Email exchange re: XRP     180
            Markets Roles, Bates
7           0376177 through -178
8 Exhibit 88  Email exchange re:          226
            Application - for Your
9           Review and Signature, Bates
            0034575
10
Exhibit 89  Bittrex xRapid Partnership   233
11          Agreement, Bates Stamps
            0158997 through 059004
12
Exhibit 90  Bittrex xRapid Partnership   235
13          Agreement, Bates Stamps
            0158397 through -404
14
Exhibit 91  Email exchange re: Need      237
15          Help ASAP - ██████████
            Bates ████ 0028696 through
16          -697
17 Exhibit 115 Thread from XRP Chat       119
18 Exhibit 116 XRP Chat dated August 2017 128
19 Exhibit 117 Document titled How We Talk 223
            about XRP, Bates 0624330
20          through -332
21 Exhibit 118 Email from ████████████     80
22 Exhibit 119 Email from Mr. Vias, re:   134
            XRP's Recent Performance,
23          Bates 0353469
24

25

                                            8

| | | |
|---|---|---|
| 09:04:36 | 1 | THE VIDEOGRAPHER:  We are on record, and |
| 09:04:38 | 2 | the time is approximately 9:04 a.m. in the Eastern |
| 09:04:44 | 3 | time zone.  Today's date is June 28, 2021.  This is |
| 09:04:50 | 4 | the video deposition of Miguel Vias in a matter of |
| 09:04:54 | 5 | Securities and Exchange Commission versus Ripple |
| 09:04:57 | 6 | Labs, Inc., et al., Number 10832, in the |
| 09:05:03 | 7 | U.S. District Court for the Southern District of New |
| 09:05:06 | 8 | York. |
| 09:05:07 | 9 | My name is Matt Tursi, legal videographer |
| 09:05:10 | 10 | with Gradillas Court Reporting.  Today we are at the |
| 09:05:14 | 11 | office of Debevoise & Plimpton, located at 919 Third |
| 09:05:19 | 12 | Avenue, New York, New York 10022. |
| 09:05:25 | 13 | Will counsel please identify yourself and |
| 09:05:27 | 14 | state whom you represent. |
| 09:05:37 | 15 | THE COURT REPORTER:  Do we really want to |
| 09:05:38 | 16 | do that? |
| 09:05:41 | 17 | THE VIDEOGRAPHER:  Everyone's okay with not |
| 09:05:42 | 18 | doing that?  So we will skip that for today. |
| 09:05:45 | 19 | The court reporter is Jeff Benz with |
| 09:05:46 | 20 | Gradillas Court Reporting.  Will you please swear in |
| 09:05:46 | 21 | the witness? |
| 09:05:55 | 22 | MIGUEL VIAS, |
| 09:05:55 | 23 | called as a witness, having been first |
| 09:05:56 | 24 | duly sworn by Jeffrey Benz, a Notary |
| 09:05:56 | 25 | Public within and for the State of New |

9

```
09:05:56   1         York, was examined and testified as
09:05:56   2         follows:
09:05:57   3   EXAMINATION BY MS. WAXMAN:
09:05:58   4         Q.   Please state and spell your name for the
09:06:00   5   record.
09:06:01   6         A.   Miguel Vias, M-I-G-U-E-L V-I-A-S.
09:06:07   7         Q.   Good morning, Mr. Vias.  My name is Daphna
09:06:12   8   Waxman, and I represent the SEC, which is the
09:06:14   9   plaintiff in this lawsuit.  You provided testimony to
09:06:16  10   the SEC in the investigation that preceded this
09:06:18  11   lawsuit?
09:06:19  12         A.   Yes.
09:06:20  13         Q.   Have you been deposed or have you provided
09:06:22  14   testimony in a legal proceeding since then?
09:06:25  15         A.   No.
09:06:27  16         Q.   How many preparations sessions did you have
09:06:29  17   for today's deposition?
09:06:32  18         A.   Three or four.
09:06:34  19         Q.   If you had to estimate how much time you
09:06:36  20   spent preparing for today's deposition, how many
09:06:39  21   hours would be in total?
09:06:40  22         A.   Somewhere between 10 and 50.
09:06:43  23         Q.   And who was present at those meetings,
09:06:44  24   those prep sessions?
09:06:47  25         A.   At some, it was Sean and Justin, my
```

10

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
09:06:51  1   counsel.  And at some, Debevoise joined as well.
09:06:55  2        Q.   Did counsel for any of the individual
09:06:57  3   defendants attend?
09:06:58  4        A.   No.
09:06:59  5        Q.   Do you understand that one of the issues in
09:07:01  6   this lawsuit is whether XRP is a security and subject
09:07:05  7   to SEC jurisdiction?
09:07:07  8        A.   Yes.
09:07:08  9        Q.   Are you aware of anyone affiliated with the
09:07:10 10   SEC communicating to Ripple that XRP is not a
09:07:16 11   security?
09:07:17 12        MS. COWAN:  I'm sorry, before we get into
09:07:18 13   substance, can I put two things on the record?
09:07:20 14        MS. WAXMAN:  Yes.  Thank you.
09:07:22 15        MS. COWAN:  First, we are designating the
09:07:23 16   transcript of the deposition and the video of the
09:07:26 17   deposition as confidential under the protective
09:07:28 18   order.  And second, per stipulation, an objection by
09:07:33 19   any lawyer will signify an objection that is
09:07:36 20   preserved for all, with respect to all the
09:07:38 21   defendants.
09:07:39 22        MS. WAXMAN:  Sure.
09:07:42 23        Can the court reporter please repeat the
09:07:43 24   question.
09:07:55 25        (The record was read back.)
```

11

```
09:07:56   1        A.    No.
09:07:57   2        Q.    Are you aware of anyone affiliated with the
09:07:59   3   SEC communicating to Ripple that Ripple sales of XRP
09:08:05   4   are not securities transactions?
09:08:07   5        A.    No.
09:08:08   6        Q.    Throughout your tenure at Ripple, you were
09:08:12   7   aware that there was a risk that Ripple's sales of
09:08:16   8   XRP could be deemed sales of securities.
09:08:21   9             MR. HORTON:  Objection to form.
09:08:22  10        A.    Throughout, no.  I wouldn't say from the
09:08:26  11   very beginning.
09:08:27  12        Q.    At some point, you were aware that Ripple's
09:08:29  13   sales of XRP could be deemed sales of securities?
09:08:34  14        A.    Yes.
09:08:34  15        Q.    At what point?
09:08:39  16        A.    It's hard to say definitively, but --
09:08:41  17   probably sometime in early 2018.
09:08:44  18        Q.    Okay.  And what prompted that?
09:08:51  19        A.    There was -- or rumors of a Coinbase
09:08:55  20   listing, in late 2017 or early 2018.  And then if I
09:09:01  21   remember correctly, Coinbase came out and said they
09:09:05  22   weren't going to list XRP.  And then there was a ton
09:09:09  23   of chatter online as to that being because XRP wasn't
09:09:10  24   a security.  It was the first time that really came
09:09:12  25   to light for me.
```

                                                                    12

```
09:09:15  1        Q.   Were others aware that there was a -- were
09:09:18  2   others at Ripple aware that there was a risk of
09:09:20  3   Ripple sales of XRP could be deemed sales of
09:09:24  4   securities?
09:09:26  5             MR. HORTON:  Objection to form.
09:09:27  6        A.   I assume so.
09:09:29  7        Q.   You did have conversations with others
09:09:31  8   about the potential risk of Ripple sales of XRP could
09:09:34  9   be deemed sales of securities?
09:09:39 10             MS. COWAN:  I'm going to instruct the
09:09:40 11   witness to just answer yes or no at this point.
09:09:43 12        A.   Okay.
09:09:44 13        Q.   Well, did you have any conversation with
09:09:46 14   non-attorneys about the risk that Ripple sales of XRP
09:09:52 15   could be deemed sales of securities?
09:09:55 16        A.   Yes.
09:09:56 17        Q.   And when did you have those conversations?
09:09:58 18        A.   Oh, I won't remember.
09:09:59 19        Q.   In 2017, did you have those conversations?
09:10:01 20        A.   Unlikely.
09:10:08 21        Q.   In 2018, did you have those conversations?
09:10:09 22        A.   More likely, yeah.
09:10:10 23        Q.   Did those conversations occur in the
09:10:11 24   context of the Coinbase application, to list XRP?
09:10:15 25        A.   I don't remember.
```

13

| | | |
|---|---|---|
| 09:10:18 | 1 | Q.   You've worked in finance for over 15 years? |
| 09:10:24 | 2 | A.   Yes. |
| 09:10:26 | 3 | Q.   Those conversations that you had with |
| 09:10:28 | 4 | people at Ripple, about the risk of Ripple sales of |
| 09:10:32 | 5 | XRP could be deemed sales of securities, who were |
| 09:10:35 | 6 | those conversations with? |
| 09:10:37 | 7 | A.   I won't remember specifics. |
| 09:10:39 | 8 | Q.   Did you have a conversation with Chris |
| 09:10:41 | 9 | Larsen about the potential risk that Ripple sales of |
| 09:10:46 | 10 | XRP could be deemed sales of securitization? |
| 09:10:48 | 11 | A.   I don't remember. |
| 09:10:49 | 12 | Q.   Did you have a conversation with |
| 09:10:50 | 13 | Mr. Garlinghouse about the risk that Ripple sales of |
| 09:10:53 | 14 | XRP could be sales of securities? |
| 09:10:54 | 15 | A.   Not that I remember, no. |
| 09:10:55 | 16 | Q.   Who did you speak with at Ripple about the |
| 09:11:05 | 17 | risk that Ripple sales of XRP could be deemed sales |
| 09:11:08 | 18 | of securities? |
| 09:11:10 | 19 | A.   The folks that I remember most clearly |
| 09:11:12 | 20 | discussing this with would have ████████, who is |
| 09:11:17 | 21 | a lawyer for the company. |
| 09:11:21 | 22 | Q.   Okay.  I don't want to -- don't tell me any |
| 09:11:23 | 23 | conversations that you had with lawyers, but that's |
| 09:11:24 | 24 | fine if you tell me the names of lawyers, but I don't |
| 09:11:27 | 25 | want to -- |

14

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

| | | |
|---|---|---|
| 09:11:28 | 1 | A.   Okay. |
| 09:11:28 | 2 | Q.   -- don't tell me the substance of those |
| 09:11:29 | 3 | conversations. |
| 09:11:29 | 4 | A.   Okay. ████████████████████ |
| 09:11:41 | 5 | I'm trying to remember if there's anybody |
| 09:11:44 | 6 | on the markets team. |
| 09:11:47 | 7 | I don't remember any particular |
| 09:11:49 | 8 | conversations with other -- with other people. |
| 09:11:52 | 9 | Q.   Those three individuals that you just |
| 09:11:53 | 10 | named, ████████████████████   are they |
| 09:11:57 | 11 | Ripple's lawyers? |
| 09:12:00 | 12 | A.   Two of them are; one of them was. |
| 09:12:03 | 13 | Q.   And did you have conversations with these |
| 09:12:06 | 14 | individuals in 2018? |
| 09:12:08 | 15 | A.   Yes. |
| 09:12:15 | 16 | Q.   You've worked as a professional trader for |
| 09:12:17 | 17 | over 15 years? |
| 09:12:19 | 18 | A.   No. |
| 09:12:21 | 19 | Q.   Do you have any experience trading? |
| 09:12:23 | 20 | A.   I do. |
| 09:12:24 | 21 | Q.   What is your experience? |
| 09:12:26 | 22 | A.   I was a trader -- I started my career as |
| 09:12:30 | 23 | a -- precious metals trader, in 2000.  And I did that |
| 09:12:35 | 24 | on and off until about 2012.  It's about 12 years. |
| 09:12:42 | 25 | Q.   Did you run a training desk as a precious |

15

09:12:45 1   metals trader?

09:12:46 2        A.   I never ran the desk.

09:12:49 3        Q.   Are you familiar with a trading desk?

09:12:53 4        A.   Yes.

09:12:53 5        Q.   Okay.  And for those people who are not

09:12:57 6   familiar with the term, what is a "trading desk"?

09:13:01 7        A.   So a trading desk is where either banks,

09:13:05 8   or -- hedge funds, traders, will trade.  It's where

09:13:13 9   the -- the traders sit, and -- I'm sorry, could you

09:13:20 10  rephrase that question, Daphna?  I mean, I'm

09:13:22 11  struggling.

09:13:23 12       Q.   Sure.  If someone is not familiar with the

09:13:25 13  term trader -- "trading desk," how would you explain

09:13:27 14  the function of a trading desk?

09:13:29 15       A.   The function.  Sorry.  I'm --

09:13:31 16            So the job entails you're making markets

09:13:35 17  for customers; in precious metals, in this case.  Or

09:13:41 18  proprietarily trading a capital of the company,

09:13:43 19  whether it's a bank or hedge fund, in order to make

09:13:45 20  money.

09:13:46 21       Q.   So trading for customers, what sorts of

09:13:49 22  customers could it be?

09:13:51 23       A.   My customers tended to be hedge funds or

09:13:55 24  precious metals multipliers.

09:13:57 25       Q.   And if you trade on a proprietary basis,

16

```
09:14:00   1   who are you trading for?
09:14:02   2        A.   The entity, the company.
09:14:05   3        Q.   Where do you currently work?
09:14:08   4        MS. PROSTKO:  Excuse me.  Sorry to
09:14:09   5   interrupt, but we're having some problem with the
09:14:11   6   Zoom audio.  Is there any way you can adjust the
09:14:14   7   mikes, or volume?
09:14:30   8        MS. FORBES:  The audio is cutting in and
09:14:31   9   out, so we're not able to hear the witness or Daphna.
09:14:35  10   We're only getting about 50 percent.
09:15:39  11        (Discussion off the record.)
09:15:50  12        MS. WAXMAN:  Let's start over.
09:15:52  13        Q.   Where could you currently work?
09:15:54  14        A.   I recently started at a company called
09:15:57  15   ███████████.
09:15:58  16        Q.   And when did you begin with your employment
09:16:01  17   with ██████?
09:16:03  18        A.   I signed the contract last week.
09:16:06  19        Q.   And what is ██████?
09:16:09  20        A.   ██████ is a technology company that provides
09:16:12  21   a platform for video game developers to integrate
09:16:15  22   watchings into the video games.
09:16:21  23        THE COURT REPORTER:  I'm sorry, to
09:16:21  24   integrate what?
09:16:21  25        THE WITNESS:  Watchings.
```

17

```
09:16:22  1        Q.    And what is your title with ███?

09:16:24  2        A.    VP of growth.

09:16:25  3        Q.    And what are your responsibilities?

09:16:28  4        A.    It's not 100 percent clear yet.

09:16:32  5        Q.    Does ███ have a relationship to Ripple?

09:16:36  6              MR. HORTON:  Objection to form.

09:16:37  7        A.    Yes.

09:16:39  8        Q.    What is the relationship?

09:16:40  9        A.    As I understand it, Ripple had a

09:16:45 10  partnership with ███ which became in 2018.  I

09:16:50 11  don't know the specifics around -- exactly what the

09:16:54 12  partnership entails, but I know that there is some

09:16:56 13  sort of a partnership.

09:16:57 14        Q.    Did Ripple provide ███ with XRP in

09:17:01 15  connection with the partnership?

09:17:02 16        A.    I believe so.

09:17:04 17        Q.    And did XR -- did ███ use that XRP to

09:17:08 18  fund its operations?

09:17:11 19              MR. HORTON:  Objection to form.

09:17:11 20        A.    I don't know.

09:17:12 21        Q.    What did ███ do with the XRP?

09:17:14 22              MR. HORTON:  Objection to form.

09:17:22 23        A.    I'm not 100 percent clear on what they did

09:17:23 24  with XRP.

09:17:24 25        Q.    How does ███ fund its operations today?
```

                                                                    18

```
09:17:27   1          A.    As I understand it, the company is
09:17:29   2     venture-backed.
09:17:32   3          Q.    Where did you work before signing on with
09:17:34   4     ███████?
09:17:34   5          A.    Immediately before ██████, I wasn't working
09:17:44   6     anywhere.
09:17:48   7          Q.    What was your employment before ████████?
09:17:49   8     Where did you work?
09:17:50   9          A.    I worked with a company called ████████
09:17:53  10          Q.    And when did you start there?
09:17:56  11          A.    August of 2020.
09:17:57  12          Q.    What is that company?
09:17:58  13          A.    █████ is a platform for secondary shares,
09:18:01  14     trading.
09:18:05  15          Q.    And what was your title?
09:18:06  16          A.    CO.
09:18:07  17          Q.    And what were your responsibilities?
09:18:10  18          A.    Primarily, I was there to -- to -- you
09:18:14  19     know, inject operational structure into the company,
09:18:18  20     figure out reporting lines, goal setting, just kind
09:18:22  21     of part of the operational edifice, if you will, of
09:18:27  22     the company.
09:18:28  23          Q.    Did your responsibilities involve trading
09:18:31  24     or selling digital assets?
09:18:34  25          A.    No.
```

19

```
09:18:36  1       Q.   Did -- did the company have any
09:18:39  2  relationship to Ripple?
09:18:41  3            MR. HORTON:  Objection to form.
09:18:42  4       A.   No.
09:18:42  5            MS. WAXMAN:  Can everyone hear me on the
09:18:51  6  Zoom?
09:18:53  7            THE VIDEOGRAPHER:  It's still cutting in
09:18:54  8  and out, from what I am hearing.  Mostly it's a
09:18:56  9  little better, but is this the Zoom computer over
09:18:58 10  here?
09:18:58 11            MR. HORTON:  Off the record, please.
09:19:01 12            THE VIDEOGRAPHER:  Yeah.  Going off the
09:19:02 13  record at 9:18 a.m. Eastern.
09:19:06 14            (Discussion off the record.)
09:26:22 15            THE VIDEOGRAPHER:  We are back on the
09:26:22 16  record at 9:26 a.m.
09:26:30 17       Q.   Mr. Vias, I just want to clarify something
09:26:32 18  that you said earlier about Coinbase.
09:26:38 19            So following rumors of a Coinbase listing,
09:26:40 20  Coinbase said they weren't going to list XRP because
09:26:46 21  it was a security?
09:26:48 22            MR. HORTON:  Objection to form.
09:26:48 23       A.   No.
09:26:49 24            If I remember correctly, I think it was in
09:26:51 25  January of 2018, in order to quell the rumors that
```

                                                              20

09:26:55  1  were going around online Coinbase said they were not

09:26:59  2  listing XRP.  And then there was a ton of chatter

09:27:02  3  online and assumptions, suppositions, however, that

09:27:05  4  it was because XRP might be a security.

09:27:09  5      Q.   Did Coinbase not list XRP because they were

09:27:14  6  concerned that it was a security?

09:27:17  7          MR. HORTON:  Objection to form.

09:27:18  8      A.   Coinbase ended up listing XRP.

09:27:20  9      Q.   And at the time that these rumors were

09:27:23 10 circulated, was there concern by Coinbase that XRP

09:27:37 11 could be deemed a security?

09:27:39 12         MR. HORTON:  Objection to form.

09:27:41 13     A.   I don't know.

09:27:41 14     Q.   You joined Ripple in November 2016?

09:27:43 15     A.   Yes.

09:27:44 16     Q.   When you were hired, did anyone tell you

09:27:47 17 what you will be tasked to do, in relation to XRP?

09:27:54 18         MS. COWAN:  Objection.

09:27:55 19     A.   So when I joined, the role -- the way it

09:28:00 20 was explained to me at the time, was in charge of

09:28:05 21 building out the liquidity ecosystem for XRP.

09:28:10 22     Q.   What does that mean, to build out the

09:28:18 23 liquidity ecosystem?

09:28:20 24     A.   So at the time -- at the time that broadly

09:28:26 25 meant make XRP more liquid, however we could.  And it

21

```
09:28:31  1   wasn't 100 percent clear when I joined sort of how we
09:28:33  2   were going to do that, but that was the task.
09:28:37  3        Q.   Was the task to increase demand for XRP?
09:28:41  4        A.   No.
09:28:41  5        Q.   Was the task to maximize Ripple's proceeds
09:28:45  6   from its XRP sales?
09:28:47  7        A.   No.
09:28:52  8        Q.   Was the task to increase the number of
09:28:54  9   market participants that trade in XRP?
09:29:00 10        A.   I wouldn't say that was an -- a -- like a
09:29:05 11   line item in the job description.  But as a
09:29:08 12   consequence of growing liquidity, I think the
09:29:14 13   assumption is you have to increase the number of
09:29:15 14   people who are participating in the market in order
09:29:17 15   to grow the liquidity.
09:29:19 16        Q.   Why didn't Ripple want you to maximize
09:29:23 17   procedures from XRP sales?
09:29:27 18             MR. HORTON:  Objection to form.
09:29:28 19        A.   It wasn't part of the job description.
09:29:30 20   That wasn't my role when I started.
09:29:41 21             MS. WAXMAN:  Exhibit 1.
09:29:45 22             MR. TENREIRO:  Nicole, you can hear us?
09:29:48 23   We're doing Exhibit 1.
09:29:49 24             (Email chain re: Touching Base, Bates Stamp
09:29:49 25        Number 0353551 was marked MV Exhibit 1 for
```

22

```
09:29:49   1        identification, as of this date.)
09:30:13   2             MS. FORBES:  Exhibit 1, correct?
09:30:16   3             MR. TENREIRO:  Do you have Josh's email,
09:30:18   4    Nicole?
09:30:20   5             MS. FORBES:  No.
09:30:21   6             (Discussion off the record.)
09:30:28   7             MR. TENREIRO:  Okay.  She has it.
09:30:30   8        Q.   Mr. Vias, I'm showing you what has been
09:30:32   9    previously marked as Exhibit 1, which has the Bates
09:30:34  10    Stamp Number 0353551.  Please take a moment to take a
09:30:40  11    look at it, let me know when you're done.
09:31:12  12             (Witness reviewing document.)
09:32:54  13        A.   Okay.
09:32:55  14        Q.   I know you're not on this email, but the
09:32:59  15    email -- what does the email talk about?
09:33:04  16             MR. HORTON:  Objection to -- to form.  Do
09:33:06  17    you want to direct him to a particular part of it?
09:33:09  18             MS. WAXMAN:  Sure.
09:33:10  19        Q.   At the bottom of the email -- the email is
09:33:12  20    from Patrick Griffin to Chris Larsen.
09:33:16  21             Who is Patrick Griffin?
09:33:18  22        A.   Patrick Griffin -- at the time, I think he
09:33:21  23    was VP of business development.  I think that was his
09:33:26  24    title.
09:33:31  25        Q.   And who was Chris Larsen?
```

23

```
09:33:33  1        A.    The executive chairman at Ripple.
09:33:35  2        Q.    And before you accepted your offer at
09:33:36  3  Ripple, did you talk with Patrick about the role?
09:33:41  4        A.    I did.
09:33:42  5        Q.    And at the bottom of Exhibit 1, he lists
09:33:48  6  certain priorities for your role.  Did he communicate
09:33:50  7  any of these things to you?
09:33:53  8        A.    I don't remember.
09:34:01  9        Q.    Did he tell you part of the role was to
09:34:03 10  maximize proceeds from XRP?
09:34:07 11        A.    I don't remember.
09:34:11 12        Q.    Did he tell you part of the role was to
09:34:13 13  manage market maker relationships?
09:34:17 14        A.    I -- I don't remember.
09:34:20 15        Q.    Did he tell you part of the role was to
09:34:22 16  make XRP liquid and build trading interest in XRP?
09:34:27 17        A.    That is what I remember being the crux of
09:34:29 18  the role.
09:34:30 19        Q.    And at the time that you had that -- at the
09:34:33 20  time that you started with Ripple, was the XRP market
09:34:39 21  liquid?
09:34:41 22              MS. COWAN:  Objection.
09:34:49 23        A.    At the time, if I remember correctly, XRP
09:34:52 24  was trading about $2 million a day, maybe on four
09:34:56 25  exchanges, maybe five.
```

24

| | | |
|---|---|---|
| 09:34:58 | 1 | So there was some liquidity. |
| 09:35:03 | 2 | Q.   But it was very small? |
| 09:35:05 | 3 | MR. HORTON:  Objection to form. |
| 09:35:06 | 4 | A.   In comparison to traditional markets, yes. |
| 09:35:22 | 5 | Q.   Where could you buy, sell, or trade XRP at |
| 09:35:26 | 6 | the time? |
| 09:35:28 | 7 | MR. HORTON:  Objection to form. |
| 09:35:34 | 8 | A.   I don't remember the exchanges. |
| 09:35:37 | 9 | Q.   Could you trade XRP off ledger? |
| 09:35:43 | 10 | A.   Yes. |
| 09:35:44 | 11 | Q.   And on how many exchanges? |
| 09:35:46 | 12 | A.   I think it was -- somewhere between four |
| 09:35:47 | 13 | and six. |
| 09:35:49 | 14 | Q.   And could you trade XRP on the ledger? |
| 09:35:55 | 15 | A.   Yes. |
| 09:35:56 | 16 | Q.   Was that the primary way people traded XRP? |
| 09:36:00 | 17 | MR. HORTON:  Objection to form. |
| 09:36:05 | 18 | A.   I think the volume at the time was 50/50, |
| 09:36:08 | 19 | on protocol/off protocol. |
| 09:36:11 | 20 | Q.   And when you say "on protocol," you're |
| 09:36:13 | 21 | talking about trading on the ledger? |
| 09:36:15 | 22 | A.   On the ledger. |
| 09:36:16 | 23 | Q.   And "off protocol," you're talking about |
| 09:36:18 | 24 | trading on digital asset trading platforms? |
| 09:36:22 | 25 | A.   Correct. |

25

```
09:36:23   1        Q.   Were those platforms in the United States?
09:36:27   2             MR. HORTON:  Objection to form.
09:36:29   3        A.   I think most weren't.
09:36:32   4        Q.   At the time?
09:36:33   5        A.   At the time, yes.
09:36:34   6        Q.   And we're talking about when you first
09:36:35   7   started at --
09:36:36   8        A.   November '16.
09:36:38   9        Q.   What was XRP's price when you first
09:36:40  10   started?
09:36:44  11        A.   I believe it was 6/10 of a penny.
09:36:48  12        Q.   What were the spreads like?
09:36:51  13             MR. HORTON:  Objection to form.
09:36:51  14        A.   I don't remember.
09:36:53  15        Q.   Wide?
09:36:56  16             MR. HORTON:  Objection.
09:36:57  17        A.   I don't remember.
09:36:58  18        Q.   Were there market makers making markets in
09:37:01  19   XRP at the time?
09:37:04  20        A.   Yes.
09:37:07  21        Q.   Did Ripple pay those market makers to make
09:37:10  22   a market in XRP?
09:37:12  23             MR. HORTON:  Objection to form.
09:37:15  24        A.   So I don't -- so -- we -- Ripple, when I
09:37:23  25   joined, was paying market makers mostly for liquidity
```

26

```
09:37:31   1    on the protocol.  But I -- I don't know if there were

09:37:35   2    other market makers that were also providing

09:37:39   3    liquidity that had nothing to do with Ripple.

09:37:41   4         Q.   To your knowledge, you didn't know of any

09:37:43   5    other market makers that were making markets in XRP,

09:37:46   6    other than the ones Ripple was paying?

09:37:49   7              MR. HORTON:  Objection.  Form.

09:37:50   8         A.   I don't remember, no.  I don't think so.

09:37:58   9         Q.   People who were buying and selling XRP at

09:38:01  10    the time, they were mostly speculators?

09:38:08  11              MR. HORTON:  Objection to form.

09:38:09  12         A.   I don't know.

09:38:09  13         Q.   Did Ripple sell any product that used XRP

09:38:12  14    when you joined in November 2016?

09:38:30  15         A.   No.

09:38:33  16         Q.   You said that Ripple paid market makers to

09:38:35  17    make markets on the XRP ledger at the time you

09:38:38  18    joined.

09:38:40  19              What was the role of those market makers?

09:38:45  20         A.   As I understand it, it was -- we are

09:38:48  21    talking about things that predated my joining.  But

09:38:52  22    the way I understand it is they were being paid to

09:38:54  23    provide liquidity on the protocol.  So bid and

09:38:57  24    offers, bids and offers on the protocols so people

09:39:00  25    could trade.
```

27

```
09:39:01  1        Q.   Did those relationships continue once you
09:39:04  2   joined Ripple?
09:39:07  3        A.   The relationship with market makers
09:39:09  4   continued, yes.
09:39:10  5        Q.   And the purpose of those relationships was
09:39:14  6   to create liquidity on the ledger for XRP?
09:39:19  7        A.   It changed.  So we -- the -- the on-ledger
09:39:25  8   protocol liquidity didn't seem to be doing much for
09:39:32  9   overall liquidity.  So when I joined, we made the
09:39:38 10   decision to stop the on -- the on-ledger liquidity
09:39:43 11   programs.
09:39:44 12        Q.   Okay.  And how long were you with Ripple
09:39:47 13   when you made that decision?
09:39:49 14        A.   It was within the first six months.
09:39:53 15        Q.   So just focusing on the -- the contracts
09:39:56 16   with market makers to make markets on ledger, you
09:40:08 17   wanted more liquidity for speculating -- speculative
09:40:09 18   trading on the ledger, right?
09:40:11 19             MR. HORTON:  Objection to form.
09:40:14 20        A.   I did not.
09:40:15 21        Q.   Did -- Ripple wanted more speculative
09:40:18 22   trading on the ledger?
09:40:19 23             MR. HORTON:  Objection to form.
09:40:22 24        A.   I -- hard for me to speak for Ripple,
09:40:25 25   but --
```

                                                                   28

```
09:40:25   1         Q.    You were head of the XRP markets, right?
09:40:31   2         A.    I was.
09:40:32   3         Q.    Okay.
09:40:34   4               Ripple -- did Ripple want more speculative
09:40:38   5    trading of XRP on the XRP ledger?
09:40:40   6               MR. HORTON:  Objection to form.
09:40:47   7         A.    Can I give a little context?
09:40:49   8         Q.    Sure.
09:40:51   9         A.    So in March of 2017, I sit down with
09:40:58  10    product, and we decide that the best way to build a
09:41:07  11    remittance product is using the exchanges.
09:41:13  12               What had happened on the protocol before
09:41:15  13    was a version of what ended up being xRapid.  So the
09:41:20  14    same $5 -- you know, buy XRP using dollars, send it
09:41:26  15    to a Mexican exchange, sell it there for pesos, and
09:41:29  16    then deliver out, which ended up being xRapid ODL.
09:41:32  17    That was what had been tried on the protocol.
09:41:35  18               And the way I understand it, when I joined,
09:41:38  19    there were still some kind of product ideas that
09:41:43  20    would go back to that.  And -- that's why we wanted
09:41:46  21    the protocol to remain active, because the idea was
09:41:51  22    eventually we would build products for it directly.
09:41:58  23               I didn't think that was making a lot of
09:42:00  24    sense.  There was liquidity on the digital currency
09:42:02  25    exchanges.  What we needed for the remittance product
```

29

```
09:42:04   1   was liquidity.  Continuing to focus on the protocol
09:42:08   2   made -- just didn't seem to make a lot of sense.
09:42:11   3           Q.   Was speculative XRP trading volume a
09:42:13   4   prerequisite for using XRP for cross-border payments?
09:42:18   5                MR. HORTON:  Objection to form.
09:42:19   6           A.   No.  It is not a prerequisite.
09:42:22   7           Q.   What is -- okay.  Was it needed in order
09:42:25   8   for XRP to be adopted for cross-border payments?
09:42:31   9                MR. HORTON:  Objection to form.
09:42:32  10           A.   So what was needed for XRP to be adopted
09:42:34  11   for cross-border payments is very liquid markets.
09:42:40  12   Speculation is a part of every liquid market that I
09:42:42  13   know of.  So are market makers, and so are -- so is
09:42:47  14   commercial flow.
09:42:49  15           So if you -- if you look at -- as an
09:42:52  16   example, if you look at the gold market versus the FX
09:42:55  17   market, the gold market has the same speculators that
09:43:00  18   live in FX, it has the same market makers that live
09:43:04  19   in FX, but it doesn't have any commercial flow.  So
09:43:08  20   nobody's buying and selling gold to hedge out the
09:43:10  21   existing risks.  So that -- that commercial flow is
09:43:14  22   what ends up getting you the biggest markets in the
09:43:17  23   world.  You can have big markets without that.
09:43:20  24           In the case of XRP, it's the same thing.
09:43:23  25   Like the idea is, okay, we need to bring in these
```

30

```
09:43:27  1   buckets of liquidity.  The last one being that
09:43:30  2   commercial flow that is enabled by xRapid.  So you
09:43:33  3   need to bring in speculative trading, certainly.
09:43:36  4   That usually is the first piece that comes in.  Then
09:43:39  5   market makers follow because they see an opportunity
09:43:41  6   to make money.  And then you bring in the commercial
09:43:45  7   flow.  It's not -- it's more art than science, but
09:43:50  8   that's roughly the sequencing.
09:43:52  9       Q.   So speculative trading was something that
09:43:56 10   Ripple focused on, early on, in the company's
09:44:01 11   history?
09:44:03 12            MS. COWAN:   Objection.
09:44:05 13       A.   So, again, I -- I started in November of
09:44:08 14   '16.  What I understand in terms of the -- the
09:44:11 15   liquidity programs, was really around market makers,
09:44:15 16   and making sure that the protocol was viable for
09:44:19 17   trading on, in order to be traded on.  If there's no
09:44:22 18   liquidity on the protocol, nobody's going to bother.
09:44:26 19            So it's hard for me to speak to about --
09:44:28 20   you know, to the point of, like, what the company was
09:44:29 21   doing early, early on with respect to speculation.
09:44:32 22   What I saw was really more an attempt to bring in the
09:44:36 23   market makers first in order to then point to
09:44:42 24   something that was alive, if you will.
09:44:43 25       Q.   And what was the purpose of bringing in the
```

31

```
09:44:45  1    market makers?
09:44:47  2              MS. COWAN:  Objection.
09:44:50  3         A.   So, again, I think to just kind of think of
09:44:51  4    that sequencing, and maybe the -- maybe the
09:44:53  5    sequencing wasn't perfect, but you bring in -- you
09:44:56  6    bring in the market makers.  That does hopefully pull
09:44:59  7    in some speculative trading because there's markets
09:45:01  8    now to speculate on.  And then you pull down the
09:45:05  9    commercial flow at the end.
09:45:06 10         Q.   When you say "commercial flow," what do you
09:45:08 11    mean?
09:45:08 12         A.   So that would be, that would be -- a
09:45:12 13    typical xRapid flow is an example.  So I -- at
09:45:19 14    maturity, if xRapid is at scale being used by -- by
09:45:23 15    commerce, by companies, what you should have is a ton
09:45:27 16    of bidirectional flow through books.  In the case of
09:45:31 17    the protocol, the company got -- you know, maybe we
09:45:33 18    could do it on the protocol, but it ended we went
09:45:37 19    off -- off ledger.
09:45:52 20         Q.   Did this bidirectional flow ever come into
09:45:55 21    existence?
09:45:56 22              MS. COWAN:  Objection.
09:45:57 23         A.   Not while I was at the company.
09:46:00 24         Q.   And when did xRapid gain -- start being
09:46:05 25    used by entities?
```

32

| | | |
|---|---|---|
| 09:46:11 | 1 | MR. HORTON:  Objection to form. |
| 09:46:12 | 2 | A.   If I remember correctly, we started to move |
| 09:46:15 | 3 | pilots in early 2018. |
| 09:46:18 | 4 | Q.   Was there any significant volume in xRapid |
| 09:46:21 | 5 | prior to Ripple's agreement with MoneyGram? |
| 09:46:30 | 6 | MR. HORTON:  Objection. |
| 09:46:31 | 7 | A.   I don't remember. |
| 09:46:33 | 8 | Q.   So prior to 2018, all of the trading that |
| 09:46:42 | 9 | Ripple supported was in connection with building |
| 09:46:45 | 10 | liquidity and speculative trading? |
| 09:46:48 | 11 | MR. HORTON:  Objection to form. |
| 09:46:49 | 12 | A.   So it was building liquidity.  So bringing |
| 09:46:52 | 13 | in those two -- those first two pillars of liquid |
| 09:46:55 | 14 | markets, the market makers and then -- and then |
| 09:46:57 | 15 | speculative. |
| 09:46:58 | 16 | Q.   And speculative trading is a part of |
| 09:47:01 | 17 | liquidity, getting -- creating liquidity, correct? |
| 09:47:05 | 18 | A.   Speculative trading is, I think, a part of |
| 09:47:08 | 19 | any healthy market. |
| 09:47:21 | 20 | MS. WAXMAN:  Exhibit 31, please. |
| 09:47:22 | 21 | MR. TENREIRO:  31, Nicole. |
| 09:47:24 | 22 | (Email re: Q1 2017 XRP Markets Report, |
| 09:47:24 | 23 | Bates Number 0199787, was marked MV Exhibit 31 |
| 09:47:24 | 24 | for identification, as of this date.) |
| 09:47:38 | 25 | Q.   Mr. Vias, I'm showing you what's been |

33

```
09:47:41  1   marked as Exhibit 31, which has the Bates
09:47:43  2   Number 0199787.
09:48:26  3           Did Ripple begin to publish XRP markets
09:48:29  4   report -- oh, tell me when you're finished.
09:48:32  5       A.   No, no, I -- just --
09:48:42  6           (Witness reviewing document.)
09:48:42  7       A.   Okay.
09:48:43  8       Q.   Did Ripple begin to publish XRP market
09:48:47  9   reports in early 2017?
09:48:51 10       A.   Yes.
09:48:52 11       Q.   Did you author those reports?
09:48:55 12       A.   I was one of the authors, yes.
09:49:01 13       Q.   Are -- is Exhibit 31 comments on a draft
09:49:03 14   report?
09:49:04 15       A.   I think so, yes.
09:49:04 16       Q.   In the middle of the page, it says, Miguel
09:49:11 17   Vias.  Are these your comments to draft language in
09:49:14 18   the XRP market reports?
09:49:16 19       A.   Yes.
09:49:17 20       Q.   You write, "Liquidity means being able to
09:49:21 21   put on a position as well as being able to get out.
09:49:24 22   You can't speculate without either."
09:49:26 23       A.   Uh-huh.
09:49:27 24       Q.   So liquidity is needed for speculative
09:49:29 25   trading in XRP?
```

34

```
09:49:33  1              MS. COWAN:  Objection.
09:49:34  2        A.    In everything.  You can't speculate in
09:49:36  3    something if it's not liquid.
09:49:49  4        Q.    Who did you report to in 2016?
09:49:54  5        A.    Patrick Griffin.
09:49:56  6        Q.    And did that change over time?
09:49:58  7        A.    It did.
09:49:59  8        Q.    And when did that change?
09:50:06  9        A.    Late '17.  Either November or December.  I
09:50:09 10    can't remember exactly.
09:50:11 11        Q.    Who did you report to then?
09:50:13 12        A.    Ron Will.
09:50:15 13        Q.    Who did you report to after Ron Will?
09:50:18 14        A.    ███████████████
09:50:20 15        Q.    Who did you report to after that?
09:50:28 16        A.    ███████████████████
09:50:30 17        Q.    Did you report to anyone else while you
09:50:31 18    were at Ripple?
09:50:33 19        A.    I don't think so.
09:50:35 20        Q.    Did anyone report to you?
09:50:39 21        A.    Yes.
09:50:40 22        Q.    Who reported to you?
09:50:44 23        A.    Throughout my whole -- time?
09:50:47 24        Q.    Sure.  Why don't you tell me when you first
09:50:49 25    started in 2016, in November 2016.  Did anyone report
```

35

```
09:50:52  1    to you?
09:50:54  2         A.   When I first started, ███████████ reported
09:50:59  3    to me.
09:51:00  4         Q.   Did anyone else report to you?
09:51:02  5         A.   Not that I remember, no.
09:51:04  6         Q.   Later on, in 2017, did anyone report to
09:51:07  7    you?
09:51:09  8         A.   In 2017, Dinuka Samarasinghe reported to
09:51:12  9    me.
09:51:13  10        Q.   Anyone else?
09:51:21  11        A.   I can't remember if it was in 2017, but
09:51:23  12   shortly thereafter ███████████ joined the team
09:51:26  13   and she reported to me as well.
09:51:28  14        Q.   And did anyone else report to you?
09:51:41  15        A.   Yes.  I'm going to forget exactly when
09:51:48  16   these folks joined so I'm going to say the names as I
09:51:51  17   remember them.
09:51:56  18   ████████████████████████████████████████████████
09:52:03  19   ██████████
09:52:17  20        I'm blanking on ██████████ last name, in
09:52:19  21   Singapore.
09:52:22  22        Bad form for a boss.
09:52:25  23        MS. COWAN:  I'm sorry, I can't hear you.
09:52:26  24        A.   I said I'm blanking on ██████████ last name,
09:52:29  25   in Singapore, which is bad form for a boss.
```

36

| | | |
|---|---|---|
| 09:52:33 | 1 | Q.   It's been a while. |
| 09:52:34 | 2 | A.   It has, and he doesn't keep in touch. |
| 09:52:37 | 3 | Q.   He deserves it. |
| 09:52:41 | 4 |      Anyone else? |
| 09:52:42 | 5 | A.   I think those were my direct -- there are |

other people on the team, but I think those are the
people that directed -- that reported directly to me.

Q.   Okay.  And what was ███████████ role?

A.   ████████ -- her primary role was market
maker relationships and bringing in new ones.  She
also -- she had -- she was -- soft relationship
manager with the exchanges.  And -- like -- you know,
almost eyes and ears in terms of what was happening
out in the marketplace.

        I would say she was the conduit to much of
what was happening in the liquidity ecosystem, from a
relationship perspective.

Q.   Did she communicate with buyers of XRP,
people who bought XRP from Ripple?

A.   I -- I believe so, a few times, yes.

Q.   Was that part of her role?

A.   I don't remember if it was explicit.

Q.   What was ████████ role?

A.   ██████ was responsible for payment processor
relationships and partnerships.

37

```
09:54:16   1        Q.    What was █████████████  role?
09:54:20   2        A.    Similar.
09:54:21   3        Q.    What about ███████████  role?
09:54:24   4        A.    ███████  was -- he was -- for lack of a better
09:54:30   5   word, he was our quantitative resource on the desk.
09:54:36   6        Q.    Can you please explain what his job
09:54:39   7   responsibilities were.
09:54:40   8        A.    So ██████  was the bridge between our team and
09:54:46   9   data.  So much of what the markets team did required
09:54:56  10   a good understanding of markets, what was happening,
09:54:58  11   that -- that required data.  And we were having
09:55:02  12   trouble getting the data out of data team.  We hired
09:55:08  13   ██████  to do some of that, supplement some of the data
09:55:10  14   team's responsibilities.  So he would ingest data and
09:55:14  15   then analyze it for us, and put it in a kind of human
09:55:18  16   digestible form.
09:55:20  17        Q.    Did you collect data related to XRP?
09:55:23  18        A.    Yes.
09:55:24  19        Q.    Daily?
09:55:32  20        A.    I think so.
09:55:38  21        Q.    What specific data did you collect on a
09:55:40  22   daily basis?
09:55:43  23        A.    The -- the volume, I think -- we were
09:55:48  24   aiming toward tracking spreads, particularly in
09:55:52  25   xRapid corridors.
```

38

| | | |
|---|---|---|
| 09:55:56 | 1 | Q.   Prior to -- in 2016, and 2017 -- |
| 09:56:00 | 2 | MR. HORTON:  Can you let him finish his |
| 09:56:02 | 3 | answers before you ask the next question? |
| 09:56:03 | 4 | Q.   Sorry. |
| 09:56:04 | 5 | A.   That's okay.  I'm sure it's a great |
| 09:56:06 | 6 | question. |
| 09:56:07 | 7 | Q.   You never know. |
| 09:56:10 | 8 | A.   Yeah, I mean ███ joined -- I want to say |
| 09:56:12 | 9 | ███ joined in late '17 -- or early '18, actually. |
| 09:56:15 | 10 | We were already in the new office.  So when ███ |
| 09:56:18 | 11 | joined, a lot of it was around market intelligence. |
| 09:56:25 | 12 | Primarily for xRapid. |
| 09:56:31 | 13 | Q.   Prior to ███ joining, did the XRP markets |
| 09:56:34 | 14 | team monitor the XRP trading market? |
| 09:56:42 | 15 | MR. HORTON:  Objection to form. |
| 09:56:42 | 16 | A.   We tried. |
| 09:56:45 | 17 | Q.   What do you mean "we tried"? |
| 09:56:48 | 18 | A.   I don't think we were doing a very good |
| 09:56:49 | 19 | job.  That's why we hired ███ |
| 09:56:51 | 20 | Q.   But you monitored it? |
| 09:56:53 | 21 | A.   As best we could. |
| 09:56:55 | 22 | Q.   Did the XRP markets team provide daily |
| 09:56:58 | 23 | commentary to leadership regarding the XRP markets? |
| 09:57:01 | 24 | MR. HORTON:  Objection to form. |
| 09:57:02 | 25 | A.   I think for a while.  Yeah.  And mostly in |

39

```
09:57:04   1   2017, if I remember correctly.
09:57:07   2       Q.   Daily emails regarding changes in price and
09:57:11   3   volume?
09:57:12   4       A.   I can't remember the cadence.
09:57:15   5       Q.   Was it important for you in your job to
09:57:20   6   following the XRP trading market?
09:57:22   7       A.   Yes.
09:57:22   8       Q.   And did you follow it every day?
09:57:25   9       A.   Yes.
09:57:26  10       Q.   Did you follow it throughout the day?
09:57:29  11       A.   Yes.
09:57:30  12       Q.   And what were you looking for?
09:57:38  13       A.   Looking at volume and price.  Those were
09:57:40  14   the two inputs.
09:57:41  15       Q.   And how would you use the information?
09:57:50  16       A.   You know, on a day-to-day basis, it's
09:57:55  17   not -- it's not kind of strategic observations.
09:58:04  18   You're more looking for anomalies.  Is anything odd
09:58:08  19   going on?  Is there anything out the ordinary going
09:58:10  20   on?
09:58:11  21           Over time, you -- you try to -- I mean,
09:58:19  22   you're monitoring to see if the markets are getting
09:58:21  23   healthier, more liquid, more exchanges.  You know,
09:58:27  24   certainly the -- you know, is XRP tracking the
09:58:32  25   market.  That -- those are the -- the considerations,
```

40

```
09:58:39  1    things we were looking for.
09:58:43  2         Q.   Were you responsible for Ripple sales of
09:58:46  3    XRP?
09:58:50  4              MS. COWAN:  Objection.
09:58:51  5         A.   So I was -- I wouldn't say I was
09:58:59  6    responsible for them.  I was -- as part of the -- as
09:59:03  7    part of my responsibilities, I was in charge of
09:59:08  8    putting together the presentation, that we would
09:59:12  9    present every Friday, I think we spoke about last
09:59:15 10    time.
09:59:17 11              And making a recommendation, based on some
09:59:21 12    of the modeling that we were doing, as to how much we
09:59:25 13    should be selling.
09:59:28 14         Q.   So you used the data that you collected to
09:59:30 15    make recommendations regarding Ripple's XRP sales?
09:59:35 16              MR. HORTON:  Objection to form.
09:59:40 17         A.   That data was an input, yeah.
09:59:46 18         Q.   And did you use the data to adjust the
09:59:49 19    level of Ripple's XRP sales?
09:59:53 20              MR. HORTON:  Objection to form.
09:59:57 21         A.   Some -- some of the data, yeah.
10:00:36 22         Q.   While you were at Ripple, Ripple sold XRP
10:00:39 23    to fund operations?
10:00:42 24              MR. HORTON:  Objection to form.
10:00:45 25         A.   Yes.
```

41

10:00:47  1        Q.   Ripple sold XRP in order to create a
10:00:50  2   trading market for XRP?
10:00:53  3             MR. HORTON:  Objection to form.
10:00:54  4        A.   No.
10:00:56  5        Q.   The sales of -- Ripple sales of XRP didn't
10:00:58  6   help facilitate a trading market for XRP?
10:01:02  7             MR. HORTON:  Objection to form.
10:01:04  8        A.   I have never thought of our sales in that
10:01:07  9   way, no.
10:01:10  10       Q.   How did you think of the sales?
10:01:18  11       A.   As a standalone activity.
10:01:24  12       Q.   Other than using XRP sales to fund
10:01:27  13  operations, did Ripple's XRP sales serve any other
10:01:30  14  purpose?
10:01:36  15       A.   Not that I know of, no.
10:01:39  16       Q.   Ripple, either directly or indirectly, sold
10:01:41  17  XRP to retail and institutional investors?
10:01:45  18            MR. HORTON:  Objection to form.
10:01:50  19       A.   I assume so.  I don't think we knew -- as I
10:01:54  20  said, it was indirect, so I'm not sure who was
10:01:58  21  buying.
10:01:58  22       Q.   Ripple directly sold to institutional
10:02:00  23  investors?
10:02:01  24       A.   Yes.
10:02:02  25       Q.   And indirectly sold to retail investors on

                                                              42

| | | |
|---|---|---|
| 10:02:05 | 1 | platforms? |
| 10:02:09 | 2 | MR. HORTON:  Objection to form. |
| 10:02:09 | 3 | A.   I'm assuming there were retail investors on |
| 10:02:12 | 4 | the platform. |
| 10:02:13 | 5 | Q.   Ripple sold the XRP at times at a discount |
| 10:02:15 | 6 | to market price? |
| 10:02:18 | 7 | MS. COWAN:  Objection. |
| 10:02:21 | 8 | A.   To the institutional -- when we sold |
| 10:02:25 | 9 | directly to the institutional folks. |
| 10:02:28 | 10 | Q.   And these XRP purchasers were purchasing |
| 10:02:31 | 11 | XRP for investment purposes? |
| 10:02:34 | 12 | MR. HORTON:  Objection to form. |
| 10:02:39 | 13 | Q.   You can answer the question. |
| 10:02:41 | 14 | A.   Thank you. |
| 10:02:44 | 15 | I -- you know, I -- investment speculation, |
| 10:02:48 | 16 | I -- it -- for me, it's -- yes. |
| 10:02:53 | 17 | Q.   Did Ripple place any sales restrictions on |
| 10:02:55 | 18 | the XRP it sold? |
| 10:02:57 | 19 | MS. COWAN:  Objection. |
| 10:03:00 | 20 | A.   At times, yes. |
| 10:03:01 | 21 | Q.   Okay.  And these restrictions were put into |
| 10:03:04 | 22 | place in order to manage XRP in the market? |
| 10:03:07 | 23 | MR. HORTON:  Objection to form. |
| 10:03:08 | 24 | A.   I'm sorry, repeat that. |
| 10:03:09 | 25 | Q.   These restrictions were put into place in |

43

```
10:03:11   1   order to manage XRP supply in the market?
10:03:19   2            MR. HORTON:  Sorry.  Same objection.
10:03:22   3        A.   I -- so the -- the -- the restrictions
10:03:26   4   predate me, so -- the impetus for them, I'm not sure.
10:03:34   5        Q.   When you were at Ripple, did OTC sales
10:03:39   6   include sales restrictions, resale restrictions?
10:03:46   7        A.   Lockup periods, sometimes, not always.
10:03:48   8        Q.   So those lockups were put in place to
10:03:51   9   manage XRP's supply in the market?
10:03:54  10            MR. HORTON:  Objection to form.
10:03:54  11        A.   There was an interplay between the -- the
10:03:57  12   restrictions and the discounts.  So I think if --
10:04:08  13   without discounts, there were -- there were no
10:04:09  14   restrictions.
10:04:13  15        Q.   Were the restrictions meant to mitigate any
10:04:16  16   downward price pressure from sales of XRP?
10:04:20  17            MR. HORTON:  Objection to form.
10:04:26  18        A.   That's not way I thought of them.  I think
10:04:29  19   the primary reason, I think, to have those
10:04:30  20   restrictions was to not immediately monetize the
10:04:34  21   discount.  So that's the way --
10:04:39  22        Q.   So not to immediately sell the XRP into the
10:04:42  23   market?
10:04:43  24        A.   Right.
10:04:45  25        Q.   Did the restrictions include a restriction
```

44

10:04:49   1   on the amount of XRP that could be sold on a daily

10:04:52   2   basis?

10:04:56   3         A.   I don't remember.

10:05:10   4         Q.   While you were at Ripple, did Ripple

10:05:11   5   generate any non-XRP sales revenue?

10:05:15   6              MR. HORTON:  Objection to form.

10:05:20   7         A.   I believe so.

10:05:22   8         Q.   How did that revenue compare to revenue

10:05:25   9   from XRP sales revenues?

10:05:31  10         A.   I think it was much smaller.

10:05:48  11         Q.   Sales of XRP on -- Ripple sold XRP

10:05:53  12   programmatically on digital asset trading platforms?

10:05:59  13         A.   Yes.

10:06:00  14         Q.   They used third-party market makers to

10:06:02  15   execute those sales?

10:06:04  16              MS. COWAN:  Objection.

10:06:05  17         A.   Yes.

10:06:06  18         Q.   Those were sales to retail investors?

10:06:09  19              MS. COWAN:  Objection.

10:06:11  20         A.   I said before, I -- we were selling on

10:06:13  21   exchanges through the market makers.  I'm assuming

10:06:16  22   that they were retail investors or traders on as

10:06:18  23   well.

10:06:19  24         Q.   And those were -- trading in XRP on those

10:06:22  25   platforms was primarily for speculation?

45

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
10:06:25  1              MR. HORTON:  Objection to form.
10:06:26  2       A.   I assume so.
10:06:29  3       Q.   And who were the names of the market makers
10:06:31  4  that Ripple contracted with?
10:06:36  5       A.   ████████   GSR.  And then -- they had
10:06:44  6  various names; I think the last name was
10:06:47  7  ██████████████
10:06:50  8       Q.   Ripple also sold XRP over the counter to
10:06:54  9  hedge funds, market makers, and wealthy individuals?
10:06:58 10              MR. HORTON:  Objection to form.
10:06:58 11       A.   Yes.
10:06:59 12       Q.   Ripple sold the XRP directly through its
10:07:01 13  XRP II entity?
10:07:03 14       A.   Yes.
10:07:07 15       Q.   Some of those OTC customers who purchased
10:07:09 16  XRP directly from Ripple were purchasing on behalf of
10:07:13 17  their own customers who wanted exposure for XRP?
10:07:17 18              MR. HORTON:  Objection to form.
10:07:20 19       A.   So the -- the over-the-counter brokers were
10:07:24 20  facilitating purchases for their clients.
10:07:27 21       Q.   So they were acting as dealers?
10:07:30 22              MR. HORTON:  Objection to form.
10:07:35 23              MS. WAXMAN:  Strike that.
10:07:36 24       Q.   Customers who purchased XRP directly from
10:07:38 25  Ripple were purchasing for speculation?
```

46

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
10:07:40   1              MR. HORTON:  Objection to form.
10:07:46   2        A.   I assume so.
10:07:47   3        Q.   For investment purposes?
10:07:49   4              MR. HORTON:  Objection to form.  Calls for
10:07:50   5   speculation.
10:07:51   6        A.   I don't know.
10:07:51   7        Q.   Did you -- did OTC customers purchase at a
10:07:56   8   discount?
10:08:00   9        A.   Some.
10:08:04  10        Q.   Did any OTC customers plan to use the XRP
10:08:11  11   in any -- in connection with any Ripple product?
10:08:14  12              MR. HORTON:  Objection to form.
10:08:17  13        A.   Not that I know of.
10:08:19  14        Q.   Did you ever place restrictions on the --
10:08:24  15   on how these customers could use the XRP?
10:08:29  16              MS. COWAN:  Objection.
10:08:32  17        A.   Outside of the sales restrictions, no.
10:08:43  18        Q.   OTC purchasers were purchasing either
10:08:45  19   through a master purchase agreement, a commit-to-sell
10:08:47  20   agreement, or a loan-to-purchase agreement?
10:08:50  21              MR. HORTON:  Objection to form.
10:08:52  22        A.   Those all sound familiar.
10:08:59  23        Q.   Is there a difference between the
10:09:00  24   commit-to-sell agreement and the loan-to-purchase
10:09:02  25   agreement?
```

47

```
10:09:03   1        A.   I can't remember the exact difference.
10:09:28   2        Q.   Why did Ripple sell XRP over the counter?
10:09:47   3        A.   So we discussed the -- the sales to the
10:09:49   4   brokers.  In particular, I thought that was very
10:09:52   5   important in order to develop the over-the-counter
10:09:57   6   market.  When I began at Ripple, there was no
10:10:00   7   over-the-counter market for XRP.  So facilitating
10:10:06   8   that -- that activity was helpful.  There was no
10:10:09   9   exchanges.
10:10:12  10        So when folks wanted to -- and at the time
10:10:14  11   I mentioned it was 6/10 of a penny, so not many
10:10:17  12   people wanted to sell it down there.  So when -- when
10:10:19  13   brokers -- in order for brokers to be able to offer
10:10:23  14   liquidity in XRP at all, they had to have somewhere
10:10:26  15   to buy it themselves.  And they didn't have it, so
10:10:28  16   those over-the-counter sales took brokers who were
10:10:33  17   really important, I think, in developing that
10:10:35  18   over-the-counter market.
10:10:36  19        I think the other sales were in a similar
10:10:43  20   vein.  There was no over-the-counter market, and --
10:10:50  21   you know, Ripple was providing that until that
10:10:55  22   over-the-counter market developed.
10:10:58  23        Q.   Did over-the-counter sales increase the
10:11:01  24   potential pool of XRP buyers?
10:11:18  25        A.   I think so.
```

48

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
10:11:18   1        Q.   Did it allow for wider distribution of
10:11:20   2    Ripple's XRP?
10:11:22   3             MS. COWAN:   Objection.
10:11:27   4        A.   That's interesting.  I don't -- because OTC
10:11:29   5    purchases tend to be bigger.  I -- I think, you know,
10:11:33   6    if -- literally, yes, because, you know, we're --
10:11:36   7    before Ripple was the only one holding, you know, I
10:11:39   8    would say one XRP.  And now you move that over to
10:11:43   9    somebody else and now there's two entities that hold
10:11:45  10    it so there's more distribution.  But at the same
10:11:47  11    time, it's probably the most concentrated way to
10:11:50  12    distribute XRP, through over the counter.
10:11:53  13        Q.   Even though it was the most concentrated,
10:11:54  14    it did allow for wider distribution.  Right?
10:11:58  15             MR. HORTON:   Objection to form.
10:11:59  16        A.   It got in more hands.
10:12:02  17        Q.   Did the -- did a robust OTC market reflect
10:12:06  18    traders confidence in XRP?
10:12:08  19             MR. HORTON:   Objection to form.
10:12:09  20        A.   No.
10:12:11  21        Q.   Why not?
10:12:14  22             MR. HORTON:   Same objection.
10:12:17  23        A.   I mean, I just don't think of a robust OTC
10:12:21  24    market as having anything to do with someone's
10:12:24  25    confidence in whatever is being traded in that
```

49

10:12:25 1    over-the-counter market.

10:12:26 2        Q.    Did a robust OTC market have any impact on

10:12:30 3    speculative XRP trading?

10:12:31 4            MR. HORTON:  Objection to form.

10:12:35 5        A.    So kind of a -- a broad idea, with respect

10:12:39 6    to the OTC initiative, was that eventually, as the

10:12:45 7    market becomes more liquid we can slowly remove --

10:12:50 8    Ripple can remove itself from this kind of

10:12:54 9    over-the-counter facilitation, which a software

10:12:57 10   company, I thought, should not be in the middle of.

10:13:01 11           So that, you know, over time, you have the

10:13:05 12   exchanges, and then you have the over-the-counter

10:13:07 13   market.  And those two will interplay.  So folks

10:13:11 14   will -- the over-the-counter brokers will off lay

10:13:18 15   risk onto the exchanges.  So I think -- the

10:13:25 16   over-the-counter markets are a really important part

10:13:27 17   of a healthy liquidity pool.

10:13:31 18       Q.    Did over-the-counter sales from Ripple

10:13:34 19   increase XRP liquidity?

10:13:40 20       A.    I think, eventually, it was helpful.

10:13:44 21       Q.    And did it increase speculative trading in

10:13:47 22   XRP?

10:13:48 23           MR. HORTON:  Objection to form.

10:13:50 24       A.    I think so.

10:13:51 25       Q.    You said that Ripple's primary business was

50

```
10:14:00   1   selling XRP, not software sales.
10:14:04   2           MS. COWAN:  Objection.
10:14:05   3           MR. HORTON:  Objection.
10:14:06   4       A.   I didn't say that.
10:14:09   5           I didn't say that.  I said that the
10:14:11   6   sales -- the non-XRP sales were smaller than the XRP
10:14:14   7   sales.
10:14:15   8       Q.   What was the --
10:14:16   9       A.   By the way, selling an asset is not a
10:14:21  10   business.
10:14:23  11           They don't give you much of a multiple when
10:14:25  12   you go IPO, on selling a diminishing asset.  That's
10:14:30  13   not a business.
10:14:31  14       Q.   What was Ripple's business?
10:14:34  15       A.   Enterprise software sales, and that was the
10:14:36  16   goal.
10:14:37  17       Q.   Did it make any money from selling software
10:14:39  18   sales?
10:14:40  19           MR. HORTON:  Objection to form.
10:14:41  20       A.   As I said before, I think it made some.
10:14:43  21       Q.   How much?
10:14:44  22       A.   I don't know.
10:14:46  23       Q.   What was the difference between the amount
10:14:48  24   of money it made selling software and the amount of
10:14:51  25   money it made selling XRP?
```

51

10:14:55  1          MR. HORTON:  Objection to form.

10:14:55  2      Q.   Ten to one?

10:14:57  3          MR. HORTON:  Objection.

10:14:59  4      A.   Maybe more.  I don't know.  Twenty to one?

10:15:02  5  I don't know.

10:15:08  6      Q.   What do you mean "selling a diminishing

10:15:11  7  asset is not a business"?  What does that mean?

10:15:24  8      A.   I think it's pretty clear.  We all know

10:15:26  9  what a business is, right.

10:15:28 10      Q.   And which asset are you talking about?

10:15:32 11      A.   XRP.

10:15:32 12      Q.   And why was it diminishing?

10:15:36 13      A.   There's a limited amount.

10:15:41 14          You can't make more of it.

10:15:51 15      Q.   Did Ripple publicly state that it would

10:15:55 16  engage in efforts to increase the demand for XRP?

10:16:01 17          MR. HORTON:  Objection to form.

10:16:02 18      A.   I don't think so.  I don't know.

10:16:07 19      Q.   Did Ripple publicly state that it would

10:16:10 20  work to develop a use case for XRP?

10:16:14 21          MR. HORTON:  Objection to form.

10:16:15 22      A.   Yes.

10:16:16 23      Q.   Did Ripple publicly state that it would

10:16:20 24  seek to get XRP adopted by banks for cross-border

10:16:26 25  payments?

                                                            52

```
10:16:27   1            MR. HORTON:  Objection to form.
10:16:30   2        A.   I think so.
10:16:34   3        Q.   And during what time period did Ripple
10:16:37   4   publicly state that?
10:16:39   5            MR. HORTON:  Objection to form.
10:16:45   6        A.   I don't remember exactly.
10:16:52   7        Q.   When you joined Ripple in November --
10:16:54   8            MR. HORTON:  Sorry.  Would this be a good
10:16:55   9   place for a break?  We've been going for about an
10:16:58  10   hour and 15.
10:16:59  11            MS. WAXMAN:  Just a couple more minutes.  I
10:17:00  12   just want to finish this line of questioning.
10:17:03  13        Q.   Going back to the OTC sales, did OTC sales
10:17:06  14   have an impact on XRP price?
10:17:10  15            MS. COWAN:  Objection.
10:17:16  16        A.   I don't know.
10:17:20  17        Q.   Did you track OTC sales?
10:17:26  18        A.   Yes.
10:17:27  19        Q.   And why did you track OTC sales?
10:17:38  20        A.   I don't remember there being an explicit
10:17:39  21   reason.  I felt like it was something that was just
10:17:42  22   expected of us, the markets team.
10:17:53  23            MS. WAXMAN:  Let's go off the record.
10:17:56  24            THE VIDEOGRAPHER:  Going off the record at
10:17:56  25   10:17 a.m. Eastern.
```

53

| | | |
|---|---|---|
| 10:18:00 | 1 | (A recess was taken from 10:17 to 10:37.) |
| 10:37:10 | 2 | THE VIDEOGRAPHER:  We are back on the |
| 10:37:10 | 3 | record at 10:37 a.m. Eastern. |
| 10:37:19 | 4 | Q.   Mr. Vias, during your tenure at Ripple, did |
| 10:37:24 | 5 | you have regular contact with Chris Larsen? |
| 10:37:30 | 6 | MS. COWAN:  Objection. |
| 10:37:30 | 7 | A.   Infrequent. |
| 10:37:33 | 8 | Q.   When did you have contact with him? |
| 10:37:38 | 9 | A.   Early on.  It was more frequent.  Probably |
| 10:37:43 | 10 | about once a month, maybe. |
| 10:37:47 | 11 | Q.   And for what reason would you meet with |
| 10:37:48 | 12 | him? |
| 10:37:54 | 13 | A.   I'm sorry, was the question contact or |
| 10:37:56 | 14 | meeting? |
| 10:37:58 | 15 | Q.   Either. |
| 10:37:59 | 16 | A.   And I asked because I would run into him in |
| 10:38:02 | 17 | the hall.  Or if I was in San Francisco, he was |
| 10:38:05 | 18 | around more in the beginning of my tenure there.  So |
| 10:38:07 | 19 | there was contact that was less formal, if you will. |
| 10:38:10 | 20 | And then, meetings, you know, I didn't |
| 10:38:16 | 21 | really have one-on-one meetings with Chris. |
| 10:38:19 | 22 | Q.   Did he regularly attend certain meetings |
| 10:38:22 | 23 | that you were present at? |
| 10:38:24 | 24 | A.   Yes. |
| 10:38:25 | 25 | Q.   And what meetings? |

54

```
10:38:27   1              Which meetings?
10:38:29   2         A.   The -- the Friday XRP sales meeting.
10:38:33   3         Q.   And any other meetings that he regularly
10:38:36   4   attended that you were present at?
10:38:38   5         A.   Not that I remember.
10:38:41   6         Q.   And did you keep Mr. Larsen apprised of
10:38:46   7   what the XRP markets team was doing?
10:38:53   8         A.   No.
10:38:55   9         Q.   Outside of those weekly sales meetings, did
10:38:58  10   you keep him apprised of what the markets team was
10:39:02  11   doing?
10:39:05  12         A.   Not really, no.
10:39:07  13         Q.   Did you need him to either approve or
10:39:09  14   endorse anything that the XRP team markets team did?
10:39:13  15              MR. HORTON:  Objection to form.
10:39:14  16         A.   No.
10:39:16  17         Q.   And soon after you started at Ripple, did
10:39:19  18   Mr. Larsen step down as CEO?
10:39:23  19         A.   Before I joined.
10:39:26  20         Q.   Before you joined.  So during your tenure,
10:39:27  21   what was his role with the company?
10:39:30  22         A.   Executive chairman.
10:39:32  23         Q.   And Brad Garlinghouse was CEO when you
10:39:39  24   joined?
10:39:40  25         A.   Yes.
```

                                                              55

```
10:39:40   1        Q.   And did you have regular contact with him?
10:39:43   2        A.   Yes.
10:39:44   3        Q.   And when I say "contact," I'm talking about
10:39:48   4   for work-related purposes, not, you know, passing him
10:39:53   5   in the hallway.
10:39:55   6             When did you have contact with him?
10:40:04   7        A.   Couple times a week, on email.
10:40:09   8        Q.   Did you need to keep him apprised of what
10:40:12   9   the XRP markets team was doing?
10:40:19  10             MR. BAMBERGER:  Objection.
10:40:21  11        A.   No.
10:40:21  12        Q.   Why would you email him?
10:40:23  13        A.   Oh, he might be on an email string, or he
10:40:27  14   might email us, you know, the markets team or the BD
10:40:32  15   team.  It wasn't always just Brad and me on an email.
10:40:42  16        Q.   Did he regularly attend meetings that you
10:40:44  17   were present at?
10:40:45  18        A.   The Friday meeting.
10:40:47  19        Q.   Any other meetings?
10:40:50  20        A.   No.
10:40:52  21        Q.   And when you say "the Friday meeting," are
10:40:53  22   you talking about the weekly XRP sales and markets
10:40:57  23   meetings?
10:40:57  24        A.   Yes.
10:41:01  25        Q.   Other than Brad and Chris, were others
```

56

```
10:41:04  1    present at that meeting?
10:41:07  2         A.   Yes.
10:41:08  3         Q.   Who else?
10:41:10  4         A.   It changed over time.  Patrick attended
10:41:16  5    those while he was at the company and part of the BD
10:41:20  6    team.
10:41:22  7              Ron, ███████
10:41:29  8              ████████████ at times.
10:41:36  9              I think █████ and █████ a few times, but
10:41:39 10    that wasn't as regular.
10:41:44 11         Q.   Mr. Larsen attended those meetings while he
10:41:46 12    was chairman of the board?
10:41:48 13         A.   Yes.
10:41:53 14              MS. PROSTKO:   Objection.
10:41:54 15         Q.   What was his role in those meetings?
10:41:55 16         A.   He was mostly a listener.  He didn't --
10:41:59 17    wasn't a ton of participation by Chris in those
10:42:01 18    meetings.
10:42:02 19         Q.   When he participated, what was his
10:42:04 20    participation?
10:42:09 21         A.   He might ask a question or two, but I don't
10:42:14 22    exactly remember.
10:42:15 23         Q.   During those meetings, did you make
10:42:19 24    recommendations as to Ripple's XRP sales targets?
10:42:24 25         A.   Yes.
```

57

| | | |
|---|---|---|
| 10:42:25 | 1 | Q.   Did Mr. Larsen make any decisions about |
| 10:42:28 | 2 | Ripple's sales targets? |
| 10:42:33 | 3 | MS. PROSTKO:  Objection. |
| 10:42:40 | 4 | A.   Not explicitly.  No. |
| 10:42:44 | 5 | Q.   Could you explain what you mean? |
| 10:42:47 | 6 | A.   So, in that room, it always felt like Brad |
| 10:42:51 | 7 | was really the kind of the final decision-maker if we |
| 10:42:55 | 8 | were going to make a change.  We proposed something, |
| 10:42:58 | 9 | some discussion, and then a decision was made.  The |
| 10:43:01 | 10 | decision was made by the team, but you really |
| 10:43:05 | 11 | couldn't get that without Brad okaying it. |
| 10:43:10 | 12 | I just don't remember Chris being a real |
| 10:43:14 | 13 | active part of that decision-making process.  But |
| 10:43:16 | 14 | Chris was Brad's boss.  So -- certainly -- it -- it |
| 10:43:30 | 15 | feels like if Chris had had a problem with one of the |
| 10:43:32 | 16 | recommendations, and Brad said yes, but Chris didn't |
| 10:43:35 | 17 | want that, I'm guessing Brad would have had to have |
| 10:43:40 | 18 | gotten the approval from Chris.  I don't know. |
| 10:43:42 | 19 | Q.   Would Brad act -- do something that Chris |
| 10:43:46 | 20 | didn't endorse? |
| 10:43:48 | 21 | MR. HORTON:  Objection to form. |
| 10:43:50 | 22 | MS. PROSTKO:  Objection. |
| 10:43:51 | 23 | A.   I don't know. |
| 10:43:51 | 24 | Q.   So Brad was the final decision-maker |
| 10:43:53 | 25 | regarding Ripple's XRP sales targets? |

58

| | | |
|---|---|---|
| 10:43:56 | 1 | MR. HORTON:  Objection to form. |
| 10:43:57 | 2 | A.   I don't know. |
| 10:44:00 | 3 | Q.   You just said that Brad made the final |
| 10:44:02 | 4 | decisions at the weekly meetings. |
| 10:44:05 | 5 | MS. COWAN:  Objection. |
| 10:44:06 | 6 | MR. HORTON:  Objection.  I don't think |
| 10:44:07 | 7 | that's his testimony. |
| 10:44:09 | 8 | A.   I also said that if Chris had really felt |
| 10:44:13 | 9 | strongly about it one way or the other, I don't think |
| 10:44:16 | 10 | Brad would have just plowed ahead, because his boss |
| 10:44:19 | 11 | was on the phone. |
| 10:44:20 | 12 | Q.   Got it. |
| 10:44:51 | 13 | What were Ripple's sales targets based on? |
| 10:44:55 | 14 | MS. COWAN:  Objection. |
| 10:45:04 | 15 | A.   Sorry, could -- are we -- are you talking |
| 10:45:08 | 16 | about the percentage?  Which target? |
| 10:45:13 | 17 | Q.   Ripple sold XRP into the market.  How did |
| 10:45:15 | 18 | it determine how much it would sell? |
| 10:45:20 | 19 | A.   So we would look at overall volume, and |
| 10:45:23 | 20 | then settle on a percentage of daily volume to sell |
| 10:45:27 | 21 | on the exchanges. |
| 10:45:29 | 22 | Q.   That percentage, was -- that was based on |
| 10:45:33 | 23 | the company's operational needs? |
| 10:45:35 | 24 | MR. HORTON:  Objection to form. |
| 10:45:38 | 25 | A.   That's not -- not -- the market's team, no. |

59

```
10:45:43  1   Not from my perspective, from our perspective.
10:45:46  2         Q.   What was it based on?
10:45:48  3         A.   So the overarching goal with that
10:45:51  4   percentage was to have a very light touch in the
10:45:54  5   market and not impact the market at all.
10:45:59  6         Q.   So Ripple tried to extract as much as it
10:46:02  7   could from market from its XRP sales?
10:46:05  8             MR. HORTON:  Objection to form.
10:46:07  9         A.   No, we -- the percentage that we set,
10:46:12 10   was -- meant to be able to sell XRP without impacting
10:46:16 11   the price at all.
10:46:17 12         Q.   If the sales would have had an impact on
10:46:19 13   the price, would you have stopped selling it?
10:46:23 14             MR. HORTON:  Objection to form.
10:46:27 15         A.   The markets team would have never
10:46:30 16   recommended to sell a percentage that we thought
10:46:34 17   would have an impact.
10:46:36 18         Q.   So did the markets team pause XRP sales if
10:46:41 19   those sales were having a -- a negative impact on XRP
10:46:45 20   price?
10:46:46 21             MR. HORTON:  Objection to form.
10:46:47 22         A.   If we thought we were having an impact, we
10:46:49 23   would have recommended either pausing or lowering the
10:46:52 24   amount.
10:46:53 25         Q.   Did you do that?
```

60

```
10:46:55  1        A.    We did.

10:46:59  2        Q.    Did you ever increase Ripple's sales of XRP

10:47:01  3   into the market?

10:47:04  4              MS. COWAN:  Objection.

10:47:05  5        A.    You mean increase the percentage?

10:47:07  6        Q.    Yes.

10:47:12  7        A.    I think so.  I don't remember specifically.

10:47:15  8        Q.    And when would you increase the percentage?

10:47:19  9              MS. COWAN:  Objection.

10:47:22 10        A.    I don't remember.

10:47:26 11        Q.    Did -- did Ripple sell more XRP when the

10:47:29 12   price rallied?

10:47:31 13              MR. HORTON:  Objection to form.

10:47:36 14        A.    So if we kept the percentage the same and

10:47:42 15   the volume picked up, we would end up selling more

10:47:45 16   XRP.  But that didn't have anything specifically to

10:47:50 17   do with the price.  So if the price went from

10:47:54 18   50 cents to a dollar and the volume was the same,

10:47:56 19   then we wouldn't have ended up selling any more.

10:48:00 20        Q.    Understood.  But when did you increase the

10:48:03 21   percentages?

10:48:05 22              MS. COWAN:  Objection.

10:48:06 23              MR. HORTON:  Objection.

10:48:11 24        A.    I don't remember exactly, the why.  I'm ...

10:48:24 25              Yeah.
```

                                                              61

10:48:33  1          Q.    Could Ripple sell more XRP into the rally
10:48:36  2   without impacting the price?
10:48:38  3               MR. HORTON:   Objection to form.
10:48:41  4          A.    I don't know.
10:48:45  5               You asked me could we have increased the
10:48:47  6   percentage?   And not had an impact?   I don't know.
10:48:50  7          Q.    Yes.   If there was a rally in XRP, isn't it
10:48:53  8   more likely that -- if -- strike that.
10:48:58  9               Did Ripple sell more XRP in XRP price
10:49:01 10   rallies?
10:49:03 11               MR. HORTON:   Objection.   Form.   Asked and
10:49:04 12   answered.
10:49:08 13          A.    In situations where a rally correlated with
10:49:11 14   an increase in volume, and we kept the percentage the
10:49:14 15   same, yes, we -- we would have sold more XRP.
10:49:35 16               Actually, I don't know if we would have
10:49:36 17   sold more XRP.   Just thinking about it a little bit.
10:49:44 18   The price increases, every XRP is worth more.   So
10:49:48 19   unless there's a decrease in the amount of XRP
10:49:51 20   trading hands, your notional amount is going to
10:49:55 21   increase.
10:49:59 22               And we sold basis that notional amount, so
10:50:02 23   let's say there was $1,000 traded, we would try to
10:50:05 24   sell $25.   But at a higher price that 25 -- that $25
10:50:11 25   may be comprised of much less XRP.   So there's a

                                                              62

```
10:50:17   1    chance that in certain situations, as the price
10:50:20   2    rallied, we sold less XRP but for more money.
10:50:30   3        Q.   Did Ripple also sell more XRP for more
10:50:35   4    money, in these rallies?
10:50:37   5             MR. HORTON:  Objection to form.
10:50:37   6        A.   I don't know.
10:50:45   7        Q.   Were there certain revenue targets that
10:50:48   8    Ripple was trying to meet?
10:50:51   9             MS. COWAN:  Objection.
10:50:58  10        A.   I think at times, there may have, but it --
10:51:05  11    that wasn't a -- it wasn't an input into the markets
10:51:09  12    team's suggestion or recommendation.
10:51:15  13        Q.   Why not?
10:51:16  14        A.   It just wasn't.  Wasn't part of our OKRs.
10:51:22  15    It didn't filter down to us.
10:51:25  16        Q.   Who were the revenue partners for, then?
10:51:29  17             MR. HORTON:  Objection to form.
10:51:31  18        A.   I don't -- that's good question.  I don't
10:51:33  19    know.
10:51:45  20        Q.   Did Ripple ever base its sales targets on
10:51:52  21    XRP price parameters?
10:51:54  22             MR. HORTON:  Objection to form.
10:51:56  23        A.   No.
10:52:05  24        Q.   You said that you would adjust Ripple's XRP
10:52:07  25    sales up and down depending on market conditions.
```

63

10:52:10  1   Right?

10:52:11  2        A.    Depending on volume, yes.

10:52:16  3        Q.    Did it also depend on price?

10:52:20  4        A.    Not explicitly.

10:52:22  5        Q.    But you would adjust Ripple sales if the

10:52:25  6   sales were impacting XRP price.

10:52:28  7              MR. HORTON:  Objection.

10:52:30  8        A.    If we thought that we were selling too much

10:52:32  9   and having an impact on the price, we would have made

10:52:35 10   a recommendation to lower it.

10:52:36 11        Q.    If you felt that you could extract more

10:52:41 12   proceeds from XRP sales, did you increase sales?

10:52:45 13              MR. HORTON:  Objection to form.

10:52:47 14        A.    No.

10:52:52 15        Q.    Why not?

10:52:54 16              MR. HORTON:  Objection.

10:52:56 17        A.    The one goal with that percentage was to

10:52:58 18   not impact the price.  So from my team, the amount of

10:53:09 19   money being extracted was not as important to my

10:53:12 20   team.

10:53:12 21        Q.    And when you say "not impact the price,"

10:53:14 22   you mean not have a negative impact on the price.

10:53:17 23        A.    Correct.  Correct.

10:53:18 24        Q.    So the goal was -- the goal was also to

10:53:22 25   maintain XRP's price?

                                                              64

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

10:53:25   1            MR. HORTON:  Objection to form.

10:53:35   2       A.   It was just to not have an impact, for our

10:53:38   3  team not to have an impact on the price, whatever the

10:53:40   4  price was.

10:53:45   5       Q.   How were OTC sales, the amount of OTC

10:53:48   6  sales, determined?

10:53:52   7            MR. HORTON:  Objection to form.

10:53:56   8       A.   I don't remember there being kind of a

10:54:01   9  process for determining the amounts.

10:54:08  10       Q.   Did Ripple ever cap OTC sales during any

10:54:12  11  period?

10:54:15  12       A.   If I remember correctly, I think we had

10:54:17  13  monthly caps at one point.

10:54:19  14       Q.   For what purpose?

10:54:33  15       A.   I don't -- I don't remember the questions

10:54:36  16  why we had the caps.

10:54:38  17       Q.   Did Mr. Garlinghouse suggest that Ripple

10:54:40  18  cap OTC sales?

10:54:49  19       A.   I think at one at a time point, Brad and I

10:54:51  20  had a discussion around OTC sales and he may have --

10:54:57  21  I think I recommended it.  I think he recommended it,

10:55:01  22  I don't know.

10:55:02  23       Q.   Someone recommended capping OTC sales?

10:55:05  24       A.   Uh-huh.

10:55:08  25       Q.   What -- for what purpose?

                                                                65

```
10:55:11   1        A.   Well, we kind of -- I don't know.   I
10:55:16   2   discussed this idea of having Ripple be the OTC
10:55:19   3   provider of XRP, and that's a less than ideal
10:55:26   4   situation from a market development perspective.   You
10:55:30   5   don't really want one -- that's not an OTC market if
10:55:35   6   you have one active -- basically the only -- the only
10:55:36   7   place for anybody to get liquidity in something.
10:55:40   8        So the -- I think -- if I remember
10:55:42   9   correctly, the capping the OTC was in that vein,
10:55:44  10   right, the idea that we don't want to be the only one
10:55:47  11   providing this liquidity.   And we much rather either
10:55:51  12   funnel that interest to the over-the-counter brokers,
10:55:55  13   as we're trying to develop that, or onto the
10:55:57  14   exchanges, because we're also trying to develop that
10:56:00  15   liquidity.   And any added activity in either one of
10:56:02  16   those would be beneficial.
10:56:05  17        Q.   So either you or Brad wanted to cap OTC
10:56:08  18   sales in order to increase XRP sales on platforms?
10:56:13  19             MR. HORTON:   Objection to form.
10:56:17  20        A.   No, I think the -- the impetus there is
10:56:21  21   really more around us not being the only provider of
10:56:23  22   XRP in the market.
10:56:26  23        Q.   But weren't you selling to OTC brokers who
10:56:30  24   were selling into the market?
10:56:34  25             MR. HORTON:   Objection to form.
```

66

10:56:35  1          A.    The -- yes.

10:56:38  2          Q.    So who else would be selling XRP other than

10:56:44  3    Ripple?

10:56:45  4                MR. HORTON:  Objection to form.

10:56:46  5          A.    Anybody who owned XRP.

10:56:50  6          Q.    Did you cap OTC sales in order to grow the

10:56:55  7    secondary market for XRP?

10:56:57  8                MR. HORTON:  Objection to form.

10:56:58  9          A.    I think one of the inputs was -- in order

10:57:01 10    to -- so that we wouldn't hurt the development of

10:57:04 11    those other marketplaces, at least that's the way I

10:57:07 12    looked at it.

10:57:08 13          Q.    Would the cap facilitate secondary market

10:57:12 14    trading of XRP?

10:57:14 15                MR. HORTON:  Objection to form.

10:57:22 16          A.    I don't know.

10:57:23 17          Q.    Did Mr. Garlinghouse suggest that Ripple

10:57:25 18    cap OTC sales in order to have a positive impact on

10:57:28 19    XRP price market?

10:57:35 20                MR. BAMBERGER:  Objection.

10:57:42 21          A.    I don't remember.

10:57:43 22          Q.    So OTC sales, Ripple's OTC sales, were

10:57:49 23    soaking up the XRP demand?

10:57:52 24                MR. HORTON:  Objection to form.

10:57:55 25          Q.    You can answer.

                                                                    67

| | | |
|---|---|---|
| 10:58:07 | 1 | A.   I think -- if Ripple is the only -- is the |
| 10:58:10 | 2 | only provider of XRP in the market, and it only comes |
| 10:58:14 | 3 | to one place, then that demand is being -- we're the |
| 10:58:18 | 4 | ones kind of sucking up that demand; it's not |
| 10:58:23 | 5 | proliferating in the marketplace broadly. |
| 10:59:05 | 6 | Q.   Did Ripple ever direct market makers to buy |
| 10:59:10 | 7 | XRP in the secondary market? |
| 10:59:15 | 8 | MS. COWAN:  Objection. |
| 10:59:18 | 9 | A.   I think maybe before I was there. |
| 10:59:22 | 10 | Q.   During -- while you were with -- with |
| 10:59:25 | 11 | Ripple, did it ever direct market makers to buy XRP? |
| 10:59:29 | 12 | MR. HORTON:  Objection. |
| 10:59:30 | 13 | A.   Not that I remember. |
| 10:59:32 | 14 | Q.   How did you learn that Ripple's market |
| 10:59:36 | 15 | makers were buying XRP? |
| 10:59:39 | 16 | MR. HORTON:  Objection. |
| 10:59:40 | 17 | A.   How did I learn that that had happened |
| 10:59:41 | 18 | before I joined? |
| 10:59:43 | 19 | Q.   Yes. |
| 10:59:44 | 20 | MR. HORTON:  Objection.  Lack of |
| 10:59:45 | 21 | foundation. |
| 10:59:48 | 22 | A.   I read it in the SEC complaint. |
| 10:59:52 | 23 | Q.   Did you have any prior knowledge? |
| 10:59:54 | 24 | A.   No. |
| 11:00:06 | 25 | MS. WAXMAN:  Exhibit 2. |

68

```
11:00:09  1              (Email re: XRP Sales Program, Bates
11:00:09  2          0763300, was marked MV Exhibit 2 for
11:00:09  3          identification, as of this date.)
11:00:23  4              MS. FORBES:  Did you say Exhibit 2?
11:00:25  5              MS. WAXMAN:  Yes.
11:00:29  6       Q.   Mr. Vias, I've showed you what's been
11:00:31  7  marked as Exhibit MV 2, which has a Bates 0763300.
11:00:42  8              Let me know when you're done reading it,
11:00:44  9  please.
11:00:45 10              (Witness reviewing document.)
11:01:02 11       A.   Okay.
11:01:12 12       Q.   The -- I want to focus on the very bottom
11:01:17 13  email from you, dated December 16, 2016.  You say,
11:01:23 14  Beginning in January, I want to move to a more
11:01:29 15  programmatic sales strategy.
11:01:32 16              What was being done previously?
11:01:38 17       A.   I'm not 100 percent sure exactly the way it
11:01:41 18  worked before.  So this is about two weeks after I've
11:01:44 19  joined.  And this is -- me still trying -- just
11:01:48 20  trying to get a feel for how the place works or it
11:01:51 21  doesn't.
11:01:53 22              And if I remember correctly, I do remember
11:01:56 23  feeling that there was very little structure around
11:02:00 24  how we were doing this.  And, you know, I think
11:02:05 25  there -- at one point been a conversation around
```

69

```
11:02:08   1   buying and it felt ad hoc.
11:02:11   2            And I said, Look, I think sales, purchases,
11:02:14   3   whatever it is the company wants to do, we need a --
11:02:17   4   a more programmatic way of doing it.
11:02:21   5        Q.   When did you have the conversation about
11:02:23   6   purchases?
11:02:25   7        A.   I don't remember.
11:02:26   8            MR. HORTON:  Objection to form.
11:02:26   9        Q.   With whom?
11:02:30  10        A.   I don't remember.
11:02:38  11        Q.   Did Brad ask you to prepare a document
11:02:40  12   about Ripple's purchases of XRP in the market?
11:02:44  13        A.   Not that I remember, no.
11:02:49  14        Q.   Did you ever discuss purchasing XRP, with
11:02:53  15   Brad?
11:02:56  16        A.   No.
11:03:02  17        Q.   Did you ever recommend that the XRP markets
11:03:05  18   team purchase XRP in the market?
11:03:08  19        A.   No.
11:03:09  20        Q.   Why not?
11:03:11  21            MR. HORTON:  Objection.
11:03:23  22        A.   The company is long a lot of XRP.
11:03:29  23            And it -- it never felt natural for me, in
11:03:36  24   my opinion, given that length, given the amount of
11:03:41  25   XRP that the company holds to be buying it.  I felt
```

                                                                    70

```
11:03:45  1    like we had enough of it.  And really be focused more
11:03:50  2    on things to do with it.  So, yeah, buying just never
11:03:56  3    made a lot of sense.
11:03:58  4        Q.    Did others at the company ever recommend
11:04:04  5    purchasing XRP in the market?
11:04:09  6            MR. HORTON:  Objection to form.
11:04:09  7        A.    Not that I can remember.
11:04:11  8        Q.    Did -- were the --
11:04:25  9            MS. WAXMAN:  Exhibit 48.
11:04:26 10            (Email re: OTC vs. Market, Bates 0763250,
11:04:26 11        was marked MV Exhibit 48 for identification, as
11:04:26 12        of this date.)
11:04:49 13        Q.    Mr. Vias, I've showed you what's been
11:04:52 14    marked as Exhibit MV 48, which is an email with the
11:04:55 15    Bates 0763250.
11:05:44 16            (Witness reviewing document.)
11:06:46 17        A.    Okay.
11:06:47 18        Q.    If you turn to the other side, the second
11:06:50 19    page.
11:06:54 20            There's an email from Brad that you
11:06:58 21    responded to.
11:07:02 22            In the sentence that starts with "but,"
11:07:05 23    Brad writes, But as I watch as continue to go through
11:07:10 24    the roof, I'm wondering if we are doing the XRP
11:07:13 25    market a disservice by absorbing a lot of demand that
```

71

11:07:19  1   might otherwise drive activity to exchanges.
11:07:22  2             Is Brad talking about the impact of OTC
11:07:25  3   sales on XRP demand and XRP price?
11:07:29  4             MR. HORTON:  Objection to form.
11:07:39  5        A.   I believe so.
11:07:40  6        Q.   So Brad was recommending that Ripple
11:07:42  7   purchase XRP to support the price?
11:07:44  8             MR. HORTON:  Objection to form.
11:07:46  9        A.   Brad is recommending that we split up OTC
11:07:51 10   purchases and -- sell some directly, and then buy
11:07:57 11   some for customers.
11:07:59 12        Q.   To support the price of XRP?
11:08:01 13             MR. HORTON:  Objection to form.
11:08:03 14        A.   He doesn't say that explicitly, no.
11:08:06 15        Q.   Is that your understanding of the purpose?
11:08:14 16        A.   I think he's trying to make some connection
11:08:16 17   to what's happening in the -- and there being some
11:08:20 18   over-the-counter dynamics that -- he thinks are
11:08:23 19   missing in XRP markets somehow.  I don't know.
11:08:29 20        Q.   Did Brad have any experience working in the
11:08:32 21   financial markets?
11:08:33 22             MR. HORTON:  Objection to form.
11:08:35 23        A.   I don't know.
11:08:36 24        Q.   Did he have any understanding how trading
11:08:38 25   markets worked?

72

11:08:39  1              MR. HORTON:  Objection to form.

11:08:40  2              MR. BAMBERGER:  Objection.

11:08:43  3        A.   I think so.  He had some.

11:08:48  4        Q.   Was he commenting about ETH's price rising?

11:08:55  5              MR. HORTON:  Objection to form.

11:08:56  6        A.   He mentions ETH going through the roof.

11:09:01  7        Q.   And did he want Ripple's price to increase

11:09:10  8   as well?

11:09:11  9              MR. HORTON:  Objection to form.

11:09:14 10        Q.   Sorry.  Did he want XRP's price to increase

11:09:15 11   as well?

11:09:16 12              MR. HORTON:  Same objection.

11:09:24 13        A.   In the context of this document?

11:09:25 14        Q.   Yes.

11:09:28 15        A.   He seems to be making some sort of a loose

11:09:31 16   connection between ETH going up and XRP not going up.

11:09:34 17        Q.   Did he suggest purchasing XRP in order for

11:09:37 18   XRP's price to increase?

11:09:40 19              MR. HORTON:  Objection to form.

11:09:45 20        A.   I think he's -- he's -- he is saying that

11:09:52 21   whatever we're doing is distorting the natural market

11:09:55 22   dynamics in the market, and he thinks this will make

11:09:58 23   it more normal.

11:10:01 24        Q.   What did you understand him to mean when he

11:10:04 25   said "distorting normal market dynamics"?

73

```
11:10:07   1        A.    Again, we kind of touched on this briefly
11:10:10   2   before.  This idea that if we're the only one
11:10:13   3   supplying all of the XRP in the market, that's not --
11:10:16   4   that's not really a market.
11:10:25   5        Q.    And that would also eat up demand for XRP
11:10:29   6   that would otherwise occur on platforms, correct?
11:10:33   7              MR. HORTON:  Objection to form.
11:10:34   8        A.    I mean, at an extreme.  If it's only one
11:10:37   9   seller and they sell everything, then no demand hits
11:10:41  10   any open markets.
11:10:46  11        Q.    Did you agree with Brad's recommendation to
11:10:49  12   purchase XRP?
11:10:53  13              MR. HORTON:  Objection to form.
11:10:56  14        A.    I suggested a -- an alternative.
11:11:01  15        Q.    And why didn't you want to go with Brad's
11:11:08  16   recommendation?
11:11:09  17              MR. HORTON:  Objection to form.
11:11:11  18        A.    I -- I list some of the reasons here.
11:11:14  19        Q.    And what reasons?
11:11:17  20        A.    At the moment, I don't think we were
11:11:19  21   licensed for that activity.  So that was one.
11:11:24  22              You know, the other -- honestly we -- we're
11:11:27  23   not set up for that.  The company doesn't have
11:11:30  24   exchange accounts.  Operationally, it just wasn't
11:11:33  25   something that the desk did.  That was part of it.
```

74

```
11:11:39   1              And then like said before, I didn't think
11:11:41   2   really we should be buying XRP.
11:11:45   3        Q.   Brad didn't know that brokers need -- need
11:11:48   4   to register?
11:11:49   5              MR. HORTON:  Objection to form.
11:11:49   6        A.   I don't know.
11:11:59   7        Q.   You reference in your email "XRP monetary
11:12:04   8   policy."
11:12:05   9              What do you mean by that?
11:12:09  10        A.   This is -- going back a little now, but
11:12:13  11   that was early -- it was early in the -- in the
11:12:16  12   journey, if you will.  And if I remember correctly,
11:12:22  13   you know, we were still trying to figure out -- more
11:12:31  14   than policy, loosely tied to sales and percentages
11:12:35  15   and how we did that.
11:12:37  16              I mean, I think that's what I'm referencing
11:12:40  17   here, but I can't remember exactly.
11:12:41  18        Q.   Did you ever discuss internally how to
11:12:51  19   maximize Ripple's profits from XRP sales?
11:13:02  20              MS. COWAN:  Objection.
11:13:06  21        A.   Sorry.  Proceeds maybe.
11:13:11  22        Q.   And was there a trade-off between the
11:13:14  23   amount of money -- amount of proceeds you could
11:13:17  24   get --
11:13:18  25        A.   Sorry, I wasn't answering that question as
```

75

```
11:13:19  1   an affirmative.  I just meant it's probably more like
11:13:23  2   proceeds, not profits.
11:13:24  3          And, no, I did not talk to anybody about
11:13:26  4   maximizing the amount of money that we were making
11:13:28  5   from selling XRP.
11:13:29  6       Q.  Was there a trade-off between the amount of
11:13:33  7   money you could raise from selling XRP and raising
11:13:40  8   the price of XRP?
11:13:42  9          MR. HORTON:  Objection to form.
11:13:45 10       A.  I wouldn't couch it that way.  I would say
11:13:49 11   that there is a trade-off between how much you can
11:13:51 12   raise and negatively impacting the price.
11:14:07 13       Q.  If you look at Brad's response to your
11:14:08 14   email, did Brad believe that -- that the XRP market
11:14:14 15   was not efficient?
11:14:16 16          MR. HORTON:  Objection to form.
11:14:22 17       A.  He -- in his original email, he seems to
11:14:27 18   think that maybe we're causing some distortions.  He
11:14:32 19   mentions that.
11:14:54 20       Q.  Was supply clarity important for you?  For
11:15:00 21   XRP?
11:15:03 22          MR. HORTON:  Objection to form.
11:15:03 23       Q.  Sorry.  Was the supply clarity for XRP
11:15:06 24   important to you?
11:15:08 25          MR. HORTON:  Same objection.
```

76

```
11:15:19   1        A.    I think supply clarity is important in any
11:15:22   2   market.
11:15:22   3        Q.    Why is it important for the XRP market?
11:15:25   4        A.    Yes.
11:15:26   5        Q.    Why?
11:15:27   6        A.    When I first joined the company, in -- you
11:15:33   7   know, there had been -- there was online forums, you
11:15:40   8   know, a lot of confusions around Ripple dumping and
11:15:44   9   not being clear about what it's doing with XRP and
11:15:46  10   all this stuff.
11:15:48  11        I felt like that was a hindrance to the
11:15:51  12   ability to develop the market.  Markets really like
11:15:56  13   clarity, information, transparency.  And I felt like
11:16:02  14   it was something -- it was a low-hanging fruit for us
11:16:06  15   to be able to fix that part of it.
11:16:09  16        But I think it was a -- it was a -- a --
11:16:10  17   beneficial to get supply clarity out to the market in
11:16:16  18   order to -- to clear up any fog, if you will.
11:16:22  19        Q.    When you say "the market," you're talking
11:16:23  20   about investors and -- who are investing in XRP?
11:16:27  21        MR. HORTON:  Objection to form.
11:16:27  22        A.    I'm -- I'm not thinking about it that way,
11:16:30  23   I'm more thinking about just anybody who is trading
11:16:32  24   in XRP markets.
11:16:34  25        Q.    So you wanted supply clarity for people
```

77

11:16:38 1    trading, buying, and selling XRP?

11:16:41 2             MR. HORTON:  Objection to form.

11:16:42 3        A.    Yeah.

11:16:44 4        Q.    Was the lack of supply clarity for XRP a

11:16:49 5    hindrance to creating a trading market for XRP?

11:16:55 6             MR. HORTON:  Objection to form.

11:16:59 7        A.    Honestly, I can't point to anything that

11:17:00 8    would definitively say yes to that.  So no.

11:17:13 9        Q.    Did people at Ripple agree with your

11:17:15 10   recommendation to provide more supply clarity for

11:17:18 11   XRP?

11:17:18 12            MR. HORTON:  Objection to form.

11:17:23 13       A.    I think some people did.

11:17:25 14       Q.    Did you discuss your recommendation with

11:17:29 15   anyone at Ripple?

11:17:31 16       A.    Which recommendation?

11:17:32 17       Q.    To provide more supply clarity?

11:17:38 18            MR. HORTON:  Objection.  Lack of

11:17:39 19   foundation.

11:17:40 20       A.    I remember having discussions with Patrick

11:17:42 21   about this.

11:17:48 22       Q.    Did you ever discuss the importance of

11:17:50 23   supply clarity, with Brad?

11:17:56 24            MS. COWAN:  Objection.

11:18:02 25       A.    I mean, there's a slight mention to it

78

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
11:18:06   1    here, but I think outside of this email, I don't
11:18:08   2    remember any specific -- like conversations with him
11:18:11   3    about it.
11:18:13   4         Q.   Generally, do -- did you -- do you recall
11:18:19   5    conversations with Brad in which you recommended more
11:18:22   6    supply clarity for XRP?
11:18:25   7              MR. HORTON:  Objection to form.
11:18:26   8         A.   I don't.
11:18:50   9         Q.   Did you -- did Ripple ever receive
11:18:52  10    inquiries from the public asking how to buy XRP?
11:18:56  11              MR. HORTON:  Objection to form.
11:19:01  12         A.   I don't know.
11:19:07  13         Q.   Did you ever get emails from the public
11:19:11  14    inquiring where or how to buy XRP?
11:19:17  15         A.   I don't remember.  No.
11:19:23  16              MS. WAXMAN:  Exhibit 8.
11:19:24  17              (Email re: Ripple XRP Contact Form, Bates
11:19:24  18         0623221, was marked MV Exhibit 8 for
11:19:24  19         identification, as of this date.)
11:19:40  20         Q.   I'm showing you what's been marked as
11:19:41  21    Exhibit MV 8, which has the Bates 0623221.
11:20:12  22              (Witness reviewing document.)
11:20:20  23         A.   Okay.
11:20:20  24         Q.   Do you recognize what's been marked as
11:20:22  25    MV 8?
```

79

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
11:20:24   1        A.    I do not.
11:20:45   2        Q.    Did anyone ever inquire whether they could
11:20:52   3   buy shares of Ripple?
11:20:54   4              MR. HORTON:  Objection.  Lack of
11:20:56   5   foundation.
11:21:03   6        A.    I mean ...
11:21:04   7        Q.    Did anyone ever ask you whether they could
11:21:07   8   buy shares of Ripple and XRP?
11:21:11   9        A.    Ask me?
11:21:13  10        Q.    Yeah.
11:21:13  11        A.    Not that I remember, no.
11:21:26  12        Q.    Mr. Vias, I'm showing you what's been
11:21:28  13   marked as Exhibit MV 118.
11:21:31  14              (Email from ██████████ was marked MV
11:21:31  15        Exhibit 118 for identification, as of this
11:21:31  16        date.)
11:21:52  17              (Witness reviewing document.)
11:22:39  18        A.    Okay.
11:22:43  19              MS. FORBES:  The last exhibit I have is
11:22:46  20   marked 17.
11:22:51  21              MR. TENREIRO:  Let me email it.  I'm sorry,
11:22:53  22   Nicole.
11:23:00  23              Sorry, can we go on?  This is just going to
11:23:03  24   take me a second -- are you okay to proceed?
11:23:06  25              MS. COWAN:  I believe we are fine.
```

                                                              80

```
11:23:08  1        Q.    Did ████████████ field inquiries from
11:23:11  2   the public about how to buy XRP?
11:23:14  3              MR. HORTON:  Objection to form.
11:23:16  4        A.    I don't remember.
11:23:35  5              This is marked October of '17.  I don't
11:23:38  6   think █████████ reported to me yet.
11:23:45  7        Q.    Okay.  It looks like an email she is asking
11:23:49  8   you what to -- how to respond to certain inquiries
11:23:55  9   from the public about how to buy XRP.
11:23:58 10              Do you see that?
11:23:58 11              MS. COWAN:  Objection.
11:23:59 12        A.    Yes.  She said we've had a pick up in
11:24:06 13   interest -- up in interest in XRP buyers that don't
11:24:08 14   make the cut to be onboarded to XRP II.
11:24:12 15              MS. COWAN:  I objected to that question.
11:24:23 16        Q.    Did you direct her to tell those XRP buyers
11:24:28 17   to buy XRP off the exchanges?
11:24:31 18              MR. HORTON:  Objection to form.
11:24:34 19        A.    So just -- reading here, I think what I'm
11:24:44 20   saying to her is, we should -- we should introduce
11:24:53 21   anybody who wants to buy XRP to the over-the-counter
11:24:57 22   brokers.  I name them here; ████████████████████
11:25:01 23   ████████ in Asia.
11:25:02 24              But if it's below a certain threshold, if
11:25:04 25   it's below 100,000, that it might be better to
```

81

```
11:25:09  1    suggest the exchanges.  The over-the-counter brokers
11:25:15  2    tended to be larger transactions so they might not
11:25:17  3    want to onboard something for a small trade like
11:25:21  4    that.
11:25:21  5         Q.   At the top of the page, you write, For
11:25:23  6    25,000 -- 25K, that's --
11:25:27  7              MR. HORTON:  Objection.
11:25:27  8         A.   No, that's her.
11:25:27  9         Q.   She writes, For 25K, should I make
11:25:30 10    introductions to exchanges, or just funnel to XRP
11:25:33 11    portal to learn about exchanges?
11:25:35 12              What is the XRP portal?
11:25:38 13         A.   I don't know if it still exists.  But I
11:25:41 14    think at the time it was like a -- it was like an
11:25:45 15    XRP, FAQ, information website.  I don't know what
11:25:52 16    stats it had at the time on there.  It may have had
11:25:58 17    exchanges where XRP could trade maybe information
11:26:01 18    arrange the ledger, the transactions.  Yeah.
11:26:07 19         Q.   Did you tell her to direct inquiries from
11:26:11 20    individual investors about buying XRP to information
11:26:15 21    on the XRP portal?
11:26:17 22              MR. HORTON:  Objection to form.
11:26:18 23         A.   Yeah, I -- so I -- I just -- I just -- I
11:26:25 24    told her, if anyone is looking to purchase $25,000
11:26:32 25    worth of XRP, that the best place is -- the best
```

82

```
11:26:36   1   thing is not to introduce them to exchanges.  It's
11:26:38   2   just to basically give them the information as to
11:26:41   3   where XRP is available to trade.
11:26:48   4        Q.   I thought you said the best thing was not
11:26:50   5   to introduce them to OTC brokers?
11:26:52   6        A.   No.
11:26:53   7             MR. HORTON:  Objection.
11:26:54   8        A.   So she asks, Should I make introduction to
11:26:56   9   exchanges, or just funnel to XRP portal?
11:26:59  10             And I said, The latter for sure.
11:27:01  11        Q.   Okay.  And was the XRP portal on Ripple's
11:27:08  12   web page?
11:27:10  13        A.   I don't remember.  If it was a separate.  I
11:27:13  14   don't remember where it's at.
11:27:15  15        Q.   Did Ripple maintain the XRP portal?
11:27:18  16             MR. HORTON:  Objection.  Form.
11:27:19  17        A.   I believe so.
11:27:20  18        Q.   And at some point, was it taken down?
11:27:23  19             MR. HORTON:  Objection.
11:27:24  20        A.   I don't know.
11:27:28  21             MS. WAXMAN:  Let's go off the record.
11:27:30  22   11:27.
11:27:31  23             THE VIDEOGRAPHER:  Going off the record at
11:27:33  24   11:27 a.m. Eastern.
11:27:41  25             (A recess was taken from 11:27 to 11:41.)
```

83

```
11:41:11   1            THE VIDEOGRAPHER:  We are back on the
11:41:11   2   record at 11:41 a.m. Eastern.
11:41:19   3       Q.   Mr. Vias, earlier we spoke about what the
11:41:24   4   XRP trading market looked like when you joined the
11:41:27   5   company.
11:41:28   6            What did the XRP trading market look like
11:41:31   7   when you left?
11:41:34   8            MS. COWAN:  Objection.
11:41:45   9       A.   I won't -- I won't have numbers.  But I do
11:41:48  10   remember specifically, when I first began, it was
11:41:50  11   around $2 million a day of trading.  I remember that,
11:41:54  12   just because we used to talk about it a lot.
11:41:56  13            I won't remember exactly how much traded
11:42:00  14   daily, but it would have been in the billions at that
11:42:02  15   point in April 2020.
11:42:07  16            In terms of exchanges, I don't know.
11:42:10  17   Around a couple hundred.  Probably list XRP at this
11:42:13  18   point.  I think there was four to six when I started.
11:42:19  19            Probably the biggest change is that, you
11:42:20  20   know, the -- the off-ledger volume, I think, dwarfs
11:42:28  21   the current ledger volume.  Or the -- the volume when
11:42:32  22   I left.  I think every major over-the-counter market
11:42:39  23   maker provides liquidity and XRP.  When I began,
11:42:42  24   there were none.
11:42:44  25            And I think you can borrow and lend XRP
```

84

11:42:47 1   now, or back then when I left.  And that was not --
11:42:51 2   we were not able to do that when I first joined.
11:42:59 3        Q.  Any other difference from the time you
11:43:00 4   joined to the time you left?
11:43:02 5        A.  Yeah.  When I left we had -- it was
11:43:04 6   probably the biggest, I think, accomplishment, when I
11:43:11 7   look back at my time there, was having real
11:43:14 8   commercial flow going through xRapid, early still.
11:43:17 9   But I think when I left, we had three to four
11:43:20 10  companies using it.  Now it's really different.
11:43:30 11       Q.  And when did you leave Ripple?
11:43:33 12       A.  My last official day was April 30, I think.
11:43:38 13       Q.  Of what year?
11:43:39 14       A.  2020.
11:43:43 15       Q.  You said that when you left the off-ledger
11:43:47 16  trading volume was enormous.  I don't know if you
11:43:52 17  used that word, but it was much larger than it was
11:43:58 18  when you started.
11:43:59 19       A.  I think the word I used was "dwarfed."  I
11:44:01 20  think it dwarfed on-ledger volume.
11:44:04 21       Q.  Were you and members of the XRP markets
11:44:07 22  team responsible for that increase in off-ledger
11:44:12 23  trading volume?
11:44:13 24            MR. HORTON:  Objection to form.
11:44:13 25            MS. COWAN:  Objection.

85

```
11:44:16  1        A.   No.
11:44:17  2        Q.   Did you play a role in the growth of the
11:44:20  3   XRP market?
11:44:22  4        A.   I would like to think so.
11:44:25  5        Q.   To the XRP.
11:44:26  6             How did you play a role?
11:44:29  7             MS. COWAN:   Objection.
11:44:29  8        A.   I think we partnered with the right
11:44:33  9   exchanges in the beginning.  Our relationship with
11:44:35 10   Bitstamp and Bittrex I think was really important.  I
11:44:39 11   think our work around developing the OTC market, as I
11:44:43 12   stated before.
11:44:49 13             Yeah, I mean, I think we did -- we did
11:44:51 14   small but important things to help the market
11:44:53 15   develop.
11:44:56 16        Q.   Did you play a role in facilitating lending
11:45:01 17   of XRP?
11:45:04 18             MR. HORTON:   Objection.
11:45:05 19        A.   We did.
11:45:07 20        Q.   When -- the time you left, who were the
11:45:11 21   biggest OTC liquidity providers for XRP?
11:45:16 22             MR. HORTON:   Objection to form.
11:45:17 23        A.   I won't know.  I wouldn't know how to rank
11:45:26 24   them.
11:45:26 25        Q.   Who were some of the largest ones?  You
```

86

```
11:45:28  1    don't have to rank them, but who were some of the
11:45:31  2    biggest ones?
11:45:32  3              MR. HORTON:  Objection to form.
11:45:33  4         A.   I think ███████████████████████████
11:45:44  5    in London.  ███████████████  in Asia.
11:45:50  6              Those would be the largest, I think.
11:45:52  7         Q.   And you were responsible for bringing those
11:45:55  8    OTC providers into the XRP market, right?
11:45:59  9              MR. HORTON:  Objection to form.
11:46:05 10         A.   I definitely made it a goal to bring --
11:46:08 11    ███████  in particular, I worked very closely with,
11:46:10 12    to try to get them to provide liquidity in XRP.  I
11:46:13 13    don't remember doing anything with █████ directly.
11:46:18 14              I think █████████  we may have -- I can't
11:46:20 15    remember if we had a -- a formal relationship, but I
11:46:25 16    spoke to the CEO there a bit.  And ██████████████
11:46:32 17    definitely also is a similar but less high-touch
11:46:35 18    relationship than -- compared to the one with
11:46:37 19    ████████
11:46:38 20         Q.   Would these OTC providers have made markets
11:46:40 21    in XRP absent your efforts?
11:46:42 22              MR. HORTON:  Objection to form.
11:46:43 23         A.   I don't know.
11:46:44 24         Q.   Did your work contribute to the growth in
11:46:55 25    OTC XRP market?
```

87

| | | |
|---|---|---|
| 11:46:57 | 1 | MR. HORTON:  Objection to form. |
| 11:47:02 | 2 | A.   I think it helped. |
| 11:47:11 | 3 | Q.   What was XRP's price when you left? |
| 11:47:16 | 4 | A.   I don't remember exactly. |
| 11:47:21 | 5 | Q.   But it was still pennies when you joined, |
| 11:47:24 | 6 | right? |
| 11:47:25 | 7 | A.   Yes. |
| 11:47:29 | 8 | Q.   Was it more than a penny when you left? |
| 11:47:32 | 9 | MR. HORTON:  Objection. |
| 11:47:33 | 10 | A.   Yes. |
| 11:47:33 | 11 | Q.   Around how much was it when you left? |
| 11:47:35 | 12 | A.   It was between 20 and 40 cents when I left. |
| 11:47:40 | 13 | Q.   Did your work contribute to the increase in |
| 11:47:43 | 14 | XRP price? |
| 11:47:44 | 15 | MR. HORTON:  Objection to form. |
| 11:47:44 | 16 | A.   At which point?  That price has gone up and |
| 11:47:49 | 17 | down a lot.  I don't -- I don't know how to answer |
| 11:47:52 | 18 | that question.  No. |
| 11:48:01 | 19 | Q.   Did your work contribute to more market |
| 11:48:03 | 20 | participants trading XRP? |
| 11:48:06 | 21 | MR. HORTON:  Objection to form. |
| 11:48:13 | 22 | A.   I think so. |
| 11:48:14 | 23 | Q.   Did your work contribute to more retail |
| 11:48:17 | 24 | purchasers purchasing XRP? |
| 11:48:20 | 25 | MR. HORTON:  Objection to form. |

88

```
11:48:21  1        A.   I don't know.
11:48:22  2        Q.   Did your work contribute to more XRP
11:48:25  3   trading on digital asset trading platforms?
11:48:27  4             MR. HORTON:  Objection to form.
11:48:32  5        A.   I think so, yup.
11:48:34  6        Q.   So, basically, you and the XRP markets team
11:48:38  7   created a secondary market for XRP?
11:48:40  8             MR. HORTON:  Object to form.
11:48:41  9        A.   Basically, no.  No.
11:48:44  10       Q.   What contributed -- did your work
11:48:45  11  contribute to the creation of a secondary market for
11:48:48  12  XRP?
11:48:49  13            MR. HORTON:  Objection to form.
11:48:52  14       A.   I think it's important to look at XRP in
11:48:53  15  the context of crypto broadly.  And think about all
11:48:57  16  of the things that have happened from 2016 until when
11:49:00  17  I left that company in 2020.
11:49:03  18            And, I think if I had to point out one
11:49:06  19  thing, that was the -- the primary driver of the
11:49:11  20  growth of XRP markets, it would probably be Bitcoin.
11:49:16  21            Just because, you know, crypto goes as
11:49:21  22  Bitcoin goes.  And the bigger that market gets, the
11:49:24  23  bigger the markets underneath it get.  More people
11:49:29  24  join crypto through Bitcoin and then they start
11:49:33  25  trading other things.
```

89

```
11:49:34  1        Q.   So your efforts -- Ripple's efforts and
11:49:35  2   your efforts had nothing to do with the growth of the
11:49:38  3   XRP trading market?
11:49:40  4              MR. HORTON:  Objection.
11:49:41  5        A.   I didn't say that.
11:49:41  6              What I said was if I had to point out one
11:49:43  7   thing that was the primary driver, it would be -- the
11:49:47  8   state of crypto, broadly.  And the fact that the
11:49:50  9   whole industry burgeoned over four years.
11:49:56 10        Q.   Were there other drivers that you can point
11:49:57 11   to?
11:49:58 12        A.   With respect to XRP?
11:50:01 13        Q.   Yes.
11:50:03 14        A.   I think when I joined Ripple in 2016, my
11:50:11 15   biggest concern was that XRP, if we continue to do
11:50:18 16   some of the things that we were doing, and didn't put
11:50:21 17   it in place where it could benefit, from a market
11:50:28 18   development perspective, from the broader crypto
11:50:31 19   trends, which we all believed were coming, that it
11:50:34 20   could just -- it could be left behind.
11:50:36 21              And then all of the things that folks were
11:50:38 22   talking about internally around using it as a bridge
11:50:40 23   asset and a better way to sell, and as a -- a -- a --
11:50:45 24   a better money movement, mechanism, globally, would
11:50:49 25   never come to fruition, because I felt like there was
```

90

```
11:50:53  1   a binary moment where if crypto went and -- you know,
11:50:58  2   the use case for XRP was basically -- focused solely
11:51:04  3   on the protocol, the rest of crypto didn't live on
11:51:09  4   the XRP protocol.  That's not where -- that's not
11:51:11  5   where Bitcoin lives.
11:51:13  6        It's a lengthy way of saying, I think the
11:51:19  7   important thing that we did was kind of unstick it in
11:51:22  8   the beginning, and change that -- that strategy.  And
11:51:30  9   say, No, like, if we want to grow liquidity for the
11:51:32 10   products, we need to figure out a way to leverage
11:51:34 11   what we all believe is coming, which is that the
11:51:37 12   whole world will enter crypto.
11:51:43 13        Q.   So you recommended that Ripple leverage
11:51:46 14   retail interest in crypto?
11:51:48 15             MR. HORTON:  Objection to form.
11:51:49 16        A.   What I recommended was building a product
11:51:53 17   that leveraged the already existing interest on
11:51:55 18   different currency exchanges and making sure that XRP
11:52:00 19   was on those exchanges.
11:52:01 20        Q.   So Ripple tried to position XRP to benefit
11:52:03 21   from broader -- broader crypto trends?
11:52:08 22             MR. HORTON:  Objection to form.
11:52:12 23        A.   I won't -- I won't talk about what Ripple
11:52:15 24   wanted.  It was hard for me to talk about what a
11:52:17 25   company wanted.  But what I can say is when I
```

91

11:52:19  1   started, I looked at XRP, and I thought this is a

11:52:24  2   wonderful technology.  It's better than almost

11:52:27  3   anything that's out there right now.  And I think at

11:52:29  4   the time, it was better than anything that was out

11:52:30  5   there, in terms of speed, efficiency cost.

11:52:33  6           And it was often, like, this little crypto

11:52:38  7   corner over here.  It was like, what are we going to

11:52:40  8   do with this?  Like, you can't build a product around

11:52:44  9   this.  There's no liquidity.  How are we going to

11:52:46 10   build the liquidity so we can overlay a product on

11:52:50 11   this?  And the only way to do that was to leverage

11:52:52 12   the exchanges.  That's where crypto lives.

11:52:55 13           And then at the time, you could see that

11:52:57 14   there was going to be an over-the-counter market, and

11:53:01 15   that was starting to develop.  And I know from my

11:53:03 16   days in gold that an over-the-counter market is

11:53:06 17   incredibly important to a trading ecosystem.  So

11:53:09 18   those were the -- you know, those were the -- the

11:53:11 19   pointers, right.

11:53:12 20           It's like, well, you have the exchanges.

11:53:13 21   You have the OTC.  You get these things to grow

11:53:16 22   liquidity, and you overlay it's product.  And that

11:53:19 23   was the plan.

11:53:21 24       Q.  Did you -- at the time that you joined

11:53:25 25   Ripple, did you feel that the company did not do a

                                                              92

11:53:29   1    good job promoting XRP to the market?

11:53:34   2         MR. HORTON:  Objection to form.

11:53:39   3         A.    This wasn't about -- I -- if I have to

11:53:44   4    point at something that I didn't agree with from a

11:53:46   5    strategic perspective, it was -- it was kind of

11:53:48   6    holding on to that protocol vision.

11:53:54   7              In fact, it kind of felt like the company

11:53:57   8    wanted to go about this maybe the hardest way

11:54:01   9    possible, in terms of building a product that uses

11:54:03  10    crypto liquidity.

11:54:05  11         Q.    Did you recommend that -- during your

11:54:14  12    investigative testimony, we spoke about an exchange

11:54:18  13    strategy.

11:54:19  14              Is that something that you spearheaded

11:54:21  15    while you were at Ripple?

11:54:23  16         MR. HORTON:  Objection to form.

11:54:25  17         A.    I think I was -- it was kind of in charge

11:54:28  18    of the effort.  I can't remember how much of that was

11:54:30  19    already in play when I joined.  I think some of it

11:54:32  20    may have been in play when I joined.

11:54:35  21         Q.    And at -- as -- part of that strategy,

11:54:38  22    Ripple entered into agreements with exchanges?

11:54:41  23         MR. HORTON:  Objection to form.

11:54:47  24         A.    Yes.

11:54:47  25         Q.    And those agreements provided certain

93

11:54:48  1   incentive payments to the exchange?

11:54:52  2         MS. COWAN:  Objection.

11:54:57  3      A.   In some instances.

11:55:00  4      Q.   Well -- in what instances?

11:55:09  5      A.   In -- in -- Bitstamp, Kraken.  I think -- I

11:55:26  6   can't remember Bithumb in Korea.  And there was

11:55:28  7   another exchange in Korea, which I think we had a

11:55:30  8   partnership with.

11:55:36  9         Bitso, I don't remember there being any

11:55:42 10   incentives.  BitChecks, I don't remember.

11:55:46 11         Yeah, I think that does.

11:55:49 12      Q.   Why did Ripple provide those incentives?

11:55:55 13         MR. HORTON:  Objection to form.

11:55:58 14      A.   So if you kind of go back to the first

11:56:01 15   quarter of 2017, very little trading in XRP, off the

11:56:08 16   protocol.  Even on the protocol, there wasn't much.

11:56:12 17         It's -- it is challenging.  It's

11:56:17 18   challenging to go to an exchange and say, Hey, list

11:56:20 19   XRP.  We are going to drive a use case that is going

11:56:25 20   to bring commercial volume to your exchange

11:56:30 21   eventually.  Trust us.

11:56:32 22         You know, the conversation says, Well,

11:56:34 23   maybe, and that sounds great, but, you know, I have

11:56:36 24   other things going on to take care of my existing

11:56:40 25   business.  There are other, maybe, assets that I want

                                                              94

```
11:56:43  1   to list that I think, you know, could also be
11:56:45  2   popular.
11:56:46  3            So part of it is getting through some of
11:56:52  4   those challenges with the exchanges and saying, Well,
11:56:54  5   you know, maybe this will cover some of your
11:56:57  6   integration costs.  You know, we'll partner with you
11:57:01  7   on a trading incentive program so that, you know,
11:57:04  8   you're guaranteed volume at launch.  Not guaranteed,
11:57:07  9   but -- so that we can help engender a popular launch
11:57:12 10   as you folks trade it.
11:57:15 11            You know, I think there -- with -- with
11:57:17 12   some exchanges, in particular, like Bitstamp and
11:57:21 13   Bitso, there was certainly an interest in kind of a
11:57:27 14   longer-term partnership.  Even at that early stage, I
11:57:29 15   think we were already thinking about which one of
11:57:32 16   these exchanges are going to be our, like, anchor
11:57:35 17   exchanges for the product, which really started to
11:57:40 18   come into fruition in March of '17.  That's when all
11:57:43 19   of this was kind of happening.
11:57:47 20            So, yeah, not just one reason, really, but
11:57:52 21   kind of an amalgam, if you will.
11:57:56 22       Q.   Ripple wanted XRP to be listed on as many
11:57:59 23   exchanges as possible, right?
11:58:02 24            MR. HORTON:  Objection to form.
11:58:14 25       A.   I think there are some exchanges that
```

95

```
11:58:15   1   need -- crypto -- you know, there are some exchanges
11:58:29   2   you don't know anything about.  Some exchanges get
11:58:33   3   hacked.  Some exchanges have reputational issues.  I
11:58:35   4   think, in some respects, maybe those exchanges aren't
11:58:37   5   at valuable and kind of less interested in whether or
11:58:41   6   not XRP ever gets listed on those.
11:58:44   7           I think -- there's a -- there's a broad
11:58:47   8   goal of more exchange listings because that's
11:58:49   9   helpful, again, to, like, the whole liquidity
11:58:51  10   ecosystem.  But, yeah, I wouldn't say as many as
11:58:56  11   possible.
11:58:58  12       Q.   As many reputable exchanges as possible.
11:59:03  13            MR. HORTON:  Objection.
11:59:03  14       A.   Sure.  Yes.
11:59:04  15       Q.   And absent these agreements between Ripple
11:59:08  16   and the exchanges, would those exchanges have listed
11:59:11  17   XRP on their own?
11:59:12  18            MR. HORTON:  Objection, form.
11:59:14  19       A.   I don't know.
11:59:20  20       Q.   Why would they have any incentive to list
11:59:23  21   XRP?
11:59:23  22            MR. HORTON:  Objection.  Calls for
11:59:24  23   speculation.
11:59:28  24       A.   I mean as -- if, at any point, XRP starts
11:59:34  25   trading high volume on another, like a competing
```

96

11:59:36 1    exchange, then the -- their competitors would list

11:59:39 2    it.

11:59:42 3         Q.   At the time that you --

11:59:43 4         A.   Which is what happened.  Mostly.

11:59:47 5              So, I mean, most of the listing didn't have

11:59:49 6    anything to do with us.  The most XRP listings

11:59:52 7    happened organically on the back of -- you know,

11:59:55 8    again, kind of crypto doing what it does, XRP

12:00:00 9    following and then people saying, Whoa, XRP's trading

12:00:04 10   $50 million on one exchange.  How -- why don't we

12:00:07 11   have XRP listed?  It trades a lot.

12:00:09 12        Q.   In 2017, did XRP organically become listed

12:00:14 13   on exchanges?

12:00:15 14        A.   Yes.

12:00:28 15        Q.   Did Ripple play a role in getting XRP

12:00:30 16   listed on certain exchanges?

12:00:32 17        A.   Yes.

12:00:33 18             MR. HORTON:  Objection to form.

12:00:33 19        Q.   And what role did it play?

12:00:40 20        A.   Again, it depends a little bit on -- on the

12:00:43 21   exchanges.  But with some exchanges, we would enter

12:00:48 22   in -- into some sort of a partnership where we would

12:00:53 23   either subsidize integration cost, or fund -- kind of

12:01:01 24   fee rebate programs for the customers at the

12:01:03 25   exchanges.

                                                              97

12:01:07  1        Q.   And how did these fee rebates programs

12:01:09  2   work?

12:01:10  3        A.   They were volume-based, mostly.  I don't

12:01:17  4   remember all of the specifics, but I remember them

12:01:19  5   being highly volume-based.

12:01:21  6        Q.   Ripple would -- would provide volume-based

12:01:25  7   incentives to people who traded XRP?

12:01:31  8             MR. HORTON:  Objection to form.

12:01:32  9        A.   We would provide -- we would provide funds

12:01:37 10   to the exchanges.  And if I remember correctly, the

12:01:41 11   exchanges would then have -- more control over

12:01:45 12   exactly the programs.  But if I remember correctly,

12:01:49 13   they were mostly volume-based.

12:01:57 14        Q.   I'm not really clear.  So Ripple would

12:02:00 15   provide funding for certain fee rebates and volume

12:02:04 16   incentive programs?

12:02:10 17        A.   Yes.  If I -- again, this is going back a

12:02:13 18   while now.  I don't remember us designing the

12:02:18 19   programs, is what I mean.

12:02:19 20        Q.   Who sets the parameters for the program?

12:02:22 21        A.   If I remember correctly, I think it was the

12:02:24 22   exchanges.

12:02:25 23        Q.   Did Ripple -- who set the amount of money

12:02:28 24   that was budgeted for the incentives?

12:02:32 25             MR. HORTON:  Objection to form.

98

12:02:36  1         A.    That was negotiated between us and the
12:02:39  2    exchange.
12:02:41  3         Q.    Who had the final decision regarding the
12:02:44  4    amount of incentives?
12:02:46  5               MR. HORTON:  Objection to form.
12:02:57  6         A.    I think -- I think it varied by amount.
12:03:01  7               Sorry.  Can I just get a clarification?
12:03:03  8    Are you asking me was it Ripple or the exchange that
12:03:07  9    had -- there was a negotiation.
12:03:16 10         Q.    Did Ripple advertise these agreements with
12:03:19 11    exchanges?
12:03:20 12               MR. HORTON:  Objection to form.
12:03:25 13         A.    I don't remember.
12:03:28 14               MS. WAXMAN:  Exhibit 10.
12:03:29 15               (Email re: Get XRP with 0% Fees, Bates
12:03:29 16          0353152, was marked MV Exhibit 10 for
12:03:29 17          identification, as of this date.)
12:03:49 18         Q.    I'm showing you what's been marked
12:03:50 19    Exhibit MV 10, which has the Bates 0353152.
12:04:21 20               (Witness reviewing document.)
12:04:35 21         A.    Okay.
12:04:36 22         Q.    Does this -- is there any reason to believe
12:04:38 23    that you didn't get this email?
12:04:42 24         A.    No.
12:04:44 25         Q.    Does this refresh your memory whether

                                                              99

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
12:04:46  1   Ripple advertised these agreements with exchanges?
12:04:52  2           MS. COWAN:  Objection.
12:04:55  3       A.   With respect to Bitstamp?
12:05:01  4       Q.   Did it advertise any agreements with any
12:05:04  5   other exchanges?
12:05:05  6           MR. HORTON:  Objection to form.
12:05:06  7       A.   I don't remember.
12:05:11  8       Q.   The -- did Ripple send blast emails
12:05:14  9   regarding trading on Bitstamp with zero percent fees?
12:05:19 10           MR. HORTON:  Objection to form.
12:05:24 11       A.   I don't know.  My -- the first line here
12:05:27 12   says, I guess -- guessing we send these blasts
12:05:30 13   regularly.  First time I'm seeing it, but I was -- I
12:05:34 14   don't -- it seems like -- I don't remember this
12:05:36 15   document, but it seems like it was a surprise to me,
12:05:37 16   apparently.
12:05:39 17       Q.   Why would Ripple want to advertise
12:05:42 18   zero percent fees for trading on Bitstamp?
12:05:46 19           MR. HORTON:  Objection to form.
12:06:02 20       A.   So, I -- again, hard for me to speak for
12:06:05 21   the company, but Bitstamp was a partner.  We did this
12:06:10 22   deal with them.  You want -- you want this --
12:06:20 23   endeavor to be successful, you want Bitstamp to have
12:06:23 24   high volume in XRP.  So I think it looks like we were
12:06:25 25   doing our part in advertising it.
```

100

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
12:06:28   1        Q.   And people who were buying and selling XRP
12:06:34   2   at -- on Bitstamp were speculating in XRP?
12:06:38   3             MR. HORTON:  Objection to form.
12:06:39   4        A.   I don't know.
12:06:40   5        Q.   At the time of this partnership, had
12:06:43   6   Bitstamp integrated xRapid?
12:06:48   7             MR. HORTON:  Objection to form.
12:06:48   8        A.   No.
12:06:52   9        Q.   So the only reason to promote XRP trading
12:06:56  10   on Bitstamp was to promote speculation in XRP?
12:07:00  11             MR. HORTON:  Objection to form.
12:07:10  12        A.   I think the -- I think the reason to
12:07:11  13   promote this was to get activity in XRP, was to grow
12:07:15  14   liquidity.  This could also be for market makers.
12:07:18  15   And I think that's one of the things that Patrick is
12:07:22  16   referencing here.  He said nothing about volume
12:07:24  17   incentives.
12:07:25  18             Remembering it now, there were generally
12:07:26  19   two types of programs.  There was one that was just
12:07:28  20   zero fees, and that was for -- for nonmarket makers,
12:07:34  21   who tend to be a smaller piece of the liquidity pie
12:07:37  22   inside of the exchanges.  The volume incentives were
12:07:39  23   meant to attract market makers to provide liquidity.
12:07:43  24             So I wouldn't say it was just for
12:07:45  25   speculation.
```

                                                                    101

12:07:46   1        Q.    Well, I'm just talking about the rebates
12:07:48   2   for the smaller volume, buying and selling.
12:07:54   3              Was that to attract retail purchasers of
12:07:58   4   XRP?
12:07:59   5              MR. HORTON:   Objection to form.
12:08:00   6        A.    No.
12:08:01   7              There was nothing that says that the -- the
12:08:03   8   market makers also couldn't participate with this on
12:08:06   9   the zero fees.  So I think this is -- I think it's a
12:08:11  10   missed opportunity to talk about the other program as
12:08:13  11   well.  But, no, this -- I think this is for a broader
12:08:20  12   audience.
12:08:21  13        Q.    Did Ripple send blast emails to market
12:08:25  14   makers advertising this program?
12:08:26  15              MR. HORTON:   Objection to form.
12:08:27  16        A.    I don't know who they sent this to.
12:08:32  17        Q.    Ripple also provided volume-based
12:08:35  18   incentives that were primarily directed towards
12:08:38  19   market makers.
12:08:41  20              MR. HORTON:   Objection to form.
12:08:42  21              Is that a question?
12:08:51  22        A.    Am I supposed to answer something?
12:08:52  23        Q.    I'll rephrase.
12:08:53  24              Were the -- was the volume-based incentives
12:08:55  25   primarily directed at market makers?

                                                              102

```
12:08:58   1              MR. HORTON:  Objection to form.
12:09:01   2         A.   So I don't know how Bitstamp would have --
12:09:06   3    I can't remember how Bitstamp would have communicated
12:09:07   4    the volume incentive program.  Our assumption was
12:09:10   5    because it is a volume incentive program, and we
12:09:13   6    understood the -- the larger pieces of the volume on
12:09:17   7    the exchanges were generated by market makers; that
12:09:20   8    the market makers would be the ones who could
12:09:24   9    participate kind of more fully in that program.
12:09:27  10              But I don't think it precludes a very
12:09:31  11    active trader as an example to participate in the
12:09:34  12    volume incentive program.
12:09:35  13         Q.   And if you compare the rebate -- the fee
12:09:39  14    rebates, who was -- who were you targeting with the
12:09:42  15    fee rebates?
12:09:44  16              MR. HORTON:  Objection to form.
12:09:47  17         A.   I -- it wasn't as specific.  It wasn't
12:09:50  18    like, I want these specific people -- whoever is on
12:09:55  19    the exchange trading.
12:09:58  20         Q.   Individuals purchasing, selling XRP on the
12:10:01  21    exchanges.
12:10:04  22              MR. HORTON:  Objection to form.
12:10:07  23         A.   It would include individuals, yes.
12:10:19  24         Q.   Did these agreements with exchanges include
12:10:24  25    any provisions that the platform would become a
```

103

```
12:10:32   1    validator for the ledger?
12:10:40   2         A.   I don't remember there being any
12:10:46   3    contractual obligations.  I think it may have been
12:10:50   4    recommended.  I don't remember.
12:11:01   5         Q.   Did any of the agreements ever
12:11:02   6    contractually -- did any of the agreements ever
12:11:10   7    include a provision that the platform would become a
12:11:13   8    validator?
12:11:16   9              MS. COWAN:  Objection.
12:11:20  10         A.   Again, I ...
12:11:23  11         Q.   Did Ripple want the exchanges to become a
12:11:24  12    validator of the ledger?
12:11:26  13              MR. HORTON:  Objection to form.
12:11:41  14         A.   I don't know.
12:11:42  15         Q.   Was that -- was getting more exchanges as
12:11:45  16    validators part of Ripple's strategy to further
12:11:51  17    decentralization of the XRP ledger?
12:11:55  18              MR. HORTON:  Objection to form.
12:11:56  19         A.   I don't remember.
12:12:08  20         Q.   Did Ripple target specific exchanges for
12:12:11  21    speculative volume?
12:12:12  22              MR. HORTON:  Objection to form.
12:12:20  23         A.   No.
12:12:26  24         Q.   What -- how did it decide what exchanges to
12:12:31  25    enter into agreements with?
```

                                                                    104

```
12:12:39  1        A.   We've talked about the reputabilities.
12:12:42  2   That was important.
12:12:46  3             THE COURT REPORTER:  Could you repeat the
12:12:46  4   answer?  I couldn't hear you.  I'm sorry.
12:12:46  5        A.   Sure.
12:12:47  6             We discussed briefly the -- the idea of
12:12:49  7   kind of reputation and which ones are reputable.
12:12:53  8   That was pretty high on the list of criteria.
12:13:02  9             Fiat liquidity, so the -- the fact that it
12:13:04 10   had a fiat on-ramp, so basically it wasn't just a
12:13:07 11   crypto-to-crypto exchange was important.  In
12:13:11 12   particular, because the product -- xRapid really
12:13:16 13   doesn't work if it's just crypto to crypto.  You need
12:13:19 14   to be able to park actual fiat at the exchanges.
12:13:28 15             And then probably the last piece -- so 1A
12:13:30 16   and 1B there with the fiat liquidity was just how
12:13:33 17   much activity was on the exchange.  So if the
12:13:37 18   exchange had more volume, better than if it had less.
12:13:42 19        Q.   Activity from speculators?
12:13:45 20             MR. HORTON:  Objection to form.
12:13:46 21        A.   You know, there's no way to tell from the
12:13:48 22   outside how much activity on an exchange is from
12:13:51 23   speculators or market makers or whomever.  We didn't
12:13:55 24   have visibility into that.
12:14:00 25        Q.   Were any of the people buying and selling
```

105

```
12:14:02   1    on exchanges, buying and selling in connection with
12:14:06   2    any Ripple product?
12:14:08   3               MR. HORTON:  Objection to form.
12:14:12   4        A.   At which point?
12:14:14   5        Q.   At any point.
12:14:16   6               MR. HORTON:  Same objection.
12:14:20   7        A.   Well, yeah, I mean, I mentioned there was a
12:14:23   8    part there in 2018 when xRapid starts to get used
12:14:25   9    by -- first our pilot customers and then our
12:14:28  10    commercial customers.
12:14:31  11               That didn't have anything to do with -- I
12:14:32  12    mean that had everything to do with xRapid.
12:14:36  13        Q.   What was x -- what was the volume at
12:14:39  14    trading associated with xRapid as opposed to the
12:14:43  15    overall XRP trading volume?
12:14:47  16        A.   In the market?  At large, or at particular
12:14:51  17    exchanges?
12:14:54  18        Q.   Both.
12:14:54  19        A.   So I won't know -- I won't know specifics.
12:14:56  20    I won't remember this.  And xRapid kind of took off
12:15:03  21    when I was -- when I went on paternity leave in the
12:15:05  22    middle of '19, I think.  And when I came back, I was
12:15:11  23    a little kind of separated from that.
12:15:13  24               But I do remember on Bitso, there came
12:15:18  25    point -- I think it was in late 2019, where XRP flows
```

106

```
12:15:22  1   through xRapid were the biggest liquidity pool, at
12:15:29  2   Bitso, which was a -- it was a point of pride --
12:15:35  3       Q.   Did that volume originate with MoneyGram?
12:15:42  4            MR. HORTON:  Objection.
12:15:42  5       A.   I think MoneyGram was one of the
12:15:44  6   participants.  I think -- I think all of the
12:15:46  7   customers, at the time, were using that corridor.  So
12:15:50  8   validator with Bitso.
12:15:52  9       Q.   And was MoneyGram the largest xRapid
12:15:56 10   customer on Bitso at the time?
12:15:59 11       A.   I believe so.
12:15:59 12       Q.   And did Ripple pay MoneyGram incentives to
12:16:03 13   transact in XRP in connection with xRapid?
12:16:12 14       A.   There was an incentive contract, yes.  I
12:16:14 15   don't remember the specifics.
12:16:16 16       Q.   Absent those incentives, wouldn't it have
12:16:18 17   been economical for MoneyGram to transact in XRP in
12:16:22 18   connection with xRapid?
12:16:24 19            MR. HORTON:  Objection to form.
12:16:28 20       A.   Probably not.
12:16:32 21       Q.   Other than MoneyGram, did anyone transact
12:16:36 22   in XRP -- transact in XRP, through xRapid, with any
12:16:42 23   significant volume?
12:16:44 24            MR. HORTON:  Objection to form.
12:16:49 25       A.   I think so.  Other -- define "significant."
```

107

| | | |
|---|---|---|
| 12:16:58 | 1 | Q.    I can't give you an amount. |
| 12:17:02 | 2 | A.    Then, neither can I. |
| 12:17:04 | 3 | Q.    Was MoneyGram Ripple's largest customer |
| 12:17:10 | 4 | that transacted XRP through xRapid? |
| 12:17:18 | 5 | MS. COWAN:   Objection to form. |
| 12:17:19 | 6 | A.    I believe so. |
| 12:17:34 | 7 | MS. WAXMAN:   Exhibit 37. |
| 12:17:35 | 8 | (Email re: Comp Discussion, Bates-Stamp |
| 12:17:35 | 9 | Number 0070410, was marked MV Exhibit 37 for |
| 12:17:35 | 10 | identification, as of this date.) |
| 12:17:56 | 11 | Q.    Mr. Vias, I'm showing you what's been |
| 12:17:58 | 12 | marked Exhibit 37 with the Bates-Stamp |
| 12:18:00 | 13 | Number 0070410. |
| 12:18:09 | 14 | (Witness reviewing document.) |
| 12:21:10 | 15 | A.    Okay. |
| 12:21:20 | 16 | Q.    In May of 2017, did you request XRP |
| 12:21:28 | 17 | compensation from Ripple? |
| 12:21:31 | 18 | A.    Yes. |
| 12:21:33 | 19 | Q.    And what did you request? |
| 12:21:41 | 20 | A.    Some option -- if I wanted XRP struck at |
| 12:21:47 | 21 | ████████, which knocks in at ████ with a knock-in |
| 12:21:52 | 22 | window of ████████████, with ████████████ to expire. |
| 12:21:55 | 23 | Q.    And did you feel that you had earned what |
| 12:22:04 | 24 | you were requesting? |
| 12:22:13 | 25 | A.    At the time -- I mentioned the fact that |

108

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

| | | |
|---|---|---|
| 12:22:24 | 1 | Patrick and I had sat down in San Francisco before. |
| 12:22:32 | 2 | You know, it had come to my attention that |
| 12:22:35 | 3 | other folks in the company had received large XRP |
| 12:22:37 | 4 | advance earlier in the company's history.  We had |
| 12:22:40 | 5 | done some deals that -- included really large amounts |
| 12:22:44 | 6 | of XRP, and -- you know, I felt like -- given some of |
| 12:22:58 | 7 | the lack of structure, we've seen XRP sales, strategy |
| 12:23:05 | 8 | around the protocol, and not trying to leverage the |
| 12:23:08 | 9 | off-ledger exchanges, I felt that I was bringing a |
| 12:23:13 | 10 | lot of value to the company. |
| 12:23:19 | 11 | And I felt like I would continue to do |
| 12:23:20 | 12 | that.  And I felt like I should be compensated for |
| 12:23:25 | 13 | that. |
| 12:23:31 | 14 | Q.   What response did you get? |
| 12:23:36 | 15 | A.   I mean, so -- honestly, Patrick responds |
| 12:23:39 | 16 | here, a very lengthy response.  I won't read it. |
| 12:23:48 | 17 | And then Brad and he -- Brad and Patrick |
| 12:23:53 | 18 | and me, we sat down in New York.  And they basically |
| 12:23:56 | 19 | said that they weren't going to give me my ask.  But |
| 12:24:00 | 20 | that they -- they would give me more equity in the |
| 12:24:05 | 21 | company. |
| 12:24:06 | 22 | Q.   And why didn't they want to give you your |
| 12:24:09 | 23 | ask? |
| 12:24:10 | 24 | MR. HORTON:  Objection to form. |
| 12:24:12 | 25 | A.   I don't remember exactly the reason. |

109

12:24:16   1        Q.   Was it in -- did they say that you had not
12:24:19   2   performed well?
12:24:22   3        A.   No.
12:24:38   4        Q.   Did you feel that management wasn't
12:24:41   5   recognizing your accomplishments by denying the
12:24:44   6   request?
12:24:46   7             MS. COWAN:  Objection.
12:24:55   8        A.   No.  Actually, in the end, I felt bad for
12:24:58   9   making such a large request.  And I was glad that
12:25:00  10   they gave me some liquidity, because I could have
12:25:04  11   just gotten fired.
12:25:05  12        Q.   At the time that you made the request, did
12:25:08  13   you have a hope that XRP could appreciate in value?
12:25:13  14             MR. HORTON:  Objection to form.
12:25:17  15        A.   I don't think there was a hope.  I thought
12:25:18  16   all of crypto was going to rally.  And I felt we had
12:25:22  17   done just enough work to, again, kind of unstick it
12:25:26  18   from that little corner that it was living in, on the
12:25:31  19   protocol.
12:25:32  20        Q.   At that point, did you feel that your
12:25:33  21   efforts had contributed to XRP's increase of value?
12:25:37  22             MR. HORTON:  Objection to form.
12:25:38  23        A.   Yeah.  I think -- indirectly.  Look back at
12:25:45  24   2017, how crypto had two massive runups.  One in,
12:25:50  25   like, the first half of the year, and then the second

                                                              110

```
12:25:53  1    half the year.  And, you know, I do wonder if we
12:26:01  2    hadn't done some of the work around liquidity
12:26:05  3    building, market development on exchange and off
12:26:09  4    exchange, I do wonder if it would have participated
12:26:11  5    in any of that.
12:26:17  6              It might not have.
12:26:19  7         Q.   So you thought your work in connection with
12:26:21  8    growing the XRP market contributed to the increase in
12:26:26  9    XRP's value?
12:26:27 10              MR. HORTON:  Objection to form.  Misstates
12:26:28 11    his testimony.
12:26:31 12         A.   I think we were finally doing things that
12:26:34 13    were going to allow XRP to -- to -- to benefit from
12:26:43 14    everything that was happening in crypto.
12:26:44 15         Q.   And what things were you finally doing?
12:26:50 16         A.   Again, putting it on exchanges, developing
12:26:51 17    the over-the-counter market, removing FUD with
12:26:57 18    clarity and transparency.  Just starting to build a
12:27:08 19    market.
12:27:15 20         Q.   Did it also include providing supply
12:27:18 21    clarity for XRP?
12:27:21 22              Did the things you did also include
12:27:23 23    providing supply clarity for XRP?
12:27:29 24              MS. COWAN:  Objection.
12:27:30 25         A.   I think that was a component of it, yes.
```

                                                                    111

12:27:32   1          Q.   Did you also make Ripple's efforts more

12:27:42   2   transparent to the market so that it could be -- so

12:27:43   3   it could be -- these -- those efforts could be

12:27:44   4   reflected in XRP's price?

12:27:47   5          MR. HORTON:  Object to form.

12:27:55   6          A.   I wouldn't put it that way.

12:28:00   7          So I think what -- with the transparency

12:28:02   8   and its supply clarity, I think that's a -- a broader

12:28:06   9   issue for a market, generally.  You know, I do think

12:28:12  10   the -- you know, I think at the time, there hadn't

12:28:22  11   been much said about XRP for a while, by the company

12:28:31  12   or anybody else, really.

12:28:33  13          So I think it was good for interest in XRP

12:28:36  14   markets broadly, that the world knew that we were

12:28:41  15   building products for it to use this liquidity.  I

12:28:45  16   think that's helpful.

12:28:46  17          Q.   Did you recommend that Ripple be more

12:28:50  18   transparent about what it was doing, related to XRP?

12:28:55  19          MR. HORTON:  Objection to form.

12:28:57  20          A.   I don't remember specifics, but I think

12:29:02  21   broadly that was my stance, yes.

12:29:10  22          Q.   Did people agree with that recommendation?

12:29:12  23          MR. HORTON:  Objection to form.

12:29:14  24          A.   Some.

12:29:18  25          Q.   Did the company seek to make -- what it did

                                                                      112

```
12:29:26   1    relate to XRP more transparent to the market?
12:29:29   2              MR. HORTON:  Objection to form.
12:29:31   3        A.   I'm sorry, I didn't understand that.
12:29:32   4        Q.   Did the company want to make its efforts
12:29:35   5    related to XRP more transparent to the market?
12:29:38   6              MR. HORTON:  Objection to form.
12:29:39   7        A.   I don't know.
12:29:53   8              MS. WAXMAN:  Exhibit 18.
12:29:54   9              (Email exchange beginning with Bates
12:29:54  10         0542677 was marked MV Exhibit 18 for
12:29:54  11         identification, as of this date.)
12:30:20  12        Q.   Mr. Vias, I'm showing you what's been
12:30:22  13    marked as MV 18, which is a document that begins with
12:30:25  14    the Bates 0542677.
12:30:35  15              (Witness reviewing document.)
12:32:47  16        A.   Okay.
12:32:48  17        Q.   Mr. Vias, do you recall receiving this
12:32:50  18    email?
12:32:51  19        A.   I don't.
12:32:52  20        Q.   Any reason to believe you didn't receive
12:32:54  21    this email?
12:32:56  22              MS. COWAN:  Objection.
12:33:03  23              Which email are you talking about?
12:33:04  24              MS. WAXMAN:  Talking about the email in the
12:33:05  25    middle of the page, on March 22, 2017.
```

113

```
12:33:14  1        Q.   That's your response?
12:33:15  2        A.   The one I wrote?
12:33:16  3        Q.   That's the one you wrote, yeah.
12:33:18  4        A.   Yea.  So is the question, did I write that?
12:33:23  5        Q.   Any reason to believe you didn't write
12:33:25  6   that?
12:33:25  7        A.   No.
12:33:27  8             MS. COWAN:  Objection.
12:33:27  9        Q.   And who is -- Monica Long is on some of
12:33:33 10   these email strings.  Who is Monica Long?
12:33:37 11        A.   At the time, she was head of marketing.
12:33:42 12        Q.   And on the second page of the email, she
12:33:47 13   writes to Patrick Griffin, Patrick and I were in --
12:33:50 14   in an XRP meeting this morning at which a newish
12:33:53 15   development solidified.  It's clear we're going to
12:33:56 16   have to invest our near-term energy into attracting
12:34:01 17   speculators.
12:34:07 18             MS. COWAN:  Objection.  That email is to
12:34:08 19   ██████████████, not -- with a cc to ████████
12:34:12 20             MS. WAXMAN:  I'm sorry, I didn't hear you.
12:34:13 21             MS. COWAN:  That email is to ████████
12:34:15 22   ████████ not -- with a cc to Patrick Griffin.  She's
12:34:17 23   not writing to Patrick.
12:34:21 24             MS. WAXMAN:  Thank you.
12:34:22 25        Q.   Do you recall, in early 2017, discussing
```

114

```
12:34:28   1   efforts to attract speculators to XRP?
12:34:32   2           MR. HORTON:  Objection to form.
12:34:37   3       A.   Not really, no.
12:34:45   4       Q.   On the first page, your email, sentence
12:34:50   5   starting, As for speculator motivation, the primary
12:34:54   6   driver tends to be the opportunity to make money,
12:34:56   7   either by trading volatility or by holding an asset
12:35:01   8   in the hopes of -- hopes it appreciates.
12:35:07   9           Is this how you understand the definition
12:35:10  10   of a "speculator"?
12:35:12  11           MR. HORTON:  Objection to form.
12:35:20  12       A.   I would add a few things here, maybe.  I
12:35:22  13   think -- I should have been a little bit clear about
12:35:25  14   what "trading volatility" means.  You can -- you can
12:35:27  15   make money -- you can speculate and make money on
12:35:30  16   things that don't move by selling things like
12:35:34  17   strangles and straddles, like option strategies and
12:35:37  18   you just kind of sit there and collect premium.  You
12:35:39  19   can also make money when things move, doing the
12:35:42  20   opposite of that and obviously just trading around a
12:35:45  21   price.
12:35:46  22           You can certainly buy it and then sell it.
12:35:49  23   You can also sell it and then buy it.  And so in
12:35:52  24   really established markets, the sequencing is kind of
12:35:56  25   a -- irrelevant when you're speculating.  You can --
```

115

```
12:35:59  1  you know, if you think something is going to go down
12:36:02  2  before it goes up, you can sell it before you buy it
12:36:04  3  and vice versa.  But, yeah, I would have -- I should
12:36:07  4  have added that.
12:36:09  5      Q.   But is your understanding that the primary
12:36:11  6  driver for speculators is the opportunity to make
12:36:14  7  money?
12:36:15  8      A.   Yes.
12:36:27  9      Q.   In the next paragraph, you write, There are
12:36:33 10  no clear signs of its use by anyone.
12:36:36 11           Are you talking about XRP?
12:36:41 12      A.   Yes.
12:36:43 13      Q.   So in March 2017, you believed that nobody
12:36:48 14  was going to use XRP?
12:36:50 15           MR. HORTON:  Objection to form.
12:36:53 16      A.   No.
12:36:55 17      Q.   Was anybody using XRP at the time for
12:36:58 18  cross-border payments?
12:37:01 19      A.   Not that I knew of.
12:37:03 20      Q.   Were any banks using XRP at that time for
12:37:06 21  cross-border payments?
12:37:08 22      A.   Not that I know of.
12:37:09 23      Q.   Did Ripple have a distribution strategy for
12:37:12 24  XRP at that time?
12:37:17 25           MS. COWAN:  Objection.
```

116

```
12:37:26  1        A.   I think it did, but as we kind of touched
12:37:27  2   on previously, it wasn't very structured.
12:37:29  3        Q.   And what was its strategy at the time?
12:37:33  4             MR. HORTON:  Objection to form.
12:37:34  5        A.   I think most of the distribution strategy
12:37:42  6   revolved around -- it was programmatic XRP sales.
12:37:48  7        Q.   And why weren't the programmatic XRP sales
12:37:54  8   very structured?
12:37:55  9             MR. HORTON:  Objection to form.
12:37:56 10        A.   I don't know.
12:38:01 11        Q.   You just said it wasn't very structured.
12:38:02 12   So what did you think about the strategy that wasn't
12:38:04 13   structured?
12:38:05 14        A.   I felt we had to put some structure around
12:38:07 15   it.
12:38:08 16        Q.   And did you make any recommendations on how
12:38:11 17   to provide any structure?
12:38:17 18        A.   Yeah.  I think -- I think I mentioned that
12:38:19 19   in a previous email that we looked at today, where I
12:38:21 20   was going to propose some structures around how we
12:38:26 21   were selling.  It's how we ended up kind of that more
12:38:30 22   structured cadence, the Friday meetings, the
12:38:32 23   percentage of volume.  That's where all that comes
12:38:34 24   from.
12:38:35 25        Q.   Got it.
```

117

```
12:38:48   1                    Are you familiar with XRP Chat?
12:38:53   2         A.    Yes.
12:38:54   3         Q.    What is XRP Chat?
12:38:59   4         A.    Actually, I don't know if it still exists.
12:39:03   5               But it was a forum where folks discussed
12:39:08   6    XRP.  And -- yeah.
12:39:12   7         Q.    Did you regularly read XRP Chat?
12:39:16   8               MS. COWAN:  Objection.
12:39:26   9         A.    I think early on; probably like the first
12:39:29  10    six months, maybe even a year.  No, the first
12:39:31  11    probably six months.  I think I read it most
12:39:33  12    frequently then, and then it tapered off and then I
12:39:37  13    stopped reading it at all.
12:39:40  14         Q.    Why did you read posts on XRP Chat?
12:39:49  15         A.    I think I started reading it -- there was a
12:39:54  16    few folks -- and I think this predates when I joined
12:39:56  17    the company -- there were folks on there from the
12:39:58  18    company who would chime in, and there would be
12:40:02  19    discussions about what was happening with respect to
12:40:04  20    XRP broadly, specifically anything the company was
12:40:07  21    doing.
12:40:08  22               You know, it was an interesting place to
12:40:10  23    hear, kind of, folks discuss XRP.  And it was a
12:40:15  24    little bit of crypto broadly.
12:40:17  25         Q.    Was it a resource for the views of XRP
```

118

```
12:40:21  1   investors and speculators?
12:40:23  2            MR. HORTON:  Objection to form.
12:40:31  3        A.   You know, I think it was a place where you
12:40:33  4   could -- you could go to get folk's opinions on what
12:40:36  5   was happening with XRP.  It was always suggestions,
12:40:42  6   and people always had opinions on what they wanted to
12:40:44  7   see.  So, yeah, it was a little bit like a finger on
12:40:49  8   the pulse, if you will.
12:40:50  9        Q.   Were there specific threads within XRP Chat
12:40:54 10   devoted to trading and speculation of XRP?
12:40:57 11            MR. HORTON:  Objection to form.
12:41:01 12        A.   I don't remember any specific threads.
12:41:05 13        Q.   Did you regularly post on XRP Chat?
12:41:09 14            Did you post at all on XRP Chat?
12:41:11 15        A.   In the beginning, a little bit, yeah.  I
12:41:14 16   did.
12:41:15 17        Q.   And this was while you were employed with
12:41:17 18   Ripple?
12:41:18 19        A.   Yes.
12:41:19 20        Q.   And why did you post on XRP Chat?
12:41:31 21        A.   I don't remember.
12:41:38 22            MS. WAXMAN:  115, Exhibit 115.
12:41:39 23            (Thread from XRP Chat was marked MV Exhibit
12:41:39 24        115 for identification, as of this date.)
12:41:58 25        Q.   Mr. Vias, I'm showing you what's been
```

119

```
12:42:00  1   marked as MV 115, which is a thread from XRP Chat, in
12:42:13  2   the XRP trading and price speculation forum.
12:42:45  3           I'm just going to ask you about your post,
12:42:47  4   on the first and second page.
12:42:52  5       A.   Okay.
12:42:58  6           MR. HORTON:   Counsel, do you mean first
12:42:59  7   page from the front or from the back?
12:43:03  8           MS. WAXMAN:   The front.   My understanding.
12:43:19  9           (Witness reviewing document.)
12:45:09 10       A.   Okay.
12:45:14 11       Q.   Did you post on XRP Chat on February 24,
12:45:17 12   2017, in XRP trading and price speculation?
12:45:22 13       A.   Yes.
12:45:28 14       Q.   And the post says, Quick question:   Outside
12:45:30 15   of banks using XRP and higher prices, if there was
12:45:34 16   one thing you could want us to do for XRP, what would
12:45:37 17   it be?
12:45:38 18           When you say "us," are you talking about
12:45:40 19   Ripple?
12:45:42 20       A.   Yes.
12:45:44 21       Q.   Then you write, Can't promise anything, but
12:45:47 22   as someone who is responsible for driving our XRP
12:45:52 23   strategy, I'm curious about what this group thinks.
12:45:55 24           "This group" was speculators and traders?
12:46:01 25           MS. COWAN:   Objection.
```

                                                                120

```
12:46:06   1        A.   I don't know.  These are folks on XRP Chat.
12:46:13   2        Q.   Were these people buying XRP for anything
12:46:18   3   other than for investment purposes?
12:46:20   4             MR. HORTON:  Objection to form.  Calls for
12:46:22   5   speculation.
12:46:22   6        A.   I don't know.
12:46:25   7        Q.   You write, I'm curious about what this
12:46:27   8   group thinks.
12:46:29   9             Why did you want to know what this group
12:46:32  10   thought?
12:46:44  11        A.   I mentioned before, that there were large
12:46:49  12   chunks of time, where -- XRP didn't really play a
12:46:53  13   part internally and externally, in kind of a -- I
12:47:05  14   shouldn't say it didn't play a part.  It played some
12:47:09  15   part, but it just -- it wasn't core to the -- to
12:47:12  16   the -- the software strategy.
12:47:16  17             And I think the before the FinCEN fine,
12:47:20  18   everything was about the protocol and everything was
12:47:21  19   about XRP.  After the FinCEN fine, that changed a
12:47:23  20   little bit.  And I think -- it was my assumption,
12:47:29  21   still is, that a lot of the folks who were on XRP
12:47:33  22   Charts -- or Chat, XRP Chat, had become interested in
12:47:38  23   the technology in XRP and Ripple sort of 2013, 2014.
12:47:43  24             And then they were still interested, but
12:47:48  25   there hadn't been much to talk about, and the --
```

                                                                    121

```
12:47:51  1    there wasn't anything being said about what was
12:47:53  2    happening with XRP.
12:47:56  3            If you will notice a few of these -- a few
12:47:59  4    of the responses here are like, Can you build more
12:48:01  5    developer tools, like -- can we figure out a way to,
12:48:04  6    you know, do interesting projects around NGOs and --
12:48:11  7    pay for good.
12:48:14  8            There was a community around the
12:48:16  9    technology.  I think we always focus on crypto as
12:48:21 10    like goods; these things, these assets that people
12:48:24 11    trade and buy and they go up and down and people want
12:48:26 12    to make money.  But in -- at their core, they're --
12:48:29 13    they're technology.  And in -- in many respects, it's
12:48:34 14    open-source technology that has -- and it's a few
12:48:37 15    folks kind of mention that here.
12:48:39 16            So, anyway, I felt like there was a --
12:48:41 17    there was a lack engagement with this community.  And
12:48:44 18    that there could be some benefit by engaging with
12:48:46 19    them.
12:48:47 20    Q.    And -- but this community was posting in
12:48:50 21    the forum called XRP Trading and Price Speculation.
12:48:57 22            MR. HORTON:  Objection to form.
12:48:58 23    Q.    So was this community traders and
12:48:59 24    speculators?
12:49:02 25            MR. HORTON:  Objection.  Form.
```

                                                              122

```
12:49:07   1        A.   Yeah, I -- look, I -- this was the thread
12:49:11   2   that was most closely aligned with what I had to work
12:49:14   3   with in the company, which was markets.  So it's
12:49:16   4   why -- I think that's why I posted here, but I don't
12:49:18   5   remember why.
12:49:21   6        Q.   At the top you write, Outside of banks
12:49:24   7   using it, XRP and higher prices.
12:49:28   8             Was bank usage and higher prices something
12:49:30   9   that Ripple told XRP holders that it would work to
12:49:36  10   do?
12:49:38  11             MR. HORTON:  Objection to form.
12:49:40  12        A.   No.  No.  Again, this is a lot that -- I
12:49:45  13   think I remember that being like a common thread in
12:49:47  14   XRP Chat.  So I was telling them, like, Look, if
12:49:51  15   you're going to ask me about banks and higher prices,
12:49:55  16   I don't want to talk about that.  That's not what I'm
12:49:57  17   here for.
12:49:58  18        Q.   Where did that originate, that -- that
12:50:05  19   Ripple would work toward bank usage of XRP?
12:50:09  20             MR. HORTON:  Objection to form.
12:50:13  21        A.   I don't know.
12:50:13  22        Q.   Did Ripple publicly say that?
12:50:16  23             MR. HORTON:  Objection to form.
12:50:21  24        A.   I don't remember.
12:50:29  25             MS. WAXMAN:  Exhibit 15.
```

123

```
12:50:29  1              (Post from XRP Chat dated February 26, 2017
12:50:29  2         was marked MV Exhibit 15 for identification, as
12:50:29  3         of this date.)
12:50:51  4         Q.   Mr. Vias, I'm showing you what's been
12:50:53  5    marked as MV 15, which is another post from XRP Chat
12:51:00  6    dated February 26, 2017.
12:51:05  7              It appears to be by you.
12:51:17  8              (Witness reviewing document.)
12:52:01  9         A.   Okay.
12:52:02 10         Q.   Did you make this post on February 26,
12:52:10 11    2017?  Was this in response to your question that you
12:52:12 12    had asked, in Exhibit 115, dated February 24, 2017?
12:52:18 13              MS. COWAN:   Objection.
12:52:25 14         Q.   The -- the second-to-last paragraph says,
12:52:26 15    The most of you are not Ripple employees.  You are
12:52:29 16    most definitely on the team, some only because you're
12:52:33 17    long XRP.
12:52:34 18              What do you mean -- what does that mean,
12:52:37 19    "long XRP"?
12:52:38 20         A.   It means folks owned XRP.
12:52:42 21         Q.   Does that mean they were looking for the
12:52:44 22    value of XRP to increase?
12:52:50 23         A.   Yeah.  Usually when you're "long"
12:52:52 24    something, you want it to go up in price.
12:52:56 25         Q.   So in February 2017, were you aware that
```

124

```
12:53:01  1    retail investors were buying XRP for investment
12:53:03  2    purposes?
12:53:04  3              MR. HORTON:  Objection to form.
12:53:11  4         A.   No.
12:53:15  5         Q.   No?
12:53:29  6         A.   That's an assumption.
12:53:35  7         Q.   Was it your understanding or your belief
12:53:38  8    that retail investors were buying XRP for investment
12:53:42  9    purposes in early 2017?
12:53:44  10             MR. HORTON:  Objection to form.
12:53:47  11        A.   I assume some folks were long.  Yeah.
12:53:52  12        Q.   Did you want to ensure that these people
12:53:55  13   knew that they were important to Ripple?  And that
12:53:58  14   their views were being heard by Ripple?
12:54:02  15             MR. HORTON:  Objection to form.
12:54:02  16        A.   I think I wanted them to know that somebody
12:54:05  17   was listening.
12:54:11  18        Q.   Why was that important to you?
12:54:17  19        A.   You know, like I said, it's -- it's more
12:54:20  20   than just a -- it's more than just a lottery ticket,
12:54:26  21   you know.  A lot of people really believed, and still
12:54:36  22   do, in crypto, and what it can do.  And a lot of
12:54:44  23   people spend a lot time, energy, effort, yeah.
12:54:46  24   Sometimes money, but most of the time, that's the
12:54:48  25   least important part of it.
```

                                                                  125

```
12:54:50  1        Q.   Did -- a lot of people really believe that
12:54:55  2   Ripple would contribute to an increase in value for
12:54:59  3   XRP?
12:54:59  4        A.   I don't --
12:55:01  5             MR. HORTON:  Objection.
12:55:01  6             MS. COWAN:  Objection.
12:55:04  7        Q.   Did anyone ever instruct you to make sure
12:55:06  8   XRP was not sold to speculators?
12:55:10  9             MS. COWAN:  Objection.
12:55:12 10        A.   No.
12:55:15 11        Q.   Or that it was only sold to people who
12:55:18 12   would use it in connection with xRapid?
12:55:23 13             MR. HORTON:  Objection.
12:55:24 14        A.   No.
12:55:27 15             MS. WAXMAN:  Exhibit 116.
12:55:29 16             MR. HORTON:  I would like to stop for lunch
12:55:30 17   now.
12:55:31 18             MS. WAXMAN:  Yeah, just after this.
12:55:35 19             THE VIDEOGRAPHER:  Going off the record --
12:55:37 20             MR. TENREIRO:  I think we're staying on.
12:55:41 21             MR. HORTON:  I would like to take a lunch
12:55:42 22   break now.
12:55:43 23             MS. WAXMAN:  Wait, I didn't call -- we're
12:55:44 24   still off the record.  I want to --
12:55:50 25             MR. HECKER:  We are asking to take a break
```

126

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
12:55:50   1   for lunch.  I think the witness has been going for an
12:55:51   2   hour and a half.  We're not asking -- do we need to
12:55:53   3   ask permission to take a break for lunch?  We've been
12:55:55   4   going for an hour and a half.
12:55:56   5              MR. TENREIRO:  That's not what we
12:55:57   6   discussed, but that's fine.
12:55:58   7              MS. WAXMAN:  Okay.
12:55:58   8              MR. HORTON:  It's 1:00 o'clock.
12:55:59   9              MS. WAXMAN:  We're off the record at 12:55.
12:56:02  10              THE VIDEOGRAPHER:  Going off the record at
12:56:02  11   12:55 p.m. Eastern.
12:56:05  12              (Luncheon recess at 12:55)
          13
          14
          15
          16
          17
          18
          19
          20
          21
          22
          23
          24
          25
```

127

```
12:56:05  1      A F T E R N O O N   S E S S I O N
12:56:05  2      (1:35)
12:56:06  3  MIGUEL VIAS
12:56:06  4      resumed, having been previously duly
12:56:06  5      sworn by a Notary Public, was
12:56:06  6      examined and testified further
12:56:06  7      as follows:
12:56:17  8          THE VIDEOGRAPHER:  We are back on the
01:35:10  9  record at 1:35 p.m. Eastern.
01:35:14 10  CONTINUED EXAMINATION BY MS. WAXMAN:
01:35:17 11      Q.   Mr. Vias, I would like to show you what's
01:35:20 12  been marked as Exhibit MV 116, which is a thread from
01:35:30 13  XRP Chat dated August 2017.
01:35:36 14          (XRP Chat dated August 2017 was marked MV
01:35:36 15      Exhibit 116 for identification, as of this
01:35:36 16      date.)
01:36:20 17          (Witness reviewing document.)
01:37:23 18      A.   Okay.
01:37:25 19      Q.   On page 6, there's a post by you.  Any
01:37:35 20  reason to believe you didn't make this post?
01:37:38 21      A.   No.
01:37:39 22      Q.   Is this a post you made in XRP trading and
01:37:43 23  price speculation forum?
01:37:45 24      A.   Yes.
01:37:49 25      Q.   Were you -- your post is flagged as a
```

                                                            128

```
01:37:52  1   popular post.  Does this mean it's been reposted or
01:37:56  2   liked with a high frequency?
01:37:59  3            MR. HORTON:  Objection to form.
01:38:00  4        A.   I don't know.  I don't know what that
01:38:01  5   means.
01:38:03  6        Q.   Were you responding to a specific question
01:38:06  7   in the thread?
01:38:11  8        A.   I don't -- I don't think so.
01:38:33  9        Q.   Is the thread about XRP price movements?
01:38:47 10        A.   I don't think that the title is -- is
01:38:49 11   "Miguel Vias and XRP Chat."
01:38:53 12        Q.   Okay.  And the second page, page 3 of 8, on
01:38:57 13   the bottom, there's a question.  It says, Can you
01:39:00 14   shed any light on why the price of XRP is sitting
01:39:02 15   between 16 and 19 cents for so long, despite all the
01:39:07 16   great news?
01:39:15 17            Are you responding to that question?
01:39:22 18            MS. COWAN:  Objection.
01:39:23 19        A.   I don't remember.
01:39:27 20        Q.   Going to your post, why did you make this
01:39:39 21   post?
01:39:42 22            MR. HORTON:  Sorry, Counsel, which page are
01:39:43 23   you referring to?
01:39:45 24            MS. WAXMAN:  Page 6 of 8.
01:39:46 25        Q.   Your post on the bottom of 6.
```

                                                              129

01:39:48   1        A.   I don't remember.

01:39:53   2        Q.   You write, Fits and starts, guys.  There's

01:39:55   3   a lot of noise out there, so I understand it can be

01:39:57   4   frustrating and confusing.

01:40:00   5             What can be frustrating and confusing?

01:40:04   6        A.   I don't know.

01:40:05   7        Q.   Are you talking about the changes in XRP's

01:40:11   8   price?

01:40:12   9             MR. HORTON:  Object to form.

01:40:14  10        A.   I don't know.

01:40:23  11        Q.   What can be -- what can be frustrating and

01:40:25  12   confusing?

01:40:26  13             MR. HORTON:  Objection.  Asked and

01:40:26  14   answered.

01:40:26  15        A.   I said, There's a lot of noise out there.

01:40:29  16   And I don't remember what I'm referring.

01:40:32  17        Q.   When you talk about noise, generally, are

01:40:34  18   you talking about the markets?  Noise in the market?

01:40:38  19             MR. HORTON:  Objection to form.

01:40:46  20        A.   What do you mean by "noise in the market"?

01:40:52  21        Q.   Extra -- extraneous commentary.  That could

01:40:57  22   affect the market.

01:41:05  23        A.   I really don't know what I meant by this.

01:41:07  24        Q.   You write, Our path was never going to be a

01:41:09  25   short one.  We work with enterprises, so the pace is

                                                              130

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

01:41:14  1  slower but the payoff will be worth it.

01:41:17  2          Are you talking about a payoff in terms of
01:41:24  3  increasing XRP's price?

01:41:27  4          MR. HORTON:  Objection to form.

01:41:31  5      A.  Don't know.

01:41:32  6      Q.  What are you talking about when you say
01:41:33  7  "the payoff will be worth it"?

01:41:37  8      A.  I mean, there I'm specifically referencing
01:41:42  9  the facts that we work with companies.  It's hard to
01:41:44 10  bring companies along, you know, and adopt new
01:41:47 11  products, particularly when they're involved in
01:41:49 12  crypto.  But that once you achieve that, that's a --
01:42:00 13  it's kind of a paradigm-shifting thing, at least
01:42:03 14  that's way we viewed it.  The technology was so
01:42:05 15  powerful that you could fundamentally change the way
01:42:09 16  financial plumbing worked.  It seems like a pretty
01:42:14 17  big payoff.

01:42:17 18      Q.  How would that adoption affect traders and
01:42:20 19  speculators?

01:42:23 20          MR. HORTON:  Objection to form.

01:42:27 21      A.  I don't know that it would.

01:42:30 22      Q.  Did Ripple publicly state that more
01:42:36 23  adoption would lead to an increase in value of XRP?

01:42:40 24          MR. HORTON:  Objection to form.

01:42:43 25      A.  I don't -- more adoption.

                                                            131

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
01:42:48   1              I don't think so.
01:42:51   2         Q.   Did Ripple tell XRP holders that it would
01:42:55   3    work to increase the demand for XRP?
01:43:02   4              MR. HORTON:  Objection to form.
01:43:03   5         A.   Not that I know of.
01:43:08   6         Q.   After you say -- you then go on to say,
01:43:10   7    What I would say, it's a little disappointing to hear
01:43:14   8    complaints about XRP not appreciating fast enough.
01:43:17   9              Are you talking about XRP price not
01:43:20  10    appreciating fast enough?
01:43:21  11         A.   Yes.
01:43:28  12         Q.   Then you go own to say, Our vision is --
01:43:32  13    couple sentences down, you say, Our vision is
01:43:36  14    literally world-changing and the last thing we are
01:43:39  15    worried about is price going up.
01:43:41  16              Then you write, That's a forgone conclusion
01:43:44  17    if we continue to focus on the work, which is exactly
01:43:47  18    what we're doing.
01:43:50  19              When you say "that's a forgone conclusion,"
01:43:51  20    are you talking about XRP's price going up?
01:43:55  21         A.   Yes.
01:43:57  22         Q.   Did you represent that XRP's price would go
01:43:59  23    up if Ripple would continue to work -- continue to do
01:44:03  24    the work that it's doing?
01:44:05  25              MR. HORTON:  Objection to form.
```

132

| | | |
|---|---|---|
| 01:44:08 | 1 | A.   I think it is important to -- kind of -- |
| 01:44:11 | 2 | double back a little bit on what I said before, about |
| 01:44:14 | 3 | unsticking XRP.  It's kind of off in this little |
| 01:44:19 | 4 | corner, not really part of crypto.  I think |
| 01:44:23 | 5 | overlaying all of this is a -- like a strong belief |
| 01:44:26 | 6 | that crypto was going to be a thing.  Remember, this |
| 01:44:29 | 7 | is -- when? -- August of '17.  Bitcoin had that first |
| 01:44:35 | 8 | move.  We still don't have ██████████ in Ethereum. |
| 01:44:42 | 9 | It was early still. |
| 01:44:45 | 10 | And I think even at this point, I still had |
| 01:44:50 | 11 | some concerns around -- because, you know, there have |
| 01:44:52 | 12 | been -- previous to my joining, there have been a lot |
| 01:44:55 | 13 | of twists and turns around the product strategy.  And |
| 01:44:59 | 14 | I think we're making good progress around making XRP |
| 01:45:03 | 15 | used where everything else that crypto existed on |
| 01:45:08 | 16 | was, but there was still risk. |
| 01:45:12 | 17 | So I read this now and I say to myself, |
| 01:45:20 | 18 | Well, you know, as long as we continue to do the |
| 01:45:24 | 19 | things that we were doing in the first half of that |
| 01:45:26 | 20 | year, with the big assumption that crypto continues |
| 01:45:30 | 21 | to grow, then XRP is going to be fine.  We're not |
| 01:45:34 | 22 | going to be the thing that hurts XRP. |
| 01:45:48 | 23 | Q.   But weren't you saying that you would |
| 01:45:49 | 24 | continue to work to increase the value of XRP? |
| 01:45:52 | 25 | MR. HORTON:  Objection to form. |

133

| | | |
|---|---|---|
| 01:45:56 | 1 | A.    No. |
| 01:46:01 | 2 | I think I quite literally said, I'm not |
| 01:46:02 | 3 | worried about the price.  I also -- |
| 01:46:07 | 4 | Q.    You said that's a forgone conclusion. |
| 01:46:11 | 5 | MR. HORTON:  Objection. |
| 01:46:13 | 6 | Q.    Continue. |
| 01:46:14 | 7 | MR. HORTON:  I'm sorry, is there a question |
| 01:46:15 | 8 | pending? |
| 01:46:27 | 9 | Q.    On the second page of the document, you |
| 01:46:29 | 10 | made a post that says, I'm always watching. |
| 01:46:33 | 11 | A.    Yeah. |
| 01:46:34 | 12 | Q.    Why did you write that? |
| 01:46:35 | 13 | A.    I was just being funny.  I mean, the title |
| 01:46:39 | 14 | of the -- of the post is, you know, is Miguel -- |
| 01:46:41 | 15 | because I think -- and this is trying to go back |
| 01:46:45 | 16 | quite a bit now, but -- I think I'd been more active |
| 01:46:49 | 17 | when I first joined, and then I stopped being active. |
| 01:46:51 | 18 | I wasn't as active anymore.  And I think that's what |
| 01:46:53 | 19 | the question is really asking, is are you still on |
| 01:46:56 | 20 | XRP Chat. |
| 01:47:03 | 21 | Q.    I would like to show you what's been marked |
| 01:47:05 | 22 | as Exhibit MV 119. |
| 01:47:07 | 23 | (Email from Mr. Vias, re: XRP's Recent |
| 01:47:07 | 24 | Performance, Bates 0353469, was marked MV |
| 01:47:07 | 25 | Exhibit 119 for identification, as of this |

134

01:47:07   1        date.)

01:47:12   2              MR. TENREIRO:  Nicole, I'm going to send it

01:47:13   3    now, 119.

01:47:22   4              MS. WAXMAN:  119 is a document with the

01:47:23   5    Bates 0353469.

01:47:30   6              MR. TENREIRO:  Sorry.  There's more copies

01:47:31   7    here.  I'll send it to the ...

01:48:12   8              (Witness reviewing document.)

01:49:08   9        A.   Okay.

01:49:12  10        Q.   Do you recall sending this email?

01:49:13  11        A.   I do not.

01:49:16  12        Q.   Any reason to believe you didn't send it?

01:49:18  13        A.   No.

01:49:21  14        Q.   What is this email about?

01:49:34  15        A.   Do you mean why did I send it in?

01:49:36  16        Q.   Why did you send it?

01:49:38  17        A.   I don't remember.

01:49:39  18        Q.   Were you concerned that XRP was not part of

01:49:40  19    a recent price rally?

01:49:42  20              MR. HORTON:  Objection to form.

01:49:45  21        A.   I don't remember.

01:49:52  22        Q.   Did you have any understanding or any

01:49:54  23    belief as to why XRP was not part of the recent price

01:49:57  24    rally?

01:49:58  25              MR. HORTON:  Objection to form.

                                                                    135

```
01:50:01   1        A.   Discuss it a little bit in the email.
01:50:03   2        Q.   And what did you say?
01:50:11   3        A.   Kind of goes back to the things I've been
01:50:13   4   saying -- I've said few times already.
01:50:20   5             This is January 4, 2017, so about six weeks
01:50:23   6   after I've joined now.  And it's just -- it's
01:50:27   7   becoming more and more clear to me that XRP isn't
01:50:31   8   really a part of crypto yet.
01:50:35   9        Q.   Well, you write, XRP is not significantly
01:50:38  10   listed on off-ledger exchanges.  It does not have
01:50:41  11   adequate wallet support.  Markets do not view it as
01:50:45  12   truly decentralized.  And they distrust it because so
01:50:49  13   much of it is in so few hands.
01:50:52  14             Were those the reasons why you thought XRP
01:50:56  15   was not included in the recent rally?
01:50:58  16             MR. HORTON:  Objection to form.
01:51:03  17        A.   What it says on the page.
01:51:11  18        Q.   What do you mean by "markets do not view it
01:51:12  19   as truly decentralized"?
01:51:19  20        A.   Yeah, at the time, there was a -- kind of
01:51:22  21   more FUD around the holdings being centralized, as
01:51:31  22   well as the network.
01:51:34  23        Q.   And why was the network not truly
01:51:38  24   decentralized?
01:51:40  25             MR. HORTON:  Objection to form.
```

                                                                    136

```
01:51:52  1        A.    So are you asking me why?  Or why people
01:51:54  2    thought?  I don't know.
01:51:56  3        Q.    Well, why did people think that the markets
01:51:58  4    were not -- that the ledger wasn't decentralized?
01:52:03  5              MR. HORTON:  Objection to form.
01:52:03  6        A.    Yeah, I -- I know it had to do with the
01:52:08  7    validator makeup, but I don't remember the specifics.
01:52:10  8        Q.    Did Ripple control the majority of
01:52:13  9    validators on the XRP ledger in January 2017?
01:52:17 10              MR. HORTON:  Objection to form.
01:52:25 11        A.    I don't know.
01:52:28 12              Yeah, I don't know.
01:52:29 13        Q.    Did Ripple control the majority of XRP
01:52:32 14    holdings in January 2017?
01:52:35 15              MR. HORTON:  Objection to form.  Lack of
01:52:36 16    foundation.
01:52:41 17        A.    I think so.  Yeah.  I think -- I think it
01:52:44 18    was around 60 billion at the time.
01:52:56 19        Q.    Did you recommend that Ripple be more
01:53:01 20    proactive about XRP in its marketing?
01:53:06 21              MR. HORTON:  Objection to form.
01:53:18 22        A.    Are you referencing something in the
01:53:19 23    document?
01:53:22 24        Q.    You write, Our long-term strategy involves
01:53:25 25    inserting XRP into Ripple and having the world run
```

137

01:53:27  1    payments through XRP.  Even if that doesn't happen,
01:53:31  2    because the banks never get comfortable with XRP,
01:53:34  3    that message is clear and powerful.  It means XRP has
01:53:38  4    the potential to be the institutional digital asset
01:53:42  5    standard bearer for legitimate global value transfer.
01:53:49  6            Then you continue to write, We need to make
01:53:52  7    sure the world knows it.  I understand there are
01:53:56  8    sensitivities around this type of messaging.
01:53:59  9            What sensitivities are you talking about?
01:54:04 10    A.   I don't remember.
01:54:06 11    Q.   What messaging were you talking about?
01:54:15 12    A.   I mean just putting XRP back in the overall
01:54:22 13    company narrative.
01:54:26 14    Q.   How would you do that?
01:54:29 15         MR. HORTON:  Objection to form.
01:54:33 16    A.   I don't know.
01:54:35 17         I don't know.
01:54:39 18    Q.   Did you make any recommendations how to put
01:54:41 19    XRP back into the company narrative?
01:54:43 20         MR. HORTON:  Objection to form.
01:54:45 21    A.   I don't remember.
01:54:51 22    Q.   Did you recommend that Ripple specifically
01:54:53 23    promote XRP?
01:54:55 24         MR. HORTON:  Objection to form.
01:55:03 25    A.   Sorry, promote how?

138

```
01:55:06  1        Q.   Did you recommend that Ripple promote XRP
01:55:09  2   as an investment?
01:55:11  3             MR. HORTON:  Objection to form.  Lack of
01:55:13  4   foundation.
01:55:13  5        A.   No.
01:55:15  6        Q.   Did you recommend that Ripple promote XRP,
01:55:18  7   for any reason?
01:55:20  8             MR. HORTON:  Objection to form.
01:55:21  9        A.   Not that I remember.
01:55:36 10        Q.   At the very last paragraph, you write, I
01:55:39 11   intended it to be market commentary, but the more I
01:55:42 12   thought about it, the clearer it became that, while
01:55:45 13   important, market activity is not the primary driver
01:55:48 14   of XRP's underperformance.  XRP is not performing
01:55:54 15   because we have work to do and that should be our
01:55:57 16   focus.
01:55:58 17             If -- then you write, If we execute, and we
01:56:01 18   will, I have no doubt that markets will recognize the
01:56:03 19   value of XRP.
01:56:04 20             You believe that Ripple's efforts in the
01:56:10 21   above areas would lead to XRP's increased value?
01:56:13 22             MR. HORTON:  Objection to form.
01:56:25 23        A.   January 4, 2017, it's hard to even -- to
01:56:30 24   really think that XRP was part of crypto markets.
01:56:34 25             My job was head of XRP markets.  My job was
```

139

```
01:56:38  1   to make sure that XRP became as liquid as possible.
01:56:45  2   All of the activity at the time revolved around this
01:56:50  3   Bitcoin and Ethereum.  And my job was to make sure
01:56:54  4   that we put XRP basically everywhere, at least
01:56:57  5   initially, as a -- just a -- basic goal, where crypto
01:57:01  6   lives.
01:57:02  7        XRP wasn't rallying; the same reason that
01:57:06  8   it wasn't going down when these other markets were
01:57:08  9   going down.  It just wasn't part of crypto.
01:57:11  10       Q.   So your job was to put XRP on the map in
01:57:13  11  January 2017.
01:57:15  12            MR. HORTON:  Objection to form.
01:57:18  13       A.   No maps.  No maps.  But -- we wanted to get
01:57:25  14  to a place -- this was my basic thesis:  If, at some
01:57:30  15  point, you want to end up with a real enterprise
01:57:33  16  software product, using underlying crypto liquidity
01:57:38  17  through XRP, there was no way you were going to get
01:57:42  18  to that point without basically -- letting the
01:57:47  19  tailwinds of the rest of crypto push you along.  It
01:57:50  20  was just too hard.
01:57:52  21            All of this work on the protocol was
01:57:54  22  just -- it wasn't working.  So when I say we have
01:57:59  23  work to do, I'm pretty clearly saying, like, my team
01:58:03  24  has work to do.  I call it out.  I call out almost
01:58:06  25  everything that I think my team has to do.
```

                                                                    140

```
01:58:08  1        Q.    What are those things that you're calling
01:58:10  2    out?
01:58:11  3               MR. HORTON:  Objection to form.
01:58:13  4        A.    Eight to ten exchanges, MOPs used to run
01:58:17  5    payments through the exchanges.  I mean, even here,
01:58:20  6    right, this is January of '17.  We haven't even drawn
01:58:24  7    up xRapid already yet.  But we're already trying to
01:58:29  8    talk about the use case, kind of off the protocol.
01:58:36  9        Q.    In January 2017, were you trying to create
01:58:50 10    a market for XRP?
01:58:52 11               MR. HORTON:  Objection to form.
01:58:54 12        A.    No.  The market existed.  It's just small.
01:58:58 13        Q.    You were trying to grow the market.
01:59:02 14               MR. HORTON:  Objection.
01:59:03 15        A.    Yes.
01:59:10 16               MS. WAXMAN:  Exhibit 21.
01:59:11 17               (Email re: Ripple Media Tracking 3.24.17,
01:59:11 18         Bates 0461956 to -59, was marked MV Exhibit 21
01:59:11 19         for identification, as of this date.)
02:00:14 20               (Witness reviewing document.)
02:02:27 21        A.    Okay.
02:02:38 22        Q.    Did Ripple's marketing department ask you
02:02:40 23    to promote XRP on social media?
02:02:42 24               MR. HORTON:  Objection to form.
02:02:49 25        A.    I don't remember.
```

141

02:02:50  1       Q.   Did they ask you to tweet about XRP price
02:02:53  2   increases?
02:02:55  3            MR. HORTON:  Objection to form.
02:02:59  4       A.   I don't think so.
02:03:00  5       Q.   Are they asking you to do that in this
02:03:03  6   email?
02:03:05  7            MR. HORTON:  Objection to form.
02:03:13  8       A.   No.
02:03:16  9       Q.   Did marketing ask you to ask Ripple
02:03:18 10   partners and others to publicize and tweet about XRP?
02:03:23 11            MR. HORTON:  Objection to form.
02:03:27 12       A.   In this email?
02:03:28 13       Q.   In this email, and outside of this email.
02:03:32 14       A.   I don't remember outside the email.
02:03:36 15       Q.   Did they do that in this email?
02:03:43 16       A.   In this email, Monica is reaching out it
02:03:48 17   Patrick and myself, and asking, suggesting some
02:03:56 18   possible tweets, and whether or not some of our
02:03:58 19   partners might be willing to retweet them.
02:04:01 20       Q.   And did they suggest tweets about XRP's
02:04:03 21   price increase?
02:04:06 22            MR. HORTON:  Objection to form.
02:04:12 23       A.   I mean, there's three bullet points here.
02:04:14 24   They all have something to do with the price of XRP.
02:04:20 25       Q.   When you say "something to do with the

                                                        142

```
02:04:22   1    price of XRP," does it have to do with the price of
02:04:25   2    XRP increasing?
02:04:26   3              MR. HORTON:  Objection to form.
02:04:28   4        A.   Yes.
02:04:30   5        Q.   And why did they want you to ask Ripple
02:04:33   6    partners to tweet about XRP's price increase?
02:04:37   7              MR. HORTON:  Objection to form.
02:04:39   8        A.   I don't know.
02:04:43   9        Q.   Did Brad endorse the idea?
02:04:47  10              MR. HORTON:  Objection to form.
02:05:02  11        Q.   In the middle of the email he says, Love
02:05:03  12    the idea.
02:05:04  13              Did he endorse it?
02:05:06  14              MS. COWAN:  Objection to the form.
02:05:07  15        A.   It sounds like endorsement.
02:05:08  16        Q.   Okay.  Do you recall this -- do you recall
02:05:12  17    this request from marketing outside of this email?
02:05:15  18        A.   I don't.
02:05:18  19              MS. COWAN:  Objection to form.
02:05:18  20        Q.   Outside of this email, did Brad endorse
02:05:24  21    this idea about promoting XRP on social media?
02:05:29  22              MR. HORTON:  Objection to form.
02:05:30  23        A.   I don't know.
02:05:34  24              MS. WAXMAN:  Exhibit 24, please.
02:05:35  25              (Email re: Commitment on XRP for
```

143

```
02:05:35   1        CoinTelegraph?, Bates ████ 0057043, was marked
02:05:35   2        MV Exhibit 24 for identification, as of this
02:05:35   3        date.)
02:06:05   4             (Witness reviewing document.)
02:07:06   5        A.   Okay.
02:07:07   6        Q.   Do you recall this email?
02:07:08   7        A.   I don't.
02:07:09   8        Q.   Who is ████████████
02:07:14   9        A.   ████████ -- I think she's -- I think she
02:07:21  10   still works at Ripple.  I don't know in which
02:07:24  11   capacity.  At the time, she was -- she worked at ████
02:07:27  12   ████████████, and she was our primary point of
02:07:30  13   contact there, our account manager, whatever.
02:07:32  14        Q.   What is ████████████
02:07:37  15             MR. HORTON:  Objection to form.
02:07:39  16        A.   I'm not exactly sure.
02:07:41  17        Q.   Was ████████████ Ripple's PR firm?
02:07:45  18             MR. HORTON:  Objection to form.
02:07:51  19        A.   I -- I would -- I don't know what ████████
02:07:53  20   ████ does.
02:07:55  21        Q.   Why would ████████ reach out to you?
02:08:00  22             MR. HORTON:  Objection.
02:08:03  23        A.   Yeah, I -- what I'm reacting to, I'm not
02:08:06  24   sure if they're PR, marketing.  I'm not even exactly
02:08:09  25   sure how to couch them.  They help with marketing
```

144

02:08:11  1   stuff.

02:08:11  2        Q.   Okay.  So either marketing --

02:08:14  3        A.   Or PR.

02:08:16  4        Q.   Did ███████ ask you to comment on a recent

02:08:20  5   surge in XRP's price?

02:08:23  6             MR. HORTON:  Objection to form.

02:08:39  7        A.   It seems, yeah, somebody reached out to

02:08:41  8   ███████ from Cointelegraph asking questions about the

02:08:45  9   price of XRP rallying.  And she wanted to get back to

02:08:50 10   them.  She was suggesting some language and asking me

02:08:53 11   for my opinion.

02:08:53 12        Q.   And did you believe that Ripple's

02:08:55 13   announcements had caused an increase in XRP price?

02:08:59 14             MR. HORTON:  Objection to form.

02:09:01 15        A.   I don't remember.

02:09:03 16        Q.   You write, While the recent surge in XRP is

02:09:07 17   certainly influenced by Bitcoin scalability issues,

02:09:11 18   clearly much of the recent momentum is due to the

02:09:17 19   announcement that ██████ join Ripple's steering group

02:09:22 20   ███████

02:09:25 21             Did you write that Ripple's news had an

02:09:29 22   impact on XRP price?

02:09:32 23             MR. HORTON:  Objection.

02:09:37 24        A.   That's what I wrote, yeah.

02:09:38 25        Q.   Did others at Ripple share that view as

                                                              145

| | | |
|---|---|---|
| 02:09:40 | 1 | well? |
| 02:09:41 | 2 | MR. HORTON:  Objection to form. |
| 02:09:43 | 3 | A.   I don't remember. |
| 02:09:51 | 4 | MS. WAXMAN:  Exhibit 25. |
| 02:09:51 | 5 | (Email re: ███████ Bates Stamp Numbers |
| 02:09:51 | 6 | 0511391 through -392, was marked MV Exhibit 25 |
| 02:09:51 | 7 | for identification, as of this date.) |
| 02:10:13 | 8 | Q.   Mr. Vias, I'm showing you what's been |
| 02:10:15 | 9 | marked Exhibit MV 25, which has the Bates Stamp |
| 02:10:18 | 10 | Numbers 0511391 through -392. |
| 02:10:53 | 11 | (Witness reviewing document.) |
| 02:11:12 | 12 | Q.   Do you recall this -- tell me when you're |
| 02:11:15 | 13 | done reading it. |
| 02:11:20 | 14 | (Witness reviewing document.) |
| 02:11:26 | 15 | A.   Okay.  I'm ready. |
| 02:11:29 | 16 | Q.   Who is ████████████ |
| 02:11:35 | 17 | A.   I don't know of what ██████ does now.  At |
| 02:11:38 | 18 | the time ██████ -- hmm. |
| 02:11:43 | 19 | I don't know if ██████ was still at the |
| 02:11:45 | 20 | company when he sent me this email. |
| 02:11:48 | 21 | Q.   Did he used to work at Ripple? |
| 02:11:49 | 22 | A.   He did, yeah.  He used to be the head of |
| 02:11:51 | 23 | Ripple D. |
| 02:11:52 | 24 | Q.   What is Ripple D? |
| 02:11:53 | 25 | A.   Ripple D is the team that works on the |

146

02:11:57  1    protocol.

02:11:59  2        Q.    An engineer?

02:11:59  3        A.    Yes.   A head of engineering for the

02:12:02  4    protocol.

02:12:03  5        Q.    Now, on the second page, the paragraph that

02:12:08  6    says, You have to fix those relationships that the

02:12:11  7    leadership poorly managed or didn't manage at all, is

02:12:15  8    that what you wrote or is that what ████ wrote?

02:12:23  9              MR. HORTON:   Objection to form.

02:12:53 10        A.    It's -- just from reading the email it's

02:12:55 11    not clear, because it -- it seems like ████ wrote

02:13:00 12    something and then it says that I wrote something.

02:13:02 13    But it sounds like he nested -- my response -- I

02:13:09 14    don't -- it's super confusing.   I'm not sure.

02:13:11 15              It sounds like he wrote it, though.

02:13:13 16        Q.    Do you know when he -- if he wrote it, do

02:13:14 17    you know what he's talking about?

02:13:16 18              MR. HORTON:   Objection to form.

02:13:22 19        A.    If he wrote it, it would be on what's on

02:13:24 20    the email.   No.

02:13:29 21        Q.    In the middle of the email, at 4:34, he

02:13:39 22    writes to you regarding XRP trading.   He says, We

02:13:42 23    both know that this XRP pump is speculative.

02:13:45 24              Is he talking about trading by XRP

02:13:53 25    speculators?

                                                              147

| | | |
|---|---|---|
| 02:13:54 | 1 | MR. HORTON:  Objection to form. |
| 02:13:56 | 2 | A.    I think ███████ is saying that he thinks |
| 02:13:58 | 3 | that the run-up in XRP was caused by speculation. |
| 02:14:05 | 4 | Q.    And did you agree with him? |
| 02:14:09 | 5 | Or what are you agreeing with in your |
| 02:14:11 | 6 | email? |
| 02:14:13 | 7 | MR. HORTON:  Objection to form. |
| 02:14:14 | 8 | A.    Well, ███████ was a -- ███████ was a colorful |
| 02:14:23 | 9 | guy.  He is a colorful guy.  I'm guessing he's still |
| 02:14:27 | 10 | around. |
| 02:14:28 | 11 | So it was always better just to agree with |
| 02:14:30 | 12 | ███████  If not, you could get into, like, a really |
| 02:14:32 | 13 | long, drawn-out conversation as to why he was right |
| 02:14:37 | 14 | and you were wrong. |
| 02:14:37 | 15 | So I'm just agreeing with ███████  Yes, |
| 02:14:40 | 16 | sir, kind of thing. |
| 02:14:41 | 17 | Q.    Did you agree with the statement he was |
| 02:14:42 | 18 | saying, or were you just agreeing to agree? |
| 02:14:44 | 19 | A.    I don't remember.  I think I was just |
| 02:14:46 | 20 | agreeing to agree. |
| 02:14:48 | 21 | Q.    At the top of the very top email, at the |
| 02:14:55 | 22 | very top, he makes a recommendation regarding XRP. |
| 02:15:04 | 23 | What is he recommending? |
| 02:15:06 | 24 | MR. HORTON:  Objection to form. |
| 02:15:18 | 25 | A.    I'm not -- I'm not entirely sure. |

148

```
02:15:25  1              I don't know what he means by
02:15:26  2   "impressions."
02:15:32  3        Q.   Is he recommending that Ripple do more to
02:15:35  4   promote XRP as an investment to speculators?
02:15:39  5              MR. HORTON:  Objection to form.
02:15:43  6        A.   I think he's recommending that Ripple use
02:15:45  7   these websites somehow to promote XRP.
02:15:54  8        Q.   And then you write, I think you'll see
02:15:55  9   something like that soon, ███ Just takes a while.
02:15:59 10   Monica is fully -- all caps -- on board right now
02:16:02 11   with promoting XRP.
02:16:14 12              Why did you write "Monica is fully on board
02:16:17 13   right now"?
02:16:19 14        A.   So I think I mentioned, I think ████ is
02:16:22 15   gone at this point.  It's why he's emailing from his
02:16:24 16   Gmail account.  And he's -- you know, ████ and the
02:16:27 17   marketing team -- this predated me.  But, you know,
02:16:35 18   he certainly was not shy about letting me know, like,
02:16:37 19   how much he had argued with the marketing team.
02:16:39 20              And, again, ████ is an argumentative guy,
02:16:43 21   so it could be for a host of reasons.  But here he's
02:16:50 22   complaining again that whatever marketing is not
02:16:52 23   doing what he thinks marketing should be doing.  And
02:16:54 24   honestly, just to kind of placate him, I'm saying,
02:16:58 25   Hey, you know, don't worry about it.  Monica is fully
```

149

```
02:17:01  1   on board.  Like, things are going to change.  We're
02:17:02  2   going to make you happy, ██████████
02:17:04  3          Basically what I'm saying.
02:17:05  4      Q.   Was Monica not fully on board with
02:17:08  5   promoting XRP?
02:17:09  6          MR. HORTON:  Objection to form.
02:17:18  7      A.   I mean, I don't remember whether she was on
02:17:20  8   board with something, like what he was saying.  I
02:17:22  9   don't think so.
02:17:22 10          I think when I say she's "fully on board,"
02:17:25 11   I mean more around like -- we kind of moved beyond
02:17:32 12   the moment where XRP just didn't show up in the
02:17:36 13   narrative of the company anymore, which is what he
02:17:38 14   used to feel.
02:17:42 15      Q.   So Monica, in March 2017, was including XRP
02:17:50 16   as part of the company's narrative?
02:17:53 17          MR. HORTON:   Objection to form.
02:17:54 18      A.   I don't remember.
02:18:04 19      Q.   At the bottom of -- in the middle of the
02:18:07 20   bottom page, you say there are some ideological
02:18:11 21   differences.
02:18:12 22          What are you talking about there?
02:18:19 23      A.   Oh.
02:18:21 24          Again, if -- if ██████ wrote kind of this
02:18:23 25   piece here, I think I'm responding to his idea around
```

150

```
02:18:34   1   befriending Poloniex and Bitfinex, and getting closer
02:18:39   2   to them from a relationship perspective.
02:18:45   3              MS. WAXMAN:  Exhibit 11.
02:18:46   4              (Forwarded email re: Hola!, Bates Stamp
02:18:46   5          0763288, was marked MV Exhibit 11 for
02:18:46   6          identification, as of this date.)
02:19:02   7        Q.   Mr. Vias, I'm showing you what's been
02:19:03   8   marked as Exhibit MV 11, which begins with the Bates
02:19:08   9   Stamp 0763288.
02:19:38  10              (Witness reviewing document.)
02:24:16  11        A.   Okay.
02:24:18  12        Q.   Who is ███████
02:24:25  13        A.   ███████ is a dentist in Portugal.
02:24:29  14        Q.   Was ███████ an investor in XRP?
02:24:34  15              MS. COWAN:  Objection.
02:24:35  16              MR. HORTON:  Objection to form.
02:24:35  17        A.   From this email, if I remember correctly,
02:24:37  18   ███████ owned XRP, yes.
02:24:39  19        Q.   He was interested in profiting from an
02:24:40  20   increase in XRP price?
02:24:42  21              MR. HORTON:  Objection to form.
02:24:43  22        A.   Yes.
02:24:46  23        Q.   And he was relying on Ripple to make XRP
02:24:50  24   increase in price?
02:24:51  25              MR. HORTON:  Objection to form.
```

151

```
02:25:01  1        A.   I don't know what ████ was relying on.
02:25:07  2        Q.   Did you tell ████ Ripple's efforts would
02:25:10  3   lead to an increase in XRP price?
02:25:13  4             MR. HORTON:  Objection to form.
02:25:13  5        A.   Not that I remember, no.
02:25:17  6        Q.   Did -- ████ never intended to use XRP,
02:25:20  7   right?
02:25:21  8             MR. HORTON:  Objection to form.
02:25:22  9        A.   I don't know.
02:25:34 10        Q.   Did he ever tell you that he wanted to use
02:25:36 11   XRP?
02:25:41 12        A.   I don't think so.
02:25:43 13        Q.   In the body of the email, he talks about
02:25:45 14   his investment in XRP.  Correct?
02:25:49 15        A.   Yes.
02:25:52 16        Q.   And he talks about how much he believes in
02:25:55 17   Ripple.  Correct?
02:25:58 18             MR. HORTON:  Objection to form.
02:26:04 19        Q.   Why did you forward ████'s email to Chris
02:26:07 20   Larsen?
02:26:12 21        A.   I don't remember.
02:26:21 22        Q.   Did you communicate with any other retail
02:26:23 23   XRP investors?
02:26:24 24             MR. HORTON:  Objection to form.
02:26:24 25        A.   Not that I remember.
```

152

02:26:31 1        Q.   By this time, were retail investors

02:26:35 2   interested in buying XRP?

02:26:39 3             MR. HORTON:  Objection to form.

02:26:40 4        A.   I don't know.

02:26:46 5             MS. WAXMAN:  Exhibit 12, please.

02:26:46 6             (Email re: Hola!, Bates 0360469, was marked

02:26:46 7        MV Exhibit 12 for identification, as of this

02:26:46 8        date.)

02:27:02 9        Q.   Showing you what's been marked as

02:27:04 10  Exhibit MV 12, which begins with Bates 0360469.

02:27:43 11            (Witness reviewing document.)

02:29:21 12       A.   Okay.

02:29:22 13       Q.   What is MV 12?

02:29:27 14       A.   It's my response to ████████ email.

02:29:33 15       Q.   And in his email, did he indicate -- in

02:29:37 16  MV 11, did he indicate that he was frustrated with

02:29:42 17  XRP price?

02:29:43 18            MR. HORTON:  Objection to form.

02:29:44 19            (Witness reviewing document.)

02:30:59 20       A.   I don't know that.

02:30:59 21            I'm trying to find it if it's in here, but

02:31:08 22  I can't find it.

02:31:10 23       Q.   At the bottom of the page that has the

02:31:12 24  Bates Stamp 0360470.

02:31:15 25       A.   Uh-huh.

153

02:31:15   1          Q.   The last paragraph says, Of course, pass

02:31:18   2    this whole time.  At this point, I'm a bit frustrated

02:31:20   3    with the price.

02:31:30   4          A.   The top there.

02:31:30   5               Yeah, it looks like he was frustrated with

02:31:32   6    the price.

02:31:33   7          Q.   And then in the paragraph above it, toward

02:31:37   8    the end, he says, I had my first child six months

02:31:40   9    ago, and I'm now considering what to do about my

02:31:42  10    position.

02:31:47  11               Is he asking you whether he should hold or

02:31:50  12    sell?

02:31:52  13               MR. HORTON:  Objection.

02:31:53  14          A.   I don't think he's asking anything.

02:32:05  15          Q.   Did anyone at the company ever tell you how

02:32:07  16    to respond to someone who is asking about their

02:32:09  17    investment?

02:32:11  18               MR. HORTON:  Objection to form.

02:32:16  19          A.   Did anybody in the company ever ask me how

02:32:20  20    to respond if someone had questions around what they

02:32:22  21    should do with their XRP holdings?

02:32:27  22          Q.   Yes.

02:32:27  23          A.   No.

02:32:28  24          Q.   Did you tell ████ in response to his

02:32:31  25    email that you believe Ripple's efforts would lead to

                                                                  154

02:32:33  1    an increase in XRP value?

02:32:37  2              MR. HORTON:  Objection.

02:32:44  3        A.    No, I don't think so.

02:32:48  4        Q.    In the middle of the first paragraph, on

02:32:51  5    the very first page, you wrote -- you write, The team

02:32:55  6    is so strong, ██████████  They work so hard and are so

02:32:59  7    smart, sometimes it feels like there is no way we can

02:33:02  8    lose.

02:33:02  9              What are you talking about when you say

02:33:04 10    "there is no way we can lose"?

02:33:12 11        A.    There's no way we won't be successful.

02:33:15 12        Q.    Then towards the end, in the middle of the

02:33:18 13    page, you say, As for price, ████████  I have no idea

02:33:22 14    in the short to medium term.  The truth is our market

02:33:26 15    is too small right now to have a good sense of where

02:33:29 16    the price is going in the short term.  What I can

02:33:33 17    tell you is that if we execute this year, I will be

02:33:36 18    really surprised if the price stays where it is.

02:33:40 19              Were you communicating in this email that

02:33:42 20    you believe the price would increase based on what

02:33:45 21    Ripple was doing?

02:33:46 22              MR. HORTON:  Objection to form.

02:33:51 23        A.    I've said this a few times now, but -- it's

02:33:54 24    always important to couch these things within the

02:33:57 25    context of a broader crypto market.  You couldn't

                                                              155

02:34:02  1   help but be bullish crypto, if you were in crypto.

02:34:06  2   Otherwise, what's the point of being in crypto, in

02:34:08  3   some respects.

02:34:10  4         And I -- I mention it here, that the market

02:34:13  5   was so small, it wasn't on any exchanges.  I can't

02:34:16  6   remember if this is before or after the time I wrote

02:34:18  7   the email where I was like, Crypto rallied.  He did

02:34:22  8   nothing because he wasn't part of crypto.

02:34:26  9         So when I read these emails, it kind of --

02:34:30 10   immediately takes me back to just how nascent, and

02:34:36 11   barren in some respects, you know, the overall

02:34:40 12   liquidity pool was and how little connected that

02:34:43 13   liquidity pool was to the rest of it.

02:34:51 14   Q.   Did you represent to ▉▉▉▉ that you felt

02:34:53 15   that there was a lot of potential for XRP?

02:34:55 16         MR. HORTON:  Objection to form.

02:35:04 17   A.   I -- I don't see that here.

02:35:09 18   Q.   Well, you write, What I can tell you is

02:35:11 19   that, if we execute this year, I will be really

02:35:14 20   surprised if the price stays where it is.

02:35:17 21         So are you saying that if Ripple executes

02:35:21 22   on certain initiatives, the price will increase?

02:35:26 23         MR. HORTON:  Objection to form.

02:35:33 24   A.   There's more context here, which I think is

02:35:35 25   important.

                                                         156

02:35:39  1      So if you look at the end of ████████ email
02:35:52  2  where he says, Large transfers made by █████
02:35:56  3  dumping on Poloniex, yadda, yadda.  I think at this
02:36:03  4  point, this was the lowest the price had been for a
02:36:06  5  long time.  I can't remember exactly.  But there had
02:36:09  6  been some large sales in the market.
02:36:11  7      And as I'm thinking through this now, I'm
02:36:14  8  remembering a little bit.  Yeah, I think it was
02:36:17  9  the -- I think the lowest it had been in, like, three
02:36:20 10  or four years.
02:36:26 11      So I -- I'm -- I'm certainly not -- I'm not
02:36:31 12  communicating that the price is going to go any
02:36:36 13  lower.
02:36:38 14      All I'm saying is I'd be surprised if it
02:36:41 15  stays where it is.
02:36:43 16      Q.   Because of everything that Ripple was
02:36:45 17  doing?
02:36:50 18           MR. HORTON:  Objection.
02:36:50 19      A.   I think, in general, it was unlikely to
02:36:52 20  stay that low.
02:36:53 21      Q.   Why?
02:36:54 22      A.   Because that was the lowest it had been in
02:36:56 23  years.
02:36:56 24      Q.   Well, what was the price in 2017 -- at this
02:37:01 25  point?

157

02:37:02   1        A.   I think -- I think in February, it got down
02:37:03   2   to 4 tenths of a penny, 4 1/2 tenths of a penny,
02:37:08   3   something like that, which I know -- you know, now we
02:37:10   4   say 6 1/2 tenths of a penny versus 4 1/2 tenths of a
02:37:10   5   penny doesn't feel like much, but that's a 33 percent
02:37:14   6   dip.
02:37:26   7             MS. WAXMAN:   Exhibit 40.
02:37:28   8             (Email re: XRP Markets Update, Bates
02:37:28   9        0032680 to -81, was marked MV Exhibit 40 for
02:37:28  10        identification, as of this date.)
02:37:55  11             (Witness reviewing document.)
02:39:10  12        Q.   Do you recall this email?
02:39:13  13        A.   I do not.
02:39:14  14        Q.   The bottom email, why did you send this
02:39:22  15   email?
02:39:25  16             MR. HORTON:   Objection.
02:39:28  17        A.   I don't remember.
02:39:32  18        Q.   Did you send this email to a distribution
02:39:34  19   list?
02:39:35  20             MR. HORTON:   Objection.
02:39:36  21        Q.   Or to a group of people?
02:39:38  22        A.   If I remember correctly, this went to
02:39:39  23   leadership.
02:39:42  24        Q.   And what is the email about?
02:39:49  25        A.   It's a commentary on market activity in

                                                              158

```
02:39:51  1   XRP.
02:39:52  2       Q.   And why were you providing leadership with
02:39:58  3   commentary on XRP trading market?
02:40:05  4       A.   If I remember correctly, I think I was
02:40:07  5   asked to do this periodically.  It was part of the
02:40:11  6   responsibility, overall.
02:40:17  7       Q.   Is the email talking about chatter about
02:40:18  8   Ripple's escrow announcement?
02:40:22  9            MR. HORTON:  Objection to form.
02:40:25 10       A.   It mentions it.
02:40:26 11       Q.   Okay.  And did you believe the chatter
02:40:29 12   about the escrow had caused XRP's price to increase?
02:40:36 13       A.   At the time, I did, yes.
02:40:40 14       Q.   And was the escrow announcement significant
02:40:42 15   for Ripple?
02:40:44 16            MR. HORTON:  Objection to form.
02:40:52 17       A.   The -- sort of, after the -- when we
02:40:55 18   announced it, you mean?
02:40:58 19       Q.   So was the fact that Ripple was considering
02:41:01 20   putting its XRP in escrow significant?
02:41:08 21            MR. HORTON:  Objection to form.
02:41:09 22       A.   Significant to whom?
02:41:10 23       Q.   Significant to the market.
02:41:15 24            MR. HORTON:  Same objection.
02:41:17 25       A.   I don't know.
```

159

02:41:18   1          Q.   Did the escrow reduce overhang, which was a

02:41:23   2   concern by speculators?

02:41:25   3               MR. HORTON:  Objection to form.

02:41:27   4          A.   I don't know.

02:41:29   5          Q.   What was the goal of the escrow?

02:41:33   6               MR. HORTON:  Objection to form.  Lack of

02:41:35   7   foundation.

02:41:36   8          A.   The -- the primary -- this kind of goes

02:41:43   9   back a little bit to our conversation around clarity

02:41:46  10   and transparency.

02:41:47  11          You know, the -- the primary goal was to

02:41:54  12   remove any doubts -- I have to go back a little bit.

02:42:08  13   There had been a lot FUD around Jed selling way

02:42:12  14   before I joined the company, a very well-publicized

02:42:14  15   incident where Jed said he was going to sell all his

02:42:19  16   XRP.  It was very dramatic for crypto.

02:42:21  17          And it felt like there was still some of

02:42:25  18   that -- those lingering concerns about Ripple having

02:42:28  19   so much XRP accessible at any time, and -- you know

02:42:32  20   having concerns around, you know, if the company got

02:42:35  21   into trouble somehow and needed money that they might

02:42:39  22   just turn around and sell all of its XRP.

02:42:42  23          So the primary reason was to sort of remove

02:42:44  24   that risk.  We got some suggestions from folks about

02:42:51  25   the best way to remove that risk is just to destroy

                                                              160

02:42:53 1   all the XRP.  We thought that might be a little

02:43:00 2   aggressive, and this could be a good middle ground.

02:43:03 3        Q.   And was it the risk that Ripple could sell

02:43:06 4   all of its XRP into the market?

02:43:10 5             MR. HORTON:  Objection to form.

02:43:15 6        A.   I don't know that it was all the XRP or

02:43:16 7   some of the XRP, but it was just that, you know,

02:43:18 8   Ripple could sell a large amount of XRP.

02:43:21 9        Q.   And Ripple sales would have a negative

02:43:23 10  impact on price?

02:43:26 11            MR. HORTON:  Objection.

02:43:27 12       A.   If -- if they're large enough they could.

02:43:39 13       Q.   Was the escrow one of the things Ripple did

02:43:40 14  to get XRP kind of out of its corner?

02:43:48 15            MR. HORTON:  Objection to form.

02:43:56 16       A.   If I think of kind of how the other crypto

02:44:01 17  currencies get distributed, so Bitcoin in particular,

02:44:04 18  proof of work and how it's algorithmic and incredibly

02:44:07 19  well known, it's public.  So that's just not

02:44:12 20  something that the market has any concerns about, the

02:44:14 21  amount of supply coming online at any given time

02:44:17 22  because it's known.

02:44:18 23            If we think of a random cryptocurrency not

02:44:24 24  having that attribute or not having clarity of

02:44:27 25  supply, you could think of it as having challenges,

161

02:44:30  1    as being part of crypto.  One of these things is not
02:44:34  2    like the other.
02:44:35  3            I think the escrow was an attempt at
02:44:39  4    almost -- you know, I think that -- the escrow
02:44:42  5    married with programmatic sales, which we were public
02:44:49  6    with, I think started to put in place.  Something
02:44:53  7    that was akin to, you know, that algorithmic very
02:44:58  8    public supply schedule, which XRP just didn't have.
02:45:10  9        Q.   Was one of the reasons XRP did not have
02:45:15 10    clarity of supply because Ripple owned most of it,
02:45:17 11    and could sell it at any point into the market?
02:45:22 12            MR. HORTON:  Objection to form.
02:45:23 13        A.   No.  The -- and I'm not a technical expert
02:45:26 14    so I don't want to dive too deep in here, but it's
02:45:29 15    more because of the consensus mechanism.  The fact
02:45:32 16    that it's not a proof-of-work blockchain means that
02:45:35 17    you don't have kind of the rewards being build out
02:45:38 18    for mining blocks or for validating blocks.  So it's
02:45:42 19    just a different mechanism.
02:45:55 20        Q.   Did Ripple understand -- did Ripple believe
02:45:56 21    that by implementing the escrow it would cause an
02:46:00 22    increase in XRP price?
02:46:03 23            MR. HORTON:  Objection to form.
02:46:08 24        A.   I -- so I -- no.
02:46:17 25            What -- the company, I don't know what

162

```
02:46:18  1   the -- with --
02:46:21  2        Q.   Did you believe that the escrow -- by
02:46:22  3   implementing the escrow it would have a positive
02:46:24  4   impact on XRP's price?
02:46:29  5        A.   Yeah, I thought it would be beneficial.
02:46:32  6        Q.   Why?
02:46:39  7        A.   Well, just kind of think of it almost like
02:46:43  8   a -- I think of the price of something as kind of the
02:46:46  9   expected value of something.  You think about
02:46:50 10   probabilities of outcomes, and you removed the big
02:46:54 11   probability, like one big outcome has been removed.
02:46:57 12   The probability that 60 billion XRP get sold in one
02:47:00 13   day is gone.  Likely the probability that, well, now
02:47:03 14   the probability that anything but 1 billion XRP in a
02:47:06 15   month -- or a day, which is, I guess, technically
02:47:07 16   what could have happened, all those other
02:47:10 17   probabilities get -- they're just not possible
02:47:14 18   anymore.
02:47:15 19        So the -- the chances that you get, like,
02:47:20 20   incredible supply guts -- or gluts -- is gone.  That
02:47:23 21   shouldn't be bad for the price.  I -- I -- I guess.
02:47:41 22   At the same time, I mean -- I'll shut up.
02:47:49 23        Q.   Absent the escrow, was there a concern by
02:47:52 24   XRP holders that Ripple could sell a large portion of
02:47:56 25   its holdings?
```

163

```
02:47:58   1              MR. HORTON:  Objection to form.
02:47:58   2       A.    Hard for me to speak to all XRP holders.
02:48:04   3              But it -- if I remember correctly, it's
02:48:06   4   stuff that I read or heard from folks.
02:48:10   5       Q.    Did you hear that directly from OTC
02:48:12   6   purchasers?
02:48:15   7       A.    Not that I remember.
02:48:18   8       Q.    And where did you read that?
02:48:22   9       A.    I don't remember.
02:48:22  10              MR. HORTON:  Objection to form.
02:48:23  11       Q.    Did you read that on XRP Chat?
02:48:28  12       A.    I don't remember.
02:48:29  13       Q.    Were -- did you understand that XRP holders
02:48:34  14   and XRP speculators were concerned that Ripple could
02:48:38  15   sell its XRP at any time into the market?
02:48:41  16              MR. HORTON:  Objection to form.
02:48:42  17       A.    Again, hard for me to speak for everybody,
02:48:51  18   but I felt like I had that impression, felt that
02:48:53  19   impression.
02:48:54  20       Q.    Did others at Ripple have that impression
02:48:57  21   as well?
02:48:59  22              MR. HORTON:  Objection to form.
02:49:00  23       A.    I can't remember anybody specifically, but
02:49:01  24   I think so.
02:49:02  25       Q.    Did Brad Garlinghouse share that view?
```

                                                                    164

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
02:49:06   1              MR. HORTON:  Objection to form.
02:49:08   2         A.   I don't know.
02:49:12   3         Q.   Did Chris Larsen share that view as well?
02:49:17   4              MR. HORTON:  Objection.
02:49:17   5              MS. COWAN:  Objection.
02:49:18   6         A.   I don't know.
02:49:25   7         Q.   Are you familiar with an entity called
02:49:27   8    ████████ --
02:49:29   9              MR. HORTON:  Sorry, Counsel.  Are you done
02:49:30  10    with this document?
02:49:31  11              MS. WAXMAN:  Yes.
02:49:32  12              MR. HORTON:  Can we take a short break?
02:49:35  13              MS. WAXMAN:  Yes.  We're off the record at
02:49:36  14    2:49.
02:49:38  15              THE VIDEOGRAPHER:  Going off the record at
02:49:39  16    2:49 p.m. Eastern.
02:49:42  17              (A recess was taken from 2:49 to 3:02.)
03:02:29  18              THE VIDEOGRAPHER:  We are back on the
03:02:29  19    record at 3:02 p.m. Eastern.
03:02:39  20         Q.   Mr. Vias, are you familiar with an entity
03:02:40  21    called ████████████████
03:02:44  22         A.   I -- yes, yes.
03:02:46  23         Q.   What is ████████████████
03:02:58  24         A.   I'm not 100 percent sure.  I want to tell
03:02:59  25    you what I -- what I remember it being.  I don't know
```

                                                                165

```
03:03:01   1    if it still is.
03:03:03   2            So ▓▓▓▓▓ was a -- it's a company that
03:03:07   3    provided software to digital currency exchanges with
03:03:10   4    a matching engine.
03:03:12   5        Q.   Did Ripple ever partner wit▓ ▓▓▓▓▓▓
03:03:17   6            MR. HORTON:  Objection to form.
03:03:22   7        A.   I don't remember if we ever actually inked
03:03:25   8    a deal with ▓▓▓▓▓▓
03:03:28   9        Q.   How did you come to learn about ▓▓▓▓▓▓
03:03:30  10        A.   I don't remember.
03:03:32  11            MS. WAXMAN:  Exhibit 50.
03:03:33  12            (Email from Mr. Vias to ▓▓▓▓▓▓▓▓▓▓ re:
03:03:33  13        Call Notes: ▓▓▓▓▓▓▓, Bates 0762086, was
03:03:33  14        marked MV Exhibit 50 for identification, as of
03:03:33  15        this date.)
03:03:47  16        Q.   Mr. Vias, I'm showing you what's been
03:03:49  17    marked MV 50, with the Bates 0762086.
03:03:54  18        A.   Okay.
03:03:55  19            (Witness reviewing document.)
03:04:27  20        A.   Okay.
03:04:29  21        Q.   Does this refresh your memory about ▓▓▓▓▓▓
03:04:32  22    and whether Ripple entered into any partnership or
03:04:36  23    deal with ▓▓▓▓?
03:04:40  24            MR. HORTON:  Objection to form.
03:04:41  25        A.   It does not.
```

166

| | | |
|---|---|---|
| 03:04:43 | 1 | Q.   Did Ripple sell XRP to ████ |
| 03:04:51 | 2 | A.   I don't think so. |
| 03:04:53 | 3 | I don't remember doing so.  No. |
| 03:04:59 | 4 | Q.   Did ████ sell XRP to its customers? |
| 03:05:04 | 5 | MR. HORTON:  Objection to form. |
| 03:05:07 | 6 | A.   I don't know. |
| 03:05:19 | 7 | Q.   At the very top is an email from you to |
| 03:05:21 | 8 | ████.  Who is ████ |
| 03:05:26 | 9 | A.   ████ was a member of the BD team. |
| 03:05:32 | 10 | Q.   And did you report to ████ |
| 03:05:37 | 11 | A.   No. |
| 03:05:38 | 12 | Q.   Why were you letting him know about ████ |
| 03:05:48 | 13 | A.   I think this -- I sent out a -- a -- this |
| 03:05:52 | 14 | is a quick, kind of, recap for a meeting that we had |
| 03:05:56 | 15 | with ████ the CEO. |
| 03:05:58 | 16 | If I remember correctly, we used to send |
| 03:06:01 | 17 | these call notes out to the BD team broadly.  So I |
| 03:06:04 | 18 | can't remember if it was a distribution email or if |
| 03:06:07 | 19 | it was individuals.  I think it was just BD at |
| 03:06:09 | 20 | Ripple.  And we would just send off the calls notes |
| 03:06:12 | 21 | for visibility so folks knew what conversations were |
| 03:06:16 | 22 | being had. |
| 03:06:17 | 23 | Q.   You write about the -- about ████ at the |
| 03:06:19 | 24 | very top.  They will just be buying XRP, but it's a |
| 03:06:23 | 25 | great sign that retail brokers are jumping in. |

167

| | | |
|---|---|---|
| 03:06:27 | 1 | What did you mean by "retail brokers"? |
| 03:06:39 | 2 | A.   Yeah, I don't -- I'm -- I'm a little |
| 03:06:48 | 3 | confused by this, to be honest.  Because I -- this is |
| 03:06:51 | 4 | not how I remember ███████ |
| 03:06:54 | 5 | So I'm just having trouble remembering this |
| 03:06:56 | 6 | thread. |
| 03:06:58 | 7 | Q.   Well, other than in connection with ██████ |
| 03:07:04 | 8 | what do you mean by the term "retail brokers"? |
| 03:07:07 | 9 | MR. HORTON:  Objection to form. |
| 03:07:09 | 10 | A.   So -- if there isn't a direct analog to |
| 03:07:22 | 11 | cryptocurrency exchanges in FX markets.  We don't -- |
| 03:07:29 | 12 | in the States, FX trading isn't as popular as it is |
| 03:07:33 | 13 | in the UK or Europe, in some parts.  So we don't |
| 03:07:37 | 14 | have, like, FX exchanges. |
| 03:07:40 | 15 | The way I understand it -- I wasn't an FX |
| 03:07:41 | 16 | expert, but the way I understand the FX market is |
| 03:07:44 | 17 | that as of -- instead of having those exchanges, |
| 03:07:49 | 18 | there are retail brokerages where -- you can get |
| 03:07:56 | 19 | access to FX as a more retail-type trader, but it's |
| 03:07:59 | 20 | more -- it's broker.  So it's not like a matching |
| 03:08:05 | 21 | engine where you're just matching up with somebody |
| 03:08:07 | 22 | and you don't know who it is. |
| 03:08:08 | 23 | I think the way retail brokerages in FX |
| 03:08:12 | 24 | work is you pair off against a broker.  But honestly, |
| 03:08:15 | 25 | I'm not sure. |

168

03:08:17   1        Q.   So was the purpose of reaching out to ▓▓▓▓

03:08:20   2   to make XRP available for retail purchasers?

03:08:25   3            MR. HORTON:   Objection to form.

03:08:27   4        A.   I don't remember.   Why we reached out to

03:08:28   5   ▓▓▓▓.   It looks like it was an introduction from

03:08:30   6   ▓▓▓▓▓▓▓▓▓▓

03:08:33   7        Q.   And what is ▓▓▓▓▓▓▓▓▓?

03:08:36   8        A.   ▓▓▓▓▓▓▓▓ is a software provider for

03:08:41   9   over-the-counter trading.

03:08:47  10        Q.   For whom?   Who would use it?

03:08:50  11        A.   ▓▓▓▓▓▓▓▓▓ as an example, uses

03:08:53  12   ▓▓▓▓▓▓▓

03:08:57  13            MS. WAXMAN:   Exhibit 58, please.

03:08:59  14            (Email chain re: Quick Thoughts on XRP

03:08:59  15       Sequencing, Bates 0048430 through -433, was

03:08:59  16       marked MV Exhibit 58 for identification, as of

03:08:59  17       this date.)

03:09:23  18        Q.   Mr. Vias, I'm showing you what's been

03:09:26  19   marked as MV 58, which has the Bates 0048430 through

03:09:36  20   -433.

03:09:56  21            (Witness reviewing document.)

03:11:04  22        A.   Okay.

03:11:06  23        Q.   Do you recall sending this email, in

03:11:10  24   August 2017?

03:11:12  25        A.   I don't.

169

```
03:11:14   1          Q.   What was going on in the XRP market in
03:11:17   2    August 2017?
03:11:19   3               MR. HORTON:  Objection to form.
03:11:20   4          Q.   I mean earlier we -- you spoke about in
03:11:22   5    early 2017 that there wasn't enough publicity into
03:11:32   6    XRP.  Had that changed in August 2017?
03:11:36   7               MR. HORTON:  Objection to form.  I'm not
03:11:37   8    sure that's what he testified.
03:11:39   9          A.   Did I use that word?
03:11:40   10         Q.   No.
03:11:42   11              Well, what was the market like in
03:11:45   12   August 2017?
03:11:47   13         A.   I -- I don't -- that's a broad question.
03:11:50   14   I'm not sure -- I -- I don't know.
03:11:53   15         Q.   How did the market for XRP compare in
03:11:56   16   August -- how did it -- in August 2017, what was the
03:12:00   17   market like compared to the market in early 2017?
03:12:04   18         A.   I think it was better.  I think we had -- I
03:12:07   19   think XRP was listed on more exchanges at that point.
03:12:09   20   If I remember correctly, Kraken had listed.  Bitstamp
03:12:14   21   had listed.  I think we had a few of the Korean
03:12:16   22   exchanges it listed.
03:12:18   23              I think at this point, we had Genesis
03:12:20   24   Trading OTC, which was good.  We may have had either
03:12:24   25   ████ or ██████, that's the hardware wallets, extend
```

                                                                        170

```
03:12:30   1    support for XRP.  So I think volumes were up.
03:12:35   2            I think the price at this point had come
03:12:37   3    off its highs, in May.  I can't remember what the
03:12:45   4    price was, but I think, in general, it was better.
03:12:49   5        Q.   Did you still have those concerns that you
03:12:51   6    had earlier in the year about XRP -- I don't want to
03:12:55   7    put words in your mouths, but you had -- you
03:12:56   8    mentioned earlier that you did have concerns about
03:12:58   9    XRP early in 2017.
03:13:00  10        A.   Yeah --
03:13:04  11            MR. HORTON:  Objection to form.
03:13:04  12        A.   Sorry.
03:13:04  13            Yeah, concerns that it wasn't -- it wasn't
03:13:08  14    participating broadly in the rest of the crypto
03:13:12  15    markets.  It really wasn't part of that.
03:13:13  16            I think less so.  I think less so, but
03:13:16  17    not -- clearly, as I'm outlining in this email, there
03:13:20  18    was still things to do.
03:13:22  19        Q.   In the email, you -- to Patrick, on the
03:13:25  20    second page of the top, you say, On the back of my
03:13:31  21    email exchange with Brad over the weekend and the
03:13:34  22    leadership off-site this week, I wanted to give you a
03:13:36  23    quick overview of what I think we need to do over the
03:13:42  24    next few months to keep XRP's momentum going.
03:13:44  25            What momentum are you talking about?
```

171

03:13:47   1        A.   I don't remember specifically.

03:13:48   2        Q.   Are you talking about momentum in terms of

03:13:51   3   XRP price?

03:13:54   4             MR. HORTON:  Objection.

03:13:54   5        A.   I -- I doubt it.  I think at this point,

03:13:59   6   the price had come off pretty significantly from the

03:14:01   7   highs, in May or June, whatever that was.

03:14:06   8        Q.   Are you talking -- sorry, go on.

03:14:08   9        A.   I think I mean more about just the market

03:14:10   10  development.  The liquidity kind of -- the

03:14:12   11  unstuckness, if you will.  Starting to get unstuck

03:14:15   12  from that little corner that I described before.

03:14:18   13       Q.   What was market sentiment like at the time

03:14:22   14  for XRP?

03:14:24   15            MR. HORTON:  Objection to form.

03:14:24   16       A.   I don't know.

03:14:25   17       Q.   Was it positive?

03:14:27   18            MR. HORTON:  Objection to form.

03:14:28   19       A.   I don't know.

03:14:31   20       Q.   Were retail investors excited about XRP in

03:14:35   21  late 2017?

03:14:37   22            MR. HORTON:  Objection to form.

03:14:38   23       A.   I don't know.

03:14:44   24       Q.   What do you recommend Ripple do to keep the

03:14:47   25  momentum going?

                                                                172

```
03:14:56  1        A.   Sorry, I just -- I've listed them.  I'm not
03:14:58  2   going to read them to you.
03:15:00  3        Q.   Are many of the things that you've
03:15:01  4   recommended, relate to making XRP more readily
03:15:05  5   available on platforms?
03:15:08  6             MR. HORTON:  Objection to form.
03:15:10  7        A.   Sorry.  Can you repeat that again?
03:15:18  8        Q.   Are the items that you list, are they
03:15:20  9   related to making XRP more readily available for
03:15:24 10   trading on platforms?
03:15:26 11        A.   Some of these are.  Yeah.
03:15:28 12        Q.   And the ones that are not related to
03:15:31 13   platforms, what are -- what do they relate to?
03:15:47 14        A.   So there's an xRapid mentioned, around --
03:15:50 15   you know, the pilots.  That really speaks more to
03:15:59 16   kind of the signaling to the payments industry is
03:16:01 17   that we have a product.
03:16:02 18             The other one I think that's not related at
03:16:05 19   all to -- to anything exchange-wise is the blockstack
03:16:12 20   support for XRP, which is really more technical- and
03:16:17 21   developer-focused.  And then the ACH launch at Kraken
03:16:18 22   and Bitstamp, really, I think, if I remember
03:16:20 23   correctly, revolved around ease of use for xRapid.
03:16:25 24        Q.   You said the xRapid pilot was more of a
03:16:27 25   signal.  Correct?
```

173

03:16:29  1          A.   Yeah.

03:16:30  2          Q.   Is that because at the time xRapid

03:16:33  3   wasn't -- hadn't been commercially adopted yet?

03:16:37  4          MR. HORTON:  Objection to form.

03:16:37  5          A.   I mean it was a pilot.  Remember, I think

03:16:40  6   we sketched out xRapid on a whiteboard in March.

03:16:44  7   This is August.  It's not even five months later.

03:16:47  8          I think we're talking about launch of

03:16:50  9   xRapid of a pilot in October.

03:16:53  10         Q.   So nobody was using xRapid at the time.

03:16:57  11         MR. HORTON:  Objection to form.

03:16:58  12         A.   I think xRapid was not ready to be used.

03:17:01  13         Q.   Okay.  So why would listings, XRP's

03:17:08  14   listings help the -- XRP's momentum?

03:17:11  15         A.   So if you're going to take it to -- it's --

03:17:22  16   it's -- at the end state, the long-term goal, there's

03:17:25  17   a network of really liquid exchanges, all connected

03:17:29  18   with Ripple APIs, that each one of which facilitates

03:17:35  19   transfer of value from one -- from one of those

03:17:37  20   exchanges to any one of the other ones.  And that

03:17:40  21   network of liquidity and volume being used by payment

03:17:44  22   providers, like MoneyGram, the America's ███████

03:17:47  23   ██████   International ones as well.

03:17:50  24         How do you do that?  You have to start with

03:17:59  25   the exchanges, obviously, and getting those listings,

                                                              174

03:18:02  1   and getting those books and getting those books
03:18:05  2   liquid.  And you've to keep building.  You have to
03:18:08  3   keep getting listings.  Part of it is a general --
03:18:13  4   like -- you know, you can't have only the xRapid
03:18:17  5   exchanges be liquid.  That would be odd.
03:18:21  6            So you still have this overarching goal of,
03:18:23  7   okay, like general liquidity health, general market
03:18:29  8   health.  So lot of this is -- some of that; and some
03:18:31  9   of it is an anticipation of what we're going to do in
03:18:35 10   the future.
03:18:35 11            So SCI.  SCI is a Filipino exchange.  We
03:18:42 12   wanted to go into the Philippines next.  That was
03:18:45 13   what SCI was about.  I'm actually surprised that
03:18:50 14   coins.ph is not on here, because that ended up being
03:18:53 15   a big part of the Philippines strategy as well.
03:18:56 16            So there is -- you know, at the end of '17,
03:19:02 17   early '18, we -- you know, we start to get a kind of
03:19:07 18   differing of priorities.  Some of the foundational
03:19:14 19   liquidity building had been done; a lot of it not by
03:19:16 20   us.  Organically, as the markets, you know, really
03:19:19 21   grew in crypto, folks start listing XRP on their own.
03:19:24 22   We can start now to be a little more strategic about
03:19:26 23   where we want to target XRP listings and tie them a
03:19:31 24   little bit more closely to the broader product
03:19:33 25   strategy.

175

```
03:19:34  1              And I think, you know, BitOasis, I don't
03:19:38  2  know if we ever get the BitOasis launch or deal.
03:19:43  3  That was one another, because we -- we had ideas
03:19:45  4  around the Middle East in money movement.
03:19:50  5              So yeah, if that answers your question.
03:19:54  6       Q.   But at this time, in August 2017, this was
03:19:57  7  all prospective.
03:20:06  8              MS. COWAN:  Objection.
03:20:06  9       Q.   The work on xRapid, and exchanges that
03:20:10 10  would integrate xRapid.
03:20:18 11              MS. COWAN:  Objection.
03:20:19 12              MR. HORTON:  Hang on.  She is going to ask
03:20:21 13  a question.
03:20:21 14       Q.   The work that you were doing was -- in
03:20:23 15  relation to xRapid was for something in the future.
03:20:28 16              MS. COWAN:  Same objection.
03:20:29 17       A.   How do you get to the future if you don't
03:20:39 18  plan in the present?  Yeah, this is laying out some
03:20:42 19  of the strategy to get us to that end state.  This is
03:20:44 20  some of the sequencing I thought we needed.
03:20:50 21       Q.   And did you think the sequencing encouraged
03:20:52 22  speculative trading volume?
03:20:54 23       A.   I don't know.
03:20:55 24       Q.   Was part of the sequencing to get more
03:20:58 25  speculation so that at some point in the future, XRP
```

176

```
03:21:03   1   could be used for payments?
03:21:04   2            MR. HORTON:  Objection to form.
03:21:15   3       A.   I think speculation is an important part of
03:21:17   4   a healthy market.
03:21:22   5       Q.   Did you think speculation was a precursor
03:21:24   6   to getting XRP adopted for payments?
03:21:27   7            MR. HORTON:  Objection to form.
03:21:31   8       A.   I wouldn't be go so far as a precursor, but
03:21:35   9   I think it would be harder to do it without it.
03:21:37  10       Q.   Did Ripple work to encourage speculative
03:21:45  11   trading?
03:21:47  12            MR. HORTON:  Objection to form.
03:21:47  13       A.   No.
03:21:48  14       Q.   Did it promote XRP as a speculative
03:21:50  15   investment?
03:21:51  16            MR. HORTON:  Objection to form.
03:21:52  17       A.   No.  Not that I know.
03:22:01  18       Q.   How else could you get XRP -- how else
03:22:06  19   could you grow the XRP market other than through
03:22:09  20   speculative trading?
03:22:12  21            MR. HORTON:  Counsel, who are you referring
03:22:13  22   to when you say "you"?
03:22:15  23            MS. WAXMAN:  I'm talking about Miguel, who
03:22:17  24   is head of XRP markets, and his position as head of
03:22:20  25   XRP markets at Ripple.
```

177

```
03:22:23   1        A.    The question was what else could --
03:22:26   2        Q.    How else could you get XRP -- what -- what
03:22:40   3   other ways could you get -- grow the XRP market,
03:22:42   4   other than through speculative XRP trading?
03:22:46   5             MR. HORTON:  Objection to form.
03:22:51   6        A.    When you say "grow the XRP market," you
03:22:53   7   mean increase liquidity?
03:22:54   8        Q.    Yes.
03:22:56   9        A.    We could.  I feel like that -- again, three
03:23:14  10   parts of -- in my view, three buckets of liquidity in
03:23:17  11   a market.  Speculation, market-making activity, and
03:23:21  12   then commercial activity.  Those are the three
03:23:24  13   buckets.
03:23:24  14             I think hard to find a really robust and
03:23:28  15   thick market in the world that doesn't have those
03:23:30  16   three.  If you're missing any of them, you're not
03:23:33  17   going to have as robust a market as you can have.
03:23:37  18             With respect to xRapid, it's a -- it's hard
03:23:45  19   to -- I mean, if XRP is going to be on a digital
03:23:51  20   currency exchange, there no way for me to say, Hey,
03:23:55  21   nobody speculate in it, please.  We're just going to
03:23:58  22   list it.  Don't touch it.  I just want the exchange
03:24:01  23   to list it.  I'm going to bring in a bunch of market
03:24:05  24   makers and I am going to bring in a bunch of payment
03:24:06  25   providers, and I'm going to let them trade in these
```

178

03:24:09  1   books, but please don't let any speculators in.

03:24:12  2          I don't know how to do that.  I don't think

03:24:14  3   there's any way to do that.

03:24:20  4          And really, the exchange architecture, the

03:24:23  5   fact that, to use an exchange, you have to deposit

03:24:26  6   funds, and they have to be available, and are

03:24:30  7   available immediately, is -- is incredibly beneficial

03:24:35  8   to the use case.

03:24:37  9          So using xRapid via OTC brokers doesn't

03:24:41 10   work.  Because there's huge settlement issues.  So

03:24:47 11   you want to use the exchanges for this use case.  I

03:24:50 12   can't even imagine a -- a -- scenario where we

03:24:54 13   wouldn't.

03:24:58 14          So it's hard for me -- like, once you --

03:25:00 15   once you have it listed on an exchange, people are

03:25:02 16   going to trade it; some for speculation, and maybe

03:25:04 17   some market makers.  And, you know, our job was to

03:25:07 18   use whatever liquidity was on there, whoever was

03:25:09 19   using that liquidity or creating it, to then build

03:25:11 20   the product on top of it and enhance that liquidity.

03:25:15 21   But none of the enhancements of that liquidity had

03:25:17 22   anything to do with speculation.

03:25:19 23          If you look at what we tried to do, around

03:25:23 24   xRapid, is -- you know, especially in the books of

03:25:26 25   some of the large payment providers that weren't

179

```
03:25:29   1   quite ready for purpose -- or fit for purpose yet;
03:25:31   2   they were a little wide in terms of spreads -- is
03:25:34   3   bring in market makers and then bring in the payment
03:25:38   4   providers.  But we really don't do anything at
03:25:40   5   that -- we don't do anything to encourage
03:25:42   6   speculation.
03:25:49   7        Q.   Ripple tried to get XRP listed on
03:25:52   8   platforms.  Correct?
03:25:53   9             MR. HORTON:  Objection to form.
03:25:55  10        A.   My team, the XRP markets team.
03:25:57  11        Q.   And that was in order to increase overall
03:26:01  12   trading volume of XRP?
03:26:03  13             MR. HORTON:  Objection to form.
03:26:04  14        A.   Primarily, yes.
03:26:06  15        Q.   And that led to an increase in speculative
03:26:09  16   trading for XRP?
03:26:15  17        A.   I think so.
03:26:51  18             MS. WAXMAN:  Exhibit 72.
03:26:52  19             (Email exchange re: XRP Markets Roles,
03:26:52  20        Bates 0376177 through -178, was marked MV
03:26:52  21        Exhibit 72 for identification, as of this date.)
03:26:53  22        Q.   Mr. Vias, I'm showing you what's been
03:27:13  23   marked as MV 72, which has the Bates 0376177 through
03:27:23  24   -178.
03:27:46  25             (Witness reviewing document.)
```

                                                              180

```
03:28:29  1        A.    Okay.
03:28:31  2        Q.    Do you recall Exhibit MV 72?
03:28:34  3        A.    I don't.
03:28:37  4        Q.    What recommendation were you making in
03:28:40  5   connection with Ripple's XRP market strategy?
03:28:44  6              MR. HORTON:  Objection to form.
03:28:46  7        Q.    In December 2017.
03:28:48  8        A.    Yeah.  Two weeks in.
03:28:50  9              So my recommendation here is that we need
03:29:06 10   to hire two more people.  One to kind of focus on
03:29:16 11   market makers and liquidity providers with Dinuka,
03:29:18 12   and then a new role around general XRP speculator
03:29:23 13   interest.
03:29:26 14        Q.    So you were recommending that Ripple
03:29:27 15   increase its marketing and promotional efforts of XRP
03:29:31 16   in order to appeal to speculators?
03:29:34 17              MR. HORTON:  Objection to form.
03:29:44 18        A.    Honestly, I'm not sure what I mean here.
03:29:50 19        Q.    Did you think Ripple wasn't creating enough
03:29:52 20   buzz or interest as -- in XRP as compared to other
03:29:54 21   coins?
03:29:55 22              MR. HORTON:  Objection to form.
03:29:58 23        A.    I think at the time what I thought was XRP
03:30:03 24   was not part of the general Ripple narrative.  Again,
03:30:09 25   I'm going to go through the stages of the company.
```

181

```
03:30:11  1  And in '13, '14, everything is about the protocol.
03:30:14  2          Starting in '15, XRPs -- I think the focus
03:30:21  3  is more on the -- around the enterprise software
03:30:24  4  piece, not so much around XRP as a settlement asset.
03:30:32  5  And then that seems to come back into focus sometime
03:30:35  6  in 2016.  But for whatever reason, that narrative
03:30:38  7  wasn't alive yet when I joined.
03:30:43  8          I think that's what I'm speaking to here.
03:31:01  9      Q.   What does "settlement asset" mean?
03:31:07 10      A.   It's an asset you use to settle liabilities
03:31:09 11  with.
03:31:16 12      Q.   You said you -- in the email you said,
03:31:18 13  After discussing at length with Brad today.
03:31:21 14          Did Brad agree with your recommendation?
03:31:25 15          MR. HORTON:  Objection to form.
03:31:28 16      A.   I don't remember.
03:31:30 17      Q.   Did Brad agree with your assessment of the
03:31:34 18  XRP market at the time?
03:31:35 19          MR. HORTON:  Objection to form.
03:31:38 20      A.   I don't know.
03:31:40 21      Q.   Did anyone raise any concerns with your
03:31:43 22  recommendation to market or promote XRP to
03:31:46 23  speculators?
03:31:47 24          MR. HORTON:  Objection to form.
03:31:50 25      A.   I don't remember.
```

                                                              182

03:31:53  1          Q.    Did Ripple ever hire anyone for this
03:31:55  2   position that you recommended?
03:31:58  3          A.    Not that I remember, no.
03:32:37  4          Q.    What -- earlier today we spoke about XRP
03:32:41  5   market reports.  What was the purpose of the XRP
03:32:44  6   market reports?
03:32:54  7          A.    So a broad purpose -- again, around this
03:33:01  8   clarity or transparency piece, I've spoken now a few
03:33:06  9   times around the fact that -- around the holdings but
03:33:10 10   also around the products, there wasn't any clarity
03:33:13 11   from Ripple as to what it was doing with respect to
03:33:16 12   XRP.
03:33:17 13              So this was meant to address some of those
03:33:21 14   issues; in particular, around our sales, and the FUD
03:33:24 15   around how much we were selling or not selling.
03:33:27 16          Q.    Did Ripple want to provide clarity to
03:33:30 17   investors of XRP?
03:33:33 18              MR. HORTON:  Objection to form.
03:33:34 19          A.    Again, hard for me to speak to what Ripple,
03:33:37 20   the company, wanted.
03:33:43 21          Q.    You were head of XRP markets team at the
03:33:46 22   time, right?
03:33:47 23          A.    Right, right.
03:33:48 24              You asked me about Ripple.
03:33:49 25          Q.    Did you want something different than what

                                                                    183

```
03:33:50   1   Ripple wanted?
03:33:52   2          MR. HORTON:  Objection to form.
03:33:53   3      A.   Often.  Yeah.
03:33:54   4      Q.   When did you want something -- at what time
03:33:58   5   did you want something that Ripple --
03:34:00   6      A.   I don't know, Daphna.
03:34:01   7      Q.   -- wanted something different?
03:34:02   8      A.   Have you ever wanted something different
03:34:04   9   from what the SEC wants?  I mean, it's a --
03:34:06  10      Q.   No.
03:34:06  11      A.   It's a -- good answer.
03:34:08  12          It's a job.  I mean, you're going to
03:34:10  13   disagree with folks at the company.  You're -- at
03:34:15  14   times, you're going to disagree with the company
03:34:17  15   strategy, direction.
03:34:18  16          But with respect to this question I think
03:34:21  17   you're asking me, is what was my intention with
03:34:23  18   respect to the report; is that right?
03:34:24  19      Q.   Yes.
03:34:25  20      A.   So if you want to build a healthy market,
03:34:29  21   markets do not like opacity.  They do not like things
03:34:32  22   to be vague.  It's hard to make decisions around risk
03:34:36  23   when you can't quantify the risk.  So you want to
03:34:41  24   reduce some of that.  The way -- if you can, the way
03:34:43  25   you do that is by giving clarity.  This was -- this
```

184

03:34:47  1   was a way to give clarity to markets.

03:34:49  2        Q.   When you say "to markets," who are you

03:34:51  3   talking about?

03:34:52  4        A.   The whole XRP market.  And I think what you

03:35:01  5   will notice about the XRP market's report is that it

03:35:04  6   evolves over time.  And I think my very limited view

03:35:06  7   in the beginning expands as more stakeholders start

03:35:09  8   to craft that document, and you start to see more

03:35:12  9   about the product.  So that is signaling to the

03:35:17  10  corporates who we're trying to -- to try to attract

03:35:21  11  to maybe use xRapid in the future.

03:35:23  12        When you're talking about listings on

03:35:25  13  exchanges, you're obviously talking to everyone who

03:35:27  14  trades on an exchange.  Or who wants to trade on an

03:35:30  15  exchange, whoever that might be.

03:35:32  16        So, I mean, there's various stakeholders or

03:35:36  17  various participants in the market that the market

03:35:37  18  reports spoke to.

03:35:39  19        Q.   Did other people at Ripple have a different

03:35:43  20  view of the purpose of the report?

03:35:46  21        A.   I --

03:35:47  22        MR. HORTON:  Objection to form.

03:35:48  23        A.   I don't know.

03:36:00  24        Q.   Who drafted the XRP markets reports?

03:36:05  25        A.   It changed over time.

                                                              185

03:36:11  1        Q.    Initially, who drafted the reports?

03:36:15  2        A.    Initially, I think I drafted the first one,

03:36:23  3  and maybe the second one.  I can't quite remember.

03:36:25  4  And then I feel -- and then I think over time,

03:36:27  5  basically, like, the team -- either Dinuka or maybe

03:36:32  6  ████████ would provide some bullets and then send it

03:36:35  7  over to marketing and then it would get written by

03:36:38  8  someone else.

03:36:39  9        ████████████████████  I think, at one point wrote

03:36:42 10  it.

03:36:42 11        Q.    Did Mr. Garlinghouse edit the XRP market

03:36:46 12  reports?

03:36:49 13        A.    Yes.  Brad was part of that process.

03:36:52 14        Q.    Did he provide feedback on draft reports?

03:37:01 15        A.    Yes.

03:37:01 16        Q.    What sort of feedback did he provide?

03:37:03 17        A.    I won't remember specifics.

03:37:05 18        Q.    Did Chris Larsen review any draft reports?

03:37:10 19        A.    I don't think so, no.

03:37:19 20        Q.    What was disclosed in the XRP market

03:37:21 21  reports?

03:37:27 22        MS. COWAN:  Objection.

03:37:30 23        A.    So we -- we communicated how much we'd sold

03:37:36 24  in the quarter, programmatically, in OTC.  I think we

03:37:45 25  had -- you know -- the report changed over time, so I

                                                                    186

```
03:37:50   1   may be cobbling together, like, different reports in
03:37:52   2   my mind.
03:37:53   3           But I know, at times, there were sections
03:37:56   4   around XRP listings and support for XRP and like
03:38:03   5   digital wallets.  And then over time, it -- there was
03:38:07   6   quite a bit of emphasis on xRapid and, you know, the
03:38:13   7   progress there.
03:38:15   8       Q.   Did the XRP market reports always disclose
03:38:19   9   the amount of Ripple's XRP's -- the amount of
03:38:24  10   programmatic sales?
03:38:25  11           MR. HORTON:  Objection to form.
03:38:28  12       A.   I think all of the reports that I was
03:38:30  13   involved with did.  Yeah.
03:38:32  14       Q.   Did the reports disclose the actual number
03:38:35  15   of units of XRPs sold?
03:38:39  16           MR. HORTON:  Objection to form.
03:38:41  17       A.   I don't think so, no.  I think it was just
03:38:42  18   the outright number and the -- the percentage of
03:38:45  19   volume.
03:38:46  20       Q.   Why didn't Ripple ever disclose the number
03:38:49  21   of units that were sold?
03:38:52  22           MR. HORTON:  Objection to form.
03:38:53  23       A.   I don't know.
03:38:56  24       Q.   Did you ever discuss with anybody whether
03:38:58  25   to disclose that information?
```

187

| | | |
|---|---|---|
| 03:39:00 | 1 | A.    No. |
| 03:39:06 | 2 | Q.    Did the reports disclose Ripple's |
| 03:39:10 | 3 | distributions of XRP that weren't through sales? |
| 03:39:18 | 4 | MS. COWAN:  Objection.  Objection. |
| 03:39:22 | 5 | Q.    So if Ripple used XRP -- if Ripple |
| 03:39:26 | 6 | distributed XRP to a partner, for noncash |
| 03:39:31 | 7 | consideration, did Ripple disclose that information? |
| 03:39:35 | 8 | MR. HORTON:  Objection to form. |
| 03:39:36 | 9 | A.    I don't think so.  No. |
| 03:39:37 | 10 | Q.    Why didn't Ripple disclose that? |
| 03:39:40 | 11 | MR. HORTON:  Objection to form. |
| 03:39:42 | 12 | A.    I don't know. |
| 03:39:44 | 13 | Q.    Did you ever disclose -- discuss with |
| 03:39:46 | 14 | anybody whether Ripple should disclose that |
| 03:39:48 | 15 | information? |
| 03:39:50 | 16 | A.    Not that I think remember, no. |
| 03:39:55 | 17 | Q.    Was that information important to the |
| 03:39:56 | 18 | market? |
| 03:39:57 | 19 | MR. HORTON:  Objection to form. |
| 03:40:05 | 20 | A.    I don't know. |
| 03:40:06 | 21 | Q.    Would that information provide more clarity |
| 03:40:10 | 22 | to the market? |
| 03:40:13 | 23 | MS. COWAN:  Objection. |
| 03:40:21 | 24 | A.    I think that would have been more |
| 03:40:23 | 25 | transparent. |

188

03:40:26   1        Q.   Did you ever discuss with anybody at Ripple
03:40:28   2    whether Ripple should disclose that information?
03:40:31   3        A.   No.
03:40:32   4             Honestly, as you're asking me, just never
03:40:34   5    occurred to me.   I didn't have visibility into that
03:40:37   6    type of stuff.
03:40:42   7        Q.   Who did?
03:40:48   8        A.   I mean, I'm going to guess here, but --
03:40:50   9    people senior to me.
03:40:59  10        Q.   Did any of the XRP market's reports
03:41:01  11    disclose sales by Ripple's -- sales of XRP by
03:41:03  12    Ripple's founders?
03:41:05  13             MR. HORTON:   Objection to form.
03:41:05  14        A.   No.
03:41:07  15        Q.   Did you ever discuss with anybody whether
03:41:09  16    to disclose that information?
03:41:12  17             MR. HORTON:   Same objection.
03:41:12  18        A.   No.
03:41:13  19        Q.   Would that information have provided more
03:41:15  20    clarity to the market about supply -- XRP supply?
03:41:20  21             MR. HORTON:   Objection.
03:41:25  22        A.   Yes, but ...
03:41:29  23        Q.   Was that your decision, whether or not to
03:41:31  24    disclose that information?
03:41:33  25        A.   No.   How could it be?

                                                                189

```
03:41:35  1        Q.   Whose decision was it to disclose --
03:41:37  2   whether to disclose that information?
03:41:39  3             MS. COWAN:  Objection.
03:41:41  4        A.   I don't think that was ever a decision that
03:41:44  5   was contemplated.
03:41:52  6             MS. WAXMAN:  Exhibit 51, please.
03:41:53  7             (Email exchange re: Ready to Publish the
03:41:53  8             XRP Markets Reports Tomorrow, Bates 0351547
03:41:53  9             through -548, was marked MV Exhibit 51 for
03:41:53 10             identification, as of this date.)
03:41:54 11        Q.   Mr. Vias, I'm showing you what's been
03:42:13 12   marked MV 51, which is a document with the
03:42:15 13   Bates 0351547 through -548.
03:42:40 14             (Witness reviewing document.)
03:43:11 15        A.   Okay.
03:43:11 16        Q.   Did Brad provide some feedback on the draft
03:43:13 17   report?
03:43:17 18        A.   Yes.
03:43:17 19        Q.   And what feedback did he provide?
03:43:24 20        A.   He says, I will be very surprised if this
03:43:26 21   is ready to go out tomorrow.  What I found most
03:43:31 22   surprising is that the word "trust," in all caps,
03:43:33 23   wasn't anywhere in the document.  Building trust, not
03:43:37 24   in all caps, in XRP, is the most critical, in all
03:43:41 25   caps, things we can do.  The word "trust," caps, and
```

190

```
03:43:46  1   XRP should be together as often as possible, dot dot
03:43:51  2   dot.  We -- and we should demonstrate that we are
03:43:53  3   doing this -- doing things -- "doing" is
03:43:57  4   misspelled -- to build trust, in all caps.
03:44:00  5        Q.   Did you discuss with Brad why he thought
03:44:04  6   building trust in XRP was the most critical thing
03:44:08  7   Ripple could do?
03:44:10  8        A.   No.
03:44:12  9        Q.   Did you have any understandings why he
03:44:13 10   thought that?
03:44:17 11        A.   I did not.
03:44:19 12        Q.   Were -- were investors distrustful of
03:44:23 13   Ripple?
03:44:24 14             MR. HORTON:  Objection to form.
03:44:30 15        A.   Were inventors distrustful of Ripple the
03:44:33 16   company?
03:44:34 17        Q.   Yes.
03:44:34 18        A.   I don't know.
03:44:37 19        Q.   Well, Brad seems to be saying that in his
03:44:41 20   email?
03:44:43 21             MR. HORTON:  Objection.  That's not a
03:44:49 22   question.
03:44:51 23        Q.   Did you agree with Brad's sentiment that
03:44:58 24   building trust in XRP was the most critical thing
03:45:01 25   Ripple could do?
```

191

03:45:07  1      A.    Honestly, I don't know what he meant by
03:45:09  2  building trust in XRP.  I don't know what that means.
03:45:13  3      Q.    How did -- how did you respond to Brad's
03:45:18  4  email and suggestion?
03:45:23  5            MR. HORTON:  Objection.
03:45:28  6      A.    I'm not going to read it, but I basically
03:45:30  7  said, you know, I try to be as neutral as possible.
03:45:38  8  Ample opportunities to, you know, get company
03:45:44  9  messaging across in other venues, build market trust
03:45:47 10  in Ripple with respect to XRP.
03:45:50 11            Important for the report to stay above the
03:45:52 12  fray.  Try to attract professional investors and
03:45:56 13  analysts.  And we don't want to have a bent in these
03:46:01 14  reports.  It's not helpful.
03:46:03 15      Q.    So it was your view that the goal of the
03:46:05 16  report was to attract professional investors and
03:46:10 17  analysts?
03:46:12 18            MS. COWAN:  Objection.
03:46:15 19      A.    If I'm being honest, I'm not quite sure
03:46:17 20  where that's coming from.
03:46:22 21            Yeah, I don't know.
03:46:26 22      Q.    You say that, The goal here is to attract
03:46:33 23  profession investor and analysts who are used to
03:46:35 24  reading reports from sources who aren't so vested in
03:46:38 25  the report subject matter.

                                                              192

```
03:46:40  1              Did you think the report was biased?
03:46:45  2              MS. COWAN:  Objection.
03:46:46  3         A.   I hope not.  I wrote it.
03:46:48  4         Q.   Did -- did the report not disclose certain
03:46:52  5    information that would be important for XRP
03:46:56  6    investors?
03:46:57  7              MR. HORTON:  Objection to form.
03:46:58  8         A.   I don't know.
03:47:27  9              MS. WAXMAN:  Exhibit 29, please.
03:47:29 10              (Email re: XRP Team Discussion - ICOs:
03:47:29 11         Securities and Commodities Analysis, Bates
03:47:29 12         0083483, was marked MV Exhibit 29 for
03:47:29 13         identification, as of this date.)
03:47:45 14         Q.   Did you ever receive guidance on how to
03:47:47 15    talk about XRP?
03:47:51 16              MR. HORTON:  Objection to form.
03:47:58 17         A.   From whom?
03:47:59 18         Q.   From anyone within the company, other than
03:48:01 19    a lawyer.
03:48:04 20         A.   I don't remember.
03:48:09 21         Q.   Were you ever told what not to say about
03:48:12 22    XRP?
03:48:13 23              MR. HORTON:  Objection to form.
03:48:15 24         A.   Not that I think remember.  No.
03:48:18 25         Q.   Were you told not to promote XRP as an
```

193

```
03:48:20   1   investment?
03:48:22   2           MR. HORTON:  Objection to form.
03:48:24   3       A.   Not that I can recall.
03:48:25   4       Q.   Were you told not to talk about XRP price?
03:48:28   5           MR. HORTON:  Objection to form.
03:48:30   6       A.   No.  Not that I can remember.
03:48:47   7       Q.   Were you told not to talk to -- talk about
03:48:50   8   XRP price to the public?
03:48:52   9           MR. HORTON:  Objection to form.
03:48:55  10       A.   Not that I can remember.
03:48:57  11       Q.   Did you talk about XRP price inside the
03:49:00  12   company?  Internally?
03:49:08  13       A.   Are you asking me if the price of XRP came
03:49:09  14   up within the walls of Ripple ever?
03:49:11  15       Q.   Yes.
03:49:12  16       A.   Yes.
03:49:13  17       Q.   Okay.  And did you talk about the price of
03:49:15  18   XRP outside of the walls of Ripple?
03:49:21  19       A.   Yeah.  But, I'm sorry, the previous
03:49:22  20   question was like around like -- publicly, like --
03:49:28  21   sorry.  I thought you meant like, you know, on TV.
03:49:33  22   Not, like, with my wife.
03:49:35  23       Q.   Right.  So I'll go back to the original
03:49:37  24   question.
03:49:37  25           Did anyone ever provide any -- other than a
```

194

```
03:49:41   1   lawyer, did you receive any guidance on how to talk
03:49:44   2   about XRP, to the public?
03:49:47   3           MR. HORTON:  Objection.  Asked and
03:49:48   4   answered.
03:49:49   5        A.   Do you mean like in the media?
03:49:52   6        Q.   Yes.
03:49:53   7        A.   Conferences and things like that?
03:49:55   8        Q.   Yes.
03:49:55   9        A.   I don't remember, no.  I don't think so.
03:50:04  10           MS. WAXMAN:  Exhibit 29.
03:50:15  11        Q.   I'm showing you what's been marked as
03:50:16  12   MV 29, which is a document with the Bates 0083483
03:50:21  13   through 0083486.
03:50:26  14           (Witness reviewing document.)
03:51:33  15        A.   Okay.
03:51:38  16        Q.   Do you recall this email?
03:51:39  17        A.   I don't.
03:51:42  18        Q.   At the very bottom of the second page,
03:51:43  19   there's a reference to an XRP team discussion called
03:51:49  20   "ICO Securities and Commodities Analysis."
03:51:55  21           Did you -- did you participate in this
03:51:57  22   discussion?
03:51:58  23        A.   I don't remember.
03:52:01  24        Q.   There's a description on the bottom.  It
03:52:03  25   says, about -- I guess the meeting.
```

195

```
03:52:05   1              Says, ICOs are increasingly popular and
03:52:08   2    raise many regulatory questions.  While XRP is very
03:52:12   3    different from an ICO, Ryan and AOG would like to
03:52:15   4    share our research with the team, explaining the
03:52:17   5    importance of how we talk about XRP.
03:52:20   6              Does this refresh your memory as to whether
03:52:22   7    you received guidance on how to talk about XRP?
03:52:27   8              MS. COWAN:  Objection.
03:52:28   9         A.   It does not.
03:52:31  10         Q.   Who is Ryan?
03:52:35  11         A.   That's Ryan Zagone.  He worked in
03:52:40  12    compliance and regulatory division, group.
03:52:46  13         Q.   Did he have a legal function at Ripple?
03:52:48  14              MS. COWAN:  Objection.
03:52:51  15         A.   I don't think he was part of a legal team,
03:52:53  16    no.
03:52:53  17         Q.   Who is AOG?
03:52:57  18         A.   Antoinette O'Gorman.  She was head of
03:53:03  19    compliance.
03:53:04  20         Q.   Was she part of the legal team?
03:53:07  21              MS. COWAN:  Objection.
03:53:10  22         A.   I don't think so.  No.
03:53:21  23         Q.   Were you ever told what not to say about
03:53:25  24    XRP in order to avoid XRP being viewed as a security?
03:53:31  25              MR. HORTON:  Objection to form.
```

                                                                  196

```
03:53:32  1              MS. COWAN:  Are you asking in that
03:53:34  2   conversation -- not a conversation with the lawyer?
03:53:37  3        Q.   Correct.  I don't want to hear anything --
03:53:39  4   any conversations you had with a lawyer.
03:53:40  5              Outside of conversations you had with a
03:53:41  6   lawyer, were you ever told not to say anything about
03:53:45  7   XRP in order to avoid it being classified as a
03:53:49  8   security?
03:53:50  9        A.   Not that I can remember.
03:53:53 10        Q.   Did you ever discuss XRP's potential status
03:53:56 11   as a security, with any nonlawyer?
03:54:06 12        A.   I'm sure I did, but I can't remember with
03:54:08 13   whom or when.
03:54:12 14        Q.   Was it important for Ripple sales of XRP
03:54:15 15   not to be considered sales of securities?
03:54:17 16              MR. HORTON:  Objection to form.
03:54:20 17        A.   I don't know.
03:54:25 18        Q.   What would happen if Ripple's sales of XRP
03:54:28 19   were deemed sales of securities?
03:54:31 20              MR. HORTON:  Objection to form.  Calls for
03:54:32 21   speculation.
03:54:33 22        A.   I don't know.
03:54:53 23        Q.   Did you ever discuss XRP securities status
03:54:55 24   with any nonlawyers at Ripple?
03:55:00 25              MR. HORTON:  Objection.  Asked and
```

197

```
03:55:00  1   answered.
03:55:02  2        A.   I'm -- I'm sure, at some point, I did.  But
03:55:04  3   I don't remember with whom or when.
03:55:08  4             MS. WAXMAN:  Exhibit 32, please.
03:55:09  5             (Email from ██████████ to Miguel
03:55:09  6        Vias, Bates 0093354, was marked MV Exhibit 32
03:55:09  7        for identification, as of this date.)
03:55:35  8        Q.   Mr. Vias, I'm showing you what's been
03:55:37  9   marked as MV 32, which has the Bates 0093354.
03:55:57 10             (Witness reviewing document.)
03:56:52 11        A.   Okay.
03:56:54 12        Q.   Do you recall this email?
03:56:55 13        A.   No.
03:56:57 14        Q.   Who is ██████████
03:57:01 15        A.   At the time ██████████ was the new
03:57:04 16   head of Ripple D.
03:57:07 17        Q.   And do you -- did you send him an email --
03:57:12 18   video?
03:57:13 19        A.   I don't remember.
03:57:16 20        Q.   Does this refresh your memory whether you
03:57:18 21   had conversations with nonlawyers at Ripple regarding
03:57:23 22   XRP's potential status as a security?
03:57:29 23        A.   It reminds me of -- one email, yes.
03:57:37 24        Q.   Does it refresh your recollection as to
03:57:39 25   other conversations with other nonlawyers at Ripple?
```

198

```
03:57:43   1         A.   It doesn't.

03:57:43   2         Q.   ████ writes, Considering the importance of

03:57:50   3    not having XRP be seen as a security.

03:57:53   4              Did ████ feel that it was important for XRP

03:58:00   5    not to be seen as a security?

03:58:02   6              MR. HORTON:  Objection to form.

03:58:02   7         A.   I don't know.

03:58:04   8         Q.   Do you know why he felt that?

03:58:05   9         A.   I do not.

03:58:07  10              MR. HORTON:  Objection.

03:58:07  11         Q.   At the bottom of the page, the last

03:58:10  12    paragraph, it says, I've done a bit of ground work on

03:58:16  13    this.  A number of people in XRP Chat have suggested

03:58:19  14    that XRP is a security issued by the company, or that

03:58:23  15    the company has a fiduciary duty to them, or that it

03:58:26  16    entitles them to rights similar to those as a

03:58:29  17    shareholder might have.  I've talked with legal.  I

03:58:35  18    think you are looped in on that conversation, about

03:58:37  19    responding on XRP Chat, and we came up with some

03:58:40  20    wording.

03:58:42  21              Does this refresh your memory as to whether

03:58:43  22    you received guidance on how to talk about XRP?

03:58:49  23              MS. COWAN:  So I think -- the -- the

03:58:52  24    question you can ask is whether or not he had a

03:58:55  25    conversation with a nonlawyer.  Is that still your
```

03:58:57  1  question?

03:58:58  2          MS. WAXMAN:  Yes.  That's still my

03:59:00  3  question.

03:59:05  4      A.  I don't remember.

03:59:06  5      Q.  And then it says, But we need to do more

03:59:09  6  and have an official company position on this, that

03:59:12  7  we can point people to.

03:59:13  8          Did Ripple have an official position on

03:59:16  9  whether or not XRP was a security?

03:59:19 10          MR. HORTON:  Objection to form.

03:59:22 11      A.  I don't know.

03:59:25 12          But I -- what I meant is, I don't know what

03:59:29 13  "official" means.

03:59:30 14      Q.  Did Ripple publicly state its position?

03:59:33 15          MR. HORTON:  Objection to form.

03:59:33 16      A.  I don't remember.

03:59:43 17      Q.  Is that something you would have

03:59:44 18  remembered?

03:59:47 19          MR. HORTON:  Objection.

03:59:48 20      Q.  If Ripple had come out and said that XRP is

03:59:51 21  like a security, would you have remembered that?

03:59:54 22          MR. HORTON:  Objection to form.

03:59:58 23      A.  If someone came out and said it was a

04:00:00 24  security?

04:00:00 25      Q.  Yes.

                                                          200

| | | |
|---|---|---|
| 04:00:02 | 1 | A.   I assume so. |
| 04:00:10 | 2 | MS. WAXMAN:  Exhibit 38, please. |
| 04:00:11 | 3 | (Slack messages, Bates 0302509 to -10, was |
| 04:00:11 | 4 | marked MV Exhibit 38 for identification, as of |
| 04:00:11 | 5 | this date.) |
| 04:00:26 | 6 | Q.   Mr. Vias, I'm showing you what's been |
| 04:00:27 | 7 | marked as Exhibit MV 38, which is a document with |
| 04:00:32 | 8 | Bates 0302509. |
| 04:01:35 | 9 | (Witness reviewing document.) |
| 04:02:24 | 10 | A.   Okay. |
| 04:02:27 | 11 | Q.   Who is ████ |
| 04:02:30 | 12 | A.   ██████████, at the time, was a part of |
| 04:02:35 | 13 | the BD team. |
| 04:02:38 | 14 | Q.   And is this a Slack channel that you are |
| 04:02:42 | 15 | communicating on? |
| 04:02:45 | 16 | A.   I'm -- I think so.  Yeah. |
| 04:02:48 | 17 | Q.   And was this a particular Slack for a |
| 04:02:56 | 18 | certain group of people at Ripple? |
| 04:02:59 | 19 | A.   I don't know. |
| 04:03:02 | 20 | Q.   Can you tell by who's listed in "to" |
| 04:03:06 | 21 | section? |
| 04:03:15 | 22 | A.   Now I'm confused.  Is this an email? |
| 04:03:18 | 23 | Q.   This is a -- my understanding is this is a |
| 04:03:21 | 24 | Slack chain.  These are Slack messages. |
| 04:03:29 | 25 | A.   Okay. |

201

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
04:03:33  1              Yeah, I just -- I don't -- I have no way of
04:03:37  2    knowing -- this is ████████████ is on here, but
04:03:44  3    ██████ wasn't part of the company in May of 2017.
04:03:50  4         Q.   So you don't believe the people on "to"
04:03:54  5    line were on --
04:03:55  6         A.   No.  ██████ -- Breanne Madigan wasn't part
04:03:58  7    of the team.  No, there is no way. ██████ wasn't
04:04:01  8    part of the team in May of '17. ████████ wasn't
04:04:05  9    part of the team.  I don't think Dinuka was part of
04:04:08 10    the team.
04:04:09 11         Q.   What about the body of the exhibit?  In
04:04:13 12    May 2017 were these people at the company, the
04:04:17 13    senders?
04:04:19 14         A.   Yes.  Yes, yes.
04:04:20 15         Q.   And what are you guys discussing?
04:04:29 16         A.   Seemed ████ has brought up something going
04:04:32 17    on in Japan with respect to ICOs.  And then there's a
04:04:40 18    subsequent discussion around XRP and ICOs.
04:04:45 19         Q.   In the middle of the page, ██████ writes, I
04:04:48 20    do not think we want to be classified as an ICO.
04:04:52 21              You say, We do not.
04:04:53 22              And -- why did you write that?
04:04:57 23         A.   I don't remember.
04:05:03 24         Q.   What would it mean if XRP was classified as
04:05:07 25    an ICO?
```

202

04:05:10  1              MR. HORTON:  Objection to form.

04:05:13  2         A.   I don't know.

04:05:15  3         Q.   Would there be any implications from that

04:05:18  4    classification?

04:05:19  5              MR. HORTON:  Objection to form.

04:05:23  6         A.   I'm not sure.

04:05:30  7         Q.   Would -- if -- would that affect whether or

04:05:32  8    not XRP was subject to regulation by the SEC?

04:05:38  9              MR. HORTON:  Objection to form.

04:05:40 10         A.   I don't know.

04:05:50 11         Q.   In May 2017, at the bottom of the page, ████

04:05:54 12    writes, So I see Ryan's logic is that XRP is not a

04:05:58 13    security, but an ICO currency is like a security, so

04:06:04 14    XRP is not an ICO currency.

04:06:09 15              Do you know what she means there?

04:06:11 16         A.   I don't.

04:06:13 17              MR. HORTON:  Objection to form.

04:06:17 18         Q.   Was Ripple aware that you could package a

04:06:21 19    nonsecurity and make it into a security?

04:06:24 20              MR. HORTON:  Objection to form.

04:06:26 21         A.   I have no idea.

04:06:30 22         Q.   The top of the second page, are you opining

04:06:35 23    about XRP's status under the federal securities laws,

04:06:46 24    or XRP status as an ICO?

04:06:49 25              MR. HORTON:  Objection to form.

                                                                    203

```
04:06:54  1        A.   You know, I think it's clear from the text
04:06:57  2   that I'm comparing XRP to an ICO, and why they're
04:07:03  3   different.
04:07:03  4        Q.   You say, I think the biggest difference
04:07:05  5   between XRP and an ICO is that RCL XRP was created
04:07:08  6   before the company was created.
04:07:09  7             But didn't the same people who created XRP
04:07:12  8   found Ripple?
04:07:14  9             MR. HORTON:  Objection to form.
04:07:16 10        A.   I don't know.
04:07:18 11        Q.   You don't know?
04:07:19 12        A.   I don't know if everyone who created the --
04:07:21 13   the protocol is -- was on the founding team.  I think
04:07:27 14   there were some folks who were part of the project,
04:07:29 15   and then were not part of the company.  I'm not sure
04:07:32 16   as to -- some folks who were involved.
04:07:34 17             You know, David and Arthur, in particular,
04:07:37 18   ended up being part of the company.  I don't know if
04:07:42 19   Chris was there in the beginning.  I'm just not sure.
04:07:45 20   I wasn't there.
04:07:51 21        Q.   Was there anyone that you knew that created
04:07:55 22   XRP, and did not continue with the company after it
04:07:59 23   was formed?
04:08:00 24             MR. HORTON:  Objection to form.
04:08:07 25        A.   I can't remember his name, but, yeah, I
```

204

04:08:08  1    think there was one or two people who was part of

04:08:13  2    that original team and didn't end up at the company.

04:08:19  3             But, again, this was before my time, way

04:08:22  4    before my time.

04:08:23  5         Q.   Well, how did you know this information?

04:08:28  6             MR. HORTON:  Objection.  I think he

04:08:28  7    testified that he didn't.

04:08:30  8         Q.   You write, I think the biggest difference

04:08:32  9    between XRP and ICO is that RCL XRP was created

04:08:36 10    before the company was created.

04:08:38 11             If this was before your time, where did you

04:08:40 12    learn this information?

04:08:42 13         A.   I don't remember.

04:08:44 14         Q.   Is this -- were these talking points that

04:08:48 15    Ripple had provided you on the issue of whether or

04:08:49 16    not XRP was a security?

04:08:52 17             MR. HORTON:  Objection to form.

04:08:53 18         A.   No.  Not that I remember, no.

04:08:55 19         Q.   Were these your own views?

04:09:02 20             MS. COWAN:  Objection.

04:09:04 21         A.   I think this is the way I understood the

04:09:06 22    history of the company.

04:09:09 23         Q.   And how did you form that understanding?

04:09:16 24         A.   Specifically?  I don't remember.

04:09:21 25         Q.   You then say, The creators of the asset

                                                                      205

04:09:23   1    then donated it to the company.

04:09:24   2            Didn't the creators of XRP keep some of the

04:09:33   3    XRP for themselves?

04:09:34   4            MR. HORTON:  Objection to form.

04:09:34   5        A.   Yeah, I think some -- they kept some, yes.

04:09:44   6        Q.   Why did you think that these two things

04:09:46   7    mattered from the perspective of whether XRP was a

04:09:48   8    security?

04:09:51   9            MR. HORTON:  Objection to form.

04:09:59   10       A.   I'm not talking about XRP as a security on

04:10:02   11   this page.  I'm talking about it as an ICO.  I

04:10:07   12   don't -- these are differences from XRP and ICOs, and

04:10:11   13   ICOs are the ERC-20 tokens.  They get lost on

04:10:16   14   Ethereum.  It's just completely different beasts.

04:10:20   15   I'm not -- I'm comparing an XRP to an ICO.

04:10:36   16       Q.   You write further in that sentence, It has

04:10:39   17   a real-use case.

04:10:40   18            What are you talking about when you say it

04:10:42   19   has a real-use case?

04:10:44   20       A.   It has a real use.

04:10:45   21       Q.   A real use.  What do you mean there?

04:10:48   22       A.   So similar with Ethereum, the Eth in

04:10:52   23   Ethereum, and the BTC, the Bitcoin block chain, XRP's

04:10:56   24   the native token to the protocol.  So in order to

04:11:00   25   transact on the protocol you have -- you need XRP to

                                                                206

```
04:11:04   1   pay fees.  Same as you do in Ethereum.  Same as you
04:11:07   2   did in Bitcoin.
04:11:08   3            So the use, it's similar.  Right?  So you
04:11:13   4   need it to actually interact with the protocol, XRP.
04:11:18   5   ICOs aren't like that, so you don't -- ICO doesn't --
04:11:21   6   ICOs don't secure the network of Ethereum.  They
04:11:24   7   don't protect from spam, you know, which is one the
04:11:28   8   other uses for XRP in the network.  So that's what I
04:11:31   9   meant by that.
04:11:33  10       Q.   Are you talking -- so you're not talking
04:11:34  11   about use of XRP for cross-border payments or
04:11:38  12   anything like that?
04:11:39  13       A.   No.
04:11:39  14       Q.   Because previously you said that in --
04:11:41  15   around mid-2017, nobody was using XRP for
04:11:46  16   cross-border payments?
04:11:48  17            MR. HORTON:  Objection.  That misstates his
04:11:50  18   testimony.
04:11:51  19       Q.   XRP hadn't been even launched at that
04:11:54  20   point?
04:11:56  21       A.   XRapid.
04:11:56  22       Q.   XRapid.
04:11:57  23       A.   XRapid hadn't been launched.  Had no idea
04:11:59  24   if other people were using XRP for cross-border
04:12:03  25   payment on their own.
```

207

| | | |
|---|---|---|
| 04:12:04 | 1 | And in this case, I'm speaking very |
| 04:12:06 | 2 | specifically to the protocol.  I think we tend to |
| 04:12:09 | 3 | combine these two things.  But XRP is actually |
| 04:12:12 | 4 | separate from the network.  And the token itself has |
| 04:12:15 | 5 | a use within the L1 protocol.  And that is to pay |
| 04:12:20 | 6 | fees for transactions.  And those fees really are |
| 04:12:22 | 7 | there to protect against attacks against the ledger, |
| 04:12:26 | 8 | as we try to spam ledger, trying to bog it down, like |
| 04:12:30 | 9 | a DDoS attack. |
| 04:12:33 | 10 | The fees on the network would spike up, and |
| 04:12:36 | 11 | basically the person who is trying to attack the |
| 04:12:39 | 12 | network in that way would go bankrupt.  That's the |
| 04:12:41 | 13 | primary use of XRP as a protocol.  It's very similar |
| 04:12:45 | 14 | to Ethereum's, in some respects, and very similar to |
| 04:12:47 | 15 | Bitcoin's, in some respects.  Very different from |
| 04:12:49 | 16 | ICOs.  That's what I meant there. |
| 04:12:52 | 17 | Q.   ██████ goes on to write in the next |
| 04:12:55 | 18 | comments, F seems like a security that the Ethereum |
| 04:12:59 | 19 | people used to raise money for a tech venture. |
| 04:13:05 | 20 | Did you have that same belief? |
| 04:13:09 | 21 | A.   I don't remember. |
| 04:13:12 | 22 | Did I, or do I? |
| 04:13:14 | 23 | Q.   Did you back then, at the time of this? |
| 04:13:17 | 24 | A.   I don't remember. |
| 04:13:18 | 25 | Q.   Do you now? |

208

04:13:19  1        A.    No.

04:13:21  2        Q.    You write further down, I definitely think

04:13:26  3   we need to disassociate XRP from being an ICO, but

04:13:30  4   not sure what the right strategy would be.

04:13:37  5              Did Ripple eventually adopt a strategy

04:13:40  6   around this?

04:13:41  7              MR. HORTON:  Objection to form.

04:13:43  8        A.    I don't know.  I don't remember.

04:13:46  9        Q.    Why did -- when you say, I definitely think

04:13:50 10   we need to disassociate, are you talking about

04:13:51 11   Ripple?

04:14:03 12        A.    Yes.

04:14:04 13        Q.    And why did you think Ripple needed to

04:14:06 14   disassociate from XRP -- disassociate XRP from being

04:14:12 15   an ICO?

04:14:14 16        A.    You know, ICOs, in 2017, were a bit of a

04:14:16 17   four-letter word in crypto.  It was really kind of

04:14:23 18   a -- a bit of a black eye, I felt.  Some pretty

04:14:29 19   unscrupulous people doing unscrupulous things, in

04:14:34 20   ICOs.  A lot of fraud.

04:14:35 21              And I didn't want -- I didn't want any of

04:14:36 22   that coming even close to XRP at things we were doing

04:14:40 23   around this cross-border payments.  So I didn't want

04:14:42 24   to -- I didn't want XRP to be guilty by association

04:14:45 25   somehow.

                                                              209

| | | |
|---|---|---|
| 04:14:46 | 1 | Q.   Did your view have anything to do with the |
| 04:14:48 | 2 | fact that the SEC had been saying that ICOs were |
| 04:14:54 | 3 | sales of securities? |
| 04:14:56 | 4 | MR. HORTON:  Objection to form. |
| 04:14:58 | 5 | A.   I don't think I knew that. |
| 04:15:01 | 6 | So no. |
| 04:15:32 | 7 | MS. WAXMAN:  Exhibit 67. |
| 04:15:33 | 8 | (Email exchange re: Great to See You, Bates |
| 04:15:33 | 9 | 0199245 through -250, was marked MV Exhibit 67 |
| 04:15:33 | 10 | for identification, as of this date.) |
| 04:15:56 | 11 | Q.   Mr. Vias, I'm showing you what's been |
| 04:15:58 | 12 | marked as Exhibit 67, which has the Bates 0199245 |
| 04:16:04 | 13 | through -250. |
| 04:16:15 | 14 | My questions are really going to focus on |
| 04:16:18 | 15 | the first page of the exhibit. |
| 04:16:20 | 16 | (Witness reviewing document.) |
| 04:19:53 | 17 | A.   All right. |
| 04:19:54 | 18 | Q.   Do you recall sending this email? |
| 04:19:56 | 19 | A.   I do not. |
| 04:19:59 | 20 | Q.   Who is ███████████████ |
| 04:20:04 | 21 | A.   He was on the product team at Ripple. |
| 04:20:07 | 22 | Q.   And who is ████████████ |
| 04:20:11 | 23 | A.   I think █████ was on the data team at |
| 04:20:14 | 24 | Ripple, I believe. |
| 04:20:18 | 25 | Q.   Why did you tell Dinuka and others on the |

210

04:20:23  1    cc line that they needed to be very discerning about
04:20:27  2    how they speak about XRP to anyone outside of the
04:20:32  3    org?
04:20:34  4        A.   Yeah.  I think I mentioned this in my
04:20:38  5    testimony before.  You know, the company had
04:20:46  6    60 billion XRP.  I always felt like it was a
04:20:52  7    little -- like, it was counterproductive to tell
04:20:56  8    folks that, Hey, we really like XRP.  We think it's
04:21:00  9    great.  We think the price is going to the moon.
04:21:04  10            You know, if somebody came to me and said
04:21:07  11   that, and they were long 60 billion of something, I
04:21:09  12   would be like, You don't say?
04:21:13  13            So, you know, I always felt like there was
04:21:18  14   no upside in doing things like that.  And it was
04:21:22  15   also, as I've kind of -- as you've seen in some the
04:21:26  16   other emails and chats, for me, the price was
04:21:30  17   sometimes, honestly, a hindrance, as people tended to
04:21:36  18   focus on that, and it could get a little distracting.
04:21:40  19            You know, technology was -- was so
04:21:44  20   impactful, in my opinion, to this use case, I really
04:21:49  21   did like -- I liked it when we focused on that.  So
04:21:57  22   yeah, I just didn't want price to be the thing that
04:22:01  23   folks talked about.  I didn't find it very useful.
04:22:07  24       Q.   You don't -- you -- was it so obvious --
04:22:10  25   did you think it was so obvious to the market that,

211

04:22:14 1 for a holder of 60 billion of the asset, the price

04:22:19 2 going up would be a good thing?

04:22:28 3          MR. HORTON:  Objection to form.

04:22:30 4     A.   Do you own 60 billion of anything?

04:22:33 5          I mean --

04:22:35 6     Q.   Is that a yes?

04:22:38 7     A.   I don't know what the market thinks.  What

04:22:39 8 I can tell you is if someone came to me and said,

04:22:42 9 Hey, I own 60 billion of something, and I think it's

04:22:47 10 great, I would be like, Of course you do.  Like,

04:22:51 11 what's the upside?

04:22:59 12    Q.   Did you tell people to be very discerning

04:23:02 13 about how they speak about XRP in order to avoid

04:23:06 14 XRP's classification as a security?

04:23:09 15         MR. HORTON:  Objection to form.

04:23:10 16    A.   No.

04:23:14 17    Q.   Why did you say to be discerning about how

04:23:15 18 we speak about XRP outside of the organization?

04:23:23 19 Could people talk about it however they chose inside

04:23:26 20 the organization?

04:23:27 21         MR. HORTON:  Objection.

04:23:28 22    A.   I don't remember why I made that

04:23:29 23 distinction, to be honest.

04:23:33 24    Q.   You go on to say, We present the use case.

04:23:41 25         Did Ripple believe that if XRP had a use

                                                        212

04:23:44  1    case, it could avoid classification as a security?

04:23:48  2         MR. HORTON:  Objection to form.

04:23:49  3         A.   I don't know.

04:23:52  4         Q.   Why would you talk about the use case in

04:23:54  5    November 2017, when xRapid hadn't even been launched

04:23:59  6    or wasn't even available for commercial use?

04:24:02  7         MR. HORTON:  Objection to form.

04:24:05  8         A.   I believed strongly that it would be.

04:24:11  9              I mean, this is all we did.  Like, we --

04:24:16 10    there was a pretty strongly held belief that this was

04:24:19 11    going to be a thing.

04:24:22 12         Q.   What was going to be a thing?

04:24:23 13         A.   A thing, XRapid; cross-border payments

04:24:27 14    being facilitated by XRP as a bridge asset.

04:24:31 15         Q.   Did Ripple promote XRP as a cross -- as an

04:24:35 16    option for banks to use for cross-border payments?

04:24:40 17         MR. HORTON:  Objection to form.

04:24:41 18         A.   I don't remember what the publicly facing

04:24:45 19    marketing said about accepting banks being used for

04:24:49 20    cross-border payments.

04:24:50 21         Q.   Did you ever speak about XRP publicly?

04:24:55 22         A.   Yes.

04:24:56 23         Q.   Did you ever make statements about Ripple's

04:25:01 24    work related to getting XRP adopted by banks for

04:25:05 25    cross-border payments?

                                                                213

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

04:25:07  1            MR. HORTON:  Objection to form.

04:25:08  2       A.   I don't remember.

04:25:24  3       Q.   Did you promote XRP as an investment to

04:25:25  4  speculators on XRP Chat?

04:25:28  5            MR. HORTON:  Objection to form.

04:25:28  6       A.   Not -- not that I remember.

04:25:30  7       Q.   Earlier we saw some posts on XRP Chat in

04:25:33  8  August of 2017.  You were talking about price on

04:25:36  9  those chats.

04:25:37  10           MR. HORTON:  Objection to form.

04:25:45  11      A.   I would have to go back and look at the

04:25:46  12 document to know exactly what I was saying in the

04:25:49  13 chats because I don't remember.  I think I also -- if

04:25:51  14 I did -- and I'm not saying I did or I didn't -- but

04:25:56  15 if I did, I think I also in a few places said I don't

04:25:59  16 really want to talk about the price.  I don't really

04:26:01  17 think the price is that important.

04:26:04  18      Q.   I think I recall, and we can go back to the

04:26:07  19 document, you said that was it was a forgone

04:26:10  20 conclusion that the price would go up?

04:26:13  21           MR. HORTON:  Counsel, can I propose that if

04:26:15  22 we're going to talk about -- if we're going to go

04:26:16  23 back to the other document, can we take a short break

04:26:18  24 before we do that?

04:26:19  25           MS. WAXMAN:  Sure.

                                                              214

04:26:20  1            MR. HORTON:  You were asking questions
04:26:21  2   about a document that hasn't been in front of him for
04:26:23  3   some time.
04:26:24  4            MS. WAXMAN:  Sure.  Do you want to go off
04:26:25  5   the record?
04:26:25  6            MR. HORTON:  Yes, please.
04:26:26  7            MS. WAXMAN:  It's 4:26.  We're off the
04:26:28  8   record.
04:26:29  9            THE VIDEOGRAPHER:  Going off the record at
04:26:29 10   4:26.
04:26:31 11            (A recess was taken from 4:26 to 4:41.)
04:41:43 12            THE VIDEOGRAPHER:  We are back on the
04:41:43 13   record at 4:41 p.m. Eastern.
04:41:49 14            (Email re: XRP - Customer Interviews, Bates
04:41:49 15        0461976 through -1979, was marked MV Exhibit 19
04:41:49 16        for identification, as of this date.)
04:41:50 17        Q.   Mr. Vias, I would like to show you what's
04:41:53 18   been marked as MV 19, which is a document with the
04:41:56 19   Bates 0461976 through -1979.  This is a continuation
04:42:08 20   of a chain, an email chain, we looked at earlier
04:42:12 21   today.
04:42:52 22            (Witness reviewing document.)
04:45:51 23        A.   Okay.
04:45:55 24        Q.   Earlier we spoke about the email at the
04:45:58 25   bottom of page 2, where Monica indicates in an email

                                                            215

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
04:46:04   1   To ███████████ [sic] that it's, quote, It's clear
04:46:09   2   we are going to have is to invest our near-term
04:46:11   3   energy into attracting speculators.
04:46:14   4           And then Patrick asks you to follow up on
04:46:18   5   that?
04:46:19   6       A.   It's not clear.  It looks like this -- just
04:46:27   7   the email here, 10:54, this may have been to me.
04:46:33   8   It's not clear, because you get Patrick and then
04:46:36   9   Patrick again.  And there's no response from me.
04:46:38  10           Where he's like, Your response is all over
04:46:41  11   the place, I'm like, Which one?
04:46:45  12       Q.   Is he referring to what's in Exhibit MV 18?
04:46:52  13   Do you still have that in front of you?
04:47:32  14       A.   I don't know.  Maybe.
04:47:37  15       Q.   MV 18 has a -- an email from you, at 8:47.
04:47:41  16   And then there's a response in Exhibit MV 19, at
04:47:47  17   11:59.
04:47:57  18           MR. HORTON:  Sorry, is there a question?
04:48:06  19       Q.   Yeah.  The question was, did Patrick make a
04:48:11  20   request, in connection with the email from Monica
04:48:19  21   below, about attracting speculators?
04:48:26  22       A.   Sorry, just trying to figure this out.  So
04:48:44  23   he sends this email at 10:54 p.m.  I'm guessing
04:48:48  24   that's Pacific.
04:48:58  25       Q.   Did Patrick work out of California?
```

216

| | | |
|---|---|---|
| 04:49:00 | 1 | A.    Yeah. |
| 04:49:01 | 2 | Q.    He did? |
| 04:49:01 | 3 | A.    Yeah. |
| 04:49:06 | 4 | Or was this was my time because this was to |
| 04:49:08 | 5 | me?  This would have been, I think, my time. |
| 04:49:13 | 6 | I think that maybe that makes sense.  So |
| 04:49:15 | 7 | 10:54 is late, my time. |
| 04:49:21 | 8 | That's 8:00 -- yeah, so -- so, yeah, I |
| 04:49:25 | 9 | think we -- if we make this my time, the MV 19, and |
| 04:49:31 | 10 | then we make MV 18 California time, I think things |
| 04:49:35 | 11 | line up, right.  So 10:54 his time -- is my time, |
| 04:49:39 | 12 | 7:54 his time. |
| 04:49:40 | 13 | And then I respond, maybe about an hour |
| 04:49:43 | 14 | later, at 8:47 p.m., my time, California.  And then |
| 04:49:46 | 15 | this seems to be an internal thread between ██████ |
| 04:49:49 | 16 | and Monica, without Patrick on it. |
| 04:49:53 | 17 | Q.    So was Patrick disappointed in your |
| 04:49:56 | 18 | response? |
| 04:49:57 | 19 | MR. HORTON:  Objection to form. |
| 04:49:58 | 20 | A.    I think he uses the verbiage, Your response |
| 04:50:07 | 21 | is all over place.  And he just completely ignored my |
| 04:50:10 | 22 | email. |
| 04:50:13 | 23 | Q.    So he wasn't happy? |
| 04:50:15 | 24 | MR. HORTON:  Objection to form. |
| 04:50:17 | 25 | A.    I don't know.  There's an exclamation point |

217

```
04:50:19  1   at the end of that.  Maybe he was thrilled.
04:50:21  2        Q.   Was Patrick difficult to get along with, as
04:50:23  3   a boss?
04:50:23  4        A.   No, I wouldn't saw he was difficult.
04:50:26  5        Q.   Did he agree on your strategy with respect
04:50:33  6   to XRP?
04:50:34  7             MR. HORTON:  Objection to form.
04:50:40  8        A.   You know, I don't -- I don't know that we
04:50:41  9   ever had a conversation as to where he fully agreed,
04:50:43 10   but he never got in the way of anything I was trying
04:50:46 11   to do.
04:50:49 12        Q.   Did he agree that Ripple's prior efforts
04:50:51 13   with respect to XRP had not been as successful?
04:50:57 14             MR. HORTON:   Objection to form.
04:50:57 15        A.   I don't know.
04:50:59 16        Q.   At the very top of the page, you write,
04:51:01 17   I've been actively following market sentiment around
04:51:05 18   XRP for months now.  And there are some clear trends.
04:51:11 19             First, where did you look for -- look
04:51:15 20   for -- to find market sentiment for XRP?
04:51:20 21        A.   I don't remember.
04:51:23 22        Q.   Did you consider this part of your job?
04:51:33 23        A.   I mean, yeah.  I think so, yes.
04:51:42 24        Q.   Why did you consider it part of your job to
04:51:50 25   understand market sentiment?
```

218

| | | |
|---|---|---|
| 04:51:54 | 1 | MS. COWAN:  Objection. |
| 04:51:56 | 2 | A.   I don't know.  Just felt like something I |
| 04:52:00 | 3 | should do. |
| 04:52:05 | 4 | Q.   Ripple was trying to attract more investors |
| 04:52:08 | 5 | for XRP at the time.  Correct? |
| 04:52:14 | 6 | MR. HORTON:  Objection to form. |
| 04:52:19 | 7 | A.   I wouldn't say that, no. |
| 04:52:23 | 8 | Q.   What would you say? |
| 04:52:25 | 9 | A.   In March of 2017?  I can't speak for |
| 04:52:28 | 10 | Ripple.  I was trying to figure out how are we going |
| 04:52:32 | 11 | to build a liquid market around XRP to put a product |
| 04:52:35 | 12 | on top of it.  This was actually right around the |
| 04:52:37 | 13 | time frame we first drew up xRapid on the whiteboard. |
| 04:52:41 | 14 | Q.   On the whiteboard.  When you say "on the |
| 04:52:41 | 15 | whiteboard," you mean you first had the idea of -- |
| 04:52:43 | 16 | Ripple first had the idea of xRapid? |
| 04:52:45 | 17 | A.   No, no, no.  So, remember, I mentioned |
| 04:52:47 | 18 | that -- I think I mentioned this today, that there |
| 04:52:51 | 19 | was kind of an intent to build similar functionality, |
| 04:52:55 | 20 | with respect to what xRapid does but using the |
| 04:52:58 | 21 | protocol.  I don't know if I mentioned that today. |
| 04:53:03 | 22 | But some of the efforts, previous to me |
| 04:53:05 | 23 | joining, and some of the -- some of the efforts |
| 04:53:07 | 24 | around trying to build liquidity on the protocol, |
| 04:53:09 | 25 | revolved around the similar use case, on cross-border |

219

```
04:53:14   1   payments, but using the protocol instead of
04:53:16   2   off-ledger changes.  So -- so the protocol has -- has
04:53:21   3   decentralized exchanges on it.
04:53:23   4            So, initially, I think the idea was they
04:53:26   5   would use that infrastructure to facilitate the
04:53:31   6   transferring of the -- of the cash or the value,
04:53:33   7   whatever.  That just wasn't working.
04:53:37   8            So, yeah, I think in March of '17, the --
04:53:42   9   the focus here was -- and in that -- when that
04:53:46  10   whiteboard session was, Okay, can we do what we were
04:53:49  11   trying to do off ledger on ledger?
04:53:51  12            I think there was some discussions around
04:53:52  13   not using IOP.  Remember, there were some thread
04:53:57  14   inside of the company as to we had to use IOP, for
04:54:01  15   some reason.  I didn't know the way IOP worked.  I
04:54:04  16   still don't know the way IOP works.  But it certainly
04:54:07  17   wasn't necessary for xRapid.
04:54:09  18       Q.   You said there was a -- I think you may
04:54:19  19   have misspoke.
04:54:20  20            Was there a discussion -- was there a
04:54:22  21   discussion of -- doing what you did, on ledger off
04:54:26  22   ledger?
04:54:34  23       A.   Could you be a little bit more specific,
04:54:36  24   Daphna?  I'm sorry.
04:55:01  25       Q.   You said, Okay, can we do what we are to do
```

220

04:55:04  1    off ledger on ledger.  I think you --

04:55:08  2         A.   The other way around.

04:55:09  3         Q.   Right.

04:55:10  4         A.   Yeah.

04:55:10  5         Q.   So you meant was, can we do what we were

04:55:13  6    doing on ledger --

04:55:15  7         A.   Trying to do.

04:55:15  8         Q.   -- off ledger?

04:55:16  9         A.   Sorry, I apologize.  Yes.

04:55:18 10         Q.   Just wanted to clarify.

04:55:19 11         A.   No, I know it's confusing.

04:55:22 12         Q.   Why wasn't it what Ripple was doing working

04:55:25 13    on ledger?

04:55:28 14              MR. HORTON:  Objection to form.

04:55:29 15         A.   I don't know for certain.  My opinion at

04:55:34 16    the time, and it's why we ended up going the path

04:55:36 17    that we -- that we did, was that there -- we were

04:55:40 18    fighting the rest of crypto.

04:55:43 19              So if you think of the crypto markets, all

04:55:47 20    of the activity around crypto trading is happening on

04:55:49 21    exchanges, mostly.  Even -- in 2017, you start to

04:55:54 22    have some over-the-counter trading, but still the

04:55:56 23    vast majority of it is happening on exchanges.

04:56:00 24              So just -- it just felt really challenging

04:56:03 25    to tell folks, Okay, hey, well, you're trading on

                                                                      221

```
04:56:06  1  Bitfinex, and that's where you're going to trade all
04:56:10  2  of your other crypto.  But why don't you come off --
04:56:14  3  off that exchange onto this protocol and trade here
04:56:18  4  too?
04:56:22  5          You know, in particular, for a market
04:56:25  6  maker, that's really inefficient, because now you
04:56:28  7  have to have two pools of capital in two places.
04:56:30  8  You're locking up your opportunity because now you
04:56:33  9  have to have $1,000 at the exchange and $1,000 on the
04:56:36 10  protocol main markets.
04:56:37 11          So I always felt that that was the primary
04:56:39 12  reason why we were struggling to coalesce liquidity
04:56:42 13  on the protocol.  Just that there were these other
04:56:46 14  liquidity pool that wasn't participating in -- in the
04:56:48 15  protocol.
04:56:49 16          And even more so, it was fighting against
04:56:52 17  what -- that protocol for -- for capital.
04:56:59 18      Q.   You said that you've been following market
04:57:01 19  sentiment and there are some clear trends.  Are you
04:57:04 20  talking about trends in connection with market
04:57:07 21  sentiment?
04:57:13 22      A.   I don't -- I don't remember what I'm
04:57:14 23  referencing here.
04:57:16 24      Q.   Do you remember what trends?
04:57:17 25      A.   I don't.
```

222

```
04:57:20   1        Q.   Let's look at 117.
04:57:22   2             (Document titled How We Talk about XRP,
04:57:22   3        Bates 0624330 through -332, was marked MV
04:57:22   4        Exhibit 117 for identification, as of this
04:57:22   5        date.)
04:57:39   6        Q.   Mr. Vias, I'm showing you what's been
04:57:41   7   marked as MV 117, which is a document with a
04:57:44   8   Bates 0624330 through -332.
04:57:51   9             (Witness reviewing document.)
05:01:24  10        A.   Okay.
05:01:26  11        Q.   Have you ever seen this document before?
05:01:29  12        A.   I don't remember.
05:01:31  13        Q.   Have you ever discussed anything that's in
05:01:34  14   this document with any nonattorneys at Ripple?
05:01:41  15        A.   I don't remember.
05:01:50  16        Q.   Does this refresh your memory as to whether
05:01:51  17   you received any guidance on how to talk about XRP?
05:01:58  18             MR. HORTON:  Are you asking about guidance
05:01:59  19   from nonlawyers?
05:02:00  20             MS. WAXMAN:  Yes.
05:02:03  21             MS. COWAN:   Objection.
05:02:04  22        A.   I -- I don't remember seeing this document
05:02:06  23   before.
05:02:11  24        Q.   Did Ripple seek to avoid talking about XRP
05:02:14  25   as an investment?
```

223

05:02:16   1          MR. HORTON:  Objection to form.

05:02:18   2     A.   I don't know.

05:02:32   3     Q.   Did you understand that Ripple statements

05:02:35   4  to the market about XRP were important to the

05:02:39   5  question of XRP status?

05:02:43   6          MR. HORTON:  Objection to form.

05:02:45   7     A.   No.

05:02:50   8     Q.   On the second page at the top, it says, How

05:02:53   9  we talk about XRP and why it matters.

05:02:57  10          And then the second paragraph, second

05:03:03  11  sentence says, XRP is distinct from Ripple the

05:03:06  12  company, and XRP has a unique value separate from the

05:03:10  13  company.

05:03:11  14          Didn't we look at emails earlier today

05:03:17  15  where you or Ripple stated at that XRPs value was --

05:03:22  16  had -- XRPs price had moved in relation to Ripple

05:03:25  17  announcements?

05:03:27  18          MR. HORTON:  Objection.  Form.

05:03:33  19     A.   I'm sorry, I'm just -- maybe it's because

05:03:34  20  I'm tired, it's a long day, but I am having trouble

05:03:38  21  connecting that question to what's on the paper.

05:03:40  22     Q.   It says that XRP is distinct from Ripple

05:03:44  23  the company, and XRP has a unique value separate from

05:03:47  24  the company.

05:03:48  25          Do you agree with that statement, that --

                                                        224

05:03:51  1   do you agree with the statement that XRP has a unique

05:03:53  2   value separate from the company?

05:03:58  3        A.   Yes.

05:04:00  4        Q.   But earlier did you -- did you -- did you

05:04:07  5   believe that certain of -- certain Ripple

05:04:10  6   announcements had impacted XRP's price in the market?

05:04:15  7             MR. HORTON:  Objection to form.

05:04:17  8        A.   I don't remember testifying to that today,

05:04:18  9   no.

05:04:26 10        Q.   Did Ripple want to avoid SEC classification

05:04:29 11   of XRP?

05:04:31 12             MR. HORTON:  Objection to form.

05:04:32 13        A.   I don't know.

05:04:34 14        Q.   Would this have severely limited the

05:04:36 15   company and the founders' ability to sell XRP into

05:04:39 16   the market?

05:04:41 17             MR. HORTON:  Objection to form.

05:04:41 18        A.   I don't know.

05:04:42 19        Q.   Would this have severely limited the

05:04:44 20   company -- the company's and the founders' ability to

05:04:48 21   profit from the XRP?

05:04:49 22             MR. HORTON:  Objection to form.

05:04:50 23        A.   I don't know.

05:04:57 24        Q.   Were you told not to talk about XRP as an

05:05:01 25   investment?

                                                                   225

```
05:05:03   1         A.   I don't remember that, no.
05:05:15   2              MS. WAXMAN:   Exhibit 88, please.
05:05:17   3              (Email exchange re: Application - for Your
05:05:17   4         Review and Signature, Bates 0034575, was marked
05:05:17   5         MV Exhibit 88 for identification, as of this
05:05:17   6         date.)
05:05:42   7         Q.   Mr. Vias, I'm showing you what's been
05:05:44   8    marked as MV 88, which is a document with
05:05:46   9    Bates 0034575.
05:06:22  10         A.   Okay.
05:06:23  11         Q.   Earlier today, we spoke about Ripple's work
05:06:28  12    in connection with exchanges.  Correct?
05:06:30  13         A.   Yes.
05:06:30  14         Q.   Market participants were asking you
05:06:34  15    questions about the legal status of XRP under the
05:06:36  16    federal securities laws.
05:06:38  17              MR. HORTON:   Objection to form.
05:06:39  18         A.   I don't remember.
05:06:44  19         Q.   Does MV 88 refresh your memory as to
05:06:47  20    whether Bittrex asked you questions about XRP's
05:06:51  21    status under the federal securities laws?
05:06:55  22         A.   So he's -- I mean, he's referencing here
05:06:57  23    the Howey analysis.  I'm assuming that has to do with
05:07:01  24    this securities laws, but I don't -- I don't exactly
05:07:04  25    know what the tie, Howey to the law, is.
```

226

```
05:07:09   1              Sorry.  I apologize if that's random or not
05:07:12   2   clear.
05:07:13   3        Q.   Are you familiar with what is known as the
05:07:15   4   Howey test?
05:07:17   5              MR. HORTON:  Objection.
05:07:18   6        A.   Vaguely.
05:07:18   7        Q.   And what is the Howey test?
05:07:21   8              MR. HORTON:  Objection.
05:07:22   9        A.   As far as I understand it, it's the litmus
05:07:24  10   test for whether or not something's a security.
05:07:26  11        Q.   Okay.  And so does this refresh your memory
05:07:30  12   of whether Bittrex was asking questions about XRP's
05:07:33  13   status as a security?
05:07:37  14              MR. HORTON:  Objection.  Asked and
05:07:37  15   answered.
05:07:41  16        A.   Yeah.  I mean, I think ████ is -- he's
05:07:43  17   saying, I'm looking for a way to help our outside
05:07:46  18   counsel get more comfortable with the Howey analysis.
05:07:49  19   He doesn't specifically say it's about XRP but given
05:07:52  20   the email's to ████ and he was our lawyer, I'm
05:07:53  21   assuming it has to do with XRP.
05:07:58  22        Q.   So Bittrex wanted to know whether there was
05:08:00  23   a legal opinion regarding XRP?
05:08:02  24              MR. HORTON:  Objection to form.
05:08:03  25        A.   I don't know.
```

227

05:08:06    1        Q.   Was XRP status under the federal securities
05:08:09    2   laws important to digital asset platforms that were
05:08:13    3   looking to partner or list XRP?
05:08:19    4             MR. HORTON:  Objection to form.
05:08:30    5        A.   I don't know.
05:08:33    6             For all them, I don't know.
05:08:34    7        Q.   Did some of them ask questions about XRP
05:08:37    8   status under the federal securities laws?
05:08:40    9             MR. HORTON:  Objection to form.
05:08:40   10        A.   Yes.
05:08:41   11        Q.   Which ones?
05:08:42   12        A.   Oh, I won't remember them all off the top
05:08:45   13   of my head.
05:08:46   14        Q.   And people wanted to know what Ripple's
05:08:49   15   position was on that issue?
05:08:51   16             MR. HORTON:  Objection to form.
05:08:55   17        A.   Yes.
05:08:56   18        Q.   And what did you tell them?
05:08:59   19             MR. HORTON:  Objection.  Lack of
05:09:00   20   foundation.
05:09:04   21        A.   I usually told them to speak to legal.
05:09:08   22        Q.   Did you participate in conversations that
05:09:11   23   exchanges had with Ripple legal?
05:09:21   24        A.   At times.  Not often.  But at times, yeah.
05:09:30   25        Q.   Were these platforms concerned that XRP

                                                              228

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

05:09:32  1  could be deemed a security?

05:09:34  2          MR. HORTON:  Objection to form.

05:09:43  3      A.   I think so, yeah.

05:09:45  4      Q.   Isn't that why they sought clarification

05:09:48  5  from Ripple?

05:09:49  6          MR. HORTON:  Objection to form.

05:09:51  7      A.   I mean, I think that's why they wanted

05:09:53  8  clarification, writ large.

05:09:55  9      Q.   What did Ripple do to -- if anything, to

05:09:59  10  address these concerns that XRP could be a security?

05:10:02  11          MR. HORTON:  Objection to form.

05:10:06  12      A.   I don't remember in every case.

05:10:08  13      Q.   Do you remember what they did in the case

05:10:10  14  of Bittrex?

05:10:13  15      A.   Actually, I don't remember how this ended

05:10:14  16  up.

05:10:16  17      Q.   Do you remember what they did in any case?

05:10:19  18          MR. HORTON:  Objection.  Asked and

05:10:19  19  answered.

05:10:22  20      A.   In any case.

05:10:25  21      Q.   In any -- at any point.

05:10:30  22          MR. HORTON:  Same objection.

05:10:32  23      A.   Yeah, I mean, I think a few times we -- we

05:10:36  24  had, like, legal talk to their legal.  I don't

05:10:41  25  remember.

229

05:10:41  1        Q.   What did legal say in those conversations?

05:10:45  2             MR. HORTON:  Objection.

05:10:47  3        A.   I wouldn't have been part of all of the

05:10:50  4   conversations, I don't think.

05:10:52  5        Q.   The conversations that you were present,

05:10:55  6   what did legal say?

05:11:00  7        A.   I remember one in particular, which was the

05:11:02  8   ████

05:11:08  9             And in that conversation, our legal

05:11:15 10   basically walked the ████ lawyers through a document

05:11:20 11   we had, basically saying that XRP wasn't a security

05:11:24 12   and the rationale for it.

05:11:24 13             THE COURT REPORTER:  I'm sorry, was or

05:11:24 14   wasn't?

05:11:28 15             THE WITNESS:  Was not.

05:11:31 16        Q.   Did Ripple provide a legal opinion from a

05:11:33 17   law firm stating that XRP was not a security?

05:11:37 18             MR. HORTON:  Objection to form.

05:11:38 19        A.   I don't remember the -- what the document

05:11:39 20   was.  Actually, I don't -- I don't think I ever saw

05:11:41 21   it.

05:11:45 22        Q.   You don't think you ever saw the document

05:11:46 23   that legal provided?

05:11:49 24        A.   I don't think legal provided it ever.  On

05:11:51 25   the ████ call, I think they spoke to it.

                                                                    230

```
05:11:55   1        Q.   And what -- when you say you don't think
05:11:57   2   they provided "it" ever, what are you referring to?
05:12:00   3        A.   To ██ folks.
05:12:19   4        Q.   What did Ripple tell ██ about XRP status
05:12:22   5   under the federal securities laws?
05:12:24   6             MR. HORTON:  Objection to form.
05:12:26   7        A.   On that call?
05:12:28   8        Q.   On any call.
05:12:30   9             MR. HORTON:  Objection.
05:12:30  10        A.   I don't know.
05:12:32  11        Q.   Specifically related to XRP status under
05:12:35  12   the federal securities laws.
05:12:36  13        A.   The only -- the only call that I remember
05:12:38  14   is the one that I'm referencing now, which is where
05:12:40  15   our legal was on the phone with their legal.  And all
05:12:43  16   I remember is, you know, our legal saying it's not a
05:12:48  17   security.  This is our rationale.  And we have a
05:12:49  18   document that says it.
05:12:50  19        Q.   And what document were they referring to
05:12:53  20   when they said, We have a document that says this?
05:12:57  21        A.   I don't know.
05:12:59  22        Q.   Was it a legal opinion from a law firm?
05:13:06  23        A.   I -- I can't say for sure.
05:13:08  24        Q.   Did any platform decide not to do business
05:13:10  25   with Ripple after you provided information regarding
```

                                                                231

```
05:13:18  1   Ripple's opinion about XRP status?
05:13:22  2           MR. HORTON:  Objection to form.
05:13:27  3        A.   I don't know.
05:13:33  4        Q.   Other than ████ did any other platform tell
05:13:36  5   you -- ask you about XRP status under the federal
05:13:40  6   securities laws?
05:13:43  7        A.   I don't --
05:13:44  8           MS. COWAN:  Objection.
05:13:44  9        A.   I don't remember.
05:13:46 10        Q.   Did ████ ask you about XRP status under the
05:13:50 11   federal securities laws?
05:13:55 12        A.   I'm sorry, I don't know who that is.  I
05:13:56 13   don't know who ████ is.
05:14:01 14        Q.   My understanding is it's the platform.
05:14:05 15        A.   Oh.  From what year?
05:14:07 16        Q.   I think I can show you a document.
05:14:09 17        A.   Yeah, I don't know.  It's not ringing a
05:14:11 18   bell.
05:14:12 19        Q.   Did ████ not move forward with an XRP index
05:14:20 20   due to the fact that Ripple could not provide -- or
05:14:22 21   did not provide it with a -- a legal opinion that XRP
05:14:27 22   was not a security?
05:14:29 23           MR. HORTON:  Objection to form.
05:14:32 24        A.   I don't know if that's why they didn't move
05:14:34 25   forward.
```

232

```
05:14:35   1        Q.   Did you have any understanding as to why
05:14:37   2   they didn't move forward with an XRP future?
05:14:42   3        A.   Because they didn't have an index.
05:14:47   4        Q.   Didn't the -- did you have any
05:14:51   5   understanding as to why the ███ didn't move forward
05:14:54   6   with an XRP index?
05:14:56   7        A.   I don't think I ever got the definitive
05:14:58   8   answer.
05:14:58   9        Q.   Did you have any understanding, even
05:15:00  10   though -- even if it wasn't definitive, what their
05:15:03  11   thinking was?
05:15:05  12        A.   No.
05:15:44  13        Q.   Did Gemini ever tell you that it could not
05:15:48  14   move forward with an XRP listing due to concerns that
05:15:52  15   XRP could be deemed a security?
05:15:54  16        A.   Not that I remember.
05:16:23  17             MS. WAXMAN:  Exhibit 89, please.
05:16:25  18             (Bittrex xRapid Partnership Agreement,
05:16:25  19        Bates Stamps 0158997 through 059004, was marked
05:16:25  20        MV Exhibit 89 for identification, as of this
05:16:25  21        date.)
05:16:29  22             MS. WAXMAN:  How much time do I have left?
05:16:32  23             THE VIDEOGRAPHER:  We're going to 5:54,
05:16:35  24   so -- what is that?  30 --
05:16:45  25             MR. TENREIRO:  38.
```

                                                                    233

```
05:16:46   1              THE VIDEOGRAPHER:  Yeah, 38.
05:16:46   2        Q.   Mr. Vias, I'm showing you what's been
05:16:48   3   marked as MV 89, which is a document with the Bates
05:16:51   4   Stamp 0158997 through 059004.  And I'm going to ask
05:16:59   5   you about section 4, paragraph 3.  If you would just
05:17:09   6   focus on that.
05:17:25   7        A.   Indemnification?
05:17:26   8        Q.   Correct.
05:18:06   9             (Witness reviewing document.)
05:18:12  10        A.   Okay.
05:18:12  11        Q.   Do you recognize what's been marked as
05:18:13  12   MV 89?
05:18:23  13        A.   Do I recognize -- no, I don't remember
05:18:26  14   this.
05:18:28  15        Q.   This is a draft -- says it's a draft,
05:18:31  16   Bittrex-xRapid partnership agreement.
05:18:35  17             In the middle of section 4, paragraph 3,
05:18:40  18   there's a sentence that reads, For the avoidance of
05:18:43  19   doubt, indemnified claims shall not include any
05:18:47  20   claims of losses arising from Bittrex's listing of
05:18:50  21   XRP for transactions for purchase, trade, or sale by
05:18:53  22   its customers, or any claims or losses related to the
05:18:56  23   regulatory classification of XRP.
05:18:59  24             Is that a sentence that Ripple added to the
05:19:01  25   contract -- draft contract?
```

234

```
05:19:04   1              MR. HORTON:  Objection.  Lack of
05:19:05   2    foundation.
05:19:06   3         A.   I don't know.
05:19:08   4              MS. WAXMAN:  Exhibit 90, please.
05:19:09   5              (Bittrex xRapid Partnership Agreement,
05:19:09   6         Bates Stamps 0158397 through -404, was marked MV
05:19:09   7         Exhibit 90 for identification, as of this date.)
05:19:19   8         Q.   Again, I'm going to point you to section 4,
05:19:20   9    paragraph 3 of Exhibit 90, which has the
05:19:24  10    Bates 0158397 through 0158404.
05:19:42  11         A.   What am I looking at?
05:19:43  12         Q.   Section 4, paragraph 3, indemnification.
05:19:45  13    Same paragraph.
05:19:46  14         A.   Same paragraph.  Okay.  Sorry.
05:19:48  15              (Witness reviewing document.)
05:20:16  16         A.   Okay.
05:20:17  17         Q.   In this version, in this document, in that
05:20:19  18    paragraph, it looks like the sentence that I just
05:20:21  19    read is deleted.  Correct?
05:20:25  20         A.   Yes.
05:20:26  21              MR. HORTON:  Objection.
05:20:27  22         Q.   Did Bittrex delete that sentence?
05:20:32  23              MR. HORTON:  Objection.  Lack of
05:20:33  24    foundation.
05:20:33  25         A.   I don't know.
```

235

```
05:20:35  1        Q.   Did Bittrex want Ripple to indemnify them
05:20:36  2   if sales of XRP were deemed sales of securities?
05:20:42  3             MR. HORTON:  Objection.  Lack of
05:20:43  4   foundation.
05:20:43  5        A.   I don't know.
05:20:44  6        Q.   Did Bittrex understand there was a risk
05:20:46  7   that XRP could be deemed a security?
05:20:50  8             MR. HORTON:  Objection.  Lack of
05:20:51  9   foundation.
05:20:51 10        A.   I don't know.
05:20:51 11        Q.   Did you have any discussions with anyone at
05:20:53 12   Bittrex about Ripple providing any indemnification to
05:21:00 13   Bittrex related to regulatory issues?
05:21:03 14             MR. HORTON:  Objection.  Rack of
05:21:04 15   foundation.
05:21:05 16        A.   Not that I can remember, no.
05:21:15 17        Q.   You were involved with xRapid pilots?
05:21:18 18        A.   I was head of the team that was meant to
05:21:25 19   make them a reality, yeah.
05:21:26 20        Q.   And what were the purpose of xRapid pilots?
05:21:35 21        A.   Those were -- they were kind of proofs of
05:21:37 22   concept.  You run pilots with the customers to flesh
05:21:42 23   out the product, to see how it works, how it doesn't
05:21:45 24   work, what the customers like, what they don't like,
05:21:47 25   what you need to refine in order to get it
```

236

```
05:21:53   1    deployable, in earnest.
05:21:57   2         Q.   So proof-of-concept means to establish that
05:21:59   3    it actually works?
05:22:01   4              MS. COWAN:   Objection.
05:22:03   5         A.   No, not -- not that it actually works, but
05:22:06   6    how it works, how well it works.
05:22:09   7              I think by the time you get to a
05:22:11   8    proof-of-concept point, like you've -- you've tested
05:22:14   9    it enough to know that it -- it works.  It's just
05:22:19  10    does it work in the wild, if you will.
05:22:21  11         Q.   Or how well -- you're trying to test how
05:22:24  12    well it works.
05:22:25  13         A.   How well it works, yes.
05:22:28  14              MS. WAXMAN:   Exhibit 91, please.
05:22:30  15              (Email exchange re: Need Help ASAP -
05:22:30  16         Western Union, Bates ███████ 0028696 through -697,
05:22:30  17         was marked MV Exhibit 91 for identification, as
05:22:30  18         of this date.)
05:22:44  19         Q.   Mr. Vias, I'm showing you what's been
05:22:45  20    marked as MV 91, which is a document with the Bates
05:22:48  21    ███████ 0028696 through -697.
05:22:53  22              (Witness reviewing document.)
05:24:19  23         A.   Okay.
05:24:20  24         Q.   Were you involved with Western Union's
05:24:22  25    pilot of xRapid?
```

237

```
05:24:30   1          A.    I was.

05:24:30   2          Q.    And were you familiar with the results of

05:24:32   3    the xRapid -- the Western Union xRapid pilot?

05:24:38   4               MS. COWAN:   Objection.

05:24:39   5          A.    I don't remember.

05:24:43   6               I must have been, but I don't remember what

05:24:45   7    they were.

05:24:54   8          Q.    Did Western Union publicly comment about

05:25:00   9    the xRapid pilot with Ripple?

05:25:04  10               MR. HORTON:   Objection.

05:25:05  11          A.    I don't know.

05:25:07  12          Q.    Did Western Union say that the -- that the

05:25:11  13    use of XRP did not provide any cost savings?

05:25:16  14               MR. HORTON:   Objection to form.

05:25:16  15          A.    I don't know.

05:25:18  16          Q.    Your email at the top, what are you talking

05:25:23  17    about here?

05:25:24  18          A.    I'm responding to ██ 's email around some

05:25:29  19    Fortune article that was going to come out.

05:25:31  20          Q.    Regarding?

05:25:34  21          A.    ███████████ CEO saying they have not

05:25:36  22    seen any cost savings from xRapid.

05:25:39  23          Q.    You respond, quote, Cost savings were never

05:25:43  24    the goal of the pilot.

05:25:46  25               Did Ripple ever communicate that cost
```

238

```
05:25:47   1    savings were never the goal of the xRapid pilot?
05:25:52   2            MR. HORTON:  Object to form.
05:25:53   3        A.   I don't know.
05:25:56   4        Q.   Did Ripple publicly state that xRapid
05:26:01   5    pilots showed cost savings for customers?
05:26:04   6            MR. HORTON:  Objection.
05:26:06   7        A.   I don't know.
05:26:14   8        Q.   Well, could you infer that that's what they
05:26:15   9    were saying, that's why ███████████ had come out
05:26:22  10    and said that they did not experience any cost
05:26:25  11    savings?
05:26:26  12            MR. HORTON:  Objection to the form.
05:26:34  13        A.   I don't know.  I mean, the only mention of
05:26:36  14    cost savings in this email is the email from the
05:26:38  15    Fortune person, I think, to ██████   And I -- I do not
05:26:41  16    know where he's getting the 40 to 70 percent, or
05:26:45  17    where that was released, or what he's referencing.
05:26:48  18        Q.   Did Ripple ever state that customers would
05:26:49  19    save between 40 and 70 percent by using XRP in
05:26:53  20    connection with xRapid?
05:26:56  21            MR. HORTON:  Objection to form.
05:26:56  22        A.   I don't know.
05:26:59  23        Q.   Then you go on to say, The purpose of the
05:27:00  24    pilot with ████ was to provide the utility, speed and
05:27:05  25    payment certainty with the understanding that if ████
```

239

05:27:08  1   wanted to go into production, we could, through

05:27:12  2   incentives, match or beat their cost.

05:27:16  3            Ripple never communicated publicly that it

05:27:18  4   would use incentives to match or beat costs, right?

05:27:26  5            MR. HORTON:  Objection to form.

05:27:27  6        A.   I don't know.

05:27:33  7        Q.   Then you go on to say, I think it's

05:27:35  8   important to restate the fact that xRapid is meant

05:27:38  9   for challenger payment providers without the reach

05:27:40  10  and sophisticated treasury options of a ████████

05:27:49  11           Ripple publicly stated that banks would use

05:27:51  12  xRapid.   Right?

05:27:53  13           MR. HORTON:  Objection to form.

05:27:55  14       A.   I don't know.

05:28:02  15       Q.   Then you go on to say at the bottom, As for

05:28:04  16  the 40 to 70 percent cost savings calculation, I

05:28:07  17  wasn't close to that release but ██████ and ████████

05:28:13  18  should be able to help.

05:28:14  19           Did you ever see any analysis to back up

05:28:16  20  any claim that xRapid provided 40 to 70 percent cost

05:28:19  21  savings?

05:28:21  22           MR. HORTON:  Objection to form.

05:28:22  23       A.   I don't remember.

05:28:22  24       Q.   To your knowledge, did Ripple do any

05:28:24  25  analysis to verify the amount of cost savings that it

240

05:28:27   1    publicized?

05:28:29   2            MR. HORTON:  Objection to form.

05:28:30   3        A.   I don't remember.

05:28:32   4        Q.   Did these cost savings take into account

05:28:35   5    incentive payments that Ripple provided to users of

05:28:39   6    xRapid?

05:28:40   7            MR. HORTON:  Objection to form.

05:28:41   8        A.   I don't know.

05:28:58   9        Q.   When you left xRapid, in April 2020 --

05:29:01  10        A.   Ripple?

05:29:03  11        Q.   -- Ripple in April 2020, did you think

05:29:06  12    xRapid was scalable?

05:29:10  13            MS. COWAN:  Objection.

05:29:12  14        A.   Yes.

05:29:14  15        Q.   And why did you think it was scalable?

05:29:20  16            MS. COWAN:  Objection.

05:29:26  17        A.   I -- I thought all the necessary pieces

05:29:28  18    were there to create a scalable product.

05:29:31  19        Q.   At the time you left, were banks using

05:29:35  20    xRapid?

05:29:38  21        A.   Not that I know of.

05:29:40  22        Q.   And why were banks not using xRapid?

05:29:45  23            MR. HORTON:  Object to the form.

05:29:45  24        A.   I don't know.

05:29:49  25        Q.   Did you ever have conversations with

                                                              241

05:29:51  1   anyone -- with any banks about xRapid?

05:29:55  2        A.   Not that I can remember, no.

05:30:02  3        Q.   Did you ever raise any concerns while you

05:30:05  4   were at Ripple?

05:30:11  5             MS. COWAN:  Objection.

05:30:15  6        Q.   You can answer the question.

05:30:16  7        A.   Did I ever raise any concerns while I was

05:30:17  8   at Ripple?

05:30:18  9        Q.   Uh-huh.

05:30:20 10             MS. COWAN:  About anything?

05:30:21 11        A.   About anything?

05:30:22 12        Q.   Yes, about anything.

05:30:22 13        A.   About, like, the coffee being bad?

05:30:25 14        Q.   You don't seem like the person who would

05:30:27 15   raise that objection, that concern.

05:30:29 16             Did you raise any concerns concerning your

05:30:32 17   role while you were at Ripple?

05:30:35 18             MS. COWAN:  Objection.

05:30:36 19        A.   I don't remember.

05:30:38 20        Q.   Did you raise any concerns regarding

05:30:40 21   Ripple's XRP strategy while you were at Ripple?

05:30:44 22             MS. COWAN:  Objection to form.

05:30:46 23        A.   Yeah, I don't remember.

05:30:53 24        Q.   You said earlier that you left Ripple in

05:30:55 25   April 2020.

                                                              242

```
05:30:58   1            Why did you leave?
05:31:08   2       A.   You know, Brad and I sat down and we agreed
05:31:10   3  it was -- it was time to make a change.
05:31:16   4       Q.   Did Brad pressure you to leave?
05:31:20   5       A.   No.  I would say it was like 60/40, 65/35
05:31:24   6  Brad saying, Hey, I think it's time, and me agreeing.
05:31:27   7       Q.   And why did he think it was time for you to
05:31:29   8  leave?
05:31:30   9            MR. HORTON:  Objection to form.
05:31:31  10       A.   I don't know.
05:31:34  11       Q.   Did you receive poor performance reviews
05:31:37  12  from Brad?
05:31:40  13            MS. COWAN:  Objection.
05:31:41  14       A.   Brad was never my direct report, so no.
05:31:45  15  I -- I never received any poor -- or positive reviews
05:31:48  16  from Brad.
05:31:49  17       Q.   So why did he -- did he tell you when you
05:31:52  18  sat down with him -- what did he say at the time that
05:31:55  19  he sat down with you that you had this conversation,
05:31:57  20  about, Hey, it's time for you to leave?
05:32:02  21       A.   I think literally he said, Hey, I think
05:32:04  22  it's time for you to leave.
05:32:05  23       Q.   Did you ask him why he felt that?
05:32:09  24       A.   No.  I remember -- no, being a little sad
05:32:14  25  about it.  It wasn't -- that's not a comfortable
```

                                                                  243

```
05:32:16   1    thing to hear.
05:32:19   2            But I also agreed.
05:32:22   3        Q.   You agreed with what?
05:32:24   4        A.   With -- that it was time to move on.
05:32:27   5        Q.   Why was it time to move on?
05:32:30   6        A.   So I had come back from paternity leave in
05:32:34   7    October of 2020.  I went on pat leave in July, so I
05:32:39   8    was gone for three months.  And I really
05:32:43   9    disconnected, and I really wanted to spend time with
05:32:45  10    the family.
05:32:45  11            And when I came back, you know, ███████  who
05:32:51  12    I got along with very well, she was transitioning out
05:32:55  13    and wasn't really -- I don't think she ran the BD
05:32:58  14    team anymore, and the markets team was in a little
05:33:01  15    bit of flux.  And I -- I basically said to █████, who
05:33:04  16    was my report, my direct report, I reported to him, I
05:33:07  17    said, look, I don't -- I don't see where I fit
05:33:11  18    naturally anymore, kind of on the rapid team, on the
05:33:14  19    markets team.  I would really like to incubate this
05:33:17  20    other idea around using the -- the balance sheet, the
05:33:21  21    XRP balance sheet, for prime brokerage.
05:33:23  22            And I really think it's a great use case
05:33:26  23    for the balance sheet.  Balance sheet just sits
05:33:28  24    there, does nothing.  I want to -- you know, I want
05:33:31  25    to explore this and see if we can either create a
```

244

```
05:33:35  1   spinoff or -- in -- in-house, however.
05:33:39  2           And I got the go-ahead to do that.  So I
05:33:45  3   spent three months, from October to -- two and a half
05:33:49  4   months, from October to, like, mid-Dec, basically
05:33:54  5   putting together that plan, the idea, prospective
05:33:55  6   team, doing research around the market, the
05:33:58  7   opportunity.  You know, I presented it to leadership,
05:34:02  8   and they said no.
05:34:07  9           That was mid-December.
05:34:09 10           And then the holidays happened.  And it
05:34:14 11   just -- it wasn't clear, sort of, where I -- now
05:34:18 12   what?
05:34:19 13           So when I sat down with Brad, it wasn't
05:34:21 14   wholly surprising, like it was -- my -- my role was
05:34:25 15   in flux.
05:34:27 16      Q.   What was your role before you left?
05:34:30 17      A.   So right before I left, I think my -- my --
05:34:36 18   my responsibility revolved fully around xRapid
05:34:39 19   partnerships and xRapid development.
05:34:42 20      Q.   Why was your role in flux?
05:34:45 21           Why was that role in flux?
05:34:47 22      A.   When I came back?
05:34:49 23           Well, partially because I had put it in
05:34:52 24   flux.  I said, I don't really want to do that
05:34:54 25   anymore; I want to focus on this idea.
```

245

```
05:34:56  1            So then at that point it had been six
05:34:58  2   months since I'd been away from kind of operational
05:35:02  3   responsibilities around xRapid partnerships.  That's
05:35:04  4   a long time to be away from the team.  It's hard to
05:35:08  5   integrate you back.  And, frankly, I didn't -- I
05:35:10  6   don't know if I wanted to do that.  I really wanted
05:35:12  7   to do this brokerage idea.
05:35:14  8        Q.   When you talk about Ripple's balance sheet,
05:35:16  9   are you referring to Ripple's XRP holdings?
05:35:19 10        A.   Yes.
05:35:20 11        Q.   And did you recommend that Ripple spin off
05:35:27 12   a prime brokerage for XRP?
05:35:33 13        A.   I don't know that that necessarily
05:35:34 14   recommended -- if I recommended the spinoff or
05:35:38 15   whether we did it in-house.  I think it was a
05:35:39 16   spinoff, yeah.  I think that's right, yeah.
05:35:42 17        Q.   And did you get feedback from Brad about
05:35:48 18   the idea?
05:35:49 19        A.   Yes.
05:35:49 20        Q.   And what was his feedback?
05:35:50 21        A.   His feedback was he wasn't sure the timing
05:35:53 22   was right.  He felt like it might distract the
05:35:57 23   organization from the core.  He was -- really -- you
05:36:04 24   know, he wanted to kind of drive the company towards
05:36:07 25   an IPO, and this might be distracting to that.
```

                                                                246

```
05:36:11  1           He also said he didn't think I was the
05:36:13  2   right person to do it.
05:36:16  3      Q.   Who initially gave you the go-ahead?  You
05:36:19  4   said, initially, you got the go-ahead, but later in
05:36:22  5   December --
05:36:22  6      A.   I got the go-ahead to -- to -- you know,
05:36:26  7   flesh out the idea, but not to actually do it.
05:36:34  8      Q.   Who gave you the go-ahead to flesh out the
05:36:37  9   idea?
05:36:44 10      A.   I don't remember exactly.  I don't remember
05:36:46 11   how that happened.
05:36:48 12      Q.   And just briefly, how would you use
05:36:52 13   Ripple's XRP holdings as part of this business --
05:36:57 14   prime brokerage business?
05:36:59 15           MS. COWAN:   Objection.
05:37:01 16      A.   So prime brokerage business -- really
05:37:06 17   all -- all the PB is a very big balance sheet that
05:37:10 18   insulates customer from credit losses.  So if you
05:37:13 19   think of, like, two small hedge funds that want to
05:37:16 20   trade with each other but neither one of them has a
05:37:18 21   great credit.  And as a result, the -- their credit
05:37:21 22   teams and their legal teams can't agree for them to
05:37:23 23   trade.  Partially because of settlement issues.  It's
05:37:26 24   often who goes first.
05:37:28 25           And they won't extend any credit line, so
```

247

05:37:32 1   you have to -- you have to gross settle everything so
05:37:34 2   they won't net settle everything.  And it gets very,
05:37:38 3   very inefficient to trade with other folks.
05:37:39 4           So in FX, in the early '90s, banks saw this
05:37:43 5   as an opportunity and they started to basically
05:37:46 6   extend their balance sheet to their fund customers.
05:37:48 7           So what happens is a fund now, instead of
05:37:50 8   you and I trading directly with each other, we trade
05:37:53 9   with a third party that has better credit than both
05:37:57 10  of us.  So we'll trade with each other and then we
05:37:59 11  will give that trade up, name give up to the PB.  So
05:38:04 12  that at the end of the day, we're not settling with
05:38:06 13  one another.
05:38:08 14          I thought that that was -- there was an
05:38:10 15  analog to where cryptocurrency markets were at the
05:38:13 16  end of '19 and the early part of '20 to FX, and in
05:38:19 17  some respects, precious metals as well, in the early
05:38:23 18  '90s.
05:38:23 19          And other feedback I got back from the
05:38:24 20  market was that a PB would be fantastic because it
05:38:27 21  would solve a lot of issues, particularly around
05:38:31 22  settlement, because cryptos are the bare assets.  You
05:38:34 23  know, it's like we trade and it's like, Well, okay,
05:38:36 24  so send me the Bitcoin first.
05:38:38 25          And I'm like, Well, no.  Why don't you send

248

```
05:38:40  1   me the money first.
05:38:41  2         That's -- a prime brokerage solves that,
05:38:44  3   right, because a prime broker has better credit than
05:38:47  4   everybody.  And it's like, No, everybody is going to
05:38:49  5   settle with me first.  And then I'll disburse, right?
05:38:51  6         So the idea around the crypto -- the XRP
05:38:53  7   balance sheet is that it was the big -- I think it
05:38:56  8   still is the biggest balance sheet in all of crypto.
05:38:58  9   So that would be the tool that we could use to build
05:39:03 10   a trading business, a prime brokerage business where
05:39:07 11   folks would trade with the PB.
05:39:10 12         MR. HORTON:  Counsel, I just want to
05:39:11 13   clarify something on the record quickly.  Mr. Vias
05:39:13 14   stated a few moments ago that he came back from
05:39:15 15   paternity leave in October 2020, and I believe he
05:39:17 16   meant October 2019.
05:39:19 17         THE WITNESS:  Thank you.  Sorry about that.
05:39:21 18    Q.   Can you -- when you say you were talking
05:39:37 19   about the biggest balance sheet in crypto, are you
05:39:39 20   talking about Ripple's XRP holdings being the
05:39:42 21   biggest -- holdings that one entity holds?
05:39:46 22         MS. COWAN:  Objection.
05:39:47 23    A.   I believe so.  I believe that's the biggest
05:39:50 24   crypto balance sheet out there.
05:39:54 25    Q.   Upon leaving Ripple, did you agree to
```

249

| | | |
|---|---|---|
| 05:39:57 | 1 | provide anything in connection with the SEC's |
| 05:40:00 | 2 | investigation or litigation as part of your |
| 05:40:03 | 3 | separation from the company? |
| 05:40:05 | 4 | MR. HORTON:  Objection.  Form. |
| 05:40:07 | 5 | A.   I don't think so, no. |
| 05:40:09 | 6 | Q.   Are you paying for your representation by |
| 05:40:11 | 7 | counsel today? |
| 05:40:13 | 8 | A.   I am not. |
| 05:40:14 | 9 | Q.   Is Ripple covering your attorneys fees? |
| 05:40:16 | 10 | A.   Yes. |
| 05:40:17 | 11 | Q.   Did you receive any sources of contribution |
| 05:40:19 | 12 | from Ripple or any affiliated entity when you left? |
| 05:40:24 | 13 | MS. COWAN:  Objection. |
| 05:40:25 | 14 | A.   In terms of, like, severance? |
| 05:40:26 | 15 | Q.   Yes. |
| 05:40:28 | 16 | A.   Yes, I think I got ███████ severance. |
| 05:40:31 | 17 | Q.   Did you receive anything else? |
| 05:40:36 | 18 | MR. HORTON:  Objection to form. |
| 05:40:36 | 19 | A.   Not that I think recall, no. |
| 05:40:38 | 20 | Q.   Did you receive any XRP? |
| 05:40:39 | 21 | A.   No. |
| 05:40:44 | 22 | MS. WAXMAN:  Let's go off the record. |
| 05:40:45 | 23 | THE VIDEOGRAPHER:  Going off the record -- |
| 05:40:46 | 24 | MS. WAXMAN:  5:40. |
| 05:40:46 | 25 | THE VIDEOGRAPHER:  -- at 5:40 p.m. Eastern. |

250

```
05:40:50   1              (A recess was taken from 5:40 to 5:49.)
05:49:48   2              THE VIDEOGRAPHER:  We are back on the
05:49:48   3    record at 5:49 p.m. Eastern.
05:49:53   4        Q.   Mr. Vias, I'm showing you what's been
05:49:55   5    marked as Exhibit 71.  It's a document with the
05:49:58   6    Bates 0371769 through -771.
05:50:03   7              (Email exchange re: Increasing Retail
05:50:03   8         Support of XRP, Bates 0371769 through -771, was
05:50:03   9         marked MV Exhibit 71 for identification, as of
05:50:03  10         this date.)
05:52:01  11              (Witness reviewing document.)
05:52:51  12        A.   Okay.
05:52:53  13        Q.   The top email you write, The retail use
05:52:57  14    case is one that has not panned out in any digital
05:53:01  15    currency.  Outside of places like Venezuela and
05:53:06  16    Zimbabwe and ICOs, to date, the only use for any
05:53:10  17    asset is pure speculation.
05:53:12  18              So in December 2017, you understood that
05:53:22  19    nobody was using XRP to buy goods and services?
05:53:25  20              MR. HORTON:  Objection to form.
05:53:25  21        A.   No.
05:53:32  22        Q.   Is your answer, no, you -- you -- you did
05:53:36  23    not believe that?
05:53:36  24              Or what was your understanding regarding
05:53:39  25    the retail use case for digital currency in
```

251

```
05:53:44  1   December 2017?
05:53:47  2        A.   So I thought that the majority of the --
05:53:49  3   the majority of the activity around digital
05:53:52  4   currencies was speculation.
05:53:58  5        Q.   Well, you say to date the only use case for
05:54:00  6   any asset is pure speculation.
05:54:03  7             And what do you mean by "retail use case"?
05:54:09  8        A.   So if you look at Dinuka's email, where
05:54:15  9   he's saying bring back -- promoting XRP is a
05:54:18 10   peer-to-peer digital asset, that's the retail use
05:54:22 11   case that he's talking about.  And that's what I am
05:54:26 12   referencing with respect to Zimbabwe and Venezuela.
05:54:30 13             You know, this like, peer-to-peer exchange
05:54:34 14   of a digital currency as payment, at that point,
05:54:36 15   hadn't really taken off anywhere.  So I was a little
05:54:39 16   skeptical.
05:54:46 17        Q.   Did others at -- did everyone at Ripple
05:54:47 18   also acknowledge that nobody was using XRP in that
05:54:49 19   way that you just described?
05:54:51 20             MR. HORTON:  Objection to form.
05:54:58 21        A.   First, I don't know that no one was using
05:54:59 22   it.  I just -- it wasn't a retail use case that
05:55:02 23   seemed to be taking off, if anybody was using it.  In
05:55:04 24   Venezuela and Zimbabwe, in particular, Argentina now
05:55:08 25   little bit, there's definitely use of crypto as
```

252

```
05:55:12  1   payment.  I don't know -- at the time, I don't think
05:55:13  2   that there was much going on outside of these two
05:55:16  3   places.
05:55:17  4       Q.   Did Ripple limit its sales to retail use in
05:55:23  5   Venezuela and Zimbabwe?
05:55:27  6            MR. HORTON:  Objection to form.
05:55:27  7       A.   We not sell in Zimbabwe and Venezuela, as
05:55:34  8   far as I know.
05:55:35  9       Q.   At the bottom of the email, you say, In my
05:55:36 10   opinion, what we need is more traction in its use
05:55:39 11   case and more exposure around that traction and for
05:55:41 12   XRP generally.
05:55:43 13            What do you mean by "more exposure around
05:55:45 14   that transaction"?
05:55:49 15            MR. HORTON:  Objection.  That's not the
05:55:50 16   email.
05:55:56 17            I think you said "transaction."
05:55:58 18       A.   Traction.
05:56:00 19            MS. WAXMAN:  Traction.  Thank you.
05:56:01 20       A.   I don't remember exactly what I meant by
05:56:05 21   this.
05:56:05 22       Q.   Was "more exposure" meant to mean more
05:56:08 23   market or more promotion?
05:56:10 24            MR. HORTON:  Objection to form.
05:56:17 25       A.   I think around the use case, we were
```

                                                                    253

```
05:56:19   1   starting to get -- this is December '17.  I think we
05:56:22   2   had just done the pilots or were in the middle of the
05:56:25   3   pilots.  I felt like that was a really big step.  I
05:56:33   4   think at the time, it was the first -- it was the
05:56:36   5   first example of -- like -- real-world companies,
05:56:40   6   transacting real value not in some test net, but in
05:56:43   7   the real world.
05:56:44   8              Like, even the pilots, though, they were
05:56:47   9   small, it felt like a huge deal.  Because here you
05:56:51  10   had companies that were, in some instances, public,
05:56:54  11   had real businesses.  And here they were taking time,
05:56:57  12   energy resources to try this.  And they were doing so
05:57:02  13   in a way that wasn't -- so much of crypto projects
05:57:05  14   back then, everything was a pilot but it was in,
05:57:07  15   like, a closed loop, and it was completely
05:57:10  16   controlled.  We didn't do that.
05:57:13  17              So I felt like that traction was a big
05:57:15  18   deal.
05:57:17  19      Q.   Would increased exposure around that
05:57:21  20   traction help speculation for XRP?
05:57:27  21              MR. HORTON:  Objection to form.
05:57:28  22      A.   I don't know.
05:57:28  23      Q.   Well, why would you want to increase the
05:57:31  24   exposure at that time, if the only use for the asset
05:57:35  25   at the time was speculation?
```

                                                                    254

```
05:57:38   1              MR. HORTON:  Objection.
05:57:39   2         A.   So when you -- when you're building
05:57:43   3    anticipation for a product like xRapid, especially as
05:57:47   4    you're targeting -- you know, payments companies,
05:57:51   5    they are highly regulated.  The margins aren't great.
05:57:54   6              You know, I think if -- if you approached
05:57:59   7    30 payments companies with something like this, you
05:58:04   8    know -- I don't know, I'm not going to speculate on a
05:58:07   9    number -- but you -- the 30 won't come along.  And
05:58:11  10    they'll all have different reasons for not coming
05:58:13  11    along.
05:58:13  12              So I think marketing that traction and
05:58:18  13    signaling that, Hey, I think this is working,
05:58:21  14    increases interest in the use case, increases
05:58:24  15    interest in the product and gets you some inbounds,
05:58:25  16    makes outbound conversations easier, and makes it
05:58:29  17    easier to point to things that are working so that
05:58:32  18    you're not constantly kind of running uphill with
05:58:36  19    conversations around using the product.
05:58:38  20         Q.   But it also increases speculation in XRP.
05:58:49  21              MS. COWAN:  Objection.
05:58:50  22              MR. HORTON:  Objection.
05:58:51  23              Is that a question?
05:58:54  24         A.   Question?
05:58:55  25         Q.   In your opinion, does this increased
```

255

```
05:58:58  1   exposure to Ripple's efforts to develop a use help
05:59:01  2   speculation?
05:59:03  3            MR. HORTON:  Objection to form.
05:59:03  4        A.   I don't know.
05:59:09  5            THE VIDEOGRAPHER:  Counsel, you have
05:59:10  6   four minutes left.
05:59:11  7        Q.   Exhibit 4, please.
05:59:12  8            (Email re: 2t off, 6t on, Bates GSR0017343,
05:59:12  9        was marked MV Exhibit 4 for identification, as
05:59:12 10        of this date.)
05:59:13 11        Q.   Mr. Vias, I'm showing you what's been
05:59:15 12   marked as Exhibit MV 4, which is the document
05:59:18 13   GSR0017343.
05:59:24 14            While you're -- before you get that
05:59:26 15   document, are you familiar with an entity called
05:59:28 16   Rippleworks?
05:59:30 17        A.   Yes.
05:59:31 18        Q.   Okay.  And did you instruct Ripple's market
05:59:39 19   makers as to Ripple's -- Rippleworks' sales of XRP?
05:59:45 20            MR. HORTON:  Objection to form.
05:59:45 21        A.   Not that I can remember, no.
05:59:48 22        Q.   Take a look at MV 4.
05:59:51 23            Let me know when you're done.
05:59:57 24            This is an email to GSR.
05:59:59 25        A.   Uh-huh.
```

256

06:00:00  1        Q.   And, it's from you.  It's dated

06:00:03  2   December 2016.  You say, We are going to turn Ripple

06:00:07  3   bot 2T off, but please leave Rippleworks 6T on.

06:00:13  4            So you provided instructions to GSR for

06:00:16  5   Rippleworks' sales of XRP?

06:00:19  6            MR. HORTON:  Objection to form.

06:00:21  7        A.   So in this email -- and, again, three weeks

06:00:25  8   in, it's me and ███████   We don't have an operations

06:00:28  9   around this at all.

06:00:29 10            If I remember correctly, the way this works

06:00:31 11   is either ███████ or ███████ would have instructed --

06:00:37 12   and this is, again, before we had an instruction.  We

06:00:40 13   didn't have any meetings.  It was basically somebody

06:00:43 14   said, Hey, tell the market makers to turn off our

06:00:47 15   bots and leave Rippleworks on.

06:00:50 16        Q.   Would you turn off Ripple bots -- Ripple's

06:00:52 17   bots and leave Rippleworks' bots on?

06:00:57 18        A.   I don't know.

06:00:57 19        Q.   Why were you giving instructions relating

06:01:00 20   to Rippleworks' bot?

06:01:04 21            MR. HORTON:  Objection to form.

06:01:04 22        A.   I don't know.

06:01:10 23        Q.   Did you ever provide instructions

06:01:11 24   concerning Rippleworks' bots on any other occasion?

06:01:14 25            MR. HORTON:  Objection to form.

                                                          257

```
06:01:14   1          A.    I don't remember.
06:01:15   2                MS. WAXMAN:  Okay.  We don't have any more
06:01:22   3    questions.
06:01:23   4                Counsel, do you have any questions?
06:01:25   5                MS. COWAN:   We have no questions.
06:01:26   6                MS. WAXMAN:  We're off the record at 6:01.
06:01:35   7                THE VIDEOGRAPHER:   This concludes the
06:01:36   8    deposition for Miguel Vias for June 28, 2021.  We are
06:01:43   9    going off the record at 6:01 p.m. Eastern.
06:01:46  10                (Time noted: 6:01 p.m.)
          11
          12
          13
          14
          15
          16
          17
          18
          19
          20
          21
          22
          23
          24
          25
```

258

```
 1                    CERTIFICATE OF WITNESS

 2

 3

 4        I, MIGUEL VIAS, do hereby declare under

 5        penalty of perjury that I have read the entire

 6        foregoing transcript of my deposition testimony,

 7        or the same has been read to me, and certify that

 8        it is a true, correct and complete transcript of

 9        my testimony given on June 28, 2021, save and

10        except for changes and/or corrections, if any, as

11        indicated by me on the attached Errata Sheet, with

12        the understanding that I offer these changes and/or

13        corrections as if still under oath.

14            _____ I have made corrections to my deposition.

15            _____ I have NOT made any changes to my deposition.

16

17   Signed: _____

                 MIGUEL VIAS

18

19   Dated this _____ day of _____ of 20____.

20

21   Sworn to and Subscribed before me,

22   this_____day of_____, 20____.

23   _____

     Notary Public        My commission expires:_____

24

25
                                                         259
```

```
 1                    C E R T I F I C A T E

 2

 3    STATE OF NEW YORK    )
                           )  Ss.:
 4    COUNTY OF NEW YORK   )

 5

 6         I JEFFREY BENZ, a Certified Realtime Reporter,

 7    Registered Merit Reporter and Notary Public within and

 8    for the State of New York, do hereby certify:

 9         That the witness whose examination is hereinbefore

10    set forth was duly sworn by me and that this transcript

11    of such examination is a true record of the testimony

12    given by such witness.

13         I further certify that I am not related to any of

14    the parties to this action by blood or marriage and that

15    I am in no way interested in the outcome of this matter.

16         IN WITNESS WHEREOF, I have hereunto set my hand

17    this   29th  of   June   , 2021.

18

19    _____

20    JEFFREY BENZ, CRR, RMR

21

22

23

24

25
```

                                                          260

```
                          ERRATA SHEET
    Deposition of:  MIGUEL VIAS
    Date taken:  JUNE 28, 2021
    Case:  SEC v. RIPPLE LABS, INC., et al.
    PAGE  LINE
    _____ _____      CHANGE: _____
                     REASON: _____
    _____ _____      CHANGE: _____
                     REASON: _____

    _____ _____      CHANGE: _____
                     REASON: _____
    _____ _____      CHANGE: _____
                     REASON: _____

    _____ _____      CHANGE: _____
                     REASON: _____
    _____ _____      CHANGE: _____
                     REASON: _____

    _____ _____      CHANGE: _____
                     REASON: _____
    _____ _____      CHANGE: _____
                     REASON: _____

    _____ _____      CHANGE: _____
                     REASON: _____
    _____ _____      CHANGE: _____
                     REASON: _____

    _____ _____      CHANGE: _____
                     REASON: _____
    _____ _____      CHANGE: _____
                     REASON: _____

    _____ _____      CHANGE: _____
                     REASON: _____

    Signed_____
    Dated_____
```

261