# Exhibit 13

**ripple**

# Ripple, XRP, and the XRP Ledger

———

NYC Metro Infragard Blockchain Summit

*May 10, 2018*

@ripple.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258174



Agenda

- Introduction
- Ripple, the Company
- XRP, the Digital Asset
- The XRP Ledger, the Blockchain
- Monitoring & Investigations
- Q&A

2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258175



**CAMS**

BSA Officer, Ripple

San Francisco, CA ████ @ripple.com

**ripple**

| FIELD COMPLIANCE OFFICER | SENIOR AML INVESTIGATOR | BSA OFFICER |
| --- | --- | --- |
| Oversaw BSA/AML compliance of 300+ MSB agents in Pacific NW | Managed investigation of 1,000+ cases and hundreds of SAR filings | Head of BSA Compliance for payments Fintech in the blockchain/crypto space |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258176



# What is Ripple?

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258177



**•:ripple**

## Enterprise Solutions for Global Payments Using Blockchain Technology

Enabling the world to move money like information moves today.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258178



**Our Investors**



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258179



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258180



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258181



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258182

# xCurrent

Banks use xCurrent to process global payments for their customers



Bank

Bank

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258183



Ripple's Product Suite

**xCurrent**

Messaging, Settlement, and Governance

**xRapid**

On-demand Liquidity

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258184

# xRapid

Payment providers use xRapid to source on-demand liquidity



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258185



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258186

# xVia

Businesses use xVia to plug into RippleNet to send payments



Senders                           RippleNet                         Beneficiaries

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258187

# Building RippleNet

Connecting banks, payment providers, digital asset exchanges and corporates to provide one frictionless experience to send money globally.



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258188



ILP Enabled Network

Interledger Protocol (ILP)

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258189



ILP Enabled Network



Interledger Protocol (ILP)

Open-source technology

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258190



ILP Enabled Network

## Interledger Protocol (ILP)

- Open-source technology
- Synchronizes transactions across multiple ledgers

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258191

# For High Volume Corridors





FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258192

# For More Exotic Corridors



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258193



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258194



# XRP

The Digital Asset Liquidity Solution

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258195



2012

## XRP is Born

100 billion XRP initially created as the digital asset native to the XRP Ledger



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258196

# The Attributes of XRP



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258197

# The Attributes of XRP



**Pre-Mined**

Built directly into
the XRP Ledger

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258198

# The Attributes of XRP





**Pre-Mined**

Built directly into
the XRP Ledger

**Scarce**

All XRP that will ever
exist already exists
(100 billion)



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258199

# The Attributes of XRP



**Pre-Mined**

Built directly into
the XRP Ledger



**Scarce**

All XRP that will ever
exist already exists
(100 billion)



**Counterparty-Free**

Not dependent on a
specific third party
for redemption



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258200

# The Attributes of XRP



**Pre-Mined**

Built directly into
the XRP Ledger



**Scarce**

All XRP that will ever
exist already exists
(100 billion)



**Counterparty-Free**

Not dependent on a
specific third party
for redemption



**Fungible**

All units of XRP are
considered equal
and valued equally

28

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258201



XRP as an Anti-Spam Measure

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258202



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258203

## XRP as an Anti-Spam Measure

There is a fee of .00001 XRP for each transaction, which is destroyed upon transaction.



31

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258204



# BUT HOW IS IT DIFFERENT FROM BITCOIN?

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258205

## Comparing XRP to Bitcoin



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258206

# Comparing XRP to Bitcoin

| BITCOIN | XRP |
| --- | --- |
| ⟩ 4 hours to settle | ⟩ 4 seconds to settle |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258207

## Comparing XRP to Bitcoin

| BITCOIN | XRP |
| --- | --- |
| 4 hours to settle | 4 seconds to settle |
| Fees: +$2.00/transaction | Fees: $0.005/transaction |



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258208

# Comparing XRP to Bitcoin

| BITCOIN |
| --- |
| > 4 hours to settle |
| > Fees: +$2.00/transaction |
| > 8 transactions per second |

| XRP |
| --- |
| > 4 seconds to settle |
| > Fees: $0.005/transaction |
| > 1000 transactions per second |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258209

# Comparing XRP to Bitcoin

| BITCOIN | XRP |
| --- | --- |
| 4 hours to settle | 4 seconds to settle |
| Fees: +$2.00/transaction | Fees: $0.005/transaction |
| 8 transactions per second | 1000 transactions per second |
| 94 kWh per transaction | Negligible energy consumption |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258210

# Comparing XRP to Bitcoin

| BITCOIN |
| --- |
| ⟩ 4 hours to settle |
| ⟩ Fees: +$2.00/transaction |
| ⟩ 8 transactions per second |
| ⟩ 94 kWh per transaction |
| ⟩ Requires global adoption |

| XRP |
| --- |
| ⟩ 4 seconds to settle |
| ⟩ Fees: $0.005/transaction |
| ⟩ 1000 transactions per second |
| ⟩ Negligible energy consumption |
| ⟩ Works across networks |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258211

