# Exhibit 16

Agreement

With Arthur Britto

September 17, 2012

Chris Larsen, Jed McCaleb and Arthur Britto (the "Founders"), whom developed a distributed open source software platform for making and receiving payments and virtual currency ("Ripple") hereby agree, as of the date first written above (the "Effective Date"), as follows:

1. The Founders agree that 80% of all Ripple Credits shall be allocated to the Company, as determined by the percentage share of all existing Credits set forth in the ledger created, approved and adopted by the majority of Founders as the Official Ledger.

2. The Founders further agree that Arthur Britto shall receive 2% of all the Ripple Credits of the Official Ledger. The Founders acknowledge that these Credits have no value as of the Effective Date and that any compensation for work performed by Arthur Britto is provided in a separate consulting agreement with OpenCoin Inc. It is anticipated that a total of 100 billion credits shall be recorded on the Official Ledger. If the Official Ledger is revised, or any other ledger is created within 36 months of the date of this Agreement that sets forth a lesser percentage of Credits for Britto than the number set forth in the Official Ledger, Britto shall have the right to acquire additional credits at no cost to him, sufficient to bring his Credit Grant to 2% of the total number of credits.

3. The Founders further agree that the Ripple platform will be made available for distribution and licensed under a permissive Open Source license as soon as operationally optimal. It is agreed that Britto shall consent to "open source" his contribution to the Ripple platform at the same time that all other Ripple Founders do the same. In exchange for assigning to the Company his IP rights in Ripple, Britto shall have a lifetime, fully paid up license to develop apps or new functionalities on the Ripple platform.

Agreed:

_____
Jed McCaleb

_____
Chris Larsen

_____
Arthur Britto

FOIA Confidential Treatment requested
by C. Larsen

LARSEN_NAT_00000165

SEC-LIT-EPROD-000071385

RPLI_03503331