# Exhibit 17

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                      Plaintiff,<br><br>       v.<br><br>RIPPLE LABS INC.,<br>BRADLEY GARLINGHOUSE,<br>and CHRISTIAN A. LARSEN,<br><br>                  Defendants. | Case No. 1:20-CV-10832  (AT) (SN) |

### DECLARATION OF BRADLEY GARLINGHOUSE

I, Bradley Garlinghouse,  hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.     I am a resident of Florida.

2.     I joined  Ripple  in April 2015.  I had no involvement  in the creation of the XRP Ledger or its native  currency (XRP), the founding  of Ripple  or any predecessor entity,  the initial transfer of XRP to Ripple,  or any of Ripple's  business  activities  before April 2015,  including  its early distributions  and sales of XRP.

3.     I did  not sell any XRP before April 2017.  Between April 2017 and the filing  of the SEC's Complaint  on December 22, 2020, I sold some of my units of XRP, including  on foreign exchanges.  The proceeds from my sales of XRP have not been held by Ripple  or combined  with Ripple's  corporate accounts.

4.     Among  other charitable  contributions,  I have donated over three million  units  of XRP to charity between 2018  and the filing  of the SEC's Complaint  on December 22, 2020,

2

including to charities and organizations called Sacred Heart Schools, GiveCrypto.org, and the Peninsula Arts Guild.

      I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 13, 2022

By: _____

Bradley Garlinghouse