# Exhibit 19



+ XRP Markets Team

David Schwartz
Chief Cryptographer

Miguel Vias
Head of XRP Markets

HIGHLY CONFIDENTIAL

RPLI_SEC 0597780

# Agenda

- Ripple: Company and Product Overview

- XRP and XRP Ledger

- Building out XRP Institutional Ecosystem

- Q&A - Custody, Integration, Validators

HIGHLY CONFIDENTIAL

RPLI_SEC 0537791



# Company Overview

HIGHLY CONFIDENTIAL

RPLI_SEC 0597782

# The Current State of "Blockchain"

Technology Breakthrough
One design for all use cases



Ford Model T

4

HIGHLY CONFIDENTIAL

RPLI_SEC 0537735

# The Current State of "Blockchain"

Technology Breakthrough
One design for all use cases

Maturity
Designs specific to use cases







Ford Model T





5

HIGHLY CONFIDENTIAL

RPLI_SEC 0537734

# The Current State of "Blockchain"

Technology Breakthrough
One design for all use cases

Maturity
Designs specific to use cases

Blockchain & Distributed
Ledger Technology



Payments

Securities
Reconciliation



Trade Finance

6

HIGHLY CONFIDENTIAL

RPLI_SEC 0537795



# New Payment Demands









Seamless Global Experience

Real Time

Complete Certainty

Cost Effective

HIGHLY CONFIDENTIAL

RPLI_SEC 0537737

# OUR VISION

The Internet of Value:
Enable the world to move money
like information moves today.

HIGHLY CONFIDENTIAL

OUR MISSION

Reduce friction
from global payments.

HIGHLY CONFIDENTIAL

RPLI_SEC 0537759

# RippleNet Is Modern Global Payments Infrastructure







### xCurrent
Process real-time
payments

### xVia
Send global
payments

### xRapid
Source on-demand
liquidity

11

HIGHLY CONFIDENTIAL

RPLI_SEC 0597740

# Process Payments

 xCurrent

Real-time, trackable global payments with no failures

* Rulebook for RippleNet adoption



12

HIGHLY CONFIDENTIAL

RPLI_SEC 0597741

# Send
# Payments

 xVia

Cost efficiency in
emerging markets

- Access across networks
- On-demand, real-time
- Rich data attachments
- End-to-end visibility



Senders                          RippleNet                          Beneficiaries

13

HIGHLY CONFIDENTIAL

RPLI_SEC 0697742

# Source Liquidity

 xRapid

**Lower Liquidity Costs**

- On-demand liquidity sourcing
- Reduce nostro accounts
- XRP as bridge currency: fast, cheap, 24/7



14

HIGHLY CONFIDENTIAL

RPLI_SEC 0597745

# What is XRP?

HIGHLY CONFIDENTIAL

RPLI_SEC 0557744

HIGHLY CONFIDENTIAL

RPLI_SEC 0337745



If Fiat Currencies are backed by governments, then what are Digital Assets backed by?

18

HIGHLY CONFIDENTIAL

RPLI_SEC 0537747

# Cryptographic Algorithms

19

HIGHLY CONFIDENTIAL

RPLI_SEC 0357748

Bitcoin          Proof-of-Work

Ethereum      Proof-of-Work

20

HIGHLY CONFIDENTIAL                                                                RPLI_SEC 0697749

Bitcoin          Proof-of-Work

Ethereum         Proof-of-Stake

21

HIGHLY CONFIDENTIAL
RPLI_SEC 0537750

Bitcoin

Ethereum

XRP

Proof-of-Work

Proof-of-Stake

Consensus

22

HIGHLY CONFIDENTIAL

RPLI_SEC 0537751

# XRP: The Digital Asset for Payments

**BITCOIN**

- ~3,818 seconds to settle
- Fees: ~$1.69/transaction
- 32 transactions per second
- 886 kWh per transaction (~$100)
- 522,690+ blocks completed
- Proof of Work (Probabilistic)

**XRP**

- 3.6 seconds to settle
- Fees: $0.0004/transaction
- 1500 transactions per second
- Negligible energy consumption
- 38.6 million ledgers closed without issue
- Consensus (Deterministic)

23

HIGHLY CONFIDENTIAL

RPLI_SEC 0597752

# XRP: The Digital Asset for Payments

|  | **Speed**<br>per transaction | **Cost**<br>per transaction | **Scalability**<br>transactions/second |
|---|---|---|---|
| **XRP** | 3 sec | $0.0004 | 1,500 TPS |
| **BTC** | 3,318 sec | $1.69 | 32 TPS |
| **ETH** | 90 sec | $0.42 | 16 TPS |
| **BCH** | 3,575 sec | $0.06 | 64 TPS |
| **LTC** | 861 sec | $0.16 | 56 TPS |

