# Exhibit 21

1              UNITED STATES DISTRICT COURT

2             SOUTHERN DISTRICT OF NEW YORK

3

4   SECURITIES AND EXCHANGE        )
    COMMISSION,                    )
5                                  )
                    Plaintiff,     )
6                                  ) Case No.:
            v.                     ) 20-Civ-10832(AT)(SN)
7                                  )
    RIPPLE LABS, INC., BRADLEY     )
8   GARLINGHOUSE, and CHRISTIAN    )
    LARSEN,                        )
9                                  )
                    Defendants.    )
10  _____  )

11

12

13                  CONFIDENTIAL

14      VIDEOTAPED DEPOSITION OF ETHAN BEARD

15          Tuesday, August 24, 2021

16

17

18

19

20

21

22

    Reported By:
23  KATHLEEN WILKINS,
    STENOGRAPHIC REPORTER,
24  CSR No. 10068
    RPR-RMR-CRR-CCRR-CLR-CRC
25  JOB No. 210824KWI

                                                        1

1          VIDEOTAPED DEPOSITION OF ETHAN BEARD

2              BE IT REMEMBERED that on Tuesday,

3     August 24, 2021, commencing at the hour of 9:04 a.m.

4     thereof, at King & Spalding, 50 California Street,

5     Suite 3300, San Francisco, California, before me,

6     Kathleen A. Wilkins, RPR-RMR-CRR-CCRR-CLR-CRC, a

7     Certified Stenographic Shorthand Reporter, in and

8     for the State of California, personally appeared

9     ETHAN BEARD, a witness in the above-entitled court

10    and cause, who, being by me first duly sworn, was

11    thereupon examined as a witness in said action.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2

```
 1                  APPEARANCES OF COUNSEL

 2   FOR THE PLAINTIFF:

 3        SECURITIES AND EXCHANGE COMMISSION
          New York Regional Office
 4        200 Vesey Street, Suite 400
          New York, New York 10281-1022
 5        BY:  PASCALE GUERRIER, ESQ.
               ROBERT M. MOYE, ESQ.
 6        Telephone:  (212) 336-0153
          Email:  Guerrierp@sec.gov
 7                MoyeR@sec.gov

 8   FOR THE DEFENDANT RIPPLE LABS:

 9        DEBEVOISE & PLIMPTON LLP
          919 Third Avenue
10        New York, New York 10022
          BY:  LISA ZORNBERG, ESQ.
11             BENJAMIN LEB, ESQ.
          Telephone: (212) 909.6947
12        Email:  Lzornbeg@debevoise.com
                  bjleb@debevoise.com
13

14

15

16

17

18

19

20

21

22

23

24

25
                                                          3
```

```
 1            APPEARANCES OF COUNSEL (Continued)
 2   FOR DEFENDANT CHRISTIAN A. LARSEN:
 3        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
          2001 K Street, NW
 4        Washington, D.C. 20006-1047
          BY:  MEREDITH DEARBORN, ESQ.
 5        Telephone: (628) 432-5117
          Email: mdearborn@paulweiss.com
 6
     ALSO PRESENT:
 7
          Ana Guardado, Ripple in-house counsel
 8        Madison Butko, Videographer
 9   ZOOM PARTICIPANTS (Via Zoom Videoconference):
10        Jorje Tenreiro, Esq., Securities and Exchange
               Commission, for the Plaintiff; Nicole
11             Forbes, SEC Paralegal
12        Leyla Salman, Esq., Joy Guo, Esq., Debevoise &
               Plimpton, for Ripple Labs
13
          Connor J. Ritschard, Esq., Paul, Weiss,
14             Rifkind, Wharton & Garrison LLP, for
               Christian A. Larsen
15
          Matthew C. Solomon, Esq., Nowell Bamburger,
16             Esq., Caleb J. Robertson, Esq., Cleary
               Gottlieb Steen & Hamilton LLP, for
17             defendant Bradley Garlinghouse
18
19
20
21
22
23
24
25
                                                        4
```

```
 1                              INDEX

 2                    INDEX OF EXAMINATIONS

 3   WITNESS: ETHAN BEARD                             PAGE

 4   Morning Session                                    8
     Examination By Ms. Guerrier                        10
 5   Afternoon Session                                  170

 6

 7                     INDEX OF EXHIBITS

 8   EXHIBIT              DESCRIPTION                  PAGE

 9   Exhibit EB-1     Document entitled,                60
                      "Ripple Employment Offer
10                    Letter," Bates stamped
                      RPLI_SEC 0431917 through
11                    RPLI_SEC 0431920

12   Exhibit EB-2     Email from Brad                   58
                      Garlinghouse to Ethan
13                    Beard, Bates stamped
                      RPLI_SEC 0382729 through
14                    RPLI_SEC 0382732

15   Exhibit EB-4     Email from Brad                   77
                      Garlinghouse to Ethan
16                    Beard, Bates stamped
                      RPLI_SEC 0431803 through
17                    RPLI_SEC 0431805

18   Exhibit EB-5     Document entitled,                131
                      ███████████████████████
19                    on-going responsibilities
                      and activities," Bates
20                    stamped RPLI_SEC 0413724
                      through RPLI_SEC 0413725
21
     Exhibit EB-6     Email from ███████████ to        137
22                    Ethan Beard, et al.,
                      Bates stamped RPLI-SEC
23                    0468211

24

25
                                                          5
```

```
 1              INDEX OF EXHIBITS (Continued)
 2    EXHIBIT              DESCRIPTION              PAGE
 3    Exhibit EB-7    Email from Ethan Beard to      146
                      ███████████████, Bates
 4                    stamped RPLI_SEC 0875694
                      through RPLI_SEC 0875696
 5
      Exhibit EB-8    String of e-mails Bates        162
 6                    stamped RPLI_SEC 0767704
                      to RPLI_SEC 0767706
 7
      Exhibit EB-9    Handwritten notes, Bates       224
 8                    stamped RPLI_SEC 1071027
 9    Exhibit EB-10   String of e-mails Bates        182
                      stamped RPLI_SEC 0312351
10                    through RPLI_SEC 0312352
11    Exhibit EB-11   Email from Ethan Beard to       99
                      Ethan Beard, Bates
12                    stamped RPLI_SEC 0580406
                      through RPLI_SEC 0580415
13
      Exhibit EB-12   Email from Ethan Beard to      246
14                    Brad Garlinghouse, Bates
                      stamped RPLI_SEC 0582970
15                    through RPLI_SEC 0582971
16    Exhibit EB-18   String of e-mails Bates        110
                      stamped RPLI_SEC 0431365
17                    through RPLI_SEC 0431366
18    Exhibit EB-20   String of e-mails Bates        117
                      stamped RPLI_SEC 0453728
19                    through RPLI_SEC 0453730
20    Exhibit EB-29   String of e-mails Bates        172
                      stamped RPLI_SEC 0414368
21                    through RPLI_SEC 0414369
22    Exhibit EB-33   String of e-mails Bates        186
                      stamped RPLI_SEC 0235679
23                    through RPLI_SEC 0235682
24
25
                                                        6
```

```
 1              INDEX OF EXHIBITS (Continued)

 2   EXHIBIT                 DESCRIPTION              PAGE

 3   Exhibit EB-35     String of e-mails Bates        205
                       stamped BAMT_000144
 4                     through BAMT_000145

 5   Exhibit EB-39     Email from Ethan Beard to      153
                       ██████████, Bates stamped
 6                     RPLI_SEC 0451655

 7   Exhibit EB-40     Email from Ethan Beard to      231
                       Brad Garlinghouse, Bates
 8                     stamped RPLI_SEC 0547631
                       through RPLI_SEC 0547633
 9
     Exhibit EB-42     String of e-mails Bates        176
10                     stamped RPLI_SEC 0472187
                       to RPLI_SEC 0472188
11
     Exhibit EB-47     Email from Ethan Beard to      236
12                     Brad Garlinghouse, Bates
                       stamped RPLI_SEC 0981972
13                     through RPLI_SEC 0981973

14   Exhibit EB-48     String of e-mails Bates        240
                       stamped RPLI_SEC 0521430
15                     through RPLI_SEC 0521432

16

17

18

19

20

21

22

23

24

25
                                                        7
```

```
       1  AUGUST 24, 2021                          9:04 A.M.
       2                  P R O C E E D I N G S
       3                    MORNING SESSION
09:04:01  4          THE VIDEOGRAPHER:  This is the start of
09:04:02  5  file number 1 in the deposition of Ethan Beard in
09:04:06  6  the matter of SEC V Ripple Labs, et al.  This is a
09:04:11  7  matter pending before the United States District
09:04:13  8  Court, Southern District of New York.  The case
09:04:18  9  number is 20-CIV-10832(AT)(SN).
09:04:27 10          Today's date is August 24th, 2021, and
09:04:32 11  the time on the video monitor is 9:04 a.m.  The
09:04:37 12  video operator today is Madison Butko contracted by
09:04:40 13  Gradillas Court Reporting.  This video deposition is
09:04:44 14  taking place at the offices of King & Spalding in
09:04:47 15  San Francisco.
09:04:50 16          Counsel, will you please identify
09:04:52 17  yourselves starting with the questioning attorney.
09:04:55 18          MS. GUERRIER:  Good morning, I'm
09:04:57 19  Pascale Guerrier.  I'm a trial attorney with the
09:04:59 20  Securities and Exchange Commission, and I'm here
09:05:00 21  with my colleague, Mr. Moye, Robert Moye.  There may
09:05:05 22  be other SEC attorneys on the phone.  Or on --
09:05:11 23  calling in.
09:05:14 24          MS. ZORNBERG:  Lisa Zornberg from
09:05:15 25  Debevoise & Plimpton on behalf of both Mr. Beard and
```

8

| | | |
|---|---|---|
| 09:05:18 | 1 | on behalf of Ripple Labs. |
| 09:05:20 | 2 | MR. LEB:  Benjamin Leb from |
| 09:05:23 | 3 | Debevoise & Plimpton. |
| 09:05:25 | 4 | MS. DEARBORN:  Meredith Dearborn from Paul |
| 09:05:27 | 5 | Weiss on behalf of Chris Larsen. |
| 09:05:32 | 6 | MS. GUARDADO:  Ana Guardado, Ripple Labs. |
| 09:05:36 | 7 | MS. ZORNBERG:  If now is a convenient |
| 09:05:37 | 8 | time, may I put a few things on the record? |
| 09:05:40 | 9 | MS. GUERRIER:  Sure. |
| 09:05:40 | 10 | MS. ZORNBERG:  So, first, just we'd like |
| 09:05:42 | 11 | to designate this transcript as confidential.  We |
| 09:05:44 | 12 | may, at a later point, designate portions as being |
| 09:05:48 | 13 | highly confidential under the protective order. |
| 09:05:50 | 14 | Second, for efficiency of today's |
| 09:05:52 | 15 | proceeding, on behalf of the defendants, an |
| 09:05:54 | 16 | objection by any one of us will preserve the |
| 09:05:57 | 17 | objection as to all of us.  Thank you. |
| 09:06:00 | 18 | MS. GUERRIER:  Thank you. |
| 09:06:00 | 19 | EXAMINATION BY MS. GUERRIER |
| 09:06:02 | 20 | BY MS. GUERRIER: |
| 09:06:03 | 21 | Q.   Good morning, sir. |
| 09:06:04 | 22 | THE VIDEOGRAPHER:  Okay.  Will the court |
| 09:06:05 | 23 | reporter please swear in the witness. |
| | 24 | / / |
| | 25 | / / |

9

```
09:06:16   1                     ETHAN BEARD,
09:06:16   2              having been duly sworn,
09:06:16   3         was examined and testified as follows:
09:06:16   4               EXAMINATION BY MS. GUERRIER
09:06:18   5    BY MS. GUERRIER:
09:06:19   6         Q.   Good morning.
09:06:20   7         A.   Good morning.
09:06:20   8         Q.   If you could please state your name for
09:06:22   9    the record.
09:06:23  10         A.   My name is Ethan Beard.
09:06:24  11         Q.   And you're here with your counsel today?
09:06:26  12         A.   I am.
09:06:26  13         Q.   And who's your counsel?
09:06:27  14         A.   My counsel is Debevoise.
09:06:30  15         Q.   Have you ever given testimony before by
09:06:34  16    deposition?
09:06:34  17         A.   I have.
09:06:34  18         Q.   Okay.  When was the time that you gave
09:06:36  19    your deposition?
09:06:36  20         A.   Five or ten years ago.
09:06:38  21         Q.   Okay.  So before I continue, I just want
09:06:40  22    to, for the rules, so that we are clear and that the
09:06:43  23    court reporter can take down what I'm saying and
09:06:45  24    what you're saying accurately, I'm going to try to
09:06:48  25    finish my questions.  If you could please let me do
```

                                                              10

```
09:06:51   1    that and then I'll let you finish your answer so we
09:06:53   2    don't talk over each other.
09:06:55   3         A.    Sure.
09:06:56   4         Q.    Okay.  So what is the case that you took
09:06:58   5    the deposition in?
09:06:59   6         A.    It was a case involving ████████, which is
09:07:01   7    a previous employer of mine.
09:07:04   8         Q.    Do you recall who the plaintiff in the
09:07:05   9    case was?
09:07:06  10         A.    I do not.
09:07:07  11         Q.    Was ████████ the defendant?
09:07:08  12         A.    I believe so.
09:07:10  13         Q.    Okay.  And what year was this?
09:07:14  14         A.    I don't recall specifically.
09:07:16  15         Q.    Okay.
09:07:17  16         A.    It was probably -- I left ████████ in
09:07:20  17    2012, and it was after that.
09:07:22  18         Q.    Do you know what the case was about?
09:07:24  19         A.    It was involving the ████████ platform,
09:07:28  20    which was a team I worked on, and advertising,
09:07:33  21    advertising technologies.
09:07:35  22         Q.    Were you named as a defendant in the case?
09:07:37  23         A.    No.
09:07:37  24         Q.    And did you say you don't recall who the
09:07:39  25    plaintiff was?
```

11

```
09:07:40  1        A.   I do not.
09:07:41  2        Q.   Okay.  And you were called to testify at a
09:07:45  3   deposition?
09:07:46  4        A.   Yes.
09:07:46  5        Q.   Okay.  What did you testify about?
09:07:49  6             MS. ZORNBERG:  Object to form.
09:07:51  7             THE WITNESS:  Various questions about how
09:07:53  8   ███████ operated its platform.
09:07:55  9   BY MS. GUERRIER:
09:07:59 10        Q.   Okay.  Do you recall what role you had at
09:08:03 11   Facebook when you testified at the deposition?
09:08:06 12             MS. ZORNBERG:  Object to form.
09:08:08 13             THE WITNESS:  I was not at ███████ when I
09:08:11 14   was deposed.
09:08:12 15   BY MS. GUERRIER:
09:08:13 16        Q.   So why were you deposed?
09:08:16 17             MS. ZORNBERG:  Objection.
09:08:17 18             THE WITNESS:  It involved a -- issues from
09:08:21 19   when I was an employed by ███████
09:08:24 20   BY MS. GUERRIER:
09:08:25 21        Q.   Do you recall when you were an employee of
09:08:26 22   ███████?
09:08:27 23        A.   I do.
09:08:27 24        Q.   What year?
09:08:28 25        A.   I was at ███████████████████
```

12

09:08:37  1      Q.   And what was your role at ████████ in

09:08:40  2  ████████

09:08:40  3      A.   I managed the ████████ developer platform.

09:08:44  4      Q.   Did you have a specific title?

09:08:47  5      A.   I did.  It changed many times while I was

09:08:50  6  there.  I think ████████████████████████████

09:08:55  7  ████████ was probably the longest one.

09:08:59  8      Q.   Okay.  And do you recall how long you were

09:09:00  9  a ████████████████████████████████████ Did I say

09:09:03 10  that correctly?

09:09:04 11      A.   Yeah, you did say that correctly.

09:09:06 12           As I said, my title changed a number of

09:09:08 13  times while I was there.  I managed the ████████

09:09:11 14  ████████████████████ for about four years.

09:09:13 15      Q.   What other titles did you have at

09:09:15 16  ████████

09:09:15 17      A.   ████████████████████████████

09:09:18 18      Q.   Do you recall how long you were ████████

09:09:19 19  ████████████████████

09:09:20 20      A.   About a year.

09:09:21 21      Q.   Do you recall what year?

09:09:22 22      A.   The first year I was there, ████████████

09:09:28 23      Q.   Any other titles at ████████

09:09:31 24           MS. ZORNBERG:  Object to form.

09:09:36 25           THE WITNESS:  Not that I remember.

13

| | | |
|---|---|---|
| 09:09:39 | 1 | BY MS. GUERRIER: |
| 09:09:40 | 2 | Q.   So when you were deposed, were you deposed |
| 09:09:43 | 3 | in your capacity as the manage -- when you managed |
| 09:09:47 | 4 | ██████████ at ██████████? |
| 09:09:49 | 5 | MS. ZORNBERG:   Object to form and asked |
| 09:09:50 | 6 | and answered. |
| 09:09:53 | 7 | You can answer. |
| 09:09:54 | 8 | THE WITNESS:   Sorry, can you repeat your |
| 09:09:55 | 9 | question? |
| 09:09:56 | 10 | BY MS. GUERRIER: |
| 09:09:56 | 11 | Q.   When you were deposed, was it in your |
| 09:09:59 | 12 | capacity as a ████████████████ at ██████████? |
| 09:10:06 | 13 | A.   Yeah. |
| 09:10:06 | 14 | MS. ZORNBERG:   Objection.   Just so the |
| 09:10:07 | 15 | record's clear, he's already testified that he was |
| 09:10:09 | 16 | not an employee of ██████ at the time of the |
| 09:10:12 | 17 | deposition. |
| 09:10:14 | 18 | MS. GUERRIER:   Well, let him -- let him |
| 09:10:16 | 19 | respond please, thank you. |
| 09:10:17 | 20 | THE WITNESS:   That is correct.   I was not |
| 09:10:19 | 21 | employed by ██████ at the time of the deposition. |
| 09:10:21 | 22 | BY MS. GUERRIER: |
| 09:10:21 | 23 | Q.   Okay.   What -- you left ██████ in ██████ |
| 09:10:23 | 24 | A.   I did. |
| 09:10:24 | 25 | Q.   Okay.   What year were you deposed? |

14

```
09:10:26  1        A.    ██████████████████████      I
09:10:30  2   don't remember exactly.
09:10:31  3        Q.    Okay.  Any other depositions?
09:10:42  4        A.    No.
09:10:43  5              MS. ZORNBERG:  Object to form.
09:10:45  6              Just pause a second --
09:10:46  7              THE WITNESS:  Yeah.
09:10:46  8              MS. ZORNBERG:  -- after the question.
09:10:54  9   BY MS. GUERRIER:
09:10:54 10        Q.    Are you currently employed?
09:10:56 11        A.    Yes.
09:10:56 12        Q.    Where do you work?
09:10:57 13        A.    I work at a company, a new start-up that
09:11:00 14   I'm working on.
09:11:01 15        Q.    What is the name of the company?
09:11:02 16        A.    It is called ██████████.
09:11:04 17        Q.    Can you spell that?
09:11:07 18        A.    ██████.
09:11:14 19        Q.    What kind of company is ██████████?
09:11:17 20        A.    It's a technology company.
09:11:18 21        Q.    Can you be more specific?
09:11:19 22              MS. ZORNBERG:  Object to form.
09:11:19 23              THE WITNESS:  It is a technology company
09:11:22 24   focused on ████████████████████████████
09:11:28 25   ██████████████████████
```

15

| | |
|---|---|
| 09:11:31 | 1 |
| 09:11:32 | 2 |
| 09:11:34 | 3 |
| 09:11:35 | 4 |
| 09:11:38 | 5 |
| 09:11:43 | 6 |
| 09:11:44 | 7 |
| 09:11:47 | 8 |
| 09:11:48 | 9 |
| 09:11:50 | 10 |
| 09:11:51 | 11 |
| 09:11:54 | 12 |
| 09:11:57 | 13 |
| 09:12:01 | 14 |
| 09:12:04 | 15 |
| 09:12:05 | 16 |
| 09:12:09 | 17 |
| 09:12:13 | 18 |
| 09:12:14 | 19 |
| 09:12:15 | 20 |
| 09:12:17 | 21 |
| 09:12:23 | 22 |
| 09:12:25 | 23 |
| 09:12:27 | 24 |
| 09:12:31 | 25 |

BY MS. GUERRIER:



16

09:12:33  1
09:12:34  2
09:12:35  3
09:12:36  4
09:12:37  5
09:12:39  6
09:12:42  7
09:12:45  8
09:12:50  9
09:12:55  10
09:12:58  11
09:13:00  12
09:13:02  13
09:13:07  14
09:13:08  15
09:13:10  16
09:13:11  17
09:13:13  18
09:13:15  19
09:13:16  20
09:13:16  21
09:13:16  22
09:13:18  23
09:13:20  24
09:13:21  25



17

09:13:22    1

09:13:24    2

09:13:29    3

09:13:32    4

09:13:36    5

09:13:38    6

09:13:41    7

09:13:42    8

09:13:42    9

09:13:43   10

09:13:43   11

09:13:44   12

09:13:48   13

09:13:51   14

09:13:52   15

09:13:54   16

09:13:56   17

09:14:03   18

09:14:11   19

09:14:14   20

09:14:15   21

09:14:21   22

09:14:29   23

09:14:32   24

09:14:35   25



18

09:14:38   1
09:14:40   2
09:14:45   3
09:14:46   4
09:14:48   5
09:14:48   6
09:14:49   7
09:14:50   8
09:14:51   9
09:14:51  10
09:14:53  11
09:14:55  12
09:15:01  13
09:15:06  14
09:15:10  15
09:15:22  16
09:15:23  17
09:15:25  18
09:15:26  19
09:15:27  20
09:15:29  21
09:15:30  22
09:15:32  23
09:15:37  24
09:15:38  25



19

09:15:39   1
09:15:46   2
09:15:48   3
09:15:48   4
09:15:49   5
09:15:50   6
09:15:51   7
09:15:51   8
09:15:53   9
09:15:56   10
09:15:58   11
09:16:01   12
09:16:02   13
09:16:03   14
09:16:10   15
09:16:12   16
09:16:14   17
09:16:15   18
09:16:16   19
09:16:18   20
09:16:21   21
09:16:25   22
09:16:26   23
09:16:28   24
09:16:30   25



20



09:16:33  1
09:16:35  2
09:16:37  3
09:16:39  4
09:16:40  5
09:16:40  6
09:16:40  7
09:16:41  8
09:16:41  9
09:16:42 10
09:16:45 11          MS. ZORNBERG:  Can I ask for a proffer as
09:16:47 12 to how this is relevant in any way to this --
09:16:50 13          MS. GUERRIER:  Can I finish my question
09:16:51 14 and then you can --
09:16:52 15          MS. ZORNBERG:  I thought you were
09:16:53 16 finished.
09:16:53 17          MS. GUERRIER:  I'm not.
09:16:55 18     Q.   Okay.  So going back, did you say that
09:16:57 19 there were other owners that you can't recall?
09:17:02 20     A.   There are other owners.
09:17:03 21          MS. ZORNBERG:  Objection.  Can I now ask
09:17:05 22 for a proffer as to how this is relevant.
09:17:07 23          MS. GUERRIER:  I'm not sure why you need a
09:17:09 24 proffer at this time.  I mean, I'm asking him about
09:17:11 25 his current employment.

21

```
09:17:12   1              MS. ZORNBERG:  Yeah.
09:17:12   2              MS. GUERRIER:  So I don't understand why
09:17:15   3    you would need a proffer.
09:17:16   4              MS. ZORNBERG:  Well, you haven't even
09:17:17   5    asked him any -- we're here in an action against
09:17:20   6    Ripple Labs.  You've not even asked him if
09:17:22   7    Ripple Labs is an investor.  He hasn't named it as
09:17:24   8    an investor --
09:17:26   9              MS. GUERRIER:  First of all, I'm asking
09:17:27  10    the questions, not you.  You'll have your
09:17:28  11    opportunity to do whatever it is you need to do with
09:17:31  12    him.  But these are my questions, not yours.
09:17:33  13              MS. ZORNBERG:  Okay.
09:17:33  14              MS. GUERRIER:  I don't believe I need you
09:17:34  15    to tell me how to ask questions.
09:17:36  16              MS. ZORNBERG:  At some -- I'm going to
09:17:38  17    continue to object.
09:17:39  18              MS. GUERRIER:  That's fine.
09:17:40  19              MS. ZORNBERG:  And I think at some point,
09:17:41  20    if there's absolutely no relevance and you're
09:17:43  21    interrogating him about his current start-up, it
09:17:46  22    starts to border on harassment.  And so I would ask
09:17:49  23    you to consider asking questions that are relevant
09:17:51  24    to the actual case we're here for.
09:17:53  25              MS. GUERRIER:  Okay.  And I'll make that
```

22

| | | |
|---|---|---|
| 09:17:55 | 1 | determination of what I think is relevant for the |
| 09:17:56 | 2 | case.  But thank you. |



23

09:19:17   1
09:19:31   2
09:19:33   3
09:19:33   4
09:19:35   5
09:19:35   6
09:19:36   7
09:19:39   8
09:19:40   9
09:19:41  10
09:19:42  11
09:19:50  12
09:19:53  13
09:19:55  14
09:19:56  15
09:19:57  16
09:19:57  17
09:19:59  18
09:20:01  19
09:20:01  20
09:20:05  21
09:20:07  22
09:20:08  23
09:20:08  24
09:20:13  25



24

09:20:15  1
09:20:22  2
09:20:27  3
09:20:33  4
09:20:36  5
09:20:37  6
09:20:41  7
09:20:54  8
09:20:57  9
09:21:00  10
09:21:01  11
09:21:04  12
09:21:07  13
09:21:09  14
09:21:12  15
09:21:19  16
09:21:23  17
09:21:24  18
09:21:26  19
09:21:26  20
09:21:32  21
09:21:33  22
09:21:36  23
09:21:40  24
09:21:43  25



25

09:21:44   1
09:21:46   2
09:21:49   3
09:21:50   4
09:21:52   5
09:21:55   6
09:21:56   7
09:22:01   8
09:22:06   9
09:22:08  10
09:22:11  11
09:22:13  12
09:22:14  13
09:22:19  14
09:22:22  15
09:22:28  16
09:22:31  17
09:22:33  18
09:22:33  19
09:22:35  20
09:22:37  21
09:22:39  22
09:22:42  23
09:22:52  24
09:22:56  25



26

09:22:58  1
09:22:59  2
09:23:00  3
09:23:00  4
09:23:02  5
09:23:05  6
09:23:08  7
09:23:12  8
09:23:23  9
09:23:31  10
09:23:36  11
09:23:39  12
09:23:40  13
09:23:44  14
09:23:46  15
09:23:54  16
09:23:55  17
09:23:59  18
09:24:00  19
09:24:02  20
09:24:05  21
09:24:07  22
09:24:09  23
09:24:11  24
09:24:12  25



27

09:24:12  1
09:24:14  2
09:24:16  3
09:24:18  4
09:24:19  5
09:24:21  6
09:24:24  7
09:24:26  8
09:24:28  9
09:24:32  10
09:24:32  11
09:24:36  12
09:24:36  13
09:24:38  14
09:24:42  15
09:24:45  16
09:24:48  17
09:24:48  18
09:24:48  19
09:24:48  20
09:24:50  21
09:24:52  22
09:24:53  23
09:24:53  24
09:24:55  25



28

09:24:58   1
09:25:01   2
09:25:04   3
09:25:08   4
09:25:17   5
09:25:18   6
09:25:21   7
09:25:21   8
09:25:25   9
09:25:27   10
09:25:28   11
09:25:29   12
09:25:34   13
09:25:48   14
09:25:49   15
09:25:53   16
09:25:54   17
09:25:56   18
09:25:57   19
09:25:58   20
09:25:59   21
09:25:59   22
09:26:01   23
09:26:05   24
09:26:08   25



29

09:26:10    1
09:26:12    2
09:26:13    3
09:26:20    4
09:26:21    5
09:26:23    6
09:26:23    7
09:26:24    8
09:26:24    9
09:26:27   10
09:26:30   11
09:26:35   12
09:26:37   13
09:26:39   14
09:26:40   15
09:26:40   16
09:26:44   17
09:26:44   18
09:26:45   19
09:26:46   20
09:26:47   21
09:26:48   22
09:26:48   23
09:26:48   24
09:26:49   25



30

09:26:51    1
09:26:52    2
09:26:55    3
09:27:00    4
09:27:05    5
09:27:10    6
09:27:11    7
09:27:12    8
09:27:13    9
09:27:14   10
09:27:15   11
09:27:15   12
09:27:18   13
09:27:18   14
09:27:20   15
09:27:23   16
09:27:23   17
09:27:26   18
09:27:28   19
09:27:29   20
09:27:32   21
09:27:33   22
09:27:35   23
09:27:39   24
09:27:47   25



31

09:27:53   1
09:28:02   2
09:28:05   3
09:28:08   4
09:28:08   5
09:28:10   6
09:28:11   7
09:28:13   8
09:28:14   9
09:28:17   10
09:28:19   11
09:28:20   12
09:28:21   13
09:28:24   14
09:28:27   15
09:28:30   16
09:28:31   17
09:28:34   18
09:28:34   19
09:28:37   20
09:28:39   21
09:28:39   22
09:28:40   23
09:28:42   24
09:28:42   25



32

09:28:45  1
09:28:48  2
09:28:48  3
09:28:52  4
09:28:56  5
09:28:57  6
09:28:59  7
09:29:03  8
09:29:06  9
09:29:09  10
09:29:09  11
09:29:11  12
09:29:13  13
09:29:17  14
09:29:21  15
09:29:23  16
09:29:25  17
09:29:25  18
09:29:27  19
09:29:30  20
09:29:31  21
09:29:32  22
09:29:32  23
09:29:33  24
09:29:35  25



33

09:29:39    1
09:29:42    2
09:29:42    3
09:29:44    4
09:29:45    5
09:29:47    6
09:29:47    7
09:29:49    8
09:29:51    9
09:29:52   10
09:29:54   11
09:29:56   12
09:29:56   13
09:29:57   14
09:29:59   15
09:30:02   16
09:30:04   17
09:30:07   18
09:30:08   19
09:30:11   20
09:30:12   21
09:30:14   22
09:30:19   23
09:30:20   24
09:30:23   25



34

09:30:25   1
09:30:29   2
09:30:29   3
09:30:29   4
09:30:33   5
09:30:34   6
09:30:35   7
09:30:37   8
09:30:37   9
09:30:38   10
09:30:39   11
09:30:43   12
09:30:51   13
09:30:52   14
09:30:53   15
09:30:53   16
09:30:55   17
09:31:01   18
09:31:02   19
09:31:03   20
09:31:06   21
09:31:09   22
09:31:10   23
09:31:14   24
09:31:14   25



35

09:31:15  1
09:31:17  2
09:31:18  3
09:31:19  4
09:31:22  5
09:31:23  6
09:31:24  7
09:31:25  8
09:31:26  9
09:31:26  10
09:31:29  11
09:31:32  12
09:31:33  13
09:31:35  14
09:31:38  15
09:31:40  16
09:31:42  17
09:31:42  18
09:31:42  19
09:31:46  20
09:31:46  21
09:31:49  22
09:31:53  23
09:31:58  24
09:32:00  25



36

| | | |
|---|---|---|
| 09:32:02 | 1 | ███████████████████████████████ |
| 09:32:08 | 2 | Q.   Where did you work prior to forming this |
| 09:32:11 | 3 | company that you -- we just discussed? |
| 09:32:16 | 4 | A.   I worked at Ripple. |
| 09:32:18 | 5 | Q.   And do you recall what years or year you |
| 09:32:33 | 6 | started working at Ripple? |
| 09:32:39 | 7 | A.   I believe I started at Ripple in 2018. |
| 09:32:46 | 8 | Q.   And what was your title at Ripple in 2018? |
| 09:32:49 | 9 | A.   I was a senior vice president. |
| 09:32:53 | 10 | Q.   Were you senior vice president of a |
| 09:32:54 | 11 | particular department at Ripple? |
| 09:32:56 | 12 | A.   Yes. |
| 09:32:56 | 13 | Q.   What department? |
| 09:32:58 | 14 | A.   It was a department called Xpring with an |
| 09:33:03 | 15 | X. |
| 09:33:03 | 16 | Q.   And how long were you senior VP at Xpring? |
| 09:33:10 | 17 | A.   About two-and-a-half years. |
| 09:33:16 | 18 | Q.   Okay.  And what was your salary as senior |
| 09:33:25 | 19 | VP at Xpring? |
| 09:33:27 | 20 | A.   I don't know exactly.  I think |
| 09:33:29 | 21 | around ██████. |
| 09:33:35 | 22 | Q.   Was this based on U.S. dollars or |
| 09:33:37 | 23 | something else? |
| 09:33:42 | 24 | A.   My salary was U.S. dollars. |
| 09:33:45 | 25 | Q.   Did you receive any bonus at Ripple as |

37

```
09:33:47  1    senior VP?
09:33:48  2         A.   Yes.
09:33:49  3         Q.   And in what form was the bonus?
09:33:51  4         A.   I received a bonus both in U.S. dollars
09:33:54  5    and in XRP.
09:33:56  6         Q.   Okay.  Do you recall how much XRP you
09:33:59  7    received in bonus?
09:34:02  8              MS. ZORNBERG:  Can you clarify as to when?
09:34:04  9    BY MS. GUERRIER:
09:34:05 10         Q.   Well, we're talking about when you started
09:34:07 11    in 2018.
09:34:11 12         A.   You mean to start my job?
09:34:14 13         Q.   In 2018, do you recall how much XRP you
09:34:17 14    received from Ripple?
09:34:20 15         A.   Are you asking me how much XRP I received
09:34:22 16    as a bonus in 2018?
09:34:24 17         Q.   Yes.
09:34:26 18         A.   I don't remember exactly 'cause it was not
09:34:28 19    a full year of employment.  So I would say --
09:34:35 20    roughly call it ▆▆▆▆▆▆ XRP.
09:34:40 21         Q.   I'm sorry, how much?
09:34:41 22         A.   ▆▆▆▆▆▆.
09:34:42 23         Q.   Okay.  And did you receive any other XRP
09:34:47 24    in bonus, other than the ▆▆▆▆▆▆?
09:34:51 25         A.   In 2018?
```

                                                              38

```
09:34:52  1          Q.   All -- your entire time at Ripple.
09:34:56  2          A.   Yes.
09:34:57  3               MS. ZORNBERG:  Can --
09:34:57  4     BY MS. GUERRIER:
09:34:58  5          Q.   Okay.  And how much did you receive in XRP
09:35:01  6     during your entire time at Ripple?
09:35:06  7               MS. ZORNBERG:  As bonus?
09:35:08  8               MS. GUERRIER:  Yes.
09:35:15  9               THE WITNESS:  I don't know the exact
09:35:17 10     numbers.
09:35:26 11     BY MS. GUERRIER:
09:35:26 12
09:35:28 13
09:35:34 14
09:35:35 15
09:35:35 16
09:35:40 17
09:35:42 18
09:35:43 19
09:35:45 20
09:35:45 21
09:35:46 22
09:35:49 23
09:35:50 24
09:35:50 25
```

39

09:35:54   1
09:36:01   2
09:36:04   3
09:36:04   4
09:36:07   5
09:36:08   6
09:36:10   7
09:36:11   8
09:36:12   9
09:36:19   10
09:36:22   11
09:36:24   12
09:36:30   13
09:36:32   14
09:36:34   15
09:36:40   16
09:36:42   17
09:36:45   18
09:36:47   19
09:36:56   20
09:36:57   21
09:36:59   22
09:37:01   23
09:37:02   24
09:37:02   25



40

```
09:37:05  1
09:37:07  2
09:37:08  3
09:37:10  4
09:37:11  5  BY MS. GUERRIER:
09:37:30  6       Q.   Did your title ever change at any time
09:37:32  7  when you worked at Xpring?
09:37:36  8       A.   No.
09:37:38  9       Q.   Okay.  Did you report to anyone at Ripple
09:37:43 10  when you worked at Xpring?
09:37:45 11       A.   Yes.
09:37:45 12       Q.   Who did you report to?
09:37:49 13       A.   Brad Garlinghouse.
09:37:49 14       Q.   And who is Brad Garlinghouse?
09:37:52 15       A.   He is the CEO of Ripple.
09:37:59 16       Q.   Who interviewed you for your position at
09:38:01 17  Xpring?
09:38:03 18       A.   There were a number of people I
09:38:04 19  interviewed with.  I interviewed with Brad.  I
09:38:12 20  interviewed with David Schwartz.  I interviewed with
09:38:16 21  ███████████.  I interviewed with Asheesh Birla.  I
09:38:28 22  interviewed with Ron Will.
09:38:35 23            That's the ones I can remember.
09:38:42 24       Q.   What did Mr. Garling -- if anything -- did
09:38:45 25  Mr. Garlinghouse tell you about what your duties
```

41

```
09:38:48   1    were going to be at Xpring?
09:38:54   2         A.   You want --
09:38:56   3              MS. ZORNBERG:  Prior -- just can you fix a
09:38:57   4    time?
09:38:59   5    BY MS. GUERRIER:
09:38:59   6         Q.   Well, we're talking about your interview.
09:39:01   7         A.   You want the contents of all of our --
09:39:04   8         Q.   No.
09:39:04   9         A.   -- substantive -- of all our discussions?
09:39:06  10         Q.   If you -- what -- let me just repeat the
09:39:09  11    question.
09:39:10  12              What did Mr. Garlinghouse, if anything,
09:39:11  13    did he tell you about what your duties were going to
09:39:14  14    be at Xpring when you interviewed?
09:39:18  15         A.   He explained what the general role and
09:39:27  16    goals for Xpring were, as well as specifics around
09:39:30  17    what my team would be, where I'd be working, how
09:39:33  18    much I'd be getting paid, what the vision for the
09:39:37  19    company looked like.
09:39:46  20         Q.   Okay.  So what did you -- he tell you
09:39:49  21    about what your specific role was going to be?
09:39:52  22         A.   My specific role was leading the Xpring
09:39:55  23    team and initiative.
09:40:02  24         Q.   And you also stated that he told you what
09:40:05  25    the specific visions for the company was going to
```

42

```
09:40:07  1   be --
09:40:09  2            MS. ZORNBERG:  Object to form.
09:40:09  3   BY MS. GUERRIER:
09:40:09  4       Q.   -- is that correct?
09:40:12  5       A.   We spent -- a spent a lot of time talking
09:40:15  6   with Brad prior to joining to understand the company
09:40:20  7   and the team and the role.  And so we had broad,
09:40:30  8   wide-ranging conversations.
09:40:31  9       Q.   You had conversations prior to the actual
09:40:33 10   interview for Xpring with Brad?
09:40:42 11            MS. ZORNBERG:  Object to form.  Maybe can
09:40:45 12   you -- can you clarify, was -- did you consider
09:40:48 13   there to be a formal interview with Brad or --
09:40:50 14            MS. GUERRIER:  Okay.  Let --
09:40:50 15            THE WITNESS:  It was -- it was a wide --
09:40:52 16   like I've known Brad for a very long time, and so
09:40:55 17   I've had conversations with Brad for many, many
09:40:58 18   years.
09:40:58 19   BY MS. GUERRIER:
09:40:59 20       Q.   When did you start talking with Brad about
09:41:01 21   the position that you ultimately got at Xpring?
09:41:07 22       A.   I think early 2018.
09:41:10 23       Q.   And what was the nature of these
09:41:15 24   conversations?
09:41:16 25            MS. ZORNBERG:  Object to form.  Asked and
```

43

09:41:16  1  answered.

09:41:21  2          THE WITNESS:  They were about what Ripple,

09:41:23  3  the company, is building, the vision for Ripple, the

09:41:27  4  company, what the vision was around Xpring, and the

09:41:36  5  specifics around what it would look like to take on

09:41:38  6  that initiative.

09:41:40  7  BY MS. GUERRIER:

09:41:41  8      Q.   And what did you speak with Brad about

09:41:44  9  regarding what the company was building?

09:41:47 10          MS. ZORNBERG:  Object to form.

09:41:52 11          THE WITNESS:  Can you be more specific?

09:41:53 12  BY MS. GUERRIER:

09:41:56 13      Q.   Did you have specific discussions with

09:41:57 14  Brad about what the company was building when you

09:41:59 15  had these conversations as part of your interview?

09:42:05 16          MS. ZORNBERG:  Object to form.

09:42:06 17          THE WITNESS:  Yes.

09:42:07 18  BY MS. GUERRIER:

09:42:08 19      Q.   So what were the conversations regarding

09:42:10 20  what the company was building?

09:42:12 21      A.   For me, it was trying to understand what

09:42:15 22  Ripple is as a company.  I want to be thoughtful

09:42:19 23  about where I invest my time and energy, and so I

09:42:23 24  wanted to understand what is -- what is Ripple

09:42:27 25  building, how is it thinking about the markets, the

44

```
09:42:29   1   industry, the products.
09:42:32   2        Q.   And what did Mr. Garlinghouse tell you
09:42:34   3   about what the company was building when you were
09:42:37   4   speaking to them in that capacity?
09:42:41   5        A.   I don't remember the specifics.  And I
09:42:45   6   will say, having then gone to work at Ripple, my --
09:42:51   7   in my mind, what Ripple is building is very much
09:42:55   8   clouded -- clouded or -- very much a result of
09:42:57   9   where -- having spent two-and-a-half years there.
09:43:01  10        So it was very much around building
09:43:05  11   cross-border payments, trying to fix a broken
09:43:07  12   payments industry, trying to build a global
09:43:15  13   technology business.
09:43:16  14        Q.   Were these the conversations prior to
09:43:18  15   being employed officially by Ripple?
09:43:23  16        A.   I don't recall the specifics of the
09:43:24  17   conversations prior.
09:43:26  18        Q.   Okay.  Did anyone report to you at Ripple
09:43:40  19   beginning in 2018?
09:43:42  20        A.   Yes.
09:43:43  21        Q.   And who reported to you?
09:43:45  22        A.   ███████████ and ████████████
09:43:53  23        Q.   Did ████████████ have a title?
09:43:56  24        A.   I believe so.
09:43:57  25        Q.   Do you recall what his title was in 2018?
```

45

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
09:44:00   1        A.    I don't.
09:44:01   2        Q.    How about ███████████, did he have a
09:44:05   3   title?
09:44:06   4        A.    I'm sure he did.  I don't remember what it
09:44:10   5   was.
09:44:11   6        Q.    What was ███████████ job at Ripple in
09:44:17   7   2018?
09:44:17   8        A.    Prior to me joining?
09:44:20   9        Q.    When you joined.  We're now talking about
09:44:22  10   when you started working there.
09:44:24  11        A.    ███████████ was there before I was there.
09:44:26  12        Q.    Right.  And I asked you who -- did he
09:44:28  13   report to you.
09:44:28  14        A.    When I joined, he started to report to me.
09:44:32  15        Q.    Okay.  So what was his job when -- what
09:44:34  16   was his job when you started working there?
09:44:37  17        A.    His job was to identify companies,
09:44:43  18   primarily technology companies that, we could
09:44:47  19   potentially partner with and putting together those
09:44:50  20   partnerships.
09:44:50  21        Q.    And ███████████, what was his job in
09:44:54  22   reporting to you?
09:44:55  23        A.    ███████████ was a software engineer.
09:45:28  24        MS. ZORNBERG:  At any point you need to
09:45:29  25   take a morning break, just let me know.
```

46

```
09:45:32  1          THE WITNESS:  Okay.  Thanks.
09:45:35  2   BY MS. GUERRIER:
09:45:42  3        Q.   Now, prior to working at Ripple, did you
09:45:49  4   have any experience working with digital assets?
09:45:58  5        A.   Yes.
09:45:58  6        Q.   And where did you obtain this experience
09:46:00  7   working with digital assets?
09:46:03  8        A.   I had invested in some companies that were
09:46:06  9   working in the cryptocurrency space.
09:46:09 10        Q.   Okay.  What companies?
09:46:11 11        A.   A company called ████ and a company
09:46:17 12   called -- at the time, called ██████.
09:46:23 13        Q.   Do you recall when you invested in ████
09:46:26 14   ████?
09:46:27 15        A.   Not specifically, no.
09:46:29 16        Q.   Okay.  And the company called ████, do
09:46:33 17   you recall when you invested?
09:46:35 18        A.   I don't.
09:46:40 19        Q.   Did you keep your investment with ████
09:46:42 20   ████ after you started working with Ripple?
09:46:45 21        A.   Yes.  Both of those investments were in
09:46:47 22   private companies.  So it's not possible to not be
09:46:53 23   an investor.
09:46:58 24        Q.   Okay.  Did you have any experience dealing
09:47:04 25   with blockchain technology prior to working for
```

47

```
09:47:07  1    Ripple?
09:47:09  2         A.   Yes.
09:47:11  3         Q.   What was your experience in dealing with
09:47:13  4    blockchain technology, prior to working for Ripple?
09:47:19  5         A.   I would characterize it as a casual
09:47:21  6    interest in learning and understanding about a new
09:47:24  7    technology.
09:47:26  8         Q.   Did you take any courses specific to
09:47:30  9    blockchain technology?
09:47:35 10         A.   No.
09:47:35 11         Q.   Can you briefly state your educational
09:47:38 12    experience?
09:47:38 13         A.   Sure.  I got an undergraduate from the
09:47:40 14    University of Pennsylvania with a Bachelor of
09:47:42 15    Science in economics.  I got an MBA from New York
09:47:48 16    University.
09:47:56 17         Q.   What year did you get your MBA from New
09:47:59 18    York University?
09:47:59 19         A.   I graduated from NYU in 2003.
09:48:03 20         Q.   And your degree in -- you said economics?
09:48:06 21         A.   (Nods head.)
09:48:07 22         Q.   What year did you obtain that degree?
09:48:09 23         A.   I graduated from the University of
09:48:11 24    Pennsylvania in 1994.
09:48:21 25         Q.   I believe you testified you reported to
```

48

| | | |
|---|---|---|
| 09:48:23 | 1 | Mr. Garlinghouse at Ripple? |
| 09:48:25 | 2 | A.   Yes. |
| 09:48:26 | 3 | Q.   Who else -- did you report to anyone else |
| 09:48:28 | 4 | other than Mr. Garlinghouse at Ripple? |
| 09:48:31 | 5 | A.   No. |
| 09:48:33 | 6 | Q.   Do you know a Christian Larsen? |
| 09:48:35 | 7 | A.   Yes. |
| 09:48:36 | 8 | Q.   Did you report to him at all at Ripple? |
| 09:48:44 | 9 | A.   No. |
| 09:48:44 | 10 | Q.   Did you interact with him in terms of your |
| 09:48:47 | 11 | job at Ripple? |
| 09:48:49 | 12 | MS. ZORNBERG:  Object to form. |
| 09:48:54 | 13 | THE WITNESS:  Can you be more -- clarify |
| 09:48:55 | 14 | what you mean like in terms of your job? |
| 09:48:58 | 15 | BY MS. GUERRIER: |
| 09:48:59 | 16 | Q.   Sure. |
| 09:48:59 | 17 | In your capacity as senior VP at -- of |
| 09:49:02 | 18 | Xpring, did you work with Mr. Larsen? |
| 09:49:05 | 19 | MS. ZORNBERG:  Object to form. |
| 09:49:06 | 20 | You can answer. |
| 09:49:07 | 21 | THE WITNESS:  What do you -- what do you |
| 09:49:07 | 22 | mean by "work with"? |
| 09:49:09 | 23 | BY MS. GUERRIER: |
| 09:49:10 | 24 | Q.   Did you have any business relationships at |
| 09:49:13 | 25 | Ripple with Mr. Larsen? |

49

```
09:49:16  1              MS. ZORNBERG:  Object to form.
09:49:17  2              You can answer.
09:49:19  3              THE WITNESS:  I'm still not sure.  What do
09:49:21  4  you mean by "business relationships."
09:49:23  5  BY MS. GUERRIER:
09:49:23  6       Q.   Did Mr. Larsen and you discuss any
09:49:26  7  Ripple-related matters in the capacity of -- of the
09:49:29  8  business, meaning that as you as senior VP and him
09:49:34  9  in his capacity at Ripple?
09:49:36 10       A.   Yes.
09:49:40 11       Q.   And what types of conversations would you
09:49:42 12  have with Mr. Larsen regarding Ripple?
09:49:46 13              MS. ZORNBERG:  Object to form.
09:49:48 14              You can answer.
09:49:50 15              THE WITNESS:  My interactions with
09:49:52 16  Mr. Larsen were infrequent and generally giving him
09:49:59 17  a high-level perspective on what we were doing with
09:50:04 18  the Xpring initiative.
09:50:08 19  BY MS. GUERRIER:
09:50:13 20       Q.   Did you report to anyone else other than
09:50:16 21  Mr. Garlinghouse?
09:50:17 22       A.   No.
09:50:21 23       Q.   Did you have weekly meetings where
09:50:23 24  Mr. Garlinghouse was present when you worked at
09:50:26 25  Ripple?
```

50

09:50:27  1            MS. ZORNBERG:  Object to form.

09:50:31  2            THE WITNESS:  We had weekly scheduled

09:50:33  3     meetings, yes.

09:50:35  4     BY MS. GUERRIER:

09:50:37  5         Q.   Okay.  And did Mr. Garlinghouse attend

09:50:38  6     those meetings?

09:50:39  7            MS. ZORNBERG:  Object to form.

09:50:40  8            THE WITNESS:  Not 100 percent of them.

09:50:45  9     BY MS. GUERRIER:

09:50:46 10         Q.   Did anyone from your team attend those

09:50:48 11     meetings?

09:50:49 12            MS. ZORNBERG:  Object to form and would

09:50:52 13     ask you to clarify which meetings you're talking

09:50:55 14     about.

09:50:57 15     BY MS. GUERRIER:

09:50:58 16         Q.   Do you understand the question?

09:50:59 17         A.   I understand the words.  When you say

09:51:00 18     "these meetings," which meetings do you refer to?

09:51:04 19         Q.   We were -- okay.  I asked you if you had

09:51:05 20     weekly meetings --

09:51:06 21         A.   Yes.

09:51:06 22         Q.   -- and you said yes.

09:51:07 23         A.   Yes.

09:51:08 24         Q.   So did anyone working under you attend

09:51:10 25     these weekly meetings?

                                                              51

```
09:51:12   1            MS. ZORNBERG:  Object to form.  I think
09:51:13   2   the source of confusion is whether you had asked
09:51:16   3   previously about meetings with Mr. Garlinghouse or
09:51:18   4   meetings with his Xpring team.
09:51:20   5   BY MS. GUERRIER:
09:51:20   6       Q.   Okay.  Did anyone who worked with you on
09:51:25   7   the Xpring team attend these weekly meetings?
09:51:28   8            MS. ZORNBERG:  Object to form.
09:51:29   9            THE WITNESS:  Rarely.
09:51:30  10   BY MS. GUERRIER:
09:51:31  11       Q.   So who attended the weekly meetings that
09:51:34  12   Ripple had?
09:51:37  13            MS. ZORNBERG:  Object to form.
09:51:41  14            THE WITNESS:  So I probably had 20 weekly
09:51:43  15   meetings on my calendar every week, if not more.
09:51:54  16   There were -- the weekly meeting that I would say
09:51:57  17   most consistently had Mr. Garlinghouse in it was the
09:52:01  18   weekly Ripple leadership meeting.
09:52:08  19   BY MS. GUERRIER:
09:52:09  20       Q.   Were there any other types of meetings --
09:52:12  21       A.   And then --
09:52:13  22            MS. ZORNBERG:  Object to form.
09:52:14  23            THE WITNESS:  Types of meeting with
09:52:15  24   Mr. Garlinghouse?
09:52:16  25            MS. GUERRIER:  If you could let me finish
```

52

09:52:17  1   the question, I would, you know ...

09:52:21  2       Q.   Were there other types of meetings where

09:52:23  3   Mr. Garlinghouse would be present, other than the

09:52:24  4   weekly leadership meetings?

09:52:27  5            MS. ZORNBERG:  Objection.

09:52:30  6            THE WITNESS:  I had a weekly-ish

09:52:34  7   one-on-one with Brad.

09:52:41  8   BY MS. GUERRIER:

09:52:42  9       Q.   Any other meetings formal with

09:52:43 10   Mr. Garlinghouse, other than the leadership meetings

09:52:45 11   and the one-on-one meetings?

09:52:51 12            MS. ZORNBERG:  Object to form.  Please fix

09:52:51 13   a time.  Are you asking about weekly?  It's not

09:52:55 14   clear.

09:52:56 15   BY MS. GUERRIER:

09:52:56 16       Q.   I'm talking about the weekly meetings

09:52:59 17   which I specifically stated --

09:53:01 18            MS. ZORNBERG:  Objection to the use of the

09:53:02 19   term "weekly meeting" which has been undefined and

09:53:05 20   you haven't set a foundation.

09:53:07 21            MS. GUERRIER:  Okay.

09:53:07 22   BY MS. GUERRIER:

09:53:08 23       Q.   Can you answer the question?

09:53:09 24       A.   Can you repeat the question?

09:53:11 25            MS. GUERRIER:  Could you please repeat the

53

```
09:53:12  1  question.
09:53:12  2              (Record read by the reporter
09:53:12  3         as follows:
09:53:29  4             "QUESTION:  Any other
09:53:29  5         meetings formal with
09:53:29  6         Mr. Garlinghouse, other than the
09:53:29  7         leadership meetings and the
09:53:29  8         one-on-one meetings?")
09:53:31  9         MS. ZORNBERG:  Object to form.
09:53:37 10         You can answer if you understand "formal
09:53:40 11  meetings."
09:53:45 12         THE WITNESS:  Yeah.  I'm just trying to
09:53:46 13  understand how -- what exactly are you asking?
09:53:49 14  BY MS. GUERRIER:
09:53:49 15     Q.   Well, let me try this.
09:53:50 16     A.   Yeah.
09:53:50 17     Q.   What types of meetings did you participate
09:53:53 18  in when you worked at Ripple?
09:54:01 19     A.   Oh, that's a very challenging -- I -- all
09:54:04 20  I did was meetings.  That was my job.  So I had
09:54:09 21  meetings that were product meetings.  I had meetings
09:54:14 22  that were HR meetings.  I had meetings that were
09:54:17 23  communications meetings.  I had meetings that were
09:54:20 24  finance meetings.  I had meetings that were
09:54:22 25  engineering meetings.  I had off sites.  I had
```

54

```
09:54:27  1  leadership meetings.  I had one-off meetings to talk
09:54:32  2  about a specific topic.
09:54:35  3          I met with companies from outside of
09:54:41  4  Ripple.  I had meetings with my executive assistant
09:54:47  5  to help me stay coordinated.  I had meetings around
09:54:50  6  travel.  I had meetings around weekly planning and
09:54:56  7  monthly planning and quarterly planning.  I had
09:55:00  8  meetings to prepare for meetings.
09:55:03  9      Q.   So out of all the meetings that you named,
09:55:07 10  which were the meetings that -- where
09:55:09 11  Mr. Garlinghouse was present?
09:55:14 12      A.   I wouldn't say --
09:55:15 13          MS. ZORNBERG:  Object to form.
09:55:17 14          THE WITNESS:  -- categorize any one of
09:55:18 15  them as -- the meetings that I had regularly with
09:55:22 16  Brad were the weekly leadership meeting and my
09:55:25 17  one-on-one.
09:55:26 18  BY MS. GUERRIER:
09:55:28 19      Q.   Okay.
09:55:28 20          MS. ZORNBERG:  If this is a convenient
09:55:29 21  time just to take a morning break, let us know if
09:55:32 22  there's a --
09:55:33 23          MS. GUERRIER:  I just have one --
09:55:35 24          MS. ZORNBERG:  Please.
09:55:35 25          MS. GUERRIER:  -- to wrap up this and then
```

55

```
09:55:38  1   we can take a break.
09:55:39  2   BY MS. GUERRIER:
09:55:40  3       Q.   Were any of the meetings that you had with
09:55:41  4   Mr. Garlinghouse, were they recorded, to your
09:55:45  5   knowledge?
09:55:46  6       A.   Not to my knowledge.
09:55:50  7       Q.   Okay.  And any of the product meetings
09:55:56  8   that you had, do you know if they were recorded?
09:55:58  9       A.   Not that I'm aware of.
09:56:01 10       Q.   Okay.  Any other remaining universe of
09:56:09 11   meetings that you identified, do you know if they
09:56:10 12   were recorded at all?
09:56:12 13       A.   I think occasionally my -- my team Xpring
09:56:16 14   weekly all-hands meeting was recorded, because as we
09:56:23 15   got larger and we were in different time zones, it
09:56:27 16   became more challenging for people to attend the
09:56:29 17   meeting.
09:56:35 18       Q.   Okay.
09:56:35 19            MS. GUERRIER:  We can take a break.
09:56:37 20            THE VIDEOGRAPHER:  Okay.  Off the record
09:56:38 21   at 9:56 a.m.
09:56:40 22            (Whereupon, a recess was taken.)
10:09:15 23            THE VIDEOGRAPHER:  This is the start of
10:09:16 24   file number 2.  We're back on the record at
10:09:19 25   10:09 a.m.
```

56

```
10:09:20   1    BY MS. GUERRIER:
10:09:24   2         Q.   Mr. Beard, I think we talked about the
10:09:28   3    Xpring initiatives earlier.  Can you describe what
10:09:31   4    the Xpring initiatives is?
10:09:36   5              MS. ZORNBERG:  Object to form.
10:09:36   6              THE WITNESS:  Yes.
10:09:37   7    BY MS. GUERRIER:
10:09:38   8         Q.   What is the Xpring initiative?
10:09:40   9         A.   The Xpring initiative was an initiative to
10:09:46  10    build an ecosystem of companies that were building
10:09:51  11    on XRP Ledger.
10:10:01  12         Q.   Was there any long-term goal for achieving
10:10:05  13    the Xpring initiative?
10:10:07  14              MS. ZORNBERG:  Object to form.
10:10:10  15              THE WITNESS:  A long-term -- our goal was
10:10:13  16    to have a lot of companies building on XRP Ledger.
10:10:22  17    BY MS. GUERRIER:
10:10:22  18         Q.   And did your role as SVP of Xpring have
10:10:26  19    any influence in reaching this goal.
10:10:29  20              MS. ZORNBERG:  Object to form.
10:10:34  21              THE WITNESS:  I managed the team that was
10:10:36  22    trying to achieve that goal.
10:10:48  23              MS. GUERRIER:  I have in my hand a
10:10:50  24    document premarked as Exhibit 2.
          25    / /
```

57

```
10:10:52   1              (Whereupon, Deposition Exhibit EB-2
10:10:53   2         was marked for identification.)
10:10:55   3              MS. ZORNBERG:  I'm sorry, do you want me
10:10:56   4    to hand this one to the witness?  Oh.
10:11:10   5              ZOOM PARTICIPANT:  What exhibit number is
10:11:11   6    this?
10:11:12   7              MS. GUERRIER:  Exhibit 2.
10:11:16   8              MR. MOYE:  EB-2.
10:11:18   9    BY MS. GUERRIER:
10:11:18  10         Q.   And it's an email --
10:11:20  11              ZOOM PARTICIPANT:  EB what?
10:11:21  12              MS. GUERRIER:  EB-2.
10:11:23  13              ZOOM PARTICIPANT:  Thank you.
10:11:23  14    BY MS. GUERRIER:
10:11:24  15         Q.   It's an email from Brad Garlinghouse to
10:11:27  16    you dated May 8th, 2018.
10:11:30  17              Do you see that?
10:11:31  18              I'll give you an opportunity to just take
10:11:33  19    a look at that and let me know when you're done.
10:14:12  20         A.   Okay.
10:14:13  21         Q.   Do you know why Mr. Garlinghouse sent you
10:14:15  22    this document?
10:14:19  23              MS. ZORNBERG:  Object to form.
10:14:19  24              THE WITNESS:  No.
          25    / /
```

58

```
10:14:20   1   BY MS. GUERRIER:
10:14:20   2        Q.   Okay.  Do you have a general understanding
10:14:21   3   of what this Exhibit 2 is?
10:14:26   4        A.   Yes.
10:14:26   5        Q.   And what is Exhibit 2?
10:14:30   6        A.   Exhibit 2 is messaging around the launch
10:14:36   7   of Xpring.
10:14:38   8        Q.   Now, was this provided to you by
10:14:42   9   Mr. Garlinghouse for a specific reason?
10:14:49  10             MS. ZORNBERG:  Someone on Zoom needs to
10:14:51  11   mute.  Thank you.
10:14:56  12             THE WITNESS:  I wouldn't want to speak to
10:14:57  13   his reasoning as to why he sent it.
10:14:59  14   BY MS. GUERRIER:
10:15:00  15        Q.   As part of your title as senior VP of
10:15:03  16   Xpring, is this the kind of information that you
10:15:06  17   would need to know?
10:15:10  18             MS. ZORNBERG:  Object to form.  And lack
10:15:11  19   of foundation that he was SVP at the time of this
10:15:15  20   email.
10:15:20  21             THE WITNESS:  Yeah, I would -- I don't
10:15:21  22   know my exact start date, but actually I believe I
10:15:24  23   was -- I was not employed at Ripple at this time.
10:15:27  24   BY MS. GUERRIER:
10:15:28  25        Q.   When did you start working at Ripple?
```

59

| | | |
|---|---|---|
| 10:15:34 | 1 | THE REPORTER:  Did you say "start"? |
| 10:15:36 | 2 | THE WITNESS:  Start. |
| 10:15:36 | 3 | MS. GUERRIER:  Start. |
| 10:15:38 | 4 | THE WITNESS:  I believe around June 1st |
| 10:15:40 | 5 | of 2018. |
| 10:15:44 | 6 | MS. GUERRIER:  Let me hand you what's been |
| 10:15:45 | 7 | marked Exhibit 1. |
| 10:15:47 | 8 | (Whereupon, Deposition Exhibit EB-1 |
| 10:15:48 | 9 | was marked for identification.) |
| 10:16:09 | 10 | THE WITNESS:  Thank you. |
| 10:16:14 | 11 | BY MS. GUERRIER: |
| 10:16:14 | 12 | Q.   Mr. Beard, do you recognize Exhibit 1? |
| 10:16:22 | 13 | A.   It appears to be an unsigned employment |
| 10:16:24 | 14 | offer letter. |
| 10:16:24 | 15 | Q.   Is that employment letter to you? |
| 10:16:26 | 16 | A.   It is. |
| 10:16:26 | 17 | Q.   Is it from Ripple? |
| 10:16:28 | 18 | A.   Yes. |
| 10:16:29 | 19 | Q.   Okay.  Do you see the date on -- |
| 10:16:37 | 20 | ZOOM PARTICIPANT:  What exhibit number is |
| 10:16:38 | 21 | this? |
| 10:16:39 | 22 | MS. GUERRIER:  1. |
| 10:16:40 | 23 | BY MS. GUERRIER: |
| 10:16:40 | 24 | Q.   Do you see the date on that letter? |
| 10:16:42 | 25 | A.   I do. |

60

```
10:16:42   1        Q.   Okay.  What is the date on that letter?
10:16:44   2        A.   The date on this letter is May 9 of 2018.
10:16:47   3        Q.   Does this refresh your recollection at all
10:16:50   4   of when you started working at Ripple?
10:16:55   5             MS. ZORNBERG:  Object to form.
10:16:56   6             THE WITNESS:  I don't believe this
10:16:57   7   document changes my recollection.  I believe I
10:17:00   8   started in or around June 1st.
10:17:05   9   BY MS. GUERRIER:
10:17:06  10        Q.   Okay.  So when you were -- going back to
10:17:07  11   Exhibit 2, were you in discussions with
10:17:10  12   Mr. Garlinghouse about the growing the business for
10:17:16  13   Xpring?
10:17:17  14             MS. ZORNBERG:  Object to form.
10:17:21  15             THE WITNESS:  No.
10:17:22  16   BY MS. GUERRIER:
10:17:22  17        Q.   Okay.  Do you know why you received the
10:17:29  18   Xpring messaging email from Mr. Garlinghouse on
10:17:33  19   May 8th, 2018?
10:17:42  20        A.   I don't want to speak for why
10:17:44  21   Mr. Garlinghouse sent this to me.  Based on the
10:17:47  22   dates, it appears to be some overview of what the
10:17:53  23   job was that we were discussing.
10:17:55  24        Q.   Okay.  Did you request information from
10:17:57  25   Mr. Garlinghouse about the job that you would be
```

61

```
10:18:00   1    starting?
10:18:02   2         A.   Yes.
10:18:02   3         Q.   Okay.  So was Exhibit 2 received in
10:18:06   4    response to a request from you about information?
10:18:09   5         A.   I don't.  I don't know.
10:18:12   6         Q.   Okay.  If you move down -- I'm still on
10:18:14   7    Exhibit 2 -- to under the topic "Overall/Narrative
10:18:19   8    Messaging," number 14, if you could please read that
10:18:29   9    into the record.
10:18:31  10         A.   Sure.  Number 14 says:
10:18:33  11                   "As responsible stewards of
10:18:35  12              the XRP ecosystem, wanting to help
10:18:37  13              unlock XRP's full potential and
10:18:39  14              further build the liquidity and use
10:18:41  15              fullness of XRP, Ripple launched
10:18:44  16              Xpring, which will invest in,
10:18:46  17              incubate, acquire and provide
10:18:49  18              grants to companies and projects
10:18:50  19              run by proven entrepreneurs that
10:18:53  20              use the XRP Ledger and XRP."
10:18:57  21         Q.   Now, when you were discussing your
10:18:59  22    potential job at Ripple with Mr. Garlinghouse, was
10:19:04  23    it your understanding that you would be assisting
10:19:10  24    with number 14?
10:19:12  25              MS. ZORNBERG:  Object to form.
```

                                                                62

10:19:17  1            THE WITNESS:  Yes.

10:19:17  2     BY MS. GUERRIER:

10:19:18  3        Q.   Okay.  Do you understand what the term

10:19:18  4     "liquidity" in number 14 means?

10:19:28  5        A.   Yes.

10:19:30  6        Q.   And what is your understanding of

10:19:31  7     liquidity as that is stated under number 14 in

10:19:34  8     Exhibit 2?

10:19:40  9        A.   I would say my understanding of liquidity,

10:19:43 10     when it comes to cryptocurrency, is the ability to

10:19:53 11     get in and out of that cryptocurrency, to acquire it

10:19:55 12     and to buy it and/or sell it.

10:19:58 13        Q.   Okay.  So in the context of this email,

10:20:01 14     number 14, is this -- you have the exact same

10:20:05 15     understanding for liquidity?

10:20:08 16            MS. ZORNBERG:  Object to form.  Asked and

10:20:09 17     answered.

10:20:12 18            THE WITNESS:  Yes.

10:20:12 19     BY MS. GUERRIER:

10:20:16 20        Q.   And do you know how Xpring planned on

10:20:19 21     building liquidity for XRP, at the time that you

10:20:22 22     received this email in May of 2018?

10:20:26 23        A.   No.

10:20:29 24        Q.   Did you ask Mr. Garlinghouse how he

10:20:32 25     planned on building liquidity for XRP in May 2018?

                                                              63

```
10:20:39  1        A.   No.
10:20:42  2        Q.   Were you interested in determining, as
10:20:44  3   part of your new job at Xpring, how Xpring planned
10:20:50  4   on building liquidity for XRP?
10:20:59  5             MS. ZORNBERG:  Object to form.
10:20:59  6             THE WITNESS:  I think in May of 2018, I
10:21:01  7   did not appreciate the importance of liquidity for a
10:21:04  8   digital currency.
10:21:06  9   BY MS. GUERRIER:
10:21:07 10        Q.   Okay.  So what did Mr. Garlinghouse tell
10:21:09 11   you that your job at Xpring was going to be?
10:21:14 12             MS. ZORNBERG:  Objection.  Asked and
10:21:15 13   answered.
10:21:16 14             You can answer.
10:21:18 15             THE WITNESS:  My understanding of my job,
10:21:19 16   from Mr. Garlinghouse and others at Ripple, was that
10:21:22 17   I was to build an ecosystem of companies that were
10:21:25 18   building on XRP Ledger.
10:21:34 19   BY MS. GUERRIER:
10:21:34 20        Q.   So going back to number 14, it states
10:21:40 21   that:
10:21:40 22             "Ripple launched Xpring --
10:21:43 23             launched Xpring, will invest in,
10:21:44 24             incubate, acquire and provide grant
10:21:47 25             to companies and projects run by
```

64

10:21:51  1                entrepreneurs that use the XRP

10:21:54  2                Ledger and XRP."

10:21:56  3                Did you understand that this is the role

10:21:57  4  that you were going to help play at Ripple with

10:22:00  5  respect to what Xpring was required to do?

10:22:07  6                MS. ZORNBERG:  Object to form.

10:22:09  7                THE WITNESS:  I would say that -- that is

10:22:13  8  a -- this document is a messaging document for how

10:22:16  9  one communicates externally to the world of what

10:22:19 10  Xpring is.  And so is a like narrow or carefully

10:22:31 11  crafted view as to what -- how we explain Xpring.

10:22:34 12                My understanding was that I was to build

10:22:36 13  an ecosystem of companies that were building on XRP

10:22:39 14  Ledger which might include these things here, but

10:22:42 15  that wasn't exactly how things were spelled out.

10:22:45 16  BY MS. GUERRIER:

10:22:45 17       Q.   Okay.  So how are things spelled out

10:22:48 18  differently for you compared to what is stated under

10:22:52 19  number 14?

10:22:55 20                MS. ZORNBERG:  Object to form.

10:22:59 21                THE WITNESS:  I would say that the job, as

10:23:05 22  I understood it, was broader, which was build an

10:23:10 23  ecosystem of companies building on XRP Ledger and

10:23:15 24  that might include investing, incubating, acquiring

10:23:20 25  or providing grants.

65

```
10:23:22  1          But was also -- I was of the understanding
10:23:25  2   that I could take a broad view as to how to
10:23:28  3   accomplish that goal.
10:23:32  4   BY MS. GUERRIER:
10:23:32  5       Q.   Okay.  So did Xpring have any role in
10:23:37  6   investing, incubating and acquiring and providing
10:23:47  7   grants to companies?
10:23:49  8       A.   Yes.
10:23:51  9       Q.   Did you help Xpring achieve these goals?
10:23:57 10       A.   I helped Xpring invest in, incubate,
10:24:01 11   acquire and provide grants to companies.
10:24:03 12       Q.   Okay.  What are some of the companies that
10:24:13 13   you helped invest in, incubate, acquire and provide
10:24:19 14   grant to?
10:24:19 15       A.   So there was quite a number of companies
10:24:23 16   that we worked with, so I don't recall all of them.
10:24:27 17   There are some that are listed here.  For example,
10:24:30 18   the company ██████████, a company Coil, a company
10:24:37 19   ████.  We worked with a company ████.  Worked with
10:24:40 20   a company ████.
10:24:45 21          I honestly don't remember them all.  There
10:24:48 22   was a lot of them.
10:25:17 23       Q.   If you turn the page to the Bates at the
10:25:21 24   bottom that's -- it's SEC 0392730.  Question and
10:25:29 25   answer.  It's the next page, I believe.
```

66

```
10:25:33  1      A.    Mh-hmm.
10:25:39  2      Q.    So if you look at the next-to-last
10:25:43  3   question, what are you selecting and vetting -- I'm
10:25:47  4   sorry:
10:25:47  5            "How are you selecting and
10:25:48  6            vetting the projects you're
10:25:50  7            supporting?"
10:25:56  8            Okay.  If you could please read the answer
10:25:58  9   to that question for the record.
10:26:00 10      A.    Sure.  The answer is:
10:26:03 11            "We're identifying and
10:26:04 12            pursuing projects right now (versus
10:26:07 13            evaluating in-bound pitches).
10:26:09 14            We'll work with great teams going
10:26:12 15            after well-defined and validated
10:26:14 16            market opportunities with clear
10:26:16 17            product-market fit using XRP."
10:26:19 18      Q.    Do you have an understanding of what
10:26:21 19   market opportunities this is referring to?
10:26:28 20      A.    No.  This is very general.
10:26:31 21      Q.    Okay.  Do you have a general understanding
10:26:33 22   of market opportunities?
10:26:35 23            MS. ZORNBERG:  Object to form.
10:26:38 24   BY MS. GUERRIER:
10:26:40 25      Q.    In this context.
```

                                                          67

| 10:26:43 | 1 | MS. ZORNBERG:  Objection. |
| 10:26:45 | 2 | THE WITNESS:  In this context, I would say |
| 10:26:47 | 3 | teams that are looking to build big businesses. |
| 10:26:52 | 4 | BY MS. GUERRIER: |
| 10:26:54 | 5 | Q.   And do you have a general understanding of |
| 10:26:55 | 6 | what "clear product-market fit" means here? |
| 10:27:04 | 7 | A.   Yeah. |
| 10:27:04 | 8 | Q.   And what is your understanding of "clear |
| 10:27:06 | 9 | product-market fit"? |
| 10:27:10 | 10 | A.   For me, product -- clear product-market |
| 10:27:14 | 11 | fit means a product that a given market wants to |
| 10:27:19 | 12 | adopt and use. |
| 10:27:23 | 13 | MR. LEB:  Apologies, but some of the Zoom |
| 10:27:25 | 14 | participants are having trouble hearing the |
| 10:27:28 | 15 | questions. |
| 10:27:28 | 16 | MS. GUERRIER:  Oh, okay.  I'm sorry. |
| 10:27:37 | 17 | BY MS. GUERRIER: |
| 10:27:38 | 18 | Q.   All right.  So in your capacity as the |
| 10:27:42 | 19 | person who is going to be hired to work with Xpring, |
| 10:27:46 | 20 | is this one of the goals that you were required to |
| 10:27:51 | 21 | help achieve?  And I'm referring to market |
| 10:27:55 | 22 | opportunities in clear product-market fit. |
| 10:27:58 | 23 | MS. ZORNBERG:  Objection as to form. |
| 10:28:02 | 24 | You can answer if you understand the |
| 10:28:03 | 25 | question. |

68

```
10:28:04   1              THE WITNESS:  I would say in my capacity
10:28:06   2    it was my understanding that one of the tactics we'd
10:28:10   3    use was to work with great teams going after well
10:28:15   4    defined and validated market opportunities with
10:28:18   5    clear market fit.
10:28:19   6    BY MS. GUERRIER:
10:28:20   7         Q.   So the market opportunities refer to the
10:28:25   8    sale of XRP --
10:28:26   9         A.   No.
10:28:27  10         Q.   -- in this context?
10:28:29  11         A.   No.
10:28:30  12         Q.   Okay.  So did Xpring have any role in
10:28:36  13    creating market opportunity for XRP?
10:28:42  14              MS. ZORNBERG:  Objection.
10:28:42  15              THE WITNESS:  What do you mean by "market
10:28:44  16    opportunities for XRP."
10:28:46  17    BY MS. GUERRIER:
10:28:46  18         Q.   Well, as we just looked at the term here,
10:28:48  19    I believe you defined what you thought market
10:28:51  20    opportunity is.
10:28:52  21              MS. ZORNBERG:  Okay.  Objection.
10:28:54  22    Misstates prior testimony.
10:28:58  23    BY MS. GUERRIER:
10:28:59  24         Q.   So do you understand what "market
10:29:00  25    opportunity" means in the context of Exhibit 2 that
```

69

```
10:29:05  1    you -- we just read into the record?

10:29:08  2              MS. ZORNBERG:  Object to form.

10:29:11  3              THE WITNESS:  I believe I have an

10:29:12  4    understanding.  I'm not sure you and I are of a

10:29:15  5    shared understanding, so maybe you can help me

10:29:18  6    understand what you think it means here.

10:29:20  7    BY MS. GUERRIER:

10:29:20  8         Q.   Well, no.  I want to know what you as

10:29:23  9    the --

10:29:24 10         A.   Yes.

10:29:24 11         Q.   -- soon to be, in 2018, senior VP of

10:29:30 12    Xpring understood market opportunities to mean in

10:29:34 13    this exhibit that you received from

10:29:36 14    Mr. Garlinghouse.

10:29:38 15              MS. ZORNBERG:  Okay.  Objection.

10:29:39 16    Misstates prior testimony.  Asked and answered.

10:29:43 17              I would ask request that the questioner

10:29:45 18    restate the question.  You're asking him about a

10:29:49 19    term --

10:29:50 20              MS. GUERRIER:  Ma'am, let me --

10:29:51 21              MS. ZORNBERG:  Yeah.

10:29:52 22              MS. GUERRIER:  We don't -- we really do

10:29:53 23    not need for to you testify.

10:29:55 24              MS. ZORNBERG:  I'm not testifying.  The

10:29:57 25    questions are -- you're asking him about a draft
```

```
10:30:01   1   document --
10:30:01   2            MS. GUERRIER:  Okay.  Excuse me.
10:30:01   3            MS. ZORNBERG:  -- that he did not draft,
10:30:03   4   and I'm trying to help you ask clear questions.
10:30:07   5            MS. GUERRIER:  I don't need your help,
10:30:09   6   thank you.
10:30:09   7            MS. ZORNBERG:  Okay.  Put the question.
10:30:10   8   BY MS. GUERRIER:
10:30:11   9       Q.   This is an email that you received from
10:30:15  10   Brad Garlinghouse.  Is that correct?
10:30:16  11       A.   Yes.
10:30:17  12       Q.   Is this a draft email, to your knowledge?
10:30:22  13            MS. ZORNBERG:  Object to form.
10:30:23  14            THE WITNESS:  What do you mean by "draft
10:30:24  15   email"?
10:30:25  16   BY MS. GUERRIER:
10:30:25  17       Q.   Do you see any draft stated on this email?
10:30:28  18            MS. ZORNBERG:  Object to form.
10:30:34  19            THE WITNESS:  I don't see anything
10:30:35  20   indicating that it's a draft.
10:30:37  21   BY MS. GUERRIER:
10:30:37  22       Q.   Okay.  Let's go back to the page with the
10:30:44  23   Bates number 0392730.
10:31:02  24            Now, do you have an understanding of what
10:31:06  25   "market opportunities" means under the next to last
```

                                                                71

10:31:14  1    question that you read into the record?

10:31:21  2         A.   Yes.

10:31:22  3         Q.   What is -- again, just for the record, if

10:31:24  4    you could just tell me, what is your understanding

10:31:26  5    of "market opportunities"?

10:31:28  6         A.   "Market opportunities" are markets where

10:31:32  7    you can build a product, big markets where you can

10:31:35  8    build a big business.

10:31:38  9         Q.   Okay.  And the job that you were applying

10:31:41 10    for, did you understand that that was going to be

10:31:43 11    one of your duties?

10:31:45 12              MS. ZORNBERG:  Object to form.

10:31:46 13              THE WITNESS:  What was going to be one of

10:31:48 14    my duties?

10:31:49 15    BY MS. GUERRIER:

10:31:51 16         Q.   Helping create market opportunities.

10:31:53 17              MS. ZORNBERG:  Objection.

10:31:54 18              THE WITNESS:  No.

10:31:54 19    BY MS. GUERRIER:

10:31:55 20         Q.   Okay.

10:31:56 21         A.   My job was to work with great teams going

10:31:59 22    after well-defined and validated market

10:32:01 23    opportunities.

10:32:02 24         Q.   Okay.  What types of market opportunities

10:32:04 25    were you going to be going after?

72

10:32:07  1            MS. ZORNBERG:  Object to form.

10:32:08  2            THE WITNESS:  We weren't going after

10:32:09  3   market opportunities.  We were working with teams

10:32:11  4   that were going after market opportunities.  So, for

10:32:14  5   example, ███ was a company that would allow you to

10:32:18  6   store products and rent them out to someone.  So if

10:32:22  7   you had a surf board, for example, that you weren't

10:32:25  8   using, you could put it in the ███ service and

10:32:27  9   someone could come along and rent your surf board

10:32:30 10   for an afternoon.

10:32:32 11            And so that was a business trying to go

10:32:34 12   after a market opportunity, which is all the stuff

10:32:37 13   we all keep in storage that's not -- that's useless

10:32:41 14   to us and you can help people make money out of

10:32:43 15   these things.  So that is a market opportunity in

10:32:45 16   the same way that Uber might go after the taxi cab

10:32:49 17   business as a multibillion dollar market

10:32:52 18   opportunity.

10:32:53 19   BY MS. GUERRIER:

10:32:53 20        Q.    Were any of these market opportunities

10:32:55 21   related to XRP?

10:32:57 22        A.    No.

10:32:57 23        Q.    And why not?

10:33:11 24            MS. ZORNBERG:  Objection.

10:33:16 25            Please answer if you understand.

73

```
10:33:18  1          THE WITNESS:  I'm not sure I understand
10:33:19  2  when you say -- what do you mean when you say
10:33:21  3  "market opportunities related to XRP"?
10:33:24  4  BY MS. GUERRIER:
10:33:25  5      Q.   Okay.  So if you -- the answer to the
10:33:26  6  question that you read into the record says that:
10:33:29  7              "We'll work with great teams
10:33:31  8          going after well-defined and
10:33:33  9          validated market opportunities with
10:33:35 10          clear product-market fit using
10:33:38 11          XRP."
10:33:38 12      A.   Yes.
10:33:39 13      Q.   Okay.  So does that help you understand my
10:33:43 14  question?
10:33:45 15          MS. ZORNBERG:  Object.  Objection.
10:33:46 16          THE WITNESS:  Can you repeat your
10:33:47 17  question?
10:33:49 18  BY MS. GUERRIER:
10:33:49 19      Q.   Okay.  Were any of the market
10:33:51 20  opportunities that -- in this context, in the
10:33:56 21  context of the -- Exhibit 2, related to XRP?
10:34:02 22      A.   No.  We were working with start-ups that
10:34:04 23  were trying to build businesses, and to build a
10:34:07 24  business, you have to have a market that you
10:34:09 25  identify that is legitimate and creates an
```

74

```
10:34:14  1   opportunity for you to build a business.  So we were

10:34:19  2   looking for great teams that were trying to build

10:34:22  3   real businesses.

10:34:23  4       Q.   But did it have any ultimate goal of

10:34:26  5   helping XRP?

10:34:31  6            MS. ZORNBERG:  Object to form.

10:34:32  7            THE WITNESS:  Did what?

10:34:33  8   BY MS. GUERRIER:

10:34:34  9       Q.   Your working with businesses to create

10:34:35 10   market opportunities, did it ultimate -- was it

10:34:38 11   ultimately to benefit XRP?

10:34:41 12            MS. ZORNBERG:  Object to form.

10:34:41 13            THE WITNESS:  We didn't work with

10:34:42 14   businesses to create market opportunities.

10:34:45 15   BY MS. GUERRIER:

10:34:45 16       Q.   Okay.

10:34:45 17       A.   We worked with teams that were going after

10:34:48 18   interesting markets.

10:34:57 19       Q.   And why were you working with teams that

10:34:59 20   were going after interesting markets?

10:35:02 21       A.   Because those were the teams that we

10:35:04 22   thought would be able to be -- build successful

10:35:07 23   businesses.

10:35:07 24       Q.   Okay.

10:35:07 25       A.   If you're going after a small market,
```

                                                              75

```
10:35:10  1   you're not going to be a successful company.
10:35:14  2       Q.   Right.
10:35:14  3            So did -- having these businesses that
10:35:17  4   were going to be successful, was that to benefit
10:35:21  5   XRP?
10:35:23  6            MS. ZORNBERG:  Object to form.
10:35:25  7            You can answer if you understand.
10:35:29  8            THE WITNESS:  What do you mean by "benefit
10:35:31  9   XRP"?
10:35:32 10   BY MS. GUERRIER:
10:35:33 11       Q.   Was it to create interest in XRP?
10:35:40 12       A.   It was to allow them to use XRP to -- as a
10:35:43 13   technology.  XRP and XRP Ledger as a technology to
10:35:48 14   solve problems and build products.
10:35:51 15       Q.   Okay.  So would your work with Xpring
10:36:11 16   benefit Ripple?
10:36:16 17            MS. ZORNBERG:  Object to form.
10:36:23 18            THE WITNESS:  You're asking me if my work
10:36:26 19   for Xpring would benefit Ripple?
10:36:27 20   BY MS. GUERRIER:
10:36:28 21       Q.   Yes.
10:36:28 22       A.   If we did well.
10:36:30 23       Q.   All right.  So would it be by using XRP?
10:36:35 24            MS. ZORNBERG:  Objection.
10:36:36 25            THE WITNESS:  By whom using XRP?
```

76

| | | |
|---|---|---|
| 10:36:38 | 1 | BY MS. GUERRIER: |
| 10:36:39 | 2 |     Q.   By Xpring using XRP. |
| 10:36:41 | 3 |        MS. ZORNBERG:  Objection. |
| 10:36:43 | 4 |        THE WITNESS:  We were trying to build an |
| 10:36:45 | 5 | ecosystem of companies that were using XRP. |
| 10:37:32 | 6 |        MS. ZORNBERG:  Thank you. |
| 10:37:33 | 7 |        MS. GUERRIER:  I've handed you a document |
| 10:37:46 | 8 | marked, I believe, Exhibit 4. |
| 10:37:50 | 9 |        (Whereupon, Deposition Exhibit EB-4 |
| 10:37:50 | 10 |         was marked for identification.) |
| 10:37:51 | 11 | BY MS. GUERRIER: |
| 10:37:51 | 12 |     Q.   And it's an email from Mr. Garlinghouse to |
| 10:37:53 | 13 | you dated May 12, 2018.  If you can just take a look |
| 10:37:58 | 14 | at that for a second. |
| 10:39:33 | 15 |     A.   Okay. |
| 10:39:36 | 16 |     Q.   So do you recognize this Exhibit 4 that |
| 10:39:38 | 17 | I've handed to you? |
| 10:39:41 | 18 |     A.   It appears to be an email from Brad to |
| 10:39:43 | 19 | myself. |
| 10:39:45 | 20 |     Q.   Do you have a general understanding of |
| 10:39:47 | 21 | what this email from Brad to you is about? |
| 10:39:51 | 22 |     A.   Yes. |
| 10:39:53 | 23 |     Q.   Can you tell us what this is? |
| 10:39:54 | 24 |     A.   This email is a document that █████████ |
| 10:40:02 | 25 | put together with his thoughts on the XRP ecosystem. |

77

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

| | | |
|---|---|---|
| 10:40:08 | 1 | Q.   Okay.  So if -- can you just define what |
| 10:40:12 | 2 | do you mean by "XRP ecosystem"? |
| 10:40:17 | 3 | MS. ZORNBERG:  Objection.  And those are |
| 10:40:18 | 4 | ████████████ words. |
| 10:40:20 | 5 | MS. GUERRIER:  Right.  I'm not asking |
| 10:40:21 | 6 | about ██████. |
| 10:40:22 | 7 | MS. ZORNBERG:  Your question was your use |
| 10:40:23 | 8 | of the term "XRP ecosystem." |
| 10:40:26 | 9 | MS. GUERRIER:  Can you repeat my question, |
| 10:40:29 | 10 | please. |
| 10:40:29 | 11 | (Record read by the reporter |
| 10:40:29 | 12 | as follows: |
| 10:40:38 | 13 | "QUESTION:  Okay.  So if -- |
| 10:40:38 | 14 | can you just define what do you |
| 10:40:38 | 15 | mean by 'XRP ecosystem'?") |
| 10:40:40 | 16 | MS. ZORNBERG:  Objection. |
| 10:40:42 | 17 | BY MS. GUERRIER: |
| 10:40:43 | 18 | Q.   Okay.  Earlier, you talked about what your |
| 10:40:46 | 19 | job would be in building an ecosystem. |
| 10:40:49 | 20 | Is that a correct statement? |
| 10:40:50 | 21 | A.   Yes. |
| 10:40:51 | 22 | Q.   Okay.  Can you describe or define what you |
| 10:40:53 | 23 | mean by "ecosystem"? |
| 10:40:55 | 24 | A.   Yes.  A group of companies all using a |
| 10:41:00 | 25 | shared set of technology. |

78

10:41:05  1      Q.   And was the plan to create an ecosystem
10:41:11  2  system for XRP?
10:41:13  3           MS. ZORNBERG:  Object to form.
10:41:14  4           THE WITNESS:  At what point?
10:41:15  5  BY MS. GUERRIER:
10:41:16  6      Q.   Well, in 2018, when you were discussing
10:41:18  7  your potential job, was the plan to create an
10:41:22  8  ecosystem for XRP?
10:41:24  9           MS. ZORNBERG:  Objection.
10:41:27 10           THE WITNESS:  I don't know what the plan
10:41:27 11  was.  I hadn't joined the company yet.  But the
10:41:30 12  discussions that I had with Brad and others at
10:41:32 13  Ripple was about setting that up as a goal.
10:41:37 14  BY MS. GUERRIER:
10:41:37 15      Q.   Okay.  So if you take a look at the
10:41:41 16  document that I handed you, Exhibit 4 with Bates
10:41:45 17  0431803, do you see where it says "Goal for the XRP
10:41:51 18  Ecosystem"?
10:41:53 19      A.   I do.
10:41:53 20      Q.   Can you read number 2 into the record.
10:41:56 21      A.   The first one on the list?
10:41:58 22      Q.   Number 2.
10:41:59 23      A.   Sorry, the second on the list --
10:42:00 24      Q.   Yes.
10:42:01 25      A.   -- or the one number 2?  Sorry, the first

                                                              79

| | | |
|---|---|---|
| 10:42:03 | 1 | one is numbered 2, the second one is numbered 5. |
| 10:42:06 | 2 | Q.   Okay.  So are we looking at Exhibit 4, |
| 10:42:09 | 3 | "Setting up the XRP Ecosystem for Success"? |
| 10:42:13 | 4 | A.   Yes.  Yeah. |
| 10:42:14 | 5 | Q.   Okay.  So under -- do you see where it |
| 10:42:16 | 6 | says "Goals" -- |
| 10:42:17 | 7 | A.   Yes. |
| 10:42:17 | 8 | Q.   -- for the XRP."  There's number one, |
| 10:42:19 | 9 | number 2? |
| 10:42:20 | 10 | A.   Yes. |
| 10:42:20 | 11 | Q.   Can you read what number 2 is? |
| 10:42:23 | 12 | A.   Sure. |
| 10:42:23 | 13 |          "Drive utility and liquidity |
| 10:42:26 | 14 |          for XRP." |
| 10:42:27 | 15 | MS. ZORNBERG:  Just so the record's clear |
| 10:42:28 | 16 | number one is blank and the formatting has a number |
| 10:42:31 | 17 | of blank numbers. |
| 10:42:33 | 18 | BY MS. GUERRIER: |
| 10:42:33 | 19 | Q.   Okay.  So is it your understanding that |
| 10:42:37 | 20 | that the XRP ecosystem, the goal was to drive |
| 10:42:41 | 21 | utility and liquidity for XRP? |
| 10:42:45 | 22 | MS. ZORNBERG:  Object to form. |
| 10:42:47 | 23 | THE WITNESS:  The goal for whom? |
| 10:42:49 | 24 | BY MS. GUERRIER: |
| 10:42:50 | 25 | Q.   Well, this is an email directed to you, |

80

```
10:42:57   1    correct?

10:42:57   2         A.   Yes.

10:42:59   3         Q.   Okay.  And it's basically discussing

10:43:01   4    setting up the ecosystem for success.

10:43:05   5              So in this context, when it says the goal,

10:43:09   6    number 2, is to drive utility and liquidity for XRP,

10:43:13   7    is this your understanding of what the goal for XRP

10:43:18   8    was at the time that this email was sent?

10:43:20   9              MS. ZORNBERG:  Object to form.

10:43:22  10              THE WITNESS:  What do you mean by "the

10:43:23  11    goal for XRP"?

10:43:25  12    BY MS. GUERRIER:

10:43:25  13         Q.   Well, those are the words that are on --

10:43:27  14    on the email, correct?

10:43:29  15         A.   You mean "goal for the XRP ecosystem"?

10:43:33  16         Q.   Yes.

10:43:35  17         A.   So my reading of this document is that

10:43:36  18    ██████████   had put together some thoughts as to if

10:43:43  19    you want wanted to set up the XRP ecosystem for

10:43:48  20    success, there's some potential goals for the XRP

10:43:51  21    ecosystem.

10:43:51  22         Q.   Your job, the job that you were going to

10:43:53  23    start, was to create an ecosystem for XRP?

10:43:58  24         A.   An eco --

10:43:59  25              MS. ZORNBERG:  Objection.
```

81

10:44:00  1          THE WITNESS:  My understanding of my job

10:44:01  2  was to build an ecosystem around companies building

10:44:03  3  on XRP Ledger.

10:44:05  4  BY MS. GUERRIER:

10:44:06  5      Q.   Okay.  So part of the goals for the XRP

10:44:08  6  ecosystem included driving utility and liquidity for

10:44:14  7  XRP, to your knowledge?

10:44:15  8          MS. ZORNBERG:  Objection.

10:44:18  9          THE WITNESS:  I -- I don't know.  I

10:44:19 10  wouldn't want to speak for the goals of the company

10:44:22 11  before I joined.

10:44:23 12  BY MS. GUERRIER:

10:44:23 13      Q.   Did you ever speak with Brad Garlinghouse

10:44:26 14  about what the goals for the XRP ecosystem were?

10:44:31 15      A.   Yes.

10:44:33 16      Q.   And what did he tell you that the goals

10:44:36 17  for the XRP ecosystem were?

10:44:42 18      A.   I would say more often I was trying to set

10:44:45 19  forth -- this is before I joined.  So prior to

10:44:50 20  joining, I'm not sure he said anything.  But

10:44:52 21  certainly I was trying to build an ecosystem of

10:44:55 22  companies using XRP Ledger.  And in order to do that

10:45:00 23  effectively, would look to set the goals for my team

10:45:02 24  and my organization.

10:45:05 25      Q.   Okay.  Well, did you ask any questions

                                                              82

```
10:45:07  1    when you received this email about what the utility
10:45:10  2    and liquidity for XRP meant?
10:45:13  3         A.   I don't remember.
10:45:14  4         Q.   Okay.  Would that have been of interest to
10:45:16  5    you?
10:45:18  6              MS. ZORNBERG:  Objection.
10:45:21  7              THE WITNESS:  Presumably.  This is a long
10:45:23  8    document.  I think all of it would have been of
10:45:25  9    interest.
10:45:26 10    BY MS. GUERRIER:
10:45:26 11         Q.   Okay.  So was driving utility a primary
10:45:29 12    component of the XRP ecosystem --
10:45:33 13              MS. ZORNBERG:  Object to form.
10:45:33 14    BY MS. GUERRIER:
10:45:34 15         Q.   -- at the time that you were interviewing?
10:45:37 16              MS. ZORNBERG:  Object to form.
10:45:39 17              THE WITNESS:  I -- I don't know what the
10:45:41 18    goals for the team were at the time, prior to me
10:45:44 19    joining.
10:45:45 20    BY MS. GUERRIER:
10:45:46 21         Q.   You are on this email, right?
10:45:48 22              MS. ZORNBERG:  Objection.
10:45:49 23              THE WITNESS:  I am, yes.
10:45:58 24    BY MS. GUERRIER:
10:45:58 25         Q.   Do you have any understanding whether
```

83

```
10:46:00  1   these statements were true at the time that you
10:46:03  2   received this email, the statements about the goals
10:46:06  3   for the XRP ecosystem being to drive utility and
10:46:11  4   liquidity for XRP?
10:46:15  5        A.   I don't know.
10:46:16  6        Q.   Well, do you have any reason to believe
10:46:17  7   that they were false?
10:46:19  8             MS. ZORNBERG:  Objection.
10:46:21  9             THE WITNESS:  I don't know how to answer
10:46:22 10   that question.
10:46:23 11   BY MS. GUERRIER:
10:46:24 12        Q.   What do you -- can you elaborate?
10:46:27 13             MS. ZORNBERG:  Objection.
10:46:28 14             If you don't understand the question,
10:46:29 15   there's nothing to elaborate.
10:46:32 16             MS. GUERRIER:  I'm not sure he said he
10:46:33 17   doesn't understand the question.  He said he doesn't
10:46:35 18   know how to answer the question.  So if you could
10:46:36 19   just --
10:46:37 20             THE WITNESS:  Sure, can you repeat the
10:46:38 21   question?
10:46:38 22   BY MS. GUERRIER:
10:46:41 23        Q.   Do you have any reason to believe that the
10:46:44 24   statement that the goals for the XRP ecosystem,
10:46:48 25   including drive utility and liquidity for XRP, is an
```

84

| | | |
|---|---|---|
| 10:46:53 | 1 | incorrect statement? |
| 10:46:57 | 2 | MS. ZORNBERG:  Object to form. |
| 10:47:01 | 3 | THE WITNESS:  What do you mean by |
| 10:47:02 | 4 | "incorrect statement"? |
| 10:47:05 | 5 | BY MS. GUERRIER: |
| 10:47:05 | 6 | Q.   Well, do you have any reason to doubt that |
| 10:47:07 | 7 | the goals for the XRP ecosystem include the drive |
| 10:47:11 | 8 | utility and liquidity for XRP? |
| 10:47:13 | 9 | MS. ZORNBERG:  Object to form. |
| 10:47:14 | 10 | THE WITNESS:  I believe it -- I have no |
| 10:47:15 | 11 | reason to doubt that ████████ wrote this. |
| 10:47:19 | 12 | BY MS. GUERRIER: |
| 10:47:19 | 13 | Q.   That's not my question, though. |
| 10:47:21 | 14 | I'm asking you, do you have any reason to |
| 10:47:23 | 15 | believe that this statement, the goal -- under the |
| 10:47:27 | 16 | title "Goals for the XRP Ecosystem, drive utility |
| 10:47:31 | 17 | and liquidity for XRP" -- |
| 10:47:33 | 18 | MS. ZORNBERG:  Object to form.  Asked and |
| 10:47:33 | 19 | answered.  And the witness has said -- has answered |
| 10:47:38 | 20 | your question.  You're asking about something he |
| 10:47:40 | 21 | didn't write. |
| 10:47:40 | 22 | MS. GUERRIER:  He didn't answer. |
| 10:47:41 | 23 | MS. ZORNBERG:  That ████████ wrote. |
| 10:47:44 | 24 | BY MS. GUERRIER: |
| 10:47:44 | 25 | Q.   Okay.  So do you have any reason to |

85

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

| | | |
|---|---|---|
| 10:47:45 | 1 | believe that the statement, "Goals for the XRP |
| 10:47:49 | 2 | Ecosystem, drive utility and liquidity for XRP," is |
| 10:47:53 | 3 | false? |
| 10:47:54 | 4 |        MS. ZORNBERG:  Objection. |
| 10:47:58 | 5 |        If you can answer -- if you understand the |
| 10:48:00 | 6 | question you can answer. |
| 10:48:00 | 7 |        THE WITNESS:  I don't understand the |
| 10:48:01 | 8 | question.  This is an email from ███████████.  I |
| 10:48:05 | 9 | can't speak to the veracity of this document. |
| 10:48:08 | 10 | BY MS. GUERRIER: |
| 10:48:08 | 11 |    Q.   Okay.  So when you received this document, |
| 10:48:11 | 12 | did you ask whether it was true that the goals for |
| 10:48:15 | 13 | the XRP ecosystem include to drive the utility and |
| 10:48:20 | 14 | liquidity of XRP? |
| 10:48:21 | 15 |    A.   I don't recall. |
| 10:48:22 | 16 |    Q.   Were you interested at all in determining |
| 10:48:25 | 17 | whether the goals were to drive the utility and |
| 10:48:28 | 18 | liquidity for XRP? |
| 10:48:31 | 19 |        MS. ZORNBERG:  Objection and asked and |
| 10:48:31 | 20 | answered. |
| 10:48:33 | 21 |        THE WITNESS:  Yeah.  I think so. |
| 10:48:34 | 22 | BY MS. GUERRIER: |
| 10:48:35 | 23 |    Q.   Okay.  So did you make your interest known |
| 10:48:37 | 24 | to anyone at the time? |
| 10:48:41 | 25 |        MS. ZORNBERG:  Objection. |

86

```
10:48:41  1              THE WITNESS:  I don't recall.
10:48:50  2    BY MS. GUERRIER:
10:48:51  3         Q.   Did Mr. Garlinghouse ever tell you that
10:48:52  4    this statement to drive the utility and liquidity
10:48:55  5    for XRP as part of the goal for the ecosystem was
10:49:03  6    accurate?
10:49:05  7              MS. ZORNBERG:  Object to form.
10:49:10  8              THE WITNESS:  Sorry, can you repeat your
10:49:11  9    question?
10:49:12 10    BY MS. GUERRIER:
10:49:13 11         Q.   Did Mr. Garlinghouse ever tell you that
10:49:15 12    the goals for the XRP ecosystem, to drive utility
10:49:20 13    and liquidity for XRP, was an accurate statement?
10:49:23 14         A.   I -- I don't remember.
10:49:24 15         Q.   Did you ever have any discussions with
10:49:27 16    Mr. Garlinghouse regarding the statement that's in
10:49:30 17    this email, the goals for the XRP ecosystem to drive
10:49:34 18    utility and liquidity for XRP?
10:49:37 19         A.   During what time period?
10:49:40 20         Q.   We're still talking about the email --
10:49:42 21         A.   Yeah.
10:49:43 22         Q.   -- that you received in May.
10:49:46 23         A.   I don't remember.
10:49:46 24         Q.   Did you ever have any discussions with
10:49:48 25    Mr. Garlinghouse regarding what the goals for the
```

87

```
10:49:51  1    XRP ecosystem were?
10:49:54  2         A.   Again, during this time period?
10:49:55  3         Q.   The entirety of your time at Ripple.
10:49:59  4              MS. ZORNBERG:  Object to form.
10:50:04  5              THE WITNESS:  You're asking if I -- sorry,
10:50:06  6    can you repeat your question?  I just want to make
10:50:08  7    sure I understand the timing in the question.
10:50:12  8    BY MS. GUERRIER:
10:50:12  9         Q.   Well, I'm gonna break it out into two.
10:50:15 10         A.   Okay.
10:50:16 11         Q.   Did you ever have any discussions with
10:50:18 12    Mr. Garlinghouse regarding whether the goals for the
10:50:22 13    XRP ecosystem, including driving utility and
10:50:25 14    liquidity for XRP, is an accurate statement around
10:50:29 15    the time of this email, which is in May in 2018?
10:50:34 16         A.   Yeah, I don't remember.  Sorry.
10:50:37 17         Q.   Did you ever have any discussions with
10:50:39 18    Mr. Garlinghouse at any time during your employment
10:50:41 19    at Ripple, Xpring, regarding whether the goals for
10:50:46 20    the XRP ecosystem included to drive the utility and
10:50:49 21    liquidity for XRP?
10:50:53 22         A.   Yes.
10:50:54 23         Q.   When did you have these discussions?
10:50:58 24         A.   I don't remember the exact dates.
10:51:00 25         Q.   What was the substance of the discussions
```

88

| | | |
|---|---|---|
| 10:51:02 | 1 | that you had with Mr. Garlinghouse regarding the |
| 10:51:05 | 2 | goals for the XRP ecosystem, including to drive |
| 10:51:09 | 3 | utility and liquidity for XRP? |
| 10:51:12 | 4 | MS. ZORNBERG:  Object to form. |
| 10:51:14 | 5 | THE WITNESS:  So I was managing the Xpring |
| 10:51:18 | 6 | team during my entire tenure at Ripple.  And so |
| 10:51:24 | 7 | trying to establish the goals for the team was a |
| 10:51:33 | 8 | reasonable thing to discuss -- I don't want to say |
| 10:51:38 | 9 | often, but frequently. |
| 10:51:41 | 10 | BY MS. GUERRIER: |
| 10:51:42 | 11 | Q.   And where did liquidity play in with the |
| 10:51:45 | 12 | discussions that you had with Mr. Garlinghouse with |
| 10:51:47 | 13 | respect to XRP? |
| 10:51:50 | 14 | MS. ZORNBERG:  Object to form. |
| 10:51:53 | 15 | THE WITNESS:  What do you mean by "fit |
| 10:51:54 | 16 | in"? |
| 10:51:55 | 17 | BY MS. GUERRIER: |
| 10:51:56 | 18 | Q.   Well, we're still talking about the |
| 10:51:58 | 19 | statement that the goals for the XRP ecosystem is to |
| 10:52:02 | 20 | drive utility and liquidity for XRP. |
| 10:52:06 | 21 | And I'm following up on your statement |
| 10:52:08 | 22 | that you've had conversations with Mr. Garlinghouse |
| 10:52:11 | 23 | regarding these goals. |
| 10:52:15 | 24 | So what specifically about utility in the |
| 10:52:20 | 25 | XRP ecosystem did you discuss with Mr. Garlinghouse? |

89

| | | |
|---|---|---|
| 10:52:24 | 1 | MS. ZORNBERG:  Objection.  Misstates prior |
| 10:52:27 | 2 | testimony.  Lack of foundation.  The way the |
| 10:52:32 | 3 | question's framed now, you've asked him -- you've |
| 10:52:34 | 4 | assumed that he had a specific discussion with |
| 10:52:36 | 5 | Mr. Garlinghouse about this sentence in the ████ |
| 10:52:38 | 6 | ████ email.  There's not a foundation for that. |
| 10:52:44 | 7 | MS. GUERRIER:  Okay. |
| 10:52:44 | 8 | MS. ZORNBERG:  So -- |
| 10:52:45 | 9 | MS. GUERRIER:  I think -- |
| 10:52:47 | 10 | BY MS. GUERRIER: |
| 10:52:47 | 11 | Q.   Did you -- did you have discussions with |
| 10:52:49 | 12 | Mr. Garlinghouse regarding the goals for the XRP |
| 10:52:54 | 13 | ecosystem being to drive utility and liquidity for |
| 10:52:58 | 14 | XRP at any time during your employment at Xpring? |
| 10:53:02 | 15 | A.   Yeah. |
| 10:53:04 | 16 | Q.   Okay.  And I believe you testified you |
| 10:53:07 | 17 | don't recall when specifically? |
| 10:53:11 | 18 | A.   I recall that I did not remember |
| 10:53:13 | 19 | discussing these goals.  I said I do not know the |
| 10:53:16 | 20 | exact dates. |
| 10:53:18 | 21 | Q.   Okay.  But you did have discussions about |
| 10:53:22 | 22 | part of the goals for the XRP ecosystem including |
| 10:53:26 | 23 | driving utility and liquidity for XRP.  Is that |
| 10:53:28 | 24 | correct? |
| 10:53:29 | 25 | MS. ZORNBERG:  Object to form. |

90

```
10:53:31  1          THE WITNESS:  We had discussions around
10:53:32  2   the goals for Xpring and we had -- we -- part of
10:53:39  3   those discussions were around utility and liquidity
10:53:42  4   for XRP.
10:53:42  5   BY MS. GUERRIER:
10:53:43  6       Q.  Do you remember the substance of the
10:53:45  7   conversation that you've had with Mr. Garlinghouse
10:53:48  8   regarding utility and liquidity for XRP as it
10:53:53  9   relates to the XRP ecosystem?
10:53:58 10          MS. ZORNBERG:  Object to form.
10:53:59 11          THE WITNESS:  No.  The substance?
10:54:04 12   BY MS. GUERRIER:
10:54:05 13       Q.  What -- okay.  Can you tell me what
10:54:07 14   conversation you had with Mr. Garlinghouse regarding
10:54:10 15   utility as it relates to -- and liquidity as it
10:54:14 16   relates to the XRP ecosystem?
10:54:17 17          MS. ZORNBERG:  Object to form.
10:54:21 18          THE WITNESS:  So I was building and
10:54:23 19   managing a team of people and so would discuss the
10:54:29 20   goals for our team, oftentimes with my team, my
10:54:37 21   peers, my manager, who was Brad.  And so it's hard
10:54:42 22   for me to characterize the substance of that
10:54:46 23   conversation because this was how I was trying to do
10:54:48 24   my job.  So there was -- it was a constant
10:54:51 25   discussion around, am I -- what should we be doing
```

91

```
10:54:53  1   and are we doing it well and how do we do it.
10:54:56  2   BY MS. GUERRIER:
10:54:57  3       Q.   Okay.  So was the need to create liquidity
10:54:59  4   for XRP discussed at all with Mr. Garlinghouse in
10:55:01  5   the context of your employment as it relates to the
10:55:07  6   ecosystem?
10:55:08  7            MS. ZORNBERG:  Object to form.
10:55:10  8            THE WITNESS:  We did not discuss the need
10:55:12  9   to create liquidity.  No.
10:55:14 10   BY MS. GUERRIER:
10:55:15 11       Q.   Okay.  What specifically did you discuss
10:55:20 12   about liquidity with respect to the ecosystem?
10:55:23 13            MS. ZORNBERG:  Object to form.
10:55:25 14            You can answer if you understand.
10:55:28 15            THE WITNESS:  For me, liquidity was a
10:55:30 16   measure of how -- of utility for XRP.
10:55:38 17   BY MS. GUERRIER:
10:55:38 18       Q.   Okay.  That wasn't my question.
10:55:39 19            My question is, what did you discuss with
10:55:42 20   Mr. Garlinghouse with respect to liquidity as it
10:55:45 21   relates to the ecosystem?
10:55:47 22       A.   I discuss --
10:55:48 23            MS. ZORNBERG:  Object to form.
10:55:49 24            THE WITNESS:  I discussed how liquidity
10:55:51 25   was a measure of utility.
```

92

```
10:55:54  1   BY MS. GUERRIER:
10:55:54  2       Q.   Okay.  Can you explain what you mean by
10:55:57  3   liquidity being a measure of utility?
10:56:04  4       A.   Yes.  So in order for a currency to be
10:56:09  5   useful to have liquidity, you must be able to
10:56:13  6   acquire that currency or -- unacquire, you must be
10:56:20  7   able be to buy it and you must be able -- you must
10:56:22  8   be able to get it.  For something to be useful, you
10:56:24  9   must be able to get your hands on it to use it.  And
10:56:27 10   so with no liquidity, it would be impossible to
10:56:31 11   drive utility.
10:56:34 12       Q.   Okay.  So how did you drive liquidity in
10:56:39 13   creating the ecosystem for XRP?
10:56:43 14            MS. ZORNBERG:  Object to form.  And
10:56:45 15   misstates -- lack of foundation.  Misstates prior
10:56:48 16   testimony.
10:56:49 17   BY MS. GUERRIER:
10:56:50 18       Q.   You can answer.
10:56:50 19       A.   I did not state that I drove liquidity.  I
10:56:53 20   don't -- I did not drive liquidity.
10:56:55 21       Q.   Okay.  What specifically did you work on
10:57:25 22   when you discussed the ecosystem when you were
10:57:30 23   actually employed at Xpring?
10:57:34 24            MS. ZORNBERG:  Objection.  Lack of
10:57:36 25   foundation.
```

93

10:57:42  1                THE WITNESS:  The question is, what did I

10:57:44  2     work on when we discussed -- sorry, can you repeat

10:57:47  3     the question?

10:57:50  4                MS. GUERRIER:  Do you mind -- can you

10:57:50  5     please read my question.  Thank you.

10:57:52  6                     (Record read by the reporter

10:57:52  7                as follows:

10:58:03  8                     "QUESTION:  Okay.  What

10:58:03  9                specifically did you work on when

10:58:03 10                you discussed the ecosystem when

10:58:03 11                you were actually employed at

10:58:03 12                Xpring?")

10:58:05 13                MS. ZORNBERG:  Objection.  Lack of

10:58:07 14     foundation.

10:58:09 15                THE WITNESS:  Can you be more specific on

10:58:11 16     which discussions you're referring to?

10:58:14 17     BY MS. GUERRIER:

10:58:16 18        Q.   Okay.  What did you work on when you were

10:58:18 19     working on the ecosystem for -- that you were

10:58:22 20     developing?

10:58:23 21        A.   We --

10:58:24 22                MS. ZORNBERG:  Object to form.

10:58:26 23                THE WITNESS:  Broadly, over the

10:58:27 24     two-and-a-half years I was there?

         25     / /

                                                                    94

```
10:58:29  1   BY MS. GUERRIER:
10:58:29  2        Q.   Sure.  Yes.
10:58:30  3        A.   Sure.  So we partnered with companies, we
10:58:33  4   invested with companies, and we built technology.
10:58:57  5        Q.   Do you recall what types of companies you
10:58:59  6   partnered with over your term with Xpring?
10:59:04  7             MS. ZORNBERG:  Objection.  Asked and
10:59:04  8   answered.
10:59:08  9             THE WITNESS:  Generally, technology
10:59:09 10   companies, frequently start-ups.
10:59:12 11   BY MS. GUERRIER:
10:59:13 12        Q.   What type?  Can you specifically name the
10:59:15 13   companies that you worked with?
10:59:19 14        A.   I think we did this before.
10:59:22 15        Q.   Are these the same companies --
10:59:23 16        A.   Yes.
10:59:23 17        Q.   -- that you named earlier?
10:59:25 18        A.   Yes.  Yeah.
10:59:26 19        Q.   Okay.  So going back to my earlier
10:59:34 20   question regarding the ecosystem, was Xpring
10:59:37 21   expected to drive liquidity for XRP?
10:59:41 22        A.   No.
10:59:42 23             MS. ZORNBERG:  Object to form.
10:59:43 24             THE WITNESS:  No.
         25   / /
```

                                                                    95

| | | |
|---|---|---|
| 10:59:43 | 1 | BY MS. GUERRIER: |
| 10:59:47 | 2 | Q.   Was working with the companies that you |
| 10:59:50 | 3 | named earlier a means of creating liquidity for XRP? |
| 10:59:58 | 4 | A.   No. |
| 11:00:11 | 5 | Q.   What were these companies required to do |
| 11:00:15 | 6 | for Xpring? |
| 11:00:17 | 7 | MS. ZORNBERG:  Objection.  Lack of |
| 11:00:18 | 8 | foundation. |
| 11:00:19 | 9 | THE WITNESS:  So we partnered with a lot |
| 11:00:21 | 10 | of different companies in lots of different forms. |
| 11:00:25 | 11 | BY MS. GUERRIER: |
| 11:00:25 | 12 | Q.   Okay.  So can you give some examples of |
| 11:00:29 | 13 | the types of companies and what they specifically |
| 11:00:32 | 14 | did with Xpring? |
| 11:00:34 | 15 | A.   Sure.  So we -- this is -- I don't -- I |
| 11:00:38 | 16 | don't remember all of them, so I apologize. |
| 11:00:41 | 17 | But there were companies that we invested |
| 11:00:44 | 18 | in just strictly as investment.  There were |
| 11:00:48 | 19 | companies that we invested or partnered with that |
| 11:00:52 | 20 | used XRP in their product. |
| 11:00:56 | 21 | Q.   So which company was strictly investing -- |
| 11:01:01 | 22 | companies that you invested in? |
| 11:01:04 | 23 | A.   Oh, I don't remember the details of all of |
| 11:01:05 | 24 | them. |
| 11:01:06 | 25 | Q.   Do you know their names? |

96

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

| | | |
|---|---|---|
| 11:01:08 | 1 | A.   I named a few of them.  I don't remember |
| 11:01:10 | 2 | all of them.  I honestly don't. |
| 11:01:13 | 3 | Q.   Can you just recall one that -- |
| 11:01:16 | 4 | A.   Yeah.  Like we talked about Coil -- |
| 11:01:17 | 5 | MS. ZORNBERG:  Just let her -- make sure |
| 11:01:19 | 6 | you let her finish asking the question. |
| 11:01:21 | 7 | BY MS. GUERRIER: |
| 11:01:22 | 8 | Q.   I'm just trying to understand the |
| 11:01:23 | 9 | companies that were solely for investment.  So if |
| 11:01:26 | 10 | you could just -- if you -- whatever you can recall, |
| 11:01:29 | 11 | if you could please name them. |
| 11:01:31 | 12 | A.   Sure.  So the ones that I recalled were |
| 11:01:34 | 13 | solely for investment, I believe ███████ was strictly |
| 11:01:39 | 14 | an investment.  I believe ████████████ was strictly an |
| 11:01:43 | 15 | investment. |
| 11:01:53 | 16 | Those are the only ones I can remember off |
| 11:01:55 | 17 | the top of my head. |
| 11:01:56 | 18 | Q.   And then you had another category of |
| 11:01:59 | 19 | companies that you said were -- used XRP? |
| 11:02:03 | 20 | MS. ZORNBERG:  Object to form. |
| 11:02:07 | 21 | THE WITNESS:  I don't think I categorized |
| 11:02:10 | 22 | them, per se, but you asked me to come up with some |
| 11:02:15 | 23 | general generalizations.  But yes, there were |
| 11:02:18 | 24 | companies also that used XRP. |
| | 25 | / / |

97

```
11:02:19  1    BY MS. GUERRIER:
11:02:19  2        Q.    What -- which one of those companies?
11:02:20  3        A.    So, for example, Coil, ███████████.
11:02:30  4              I'm sure there are more.
11:02:31  5        Q.    Okay.  And how did they use XRP?
11:02:35  6              MS. ZORNBERG:  Object to form.
11:02:36  7              You can answer.
11:02:37  8              THE WITNESS:  All of them?
11:02:38  9    BY MS. GUERRIER:
11:02:38  10       Q.    Well, how did Coil use XRP?
11:02:41  11       A.    Sure.  Coil is a technology that allows --
11:02:52  12   what's the best way to describe this.  Allows an
11:02:56  13   individual to pay small amounts of money for
11:03:00  14   consuming a piece of content online.  So you might
11:03:04  15   be able to pay a penny to read a news story, for
11:03:07  16   example, or two pennies to read a news story, and
11:03:11  17   Coil used XRP to make that payment because that sort
11:03:14  18   of payment is not possible with today's -- with
11:03:17  19   traditional payment providers.
11:03:23  20       Q.    And ██████, how did ██████ use XRP?
11:03:27  21       A.    ██████ was using it in a similar manner
11:03:29  22   where ██████ allowed you, as I said, to rent out
11:03:33  23   various assets, things that you owned, and they were
11:03:37  24   similarly using it to enable the payment between the
11:03:41  25   renter and the rentee.
```

```
11:03:43  1        Q.   And how was ████ using XRP?
11:03:47  2        A.        ████ is a little more complicated, but,
11:03:52  3   generally, I would say ████ is using it for a
11:03:54  4   similar approach, but they're building out a
11:03:56  5   platform for online video games and using XRP to
11:04:00  6   enable users to very easily buy and sell virtual
11:04:06  7   goods, digital goods, within a video game.
11:04:10  8             MS. GUERRIER:  Okay.  Let me hand you
11:04:12  9   what's been marked Exhibit 11.
11:04:14 10             (Whereupon, Deposition Exhibit EB-11
11:04:14 11              was marked for identification.)
11:04:20 12             MS. ZORNBERG:  Thank you.
11:04:20 13   BY MS. GUERRIER:
11:04:58 14        Q.   Exhibit 11 is an email dated June 21st,
11:05:02 15   2018, from you to yourself, from you.  And I think
11:05:10 16   it's -- the subject is "Open DLT notes."  And
11:05:15 17   underneath it it has "XRP thoughts."
11:05:19 18             Let me know when you have the chance to
11:05:21 19   take a look at it.
11:05:23 20        A.   Okay.
11:12:38 21             All right.
11:12:38 22        Q.   All right.  So what is the document marked
11:12:44 23   Exhibit 11?
11:12:47 24        A.   This appears to be an email from myself to
11:12:51 25   myself dated June 21st, 2018, with a very long list
```

99

11:13:01  1   of ideas and thoughts.

11:13:07  2        Q.   And were these ideas and thoughts that you

11:13:09  3   had after you became employed with Ripple?

11:13:13  4        A.   I wrote this email after.  And I couldn't

11:13:19  5   say when I had the thoughts, but I would -- I think

11:13:20  6   it's fair to generalize most of this was me trying

11:13:24  7   to get my head wrapped around a new job.

11:13:27  8        Q.   Okay.  But you were actually working at

11:13:29  9   Ripple at the time that you wrote --

11:13:30 10        A.   At the time I sent this email, yeah.

11:13:31 11   Yeah.

11:13:32 12        Q.   Okay.  And what, in general, were you

11:13:36 13   trying to accomplish with this email?

11:13:41 14             MS. ZORNBERG:  Object to form.

11:13:42 15             You can answer.

11:13:46 16             THE WITNESS:  Well, I sent the email to

11:13:48 17   myself just, I guess, to have it in my inbox.

11:13:52 18   BY MS. GUERRIER:

11:13:53 19        Q.   Okay.  So were you writing your thoughts

11:13:58 20   about your new job, basically?

11:14:01 21             MS. ZORNBERG:  Object to form.

11:14:03 22             THE WITNESS:  Yeah.  I think that's fair.

11:14:05 23   BY MS. GUERRIER:

11:14:05 24        Q.   Okay.  And were these including some of

11:14:09 25   the objectives using XRP?

                                                             100

11:14:14  1          MS. ZORNBERG:  Object to form.

11:14:15  2          THE WITNESS:  Sorry, which objectives are

11:14:17  3   you talking about?

11:14:18  4   BY MS. GUERRIER:

11:14:18  5      Q.   Well, in general, were you writing about

11:14:21  6   some of your objectives with respect to XRP?

11:14:28  7      A.   I think this document has objectives about

11:14:32  8   lots of things, including XRP.

11:14:34  9      Q.   Okay.  But it does have objectives about

11:14:37 10   XRP that you wrote to yourself?

11:14:42 11      A.   Let me go read it again.  I don't want to

11:14:44 12   get too specific there.

11:14:58 13      Q.   I mean, I'm not asking for specific

11:14:59 14   objectives.  I'm asking in general, did you write

11:15:02 15   your objectives about XRP in this email to yourself?

11:15:07 16          MS. ZORNBERG:  Object to form.  And feel

11:15:10 17   free to direct him to something in the document.

11:15:14 18          THE WITNESS:  So it looks like I have

11:15:16 19   mentioned objectives a few times in this document.

11:15:20 20   Once on the first line.  I, again -- I'm happy to

11:15:25 21   scan it and look for those words.

11:15:26 22   BY MS. GUERRIER:

11:15:27 23      Q.   I don't think I'm asking you to scan for

11:15:29 24   words.  But if you -- just based on your

11:15:31 25   recollection, is this document to write what your

                                                           101

```
11:15:36  1   thoughts were for XRP?
11:15:39  2       A.   I would say this is my thoughts around,
11:15:42  3   yeah, what my job was supposed to do, supposed to
11:15:44  4   be.
11:15:45  5       Q.   Okay.  Now, if you turn to the page that
11:15:49  6   has the Bates number 058048 at the bottom -- 80409.
11:15:58  7   Sorry, I'll repeat that.  0580409.
11:16:03  8       A.   Yes.
11:16:07  9       Q.   Near the middle, there's a statement that
11:16:09 10   you write.  You want to read that into the record.
11:16:13 11   It's under number 13.
11:16:16 12       A.   Certainly.
11:16:16 13                "How ironic that all the ICOs
11:16:19 14            happen on ETH and ETH received
11:16:21 15            specific notice from the SEC that
11:16:22 16            it isn't a security."
11:16:30 17       Q.   Is there a reason why you thought it was
11:16:31 18   ironic that ETH received the notice from the SEC
11:16:37 19   about it not being a security?
11:16:42 20            MS. ZORNBERG:  Object to form.
11:16:46 21            THE WITNESS:  Sorry, can you repeat the
11:16:47 22   question?
11:16:49 23   BY MS. GUERRIER:
11:16:50 24       Q.   Is there a reason that you thought it was
11:16:52 25   ironic that ETH received a specific notice from the
```

102

11:16:58   1   SEC about it not being a security?

11:17:00   2          MS. ZORNBERG:  Objection.

11:17:05   3          THE WITNESS:  Yes.

11:17:05   4   BY MS. GUERRIER:

11:17:06   5      Q.   And why did you think that was ironic?

11:17:18   6      A.   Not being a lawyer or security lawyer, I

11:17:20   7   think at this time, 2000 -- mid 2018, there were

11:17:25   8   many, many ICOs coming out, initial coin offerings.

11:17:34   9   From my reading of the news -- again, not being a

11:17:37  10   lawyer, it seemed like these were questionable from

11:17:40  11   a regulatory perspective.  And they were all

11:17:43  12   happening on the Ethereum blockchain which the SEC,

11:17:48  13   my understanding, had said everything on Ethereum is

11:17:53  14   kosher and fine but there was all this, like, what

11:17:57  15   appeared to be fairly regulatory questionable

11:18:00  16   activity taking place in the ecosystem that the SEC

11:18:02  17   said was okay.

11:18:04  18      Q.   Okay.  Did you ever discuss with anyone at

11:18:08  19   Ripple whether XRP might be a security?

11:18:11  20      A.   No.

11:18:13  21      Q.   Did you ever meet with anyone at the SEC

11:18:17  22   regarding XRP?

11:18:18  23      A.   No.

11:18:23  24      Q.   Since you left Ripple, have you had any

11:18:28  25   discussions With Mr. Garlinghouse about XRP being a

103

11:18:34   1   security?

11:18:35   2       A.   No.

11:18:37   3       Q.   Have you had any discussions with

11:18:40   4   Mr. Larsen, since you've left Ripple, regarding

11:18:43   5   whether XRP is a security?

11:18:47   6       A.   No.

11:18:48   7       Q.   Have you communicated with anyone else at

11:18:50   8   Ripple from -- regarding whether or not XRP is a

11:18:56   9   security?  And I mean at any time.

11:19:02  10       A.   I've spoken with counsel regarding this

11:19:04  11   deposition.

11:19:05  12       Q.   Other than counsel.

11:19:06  13       A.   No.

11:19:09  14       Q.   Have you ever spoken with Mr. Garlinghouse

11:19:11  15   regarding this litigation?

11:19:12  16       A.   The no.

11:19:13  17       Q.   Have you ever spoken with anyone at Ripple

11:19:17  18   regarding this litigation?

11:19:19  19       A.   Just counsel.

11:19:21  20       Q.   Okay.  Going back to your email, if you

11:19:25  21   could stay on the same page and read right under the

11:19:29  22   topic about security, beginning with "today XRP."

11:19:35  23       A.   Sure.

11:19:36  24               "Today XRP is one of the

11:19:38  25           top -- top market cap digital

                                                        104

```
11:19:40   1           assets."
11:19:43   2           Q.    Can you read the next line, please?
11:19:45   3           A.    Sure.
11:19:45   4                  "Outside of speculators, no
11:19:47   5           one is doing anything with XRP or
11:19:49   6           XRP Ledger."
11:19:50   7           Q.    And the following line?
11:19:51   8           A.    "Even Ripple, doing very little with XRP
11:19:55   9   or XRP Ledger."
11:19:58  10           Q.    Okay.  So this is an email you sent to
11:20:00  11   yourself on June 21st, 2018?
11:20:06  12           A.    Yes.
11:20:06  13           Q.    Okay.  So at the time you made these three
11:20:12  14   statements that you just read into -- market,
11:20:15  15   including that outside of speculators, no one is
11:20:18  16   doing anything with XRP or XRP Ledger, was the
11:20:24  17   statement an accurate statement?
11:20:26  18                  MS. ZORNBERG:  Object to form.
11:20:28  19                  THE WITNESS:  I don't know.
11:20:29  20   BY MS. GUERRIER:
11:20:30  21           Q.    Well, did you believe the statement to be
11:20:31  22   true when you wrote it?
11:20:32  23           A.    I don't know.
11:20:33  24           Q.    So why did you write this into your email?
11:20:37  25           A.    So this email is a lot of thoughts about
```

105

| | | |
|---|---|---|
| 11:20:42 | 1 | me trying to figure out how to do my job.  So |
| 11:20:47 | 2 | there's a lot of information in this that I was just |
| 11:20:53 | 3 | dumping stuff on a page to try to figure out what my |
| 11:20:56 | 4 | job was and how to go do it. |
| 11:20:58 | 5 | Q.   So at the time that you wrote this email, |
| 11:21:00 | 6 | no one, to your knowledge, was doing anything with |
| 11:21:03 | 7 | XRP -- |
| 11:21:06 | 8 | MS. ZORNBERG:  Objection. |
| 11:21:07 | 9 | BY MS. GUERRIER: |
| 11:21:07 | 10 | Q.   -- is that correct? |
| 11:21:08 | 11 | MS. ZORNBERG:  Objection. |
| 11:21:08 | 12 | THE WITNESS:  I wouldn't say that. |
| 11:21:10 | 13 | BY MS. GUERRIER: |
| 11:21:10 | 14 | Q.   So what did you mean by "outside of |
| 11:21:14 | 15 | speculators, no one is doing anything with XRP"? |
| 11:21:23 | 16 | A.   I'm not 100 percent sure.  I'd say at this |
| 11:21:32 | 17 | period of time, all -- most of what was going on in |
| 11:21:35 | 18 | cryptocurrency was ICOs.  And that was -- every day |
| 11:21:40 | 19 | in the press was everybody was doing an ICO.  And so |
| 11:21:45 | 20 | that was where all the attention and excitement was. |
| 11:21:51 | 21 | And Ripple, being a very conservative |
| 11:21:54 | 22 | company, had always tried to stay very far away from |
| 11:21:57 | 23 | them.  And so if you were to look at what's going on |
| 11:22:00 | 24 | in the crypto world, like, it was all ICOs all the |
| 11:22:05 | 25 | time, and no one of that was happening on XRP |

106

```
11:22:07  1   Ledger.
11:22:08  2        Q.   Okay.  But other than that, there was no
11:22:11  3   one using XRP at the time you wrote this email --
11:22:14  4             MS. ZORNBERG:  Object.  Is that a
11:22:15  5   question?
11:22:17  6   BY MS. GUERRIER:
11:22:17  7        Q.   Can you answer the question?
11:22:19  8        A.   What was the question?
11:22:19  9             MS. ZORNBERG:  No.  Objection.
11:22:20 10   BY MS. GUERRIER:
11:22:20 11        Q.   You wrote -- is that -- that no one is
11:22:23 12   doing anything with XRP.
11:22:26 13             At the time you wrote this email in June
11:22:28 14   of 2018, was that true?
11:22:31 15             MS. ZORNBERG:  Objection.  Misaccurate
11:22:33 16   [sic] reading of the statement.
11:22:35 17             THE WITNESS:  As I stated before, I don't
11:22:36 18   know.
11:22:36 19   BY MS. GUERRIER:
11:22:37 20        Q.   So why would you -- how would not knowing
11:22:41 21   whether or not anyone is doing anything with XRP
11:22:43 22   help you, as an SVP of Xpring, do your job?
11:22:49 23             MS. ZORNBERG:  Objection.
11:22:53 24             THE WITNESS:  Sorry, can you repeat the
11:22:54 25   question?
```

107

```
11:22:56  1          MS. GUERRIER:  If you could please read
11:22:57  2    the question.
11:22:58  3               (Record read by the reporter
11:22:58  4          as follows:
11:23:09  5               QUESTION:  "So why would
11:23:09  6          you -- how would not knowing
11:23:09  7          whether or not anyone is doing
11:23:09  8          anything with XRP help you, as an
11:23:09  9          SVP of Xpring, do your job?")
11:23:10 10          MS. ZORNBERG:  Objection.  It's an
11:23:12 11    incomprehensible question.
11:23:14 12          THE WITNESS:  I'm not sure I understand
11:23:15 13    that question.
11:23:16 14          MS. GUERRIER:  I don't know that that's an
11:23:18 15    appropriate objection, but you can object to form
11:23:20 16    and then I'll try to clarify the question.
11:23:23 17          MS. ZORNBERG:  Object to form.
11:23:24 18          MS. GUERRIER:  No need for insults.
11:23:25 19    BY MS. GUERRIER:
11:23:25 20      Q.   Sir, the next line you write:
11:23:27 21               "Even Ripple doing very little
11:23:29 22          with XRP."
11:23:30 23          What did you mean by that?
11:23:32 24      A.   I don't know specifically.
11:23:38 25      Q.   So as you wrote this email in June of
```

108

```
11:23:40  1   2018, you didn't know whether or not Ripple was
11:23:45  2   doing very little with XRP.  Is that what you're
11:23:50  3   testifying today?
11:23:51  4            MS. ZORNBERG:  Object to form.
11:23:55  5            THE WITNESS:  I think that's accurate,
11:23:57  6   yes.
11:23:57  7   BY MS. GUERRIER:
11:23:57  8        Q.   What is accurate?
11:23:58  9        A.   That I didn't know what Ripple was doing
11:24:01 10   with XRP Ledger at this time.
11:24:05 11        Q.   But that's not what you wrote here,
11:24:07 12   correct?  I mean --
11:24:08 13        A.   Correct.
11:24:08 14        Q.   You wrote:
11:24:08 15              "Even Ripple doing very little
11:24:11 16            with XRP."
11:24:12 17            Is that an affirmative statement?
11:24:15 18            MS. ZORNBERG:  Object to form.
11:24:15 19            THE WITNESS:  I did write that, yes.
11:24:16 20   BY MS. GUERRIER:
11:24:17 21        Q.   Yes.  Did you believe that to be the case?
11:24:19 22        A.   I don't know.
11:24:20 23        Q.   And why don't you know?
11:24:25 24        A.   There's a lot of thoughts in here.  This
11:24:27 25   is, a dozen -- eight, ten pages of bullet points,
```

109

```
11:24:33  1    maybe a few hundred bullet points.  And I'm not sure
11:24:40  2    I know if I believe all or some.  This was me, two
11:24:47  3    weeks into a job, trying to get my head wrapped
11:24:50  4    around with what's going on in a very complicated
11:24:54  5    industry.
11:24:57  6             And I think generally Ripple, we're
11:25:03  7    focused -- focused on payments, and the world of
11:25:05  8    payments is very, very big.  And even today, I think
11:25:09  9    Ripple, while doing great, is still a small piece of
11:25:12 10    what's going on in the world of payments.
11:25:14 11             MS. GUERRIER:  I'm handing you Exhibit 18.
11:25:16 12             (Whereupon, Deposition Exhibit EB-18
11:25:17 13             was marked for identification.)
11:25:17 14    BY MS. GUERRIER:
11:25:21 15        Q.  If you could please take a look at it.
11:25:23 16    Let me know when you are done.
11:27:03 17        A.  Okay.
11:27:04 18        Q.  All right.  So what is Exhibit 18?
11:27:08 19        A.  Exhibit 18 is an email from me to ███████
11:27:11 20    ██████ from August 1st, 2018.
11:27:15 21        Q.  Okay.  So who is ███████████████?
11:27:17 22        A.  ████████████ is the CEO of Coil.
11:27:22 23        Q.  Is Coil one of the companies that you
11:27:24 24    described earlier as using XRP?
11:27:27 25        A.  Yes.  Coil uses XRP.
```

110

| | | |
|---|---|---|
| 11:27:30 | 1 | Q.   Okay.  So if you could please tell me what |
| 11:27:42 | 2 | you are responding to with respect to this email. |
| 11:27:47 | 3 | MS. ZORNBERG:  Object to form.  Document |
| 11:27:49 | 4 | speaks for itself. |
| 11:27:53 | 5 | THE WITNESS:  So it looks like I am |
| 11:27:55 | 6 | responding to a question from ▮▮▮▮, who says: |
| 11:27:59 | 7 | "Are there any candidates for |
| 11:28:02 | 8 | ILP-enabled XRP wallets that you're |
| 11:28:05 | 9 | pursuing?" |
| 11:28:07 | 10 | BY MS. GUERRIER: |
| 11:28:07 | 11 | Q.   So if you could read the second paragraph |
| 11:28:08 | 12 | of your answer into the record, please. |
| 11:28:12 | 13 | A.   Sure. |
| 11:28:13 | 14 | "Agree this is important and |
| 11:28:15 | 15 | that someone will solve it.  One |
| 11:28:17 | 16 | challenge is that at the moment, |
| 11:28:18 | 17 | there's no place for consumers to |
| 11:28:20 | 18 | spend XRP, so we have a chicken/egg |
| 11:28:23 | 19 | problem we need to solve." |
| 11:28:25 | 20 | Q.   Okay.  So why are you telling the CEO of |
| 11:28:28 | 21 | Coil that there's no place for consumers to spend |
| 11:28:31 | 22 | XRP, in this email dated August 1st, 2018? |
| 11:28:36 | 23 | MS. ZORNBERG:  Object to form. |
| 11:28:37 | 24 | You can answer. |
| 11:28:44 | 25 | THE WITNESS:  So if I understand this |

111

```
11:28:45  1   email correctly, this is about what looks to be
11:28:52  2   blockchain wallet, and their integration of ILP and
11:29:04  3   whether that was important or not.  And blockchain
11:29:07  4   wallet is a consumer-facing product.
11:29:13  5              And so the question was, how important it
11:29:19  6   was to have a consumer-facing product that supported
11:29:23  7   ILP and XRP.
11:29:25  8   BY MS. GUERRIER:
11:29:25  9      Q.   So at the time you wrote this email, is it
11:29:27 10   accurate that there was no place for consumers to
11:29:29 11   spend XRP?
11:29:31 12      A.   I don't know.
11:29:32 13      Q.   So why did you include that in your answer
11:29:36 14   to ██████████
11:29:40 15              MS. ZORNBERG:  Object to form.
11:29:46 16              THE WITNESS:  I included that to try to
11:29:47 17   frame up this opportunity or this idea around
11:29:52 18   introducing ILP and XRP into the blockchain wallet.
11:29:57 19   BY MS. GUERRIER:
11:29:58 20      Q.   So are you -- what -- is your testimony
11:30:00 21   that there is no place to spend XRP accurate?
11:30:06 22              MS. ZORNBERG:  Objection.
11:30:09 23              THE WITNESS:  Are you asking if my
11:30:10 24   testimony is accurate?
         25   / /
```

                                                                112

```
11:30:12  1   BY MS. GUERRIER:
11:30:12  2       Q.   I'm sorry, is your email, that there's no
11:30:14  3   place for consumers to spend XRP.  Is that an
11:30:16  4   accurate statement?
11:30:18  5            MS. ZORNBERG:  Objection.  Asked and
11:30:18  6   answered.
11:30:19  7            THE WITNESS:  As of this date?
11:30:20  8   BY MS. GUERRIER:
11:30:21  9       Q.   Yes.
11:30:21 10       A.   I don't know.  The XRP Ledger is open for
11:30:23 11   anyone to use.
11:30:24 12       Q.   That's not my question.  I'd like to
11:30:26 13   understand what you meant here by saying that
11:30:29 14   there's no place for consumers to spend XRP, on
11:30:32 15   August 1st, 2018.
11:30:35 16       A.   I am trying to provide a framework for how
11:30:39 17   to evaluate this opportunity to integrate ILP and
11:30:44 18   XRP into the blockchain wallet, which is a
11:30:48 19   consumer-facing product.
11:30:50 20       Q.   Right.  So at the time there was no place
11:30:53 21   to spend XRP for consumers.  Is that a correct
11:30:55 22   characterization?
11:30:56 23            MS. ZORNBERG:  Objection.  Asked and
11:30:57 24   answered.
11:30:57 25            THE WITNESS:  I don't know.
```

113

| | | |
|---|---|---|
| 11:30:57 | 1 | BY MS. GUERRIER: |
| 11:30:58 | 2 | Q.   So as -- you're the senior vice president |
| 11:31:00 | 3 | of Xpring, and -- is it your testimony you don't |
| 11:31:03 | 4 | know whether, at the time you sent your email on |
| 11:31:07 | 5 | August 1st, 2018, that there was no place to |
| 11:31:12 | 6 | spend -- for consumers to spend XRP? |
| 11:31:15 | 7 | MS. ZORNBERG:  Objection to form. |
| 11:31:16 | 8 | BY MS. GUERRIER: |
| 11:31:16 | 9 | Q.   Is that your testimony? |
| 11:31:17 | 10 | MS. ZORNBERG:  Object to form. |
| 11:31:19 | 11 | THE WITNESS:  I do not know the answer to |
| 11:31:20 | 12 | that.  I do not know if there was a place for |
| 11:31:23 | 13 | consumers to spend XRP as of this date. |
| 11:31:27 | 14 | BY MS. GUERRIER: |
| 11:31:27 | 15 | Q.   Okay.  So what did you mean by the chicken |
| 11:31:30 | 16 | and egg problem that you needed to solve? |
| 11:31:35 | 17 | MS. ZORNBERG:  Object to form. |
| 11:31:36 | 18 | You can answer. |
| 11:31:37 | 19 | THE WITNESS:  So blockchain wallet being a |
| 11:31:44 | 20 | very large wallet, to bring a lot of consumers on |
| 11:31:47 | 21 | board, if there are limited places for them to use |
| 11:31:51 | 22 | that wallet, then you've only got one side of the |
| 11:31:58 | 23 | kind of wallet payment interaction, that being the |
| 11:32:05 | 24 | chicken and egg problem. |
| | 25 | / / |

114

```
11:32:09  1   BY MS. GUERRIER:
11:32:14  2        Q.   When you sent this statement, did you
11:32:16  3   believe -- and by "statement," I mean that there was
11:32:19  4   no place for consumers to spend XRP.  Did you
11:32:23  5   believe it to be true at the time that you sent it
11:32:25  6   in August of 2018?
11:32:29  7        A.   I don't think so.
11:32:32  8        Q.   So you didn't believe that there was no
11:32:34  9   place for consumers to -- I'm just trying to
11:32:37 10   understand -- to spend the XRP?
11:32:39 11             MS. ZORNBERG:  Object to form.
11:32:42 12             THE WITNESS:  Yeah.  I don't believe that
11:32:44 13   I actually believed that to be 100 percent true.
11:32:50 14   BY MS. GUERRIER:
11:32:51 15        Q.   So did you clarify the statement with
11:32:53 16   Mr. ████████ at a later time?
11:32:56 17        A.   I doubt it.
11:32:57 18        Q.   Okay.  Why not?
11:33:01 19        A.   It was not relevant to this conversation.
11:33:03 20        Q.   Okay.  But you put it in the email for
11:33:05 21   what purpose?
11:33:07 22             MS. ZORNBERG:  Object to form.
11:33:08 23             THE WITNESS:  So I was trying to help
11:33:11 24   provide a framework to evaluate how -- evaluate this
11:33:17 25   opportunity of adding ILP and XRP into the
```

115

11:33:21  1    blockchain wallet.  And so I was trying to provide

11:33:24  2    some context.

11:33:27  3    BY MS. GUERRIER:

11:33:28  4        Q.   By -- so by providing context, do you mean

11:33:30  5    to include a statement that you did not believe was

11:33:33  6    true?

11:33:34  7               MS. ZORNBERG:  Objection.

11:33:35  8               THE WITNESS:  For me, this statement is

11:33:36  9    just shorthand.

11:33:37 10    BY MS. GUERRIER:

11:33:38 11        Q.   So it could be true or false as far as

11:33:40 12    you're concerned?

11:33:40 13               MS. ZORNBERG:  Objection.

11:33:47 14               THE WITNESS:  Could be true or false as

11:33:49 15    far as you're concerned?

11:33:52 16               MS. ZORNBERG:  Yeah.  Object to the form

11:33:53 17    of the question.

11:33:55 18    BY MS. GUERRIER:

11:33:56 19        Q.   So --

11:33:57 20        A.   Are you asking me if the statement could

11:33:59 21    be true or false?

11:34:01 22        Q.   Well, are you -- is it your normal to put

11:34:07 23    a false statement into an email regarding a question

11:34:11 24    about, you know, whether consumers spend XRP or not?

11:34:17 25               MS. ZORNBERG:  Objection.  And misstates

                                                                    116

```
11:34:21  1   prior testimony.
11:34:24  2            THE WITNESS:  I would say it's normal to
11:34:29  3   make generalizations and shorthand in email.
11:34:37  4   BY MS. GUERRIER:
11:34:38  5       Q.   So the statement that there's no place for
11:34:40  6   consumers to spend XRP, are you characterizing this
11:34:45  7   as a generalization?
11:34:48  8       A.   I think so, yes.
11:34:49  9       Q.   Okay.  So -- but -- is your testimony that
11:34:52 10   you don't know if that's true or false?
11:34:54 11       A.   Correct.
11:34:54 12       Q.   As of August 1st, 2018?
11:34:57 13       A.   Correct.
11:35:15 14            MS. GUERRIER:  I'm handing you a document
11:35:16 15   premarked as Exhibit 20.
11:35:18 16            (Whereupon, Deposition Exhibit EB-20
11:35:18 17            was marked for identification.)
11:35:22 18            THE WITNESS:  Okay.
11:38:14 19   BY MS. GUERRIER:
11:38:14 20       Q.   All right.  So Exhibit 20 is an email from
11:38:20 21   you to ███████ on August 7, 2018 and CC'ing other
11:38:28 22   people with the subject, Intro.
11:38:32 23            And who is --
11:38:33 24            MS. ZORNBERG:  Hold on.  Hold on.  That's
11:38:35 25   inaccurate -- just to correct the record, Exhibit 20
```

117

```
11:38:37  1    is an email string with multiple emails, and the

11:38:41  2    subject was not written by Mr. Beard.

11:38:44  3              MS. GUERRIER:  Okay.  I never said that.

11:38:45  4    And also, ma'am, if you would just either object to

11:38:48  5    form, because you will have your opportunity to --

11:38:51  6    whatever it is you need to clear up, clear up, but I

11:38:55  7    would appreciate if you just object to the form of

11:38:57  8    the question.

11:38:58  9              MS. ZORNBERG:  If something is being

11:38:59 10    misstated I'll correct it in the moment.

11:39:01 11              MS. GUERRIER:  It is -- because I did not

11:39:02 12    say that he wrote the intro.  That's your testimony.

11:39:06 13    BY MS. GUERRIER:

11:39:07 14         Q.   Sir, what is this email that you are

11:39:09 15    writing to ███████████ about?

11:39:13 16         A.   So this email thread.  You want me to talk

11:39:15 17    about the first one?

11:39:16 18         Q.   Yeah.  What is -- what is your email on

11:39:18 19    August 7th, 2018, to ████████████

11:39:22 20         A.   So this is --

11:39:23 21              MS. ZORNBERG:  Object to form.

11:39:24 22              THE WITNESS:  This is in response to an

11:39:26 23    email from ███████████ talking about a variety of

11:39:32 24    different businesses and ideas and opportunities

11:39:35 25    that he's been exploring.
```

                                                                    118

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
11:39:37  1   BY MS. GUERRIER:
11:39:39  2        Q.   Who is ██████████?
11:39:44  3        A.   ████████  I believe was an early Ripple
11:39:47  4   employee and is now an investor.
11:39:49  5        Q.   Do you recall what his title was at
11:39:51  6   Ripple?
11:39:52  7        A.   He was -- we did not overlap.
11:39:56  8        Q.   And he's an early investor -- I'm sorry,
11:40:00  9   what did you say about -- can you clarify?
11:40:01 10        A.   He was an early employee at Ripple and is
11:40:04 11   now an investor.
11:40:05 12        Q.   At Ripple?
11:40:05 13        A.   I don't know.
11:40:05 14        Q.   Okay.
11:40:05 15        A.   No.  Not at Ripple.
11:40:08 16        Q.   At Ripple.
11:40:08 17        A.   No.  He does not work at Ripple.
11:40:11 18        Q.   Okay.  And he's an investor where?
11:40:12 19        A.   I don't know.
11:40:13 20        Q.   So what do you mean by saying that he's
11:40:15 21   now an investor?
11:40:20 22        A.   He invests in companies.
11:40:21 23        Q.   How do you know that?
11:40:23 24        A.   'Cause he's told me he invests in
11:40:26 25   companies.
```

119

11:40:27  1          Q.   Okay.  So what kind of advice is ████████

11:40:31  2     asking you for in this email that he sent to you on

11:40:34  3     August 4, 2018?

11:40:36  4               MS. ZORNBERG:  Object to form.

11:40:37  5               THE WITNESS:  I don't think he's asking

11:40:38  6     for advice here.  I don't think I said that.  He is

11:40:45  7     looking at a variety of opportunities or ideas where

11:40:52  8     there might be intersection between Ripple and other

11:40:56  9     companies.

11:40:58 10     BY MS. GUERRIER:

11:40:59 11          Q.   Do you know the types of ideas and

11:41:01 12     opportunities that he's looking at with respect to

11:41:04 13     Ripple and other companies?

11:41:07 14               MS. ZORNBERG:  Object to form.

11:41:13 15               THE WITNESS:  So it looks like he's been

11:41:15 16     discussing the idea of an XRP reverse auction model

11:41:18 17     for placing order books as an alternative to the

11:41:21 18     complexity of Interledger.  It looks like ████████

11:41:26 19     could be a prime example of where they would be

11:41:30 20     willing to pay out in a number of countries in local

11:41:35 21     currency exchange.

11:41:36 22               Looks like they're looking to close a lead

11:41:39 23     funding round with ████████.  Looks like he's

11:41:43 24     been talking with ████████, the CEO of ████, who is

11:41:48 25     open to having ████ run point on removing the

                                                                   120

```
11:41:51  1   blockers to an xRapid integration.  Looks like he's
11:41:54  2   an investor in both ██████████ and Bitso.
11:42:04  3   BY MS. GUERRIER:
11:42:04  4        Q.   Okay.  So --
11:42:05  5        A.   That's, I think, some of the things he's
11:42:08  6   looking to talk about.
11:42:09  7        Q.   -- do you know why he wanted to speak with
11:42:11  8   you when he sent this email on August 4, 2018?
11:42:16  9             MS. ZORNBERG:  Object to form.
11:42:20 10             THE WITNESS:  I think he was looking to
11:42:21 11   bounce these ideas off someone inside of Ripple.
11:42:25 12   BY MS. GUERRIER:
11:42:25 13        Q.   Okay.  And can you read your response to
11:42:30 14   Mr.████
11:42:33 15        A.   Sure.
11:42:34 16        Q.   The first and second paragraph, for the
11:42:35 17   record.
11:42:36 18        A.   Sure.
11:42:37 19             "I've popped the xRapid
11:42:39 20             opportunity over to the sales team
11:42:41 21             to see where best to land it.
11:42:43 22             We've had some discussions in the
11:42:44 23             past with airdropping XRP into
11:42:46 24             wallets and have run into a few
11:42:48 25             challenges.  I think the major
```

121

```
11:42:49  1            blocker has been that there aren't
11:42:51  2            a lot of opportunities for anyone
11:42:52  3            to spend XRP anywhere since we're
11:42:55  4            not focused on the consumer space.
11:42:57  5                 "To this extent, we always
11:42:58  6            come round to the sense that the
11:43:00  7            only thing a consumer can do with
11:43:01  8            XRP is hold it or sell it for fiat,
11:43:03  9            neither of which drive much utility
11:43:07 10            (and frankly Ripple can both hold
11:43:08 11            and sell pretty easily).
11:43:10 12                 "The other challenge is that
11:43:11 13            in order to create an XRP wallet on
11:43:11 14            the ledger you have to fund it with
11:43:13 15            20 XRP which gets locked in the
11:43:16 16            account, so there's a pretty high
11:43:18 17            cost just to creating wallets for
11:43:21 18            consumers.  Happy to talk more if
11:43:23 19            you think we can overcome those
11:43:25 20            challenges."
11:43:28 21       Q.   So going to your statement that "there
11:43:30 22   aren't a lot of opportunities for anyone to spend
11:43:34 23   XRP anywhere," was this an accurate statement at the
11:43:37 24   time you wrote the email in 2018?
11:43:41 25            MS. ZORNBERG:  Object to form.
```

122

```
11:43:47  1              THE WITNESS:  I would say this is my
11:43:49  2    opinion.
11:43:51  3    BY MS. GUERRIER:
11:43:52  4         Q.   Okay.  And then you go on and say that
11:43:53  5    "we're not focused on the consumer space."  So are
11:43:56  6    you talking about Ripple?
11:43:59  7              MS. ZORNBERG:  Object to form.
11:44:02  8              THE WITNESS:  I would say the "we" here is
11:44:10  9    arguably somewhere between Ripple and Xpring, and I
11:44:13 10    know Xpring is part of Ripple, but --
11:44:16 11    BY MS. GUERRIER:
11:44:16 12         Q.   So at the time of this email in August of
11:44:18 13    2018, Ripple was not focused on the consumer space.
11:44:23 14    Is that what you're stating in this email?
11:44:27 15              MS. ZORNBERG:  Object to form.
11:44:31 16              THE WITNESS:  I am stating that in this
11:44:32 17    email.
11:44:33 18    BY MS. GUERRIER:
11:44:36 19         Q.   Okay.  So you next say "that the only
11:44:38 20    thing a consumer can do with XRP is either hold it
11:44:42 21    or sell it for fiat."  Did you believe that
11:44:45 22    statement to be true when you wrote it?
11:44:56 23         A.   I don't know.
11:44:58 24              Again, I think this is a generalization,
11:44:59 25    similar to the last email.
```

123

```
11:45:01  1        Q.   Okay.  But continuing on, you say "neither
11:45:04  2    of which really drive much utility."  So did you --
11:45:07  3    at the time, in August of 2018, there wasn't much
11:45:12  4    utility for XRP.  Is that your statement here?
11:45:17  5              MS. ZORNBERG:  Object to form.
11:45:18  6              THE WITNESS:  I don't think that's what
11:45:19  7    this statement says.
11:45:20  8    BY MS. GUERRIER:
11:45:21  9        Q.   What does it state?
11:45:22 10        A.   I think that the only thing a consumer can
11:45:24 11    do with XRP is hold it or sell it for fiat, neither
11:45:28 12    of which really drive much utility.
11:45:30 13        Q.   So what do you mean by "neither of which
11:45:32 14    really drive much utility" in this context?
11:45:42 15        A.   So the context around this is that
11:45:46 16    Mr. ███ is looking at an opportunity to give out
11:45:49 17    XRP to individual consumers as rewards.  And my
11:45:59 18    response is that if you just give it to users,
11:46:02 19    mostly they're going to just hold it or sell it for
11:46:05 20    fiat.
11:46:05 21        Q.   'cause they can't use it.  Is that your
11:46:08 22    statement?
11:46:08 23              MS. ZORNBERG:  Object to form.
11:46:12 24              THE WITNESS:  I'm saying that, again, the
11:46:14 25    generalization is that there's -- again, as I said
```

124

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

11:46:20 1  before, this is a broad generalization, but me

11:46:22 2  saying that the only thing that that user can then

11:46:24 3  do is hold it or sell it for fiat, which in my

11:46:28 4  opinion didn't really drive much utility.

11:46:33 5  BY MS. GUERRIER:

11:46:33 6      Q.   Okay.  You talked about Coil, correct.  So

11:47:51 7  just for clarification, what is Coil?

11:47:56 8      A.   Coil is a company.

11:47:59 9      Q.   What kind of company?

11:48:00 10     A.   A technology company.

11:48:05 11     Q.   And did Xpring have any involvement with

11:48:08 12 Coil?

11:48:09 13         MS. ZORNBERG:  Objection.  Asked and

11:48:09 14 answered.

11:48:10 15         THE WITNESS:  Yes.

11:48:10 16 BY MS. GUERRIER:

11:48:11 17     Q.   And how were they involved with Coil?

11:48:15 18     A.   We partnered with Coil and we provided

11:48:19 19 funding with Coil.

11:48:21 20     Q.   In what ways did you partner with Coil?

11:48:24 21         MS. ZORNBERG:  Object to form.

11:48:26 22         THE WITNESS:  We work with them on

11:48:28 23 building technology.

11:48:30 24 BY MS. GUERRIER:

11:48:30 25     Q.   Okay.  What specific technology?

125

```
11:48:34   1          A.    Primarily Interledger Protocol.

11:48:38   2          Q.    Now, did Ripple fund Coil?

11:48:44   3          A.    Yes.

11:48:47   4          Q.    And how much funding did Ripple provide to

11:48:51   5   Coil at -- all together, if you know?

11:48:57   6          A.    I don't know, all together.

11:48:58   7          Q.    Was the funding from Ripple a significant

11:49:01   8   portion of Coil's funding, to your knowledge?

11:49:05   9          A.    I don't know.

11:49:08  10          Q.    Do you know how much Ripple provided to

11:49:11  11   Coil?

11:49:11  12          MS. ZORNBERG:  Objection.  Asked and

11:49:12  13   answered.

11:49:12  14          THE WITNESS:  Not specifically.

11:49:13  15   BY MS. GUERRIER:

11:49:14  16          Q.    Did it fund Coil in XRP?

11:49:21  17          A.    I believe so.

11:49:24  18          Q.    And do you know what Coil did with the XRP

11:49:27  19   that it received from Ripple?

11:49:31  20          A.    I do not.

11:49:34  21          Q.    Do you know if Coil sold the XRP that it

11:49:36  22   received from Ripple?

11:49:39  23          A.    I don't know.

11:49:46  24          Q.    Were there any agreements with Coil and

11:49:49  25   Ripple regarding how Coil could use the XRP?  If you
```

126

11:49:54  1   know.

11:49:55  2        A.   Yes.

11:49:55  3        Q.   And what types of agreements with Coil

11:49:58  4   regarding the use of XRP?

11:50:03  5        A.   I don't know the specifics.

11:50:08  6        Q.   Okay.  Were you involved at all in working

11:50:12  7   out the agreement between coil and Ripple?

11:50:15  8        A.   No.

11:50:16  9        Q.   Did Coil have any agreements with Xpring?

11:50:22 10        A.   Xpring --

11:50:23 11             MS. ZORNBERG:  Object to form.

11:50:24 12             THE WITNESS:  Xpring was a part of Ripple.

11:50:26 13   BY MS. GUERRIER:

11:50:27 14        Q.   Mh-hmm.

11:50:27 15        A.   So agreements with Xpring were not --

11:50:28 16   there were no agreements with Xpring.  They were all

11:50:31 17   with Ripple.

11:50:36 18        Q.   Okay.  Was Coil a developer?

11:50:45 19        A.   What do you mean when you say a developer.

11:50:46 20        Q.   Do you understand what the term

11:50:47 21   "developer" means in the digital assets space?

11:50:54 22        A.   I do, I think so, yes.

11:50:56 23        Q.   What is your understanding of that term?

11:50:58 24        A.   So I would say a developer is someone who

11:51:00 25   writes code, writes software code.

127

```
11:51:04  1          Q.   Now, in your job of create -- working on

11:51:07  2     the ecosystem, did you work with developers?

11:51:11  3               MS. ZORNBERG:  Object to form.

11:51:12  4               THE WITNESS:  Yes.

11:51:16  5     BY MS. GUERRIER:

11:51:16  6          Q.   So can you name some of the developers

11:51:17  7     that you worked with?

11:51:23  8          A.   Yes.  I will say "developer" is a term

11:51:26  9     that we -- the technology world uses both to

11:51:29 10     characterize individuals who -- human beings who

11:51:36 11     write code, as well as companies that build on

11:51:39 12     technology platforms.  And so the companies that I

11:51:41 13     mentioned previously, like Coil, or like ███, we at

11:51:46 14     Xpring considered developers.

11:51:47 15          Q.   So these are the specific companies that

11:51:49 16     build on --

11:51:50 17          A.   Yes.

11:51:50 18          Q.   -- the XRP platform that you work with?

11:51:54 19          A.   Yes.

11:51:55 20          Q.   Okay.  Did -- and Xpring -- and when I say

11:52:03 21     Xpring, I'm referring to Ripple since -- based on

11:52:07 22     your testimony that they're all one of the same.  Is

11:52:10 23     that a correct characterization?  I don't want to

11:52:13 24     mischaracterize your statement.

11:52:16 25               MS. ZORNBERG:  Yeah.  Objection.
```

128

```
11:52:19  1            THE WITNESS:  I think it depends on the
11:52:21  2    context.
11:52:21  3    BY MS. GUERRIER:
11:52:21  4        Q.   All right.  Well --
11:52:22  5        A.   In terms of signing legal agreements,
11:52:25  6    there were no agreements with Xpring.  The legal
11:52:26  7    entity was Ripple.
11:52:31  8        Q.   Okay.  So in the context of your job, did
11:52:34  9    you -- did you work on any deals with many, many
11:52:39 10    developers?
11:52:41 11            MS. ZORNBERG:  Object to form.
11:52:43 12            THE WITNESS:  Yes.
11:52:43 13    BY MS. GUERRIER:
11:52:44 14        Q.   What specific deals did you work on?
11:52:48 15        A.   I believe we answered this in the past.
11:52:51 16    These were deals, for example, with Coil, with ███,
11:52:55 17    with ████  with ██████.
11:53:05 18        Q.   Okay.
11:53:07 19            MS. ZORNBERG:  Just note for the record,
11:53:08 20    for clarification, I'm not sure if the "you" in your
11:53:11 21    last question was meant Ethan Beard personally or
11:53:15 22    Xpring.
11:53:17 23    BY MS. GUERRIER:
11:53:17 24        Q.   So -- I'll clarify.
11:53:22 25            So you, as SVP of Xpring -- and that's
```

129

```
11:53:26  1   what I'm talking about, did you work with developers
11:53:29  2   in creating deals with Ripple?
11:53:33  3        A.   Yes.
11:53:34  4        Q.   Is your answer the same?
11:53:36  5        A.   I don't know.  Can you ask them again?
11:53:38  6   Thank you for that clarification.
11:53:40  7             MS. GUERRIER:  I'm sorry, can you please
11:53:41  8   repeat the question.
11:53:42  9                  (Record read by the reporter
11:53:42 10             as follows:
11:53:50 11                  "QUESTION:  What specific
11:53:50 12             deals did you work on?")
11:53:53 13             THE WITNESS:  Got it.  Helpful.  Thank
11:53:54 14   you.
11:54:02 15             And can you clarify what you mean by "work
11:54:04 16   on"?
11:54:07 17   BY MS. GUERRIER:
11:54:07 18        Q.   Well, did you have any input in any of the
11:54:10 19   deals with the developers that you were working on?
11:54:13 20        A.   Yes.
11:54:14 21        Q.   Okay.  What sort of input did you have?
11:54:18 22        A.   I would have input ranging on structuring
11:54:24 23   of a deal or approval of a deal.
11:54:30 24        Q.   Did you sign any of the deals?
11:54:33 25        A.   Yes.
```

130

```
11:54:34   1        Q.   Do you recall which ones you signed?
11:54:37   2        A.   I believe I signed most of them.
11:54:45   3        Q.   Okay.
11:54:54   4             MS. GUERRIER:  This is unmarked.  I'm
11:54:55   5   going to hand you a document that has not been
11:54:58   6   premarked, so I think we're going to just have to
11:55:01   7   mark it.  If you could.
11:55:08   8             MS. ZORNBERG:  For the folks on Zoom, can
11:55:09   9   you read the Bates number or will it be sent?
11:55:12  10             MS. GUERRIER:  I'm just waiting for her
11:55:13  11   to --
11:55:17  12             Okay.  So this is going to be Exhibit 5.
11:55:31  13             (Whereupon, Deposition Exhibit EB-5
11:55:32  14              was marked for identification.)
11:55:32  15   BY MS. GUERRIER:
11:55:33  16        Q.   Okay.  I've handed you documents Bates SEC
11:55:38  17   0413724.  And it's -- it ends at 0413725, if you
11:56:11  18   flip to the back.
11:56:45  19        A.   Okay.
11:56:45  20        Q.   Okay.  So Exhibit 5 is an email from
11:56:48  21   Stacey Ngo dated July 2nd, 2019, to you.  And the
11:56:56  22   subject line is forwarding a Xpring -- and it's
11:57:00  23   "Xpring Momentum EOD Recap."
11:57:04  24             Do you see that?
11:57:05  25        A.   I do.
```

131

| | | |
|---|---|---|
| 11:57:05 | 1 | Q.   Do you recognize the exhibit? |
| 11:57:09 | 2 | A.   Yeah.  It looks to be as you described. |
| 11:57:12 | 3 | Q.   Okay.  Do you know what this string of |
| 11:57:15 | 4 | emails is about in Exhibit 5? |
| 11:57:20 | 5 | A.   This appears to be a summary of |
| 11:57:26 | 6 | communications, outreach -- or activity, I would |
| 11:57:30 | 7 | say. |
| 11:57:34 | 8 | Q.   Does this have to do with any of the deals |
| 11:57:37 | 9 | that Xpring was involved in around the -- July 2019? |
| 11:57:53 | 10 | A.   I don't know if it's about specific deals. |
| 11:57:55 | 11 | I think it's about Xpring as a whole. |
| 11:57:59 | 12 | Q.   So if you flip the page to document |
| 11:58:03 | 13 | number 0413725, and I believe it talks about some |
| 11:58:08 | 14 | press coverage? |
| 11:58:11 | 15 | A.   Yes. |
| 11:58:12 | 16 | Q.   Do you recall any of the deals under the |
| 11:58:17 | 17 | coverage heading?  Or was it just one deal? |
| 11:58:23 | 18 | MS. ZORNBERG:  Object to form.  Misstates |
| 11:58:24 | 19 | prior testimony.  Lack of foundation. |
| 11:58:31 | 20 | THE WITNESS:  I don't have links to these |
| 11:58:33 | 21 | articles themselves, so I don't know what the |
| 11:58:35 | 22 | reporting was.  It looks like, at the least, we've |
| 11:58:38 | 23 | talked about -- we're talking about the total |
| 11:58:41 | 24 | dollars as well as the total number of companies. |
| | 25 | / / |

132

```
11:58:43   1   BY MS. GUERRIER:
11:58:44   2       Q.   So do you recall Xpring investing ▮▮▮▮▮
11:58:46   3   ▮▮▮▮▮▮▮ dollars into 20 companies to boost XRP?
11:58:51   4       A.   Yes. ▮▮▮▮▮▮▮▮▮▮▮
11:58:53   5       Q.   ▮▮▮▮▮▮▮▮▮▮▮
11:58:55   6       A.   Yes.
11:58:55   7       Q.   And were you involved in any of those
11:58:59   8   deals between Xpring and the companies that are
11:59:03   9   referenced in this email?
11:59:07  10       A.   Yes.
11:59:08  11            MS. ZORNBERG:  Objection.
11:59:08  12            THE WITNESS:  Sorry.
11:59:11  13            MS. ZORNBERG:  What companies referenced?
11:59:13  14            MS. GUERRIER:  Well, in general, the 20
11:59:15  15   companies that this email refers to.
11:59:19  16            MS. ZORNBERG:  Object to form.
11:59:21  17            THE WITNESS:  I don't know the 20 specific
11:59:23  18   companies here, so I can't speak to them
11:59:27  19   specifically.
11:59:27  20   BY MS. GUERRIER:
11:59:27  21       Q.   Were you, as SVP of Xpring, involved in
11:59:31  22   the ▮▮▮▮▮▮▮ deals with 20 companies, between
11:59:37  23   Xpring and the 20 companies?
11:59:39  24            MS. ZORNBERG:  Objection. ▮▮▮▮▮▮▮
11:59:42  25            THE WITNESS:  Again, I don't want to speak
```

133

11:59:44  1   about these specific companies without having a

11:59:46  2   list, but I would say, overall, I led the Xpring

11:59:49  3   team, and so this -- these activities took place

11:59:54  4   primarily with people on my team.

11:59:57  5   BY MS. GUERRIER:

11:59:58  6        Q.   Okay.

11:59:58  7        A.   Not exclusively.

12:00:02  8        Q.   So is it -- was Xpring just actively

12:00:05  9   investing in developer projects?

12:00:08  10            MS. ZORNBERG:  Object to form.

12:00:11  11            THE WITNESS:  At this time?

12:00:12  12   BY MS. GUERRIER:

12:00:13  13        Q.   I'm talking about this email.  Yes.

12:00:16  14   June 2000 -- July 2019.

12:00:19  15        A.   Yes.  We were investing in partnering with

12:00:22  16   companies.

12:00:23  17        Q.   Okay.  Was there a criteria for picking

12:00:26  18   the companies that you were partnering with?

12:00:31  19        A.   Yes.

12:00:33  20        Q.   Do you recall the criteria for picking

12:00:35  21   companies that you -- that Xpring was dealing with?

12:00:41  22        A.   I don't.  It was not that specific.

12:00:45  23        Q.   Okay.  And who created the criteria for

12:00:49  24   picking companies in which Xpring would be

12:00:53  25   investing?

134

```
12:00:54  1              MS. ZORNBERG:  Objection.  Lack of
12:00:55  2     foundation.
12:01:00  3              THE WITNESS:  As I stated, I think the
12:01:01  4     criteria was not specific.
12:01:05  5     BY MS. GUERRIER:
12:01:05  6         Q.  Well, who created the criteria?  That was
12:01:08  7     my question.
12:01:09  8              MS. ZORNBERG:  Object to form.
12:01:10  9              THE WITNESS:  Sorry.  Which criteria?
12:01:13 10     BY MS. GUERRIER:
12:01:14 11         Q.  For choosing -- my question was who
12:01:15 12     created the criteria for choosing the companies in
12:01:19 13     which Xpring invested?
12:01:23 14              MS. ZORNBERG:  Object to form.  Lack of
12:01:24 15     foundation.
12:01:24 16              THE WITNESS:  So I think the criteria
12:01:25 17     you're referring to, as I said, was not specific.
12:01:29 18     BY MS. GUERRIER:
12:01:30 19         Q.  Okay.  But was there a criteria?
12:01:34 20         A.  Yes.
12:01:35 21         Q.  Did somebody create the criteria?
12:01:37 22         A.  Yes.
12:01:38 23         Q.  Who created the criteria?
12:01:40 24         A.  Myself and the team Xpring.
12:01:44 25         Q.  And who, other than you at the team, as
```

                                                          135

```
12:01:46   1    part of the Xpring team, created the criteria?
12:01:50   2              MS. ZORNBERG:  Object to form.
12:01:55   3              THE WITNESS:  I -- not knowing exactly
12:01:56   4    what criteria, I'm not sure I could say specifically
12:01:59   5    whom.
12:02:00   6    BY MS. GUERRIER:
12:02:01   7        Q.   Well, you said -- did you not say there
12:02:02   8    was a criteria?
12:02:04   9        A.   Yes.
12:02:05  10        Q.   Okay.  So -- and you created the criteria
12:02:08  11    with your team?
12:02:10  12        A.   Correct.
12:02:10  13        Q.   So who are the team members with whom you
12:02:13  14    created the criteria?
12:02:16  15              MS. ZORNBERG:  Object to form.
12:02:18  16              THE WITNESS:  I don't have a list of all
12:02:19  17    of my members of team Xpring conveniently located.
12:02:25  18    Would you like me to just names the ones I can
12:02:27  19    remember?
12:02:27  20    BY MS. GUERRIER:
12:02:29  21        Q.   I mean, yes.  That would be helpful.
12:02:30  22        A.   Okay.  So people I remember on team
12:02:35  23    Xpring.  ███████████, ███████████.  Again --
12:02:42  24    actually, I should caveat, as of this date, I don't
12:02:45  25    know.  So this is in my two-and-a half year tenure
```

136

```
12:02:47  1   these are people part of team Xpring.
12:02:51  2        Q.    Okay.  Let's -- let's try to stay within
12:02:52  3   the context of the --
12:02:53  4        A.    Sure.
12:02:53  5        Q.    -- July 2nd, 2019 email.
12:02:57  6        A.    I don't know who was part of team Xpring
12:02:59  7   as of July 2nd, 2019.
12:03:02  8        Q.    Okay.  Did you receive any media coverage
12:03:15  9   with regard to the ███████████ investment that
12:03:21 10   you're talking about in the July 2nd, 2019 email?
12:03:27 11            MS. ZORNBERG:  Object to form.
12:03:32 12            THE WITNESS:  I don't remember the
12:03:32 13   specifics, but from this email, it appears that we
12:03:35 14   received five media reports.
12:03:40 15   BY MS. GUERRIER:
12:03:41 16        Q.    Did you specifically give any press
12:03:45 17   conferences or interviews regarding the ████████████
12:03:47 18   investment into the 20 companies referenced in the
12:03:53 19   July 2nd email, July 2nd, 2019 email?
12:04:05 20        A.    I don't recall.
12:04:33 21            MS. GUERRIER:  This is unmarked.  We're
12:04:34 22   going to mark it as Exhibit 6, please.
12:04:37 23            (Whereupon, Deposition Exhibit EB-6
12:04:38 24             was marked for identification.)
12:04:48 25            THE WITNESS:  Thank you.
```

137

12:04:49 1  BY MS. GUERRIER:

12:05:17 2      Q.   I've handed you a document Bates stamped

12:05:21 3  SEC 0468211.  It's an email from ███████████ to you,

12:05:29 4  and there are other Ripple employees.  And it's

12:05:32 5  dated July 29th, 2019, with the subject, "SFBT

12:05:37 6  article."

12:05:38 7          Do you see that?

12:05:39 8      A.   Yes.

12:05:40 9      Q.   If you could just let me know when you are

12:05:43 10 done with this?

12:05:44 11     A.   Yeah.

12:05:44 12          Okay.

12:06:01 13     Q.   So does this refresh your recollection as

12:06:03 14 to whether or not you gave some interviews or press

12:06:08 15 regarding the Xpring ██████████████████████

12:06:13 16 investment into companies?

12:06:18 17     A.   So this -- from this email, it looks like

12:06:21 18 I gave an interview with ████████████.

12:06:24 19     Q.   Do you recall what you were discussing

12:06:25 20 with ████████████?

12:06:28 21     A.   I don't recall.

12:06:29 22     Q.   Okay.  Were you talking about the specific

12:06:32 23 investments into these companies?

12:06:35 24          MS. ZORNBERG:  Object to form.

12:06:36 25          THE WITNESS:  I -- I don't recall the

                                                              138

```
12:06:38  1   conversation.
12:06:39  2   BY MS. GUERRIER:
12:06:39  3       Q.   Okay.  So going back to Coil, do you
12:07:14  4   recall what Coil did with the XRP that it received
12:07:18  5   from Xpring?
12:07:22  6             MS. ZORNBERG:  Objection.
12:07:23  7             THE WITNESS:  I -- not do I not recall.  I
12:07:26  8   don't know.  I don't think I ever knew.
12:07:29  9   BY MS. GUERRIER:
12:07:31 10       Q.   So did you have any involvement at all in
12:07:34 11   following up with Coil to determine what they would
12:07:38 12   be doing with the XRP that they received?
12:07:43 13       A.   Yes.
12:07:44 14       Q.   And what sort of responsibility is it you
12:07:47 15   had with regard to specifically following up with
12:07:49 16   Coil to determine what they did with the XRP?
12:07:54 17       A.   So Coil was making investments or doing
12:08:01 18   partnerships with companies.  And they would send
12:08:08 19   those companies to me to get my sign-off so that
12:08:12 20   Ripple would deploy the XRP to them.
12:08:17 21       Q.   So deploy the XRP to whom?
12:08:20 22       A.   To Coil.
12:08:20 23       Q.   Okay.  Did Ripple deploy XRP to companies
12:08:25 24   through Coil?
12:08:26 25       A.   No.
```

139

```
12:08:30  1        Q.   Are you familiar with a company named
12:08:32  2   GateHub?
12:08:33  3        A.   Yes.
12:08:33  4        Q.   What is GateHub?
12:08:36  5        A.   GateHub is a cryptocurrency company.
12:08:39  6        Q.   Did it have any relationship with Coil?
12:08:44  7        A.   I believe so.
12:08:45  8        Q.   Okay.  Do you know what the relationship
12:08:47  9   between GateHub and Coil was?
12:08:51 10        A.   I would be guessing.
12:08:53 11        Q.   Okay.  Do you know if Ripple ever funded
12:09:05 12   GateHub's operations at any time?
12:09:14 13             MS. ZORNBERG:  Object to form.
12:09:15 14             THE WITNESS:  I don't know.
12:09:15 15   BY MS. GUERRIER:
12:09:15 16        Q.   Do you know if they sent money to Coil to
12:09:19 17   be -- as a conduit to GateHub?
12:09:23 18             MS. ZORNBERG:  Objection.
12:09:28 19             THE WITNESS:  I don't know.
12:09:29 20   BY MS. GUERRIER:
12:09:37 21        Q.   And do you know if Coil basically sold the
12:09:41 22   XRP that it received from Ripple into the secondary
12:09:47 23   market?
12:09:48 24             MS. ZORNBERG:  Objection.
12:09:48 25             THE WITNESS:  I don't know.
```
                                                              140

```
12:09:53  1   BY MS. GUERRIER:
12:09:54  2        Q.   Were there any specific agreements with
12:09:57  3   Coil managing how Coil could use the XRP that it
12:10:02  4   received?
12:10:03  5        A.   Yes.
12:10:03  6             MS. ZORNBERG:  Objection.  Asked and
12:10:04  7   answered.
12:10:04  8   BY MS. GUERRIER:
12:10:05  9        Q.   What type of -- what type of agreement
12:10:08 10   with Coil?
12:10:09 11             MS. ZORNBERG:  Objection.  Asked and
12:10:09 12   answered.
12:10:11 13             THE WITNESS:  There was a legal agreement
12:10:13 14   between Ripple and Coil.
12:10:16 15   BY MS. GUERRIER:
12:10:17 16        Q.   And what specifically did the legal
12:10:19 17   agreement require Coil to do with respect to XRP
12:10:23 18   being used?
12:10:26 19             MS. ZORNBERG:  Objection.
12:10:30 20             THE WITNESS:  I don't know all the
12:10:31 21   specifics of a contract, but it spelled out amounts,
12:10:37 22   requirements, restrictions.
12:10:40 23   BY MS. GUERRIER:
12:10:41 24        Q.   What do you mean by "restrictions"?
12:10:48 25        A.   It's a legal contract, so they're filled
```

141

```
12:10:50   1   with lots of things you can't do.
12:10:54   2        Q.   Okay.  Now, was it restriction with
12:10:56   3   respect to how Coil could use XRP?
12:11:01   4        A.   Yes.
12:11:02   5        Q.   Do you recall what specifically the
12:11:04   6   restrictions were?
12:11:10   7        A.   I recall restrictions that Coil must use
12:11:14   8   the XRP to build an ecosystem around XRP or ILP.
12:11:26   9        Q.   Did Coil, in fact, use the XRP to build
12:11:28  10   any ecosystem?
12:11:30  11        A.   I don't know.
12:11:34  12        Q.   Okay.  And you mentioned ████ as one of
12:11:39  13   the companies that you worked with earlier; is that
12:11:42  14   correct?
12:11:42  15        A.   I did.
12:11:43  16        Q.   Okay.  So what is ████?
12:11:47  17        A.   ████ is a technology company.
12:11:51  18        Q.   What type of technology company?
12:11:55  19        A.   They were building a gaming platform.
12:11:59  20        Q.   Was there a specific agreement between
12:12:01  21   Ripple and ████ when you worked at Ripple?
12:12:05  22        A.   Yes.
12:12:05  23        Q.   What type of agreement?
12:12:12  24        A.   It was a -- I believe a marketing
12:12:17  25   agreement.
```

142

```
12:12:22  1        Q.   Did Ripple provide any funding to ███ ?
12:12:31  2        A.   Can you clarify what you mean by
12:12:33  3   "funding"?
12:12:34  4        Q.   Did Ripple give money to ███ ?
12:12:36  5        A.   Yes.
12:12:37  6             MS. ZORNBERG:  Object to form.
12:12:37  7   BY MS. GUERRIER:
12:12:38  8        Q.   Did Ripple give XRP to ███ ?
12:12:41  9        A.   Yes.
12:12:42 10        Q.   Do you know how much XRP ███ received
12:12:45 11   from Ripple over the time that you worked as SVP of
12:12:49 12   Xpring?
12:12:50 13        A.   I don't remember specifically.
12:12:55 14        Q.   And do you know what ███ did with the
12:12:58 15   XRP that it received from Ripple?
12:13:00 16        A.   No.
12:13:08 17        Q.   And was there -- were there any
12:13:10 18   restrictions on ███ as to how it could use its
12:13:14 19   XRP?
12:13:18 20        A.   Yes.
12:13:18 21        Q.   What types of restrictions, if you recall?
12:13:23 22        A.   There were restrictions on -- ███ was
12:13:26 23   required to use the XRP to build out an ecosystem of
12:13:34 24   developers on top of their gaming platform.
12:13:37 25        Q.   Do you know if, in fact, ███ used the
```

143

```
12:13:40  1  XRP that it received from Ripple?
12:13:42  2          MS. ZORNBERG:  Object to form.
12:13:48  3          THE WITNESS:  I'd say my understanding is
12:13:50  4  yes, but I don't have -- I can't see their account,
12:13:52  5  so I don't know.  From what they've told me, yes.
12:13:56  6  BY MS. GUERRIER:
12:13:57  7      Q.   Do you know if they sold the XRP into the
12:13:59  8  secondary market?
12:14:00  9      A.   I don't know.
12:14:01 10      Q.   Okay.  Would you have been concerned if
12:14:03 11  they were selling the XRP that they were receiving
12:14:06 12  from Ripple?
12:14:08 13          MS. ZORNBERG:  Objection.  Speculative.
12:14:15 14          THE WITNESS:  Sorry, the question is would
12:14:16 15  I have been concerned?  I think the answer to that
12:14:21 16  is yes.
12:14:22 17  BY MS. GUERRIER:
12:14:22 18      Q.   Why would you have been concerned if they
12:14:24 19  were selling the XRP into the secondary market?
12:14:29 20          MS. ZORNBERG:  Objection.
12:14:30 21          You can answer.
12:14:31 22          THE WITNESS:  There were, in our
12:14:35 23  agreement, restrictions from them selling
12:14:37 24  significant amounts.  And I also would have been
12:14:41 25  concerned if it was in violation of the other parts
```

144

```
12:14:44  1  of the agreement.
12:14:48  2           MS. GUERRIER:  I think this is a good time
12:14:49  3  to take a break.
12:14:50  4           MS. ZORNBERG:  Whatever suits you.
12:14:52  5           MS. GUERRIER:  Yeah.
12:14:53  6           THE WITNESS:  Okay.
12:14:55  7           THE VIDEOGRAPHER:  Okay.  Off the record
12:14:55  8  at 12:14 p.m.
12:14:56  9              (Whereupon, a recess was taken.)
12:33:22 10           THE VIDEOGRAPHER:  This is the start of
12:33:23 11  file 3.  We're back on the record at 12:33 p.m.
12:33:27 12           MS. ZORNBERG:  Mr. Beard wanted to make a
12:33:30 13  small clarification on the record.
12:33:31 14           Do you want to --
12:33:33 15           THE WITNESS:  Yeah.  Absolutely.  Excuse
12:33:34 16  me.  So we had discussed a number of the deals that
12:33:36 17  team Xpring worked on, and I just wanted to clarify
12:33:39 18  that there were -- well, you had asked around
12:33:42 19  involvement of deals.  I was involved with many of
12:33:44 20  the deals.  There were some deals that I did not
12:33:47 21  negotiate.  So specifically the deals for Coil and
12:33:52 22  for ████ were negotiated and put in place prior to
12:33:57 23  or independently of my involvement with Xpring.
12:34:03 24  BY MS. GUERRIER:
12:34:03 25      Q.   Okay.  Speaking -- do you know if Ripple
```

145

```
12:34:09  1   sold XRP to anyone that you -- that Coil was working
12:34:16  2   with?
12:34:18  3           MS. ZORNBERG:  Object to form.
12:34:19  4           THE WITNESS:  I don't know.
12:34:19  5   BY MS. GUERRIER:
12:34:28  6       Q.  Let me rephrase that, 'cause I just need
12:34:30  7   to make sure that the question is clear.  I think I
12:34:34  8   just boggled it.
12:34:35  9           But did you know whether the entities that
12:34:43 10   received XRP sold to anyone using the platforms that
12:34:48 11   you worked with, such as Coil, et cetera?
12:34:52 12           MS. ZORNBERG:  Objection to form.
12:34:53 13           THE WITNESS:  I don't know.
12:34:53 14   BY MS. GUERRIER:
12:34:54 15       Q.  You don't.  Okay.
12:35:44 16           This is an unmarked exhibit.  It's going
12:35:47 17   to be Exhibit 7.  Let me just read the Bates.  Bates
12:35:50 18   numbers beginning with 0875694 and ending at
12:36:03 19   0875696.
12:36:06 20           (Whereupon, Deposition Exhibit EB-7
02:25:47 21            was marked for identification.)
12:36:20 22   BY MS. GUERRIER:
12:36:47 23       Q.  So if you could just let me know when
12:36:49 24   you're done reviewing the Exhibit 8 -- 7.
12:38:29 25       A.  Okay.
```

146

12:38:30  1          Q.    So this is an email from you to ███████
12:38:32  2    ██████  dated March 20th, 2019.  And the subject is
12:38:38  3    "GateHub LTD."
12:38:41  4          Do you see that?
12:38:42  5          A.    I do.
12:38:42  6          Q.    Okay.  So do you have a general
12:38:45  7    understanding of what this email is about?
12:38:49  8          MS. ZORNBERG:  Object to form.  It's an
12:38:52  9    email chain.  What email are you directing him to?
12:38:58  10         MS. GUERRIER:  I just read the email dated
12:39:01  11   March 20th, 2019, from Ethan Beard to ███████
12:39:05  12   ██████  with the subject "Gatehub LTD."  That's what
12:39:10  13   I'm referring to.
12:39:11  14         MS. ZORNBERG:  Object to form.
12:39:16  15         THE WITNESS:  Yes.
12:39:16  16   BY MS. GUERRIER:
12:39:17  17         Q.    What is this email about?
12:39:19  18         A.    This email is me telling █████  that I'm
12:39:23  19   going to check in with finance to get their
12:39:27  20   preferences.
12:39:28  21         Q.    So was this email concerning an inquiry
12:39:31  22   about -- from Coil regarding who would be paying a
12:39:39  23   service contract with respect to GateHub?
12:39:44  24         MS. ZORNBERG:  Object to form.
12:39:45  25         THE WITNESS:  This email that I sent?

                                                              147

```
12:39:47   1   BY MS. GUERRIER:
12:39:47   2        Q.   No.   You are responding to, when you say
12:39:49   3   let me check with finance and preference.
12:39:53   4            MS. ZORNBERG:  Object to form.
12:39:55   5            THE WITNESS:  So you're asking about the
12:39:56   6   email from Mr. Thomas?
12:39:58   7   BY MS. GUERRIER:
12:39:59   8        Q.   What were you responding to Mr. --
12:40:00   9        A.   I was replying to an email from ██████
12:40:03  10   dated March 20th, 2019.
12:40:05  11        Q.   And what did █████████ seek from you --
12:40:09  12            MS. ZORNBERG:  Object to form.
12:40:09  13   BY MS. GUERRIER:
12:40:09  14        Q.   -- in his email of March 20th, 2019?
12:40:12  15            MS. ZORNBERG:  Object to form.
12:40:13  16            THE WITNESS:  In reading the email from
12:40:21  17   Mr. Thomas, he is looking to understand how this
12:40:32  18   opportunity with GateHub fits into the contractual
12:40:37  19   relationship between Coil and Ripple.
12:40:39  20   BY MS. GUERRIER:
12:40:40  21        Q.   Okay.   Is Mr. ██████ asking who would be
12:40:42  22   paying the contract between GateHub and Coil?
12:40:47  23            MS. ZORNBERG:  Object to form.
12:40:51  24            THE WITNESS:  In reading this email, it
12:41:00  25   looks as though he's trying to understand who is --
```

148

```
12:41:05  1   how Gatehub is going to get paid, according to the
12:41:08  2   terms of the contract between Ripple and Coil.
12:41:10  3   BY MS. GUERRIER:
12:41:11  4       Q.   Why would this email be responded by you?
12:41:17  5            MS. ZORNBERG:  Object to form.
12:41:22  6            THE WITNESS:  So the Coil -- the Coil
12:41:23  7   deal, which I was not involved in putting together,
12:41:26  8   was -- the relationship was basically handed to team
12:41:31  9   Xpring and to my team to manage on an ongoing basis.
12:41:35 10   BY MS. GUERRIER:
12:41:35 11       Q.   So in March 2019, were you responsible for
12:41:38 12   managing the Coil deal?
12:41:41 13            MS. ZORNBERG:  Object to form.
12:41:46 14            THE WITNESS:  I would say I was
12:41:47 15   responsible for the relationship.
12:41:51 16   BY MS. GUERRIER:
12:41:52 17       Q.   Okay.  So do you see where ██████████ says
12:41:56 18   that Ripple has set aside ██████████████████ XRP
12:42:01 19   to be used at Coil's discretion?
12:42:07 20       A.   I do.
12:42:07 21       Q.   Were you aware that Ripple had set aside
12:42:12 22   ██████████ XRP to be used at Coil's discretion?
12:42:17 23       A.   I -- I don't recall if I was aware as of
12:42:20 24   this date.
12:42:21 25       Q.   Okay.  So going further in the same email,
```

149

```
12:42:34  1    the March 20th, 2019, from ███████████████
12:42:39  2    ████████, he states two conditions in that email with
12:42:45  3    regard to the ████████████XRP?  The support of the
12:42:52  4    XRP/IL [sic] ecosystem, and the other condition is
12:42:57  5    that it be tax deductible for Ripple.
12:43:00  6              Do you see that?
12:43:01  7         A.   I do.
12:43:02  8         Q.   Okay.  Do you know why he would ask you --
12:43:06  9    refer to the GateHub project and state that it would
12:43:09 10    fulfill these criteria?
12:43:12 11              MS. ZORNBERG:  Object to form.
12:43:17 12              THE WITNESS:  I don't.
12:43:18 13    BY MS. GUERRIER:
12:43:19 14         Q.   So -- and when you respond on the 20th,
12:43:23 15    March 20th, 2019, "let me check with finance in
12:43:29 16    preference," what were you going to check with
12:43:32 17    finance?
12:43:33 18              MS. ZORNBERG:  Object to form.
12:43:37 19              THE WITNESS:  Since I was not involved
12:43:39 20    with negotiating this deal, I was not familiar with
12:43:44 21    the terms and so didn't feel as though I could
12:43:49 22    answer questions regarding how an individual
12:43:53 23    relationship would fit into the terms.  And so I was
12:43:55 24    going to check with finance to get a sense as to
12:43:59 25    their understanding.
```

150

12:43:59 1   BY MS. GUERRIER:

12:44:00 2        Q.   Did you become familiar with the terms of

12:44:02 3   the agreement between Ripple and Coil as it relates

12:44:06 4   to GateHub?

12:44:09 5              MS. ZORNBERG:  Object to form.

12:44:16 6              THE WITNESS:  I would say I became more

12:44:19 7   familiar, certainly through emails like this one.

12:44:22 8   BY MS. GUERRIER:

12:44:22 9        Q.   Okay.  So did Ripple ultimately pay the

12:44:24 10  service contract between Coil and GateHub?

12:44:29 11             MS. ZORNBERG:  Object to form.

12:44:33 12             THE WITNESS:  I don't remember what the --

12:44:40 13  in what form that payment went through.

12:44:42 14  BY MS. GUERRIER:

12:44:42 15       Q.   Did that payment go through?

12:44:44 16       A.   I believe so.

12:44:44 17       Q.   Okay.  With regard to ███, do you know

12:45:12 18  if Ripple paid any of █████ expenses?

12:45:18 19             MS. ZORNBERG:  Object to form.

12:45:18 20             THE WITNESS:  Can you clarify what you

12:45:20 21  mean by "expenses."

12:45:21 22  BY MS. GUERRIER:

12:45:22 23       Q.   Do you understand what "expenses" mean in

12:45:24 24  general?

12:45:25 25             MS. ZORNBERG:  Objection.

151

```
12:45:27  1              THE WITNESS:  Yes.
12:45:28  2    BY MS. GUERRIER:
12:45:29  3         Q.   What is your understanding of expenses?
12:45:30  4         A.   Expenses are costs that a company incurs.
12:45:35  5         Q.   Okay.  So did Ripple pay any of ████
12:45:37  6    expenses, as you understand that term?
12:45:40  7         A.   Not that I'm aware of.
12:45:45  8         Q.   When you say not that you're aware of,
12:45:48  9    would it have been possible that Ripple were paying
12:45:51 10    for these expenses but you didn't know about it?
12:45:54 11              MS. ZORNBERG:  Objection.  And don't
12:45:55 12    guess.
12:46:02 13              THE WITNESS:  I don't -- I just ran a
12:46:05 14    small piece of Ripple.  I don't know everything that
12:46:08 15    Ripple is doing.
12:46:09 16    BY MS. GUERRIER:
12:46:09 17         Q.   Okay.  Did you interact with ████ at all
12:46:15 18    as part of your job?
12:46:17 19         A.   Yes.
12:46:18 20         Q.   How -- what types of interactions did you
12:46:21 21    have with ████?
12:46:25 22         A.   Generally, emails or meetings with the CEO
12:46:29 23    of ████.
12:46:31 24         Q.   Okay.  What were those meetings about, in
12:46:36 25    general?
```

152

| | | |
|---|---|---|
| 12:46:36 | 1 | A. Generally, they were about the product |
| 12:46:38 | 2 | that they're building and the progress they were |
| 12:46:40 | 3 | making. |
| 12:46:42 | 4 | Q. Okay. And specifically, what was the |
| 12:46:43 | 5 | product again? |
| 12:46:45 | 6 | A. ████ is building a platform for game |
| 12:46:49 | 7 | developers. |
| 12:46:57 | 8 | Q. Did ████ send any bills to Ripple on a |
| 12:47:01 | 9 | consistent basis to be paid? |
| 12:47:05 | 10 | MS. ZORNBERG: Object to form. |
| 12:47:10 | 11 | THE WITNESS: No. |
| 12:47:16 | 12 | MS. GUERRIER: I'm going to hand you |
| 12:47:51 | 13 | premarked Exhibit 39, Bates stamped 0451655. |
| 12:47:59 | 14 | (Whereupon, Deposition Exhibit EB-39 |
| 12:48:00 | 15 | was marked for identification.) |
| 12:48:45 | 16 | THE WITNESS: Okay. |
| 12:48:49 | 17 | BY MS. GUERRIER: |
| 12:48:50 | 18 | Q. So -- and this is an email from you dated |
| 12:48:53 | 19 | August 12, 2019, to ████. And the subject is |
| 12:48:57 | 20 | "Medium post for Coil." |
| 12:49:00 | 21 | Can you tell me what this email is about? |
| 12:49:05 | 22 | A. This is an email with some ideas that I'm |
| 12:49:09 | 23 | having for a blog post. |
| 12:49:14 | 24 | Q. What kind of ideas were you having for |
| 12:49:18 | 25 | this blog post? |

153

```
12:49:20   1            MS. ZORNBERG:  Object to form.
12:49:25   2            THE WITNESS:  So these ideas are around
12:49:28   3    communicating what we're doing on Xpring and how our
12:49:33   4    various partnerships fit into that.
12:49:36   5    BY MS. GUERRIER:
12:49:36   6        Q.   Okay.  So if you could read the first
12:49:38   7    point under your title, "A few things I think we
12:49:42   8    should touch on."
12:49:44   9        A.   Certainly.
12:49:45  10                "All XRP that Xpring deploys
12:49:47  11                is with the purpose of building an
12:49:49  12                ecosystem around XRP."
12:49:51  13        Q.   Okay.  So what do you mean by "the purpose
12:49:54  14    of building an ecosystem around XRP"?
12:50:02  15        A.   By building an ecosystem around XRP, I
12:50:05  16    mean companies that are building on XRP Ledger.
12:50:11  17        Q.   Your next statement, if you could please
12:50:12  18    read that into the record?
12:50:14  19        A.   Sure.
12:50:15  20                "Our largest deals like this
12:50:17  21                of Coil and that of ████ are for
12:50:20  22                them to build platform that deeply
12:50:22  23                embed XRP and ILP and then capital
12:50:24  24                to help drive adoption of their
12:50:26  25                platforms.  They are, in essence,
```

154

```
12:50:28  1        extensions of Xpring."
12:50:37  2        Q.   So what do you mean by ████ and Coil
12:50:40  3   building platform that deeply embed XRP?
12:50:49  4        A.   So what this refers to is that there
12:50:54  5   are -- when looking to build an ecosystem, we were
12:51:01  6   partnering or investing in companies that were
12:51:03  7   directly using our technologies, or we were
12:51:06  8   partnering with companies that were building
12:51:10  9   technology platforms of their own.
12:51:11 10        And so, for example, with a company like
12:51:13 11   ████, if they were using our technology and they
12:51:16 12   opened their developer platform, then, by default,
12:51:20 13   they'd be using our technology as well.  And so they
12:51:24 14   were -- that gave us leverage in that we didn't have
12:51:27 15   to have all the individual relationships with every
12:51:29 16   single developer.  We could get them by extension
12:51:33 17   through a partner.
12:51:36 18        Q.   Okay.  And then what do you mean by
12:51:38 19   "driving adoption to their platform"?
12:51:43 20        A.   So that -- saying that we would provide
12:51:46 21   capital to help drive an option to their platform,
12:51:49 22   so that they have a developer platform that is using
12:51:52 23   our technology, and we would provide marketing
12:51:54 24   dollars and funds to help bring developers on to
12:51:58 25   their technology platform.
```

155

```
12:52:00   1        Q.   Okay.  So was the purpose to then have XRP
12:52:02   2   be made available to these developers?
12:52:05   3             MS. ZORNBERG:  Object to form.
12:52:06   4             THE WITNESS:  The purpose was to have
12:52:07   5   those developers building on a platform, a
12:52:10   6   technology platform, that included the technology
12:52:14   7   that we were looking to drive adoption of.
12:52:17   8   BY MS. GUERRIER:
12:52:17   9        Q.   Did that factor in XRP at all?
12:52:20  10             MS. ZORNBERG:  Object to form.
12:52:23  11             THE WITNESS:  We were building around XRP
12:52:24  12   Ledger, so yes, XRP and XRP Ledger are the same
12:52:28  13   thing.
12:52:28  14   BY MS. GUERRIER:
12:52:29  15        Q.   I'm talking about the actual --
12:52:31  16             THE REPORTER:  I'm sorry, can you repeat
12:52:32  17   that?
12:52:32  18   BY MS. GUERRIER:
12:52:33  19        Q.   I'm talking about the actual XRP token.
12:52:37  20             MS. ZORNBERG:  Object to form.
12:52:39  21             THE WITNESS:  I'm sorry, what's your
12:52:40  22   question?
12:52:40  23   BY MS. GUERRIER:
12:52:41  24        Q.   The question is, driving developers to the
12:52:43  25   platform, was that the purpose of that so that they
```

156

```
12:52:48  1    can basically have the XRP availability to them?
12:52:54  2              MS. ZORNBERG:  Object to form.
12:52:58  3              THE WITNESS:  Sorry, can you repeat the
12:52:59  4    question for me?
12:53:01  5                   (Record read by the reporter
12:53:01  6              as follows:
12:53:01  7                   "QUESTION:  The question is,
12:53:01  8              driving developers to the
12:53:01  9              platform, was that the purpose of
12:53:01 10              that so that they can basically
12:53:01 11              have the XRP availability to
12:53:01 12              them?")
12:53:15 13              MS. ZORNBERG:  Object to form.
12:53:17 14              THE WITNESS:  Sorry, do you think you can
12:53:18 15    clarify that question for me?
12:53:19 16    BY MS. GUERRIER:
12:53:20 17        Q.   So was the purpose of bringing all these
12:53:24 18    developers into the platforms making more developers
12:53:28 19    available to basically facilitate selling XRP to the
12:53:33 20    public?
12:53:34 21              MS. ZORNBERG:  Object to form.
12:53:36 22              THE WITNESS:  No.  We had nothing involved
12:53:38 23    with selling XRP to the public.
12:53:40 24    BY MS. GUERRIER:
12:53:42 25        Q.   Did the developers that you brought into
```

157

```
12:53:43  1   the platform sell XRP to the public?
12:53:46  2        A.   I don't know.
12:53:54  3        Q.   What did you mean by they are, in essence,
12:53:57  4   an extension of Xpring, in your email of
12:54:00  5   August 12th, 2019?
12:54:03  6             MS. ZORNBERG:  Objection.  Slightly
12:54:05  7   misread.
12:54:11  8             THE WITNESS:  So what I meant by this, so
12:54:13  9   Xpring, we were building a developer platform that
12:54:16 10   enabled developers to build on top of XRP Ledger.
12:54:21 11   And by working with other companies that are
12:54:24 12   building a developer platform and having -- putting
12:54:28 13   together relationships with those companies embedded
12:54:31 14   the technology, then those companies became
12:54:34 15   developer platforms that were using XRP Ledger.
12:54:37 16             And so in essence, they allowed me, me,
12:54:40 17   Xpring, they allowed Xpring to reach far more
12:54:43 18   developers without us having to go actually build
12:54:45 19   those relationships one at a time.
12:54:47 20   BY MS. GUERRIER:
12:54:48 21        Q.   Did the fact that Ripple was funding these
12:54:52 22   developers have anything to do with them being an
12:54:56 23   extension of Xpring?
12:55:01 24             MS. ZORNBERG:  Object to form.
12:55:02 25             THE WITNESS:  Sorry, to clarify.  The --
```

158

```
12:55:03   1   there are two set of developers here so I want to
12:55:06   2   make sure I'm clear on what I'm saying, is the
12:55:08   3   "they" in this statement refers to companies like
12:55:11   4   Coil and ████.
12:55:12   5   BY MS. GUERRIER:
12:55:13   6       Q.   The companies that are -- that are being
12:55:16   7   discussed in this email?
12:55:18   8       A.   Correct.  But the adoption of -- on their
12:55:22   9   platform are third-party companies that are building
12:55:24  10   on their platforms.  So we, Ripple, we have a
12:55:29  11   platform that allows developers to easily use XRP
12:55:34  12   Ledger.  And we could go out and build all -- for
12:55:37  13   example, all the services for game developers.  But
12:55:40  14   the gaming industry is very big, so rather than
12:55:42  15   building all that technology ourselves, we went to a
12:55:46  16   company like ████ who is building a company to
12:55:48  17   reach game developers and we said, great, we'll work
12:55:52  18   with you to enable XRP Ledger so that you can reach
12:55:55  19   your developers.
12:55:55  20            And so the -- ████ is acting, in essence,
12:55:58  21   like an extension of Xpring in that they have built
12:56:01  22   a developer platform that uses our technology.
12:56:06  23       Q.   Is it acting as an extension of Xpring to
12:56:08  24   the extent that it's -- Ripple is controlling what
12:56:15  25   ████ can do?
```

159

```
12:56:16  1              MS. ZORNBERG:  Objection.  Misstates
12:56:18  2    past -- prior testimony.
12:56:23  3              THE WITNESS:  I think it's an extension of
12:56:24  4    Xpring to the extent that it extends our developer
12:56:27  5    platform to reach a whole new set of developers.
12:56:32  6    BY MS. GUERRIER:
12:56:33  7         Q.   Was Ripple controlling ████ in that
12:56:36  8    aspect?
12:56:39  9              MS. ZORNBERG:  Object to form.
12:56:39 10              THE WITNESS:  No.  Ripple had a
12:56:40 11    contractual relationship with ████.
12:56:43 12    BY MS. GUERRIER:
12:56:44 13         Q.   So are you saying that ████ were
12:56:47 14    independent of Xpring?
12:56:49 15         A.   Yes.
12:56:50 16         Q.   And that -- was Ripple not influencing
12:56:54 17    Xpring's actions?
12:56:56 18              MS. ZORNBERG:  Object to form.
12:56:59 19              THE WITNESS:  What do you mean by
12:57:00 20    influencing?
12:57:01 21    BY MS. GUERRIER:
12:57:02 22         Q.   By funding ████, did Ripple have any
12:57:05 23    influence on what Xpring could do?
12:57:11 24              MS. ZORNBERG:  Object to form.
12:57:11 25              THE WITNESS:  We had a contractual
```

160

```
12:57:12  1   relationship between [REDACTED] and Ripple that spelled
12:57:15  2   out requirements on both parties.
12:57:19  3   BY MS. GUERRIER:
12:57:21  4       Q.   So was Ripple -- just -- was Ripple
12:57:26  5   controlling -- regardless of this contract, but the
12:57:29  6   reality of the Ripple and [REDACTED] relationship, was
12:57:34  7   that Ripple was controlling how Xpring could act in
12:57:39  8   terms of as a developer?
12:57:45  9           MS. ZORNBERG:  Objection.
12:57:46 10           THE WITNESS:  I think what you meant to
12:57:47 11   say was how [REDACTED] was acting.
12:57:50 12   BY MS. GUERRIER:
12:57:50 13       Q.   I'm sorry, how Forte -- yes.
12:57:52 14           MS. ZORNBERG:  Yeah, object to the form of
12:57:53 15   the question.
12:57:54 16           THE WITNESS:  I'm sorry, can you read that
12:57:55 17   back to me?
12:57:56 18               (Record read by the reporter
12:57:56 19           as follows:
12:58:19 20               "QUESTION:  So was Ripple --
12:58:19 21           just -- was Ripple controlling --
12:58:19 22           regardless of this contract, but
12:58:19 23           the reality of the Ripple and
12:58:19 24           [REDACTED] relationship, was that
12:58:19 25           Ripple was controlling how Xpring
```

161

```
12:58:19  1              could act in terms of as a
12:58:19  2              developer?")
12:58:20  3         MS. ZORNBERG:  Object to form.
12:58:26  4         THE WITNESS:  ███████ is a very well
12:58:29  5    established company with a number of
12:58:32  6    exceptionally -- exceptionally high quality
12:58:35  7    institutional investors and incredible
12:58:38  8    entrepreneurs, and is exceptionally independent,
12:58:42  9    acting completely independently from Ripple and
12:58:44 10    Xpring.
12:58:45 11         MS. GUERRIER:  Okay.  Let me hand you
12:58:46 12    this.  This is going to be Exhibit 8.
12:58:49 13             (Whereupon, Deposition Exhibit EB-8
12:58:50 14              was marked for identification.)
12:59:15 15         MS. GUERRIER:  Lunch break after this.
01:00:29 16         Bates number 0767704 to 0767706.
01:02:02 17         THE WITNESS:  Okay.
01:02:03 18    BY MS. GUERRIER:
01:02:04 19         Q.  Okay.  So do you have a general idea of
01:02:06 20    what this email from you dated March 8, 2019, to
01:02:12 21    ████████████ and copying yourself and a bunch of
01:02:15 22    other people, the subject is "PR draft finalized,"
01:02:22 23    what this email concerns?
01:02:23 24         A.  Yes.
01:02:24 25         Q.  And what is this email about?
```

162

```
01:02:26   1              MS. ZORNBERG:  Objection to form.
01:02:32   2              THE WITNESS:  This email is about some
01:02:38   3    communications and press that we were working on
01:02:43   4    which was going to discuss the ███ and Ripple
01:02:46   5    relationship.
01:02:51   6    BY MS. GUERRIER:
01:02:51   7         Q.   Was there a problem with the ████ and
01:02:57   8    Ripple relationship that raised concern in this
01:03:02   9    email?
01:03:03  10         A.   No.
01:03:04  11              MS. ZORNBERG:  Object to form.
01:03:04  12              THE WITNESS:  Sorry.
01:03:05  13    BY MS. GUERRIER:
01:03:06  14         Q.   So if you could please read your statement
01:03:12  15    in the first paragraph, please.
01:03:15  16         A.   "Thanks, ████ this all makes sense."
01:03:22  17         Q.   The second paragraph.
01:03:24  18         A.   "On the equity piece, we don't feel
01:03:26  19    strongly that we need to be listed.  I just want to
01:03:29  20    avoid a situation where we're answering the question
01:03:31  21    without specifically answering it (i.e., here's a
01:03:35  22    long list of investors but we won't confirm or deny
01:03:38  23    if Ripple is also on the list) which puts us in a
01:03:41  24    situation where there's speculation that we're not
01:03:44  25    controlling.  If people assume from our nonanswer
```

163

01:03:47  1    that the answer is yes, then there's a distinct

01:03:50  2    possibility they read the worst into the situation

01:03:52  3    (i.e., ███████ is deep in bed with Ripple via

01:03:54  4    investment and Ripple is throwing around weight as

01:03:56  5    an investor to ram through our agenda) rather than

01:03:58  6    the message we want (i.e., Ripple participating in

01:04:01  7    an investing round alongside other great investors

01:04:03  8    in a great company innovating in blockchain."

01:04:07  9         Q.   So the message that you claim in this

01:04:09 10    email that you want, was this an accurate message

01:04:12 11    that -- regarding that you want investors to see

01:04:19 12    Ripple participating in investing round alongside

01:04:23 13    other great investors?

01:04:25 14              MS. ZORNBERG:   Object to form.  And --

01:04:27 15    object to form.  Partial reading.

01:04:33 16              You can answer if you understand.

01:04:34 17              THE WITNESS:   Sorry.  Are you asking --

01:04:36 18    BY MS. GUERRIER:

01:04:37 19         Q.   What did you mean by this statement, the

01:04:38 20    last statement in the paragraph that you just

01:04:41 21    read --

01:04:42 22              MS. ZORNBERG:   Object to form.

01:04:42 23    BY MS. GUERRIER:

01:04:43 24         Q.   -- beginning with "If people assume from

01:04:46 25    our nonanswer"?

                                                                    164

01:04:49  1        A.   So there was discussion as to whether we

01:04:59  2   would include Ripple as a list of investors in

01:05:04  3   ████████ press, and if we would then -- if we didn't,

01:05:11  4   if we would -- how we would answer if someone asked.

01:05:15  5   And I was pushing for transparency where I wanted us

01:05:19  6   to be able to be open and honest with what we were

01:05:22  7   doing rather than neither saying yes or no.  And so

01:05:25  8   what this statement is saying is if we don't say yes

01:05:28  9   or no, then we lose control of the messaging

01:05:32 10   entirely and people can assume anything.

01:05:38 11        Q.   So why was there push back from including

01:05:49 12   Ripple as an investor in ████ ?

01:05:52 13             MS. ZORNBERG:  Object to form.

01:05:57 14             THE WITNESS:  Sorry, where are you seeing

01:05:59 15   the push back?

01:06:00 16   BY MS. GUERRIER:

01:06:00 17        Q.   Well, what are you -- why are you making a

01:06:02 18   comparison of not including the information that

01:06:07 19   Ripple was an investor in ██████ versus including it?

01:06:12 20             MS. ZORNBERG:  Object to form.  Misstates

01:06:15 21   the document.

01:06:18 22             THE WITNESS:  So reading on in this email,

01:06:21 23   I say:

01:06:21 24                  "I totally understand this --

01:06:23 25                  not wanting this to devolve into a

                                                              165

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

01:06:26  1          ledger holy war."

01:06:28  2          I would say that the cryptocurrency

01:06:32  3   industry tends to be characterized by what are often

01:06:39  4   called maximalists, which are people who believe

01:06:42  5   that there will be just one blockchain and the rest

01:06:45  6   of them will disappear.

01:06:47  7          ███████ was very interested in -- is very

01:06:55  8   interested in being a company that works across

01:06:57  9   multiple blockchains.  And so they're expressing,

01:07:01 10   and I'm agreeing, that we should make sure that

01:07:07 11   there's messaging out there that does not push them

01:07:10 12   in a world where -- as I say here, there's a ledger

01:07:14 13   holy war, where they are positioned as only building

01:07:17 14   on a single blockchain, because that's not what

01:07:20 15   they're doing.  And so just being mindful about how

01:07:23 16   we communicate that publicly.

01:07:24 17   BY MS. GUERRIER:

01:07:24 18      Q.   So were they concerned that were -- if it

01:07:28 19   looked like the business interests were intertwined

01:07:33 20   that this have would hurt them --

01:07:36 21          MS. ZORNBERG:  Object to form.

01:07:36 22   BY MS. GUERRIER:

01:07:36 23      Q.   -- financially?

01:07:39 24          MS. ZORNBERG:  Objection.

01:07:40 25          THE WITNESS:  I wouldn't want to speak for

                                                                  166

```
01:07:41  1   them.
01:07:42  2   BY MS. GUERRIER:
01:07:42  3       Q.   Okay.  Well, if you read -- go down to
01:07:44  4   ████████████████████ email, the fourth paragraph where
01:07:53  5   he states that:
01:07:53  6                    "I think people are less
01:07:55  7                likely to buy."
01:07:58  8                Is that the email that you are responding
01:08:01  9   to?
01:08:03 10                MS. ZORNBERG:  Object to form.
01:08:05 11                THE WITNESS:  That is the email I am
01:08:07 12   responding to.
01:08:08 13   BY MS. GUERRIER:
01:08:08 14       Q.   Okay.  So why was he concerned that
01:08:11 15   including Ripple as an investor in ██████ would hurt
01:08:16 16   their company financially?
01:08:19 17                MS. ZORNBERG:  Object to form.
01:08:21 18                THE WITNESS:  Where does it say he's
01:08:22 19   concerned about it hurting them financially?
01:08:25 20   BY MS. GUERRIER:
01:08:25 21       Q.   If you read -- can you read the sentence,
01:08:26 22   "I think that people are less likely to buy"?
01:08:31 23       A.   Can you finish reading -- sorry.  I will
01:08:33 24   read that sentence.  "I think that people are less
01:08:35 25   likely to buy that," referring to the messaging.
```

167

01:08:39  1        Q.   And "the more it looks like business

01:08:42  2   interests are intertwined"?

01:08:46  3             MS. ZORNBERG:  Object to form.

01:08:46  4             THE WITNESS:  So this document is working

01:08:48  5   on messaging.  We're trying to figure out messaging,

01:08:51  6   public messaging and communications.  And so we want

01:08:57  7   to make sure that it's very clear what the message

01:09:00  8   is and avoid ambiguity.  And so this statement from

01:09:08  9   him, I don't want to read into what the "that" is,

01:09:13 10   but it's referring to some messaging that we were

01:09:17 11   debating, saying that I think that more -- I think

01:09:19 12   that more -- I think that people are less likely to

01:09:22 13   buy that the more it looks like the businesses are

01:09:25 14   intertwined.

01:09:26 15   ███████ wanted to make sure that they were

01:09:27 16   portrayed as working with many different block

01:09:30 17   chains because they do, and they were concerned that

01:09:32 18   if Ripple was very prominent in their

01:09:36 19   communications, that they would be portrayed in the

01:09:38 20   public -- where it's very hard to control messaging,

01:09:42 21   they would be portrayed as just working exclusively

01:09:45 22   on XRP Ledger.

01:09:46 23   BY MS. GUERRIER:

01:09:47 24        Q.   Well, was it the reality that they were

01:09:50 25   basically exclusively working on the XRP Ledger at

168

01:09:53  1   the time of this email in March 2019?

01:09:56  2              MS. ZORNBERG:  Object.

01:09:57  3              THE WITNESS:  Not at all.

01:09:57  4   BY MS. GUERRIER:

01:09:58  5       Q.   Was the majority of their work with the

01:10:00  6   Ripple XRP Ledger at the time of this email?

01:10:04  7              MS. ZORNBERG:  Object to form.

01:10:07  8              THE WITNESS:  I hesitate to quantify

01:10:10  9   majority versus not, but their primary product for

01:10:13 10   their gaming developers is built on Ethereum.

01:10:18 11              MS. GUERRIER:  We're going to take a lunch

01:10:20 12   break and then we'll continue.

01:10:23 13              THE VIDEOGRAPHER:  Okay.  Off the record

01:10:24 14   at 1:10 p.m.

01:10:26 15              (Whereupon, a lunch recess was taken.)

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

                                                                    169

```
        1  AUGUST 24, 2021                        1:48 P.M.
        2                P R O C E E D I N G S
        3                   AFTERNOON SESSION
01:48:06  4           THE VIDEOGRAPHER:  This is the beginning
01:48:07  5  of file number 4.  We're back on the record at
01:48:10  6  1:48 p.m.
01:48:11  7  BY MS. GUERRIER:
01:48:17  8      Q.   Mr. Beard, were you aware that -- let me
01:48:26  9  rephrase that.
01:48:27 10           Do you have any knowledge of whether
01:48:30 11  developers that you worked with while SVP of Xpring
01:48:36 12  were attempting to liquidate their XRP?
01:48:44 13           MS. ZORNBERG:  Object to form.
01:48:53 14           THE WITNESS:  I'm sorry.  To clarify, when
01:48:54 15  you say "developers" you're referring to any company
01:48:57 16  building on the Ledger?
01:48:58 17  BY MS. GUERRIER:
01:48:59 18      Q.   Well, I believe that you stated that you
01:49:01 19  worked with developers.
01:49:03 20      A.   Yes.
01:49:03 21      Q.   So I'm focusing on those companies that
01:49:06 22  you worked with who are developers, as you defined
01:49:09 23  that earlier?
01:49:11 24           MS. ZORNBERG:  Well, he defined it in two
01:49:12 25  ways, so ...
```

170

```
01:49:13  1   BY MS. GUERRIER:
01:49:14  2        Q.    All right.   The developers that were
01:49:16  3   working with the ecosystem, were you aware if any of
01:49:21  4   them were trying to liquidate the XRP that they
01:49:25  5   received from Ripple?
01:49:26  6              MS. ZORNBERG:   Object to form.
01:49:30  7              THE WITNESS:   So I'd say a couple of
01:49:32  8   comments.   And just to clarify, the platform that we
01:49:35  9   were building, the technology platform we were
01:49:38 10   building, was an open platform of open-source
01:49:40 11   software that anyone could come and use without
01:49:44 12   having to talk to us.
01:49:45 13              So when I think about developers, you
01:49:47 14   didn't have to have a relationship, a written
01:49:49 15   relationship with Ripple in order to be a developer
01:49:52 16   on the platform.
01:49:53 17   BY MS. GUERRIER:
01:49:53 18        Q.    Okay.   So you're focusing on the developer
01:49:56 19   that you were --
01:49:57 20        A.    The ones that --
01:49:58 21        Q.    -- you partnered with at Ripple, okay.   So
01:50:04 22   do you have an answer to the question?
01:50:06 23              MS. ZORNBERG:   Object to form.
01:50:08 24              THE WITNESS:   I don't have specific
01:50:09 25   knowledge of what they did with their XRP.
```

                                                                    171

```
01:50:14  1           MS. GUERRIER:  I'm going to hand you a
01:50:17  2   document that's been premarked EB-29.  It's going to
01:50:21  3   be -- it's already been premarked, so I'll just pass
01:50:25  4   it on to everyone.
01:50:26  5               (Whereupon, Deposition Exhibit EB-29
01:50:27  6                was marked for identification.)
01:50:33  7           THE WITNESS:  Okay.
01:51:09  8   BY MS. GUERRIER:
01:51:10  9       Q.   I handed you an email from ██████████████
01:51:13  10  dated April 3rd, 2019 to ████████████ and others.
01:51:19  11  I believe you are copied on that email as well.
01:51:23  12           Do you see that?
01:51:24  13      A.   I do.
01:51:25  14      Q.   And the subject is "March 2019 ████████
01:51:29  15  develop -- DEV fund report."
01:51:33  16           Do you see that?
01:51:34  17      A.   I do.
01:51:34  18      Q.   Okay.  So this seems to be an email that
01:51:40  19  was from ████████████ at ██████ regarding developers
01:51:50  20  liquidating during the development phase and
01:51:52  21  ██████████████ is responding to that email.
01:51:55  22           Do you see that?
01:51:56  23           MS. ZORNBERG:  Objection.  Document speaks
01:51:57  24  for itself.
01:52:02  25           THE WITNESS:  Yes.
```

172

```
01:52:02  1   BY MS. GUERRIER:
01:52:02  2        Q.    Okay.  So were you aware that developers
01:52:08  3   wanted to liquidate their XRP during the development
01:52:11  4   phases?
01:52:13  5             MS. ZORNBERG:  Object to form.
01:52:21  6             THE WITNESS:  Yes.
01:52:22  7   BY MS. GUERRIER:
01:52:22  8        Q.    Okay.  So does this refer to ███████ as well
01:52:28  9   liquidating during the development phase?
01:52:34 10             MS. ZORNBERG:  Object to form.
01:52:34 11             THE WITNESS:  I don't know.
01:52:38 12        Q.    Which developers are you aware of were
01:52:40 13   liquidating XRP during the development phase?
01:52:45 14             MS. ZORNBERG:  Objection.
01:52:49 15             THE WITNESS:  So I'm not aware of
01:52:50 16   specifics.  I assume this XRP report would probably
01:52:53 17   provide them, but I don't know the specifics.
01:52:56 18   BY MS. GUERRIER:
01:52:57 19        Q.    Okay.  But you were generally aware that
01:52:59 20   developers were liquidating the XRP during the
01:53:03 21   development phase?
01:53:03 22             MS. ZORNBERG:  Objection to the term
01:53:05 23   "developers."  ███████ developers?  Ripple's?
01:53:14 24             THE WITNESS:  Yes.  Similar to ██████, I was
01:53:15 25   aware that these developers were using these funds
```

173

```
01:53:19  1   to build products.
01:53:21  2   BY MS. GUERRIER:
01:53:21  3       Q.   Okay.  Were they using the XRP to resell
01:53:26  4   in the secondary market?
01:53:28  5       A.   I don't know.
01:53:29  6       Q.   When he speaks of wanting to liquidate
01:53:32  7   during development phases, is it your understanding
01:53:35  8   that he's speaking about sale of the XRP?
01:53:39  9            MS. ZORNBERG:  Object to form.
01:53:40 10            THE WITNESS:  Yes.  My understanding of
01:53:41 11   the use of the word "liquidate" here was to turn XRP
01:53:47 12   into fiat dollars.
01:53:48 13   BY MS. GUERRIER:
01:53:49 14       Q.   Okay.  So when you say you were aware that
01:53:51 15   the developers were attempting to liquidate, your
01:53:58 16   understanding is that they were turning their XRP
01:54:00 17   into fiat dollars?
01:54:02 18            MS. ZORNBERG:  Objection.
01:54:02 19            THE WITNESS:  Yes.
01:54:02 20   BY MS. GUERRIER:
01:54:10 21       Q.   Okay.  Did Ripple have any concern that
01:54:12 22   some of these developers were liquidating their XRP?
01:54:18 23            MS. ZORNBERG:  Object to form.
01:54:22 24            THE WITNESS:  What do you mean by
01:54:23 25   concerns?
```

174

```
01:54:24   1   BY MS. GUERRIER:
01:54:24   2       Q.   Well, was it something that Ripple was
01:54:30   3   knowledgeable about?
01:54:36   4              MS. ZORNBERG:  Object to form.
01:54:36   5              THE WITNESS:  Yes.  We were deploying XRP
01:54:38   6   to build an ecosystem of companies that are building
01:54:41   7   products on XRP Ledger.  And in order to build
01:54:46   8   products, you have to hire engineers to write
01:54:49   9   software code, which costs money.
01:54:50  10   BY MS. GUERRIER:
01:54:50  11       Q.   Right.
01:54:50  12       A.   So we're aware that they would be using
01:54:53  13   the XRP to do that.
01:54:54  14       Q.   So you -- once they received the XRP, were
01:54:56  15   you aware that they were then selling it?
01:55:01  16       A.   We --
01:55:02  17              MS. ZORNBERG:  Object to form.
01:55:08  18              THE WITNESS:  I did not have specific
01:55:11  19   knowledge of specific sales of XRP.
01:55:16  20   BY MS. GUERRIER:
01:55:17  21       Q.   Okay.
01:55:17  22       A.   But I was aware, at a high level, that
01:55:19  23   they needed to liquidate it.
01:55:23  24              MS. GUERRIER:  I'm going to hand you a
01:55:24  25   document premarked EB-42.
```

175

```
01:55:27   1              (Whereupon, Deposition Exhibit EB-42
01:55:28   2              was marked for identification.)
01:56:18   3              THE WITNESS:  Yes.
01:56:19   4    BY MS. GUERRIER:
01:56:19   5        Q.   Okay.  So the document that I've handed
01:56:20   6    you, EB-42 is Bates stamped 0472187 to 0472188.  And
01:56:32   7    it's an email from you dated September 6th, 2019,
01:56:37   8    to ███████████.  It copies you.  And the subject is
01:56:40   9    "August 2019 DEV fund report."
01:56:46  10              Do you see that?
01:56:47  11        A.   I do.
01:56:49  12        Q.   And what are you responding to in this
01:56:51  13    email?
01:56:55  14              MS. ZORNBERG:  Objection to form.
01:56:56  15              THE WITNESS:  I'm responding to an email
01:56:57  16    from ███████████.
01:57:00  17    BY MS. GUERRIER:
01:57:02  18        Q.   And what is ███████████ email about?
01:57:04  19              MS. ZORNBERG:  Object to form.  Document
01:57:05  20    speaks for itself.
01:57:11  21              THE WITNESS:  ███████████ email is
01:57:12  22    questioning whether we should make payouts in USD as
01:57:18  23    opposed to XRP.
01:57:18  24    BY MS. GUERRIER:
01:57:19  25        Q.   Okay.  Can you please read the first
```

176

01:57:22  1    statement under ███████████ email of Friday,

01:57:26  2    September 6th, 2019, at 7:22 a.m., the first

01:57:30  3    bullet point?

01:57:31  4         A.    The first bullet point:

01:57:32  5                    "The developers are

01:57:33  6               immediately selling the XRP,

01:57:34  7               putting downward pressure on the

01:57:35  8               price."

01:57:37  9         Q.    And then the second bullet point?

01:57:39 10         A.    "The milestones are denominated in USD,

01:57:42 11    meaning as the price XRP goes down (as it has), more

01:57:46 12    XRP is sold, creating a cycle of downward pressure."

01:57:49 13         Q.    And then what did you respond to this

01:57:51 14    email on September 6th, 2019?

01:57:54 15         A.    Would you like me to read it?

01:57:56 16         Q.    Yes, please.

01:57:56 17         A.    "Well, one good thing is that ██████ is

01:57:58 18    managing all the sales under a single restriction

01:58:01 19    amount although I don't know how close they get to

01:58:04 20    hitting it.  How much do you think we'll pay out in

01:58:08 21    the next twelve months?  Either way, the fiat needs

01:58:11 22    to come from somewhere."

01:58:13 23         Q.    So ██████████ email of

01:58:15 24    September 6th, 2019, stating that the developers

01:58:20 25    are selling their XRP immediately, does that refresh

                                                                    177

```
01:58:28  1    your recollection on whether some of the developers
01:58:30  2    that you worked with were selling their XRP?
01:58:35  3              MS. ZORNBERG:  Objection to form.
01:58:36  4              THE WITNESS:  So as I believe I stated, I
01:58:38  5    was aware that developers were selling their XRP.
01:58:43  6    BY MS. GUERRIER:
01:58:44  7         Q.   So when you -- what did you mean by -- in
01:58:49  8    your response on September 6th that it's a good
01:58:52  9    thing ███ is managing all the sales under a single
01:58:55 10    restriction?
01:58:57 11         A.   Excuse me.  So this is referring to
01:59:00 12    restrictions in the agreement between ███ and
01:59:04 13    Ripple that restricted how much ███ and their
01:59:11 14    developers could sell of XRP.
01:59:14 15         Q.   Okay.  So Ripple knew that the developers
01:59:18 16    were reselling the XRP into the market.  Is that an
01:59:22 17    accurate statement?
01:59:24 18              MS. ZORNBERG:  Object to form.
01:59:25 19              THE WITNESS:  I think, as I said, I was
01:59:27 20    aware that developers were selling XRP.
01:59:31 21    BY MS. GUERRIER:
01:59:32 22         Q.   Okay.  And my question is that Ripple knew
01:59:38 23    that the developers were selling the XRP into the
01:59:42 24    market.
01:59:43 25              MS. ZORNBERG:  Okay.
```

178

```
01:59:44  1   BY MS. GUERRIER:
01:59:45  2       Q.   I'm asking you if that's an accurate
01:59:47  3   statement.
01:59:47  4            MS. ZORNBERG:  So objection, asked and
01:59:48  5   answered several times.
01:59:50  6            You can give your understanding.
01:59:57  7            THE WITNESS:  So I guess to answer your
02:00:00  8   question specifically, I'm not sure how Ripple, the
02:00:03  9   entity, can have knowledge.  I was aware that
02:00:09 10   developers were selling XRP.
02:00:13 11   BY MS. GUERRIER:
02:00:14 12       Q.   Mh-hmm.  And as the senior vice president
02:00:17 13   of Xpring, were you aware that there was an
02:00:23 14   agreement that allowed the developers to sell the
02:00:26 15   XRP?
02:00:27 16            MS. ZORNBERG:  Objection.
02:00:30 17            THE WITNESS:  I would say -- I would
02:00:32 18   characterize it differently.  I would say there was
02:00:35 19   an agreement which restricted sales of XRP.
02:00:37 20   BY MS. GUERRIER:
02:00:37 21       Q.   How did it -- how did the agreement
02:00:39 22   restrict the sale of XRP?
02:00:42 23            MS. ZORNBERG:  Objection.  Asked and
02:00:42 24   answered.
02:00:43 25            THE WITNESS:  The agreement restricted the
```

179

| | | |
|---|---|---|
| 02:00:47 | 1 | amount that a developer could sell based upon the |
| 02:00:51 | 2 | liquidity in the market over a given period of time. |
| 02:00:55 | 3 | BY MS. GUERRIER: |
| 02:00:56 | 4 | Q.   Now, did this restriction have to do with |
| 02:00:58 | 5 | the effect on the price of the XRP? |
| 02:01:02 | 6 | MS. ZORNBERG:  Object.  Objection as to |
| 02:01:03 | 7 | form. |
| 02:01:05 | 8 | THE WITNESS:  I'm sorry, could you repeat |
| 02:01:07 | 9 | the question? |
| 02:01:07 | 10 | (Record read by the reporter |
| 02:01:07 | 11 | as follows: |
| 02:01:14 | 12 | "QUESTION:  Now, did this |
| 02:01:14 | 13 | restriction have to do with the |
| 02:01:14 | 14 | effect on the price of the XRP?") |
| 02:01:16 | 15 | MS. ZORNBERG:  Object as to form. |
| 02:01:22 | 16 | THE WITNESS:  I would say the restriction |
| 02:01:22 | 17 | was just looking at liquidity of XRP and not wanting |
| 02:01:26 | 18 | to materially impact it. |
| 02:01:30 | 19 | BY MS. GUERRIER: |
| 02:01:30 | 20 | Q.   Okay.  What do you mean by "liquidity" in |
| 02:01:33 | 21 | this context? |
| 02:01:34 | 22 | A.   Liquidity is the volume that's bought and |
| 02:01:36 | 23 | sold of XRP. |
| 02:01:38 | 24 | Q.   So would a large amount of XRP on the |
| 02:01:40 | 25 | market affect liquidity of XRP? |

180

02:01:43  1            MS. ZORNBERG:  Object to form.

02:01:46  2            THE WITNESS:  Presumably.  I'm not an

02:01:47  3   expert in capital markets.

02:01:49  4   BY MS. GUERRIER:

02:01:50  5        Q.   Well, when you say that you were looking

02:01:51  6   at it under liquidity term, what did you mean by

02:01:54  7   that?

02:01:55  8            MS. ZORNBERG:  Object to form.

02:02:01  9            THE WITNESS:  We were trying to be

02:02:02  10  conservative and good stewards of everybody working

02:02:08  11  in the XRP ecosystem in not -- while we might

02:02:13  12  provide large amounts of funding to one individual

02:02:16  13  developer, we did not want them to just go selling

02:02:20  14  it all at once.  Because it could just dry up

02:02:25  15  liquidity in the marketplace.

02:02:26  16  BY MS. GUERRIER:

02:02:27  17       Q.   Would it affect price if a large quantity

02:02:29  18  of XRP were placed into the market?

02:02:34  19       A.   Presumably.

02:02:35  20       Q.   When the developers that you worked with

02:02:36  21  were selling their XRP into the market, did that

02:02:39  22  happen?  Did it affect the price of the XRP?

02:02:42  23            MS. ZORNBERG:  Object to form.

02:02:43  24            THE WITNESS:  I don't know.

02:02:47  25            MS. GUERRIER:  Okay.  This isn't marked,

181

02:02:48  1    but I'm going to mark this as Exhibit 10.

02:02:51  2             (Whereupon, Deposition Exhibit EB-10

02:02:52  3              was marked for identification.)

02:02:52  4             THE WITNESS:  Okay.

02:03:38  5    BY MS. GUERRIER:

02:03:38  6        Q.    This is an email from -- and I'm

02:03:41  7    reading -- from Breanne Madigan on July 10th, 2019,

02:03:46  8    to you, copying █████████.

02:03:53  9             Did you have a chance to take a look at

02:03:54 10    that email?

02:03:55 11        A.    I did.

02:03:56 12             MS. ZORNBERG:  Note for the record, you're

02:03:57 13    not referring to the top email.

02:04:00 14             MS. GUERRIER:  That's what I said.  And

02:04:02 15    the Bates number is 0312351.

02:04:07 16    BY MS. GUERRIER:

02:04:07 17        Q.    So can you tell me what Breanne Madigan is

02:04:14 18    asking you in this email.

02:04:16 19             MS. ZORNBERG:  Object to form.  The email

02:04:16 20    speaks for itself.

02:04:20 21             THE WITNESS:  Would you like me to read

02:04:21 22    it?

02:04:21 23    BY MS. GUERRIER:

02:04:21 24        Q.    Do you know -- can you give me a general

02:04:23 25    understanding of what this email is about?

                                                              182

```
02:04:26  1            MS. ZORNBERG:  Objection.  Lack of
02:04:27  2  foundation.
02:04:29  3            THE WITNESS:  So specific to my view on
02:04:35  4  this was Breanne, who worked on the XRP markets team
02:04:39  5  and worked with market makers, was exploring the
02:04:42  6  idea of providing those market makers to Xpring
02:04:49  7  developers for them to use if they needed to buy or
02:04:54  8  sell XRP.
02:04:56  9  BY MS. GUERRIER:
02:04:56 10       Q.   Okay.  So why would Xpring be involved in
02:04:58 11  buying or selling XRP?
02:05:01 12            MS. ZORNBERG:  Object to form.
02:05:02 13            THE WITNESS:  Xpring wasn't involved in
02:05:03 14  buying or selling XRP.
02:05:09 15  BY MS. GUERRIER:
02:05:10 16       Q.   The developers that Xpring worked with
02:05:11 17  were involved in buying and selling XRP?
02:05:15 18            MS. ZORNBERG:  Object to form.
02:05:16 19            THE WITNESS:  Yeah.  As we discussed --
02:05:17 20  BY MS. GUERRIER:
02:05:18 21       Q.   Okay.
02:05:18 22       A.   -- previously.
02:05:19 23       Q.   So is this email trying to explore the
02:05:24 24  offering programmatic liquidation as part of the XRP
02:05:28 25  to your team at Xpring?
```

183

02:05:33  1          MS. ZORNBERG:  Object to form.

02:05:41  2          THE WITNESS:  This email is looking to --

02:05:42  3  I believe this is what you said.  This email is

02:05:44  4  looking to explore the idea of offering programmatic

02:05:47  5  liquidation as part of what we're doing with

02:05:51  6  ecosystem companies.

02:05:51  7  BY MS. GUERRIER:

02:05:52  8      Q.   Okay.  Do you understand what

02:05:52  9  "programmatic," that term means?

02:05:55  10      A.   Generally, yes.

02:05:55  11      Q.   What is your understanding of that term?

02:05:57  12      A.   I would say it's using computers as

02:06:00  13  opposed to humans.

02:06:02  14      Q.   So do you understand what the term

02:06:03  15  "programmatic liquidation" means in this email from

02:06:07  16  Breanne Madigan to you?

02:06:09  17      A.   Generally, yes.

02:06:10  18      Q.   And what does "programmatic liquidation"

02:06:14  19  mean?

02:06:15  20      A.   I believe what this is looking at is

02:06:18  21  saying that as part of the way in which we work with

02:06:23  22  the companies that we're partnering with, instead of

02:06:28  23  placing contractual requirements on them that

02:06:30  24  require them to manage through a human to the terms

02:06:33  25  of a contract, we could offer them a partnership

184

02:06:35  1  with a company who would actually manage any

02:06:39  2  liquidations they needed.

02:06:40  3      Q.   So to manage their liquidation of XRP.  Is

02:06:43  4  that what you mean?

02:06:45  5      A.   Yes.

02:06:45  6      Q.   So some of the developers that you're

02:06:47  7  working with would be using it, the programmatic

02:06:50  8  liquidation process?

02:06:52  9              MS. ZORNBERG:  Object --

02:06:52 10              THE WITNESS:  That's what this is

02:06:54 11  exploring.

02:06:54 12              MS. ZORNBERG:  Objection.

02:06:55 13  BY MS. GUERRIER:

02:06:56 14      Q.   And then you -- did you have any response

02:07:02 15  to Ms. Madigan's suggestion about offering

02:07:05 16  programmatic liquidation to your team as part of the

02:07:09 17  XRP?

02:07:13 18      A.   Not that I'm aware of.

02:07:14 19      Q.   Did any -- were any steps ever taken to

02:07:16 20  offer the programmatic liquidation --

02:07:19 21              MS. ZORNBERG:  Object to form.

02:07:19 22  BY MS. GUERRIER:

02:07:19 23      Q.   -- to the developers?

02:07:20 24      A.   Not that I'm aware of.

02:08:24 25              MS. GUERRIER:  Okay.  I'm going to hand

                                                                185

02:08:26  1   you what's been premarked EB-33.

02:08:29  2              (Whereupon, Deposition Exhibit EB-33

02:08:30  3               was marked for identification.)

02:09:48  4              THE WITNESS:  Okay.

02:09:48  5   BY MS. GUERRIER:

02:11:57  6       Q.   In your capacity as the senior vice

02:12:00  7   president of Xpring, did you have any interactions

02:12:05  8   with speculative users of XRP?

02:12:10  9              MS. ZORNBERG:  Object to form.

02:12:13 10              THE WITNESS:  When -- what do you mean

02:12:15 11   when you say a "user"?

02:12:17 12   BY MS. GUERRIER:

02:12:17 13       Q.   Okay.  So do you understand what the term

02:12:18 14   "speculative use" of -- means in the context of XRP?

02:12:28 15              MS. ZORNBERG:  Object to form.

02:12:32 16              THE WITNESS:  I believe I have an

02:12:33 17   understanding of how I think about it.

02:12:35 18   BY MS. GUERRIER:

02:12:36 19       Q.   Okay.  So how -- what is your definition

02:12:37 20   of "speculative use" in the context of XRP?

02:12:41 21       A.   So -- yeah.  I think about --

02:12:42 22              MS. ZORNBERG:  Objection to "definition."

02:12:44 23              You can answer.

02:12:45 24              THE WITNESS:  I think about, and

02:12:47 25   especially in regards to this email, speculative

                                                          186

```
02:12:50  1   being primary capital markets activity taking place
02:12:55  2   on exchanges.
02:12:56  3   BY MS. GUERRIER:
02:12:58  4       Q.   Okay.  So earlier, I believe I asked you
02:13:02  5   if you were -- if you had any title other than
02:13:07  6   senior vice president.  If I didn't, I apologize.
02:13:10  7            Did you hold any title other than SVP?
02:13:14  8       A.   No.
02:13:15  9       Q.   Okay.  So this email that I just handed
02:13:18 10   you marked EB-33, docket number -- I mean Bates
02:13:23 11   number 0235679 to 0235682 is from Brad Garlinghouse
02:13:33 12   to you, dated June 25th, 2019.  And the subject is
02:13:38 13   "GateHub XRP Hack Review."
02:13:42 14            Do you see that?
02:13:43 15       A.   I do.
02:13:45 16       Q.   Okay.  Now, have you ever been referred to
02:13:51 17   as GM of XRP?
02:13:53 18       A.   No.
02:13:55 19       Q.   Okay.  So what do you mean in this email
02:14:03 20   in your -- when you state that:
02:14:04 21            "As part of the 'GM of XRP'
02:14:07 22            hat you asked me to wear."
02:14:10 23            Why are you referring to yourself in that
02:14:12 24   capacity?
02:14:13 25       A.   Yeah.  And there's a reason why this is in
```

187

02:14:16  1   quotes.  This was really shorthand for the desire
02:14:24  2   inside the company for an individual -- individual
02:14:29  3   to be able to think holistically around XRP.
02:14:33  4       Q.   Okay.  And -- and the June 25, 2019 email,
02:14:43  5   can you explain what specifically you were trying to
02:14:50  6   resolve for XRP?
02:14:54  7            MS. ZORNBERG:  Object to form and the
02:14:56  8   email speaks for itself.
02:14:59  9            THE WITNESS:  I wasn't trying to resolve
02:15:01 10   anything for XRP with this.
02:15:02 11   BY MS. GUERRIER:
02:15:03 12       Q.   Okay.  So what is -- what exactly are you
02:15:06 13   giving information about in this email?
02:15:08 14            MS. ZORNBERG:  Object to form.  Document
02:15:09 15   speaks for itself.
02:15:12 16            THE WITNESS:  This is an email to try and
02:15:18 17   rationalize our internal org structure to be more
02:15:24 18   effective.
02:15:25 19   BY MS. GUERRIER:
02:15:25 20       Q.   Okay.  So -- and based on your email,
02:15:29 21   what -- do you mean -- what is the goal for XRP in
02:15:34 22   your -- when you're wearing your hat as GM of XRP?
02:15:38 23            MS. ZORNBERG:  Object to form.
02:15:42 24            THE WITNESS:  Well, if I was to read this
02:15:44 25   second line here, says:

                                                              188

02:15:46  1          "As GM of XRP, I think our

02:15:49  2          goal is increasing the liquidity of

02:15:51  3          XRP."

02:15:51  4  BY MS. GUERRIER:

02:15:52  5      Q.   Was this an accurate statement when you

02:15:53  6  made it on June 25th, 2019?

02:16:01  7      A.   In that I -- accurate that I thought that?

02:16:05  8      Q.   Yes.

02:16:06  9      A.   Yes.  With the caveat that I'm not saying

02:16:08 10  that's our only goal.

02:16:10 11      Q.   Okay.  But that was a goal --

02:16:13 12      A.   Mh-hmm.

02:16:13 13      Q.   -- was to increase the liquidity.

02:16:15 14          And did you play a role in increasing the

02:16:17 15  liquidity of XRP at Xpring?

02:16:20 16      A.   Not directly.

02:16:21 17      Q.   Okay.  Were you giving advice as to how to

02:16:28 18  increase the liquidity of XRP in this email?

02:16:30 19          MS. ZORNBERG:  Object to form.

02:16:31 20          You can answer.

02:16:32 21          THE WITNESS:  This email is aiming to

02:16:37 22  change the way that our internal organization was

02:16:40 23  structured, who reported to where, to whom, with

02:16:43 24  what responsibilities, in order to be more

02:16:49 25  effective.

189

```
02:16:49  1   BY MS. GUERRIER:
02:16:50  2        Q.   So why are you talking about, as a goal,
02:16:52  3   increasing the liquidity of XRP in this email?
02:16:58  4        A.   Because that is big picture how we
02:17:02  5   measured utility of XRP.
02:17:05  6        Q.   Okay.  If you move down to the third
02:17:08  7   paragraph after the one we just discussed that says
02:17:12  8   "I think we should," can you read that statement
02:17:15  9   into the record, please?
02:17:16 10        A.   "I think we should be treating all users
02:17:18 11   of XRP as developers on the Xpring platform."
02:17:22 12        Q.   And can you read the next statement?
02:17:24 13        A.   Yes.
02:17:25 14             "This includes both as
02:17:26 15        speculative and nonspeculative use
02:17:29 16        case and the technical and
02:17:30 17        nontechnical users."
02:17:33 18        Q.   And why did you want to include the
02:17:35 19   speculative users as -- under the developer umbrella
02:17:39 20   of XRP?
02:17:41 21             MS. ZORNBERG:  Object to form.
02:17:42 22             THE WITNESS:  So I thought this email, if
02:17:47 23   we go down, is in reference to Brad's email on the
02:17:51 24   same date at 7:49 a.m. where he said:
02:17:53 25             "It remains confusing to me
```

190

```
02:17:56  1              who 'owns' the account management
02:17:58  2              of digital assets exchanges."
02:18:00  3              And this email is making an argument that
02:18:09  4     the digital asset exchanges should be -- the
02:18:12  5     relationship with them should fall on to team
02:18:15  6     Xpring.
02:18:15  7     BY MS. GUERRIER:
02:18:15  8         Q.   So you would be responsible for
02:18:17  9     speculative users of XRP --
02:18:19 10              MS. ZORNBERG:  Object --
02:18:19 11     BY MS. GUERRIER:
02:18:19 12         Q.   -- under this umbrella?
02:18:22 13              MS. ZORNBERG:  Object to form.
02:18:24 14              THE WITNESS:  In this umbrella, I would be
02:18:26 15     responsible for the relationships with the digital
02:18:30 16     asset exchanges.
02:18:31 17     BY MS. GUERRIER:
02:18:31 18         Q.   So does that -- refers to the speculative
02:18:33 19     and use cases of XRP?
02:18:38 20              MS. ZORNBERG:  Object to form.
02:18:39 21              THE WITNESS:  So for me, when I say
02:18:40 22     "speculative use case," it's around the users of the
02:18:45 23     digital asset exchanges -- the exchanges themselves
02:18:48 24     and their users.
         25     / /
```

191

02:18:49  1   BY MS. GUERRIER:

02:18:49  2       Q.   Okay.  So can you read the sentence

02:18:50  3   after -- next -- right under the "this includes"

02:18:53  4   that starts with "the speculative use case"?

02:18:55  5       A.   Sure.

02:18:56  6              "The speculative use case

02:18:58  7              can't be ignored given it's the

02:18:59  8              primary use for XRP today and it's

02:19:02  9              the source of liquidity for XRP.

02:19:03 10              If you are an exchange trading

02:19:06 11              hundreds of millions of XRP a day,

02:19:08 12              you should have a great

02:19:09 13              experience."

02:19:11 14       Q.   So -- and based on this statement as of

02:19:13 15   the date of this email of June 25th, 2019, is it

02:19:17 16   accurate that the speculative use cases were the

02:19:20 17   primary use for XRP?

02:19:26 18              MS. ZORNBERG:  Object to form.

02:19:26 19              THE WITNESS:  I would say as of this date,

02:19:28 20   the exchanges were certainly the primary users of

02:19:31 21   XRP.

02:19:32 22   BY MS. GUERRIER:

02:19:32 23       Q.   And when you say "the exchanges," does

02:19:35 24   your definition of exchanges cover speculative users

02:19:38 25   of XRP?

                                                                192

```
02:19:39  1              MS. ZORNBERG:  Object.  Object to form.
02:19:40  2              THE WITNESS:  Yeah.  So if we drop three
02:19:43  3    bullet points down, I say:
02:19:44  4                  "The speculative developers
02:19:45  5              are:  Exchanges, custody providers,
02:19:47  6              trading platforms, traders and
02:19:49  7              holders/whales."
02:19:52  8    BY MS. GUERRIER:
02:19:52  9        Q.   Okay.  So the group that you just
02:19:55 10    described are the primary users of XRP, based on
02:19:59 11    your email as of June 25th, 2019?
02:20:04 12              MS. ZORNBERG:  Object to form.
02:20:06 13              You can answer.
02:20:07 14              THE WITNESS:  Yes.
02:20:08 15    BY MS. GUERRIER:
02:20:08 16        Q.   Okay.  And then you -- in the same
02:20:10 17    sentence, you say:
02:20:10 18                  "It's the source of liquidity
02:20:13 19              for XRP."
02:20:14 20              Is that an accurate statement?
02:20:17 21              MS. ZORNBERG:  Object to form.
02:20:25 22              THE WITNESS:  I think that an accurate
02:20:26 23    statement is that if you are looking for liquidity
02:20:28 24    for XRP, as of this date it would be on the
02:20:33 25    exchanges.
```

193

```
02:20:34  1    BY MS. GUERRIER:
02:20:35  2         Q.   And specifically the speculative use
02:20:37  3    cases?
02:20:40  4              MS. ZORNBERG:  Object to form.  Misstates
02:20:41  5    prior testimony.
02:20:42  6              THE WITNESS:  Which in this case, as I
02:20:43  7    very specifically defined, includes our exchanges,
02:20:47  8    custody providers, trading platforms, traders and
02:20:50  9    holders/whales.
02:20:51 10    BY MS. GUERRIER:
02:20:52 11         Q.   And those are the speculative users of
02:20:53 12    XRP?
02:20:54 13         A.   As I've defined in this, I'm saying the
02:20:57 14    speculative -- my words -- speculative developers
02:21:00 15    are:  Exchanges, custody providers, trading
02:21:02 16    platforms, traders and holders.
02:21:05 17         Q.   And are they also the speculative use case
02:21:07 18    that you refer to --
02:21:09 19         A.   Oh.
02:21:09 20         Q.   -- in your email?
02:21:11 21         A.   Yes.  That I refer to three bullet points
02:21:13 22    above?
02:21:15 23         Q.   Yes.
02:21:16 24         A.   Yes.
02:21:17 25         Q.   Okay.  Do you know Breanne Madigan?
```

194

| | | |
|---|---|---|
| 02:21:37 | 1 | A.    I do. |
| 02:21:38 | 2 | Q.    Did you work with Breanne Madigan? |
| 02:21:42 | 3 | A.    We both were at Ripple at the same time. |
| 02:21:45 | 4 | Q.    What was her role at Ripple? |
| 02:21:49 | 5 | A.    She was part of the XRP markets team. |
| 02:21:54 | 6 | Q.    And what capacity did you -- well, did you |
| 02:21:55 | 7 | work with her on any projects at Ripple? |
| 02:21:58 | 8 | A.    Not really, no. |
| 02:21:59 | 9 | Q.    Okay.  Did she ever speak with you |
| 02:22:07 | 10 | regarding the use -- the speculative use cases that |
| 02:22:09 | 11 | we just discussed in your email of -- |
| 02:22:12 | 12 | MS. ZORNBERG:  Object to -- |
| 02:22:13 | 13 | BY MS. GUERRIER: |
| 02:22:13 | 14 | Q.    -- June 25th, 2019? |
| 02:22:16 | 15 | MS. ZORNBERG:  Object to form. |
| 02:22:21 | 16 | THE WITNESS:  Breanne and I did speak |
| 02:22:22 | 17 | about how do we have the best relationship with the |
| 02:22:25 | 18 | exchanges, the custody providers, the trading |
| 02:22:27 | 19 | platforms, et cetera. |
| 02:22:29 | 20 | BY MS. GUERRIER: |
| 02:22:31 | 21 | Q.    Okay.  And what did you specifically talk |
| 02:22:32 | 22 | about with Ms. Madigan regarding how you have the |
| 02:22:36 | 23 | best relationships with the exchanges? |
| 02:22:42 | 24 | A.    I'm sorry, I didn't quite hear you. |
| 02:22:44 | 25 | Q.    What did you specifically discuss with |

195

| | | |
|---|---|---|
| 02:22:47 | 1 | Ms. Madigan regarding how to have the best |
| 02:22:49 | 2 | relationships with the exchanges? |
| 02:22:51 | 3 | A.   I don't remember specifically the |
| 02:22:54 | 4 | conversations, but as I laid out here, I thought |
| 02:22:56 | 5 | they were an important part of the developer |
| 02:23:01 | 6 | ecosystem.  And so I wanted to work with her to make |
| 02:23:07 | 7 | sure that they all had a great experience building |
| 02:23:10 | 8 | on XRP Ledger. |
| 02:23:12 | 9 | Q.   Okay.  And did your conversations with her |
| 02:23:14 | 10 | have anything to do with selling the XRP by these |
| 02:23:21 | 11 | speculative users of XRP? |
| 02:23:25 | 12 | MS. ZORNBERG:  Object to form. |
| 02:23:28 | 13 | THE WITNESS:  Sorry, are you asking if it |
| 02:23:29 | 14 | had to do with any of these entities selling XRP? |
| 02:23:32 | 15 | BY MS. GUERRIER: |
| 02:23:33 | 16 | Q.   Yes. |
| 02:23:38 | 17 | A.   No.  Most of -- most of these entities are |
| 02:23:41 | 18 | involved in the capital markets, which is buying and |
| 02:23:45 | 19 | selling.  So, I mean, in exchange there's as much |
| 02:23:51 | 20 | buying as there is selling.  So I guess yes, |
| 02:23:53 | 21 | selling, but also buying. |
| 02:23:59 | 22 | Q.   Do you recall having any conversations |
| 02:24:02 | 23 | with Ms. Madigan regarding managing the flow of XRP |
| 02:24:07 | 24 | on to the -- any exchanges? |
| 02:24:12 | 25 | MS. ZORNBERG:  Object to form. |

196

```
02:24:16  1              THE WITNESS:  The flow of what XRP?
02:24:19  2     BY MS. GUERRIER:
02:24:19  3         Q.   Okay.  If you go back to your email of
02:24:24  4     June, the email of June 25th, 2019, you state that
02:24:28  5     the speculative use cases are the primary use for
02:24:33  6     XRP and that they're the source of liquidity for
02:24:39  7     XRP.
02:24:40  8              Did you have any discussions with
02:24:42  9     Ms. Madigan regarding this subject?
02:24:46 10              MS. ZORNBERG:  Object to form in that that
02:24:47 11     wasn't a fully accurate reading of the statement
02:24:51 12     from the email.
02:24:52 13              You can answer if you understand.
02:24:54 14              THE WITNESS:  So as I believe I stated
02:24:55 15     previously, I did talk with Ms. Madigan about how to
02:24:59 16     make sure we have the best relationships with
02:25:00 17     exchanges, custody providers, trading platforms and
02:25:03 18     the like.
02:25:06 19     BY MS. GUERRIER:
02:25:10 20         Q.   Okay.  And how were you going to establish
02:25:12 21     the best relationships with the exchanges and
02:25:16 22     trading platforms in the context of your email of
02:25:20 23     June 25th, 2019?
02:25:23 24              MS. ZORNBERG:  Object to form.
02:25:29 25              THE WITNESS:  I would say --
```

197

02:25:31  1              MS. ZORNBERG:  Are you asking about his

02:25:33  2   communications with Ms. Madigan?

02:25:35  3              MS. GUERRIER:  Yes.

02:25:36  4              THE WITNESS:  Oh, with Ms. Madigan.  I

02:25:38  5   don't -- I don't recall the specifics.

02:25:43  6   BY MS. GUERRIER:

02:25:43  7      Q.   Okay.

02:25:43  8      A.   Most of the relationships with the

02:25:45  9   exchanges generally are with Ms. Madigan, and I

02:25:49 10   think reading this email, I selfishly thought I and

02:25:54 11   my team could do a better job at it.

02:25:56 12      Q.   A better job at what?

02:25:58 13      A.   Managing -- having great experiences for

02:26:00 14   exchanges, custody providers, trading platforms and

02:26:02 15   the like.

02:26:04 16      Q.   Why would Xpring be involved in trading

02:26:07 17   platforms and relationship with exchanges?

02:26:11 18              MS. ZORNBERG:  Object to form.

02:26:12 19              THE WITNESS:  So all of these companies

02:26:15 20   are technology companies employing software

02:26:20 21   developers that are use -- writing technology to use

02:26:22 22   a blockchain.  And what Xpring did is we provided

02:26:28 23   tools, open source free tools, that made it easy for

02:26:31 24   you to use XRP Ledger, and we provided technical

02:26:34 25   support to help you if you had questions or concerns

                                                              198

02:26:37  1   about how to use the ledger.

02:26:39  2           And so if you were a developer and an

02:26:42  3   engineer at an exchange and had questions about how

02:26:45  4   to implement the XRP Ledger, team Xpring was set up

02:26:49  5   to help you answer those questions.

02:26:51  6   BY MS. GUERRIER:

02:26:51  7       Q.   Including speculative users of XRP?

02:26:54  8           MS. ZORNBERG:  Object to form.  Misstates

02:26:55  9   prior testimony.

02:26:56 10           THE WITNESS:  Including exchanges,

02:26:58 11   customer providers, trading platforms and traders.

02:27:01 12   BY MS. GUERRIER:

02:27:01 13       Q.   That you define as speculative users of

02:27:03 14   XRP?

02:27:04 15       A.   Here as defined in this email as

02:27:06 16   speculative developers.

02:27:07 17       Q.   Speculative developers.  Okay.

02:27:19 18           But also in this email, you talk about the

02:27:21 19   speculative -- and I'm referring back to the

02:27:23 20   June 25th, 2019.  You talk about both the

02:27:26 21   speculative and nonspeculative use cases.

02:27:29 22           So what did you specifically mean by the

02:27:31 23   speculative use case in this email?

02:27:37 24           MS. ZORNBERG:  Objection.  Asked and

02:27:37 25   answered.

199

```
02:27:38  1              You can answer.
02:27:39  2              THE WITNESS:  In this case, I mean the end
02:27:40  3    users of exchanges, custody providers, trading
02:27:44  4    platforms and traders.
02:27:45  5    BY MS. GUERRIER:
02:27:45  6         Q.   So people buying or selling XRP?
02:27:48  7              MS. ZORNBERG:  Object to form.
02:27:48  8    BY MS. GUERRIER:
02:27:48  9         Q.   Is that what you're referring to in this
02:27:51 10    email?
02:27:51 11         A.   Or holding or trading or providing market
02:27:54 12    making.
02:27:55 13         Q.   Right.
02:27:55 14         A.   These entities, these developers,
02:27:56 15    exchanges, customer providers, trading platforms and
02:27:58 16    the like, provide a wide variety of services to
02:28:02 17    their customers.
02:28:03 18         Q.   Right.
02:28:03 19              So were you interested in the actual
02:28:05 20    customers, the speculative users of the XRP?
02:28:08 21              MS. ZORNBERG:  Object to form.
02:28:09 22              THE WITNESS:  Interested in what manner?
02:28:11 23    BY MS. GUERRIER:
02:28:12 24         Q.   In your email in basically including as
02:28:16 25    developers on the Xpring platform.
```

200

02:28:20  1             MS. ZORNBERG:  Object to form.

02:28:23  2             You can answer if you understand the

02:28:24  3    question.

02:28:24  4             THE WITNESS:  I wanted to make sure that

02:28:26  5    our developers of which I believe the exchanges were

02:28:30  6    an important one, and their customers, had a great

02:28:37  7    experience in using XRP and XRP Ledger.

02:28:40  8    BY MS. GUERRIER:

02:28:41  9        Q.   Yes, but you're using two terms in this

02:28:43 10    email it seems.  You're using the speculative and

02:28:45 11    nonspeculative use case, and then you're using the

02:28:49 12    nonspeculative developers and speculative

02:28:51 13    developers.

02:28:52 14             Are you making a distinction between those

02:28:54 15    terms?

02:28:58 16             MS. ZORNBERG:  Object to form.

02:29:07 17             THE WITNESS:  Generally I would say no.

02:29:12 18    BY MS. GUERRIER:

02:29:13 19        Q.   So a speculative use case of XRP in

02:29:16 20    your -- what is your definition of a speculative use

02:29:18 21    case of XRP?

02:29:21 22             MS. ZORNBERG:  Objection.  Asked and

02:29:22 23    answered many times now.  I would ask counsel to

02:29:25 24    move on.

         25    / /

                                                             201

```
02:29:27   1   BY MS. GUERRIER:
02:29:27   2        Q.   Can you answer the question?
02:29:28   3        A.   The speculative use case, as I believe
02:29:30   4   I've stated, is the end users of the exchanges,
02:29:33   5   custody providers, trading platforms and other.
02:29:35   6        Q.   Okay.  So when you talk about the
02:29:37   7   nonspeculative developers, are you speaking --
02:29:39   8   talking about the same people that you just defined
02:29:45   9   as the end users of the trading platform?
02:29:48  10            MS. ZORNBERG:  Object to form.
02:29:52  11            THE WITNESS:  So to follow where I think
02:29:54  12   you're going, is I would say the nonspeculative use
02:29:57  13   case are the users of the wallets, the users of the
02:30:00  14   payment companies, the users who are paying or
02:30:02  15   remitting directly.
02:30:03  16   BY MS. GUERRIER:
02:30:03  17        Q.   Okay.  So these -- are these the users
02:30:05  18   that you wanted to include under your umbrella here
02:30:07  19   in this email?
02:30:09  20            MS. ZORNBERG:  Object to form.  Under what
02:30:12  21   umbrella?
02:30:18  22            THE WITNESS:  I'm not sure I know the
02:30:19  23   answer to that question.  Sorry, I'm not sure I know
02:30:23  24   where you're trying to -- where you're --
          25   / /
```

202

02:30:29  1   BY MS. GUERRIER:

02:30:30  2        Q.   I'm reading your words.

02:30:31  3        A.   Yes.

02:30:31  4        Q.   Your email.  So, you know, I'm trying to

02:30:33  5   understand what you mean by "this includes both the

02:30:37  6   speculative and nonspeculative use case and the

02:30:40  7   technical and nontechnical users."  I'm trying to

02:30:43  8   understand what you mean by speculative use case in

02:30:46  9   this email versus the speculative developers that

02:30:50 10   you refer to a few lines below.

02:30:55 11        A.   So this email is an attempt to change the

02:30:58 12   way that Ripple is organized, literally like people

02:31:02 13   and reporting structure and accountability so that

02:31:06 14   we can be more effective.  And my goal here was

02:31:11 15   to -- where Xpring traditionally had not worked with

02:31:19 16   the exchanges, custody providers, trading platforms

02:31:22 17   and the like, I thought they were an important

02:31:27 18   constituent of the XRP ecosystem and I wanted to

02:31:32 19   make sure -- or I thought that if those

02:31:35 20   responsibilities were given to team Xpring, which I

02:31:39 21   had a lot of confidence and faith in, that we could

02:31:43 22   do a good job at making them have a great experience

02:31:47 23   with XRP and with XRP Ledger.

02:31:50 24        Q.   And that included the speculative users --

02:31:53 25   the end -- the people at the end of the transaction?

                                                                    203

| | | |
|---|---|---|
| 02:31:57 | 1 | MS. ZORNBERG:  Object to form. |
| 02:32:04 | 2 | THE WITNESS:  That definitely included the |
| 02:32:06 | 3 | customers of our developers. |
| 02:32:07 | 4 | BY MS. GUERRIER: |
| 02:32:07 | 5 | Q.   Okay. |
| 02:32:07 | 6 | A.   If the customers of the developers aren't |
| 02:32:09 | 7 | having a good experience, then the developers aren't |
| 02:32:12 | 8 | having a good experience, then it's not going to |
| 02:32:14 | 9 | work. |
| 02:32:15 | 10 | Q.   Okay.  So just to clarify, are you |
| 02:32:16 | 11 | defining the customers of the developers as |
| 02:32:19 | 12 | speculative users? |
| 02:32:21 | 13 | MS. ZORNBERG:  Object to form. |
| 02:32:23 | 14 | THE WITNESS:  I don't think I used the |
| 02:32:24 | 15 | word "speculative users" in this email. |
| 02:32:40 | 16 | BY MS. GUERRIER: |
| 02:32:40 | 17 | Q.   I think you used the word "speculative" |
| 02:32:42 | 18 | and "nonspeculative use case." |
| 02:32:44 | 19 | A.   Correct. |
| 02:32:45 | 20 | Q.   Do you make -- what is the distinction |
| 02:32:47 | 21 | between speculative use case and speculative users? |
| 02:32:53 | 22 | MS. ZORNBERG:  Object to form. |
| 02:32:56 | 23 | THE WITNESS:  The speculative use case are |
| 02:32:58 | 24 | the activities provided on exchanges, customer |
| 02:33:02 | 25 | providers, trading platforms and the like. |

204

```
02:33:11  1   BY MS. GUERRIER:
02:33:12  2        Q.   I'm going to hand you a document premarked
02:33:49  3   EB-34.
02:33:58  4             MS. ZORNBERG:  Thank you.
02:34:49  5             MS. DEARBORN:  Counsel, can I ask a
02:34:50  6   clarifying question?  Is this is the same document
02:34:53  7   as EB-33?
02:34:55  8             MS. GUERRIER:  Yeah.  That looks like the
02:34:56  9   same document.  I guess I'm going to give you
02:34:58 10   Exhibit 35.  Sorry about it.
02:35:00 11             MS. DEARBORN:  The good news is it's much
02:35:02 12   easier to read.
02:35:15 13             MS. GUERRIER:  There you go.
02:35:17 14             (Whereupon, Deposition Exhibit EB-35
02:35:17 15              was marked for identification.)
02:35:21 16             THE WITNESS:  Okay.
02:36:39 17   BY MS. GUERRIER:
02:36:40 18        Q.   Did you have a chance to take a look at
02:36:42 19   EB-35?
02:36:43 20        A.   I did.
02:36:44 21        Q.   That's the document marked 000144.
02:36:48 22             So this is an email dated July 5th from
02:36:51 23   you to ██████████ and copying ██████████.  And
02:36:58 24   the subject is, "Hey."
02:37:00 25             Who is ██████████?
```

                                                                    205

```
02:37:04  1          A.   At the time of this email, ███████████
02:37:07  2   was, I believe the CEO of Binance.US.
02:37:10  3          Q.   What is Binance.US?
02:37:12  4          A.   Binance.US is a digital asset exchange.
02:37:15  5          Q.   And who is ███████████?
02:37:18  6          A.   ███████████ was my executive assistant.
02:37:21  7          Q.   Okay.  So what -- in this email, you're --
02:37:26  8   are you responding to ███████ or are you writing
02:37:32  9   to ███████?
02:37:36 10          MS. ZORNBERG:  Object to form and the
02:37:37 11   exhibit contains a series of emails.
02:37:42 12   BY MS. GUERRIER:
02:37:43 13          Q.   We're talking about the Friday, July 5th
02:37:45 14   email of 2019 that I just read into the record.
02:37:53 15          A.   So this email is providing ███████ with
02:37:59 16   some context around what we've been thinking about
02:38:05 17   at Xpring because we had invited ███████ to come
02:38:09 18   speak at our team off-site.
02:38:12 19          Q.   Okay.  So under the topic "Some" -- or
02:38:13 20   this heading "Some context," can you please read
02:38:16 21   into the record the three points that you make under
02:38:22 22   some context?
02:38:23 23          A.   Yes.
02:38:25 24               "Some context:  Xpring is
02:38:27 25               focusing on XRP adoption,
```

206

```
02:38:28  1              liquidity, transaction volume.
02:38:33  2              We're building a developer platform
02:38:34  3              to provider tools, programs and
02:38:37  4              support to drive this.  The primary
02:38:39  5              use case for XRP today is
02:38:40  6              speculative and the exchanges
02:38:42  7              (along with wallets, traders,
02:38:45  8              custody providers) are the main
02:38:46  9              enabler of this use case."
02:38:49 10      Q.    So the statements you just read, as of
02:38:51 11 July 5th, 2019, are these an accurate depiction of
02:38:58 12 what Xpring was focusing on at that time?
02:39:04 13              MS. ZORNBERG:  Object to form.
02:39:08 14              THE WITNESS:  I would say very much in
02:39:09 15 shorthand written to someone outside of the company,
02:39:11 16 I would say it's quite accurate to say we're focused
02:39:14 17 on XRP, adoption, liquidity and transaction volume.
02:39:17 18 BY MS. GUERRIER:
02:39:18 19      Q.    And was it accurate that you were building
02:39:19 20 a developer platform to provide tools, programs and
02:39:24 21 support to drive the adoption, liquidity and
02:39:27 22 transaction volume of XRP?
02:39:33 23      A.    Yeah, I think it's important to think of
02:39:36 24 the receiver of this who is not an exchange.
02:39:39 25      Q.    Okay.  If you could just answer the
```

207

```
02:39:40   1   question.
02:39:40   2            MS. ZORNBERG:  Okay.
02:39:40   3   BY MS. GUERRIER:
02:39:40   4       Q.  Was this accurate that you would build --
02:39:40   5   Xpring was building a developer platform to
02:39:43   6   provide -- I believe you meant "provide" -- tools,
02:39:46   7   programs and support to drive the adoption,
02:39:49   8   liquidity and transaction volume of XRP?
02:39:52   9            MS. ZORNBERG:  Okay.  Objection to form.
02:39:54  10   And, please, when you ask a question, please allow
02:39:58  11   the witness to answer before you interrupt to
02:40:01  12   reframe your question.
02:40:02  13            MS. GUERRIER:  And I'd like to apply that
02:40:04  14   to you as well for me.
02:40:07  15   BY MS. GUERRIER:
02:40:07  16       Q.  If you could please answer the question.
02:40:10  17       A.  So I would say it is accurate that when I
02:40:15  18   want to explain to the leader of a digital asset
02:40:20  19   exchange what we're building, this is how I would
02:40:24  20   portray it.
02:40:24  21       Q.  So it is an accurate statement as of
02:40:26  22   June -- July 5th, 2019?
02:40:29  23            MS. ZORNBERG:  Objection.  And you're --
02:40:31  24   the witness just gave an answer.  Now you're trying
02:40:34  25   to recharacterize it.
```

208

```
02:40:35   1   BY MS. GUERRIER:
02:40:35   2        Q.   If you could answer the question, please.
02:40:37   3        A.   This is how I would explain what we're
02:40:41   4   building at Xpring to the leader of a digital asset
02:40:44   5   exchange.
02:40:46   6        Q.   Okay.  And my question is, was this an
02:40:48   7   accurate statement as of July 5th, 2019?
02:40:51   8             MS. ZORNBERG:  Object to form.  Same
02:40:52   9   objection.
02:40:56  10             You should keep answering however is
02:40:59  11   accurate to you.
02:40:59  12             THE WITNESS:  This is how I would explain
02:41:01  13   this to a leader of a digital asset exchange.
02:41:04  14   BY MS. GUERRIER:
02:41:04  15        Q.   Was this an accurate statement or not?
02:41:06  16             MS. ZORNBERG:  Objection.  Asked and
02:41:07  17   answered.
02:41:09  18             THE WITNESS:  Can you explain to me what
02:41:10  19   you mean by "accurate"?
02:41:11  20   BY MS. GUERRIER:
02:41:12  21        Q.   Is it true that you were building a
02:41:13  22   developer platform to provide tools, programs and
02:41:16  23   support to drive the adoption, liquidity and
02:41:19  24   transaction volume of XRP as of July 5th, 2019?
02:41:27  25        A.   Amongst other things, yes.
```

                                                               209

```
02:41:28  1        Q.    Okay.  So the next statement:
02:41:32  2               "The primary use case for XRP
02:41:34  3          today is speculative and the
02:41:38  4          exchanges (along with wallets,
02:41:39  5          traders, custody providers) are the
02:41:42  6          main enabler of this use case."
02:41:44  7          Is this an accurate statement as of July
02:41:47  8   5th, 2019?
02:41:51  9        A.    I don't know.
02:41:52 10        Q.    Okay.  So you wrote this statement.  What
02:41:54 11   did you mean by -- by the statement that you wrote
02:41:56 12   in this email?
02:42:00 13        A.    By this statement, I meant ██████████
02:42:04 14   ██████, you should work with us more closely.
02:42:07 15        Q.    What do you mean by the primary use case
02:42:10 16   for XRP today is speculative, in this email of
02:42:14 17   July 5th, 2019?
02:42:16 18        A.    I meant to say the exchanges are an
02:42:20 19   important part of what we're building.
02:42:24 20        Q.    So what does the primary use case in this
02:42:27 21   statement mean?
02:42:35 22        A.    Sorry, can you clarify your question?
02:42:40 23        Q.    What do you -- and this is your email.
02:42:41 24        A.    Yes.
02:42:41 25        Q.    These are your words.  So what does
```

210

| | | |
|---|---|---|
| 02:42:43 | 1 | "primary use case for XRP today" mean in this email |
| 02:42:47 | 2 | of July 5th, 2019? |
| 02:42:51 | 3 | A.    This bullet point is meant to explain to |
| 02:42:54 | 4 | the leader of a digital asset exchange that they're |
| 02:42:58 | 5 | really important to us. |
| 02:42:59 | 6 | Q.    Okay.  So that's not my question. |
| 02:43:01 | 7 | MS. ZORNBERG:  Okay. |
| 02:43:01 | 8 | BY MS. GUERRIER: |
| 02:43:01 | 9 | Q.    What is the definition of "primary use |
| 02:43:03 | 10 | case" in your email of July 5th, 2019? |
| 02:43:08 | 11 | MS. ZORNBERG:  I'm going to note for the |
| 02:43:09 | 12 | record my objection and that this is at least the |
| 02:43:11 | 13 | sixth time that SEC counsel, when she doesn't like |
| 02:43:14 | 14 | the answer given, says, "that wasn't my question." |
| 02:43:18 | 15 | The witness is doing his best to answer the |
| 02:43:21 | 16 | questions.  If you don't -- you can put another |
| 02:43:24 | 17 | question. |
| 02:43:25 | 18 | MS. GUERRIER:  Okay.  Thank you. |
| 02:43:27 | 19 | Q.    Can you answer the question? |
| 02:43:27 | 20 | A.    "Primary" would mean first.  "Use" I would |
| 02:43:32 | 21 | think of like how you use something or "use case" |
| 02:43:35 | 22 | meaning an instant where one uses things. |
| 02:43:40 | 23 | Q.    Okay.  So based on this email, the |
| 02:43:42 | 24 | speculative use case is the primary use case for |
| 02:43:45 | 25 | XRP.  Is that what you mean in this email? |

211

02:43:48  1              MS. ZORNBERG:  Object to form.  Asked and
02:43:50  2    answered.
02:43:50  3              THE WITNESS:  As I would explain to the
02:43:51  4    leader of a digital asset exchange, yes.
02:43:55  5    BY MS. GUERRIER:
02:43:55  6         Q.   Okay.  And your next statement:
02:43:57  7                   "And the exchanges are the
02:44:01  8                   main enabler of this use case."
02:44:03  9              What did you mean by that?
02:44:09  10        A.   I meant that, as I think we answered a few
02:44:12  11   times in the last email, the -- as I call
02:44:16  12   speculative, which is capital markets, market
02:44:20  13   making, custody providing, digital asset exchanges,
02:44:24  14   are a very important part of the XRP ecosystem.
02:44:33  15        Q.   So when you say that the exchanges are the
02:44:39  16   main enabler of this use case, what do you mean by
02:44:43  17   the "main enabler"?
02:44:46  18              MS. ZORNBERG:  Objection.  Asked and
02:44:47  19   answered.
02:44:48  20              THE WITNESS:  I meant the primary place
02:44:50  21   where people go to make markets, to buy, to sell, to
02:44:55  22   get custody, to earn yield, all the activities that
02:45:00  23   take place within capital markets in the
02:45:02  24   cryptocurrency world.  The main place where that
02:45:05  25   activity is enabled is on the digital asset

                                                              212

```
02:45:09   1   exchanges.
02:45:09   2   BY MS. GUERRIER:
02:45:09   3       Q.   Okay.  So your next point, if I could call
02:45:12   4   it that, if you could please read it into the
02:45:15   5   record.
02:45:16   6       A.   "Ultimately, we want to double the daily
02:45:19   7   trading volume of XRP, which I think the exchanges
02:45:22   8   would like as well."
02:45:26   9       Q.   Okay.  So is this an accurate statement as
02:45:29  10   of July 5th, 2019?
02:45:36  11       A.   This I would say is, again, me trying to
02:45:40  12   get the leader of a digital asset exchange
02:45:43  13   interested in what we're doing.
02:45:45  14       Q.   So is what you're doing trying to double
02:45:47  15   the daily trading volume of XRP?
02:45:51  16       A.   We were trying to drive the utility of
02:45:53  17   XRP, and one of the primary ways in which we measure
02:45:57  18   that was through liquidity.
02:45:59  19       Q.   Okay.  There's no utility in this email,
02:46:01  20   correct?  There's no reference to utility in your
02:46:04  21   email.  Is that an accurate statement?
02:46:10  22       A.   Liquidity is the life blood of utility.
02:46:14  23       Q.   Okay.  You make no reference to utility in
02:46:15  24   this email, correct?
02:46:18  25       A.   I do.  I say you adoption, liquidity.
```

213

```
02:46:20  1   That's all utility.
02:46:22  2        Q.   Okay.  You did not provide the word
02:46:24  3   "utility" in this email that you just read --
02:46:28  4        A.   Correct.
02:46:28  5        Q.   -- is that correct?
02:46:29  6        A.   That is correct.
02:46:29  7        Q.   Okay.  So when you say you want to double
02:46:32  8   the trading volume of XRP, can you explain what you
02:46:35  9   mean by wanting to double the trading volume of XRP?
02:46:39 10        MS. ZORNBERG:  Object to form.  Asked and
02:46:40 11   answered.
02:46:42 12        You can answer again.
02:46:50 13        THE WITNESS:  So are you questioning what
02:46:51 14   these words mean?  Is that what you're asking me?
02:46:54 15   BY MS. GUERRIER:
02:46:54 16        Q.   I want to know what you mean by "we want
02:46:56 17   to double the daily trading volume of XRP"?
02:46:59 18        A.   Yes.  So what I meant is that you, in this
02:47:03 19   case ████████, the leader of a digital asset
02:47:07 20   exchange, should want to work with us to help us
02:47:10 21   build up the XRP ecosystem.
02:47:11 22        Q.   So that's not what you wrote in this
02:47:13 23   email.
02:47:14 24        A.   You didn't ask what I wrote.  You asked
02:47:16 25   what I meant.
```

214

02:47:16  1      Q.   Okay.  So what you wrote was you want to

02:47:18  2  double -- I asked you what you meant by "we want to

02:47:21  3  double the daily trading volume of XRP."

02:47:24  4           Did you want to actually, in fact, double

02:47:27  5  the trading volume of XRP?

02:47:29  6      A.   No.  This is shorthand for, like, come

02:47:32  7  work with us.  Like, this seems to align with what

02:47:35  8  your goals are.  But, like, we never had a goal of

02:47:38  9  doubling the daily trading volume.

02:47:39  10      Q.   So why would you include that statement in

02:47:42  11  an email?

02:47:44  12      A.   This was me trying to tell the leader of a

02:47:47  13  digital asset exchange that they should come, want

02:47:51  14  to work with us.

02:47:52  15      Q.   Okay.  So were you involved at all in

02:47:55  16  trading XRP at Xpring?

02:47:58  17      A.   Trading XRP?

02:47:59  18      Q.   Yeah.

02:48:00  19      A.   No.  Never.

02:48:00  20      Q.   Okay.  So were you -- and was Xpring

02:48:04  21  helping with the trading -- with the volume of XRP

02:48:08  22  with trading?

02:48:11  23           MS. ZORNBERG:  Object to form.

02:48:12  24           THE WITNESS:  What do you mean by

02:48:12  25  "helping"?

                                                            215

02:48:14  1   BY MS. GUERRIER:

02:48:15  2       Q.   Well, I'm trying to understand what you

02:48:16  3   mean by, you know, the daily trading volume of XRP.

02:48:22  4            MS. ZORNBERG:   Okay.   Object to form.

02:48:24  5   Asked and answered.   And this is bordering on

02:48:27  6   badgering the witness.   I'll allow it.

02:48:31  7            THE WITNESS:   So at Xpring, our focus is

02:48:34  8   on driving the utility of XRP and XRP Ledger by

02:48:38  9   building an ecosystem of companies that are using

02:48:41 10   the Ledger.   We did that by writing software,

02:48:45 11   providing tools, things like APIs and STKs that made

02:48:50 12   it easier to use the XRP Ledger.   One of the more

02:48:54 13   important potential developers on that platform is a

02:48:58 14   digital asset exchange.

02:49:00 15            If we make tools, pieces of open-source

02:49:05 16   software, that allow an exchange to double their

02:49:07 17   trading -- daily trading volume, that's really good

02:49:10 18   for an exchange.   That's how they make their money.

02:49:13 19   This, to me, she should read this as, yes, I make a

02:49:18 20   lot of money when I double my daily trading volume.

02:49:21 21            And so if I can provide you with tools, if

02:49:23 22   I can give you an STK or I can provide you with an

02:49:28 23   API that allows your technology to work so much

02:49:30 24   better that you could do this, you should want to

02:49:33 25   come talk to me.

216

02:49:34 1   BY MS. GUERRIER:

02:49:35 2       Q.   So your testimony is this was not about

02:49:36 3   doubling the volume of XRP on the exchanges.  Is

02:49:39 4   that what you're saying right now?

02:49:41 5           MS. ZORNBERG:  Object to form and

02:49:43 6   misstates the testimony.

02:49:44 7           THE WITNESS:  This is me trying to say

02:49:46 8   that we are aligned in our incentives of trying to

02:49:52 9   drive liquidity and trying to drive utility, and we

02:49:56 10  have teams of people looking to help you accomplish

02:49:58 11  that.

02:50:01 12  BY MS. GUERRIER:

02:50:01 13      Q.   Okay.  If you go down to the sentence

02:50:03 14  after "we'd love to hear from your thoughts," your

02:50:06 15  first statement, can you read that, please, into the

02:50:08 16  record.

02:50:09 17      A.   Sure.  This is on the "we'd love to hear

02:50:13 18  from your thoughts on"?

02:50:14 19      Q.   Yes.

02:50:14 20      A.   "How exchanges think about XRP and

02:50:17 21  increasing trading volume."

02:50:19 22      Q.   Okay.  If you stop there, please.

02:50:21 23      A.   Yeah.

02:50:22 24      Q.   So why did you want to know how exchanges

02:50:25 25  think about XRP and increasing trading volume?

217

02:50:33   1        A.    So we're trying to build a platform and

02:50:35   2    technologies that work with entities like digital

02:50:38   3    asset exchanges.  Their primary business is trading

02:50:42   4    volume.  And so the number one business of sales is

02:50:48   5    understand your customer.

02:50:51   6             And so I want to understand what that --

02:50:56   7    what those developers -- how they're thinking about

02:50:59   8    making their business grow.  'Cause if I can provide

02:51:03   9    them with tools, if I can provide them with STKs in

02:51:07  10    software that helps their business grow, it's very

02:51:09  11    good for them.

02:51:11  12        Q.    Weren't you concerned here about

02:51:13  13    increasing the trading volume for XRP for Ripple?

02:51:18  14             MS. ZORNBERG:  Object to form and

02:51:20  15    misstates the testimony.

02:51:27  16             THE WITNESS:  No.  Why would I be

02:51:28  17    concerned about increasing trading volume for

02:51:31  18    Ripple?  I'm not sure I understand that.

02:51:32  19    BY MS. GUERRIER:

02:51:33  20        Q.    Well, your next sentence, if you want to

02:51:35  21    read it into the record.

02:51:37  22        A.    Yes.

02:51:38  23                  "What can we be doing and

02:51:39  24                  building to help increase trading

02:51:41  25                  volume."

218

02:51:42  1      Q.   Okay.  So what do you mean by what could

02:51:44  2   you -- could be doing to help increase trading

02:51:46  3   volume?

02:51:49  4      A.   So this is about the activities that we're

02:51:51  5   taking on Xpring, which is building an ecosystem,

02:51:55  6   investing in companies, partnering with companies,

02:51:58  7   writing code, releasing open-source software that

02:52:01  8   enables XRP and, arguably, we worked across all

02:52:06  9   other currencies, to help use cryptocurrency to

02:52:11  10  achieve their objectives.

02:52:12  11     Q.   That's not -- sorry.

02:52:13  12     A.   So that was what I was doing and what I

02:52:15  13  was building.  And I want to understand how the

02:52:17  14  things that I was doing and building or other ways

02:52:19  15  in which I could build or do that would help achieve

02:52:23  16  this individual who I'm writing this email to, help

02:52:25  17  them achieve their business objectives.

02:52:28  18     Q.   So why are you focusing on the XRP trading

02:52:31  19  volume as opposed to the example that you just gave

02:52:36  20  here about building the ecosystem in your email?

02:52:41  21          MS. ZORNBERG:  Objection.  Misreads the

02:52:43  22  document.  Misstates prior testimony.

02:52:47  23          THE WITNESS:  This is an email to the CEO

02:52:48  24  of a digital asset exchange.

          25  / /

                                                        219

```
02:52:50  1   BY MS. GUERRIER:
02:52:50  2        Q.   I understand.
02:52:51  3        A.   Digital asset exchanges make money based
02:52:54  4   on trading volume.
02:52:56  5        Q.   Okay.  But -- sorry.
02:53:00  6        A.   So I want to understand how we can help
02:53:03  7   their business grow.
02:53:05  8        Q.   Well, why would you care about how their
02:53:07  9   business grow if you're on the other side working
02:53:10  10  for Ripple?
02:53:12  11             MS. ZORNBERG:  Object to form.
02:53:13  12             THE WITNESS:  Sorry, we were partners with
02:53:15  13  exchanges.  We were not competitive with them.
02:53:18  14  BY MS. GUERRIER:
02:53:19  15       Q.   But why -- wouldn't you be interested in
02:53:21  16  what Ripple can do on the exchanges for its XRP as
02:53:25  17  opposed to what the exchanges were doing?
02:53:29  18             MS. ZORNBERG:  Object to form.
02:53:31  19             THE WITNESS:  First of all, I had nothing
02:53:32  20  to do with what Ripple did with their XRP.  Second
02:53:35  21  of all, Ripple's XRP was a drop in the bucket
02:53:41  22  compared to what was going on on digital asset
02:53:44  23  exchanges.  There is way more volume on an exchange
02:53:47  24  than anything that Ripple was doing.  They're not
02:53:50  25  making money off of Ripple selling XRP.
```

                                                            220

02:53:53  1   BY MS. GUERRIER:

02:53:54  2        Q.   But then you refer to doubling the daily

02:53:56  3   trading volume of XRP in your email.

02:54:01  4             MS. ZORNBERG:   Object to form.   There's a

02:54:03  5   continual misstating of the document, the prior

02:54:06  6   testimony.   I really do feel -- 30 minutes on this

02:54:09  7   that I feel counsel is badgering the witness right

02:54:14  8   now.

02:54:15  9             THE WITNESS:   I'll answer one clarifying

02:54:17 10   thing, that this daily trading volume of XRP, you

02:54:22 11   should not read the word "Ripple" before that.   That

02:54:24 12   is not Ripple's XRP.   That is XRP traded on the

02:54:29 13   dozens of digital asset exchanges all over the

02:54:32 14   planet.   This has nothing to do with Ripple's XRP.

02:54:34 15   This is just XRP liquidity in the marketplace.

02:54:38 16             As we spoke, there are millions of dollars

02:54:42 17   of cryptocurrencies being traded that has nothing to

02:54:45 18   do with Ripple or any other corporation.

02:54:48 19   BY MS. GUERRIER:

02:54:48 20        Q.   So in the email, why do you use the word

02:54:50 21   "we want" -- the words "we want to double the daily

02:54:53 22   trading volume"?   So why do you want to double the

02:54:57 23   daily trading volume of XRP if you're talking about

02:54:59 24   XRP in general?

02:55:01 25        A.   So --

                                                          221

02:55:02  1           MS. ZORNBERG:  Objection.  Object to form.

02:55:03  2           THE WITNESS:  -- we, in this case, is

02:55:05  3  definitely team Xpring trying to build an ecosystem

02:55:08  4  of companies that are using XRP.  And we measure the

02:55:14  5  utility.  One of the ways which we measure the

02:55:16  6  utility was through liquidity.  General liquidity.

02:55:22  7  Not our liquidity.  We never bought and sold any XRP

02:55:25  8  through Xpring.

02:55:26  9  BY MS. GUERRIER:

02:55:28 10      Q.  But your developers, did they buy -- did

02:55:30 11  they sell their XRP through Xpring?

02:55:33 12      A.  I think we covered this.  Should we go

02:55:35 13  back to it?

02:55:36 14           MS. ZORNBERG:  I would like to take a

02:55:38 15  break.

02:55:38 16           MS. GUERRIER:  Once he answers the

02:55:39 17  question.

02:55:40 18           MS. ZORNBERG:  I'm sorry, what's the

02:55:41 19  question, I didn't hear the question.

02:55:42 20           (Record read by the reporter

02:55:42 21           as follows:

02:55:55 22           "QUESTION:  But your

02:55:55 23           developers, did they buy -- did

02:55:55 24           they sell their XRP through

02:55:55 25           Xpring?")

                                                              222

02:55:56   1                MS. ZORNBERG:  Yeah.

02:55:57   2                THE WITNESS:  Sorry.

02:55:58   3                MS. ZORNBERG:  Object to form.  Asked and

02:55:58   4    answered.

02:56:01   5                THE WITNESS:  I actually think this was a

02:56:02   6    different question.  When you say "their XRP," what

02:56:04   7    XRP are you referring to?

02:56:05   8    BY MS. GUERRIER:

02:56:06   9        Q.   The developers that received the XRP from

02:56:08  10    Ripple?

02:56:09  11        A.   So you're talking about XRP received from

02:56:12  12    Xpring?

02:56:13  13        Q.   Yes.

02:56:14  14        A.   So I don't have a specific knowledge -- I

02:56:15  15    believe I stated this -- as to what they did with

02:56:19  16    their XRP.  I was aware that they were liquidating

02:56:21  17    some of their XRP.

02:56:23  18                MS. ZORNBERG:  Okay.  Can we take a break?

02:56:24  19                MS. GUERRIER:  Sure.

02:56:25  20                THE VIDEOGRAPHER:  Okay.  Off the record

02:56:26  21    at 2:56 p.m.

02:56:28  22                  (Whereupon, a recess was taken.)

03:10:40  23                THE VIDEOGRAPHER:  This is the beginning

03:10:41  24    of file number 5.  We're back on the record at

03:10:43  25    3:10 p.m.

                                                                   223

| | | |
|---|---|---|
| 03:10:46 | 1 | MS. GUERRIER:  I'm handing you an unmarked |
| 03:10:48 | 2 | exhibit.  I think it's number 9.  9. |
| 03:10:57 | 3 | (Whereupon, Deposition Exhibit EB-9 |
| 03:10:57 | 4 | was marked for identification.) |
| 03:10:58 | 5 | BY MS. GUERRIER: |
| 03:11:00 | 6 | Q.   This is document 1071027. |
| 03:11:36 | 7 | A.   Okay. |
| 03:11:37 | 8 | Q.   Have you had a chance to review the |
| 03:11:38 | 9 | document? |
| 03:11:40 | 10 | A.   I have. |
| 03:11:41 | 11 | Q.   Do you recognize the document marked |
| 03:11:42 | 12 | 1071027? |
| 03:11:45 | 13 | A.   Yes. |
| 03:11:46 | 14 | Q.   What is this document? |
| 03:11:47 | 15 | A.   It looks like notes from my notebook. |
| 03:11:50 | 16 | Q.   Okay.  And can you tell me what your notes |
| 03:11:53 | 17 | are about? |
| 03:11:55 | 18 | MS. ZORNBERG:  Object to form. |
| 03:11:58 | 19 | THE WITNESS:  The left looks like a list |
| 03:11:59 | 20 | of people of whom I'm not sure I know all the people |
| 03:12:06 | 21 | on it.  But ████████ probably refers to ████████, |
| 03:12:13 | 22 | ████ was on my team.  I'm not 100 percent sure who |
| 03:12:16 | 23 | ████ is.  And then the right looks like some notes |
| 03:12:22 | 24 | around stewardship. |
| | 25 | / / |

224

```
03:12:24   1   BY MS. GUERRIER:
03:12:25   2        Q.    Who is ██████ -- I'm sorry, what is the
03:12:26   3   first name on the left hand?
03:12:28   4        A.    I -- ████████, I believe that says.
03:12:31   5   Sorry, my handwriting is atrocious.
03:12:34   6        Q.    And who is ████████?
03:12:36   7        A.    I don't know.  I don't remember.
03:12:39   8        Q.    Okay.  So under "Stewardship" -- what is
03:12:41   9   the purpose of this list you have under
03:12:47  10   "Stewardship"?
03:12:49  11             MS. ZORNBERG:  Object to form.
03:12:49  12             THE WITNESS:  I don't know specifically.
03:12:57  13   BY MS. GUERRIER:
03:12:58  14        Q.    Okay.  Do you know what you meant by
03:13:00  15   "volatility hedging"?  Did I read that correctly, on
03:13:04  16   the right-hand side?
03:13:05  17        A.    Looks like hedging.
03:13:08  18             MS. ZORNBERG:  Objection.  Lack of
03:13:09  19   foundation.
03:13:13  20             THE WITNESS:  I mean, I would think --
03:13:14  21   generally, I think this goes back to an email you
03:13:17  22   showed me earlier, from before I was working at
03:13:22  23   Ripple, speaking around stewardship of XRP.
03:13:25  24   BY MS. GUERRIER:
03:13:26  25        Q.    Do you recall when you wrote this
```

225

03:13:28   1   document?

03:13:29   2        A.   I do not.

03:13:30   3        Q.   Okay.  So from the line on the right hand

03:13:37   4   under "Stewardship," the statement before the last,

03:13:40   5   can you read that into the record?

03:13:42   6        A.   "Ripple not acting against speculators."

03:13:47   7        Q.   What do you mean by that statement?

03:13:50   8             MS. ZORNBERG:  Objection.  Lack of

03:13:50   9   foundation.

03:13:54   10            THE WITNESS:  I am not sure.

03:13:56   11   BY MS. GUERRIER:

03:13:58   12       Q.   Did you have a reason to believe that

03:13:59   13   Ripple was not acting against speculators?

03:14:05   14            MS. ZORNBERG:  Object to form.

03:14:09   15            THE WITNESS:  I'm not -- sorry.  Your

03:14:16   16   question is did I have reason to believe that Ripple

03:14:19   17   was not acting against speculators.

03:14:26   18            I don't know.  Depends on how -- I

03:14:30   19   understand the words in your question but I'm

03:14:33   20   struggling with the negative, positive, did I have a

03:14:36   21   reason to believe that Ripple was not acting against

03:14:39   22   speculators.

03:14:40   23   BY MS. GUERRIER:

03:14:41   24       Q.   Okay.  Why did you include this statement,

03:14:42   25   Ripple was not acting against speculators, in this

03:14:46  1   document?

03:14:47  2            MS. ZORNBERG:  Objection.  Lack of

03:14:48  3   foundation.

03:14:58  4            THE WITNESS:  I don't know.

03:15:01  5   BY MS. GUERRIER:

03:15:02  6       Q.   And what do you mean here by "stewardship"

03:15:04  7   on this document?

03:15:07  8            MS. ZORNBERG:  Objection.  Lack of

03:15:08  9   foundation.

03:15:14  10            THE WITNESS:  I don't know specifically.

03:15:16  11   As I said, I think this is probably around XRP

03:15:18  12   stewardship.

03:15:20  13   BY MS. GUERRIER:

03:15:20  14       Q.   Okay.  Were you involved with marketing at

03:15:34  15   Xpring?

03:15:35  16            MS. ZORNBERG:  Object to form.

03:15:42  17            THE WITNESS:  Yes, to some extent.

03:15:44  18   BY MS. GUERRIER:

03:15:44  19       Q.   What was your involvement with marketing

03:15:47  20   when you worked for Xpring?

03:15:50  21       A.   So my involvement with marketing -- and

03:15:55  22   this may be the same thing, depending on how you

03:15:59  23   think about a company is -- we've discussed variety

03:16:01  24   of press releases or outreach to doing PR.  So to

03:16:07  25   the extent that activities we were taking on Xpring

                                                          227

| | | |
|---|---|---|
| 03:16:10 | 1 | were public, I would, at times, work with the |
| 03:16:15 | 2 | marketing team to stay in sync with them. |
| 03:16:19 | 3 | Q.   Okay.  So did you review press releases |
| 03:16:22 | 4 | that were prepared by the marketing team? |
| 03:16:27 | 5 | A.   For team Xpring, yes.  Not for the broader |
| 03:16:29 | 6 | Ripple. |
| 03:16:33 | 7 | Q.   Okay.  Were the -- were Ripple components |
| 03:16:36 | 8 | included in any broad Xpring marketing -- Xpring |
| 03:16:39 | 9 | meaning Ripple marketing? |
| 03:16:41 | 10 | MS. ZORNBERG:  Object to form. |
| 03:16:42 | 11 | MS. GUERRIER:  I'll rephrase the question. |
| 03:16:44 | 12 | BY MS. GUERRIER: |
| 03:16:46 | 13 | Q.   Were Ripple-related issues included in any |
| 03:16:52 | 14 | Xpring marketing? |
| 03:16:55 | 15 | MS. ZORNBERG:  Object to form. |
| 03:16:56 | 16 | THE WITNESS:  So we didn't shy away from |
| 03:16:59 | 17 | the fact that Xpring was part -- was an initiative |
| 03:17:02 | 18 | taking part within Ripple.  So in many ways, the |
| 03:17:06 | 19 | short answer is yes, 'cause they were one and the |
| 03:17:08 | 20 | same. |
| 03:17:09 | 21 | BY MS. GUERRIER: |
| 03:17:09 | 22 | Q.   Okay.  Did you -- did you prepare any |
| 03:17:14 | 23 | marketing reports for Xpring? |
| 03:17:19 | 24 | A.   I don't think so. |
| 03:17:23 | 25 | Q.   Okay.  Do you know if Ripple prepared any |

228

03:17:25  1    marketing reports when you worked there?

03:17:29  2              MS. ZORNBERG:  Object to form.

03:17:31  3              THE WITNESS:  Can you be more -- what do

03:17:32  4    you mean by "marketing reports"?

03:17:34  5    BY MS. GUERRIER:

03:17:35  6         Q.   Well, did Ripple prepare any sort of

03:17:37  7    documents that involved marketing reports?

03:17:41  8              MS. ZORNBERG:  Object to form.

03:17:42  9              THE WITNESS:  So Ripple did a lot of

03:17:44 10    marketing communication.  We have websites.  I'm

03:17:48 11    sure we had written materials.

03:17:50 12    BY MS. GUERRIER:

03:17:51 13         Q.   Were there any materials regarding sales

03:17:53 14    of XRP?

03:17:55 15         A.   I don't know.

03:17:57 16         Q.   Now, did Xpring have any materials

03:18:01 17    regarding sales of XRP for marketing?

03:18:04 18              MS. ZORNBERG:  Object to form.

03:18:05 19              THE WITNESS:  Sorry, I think I understand

03:18:06 20    the question you're asking, which I -- when you

03:18:10 21    asked sales, I didn't understand.  Ripple prepared,

03:18:14 22    I assume still does, a quarterly document called the

03:18:18 23    XRP markets report, which talks about the XRP

03:18:24 24    markets.

         25    / /

                                                              229

03:18:26  1    BY MS. GUERRIER:

03:18:27  2        Q.   Okay.  Did Xpring have any involvement in

03:18:30  3    this quarterly XRP market reports in the preparation

03:18:33  4    of it?

03:18:34  5        A.   Yes.

03:18:35  6        Q.   Did you help in the preparation of the

03:18:38  7    quarterly marketing report?

03:18:40  8        A.   Yes.

03:18:40  9        Q.   What specifically did you do?

03:18:42  10       A.   I would help contribute the activities of

03:18:47  11   both Xpring as well as our developer ecosystem, help

03:18:53  12   contribute highlights to that document.

03:18:57  13       Q.   Okay.  Did you work with an individual

03:18:59  14   named Monica Long?

03:19:01  15       A.   I did.

03:19:02  16       Q.   When did you work with Monica Long?

03:19:05  17       A.   For my entire tenure at Ripple.

03:19:08  18       Q.   Okay.  In what capacity did you work with

03:19:13  19   Monica Long?

03:19:14  20       A.   Monica Long was a peer of mine.  She was,

03:19:19  21   I believe, the SVP of marketing for I think the

03:19:22  22   entire time that I was at Ripple.

03:19:24  23       Q.   Did you report to Monica Long?

03:19:26  24       A.   I did not.

03:19:26  25       Q.   You didn't.

                                                                230

```
03:19:27   1            So did -- what sort of projects did you
03:19:48   2   work with Monica Long?
03:19:50   3            MS. ZORNBERG:  Objection.  Lack of
03:19:51   4   foundation.
03:19:53   5            THE WITNESS:  So Monica managed the
03:19:56   6   marketing team and possibly the communication team.
03:20:02   7   I sometimes got them confused.  So to your prior
03:20:07   8   question around marketing activities that we took,
03:20:10   9   it would be with members of her team.
03:20:12  10   BY MS. GUERRIER:
03:20:12  11       Q.   Okay.  Were there any conflicts between
03:20:14  12   you and Monica Long in your working with her?
03:20:16  13       A.   No.  Monica is great.
03:20:22  14            MS. GUERRIER:  Let me hand you what's been
03:20:23  15   marked EB-40.
03:20:25  16            (Whereupon, Deposition Exhibit EB-40
03:20:25  17             was marked for identification.)
03:20:38  18            THE WITNESS:  Okay.
03:20:38  19   BY MS. GUERRIER:
03:22:54  20       Q.   So did there come a time when you worked
03:22:57  21   at Xpring where Monica Long was placed in charge of
03:23:01  22   Xpring?
03:23:02  23       A.   No.
03:23:04  24       Q.   Did you have to share your
03:23:06  25   responsibilities with Monica Long at any time when
```

                                                                    231

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
03:23:09  1    you worked at Xpring?

03:23:11  2               MS. ZORNBERG:  Object to form.

03:23:13  3               THE WITNESS:  No.

03:23:15  4    BY MS. GUERRIER:

03:23:16  5        Q.   Okay.  Did you have a disagreement with

03:23:18  6    Monica Long about what her responsibilities were

03:23:21  7    with respect to Xpring?

03:23:30  8        A.   I don't know if I would characterize it as

03:23:32  9    a disagreement.  I would say we may not have agreed.

03:23:35 10        Q.   Okay.  And what did you not agree on?

03:23:44 11        A.   I think if I was to characterize it, I

03:23:46 12    would say I didn't agree with the amount of input

03:23:50 13    that Monica and her marketing team should have on

03:23:55 14    our activities on Xpring.

03:23:58 15        Q.   So what sort of input are you referring

03:24:00 16    to?

03:24:03 17        A.   So I think some of the things that she

03:24:07 18    laid out on I guess page 2 of this document around

03:24:12 19    brand, design, PR, events and the likes.

03:24:18 20        Q.   Okay.  So why didn't you agree with her

03:24:24 21    input on some of those items that you just

03:24:26 22    described?

03:24:32 23        A.   So I touch on some of this in my email to

03:24:37 24    Brad.  I felt as though the team we were building

03:24:42 25    and the culture of the team that we were trying to
```

232

```
03:24:47  1   build and the nature of our constituents on Xpring
03:24:56  2   was different than the rest of Ripple.  And I was
03:25:06  3   concerned that the input would negatively impact our
03:25:12  4   speed, our ability to recruit great people on the
03:25:15  5   team, and ultimately our ability to have an impact.
03:25:18  6        Q.   Did you have any understanding with Ripple
03:25:21  7   that you would have your own autonomy on Xpring?
03:25:24  8             MS. ZORNBERG:  Object to form.
03:25:27  9             Did you say your own economy?
03:25:32 10             MS. GUERRIER:  Autonomy.
03:25:33 11             MS. ZORNBERG:  Autonomy.  Thank you.
03:25:35 12   Still object to form.
03:25:41 13             THE WITNESS:  I would say that there was a
03:25:46 14   general understanding between Brad and I that team
03:25:50 15   Xpring would be relatively independent.
03:25:54 16   BY MS. GUERRIER:
03:25:55 17        Q.   Okay.  And so did Mr. Garlinghouse have
03:25:57 18   the same view as you that Xpring would be relatively
03:26:02 19   independent?
03:26:07 20        A.   I would say that -- that his view probably
03:26:14 21   changed over time, like generally yes, but not
03:26:17 22   always.
03:26:17 23        Q.   Was there a reason why his view changed
03:26:20 24   about you having more autonomy with Xpring?
03:26:24 25             MS. ZORNBERG:  Object to form.
```

233

```
03:26:25  1            THE WITNESS:  I don't know.
03:26:28  2  BY MS. GUERRIER:
03:26:29  3       Q.   So in your email on the first page, it's
03:26:31  4  from you on August 30th, 2019, to
03:26:37  5  Brad Garlinghouse.  And the subject is
03:26:38  6  "Xpring/Marketing delineation straw man."
03:26:43  7            If you look at the third paragraph, are
03:26:51  8  you, in this paragraph, basically stating that you
03:26:53  9  did not want to work jointly with Monica Long?
03:27:00 10            MS. ZORNBERG:  Object to form.
03:27:01 11            You can answer.
03:27:05 12            THE WITNESS:  I think this paragraph in
03:27:09 13  this document is me trying to fight for as much
03:27:12 14  independence as I could get.
03:27:14 15  BY MS. GUERRIER:
03:27:14 16       Q.   And did you receive a response from
03:27:15 17  Mr. Garlinghouse about you fighting for -- as much
03:27:21 18  independence as you could?
03:27:24 19            MS. ZORNBERG:  Object to form.
03:27:25 20            THE WITNESS:  I'm sure we spoke about it,
03:27:27 21  but I don't believe there was very specific
03:27:34 22  delineated outcomes.
03:27:36 23  BY MS. GUERRIER:
03:27:36 24       Q.   Okay.  So ultimately, were you and
03:27:41 25  Ms. Long able to work together on your projects?
```

234

```
03:27:46   1              MS. ZORNBERG:  Object to form.
03:27:47   2              THE WITNESS:  Monica and I always worked
03:27:50   3   super well together.
03:27:51   4   BY MS. GUERRIER:
03:27:52   5        Q.   Okay.  Now, when did you leave Xpring?
03:28:00   6        A.   October 2020, I believe.
03:28:02   7        Q.   Why did you leave the company?
03:28:06   8        A.   I wanted to go work on a new start-up.
03:28:10   9        Q.   Okay.  Did you become disenchanted at all
03:28:14  10   with your work at Xpring?
03:28:17  11              MS. ZORNBERG:  Object to form.
03:28:18  12              THE WITNESS:  No.  I loved my team.
03:28:24  13   BY MS. GUERRIER:
03:28:26  14        Q.   Okay.  Was Xpring successful when you left
03:28:29  15   the company?
03:28:39  16        A.   Xpring had -- we had some things that we
03:28:42  17   were successful at and some things that we weren't
03:28:46  18   successful at and some things that were middle of
03:28:49  19   the road.
03:28:54  20        Q.   Was Mr. Garlinghouse satisfied with your
03:28:57  21   work at Xpring?
03:28:59  22              MS. ZORNBERG:  Object to form.
03:29:01  23              THE WITNESS:  I don't know.  I'd -- I'd
03:29:03  24   like to think so.
          25   / /
```

235

03:29:04  1  BY MS. GUERRIER:

03:29:04  2       Q.   Well, did you have reviews of your

03:29:06  3  performance at Xpring?

03:29:08  4       A.   Yes.

03:29:11  5       Q.   And when did you have your last review at

03:29:14  6  Xpring?

03:29:18  7       A.   I don't recall.

03:29:18  8       Q.   Okay.  So did you leave the company in

03:29:25  9  good terms?

03:29:26 10       A.   Yes.

03:29:35 11            MS. GUERRIER:  Let me hand you what's been

03:29:36 12  premarked Exhibit 47.

03:29:37 13            (Whereupon, Deposition Exhibit EB-47

03:29:38 14             was marked for identification.)

03:30:07 15            THE WITNESS:  Okay.

03:31:27 16  BY MS. GUERRIER:

03:31:27 17       Q.   Okay.  So this is an email from you dated

03:31:31 18  February 9, 2020, to Mr. Garlinghouse.  And it's

03:31:34 19  titled "Xpring escalations."

03:31:38 20            So can you just tell me generally, what is

03:31:40 21  the purpose of this email?

03:31:45 22       A.   The purpose of this email is to express

03:31:48 23  some frustrations with how team Xpring was

03:31:53 24  interacting with the rest of the broader Ripple

03:31:55 25  organization.

236

03:31:56  1      Q.   Okay.  So what were some of your
03:31:58  2  frustrations at the time of this email?
03:32:01  3      A.   Some of the frustrations were around
03:32:04  4  recruiting.  Some of them were around budgeting.
03:32:14  5  Those are kind of the specifics, I think.
03:32:16  6      Q.   So was Xpring provided the funds that it
03:32:19  7  needed to operate around the time that you wrote
03:32:21  8  this email?
03:32:23  9           MS. ZORNBERG:  Object to form.
03:32:32 10           THE WITNESS:  What do you mean when you
03:32:33 11  say "needed to operate"?
03:32:37 12  BY MS. GUERRIER:
03:32:37 13      Q.   Okay.  Well, if you go down to your email,
03:32:40 14  the second-to-last paragraph, can you explain what
03:32:48 15  you meant in this point that you made regarding
03:32:55 16  funding, basically?
03:32:57 17           MS. ZORNBERG:  Is that the paragraph that
03:32:58 18  starts, "As a point of comparison"?
03:33:01 19           MS. GUERRIER:  Yes.
03:33:02 20           THE WITNESS:  So this paragraph is me
03:33:07 21  making the case to my manager that we should be
03:33:13 22  spending more money rather than less on the efforts
03:33:17 23  of team Xpring.
03:33:19 24  BY MS. GUERRIER:
03:33:19 25      Q.   Okay.  So was there a time when your

                                                         237

03:33:22   1    funding was reduced for Xpring?

03:33:34   2        A.   That's a good question.

03:33:44   3             I think the best way to characterize it

03:33:47   4    would be to say that Xpring started small and

03:33:53   5    relatively casual, and as it became larger, became

03:33:59   6    more formalized.  And so it was more of budgets

03:34:04   7    being placed on Xpring where, previously, it had

03:34:08   8    been more ambiguous and vague.

03:34:11   9        Q.   Okay.  So when you say Xpring started

03:34:14  10    casual, do you mean in terms of financing or just in

03:34:18  11    the structure of the -- of Xpring itself?

03:34:25  12        A.   In terms of financing, Xpring started as

03:34:28  13    three people.  So it was -- there wasn't a lot of

03:34:38  14    resources, per se, invested on it.

03:34:43  15        Q.   But when it started, Ripple did invest a

03:34:46  16    large amount of funds into Xpring.  Is that an

03:34:49  17    accurate statement?

03:34:50  18             MS. ZORNBERG:  Object to form.

03:34:55  19             THE WITNESS:  Yes.

03:34:56  20    BY MS. GUERRIER:

03:34:56  21        Q.   Okay.  So by the time you wrote this

03:34:57  22    email, in February 2020, did you feel that Xpring

03:35:05  23    was not receiving the funds that it needed from

03:35:10  24    Ripple?

03:35:12  25        A.   I felt that Xpring was an important part

                                                                    238

```
03:35:16   1    of our strategy and deserved more resources.
03:35:26   2         Q.   If you flip the page to the last --
03:35:28   3    next-to-last paragraph, and you talk about Xpring
03:35:38   4    not reaching its -- near its full potential, can you
03:35:42   5    explain what you meant here, please?
03:35:50   6         A.   By that word or by this paragraph?
03:35:52   7         Q.   By the -- by the statement in this
03:35:54   8    paragraph.
03:35:54   9              MS. ZORNBERG:   The full paragraph?
03:35:56  10              MS. GUERRIER:   Yes.
03:36:16  11              THE WITNESS:   So I would say this
03:36:17  12    paragraph is making the case that Xpring will be
03:36:24  13    more effective at reaching an -- its objectives as a
03:36:30  14    standalone entity than as a business unit inside of
03:36:37  15    a large organization like Ripple.
03:36:39  16    BY MS. GUERRIER:
03:36:41  17         Q.   Okay.   Was -- were there any
03:36:43  18    dissatisfactions on how Xpring was operating around
03:36:46  19    the time that you wrote this email in February of
03:36:50  20    2020?
03:36:54  21              MS. ZORNBERG:   Object to form.
03:36:55  22              THE WITNESS:   Dissatisfactions from whom?
03:36:56  23    BY MS. GUERRIER:
03:36:57  24         Q.   From your boss, Mr. Garlinghouse.
03:37:00  25              MS. ZORNBERG:   Object to form.
```

239

```
03:37:01  1            THE WITNESS:  So the challenges that team
03:37:08  2    Xpring had with other departments, such as
03:37:11  3    recruiting or finance or marketing, all ultimately
03:37:16  4    would roll up to Brad, because each one of those
03:37:19  5    functions rolled up to him as leader.  So certainly,
03:37:28  6    he would witness them and we would talk about them
03:37:35  7    to try to actually make for a smoothly operating
03:37:40  8    organization.
03:37:40  9    BY MS. GUERRIER:
03:37:40  10        Q.   Was the company dissatisfied with your
03:37:43  11   work as SVP of Xpring?
03:37:46  12        A.   I don't think --
03:37:47  13            MS. ZORNBERG:  Object to form.
03:37:48  14            You can answer.
03:37:48  15            THE WITNESS:  Sorry.
03:37:51  16            I don't think so.
03:37:52  17            MS. GUERRIER:  Let me hand you this
03:37:54  18   document marked -- premarked EB-48.
03:37:56  19               (Whereupon, Deposition Exhibit EB-48
03:37:57  20               was marked for identification.)
03:38:48  21            THE WITNESS:  Okay.
03:38:48  22   BY MS. GUERRIER:
03:40:55  23        Q.   All right.  So this is an exhibit, an
03:40:59  24   email from █████████████ dated April 9th,
03:41:07  25   2020, to you, copying ████████ and ████████
```

240

| | | |
|---|---|---|
| 03:41:10 | 1 | ██████.   And the subject is "Xpring is a |
| 03:41:13 | 2 | disaster...community abandonment." |
| 03:41:17 | 3 | Have you seen this email before? |
| 03:41:22 | 4 | A.   I've been on this -- like, I'm on the |
| 03:41:24 | 5 | thread, so yes. |
| 03:41:27 | 6 | Q.   Okay.  So can you just generally explain |
| 03:41:31 | 7 | what this email thread is about? |
| 03:41:38 | 8 | A.   So it's worth noting it appears to be an |
| 03:41:44 | 9 | incomplete thread, at least the last email says |
| 03:41:46 | 10 | "thanks for your email," which makes me a little |
| 03:41:54 | 11 | cautious to jump into the middle of the thread. |
| 03:41:59 | 12 | Q.   What email thread are you referring to? |
| 03:42:01 | 13 | A.   So the last email, the oldest email in |
| 03:42:03 | 14 | this from Brad Garlinghouse, Saturday, |
| 03:42:05 | 15 | April 4th -- |
| 03:42:07 | 16 | Q.   Right. |
| 03:42:07 | 17 | A.   -- says "thanks for your email." |
| 03:42:09 | 18 | Q.   Okay. |
| 03:42:10 | 19 | A.   So -- |
| 03:42:11 | 20 | Q.   Were you on this string of emails? |
| 03:42:16 | 21 | MS. ZORNBERG:  Yeah, objection.  I think |
| 03:42:18 | 22 | the witness is expressing a concern that it's an |
| 03:42:21 | 23 | incomplete thread. |
| 03:42:23 | 24 | THE WITNESS:  I was on this -- this email |
| 03:42:27 | 25 | where ██████ wrote to me: |

241

```
03:42:28   1              "He didn't say much.  Brought
03:42:30   2              up his identity solution and how we
03:42:32   3              weren't interested in that."
03:42:34   4         And I was on the next one since I wrote --
03:42:35   5    I wrote:
03:42:35   6              "What was his feedback on
03:42:37   7              PayID?"
03:42:39   8         MS. ZORNBERG:  For example.  Can you make
03:42:39   9    any representation, Ms. Guerrier, about whether you
03:42:42  10    have the original thread to which Brad Garlinghouse
03:42:45  11    responded on April 4, 2020, which was the Xpring is
03:42:50  12    a disaster email?
03:42:52  13         MS. GUERRIER:  I cannot.  I can only
03:42:54  14    provide the emails that were produced.  This is what
03:42:56  15    we have.
03:42:56  16    BY MS. GUERRIER:
03:42:56  17         Q.   So I'm going to focus on your answer --
03:43:00  18         A.   Okay.
03:43:01  19         Q.   -- to this email.
03:43:05  20              So were you aware of discussions of Xpring
03:43:07  21    being a disaster around April of 2020?
03:43:13  22         MS. ZORNBERG:  Okay.  Object to form.  And
03:43:15  23    object to him being asked about Xpring is a disaster
03:43:19  24    without providing the actual original email to which
03:43:21  25    this chain responds.
```

                                                          242

03:43:29  1          THE WITNESS:  I was aware of an email

03:43:30  2  from, I believe, a ███████████████ with that

03:43:35  3  subject.

03:43:36  4  BY MS. GUERRIER:

03:43:37  5      Q.   Okay.  Do you know who ████████████████

03:43:39  6  is?

03:43:40  7      A.   Yes.

03:43:42  8      Q.   Okay.  And do you know why he was speaking

03:43:47  9  of Xpring as being a disaster?

03:43:56 10          MS. ZORNBERG:  So standing objection that

03:43:58 11  ████████████ email, the one that's being discussed

03:44:00 12  now, is not -- has not been provided to the witness.

03:44:03 13          If you have a recollection that allows to

03:44:06 14  you answer, please answer, Mr. Beard.  If you can't

03:44:08 15  answer without that underlying email, then you

03:44:11 16  should indicate that.

03:44:17 17          THE WITNESS:  I would say generally, it

03:44:20 18  looks as though ████████████ did not agree with some

03:44:23 19  of what we were doing on Xpring.

03:44:25 20  BY MS. GUERRIER:

03:44:26 21      Q.   So, for example, being -- funding a small

03:44:29 22  amount of start-ups, is that an accurate

03:44:34 23  representation of what some of his objections were?

03:44:40 24          MS. ZORNBERG:  Objection.

03:44:50 25          THE WITNESS:  According -- I hesitate to

                                                              243

03:44:52  1  say that.  According to ███████ email about a
03:44:56  2  conversation he had with ██████████, that appears
03:45:00  3  to be a topic.  But that is not --███████████
03:45:06  4  words aren't here.
03:45:07  5  BY MS. GUERRIER:
03:45:07  6      Q.   Okay.  Well -- and if you look at the
03:45:08  7  first page, you responded on April 9, 2020, you
03:45:11  8  asked:
03:45:11  9              "What was his feedback on
03:45:13 10          PayID?"
03:45:14 11      A.   Yeah.
03:45:14 12      Q.   What were you referring to here?
03:45:18 13      A.   So PayID -- oops, sorry.  Is that all
03:45:29 14  right?  Okay.
03:45:31 15          PayID was an open source standard for,
03:45:37 16  I'll say, a name space and addressing for making
03:45:44 17  payments that works across any payment network, any
03:45:50 18  ledger, whether blockchain or not blockchain.  It
03:45:56 19  was an effort that we had invested and worked with
03:45:58 20  the community on creating this open standard and
03:46:03 21  launching it out to a variety of different start-ups
03:46:05 22  to help them solve a real pain point, which was both
03:46:08 23  a pain point around addressing and sending payments.
03:46:11 24  Also around things like KYC, know your customer, and
03:46:15 25  other regulatory issues.

244

```
03:46:17  1              PayID was built to help developers, free,
03:46:21  2   anywhere, open source, to actually use that
03:46:24  3   technology to address those problems.  It was
03:46:26  4   something that, at this time, we were very much
03:46:30  5   focused on trying to gain adoption on.  And so I was
03:46:34  6   interested to hear from the team that spoke to
03:46:37  7   Mr. Holland about his opinion on PayID.
03:46:40  8       Q.   Did you and Mr. Garlinghouse speak about
03:46:44  9   this email?
03:46:46  10      A.   I don't recall.
03:46:46  11           MS. ZORNBERG:  Hold on.  Objection to
03:46:48  12   form.  Which email?
03:46:51  13   BY MS. GUERRIER:
03:46:52  14      Q.   Did you and Mr. Garlinghouse speak about
03:46:56  15   the subject of the email, Xpring being a disaster?
03:47:01  16           MS. ZORNBERG:  Object to form.
03:47:01  17           THE WITNESS:  I don't recall.
03:47:03  18   BY MS. GUERRIER:
03:47:10  19      Q.   Okay.  When did you leave Xpring?
03:47:14  20           MS. ZORNBERG:  Objection.  Asked and
03:47:15  21   answered.
03:47:18  22           THE WITNESS:  October 2020.
03:47:19  23           MS. GUERRIER:  Okay.  Let me hand you an
03:47:22  24   unmarked exhibit, 10.
         25   / /
```

                                                              245

```
03:47:36  1              MS. ZORNBERG:  Can I have a copy?
03:47:39  2              MR. MOYE:  Oh, sorry.  Apologies.
03:47:42  3              MS. ZORNBERG:  Thank you so much.
03:47:43  4              Forgive me, did you say this is 10?
03:47:46  5              MS. GUERRIER:  Yes.
03:47:59  6              MS. DEARBORN:  I think we already have an
03:48:01  7    Exhibit 10 marked.
03:48:03  8              MR. MOYE:  I think that's right.
03:48:04  9              MS. GUERRIER:  Sorry.
03:48:04 10              MR. MOYE:  Do 11.
03:48:06 11              MS. DEARBORN:  We already have an 11
03:48:08 12    marked as well.
03:48:10 13              MS. GUERRIER:  We definitely don't have
03:48:11 14    12, so let mark it as 12.
03:48:29 15              (Whereupon, Deposition Exhibit EB-12
03:48:30 16               was marked for identification.)
03:49:46 17              THE WITNESS:  Okay.
03:49:46 18    BY MS. GUERRIER:
03:49:46 19        Q.   Earlier you testified that you left to
03:49:49 20    form your own company.  Is that an accurate
03:49:52 21    representation of what you stated earlier?
03:49:55 22        A.   Yes.
03:49:56 23        Q.   Okay.  So why did you leave to form your
03:49:59 24    own company?
03:50:02 25        A.   'Cause it was something that I wanted to
```

                                                              246

```
03:50:04   1   do.
03:50:04   2       Q.   Okay.  And did you want to remain in
03:50:09   3   relationship with Ripple?
03:50:17   4       A.   I'm not sure I had an opinion one way or
03:50:18   5   the other.
03:50:19   6       Q.   Okay.  So did you ask or request that
03:50:22   7   Ripple help fund your new venture?
03:50:27   8       A.   So we discussed opportunities, and I
03:50:29   9   believe this morning we discussed specifics on what
03:50:32  10   that deal looked like.
03:50:33  11       Q.   Okay.  So did you retain a relationship
03:50:37  12   with Ripple after you left the company?
03:50:40  13           MS. ZORNBERG:  Object to form.
03:50:44  14           THE WITNESS:  Do you mean a formal
03:50:45  15   relationship?
03:50:45  16   BY MS. GUERRIER:
03:50:46  17       Q.   Well, why don't you tell me what type of
03:50:48  18   relationship you retained with Ripple after you
03:50:51  19   left?
03:50:51  20       A.   So when I left Ripple, I had no
03:50:53  21   relationship with Ripple.
03:50:55  22       Q.   Okay.  So in your email here, if you look
03:50:58  23   down to the next to last paragraph, you are
03:51:04  24   requesting funding from Ripple.
03:51:06  25           What was the purpose of this request?
```

247

03:51:13  1            MS. ZORNBERG:  Object to form.

03:51:14  2            You can answer.

03:51:15  3            THE WITNESS:  Yeah.  I'm not sure a

03:51:16  4  request is a fair characterization.

03:51:22  5  BY MS. GUERRIER:

03:51:22  6       Q.   Okay.

03:51:24  7       A.   I think I would state this more as

03:51:26  8  pitching ideas for opportunities to build something

03:51:32  9  that Ripple might be interested in.

03:51:36  10      Q.   So a fund -- part of the idea that you

03:51:40  11  pitched to Ripple was funding for -- from ███ to

03:51:49  12  ████████████.  Is that an accurate representation of

03:51:53  13  your statement here?

03:51:55  14      A.   I think it's an accurate representation of

03:51:57  15  this email.

03:51:59  16      Q.   Well, is it -- is this what you were

03:52:00  17  requesting of Ripple?

03:52:05  18      A.   Again, I don't think I was requesting

03:52:06  19  anything of Ripple.  I think I was putting out ideas

03:52:09  20  for how we might be able to build something

03:52:12  21  together.

03:52:12  22      Q.   Okay.  So ultimately, did you receive any

03:52:14  23  funding from Ripple in the amounts that you describe

03:52:18  24  in your email?

03:52:21  25      A.   Are you asking if I received somewhere

                                                              248

| | | |
|---|---|---|
| 03:52:23 | 1 | between ██ and ████████? |
| 03:52:26 | 2 | Q.   Yes. |
| 03:52:26 | 3 | A.   I think we talked about this morning.  We |
| 03:52:28 | 4 | received ████████ from Ripple. |
| 03:52:30 | 5 | Q.   Okay.  And when did you receive |
| 03:52:32 | 6 | the ██████? |
| 03:52:33 | 7 | A.   I believe we talked about that as well.  I |
| 03:52:35 | 8 | think it was Q4 of last year or Q1 of this year. |
| 03:52:40 | 9 | Q.   Did you sign an agreement with Ripple |
| 03:52:42 | 10 | about receiving funds? |
| 03:52:44 | 11 | A.   Yes. |
| 03:52:44 | 12 | MS. ZORNBERG:  Okay.  Objection.  Asked |
| 03:52:45 | 13 | and answered. |
| 03:52:46 | 14 | BY MS. GUERRIER: |
| 03:52:48 | 15 | Q.   Are you expecting to receive any funds |
| 03:52:50 | 16 | from Ripple? |
| 03:52:52 | 17 | MS. ZORNBERG:  Objection.  Asked and |
| 03:52:53 | 18 | answered, but you can answer. |
| 03:52:55 | 19 | THE WITNESS:  Yeah.  I believe we spoke |
| 03:52:56 | 20 | about that.  No. |
| 03:52:58 | 21 | BY MS. GUERRIER: |
| 03:52:59 | 22 | Q.   Okay.  So is there a breach of contract |
| 03:53:00 | 23 | between yourself and Ripple? |
| 03:53:03 | 24 | MS. ZORNBERG:  Objection. |
| 03:53:03 | 25 | THE WITNESS:  No. |

249

```
03:53:04   1   BY MS. GUERRIER:
03:53:05   2        Q.   Okay.  Has the agreement between and you
03:53:07   3   Ripple terminated?
03:53:09   4        A.   As of this date, no.
03:53:12   5        Q.   Okay.  Was there an amount in total that
03:53:16   6   was to be provided to you, not just the ████████, but
03:53:21   7   was there an agreement on the total amount?
03:53:25   8             MS. ZORNBERG:  Objection to form.
03:53:26   9             THE WITNESS:  There was --
03:53:28  10             MS. ZORNBERG:  Mischaracterizes prior
03:53:28  11   testimony.
03:53:29  12             Go ahead.
03:53:31  13             THE WITNESS:  So I don't remember the
03:53:33  14   exact dates of executing the agreement, but there
03:53:35  15   was an agreement with a number of milestones of
03:53:39  16   which we only reached and we'll only reach one of
03:53:46  17   those.  And so we'll only receive ████████ from
03:53:50  18   Ripple prior to that deal terminating because we
03:53:53  19   will not reach any more milestones.
03:53:59  20             MS. GUERRIER:  Okay.  Give me a few
03:54:06  21   minutes to just look over my notes.
03:54:14  22             MS. ZORNBERG:  Ms. Guerrier, would you
03:54:15  23   like a break?
03:54:16  24             MS. GUERRIER:  No.  I don't.
03:54:18  25             THE VIDEOGRAPHER:  Off the record?
```

250

```
03:54:18  1              MS. ZORNBERG:  No.
03:54:19  2   BY MS. GUERRIER:
03:54:20  3       Q.   Did you provide the SEC with a copy of the
03:54:23  4   agreement between and you Ripple post your leaving
03:54:31  5   Ripple?
03:54:31  6       A.   I didn't provide anything directly to the
03:54:33  7   SEC.
03:54:35  8              MS. GUERRIER:  Well, we'd like to request
03:54:36  9   a copy of the agreement between Ripple and Mr. Beard
03:54:39 10   concerning his new venture.
03:54:41 11              MS. ZORNBERG:  We'll take it under
03:54:43 12   advisement.
03:54:48 13              MS. GUERRIER:  I think I'm done.
03:54:50 14              THE WITNESS:  And, sorry, just to clarify,
03:54:51 15   that agreement that we're discussing is not between
03:54:54 16   Ripple and Mr. Beard.
03:54:55 17              MS. ZORNBERG:  Yes.
03:54:55 18              THE WITNESS:  That is between Ripple and a
03:54:58 19   corporation.
03:54:58 20   BY MS. GUERRIER:
03:54:58 21       Q.   What is -- the corporation that you
03:55:00 22   referenced this morning?
03:55:02 23       A.   Yes.
03:55:04 24              MS. GUERRIER:  Okay.  Then we'd like to
03:55:05 25   request that agreement and any other agreements
```

251

```
03:55:08   1   between the corporation, you, if it exists, and
03:55:12   2   Ripple after you left Ripple in 2020.
03:55:16   3          MS. ZORNBERG:  We'll take it under
03:55:17   4   advisement.
03:55:25   5          THE REPORTER:  Are we off the record?
03:55:27   6          MS. GUERRIER:  Yes.
03:55:28   7          MS. ZORNBERG:  Just before we go off the
03:55:29   8   record.  I'll put on the record, there are no
03:55:31   9   questions from Ripple Labs.
03:55:35  10          MS. DEARBORN:  And no questions for
03:55:36  11   Mr. Larsen.
03:55:39  12          THE VIDEOGRAPHER:  Okay.  This concludes
03:55:40  13   today's deposition on August 24th, 2021.  We are
03:55:44  14   off the record at 3:55 p.m.  Master media will be
03:55:47  15   retained by Gradillas Court Reporting.
03:55:49  16            (Whereupon, a recess was taken.)
04:04:46  17          THE VIDEOGRAPHER:  This is the start of
04:04:46  18   file 6.  We're back on the record at 4:04 p.m.
04:04:51  19          MS. ZORNBERG:  Okay.  Thank you for coming
04:04:53  20   back on the record.  I want -- Mr. Beard would like
04:04:56  21   to provide a clarification relating to his testimony
04:04:59  22   about his current company and the entity that had
04:05:03  23   the marketing agreement with Ripple.
04:05:04  24          Mr. Beard, please go ahead.
04:05:06  25          THE WITNESS:  Thank you.
```

252

04:05:07  1        So the agreement that was signed with

04:05:11  2   Ripple Labs in December of 2020 was signed with our

04:05:17  3   company then, which was called ███████████████

04:05:20  4   ██.   We subsequently, just recently, have converted

04:05:25  5   that into a C corp called ███████████, which is

04:05:30  6   what I referred to this morning.

04:05:32  7   BY MS. GUERRIER:

04:05:32  8        Q.   Okay.  So when was the sequel conversion?

04:05:40  9        A.   Sorry, I want to get that --

04:05:42 10   August 15th-ish.  Sorry, I don't remember the

04:05:46 11   exact date off the top of my head.

04:05:47 12        Q.   2021?

04:05:48 13        A.   2021.  About ten days ago.

04:05:50 14            MS. GUERRIER:  Okay.  Thank you.

04:05:51 15            THE WITNESS:  Thank you.

04:05:52 16            MS. ZORNBERG:  Okay.

04:05:53 17            THE VIDEOGRAPHER:  This concludes today's

04:05:55 18   deposition on August 24th, 2021.  We are off the

04:05:58 19   record at 4:05 p.m.

04:06:00 20            (Deposition concluded at 4:05 p.m.)

         21

         22

         23

         24

         25

                                                           253

```
 1              CERTIFICATE OF WITNESS

 2

 3

 4      I, ETHAN BEARD, do hereby declare under

 5      penalty of perjury that I have read the entire

 6      foregoing transcript of my deposition testimony,

 7      or the same has been read to me, and certify that

 8      it is a true, correct and complete transcript of

 9      my testimony given on August 24, 2021, save and

10      except for changes and/or corrections, if any, as

11      indicated by me on the attached Errata Sheet, with

12      the understanding that I offer these changes and/or

13      corrections as if still under oath.

14          _____ I have made corrections to my deposition.

15          _____ I have NOT made any changes to my deposition.

16

17   Signed: _____
                ETHAN BEARD
18

19   Dated this _____ day of _____ of 20____.

20

21

22

23

24

25
                                                        254
```

```
 1              CERTIFICATE OF REPORTER

 2              I, Kathleen A. Wilkins, Certified

 3    Shorthand Reporter licensed in the State of

 4    California, License No. 10068, hereby certify that

 5    deponent was by me first duly sworn, and the

 6    foregoing testimony was reported by me and was

 7    thereafter transcribed with computer-aided

 8    transcription; that the foregoing is a full,

 9    complete, and true record of proceedings.

10              I further certify that I am not of counsel

11    or attorney for either or any of the parties in the

12    foregoing proceeding and caption named or in any way

13    interested in the outcome of the cause in said

14    caption.

15              The dismantling, unsealing, or unbinding

16    of the original transcript will render the

17    reporter's certificates null and void.

18              In witness whereof, I have hereunto set my

19    hand this day:

20    ___x___ Reading and Signing was requested.

21    _____ Reading and Signing was waived.

22    _____ Reading and Signing was not requested.

23    _____

24              KATHLEEN A. WILKINS

25              CSR 10068, RPR-RMR-CRR-CCRR-CLR-CRC
```

```
 1                        ERRATA SHEET
 2     Deposition of:  ETHAN BEARD
       Date taken:  AUGUST 24, 2021
 3     Case:  SEC v. RIPPLE LABS, INC., et al.
 4     PAGE  LINE
       _____ _____ CHANGE: _____
 5                   REASON: _____
 6     _____ _____ CHANGE: _____
                     REASON: _____
 7
       _____ _____ CHANGE: _____
 8                   REASON: _____
 9     _____ _____ CHANGE: _____
                     REASON: _____
10
       _____ _____ CHANGE: _____
11                   REASON: _____
12     _____ _____ CHANGE: _____
                     REASON: _____
13
       _____ _____ CHANGE: _____
14                   REASON: _____
15     _____ _____ CHANGE: _____
                     REASON: _____
16
       _____ _____ CHANGE: _____
17                   REASON: _____
18     _____ _____ CHANGE: _____
                     REASON: _____
19
       _____ _____ CHANGE: _____
20                   REASON: _____
21     _____ _____ CHANGE: _____
                     REASON: _____
22
       _____ _____ CHANGE: _____
23                   REASON: _____
24
       Signed_____
25     Dated_____
```

256