# Comparing XRP to Bitcoin

| BITCOIN | XRP |
| --- | --- |
| 4 hours to settle | 4 seconds to settle |
| Fees: +$2.00/transaction | Fees: $0.005/transaction |
| 8 transactions per second | 1000 transactions per second |
| 94 kWh per transaction | Negligible energy consumption |
| Requires global adoption | Works across networks |
| Unstable governance | 30 million ledgers closed without issue |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258212



**XRP for the Enterprise Use Case**

40

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258213

# Today: Payment Reach Through Account Relationships





FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258214

# Today: Payment Reach Through Account Relationships



> Cost to open and maintain accounts



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258215

## Today: Payment Reach Through Account Relationships



- ⟩ Cost to open and maintain accounts

- ⟩ Ongoing compliance costs for the bank

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258216

## Today: Payment Reach Through Account Relationships



⊙ Cost to open and maintain accounts

⊙ Ongoing compliance costs for the bank

⊙ Opportunity cost of trapped liquidity

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258217

## Today: Payment Reach Through Account Relationships



⊘ Cost to open and maintain accounts

⊘ Ongoing compliance costs for the bank

⊘ Opportunity cost of trapped liquidity

⊘ Reach limited to high-volume corridors

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258218

# Expanding Reach through a Digital Asset – XRP





FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258219

# Expanding Reach through a Digital Asset – XRP



⊙ XRP: liquidity tool for efficient reach

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258220

# Expanding Reach through a Digital Asset − XRP



◇ XRP: liquidity tool for efficient reach

◇ Sources liquidity for fiat-to-fiat payments

48

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258221

# Expanding Reach through a Digital Asset – XRP



⟩ XRP: liquidity tool for efficient reach

⟩ Sources liquidity for fiat-to-fiat payments

⟩ Eliminates accounts & capital costs

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258222

# Expanding Reach through a Digital Asset – XRP



- ⟩ XRP: liquidity tool for efficient reach
- ⟩ Sources liquidity for fiat-to-fiat payments
- ⟩ Eliminates accounts & capital costs
- ⟩ XRP complements fiat currency

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258223



# The XRP Ledger

The Home of XRP



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258224

# Interledger Protocol...



ILP Enabled Network

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258225





FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258226

# The **XRP Ledger** Is Just Another Ledger



54

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258227



## The XRP Ledger

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258228



## The XRP Ledger

⟩ Open source, distributed ledger

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258229



# The XRP Ledger

- Open source, distributed ledger

- "Consensus" based

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258230



## The XRP Ledger

⟩ Open source, distributed ledger

⟩ "Consensus" based

⟩ Supports transfer and exchanges of currency "IOUs" and XRP

58

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258231



## The XRP Ledger

- Open source, distributed ledger

- "Consensus" based

- Supports transfer and exchanges of currency "IOUs" and XRP

- Users deposit and withdraw through "gateways"

59

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258232

# Moving Funds On and Off the XRP Ledger



**Gateways** are businesses that link the XRP Ledger to the rest of the world.



60

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258233

# Moving Funds On and Off the XRP Ledger



**Gateways** are businesses that link the XRP Ledger to the rest of the world.

- **Issuing Gateway:** receives money (or other assets of value) outside of the ledger, and creates issuances in XRP Ledger.

61

RPLI_SEC 0258234

## Issuing Gateway: Bitstamp



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258235

# Moving Funds On and Off the XRP Ledger



**Gateways** are businesses that link the XRP Ledger to the rest of the world.

- **Issuing Gateway:** receives money (or other assets of value) outside of the ledger, and creates issuances in XRP Ledger.

- **Private Exchange:** holds XRP and lets its customers buy and sell that XRP in its own system.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258236

# Private Exchange: Poloniex



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258237

# Moving Funds On and Off the XRP Ledger



**Gateways** are businesses that link the XRP Ledger to the rest of the world.

- **Issuing Gateway:** receives money (or other assets of value) outside of the ledger, and creates issuances in XRP Ledger.

- **Private Exchange:** holds XRP and lets its customers buy and sell that XRP in its own system.

- **Merchants** accept payment within XRP Ledger in exchange for goods and services in the outside world.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258238

# Merchants








FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258239

# Moving Funds On and Off the XRP Ledger



**Gateways** are businesses that link the XRP Ledger to the rest of the world.

- **Issuing Gateway:** receives money (or other assets of value) outside of the ledger, and creates issuances in XRP Ledger.

- **Private Exchange:** holds XRP and lets its customers buy and sell that XRP in its own system.

- **Merchants** accept payment within XRP Ledger in exchange for goods and services in the outside world.