On 05/01/2018

24

HIGHLY CONFIDENTIAL

RPLI_SEC 0537793

# XRP: The Digital Asset for Payments



## XRP Has The Lowest Cost Per Transaction

| | | | | |
|---|---|---|---|---|
| $0.0004 | $0.06 | $0.37 | $0.42 | $1.69 |
| XRP | BCH | LTC | ETH | BTC |

On 05/01/2018

## XRP Takes 3 Seconds Per Transaction

| | |
|---|---|
| XRP | 5 sec |
| BTC | 3,318 sec |
| ETH | 90 sec |
| BCH | 3,575 sec |
| LTC | 861 sec |

On 5/01/2018

## Transactions Per Second

| BTC | ETH | BCH | LTC | XRP |
|---|---|---|---|---|
| 32 | 16 | 64 | 56 | 1,500 |

On 05/01/2018

25

RPLI_SEC 0537754

# XRP: The Digital Asset for Payments

## 39+ Million Ledgers Closed

Without Issue Since Inception



**As of 5/12/2018**

## XRP Available On 70+ Exchanges



**As of 05/01/2018**

26

HIGHLY CONFIDENTIAL

RPLI_SEC 0537755

# XRP Ledger

HIGHLY CONFIDENTIAL

RPLI_SEC 0337736

# Core

# Features







Open Source                    Decentralized              Reliable and Secure

28

# Distributed Agreement

- ⟩ Deterministic Transaction Execution

- ⟩ Consensus for Ordering and Batching

- ⟩ Amendments

29

HIGHLY CONFIDENTIAL

RPLI_SEC 0597758

# Programmed Transactions

- Operate on Views
- Scratchpad
- Invariant Checking and Metadata

30

HIGHLY CONFIDENTIAL

RPLI_SEC 0537759

Accounts

◯› Key Rotation

◯› Multisign

◯› Tags

31

HIGHLY CONFIDENTIAL

RPLI_SEC 0357750

Transactors

Escrow

Payment Channel

Check

HIGHLY CONFIDENTIAL

RPLI_SEC 0537761

# Arbitrary Assets

- ❯ Accepted Assets
- ❯ Credit
- ❯ Decentralized Exchange
- ❯ Pathfinding and Payments

33

HIGHLY CONFIDENTIAL

RPLI_SEC 0537162

# XRP: Today's Markets

HIGHLY CONFIDENTIAL

RPLI_SEC 0597769

# Transformational Growth in 2017

|  | **2016** | **2017** | **% Increase** |
|---|---|---|---|
| Avg. Daily Volume | $1.43 M | $295.13 M | 20,538% |
| Max 24-Hr Volume | $16 M | $8.11 B | 50,588% |
| Liquidity Venues | 6 | 46 | 667% |
| Currency Pairs | 3 | 25 | 733% |
| XRP Closing Price | $0.0064 | $2.30 | 35,838% |

35

HIGHLY CONFIDENTIAL

RPLI_SEC 0597764

# Continued Growth in 2018

|  | 2017 | Q1 2018 | % Increase |
|---|---|---|---|
| Avg. Daily Volume | $295.13 M | $1.78 B | 503% |
| Max 24-Hr Volume | $8.11 B | $9.11 B | 12% |
| Liquidity Venues | 46 | 73 | 59% |
| Currency Pairs | 25 | 30 | 20% |
| XRP Closing Price | $2.30 | $0.51 | -78% |

36

HIGHLY CONFIDENTIAL

RPLI_SEC 0537765

# Ecosystem Maturity in 2018



| OTC | Exchanges | Custody | Market Makers |
|---|---|---|---|
| Octagon Strategy | Bitstamp | Ledger | jump.trading |
| CIRCLE | BITSO | BitGo | VIRTU FINANCIAL |
| Genesis | SIG SUSQUEHANNA | Volt | CUMBERLAND MINING |

37

HIGHLY CONFIDENTIAL

RPLI_SEC 0537766

# and XRP: Going Forward

- Partnering with established market makers

- Additional USD crypto listings

- Indices and Futures

- Institutional Asset Managers

- Bank usage of XRP

38

HIGHLY CONFIDENTIAL

RPLI_SEC 0537767

# How We Can Help

- Technical Information & Integration Support

- Market Introductions & Recommendations

- Capital Efficient XRP Liquidity (Loans and Purchases)

39

HIGHLY CONFIDENTIAL

RPLI_SEC 0537768



HIGHLY CONFIDENTIAL

RPLI_SEC 0557769