Gateways are responsible for complying with local regulations, including any applicable AML/KYC and reporting requirements.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258240

## Transaction Example



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258241

# Transaction Example - Setting Up a Wallet

- Alice opens an account at ACME Gateway



69

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258242

## Transaction Example - Depositing Funds

- Alice opens an account at ACME Gateway

- Alice transfers $200 USD to ACME



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258243

## Transaction Example - Gateway IOU Payment

- Alice opens an account at ACME Gateway

- Alice transfers $200 USD to ACME

- ACME issues Alice an "IOU" for $200 USD on XRP Ledger



71

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258244

# Transaction Example - Trading on the XRP Ledger

- Alice opens an account at ACME Gateway

- Alice transfers $200 USD to ACME

- ACME issues Alice an "IOU" for $200 USD on XRP Ledger

- Alice exchanges her $200 ACME-USD for 1000 XRP from Bob



1000 XRP

$200 ACME

72

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258245

# Transaction Example - P2P Payment on the XRP Ledger

- Alice conducts payments and exchanges within XRP Ledger



1000 XRP

73

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258246

## Transaction Example - Trading on the XRP Ledger

- Alice conducts payments and exchanges within XRP Ledger

- When Alice is ready to "cash out," she exchanges the XRP for ACME-issued currency



$200 ACME

1000 XRP

74

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258247

# Transaction Example - Withdrawing Funds

- Alice conducts payments and exchanges within XRP Ledger

- When Alice is ready to "cash out," she exchanges the XRP for ACME-issued currency

- ...and sends it to ACME, who redeems the IOU for fiat currency outside of the ledger



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258248



# XRP Ledger Monitoring

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258249

# Monitoring for Suspicious Behavior on the XRP Ledger



UNITED STATES DEPARTMENT OF THE TREASURY

**FinCEN**
FINANCIAL CRIMES ENFORCEMENT NETWORK

HOME    ABOUT ▾    RESOURCES ▾    NEWSROOM ▾    CAREERS ▾    Search    🔍

## FinCEN Fines Ripple Labs Inc. in First Civil Enforcement Action Against a Virtual Currency Exchanger

📄 20150505.pdf                                                                                    221.45 KB

**Contact:** Contact: Steve Hudak (703) 905-3770
**Immediate Release:** May 05, 2015

WASHINGTON, DC – The Financial Crimes Enforcement Network (FinCEN), working in coordination with the U.S. Attorney's Office for the Northern District of California (USAO-NDCA), assessed a $700,000 civil money penalty today against Ripple Labs Inc. and its wholly-owned subsidiary, XRP II, LLC (formerly known as XRP Fund II, LLC). Ripple Labs willfully violated several requirements of the Bank Secrecy Act (BSA) by acting as a money services business (MSB) and selling its virtual currency, known as XRP, without registering with FinCEN, and by failing to implement and maintain an adequate anti-money laundering (AML) program designed to protect its products from use by money launderers or terrorist financiers. XRP II later assumed Ripple Labs' functions of selling virtual currency and acting as an MSB; however, like its parent company, XRP II willfully violated the BSA by failing to implement an effective AML

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                                    RPLI_SEC 0258250



# Monitoring for Suspicious Behavior on the XRP Ledger

01

**LAYERING**
Uses multiple gateways
to rapidly move funds in
and out

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258251

## Monitoring for Suspicious Behavior on the XRP Ledger

01 | **LAYERING**
Uses multiple gateways
to rapidly move funds in
and out

02 | **STRUCTURING**
Breaks up transactions
to avoid known U.S.
reporting thresholds



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258252

# Monitoring for Suspicious Behavior on the XRP Ledger

01 | **LAYERING**
Uses multiple gateways
to rapidly move funds in
and out

02 | **STRUCTURING**
Breaks up transactions
to avoid known U.S.
reporting thresholds

03 | **XRP THEFTS**
User reports that XRP
has been stolen from
his/her wallet



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258253

## Monitoring for Suspicious Behavior on the XRP Ledger

01 **LAYERING**
Uses multiple gateways
to rapidly move funds in
and out

02 **STRUCTURING**
Breaks up transactions
to avoid known U.S.
reporting thresholds

03 **XRP THEFTS**
User reports that XRP
has been stolen from
his/her wallet

04 **FUNNELING**
Many to one, one to many
transactions through
multiple wallets



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258254

# Monitoring for Suspicious Behavior on the XRP Ledger

01 **LAYERING**
Uses multiple gateways
to rapidly move funds in
and out

02 **STRUCTURING**
Breaks up transactions
to avoid known U.S.
reporting thresholds

03 **XRP THEFTS**
User reports that XRP
has been stolen from
his/her wallet

04 **FUNNELING**
Many to one, one to many
transactions through
multiple wallets

05 **PYRAMID SCHEMES**
Third party sales of XRP or
IOUs through illegal
marketing schemes



82

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258255

## Monitoring for Suspicious Behavior on the XRP Ledger

01

**LAYERING**

Uses multiple gateways to rapidly move funds in and out

02

**STRUCTURING**

Breaks up transactions to avoid known U.S. reporting thresholds

03

**XRP THEFTS**

User reports that XRP has been stolen from his/her wallet

04

**FUNNELING**

Many to one, one to many transactions through multiple wallets

05

**PYRAMID SCHEMES**

Third party sales of XRP or IOUs through illegal marketing schemes

06

**PHISHING SCHEMES**

Emails and websites designed to compromise user wallets



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258256

# Public Posts of Suspicious Activity

Attempting to connect potentially illegal activity identified in public forums to wallets and transactions on the XRP Ledger



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258257

# User-reported XRP Thefts

Analyzing patterns in user-reported thefts to uncover common culprits and their techniques on the XRP Ledger





FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258258



# Investigation Case Study #1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258259





2015

## First Alert

A user of the XRP Ledger
("victim") reports a theft of 1
million XRP

87

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258260





2015

## First Alert

The victim, based in Japan, reports receiving unsolicited emails with 2FA codes

88

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258261




2015

## First Alert

Ripple's investigation finds two other XRP theft reports naming the same counterparty wallet ("suspect")

89

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258262



## Ongoing Investigation

Over the next 30+ months, Ripple has continued to investigate this suspect's wallet along with other associated wallets

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258263



## Ongoing Investigation

Over the next 30+ months, Ripple has continued to investigate this suspect's wallet along with other associated wallets

- No KYC information (suspect is not a Ripple customer)

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258264



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258265

# 117

user-reported thefts

———



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258266

# 117

user-reported thefts

———

# 5

associated "suspect" wallets

———



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258267

# 117

user-reported thefts

———

# 5

associated "suspect" wallets

———

# 113 million

reportedly stolen XRP



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258268



XRP received by suspect wallets between 2015 and 2017

96

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258269



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258270



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258271



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258272

# Flow of Funds

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258273

# Flow of Funds



**+706 more**



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258274



Flow of Funds

+706 more

Other suspicious wallets (5)

Gateways (various)

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258275



Flow of Funds

+706 more

Other
suspicious
wallets (5)

Gateways
(various)

103

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258276



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258277



Flow of Funds

**1,906 wallets**

**Other suspicious wallets (5)**

**Gateways (various)**

105

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258278



Flow of Funds

**Other suspicious wallets (5)**

**Gateways (various)**

106

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258279



107

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258280



108

RPLI_SEC 0258281

# BTC38.com (Chinese Gateway)



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                    RPLI_SEC 0258282

# BTC38.com as a "Bridge" Gateway



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258283



BTC38.com as a "Bridge" Gateway

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258284

# BTC38.com as a "Bridge" Gateway



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258285



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258286

## Bittrex (U.S.)



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258287



Flow of Funds

115

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258288





World's first Unlimited *Ripple debit card*

"You can easily use Ripple (XRP) Debit Card everyday, everywhere, for everything."

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258289

 Card   Solutions   Deposit   Topup   Fees   Login   | Sign Up |

# 5 Reasons to choose Ripple debit card



**NO FEE DEPOSIT**

Instant load with 0% fee



**ANONYMOUS**

We do not require for ID or verification.



**MULTI CARDS BUY SUPPORT**

You can get unlimited cards with only 1 UQUID account



**FAST AND FREE DELIVERY**

Our card ships free to 178 + countries with no fees. Typically within 2-3 working days



**AVS MATCHING**

Get Easy for shopping at Amazon, Uber, Skrill, Just-Eat, Deliveroo ...

JOIN FOR FREE

117

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258290

## Features and limits

There are some standard usage limits for our Liquid Visa Cards:

**Acceptable ID documents include:**
Driving license
Passport
Government issued ID card

**Acceptable proof of residence documents include:**
Utility bill (electricity, internet, water, phone etc...)
Credit card bill

Your proof of residence must not be more than 3 months old and in English

| Rules | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **POS Rules** | | | | | | | | |
| Number of purchases | Per day | | | | | | | |
| Value of purchases | Per day | | | | | | | |
| **ATM Rules** | | | | | | | | |
| Number of ATM transactions | Per day | | | | | | | |
| Value of ATM withdrawal | Per ATM Transaction | | | | | | | |
| Value of ATM withdrawal | Per day | | | | | | | |
| Maximum ATM withdraw | Lifetime | | | | | | | |
| **Loading Rules** | | | | | | | | |
| Max any daily load | Per Day | $2,500 | €2,500 | £2,000 | $20,000 | €20,000 | £16,000 |
| Max any lifetime load | Lifetime | $2,500 | €2,500 | £2,000 | no limit | no limit | no limit |
| Number of loads | Per Day | 2 | 2 | 2 | no limit | no limit | no limit |
| **Unloads Rules** | | | | | | | | |
| Maximum Total Unloads (All Channels) | Lifetime | $1,000 | €1,000 | £1,000 | no limit | no limit | no limit |
| **Bank Loads (Direct from Bank)** | | | | | | | | |
| Max single load | Per Transaction | | | | $5,000 | €5,000 | £4,000 |
| Max daily load | Per Day | | | | $5,000 | €5,000 | £4,000 |
| Maximum lifetime Bank loads | Lifetime | | | | no limit | no limit | no limit |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258291

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10001696 | 10002418 | 10006242 | 10008673 | 10008830 | 10009004 | 10009233 | 10009795 | 10010035 | 10011767 | 10011921 | 10014208 | 10014360 |
| 10001697 | 10002419 | 10006243 | 10008674 | 10008831 | 10009005 | 10009234 | 10009797 | 10010037 | 10011768 | 10011922 | 10014210 | 10014361 |
| 10001698 | 10002420 | 10006244 | 10008675 | 10008833 | 10009006 | 10009236 | 10009798 | 10010038 | 10011769 | 10011923 | 10014211 | 10014362 |
| 10001699 | 10002421 | 10006245 | 10008676 | 10008834 | 10009007 | 10009237 | 10009801 | 10010040 | 10011775 | 10011924 | 10014213 | 10014363 |
| 10001700 | 10002549 | 10006246 | 10008678 | 10008835 | 10009008 | 10009249 | 10009802 | 10010041 | 10011776 | 10011925 | 10014214 | 10014364 |
| 10001701 | 10002678 | 10006247 | 10008679 | 10008837 | 10009011 | 10009278 | 10009803 | 10010042 | 10011777 | 10011926 | 10014215 | 10014365 |
| 10001702 | 10002679 | 10006248 | 10008680 | 10008839 | 10009012 | 10009279 | 10009805 | 10010044 | 10011778 | 10011927 | 10014216 | 10014366 |
| 10001703 | 10002680 | 10006249 | 10008682 | 10008844 | 10009017 | 10009281 | 10009808 | 10010045 | 10011779 | 10011929 | 10014217 | 10015969 |
| 10001704 | 10002682 | 10006250 | 10008683 | 10008847 | 10009019 | 10009282 | 10009809 | 10010046 | 10011781 | 10011930 | 10014218 | 10015970 |
| 10001705 | 10002683 | 10006251 | 10008685 | 10008849 | 10009021 | 10009283 | 10009811 | 10010049 | 10011783 | 10011931 | 10014219 | 10015972 |
| 10001706 | 10002684 | 10006252 | 10008686 | 10008851 | 10009022 | 10009284 | 10009814 | 10010050 | 10011785 | 10011932 | 10014220 | 10015973 |
| 10001707 | 10002685 | 10006253 | 10008687 | 10008853 | 10009023 | 10009285 | 10009816 | 10010051 | 10011790 | 10011934 | 10014223 | 10015974 |
| 10001708 | 10002686 | 10006254 | 10008688 | 10008854 | 10009027 | 10009286 | 10009817 | 10010053 | 10011791 | 10011935 | 10014225 | 10015976 |
| 10001709 | 10002687 | 10006255 | 10008689 | 10008855 | 10009030 | 10009287 | 10009824 | 10010054 | 10011792 | 10011939 | 10014226 | 10015977 |
| 10001710 | 10002688 | 10006256 | 10008691 | 10008857 | 10009032 | 10009288 | 10009845 | 10010055 | 10011794 | 10011940 | 10014227 | 10015978 |
| 10001711 | 10002689 | 10006257 | 10008692 | 10008859 | 10009034 | 10009290 | 10009851 | 10010056 | 10011795 | 10011941 | 10014228 | 10015980 |
| 10001712 | 10002690 | 10006258 | 10008693 | 10008861 | 10009036 | 10009291 | 10009863 | 10010058 | 10011796 | 10011942 | 10014229 | 10015981 |

RPLI_SEC 0258292

10001696 10002418 10006242 10008673 10008830 10009004 10009233 10009795 10010035 10011767 10011921 10014208 10014360
10001697 10002419 10006243 10008674 10008831 10009005 10009234 10009797 10010037 10011768 10011922 10014210 10014361
10001698 10002420 10006244 10008675 10008833 10009006 10009236 10009798 10010038 10011769 10011923 10014211 10014362
10001699 10002421 10006245 10008676 10008834 10009007 10009237 10009801 10010040 10011775 10011924 10014213 10014363
10001700 10002549 10006246 10008678 10008835 10009008 10009249 10009802 10010041 10011776 10011925 10014214 10014364
10001701 10002678 10006247 10008[ ] [ ]0927[ ] [ ]0010[ ] 10011926 10014215 10014365
10001702 10002679 10006[ ] [ ]0 10008839 10009[ ] [ ]0092[ ] 10009805 10010044 100117[ ] 10011927 10014216 10014366
10001703 10002680 10006249 10[ ]2 10008844 10[ ] [ ]100092[ ] 10010045 10011929 10014217 10015969
10001704 10002682 10006250 10[ ]8 10008847 10[ ]9 10009282 100098[ ] 10010046 100117[ ] 10011930 10014218 10015970
10001705 10002683 10006251 10[ ]8 10008849 [ ]21 10009283 100098[ ] 10010049 100117[ ] 10011931 10014219 10015972
10001706 10002684 10006252 10[ ]5 100088511 [ ]9022 10009[ ] [ ]0010[ ] 10011932 10014220 10015973
10001707 10002685 10006253 10008687 10008853 10009023 10009285 10009816 10010051 10011790 10011934 10014223 10015974
10001708 10002686 10006254 10008688 10008854 10009027 10009286 10009817 10010053 10011791 10011935 10014225 10015976
10001709 10002687 10006255 10008689 10008859 10009030 100092[ ] 10009824 10010054 10011792 10011939 10014226 10015977
10001710 10002688 10006256 [ ]0092[ ] 10[ ]54 10011940 10014227 10015978
10001711 10002689 10006257 10008692 10008859 10009034 10009290 10009851 10010056 10011795 10011941 10014228 10015980
10001712 10002690 10006258 10008693 10008861 10009036 10009291 10009863 10010058 10011796 10011942 10014229 10015981
10001713 10002691 10007351 10008695 10008863 10009037 10009292 10009864 10010238 10011797 10011943 10014230 10015985

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258293

944.6448347
944.6448347
944.6448347
944.6448347
944.6448347
944.6448347
944.6448347
944.6448347
944.6448347
944.6448347
944.6448347
944.6448347
944.6448347
944.6448347
944.6448347
944.6448347
944.6448347
944.6448347
944.6448347
944.6448347
944.6448347
944.6448347
918.3897212
918.3897212
918.3897212
918.3897212
918.3897212
918.3897212
918.3897212

## Structuring Below Identification Thresholds

———

One of UQUID's identity verification tiers starts at $1,000 USD.



121

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258294



# Investigation Case Study #2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

# Ripple Identifies Copycat Websites

 

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258296

# Ripple Identifies Copycat Websites



**Initial Research:**

- No information regarding how XRP is sold

- No XRP Ledger address(es) listed on site

- Domain registration anonymous

- Google search for generic email address rendered no matches

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258297

# Connecting the Dots via OSINT





"VLOG: Buying another 100USD Ripple Coin | Ripple Network"

125

RPLI_SEC 0258298

# Connecting the Dots via OSINT




126

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258299

# Connecting the Dots via OSINT

The missing
piece, uncovered

———

The XRP Ledger
wallet address is
briefly provided in
the video



127



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258300

# Connecting the Dots via OSINT



One of Two Individuals Identified

———

Email address and physical address seen in video match that of a "Huy Nguyen" in Canada

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258301

# Connecting the Dots via OSINT

**Uncovering More through Social Media**

———

An Instagram account for a "Leon Pereira" uncovers photos evidencing misrepresentation



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258302

# Connecting the Dots via OSINT



## Identifying the Relationship

Another Instagram post by Leon Pereira finds potential match to "Huy Nguyen"



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258303

# Connecting the Dots via OSINT



## Identifying the Relationship

An account appearing to match Huy Nguyen posts similar photos evidencing misrepresentation

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258304

# Action & Resolution







## Website Takedown

After the issuance of several cease-and-desists, the website owners took them down.

132

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258305





FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258306

# Investigative Challenges



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258307

# Investigative Challenges

## 1

## Off-Ledger is a Black Box



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258308

# Investigative Challenges

## 1

## Off-Ledger is a Black Box



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258309

# Investigative Challenges

## 1

### Off-Ledger is a Black Box



## 2

### KYC Info (if available) is held by the Gateway



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258310

# Investigative Challenges – Following the Trail

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258311

# Investigative Challenges – Following the Trail

- Regulation across different countries is patchwork, unclear, or non-existent
  - Virtual currency exchanges are not always subject to AML regulation
  - Critical KYC data is often not captured or is only partial
  - Law enforcement may encounter dead-ends at these exchanges
  - 314(b) requests return limited or no information

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258312

# Investigative Challenges – Following the Trail

- Regulation across different countries is patchwork, unclear, or non-existent
  - Virtual currency exchanges are not always subject to AML regulation
  - Critical KYC data is often not captured or is only partial
  - Law enforcement may encounter dead-ends at these exchanges
  - 314(b) requests return limited or no information

- Distributed nature complicates cross-border coordination
  - Information sharing across borders difficult due to varying privacy / info-sharing laws
  - Law enforcement coordination across borders can be cumbersome, time-consuming



140

RPLI_SEC 0258313

# Investigative Challenges – Following the Trail

- Regulation across different countries is patchwork, unclear, or non-existent
  - Virtual currency exchanges are not always subject to AML regulation
  - Critical KYC data is often not captured or is only partial
  - Law enforcement may encounter dead-ends at these exchanges
  - 314(b) requests return limited or no information

- Distributed nature complicates cross-border coordination
  - Information sharing across borders difficult due to varying privacy / info-sharing laws
  - Law enforcement coordination across borders can be cumbersome, time-consuming

- Virtual currency wallets relatively easy to set up, from anywhere
  - Law enforcement often must rely on outbound flow of funds (i.e. exchanges) to identify suspects
  - Potentially unlimited structuring and layering of funds through multiple wallets
  - Employment of straw men for additional layering

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258314

# Investigative Challenges – Following the Trail

- Transactions move quickly and are irreversible
    - Layering can happen in real-time among a variety of exchanges, coins, and wallets
    - Recovery of funds (e.g. thefts) incredibly rare

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258315

# Investigative Challenges – Following the Trail

- Transactions move quickly and are irreversible
  - Layering can happen in real-time among a variety of exchanges, coins, and wallets
  - Recovery of funds (e.g. thefts) incredibly rare

- Use of mixers/tumblers/shufflers break audit traceability
  - Potential investigative dead-end

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

# Investigative Challenges – Following the Trail

- Transactions move quickly and are irreversible
    - Layering can happen in real-time among a variety of exchanges, coins, and wallets
    - Recovery of funds (e.g. thefts) incredibly rare

- Use of mixers/tumblers/shufflers break audit traceability
    - Potential investigative dead-end

- Use of privacy coins further severs audit trail

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258317

# Investigative Challenges – Following the Trail

- Transactions move quickly and are irreversible
  - Layering can happen in real-time among a variety of exchanges, coins, and wallets
  - Recovery of funds (e.g. thefts) incredibly rare

- Use of mixers/tumblers/shufflers break audit traceability
  - Potential investigative dead-end

- Use of privacy coins further severs audit trail

- Hardware crypto wallets allow for easy portability (cash smuggling alternative)



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258318

# Investigative Challenges – Following the Trail

- Transactions move quickly and are irreversible
    - Layering can happen in real-time among a variety of exchanges, coins, and wallets
    - Recovery of funds (e.g. thefts) incredibly rare

- Use of mixers/tumblers/shufflers break audit traceability
    - Potential investigative dead-end

- Use of privacy coins further severs audit trail

- Hardware crypto wallets allow for easy portability (cash smuggling alternative)

- Anonymity / pseudo-anonymity
    - Non face-to-face customer relationships
    - Anonymous funding
    - Anonymous transfers if sender/receiver not identified



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258319



# Reporting & Information Sharing

Notifying Gateways, Law Enforcement, and the Industry



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258320

# Information Sharing

Ripple's wholly owned subsidiary XRP II, LLC participates in the 314(b) Voluntary Information Sharing program.

Parent company Ripple is a founding member of the Blockchain Alliance, and regularly engages with law enforcement.



148

# Information Sharing

Ripple's wholly owned subsidiary XRP II, LLC participates in the 314(b) Voluntary Information Sharing program.
Parent company Ripple is a founding member of the Blockchain Alliance, and regularly engages with law enforcement.



**314(B) VOLUNTARY
INFORMATION SHARING**

XRP II, LLC has notified
FinCEN that it elects to
share information pursuant
to section 314(b).

149

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258322

# Information Sharing

Ripple's wholly owned subsidiary XRP II, LLC participates in the 314(b) Voluntary Information Sharing program. Parent company Ripple is a founding member of the Blockchain Alliance, and regularly engages with law enforcement.





### 314(B) VOLUNTARY INFORMATION SHARING

XRP II, LLC has notified FinCEN that it elects to share information pursuant to section 314(b).

### GATEWAY NOTIFICATIONS OF UNUSUAL ACTIVITY

Ripple notifies gateways upon user reports of suspicious activity proceeds exiting via the gateway.



150

RPLI_SEC 0258323

# Notifying Gateways

Hello,

We are reaching out to notify you of a suspicious wallet that is sending payments through Uquid. The suspicious wallet is:

The above wallet has been named in at least one XRP theft report submitted to Ripple. The suspicious wallet has sent 458 payments to Uquid's wallet over the past two weeks using 458 unique destination tags. Please see the attached spreadsh~~~~~~ transactions and destination tags.

While Ripple has only received one theft report involving this su it is involved in other suspicious activity. Therefore, we are notif any associated transactions and/or customer accounts.

Sincerely,

Dear Melissa,

Thank you for alerting us!

Actually, we have such an option as a black list of suspicious wallets we are being reported about, so if you keep us informed about such ones as they appear, we'll be able to block them.

Concerning these particular transactions, unfortunately, it is too late to get this fraudulent activity blocked, for funds have already been exchanged and sent along, so they are no longer in our disposition. However, once being officially requested to do so, we can provide wallet owner with the IP and the addresses of BTC recipient who has got the exchanged funds once these transactions were completed.

Thank you for your cooperation!

Sincerely,
Changelly support team

151

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

# Information Sharing

Ripple's wholly owned subsidiary XRP II, LLC participates in the 314(b) Voluntary Information Sharing program.
Parent company Ripple is a founding member of the Blockchain Alliance, and regularly engages with law enforcement.







### 314(B) VOLUNTARY INFORMATION SHARING

XRP II, LLC has notified FinCEN that it elects to share information pursuant to section 314(b).

### GATEWAY NOTIFICATIONS OF UNUSUAL ACTIVITY

Ripple notifies gateways upon user reports of suspicious activity proceeds exiting via the gateway.

### FOUNDING MEMBER - BLOCKCHAIN ALLIANCE

In January 2016, Ripple became one of the Blockchain Alliance's first industry members.



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258325





153

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258326

# Information Sharing

Ripple's wholly owned subsidiary XRP II, LLC participates in the 314(b) Voluntary Information Sharing program.
Parent company Ripple is a founding member of the Blockchain Alliance, and regularly engages with law enforcement.









### 314(B) VOLUNTARY INFORMATION SHARING

XRP II, LLC has notified FinCEN that it elects to share information pursuant to section 314(b).

### GATEWAY NOTIFICATIONS OF UNUSUAL ACTIVITY

Ripple notifies gateways upon user reports of suspicious activity proceeds exiting via the gateway.

### FOUNDING MEMBER - BLOCKCHAIN ALLIANCE

In January 2016, Ripple became one of the Blockchain Alliance's first industry members.

### ONGOING LAW ENFORCEMENT ENGAGEMENT

Ripple regularly hosts on-site law enforcement visits and presents at AML/CFT conferences.

154

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

# Reporting to Law Enforcement



**Complaint Referral Form**
**Internet Crime Complaint Center**

**Note:** Fields marked with * are required.

**Victim Information**

| | |
|---|---|
| * **Name:** | |
| Business Name: | |
| Age: | Please select one... |
| * **Address:** | |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| * **City:** | |
| County: | |
| * **Country:** | Please Select One... |
| State: | [None] |
| * **Zip Code/Route:** | |
| * **Phone Number:** | numbers only (1112223333) |
| * **Email Address:** | jdoe@email.com |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258328

# Reporting to Law Enforcement



**Description of Incident**

\* **Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.**

Which of the following were used in this incident? (Check all that apply.)

☐ Spoofed Email
☐ Similar Domain
☐ Email Intrusion
☑ Other    Please specify: Theft of virtual currency funds

156

# Broader Solutions to Investigative Challenges

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258330

# Broader Solutions to Investigative Challenges

 Consistent regulation of digital currency exchanges



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258331

# Broader Solutions to Investigative Challenges

 Consistent regulation of digital currency exchanges

 Information sharing (trends, typologies, etc.) between industry and agency

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258332

# Broader Solutions to Investigative Challenges

 Consistent regulation of digital currency exchanges

 Information sharing (trends, typologies, etc.) between industry and agency

 Collaborative cross-border law enforcement and regulatory partnerships

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258333

# Broader Solutions to Investigative Challenges

 Consistent regulation of digital currency exchanges

 Information sharing (trends, typologies, etc.) between industry and agency

 Collaborative cross-border law enforcement and regulatory partnerships

 Continued development and enhancement of tools to identify illicit funds flows, darknet nodes, related wallets (structuring), mixers/tumblers/shufflers



161

# Broader Solutions to Investigative Challenges

 Consistent regulation of digital currency exchanges

 Information sharing (trends, typologies, etc.) between industry and agency

 Collaborative cross-border law enforcement and regulatory partnerships

 Continued development and enhancement of tools to identify illicit funds flows, darknet nodes, related wallets (structuring), mixers/tumblers/shufflers

 Implement improved reporting solutions to more quickly triage and address cases

162

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258335



# Public XRP Tools for Investigations

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258336

Case 1:20-cv-10832-AT-SN   Document 827-13   Filed 06/13/23   Page 165 of 167

## xrpcharts.ripple.com
---

View wallets, transactions, and

general market activity



FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258337

# coinmarketcap.com

List of gateways that list XRP

| # | Source | Pair | Volume (24h) | |
|---|--------|------|--------------|---|
| 1 | Bithumb | XRP/KRW | $9,625,340 | $ |
| 2 | Coinone | XRP/KRW | $5,642,280 | $ |
| 3 | Poloniex | XRP/BTC | $5,634,470 | $ |
| 4 | Bittrex | XRP/BTC | $3,656,310 | $ |
| 5 | Korbit | XRP/KRW | $3,609,590 | $ |
| 6 | Kraken | XRP/BTC | $1,761,580 | $ |
| 7 | Poloniex | XRP/USDT | $1,634,180 | $ |
| 8 | Kraken | XRP/EUR | $1,498,250 | $ |
| 9 | Bitstamp | XRP/USD | $1,398,070 | $ |
| 10 | Kraken | XRP/USD | $1,343,200 | $ |
| 11 | Bitfinex | XRP/USD | $957,568 | $ |
| 12 | Bitfinex | XRP/BTC | $757,144 | $ |
| 13 | Gatehub | XRP/BTC | $524,248 | $ |
| 14 | Jubi | XRP/CNY | $503,130 | $ |
| 15 | Bitstamp | XRP/EUR | $424,378 | $ |
| 16 | Bitstamp | XRP/BTC | $354,637 | $ |
| 17 | BTC38 | XRP/CNY | $345,025 | $ |
| 18 | Bittrex | XRP/USDT | $256,298 | $ |
| 19 | RippleFox | XRP/CNY | $240,832 | $ |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258338



Q&A

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.

RPLI_SEC 0258339