# Exhibit 22

1                IN THE UNITED STATES DISTRICT COURT

2                 SOUTHERN DISTRICT OF NEW YORK

3

4    SECURITIES AND EXCHANGE          )
     COMMISSION,                      )
5                                     )
                       Plaintiff,     ) Case No.:
6              v.                     ) 20-Civ-10832(AT)(SN)
                                      )
7    RIPPLE LABS, INC., BRADLEY       )
     GARLINGHOUSE, and CHRISTIAN      )
8    LARSEN,                          )
                                      )
9                      Defendants.    )
     _____)
10

11

12        **CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

13

14              VIDEOTAPED DEPOSITION OF

15                    RYAN ZAGONE

16              Tuesday, July 20, 2021

17

18

19

20

21

22

23

     Reported by:
24   BRIDGET LOMBARDOZZI,
     CSR, RMR, CRR, CLR
25   Job No. 210720BLO

                                                              1

```
1                IN THE UNITED STATES DISTRICT COURT

2                  SOUTHERN DISTRICT OF NEW YORK

3

4    SECURITIES AND EXCHANGE          )
     COMMISSION,                      )
5                                     )
                        Plaintiff,    ) Case No.:
6           v.                        ) 20-Civ-10832(AT)(SN)
                                      )
7    RIPPLE LABS, INC., BRADLEY       )
     GARLINGHOUSE, and CHRISTIAN      )
8    LARSEN,                          )
                                      )
9                       Defendants.   )
     _____ )
10

11

12

13

14

15           Videotaped deposition of RYAN ZAGONE taken on

16   behalf of Plaintiff, held at the offices of Debevoise &

17   Plimpton, 919 Third Avenue, New York, New York,

18   commencing at 9:12 a.m. and ending at 6:17 p.m., on

19   Tuesday, July 20, 2021, before Bridget Lombardozzi, CCR,

20   RMR, CRR, CLR, and Notary Public of the States of New

21   York and New Jersey, pursuant to notice.

22

23

24

25
```

2

```
 1   A P P E A R A N C E S (Via Remote where indicated):

 2

 3   For the Plaintiff:

 4

 5

 6        UNITED STATES SECURITIES AND EXCHANGE COMMISSION

 7        NEW YORK REGIONAL OFFICE

 8        BY:  BEN HANAUER, ESQUIRE

 9             JORGE G. TENREIRO, ESQUIRE

10             JON DANIELS, ESQUIRE (Remote)

11             DAPHNA A. WAXMAN, ESQUIRE (Remote)

12        200 Vesey Street

13        Suite 400

14        New York, New York  10281-1022

15        Telephone:  212.336.1060

16        Email:   hanauerb@sec.gov

17                 tenreiroj@sec.gov

18                 jdaniels@sec.gov

19                 waxmand@sec.gov

20

21

22

23

24

25
```

3

```
1    A P P E A R A N C E S (Continued):

2

3    For Defendant Ripple Labs Inc.:

4

5            DEBEVOISE & PLIMPTON LLP

6            BY:  ANDREW CERESNEY, ESQUIRE

7                 ANNA GRESSEL, ESQUIRE

8                 ASHLEY V. HAHN, ESQUIRE

9            919 Third Avenue

10           New York, New York  10022

11           Telephone:  212.909.6000

12           E-Mail:  aceresney@debevoise.com

13                    argressel@debevoise.com

14                    avhahn@debevoise.com

15

16                    -and-

17

18           KELLOGG, HANSEN, TODD, FIGEL & FREDERICK PLLC

19           BY:  COLLIN WHITE, ESQUIRE (Remote)

20           Sumner Square

21           1615 M Street, N.W.

22           Suite 400

23           Washington, D.C.  20036

24           Telephone:  202.326.7999

25           E-mail:  cwhite@kellogghansen.com
```

4

```
 1   A P P E A R A N C E S  (Continued):

 2

 3   For Defendant Bradley Garlinghouse:

 4

 5           CLEARY GOTTLIEB STEEN & HAMILTON

 6           BY:  SAMUEL LEVANDER, ESQUIRE

 7                JACKIE A. BRUNE, ESQUIRE (Remote)

 8                NOAH BAMBERGER, ESQUIRE (Remote)

 9           2112 Pennsylvania Avenue, NW

10           Washington, D.C.  20037

11           Telephone:  202.974.1500

12           E-mail:  slevander@cgsh.com
                      jabrune@cgsh.com
13                    nbamberger@cgsh.com

14

15   For Defendant Christian A. Larsen:

16

17           PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

18           By:  JUSTIN WARD, ESQUIRE

19                MEREDITH DEARBORN, ESQUIRE (Remote)

20                CONNOR RITSCHARD, ESQUIRE (Remote)

21           1285 Avenue of the Americas

22           New York, New York  10019-6064

23           Telephone:  212.373.2491

24           E-mail:  jward@paulweiss.com
                      mdearborn@paulweiss.com
25                    critschard@paulweiss.com
```

5

```
1    A P P E A R A N C E S  (Continued):

2

3    For the Witness:

4

5            KAPLAN HECKER & FINK LLP

6            BY:  JUSTIN R. HORTON, ESQUIRE

7                 SEAN HECKER, ESQUIRE

8            350 Fifth Avenue

9            Suite 7110

10           New York, New York  10018

11           Telephone:  646.889.3906

12           E:mail:  shecker@kaplanhecker.com

13                    jhorton@kaplanhecker.com

14

15   ALSO PRESENT:

16

17           ███████████, Ripple

18           DAVID SHERECK, Videographer
             Shereck Video Service
19

20

21

22

23

24

25

                                              6
```

```
 1                        INDEX
 2   WITNESS                              EXAMINATION
 3   RYAN ZAGONE
 4      BY MR. HANAUER                        17
 5      BY MR. CERESNEY                       295
 6
 7                       EXHIBITS
 8           (EXHIBITS BOUND SEPARATELY)
     SEC
 9   NUMBER              DESCRIPTION            PAGE
10
11   Exhibit RZ-1 String of e-mails dated      61
12                6/24/15 with attachments
13                RPLI_SEC 0095167-82
14
15   Exhibit RZ-2 String of e-mails dated      72
16                September 1-2, 2015
17                ███_0001111-12
18
19   Exhibit RZ-3 3/21/16 E-mail from ███      73
20                to ███, et als
21                RPLI_SEC 0091249-52
22
23   Exhibit RZ-4 String of e-mails dated      78
24                December 2016-January 2017
25                RPLI_SEC 0049845-55
```

7

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
 1                            EXHIBITS
 2      SEC
        NUMBER              DESCRIPTION              PAGE
 3
 4      Exhibit RZ5   String of e-mails dated        222
 5                    January 25, 2017
 6                    RPLI_SEC 0060623-26
 7
 8      Exhibit RZ-7  1/30/17 E-mail from Zagone     104
 9                    Slack messages
10                    RPLI_SEC 0302646-53
11
12      Exhibit RZ-8  1/31/17 E-mail from Zagone     117
13                    with attachments
14                    RPLI_SEC 0532018-91
15
16      Exhibit RZ-9  3/9/17 E-mail from Zagone      142
17                    to O'Gorman, et al
18                    RPLI_SEC 0763291
19
20      Exhibit RZ-11 5/5/17 E-mail from Zagone      229
21                    with attachment
22                    RPLI_SEC 0793710-17
23
24
25
```

8

```
 1                          EXHIBITS

 2   SEC
     NUMBER                DESCRIPTION                  PAGE
 3

 4   Exhibit RZ-12 String of e-mails dated        86

 5                 June 2017

 6                 RPLI_SEC 0346910-19;

 7                 RPLI_SEC 0346934-45

 8

 9   Exhibit RZ-13 String of e-mails dated        125

10                 June 2017

11                 RPLI_SEC 0527779-84

12

13   Exhibit RZ-14 String of e-mails dated        92

14                 October 2017

15                 RPLI_SEC 0645510-11

16

17   Exhibit RZ-15 String of e-mails dated        160

18                 October 26, 2017

19                 RPLI_SEC 0047977-78

20

21   Exhibit RZ-16 Ripple 2018 GTM Countries:     234

22                 Reg Relations Engagement

23                 Plan

24                 RPLI_SEC 0801049-1111

25
                                                          9
```

```
 1                          EXHIBITS

 2   SEC
     NUMBER                DESCRIPTION              PAGE
 3

 4   Exhibit RZ-17 String of e-mails dated          163

 5                 4/5/18 with attachment

 6                 RPLI_SEC 0081610-16

 7

 8   Exhibit RZ-18 String of e-mails dated          152

 9                 4/6/18 with attachment

10                 ███00003070-73

11

12   Exhibit RZ-21 8/8/18 E-mail from Zagone        239

13                 to Long, et al

14                 RPLI_SEC 0556451

15

16   Exhibit RZ-22 8/16/18 E-mail from Zagone       244

17                 to Garlinghouse

18                 RPLI_SEC 0431296-97

19

20   Exhibit RZ-23 9/4/18 E-mail from Zagone        254

21                 to Garlinghouse, et al

22                 RPLI_SEC 0431104-06

23

24

25

                                                     10
```

```
 1                          EXHIBITS

 2   SEC
     NUMBER                 DESCRIPTION              PAGE
 3

 4   Exhibit RZ-24 String of e-mails dated          262

 5                 October 19, 2018

 6                 RPLI_SEC 0766857

 7

 8   Exhibit RZ-25 String of e-mails dated          280

 9                 January 7, 2019

10                 ███████0033297-98

11

12   Exhibit RZ-27 Target Markets for Reg           283

13                 Relations + Marcomm Support

14                 Presentation

15                 RPLI_SEC 0733073-77

16

17   Exhibit RZ-29 String of e-mails dated          57

18                 12/14 with attachment

19                 RPLI_SEC 0914881-94

20

21   Exhibit RZ-30 5/21/15 E-mail from ██████       135

22                 with attachment

23                 RPLI_SEC 0922232-82

24

25
                                                       11
```

```
 1                         EXHIBITS
 2    SEC
      NUMBER              DESCRIPTION              PAGE
 3
 4    Exhibit RZ-31 E-mail string dated            138
 5                  January 3, 2017
 6                  RPLI_SEC 0908880-81
 7
 8    Exhibit RZ-33 12/20/17 E-mail from Ripple     95
 9                  Insights forwarding
10                  12/20/17 Article
11                  RPLI_SEC 0916858-60
12
13    Exhibit RZ-34 String of e-mails dated        127
14                  February 2018
15                  RPLI_SEC 0916147-50
16
17    Exhibit RZ-36 5/12/18 E-mail from █████       172
18                  █████ to ██████████, et al
19                  RPLI_SEC 0441722-401
20
21    Exhibit RZ-37 6/5/18 E-mail from ███████      195
22                  to Zagone, et als
23                  RPLI_SEC 0915781-84
24
25
                                                    12
```

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
 1                        EXHIBITS

 2    SEC
      NUMBER              DESCRIPTION              PAGE
 3
 4    Exhibit RZ-38 6/8/18 E-mail from ███████      199

 5                to Zagone, et al

 6                RPLI_SEC 0915756-58

 7

 8    Exhibit RZ-39 6/13/18 E-mail from            202

 9                ████████ to Zagone, et al

10                RPLI_SEC 0909076-78

11

12    Exhibit RZ-40 String of e-mails dated        208

13                June 2013

14                RPLI_SEC 090979-81

15

16    Exhibit RZ-41 String of e-mails dated        211

17                October 2018

18                RPLI_SEC 0923272-73

19

20    Exhibit RZ-42 String of e-mails dated        214

21                November 2018

22                RPLI_SEC 0905225-28

23

24

25
                                                    13
```

```
 1                         EXHIBITS

 2    SEC
      NUMBER              DESCRIPTION              PAGE
 3

 4    Exhibit RZ-43 12/21/18 E-mail from Zagone      273

 5                  to ██████, et al

 6                  RPLI_SEC 0923237

 7

 8    Exhibit RZ-45 String of e-mails dated          149

 9                  April 2017

10                  RPLI_SEC 0083483-86

11

12    Exhibit RZ-46 Printout of Text                 289

13                  Messages 11-15-18

14                  RPLI_SEC 00000356

15

16    Exhibit RZ-47 String of e-mails dated          297

17                  January 2017 with

18                  attachments

19                  RPLI_SEC 0921020-29

20

21

22

23

24

25

                                                      14
```

```
 1                  DEPOSITION SUPPORT INDEX

 2

 3    DIRECTION TO WITNESS NOT TO ANSWER

 4       Page    Line

 5        52      9

 6        54      5

 7       244      3

 8

 9

10    STIPULATIONS

11       Page    Line

12        17      17

13

14

15    QUESTIONS MARKED

16       Page    Line

17        52      9

18

19

20    REQUEST FOR DOCUMENTS

21       Page    Line

22        - -none- -

23

24

25

                                              15
```

```
 1                      -   -   -
 2                   9:12 a.m.
 3              June 29, 2021
 4                      -   -   -
 5              THE VIDEOGRAPHER:  Okay.  We're
 6       on the record.  Excuse me.  We're on the
 7       record.  The time is approximately 9:12
 8       a.m.  Today's date is Tuesday, July 20th,
 9       2021.  This is the video deposition of
09:12:19 10    Ryan Zagone in the matters of
11       Securities -- Securities and Exchange
12       Commission versus Ripple Labs, et al.
13       Index number is 20-Civ-10832 in the United
14       States District Court, Southern District
09:12:33 15    of New York.
16              My name is David Shereck,
17       certified legal videographer with Shereck
18       Legal Video in association with Gradillas
19       Court Reporting of Glendale, California.
09:12:47 20            Today we're at the offices of
21       Debevoise & Plimpton located at 919 Third
22       Avenue, New York, New York.
23              All attorneys that are present
24       will be noted on the stenographic record.
09:12:59 25            The court reporter today is
```

                                                          16

09:13:00  1          Bridget Lombardozzi, also with Gradillas.

       2          And will you please swear in the witness.

       3                    R Y A N   Z A G O N E, having

       4          been duly sworn, was examined and

09:13:07  5          testified as follows:

       6                    DIRECT-EXAMINATION

       7  BY MR. HANAUER:

       8      Q.   Good morning.  My name is Ben Hanauer.

       9  I represent the plaintiff, the SEC.

09:13:24 10                MR. HANAUER:  Counsel, is there a

      11          stipulation you want to put on the record?

      12                MR. CERESNEY:  Yes.  Just that

      13          a -- an objection by one counsel is an

      14          objection -- considered an objection for

09:13:33 15          all counsel.

      16                MR. HANAUER:  So stipulated.

      17                MR. CERESNEY:  And one other

      18          thing while we're on the record, just that

      19          the transcript will be marked

09:13:42 20          confidential.  The transcript is to be

      21          marked confidential under our protective

      22          order.

      23  BY MR. HANAUER:

      24      Q.   Sir, could you please state your name

09:13:50 25  for the record.

                                                          17

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

09:13:52   1        A.   Ryan Zagone.

           2        Q.   Is there any reason you cannot give

           3   accurate deposition testimony today?

           4        A.   No.

09:13:57   5        Q.   And how many preparation sessions did

           6   you have for today's deposition?

           7        A.   I had a couple with my counsel and a

           8   couple with Ripple's counsel.

           9        Q.   And in total, how much time did you

09:14:09  10   spend preparing with attorneys for today's

          11   deposition?

          12        A.   A couple calls each.

          13        Q.   Can you give me a --

          14        A.   A couple hours on each call.

09:14:19  15        Q.   Okay.  Thank you.

          16             Have you --

          17             THE REPORTER:  Excuse me.  Could

          18        the witness put the mic on your tie?  It's

          19        hard to hear you.  Thank you.

09:14:32  20             THE WITNESS:  Is that better?

          21   BY MR. HANAUER:

          22        Q.   And have you ever been deposed or given

          23   testimony in a lawsuit before?

          24        A.   No.

09:14:40  25        Q.   Can you please tell me about any

                                                               18

09:14:42  1    education you've had since high school?

2         A.   I went to undergrad at a small liberal

3    arts school in Mississippi.

4         Q.   Which one?

09:14:50  5    A.   Millsaps College.

6         Q.   Is that the extent of your education

7    since high school?

8         A.   Yes.

9         Q.   And did you graduate from college?

09:15:01 10    A.   I did.

11        Q.   And what did you major in?

12        A.   Economics.

13        Q.   Are you an attorney?

14        A.   No.

09:15:06 15    Q.   Have you ever been an attorney?

16        A.   No.

17        Q.   During what time period did you work for

18   Ripple Labs, Inc.?

19        A.   I joined in 2014, late 2014, and I left

09:15:20 20   in July 2019.

21        Q.   And going forward just to save some

22   time, do you understand if I say "Ripple," I'm

23   referring to the defendant in this case, Ripple

24   Labs, Inc.?

09:15:33 25    A.   Yep.

19

```
09:15:33   1          Q.    Okay.  And where did you -- where did

           2    you work before Ripple?

           3          A.    I started my career at the ████████

           4    ████████████████████.  Focused on policy and

09:15:47   5    economics.

           6          Q.    And when you say started your career,

           7    you did that right out of college?

           8          A.    Correct.

           9          Q.    And how long were you at the ███████

09:15:53  10    ███████████████████?

          11          A.    Four years and nine months, around

          12    there, under five years.

          13          Q.    And what did you do for the ██████████

          14    ██████████████████?

09:16:02  15          A.    I sat on the policy team analyzing

          16    regulatory proposals from the Fed, FDIC and OCC.

          17    And I did that for three years.  And then I left

          18    there to go -- I was on the communications team,

          19    focused on payments and mortgages.

09:16:22  20          Q.    And where did you work after that?

          21          A.    I went to ██████████ on their financial

          22    services practice.

          23          Q.    And what did you do at ████████?

          24          A.    I researched -- I was on a team that

09:16:33  25    looked at emerging issues for the banking
```

                                                              20

```
09:16:36   1    industry.  Focused on retail, then strategy and
           2    payments.
           3         Q.    Was that on the consulting side?
           4         A.    It was a research team that worked with
09:16:44   5    consulting and advisory.
           6         Q.    And how long were you at ████████ for?
           7         A.    Two years.
           8         Q.    Okay.  And where did you work at after
           9    ████████?
09:16:53  10         A.    Left ████████ and joined Ripple.
          11         Q.    And after you left Ripple, where did you
          12    go to work after that?
          13         A.    I took a year off after Ripple, a year,
          14    18 months off.  Had some side projects that I was
09:17:09  15    working on unrelated to Fintech.  And in September
          16    2020 returned to the payment space.
          17         Q.    And where -- where did you go to work
          18    after --
          19         A.    I worked at -- I'm sorry.
09:17:22  20         Q.    And I should have said this earlier.
          21    One of the important things to remember during
          22    this deposition is we can't speak over each other
          23    for -- for the court reporter, so I would just ask
          24    to please wait until I'm done asking my questions
09:17:35  25    before you start to answer and I'll try and do the
```

```
09:17:37   1    same with you.
           2         A.    I joined a company called █████████████
           3    now referred to as ██████.   We're an international
           4    payments company.   I lead our North America
09:17:49   5    practice for our partnerships with banks.
           6         Q.    And does your cur -- and does your
           7    current employer do business with Ripple?
           8         A.    No.
           9               MR. CERESNEY:   Objection to form.
09:18:02  10         Q.    Has it --
          11         A.    No.
          12         Q.    Has your current employer done business
          13    with Ripple since you started working there?
          14         A.    No.
09:18:11  15         Q.    Why did you leave Ripple?
          16         A.    My role was terminated.
          17         Q.    And do you have an understanding why
          18    your role was terminated?
          19         A.    New leadership was brought in and my
09:18:25  20    understanding was they wanted to bring in new
          21    people and move the role from New York to D.C.
          22         Q.    And when you say "new leadership," who
          23    was the new leadership that came in?
          24         A.    New general counsel and new head of
09:18:39  25    regulatory relations.
```

                                                                    22

```
09:18:49   1          Q.   Were you terminated for cause?
           2               MR. CERESNEY:  Objection to form,
           3          foundation.
           4          Q.   You can answer.
09:18:57   5          A.   I don't fully know what that means.  I
           6     had a strong performance record.
           7          Q.   So -- so it's your understanding that
           8     your -- the reason you were let go, it didn't have
           9     anything to do with your job performance, but the
09:19:12  10     new management wanted to bring in the new team?
          11          A.   Correct.
          12               MR. CERESNEY:  You need to pause
          13          for a second so that I have a chance to
          14          object.  That's fine.
09:19:22  15               THE WITNESS:  Okay.
          16     BY MR. HANAUER:
          17          Q.   Are you still friends with any Ripple
          18     employees?
          19          A.   Not current employees.
09:19:32  20          Q.   Who are you still friends with that used
          21     to be a Ripple employee?
          22          A.   There are four people that I stay in
          23     contact with that are former employees.
          24          Q.   Could you name them, please?
09:19:44  25          A.   Sure.  ██████████████████████
```

                                                              23

09:19:48   1      ████████████   from the media team and ████████

           2      ██████ also from the media team.

           3          Q.    Do you know ███████ last name?

           4          A.    ████████.

09:20:10   5          Q.    And are those the only current or former

           6      Ripple employees that you are still friends with?

           7          A.    Yes.

           8          Q.    Have you had discussions with any of

           9      those four individuals about this lawsuit?

09:20:23  10          A.    No.

          11          Q.    Can you please describe how you came to

          12      work at Ripple?

          13          A.    While at ████████ in my last year there,

          14      I began researching the way banks could use crypto

09:20:43  15      and blockchain technology.  We wrote a paper, did

          16      some -- some internal research.  In that period, I

          17      was meeting with different crypto and blockchain

          18      companies.  One of those companies was -- was

          19      Ripple.

09:20:59  20              So we began talking with them about the

          21      ways -- my interest is in how banks could use the

          22      debt.  Most of the companies in the space at this

          23      time were very consumer focused.  So I developed a

          24      relationship with -- with some folks at Ripple

09:21:13  25      that were based in New York.  That progressed over

                                                                    24

09:21:17  1    about six months and over lunch they offered me a
        2    role to come on full time.
        3        Q.    And who was it at Ripple that offered
        4    you the job?
09:21:27  5        A.    Patrick Griffin.
        6        Q.    What was his job at Ripple?
        7        A.    He was head of business development at
        8    the time.
        9        Q.    And when you joined Ripple, what was
09:21:39 10    your job title?
       11        A.    It was head of research on the business
       12    development team.
       13        Q.    And what were your responsibilities in
       14    that role?
09:21:46 15        A.    My role was to map out what type of
       16    products we needed to build to work with banks and
       17    financial institutions for cross-border payments,
       18    to segment the market, and to research and
       19    understand the pain points that banks faced.
09:22:07 20        Q.    And who did you report to in that
       21    position?
       22        A.    Patrick Griffin.
       23        Q.    And how long did you hold that position
       24    at Ripple for?
09:22:17 25        A.    I was in that position for nine months

                                                              25

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

| | | |
|---|---|---|
| 09:22:19 | 1 | to a year. |
| | 2 | Q.    And then what was your next position at |
| | 3 | Ripple? |
| | 4 | A.    Then I moved to the regulatory relations |
| 09:22:28 | 5 | role. |
| | 6 | Q.    And what specifically was your title at |
| | 7 | that point? |
| | 8 | A.    It was director of regulatory relations. |
| | 9 | Q.    And who did you report to as director of |
| 09:22:39 | 10 | regulatory relations? |
| | 11 | A.    Antoinette O'Gorman. |
| | 12 | Q.    And is Ms. O'Gorman an attorney? |
| | 13 | A.    No. |
| | 14 | Q.    And who did Ms. O'Gorman report to? |
| 09:22:57 | 15 | A.    Brad Garlinghouse, the CEO. |
| | 16 | Q.    And how long did you hold the role of |
| | 17 | director of regulatory relations? |
| | 18 | A.    Through the end of my term there. |
| | 19 | Q.    Are you a Ripple shareholder? |
| 09:23:13 | 20 | A.    Yes. |
| | 21 | Q.    Since when? |
| | 22 | |
| | 23 | |
| | 24 | |
| 09:23:29 | 25 | |

26

```
09:23:31    1           Q.    And how many shares do you currently

            2    own?

            3           A.    I currently own around ███.

            4           Q.    And did you continue to receive shares

09:23:39    5    over the course of your employment?

            6           A.    I did.

            7           Q.    Have you ever sold your -- any of your

            8    Ripple shares?

            9           A.    I have.

09:23:47   10           Q.    And how did you go about selling them?

           11    Like, what markets were they on, if any?  How --

           12    how did you make that happen?

           13                 MR. CERESNEY:  Objection to form.

           14                 You can answer.

09:23:57   15           A.    I sold my shares through a -- through a

           16    broker, a third-party broker.

           17           Q.    Okay.  So -- and I just want to make

           18    sure I'm clear on this -- you received ██████

           19    shares over the course of your employment?

09:24:15   20           A.    No, by the time I left, I had vested

           21    around ███ to █████ shares.  I exercised about

           22    █████ of them.

           23           Q.    Okay.  And so when you sold your Ripple

           24    shares, how much money did you receive for selling

09:24:37   25    them?
```

27

09:24:39  1          A.    Around ███████

          2          Q.    And just so I'm clear, you still own

          3    approximately ██████ shares?

          4          A.    Correct.

09:24:52  5          Q.    Have you ever received XRP as part of

          6    your compensation?

          7          A.    Not as part of my compensation.

          8          Q.    Have you obtained XRP in another way?

          9          A.    I received XRP for reimbursements,

09:25:08 10    company reimbursements.

         11          Q.    Like if you incurred business expenses,

         12    you would be repaid -- or recompensated in XRP?

         13          A.    Correct.

         14          Q.    Is that the only way in which you've

09:25:23 15    obtained XRP?

         16          A.    I've also bought XRP on the open market,

         17    on an exchange.

         18          Q.    And when did you buy XRP on an exchange?

         19          A.    In 20 -- around 2017 or 2018, in that

09:25:38 20    time period.

         21          Q.    And why did you buy XRP on an exchange?

         22          A.    The -- the whole crypto market was going

         23    up.  I wanted exposure to that.

         24          Q.    You hoped that the XRP would rise in

09:25:53 25    value after you bought it?

                                                                      28

```
09:25:55  1        A.   Correct.

          2        Q.   Do you still own XRP?

          3        A.   No.

          4        Q.   When did you sell your XRP holdings?

09:26:11  5        A.   If -- two transactions:  The first in

          6    20 -- in late 2018/early 2019 time frame and the

          7    second in the summer of 2020.

          8        Q.   Did you profit from your sales of XRP?

          9        A.   On one transaction I did.

09:26:31 10        Q.   And how much money did you make?

         11        A.   ████████████████.

         12    ████████████████████████████████████████

         13    ████████████████████████████████████████

         14    ████████████████████████████████████████

09:26:45 15    ████████████████████████████████████████

         16    ████████████████████████████████████████

         17    ████████████████████████████████████████

         18    ████████████████████████████████████████

         19        A.   Correct.

09:27:02 20        Q.   Going back to your -- your ownership of

         21    Ripple shares, who did you sell your shares to?

         22        A.   I -- I don't know.  It was through a

         23    broker.

         24        Q.   So as director of regulatory relations

09:27:20 25    at Ripple, can you tell me what your job
```

29

09:27:22  1   responsibilities were?

2        A.   The primary work in this role was to

3   work with our banks and their -- our banking

4   clients, the banks that were using our products,

09:27:32  5   and their regulators to get Ripple approved as a

6   vendor.  So we would go through vendor due

7   diligence and meet the vendor expectations of the

8   bank and their regulator.

9             The second portion of that role was to

09:27:46 10   drive policy that would support the use of

11   blockchain and crypto and Ripple's products within

12   the financial sector.

13        Q.   Did your responsibilities change over

14   time while you were director of regulatory

09:28:01 15   relations?

16        A.   No.

17        Q.   As part of your job responsibilities,

18   did you meet with regulators from various

19   countries?

09:28:12 20        A.   Yes.

21        Q.   When you met with regulators, was it

22   your practice to take notes of those meetings?

23        A.   Yes.

24        Q.   Did you save your notes?

09:28:29 25        A.   Yes.

30

09:28:29  1        Q.    And have you heard of something called

          2   the Confluence system?

          3        A.    At Ripple?

          4        Q.    At Ripple, correct.

09:28:41  5        A.    Oh.  Yes.

          6        Q.    And what's that?

          7        A.    It's an internal website we used for

          8   sharing notes or documenting details about Ripple.

          9        Q.    And so when you took notes of your

09:28:53 10   meetings with regulators, did you upload those

         11   notes to the Confluence system so that other

         12   Ripple employees could review them?

         13        A.    I wasn't a heavy user of Confluence.  I

         14   took my notes in Google Docs and saved them in a

09:29:11 15   folder in Google, Google Drive.

         16        Q.    Okay.  Do you know if your notes were

         17   available to other Ripple employees to review?

         18        A.    They were saved on the company drive so

         19   other people may or may not have had access to it.

09:29:30 20        Q.    Were -- at the time you left Ripple,

         21   were your meeting notes still saved on Google

         22   Drive?

         23        A.    Correct.

         24        Q.    And I think I've been asking you about

09:29:43 25   notes of meetings with regulators.

                                                                31

09:29:46   1            Were there other types of notes that you
           2   saved -- that you took and saved on Google Drive?
           3                MR. HECKER:  Objection to form.
           4                THE WITNESS:  Continue to answer?
09:29:56   5                MR. HECKER:  You can answer.
           6        A.   I generally stored all my notes on
           7   Google Drive.
           8        Q.   So it sounds like you took notes of
           9   meetings other than meetings with regulators?
09:30:05  10                MR. HECKER:  Objection to form.
          11                You can answer.
          12        A.   Correct.
          13        Q.   Besides your deposition here today, have
          14   you ever communicated with the SEC, its
09:30:18  15   Commissioners or its staff?
          16        A.   No.
          17        Q.   While you worked at Ripple, were you a
          18   member of any organizations outside of Ripple?
          19        A.   I was.
09:30:39  20        Q.   Which ones?
          21        A.   I served on the steering committees for
          22   the Federal Reserves Master Payments Task Force.
          23   I was elected to -- elected to that role by the
          24   industry.  So that was a board of -- I believe it
09:30:53  25   was 13 individuals who set the strategy for faster

                                                              32

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

09:30:56  1   payments in the U.S.

2            I served on the advisory boards for the

3   CSBS, the Conference of State Bank Supervisors.

4   It's actually a group of state bank regulators.

09:31:11  5   It was an advisory boards on innovation in

6   Fintech.

7        Q.   How did you come to be on that board?

8        A.   I -- I applied to that role and was

9   selected by CSBS.

09:31:22  10            And, third, I served as the -- as an

11   advisor to the Better Than Cash Alliance.  That's

12   an alliance at the United Nations to drive digital

13   payments in developing countries.

14        Q.   And can you tell me a little bit more

09:31:35  15   about the Federal Reserve task force you were on?

16        A.   Sure.  In 20 -- around 2017, the Federal

17   Reserve started a industry task force to drive

18   faster payments in the U.S., so improved payment

19   infrastructure.  It was about 300 participants

09:31:58  20   from the industry that signed up.  They recognized

21   a need to have a leadership committee to steer

22   this and created an open election.

23            I put my name forth to represent the

24   technology sector, so everything from Google

09:32:13  25   through Visa.

33

09:32:15  1          I won that election and represented the

        2   technology industry on that steering committee.

        3          Q.   And did Ripple support your candidacy?

        4          A.   Yes.

09:32:26  5          Q.   And do you know if the other technology

        6   companies who participated on the board, do you

        7   know if they coordinated with Ripple to try and

        8   get you elected?

        9               MR. HECKER:   Objection to form.

09:32:47 10          A.   I -- I don't know what the other

       11   companies did.  I reached out to my counterparts

       12   at the other technology companies to let them know

       13   I was running, let them know our views on

       14   payments, to see if we aligned.  And then I was

09:33:00 15   elected from there.

       16          Q.   Did personnel from any of the other

       17   technology companies on the steering committee run

       18   in that election?

       19          A.   There were four seats that represented

09:33:16 20   the technology sector so I was one of four

       21   representing.

       22          Q.   Do you know how many candidates there

       23   were for the -- those four technology sector

       24   seats?

09:33:26 25          A.   I don't.

                                                              34

```
09:33:31   1          Q.   As Ripple's director of regulatory

           2   relations, were you familiar with Ripple's

           3   business?

           4               MR. HECKER:  Objection to form.

09:33:40   5          A.   I was familiar with our -- our products

           6   that we were selling.

           7          Q.   Were you familiar with XRP?

           8          A.   Yes.  Familiar in that it was a -- a

           9   piece of technology that was within one of our

09:33:56  10   products.

          11          Q.   And -- and just for the record, what is

          12   XRP?

          13          A.   XRP's a digital currency that Ripple

          14   used within our liquidity product to connect

09:34:07  15   currencies more efficiently.

          16          Q.   As Ripple's director of regulatory

          17   relations, were you familiar with how Ripple

          18   generated revenues?

          19          A.   I was.

09:34:22  20          Q.   Did you ever act as a spokesperson for

          21   Ripple?

          22          A.   I did.

          23          Q.   And did you ever make public

          24   announcements about Ripple?

09:34:34  25               MR. CERESNEY:  Objection; form.
```

                                                          35

09:34:37  1        A.   I -- I never made a public announcement,

        2   like, releasing news about Ripple.  I would repeat

        3   news that our communications team had released.

        4        Q.   Okay.  Repeat it to who?

09:34:47  5        A.   Either speaking at a panel or a

        6   conference or on social media.

        7        Q.   And when you spoke on a panel or at a

        8   conference, you did so as a Ripple representative?

        9        A.   Yes.

09:35:06 10        Q.   Did you ever provide interviews to the

       11   media?

       12        A.   I did.

       13        Q.   And when you acted as a Ripple

       14   spokesperson via social media, how did -- how did

09:35:17 15   that work?

       16             MR. HECKER:  Objection to form.

       17        A.   I used social media to share news about

       18   the company, so press releases, new partners,

       19   views on regulation that we saw coming forth.

09:35:33 20   There was talk around policy and how -- which

       21   policy we needed to take for this new technology.

       22        Q.   I don't want to get in -- into any

       23   specifics of any conversation you had with an

       24   attorney, but I -- I -- I just want to ask this

09:35:51 25   general question:  Have you ever received guidance

                                                              36

09:35:54   1   from attorneys about how to talk about Ripple and
           2   XRP when speaking publicly on Ripple's behalf?
           3                    MR. HECKER:  So object to the
           4           form of the question.
09:36:05   5                    But you can answer that question
           6           either yes or no if you understand it.
           7      A.   Can you repeat the question?
           8                    MR. HANAUER:  Can you read it
           9           back, please?
09:36:12  10                    (Whereupon, the record was read
          11           back.)
          12      A.   Yes.
          13      Q.   And when did you start receiving that
          14   guidance?
09:36:39  15                    MR. HECKER:  Objection to form.
          16                    You can answer.
          17      A.   I can't recall the exact date I started
          18   receiving guidance from the legal team on XRP.
          19      Q.   So I take it you received guidance
09:37:15  20   from -- well, did you receive guidance from
          21   internal Ripple attorneys about how to speak
          22   publicly about Ripple and XRP?
          23                    MR. HECKER:  Same -- same
          24           objections.
09:37:28  25                    You can answer that yes or no.

                                                                    37

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

| | | |
|---|---|---|
| 09:37:40 | 1 | A.   The -- the primary guidance I |
| | 2 | received -- |
| | 3 | MR. CERESNEY:  I think Mr. Hecker |
| | 4 | instructed you to answer that yes or no. |
| 09:37:49 | 5 | A.   Oh, yes or no.  Yes. |
| | 6 | Q.   And who were the internal Ripple |
| | 7 | attorneys that provided you guidance about how to |
| | 8 | speak publicly about Ripple and XRP? |
| | 9 | A.   ████████ and ████████. |
| 09:38:12 | 10 | Q.   Anyone else? |
| | 11 | A.   Those are the two I recall. |
| | 12 | Q.   What about outside attorneys, non-- |
| | 13 | non-Ripple attorneys? |
| | 14 | MR. HECKER:  Object to form. |
| 09:38:30 | 15 | But you can -- you can answer. |
| | 16 | A.   No. |
| | 17 | Q.   Let me just make a better record. |
| | 18 | Did you ever receive guidance from |
| | 19 | non-Rip -- attorneys who didn't work at Ripple |
| 09:38:43 | 20 | about how to speak publicly about Ripple or XRP? |
| | 21 | A.   No. |
| | 22 | Q.   Did you ever receive guidance from |
| | 23 | nonattorneys about how to talk about Ripple and |
| | 24 | XRP when speaking publicly on Ripple's behalf? |
| 09:39:02 | 25 | MR. HECKER:  Objection to form. |

38

```
09:39:04   1              And I would just caution the
           2         witness that to the extent that a
           3         guidance was provided in discussions with
           4         counsel, that that would still be a
09:39:14   5         privileged conversation.
           6              So I think you should understand
           7         the question to be asking about guidance
           8         he received outside the presence of
           9         counsel about this topic.
09:39:23  10              MR. HANAUER:  Yeah, that's fair.
          11    BY MR. HANAUER:
          12         Q.   You can answer.
          13         A.   Yes.
          14         Q.   And who provided that guidance?
09:39:28  15         A.   The communications team.
          16         Q.   Who was on the communications team?
          17         A.   It was a team run by Monica Long.  There
          18    was a variety of people on that team.  It changed
          19    over time.
09:39:42  20         Q.   And when did the communications team
          21    start providing you guidance about how to talk
          22    about Ripple and XRP when speaking publicly?
          23         A.   When I began to serve as a public
          24    spokesperson.
09:39:57  25         Q.   And when was that?
```

39

```
09:40:01   1            A.    I believe that was around 2016.
           2            Q.    What did the communications team tell
           3       you about how you should go about speaking about
           4       Ripple and XRP when speaking publicly?
09:40:14   5            A.    I received a public speaking packet, a
           6       prep packet.  It generally had three topics in it:
           7       Recent news that the company released so it could
           8       stay current on -- on recent statements; two, what
           9       competitors were doing; and, three, context on the
09:40:35  10       event.  There was generally an FAQ section at the
          11       end about facts about Ripple.
          12            Q.    Did you ever receive guidance from
          13       Ripple's public relations -- public relations
          14       firms?
09:40:49  15            A.    I did.
          16            Q.    Which firms?
          17            A.    ████████  is the primary one.  We had an
          18       events team as well. ██████████.
          19            Q.    Did you ever receive guidance from
09:41:11  20       nonattorneys about talking about XRP not being a
          21       security or not being subject to regulation by the
          22       SEC?
          23                  MR. HECKER:  Objection to form.
          24                  And the same -- same caveat
09:41:24  25            would apply.  Outside the presence of
```

                                                                    40

```
09:41:26   1          counsel.
           2          A.    No.
           3          Q.    Did you ever receive guidance from
           4     nonattorneys about the issue of whether XRP was a
09:41:49   5     security or not?
           6               MR. HECKER:  Same -- same caveat.
           7          You can answer.
           8          A.    No.
           9          Q.    Did you ever receive -- okay.
09:42:04  10          Did you ever receive guidance about how
          11     to talk about Ripple and XRP as they relate to the
          12     SEC?
          13               MR. HECKER:  Are you -- are you
          14          excluding discussions with counsel again?
09:42:19  15               MR. HANAUER:  Yes.
          16          A.    No.
          17          Q.    Did you ever provide guidance to Ripple
          18     personnel about how to talk publicly about Ripple
          19     and XRP as they relate to the SEC?
09:42:34  20          A.    I worked with legal to --
          21          Q.    And --
          22               MR. HECKER:  Yeah.
          23          Q.    -- I -- I don't want to get into your
          24     communications with -- with lawyers, so --
09:42:44  25               MR. HECKER:  Why don't -- why
```

                                                                41

```
09:42:44   1            don't you start -- maybe answer that
           2            question with a yes or no.  And then maybe
           3            you can lay a foundation to try and make
           4            sure you're not capturing discussions with
09:42:52   5            counsel.
           6   BY MR. HANAUER:
           7       Q.   Yeah.  So did you ever provide guidance
           8   to Ripple personnel about how to talk publicly
           9   about Ripple and XRP as they relate to the SEC?
09:43:04  10       A.   Yes.
          11       Q.   Did you ever provide that guidance to
          12   Ripple personnel outside the presence of counsel?
          13       A.   No.
          14       Q.   When you started working at Ripple, what
09:43:28  15   was your understanding of the SEC's position as to
          16   whether the SEC considered XRP to be a security?
          17       A.   When I started at Ripple, I was on the
          18   business development team, so that was outside of
          19   my focus.  I did not have an understanding of that
09:43:49  20   topic.
          21       Q.   And at some point did you gain an
          22   understanding that how the SEC viewed XRP was
          23   important for Ripple?
          24            MR. HECKER:  Objection to form.
09:44:13  25       A.   Yes.
```

42

09:44:14   1          Q.   Okay.  How did you gain that
           2   understanding?
           3                    MR. HECKER:  And, again, you
           4             know, to the extent that it's through
09:44:19   5             discussions with counsel --
           6                    THE WITNESS:  Uh-huh.
           7                    MR. HECKER:  -- that's privileged
           8             and I'll instruct you not to answer that
           9             question.
09:44:33  10          A.   Discussions with counsel in 2016 and
          11   the -- a growing coverage in the media around how
          12   digital assets would be classified.
          13          Q.   Okay.  So outside of your communications
          14   with counsel, when did you first learn that how
09:45:00  15   the SEC viewed XRP would be important for Ripple's
          16   business?
          17                    MR. HECKER:  Objection to form;
          18             foundation.
          19          A.   In late -- I'd say it was in 2017.
09:45:22  20          Q.   And so in late 2017, what was your
          21   understanding of the SEC's position as to whether
          22   it considered XRP to be a security?  And, again, I
          23   don't want to know anything that an attorney told
          24   you.
09:45:36  25                    MR. HECKER:  I'm not sure it's

                                                              43

09:45:39 1          possible to parse that.  He may have had

2          some discussion with counsel or may have

3          read about it in the press.  But if his

4          understanding is based on both, then it's

09:45:47 5          going to be difficult to tease out the

6          nonprivileged portion of it.

7                    MR. HANAUER:  Well, let's give it

8          a try.

9                    MR. CERESNEY:  Well, I'm going to

09:45:55 10          instruct you not to answer the question to

11          the extent that your understanding was

12          based on discussions with counsel in -- in

13          whole or in part.

14      A.    The media coverage was about digital

09:46:05 15  assets in general.  It wasn't specific to XRP.

16  And then my XRP knowledge came from legal.

17      Q.    So coming from the media, what was your

18  understanding in 2017 as to whether the SEC

19  considered XRP to be a security?

09:46:27 20                    MR. HECKER:  Objection to form;

21          foundation.  I think he just said that his

22          public discussion was based on digital

23          assets generally, not XRP.

24                    MR. HANAUER:  Yeah, that's fair.

09:46:41 25          I'll lodge a different question.

44

09:46:42  1    BY MR. HANAUER:
          2        Q.    So what was your understanding in 2017
          3    based on what you read in the media as to whether
          4    the SEC considered digital assets to be
09:46:54  5    securities?
          6        A.    The media coverage at the time was
          7    asking what the proper regulatory framework should
          8    be for crypto broadly.  There wasn't a specific
          9    conclusion to come from them.  It was more of an
09:47:13 10    open question.
         11        Q.    And in 2017, did you understand that
         12    there was a public debate on the issue of whether
         13    certain assets should be -- should be considered
         14    securities by the SEC?
09:47:32 15                MR. CERESNEY:   Objection; form.
         16        A.    Could you repeat the question, please?
         17        Q.    Yeah.
         18                In 2017, did you understand that there
         19    was a public debate on the issue of whether
09:47:44 20    certain assets should be considered securities
         21    by -- certain digital assets should be considered
         22    securities by the SEC?
         23        A.    In that time frame, the conversation was
         24    more broad than just the SEC.  It was about how
09:48:00 25    countries should be treating digital assets and

                                                              45

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
09:48:03   1    blockchain technology broadly and -- and
           2    generally.
           3         Q.   Was one of your responsibilities at
           4    Ripple to attempt to have the SEC decide that XRP
09:48:15   5    was not a security?
           6                   MR. CERESNEY:  Objection; form.
           7         A.   The engagement we did with regulatory
           8    bodies, with industry groups, was more on
           9    education about what XRP was and how it functions.
09:48:33  10    It was -- it was an education effort.
          11         Q.   Did Ripple make efforts to try and
          12    convince the SEC to decide that XRP was not a
          13    security?
          14                   MR. CERESNEY:  Objection; form.
09:48:52  15                   MR. HECKER:  Objection; form.
          16         A.   I never met with the SEC.  I can speak
          17    for myself.
          18         Q.   And I appreciate that.  My question's a
          19    little broader about meetings with the SEC or your
09:49:06  20    meetings with the SEC.  And that's -- did you have
          21    an understanding of -- of whether Ripple ever
          22    attempted to try and have the SEC decide that XRP
          23    was not a security?
          24                   MR. HECKER:  Objection to form.
09:49:19  25                   MR. CERESNEY:  I also want to
```

46

```
09:49:20    1           instruct you on this, that there could be
            2           discussions with counsel.  I just want to
            3           just make sure you're not revealing those.
            4      A.   My engagement was around education of
09:49:32    5    what XRP was, the company's view.  And that edu --
            6    that engagement was -- was broad in the industry.
            7    It wasn't specific with the SEC.
            8      Q.   Were you aware that other Ripple
            9    personnel were meeting with the SEC?
09:49:51   10           MR. CERESNEY:  Again, I'd just
           11           instruct you not to reveal information you
           12           obtained from counsel.  So the question
           13           should be interpreted as other than
           14           discussions with counsel, were you aware
09:50:01   15           of that?
           16      A.   No.
           17      Q.   Did you ever talk to Mr. Garlinghouse
           18    about his meetings with the SEC?
           19      A.   No.
09:50:15   20      Q.   Did you ever communicate with
           21    Mr. Garlinghouse about his communications with the
           22    SEC?
           23      A.   No.
           24      Q.   Do you have any understanding of what
09:50:26   25    was said at any meeting between the SEC and anyone
```

47

```
09:50:30   1    from Ripple?
           2                   MR. HECKER:  Same -- same caveat.
           3          A.   No.
           4                   MR. HECKER:  If you had awareness
09:50:38   5           through counsel, you are not to disclose
           6           that.
           7                   MR. CERESNEY:  Also objection to
           8           form.
           9    BY MR. HANAUER:
09:50:50  10          Q.   Did you have any role in helping Ripple
          11    personnel prepare for meetings with the SEC or its
          12    staff?
          13          A.   No.
          14          Q.   Do you know who at Ripple interacted
09:51:01  15    with the SEC, its Commissioners or its staff?
          16                   MR. HECKER:  Same caveat.  You
          17           can answer.
          18          A.   Yes.
          19          Q.   And who at Ripple interacted with the
09:51:14  20    SEC, its Commissioners or its staff?
          21          A.   It's my understanding that Brad
          22    Garlinghouse had engaged with the SEC along with
          23    counsel.
          24          Q.   Counsel for Ripple?
09:51:31  25          A.   Yeah.
```

                                                          48

09:51:36  1        Q.   What was your understanding of what
       2  Mr. Garlinghouse was trying to accomplish when he
       3  met with the SEC?
       4                MR. HECKER:  Objection to form.
09:51:42  5                To the extent information you
       6           have about those meetings or the
       7           objectives of those meet -- those
       8           meetings came from discussion with
       9           counsel, those are privileged.
09:51:54 10                THE WITNESS:  Okay.
      11        A.   That would be privileged.
      12        Q.   So the only understanding you have of
      13  what Mr. Garlinghouse was trying to accomplish
      14  when he met with the SEC came through counsel?
09:52:09 15        A.   Yes.
      16        Q.   Did anyone from Ripple ever try to get
      17  the SEC, any of its staff or any of its
      18  Commissioners, to publicly state that XRP was not
      19  a security?
09:52:34 20                MR. HECKER:  Same caveats.
      21        A.   Not that I was aware of.
      22        Q.   Did Ripple ever seek a formal SEC
      23  statement that XRP was not a security?
      24                MR. WARD:  Objection to form.
09:53:01 25        A.   Not that I was directly aware.

                                                        49

09:53:04   1          Q.   What do you mean when you say "directly

           2   aware" of?

           3          A.   Not that I was aware of.

           4          Q.   Did anyone ever -- anyone who wasn't an

09:53:12   5   attorney ever tell you that Ripple had tried to

           6   seek a formal statement from the SEC that XRP was

           7   not a security?

           8                  MR. CERESNEY:  Objection to form.

           9          A.   No.

09:53:26  10          Q.   Do you know what an SEC no action letter

          11   is?

          12          A.   Yes.

          13          Q.   And what's your understanding of an SEC

          14   no action letter?

09:53:37  15          A.   It's a letter that a company can request

          16   to get regulatory assurance that what they're

          17   doing isn't out of line with the SEC rules.

          18   They're not going to take action against you.

          19          Q.   Did Ripple ever submit a no action

09:53:55  20   letter request to the SEC?

          21                  MR. CERESNEY:  Objection to form.

          22          A.   Not that I recall.

          23          Q.   Were you ever part of discussions not

          24   involving attorneys on the issue of whether Ripple

09:54:11  25   should seek a no action letter from the SEC?

                                                                  50

```
09:54:13   1                      MR. HECKER:  Objection to form.
           2          A.    Not that I recall.
           3          Q.    Did Ripple employ lobbyists to interact
           4    with the SEC?
09:54:32   5                      MR. CERESNEY:  I'm -- I'm going
           6             to let him answer this first question.  I
           7             want to put counsel on notice, though,
           8             that we're going to object to any
           9             questions about lobbying activities by
09:54:40  10             Ripple in light of Judge Netburn's order
          11             on that issue.
          12                      MR. HANAUER:  That's understood
          13             and I still may try and explore the issue
          14             a little bit.
09:54:49  15                      MR. CERESNEY:  You can.  We will
          16             object and I'll instruct him not to
          17             answer.
          18          A.    So the question --
          19                      MR. CERESNEY:  If the question is
09:54:56  20             a yes or no, did they, then that's fine.
          21             I'll let you ask that question.
          22          A.    Did Ripple employ lobbyists to engage
          23    with the SEC?
          24          Q.    Correct.
09:55:13  25          A.    We employed lobbyists, but they were not
```

51

09:55:15  1    directed at the SEC.

2              Q.    Did Ripple employ lobbyists relating to

3        the SEC?

4                    MR. HECKER:   Objection to form.

09:55:27  5              A.    The lobbyists we employed were focused

6        on the Hill and the various bills that were being

7        floated around how to classify blockchain or -- or

8        crypto frameworks.

9              Q.    And what did Ripple employ those

09:55:51 10    lobbyists to accomplish?

11                        MR. CERESNEY:   I'm -- I'm going

12                   to object on the basis that Judge Netburn

13                   has ruled that lobbying activities by

14                   Ripple are not relevant in this matter and

09:56:02 15                   I'm going to instruct the witness not to

16                   answer that question for that reasons.

17                        Next question.

18                        MR. HANAUER:   Okay.  Can you --

19                   so you're not letting the witness answer

09:56:17 20                   questions relating to the substance of

21                   Ripple's lobbying efforts?

22                        MR. CERESNEY:   Yes, in light of

23                   Judge Netburn's June 15, 2021 order, in

24                   which Judge Netburn said that "The SEC's

09:56:29 25                   request to compel production of documents

                                                                     52

```
09:56:31   1        related to Ripple's lobbying efforts is
           2        denied.  As discussed in the Court's
           3        earlier opinion and order denying access
           4        to Ripple's privileged communications,
09:56:39   5        Ripple's fair notice defense centers on
           6        activities of the SEC, not its own
           7        behaviors," and citing a couple of things.
           8        The last sentence says "In the same vein,
           9        Ripple's lobbying efforts regarding the
09:56:52  10        status of XRP are not relevant; and any
          11        relevancy argument is outweighed by the
          12        burden of production."
          13             In light of that ruling, we
          14        would object to any questions about that
09:57:02  15        issue and I am instructing the witness
          16        not to answer.
          17             MR. HANAUER:  Okay.  Can you
          18        please mark that portion of the testimony?
          19        Thank you.
09:57:10  20             Will you instruct the witness
          21        not to answer any questions related to
          22        the substance of Ripple's lobbying
          23        efforts?
          24             MR. CERESNEY:  Yes.
09:57:25  25   BY MR. HANAUER:
```

53

```
09:57:26   1          Q.   Did Ripple employ any other consultants
           2   other than lobbyists related to the SEC?
           3                  MR. HECKER:  Objection to form.
           4          A.   No, not that I'm aware of.
09:57:44   5          Q.   Did Ripple make efforts to convince
           6   Congress to pass legislation that would determine
           7   that XRP is not a security?
           8                  MR. CERESNEY:  Objection.  Again,
           9            this relates to lobbying efforts
09:57:57  10            presumably.  Are you asking about efforts
          11            that don't relate to lobbying?  Is that
          12            what you're asking?
          13                  MR. HANAUER:  Any efforts.
          14                  MR. CERESNEY:  Okay.  So I will
09:58:05  15            instruct the witness other than anything
          16            that might relate to lobbying, are you
          17            aware of any other efforts?
          18                  THE VIDEOGRAPHER:  No.
          19                  MR. HANAUER:  And you're
09:58:14  20            instructing the witness not to answer the
          21            question as it relates to lobbying?
          22                  MR. CERESNEY:  Yes.
          23          Q.   Did Ripple make lobbying efforts related
          24   to the SEC directed to the executive branch?
09:58:33  25                  MR. CERESNEY:  Objection.  Same
```

54

```
09:58:34  1          objection.  And if you're asking about
          2          lobbying activities to the executive
          3          branch, I'm going to instruct him not to
          4          answer.
09:58:41  5                  MR. HANAUER:  Step one was a yes
          6          or no.
          7                  MR. CERESNEY:  Okay.  Why don't
          8          you answer that yes or no.
          9      A.    Did we make lobbying efforts directed at
09:58:50 10    the executive branch?  That was the question?
         11      Q.    Correct.  Related to the SEC.  Lobbying
         12    or -- let me start over.
         13      A.    Okay.
         14      Q.    Did -- did Ripple make lobbying efforts
09:59:08 15    relating to the SEC directed at the executive
         16    branch?
         17                  MR. CERESNEY:  And I'm just going
         18          to object on form.
         19                  You can answer it yes or no as
09:59:16 20          far as you know.
         21      A.    No.
         22      Q.    What is the Ripple protocol?
         23      A.    The Ripple protocol or -- or the name
         24    that was involved in XRP protocol was the
09:59:54 25    open-source ledger that -- that runs XRP.
```

                                                           55

```
09:59:58   1          Q.   So is the Ripple protocol and the XRP
           2    protocol the same thing?
           3          A.   The names have evolved over time.  How I
           4    think about that is the XRP protocol is what --
10:00:13   5    what it would be today.
           6          Q.   So are the term -- as you understand it
           7    or as you use the terms, is the Ripple protocol,
           8    does it mean the same thing as the XRP protocol?
           9          A.   How I use the term is -- XRP protocol is
10:00:32  10    the code that runs the XRP ledger.
          11          Q.   And how is that different from the
          12    Ripple protocol?
          13          A.   Ripple protocol could be the same thing.
          14    It could be the name for our -- the company's
10:00:45  15    products.  The names have evolved significantly
          16    over time and I'm not close to how they use the
          17    terms today, how the company's using those terms
          18    today.
          19          Q.   Did Ripple create the Ripple protocol?
10:00:56  20               MR. HECKER:  Objection to form.
          21          A.   Ripple did not create the XRP ledger,
          22    XRP protocol, if that's what you're asking.
          23          Q.   Did Ripple develop XRP?
          24          A.   No.
10:01:24  25               MR. HANAUER:  Did you get an
```

56

10:01:25   1           answer?

           2                     MR. HECKER:  He said no.

           3                     THE REPORTER:  There's a delay.

           4                     MR. HANAUER:  Oh, okay, I'm

10:01:29   5           sorry.  There we go.

           6                     Twenty-nine.  There are going to

           7           be leftovers, I'm quite sure.  Did you

           8           get one for the court reporter?  There

           9           are definitely enough.

10:01:56  10                     (Whereupon, exhibit is presented

          11           and marked SEC Zagone Exhibit RZ-29 for

          12           identification.)

          13                     MR. HANAUER:  So I just tendered

          14           the witness a document labeled Exhibit

10:01:59  15           RZ-29, which begins with a Bates number

          16           ending in 4881.

          17   BY MR. HANAUER:

          18        Q.    And, Mr. Zagone, is Exhibit RZ-29 an

          19   e-mail and an attach -- and attachment that you

10:02:21  20   sent to ███████ on December 18th, 2014?

          21        A.    Correct.

          22        Q.    And who is Mr. ███?

          23        A.    Mr. ███ was also on the business

          24   development team.

10:02:41  25        Q.    And you were forwarding Mr. ███ an

                                                              57

| | | |
|---|---|---|
| 10:02:43 | 1 | e-mail and attachment that Ripple had sent to the |
| | 2 | British Treasury? |
| | 3 | A.   That's correct. |
| | 4 | Q.   And why was Ripple submitting |
| 10:03:06 | 5 | information to the British Treasury? |
| | 6 | MR. CERESNEY:  I'd instruct the |
| | 7 | witness just to take a moment to look at |
| | 8 | the document. |
| | 9 | (Pause) |
| 10:04:05 | 10 | A.   It appears the company was responding to |
| | 11 | a call from -- for information from HM Treasury. |
| | 12 | Q.   And HM Treasury, that's the British |
| | 13 | Treasury? |
| | 14 | A.   Correct. |
| 10:04:17 | 15 | Q.   And when Ripple submitted information to |
| | 16 | the British Treasury, did Ripple provide truthful |
| | 17 | and accurate information? |
| | 18 | A.   I -- I assume so. |
| | 19 | Q.   And I want to refer you to the page -- |
| 10:04:35 | 20 | it's the second page of the submission, the page |
| | 21 | ending in -- a Bates number ending in 883.  And |
| | 22 | the second full paragraph says "Ripple Labs is the |
| | 23 | parent company that created and supports the |
| | 24 | Ripple protocol - an open-source, distributed |
| 10:04:54 | 25 | payment protocol for accounting for financial |

58

10:04:56  1   balances held within and moved between ledgers.

2   The Ripple protocol enables payment in any fiat or

3   virtual currency, including the math-based virtual

4   currency developed by Ripple Labs, XRP."

10:05:14  5        Do you see that?

6        A.   I see that.

7        Q.   So Ripple was representing to the

8   British Treasury that Ripple developed XRP --

9             MR. CERESNEY:

10:05:21  10            MR. WARD:  Hold on for a moment.

11        I would just inform the sound isn't coming

12        through on the Zoom.

13             MS. GRESSEL:  Jorge, we just got

14        an e-mail.

10:05:29  15            THE WITNESS:  I wonder if it's

16        because I moved the mic.  Maybe?

17             MS. GRESSEL:  Can folks on --

18             MR. HECKER:  Are you able to hear

19        now?

10:05:38  20            MS. GRESSEL:  Maureen, if you

21        can see us --

22             MR. HANAUER:  Let's go off the

23        record, please.

24             THE VIDEOGRAPHER:  Off the record

10:05:46  25        at 10:05.

59

```
10:20:11   1                    (Whereupon, a recess is taken.)
           2                    THE VIDEOGRAPHER:  Okay.  Back on
           3            the record at 10:20.  Go ahead.
           4    BY MR. HANAUER:
10:20:23   5       Q.   Mr. Zagone, before we went on the break,
           6    we were talking about Exhibit 29 and I had asked
           7    you to refer to the third page of the exhibit.
           8                    The last question I asked before we went
           9    off the record is, did Ripple represent to the
10:20:40  10    British Treasury that Ripple developed XRP?
          11                    (Pause)
          12                    MR. WARD:  Objection to form.
          13       Q.   And if it helps, Mr. Zagone, I'm only
          14    asking you about the second paragraph of the
10:23:28  15    letter.
          16                    MR. HECKER:  So to be clear, the
          17            question is whether that -- that paragraph
          18            includes a representation about that?
          19                    MR. HANAUER:  Did Ripple
10:23:42  20            represent to the British Treasury that
          21            Ripple developed XRP?
          22                    MR. HECKER:  In that one
          23            paragraph?
          24                    MR. HANAUER:  Correct.
10:23:56  25       A.   Just related to the one paragraph here,
```

                                                                60

10:24:04  1   this paragraph states:  "Ripple protocol enables
2   payments in any fiat or virtual currency,
3   including the math-based virtual currency
4   developed by Ripple Labs, XRP."
10:24:16  5       Q.    So Ripple represented to the British
6   Treasury that Ripple developed XRP?
7                    MR. HECKER:  Objection to form.
8                    MR. WARD:  Objection.
9                    MR. CERESNEY:  Objection to form.
10:24:26 10       A.    The statement here is that "including
11  the math-based currency developed by Ripple Labs,
12  XRP."  That's what it says.
13                   (Whereupon, exhibit is presented
14           and marked SEC Zagone Exhibit RZ-1 for
10:24:45 15           identification.)
16                   MR. HANAUER:  I'm tendering the
17           witness a document marked as Exhibit RZ-1,
18           beginning with a Bates number ending in
19           5167.
10:25:25 20  BY MR. HANAUER:
21       Q.    And before I ask you any questions about
22  the exhibit, was selling XRP part of Ripple's
23  business model?
24       A.    The business that I understood is we
10:25:37 25  were selling payment solutions, xCurrent and

61

10:25:37  1    xRapid, to banks.

2                    THE REPORTER:  Repeat the last

3         part.

4         A.   We were selling payment solutions,

10:25:46  5    xRapid and xCurrent, to banks.

6         Q.   Was that the only part of Ripple's

7    business model?

8                    MR. CERESNEY:  Object to form.

9         A.   The company sold XRP.  We were public

10:25:59 10   about that.

11        Q.   And how -- what do you mean, "The

12   company sold XRP"?

13        A.   The company held XRP and sold it.

14        Q.   So Exhibit RZ-1, that's an e-mail from

10:26:20 15   you to ██████████ forwarding an e-mail you

16   received from ████████████?

17        A.   I'm not sure how I received it.  I'm not

18   on -- listed on the e-mail thread, but I am

19   forwarding it to ██████.

10:26:39 20        Q.   And you are also forwarding the

21   attachment to the e-mail?

22        A.   Correct.

23        Q.   And who is Mr. ██████?

24        A.   Mr. ██████ was on the markets team.

10:26:59 25        Q.   And do you see how Mr. ████████ e-mail

                                                            62

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
10:27:01   1    is going to someone at ████████████?

           2         A.   Correct.

           3         Q.   And what was -- what information was

           4    Ripple submitting to ████████████?

10:27:18   5                   MR. HECKER:  Objection;

           6          foundation.

           7         A.   I'd have to review the document to see.

           8         Q.   Okay.  Could you take a quick look?

           9               (Pause)

10:29:19  10         A.   These are responses to the questions

          11    from ████████████.

          12         Q.   And I guess why was Ripple interacting

          13    with ████████████?

          14                   MR. WARD:  Objection to form.

10:29:37  15         A.   I -- I don't know exactly.

          16         Q.   So in 2015 Ripple had significant XRP

          17    holdings, is that right?

          18         A.   Ripple had XRP holdings in 2015.

          19         Q.   Did Ripple have the majority of the XRP

10:30:01  20    in existence in 2015?

          21                   MR. CERESNEY:  Objection; form.

          22         A.   I don't know.

          23         Q.   And one of Ripple's goals was to

          24    increase the use of XRP?

10:30:21  25                   MR. HECKER:  Counsel, are we
```

                                                              63

```
10:30:22   1              talking about this document or are we done
           2              with this document?
           3                      MR. HANAUER:  We're still on it.
           4                      MR. HECKER:  Okay.
10:30:27   5                      MR. CERESNEY:  Objection to form.
           6         A.    The goal of the company was we were
           7   building a payment network, so the adoption of our
           8   payment solutions.
           9         Q.    And XRP was part of the way those
10:30:40  10   payment systems worked?
          11         A.    XRP was a component of one of the
          12   products that we sold.
          13         Q.    And was it a goal of Ripple to increase
          14   the use of XRP?
10:30:53  15                      MR. CERESNEY:  Objection.
          16                      MR. HECKER:  Objection to form.
          17         A.    The -- the goal of Ripple was to -- to
          18   build a payment network and get broader adoption
          19   of our -- of our products, xCurrent, xRapid, the
10:31:05  20   two primary products when I was there.
          21         Q.    Did you understand that XRP could
          22   appreciate in value as the use of XRP increased?
          23                      MR. CERESNEY:  Objection; form.
          24         A.    XRP -- I did understand that.
10:31:26  25         Q.    Did you agree with that?
```

64

10:31:29   1            MR. CERESNEY:  Objection; form.

2        A.    The price of XRP and all the digital

3   assets are -- seem to be just flowing with the

4   market, market sentiment.

10:31:45   5        Q.    Did you agree that the price of XRP

6   would generally go up as the use of XRP increased?

7            MR. CERESNEY:  Objection; form.

8        A.    Depends on the market conditions.  It's

9   kind of hard to say.  There was periods of greater

10:32:07  10   adoption of all digital assets, but the prices

11   were coming down.

12        Q.    What about long term?

13            MR. CERESNEY:  Objection to form.

14            MR. WARD:  Objection to form.

10:32:21  15        A.    It's a big hypothetical.  There's so

16   many variables in what's guiding price.  Greater

17   adoption generally would -- would -- greater

18   adoption would be greater demand.  Demand is a

19   factor in price.

10:32:40  20        Q.    So can I ask you to look at the second

21   page of Exhibit 1?  And do you see the last

22   paragraph before heading 6?  And Ripple was

23   representing to ███████████ that XRP may

24   appreciate in value with increased use of the

10:33:07  25   Ripple protocol?

65

10:33:10  1      A.   I see it says that.

         2       Q.   That's something that Ripple represented

         3  to ██████████?

         4            MR. HECKER:  Objection to form.

10:33:19  5      A.   It says that they appreciate in value

         6  with increased use of the protocol.

         7       Q.   And you agree with that statement?

         8       A.   I -- I didn't write this document.

         9       Q.   Do you agree with that statement?

10:33:42 10       A.   I agree that it may -- it may

       11  appreciate.  It's a possibility with increased

       12  use.

       13       Q.   Did Ripple make efforts to increase the

       14  price of XRP?

10:33:50 15            MR. HECKER:  Objection to form.

       16            You can answer.

       17       A.   No.

       18       Q.   Did Ripple make efforts to increase the

       19  use of XRP?

10:34:06 20       A.   We made efforts to educate people in the

       21  market on XRP, how it worked, its advantages.  It

       22  was -- it was -- to me it was, like, educational.

       23       Q.   Did Ripple make efforts to create more

       24  ways in which XRP could be used by market

10:34:27 25  participants?

66

```
10:34:28   1                    MR. HECKER:  Objection to form.
           2        A.   XRP's an open-source protocol, so
           3   there's -- anyone can develop on it.  And we saw
           4   that happening in that time frame.  So there was
10:34:44   5   factors outside of the company creating new ways.
           6   The company was focused on the payment network.
           7        Q.   When you say "the company," you mean
           8   Ripple?
           9        A.   Ripple, yeah.
10:34:55  10        Q.   And was Ripple focused on a payment
          11   network that used XRP as part of that network?
          12        A.   Yeah.
          13        Q.   And was Ripple trying to promote the use
          14   of a payment network that used XRP as part of that
10:35:15  15   network?
          16                    MR. CERESNEY:  Objection to form.
          17                    MR. WARD:  Objection.
          18        A.   We were promoting a payment -- our
          19   products, the payment network.  One of the
10:35:24  20   products used XRP as a liquidity tool.
          21        Q.   How did Ripple generate revenues while
          22   you worked there?
          23        A.   When I was there, we sold contracts to
          24   banks to use our payment products and we sold XRP.
10:35:52  25        Q.   And how did Ripple's revenues from
```

67

```
10:35:55   1    selling software and professional services compare

           2    to its revenues from selling XRP?

           3        A.   I -- I don't know.

           4        Q.   Do you know whether Ripple generated

10:36:12   5    more revenues from selling XRP than it did from

           6    selling software products and other services?

           7        A.   I don't know definitively what the split

           8    was.  I -- I only served on the business

           9    development team for -- it was around nine months.

10:36:28  10        Q.   Did you have a general understanding?

          11        A.   No, I didn't focus on the financials.

          12        Q.   Did Ripple raise working capital by

          13    selling XRP?

          14             MR. WARD:  Objection to form.

10:36:53  15        A.   We sold XRP.  We funded the company

          16    through traditional equity.  So we did -- when I

          17    was there, we did a Series A and a Series B round.

          18    Shortly after I left, we closed a C.

          19        Q.   And how much money did Ripple bring in

10:37:09  20    from those funding rounds?

          21        A.   I -- I can't recall.

          22        Q.   Did Ripple also raise working capital by

          23    selling XRP?

          24             MR. HECKER:  Objection to form.

10:37:20  25             MR. CERESNEY:  Objection to form.
```

68

10:37:21 1          A.   We sold XRP.

2          Q.   Can I ask you to look at the page of

3     Exhibit 1 ending with 5178?  And do you see the

4     paragraph under the heading 2 where it says "XRP

10:37:54 5     II, LLC"?

6          A.   I see that.

7          Q.   And what was XRP II, LLC?

8          A.   It was a subsidiary of Ripple Labs that

9     sold XRP to institutional investors and market

10:38:09 10     makers.

11          Q.   What do you mean by "institutional

12     investors"?

13          A.   Institutions, not like retail, like you

14     or me, individuals, but institutional funds, the

10:38:22 15     professional business, or market makers.

16          Q.   And for the institutional investors

17     who -- they thought Ripple -- they thought XRP

18     would go up in value when they purchased XRP?

19          A.   I -- I don't know what -- what they

10:38:37 20     thought.

21          Q.   Well, what was your understanding of why

22     institutional investors were buying XRP from

23     Ripple?

24          A.   I think -- you have to ask them what --

10:38:49 25     what they were doing.  There was a lot of market

69

10:38:51   1   makers who were making markets on an XRP ledger.

           2   There were -- and institutional investors.  So

           3   either wanting exposure to crypto -- usually in

           4   that time wanting exposure to crypto pretty

10:39:07   5   generally.

           6        Q.   Meaning the institutional investors

           7   wanted XRP as part of their investment portfolio?

           8             MR. HECKER:  Objection to form.

           9        A.   I mean, you would have to ask the

10:39:14  10   institutional investors why they were buying it.

          11        Q.   Did you have an understanding of why the

          12   institutional investors were buying XRP?

          13        A.   I was not on the markets team.  I didn't

          14   have an understanding.

10:39:25  15        Q.   What was your understanding of why

          16   market makers were purchasing XRP from Ripple?

          17        A.   To -- to make markets on the XRP ledger

          18   and other -- other assets.  So buying and selling

          19   for a margin.

10:39:41  20        Q.   And who was trading on those markets?

          21        A.   They were open markets.  Anyone could

          22   access and trade.

          23        Q.   Do you have an understanding of why

          24   people were trading XRP on those markets?

10:39:55  25             MR. HECKER:  Objection; form.

                                                             70

10:39:58 1       A.   I don't know -- not on XRP specifically.

2  Market makers generally buy and sell for margin,

3  kind of regardless of price, but they buy and sell

4  a lot.  They make a small margin on that.

10:40:18 5       Q.   Did Ripple pay market makers to make a

6  market in XRP?

7       A.   I don't know.

8       Q.   When Ripple sold XRP, did it place

9  restrictions on who the purchasers could sell XRP

10:40:34 10  to?

11       A.   I don't know.

12       Q.   Did Ripple know what the persons and

13  entities who purchased XRP would do with it after

14  they bought it from Ripple?

10:40:49 15       A.   I don't know.

16       Q.   And referring you back to that paragraph

17  on page 178 of Exhibit 1, do you see how it says

18  "All sales of XRP conducted by XRP II are for the

19  benefit of Ripple Labs, its ultimate parent

10:41:10 20  company, and represents one method by which Ripple

21  Labs raises working capital"?

22       A.   I see that.

23       Q.   When did Ripple stop raising working

24  capital by selling XRP?

10:41:27 25             MR. HECKER:  Objection to form.

71

| | |
|---|---|
| 10:41:29 | 1 |

```
10:41:29   1              MR. WARD:  Objection to form.
           2        A.   I don't know.  I wasn't on the marketing
           3   or finance team -- the markets or finance team.
           4        Q.   What was ███████?
10:41:48   5        A.   I don't know.  I can't recall.
           6                   (Whereupon, exhibit is presented
           7              and marked SEC Zagone Exhibit RZ-2 for
           8              identification.)
           9                   MR. HANAUER:  I'm tendering the
10:42:01  10              witness a document marked as Exhibit RZ-2
          11              with a Bates number ending in 1111.
          12   BY MR. HANAUER:
          13        Q.   Do you see, is Exhibit RZ-2 an e-mail
          14   from ███████████ to ██████████, copying you and
10:42:29  15   others, dated September 2nd, 2015?
          16        A.   I see that.
          17        Q.   And why don't you take a look at the
          18   e-mail and see if that refreshes your recollection
          19   about ███████?
10:43:33  20                   (Pause)
          21        A.   Okay.
          22        Q.   So does looking at Exhibit RZ-2 refresh
          23   your recollection as to what ███████ was?
          24        A.   It does not.
10:43:47  25        Q.   Do you know what the XRP fund was?
```

72

10:43:52  1          A.    No.

2          Q.    Do you know if Ripple was selling XRP to

3    ████?

4          A.    I don't know.

10:44:19  5          Q.    So besides institutional investors and

6    market makers, in 2016, who else was Ripple

7    selling XRP to?

8          A.    It was my understanding we were selling

9    to institutional investors and market makers.  I

10:44:38 10    don't have awareness outside of that.

11          Q.    Any other financial institutions?

12          A.    Not that we were selling to that I was

13    aware of.

14                (Whereupon, exhibit is presented

10:44:52 15          and marked SEC Zagone Exhibit RZ-3 for

16          identification.)

17                MR. HANAUER:  I tendered the

18          witness a document marked as Exhibit RZ-3,

19          starting with the Bates number ending in

10:45:00 20          1249.

21    BY MR. HANAUER:

22          Q.    And is Exhibit RZ-3 an e-mail ████████

23    ████████ sent to various folks at ███, copying you and

24    others, on March 21st, 2016?

10:45:21 25          A.    Correct.

73

10:45:24  1        Q.    And there's an attachment to Mr. ███████

        2   e-mail as part of Exhibit RZ-3?

        3        A.    Yes.  I see the attachment.

        4        Q.    Who is ████████████?

10:45:34  5        A.    ████████████ was the controller on the

        6   finance team.

        7        Q.    For Ripple?

        8        A.    For Ripple.

        9        Q.    And why was Ripple interacting with ████

10:45:46 10   ████?

       11             MR. WARD:  Objection to form.

       12        A.    I don't know specifically.  I assume it

       13   was part of a BD discussion.

       14        Q.    And I want to refer you to the first

10:46:08 15   page of the attachment in the Exhibit RZ-3.  Do

       16   you see under the heading "Request," it says "To

       17   support Ripple's growth in the near term, the

       18   company is seeking a bank partner to provide"

       19   business banking -- "a business banking account

10:46:26 20   for a wholly owned subsidiary XRP II, LLC"?

       21        A.    I see that.

       22        Q.    So was XRP II looking for a bank?

       23             MR. HECKER:  Objection to form.

       24        A.    This shows that we're looking for a bank

10:46:39 25   partner, yes.  I recall that that was part of our

                                                            74

10:46:48  1    application to New York DSS for a virtual currency

2    license.

3         Q.    And then do you see on the bottom, the

4    last paragraph of the page ending in 250, it says

10:47:02  5    "XRP II, LLC would use this bank account to book

6    revenue and pay operating expenses from its

7    primary business activities:  Selling digital

8    assets to financial institutions and institutional

9    investors"?

10:47:16 10         A.    I see that.

11         Q.    And is it accurate that XRP II's primary

12   business activities in 2016 were selling XRP to

13   financial institutions and institutional

14   investors?

10:47:29 15              MR. HECKER:  Objection to form.

16         A.    To the best of my understanding, yes.

17         Q.    What was your understanding of the

18   financial institutions being described in this

19   memorandum?

10:47:42 20         A.    So we were working -- financial

21   institution being a bank, a bank that we were

22   working with that would be using that product.

23         Q.    And in 2016, why were banks -- what were

24   they doing with XRPs?

10:48:04 25              MR. CERESNEY:  Objection to form.

                                                          75

10:48:05  1      A.   In 20 -- in 2016, we were undergoing --
        2  we had a series of proof of concepts and pilots
        3  going on with a number of banks that we were
        4  working with to -- this is in the company -- the
10:48:22  5  company, Ripple Labs, at the time, we were
        6  experimenting with what the right -- well, I guess
        7  the optimal product design would be for
        8  connectivity and liquidity for payments.  So we
        9  had several pilots and proof of concepts going on
10:48:35 10  and it included XRP.
       11      Q.   So if a bank was using XRP in 2016, it
       12  would have been for a pilot or use of concept?
       13      A.   In the 2014 to maybe early 2016 range,
       14  somewhere in there, yeah.  My -- my memory of the
10:48:58 15  timeline is hazy at this point, but it had a
       16  number of proof of concepts and pilots going on.
       17      Q.   Were -- were banks using -- were banks
       18  purchasing XRP from Ripple for purposes other than
       19  pilot testing or use of concepts?
10:49:18 20      A.   I don't know.
       21      Q.   In 2016 was XRP used by consumers?
       22      A.   Yes.
       23      Q.   Which consumers were using XRP in 2016?
       24      A.   XRP was -- an XRP ledger open source,
10:49:45 25  you could acquire it from exchanges.  You could --

76

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

10:49:49   1   any consumer could go in and buy XRP or bitcoin,

  2   either, on an exchange.

  3       Q.   What uses for consumers did XRP have in

  4   2016?

10:50:06   5       A.   This is in the early day of crypto.

  6   There were people using it as -- the primary use

  7   case for crypto at the time was using it as a

  8   currency, so as a replacement for the U.S. dollar.

  9   So people would be buying coffee or goods or

10:50:19 10   services with crypto.  So that would be a consumer

 11   use case.

 12       Q.   And I want to refer you to the last page

 13   of Exhibit 1.  And do you see how the first

 14   paragraph on the page ending in 1252 says "XRP as

10:50:53 15   a digital asset is not used by consumers and is

 16   not a replacement for government issued money"?

 17       A.   I see that.

 18       Q.   Ripple was representing to XRP -- or

 19   Ripple was representing to ███████ that XRP is not

10:51:10 20   used -- or was not used by consumers in 2016?

 21       A.   That is meant -- what I -- what I

 22   believe that's meant to say is that Ripple's use

 23   of XRP in our products is not a direct-to-consumer

 24   tool.  So it was meant really to distinguish

10:51:26 25   between X -- Ripple's use of XRP as its liquidity

77

10:51:31  1  bridge from what was happening in the majority of

2  the crypto market at this time where exchanges

3  sold crypto to replace the U.S. dollar.

4  So this was -- this was speaking to how

10:51:42  5  Ripple was using XRP.  We're not selling it to

6  consumers.  We're not using it to replace

7  government-issued money but rather to connect it

8  more efficiently.

9  Q.   How did the amount of XRP that Ripple

10:51:57 10  sold to institutional investors compare to the

11  amount of XRP Ripple sold for use in Ripple's

12  products?

13  MR. CERESNEY:  Objection to form.

14  MR. HECKER:  Objection to form.

10:52:12 15  A.   I don't know.

16  (Whereupon, exhibit is presented

17  and marked SEC Zagone Exhibit RZ-4 for

18  identification.)

19  MR. HANAUER:  I'm tendering the

10:52:34 20  witness a document that's been marked as

21  Exhibit RZ-4, which begins with a Bates

22  number ending in 9845.

23  MR. HECKER:  Mr. Zagone, when

24  you're reviewing it, you're kind of

10:53:09 25  humming to yourself.  We heard it.

78

10:53:17  1    BY MR. HANAUER:

          2        Q.    And is Exhibit RZ-4 an e-mail and

          3    attachment that you sent to ███████████ on

          4    January 6, 2017?

10:53:27  5        A.    That's correct.

          6        Q.    And do you see how your -- the first

          7    line of the exhibit says "To assist ████ in their

          8    application, I provided them with the attached

          9    paper of info that had to provide for the

10:53:43 10    BitLicense"?

         11        A.    I see that.

         12        Q.    What was ████?

         13        A.    ██████ was a Japanese company that we were

         14    partnering with.  I believe we were -- at this

10:53:58 15    point, I can't recall if we were partnering with

         16    them or -- yes, we were partnering with them,

         17    ████ Ripple ledger.

         18        Q.    And what is the BitLicense you reference

         19    in Exhibit RZ-4?

10:54:14 20        A.    The BitLicense was the New York

         21    Department of Financial Services' virtual currency

         22    license.

         23        Q.    And why were you e-mailing Mr. ██████ --

         24    or why were you e-mailing ████ the paper that you

10:54:37 25    provided in connection with the BitLicense?

                                                          79

```
10:55:06    1              (Pause)
            2         A.   It says here, in Japan, there was a
            3    draft version of the government ordinance for
            4    cryptocurrencies to be licensed -- for crypto
10:55:21    5    exchanges to be licensed.  I believe they had to
            6    provide background on the assets that they were
            7    trading, one of which was XRP.  Since we were a
            8    partner with ████, we provided them content on XRP.
            9         Q.   And can I refer you to the page in
10:55:45   10    Exhibit 4 ending in 9852?
           11         A.   I see it.
           12         Q.   And did -- did you write this paper
           13    titled "XRP Overview for ████"?
           14         A.   I can't recall if I wrote it myself or
10:56:14   15    pieced it together from other documents we had at
           16    Ripple.
           17         Q.   Was the information that Ripple was
           18    providing to ████ in this paper truthful and
           19    accurate?
10:56:28   20         A.   I -- I assume so, yeah.
           21         Q.   Can I refer you to the -- the second
           22    page of the paper?  And that's the one with the
           23    Bates number ending in 853.
           24         A.   Uh-huh.
10:56:50   25         Q.   And do you see in the last paragraph on
```

                                                                80

10:56:52  1    that page, it says "XRP II, LLC sells or transfers

       2    XRP to financial institutions and accredited

       3    investors who bring payment volume and/or FX

       4    liquidity to Ripple"?

10:57:07  5        A.    I see that.

       6        Q.    And in 2017, Ripple was selling XRP to

       7    financial institutions and accredited investors?

       8        A.    That was my understanding.

       9        Q.    What did you understand the term

10:57:25  10   "accredited investors" to mean?

      11        A.    This I got from the -- from our markets

      12    and legal team.   I was not on the markets team.

      13        Q.    Do you have an understanding of what the

      14    term "accredited investor" means?

10:57:50  15       A.    An understanding that it's a -- it's a

      16    defined class of investors who have a certain net

      17    worth or income.

      18        Q.    And who were the accredited investors

      19    Ripple was selling XRP to in 2017?

10:58:01  20       A.    I don't know.

      21        Q.    And when the paper talks about selling

      22    XRP to financial institutions and accredited

      23    investors who bring payment volume and/or FX

      24    liquidity to Ripple, what does that mean when

10:58:28  25   speaking about the pay -- payment volume and/or FX

                                                                    81

```
10:58:31   1   liquidity?
           2              MR. HECKER:  Objection to form.
           3        A.   I'm not certain.  I -- I got this
           4   from -- this is -- that's not something that looks
10:58:46   5   like I -- that I recall writing.
           6        Q.   Can I refer you to the last page of
           7   Exhibit 4, please?
           8        A.   Sure.
           9        Q.   And under the heading "Supply of XRP,"
10:59:06  10   do you see it says "While buyers and sellers
          11   determine the market price of XRP, the supply of
          12   XRP is an important variable to consider when
          13   valuing the asset"?
          14        A.   I see that.
10:59:22  15        Q.   How did the supply of XRP affect its
          16   price?
          17        A.   Generally supply and demand drive price.
          18   So if there's an increase or a decrease in supply
          19   relative to an increase or decrease in demand, you
10:59:36  20   would see a change in price.
          21        Q.   So if the supply goes up, all other
          22   things being equal, what happens to the price?
          23              MR. WARD:  Objection to form.
          24        A.   If supply goes up and demand is -- is
10:59:48  25   the same, price would go down.
```

                                                                82

```
10:59:51   1        Q.   And what if supply went down but demand
           2   stayed the same?
           3                  MR. WARD:  Object to form.
           4        A.   If supply went down, but demand stayed
11:00:03   5   the same, price would go up.
           6        Q.   What if supply stayed the same and
           7   demand went up?
           8                  MR. WARD:  Object to form.
           9        A.   Price would go up.
11:00:12  10        Q.   What if supply stayed the same and
          11   demand went down?
          12                  MR. WARD:  Object to form.
          13        A.   Price would go down.
          14        Q.   Then do you see the second paragraph
11:00:27  15   where it says "As of December 26, 2016, Ripple
          16   held approximately 63 billion of the 100 billion
          17   XRP"?
          18        A.   I see that.
          19        Q.   What -- what did that mean?
11:00:43  20        A.   There were 100 billion XRP in existence.
          21   Ripple held 63 billion of them.
          22        Q.   And then do you see the next sentence
          23   says "Ripple's distribution strategy, including
          24   the timing, volume and pace of distribution, will
11:01:01  25   impact the supply and ultimately the value of
```

83

11:01:03   1    XRP"?

           2         A.    I see that.

           3         Q.    What did that mean?

           4         A.    That as the company distributes or sells

11:01:13   5    XRP, either they sell it or give it away, that

           6    will impact the supply -- it will increase the

           7    supply and could impact the price, depending on

           8    what happens to demand.

           9         Q.    So how Ripple went about distributing

11:01:30  10    its XRP holdings could impact the price of XRP?

          11              MR. CERESNEY:  Objection to form.

          12         A.    Hypothetically it could, depending on

          13    what happens with demand and general market

          14    conditions.

11:01:51  15         Q.    And then do you see the next paragraph

          16    says "Ripple aims to distribute XRP in a way that

          17    supports a stable or strengthening value of XRP"?

          18         A.    I see that.

          19         Q.    Was that an aim of Ripple?

11:02:07  20         A.    It says Ripple -- it says "Ripple's aim

          21    is to distribute XRP in a way that supports a

          22    stable or strengthening value."

          23         Q.    So did Ripple aim to distribute XRP in a

          24    way that would cause XRP's price to stay the same

11:02:25  25    or go up?

                                                                    84

```
11:02:28   1                    MR. CERESNEY:  Objection to form.
           2        A.   That's what I understand that statement
           3   says.
           4        Q.   And then the last sentence said -- says
11:02:37   5   "Ripple expects to see an increase in demand for
           6   XRP that more than offsets the additional supply
           7   that is injected into the market via sales of the
           8   asset."
           9             What does that mean?
11:02:59  10        A.   Seems to say our expectation for demand
          11   would increase more than the additional supply.
          12        Q.   So even though the supply of XRP was
          13   going up, because the demand for XRP was going up
          14   also, the price of XRP would not fall?
11:03:21  15                    MR. CERESNEY:  Objection --
          16                    MR. HECKER:  Objection to form.
          17        A.   The statement's saying that we were --
          18   we were looking to be responsible with our own
          19   transactions for -- to ensure a stable or
11:03:34  20   strengthening value of XRP.
          21        Q.   And by "stable or strengthening value,"
          22   you meant the price of XRP not going down?
          23                    MR. HECKER:  Objection to form.
          24        A.   That's what we were -- I'm sorry.
11:03:56  25   That's what we were looking for, a stable or
```

85

```
11:03:58    1    strengthening value, so not declining.  Not

            2    declining from our activity.

            3                   (Whereupon, exhibit is presented

            4              and marked SEC Zagone Exhibit RZ-12 for

11:04:24    5              identification.)

            6                   MR. HANAUER:  And I just tendered

            7              the witness a document labeled as Exhibit

            8              RZ-12, which begins with a Bates number

            9              ending in 6910.

11:04:51   10    BY MR. HANAUER:

           11         Q.   Is Exhibit RZ-12 an e-mail and

           12    attachment that you sent to various people at MAS

           13    on June 16th, 2017?

           14         A.   That's correct.

11:05:09   15         Q.   What is MAS?

           16         A.   That's the Monetary Authority in

           17    Singapore, Central Bank of Singapore.

           18         Q.   And there's a paper attached to the

           19    e-mail you sent to the monet -- Monetary Authority

11:05:24   20    of Singapore titled "XRP Overview - Long-term

           21    Vision and Short-term Tactics"?

           22         A.   Correct.

           23         Q.   Did you draft that paper?

           24         A.   I can't recall if I drafted it or --

11:06:04   25    from scratch or if I -- it was pulled together
```

86

11:06:06  1    from existing materials.

2        Q.    You had a role in --

3        A.    I had a role in producing it.

4        Q.    And why were you providing this paper to

11:06:16  5    the Monetary Authority of Singapore?

6        A.    So MAS was and still is one of the

7    leading players, central banks, in looking at how

8    digital currency can be used within payments,

9    international -- particularly international

11:06:37 10   payments.  So we were engaging with them on a

11   series of experiments that they were doing.

12       Q.    And the information you provided to the

13   Monetary Authority of Singapore was truthful and

14   accurate?

11:06:52 15       A.    Correct.

16       Q.    And I'd like to refer you to page -- the

17   page ending in 942 labeled "Appendix 1."

18            Referring you to the second paragraph,

19   it says "XRP II, LLC.  This subsidiary sells XRP

11:07:34 20   to a limited" custer bay -- "customer base,

21   including financial institutions and accredited

22   investors."

23       A.    I see that.

24       Q.    Ripple was still selling XRP to

11:07:46 25   accredited investors in June of 2017?

87

```
11:07:49   1        A.   XRP II was -- that's the entity that
           2   would sell to accredited investors and financial
           3   institutions.  To the degree that it was or it
           4   wasn't in that time frame, I don't know.
11:08:09   5        Q.   Was XRP selling -- was XRP II, LLC
           6   selling XRP to accredited investors in June 2017?
           7             MR. WARD:  Objection.
           8        A.   If we -- that was the entity that -- XRP
           9   II, LLC, is the entity that would sell XRP II.
11:08:29  10   It's sold to financial institutions and accredited
          11   investors.  I don't know if transactions were
          12   happening in that time frame.  If they were, they
          13   would have happened through XRP II.
          14        Q.   And just to be clear, your -- your paper
11:08:44  15   to the Monetary Authority of Singapore is dated
          16   June 2017?
          17        A.   Correct.
          18        Q.   And I want to refer you to the -- the
          19   next page ending in 943 where -- under the heading
11:09:01  20   "Supply of XRP."
          21        A.   I see it.
          22        Q.   And do you see the second paragraph
          23   talks about "a cryptographically secured escrow
          24   that manages the timing and release of" XRP?
11:09:26  25        A.   I see that.
```

88

11:09:35  1          Q.   Could you describe what that escrow

        2     program was?

        3          A.   The escrow program was a initiative to

        4     take a significant portion of the company's XRP

11:09:46  5     and place it outside of control of the company,

        6     like locked in an escrow.  On a certain period, a

        7     certain amount of XRP would be released to the

        8     company.  I can't recall what that period or what

        9     the amount was.

11:10:02 10          The -- the effort came about, we were

        11     seeing bad actors in the crypto space that were --

        12     that held a lot of crypto and were dumping it at

        13     will and walking away.

        14          We wanted to give assurance to the

11:10:18 15     market that we were going to be a responsible

        16     player and would not -- were not going to do that

        17     with our own holdings.

        18          Q.   So Ripple wanted to convey to the market

        19     that Ripple would not flood the market with its

11:10:31 20     own XRP holdings?

        21          A.   Correct.

        22              MR. HANAUER:  Could we go off the

        23         record, please?

        24              THE VIDEOGRAPHER:  Yep.  Going

11:10:38 25         off the record at 11:10.

                                                              89

```
11:10:53   1                      (Whereupon, a discussion is held
           2            off the record.)
           3                      THE VIDEOGRAPHER:  Okay.  Back --
           4            back on the record at 11:12.
11:12:30   5                      Go ahead.
           6    BY MR. HANAUER:
           7         Q.    So the reason Ripple set up the escrow
           8    program was to address concerns for market
           9    participants that Ripple could dump large amounts
11:12:50  10    of its XRP holdings into the market?
          11                      MR. CERESNEY:  Objection.
          12                      MR. HECKER:  Objection to form.
          13         A.    The -- there were bad actors in the
          14    crypto space that were dumping their -- their
11:13:02  15    holdings and crashing prices of other cryptos.  So
          16    we saw that as the -- the market became concerned
          17    across all the cryptocurrencies that this could
          18    happen.
          19                      Ripple proactively set up the escrow to
11:13:18  20    give assurance to the market that we weren't going
          21    to do that.  We were going to be a responsible
          22    player.  We're locking this aside.  We're not
          23    going to dump our holdings.  So it was a proactive
          24    step we took.
11:13:29  25         Q.    And if Ripple had dumped large amounts
```

90

11:13:33   1   of XRP into the market all at once, would that

          2   have negatively affected XRP's price?

          3          A.   Yeah, there would be --

          4               MR. CERESNEY:  Objection; form.

11:13:43   5          A.   That would be a -- a flood of supply

          6   into the market.  Depending on what demand was at

          7   the time, if demand was stable or unchanged, price

          8   would go down.

          9          Q.   How did the escrow program affect XRP's

11:14:02  10   price?

         11               MR. CERESNEY:  Objection to form.

         12          A.   When we announced the escrow program, it

         13   was a reduction in supply and the price went up.

         14   The market had more certainty around how we were

11:14:14  15   going to use or dispose of the XRP.

         16          Q.   In June 2017, did Ripple continue to

         17   distribute XRP in a way that would support or

         18   increase XRP's price?

         19               MR. HECKER:  Objection to form.

11:14:40  20          A.   The -- the guiding factor for Ripple was

         21   not to have an impact on the price.  We -- we saw

         22   that -- I saw that in the quarterly market reports

         23   showing that our trading and -- not our trading,

         24   our selling activity was only a small portion of

11:14:58  25   the trading that was happening.

                                                              91

```
11:15:00   1          Q.    In June 2017, did Ripple still aim to
           2   distribute XRP in a way that supported a stable or
           3   strengthening value of XRP?
           4                MR. CERESNEY:  Objection; form.
11:15:13   5          A.    I -- I can't speak to the -- what the
           6   marketing team -- the market -- the markets team
           7   was doing during that time.
           8          Q.    What were Ripple's -- you can put that
           9   exhibit down.
11:15:38  10                What were Ripple's OTC sales?
          11          A.    Over-the-counter sales.  I -- I don't
          12   know much about them.
          13          Q.    How did the over-the-counter sales
          14   differ from XRP II, LLC's sales of XRP?
11:16:04  15          A.    I don't know.
          16                MR. HANAUER:  Exhibit 14.
          17                (Whereupon, exhibit is presented
          18            and marked SEC Zagone Exhibit RZ-14 for
          19            identification.)
11:16:17  20                MR. HANAUER:  I'm tendering the
          21            witness a document that's been marked as
          22            Exhibit RZ-14, which begins in a Bates
          23            number ending in 5510.
          24   BY MR. HANAUER:
11:16:38  25          Q.    Is Exhibit RZ-14 an e-mail exchange
```

92

11:16:54  1   between you and Miguel Vias dated October 9th,

       2   2017?

       3        A.   I see that, yes.

       4        Q.   And do you see the third e-mail in the

11:17:14  5   chain, you write to Mr. Vias, "Question:  We seem

       6   to be seeing a lot of OTC demand and sales.  By

       7   selling OTC, that demand doesn't get captured on

       8   exchanges or reflected in market prices.  Would we

       9   be better off shifting some demand to exchanges

11:17:36 10   for XRP purchases?"

      11            What are you writing about there?

      12            MR. WARD:  Object to form.

      13        A.   I'm not certain.  The rest of the e-mail

      14   doesn't seem to be about OTC.  It doesn't seem to

11:18:28 15   be about OTC sales.  I'm asking if we -- if the

      16   company should shift from selling OTC to

      17   exchanges.  I'm asking mainly out of curiosity

      18   for -- and I'm asking Miguel Vias, head -- he's

      19   the lead for the markets team, about what the

11:18:52 20   impact of OTC versus exchange selling is as that's

      21   new for me.

      22        Q.   And -- and I guess, what was the

      23   significance of selling XRP over the counter as

      24   opposed to on an exchange?

11:19:06 25            MR. HECKER:  Objection to form.

                                                              93

11:19:09  1        A.   I -- from the question here at the time,

       2   I don't seem to understand what the difference or

       3   what the impact would be from OTC versus exchange

       4   selling.  So I'm trying to ask Miguel to clarify

11:19:22  5   that.

       6        Q.   And then Mr. Vias responds "This wasn't

       7   a concern before, but coming to a head quickly, I

       8   think we will put a cap on how much we sell OTC."

       9        A.   I see that.

11:19:40 10        Q.   Why would capping OTC sales be

      11   beneficial to Ripple?

      12              MR. CERESNEY:   Objection; form.

      13        A.   I don't know.  You'd have to ask Miguel

      14   for details on that.

11:20:02 15        Q.   And then do you see in the bottom e-mail

      16   from Mr. Vias and the subject's "XRP Market

      17   Updates"?

      18        A.   Uh-huh.  I see that.

      19        Q.   Mr. Vias writes "XRP has been on quite a

11:20:17 20   roll over the last week," and then he talks about

      21   the -- writes about the price increase.

      22              Do you see that?

      23        A.   I see that.

      24        Q.   Was that -- was it a good thing for

11:20:29 25   Ripple when the price of XRP increased?

                                                        94

11:20:34   1                        MR. CERESNEY:   Objection to form.

           2        A.   If the price of XRP increased, the

           3   holdings -- Ripple's holdings of XRP was more

           4   valuable.

11:20:49   5        Q.   And that was good for Ripple?

           6        A.   Yes.

           7        Q.   Did Ripple ever make public

           8   announcements about the rising price of XRP?

           9                        MR. HECKER:   Objection to form.

11:21:04  10        A.   I can't recall.

          11                        (Whereupon, exhibit is presented

          12                and marked SEC Zagone Exhibit RZ-33 for

          13                identification.)

          14                        MR. HANAUER:   And I just tendered

11:21:39  15                the witness a document labeled RZ-33

          16                beginning in a Bates number ending in

          17                6858.

          18   BY MR. HANAUER:

          19        Q.   And is Exhibit RZ-33 an e-mail from

11:22:02  20   insights@ripple.com to you dated December 20th,

          21   2017?

          22        A.   That's correct.

          23        Q.   And what is this Ripple -- or the Ripple

          24   Insights or ██████████@ripple.com?

11:22:20  25        A.   Ripple Insights, I believe it was a

                                                                  95

11:22:22  1    newsletter that we -- that the company would send

2    out to people that are subscribed to it.

3         Q.   And did that newsletter go to only

4    Ripple internally or to members of the public,

11:22:33  5    also?

6         A.   I can't recall.  We had an internal

7    version that shared internal news, and I believe

8    there was an external subscription newsletter you

9    could -- you could subscribe to.  I don't recall

11:22:51 10    if this one was internal or external.

11         Q.   And do you see on the third page of

12    Exhibit RZ-33, the e-mail talks about Ripple's

13    price increasing 89 percent in a single day?

14         A.   I see that, yes.

11:23:31 15         Q.   Did Ripple convey price increases of XRP

16    to the public?

17         A.   I can't tell if this was the public

18    newsletter or not.  We had an internal one.  In

19    this e-mail, we seem to be capturing a news

11:23:56 20    article.

21         Q.   Do you see how the very last portion of

22    Exhibit RZ-33 provides Ripple's mailing address?

23         A.   I see that.

24         Q.   And does that give you any indication of

11:24:10 25    whether the Ripple Insights' e-mail went only to

96

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

| | | |
|---|---|---|
| 11:24:17 | 1 | Ripple internal employees? |
| | 2 | MR. WARD:  Object to the form. |
| | 3 | A.   You would have to ask the marketing team |
| | 4 | what -- what this specific one was.  I just |
| 11:24:25 | 5 | received it.  I received a daily -- a daily e-mail |
| | 6 | on recent news and this one as well. |
| | 7 | Q.   To the extent that Ripple was promoting |
| | 8 | XRP price increases to the public, did you have |
| | 9 | any concerns about that? |
| 11:24:49 | 10 | MR. CERESNEY:  Objection. |
| | 11 | MR. HECKER:  Objection to form. |
| | 12 | MR. WARD:  Objection. |
| | 13 | A.   Well, in this newsletter here, we're -- |
| | 14 | we're just quoting a news report it looks like. |
| 11:25:06 | 15 | CoinMarketCap. |
| | 16 | Q.   To the -- to the extent that Ripple was |
| | 17 | publicly announcing price increases of XRP, did |
| | 18 | you have any concerns about that? |
| | 19 | MR. CERESNEY:  Objection; form. |
| 11:25:21 | 20 | A.   I did not, no. |
| | 21 | Q.   When you left Ripple, was On-Demand |
| | 22 | Liquidity, or ODL, Ripple's primary product that |
| | 23 | it sold to customers? |
| | 24 | A.   When I left Ripple, we had two products, |
| 11:25:51 | 25 | xCurrent and xRapid.  We were in the midst of |

97

11:25:58  1   evolving the branding of those products.  The
        2   majority of the time I was there, it was xCurrent
        3   and xRapid.
        4       Q.   And did xCurrent use XRP as part of its
11:26:14  5   product?
        6       A.   We did not.
        7       Q.   And xRapid did use XRP to make that
        8   product work?
        9       A.   Correct.
11:26:28 10       Q.   Was xRapid the first product Ripple sold
       11   for commercial use that used XRP?
       12       A.   We had variants of xRapid leading up to
       13   the product that we were selling when I left that
       14   also used XRP.  That was the primary product
11:26:49 15   that -- that leveraged XRP technology.
       16       Q.   Was xRapid the first Ripple product that
       17   used XRP that Ripple sold to customers as opposed
       18   to did pilot testing or proof of concept testing?
       19            MR. CERESNEY:  Objection; form.
11:27:17 20       A.   That product is what we sold that used
       21   XRP.  I can't recall if we had another name for it
       22   before or after, but xRapid was the branding that
       23   we were using when I was there.
       24       Q.   And I guess was -- was xRapid the first
11:27:31 25   Ripple product in widespread commercial use that

                                                           98

11:27:38   1    used XRP?

2                    MR. CERESNEY:  Objection; form.

3         A.    That was the primary product that used

4    XRP when I -- when I was there that we were

11:27:45   5    focused on banks.

6         Q.    And I guess was there a -- a product

7    before xRapid that was -- Ripple sold for

8    commercial use that used XRP?

9                    MR. WARD:  Objection to form.

11:28:02  10         A.    Our product journey started with a

11   single product that we ran pilot testing, proof of

12   concepts.  As we evolved -- that single product

13   covered connectivity and liquidity.  As we evolved

14   the solution, we split those into two separate

11:28:25  15   products so we could specialize the tech used in

16   each:  One connectivity, one liquidity.

17                    So there were times when we were selling

18   one solution.  In the early days, we called it

19   Ripple Connect.  It evolved into two separate

11:28:40  20   products.  XRP was a part of the early platform

21   when it was just one single product as well.

22         Q.    When did the first Ripple customers

23   begin using xRapid?

24                    MR. WARD:  Objection to form.

11:29:02  25         A.    I don't a -- I'm sorry.  I don't recall

99

11:29:03  1    a specific date when it was launched.

2         Q.   Was xRapid the first Ripple product that

3    used XRP that made it beyond the pilot testing or

4    proof of concept stage?

11:29:15  5              MR. HECKER:  Objection to form.

6         A.   We -- we might have had other customers

7    in the early day that were full commercial

8    customers using that initial platform we used

9    beyond just a pilot.  I can't recall specifics.

11:29:38 10              MR. CERESNEY:  Can I just make

11         sure that we're talking here just about

12         the payments products?  Because there were

13         other products that were using XRP, so I

14         just want to make sure that the record is

11:29:46 15         clear on this.

16              MR. HANAUER:  I was asking about

17         products that used XRP.

18              MR. CERESNEY:  You mean all

19         products?

11:29:50 20              MR. HANAUER:  Correct.

21              MR. CERESNEY:  Because I think he

22         was focused on the xRapid-type products.

23         A.   So my work at Ripple was on the payment

24    products.  So xRapid, xCurrent, and the products

11:30:02 25    that led up to those -- those two.  I -- I didn't

100

11:30:05  1    have engagement with other products using X --

        2    XRP.

        3         Q.    Are you aware of Ripple selling products

        4    that used XRP prior to xRapid?

11:30:23  5         A.    Ripple had other projects going on that

        6    used XRP.

        7         Q.    All right.  But did Ripple sell products

        8    for commercial use using XRP before it began

        9    selling xRapid?

11:30:39 10         A.    Not that I was involved in.  That could

       11    have been for other parts of the BD team

       12    potentially.

       13         Q.    Can you name another product other than

       14    XRP that Ripple sold that used XRP as part of the

11:30:52 15    product?

       16         A.    There --

       17              MR. WARD:  Objection.

       18         A.    -- were other products on ongoing.  One

       19    was TradeSafe, a trade finance platform that used

11:31:02 20    XRP.  It was built on the XRP ledger with the

       21    Development Bank of Singapore and a few others.

       22              So there were -- there was definitely

       23    other experimentation happening on XRP ledger

       24    using XRP.  I can't recall the commercial

11:31:18 25    arrangements to say if we sold that or not.

                                                              101

```
11:31:21  1        Q.   Are you aware of any Ripple products

          2   that used XRP other than xRapid that entered

          3   widespread commercial use?

          4                MR. HECKER:  Objection to form.

11:31:37  5        A.   My focus was on xRapid and xCurrent.  So

          6   there was other stuff happening in that -- in the

          7   company that I wasn't involved in, other products.

          8   But my focus was specific to the payments

          9   products.

11:31:56 10        Q.   Was xRapid commercially viable for

         11   Ripple?

         12                MR. HECKER:  Objection to form.

         13        A.   I believe so, yes.

         14        Q.   Did Ripple bring in more revenues from

11:32:08 15   xRapid than it spent developing xRapid?

         16        A.   I don't know that --

         17                MR. WARD:  Objection.

         18        A.   I don't know the commercial terms of the

         19   xRapid deals.

11:32:35 20        Q.   Was a liquid market in XRP needed for

         21   Ripple's products that used XRP to work?

         22        A.   Yes.  You would need a liquid market for

         23   xRapid to work.

         24        Q.   Why?

11:32:53 25        A.   You would need enough trading to be able
```

                                                              102

11:32:54  1    to process the payment from, say, U.S. dollar to

2    XRP and on the receiving end, say it's a payment

3    to Mexico, from XRP to Mexican peso.

4        Q.   When you worked at Ripple, did Ripple

11:33:10  5    attempt to create a liquid trading market for XRP?

6             MR. CERESNEY:  Objection; form.

7        A.   When I was at Ripple, we had a markets

8    team that worked with the broader market to ensure

9    the liquidity -- necessary liquidity was available

11:33:27 10    in the countries that were deploying xRapid.

11        Q.   And what efforts, specific efforts, did

12    Ripple make to create liquid trading markets in

13    XRP?

14             MR. HECKER:  Objection to form.

11:33:39 15        A.   I'm not certain.  That wasn't my role.

16        Q.   When did enough XRP liquidity first

17    exist for xRapid to be commercially viable?

18             MR. HECKER:  Objection to form.

19        A.   I'm not certain.  You'd have to ask the

11:33:55 20    markets team.

21        Q.   As of January 2017, was there enough

22    liquidity for XRP to -- to be -- to be used for

23    commercially viable cross-border payments?

24             MR. HECKER:  Objection to form.

11:34:11 25        A.   Depends on the corridors that we're

103

11:34:13  1    discussing.

          2        Q.    U.S. Mexico?

          3        A.    I'm not certain on what the liquidity

          4    was for a Mexican peso to XRP in 2017.

11:34:27  5        Q.    What corridors was there sufficient

          6    liquidity in for XRP to be used for commercially

          7    viable cross-border payments in 2017?

          8              MR. WARD:  Objection.

          9        A.    I'm not certain.  My role was the

11:34:44 10    regulatory approvals for the banks.

         11              MR. CERESNEY:  Why don't we do

         12         one more document and then take a break no

         13         matter whether the judge calls or not?

         14         Because we've been going for awhile.

11:35:08 15              MR. HANAUER:  Sure.

         16              (Whereupon, exhibit is presented

         17         and marked SEC Zagone Exhibit RZ-7 for

         18         identification.)

         19              MR. HANAUER:  And I just tendered

11:35:25 20         the witness a document marked as Exhibit

         21         RZ-7 beginning with a Bates number ending

         22         in 2646.

         23    BY MR. HANAUER:

         24        Q.    And is Exhibit RZ-7, is that a copy of a

11:35:47 25    Slack chain that you were on and a file uploaded

                                                            104

11:35:53  1    to that Slack chain?

2         A.    That's correct.

3         Q.    And the document beginning on the second

4    page of Exhibit RZ-7, is that a paper you wrote

11:36:12  5    called "XRP Overview for Regulators:  Long-term

6    Vision and Short-term Tactics"?

7         A.    That's correct.

8         Q.    And do you see how on the first page of

9    Exhibit RZ-7, the first entry in the Slack chain

11:36:36 10    you reference sending a paper to the Bank of

11    Mexico?

12         A.    Yes.

13         Q.    And had you, in fact, sent the XRP

14    overview for regulators' paper to the Bank of

11:36:47 15    Mexico in January of 2017?

16         A.    Yes, I did.

17         Q.    Why?

18         A.    I can't recall specifically on this

19    time.  We had engagement with Mexico over a number

11:37:08 20    of years.  Mexico came up through a Bank of

21    International Settlements meeting that was hosted

22    in Mexico City by the Bank of Mexico and I was

23    presenting on the future of payment infrastructure

24    with blockchain in digital assets.

11:37:34 25         Q.    And I'm sorry if I didn't hear you.

105

11:37:36  1            Who in Mexico were you providing this

        2    paper to?

        3         A.   The central bank.

        4         Q.   The central bank?

11:37:42  5         A.   Yeah.

        6         Q.   Did you provide this document to

        7    regulators in other countries?

        8         A.   I believe so.  It was our general

        9    document on overview of XRP and xRapid.

11:38:02 10         Q.   And the information you provided in the

       11    XRP overview for regulators paper was truthful and

       12    accurate?

       13         A.   It was.

       14         Q.   So I want to refer you to the page

11:38:17 15    ending -- the third page of the paper, the one

       16    ending with Bates number 649.

       17         A.   I see it.

       18         Q.   You see it says "Ripple is working to

       19    create the necessary conditions needed for digital

11:38:35 20    assets to be used for liquidity.  We are pursuing

       21    three short-term tactics to develop this liquidity

       22    solution."

       23         A.   I see that.

       24         Q.   And the first one is "validating the use

11:38:44 25    case"?

                                                             106

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

11:38:44  1       A.    Yes.

        2       Q.    Can you describe that, please?

        3       A.    Validating the use case, we ran a trial

        4  in the early days of the company with 12 banks and

11:38:52  5  another experimentation or consulting firm called

        6  ███.    And that trial was used -- trialing using XRP

        7  to test the liquidity savings for international

        8  payments.

        9       Q.    Then what about "Driving regulatory

11:39:11 10  certainty"?  How was that a tactic to develop

       11  liquidity?

       12       A.    Yeah.  First we proved there was a valid

       13  use case, which -- which we did.  The second step

       14  for broader adoption was creating regulatory

11:39:23 15  certainty, that banks could adopt this type of --

       16  of solution.  And so this was primarily my work

       17  here, working with our banking clients and their

       18  regulators, sharing we're meeting vendor due

       19  diligence requirements.  We're okay to be

11:39:41 20  leveraged as a new vendor.

       21            And, also, here, the -- securing a

       22  virtual currency license for XRP II.

       23       Q.    And then tactic three, "Creating market

       24  liquidity"?

11:39:54 25       A.    Market liquidity was needed to be able

                                                        107

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

11:39:55  1    to process payments through XRP.  And here are
       2    some bullet points on what the markets team was
       3    doing to build that market liquidity, either build
       4    it or -- or establish it through an ecosystem.
11:40:09  5         Q.   And then do you see on the next page,
       6    there's a heading "Tactic 3:  Creating Market
       7    Liquidity"?
       8         A.   Yes, I see that.
       9         Q.   And this section of the paper describes
11:40:27 10    Ripple -- Ripple's efforts to create a liquid
      11    trading market in XRP?
      12         A.   Yeah.  This section here talks about the
      13    support we were doing for -- to drive liquidity in
      14    the market.
11:40:48 15         Q.   And as one of the ways to drive
      16    liquidity in the market, did Ripple pay its --
      17              MR. HANAUER:  Let's go off the
      18         record.
      19              THE VIDEOGRAPHER:  Going off the
11:40:59 20         record at 11:41.
      21              (Whereupon, a discussion was
      22         held off the written record.)
      23              MR. TENREIRO:  We're on the
      24         record, Judge.
11:43:21 25              THE COURT:  Thank you.

                                                      108

11:43:23  1              MR. HANAUER:  Good morning, your
         2      Honor.  This is Ben Hanauer with the SEC.
         3      We are currently in the middle of the
         4      deposition of Mr. Ryan Zagone, who was
11:43:32  5      Ripple's director of regulatory relations.
         6      We understand that he had responsibility
         7      related to Ripple's lobbying efforts as
         8      they relate to the SEC.  And we started
         9      asking questions related to Ripple's
11:43:54 10      lobbying efforts as they relate to the
        11      SEC.  Counsel for Ripple objected, citing
        12      the Court's relevancy rulings as to
        13      written discovery and then instructed the
        14      witness not to answer any questions
11:44:11 15      regarding the substance of the lobbying
        16      efforts.  And at that point the SEC
        17      requested Court involvement.
        18              We understand the Court's ruling
        19      as it related to document production and
11:44:26 20      we understand that was a burden issue.
        21      Respectfully, your Honor, we have the
        22      witness here for a seven-hour deposition,
        23      so we don't think the -- the burden
        24      exists.  But as a -- as a larger issue,
11:44:45 25      the fair notice defense is being played

                                                        109

```
11:44:48   1           out not only by your Honor's rulings as
           2           they relate to discovery, but they're
           3           also -- that defense has been raised to
           4           Judge Torres on a motion to strike.  And
11:45:01   5           the SEC feels it's appropriate to probe
           6           and explore that defense.  Namely, we
           7           believe that Ripple should -- cannot
           8           assert that defense in good faith when it
           9           was itself making lobbying efforts with
11:45:19  10           the goal of creating the very regulatory
          11           uncertainty that Ripple claims existed at
          12           the time.
          13                 And, your Honor, it's relevant,
          14           Ripple's lobbying efforts are very much
11:45:35  15           relevant to the individuals'
          16           scienter-based defenses to the extent
          17           Defendants Garlinghouse and Larsen were
          18           retaining lobbyists with the express
          19           purpose of trying to get the SEC to say
11:45:53  20           XRP was not a security.
          21                 For those reasons, even in light
          22           of the Court's relevancy and burden
          23           rulings as they relate to written
          24           discovery, the SEC believes it's very
11:46:05  25           much important to explore those topics at
```

110

11:46:10    1          Mr. Zagone's deposition.

            2               MR. CERESNEY:  Your Honor, this

            3     is Andrew Ceresney.  Just some brief

            4     thoughts.  What -- what Mr. Hanauer said,

11:46:21    5     I'd just direct your Honor to -- I don't

            6     know if you have it in front of you, but

            7     the June 15th, 2021 ruling that your Honor

            8     made on lobbying efforts, I would note

            9     your last sentence of this ruling, the

11:46:32   10     final paragraph of that order, and it's

           11     clear from the last sentence that your

           12     Honor made a ruling both on relevance and

           13     on burden.  So you said "In the same vein,

           14     Ripple's lobbying efforts regarding the

11:46:44   15     status of XRP are not relevant; and any

           16     relevancy argument is outweighed by the

           17     burden of production."

           18               And so from our perspective,

           19     your Honor, and obviously you can speak

11:46:55   20     to this directly, but your prior ruling

           21     ruled the lobbying efforts were not

           22     relevant and you noted in that ruling

           23     that the fair notice defense centers on

           24     the activities of the SEC, not Ripple's

11:47:06   25     behaviors and cited in case law to

                                                       111

11:47:10  1          support that.

        2                  And so, therefore, from our

        3          perspective, this questioning at the

        4          deposition, you've already ruled it's not

11:47:16  5          relevant.  You ruled the documents can't

        6          be produced, and we don't believe it

        7          should occur.

        8                  I should note that Mr. Hanauer

        9          has already spent two plus hours and I

11:47:24 10          think is going to go all seven hours on

        11         lots of other issues.  This is not the

        12         central issue, I think, of the day.

        13         Mr. Zagone covered regulatory regulations

        14         more broadly and dealt with foreign

11:47:35 15         governments.  We're letting the SEC

        16         explore all other areas.  This is the

        17         sole area that we've -- we've instructed

        18         the witness not to answer questions on,

        19         other, obviously, than privilege.

11:47:46 20                 MR. HANAUER:  And if I may just

        21         briefly respond, your Honor.  I would note

        22         that in regards to Ripple's lobbying

        23         efforts, the -- the only line of

        24         questioning we -- we seek as to their

11:47:56 25         substantive efforts are those lobbying

                                                        112

11:47:59  1      efforts as they relate to the -- the SEC

2      and the issue of whether Ripple is a

3      security -- or XRP is a security.

4           MR. CERESNEY:  And on that, your

11:48:06  5      Honor, I would just note, I don't really

6      know how to cabin that.  You know,

7      lobbying efforts in general for

8      legislation, you know, they could relate

9      to whether something is a security or not.

11:48:17 10      But what regulatory classification, I

11      think that that's a false narrowing,

12      frankly.  I think, you know, all lobbying

13      probably relates to something in some

14      sense that might be related to SEC

11:48:26 15      activities.

16           THE COURT:  Okay.  I'm going to

17      just ask for a few minutes just to review

18      that order.  If everybody can just take a

19      brief recess.

11:48:39 20           MR. HANAUER:  Great.  Thank you.

21           (Pause in the proceedings)

22           THE COURT:  Okay.  I've had an

23      opportunity to review the docket and to

24      discuss the issue with my law clerk.  I'm

11:53:09 25      going to authorize the limited questioning

113

11:53:13   1          here.  I think given that there is this
           2          pending motion before Judge Torres,
           3          obviously I've ruled in discovery about
           4          the fair notice defense, but that is an
11:53:22   5          open question how she's going to interpret
           6          it.
           7                   I did, and I stand by my a
           8          ruling that for the purposes of document
           9          production, I think the relevancy is
11:53:31  10          sufficiently limited that the burden
          11          outweighed the relevancy, and so I stand
          12          by my decision with regard to the
          13          document production.
          14                   But if the SEC wants to spend
11:53:43  15          part of its time asking this witness
          16          questions related to the lobbying
          17          efforts, I'm going to authorize it.
          18                   MR. CERESNEY:  Okay.  Your Honor,
          19          is there any limitations in terms of -- of
11:53:53  20          depth or -- or burden here or is it -- is
          21          it just questions of this witness of his
          22          knowledge basically on these issues?
          23                   THE COURT:  I'm not sure exactly
          24          what you're asking me.  I'm certainly
11:54:06  25          going to allow the SEC to use its time as

                                                              114

```
11:54:09   1          it sees fit, so I'm not going to limit the
           2          amount of time it can spend on this
           3          subject.  I don't know that it's intending
           4          to spend a whole lot of time on it, but
11:54:18   5          I'm not going to limit it.  To the extent
           6          you're asking me about other witnesses
           7          that aren't before me, I'm not sure I want
           8          to make a ruling that's reflected in that
           9          way.
11:54:27  10               MR. CERESNEY:  Okay.
          11               THE COURT:  Hopefully this
          12          ruling gives the parties enough guidance
          13          for future depositions.
          14               MR. CERESNEY:  Okay.  Thank you,
11:54:33  15          your Honor.
          16               MR. HANAUER:  Thank you, your
          17          Honor.
          18               THE COURT:  Thank you,
          19          everybody.
11:54:35  20               (Whereupon, a recess is taken.)
          21               THE VIDEOGRAPHER:  Okay.  Back on
          22          the record at 12:08.
          23               Go ahead.
          24     BY MR. HANAUER:
12:08:04  25          Q.   Mr. Zagone, before we went off the
```

115

12:08:06   1      record, we were on Exhibit 7, on page 2650 of the

           2      exhibit.

           3               And do you remember I was asking you

           4      questions about efforts Ripple made to create a

12:08:22   5      liquid market in XRP?

           6           A.   I remember the topic, yeah.  I see that.

           7           Q.   And one of the ways Ripple helped create

           8      a liquid market in XRP was to pay exchanges to

           9      list XRP on -- on those exchanges?

12:08:43  10               MR. HECKER:  Objection.

          11           A.   Was that a question or --

          12           Q.   Yeah, that's a question.

          13           A.   Oh, I don't know.

          14           Q.   You don't know whether Ripple paid

12:08:55  15      exchanges to list XRP?

          16           A.   I don't --

          17               MR. HECKER:  Objection.

          18            Objection to form.  Asked and answered.

          19           A.   I don't believe we did, but I'm not on

12:09:03  20      the markets team to handle the relationships with

          21      the exchanges.

          22           Q.   And did Ripple have volume incentive

          23      programs for either exchanges or market makers?

          24           A.   According to the diagram here, it did,

12:09:24  25      yeah.

                                                                116

```
12:09:25   1          Q.    Okay.  And how -- how did those work?

           2          A.    I don't know.  The column here "Creating

           3     Market Liquidity," No. 3, came from our markets

           4     team.  So I captured that -- I got that

12:09:35   5     information from -- from them.

           6          Q.    Okay.

           7          A.    I was primarily focused on No. 2.

           8          Q.    That was the "Driving Regulatory

           9     Certainty"?

12:09:49  10          A.    Correct.

          11          Q.    And your -- your role driving regulatory

          12     certainty, did that have anything to do with

          13     driving regulatory certainty as it relates to the

          14     SEC?

12:10:02  15          A.    It related to Ripple as a vendor.  XRP

          16     was part of xRapid.  So it would relate to the

          17     classification of XRP.

          18          Q.    When you say the "classification" as XR

          19     -- "of XRP," you mean whether the SEC considered

12:10:20  20     XRP to be a security?

          21          A.    How it would be classified in the U.S.,

          22     commodity, security.  Yes.

          23                    (Whereupon, exhibit is presented

          24              and marked SEC Zagone Exhibit RZ-8 for

12:11:00  25              identification.)
```

117

12:11:01  1                    MR. HANAUER:  I'm tendering the

          2          witness a document labeled as Exhibit

          3          RZ-8, which starts with a Bates number

          4          ending in 2018.

12:11:26  5   BY MR. HANAUER:

          6          Q.    And before I ask you a question about

          7   that document --

          8          A.    Uh-huh.

          9          Q.    -- in 2017, was XRP used in any of the

12:11:46 10   software products that Ripple sold to banks?

         11          A.    Prior to 2017?  Prior to 2017, all of

         12   the products were built on XRP ledger.  We had one

         13   platform that we were selling all of our -- we

         14   were doing connectivity and liquidity on, so XRP

12:12:09 15   was included in that.  Over time we evolved the

         16   solution to two separate products, xCurrent and

         17   xRapid.  I'm not sure -- I can't recall the time

         18   frame, the year -- the year when we made that

         19   split.

12:12:20 20          Q.    And did -- did banks ever use the xRapid

         21   product?

         22          A.    The financial institutions did.  We --

         23   we started rolling out the products -- you need

         24   connectivity first to make a payment and liquidity

12:12:40 25   second.  Banks generally have a connectivity

                                                              118

12:12:42  1   problem, so we started them first with xCurrent.
        2   It was, like, first you have to connect to make a
        3   payment.  The strategy was get banks to adopt
        4   xCurrent for connectivity.  As they mature, they
12:12:52  5   need liq -- they need to scale liquidity so then
        6   we add xRapid.
        7          For money services business, or
        8   remittance companies, they don't have a
        9   connectivity problem, but they can connect to
12:13:03 10   their own subsidiary overseas.  They have a
       11   liquidity challenge.  So we started those -- that
       12   client segment directly with xRapid.
       13       Q.   Okay.  So I -- I get -- so were the --
       14   the money transmitters, was that the -- the -- the
12:13:16 15   primary intended purchaser of the xRapid product?
       16       A.   There were both banks and money
       17   transmitters, would -- were intended to use
       18   xRapid.  The money transmitters don't have a
       19   connectivity problem, so they kind of fast track
12:13:30 20   right to xRapid.
       21       Q.   And when did banks start using xRapid?
       22       A.   The strategy was to build connectivity
       23   first because they -- banks have a connectivity
       24   problem today.  So they would use xCurrent first
12:13:44 25   to build connectivity.  And as they scaled to new

119

12:13:47  1    currencies or corridors, they need to scale

       2    liquidity, they would add xRapid.

       3         Q.   I'm -- I'm just trying to figure out

       4    when did banks start using the xRapid piece?

12:13:55  5         A.   In my time, I was -- I left Ripple at a

       6    time when the money services businesses were using

       7    xRapid.  MoneyGram was one of the partners that I

       8    was working with.  And banks were on the adoption

       9    of xCurrent.  So we were -- the banks were then,

12:14:10 10    say, moving -- after I left, the strategy was they

      11    would move on to xRapid.  I wasn't there for that.

      12         Q.   Yeah.  And I just want to focus on

      13    when -- when you were there.

      14         A.   Yep.

12:14:19 15         Q.   So at the time you left Ripple, were

      16    banks using xRapid?

      17         A.   They were on the path to.

      18         Q.   But had not yet started?

      19         A.   You had to build a network with xCurrent

12:14:35 20    first for connectivity before you can use xRapid

      21    for liquidity, and the banks were on the path to

      22    use -- of adopting xCurrent.  So that was the

      23    prerequisite to -- connectivity is the

      24    prerequisite to xRapid.

12:14:49 25         Q.   And -- and I think I understand that.

                                                            120

```
12:14:50   1    I'm just trying to get a clear answer.
           2            Had banks started using xRapid at the
           3    time you left Ripple?
           4        A.   They hadn't at the time -- that I recall
12:14:59   5    at the time I left.  They were on the path to with
           6    the xCurrent adoption.
           7        Q.   Okay.  So let's talk about Exhibit 8,
           8    please.  And Exhibit 8 is an e-mail you sent to
           9    various people at DFS on January 31st, 2017?
12:15:24  10        A.   That's correct.
          11        Q.   And what -- what is DFS?
          12        A.   DFS is the New York Department of
          13    Financial Services.  So they were XRP II -- they
          14    were the regulator for their license.
12:15:40  15        Q.   And one of the things you were sending
          16    DFS was a audit report?
          17        A.   Correct.
          18        Q.   And why were you sending an audit report
          19    to DFS?
12:16:00  20        A.   I believe it was a required piece of our
          21    license.
          22        Q.   And what was the purpose of the audit?
          23        A.   It looks like an AML audit.  So an audit
          24    of our AML program and concerns -- and controls.
12:16:18  25        Q.   And A -- AML, that's anti-money
```

121

12:16:20   1    laundering?

2          A.   That's correct.

3          Q.   And the information Ripple sent to DFS

4    in this audit was truthful and accurate?

12:16:34   5    A.   I assume so.  I was not involved in the

6    audit and we used an external auditor for it.

7          Q.   So can I ask you to please turn to

8    page -- of the audit report -- ending in 2027?

9    And do you see the Section 2.1, "Business Model"?

12:17:29  10    A.   I see that.

11         Q.   And just take a moment to review that

12   section.

13              Do those three paragraphs accurately

14   depict XRP II's business model?

12:18:21  15         (Pause)

16              MR. CERESNEY:  I'm going to

17        object on form grounds.

18         A.   The piece I -- I don't think is correct

19   is that Ripple Labs created and maintains the

12:18:43  20   Ripple protocol, the Ripple Consensus Ledger.

21   If -- and the way they're using it here, Ripple

22   protocol means XRP ledger.

23         Q.   And beyond that, the section is

24   accurate?

12:19:18  25         A.   I would also clarify that XRP II is only

122

12:19:23  1    sold -- XRP to institutional investors and

       2    financial institutions is the way I understood it.

       3         Q.   Is there anything else in that section

       4    that's not accurate?

12:20:01  5         A.   The last sentence "Presently XRP has

       6    limited commercial use."  I would argue the work

       7    that the work we were doing in the pilots and in

       8    development of xRapid was a commercial use of XRP.

       9         Q.   And XRP II's auditor was representing to

12:20:23 10    New York regulators that XRP had limited

      11    commercial use?

      12              MR. WARD:  Objection to form.

      13              MR. CERESNEY:  Objection to form;

      14         foundation.

12:20:35 15         A.   The auditor wrote -- the auditor wrote

      16    that it had limited commercial use.  I'm not

      17    certain if -- what context they're writing that.

      18    Is that within our product at the current time or

      19    is that more broadly in the market?

12:20:51 20         Q.   And that the auditor also represented

      21    that XRP is mainly held as a speculative

      22    investment by companies and individuals that

      23    expected to rise in value as the Ripple network

      24    expands?

12:21:05 25         A.   I see that they wrote that.

                                                            123

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

12:21:08    1        Q.   Did you --

           2        A.   It's hard for me to say why people

           3    bought XRP or crypto in general.  There are many

           4    people in the market buying crypto from a more,

12:21:18    5    like, libertarian-type view where they just didn't

           6    want to use the U.S. dollar.  Is that speculative

           7    or not?  I -- I don't know.

           8        Q.   But these are the representations

           9    Ripple -- Ripple's auditors made to the New York

12:21:35   10    regulators?

          11             MR. HECKER:  Objection.

          12          Objection to form and the use of "Ripple's

          13           auditors."

          14        A.   This was the -- the audit report that

12:21:45   15    was provided to DFS.

          16        Q.   When you worked at Ripple, was XRP used

          17    primarily for trading?

          18        A.   I -- I don't know how it was primarily

          19    used.  Is that question in regards to the company

12:22:06   20    or in general?

          21        Q.   I'm just asking you, during the time you

          22    worked at Ripple, was XRP used primarily for

          23    trading?

          24        A.   I'm not -- I can't speak to the whole

12:22:18   25    market, how it was used.

                                                                    124

| | | |
|---|---|---|
| 12:22:30 | 1 | Q.   Let's look at Exhibit 13. |
| | 2 | (Whereupon, exhibit is presented |
| | 3 | and marked SEC Zagone Exhibit RZ-13 for |
| | 4 | identification.) |
| 12:22:52 | 5 | MR. HANAUER:  And Exhibit RZ -- |
| | 6 | I -- I'm sorry.  I tendered the witness an |
| | 7 | Exhibit labeled -- I tendered the witness |
| | 8 | a document labeled Exhibit RZ-17 (sic) |
| | 9 | starting with the Bates number ending in |
| 12:23:10 | 10 | 7779. |
| | 11 | BY MR. HANAUER: |
| | 12 | Q.   Is Exhibit RZ-17 an e-mail chain ending |
| | 13 | with an e-mail you sent Monica Long on June 19th, |
| | 14 | 2017? |
| 12:23:24 | 15 | A.   Are we on 17 or 13? |
| | 16 | Q.   Oh.  Thirteen.  Thirteen.  I'm sorry. |
| | 17 | A.   Okay.  Thirteen is an e-mail I sent to |
| | 18 | Monica Long. |
| | 19 | Q.   Okay.  And so I want to direct you to |
| 12:23:44 | 20 | the e-mail starting at the bottom of the first |
| | 21 | page, the one from ████████ at ██████████. |
| | 22 | (Pause) |
| | 23 | A.   Okay. |
| | 24 | Q.   It -- who is ████████ at ██████ |
| 12:24:25 | 25 | ████████? |

125

```
12:24:29   1          A.   I don't recall who ████ is.  ██████
           2    ███████ was a communications or public relations
           3    firm that we used at one time.
           4          Q.   And do you see how Ms. ██████ -- or
12:24:44   5    Ms. █████ is asking folks at Ripple if we can go
           6    and -- if we can go ahead and share information
           7    with ████?
           8          A.   I see that, yes.
           9          Q.   And what was -- what was ██████?
12:24:58  10          A.   ██████ was a website that looked -- I
          11    believe it's the website that looked at financial
          12    services offerings.
          13          Q.   And then do you see right above
          14    Ms. ██████ e-mail, ████████ forwards that e-mail
12:25:21  15    to you and Ms. Long, asks if the submission to
          16    █████ is okay?
          17          A.   I see that.
          18          Q.   And then you make -- in the second
          19    e-mail on the chain, you make two suggestions and
12:25:39  20    then you write "Otherwise, looks okay to me"?
          21          A.   Yes, I see that.
          22          Q.   And you were reviewing Ms. ███████
          23    e-mail to make sure it was fine to -- to send to
          24    █████?
12:25:55  25          A.   That's correct.
```

126

```
12:26:01   1        Q.   And so on the second page, do you see --
           2   second page of the exhibit, in Ms. ████████ e-mail
           3   under heading 4, she writes "XRP is available to
           4   trade in 12 countries around the world.  Currently
12:26:16   5   it is used primarily for trading"?
           6        A.   I see that.
           7        Q.   Did you suggest any edits to the
           8   response to Question No. 4?
           9        A.   I did not.
12:26:38  10        Q.   Did you agree at the time, in June 2017,
          11   that XRP was used primarily for trading?
          12             MR. HECKER:  Objection to form.
          13        A.   That was not a topic that I understood
          14   enough to be able to make an edit on.
12:27:07  15             MR. HANAUER:  Exhibit 34.
          16             (Whereupon, exhibit is presented
          17        and marked SEC Zagone Exhibit RZ-34 for
          18        identification.)
          19             MR. HANAUER:  Okay.  I'm
12:27:31  20        tendering the witness a document labeled
          21        as Exhibit RZ-34 beginning with a Bates
          22        number ending in 6147.
          23   BY MR. HANAUER:
          24        Q.   And is Exhibit RZ-34 an e-mail chain
12:27:59  25   ending in an e-mail you sent to ████████████
```

127

12:28:07  1  on February 26, 2018?

2       A.   That's correct.

3       Q.   And who is -- is it Mr. or

4  Ms. █████████?

12:28:21  5       A.   Miss.

6       Q.   Miss ██████████.

7      And what was Miss ████████ position

8  at Ripple?

9       A.   She was on the business development team

12:28:27 10  in Europe.

11       Q.   And you're providing Miss ████████ with

12  information about the history of the development

13  of the xRapid product?

14       A.   Yeah.  She was speaking on a panel and

12:28:53 15  she had requested some guidance on the XRP trial

16  that we were running which was -- led to xRapid.

17  And she was -- she had not been involved in that

18  trial.

19       Q.   And -- and you're talking about the

12:29:07 20  Ripple money transmittal software products that

21  used XRP?

22       A.   Correct.  We didn't have a name for it

23  initially, so I -- I short-handed a lot in my own

24  writings around just calling it XRP.  We didn't

12:29:27 25  have a name for the software solution yet.  It

128

12:29:29  1    became xRapid.

2        Q.    And you write that for that software

3    solution that used XRP in 2017, there was a proof

4    of concept stage involving 12 banks?

12:29:43  5        A.    That's correct.

6        Q.    And then in 2017, Ripple actually

7    started building the product that became --

8    eventually became known as xRapid?

9        A.    Correct.

12:29:58 10        Q.    And in 2018, Ripple eventually started

11    deploying that product for commercial use?

12        A.    According to this document, yes.

13        Q.    And at the time of your e-mail, February

14    2018, xRapid was still in its pilot testing stage?

12:30:29 15        A.    So we -- from this time on here, in

16    2018 -- we had finished the -- let's see.  We were

17    commercializing the -- the product.  The first

18    pilots had already been announced.  So we're in

19    the phase of rolling out that product through some

12:30:51 20    pilots.

21        Q.    By "pilot," you mean pilot testing?

22        A.    Correct.

23        Q.    Okay.  You -- you can put that down.

24            When did you first become aware that the

12:31:17 25    SEC could determine that XRP was a security and

129

12:31:19  1    subject to its jurisdiction?

2              MR. CERESNEY:  Objection; form.

3         A.   In late 2016, early -- or in 2017, I

4    believe.  Around there.

12:31:41  5    Q.   And how did you become aware of that?

6         A.   The -- the media and the market were

7    talking more and more about how to classify

8    digital assets.  So I noticed that and that --

9    that's how I -- came on my radar.

12:31:59 10    Q.   And what's your understanding of when

11   Mr. Larsen and Mr. Garlinghouse first became aware

12   that the SEC could determine that the -- that XRP

13   was a security subject to its jurisdiction?

14             MR. WARD:  Objection to form.

12:32:15 15             MR. CERESNEY:  Objection.

16        A.   I -- I don't know when they became

17   aware.

18        Q.   When did you first have a conversation

19   with Mr. Larsen on that issue?

12:32:21 20             MR. WARD:  Objection to form.

21             MR. CERESNEY:  Objection to form,

22        foundation.

23        A.   I did not have a conversation with Chris

24   on that issue.

12:32:30 25    Q.   Have you had conversations with

130

```
12:32:32   1    Mr. Garlinghouse on the issue about the SEC,
           2    whether it could determine that XRP was a
           3    security?
           4        A.   I had conversations with Brad generally
12:32:44   5    about XRP's classification, more -- even more
           6    globally than just the U.S.
           7        Q.   Now I'm going to focus on the -- the
           8    SEC --
           9        A.   SEC?
12:32:55  10        Q.   -- piece of it.
          11        A.   That was a small -- maybe once or twice
          12    we had conversations.  The topic of XRP in the
          13    U.S., particularly with the SEC, was owned by
          14    legal.  So I -- legal was in charge of that issue.
12:33:15  15        Q.   But you did have conversations with
          16    Mr. Garlinghouse on the issue of SEC
          17    classification of XRP?
          18             MR. CERESNEY:  Without the
          19        presence of legal.  That's the question.
12:33:28  20             THE WITNESS:  Yeah.
          21        A.   Without the presence of legal, no.
          22    There's one conversation that I had with Brad and
          23    it was more around ensuring support for crypto and
          24    blockchain in the U.S. and what we were doing from
12:33:44  25    a -- a general view around ensuring the U.S. could
```

131

12:33:48  1    be a leader on these technologies.

       2         Q.   And --

       3         A.   It wasn't specific to XRP and the SEC.

       4         Q.   When was that conversation?

12:33:54  5         A.   That conversation was around the end of

       6    2018.

       7         Q.   And -- and I'm trying to be precise on

       8    this question and I don't want to probe into any

       9    substantive communications.

12:34:13 10         But you referenced having a conversation

      11    with Mr. Larsen -- or, I'm sorry, Mr. Garlinghouse

      12    and legal on the issue of XRP classification.

      13         When did that conversation occur?

      14              MR. HECKER:  Objection to form.

12:34:30 15              You can answer.

      16         A.   Let me -- let me clarify.  I had a

      17    conversation with Brad, or Mr. Garlinghouse, on

      18    U.S. competitiveness on blockchain and crypto

      19    assets.  That was a one-on-one call that we had.

12:34:43 20         Q.   And that was the one in late 2018?

      21         A.   Correct.  That was the conversation with

      22    Brad.  The rest of my conversations were with

      23    legal.

      24         Q.   Okay.  So did you ever have a

12:35:03 25    conversation with Mr. Garlinghouse, legal or --

                                                              132

12:35:08  1    well, did you ever have a conversation with

       2    Mr. Garlinghouse where lawyers were present where

       3    the subject of XRP's classification as a security

       4    was discussed?

12:35:20  5              MR. CERESNEY:  And that's just a

       6        yes or no.

       7        A.    No.

       8        Q.    And have you had conversations with

       9    Ms. O'Gorman about the subject of XRP's

12:35:31 10    classification as a security?

      11        A.    Yes.

      12        Q.    And when did those conversations start?

      13        A.    Those conversations started when I

      14    became aware that this was an issue in that 2017

12:35:49 15    time frame.  So I raised it with her.  She was my

      16    manager at the time.  So I raised the conversation

      17    with her, the topic with her.

      18        Q.    And what did you guys talk about?

      19        A.    I raised that this -- it's a growing

12:36:02 20    topic in the media around how generally crypto

      21    assets should be classified.  Uncertainty around

      22    the framework in the U.S.  I asked if we had

      23    guidance and she said we did and pointed me to our

      24    legal team to get that.

12:36:24 25        Q.    Were you ever involved in promoting the

                                                             133

12:36:25  1    message that XRP should not be classified as a

       2    security?

       3                    MR. CERESNEY:  Objection to form.

       4                    MR. HECKER:  Objection to form.

12:36:35  5        A.    I was involved in sharing educational

       6    content around XRP and the company's view that it

       7    was not a security.

       8        Q.    When you say "sharing the company's

       9    view," you mean sharing the company's view to the

12:36:47 10   public that XRP was not a security?

      11        A.    Correct.

      12        Q.    When did Ripple first learn that the SEC

      13   was bringing lawsuits involving digital assets?

      14                    MR. HECKER:  Objection to form.

12:37:11 15       A.    I can't speak for the company, when the

      16   company first learned.  So I don't know when the

      17   company first learned.

      18        Q.    How about you?  When did you first

      19   learn?

12:37:26 20       A.    I first learned around the time -- there

      21   was a number of cases, particularly around

      22   celebrities promoting ICOs.  And that was when --

      23   that's when the topic came up.  The exact time

      24   frame I can't remember, but those are the types of

12:37:42 25   cases I remember seeing.

                                                          134

```
12:37:57   1                    (Whereupon, exhibit is presented
           2              and marked SEC Zagone Exhibit RZ-30 for
           3              identification.)
           4                    MR. HANAUER:  I just tendered the
12:38:10   5              witness a document labeled Exhibit RZ-30,
           6              which begins with a Bates number ending in
           7              2232.
           8         BY MR. HANAUER:
           9              Q.   And Exhibit 30 is an e-mail that ████
12:38:39  10         ████ sent you on May 21st, 2015?
          11              A.   That's correct.
          12              Q.   And do you see how she starts -- Ms. ████
          13         starts her e-mail, "Ryan, thanks for talking to me
          14         last week"?
12:39:02  15              A.   I see that.
          16              Q.   In what capacity were you interacting
          17         with Ms. ████
          18              A.   I don't recall Ms. ████ or this e-mail.
          19              Q.   Was she your -- was she Ripple's lawyer?
12:39:19  20                   MR. WARD:  Objection.
          21                   MR. CERESNEY:  Objection to form,
          22               foundation.
          23              A.   I don't know.  I can't recall her.
          24              Q.   Do you understand her to be providing
12:39:26  25         you legal advice in Exhibit RZ-30?
```

                                                            135

```
12:39:30   1            MR. WARD:  Objection.

           2            MR. CERESNEY:  And -- and I

           3      don't -- before you answer that, you

           4      should at least look through it more than

12:39:40   5      you would otherwise.

           6      A.   I did not understand her to be giving

           7  legal advice to us at this time, no.

           8      Q.   And do you see how Ms. ████ e-mail

           9  references a generic slide deck that she had been

12:40:30  10  using to make continuing legal education credit

          11  presentations?

          12      A.   I see that.

          13      Q.   Okay.  And is that slide deck what is

          14  attached to her e-mail in Exhibit 30?

12:40:44  15            MR. WARD:  Objection.

          16      A.   I see that.  It looks from the comments

          17  here, she says "I really enjoyed your historical

          18  perspective on the ████ call."  I gave a

          19  presentation to the ████ team -- or ████

12:41:00  20  hosted on the evolution of blockchain and crypto

          21  as a use -- as a tool for payments.  I recall

          22  that.  It looks like she was looking for some of

          23  the content I developed that was, like, payment

          24  focused.

12:41:18  25      Q.   And -- and she's sending you a -- a
```

136

12:41:20  1    presentation attached to her e-mail, correct?

       2        A.   Yeah.  She sent me one of her

       3    presentations, yeah.

       4        Q.   And I want to refer you to the page of

12:41:34  5    the presentation ending in 2247.  That page

       6    contains a public statement by the then-chair of

       7    the SEC, Mary Jo White?

       8        A.   I see that.

       9        Q.   And Mary Jo White was telling Congress

12:42:22 10    certain virtual currencies could be subject to SEC

      11    regulation?

      12             MR. WARD:  Object to the form.

      13        A.   I see the -- the quote there.  In this

      14    e-mail exchange -- I don't even think I read this

12:42:35 15    attachment.  I didn't ask for it.  She's just

      16    voluntarily sending it to me as a -- I believe

      17    like a pitch to become her client.  It wasn't

      18    requested.  I didn't use it.

      19        Q.   Did you read it?

12:42:46 20        A.   No.  I don't recall reading it.

      21        Q.   Okay.  And then I just want to refer you

      22    to the next page on the exhibit.

      23             Were you aware that by 2015 the SEC had

      24    brought enforcement actions involving investments

12:43:11 25    related to bitcoin?

                                                            137

12:43:15   1        A.   I can't recall.
           2        Q.   If Ripple wanted to see what type of
           3   cases the SEC was bringing, would that information
           4   have been publicly available to Ripple?
12:43:34   5                  MR. WARD:  Object to the form.
           6        A.   If Ripple wanted to see what type of
           7   cases the SEC was bringing?  It would be an SEC
           8   press release, I'd assume.
           9        Q.   Did you ever review the SEC website?
12:43:49  10        A.   They were not part of my scope of work.
          11   That was the legal team.  No.  I did -- yes, I did
          12   review the SEC website to learn about the issue --
          13        Q.   What issue --
          14        A.   -- learn about classification of digital
12:44:06  15   assets, but that was not my scope of work or
          16   responsibility.
          17        Q.   And when did you review the SEC website
          18   to learn about the SEC's classification of digital
          19   assets?
12:44:24  20        A.   I can't recall the first time I looked
          21   at it or the frequency.  I recall reading the DAO
          22   report when that came out.  That's what I recall.
          23                  MR. HANAUER:  Thirty-one.
          24                  (Whereupon, exhibit is presented
12:45:12  25         and marked SEC Zagone Exhibit RZ-31 for

                                                                138

```
12:45:12   1            identification.)
           2                    MR. HANAUER:  I tendered the
           3            witness a document labeled as Exhibit
           4            RZ-31 with a Bates number -- beginning
12:45:25   5            with a Bates number ending in 8880.
           6    BY MR. HANAUER:
           7        Q.    And is Exhibit 31 a copy of an e-mail
           8    chain ending with an e-mail from you to
           9    Ms. O'Gorman on January 3rd, 2017?
12:45:48  10        A.    Correct.
          11        Q.    And I want to refer you to the -- the
          12    second e-mail in the chain, the one from
          13    Ms. O'Gorman, where she writes "Note:  We will
          14    also need to add XRP as not a security to the Q1
12:46:14  15    priorities (more of a January 2017 priority)."
          16        A.    I see that.
          17        Q.    What did you understand her to be
          18    referring to?
          19        A.    Let me take a look.
12:47:01  20            (Pause)
          21        A.    So I'm asking -- she's asking for my
          22    priorities for the year -- the quarter, I'm sorry.
          23    And she's noting that we need to add XRP as not a
          24    security to those priorities.
12:47:14  25        Q.    Okay.  And if you could explain that,
```

                                                            139

```
12:47:16   1    what that would mean as to how that's one of your

           2    priorities?

           3         A.   To assist legal in their analysis of the

           4    issue.

12:47:27   5         Q.   And was that one of your priorities in

           6    2017, January of 2017?

           7         A.   It says "correct" on the security

           8    issues, so, yes, it was incorporated into the

           9    priorities.

12:47:48  10         Q.   And beyond working with legal on the

          11    issue, was it also one of your priorities to work

          12    with other departments at Ripple to give them

          13    guidance on how to talk about XRP with the goal of

          14    having XRP not be classified as a security?

12:48:11  15              MR. HECKER:  Objection to form.

          16         A.   We -- my role there was sometimes

          17    developing collateral for assisting ███ or

          18    ███ in building collateral, the general

          19    counsels.  At times that was shared with others at

12:48:31  20    Ripple to educate them on the background of XRP,

          21    how the XRP ledger works, and the company's view

          22    on how it should be classified.

          23         Q.   What do you mean -- you mentioned

          24    collateral with the legal department?

12:48:48  25         A.   I mean like a paper or presentations,
```

                                                              140

12:48:51  1    some reference material.

2         Q.   Okay.

3              MR. HANAUER:  Could we go to...

4         Q.   Oh.  What efforts did you make in 20 --

12:49:16  5    in Q1 -- in the first quarter of 2017 on this

6    issue of whether XRP was classified as a security?

7              MR. HECKER:  Objection to form.

8         A.   I can't recall in that quarter what we

9    -- what we were doing -- or what I was doing.

12:49:54 10    Q.   How would -- what was your understanding

11   of how you would have met that priority?  How

12   would you have satisfied it?

13             MR. WARD:  Object to the form.

14        A.   Assist -- assist legal in what they

12:50:05 15   needed assistance with.  Building the collateral

16   or -- yeah.  My role there was building

17   collateral, sales -- or the sales deck, a

18   presentation, or content summarizing the work

19   legal had done.

12:50:20 20   Q.   Why did it matter to Ripple whether XRP

21   was classified as a security?

22             MR. HECKER:  Objection to form.

23             MR. CERESNEY:  And -- and on

24         this, I just want to caution you not to

12:50:32 25         share information you gathered from legal.

141

```
12:50:41    1           A.    We -- we didn't believe it was a
            2    security.
            3           Q.    But, I guess, what -- what's the
            4    significance to Ripple whether XRP's classified as
12:50:54    5    a security or not?
            6                  MR. HECKER:  Objection to form.
            7           A.    The -- the implications of it -- I'm not
            8    a securities expert, so I -- I don't know.
            9           Q.    Did you have any understanding of what
12:51:08   10    it would mean for Ripple if the -- if the SEC
           11    classified XRP as a security?
           12                  MR. WARD:  Objection.
           13                  MR. CERESNEY:  Objection.
           14                  And -- and to the extent that
12:51:19   15            your understanding comes from discussion
           16            with counsel, I'll instruct you not to
           17            disclose that information.
           18                  THE WITNESS:  Okay.
           19           A.    My understanding came from discussions
12:51:31   20    with counsel.
           21           Q.    Did you have any understanding that
           22    didn't come from discussions with counsel?
           23           A.    No.
           24                  (Whereupon, exhibit is presented
12:52:07   25            and marked SEC Zagone Exhibit RZ-9 for
```

                                                              142

```
12:52:07   1            identification.)
           2                       MR. HANAUER:  I tendered the
           3            witness a document marked as Exhibit RZ-9
           4            with a Bates number ending in 3291.
12:52:24   5    BY MR. HANAUER:
           6         Q.    Is Exhibit RZ-9 a copy of an e-mail you
           7    sent to Ms. O'Gorman and Mr. Vias on March 9th,
           8    2017?
           9         A.    Correct.
12:52:35  10         Q.    And you are forwarding them an article
          11    from the American Banker?
          12         A.    That's correct.
          13         Q.    And the article talked about whether
          14    certain digital assets should be classified as
12:52:58  15    securities?
          16                       MR. WARD:  Object to the form.
          17         A.    The article -- "Are Crypto 'Tokens'
          18    Securities by Another Name?" is the title.  I
          19    assume it's around how to classify crypto tokens.
12:53:18  20                       THE REPORTER:  Repeat.  Repeat.
          21                       THE WITNESS:  Repeat my answer?
          22                       THE REPORTER:  Yes, please.
          23         A.    The title of the article is "Are Crypto
          24    'Tokens' Securities by Another Name?"  So I assume
12:53:26  25    it's around the classification of crypto tokens.
```

143

```
12:53:33   1          Q.    And in sharing the article with
           2   Ms. O'Gorman and Mr. Vias, you're telling them
           3   that the article discusses whether Ethereum is a
           4   security or not?
12:53:48   5               MR. WARD:  Object to the form.
           6          A.    From the e-mail, it looks like the
           7   article was focused on Ethereum.
           8          Q.    And you're telling Ms. O'Gorman and
           9   Mr. Vias is -- is whether Ethereum is a security
12:54:08  10   or not hinges on several factors, including how
          11   it's discussed when being sold?
          12               MR. WARD:  Object to the form.
          13          A.    Correct, I say that.
          14          Q.    What was your understanding of those
12:54:23  15   factors that determined whether a digital asset
          16   was a security?
          17               MR. CERESNEY:  And, again, here,
          18          just to caution you not to share
          19          information that you obtained through
12:54:33  20          discussions with counsel.
          21          A.    My understanding of the securities issue
          22   came from discussions with counsel.
          23          Q.    Any other sources?
          24          A.    News articles, I guess.
12:54:51  25          Q.    What did you learn from the news
```

                                                                 144

```
12:54:52   1    articles?
           2                    MR. CERESNEY:  To the extent you
           3         can answer it --
           4         A.   Yeah, I -- I can't recall.
12:55:05   5         Q.   Then you tell them "XRP is materially
           6    different from Ethereum"?
           7         A.   Yes.
           8         Q.   How is XRP materially different from
           9    Ethereum?
12:55:19  10         A.   In the -- how the platforms confirm
          11    transactions is different.  One uses proof of
          12    stake; the other uses proof of work.
          13         Q.   How else were they materially different?
          14         A.   Ethereum has some features where you can
12:55:36  15    create a smart contract on Ethereum, which XRP
          16    ledger does not.  So the technical features are
          17    different.
          18         Q.   So did the -- based on your
          19    understanding, did -- did the differences between
12:55:53  20    Ethereum and XRP, did it make Ethereum more like a
          21    security or XRP more like a security?
          22                    MR. HECKER:  Objection to form,
          23         foundation.
          24         A.   I'm not qualified to say either way.
12:56:08  25         Q.   And then you write at the end of that
```

                                                                    145

```
12:56:09   1    second paragraph, "It does highlight the fact that
           2    what we say and how we describe it is important"?
           3         A.   Uh-huh.
           4         Q.   What do you mean by that?
12:56:20   5              MR. WARD:  Object to the form.
           6         A.   To ensure we're describing it
           7    accurately.
           8         Q.   Describing what?
           9         A.   Our product and XRP.
12:56:36  10         Q.   And why is that important?
          11         A.   To make sure the market has an accurate
          12    understanding of XRP versus Ripple and the
          13    difference between those two, the company and the
          14    software.
12:56:51  15         Q.   Was how Ripple described XRP important
          16    to the issue of whether XRP was classified as a
          17    security?
          18              MR. CERESNEY:  Object to the
          19         form.
12:57:10  20         A.   My work there was to ensure we were
          21    describing it accurately.  That Ripple was
          22    describing itself and XRP accurately.  To the
          23    degree it factored into is it a security or not
          24    wasn't a -- was a guidance from legal.
12:57:32  25         Q.   And in the third paragraph you write
```

                                                            146

12:57:35  1    "Antoinette and I want to host a roundtable with

2    the XRP team to discuss this issue in detail"?

3         A.   Uh-huh.

4         Q.   What's the "XRP team" that you're

12:57:46  5    referencing there?

6         A.   I used XRP pretty broadly to capture

7    xRapid.  So XRP team here would have been the

8    xRapid team, so the product team, and the -- the

9    teams that were supporting that product, be it

12:58:11  10   sales, ops, communications.

11        Q.   And you write "We want to arm the team

12   with an understanding of this issue for both XRP

13   and Ethereum"?

14        A.   Uh-huh.

12:58:29  15        Q.   What steps did you take to arm the team?

16        A.   We -- we made a presentation or

17   collateral, as we talked about previously, that

18   outlined XRP, particularly --

19             MR. CERESNEY:  Let me just

12:58:46  20        caution you.  You can talk at a high level

21        about the topic of the collateral.

22             THE WITNESS:  Okay.

23             MR. CERESNEY:  But I wouldn't --

24        but please don't go beyond that because

12:58:55  25        we've claimed privilege on that collateral

147

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

| 12:58:57 | 1 | as being influenced by discussions with |
| | 2 | counsel. |
| | 3 | THE WITNESS:  True. |
| | 4 | A.   So this -- this was -- I'm recalling |
| 12:59:04 | 5 | things now.  So This was an output of the Q1 2017 |
| | 6 | objectives.  The -- this is the work with legal on |
| | 7 | summarizing their work into collateral.  We -- the |
| | 8 | collateral we built compared ICOs -- it was really |
| | 9 | more about ICOs than -- ICOs versus Ripple, how |
| 12:59:29 | 10 | they're different. |
| | 11 | Q.   Did -- did this roundtable with the XRP |
| | 12 | team take place? |
| | 13 | A.   It did. |
| | 14 | Q.   When? |
| 12:59:41 | 15 | A.   2017.  In 2017.  After this e-mail. |
| | 16 | Q.   Who participated in the roundtable? |
| | 17 | A.   The roundtable was led by ███████.  I |
| | 18 | assisted with the collateral in presenting some |
| | 19 | points on the call.  The participants included XRP |
| 01:00:05 | 20 | markets teams or the markets team, the xRapid |
| | 21 | product team, and communications. |
| | 22 | Q.   And as of early March 2000 teen (sic), |
| | 23 | had Ripple been accurately describing XRP in its |
| | 24 | public communications with the market? |
| 01:00:37 | 25 | A.   Generally, I felt so, yes. |

148

01:00:41  1         Q.    Then what was the need for the -- the
         2    roundtable?
         3         A.    We had an in -- we had a growing team.
         4    This is the time when we had many new hires coming
01:00:51  5    onboard, particularly on the product and the comms
         6    team.  So we wanted to ensure they had adequate
         7    background on how -- what the company was, how the
         8    products work.
         9             And we note -- specifically we noted
01:01:06 10    there was incorrect articles in the media that
        11    often conflated Ripple and XRP incorrectly.  And
        12    we wanted to make sure that the comms team
        13    understood what was correct and what was incorrect
        14    so they weren't inadvertently repeating something
01:01:20 15    that was wrong.
        16                   MR. HANAUER:  Exhibit 45.
        17                   I'm going to do one more exhibit
        18           on this topic and then get to lunch.
        19                   MR. CERESNEY:  Is that okay?
01:01:38 20                   THE WITNESS:  Definitely.
        21                   (Whereupon, exhibit is presented
        22           and marked SEC Zagone Exhibit RZ-45 for
        23           identification.)
        24                   MR. HANAUER:  I tendered the
01:01:57 25           witness an exhibit labeled RZ-45,

                                                              149

01:02:02   1        beginning with a Bates number ending in

  2        3483.

  3  BY MR. HANAUER:

  4     Q.   And you're not -- I don't believe you're

01:02:18   5  on -- a recipient of this e-mail, but I want to

  6  refer you to the third -- second page of the

  7  exhibit, the one ending in 3483 (sic).

  8     A.   Uh-huh.

  9     Q.   And do you see how there's a reference

01:02:38 10  at the very bottom to an "XRP team discussion,

11  ICOs, securities and commodities analysis"?

12         MR. HECKER:  Sorry.  And just to

13     be clear it's Bates 3484.

14         MR. HANAUER:  Thank you.  Thank

01:02:51 15     you, Counsel.  I haven't had my lunchtime

16     coffee.

17         MR. CERESNEY:  No worries.

18  BY MR. HANAUER:

19     Q.   This XRP team discussion, is that the

01:03:00 20  one that you just talked about when we were

21  discussing Exhibit 9?

22     A.   That's correct, yes.

23     Q.   And is that the one that Ms. ███████

24  attended?

01:03:09 25     A.   Yes.

                                150

01:03:11   1      Q.   And then going to the very top of

          2  Exhibit 45, the first e-mail there, it says "Ryan

          3  put together a strong deck that summarizes the key

          4  points."

01:03:28   5      A.   Uh-huh.

          6      Q.   Is -- do you understand that deck to be

          7  the collateral you referenced that you prepared

          8  for Ms. ████?

          9      A.   Correct.

01:03:43 10          MR. HANAUER:  Okay.  Let's go off

        11    the record.

        12          THE VIDEOGRAPHER:  Okay.  Going

        13    off the record at 1:03.

        14          (Whereupon, a luncheon recess

01:03:51 15    was taken.)

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

        151

```
01:03:52   1              A F T E R N O O N   S E S S I O N
           2                   THE VIDEOGRAPHER:  Back on the
           3            record at 1:40 p.m.
           4                   Go ahead.
01:40:21   5                   (Whereupon, exhibit is presented
           6            and marked SEC Zagone Exhibit RZ-18 for
           7            identification.)
           8                   MR. HANAUER:  I just tendered the
           9            witness a document labeled as Exhibit
01:40:27  10            RZ-18 starting with a Bates number ending
          11            in 3070.
          12     BY MR. HANAUER:
          13         Q.   And Exhibit RZ-18, a copy of an e-mail
          14     sent from ████████████ to Mr. Vias, copying you
01:40:50  15     and others, dated April 6, 2018?
          16         A.   That's correct.
          17         Q.   And who is Mr. ██████?
          18         A.   Mr. ██████ is a counsel at Ripple.
          19         Q.   And some of the recipients of his e-mail
01:41:08  20     are from ████████████.
          21              What -- what is that?
          22         A.   ██████ was a relationship that our markets
          23     team maintained.  I'm not certain what they do.
          24         Q.   And do you see how attached to the
01:41:31  25     e-mail to █████ is what appears to be a letter to
```

                                                                    152

```
01:41:41    1    the United Kingdom Financial Conduct Authority?
            2         A.    I can't tell who the letter is for
            3    actually, who the letter is to.
            4         Q.    Right, because that's redacted.  But
01:42:13    5    let's start off looking at the attachments line of
            6    the e-mail on Exhibit RZ-18.
            7         A.    Ah, okay.  I'm sorry.  I see it.  UK
            8    FCA.
            9              MR. HECKER:  Just for the record,
01:42:27   10         it looks like there's two attachments:
           11         One is "letter(redacted).pdf" and the
           12         other is "UK FCA comment letter."
           13              Are you representing that the --
           14         this attachment is the second attachment?
01:42:44   15              MR. HANAUER:  Well, that's a good
           16         point.  Let's try and clear that up.
           17    BY MR. HANAUER:
           18         Q.    Do you have an understanding of what
           19    this letter is that's attached to Mr. ████████
01:43:00   20    e-mail?
           21              MR. WARD:  Objection.
           22         A.    Briefly looking at it, no, I don't.
           23         Q.    Have you ever seen a letter like that
           24    before?
01:43:20   25         A.    I do not recall seeing that before.
```

                                                                153

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

01:43:22   1          Q.    Okay.  So I want to ask you some

           2     questions about -- about the letter.

           3               Can you go to page ending in 072,

           4     please?  Do you see the section that says "Digital

01:43:46   5     Assets and SEC Guidance"?

           6                    MR. CERESNEY:  Again, Ben, just

           7               for the record, the letter appears to

           8               be -- it's got page 1 of the letter and

           9               then it appears to skip to page 8 and then

01:43:57  10               page 9.  So this looks like an excerpt.

          11                    MR. HANAUER:  Right.  And I can

          12               represent this is exactly how -- you can

          13               see from the Bates labeling this is

          14               exactly how it was produced to us from --

01:44:07  15               from Ripple.

          16                    MR. CERESNEY:  Yeah.  I just want

          17               the witness to understand that it's an

          18               excerpt.

          19                    MR. HANAUER:  Yes, of course.

01:44:12  20                    MR. WARD:  And I'll also just

          21               note for the record, again, there appears

          22               to be another attachment that appears to

          23               go along with this.

          24          A.    So this does not look like the letter to

01:44:25  25     the FCA.

                                                                    154

```
01:44:25   1          Q.   Okay.  What was the letter to the FCA?
           2          A.   I can't recall without having seen it.
           3          Q.   Were -- were you involved in writing the
           4     letter -- writing a letter to the FCA in July
01:44:34   5     2017?
           6          A.   I -- I could have been, but not seeing
           7     the letter, I don't know.
           8          Q.   Okay.  So do you see on page 3072 where
           9     it says -- you know, that paragraph "Digital
01:44:55  10     Assets and SEC Guidance"?
          11          A.   Yes.
          12          Q.   Do -- do you see the reference to a case
          13     called SEC v. W.J. Howey Company?
          14          A.   I see that, yes.
01:45:12  15          Q.   Were you aware when you worked at Ripple
          16     that the Supreme Court's decision in SEC v. Howey
          17     provided a test for determining whether a
          18     financial instrument is a security under federal
          19     law?
01:45:26  20               MR. CERESNEY:  Objection to form.
          21          I think that -- it's actually not a test
          22          for whether a financial instrument is a
          23          security.  It's a test for whether the
          24          financial instrument is an investment
01:45:35  25          contract under federal law.
```

155

01:45:35  1                    THE REPORTER:  I can't hear you,

        2          sir.

        3                    MR. CERESNEY:  It's a test not

        4          for whether it's a security but whether a

01:45:42  5          financial instrument is an investment

        6          contract under federal law.  I assume that

        7          your question -- request means the same --

        8          similar question, but I want for the

        9          record to be clear.

01:45:54 10  BY MR. HANAUER:

       11      Q.   You can -- you can answer it if you

       12  understand.

       13      A.   I'm aware of Howey.

       14      Q.   And are you -- when you worked at Rip --

01:46:07 15  when you worked at Ripple, you were aware of

       16  Howey, correct?

       17      A.   Correct.  Yes.

       18      Q.   And when you worked at Ripple, were you

       19  aware that the SEC could use the Howey test to

01:46:20 20  determine whether XRP was a security or not?

       21                    MR. CERESNEY:  Objection.

       22          And instruct you not to reveal

       23          anything about discussions with counsel.

       24          So if the only source of information to

01:46:36 25          answer the question is discussions with

                                                              156

01:46:37  1          counsel, then I instruct you not to

          2          answer.

          3          A.   My awareness of Howey came from -- came

          4     from counsel.

01:46:48  5          Q.   You had mentioned you had read the Dow

          6     report?

          7          A.   The Dow report?  Yes, I read the Dow

          8     report.

          9          Q.   And the Dow report contained a

01:46:57 10     discussion of Howey?

         11          A.   I can't recall what was in that report.

         12          Q.   Were you aware that the Dow report

         13     described certain factors that the SEC considered

         14     when determining whether a digital asset is a

01:47:16 15     security?

         16          A.   I -- I haven't looked at it since I read

         17     it.  And it's been many years, so I can't recall.

         18          Q.   Do you remember when you read it while

         19     working at Ripple?

01:47:27 20          A.   I think I read it when it came out.

         21          Q.   And that was in July 2017?

         22          A.   That's the date that it was published.

         23     I remember it coming out and it was pretty big

         24     news.  We read it.

01:47:47 25          Q.   And after reading the Dow report, you

                                                                157

01:47:48  1    were aware that the SEC determined that the

2    digital asset described in that report was a

3    security?

4                   MR. CERESNEY:  Objection to form.

01:47:56  5    A.   I can't recall.  I read it, but the DAO

6    report was -- DAO is very different from the XRP.

7    Q.   And that's based on your own

8    understanding or something you learned from

9    counsel?

01:48:15 10    A.   In my -- in my own understanding, very

11    high level understanding of the DAO.

12    Q.   Okay.  So how -- how is the DAO token

13    different from XRP excluding what you've learned

14    from counsel?

01:48:29 15    A.   From my own understanding, XRP wasn't

16    created or didn't run as an organization, this

17    autonomous organization.  It was a payment -- we

18    were using it as a payments tool.  It's different

19    than the DAO, which was set up as an organization.

01:48:55 20    Q.   And when you read the Dow report, were

21    you aware that the SEC could eventually determine

22    that XRP was a security?

23    A.   That was not my understanding when

24    reading the DAO report.

01:49:19 25    Q.   I'm not asking your understanding of --

158

01:49:22  1    that you believed the SEC would determine XRP was

2    a security.  I guess, were you aware that the SEC

3    could eventually come to that determination?

4                 MR. HECKER:  Objection; asked and

01:49:35  5        answered.

6        A.    Could the SEC examine XRP?

7    Hypothetically, yeah, they could.

8        Q.    And going to the -- the bottom of page

9    072 of Exhibit 18, do you see how it references "a

01:50:12 10   legal memorandum from a reputable law firm that

11   supports a finding that XRP is not a security

12   under U.S. law"?

13       A.    I see that, yes.

14       Q.    Do you have an understanding of what

01:50:25 15   that's referring to?

16       A.    Because we got -- our legal team got

17   counsel to examine if XRP is a security and they

18   found that it was not.

19       Q.    And have you seen any -- have you seen

01:50:43 20   such a memorandum?

21       A.    No, I saw -- from what I recall, I saw

22   summary points of the memorandum, but not the

23   actual memorandum.

24       Q.    Do you know what law firm provided that

01:51:05 25   memorandum to Ripple?

159

01:51:07  1        A.    No.

          2                   (Whereupon, exhibit is presented

          3              and marked SEC Zagone Exhibit RZ-15 for

          4              identification.)

01:51:50  5                   MR. HANAUER:   And I tendered the

          6              witness an exhibit labeled RZ-15, which

          7              begins with a Bates number ending in 47 --

          8              or, I'm sorry, ending in 47977.

          9    BY MR. HANAUER:

01:52:09 10        Q.    And is Exhibit RZ-15 a copy of an e-mail

         11    chain ending with an e-mail you sent on October

         12    26th, 2017?

         13        A.    That's correct, yes.

         14        Q.    And then the next -- do -- do you see

01:52:28 15    the -- there's an e-mail in Exhibit RZ-15 from a

         16    ███████████████    at HiTBTC.com?

         17        A.    Yes, I see that.

         18        Q.    What was HitBTC?

         19        A.    I don't know.  It looks like this was

01:52:47 20    forwarded to me from the markets team.

         21        Q.    Do you see there's a reference to

         22    listing XRP on -- the words of the e-mail are "our

         23    exchange"?

         24        A.    Okay.  Yep.

01:53:13 25        Q.    Does this refresh your recollection

                                                            160

```
01:53:15    1    whether HI -- HitBTC was a digital asset exchange?

            2         A.   It would seem so from the wording here,

            3    but I -- I don't recall who HitBTC is.

            4         Q.   And did you -- do you see that H --

01:53:32    5    HitBTC was telling Ripple that it would not list

            6    financial instruments classified as securities on

            7    its exchange?

            8         A.   Yes, I see that.

            9         Q.   And do you see that HitBTC wanted Ripple

01:53:46   10    to certify that XRP could not be classified as a

           11    security by the SEC?

           12         A.   Yes, I see that.

           13         Q.   And you suggest forwarding this inquiry

           14    to Ms. O'Gorman and Ms. ███?

01:54:03   15         A.   That's correct.

           16         Q.   How did Ripple end up responding to

           17    HitBTC?

           18         A.   I don't know.

           19         Q.   Did Ripple certify to HitBTC that XRP

01:54:19   20    could not be classified as a security by the SEC?

           21              MR. HECKER:  Objection;

           22         foundation.

           23         A.   I don't know how we responded.  I

           24    directed it to ███, the general counsel -- I'm

01:54:31   25    sorry, legal team, and to Antoinette O'Gorman, the
```

161

01:54:38  1    compliance officer.

2        Q.    Do you have an understanding whether

3    HitBTC ultimately allowed Ripple to list XRP on

4    its exchange?

01:54:45  5        A.    I don't know.

6        Q.    Do you know if Ripple eventually listed

7    XRP on HitBTC exchange?

8        A.    I don't know.  I can't recall HitBTC.

9        Q.    Were there other exchanges that told

01:55:00 10   Ripple that the exchange could not list XRP if XRP

11   could be classified as a security?

12        A.    Not that I recall coming to me.  There

13   could have been others that came to the markets

14   team.

01:55:17 15        Q.    Are you aware of any?

16        A.    Not that I recall.  Not that came to me.

17        Q.    When was Ripple first able to get XRP

18   listed on a major United States exchange?

19                  MR. CERESNEY:  Objection; form.

01:55:34 20        A.    What -- what would you consider major?

21        Q.    Well, okay.  When was Ripple first able

22   to get XRP listed on a United States digital asset

23   exchange?

24                  MR. HECKER:  Same objection.

01:55:50 25                  MR. CERESNEY:  The question was

162

```
01:55:51   1              when Ripple was able to get it listed --

           2              is that the question? -- or when XRP was

           3              listed on a major exchange?

           4                      MR. HANAUER:  That's fair.

01:55:58   5    BY MR. HANAUER:

           6         Q.   When -- when was XRP first listed on a

           7    United States digital asset exchange?

           8         A.   First that I became aware of a listing

           9    was Bitstamp.  I'm not sure if that was the Europe

01:56:23  10    or the U.S. subsidiary of Bitstamp.  That was the

          11    first one and that was in my early days at Ripple

          12    in 2014, 2015.

          13         Q.   And you don't know whether -- when --

          14    when was -- when did XRP first get listed on a

01:56:41  15    U.S. exchange, U.S. based exchange?

          16         A.   Bitstamp could have been a U.S.

          17    exchange.

          18                      MR. HANAUER:  Seventeen.

          19                  (Whereupon, exhibit is presented

01:57:06  20              and marked SEC Zagone Exhibit RZ-17 for

          21              identification.)

          22    BY MR. HANAUER:

          23         Q.   And -- and before you look at that

          24    document, a couple minutes ago you were telling me

01:57:28  25    about -- I asked you about a law firm memo and you
```

163

01:57:30  1    said you had received a summary of that memorandum

2    but not the memorandum itself.

3         A.   I recall receiving bullet points that

4    summarized the memorandum, but I don't recall

01:57:40  5    receiving the memorandum.

6         Q.   Do you know who else at Ripple received

7    those bullet points?

8         A.   I -- I don't.

9             MR. HANAUER:  So I tendered the

01:57:58 10       witness a document labeled RZ-17,

11       beginning with the Bates number ending in

12       1610.

13         Q.   And is Exhibit RZ-17 a copy of an e-mail

14    chain ending with an e-mail you sent dated April

01:58:18 15    5th, 2018?

16         A.   That's correct, yes.

17         Q.   And do you see how the -- the e-mail

18    chain begins with Mr. █████ forwarding you an

19    article he had received from the MIT Tech Review?

01:59:01 20       A.   I can't tell if I received this from

21    █████ or if I was copied in from █████.

22         Q.   But at -- but at some point, you -- in

23    the chain, you received an MIT Technology Review?

24         A.   That's correct.  At some point I -- I

01:59:16 25    received this.

164

01:59:22  1      Q.    And I refer you to the page of the

2    exhibit, the third page of the exhibit, the one

3    with the Bates number ending in 612.

4           Do you see the paragraph that says --

01:59:40  5    begins "Also, hold on, is XRP a security?"

6      A.    I see that, yes.

7      Q.    And after that it says "So far, Ripple

8    has failed to land its token, called XRP, on a

9    major U.S. exchange"?

01:59:54 10      A.    I see that statement.

11      Q.    Was that statement accurate in April of

12    2018?

13      A.    I'm not certain.  I can't recall

14    when there was broader listings.  I would say the

02:00:12 15    statement's inaccurate because they're saying that

16    Ripple failed to do this, but for me, the

17    exchanges that I was aware of, you can openly list

18    XRP.  You don't have to come to Ripple.

19      Q.    But Ripple did -- I think you had talked

02:00:25 20    earlier about how -- how Ripple made efforts to

21    get XRP listed on exchanges?

22           MR. HECKER:  Objection to form.

23      A.    Ripple made efforts to ensure --

24    Ripple's work was focused on ensuring we had

02:00:47 25    enough liquidity to operate xRapid in a country.

165

02:00:55  1   That ties back to the earlier slide we looked at

2   with the stair steps.

3           So that could -- yeah, the work we were

4   doing was around ensuring there's a liquidity

02:01:14  5   ecosystem to support there's xRapid.  We had

6   enough liquidity to make an xRapid payment.

7       Q.   Right.  And one of the things Ripple did

8   in its efforts to create more liquidity was to

9   attempt to get XRP listed on more exchanges?

02:01:35  10      A.   For -- for countries that I recall, it

11  was already listed.  So the work that we were

12  doing was connecting xRapid to that exchange where

13  it was listed already so that the exchange could

14  process an xRapid instruction and pay out.  I'm

02:01:53  15  not -- XRP was pretty openly listed in many

16  countries because there was already a regulatory

17  framework in place, particularly the ones we were

18  looking at:  Philippines, Mexico, UK.

19      Q.   In 2018, was Ripple openly listed on

02:02:11  20  United States exchanges?

21           MR. CERESNEY:  Objection; asked

22       and answered.

23      A.   I believe so, yes.

24      Q.   So did you disagree with the article's

02:02:27  25  contention that Ripple had failed to land its --

166

```
02:02:29   1    had failed to land XRP on a major U.S. exchange?

           2         A.   I -- I do disagree with that.  I bought

           3    it from -- previous to this on a -- on a U.S.

           4    exchange.

02:02:44   5         Q.   Which one?

           6         A.   I bought on -- I had an account on

           7    Bitstamp and I bought through Binan -- not

           8    Binance.  ████████.

           9         Q.   When was that?

02:02:57  10         A.   2017.

          11         Q.   And do you see how the article mentions

          12    the SEC is still trying to determine which

          13    cryptocurrencies meet the definition of a security

          14    and which do not?

02:03:17  15         A.   I see that, yes.

          16         Q.   And in April 2018 were you aware that

          17    the SEC could eventually determine to consider XRP

          18    as a security?

          19         A.   I wasn't in a place to really judge what

02:03:35  20    risk we had with the SEC.  That was -- that was on

          21    legal to decide.  It was ultimately legal.

          22         Q.   But you understood there was some risk

          23    the SEC could eventually determine that the XRP

          24    was a security?

02:03:51  25              MR. HECKER:  Object.  Objection
```

167

```
02:03:54   1            to form.
           2                     MR. CERESNEY:  And also instruct
           3            the witness to answer separate and apart
           4            from discussions with counsel.
02:04:08   5       A.   I -- I understood our company's position
           6   was we felt it was not a security.
           7            Is there a hypothetical risk in there
           8   that SEC could?  I -- I wouldn't be able to say.
           9   I don't know.  I did not know enough to have an
02:04:28  10   informed view on that.
          11       Q.   Did the SEC ever tell Ripple that XRP
          12   was not a security?
          13       A.   I never communicated with the SEC.
          14                     MR. WARD:  Objection to form.
02:04:41  15       Q.   Were you aware of anyone from the SEC
          16   telling that to anyone at Ripple?
          17       A.   I wasn't aware.
          18       Q.   And then going to the first page of
          19   Exhibit 17, in your e-mail you write "The silence
02:05:08  20   from the company has created a void that others
          21   are filling with whatever info they can find."
          22       A.   Uh-huh.
          23       Q.   "I've raised to marcomm the need for a
          24   brief paper (two to three pages) that gives a
02:05:24  25   high-level summary of XRP's history and
```

168

02:05:26  1   classification.  I feel we need to put a stake in

 2   the ground.  Currently there is not one, resulting

 3   in a lot of incorrect info."

 4         A.  I see that, yes.

02:05:45  5         Q.  So are you writing that Ripple needs to

 6   do a better job conveying the message that XRP is

 7   not a security?

 8             MR. HECKER:  Objection to form.

 9         A.  I'm writing that the company had not

02:05:58  10   been -- not engaged publicly on history of XRP and

 11   its classification.  And I felt we needed to

 12   because the market was starting to create

 13   incorrect information about that.  So incorrect

 14   information on how XRP worked, a conflation

02:06:14  15   between XRP and Ripple.  We saw a lot of incorrect

 16   press reports and I thought the -- my view was the

 17   company should be more proactive and leaning

 18   forward to address that.

 19         Q.  Any of these issues related to XRP's

02:06:30  20   classification as a security?

 21         A.  Its history and how it worked and I put

 22   in here a classification.

 23         Q.  Did marcomm -- what is marcomm?

 24         A.  Marcomm was shorthand for the marketing

02:06:54  25   and communications team.

169

02:06:55    1        Q.    And did marcomm ever produce a -- a
           2    paper that gave a high-level summary of XRP's
           3    history and classification?
           4        A.    I don't recall them producing a paper,
02:07:08    5    but they did become more -- more vocal on our
           6    views.
           7        Q.    And why did it matter to Ripple what the
           8    market thought about XRP as it related to the
           9    issue of whether XRP was a security or not?
02:07:30   10                MR. HECKER:   Objection to form.
          11        A.    Yeah, it mattered to me because the --
          12    there was incorrect press reports coming about,
          13    which -- and I saw a risk that there's more
          14    incorrect information, the less likely a bank
02:07:46   15    would accurately understand what we were trying to
          16    do, how the product worked, and engage with us.
          17                So I was interested in correcting what
          18    we saw as incorrect reports to ensure we had
          19    accurate information in the public.
02:08:02   20        Q.    Why were banks interested in the
          21    classification issue of XRP being classified as a
          22    security or not?
          23        A.    If they were going to use a product --
          24    if a bank was going to use a product that --
02:08:19   25    xRapid -- that leverages XRP, in my view they

                                                                    170

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

02:08:22  1  would do their due diligence on that technology to

2  ensure that it met all the regulatory

3  requirements, et cetera.  Banks want to know the

4  rules of the road before they use that tech --

02:08:32  5              THE REPORTER:  Repeat the last

6      part.

7              THE WITNESS:  I'm going too fast.

8      Sorry.  Sorry.

9      A.   The -- a bank would want to ensure that

02:08:36 10  they know the rules of the road before they engage

11  that technology.

12           So it was important to me that they had

13  accurate information.

14      Q.   And -- and I -- why would it be

02:08:49 15  important to a bank whether XRP was classified as

16  a security or not?

17      A.   For me, it was important to a bank to

18  accurately understand what they were using, the

19  technology they were using, under their -- under

02:09:02 20  their due diligence policy.

21      Q.   So did marcomm end up preparing that

22  two- to three-page paper you were discussing in

23  Exhibit 17?

24      A.   I can't recall if we produced a paper,

02:09:20 25  but we did become more vocal on our view.

171

02:09:43   1          Q.   The law firm memorandum I had asked you

           2    about, about XRP's classification as a security,

           3    did Ripple ever share that memorandum with a bank?

           4                    MR. HECKER:  Objection;

02:09:54   5        foundation.

           6          A.   I don't know.

           7          Q.   Did you ever share it with the bank?

           8          A.   I don't recall ever sharing it with a

           9    bank.

02:10:35  10                    (Whereupon, exhibit is presented

          11         and marked SEC Zagone Exhibit RZ-36 for

          12         identification.)

          13                    MR. HANAUER:  I've tendered the

          14         witness --

02:10:57  15                    MR. HECKER:  Sorry, just give me

          16         one second.  The documents are not

          17         sequentially numbered.  Is that intended?

          18         I want to make sure.  It goes from 728 to

          19         393.

02:11:10  20                    MR. HANAUER:  Can we go off the

          21         record?

          22                    THE VIDEOGRAPHER:  Going off the

          23         record at 2:11.

          24                    (Pause)

02:12:29  25                    THE VIDEOGRAPHER:  We are back on

                                                                    172

02:12:30  1          the record, 2:12.

       2    BY MR. HANAUER:

       3          Q.   So is Exhibit 36, RZ-36, an e-mail you

       4    and others received from ▇▇▇▇▇ on May 12th,

02:12:50  5    2018?

       6          A.   Yes, that's correct.

       7          Q.   And who is Ms. ▇▇▇▇?

       8          A.   Ms. ▇▇▇ worked in the communications

       9    team.

02:12:59 10          Q.   Was she part of the marcomm team?

      11          A.   Exactly.

      12          Q.   And do you see she's writing about

      13    Blockchain Week New York City?

      14          A.   Yes.

02:13:11 15          Q.   What was Blockchain Week New York City?

      16          A.   Blockchain Week New York City was an

      17    event that spanned a week based here in New York

      18    where there were events around blockchain and

      19    crypto that Ripple participated in.

02:13:24 20          Q.   Who were the -- some of the types of

      21    people that attended the event?

      22          A.   What time was this?  This was 2018.

      23    From what I recall, these types of events -- I

      24    don't recall this one specifically, but Blockchain

02:13:47 25    Week New York typically skews more towards the

                                                             173

```
02:13:52   1   bank crowds and banks' consultants, developers
           2   building on blockchain and crypto technology.
           3        Q.   Did members of the press attend these
           4   events?
02:14:03   5        A.   Sometimes they did, yes.
           6        Q.   Did regulators attend events like this?
           7        A.   Potentially, yes.  I can't recall for
           8   this specific one if there were or not.  For --
           9   for many of these types of conferences or events,
02:14:22  10   they were open to regulators.
          11        Q.   So do you see how in Ms. ████ e-mail,
          12   she says "In case you missed our kickoff, remember
          13   we have three goals in mind for events this week."
          14             Did you attend the kickoff that she was
02:14:46  15   referring to?
          16        A.   I don't believe I did, no.
          17        Q.   And do you see the first bullet point or
          18   the first goal Ms. ████ references is to "Further
          19   clarify the distinction between Ripple and XRP"?
02:15:00  20        A.   Yes, I see that.
          21        Q.   And why was -- what is your
          22   understanding of why that was a goal of Ripple?
          23        A.   To ensure that -- to ensure more
          24   accuracy in the market.  What I recall seeing at
02:15:13  25   this time were either press reports or, more
```

174

02:15:17  1   broadly, it was like commentators on Twitter.

2   Crypto Twitter was kind of a growing thing that

3   were incorrectly talking around the technology.

4   It was Ripple, but also some other assets, too.

02:15:30  5   So there was an effort across the industry to

6   better inform people on the assets and how they

7   worked, including what Ripple was doing here.

8        Q.   So why was it important to Ripple that

9   the distinction between Ripple and XRP be

02:15:48 10   clarified?

11                 MR. HECKER:  Objection to form.

12                 You can answer.

13        A.   It was important for us to clarify

14   Ripple and XRP so people had an accurate

02:15:56 15   understanding.  So they knew -- they knew Ripple

16   and our products and they -- there was a

17   differentiation between XRP, that open-source

18   platform.  Particularly at a time when there was

19   other development happening on XRP and other

02:16:09 20   platforms.  A variety of use cases starting to

21   form in 2018, starting to see the industry expand.

22        Q.   Did it relate to the security

23   classification issue?

24        A.   From what I recall from this, it's more

02:16:25 25   about just being accurate, ensuring that the

175

02:16:27  1    market understood XRP versus Ripple.

         2         Q.   Was there a market perception that XRP

         3    and Ripple were synonymous?

         4              MR. HECKER:  Objection to form.

02:16:47  5         A.   I think back in that day, I did feel

         6    that there was confusion in the market on Ripple

         7    versus XRP and the difference between the two.

         8         Q.   And what was your understanding of how

         9    that impacted the classification issue?

02:17:08 10              MR. HECKER:  Objection.

        11         Q.   Security classification issue.

        12              MR. CERESNEY:  Same objection.

        13              You'd have to exclude from your

        14         understanding information you got from

02:17:18 15         counsel.

        16         A.   My approach to this, and even raising it

        17    previously, it was more around ensuring that the

        18    market accurately understood our products.  I

        19    didn't -- I felt the need to ensure people knew

02:17:32 20    who we were, Ripple, we're a software company,

        21    versus XRP, the technology we use in our product.

        22    It was just like ensuring that they accurately

        23    understood what -- what they were talking about.

        24              I -- I grew concerned and -- and

02:17:49 25    frustrated when there was just incorrect press

                                                            176

02:17:52  1    reports conflating XRP and Ripple that hindered

2    our ability to sell to banks.  They just didn't

3    understand what we were doing.

4        Q.   I guess why did that -- why did that

02:18:05  5    make a difference?

6                   MR. WARD:  Objection to form.

7        A.   Our goal was to build a payment network.

8    And if a bank couldn't understand what we were

9    doing or how the product worked, that wouldn't

02:18:17 10    enable sales or new partners.

11        Q.   And -- and I see where you're coming

12    from there, but I guess in -- in explaining to a

13    bank how xRapid worked or xCurrent worked, why is

14    it important for the bank to know that Ripple is

02:18:33 15    different than XRP?

16                   MR. HECKER:  Objection to form.

17                   MR. WARD:  Objection.

18                   MR. CERESNEY:  Asked and answered

19         a few times.

02:18:39 20                   THE WITNESS:  Answer?

21                   MR. HECKER:  You can answer.

22        A.   Going through a vendor due diligence

23    review with a bank, they wanted to know exactly

24    what they're working with, how that technology

02:18:52 25    works, what their risks are, particularly around

177

02:18:57  1    operational resiliency and cyber security.  XRP is

2    one piece of the product.  They want to -- that's

3    a key part of that discussion.

4           So this is all -- my work here and the

02:19:09  5    approach here was all around ensuring the bank and

6    the market had an accurate understanding of this

7    technology.

8       Q.   And then I want to -- do you see how at

9    the bottom of the first page of Ms. █████████

02:19:24 10    e-mail, there's a section called "Important

11    Reminders"?

12       A.   I see that.

13       Q.   Then if can you flip to the second page,

14    please.

02:19:37 15           You see how Ms. █████ is asking the

16    e-mail recipients to study key messages to Fast

17    Facts and FAQs?

18       A.   Yes, I see that.

19       Q.   And there's a link to a document?

02:19:53 20       A.   I see that.

21       Q.   And then on the page beginning -- or

22    with the Bates number ending in 5393.

23       A.   Yep.

24       Q.   Is that the key messages, FAQs and Fast

02:20:12 25    Facts that Ms. █████ is referring to?

178

```
02:20:14   1          A.    It appears so, yes.

           2                      MR. HECKER:  Objection.

           3                      MR. WARD:  Objection.

           4                      MR. CERESNEY:  Just for the

02:20:17   5          record, Ben, we produced this document

           6          from Google Docs.  I can't necessarily

           7          represent that it was the exact version

           8          that was linked.  We think it's the

           9          document, but it could be -- I mean, it

02:20:28  10          says updated May 8th, so, yeah, it's the

          11          right time frame, but we can't represent

          12          it's exactly that version.

          13                      MR. HANAUER:  Okay.

          14    BY MR. HANAUER:

02:20:39  15          Q.    To the best of your understanding,

          16    the -- the key messages, FAQ and Fast Facts

          17    document is the one that was linked to Ms. ████

          18    e-mail?

          19          A.    The titles are the same from the

02:20:49  20    documents in the link, so it looks like it's the

          21    same.

          22          Q.    Who prepared the key messages, FAQs and

          23    Fast Facts documents?

          24          A.    This looks like it was prepared by our

02:21:13  25    marketing team.  The marketing team served as
```

179

02:21:18  1    the -- they synthesized news across the

         2    organization.

         3         Q.    And the key messages, FAQ, Fast Fact

         4    document, that contains the messaging that Ripple

02:21:32  5    wanted to convey to the attendees at Blockchain

         6    Week?

         7         A.    That's what it appears from the e-mail.

         8         Q.    And do you see the section that says

         9    "What are your products"?

02:21:50 10         A.    Yes, I see that.

        11         Q.    And it lists xCurrent, xRapid and xVia?

        12         A.    Uh-huh.

        13         Q.    So of those three products, was xRapid

        14    the only one that used XRP?

02:22:15 15         A.    I believe so.  I forgot about xVia until

        16    seeing this.  But xRapid was the one that was

        17    predominantly focused on XRP.

        18         Q.    How did xVia use XRP?

        19         A.    I forgot about xVia until I had saw this

02:22:30 20    just now.  So I don't know if it did or not.  I

        21    know xRapid was the one predominantly focused on

        22    XRP.

        23         Q.    And then do you see how the second

        24    bullet point under xRapid, it says "Pilot tests

02:22:48 25    are ongoing with ██████████, MoneyGram" and

                                                              180

02:22:51  1    some other companies?

2            A.    Yes, I see that.

3            Q.    In May 2018 had Ripple deployed xRapid

4    for commercial use or was it still in pilot

02:23:02  5    testing phase?

6                  MR. HECKER:  Objection to form.

7            A.    This doc says they're in pilot testing

8    as of May 2018.

9            Q.    And then can you go to page 5395?  You

02:23:40 10    see the section that says "Who Uses XRP Today?"

11            A.    Yes, I see that.

12            Q.    And the first bullet point says "Several

13    financial institutions are piloting XRP as a

14    liquidity solution"?

02:23:55 15            A.    Yes, I see that.

16            Q.    That refers to xRapid?

17            A.    Yes.

18            Q.    And then in parentheticals, it says

19    "(important to note:  The product is still in

02:24:07 20    beta)"?

21            A.    Yes.

22            Q.    What did that mean, that xRapid was

23    "still in beta"?

24            A.    Beta is a version of the software that

02:24:16 25    you use for testing and piloting before a full

181

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

02:24:20  1     launch.  So this is -- in our evolution of the

        2     product, beta would be sort of like final test

        3     version before the alpha version, which alpha is

        4     full launch.

02:24:34  5         Q.   And do you see on the page before that

        6     at the bottom, the question -- or the section "How

        7     Does Ripple Make Money?"

        8         A.   Uh-huh.

        9         Q.   And there are two bullet points.  One

02:24:50 10     talks about software sales and one talks about XRP

      11     sales?

      12         A.   Yes.

      13         Q.   In May 2018 did Ripple generate revenues

      14     other than by selling software and selling XRP?

02:25:06 15         A.   Other than by selling software and XRP?

      16     Not that I'm aware of.

      17         Q.   In May '18, May 2018, were Ripple's

      18     software sales revenues sufficient to pay for its

      19     expenses and operating costs?

02:25:24 20               MR. WARD:  Objection to form.

      21         A.   I don't have any certain information on

      22     that to be able to say yes or no.

      23         Q.   How did Ripple's software sales revenues

      24     compare to its XRP sales revenues in May 2018?

02:25:52 25               MR. HECKER:  Objection;

                                        182

02:25:53  1        foundation, asked and answered.

2        A.   I don't know what the software sales

3   number totaled to be able to make a comparison.

4        Q.   Do you have any general understanding?

02:26:03  5             MR. HECKER:   Same objections.

6        A.   I don't know what the software and sales

7   revenue was.

8        Q.   Can you go to page 5398, please?  Do you

9   see the section that says "SEC/Security

02:26:37 10   Conversation"?

11        A.   Yes, I do.

12        Q.   And then there's some -- some bullet

13   points under that?

14        A.   Yes, I see that.

02:26:45 15        Q.   Why was it important for Ripple to

16   include this SEC/security conversation section in

17   its briefing materials for Blockchain Week NYC?

18             MR. HECKER:   Objection;

19        foundation.

02:27:02 20        A.   Given the media reports that we saw

21   circulating at the time, some we -- we previously

22   saw, people were asking the company about it.

23   This is going to be a public -- public conference

24   that employees are attending.  So we put -- the

02:27:21 25   marketing team insert a section here to give the

183

02:27:25  1   employees attending the event some guidance on how
        2   to respond to that accurately.
        3       Q.   Respond to the issue about whether the
        4   XRP is a security?
02:27:36  5       A.   To respond to questions that someone
        6   might ask about X -- XRP's classification.
        7       Q.   And do you see that the first bullet
        8   point in that section says "Ultimately, this will
        9   be up to the SEC to decide"?
02:27:54 10       A.   Yes, I see it.
       11       Q.   And that's the message Ripple wanted to
       12   give to market participants?
       13       A.   That -- that's the first talking point
       14   here.
02:28:03 15       Q.   And Ripple understood that the SEC could
       16   ultimately determine that it did consider XRP to
       17   be a security?
       18             MR. HECKER:   Objection;
       19         foundation.
02:28:24 20       A.   I can't speak for what marketing or --
       21   or legal or whoever wrote this ultimately
       22   understood.  Here we're saying it's up to the SEC
       23   to decide.  They're the regulator.
       24       Q.   And you shared that understanding,
02:28:35 25   right?

                                                        184

02:28:36  1            MR. HECKER:  Same objections.

       2       A.   I was following the guidance that was

       3   received in the document.  I'm -- I'm not a

       4   securities expert, so I followed legal's advice.

02:28:51  5       Q.   Well, this document is not from legal,

       6   correct?  It's from marketing?

       7       A.   Yes, from my understanding.  So my

       8   understanding was informed by legal, that they got

       9   it from legal.

02:29:16 10       Q.   And do you see the second bullet point

      11   where it says "It's making headlines in recent

      12   weeks, but it's not a new question"?

      13       A.   Yes, I see that.

      14       Q.   What's your understanding of what Ripple

02:29:29 15   marketing was trying to convey there?

      16       A.   It looks like "it's" is referring to the

      17   classification of XRP.

      18       Q.   In May 2018 were you aware that

      19   Ripple -- or let me start over.

02:29:54 20            In May of 2018, were you aware that the

      21   SEC's enforcement division had begun an

      22   investigation into Ripple?

      23            MR. CERESNEY:  Objection; form.

      24       A.   I became aware that the SEC engaged

02:30:07 25   Ripple at the time that I got --

                                                          185

```
02:30:09   1              MR. CERESNEY:  Actually, hold on
           2          a second.  Are you aware of this
           3          information other than through discussions
           4          with counsel?
02:30:14   5              THE WITNESS:  No.
           6              MR. TENREIRO:  Andrew, can I just
           7          clarify something on the record because
           8          this has come up twice today.  So are you
           9          going to instruct him not to answer if
02:30:27  10          counsel just relayed information, for
          11          example, "the SEC said to me," and pass
          12          that along?  Is that -- that the
          13          instruction?
          14              MR. CERESNEY:  I'm going to
02:30:33  15          instruct him not to answer on discussions
          16          with counsel.  That's what I'm instructing
          17          him on.
          18              MR. TENREIRO:  Okay.  Including
          19          if it's just passing on information?
02:30:40  20              MR. CERESNEY:  I'm not going
          21          to -- I'm going to instruct him not to
          22          convey discussions with counsel.
          23              MR. TENREIRO:  Okay.  Thank you.
          24      A.    I got that notification from counsel, so
02:30:52  25      that's...
```

186

02:30:55 1                    MR. HANAUER:  And I'm not trying

2            to get into substance here.

3       Q.   At some point couns -- Ripple's counsel

4  advised you there was an SEC investigation into

02:31:04 5  Ripple?

6       A.   At some point, yes.

7       Q.   When did you first learn that?

8       A.   I learned that when I received a

9  document hold request, a document hold order.

02:31:33 10      Q.   Do you have any approximation of when

11  that occurred?

12      A.   I believe that was in 2018.

13      Q.   Did you have any responsibilities

14  related to the SEC investigation?

02:31:51 15      A.   No.

16      Q.   And once you became aware that the SEC's

17  enforcement division was investigating Ripple in

18  2018, were you aware that that investigation could

19  ultimately result in an enforcement action against

02:32:12 20  Ripple?

21                    MR. CERESNEY:  Yeah, I'm going to

22            instruct the witness to only answer that

23            question with information he received from

24            somebody other than counsel.

02:32:22 25      A.   I have no other information.

187

02:32:26  1          Q.    Just taking a step back from this case,
        2    this -- this lawsuit, this investigation --
        3          A.    Uh-huh.
        4          Q.    -- are you aware that the SEC's
02:32:37  5    enforcement division conducts nonpublic
        6    investigations?
        7          A.    Yes.
        8                 MR. CERESNEY:  Objection.
        9          A.    I did know.
02:32:49 10          Q.    And are you aware that at the
       11    conclusions of those investigations, the SEC's
       12    enforcement division can recommend to the SEC to
       13    take enforcement action?
       14          A.    Generally speaking, yes.
02:33:18 15          Q.    Beyond your conversations with counsel,
       16    who else -- beyond things you learned from your
       17    counsel, who else at Ripple was aware of the SEC
       18    investigation?
       19          A.    Oh, I -- you would have to ask our legal
02:33:36 20    team.  They were notified.
       21          Q.    Did you --
       22          A.    I don't know.
       23          Q.    Did you ever talk about the
       24    investigation with any other Ripple employees?
02:33:46 25          A.    I didn't -- I didn't ask who they were

                                                              188

02:33:48  1  informing about the case.

2       Q.   Different question.

3            Did you ever discuss the fact that there

4  was an SEC investigation with other Ripple

02:33:58  5  employees?

6       A.   Yes.

7       Q.   Who?

8       A.   Primarily legal.  I was reporting in to

9  legal in this time.  So that was my team.

02:34:17 10       Q.   What do you mean, you were reporting in

11  to legal?

12       A.   The org structure, at this point I had

13  moved from reporting to Antoinette to reporting to

14  the general counsel.

02:34:31 15       Q.   What -- when did that take place?

16       A.   After Antoinette left.

17       Q.   And when did she leave?

18       A.   I believe she left in 2018.

19       Q.   Did you ever discuss the investigation

02:34:45 20  with -- the SEC's investigation with

21  Mr. Garlinghouse?

22       A.   Not the investigation specifically, no.

23       Q.   Did you ever discuss the SEC's

24  investigation with Mr. Larsen?

02:35:02 25       A.   No.

189

02:35:07  1        Q.   And going back to Exhibit 36, that same

       2  page we were looking at, 5398 (sic), do you see

       3  the bullet point, "Is Ripple buying XRP's way onto

       4  exchanges?

02:35:27  5        A.   Yes, I see that point.

       6        Q.   And what's your understanding of what

       7  that talking point is about?

       8        A.   There was talk in the general market

       9  about ICOs and coins paying exchanges to list

02:35:45 10  them.  And so this is a question targeted or

      11  aiming at Ripple saying did Ripple buy XRP's way

      12  onto an exchange.

      13        Q.   And did Ripple pay exchanges to list

      14  XRP?

02:36:00 15        A.   Not that I'm aware of, no.

      16        Q.   Is there a bullet point here that says

      17  Ripple is not paying exchanges to list XRP?

      18        A.   There's not a bullet in this document at

      19  this time, no.

02:36:38 20        Q.   Did Ripple provide incentives to ex --

      21  to exchanges to list X -- to list XRP?

      22             MR. HECKER:  Objection to form;

      23        foundation.

      24        A.   I don't know.

02:36:59 25             MR. HANAUER:  We've been going

                                                              190

```
02:36:59    1              about an hour.  Do you mind taking a
            2              five-minute break?
            3                       THE WITNESS:  Sure.
            4                       THE VIDEOGRAPHER:  Going off the
02:37:04    5              record at 2:37.
            6                       (Whereupon, a recess is taken.)
            7                       THE VIDEOGRAPHER:  Okay.  Back on
            8              the record at 2:49.
            9    BY MR. HANAUER:
02:49:46   10         Q.   So, Mr. Zagone, before we went off the
           11    record, do you remember us talking about in the --
           12    the talking points you and other Ripple employees
           13    got in -- in advance of the Blockchain Week New
           14    York?
02:50:00   15         A.   I do.
           16         Q.   And do you remember we were talking
           17    about one of the talking points was on the SEC
           18    security classification issue, the bullet point
           19    was "Ultimately, it would be up to the SEC to
02:50:15   20    decide"?
           21         A.   I do.
           22         Q.   Did you ever convey that message when
           23    you were speaking publicly about Ripple or XR --
           24    XRP?
02:50:26   25         A.   I could have, yes.  It's possible that I
```

191

02:50:28  1    did.

2         Q.   How often did you convey that message?

3                   MR. WARD:  Objection.

4         A.   I -- I spoke publicly maybe 20 times a

02:50:43  5    year, 20, 30 times a year, using our company

6    talking points, so that it's possible that I used

7    that talking point in a public speech.

8         Q.   How often did -- when you were speaking

9    publicly about Ripple and XRP did the SEC

02:51:04 10    securities classification issue come up?

11         A.   It was not a frequent question I was

12    asked on my panels, given the focus of my panels

13    were typically around payment infrastructure.  So

14    much more around payment focus.

02:51:29 15              So it wouldn't -- wasn't frequently.  If

16    it came up, I would be discussing Ripple's view,

17    to be held by Ripple that it was not a security.

18         Q.   And you also conveyed the message that

19    ultimately it would be up to the SEC to decide?

02:51:45 20                   MR. WARD:  Objection.

21         A.   I could have given it's in our -- it was

22    in our talking point guide here.

23         Q.   So did you -- the -- the talking points

24    that were sent in advance of the Blockchain New

02:52:11 25    York event in May of 2018 --

                                                      192

02:52:12  1         A.    Uh-huh.

        2         Q.    -- did you use those talking points or

        3  study them in advance of your public speaking

        4  about Ripple or XRP?

02:52:24  5                   MR. HECKER:  Objection to form.

        6         A.    I didn't speak at this event, I don't

        7  recall.  I don't believe I spoke at this event.  I

        8  was just attending.  So I -- I would -- I would

        9  have reviewed these talking points ahead of

02:52:40 10  attending the event.

       11         Q.    And I guess my question is beyond the

       12  Blockchain New York City -- Blockchain Week New

       13  York City --

       14         A.    Uh-huh.

02:52:47 15         Q.    -- did you consult these talking points

       16  in advance of your other public speaking

       17  engagements?

       18                   MR. HECKER:  And -- and just so

       19          the record's clear, do you mean this May

02:52:55 20          '18 version of the document?

       21                   MR. HANAUER:  Correct.

       22         A.    I don't know if I referenced this

       23  document in -- outside of this Blockchain Week.

       24         Q.    Did you have a -- like a standard or a

02:53:11 25  form talking points that you used before your

                                                             193

02:53:14  1    speaking engagements?

2         A.   Before a speaking engagement, our

3    marcomm team would provide, like, a backgrounder

4    on the event.  It generally had FAQs similar to

02:53:27  5    this, context on the event and who the other

6    panelists were.

7         Q.   And the talking points you would receive

8    by marcomm in advance of your public speaking

9    events, did those talking points also include a

02:53:43  10   section about the SEC security classification

11   issue?

12        A.   It -- it would have depended if we

13   expected that topic to come up or not.

14        Q.   And I take it that if Ripple expected

02:53:58  15   the securities classification issue to come up,

16   your talking points would include a section

17   similar to what was in the -- the May Blockchain

18   Week talking points?

19             MR. HECKER:  Objection to form.

02:54:13  20        A.   It would have been a -- if we expected

21   the topic to come up, there would have been a

22   section on talking points around it.  To the

23   degree they matched these talking points or not, I

24   don't know.  It depended on the time.

02:54:25  25        Q.   Were they often similar?

194

```
02:54:32   1                    MR. CERESNEY:  Objection; form.
           2        A.   They were often similar.
           3             (Whereupon, exhibit is presented
           4        and marked SEC Zagone Exhibit RZ-37 for
02:54:50   5        identification.)
           6                    MR. HANAUER:  I'm tendering the
           7        witness a document that's been labeled
           8        Exhibit RZ-37, beginning with the Bates
           9        number ending 5781.
02:55:08  10   BY MR. HANAUER:
          11        Q.   And is Exhibit 37 a copy of an e-mail
          12   you received from ███████████ on June 5th,
          13   2018?
          14        A.   That's correct, yes.
02:55:18  15        Q.   And Ms. █████████ she worked at ████████
          16   ████?
          17        A.   Yes.  That's right.
          18        Q.   And do you see the subject line, "Ripple
          19   media tracking" and then there's the date?
02:55:32  20        A.   Yes.
          21        Q.   Did █████ frequently provide
          22   media-tracking e-mails to Ripple personnel?
          23        A.   Generally every morning we would receive
          24   one.
02:55:47  25        Q.   And who besides you at Ripple would --
```

195

02:55:50  1    did you understand received these media-tracking

          2    e-mails from ████?

          3        A.   I understood that the public

          4    spokespeople received these e-mails and that if

02:56:02  5    you -- if you wanted to receive it, you could

          6    request it.  It was more open than just the

          7    spokespeople.

          8                THE REPORTER:  Repeat that.  I'm

          9        sorry.

02:56:10 10        A.   It was more open than just the

         11    spokespeople.

         12        Q.   Do you have an understanding whether

         13    Mr. Garlinghouse received the media-tracking

         14    e-mails from ████?

02:56:17 15                MR. HECKER:  Objection.

         16        A.   I don't know.

         17        Q.   Did you consider him a public

         18    spokesperson for Ripple?

         19        A.   Yes.

02:56:22 20        Q.   And do you see the first paragraph of

         21    Ms. ██████ e-mail?  She writes "Additionally,

         22    the SEC appointed a senior advisor for digital

         23    assets and innovation in an effort to better

         24    regulate the market?

02:56:47 25        A.   Yes, I see that.

                                                              196

```
02:56:56   1          Q.    And do you see on the page ending in
           2   783, after the heading "Crypto Chief"?
           3          A.    Yes, I see it.
           4          Q.    And -- and there's a -- a paragraph
02:57:12   5   about Valerie Szczepanik?
           6          A.    Yes.
           7          Q.    And did you have any interactions with
           8   Ms. Szczepanik?
           9          A.    No.
02:57:23  10          Q.    What was your understanding of her
          11   position at the SEC?
          12          A.    That she would be leading an effort to
          13   explore digital assets within the SEC.
          14          Q.    Are you aware of anyone with Ripple ever
02:57:44  15   communicating with Ms. Szczepanik?
          16          A.    I believe people from Ripple spoke with
          17   Ms. Szczepanik, yes.
          18          Q.    And who was that?
          19          A.    I imagine now that I can -- our legal
02:58:08  20   team would have.  It's my understanding our legal
          21   team.
          22          Q.    Anyone else?
          23          A.    Not that I know for certain.
          24          Q.    And whoever at Ripple communicated with
02:58:30  25   Ms. Szczepanik, did they ever -- are you aware of
```

197

02:58:33   1    them ever asking her whether the SEC considered

           2    XRP a security?

           3                    MR. CERESNEY:  Let me just

           4        instruct you not to discuss discussions

02:58:43   5        you may have had with counsel.

           6        A.    I would have only learned that through

           7    counsel.

           8        Q.    Did Ripple have the opportunity, if it

           9    wanted to, to ask Ms. Szczepanik whether the SEC

02:59:05  10    considered XRP to be a security?

          11                    MR. WARD:  Objection.

          12                    MR. CERESNEY:  Same -- same

          13        instruction.  If you -- if you know about

          14        what happened in the meetings with

02:59:13  15        counsel, same instructions.

          16        A.    Yeah, I don't know.

          17        Q.    And then can I ask you to take a look at

          18    the first page of Exhibit 37?

          19        A.    Uh-huh.

02:59:28  20        Q.    Do you see the heading "Ripple

          21    Representatives"?

          22        A.    Yes.

          23        Q.    And then there's a reference to a class

          24    action lawsuit?

02:59:49  25        A.    Yes, I see that.

                                                              198

02:59:50  1        Q.   When was Ripple first sued for allegedly
        2   violating the federal securities laws?
        3                  MR. WARD:  Objection.
        4        A.   Just looking at the date of this e-mail
03:00:05  5   and who's representing us, I conclude it was in
        6   2018.
        7        Q.   And did you have an understanding of how
        8   the result in that lawsuit could impact the SEC
        9   securities classification issue?
03:00:25 10                  MR. HECKER:  Objection;
       11           foundation and same instruction about your
       12           understanding about the legal consequences
       13           of the civil litigation or the SEC
       14           investigation.
03:00:39 15        A.   I didn't.  At this point, my role was
       16   focused on xRapid and our bank clients.  This --
       17   these are issues handled by our legal team.
       18        Q.   Did you have any involvement in the
       19   private class action litigation?
03:00:52 20        A.   No.
       21                  (Whereupon, exhibit is presented
       22           and marked SEC Zagone Exhibit RZ-38 for
       23           identification.)
       24                  MR. HANAUER:  I just tendered the
03:02:01 25           witness a document labeled as Exhibit

                                                              199

```
03:02:02   1          RZ-38, beginning with a Bates number
           2          ending in 5756.
           3                    Excuse me.
           4   BY MR. HANAUER:
03:02:16   5          Q.   And is Exhibit 38 a copy of an e-mail
           6   you received from Ms. ███████ on June 8th, 2018?
           7          A.   Yes, it is.
           8          Q.   And do you see Ms. ███████ is advising
           9   Ripple that it faces a second lawsuit regarding
03:03:01  10   XRP?
          11          A.   Something you said?
          12                    THE WITNESS:  Are we okay to go?
          13                    MR. HECKER:  Yeah, go ahead.
          14                    THE WITNESS:  Okay.
03:03:19  15          A.   I see ██████ sharing a news clipping
          16   about another lawsuit that was filed against XR --
          17   against Ripple.
          18          Q.   And do you see in that same paragraph,
          19   Ms. ██████ writes "Widespread doubt surrounding
03:03:45  20   cryptocurrency regulation has hindered trading, as
          21   lawmakers prepare to crack down on the space"?
          22          A.   I see that.
          23          Q.   Was Ripple expecting a crackdown in the
          24   digital asset space by the SEC in June 2018?
03:04:12  25                    MR. WARD:  Objection to form.
```

200

03:04:22   1          A.   Can you repeat the question, please?

           2          Q.   Yeah.

           3               In June 2018 was Ripple expecting or

           4   anticipating a crackdown in the digital asset

03:04:33   5   space by the SEC?

           6                    MR. WARD:  Same objection.

           7          A.   I wouldn't have used the term

           8   "crackdown" in the space.  There was uncertainty

           9   in the market on what the regulatory framework for

03:04:47  10   digital assets was in the U.S.  There was --

          11   especially compared to other countries.  Other

          12   countries had explicitly named the classification

          13   and the assets that fell into each.  We -- we

          14   hadn't seen that done yet in the U.S.

03:05:03  15               So at this point, in the U.S., companies

          16   were coming to their own opinion, but it wasn't

          17   opinions that were from a regulatory agency that

          18   we saw happening in other -- other countries.

          19          Q.   So in other countries outside the United

03:05:21  20   States, regulators were stating that XRP was not a

          21   security in their jurisdictions?

          22          A.   That's correct, yes.

          23          Q.   Did any regulators ever state that in

          24   the United States as it related to XRP?

03:05:40  25          A.   XRP was given a classification in some

                                                                    201

03:05:46  1   cases on what it was -- what it was viewed by

2   different regulators.  The FinCEN settlement

3   referring to it as currency, though we had not

4   seen explicit guidance from the SEC.

03:05:59  5       Q.   And did the FinCEN settlement mention

6   the SEC?

7       A.   I don't recall.

8       Q.   Was the SEC a party to the FinCEN

9   settlement?

03:06:08  10      A.   It was not part of the FinCEN

11  settlement.

12      Q.   Did you have an understanding of whether

13  SEC public statements were reducing trading

14  volumes in XRP?

03:06:42  15      A.   I didn't have an understanding to be

16  able to say if that was accurate or not.

17                  MR. HANAUER:  Thirty-nine.

18                  (Whereupon, exhibit is presented

19          and marked SEC Zagone Exhibit RZ-39 for

03:07:06  20          identification.)

21                  MR. HANAUER:  So I'm tendering

22          the witness a document labeled Exhibit

23          RZ-39, beginning with a Bates number

24          ending in 9079 (sic).

03:07:47  25  BY MR. HANAUER:

202

```
03:07:48   1          Q.   And is Exhibit RZ-39 a copy of an e-mail

           2   chain ending with an e-mail from ███████████ to

           3   you on June 13th, 2018?

           4          A.   That's correct, yes.

03:08:03   5          Q.   Who is Mr.████████?

           6          A.   ███████████ was head of our public

           7   relations team.

           8          Q.   And can I refer you to the second page

           9   of Exhibit 39, a June 13th, 2018 e-mail from ████

03:08:28  10   ████████?

          11          A.   Okay.

          12          Q.   I hope -- I hope I'm saying her name

          13   right.  But who is Ms. or Mr. ██████████?

          14          A.   Ms. ████████ was our delegate to manage

03:08:42  15   our work with our Japanese joint venture.

          16          Q.   And do you see how she's writing about

          17   an individual named ██████?

          18          A.   Yes.

          19          Q.   Who is ██████?

03:08:59  20          A.   ██████ is ███████████, he worked for

          21   me.  He was head of our regulatory relations in

          22   Asia-Pacific.

          23          Q.   He reported to you?

          24          A.   That's correct.

03:09:10  25          Q.   And it looks like he was speaking on a
```

                                                          203

| | | |
|---|---|---|
| 03:09:14 | 1 | panel in Japan? |
| | 2 | A.   Give me a second to -- to review. |
| | 3 | (Pause) |
| | 4 | A.   Okay. |
| 03:10:51 | 5 | Q.   So is ███ -- am I saying that right, |
| | 6 | ████? |
| | 7 | A.   ████ (pronunciation). |
| | 8 | Q.   ████. |
| | 9 | ████ was going to be calling in to a -- |
| 03:11:02 | 10 | a meeting with Japan's -- what's FSA? |
| | 11 | A.   FSA is the regulator in -- the financial |
| | 12 | services regulator in Japan. |
| | 13 | Q.   And it looks like the FSA was going to |
| | 14 | be having a meeting in June 2018? |
| 03:11:19 | 15 | A.   They held a conference on crypto assets. |
| | 16 | Q.   And ████ was going to be calling in to |
| | 17 | that meeting to speak on Ripple's behalf? |
| | 18 | A.   Correct. |
| | 19 | Q.   And why was he speaking on that panel? |
| 03:11:37 | 20 | A.   I can't recall why.  I assume we had |
| | 21 | been invited to speak and he took it. |
| | 22 | Q.   And Ms. ████ is advising -- |
| | 23 | advising you and ████ that Gary Gensler was going |
| | 24 | to be speaking on the panel? |
| 03:11:59 | 25 | A.   That's correct, yes. |

204

```
03:12:00   1          Q.    And at the time, Mr. Gensler was a
           2    professor at MIT that studied digital assets?
           3          A.    That's correct.
           4          Q.    And this is the same Gary Gensler that's
03:12:13   5    currently the chairman of the SEC?
           6          A.    That's correct.
           7          Q.    And Ms. ██████ is advising you and
           8    Sagar that Mr. Gensler could be speaking about XRP
           9    and Ripple?
03:12:33  10          A.    That's correct.
          11          Q.    And Ms. ██████ is actually sharing
          12    with you and ████ a slide she understands
          13    Mr. Gensler would present at the meeting?
          14          A.    That's right.
03:12:54  15          Q.    And it was -- did you understand in June
          16    2018 that Mr. Gensler had voiced his opinion that
          17    XRP was a security subject to SEC regulation?
          18          A.    Yes, I had seen Gensler speak publicly
          19    before on that view.
03:13:11  20          Q.    And you heard him state his belief that
          21    XRP was a security?
          22          A.    I read an article that he was quoted in
          23    citing that when he joined MIT Media Labs.
          24          Q.    Have you ever attended any presentations
03:13:32  25    by Mr. -- where Mr. Gensler spoke?
```

205

03:13:43 1       A.   I don't believe so.

2       Q.   So on the second page of Exhibit 39, you

3  write "█████" and I prepped today in anticipation

4  of Gensler being anti-Ripple"?

03:13:56 5       A.   Uh-huh.  Yes.

6       Q.   So you helped █████ prepare to address

7  any statements Mr. Gensler would make about XRP

8  being a security?

9       A.   I prepped █████ on correcting points

03:14:18 10  that we had seen Mr. Gensler use before that we

11  felt were inaccurate.

12       Q.   What did you tell █████?

13       A.   I can't recall specifics aside from

14  noting that we knew Gary was, in this language

03:14:40 15  here, "anti-Ripple."  We had seen an article that

16  he -- that he was featured in when he joined MIT

17  Media Labs that was critical of Ripple.

18       So we knew the tone -- my -- my prep

19  with █████ was the tone of this is going to be

03:15:00 20  unfriendly to the Ripple position.  That's context

21  to help him prep so he's not blindsided by it.

22       Q.   And did you give him talking points

23  similar to the ones you -- you received in advance

24  of speaking engagements?

03:15:17 25       MR. HECKER:  Objection to form.

206

```
03:15:22  1        A.   No, I didn't.  That's why on -- on this
          2   e-mail, I ask the marcomm team to share those
          3   points with ███████.
          4        Q.   And then further up in the -- the e-mail
03:15:32  5   chain, or actually the first e-mail in the -- or
          6   the top e-mail in Exhibit 39, Mr. █████████
          7   actually does e-mail talking points to ███████.
          8        A.   Yes.
          9        Q.   And these talking points are similar to
03:15:50 10   the ones that were sent out in advance of the
         11   Blockchain New York Week meeting in May 2018?
         12             MR. HECKER:  Objection to form.
         13        A.   They look similar.
         14        Q.   And for the SEC classification issue,
03:16:16 15   the first bullet point that was sent to Sagar was
         16   "Ultimately, this will be up to the SEC to
         17   decide"?
         18        A.   That's correct.
         19        Q.   And that was messaging that you wanted
03:16:31 20   Sagar to convey at the conference?
         21             MR. HECKER:  Objection to form.
         22        A.   That's messaging that our marketing team
         23   provided to ███████.
         24        Q.   And did you agree with that messaging?
03:16:42 25        A.   I was relying on the messaging from our
```

207

03:16:44   1    company.

           2         Q.    What's the Fortune article referenced in

           3    Exhibit 39?

           4         A.    Could you point me to where that is?

03:16:59   5         Q.    Yeah.  So it's actually in --

           6         A.    Oh, I see the top one.

           7         Q.    -- in two places.  It first appeared --

           8    I first see it on the second page where you're

           9    actually writing about prepping ███████ on how best

03:17:10  10    to address Mr. Gensler and the Fortune article.

          11         A.    I -- I can't recall.  That might be the

          12    article that Gary Gensler is featured in about

          13    joining the MIT Media Lab where he was negative

          14    about Ripple.

03:17:38  15              I also see "Fortune" at the top of the

          16    chain here.

          17                   MR. HANAUER:  Forty.

          18                   (Whereupon, exhibit is presented

          19              and marked SEC Zagone Exhibit RZ-40 for

03:17:46  20              identification.)

          21                   MR. HANAUER:  I'm tendering the

          22              witness a document that's been labeled

          23              Exhibit RZ-40 beginning with a Bates

          24              number ending in 7079.

03:18:13  25    BY MR. HANAUER:

                                                                   208

03:18:26   1      Q.   Is Exhibit RZ-40 a copy of an e-mail

  2   chain ending in an e-mail Monica Long sent to

  3   █████, copying you and others, dated June 16th,

  4   2018?  Actually, strike that.

03:18:46   5         Exhibit RZ-40, that's a copy of an

  6   e-mail █████ sent to Ms. Long, copying you and

  7   others, dated June 16th, 2018?

  8      A.   Yes, that's correct.

  9      Q.   And first I just want to ask you about

03:19:08 10   the second e-mail in the chain on Exhibit 40.

 11      A.   Uh-huh.

 12      Q.   And that's Ms. Long providing additional

 13   talking points that █████ should use going into

 14   the Japan panel that █████ was speaking on?

03:19:29 15      A.   Give me one moment.

 16      (Pause)

 17      A.   Okay.  Could you repeat the question,

 18   please?

 19      Q.   So for the second e-mail in the chain on

03:20:46 20   Exhibit RZ-40, Ms. Long is providing █████

 21   additional talking points that he should use at

 22   the Japanese regulatory presentation where █████

 23   and Mr. Gensler would be speaking.

 24      A.   That looks like it, yes.

03:21:07 25      Q.   And then the top e-mail on Exhibit 40,

209

03:21:11  1    Sagar is actually briefing other folks at Ripple

2    about the Japanese regulatory panel presentation

3    he did with Mr. Gensler?

4          A.   That's correct.

03:21:25  5          Q.   And ███████ wrote that on that -- at that

6    panel, Mr. Gensler expressed his belief that XRP

7    was a security?

8          A.   Yes.  He expressed -- Mr. Gensler

9    expressed a view that XRP and Ether were

03:21:45 10    securities.

11               THE REPORTER:  That XRP?  I can't

12      hear you.

13          A.   And Ether were securities.

14          Q.   And where does ████████ write that

03:22:16 15    Mr. Gensler spoke about Ether being a security?

16          A.   Mr. Gensler had previously made a public

17    view that XRP and Ether were a security before

18    this conference.  ████████ here notes that ███████

19    reminded the audience that Mr. Gensler's initial

03:22:46 20    view of Ether had since been proven wrong by the

21    SEC.

22          Q.   So did ███████ write anywhere that at the

23    presentation, Mr. Gensler said Ether was a

24    security?

03:23:03 25          A.   He doesn't write that here, but

210

03:23:05  1    Mr. Gensler had been public about that before the

2    speech.

3         Q.   Okay.  And ███████ wrote that after

4    Mr. Gensler talked, ███████ conveyed to the Japanese

03:23:22  5    regulatory panel that only the SEC could decide

6    whether XRP was a security?

7         A.   ████████ e-mail says that he rebutted

8    Gensler's view and stressed that only the U.S. SEC

9    could decide whether XRP or any other digital

03:23:42 10    asset was a security.

11         Q.   And that was a talking point that Ripple

12    wanted its public spokespeople to convey?

13         A.   That was a talking point from the

14    communications guide.

03:24:14 15            MR. HANAUER:  Forty-one.

16           (Whereupon, exhibit is presented

17       and marked SEC Zagone Exhibit RZ-41 for

18       identification.)

19            MR. HANAUER:  So I tendered the

03:24:40 20       witness a document labeled Exhibit RZ-41,

21       which begins with a Bates number ending in

22       3272.

23    BY MR. HANAUER:

24         Q.   Is Exhibit RZ-41 a copy of an e-mail

03:25:00 25    chain ending with an e-mail Mr. ██████ sent to you on

211

03:25:08 1   October 17th, 2018?

2        A.    That's correct, yes.  2018.

3        Q.    2018.

4        A.    Uh-huh.

03:25:18 5       Q.    Thank you.

6              And the second e-mail in Exhibit -- from

7   the top in Exhibit RZ-41 is an e-mail that you

8   wrote to Mr. ██ on October 16th of 2018?

9        A.    Yep.

03:25:34 10      Q.    And Mr. ██ was going to be having

11   breakfast the next day with the new head of

12   Britain's Financial Conduct Authority?

13       A.    That's correct.

14       Q.    And you were trying to provide Mr. ██

03:25:54 15   with some information he should know in advance of

16   that meeting?

17       A.    That's right.

18       Q.    And I want to refer you on the second

19   page of Exhibit 41, the last bullet point.  You

03:26:19 20   start by talking about the security classification

21   issue in the United Kingdom?

22       A.    Yes.

23       Q.    And then at the end you write "In the

24   U.S., the rules require interpretation, so there's

03:26:32 25   uncertainty on the treatment today"?

212

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

03:26:35  1      A.   Yes.

       2      Q.   What were you referring to there?

       3      A.   In the UK, the UK regulator, the FCA,

       4  had specifically said XRP is not a security by

03:26:45  5  their definition of a security.  The U.S.

       6  regulators, the SEC, had not made an explicit

       7  statement.  So I was saying that there's some

       8  interpretation that's needed.  The companies

       9  themselves would have to figure out if a digital

03:27:00 10  asset was a security or not since it's not

      11  explicit to them.

      12      Q.   And as of October 2018, had the SEC made

      13  any statements about XRP?

      14      A.   Not that I'm aware.

03:27:24 15      Q.   Did Ripple take any steps to obtain

      16  clarity from the SEC on the issue of XRP's

      17  classification as a security?

      18           MR. WARD:  Objection.

      19           MR. CERESNEY:  Objection.  Both

03:27:36 20       asked and answered and I think to the

      21       extent he has any information about that

      22       topic, it would come from counsel.

      23      A.   I have nothing further to add.

      24      Q.   So independent of what you -- your

03:27:54 25  communications with counsel, do you have any

                                                        213

03:27:55  1  understanding of whether -- what Ripple did to

2  obtain clarity from the SEC on the issue of XRP

3  classifications?

4              MR. HECKER:  Same objection.

03:28:07  5     A.   That topic was owned by the legal team,

6  not me.

7              MR. HANAUER:  Exhibit 42.

8              (Whereupon, exhibit is presented

9       and marked SEC Zagone Exhibit RZ-42 for

03:28:46  10       identification.)

11              MR. HANAUER:  I tendered the

12       witness a document labeled as Exhibit

13       RZ-42, which begins with a Bates number

14       ending in 5225.

03:29:34  15  BY MR. HANAUER:

16     Q.   And is Exhibit RZ-42 a copy of an e-mail

17  chain ending with an e-mail from ███████████████

18  to Mr. Garlinghouse, copying you, on November 3rd,

19  2018?

03:29:49  20     A.   Yes, that's right.

21     Q.   And I want to refer you to the third

22  page of Exhibit 42.

23        Do you see how there's an e-mail from

24  ████████████████ at ████████████████ to you?

03:30:16  25     A.   Yes.

214

03:30:20 1      Q.    And she's referencing a panel discussion

2      at Georgetown University?

3          A.    That's right.

4          Q.    And did you speak on a panel at

03:30:29 5      Georgetown University in November 2018?

6          A.    I did.

7          Q.    And who was Ms. ███████?

8          A.    She was a reporter from ████████.

9          Q.    How did you know her?

03:30:45 10     A.    Just from around the industry.  She was

11     writing about crypto and blockchain.

12         Q.    Had you previously given interviews to

13     her?

14         A.    Yes.

03:30:56 15     Q.    And Ms. ██████ was advising you that

16     Mr. Hinman was supposed to speak at the Georgetown

17     panel before you were supposed to speak?

18         A.    That's right.

19         Q.    And did you understand that Mr. Hinman

03:31:11 20    was the director of the SEC's Division of

21     Corporation Finance?

22         A.    I did.

23         Q.    And Ms. █████ writes "Everyone's

24     waiting on an SEC pronouncement" regard -- "Re:

03:31:28 25    Classification of XRP"?

215

```
03:31:30    1        A.    Yep, I see that.
            2        Q.    Was Ripple expecting a pronouncement
            3   from Mr. Hinman at the November Georgetown event?
            4        A.    Not that I was aware of.  I forwarded it
03:31:48    5   to our head of communications and Brad for more
            6   context.
            7        Q.    And who was the head of communications?
            8        A.    ███████████████.
            9        Q.    And in November 2018, were you aware
03:32:07   10   that earlier in the year, Mr. Hinman had given a
           11   speech where he stated his belief that Ether was
           12   not currently being offered or sold as a security?
           13        A.    I was, yes.
           14        Q.    Had you read the speech?
03:32:23   15        A.    Yes.
           16        Q.    Did you attend the speech when it was
           17   given?
           18        A.    No.
           19        Q.    In Mr. Hinman's speech I just referred
03:32:33   20   to, did he mention XRP?
           21        A.    Not that I recall.
           22        Q.    So I want to now refer you to the second
           23   page of Exhibit 42.
           24        A.    Uh-huh.
03:32:49   25        Q.    And it looks like Mr. Garlinghouse is
```

216

03:32:53 1    giving you some guidance regarding the Georgetown
2    panel?
3         A.   Yes.
4         Q.   And he's instructing you not to engage
03:33:04 5    Mr. Hinman directly?
6         A.   Yes, I see that.
7         Q.   And he's -- Mr. Garlinghouse is
8    instructing you to use Ripple's most up-to-date
9    talking points?
03:33:18 10        A.   Yes.
11        Q.   And did those talking points contain a
12   section on the SEC securities classification
13   issue?
14        A.   I assume they did.  I don't have a copy
03:33:36 15   of this.
16        Q.   And we -- remember, we had looked at a
17   few previous talking points and e-mails where it
18   contains guidance from Ripple for Ripple
19   spokepersons to say it's up to the SEC to decide
03:33:54 20   whether XRP is a security?
21        A.   That's correct.
22        Q.   And it looks like Mr. Garlinghouse is
23   now advising you on November 2nd, 2018, not to use
24   that talking point anymore?
03:34:09 25        A.   Yes, I see that.

217

03:34:12  1          Q.    Do you have an understanding of why

      2    Mr. Garlinghouse wanted you to not use that

      3    talking point at the panel Mr. Hinman was going to

      4    be speaking on?

03:34:23  5                    MR. WARD:  Objection to form.

      6          A.    I don't have the full context of why

      7    he's giving that instruction.

      8          Q.    Did you have an -- any understanding?

      9          A.    No.

03:34:35 10          Q.    Did you agree with him?

     11          A.    I followed the instructions I got.

     12          Q.    Well, did you think it was a good

     13    instruction not to use the talking point about the

     14    SEC ultimately deciding?

03:34:50 15                    MR. HECKER:  Objection to form.

     16          A.    I didn't have the context or -- or

     17    expertise to say if that was good or not, so I was

     18    just trusting what I was getting from leadership.

     19          Q.    Then if you can go to the first page of

03:35:14 20    Exhibit 42, please?  And do you see how in the

     21    November 3rd, 2018, 11:43 a.m. e-mail, Ms. █████

     22    writes about the possibility of having an attendee

     23    at the conference directly asking Mr. Hinman

     24    whether he considered XRP to be a security?

03:35:51 25          A.    Yes, I see that.

                                                              218

03:35:56  1        Q.   And then you respond by telling her that

       2   Ripple is going to have a consultant from ████████

       3   ██████ at the event?

       4        A.   Yes.

03:36:05  5        Q.   What was ████████?

       6        A.   ██████████ is a consulting firm focused

       7   on FinTech based in D.C.

       8        Q.   And what were they doing at the

       9   Georgetown conference?

03:36:20 10        A.   I -- I assume attending it given the

      11   Georgetown conference was about FinTech.  It was

      12   relevant to them and their other clients.

      13        Q.   And you said you ended up attending the

      14   conference, right?

03:36:36 15        A.   I -- I spoke at this one, yeah.

      16        Q.   And was it like a panel discussion where

      17   a group of presenters were up on stage or was it

      18   like more of a seriatim, speech after speech?

      19        A.   It was in a lecture hall, multiple

03:36:48 20   stories, and there was a -- a panel or a dais at

      21   the front.  Hinman spoke at a podium and then my

      22   panel was four chairs, four or five chairs, on the

      23   panel.

      24        Q.   You were up on the podium, too?

03:37:02 25        A.   Up on the platform, yeah.

                                                            219

03:37:04   1         Q.   On the platform.

           2              And did -- was there opportunity for

           3    attendees at the panel to ask questions of the

           4    speakers?

03:37:15   5         A.   There was for my session.

           6         Q.   What about Mr. Hinman's?

           7         A.   I can't recall.  I was back stage.  I

           8    saw part of him and -- and then I went back stage

           9    to prep for my panel.  So I only saw the opening

03:37:27  10    bit of his.

          11         Q.   Oh, so you were not on the same panel as

          12    his?

          13         A.   No.  Hinman gave a speech and then after

          14    his speech, I was on a panel.

03:37:35  15         Q.   Okay.  Did you end up speaking with

          16    Mr. Hinman at the conference or at the panel?

          17         A.   I did not.

          18         Q.   And did anyone ask -- well, Mr. Hinman's

          19    speech at the conference, did he address XRP?

03:37:57  20         A.   I don't believe he did.  I was back

          21    stage prepping with my panel, so I didn't hear his

          22    speech as he was giving it.

          23         Q.   Did anyone ever tell you that Mr. Hinman

          24    mentioned XRP at the Georgetown conference?

03:38:09  25         A.   No.

                                                              220

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
03:38:09  1          Q.   And did any -- did this lobby -- I'm
          2     sorry.
          3               Did this consultant from ████████, did
          4     they ask the question of Mr. Hinman whether he
03:38:24  5     considered XRP to be a security?
          6          A.   I don't think we said actually engaged
          7     ████████ to ask that question and I don't believe
          8     they did.
          9          Q.   And given all of this uncertainty about
03:38:42 10     the SEC's approach to XRP, why didn't either you
         11     or Ripple's consultant ask Mr. Hinman at the
         12     conference?
         13               MR. HECKER:  Objection to form.
         14          A.   I -- I don't know if Hinman was even
03:38:52 15     taking questions that day.  My panel took
         16     questions.  I don't know about his.  His was a
         17     speech, formal keynote speech, so I don't know if
         18     he took questions or not.
         19          Q.   Did you ever try and, like, seek him out
03:39:04 20     while you guys were both at the facility?
         21          A.   No.  I was back stage in the green room.
         22     I gave my speech and then left the event.
         23          Q.   Did anyone from Ripple ever ask
         24     Mr. Hinman whether he considered XRP to be a
03:39:23 25     security?
```

                                                          221

| | | |
|---|---|---|
| 03:39:24 | 1 | MR. HECKER:  Objection to form. |
| | 2 | MR. CERESNEY:  And also -- |
| | 3 | MR. HECKER:  Same instruction |
| | 4 | regarding discussions with counsel. |
| 03:39:31 | 5 | A.   Outside of counsel, did anyone ever? |
| | 6 | I -- I don't know.  Not that I was aware. |
| | 7 | Q.   Were you ever on any other panels or |
| | 8 | meetings where you were there and Mr. Hinman was |
| | 9 | there? |
| 03:40:00 | 10 | A.   Not that I remember. |
| | 11 | Q.   Have you ever met him personally? |
| | 12 | A.   No. |
| | 13 | MR. HANAUER:  Five. |
| | 14 | (Whereupon, exhibit is presented |
| 03:40:53 | 15 | and marked SEC Zagone Exhibit RZ-5 for |
| | 16 | identification.) |
| | 17 | MR. HANAUER:  I've tendered the |
| | 18 | witness a document labeled Exhibit RZ-5, |
| | 19 | beginning with a Bates number ending in |
| 03:41:01 | 20 | 0623. |
| | 21 | BY MR. HANAUER: |
| | 22 | Q.   Is Exhibit RZ-5 a copy of an e-mail |
| | 23 | chain ending in an e-mail you sent to ███ |
| | 24 | ███ on January 25th, 2017? |
| 03:41:19 | 25 | A.   That's right. |

222

03:41:24  1          Q.   And who is Mr. ██████?

       2          A.   Mr. ██████ was on the business

       3   development team.

       4          Q.   At Ripple?

03:41:29  5          A.   At Ripple.

       6          Q.   And do you see Mr. ██████ writes you in

       7   the second e-mail from the top of the chain, "Have

       8   any central banks said we would be comfortable

       9   with digital assets if they were used for XYZ

03:41:50 10   transactions?"

      11          A.   I see that, yes.

      12          Q.   And then you write -- respond

      13   "Unfortunately, no.  In fact, several regulators

      14   have said we are fine with everything except XRP"?

03:42:04 15          A.   I see that.

      16          Q.   And who were the regulators that told

      17   you that they were fine with everything except

      18   XRP?

      19          A.   Yeah.  So the context of this discussion

03:42:16 20   is around Ripple being approved as a vendor,

      21   Ripple and our products being approved as a vendor

      22   for the financial institutions to use.  So our

      23   bank clients.

      24          The -- in 2017 the com -- we only did

03:42:34 25   that type of regulatory engagement for a

                                                               223

03:42:37 1    commercial deal.  So, like, when a bank was

2    signing up to integrate and use one of our

3    products.

4              By this time in 2017, January 2017, the

03:42:45 5    focus of that engagement was xCurrent, the

6    connectivity solution that does not use XRP.  So

7    the regulatory engagement for approvals had all

8    been on xCurrent, not xRapid at this point.

9              That's -- given that, that's why it says

03:43:03 10   we have not had approval on XRP, meaning xRapid.

11       Q.   Oh, so when you're referring to XRP in

12   the first sentence on Exhibit 5, when you write

13   "XRP," you -- you wanted that term to mean xRapid?

14       A.   Yeah.  I used XRP in shorthand or

03:43:26 15   generally here to talk about the liquidity

16   solution since we didn't really have a name for it

17   aside from -- Project Xenon was the code name we

18   used for the trial with the banks.  And then we

19   had a variety of other names we used.  So I was

03:43:42 20   short-handing to say XRP meaning xRapid.

21       Q.   And who were the regulators that had

22   told -- conveyed to Ripple that they were fine

23   with everything except for xRapid?

24       A.   At this point, we would have engaged --

03:44:09 25   2017.  We would have engaged Spain, Mexico, U.S.,

                                                         224

03:44:19  1    Japan, and UK, roughly in that regard, around

         2    using X -- a bank using xCurrent, the connectivity

         3    solution.

         4         So I'm saying in this e-mail, xCurrent

03:44:34  5    regulators have been fine with.  We hadn't

         6    introduced xRapid with -- which uses XRP into

         7    those conversations, so we don't have a -- a

         8    definitive, like, thumbs up from a regulator that

         9    a bank can use that yet.  We hadn't brought that

03:44:46 10    into the discussion.

        11         Q.   Did any regulators ever tell -- tell

        12    Ripple that they were not okay with XRP, the

        13    digital asset, as opposed to XRP meaning xRapid?

        14         A.   No.  So this is, like, the -- the

03:45:11 15    context of this was very specific to xRapid

        16    approved as a vendor to a financial institution.

        17         Q.   Did any regulators ever express concerns

        18    to Ripple about XRP, the digital asset?

        19         A.   Not that I'm aware.

03:45:35 20         Q.   What was --

        21         A.   What was the questions?  For me to say

        22    there were "concerns," I would -- wouldn't use

        23    that word.

        24         Q.   What was Xenon?

03:45:54 25         A.   Xenon was a -- one of the pilots that we

                                                              225

03:45:56  1  ran with financial institutions using XRP and

2  xRapid.  So that was -- we had maybe 10 or 12

3  banks that were piloting what became xRapid.

4       Q.   And tell me about the regulatory

03:46:09  5  uncertainties that came out of that pilot program.

6       A.   So when -- an output of the project was

7  a list of areas to further invest in.  One was

8  around regulatory uncertainties.  That covered, as

9  I recall, things around the ability for a bank to

03:46:34 10  use a crypto asset, a virtual currency, within a

11  payment flow.  That was a primary one that our

12  takeaway was, like, is this okay to -- for a bank

13  to use, meaning things around disaster recovery,

14  financial stability, operational resiliency.

03:46:54 15  Your -- your typical vendor questions.

16       Q.   And was the lack of regulatory approval

17  the reasons that -- the reason that banks did not

18  want to adopt xRapid?

19            MR. HECKER:  Objection to form.

03:47:20 20       A.   That's not how I would describe it.

21  We -- we ran a pilot to learn.  One of the

22  learnings we had was we need to get more clear on

23  what risk regulators see when they use this type

24  of technology and how we mitigate those risks

03:47:35 25  within the solution.  So that was one of the

226

03:47:37  1   places we -- it was a lesson from that -- that
        2   work.
        3         Q.    And did any United States regulators
        4   ever express a -- a view to Ripple on xRapid?
03:47:55  5         A.    Yes.
        6         Q.    Could you tell me about that?
        7               MR. HECKER:   And, sorry, just the
        8         same caveat we've been giving you to the
        9         extent the discussion is involving
03:48:04 10         counsel.
       11         A.    We briefed the OCC annually, the OCC
       12   being one of the banking regulators.  We briefed
       13   them annually from 2017 or 2018 through the end of
       14   my time there on both xCurrent and xRapid.  So
03:48:25 15   there was a -- general education meetings.  This
       16   is -- the pilots are running, this is what we're
       17   learning.
       18               So there was a series of those meetings.
       19   We had similar meetings with the Federal Reserve
03:48:36 20   that were more educational in context.
       21               The second type of work we did around
       22   xRapid was client specific.  So in the last nine
       23   months of my time at Ripple, I worked on a deal
       24   with MoneyGram.  MoneyGram was using xRapid.  My
03:48:55 25   head of the public announcement, part of my role

                                                        227

03:48:59   1    was to brief MoneyGram's regulators ahead of time,

2    introducing Ripple as a vendor to MoneyGram,

3    letting them know what the product would be, what

4    the flow of funds would be, and to show that we

03:49:11   5    were proactively thinking around mitigating risk

6    in the arrangement.

7         We briefed the Texas, New York, and I

8    believe California regulators.  We -- I also

9    briefed the Conference of State Bank Supervisors.

03:49:33  10    The feedback from those -- those briefings was

11    that they had no issues and that we were clear to

12    proceed.

13         Q.   And did the SEC ever give Ripple a clear

14    to proceed message?

03:49:53  15         A.   The focus of this was around vendor due

16    diligence for the bank, for MoneyGram, the

17    financial institution.  So we were focused on

18    the -- MoneyGram's financial regulators.

19         Q.   Right.  And I -- I just want to make a

03:50:07  20    clear record on this.  You had listed some

21    regulators that had given Ripple the, I think your

22    words were, "clear to proceed" on xRapid.

23         Did the SEC ever give such a message or

24    approval Ripple regarding xRapid?

03:50:25  25              MR. HECKER:  Objection to form,

228

```
03:50:26   1            foundation.
           2                     MR. CERESNEY:  Objection.
           3        A.   I wasn't aware of any guidance from the
           4    SEC to Ripple.
03:50:42   5                     MR. HANAUER:  Eleven.
           6                     MR. HECKER:  Can we take a --
           7                     THE WITNESS:  I'm okay.
           8                     MR. CERESNEY:  You good?  You
           9        know what?  Why don't we take five
03:51:13  10        minutes?
          11                     MR. HANAUER:  Okay.
          12                     MR. CERESNEY:  Off the record.
          13                     THE VIDEOGRAPHER:  Going off the
          14        record, 3:51.
03:51:17  15            (Whereupon, a recess is taken.)
          16                     THE VIDEOGRAPHER:  Okay.  We're
          17        back on the record at 4:03.
          18            (Whereupon, exhibit is presented
          19        and marked SEC Zagone Exhibit RZ-11 for
04:03:35  20        identification.)
          21    BY MR. HANAUER:
          22        Q.   Mr. Zagone, do you have Exhibit 11 in
          23    front of you?
          24        A.   I do.
04:03:44  25        Q.   And Exhibit 11 is a copy of an e-mail
```

229

04:03:47  1    that you sent to various Ripple personnel on May

      2    5th, 2017?

      3         A.   That's right.

      4         Q.   And -- and the folks you were e-mailing,

04:04:01  5    was that Ripple's senior leadership?

      6         A.   Yes, it was.

      7         Q.   And you attached to your -- your e-mail

      8    a document called "XRP Overview for Regulators"?

      9         A.   Yes.

04:04:22 10         Q.   Okay.  And that's one of the documents

     11    we've looked at earlier today?

     12         A.   Yes.

     13         Q.   And you write in your e-mail at the top

     14    of Exhibit 11, under the -- after the "XRP" in

04:04:38 15    bold, "I've been busy driving XRP use case

     16    discussions.  The narrative in the attached white

     17    paper is working very well (except in the United

     18    States)."

     19              What did you mean when you wrote that

04:04:55 20    you were "busy driving XRP use case discussions"?

     21         A.   The use case of how digital assets could

     22    be used to connect fiat currencies more

     23    efficiently.

     24         Q.   And when you talk about XRP there, are

04:05:19 25    you using that interchangeably with the product

                                                          230

04:05:22 1   that would become xRapid?

2       A.   Correct, yes.

3       Q.   And what did you mean when you wrote

4   "The narrative in the attached white paper is

04:05:36 5   working very well (except in the U.S.)"?

6       A.   I can't recall that, what my logic was

7   there.

8            THE WITNESS:  Do you need me to

9    repeat that?

04:06:00 10          THE REPORTER:  No.

11       A.   I can't recall that and I don't --

12   there's not much context around it.

13       Q.   Who were you -- well, first of all, why

14   were you presenting use case discussions to the

04:06:19 15   United -- in the United States?

16       A.   So this is early 2017.  The -- this was

17   still an early day for crypto, particularly as it

18   was being adopted in institutional use cases.

19         So we -- we had a lot of effort -- I'd

04:06:43 20   say most of the market conversations, including

21   the regulatory conversations, were focused on the

22   consumer use of crypto.  It can be used instead of

23   the U.S. dollar or fiat currencies.  So consumers

24   using, say, bitcoin to buy their coffee.  We

04:07:03 25   wanted to ensure that one con -- the market

231

```
04:07:14   1    understood there were other use cases beyond

           2    replacing fiat currencies, specifically Ripple's

           3    XRP to connect fiat currencies more efficiently

           4    and that regulation reflected that.

04:07:34   5         Q.   And were -- in May 2017 were you having

           6    difficulty communicating those use cases in the

           7    United States?

           8              MR. WARD:   Objection to form.

           9         A.   According to this e-mail, I was.

04:07:56  10         Q.   And who were you presenting those use

          11    case discussions to in the United States?

          12         A.   I can't tell if the clarification,

          13    except in the U.S., if that was client-driven

          14    to -- to banks or if that was meant to regulators.

04:08:19  15    I -- I can't recall.

          16         Q.   Did you consider regulators to be your

          17    clients?

          18         A.   We did have some central banks that also

          19    served as regulators that were our clients, yes.

04:08:39  20         Q.   Were U.S. banks Ripple's clients?

          21         A.   U.S. banks were Ripple's clients, yes.

          22         Q.   What U.S. banks were Ripple's clients?

          23         A.   We had relationships with ████████

          24    ████████ who served on our global payments steering

04:09:08  25    group.  That was the largest of our U.S. bank
```

232

```
04:09:14   1   clients.  We also had an engagement with ███.  I
           2   also worked with ██████, U.S.
           3       Q.   And what products or services did Ripple
           4   sell to these U.S. banks?
04:09:34   5       A.   Is this specific to the 2017 time frame
           6   or -- or more broadly?
           7       Q.   More broadly.
           8       A.   So we sold -- and I have to say I would
           9   add MoneyGram to that list as well.  That came
04:09:43  10   later.
          11            We were working with those -- all those
          12   clients on xCurrent and xRapid.
          13       Q.   And did Ripple ever sell xCurrent to --
          14   to a U.S. bank -- or, I'm sorry.  Did Ripple ever
04:09:57  15   sell xRapid to a U.S. bank?
          16       A.   We sold xRapid, our largest partner for
          17   xRapid was MoneyGram.  Not a bank, but a financial
          18   institution.
          19       Q.   So which banks did Ripple sell xRapid to
04:10:13  20   in the United States?
          21       A.   When I was leaving -- in my time at
          22   Ripple, first in connectivity, which that was the
          23   primary problem for banks.  We talked about that
          24   earlier today.  So we sold them xCurrent first so
04:10:29  25   they could have connectivity.  After they
```

233

04:10:32  1    optimized that, they can add xRapid for liquidity.

2              MoneyGram and -- and money transmitters

3    don't have a connectivity problem, so they

4    basically fast track straight to the liquidity

04:10:44  5    solution, xRapid.  So that's why there's a

6    differentiation in how we deployed our product to

7    be at a bank versus a nonbank.

8         Q.   So I just -- are money transmitters

9    banks?

04:10:55 10         A.   No.  They're financial institutions.

11         Q.   So what banks did Ripple sell xRapid to?

12         A.   In my time there, we had not sold xRapid

13    to banks yet.  They were still deploying the

14    xCurrent solution, which is the prerequisite.

04:11:46 15              (Whereupon, exhibit is presented

16              and marked SEC Zagone Exhibit RZ-16 for

17              identification.)

18              MR. HANAUER:  I've tendered the

19              witness a document labeled Exhibit RZ-16,

04:11:50 20              beginning with the Bates number ending in

21              1049.

22    BY MR. HANAUER:

23         Q.   What is Exhibit 16?

24         A.   This is a regulatory -- a strategy plan

04:12:22 25    for my division at Ripple.

234

04:12:26  1      Q.   Did you -- what was your role in
        2   preparing it?
        3      A.   I created the steps.
        4      Q.   And what does "GTM countries" mean?
04:12:36  5      A.   GTM stands for go to market.  So that's
        6   where we were targeting launching our products.
        7      Q.   And can I refer you to page 1058?
        8           What -- what do these tables represent?
        9      A.   These tables are a click-through showing
04:13:19 10   a timeline of our regulatory engagement for our
       11   two products, xCurrent, and here XRP I'm
       12   short-handing for xRapid.
       13      Q.   Okay.  So on these tables in Exhibit 16,
       14   XRP meant xRapid?
04:13:38 15      A.   Correct.
       16      Q.   And when you refer to engagement status,
       17   that means regulatory engagement status?
       18      A.   Yes.
       19      Q.   And for the United States, what
04:13:56 20   regulators were being covered by this -- what
       21   would be referred to in this -- these tables?
       22      A.   So for the U.S. -- I can't really tell
       23   the colors we used here.
       24           So this was focused on enabling a bank
04:14:18 25   or financial institution to go in to leverage our

                                                           235

04:14:23   1    product.

2          So the regulators that we would speak to

3    were the bank provincial regulators, so Federal

4    Reserve, FDIC, OCC, and the States.

04:14:38   5        Q.   And so let's look at the January 1, 2016

6    engagement status.

7        A.   Uh-huh.

8        Q.   For USA XRP, which of -- I think it's

9    not the -- the lighter shade of the three options,

04:15:05  10    but which of the two darker shades do you think is

11    reflected on that table for USA XRP?

12        A.   It's the far right color indicating we

13    either had limited engagement or that jurisdiction

14    has a negative view.

04:15:20  15        Q.   And what was -- what did that mean for

16    the USA as of January 1st, 2016?

17        A.   That we had limited engagement.  We --

18    in 2016 we hadn't engaged fully on the xRapid

19    product as we were still in development of that.

04:15:39  20    That was pretty much true of all the countries.

21        Q.   And then let's look at page 1059.

22          And can I -- why -- why were you using

23    XRP as shorthand for xRapid in these and other

24    documents?

04:16:11  25        A.   We didn't -- the name evolved over time

236

04:16:14  1    and it kept switching.  So we had called it

2    initially Liquidity Solution, moved to xRapid, it

3    was rebranded to On-Demand Liquidity, or ODL.  It

4    was evolving, and the product wasn't final.  We

04:16:32  5    were still, particularly in 2016 -- what does this

6    go through?  2019?  It was still evolving in here

7    so to -- whereas xCurrent was a little more

8    standard.  I just used shorthand.

9        Q.   Okay.  So let's look at the 2017 table.

04:16:57 10        What's the engagement status for the

11    United States for XRP?

12        A.   It's moved to the middle color.  I

13    believe it was a yellow.  That indicates we've

14    done some initial engagement but more is needed.

04:17:12 15        Q.   I apologize.

16        A.   So that yellow color indicates we've

17    done initial engagement, more is needed.  We have

18    not had a client approved to use that product in

19    the jurisdiction yet.

04:17:33 20        Q.   And let's look at the next page, 1060.

21    Again I'll ask you about the table "USA XRP."

22    What was the engagement status?

23        A.   Unchanged.

24        Q.   And then the next page, 1061?

04:17:58 25        A.   For XRP or xRapid, again, unchanged.

237

04:18:01  1          Q.   Still no -- why was it that the goal was

2     not to -- was -- why was it that there was not a

3     goal to have xRapid approved in the United States

4     as of January 1st, 2019?

04:18:20  5          A.   We were working with MoneyGram in that

6     time period to integrate the product, to -- for --

7     by the way I color coded this, I wouldn't move it

8     to green until we had a client that was ready to

9     go with the product and we had engaged with the

04:18:39 10     regulator for approval.

11               As of January 1, 2019, we were -- we

12     were still -- we were working with MoneyGram on

13     the details of the deal, but we hadn't gone to the

14     regulator yet.

04:18:52 15          Q.   No regulatory approval yet?

16          A.   Correct.

17          Q.   And for MoneyGram, who was the reg --

18     who were -- who were the regulators that Ripple

19     was seeking approval from?

04:19:04 20          A.   We were targeting -- it would be

21     MoneyGram's regulators, which MoneyGram is

22     regulated by the States.  So the 50 State

23     regulators.  The State banking regulators.

24          Q.   Did the reg -- did -- Exhibit 16, did

04:19:36 25     that in any way refer or was intended to refer to

238

```
04:19:40    1    the SEC and its discussion of regulators?
            2               MR. CERESNEY:  The whole exhibit?
            3               MR. HANAUER:  The whole exhibit,
            4         correct.  Actually, you know, let me
04:19:59    5         clarify that.  I don't need you to --
            6               MR. CERESNEY:  Yeah, it's a
            7         long --
            8               MR. HANAUER:  -- read -- I don't
            9         want you to have to look at the whole
04:20:04   10         exhibit.
           11    BY MR. HANAUER:
           12         Q.   The tables we talked about on pages 1058
           13    through 1061, when you were speaking about
           14    regulatory engagement, did these tables refer in
04:20:18   15    any way to the Ripple's regulatory engagement
           16    efforts with the SEC?
           17         A.   No.
           18               MR. HANAUER:  Twenty-one.
           19               (Whereupon, exhibit is presented
04:20:46   20         and marked SEC Zagone Exhibit RZ-21 for
           21         identification.)
           22               MR. HECKER:  Thanks.
           23               MR. HANAUER:  I tendered the
           24         witness a document labeled Exhibit RZ-21
04:21:04   25         with a Bates number ending in 6451.
```

                                                         239



04:21:16  1    BY MR. HANAUER:

2         Q.    And is Exhibit 21 a copy of an e-mail

3    you sent to Monica Long, ████████, and ████████

4    ████████ on August 8th, 2018?

04:21:29  5         A.    That's right, yes.

6         Q.    And who is ████████████?

7         A.    I don't know ██████.  He appears to

8    work at ████████, which was a -- I believe a

9    consulting firm that our -- a consulting firm or a

04:21:43 10    PR firm that our communications team used.

11         Q.    What's this discussion about a political

12    inter -- Politico interview with ████████?

13         A.     It looks like the story was about the

14    risk of 51 percent attack against bitcoin.  That's

04:22:48 15    an attack where a majority of the mining power

16    take over the control of bitcoin.

17         Q.    And who is ████████?

18         A.    ████████ was the -- I believe his

19    title is executive director of ████████, which

04:23:09 20    is a think tank in D.C.

21         Q.    And do you see right -- "████, who

22    we're trying to court, is a public spokesperson"?

23    Why -- why was Ripple trying to court Mr. ████ as

24    a public spokesperson?

04:23:44 25         A.    So ████ was seen as -- ████ and ████

240

04:23:46   1      ████████ were seen as thoughtful voice in the policy

2      circles in D.C. on a variety of issues.  They were

3      one of the first to speak publicly on policy

4      issues back in 2014/2015.

04:24:03   5          Q.   What -- what message did you want

6      Mr. ██████ to convey publicly?

7          A.   Up until this point, ████████ had not

8      spoken about XRP.  So we were working with ██████

9      ██████ to integrate XRP into their -- into their

04:24:22  10      research network.

11          Q.   And then do you see in the

12      second-to-last paragraph, you write "Our approach

13      has been to show that BTC, ETH and XRP are very

14      similar"?  What are you referring to there?

04:25:03  15          A.   It appears that around the -- I'm

16      speaking that they're very similar in a state of

17      decentralization.  In that conversation,

18      decentralization is often brought up.  That

19      they're -- their BTC, ETH and XRP are all

04:25:17  20      decentralized assets.

21          Q.   And this was a -- a message that Ripple

22      was trying to convey to the public?

23          A.   Ripple was trying to convey a message

24      that -- not that we were trying.  Ripple was

04:25:35  25      stating that XRP is decentralized, much like Eth

241

04:25:39  1    and bitcoin.

2         Q.    And why was Ripple stating that

3    publicly?

4         A.    There's often -- not often, but at times

04:25:48  5    there was, like, incorrect press reports saying

6    that XRP was a centralized digital asset.  That

7    was incorrect.  So we made efforts to ensure that

8    that was corrected.

9         Q.    And what was the significance of whether

04:26:06 10    XRP was centralized or decentralized?

11         A.    The -- there's an interest in the crypto

12    community for the assets that they decide to build

13    on, the open source community.  There's an

14    emphasis on decentralization.  So that was

04:26:31 15    important for us to show -- for Ripple to clarify

16    that Ripple does not control the XRP ledger.

17              And then secondly, the more technical

18    terms around the vendor due diligence

19    conversations, conversations around operational

04:26:49 20    resiliency and business continuity specific to a

21    new type of platform that is decentralized.  That

22    was related to the xRapid conversations.

23         Q.    How did the centralization --

24    centralization versus decentralization, how did

04:27:11 25    that relate to the XRP security classification

                                                              242

04:27:14  1    issue?

          2                  MR. CERESNEY:  Objection; form.

          3         A.    From what I recall, that was a piece

          4    of -- we're exploring -- we're comparing bitcoin,

04:27:53  5    Eth and XRP.  Decentralization was a factor for

          6    the Eth decision and we're exploring a similar

          7    parallel with XRP.

          8         Q.    And when you say "the Eth decision," do

          9    you mean Mr. Hinman's speech in 2018?

04:28:16 10         A.    Yes.

         11         Q.    And when you write in Exhibit 21 "Our

         12    approach has been to show that BTC, ETH and XRP

         13    are very similar," that's the approach with the

         14    SEC arguing for the same classification?

04:28:36 15         A.    Right.

         16         Q.    And was Ripple trying to convey to the

         17    SEC in August 2018 that bitcoin, Ether, and XRP

         18    are very similar?

         19         A.    I wasn't involved in the SEC

04:28:54 20    discussions, so I'm not sure what the company was

         21    trying to convey.  The Hinman speech was the

         22    guidance that the market had, so we were building

         23    off of that.

         24         Q.    Well, you wrote about Ripple's approach

04:29:08 25    with the SEC.

                                                              243

04:29:11  1        A.    That was my understanding from counsel

          2    of what the approach taken there was.

          3        Q.    Did you have any understanding of the

          4    approach taken with the SEC independent of your

04:29:21  5    communications with counsel?

          6        A.    No.

          7              MR. HANAUER:  Mr. Ceresney, are

          8          you instructing the witness not to answer

          9          questions about communications with

04:29:31 10          counsel regarding the approach Ripple was

         11          taking with the SEC in August of 2018?

         12              MR. CERESNEY:  Yes.

         13              (Whereupon, exhibit is presented

         14          and marked SEC Zagone Exhibit RZ-22 for

04:30:16 15          identification.)

         16              MR. HANAUER:  And I just tendered

         17          the witness a document labeled RZ --

         18          Exhibit RZ-22, which has a Bates number

         19          ending in 1296.

04:30:25 20    BY MR. HANAUER:

         21        Q.    And is Exhibit RZ-22 a copy of an e-mail

         22    and attachment you sent to Mr. Garlinghouse on

         23    August 16th, 2018?

         24        A.    That's right.

04:31:14 25        Q.    And do you see your e-mail refers to a

                                                              244

04:31:15  1    "Ripple and XRP one-pager handout used on the

2    Hill"?

3         A.   I do.

4         Q.   And are you referring to the document

04:31:25  5    attached to your e-mail?

6         A.   Yes.

7         Q.   And what did you mean by "handout used

8    on the Hill"?

9         A.   We were having -- I was having meetings

04:31:38 10    on Capitol Hill with House and Senate members and

11    their staff educating them on the future of

12    payments.  This was a handout that summarized our

13    points.

14         Q.   And in your meetings with members of

04:32:04 15    Congress and their staff, you were trying to

16    convey the message that XRP should not be

17    considered a security?

18         A.   No.  We were conveying a message that

19    this technology is the future of payments and it's

04:32:38 20    incumbent upon America to lead on that to remain a

21    global leader in finance.

22         Q.   So why are you writing that the

23    one-pager highlights why XRP should not be

24    considered a security?

04:32:54 25         A.   The meetings we had on the Hill were

245

04:32:56  1  about America's leadership in blockchain.

2       Q.   Were any of those meetings about

3  proposed legislation that would exclude XRP from

4  the federal -- the application of the federal

04:33:18  5  securities laws?

6       A.   From my memory and in rereading the text

7  here, the focus was on America's leadership by

8  resolving uncertainty of the -- regulatory

9  uncertainty.

04:33:34 10       Q.   Right.

11            And resolving regula -- and resolving

12  regulatory uncertainty, you're speaking about the

13  SEC XRP classification issue?

14       A.   Yes, that's -- that was one piece of

04:33:45 15  uncertainty.

16       Q.   And you want -- when you met with

17  members of Congress and their staff, you wanted to

18  convey Ripple's message that XRP should not be

19  subject to the federal securities laws?

04:34:01 20       A.   The outreach we did on the Hill was,

21  like, educational in nature.  So this is

22  blockchain.  It's important for our leadership,

23  particularly our national security, as this would

24  be future infrastructure for global payments.  We

04:34:13 25  wanted that to be American led.  So it was very

246

04:34:17  1   educational at the background of XRP and that we

2   need a -- a view, an American view, which we

3   thought global -- from a countrywide policy

4   perspective, that should be led by Congress to

04:34:30  5   chart out how America can be a leadership -- be a

6   leader on blockchain and crypto.

7        Q.   But the -- the result Ripple wanted was

8   for Congress to pass a law that excluded XRP from

9   the SEC's jurisdiction, right?

04:34:48 10        A.   The -- the result we wanted was America

11   to be a leader on this technology.  American

12   leadership on blockchain.  That encompasses -- or

13   the focus of that is policy that enables that

14   technology to grow.  So we -- we -- we look back

04:35:08 15   to the early days of the internet.  That was led

16   by -- the growth of the internet was led by a

17   public policy view from Congress and the President

18   at the time.  And we saw other countries putting

19   forth -- putting forth, like, holistic frameworks

04:35:23 20   for how they could be competitive on the future of

21   payments, particularly UK and Singapore.  And we

22   wanted America to be a part of that conversation.

23        Q.   Ripple wanted Congress to pass a law

24   that excluded XRP from the SEC's jurisdiction?

04:35:43 25             MR. CERESNEY:  Objection.

247

04:35:43  1          A.    No, those are your words.   So we wanted

        2     America to lead on crypto and blockchain.   It's

        3     the future infrastructure of our financial system.

        4     We wanted America to be a leader there.

04:35:53  5          Q.    Okay.   And you -- you wanted Congress to

        6     resolve regulatory uncertainty regarding XRP?

        7          A.    We wanted Congress to create -- to point

        8     the compass in the direction of where the U.S.

        9     needed to go on blockchain and crypto assets.   So

04:36:10 10     creating a north star for the U.S. broadly

       11     supports this technology.   We see it as a future

       12     of our economy.   Very similar to the framework

       13     that President Clinton put forth for the internet.

       14          Q.    Did Ripple want Congress to pass any

04:36:32 15     laws related to the XRP securities classification

       16     issue?

       17          A.    That was not the focus of our Hill

       18     engagement.

       19          Q.    So what are you writing about to

04:36:49 20     Mr. Garlinghouse about the handout you used on

       21     Capitol Hill highlighting why XRP should not be

       22     considered a security?

       23          A.    I -- I see the handout here and I see

       24     that -- I see where I write that, highlighting why

04:37:07 25     XRP should not be considered a security.   That was

                                                              248

04:37:09  1    not the focus of the handout nor the focus of

2    our -- our conversations.  The -- how XRP -- XRP

3    would be treated by the SEC was a much more

4    in-depth discussions than the level of

04:37:22  5    conversations we were having.

6         Q.    And who did you meet with from Congress?

7         A.    These were Hill staffers for different

8    members of the financial services and Senate

9    banking committee.

04:37:35 10         Q.    Did you ever meet with any of the

11    senators or congressmen yourself?

12         A.    Some, yes.

13         Q.    Who?

14         A.    Senator Cotton, Senator Sinema,

04:37:59 15    Representative Sherman.  There's a couple more in

16    there.  I can't recall their names.

17         Q.    And in any of your meetings with

18    senators, representatives, or their staffs, did

19    you convey the message that XRP should not be

04:38:26 20    considered a security subject to SEC regulation?

21         A.    That was not the focus of these

22    conversations.  They were -- no.  They were very

23    high level around ensuring American leadership on

24    blockchain.

04:38:41 25         Q.    And I'm not asking you about the focus.

249

04:38:43  1    I'm just asking if you ever conveyed to a senator,

2    a U.S. representative, or any of their staffs that

3    Ripple should not be considered a security subject

4    to SEC regulation?

04:38:56  5                    MR. HECKER:  Objection; asked and

6        answered.

7        A.    Not that I recall.  That's much more

8    detail than the high-level conversations we were

9    having.

04:39:19 10        Q.    Did Ripple employ lobbyists to attempt

11    to convince the SEC to decide that XRP was not a

12    security?

13        A.    Ripple employed lobbyists to engage on

14    Hill issues, bills that would come up.  In my

04:39:41 15    awareness, they were focused on the Hill.

16        Q.    Did Ripple employ lobbyists to attempt

17    to convince Congress to decide that XRP was not a

18    security and not subject to SEC jurisdiction?

19        A.    The work we did on the Hill and the work

04:40:01 20    we did with our lobbyists was -- was educational.

21    What is XRP?  What's the potential for the

22    technology?  It wasn't -- it was high level and

23    educational unless there was a bill that was

24    related to Ripple, which we would engage directly

04:40:21 25    on that bill.

                                                            250

04:40:22  1      Q.    Okay.  And what bills related to Ripple

2   or XRP did Ripple employ lobbyists for?

3      A.    We employed a lobbyist, the primary one

4   that I recall was a -- with the Senate banking

04:40:40  5   committee who had proposed AML rules for

6   cryptocurrency to ensure terrorist financing and

7   money laundering did not occur through the

8   technology.  We engaged with the Senate on that

9   bill.

04:40:51 10      Q.    Did Ripple employ lobbyists related to

11   the XRP securities classification issue?

12      A.    There was a bill that came out from the

13   House, from Representative Davidson.  We -- I

14   can't recall if we deployed a lobbyist to engage

04:41:16 15   with Davidson or not.

16      Q.    And what was that?

17      A.    The bill was a crypto framework.  It was

18   a bill that called for more clear classification

19   of digital assets in the U.S.

04:41:31 20      Q.    And was that bill from Congressman

21   Davidson to exempt -- would that bill have

22   exempted digital assets from regulation by the

23   SEC?

24      A.    I -- I can't recall.  And there were --

04:41:43 25   there were a variety of versions of that bill.

251

04:41:50   1         Q.   Did Ripple ever employ a lobbyist to
        2    argue or to try and convince Congress to pass a
        3    bill that would have excluded digital assets from
        4    the SEC's jurisdiction?
04:42:11   5         A.   Not that I recall.
        6         Q.   Did Ripple ever try to get -- did Ripple
        7    ever make efforts to convince legislators to
        8    influence the SEC?
        9              MR. HECKER:   Objection to form.
04:42:46  10         A.   Not that I was aware of.
       11         Q.   Did you have an understanding of whether
       12    Mr. Garlinghouse was involved with Ripple's
       13    lobbying efforts?
       14         A.   Mr. Garlinghouse attended meetings with
04:43:11  15    me in D.C.  They were educational meetings on
       16    Ripple and XRP.  And Mr. Garlinghouse had his own
       17    meetings as well.
       18         Q.   And did you attend meetings where
       19    Mr. Garlinghouse and Mr. -- and lobbyists were
04:43:28  20    present?
       21         A.   I attended some meetings with
       22    Mr. Garlinghouse, yes.
       23         Q.   And lobbyists?
       24         A.   I believe so, yes.
04:43:41  25         Q.   And was the XRP securities

                                                            252

04:43:45  1    classification ever discussed at those meetings?

2          A.   I can't recall.

3          Q.   So the one-pager attached to Exhibit --

4    as part of Exhibit 22, did you prepare that

04:44:15  5    document?

6          A.   I contributed to parts of it, but I

7    didn't prepare the full document.

8          Q.   Who else was involved in its

9    preparation?

04:44:28 10          A.   We had a communications team -- a

11   communications firm that -- and a consulting firm

12   that we were working with.

13         Q.   Do you know what the names of those

14   firms were?

04:44:38 15          A.   The communications firm would be who we

16   were working with marcomm and their teams, so

17   taking those talking points.

18         Q.   Was that ██████?

19         A.   I'm not sure who we were working with at

04:44:50 20    that time.  ██████ was one that we worked with.  So

21   some of these are just like facts around XRP that

22   I would have gotten from marcomm.

23              And then the other firm would be ██████.

24         Q.   And what was ██████?

04:45:09 25          A.   They were a strategy consulting firm in

253

```
04:45:11   1   D.C.
           2              MR. HANAUER:  Twenty-three.
           3              (Whereupon, exhibit is presented
           4         and marked SEC Zagone Exhibit RZ-23 for
04:45:28   5         identification.)
           6              MR. HECKER:  Thanks.
           7              MR. HANAUER:  And I tendered the
           8         witness Exhibit RZ -- or a document
           9         labeled Exhibit RZ-23, beginning with a
04:45:56  10         Bates number ending in 1104.
          11   BY MR. HANAUER:
          12      Q.   And Exhibit RZ-23, is that an e-mail and
          13   attachment you sent Mr. Garlinghouse on September
          14   4th, 2018?
04:46:13  15      A.   That's correct.
          16      Q.   And in your e-mail to Mr. Garlinghouse,
          17   you reference a list of meetings for a trip to
          18   D.C. September 25th to September 26th?
          19      A.   Yes.
04:46:39  20      Q.   And that was a trip Mr. Garlinghouse was
          21   making to Washington, D.C. to meet with various
          22   government officials?
          23      A.   That's correct.
          24      Q.   Did you attend that trip?
04:46:57  25      A.   I can't recall.  I was in -- back and
```

254

04:47:04  1    forth to D.C. quite a bit in that time frame.

2        Q.   And it looks like there's also a trip

3    scheduled for September 18th?

4        A.   That's what it looks like, yes.

04:47:23  5    Q.   And did the -- well, I'll start, did the

6    September 18th trip take place?

7        A.   I can't recall.

8        Q.   What about the September 25th trip?

9        A.   I believe that did.  That did happen.

04:47:38 10    Q.   Okay.  What was the purpose of

11   Mr. Garlinghouse's trip to D.C. in September --

12   September 25th/26th, 2018?

13                MR. WARD:  Objection to form.

14       A.   We -- Brad was also engaging on the

04:47:58 15   theme of educating policymakers on the potential

16   for blockchain and crypto and positioning America

17   to be a leader on this technology.

18       Q.   And then do you see the -- the

19   attachment in Exhibit 23, the priorities for the

04:48:16 20  meetings?

21       A.   Yes, I see that.

22       Q.   Did you prepare that document?

23       A.   I did not.  I don't believe I did.

24       Q.   And this document contains a list of

04:48:34 25   meetings that Mr. Garlinghouse should prioritize

255

```
04:48:37  1    while in Washington, D.C.?
          2         A.   Correct.
          3         Q.   And then do you see that the SEC is
          4    referenced in Meetings No. 1, 2, 3, 6 and 7?
04:49:13  5         A.   Yes, I see that.
          6         Q.   Why was Ripple prioritizing these
          7    meetings relating to the SEC?
          8              MR. CERESNEY:  Objection.  There
          9         are references to the SEC in a number of
04:49:35 10         these meetings.  I don't think it's
         11         accurate to say that the meetings relate
         12         to the SEC.  A number of them, for
         13         example, mention the SEC attending.
         14              MR. HANAUER:  Using the term
04:49:43 15         "related" broadly.
         16              MR. CERESNEY:  Objection to the
         17         creative use of the term "related."
         18         A.   Can you repeat the question?
         19         Q.   Sure.
04:50:04 20              Why was Ripple prioritizing all these
         21    meetings where there's a reference to the SEC?
         22         A.   I wouldn't say that we were prioritizing
         23    these meetings.  Several of these references are
         24    just that someone from the SEC will be there
04:50:18 25    alongside other attendees, number one.
```

                                                              256

04:50:24  1              Number two, similar.  It's listing out

       2    the Financial Stability Oversight Council, which

       3    the SEC is a member.  These aren't meetings

       4    targeted at the SEC.  They're with other agencies

04:50:38  5    or groups.

       6         Q.   But what's -- what's the significance of

       7    the SEC being mentioned in all these meetings?

       8         A.   We're giving Brad a -- I'm giving --

       9    whoever wrote this and that I passed onto Brad is

04:50:51 10    giving him a heads-up of where the SEC will be

      11    there.  This is in 2018, September.  I believe the

      12    SEC has reached out to Ripple at this point or is

      13    engaged in conversation.  So I'm giving him

      14    awareness.

04:51:09 15         Q.   And at this point in time, September of

      16    2018, Ripple was still trying to convince the SEC

      17    to decide that XRP was not a security?

      18         A.   In this time, Ripple and SEC were in

      19    conversation.  I wasn't part of those

04:51:27 20    conversations.

      21         Q.   All right.  But you had an understanding

      22    that Ripple wanted -- in late 2018 Ripple was

      23    trying to convince the SEC that XRP should not be

      24    deemed a security?

04:51:44 25         A.   I don't know the nature of those

                                                              257

04:51:45  1    conversations, if we were trying to convince them

        2    or if they were more educational in background and

        3    scope.

        4         Q.   What's the goal of those meetings?

04:51:52  5    What -- what could possibly be the goal of

        6    Ripple's meetings with the SEC?

        7              MR. HECKER:   Object.   Objection

        8         to form; argumentative, foundation.   His

        9         understanding of the meetings it sounds

04:52:02 10         from prior testimony came from counsel, so

       11         I'm not sure how he can answer that

       12         question.

       13         Q.   I guess what's your -- what's your --

       14    what was your understanding of what Ripple was

04:52:19 15    trying to accomplish in relations to the SEC in

       16    late 2018?

       17              MR. HECKER:   Again, to the extent

       18         that your understanding, general

       19         understanding of that, is not coming from

04:52:30 20         Ripple's lawyers.

       21         A.   I understood outside of Ripple's lawyers

       22    we were educating the SEC on XRP, its background,

       23    and Ripple the company.

       24         Q.   As the director of Ripple's regulatory

04:52:43 25    relations, what did you want to accomplish

                                                        258

04:52:49  1    vis-a-vis the SEC?

2         A.    So the SEC was an issue owned by our

3    legal team.  I was primary point for our clients

4    and their approval by their regulators to use our

04:53:00  5    products.

6         Q.    So let's look at Meeting No. 4,

7    "Davidson Cryptocurrency Roundtable."  And it says

8    that the objective of the meeting is to "help

9    shape the bill with suggestions that would keep

04:53:23 10    Ripple outside security classification."

11         A.    That's No. 4 you're referring to?

12         Q.    Yes.

13         A.    Yes.  There was a bill introduced by

14    Representative Maloney that would classify all

04:53:41 15    digital currencies as securities.  Representative

16    Davidson was planning a counter bill that would,

17    here I say more -- or this document says "have a

18    more pragmatic approach."

19         Q.    Did Ripple --

04:54:02 20         A.    So this was about crypto in general, the

21    broad market.

22         Q.    Right.

23              But do you see the part -- the

24    objective, "help shape the bills with suggestions

04:54:14 25    that would help keep Ripple outside security

259

```
04:54:17   1    classification"?

           2         A.   Yes, I see that.

           3         Q.   And was one of the Ripple's goals at the

           4    time for Congress to pass legislation that would

04:54:27   5    result in XRP not being classified as a security?

           6              MR. HECKER:   Objection to form.

           7              MR. WARD:   Objection.

           8              MR. CERESNEY:   You can answer.

           9         A.   Yeah.   The scope of this meeting,

04:54:40  10    Maloney put forth a bill that would classify the

          11    whole industry as securities.

          12         Q.   Okay.   And did Ripple want that bill to

          13    pass?

          14         A.   No.

04:54:46  15         Q.   Did Ripple make any efforts to prevent

          16    that bill from passing?

          17         A.   We attended this roundtable.

          18         Q.   And were you going to advocate -- at the

          19    roundtable was Ripple going to advocate for or

04:54:55  20    against Representative Maloney's bill?

          21              MR. HECKER:   Objection.

          22         A.   We were advocating --

          23              MR. HECKER:   Objection to form.

          24              You can answer.

04:55:03  25         A.   We were advocating for, as it says here,
```

                                                              260

04:55:06  1    "a more pragmatic approach" than classifying the
          2    whole industry as a security.
          3         Q.   So Ripple was opposing Representative
          4    Maloney's bill, right?
04:55:18  5         A.   Correct.
          6         Q.   And Ripple was supporting Representative
          7    Davidson's bill that would have exempted digital
          8    assets from the federal securities laws?
          9              MR. WARD:  Objection.  Misstates
04:55:37 10        the document.
         11         A.   Yeah.  Davidson's bill called for, as he
         12    put here, a more pragmatic approach to securities
         13    classification.  The bill had several different
         14    versions and was -- was edited substantially over
04:55:51 15    the time of its existence.
         16              The -- it called for a review to ensure
         17    a more practical and pragmatic approach than
         18    classifying the whole industry as a security.
         19         Q.   So I want to focus on the objective
04:56:04 20    piece.
         21         A.   Uh-huh.
         22         Q.   Was an objective of Ripple's that
         23    Congress passed a law that would keep XRP from
         24    being classified as a security?
04:56:12 25              MR. HECKER:  Same objections.

                                                              261

```
04:56:18   1        A.    The objective here was to push back on a
           2   bill that would classify the whole industry,
           3   including Ripple -- or including XRP, as a
           4   security.
04:56:33   5        Q.    I get that, but I'm asking about the --
           6   the counter bill that would exempt digital assets
           7   from the federal securities laws.
           8             Did Ripple support such a bill?
           9        A.    I don't believe Davidson's --
04:56:42  10             MR. HECKER:  Hang on.
          11             Objection; mischaracterizes the
          12         document; asked and answered.
          13             But you can answer again.
          14        A.    I don't believe Davidson's bill exempted
04:56:54  15   assets from being securities.  I believe
          16   Davidson's bill called for a more pragmatic
          17   approach than classifying the whole industry as a
          18   security.
          19             MR. HANAUER:  Twenty-four.
04:57:35  20             (Whereupon, exhibit is presented
          21         and marked SEC Zagone Exhibit RZ-24 for
          22         identification.)
          23             MR. HANAUER:  And Exhib -- I
          24         tendered the witness a document labeled
04:57:51  25         Exhibit RZ-24 with a Bates number ending
```

                                                              262

04:57:54  1          in 6857.
          2    BY MR. HANAUER:
          3          Q.    Is Exhibit 24 a copy of an e-mail chain
          4    ending with an e-mail you sent Mr. Garlinghouse on
04:58:07  5    October 18th, 2018?
          6          A.    Correct.
          7          Q.    And do you see how in the second e-mail
          8    of Exhibit 24, Mr. Garlinghouse writes "We have
          9    decided that as a next step in our goal to have
04:58:25 10    the SEC proactively say something, that we should
         11    get meetings with each of them"?
         12          A.    Yes, I see that.
         13          Q.    What did you understand Mr. Garlinghouse
         14    to mean by "our goal to have the SEC proactively
04:58:40 15    say something"?
         16          A.    What I understand that line to mean was
         17    have the SEC come forth and clarify the
         18    classification of XRP.  Proactively say something
         19    about XRP's classification.
04:58:59 20          Q.    And it was Ripple's goal to have the SEC
         21    say that XRP was not a security, right?
         22          A.    Our view was that it's not a security.
         23          Q.    And Ripple's goal was to have the SEC
         24    say that?
04:59:17 25          A.    Brad's note just says our goal was "to

                                                              263

04:59:19  1    have the SEC proactively say something."

2        Q.    Did you talk -- ever talk to

3    Mr. Garlinghouse about what he wanted the SEC to

4    say?

04:59:34  5        A.    I did not have that conversation with

6    Brad on that, no.  The conversa -- the context

7    here was that there was open uncertainty, there's

8    broad uncertainty in the market.  We had our view;

9    but as we had noted in previous documents, we were

04:59:54 10    looking for the SEC or a formal regulator to

11    provide clarity.

12        Q.    And so the SEC could have provided

13    clarity on the issue by either saying it

14    considered XRP a security or it did not consider

05:00:07 15    XRP a security, is that right?

16        A.    Those would be the two options.

17        Q.    And Ripple wanted the SEC to come out

18    and say it considered XRP not to be a security?

19              MR. WARD:  Objection.

05:00:25 20        A.    In this e-mail it says "our goal is to

21    have the SEC say something."

22        Q.    Right.

23              And you had just said there were two

24    options on what the SEC could say:  Either SE --

05:00:37 25    either XRP is a security or XRP's not a security.

264

05:00:40   1              Which one did Ripple want the SEC to

        2  say?

        3       A.   From the context of this e-mail, it was

        4  --

05:00:47   5              MR. WARD:  Objection.

        6              You can answer.

        7              THE WITNESS:  Okay.

        8       A.   From the context of this e-mail, it

        9  looks like Brad is pushing -- he's decided that

05:01:02  10  the goal is to have the SEC say something to

       11  remove the uncertainty.

       12       Q.   Right.  And -- and I'm not trying to be

       13  difficult here, but you just said there were two

       14  things the SEC could have said to provide

05:01:13  15  certainty:  XRP's a security or XRP is not a

       16  security.

       17              So based on what you just said, which of

       18  those options did you want the SEC to go with?

       19       A.   The e-mail is quite clear.

05:01:26  20              MR. WARD:  Objection.

       21       A.   It says "to say something."  It doesn't

       22  indicate a preference.

       23       Q.   Did you understand Ripple had a

       24  preference between those two options?

05:01:38  25       A.   We had a company view that it was not a

                                                        265

05:01:40  1    security.

       2        Q.    And Ripple was trying to secure meetings

       3    with the SEC Commissioners with the goal of having

       4    the SEC state that XRP is not a security.

05:01:52  5        A.    That's not what the e-mail says.

       6                 MR. WARD:  Objection.  I mean,

       7            how many times can the same question be

       8            asked?

       9                 MR. HANAUER:  Counsel, I'm not

05:01:58 10            asking him to read the e-mail.  I'm asking

      11            him to state his view as a witness.

      12        A.    This is an e-mail from Brad.

      13        Q.    Right.

      14        A.    That's a question for Brad, what he

05:02:09 15    meant by this context, what he meant by his

      16    e-mail.

      17        Q.    I'm just trying to take this in parts.

      18    You can even put the e-mail down.  How about that?

      19            In late 2018 was there certainty with

05:02:28 20    how the SEC viewed XRP?

      21        A.    Not to my awareness.

      22        Q.    Was there uncertainty with how the SEC

      23    viewed XRP?

      24        A.    I believe so, yes.

05:02:41 25        Q.    And the XR -- the SEC could have

                                                          266

05:02:47  1    provided certainty about XRP by making a statement

       2    that XRP was a security or XRP wasn't a security?

       3         A.    Those would be the options.

       4         Q.    And did -- I think you just said Ripple

05:03:01  5    preferred the option of having the SEC say that

       6    XRP was not a security?

       7         A.    We had a belief that XRP was not a

       8    security.

       9         Q.    And Ripple wanted the SEC to say that

05:03:13 10    XRP was not a security?

      11                   MR. WARD:  Objection.

      12         A.    I'm looking at this e-mail and it just

      13    says "say something."

      14         Q.    Put -- put the e-mail down.  Okay?  And

05:03:24 15    I'm sorry I raised my voice but I don't want to

      16    tether you to the e-mail.  I'm just asking you

      17    general questions from your perspective as

      18    Ripple's director of regulatory relations.

      19         A.    Yeah.  Our review was that XRP was not

05:03:36 20    --

      21                   MR. WARD:  Hold on.  I -- I

      22         object to that question.

      23                   You can answer.

      24         A.    The company's view was that XRP is not a

05:03:48 25    security.  We shared education broadly on the Hill

                                                                      267

05:03:52  1    and with other policymakers, think tanks, about

2    XRP and our view.

3              The SEC is an independent organization.

4    It can create -- or it will make its own views.

05:04:10  5        Q.   And which view did Ripple want the SEC

6    to publicly announce, that Ripple -- that XRP was

7    a security or XRP was not a security?

8                   MR. WARD:  Objection.

9         A.   We held a view that it was not a

05:04:24 10   security.  That was a view based off of work with

11   counsel, outside counsel providing guidance.

12   That's what we thought was accurate and that's

13   what we worked on.  We would have -- we would have

14   looked for the SEC to validate that view.

05:04:44 15        Q.   And that's why Ripple was trying to

16   secure meetings with the SEC commissioners in late

17   2018?

18                  MR. WARD:  Objection.

19        A.   I can't say -- I can't make that

05:04:58 20   extension, no.  The meetings are directly related

21   to this e-mail from Brad saying he wants the SEC

22   to say something.  So to remove the uncertainty in

23   the market.  The SEC had already made actions

24   toward bitcoin, toward Eth, and the DAO.  We were

05:05:21 25   looking for a similar certainty as those other

268

```
05:05:25   1   assets.
           2        Q.   And Ripple was looking -- Ripple's wish,
           3   Ripple's desire, was that the SEC would provide
           4   certainty by saying that XRP was not a security?
05:05:38   5                 MR. HECKER:  Objection; asked and
           6        answered --
           7                 MR. WARD:  Objection.
           8                 MR. HECKER:  -- multiple times
           9        now.
05:05:43  10        A.   Yeah, I've already answered this.  We
          11   were looking for certainty.  The e-mail says we
          12   wanted to work with the members, with the
          13   commissioners, to proactively say something, much
          14   like they did for XRP -- I mean, for Eth, bitcoin,
05:06:02  15   and the DAO, to remove the uncertainty.  This
          16   doesn't indicate any direction of which we were
          17   wishing the SEC to go.
          18        Q.   All right.  And did you -- but I'm just
          19   asking, did you have an understanding of which
05:06:18  20   direction Ripple was trying to get the SEC to go?
          21        A.   I was not involved in those discussions
          22   or those meetings.
          23        Q.   Did you have any understanding of which
          24   direction Ripple was trying to get the SEC to go
05:06:29  25   on on the securities classification issue?
```

269

05:06:33   1                    MR. WARD:  Objection.

           2        A.   I understood our view as a company.  I

           3   understood from this e-mail context that we wanted

           4   the SEC to say something.  That was all I

05:06:43   5   understood.

           6        Q.   Okay.

           7                    MR. CERESNEY:  Should we take our

           8          last break?  We've been going about an

           9          hour.  We have kind of less than an hour

05:06:55  10          left.

          11                    MR. HANAUER:  Sure.  Can I finish

          12          with this document?

          13                    MR. HECKER:  Sure.

          14                    MR. HANAUER:  Thanks.

05:07:00  15   BY MR. HANAUER:

          16        Q.   And so in its efforts to get the SEC to

          17   proactively say something about XRP, Ripple tried

          18   to secure meetings between Mr. Garlinghouse and

          19   the SEC commissioners?

05:07:14  20                    MR. HECKER:  Objection to form.

          21        A.   Correct.

          22        Q.   And it looks like Mr. Garlinghouse had

          23   already had a meeting with Mr. Clayton as of

          24   October 2018?

05:07:34  25        A.   That's what it appears, yes.

                                                                  270

```
05:07:36   1        Q.   Did you attend that meeting?

           2        A.   No.

           3        Q.   And did Mr. Garlinghouse convey to you

           4   anything that Mr. Clayton told him at that

05:07:46   5   meeting?

           6             MR. HECKER:  Outside the presence

           7        of counsel.

           8        A.   No.

           9        Q.   Did Ripple --

05:07:55  10             MR. TENREIRO:  Wait, wait, wait.

          11        Sorry.  If -- if Garlinghouse just repeats

          12        what Clayton told them and just because

          13        there's a lawyer there you're asserting

          14        privilege and not letting him answer?

05:08:03  15             MR. HECKER:  I'm saying -- I'm

          16        saying -- well, it's the company's

          17        privilege, but you're obviously going to

          18        be able to ask Mr. Garlinghouse about his

          19        discussion with Commissioner Clayton.

05:08:11  20        Asking this witness, who only learned

          21        about any of this through counsel, would

          22        be -- would be a privilege issue.  So

          23        yeah.

          24             MR. TENREIRO:  Oh, I didn't

05:08:17  25        realize he only learned of it through
```

271

05:08:17  1          counsel.  We were asking --

        2                 MR. HECKER:  I said -- my

        3          objection was outside the presence of

        4          counsel.  If he did, he can answer.  If

05:08:23  5          not, that's -- that's the problem.

        6                 MR. CERESNEY:  I -- I think his

        7          answer suggested that he didn't get a

        8          report.  So if you want to just ask him

        9          that question, we might be able to move

05:08:31 10          past this issue.

       11                 MR. HANAUER:  Yeah.  Let's just

       12          clear that up.

       13                 THE WITNESS:  I did not get a

       14          report from Brad from what his meeting

05:08:37 15          with Clayton was.

       16                 MR. HANAUER:  Thanks.

       17                 MR. CERESNEY:  Well, you do need

       18          to have asked that question.

       19    BY MR. HANAUER:

05:08:44 20        Q.   Did Mr. Garlinghouse secure meetings

       21    with the other SEC Commissioners?

       22        A.   There was an attempt to.  I don't know

       23    if those meetings happened or not.

       24        Q.   Do you know of any meetings other than

05:09:02 25    Clayton that Mr. Garlinghouse had with SEC

                                                           272

```
05:09:09   1    commissioners?
           2         A.   I know we were targeting Peirce and
           3    Roisman.  I don't know if we -- if he had those
           4    meetings.
05:09:19   5         Q.   Okay.
           6         A.   I can't recall.
           7              MR. HANAUER:  All right.  Let's
           8         take a break.
           9              THE VIDEOGRAPHER:  All right.
05:09:23  10         Going off the record, 5:09.
          11              (Whereupon, a recess is taken.)
          12              THE VIDEOGRAPHER:  Okay.  Back on
          13         the record, 5:24.
          14              (Whereupon, exhibit is presented
05:24:53  15         and marked SEC Zagone Exhibit RZ-43
          16         for identification.)
          17    BY MR. HANAUER:
          18         Q.   Mr. Zagone, before we went off the
          19    record, I asked you whether Mr. Garlinghouse had
05:25:00  20    the opportunity to meet with any of the SEC
          21    commissioners other than Chair Clayton and I think
          22    you said you didn't recall?
          23         A.   Correct.
          24         Q.   I tender you an exhibit that's been
05:25:19  25    marked as -- or a document that's been labeled as
```

273

05:25:22   1   Exhibit RZ-43 with a Bates number ending in 3237.

         2            And is Exhibit 43 an e-mail you wrote to

         3   Mr. Garlinghouse on December 21st, 2018?

         4       A.   Yes, I see that.

05:25:42   5       Q.   And do you see the second bullet point,

         6   you reference "Commissioner Jackson, the last

         7   remaining commissioner to meet"?

         8       A.   I see that.

         9       Q.   Does that refresh your recollection

05:25:56  10   whether Ripple had met with other SEC

        11   commissioners?

        12       A.   That does.

        13       Q.   So, in fact, Ripple had met with

        14   Chairman Clayton, it did meet with Chairman -- or

05:26:10  15   Commissioner Roisman?

        16       A.   I can't recall specifically which ones

        17   did or didn't happen.  From this e-mail it looks

        18   like some meetings did happen.

        19       Q.   So as of December 21st, 2018, Ripple had

05:26:28  20   met with four SEC commissioners?

        21       A.   I'm not certain how many.

        22       Q.   Well, you write "the last remaining

        23   commissioner to meet."

        24            MR. HECKER:  Objection to form;

05:26:41  25        argumentative.  Foundation.

                                                              274

```
05:26:43   1        A.    There was a series of meetings -- from

           2   this, it looks like the last commissioner to meet,

           3   Rob Jackson.  If that meant there were four

           4   others, then there were four others.  I'm not

05:26:55   5   certain.

           6        Q.    Yeah.  Counsel advised me the number was

           7   fluid during the time so...

           8        A.    Okay.

           9        Q.    Did -- did you attend -- did Ripple ever

05:27:06  10   secure a meeting with Commissioner Jackson?

          11        A.    I can't recall.

          12        Q.    So the meeting with the other

          13   commissioners referenced in Exhibit 43, did you

          14   attend those meetings?

05:27:19  15        A.    No.

          16        Q.    It's your understanding Mr. Garlinghouse

          17   met with the commissioners?

          18        A.    That would be my understanding from

          19   seeing this, yeah.

05:27:28  20        Q.    And did Mr. Garlinghouse convey to you

          21   what the commissioners said to him during those

          22   meetings?

          23        A.    He did not.

          24        Q.    And was it your understanding that once

05:27:54  25   the Chair and at least two other commissioners had
```

275

05:27:59  1   decided to vote together on a particular issue,

2   the two members -- the two Commissioners in the

3   minority could not prevent the commission from

4   taking action on that particular issue?

05:28:13  5              MR. HECKER:  Objection to form;

6        foundation.

7        A.   Yes, I can see that.  I'm not a

8   securities expert or an SEC expert.  That's -- I

9   wasn't leading this engagement.  It was led by

05:28:27 10  others in our legal team who were.  My work was

11  with our clients, our banking clients.

12       Q.   But you understood that the -- the SEC

13  commissioners would vote on whether to take action

14  on specific issues, right?

05:28:43 15       A.   If there was an action brought to the

16  commissioners, they would vote.  If there's five

17  commissioners, it would be three to two, yeah.

18       Q.   Right.  And it was your understanding

19  that once three commissioners had decided to vote

05:28:55 20  a particular way, the two commissioners who didn't

21  vote that way could not prevent the SEC from

22  taking action?

23              MR. HECKER:  Objection to form.

24       A.   That's how I understand.

05:29:11 25       Q.   And before the -- so in the period

276

```
05:29:15   1   between when Mr. Garlinghouse met with the SEC
           2   commissioners and the SEC filing this lawsuit, did
           3   the SEC make any announcements regarding XRP?
           4        A.   Not that I'm aware of.
05:29:37   5        Q.   And what was your understanding of the
           6   fact that Ripple had attempted to convince every
           7   member of the SEC that XRP was not a security, yet
           8   the SEC never made a pronouncement about XRP?
           9               MR. WARD:  Objection --
05:29:57  10               MR. CERESNEY:  Objection to
          11        form --
          12               MR. WARD:  -- form and
          13        foundation.
          14               MR. CERESNEY:  -- and foundation.
05:30:00  15        I mean, there's built into your question,
          16        Ben, a bunch of assumptions about those
          17        discussions.
          18               Are you asking him to assume all
          19        the things in your answer -- in your
05:30:12  20        question?
          21   BY MR. HANAUER:
          22        Q.   If you understand the question, you can
          23   answer it.
          24        A.   I understood that Brad was meeting with
05:30:18  25   commissioners.  I did not have a view or an
```

277

05:30:22 1   understanding of what the -- the outcome he was

2   seeking with that or an opinion on the fact that

3   they had not spoken out.

4         In many meetings these were

05:30:33 5   educational -- educational discussions.  So this

6   is who we are.  This is what we're doing.

7      Q.   And at the time of these meetings, you

8   understood that -- that Ripple was actually being

9   investigated by the SEC's Division of Enforcement?

05:30:48 10      A.   Yes, I understood that.

11      Q.   And you understood that even after these

12   meetings that Mr. Garlinghouse had with the SEC

13   commissioners, the SEC could ultimately decide

14   that it considered XRP to be a security?

05:31:08 15      A.   Yes, I understood that as a possibility.

16      Q.   And were you also aware -- were you

17   aware that there was going to be a presidential

18   election in 2020?

19            MR. HECKER:  We can stipulate to

05:31:23 20       that.

21            MR. HANAUER:  Just trying to lay

22       some foundation, Counsel.

23            MR. CERESNEY:  Although some

24       might prefer that there not be one.

05:31:33 25            MR. TENREIRO:  Okay.

278

05:31:36  1    BY MR. HANAUER:

       2        Q.   So did you know that whoever won the

       3    2020 presidential election would have the ability

       4    to choose a new SEC chairperson?

05:31:50  5        A.   Yes.

       6        Q.   And you knew that depending on who won

       7    the 2020 presidential election, whoever was the

       8    president at that point could choose a SEC chair

       9    who held the view that XRP was a security?

05:32:06 10             MR. HECKER:  Objection to form;

      11         calls for speculation.

      12             You can answer.

      13        A.   That -- that was, like -- that's a

      14    stretch that was not -- that I don't recall going

05:32:21 15    through my mind at the time.  Particularly in that

      16    period, I was on my way out.

      17        Q.   After Mr. Garlinghouse's meetings with

      18    the commissioners, did you have a belief on

      19    whether the XR -- the SEC would make a statement

05:32:45 20    regarding XRP's classification as a security?

      21             MR. WARD:  Objection to form.

      22             MR. CERESNEY:  Well, he's already

      23         said he didn't know what happened at those

      24         meetings.  So are you asking him -- I

05:32:57 25         don't understand.  Like, is it just a

                                                              279

05:32:58   1          timing thing?  After those meetings did he
           2          think that?  Because he doesn't have any
           3          idea what happened at those meetings.
           4          He's already testified to that.
05:33:04   5          A.   Brad keep -- Brad keeps to himself.
           6    He -- I did not get a readout on those meetings or
           7    the other meetings that he took solo in D.C.
           8                    MR. HANAUER:   Twenty-five.
           9                    (Whereupon, exhibit is presented
05:33:37  10          and marked SEC Zagone Exhibit RZ-25 for
          11          identification.)
          12                    MR. HANAUER:   I tendered the
          13          witness a document labeled as Exhibit
          14          RZ-25, starting with a Bates number ending
05:33:56  15          3297.
          16    BY MR. HANAUER:
          17          Q.   Is Exhibit 25 a copy of an e-mail chain
          18    ending with an e-mail from you to ███████████
          19    on January 7th, 2019?
05:34:12  20          A.   It is.
          21          Q.   And who is Ms. ████████?
          22          A.   Ms. ████████ works in our
          23    communications team or Ripple's communication
          24    team.
05:34:24  25          Q.   And it looks like she's asking you to

                                                              280

05:34:33  1    make a tweet.

2                    (Pause)

3         A.    Okay.  I've read it.

4         █████, or Ms. ██████, shares a

05:35:50  5    potential tweet that says something if I feel

6    comfortable tweeting, I can, but if I'm on the

7    fence, it's not a must-do.

8         Q.    And she's advising you that the -- I

9    guess the article you're tweeting about is

05:36:04 10    critical of the SEC?

11         A.    She says "The piece is fairly critical

12    of the SEC, so defer to your judgment."

13         Q.    And you respond to her by saying "We are

14    being very cautious to not say anything that would

05:36:20 15    appear critical of the SEC right now"?

16         A.    Yes, I say that.

17         Q.    And why did Ripple want to not appear

18    critical of the SEC in January 2019?

19                    MR. HECKER:  Objection to form.

05:36:34 20         A.    We haven't -- Ripple has an ongoing

21    discussion with the SEC regarding the

22    investigation.  So I felt it would be professional

23    not to openly criticize the SEC on social media

24    during that time.

05:36:54 25         Q.    And do you see at the very top of

281

05:36:55  1    your -- at the top of Exhibit 25, you write about

2    a bipartisan bill that was introduced that would

3    exempt crypto from the SEC?

4          A.   I see that, yes.

05:37:06  5          Q.   And you're writing about a bill that

6    would have exempted digital assets from SEC

7    regulations?

8          A.   Yes, I see that.

9          Q.   And did Ripple support that bill?

05:37:21 10          A.   It says we chose to stay silent on it.

11          Q.   Different -- different question.

12               Did -- did Ripple want that bill to

13    pass?

14          A.   I can't recall the bill.  Did we want a

05:37:42 15    bill like that to pass?  I believe it was a

16    follow-up to the Maloney bill which classified

17    everything as a security, and this is one of the

18    follow-up bills that was in response to that.

19               We didn't take a view on it.  We stayed

05:37:56 20    silent on it.  As I say, we're still silent on it.

21               We -- I would have preferred that

22    approach to policy than an approach that called

23    everything a security.

24          Q.   Did Ripple ever comment on that bill?

05:38:12 25          A.   I can't recall.  There was a variety of

282

05:38:14 1    bills floating around at the time.  Some were

2    introduced.  Some were just draft.

3              MR. HANAUER:  Twenty-seven.

4              (Whereupon, exhibit is presented

05:38:31 5       and marked SEC Zagone Exhibit RZ-27 for

6       identification.)

7              MR. HANAUER:  I've tendered the

8       witness a document labeled Exhibit RZ-27,

9       starting with a Bates number ending in

05:39:01 10       3073.

11   BY MR. HANAUER:

12     Q.  Once you've had a chance to review it,

13   I'll ask you, what is Exhibit 27?

14     A.  It's a -- it's a document identifying

05:39:53 15  areas that the regulatory relations team could

16  collaborate with the marketing team for additional

17  support.

18     Q.  Did you prepare it?

19     A.  I don't recall this document.  It -- I

05:40:13 20  don't recall the document.  It would have come

21  from me if it came from the regulatory relations

22  team.

23     Q.  And do you know when this document was

24  from?

05:40:28 25     A.  No, I don't.  I don't -- I don't see a

283

05:40:29  1    date on it.

       2         Q.    And I didn't either, but do you see the

       3    second page of the document where it talks about

       4    key targets?

05:40:46  5         A.    I see that.

       6         Q.    And do see Senator Sinema?

       7         A.    Yes, I see that.

       8         Q.    It's my understanding that she didn't

       9    become a Senator until 2019.

05:41:00  10        A.    Correct.

       11        Q.    So can we infer that this document,

       12   RZ-27, is from sometime in 2019?

       13        A.    That's a fair assumption, yeah.

       14        Q.    And so do you see this -- this table on

05:41:15  15   the first page of Exhibit 27?  And do you see

       16   the -- the box that says "United" -- in the

       17   "United States" row, in the Y column, it says

       18   "Support government relations efforts on

       19   classification of XRP"?

05:41:43  20        A.    I see that.

       21        Q.    What's that describing?

       22        A.    How we can work with marcomm --

       23   regulations and marcomm can work together for U.S.

       24        Q.    To do what?

05:42:01  25        A.    To engage a democrat champion.

                                                            284

```
05:42:05    1        Q.   To do what?
            2        A.   It says here for "holding back efforts
            3    to engage the SEC."
            4        Q.   And what did the -- in 2019 what did
05:42:15    5    Ripple want to do in regards to the SEC?
            6        A.   We have our open discussions and we have
            7    our -- the investigation with the SEC and Brad's
            8    meetings.  So this would be aligning with that
            9    activity.
05:42:30   10        Q.   Still trying to convey to the SEC that
           11    XRP should not be classified as a security?
           12             MR. WARD:  Objection to form.
           13        A.   At this point, in 2019, discussions
           14    are fair -- are becoming more mature between the
05:42:50   15    SEC and -- and Ripple.  They had been talking for
           16    sometime.  This would be supporting that effort to
           17    engage with the SEC.
           18        Q.   And, again, in 2019, Ripple was still
           19    trying to convince the SEC to decide that XRP is
05:43:06   20    not a security?
           21             MR. WARD:  Objection to form.
           22        A.   I know the company's view was XRP is not
           23    a security.  I wasn't involved in any of the
           24    meetings with SEC or with the commissioners, so I
05:43:17   25    can't say, like, what the context of that
```

285

05:43:19  1   conversation was.  If they were pushing that or

2   not, I don't know.

3         Q.    The -- do you see where it says a unite

4   -- the second bullet point on the whole -- or the

05:43:30  5   first bullet point on the whole document, "United

6   States:  Support regulatory clarity of XRP with

7   the SEC"?

8         A.    I see that, yeah.

9         Q.    And what's the regulatory clarity with

05:43:43 10   the SEC that Ripple was trying to obtain?

11         A.    How XRP would be classified.

12         Q.    And then do you see on the next page,

13   page 2, it says "Goal:  Drive bipartisan pressure

14   on policymakers to ensure a positive

05:44:10 15   classification of XRP"?

16         A.    I see that.

17         Q.    And what was the positive classification

18   of XRP that Ripple had as its goal?

19         A.    So the company had a view that XRP was

05:44:22 20   not a security.  We viewed that as accurate.

21   There was also -- I talked about here, there were

22   several bills floating around that would classify

23   the whole industry in one way or another, security

24   or not.

05:44:37 25              The engagement in the U.S. was to drive

                                                              286

05:44:40  1    what we saw as positive or accurate classification
       2    of XRP.
       3        Q.    And then the next bullet point "We are
       4    well positioned among republicans, but lack
05:44:54  5    democrat champions, limiting pressure on the SEC."
       6        A.    I see that.
       7        Q.    What's that about in terms of putting
       8    pressure on the SEC?
       9        A.    To provide clarity on XRP.
05:45:09 10        Q.    Was Ripple attempting to pressure the
      11    SEC?
      12        A.    We were looking for clarity from the
      13    SEC.  I can't characterize the -- the context of
      14    the conversations with the SEC.  I wasn't involved
05:45:25 15    in a single one.
      16        Q.    And then under "Tactics," Ripple was
      17    recommending to place articles in various
      18    publications to support its position that XRP was
      19    not a security?
05:46:04 20        A.    We were targeting publications to place
      21    articles to elevate digital assets on the priority
      22    list for democrats.  So driving awareness.
      23        Q.    And Ripple wanted to put these
      24    publications -- or place articles in publications
05:46:27 25    in Illinois, Arizona, California, Washington, D.C.

                                                      287

05:46:31  1    and New Jersey?

2         A.    Those were the targeted individuals

3    there that we were looking with to -- to focus in

4    on in that messaging, particularly messaging

05:46:46  5    around the financial inclusion benefits of

6    lowering the cost of remittances.  We thought

7    that -- that messaging would resonate well with

8    the democrats that were serving on the financial

9    services committee.

05:47:01  10        Q.    So the key states, those were associated

11    with congressmen and women from those states?

12        A.    Correct.  There was a risk at this time

13    that crypto would become a -- a partisan issue,

14    which we did not -- Ripple did not see it that

05:47:23  15    way.  There were other industry trade groups that

16    also do not see it that way.  We wanted to ensure

17    that it was a more bipartisan issue, the ability

18    for crypto and blockchain to be used in payments.

19        Q.    When -- did -- did Ripple employ any

05:47:44  20    other tactics to influence congressmen other than

21    the ones identified on the second page of Exhibit

22    27?

23        A.    Aside from targeted publications?  Is

24    that what you're asking?

05:48:11  25        Q.    Correct.

288

```
05:48:12   1        A.   We engaged on the Hill.  The company

           2   did -- attended or hosted members of Congress for

           3   fundraisers, the standard stuff you would see from

           4   a -- from a lobbying effort.

05:48:33   5        Q.   And at the time you left employment

           6   with -- with Ripple, was Ripple still making

           7   efforts to try to get the X -- the SEC to make a

           8   statement regarding XRP's classification?

           9             MR. HECKER:  Objection to form.

05:48:46  10             You can answer.

          11        A.   At the time that I left the company,

          12   Ripple was still engaging with the SEC.  The

          13   context or the -- the context of those

          14   conversations, I don't know about.

05:49:02  15        Q.   At the time you left Ripple, had the SEC

          16   made any announcements about whether or not it

          17   considered XRP to be a security?

          18        A.   No.  Not that I'm aware of.

          19             MR. HANAUER:  One moment to

05:49:19  20        confer with my counsel.

          21             (Pause)

          22             (Whereupon, exhibit is presented

          23        and marked SEC Zagone Exhibit RZ-46 for

          24        identification.)

05:50:03  25             MR. HANAUER:  I just tendered the
```

289

```
05:50:04   1           witness a document labeled RZ-46 with a
           2           Bates number ending in -- I think it's
           3           356.
           4   BY MR. HANAUER:
05:50:26   5       Q.    And is Exhibit RZ-46 a text exchange
           6   between you and Mr. Garlinghouse?
           7       A.    It is.
           8       Q.    And which texts are from you and which
           9   texts are from Mr. Garlinghouse?
05:50:47  10       A.    The text on the left at the top is from
          11   Mr. Garlinghouse.  The two texts on the right, in
          12   the lighter color, are from me.
          13       Q.    And when Mr. Garlinghouse writes about
          14   "getting the congressional letter sent to the
05:51:05  15   SEC," what did you understand him to be referring
          16   to?
          17       A.    We were engaged with Senator Cotton to
          18   write a letter or write more than one letter.  One
          19   letter was to the Federal Reserve.
05:51:38  20           The second letter here was to the SEC.
          21       Q.    And what -- what was in that letter?
          22       A.    The draft letter was around supporting
          23   America's competitiveness, international
          24   competitiveness, with blockchain and crypto
05:52:02  25   assets.
```

290

05:52:03  1          Q.    Did it have anything to do with the XRP
        2     securities classification issue?
        3          A.    The letter did talk about creating
        4     clarity for crypto assets.  I can't recall if the
05:52:16  5     letter specifically said XRP or not.
        6          Q.    And then the -- the bottom text talks
        7     about the "Senate letter prepped to be sent next
        8     week by Cotton and Van Hollen.  Both will raise it
        9     to Clayton in his Senate hearing on December
05:52:40 10     11th."
       11          A.    Yes.
       12          Q.    What's that about?
       13          A.    The -- that refers to the letter that we
       14     were drafting with Cotton and -- and this was a
05:52:48 15     bipartisan one with Van Hollen.  We were going
       16     back and forth with the -- Ripple and our
       17     lobbyists were going back and forth with the --
       18     Cotton and Van Hollen's offices around wording.
       19               There was also a hearing coming up
05:53:06 20     December 11th that we were -- had provided some
       21     questions to Cotton and Van Hollen to ask during
       22     that hearing.
       23          Q.    And why did you think that Senators
       24     Cotton and Van Hollen would be asking specific
05:53:25 25     questions to Mr. Clayton at the Senate hearing?

291

05:53:29  1        A.    Cotton had taken an interest in national

2    security and America's leadership in

3    infrastructure which was keenly aligned with or

4    closely aligned with Ripple's own view.

05:53:42  5              Van Hollen was a -- we were engaged with

6    Van Hollen I believe on the financial -- the

7    financial inclusion aspects of these technologies,

8    so lowering the cost of remittances, both of which

9    we saw as advantages for the U.S. economy.  We

05:53:57 10   wanted to -- a key part of this was repeating

11   clarity from the SEC.  So removing uncertainty.

12   It was the position to raise that with Clayton

13   during that Senate hearing.

14        Q.    How did you know what the senators were

05:54:11 15   going to ask Mr. Clayton at his Senate hearing?

16              MR. HECKER:  Objection to form.

17        A.    It's common for lobbyists to provide

18   background information to the offices and to

19   provide potential questions to ask.

05:54:22 20        Q.    So that information about the questions

21   that the senators would ask, that was conveyed to

22   you by Ripple's lobbyists?

23              MR. HECKER:  Objection to form.

24              You can answer.

05:54:34 25        A.    Ripple's lobbyists would inform us of an

292

05:54:37 1    upcoming hearing, the types of content that would

2    be covered, and potential questions that we should

3    propose to those offices for -- to be asked during

4    the hearing.

05:54:58 5            MR. HANAUER:  That's all the

6            questions we have.  Before we go off, I

7            just want to put on the record that the

8            SEC reserves its rights to move to compel

9            on issues where Ripple asserted privilege,

05:55:16 10           and also reserves its rights to seek a

11           30(b)(6) witness on the issues where

12           counsel instructed the witness not to

13           share what he learned about what --

14           Ripple's interactions with the SEC and

05:55:34 15           other third parties.

16           MR. CERESNEY:  So those are both

17           privilege issues because the latter was

18           also a privilege issue.

19           MR. HANAUER:  And I'm not trying

05:55:45 20           to argue it.  I just wanted to put a

21           statement about our reservation of rights

22           on those two issues while we were still on

23           the record.

24           MR. CERESNEY:  Okay.  But -- but

05:55:52 25           just for the record, on the privilege

293

05:55:55  1          issue, the judge has already denied your
        2          request for -- to pierce the privilege
        3          here.  And so there -- therefore, I don't
        4          see a basis for -- nothing the witness has
05:56:04  5          said today provides any additional basis
        6          for you to pierce the privilege.  I don't
        7          know that you're suggesting that, but I
        8          don't see anything more.
        9                  On a 30(b)(6) witness, the
05:56:14 10          objections today were not -- on the issue
       11          that you just cited, were not because the
       12          witness didn't necessarily have
       13          knowledge.  It was because the
       14          information he had was as a result of
05:56:25 15          discussions with counsel.  So it's the
       16          same privilege issue as the initial -- as
       17          the first issue you raised.
       18                  So I just want that clear.  It's
       19          not a separate 30(b)(6) witness issue.
05:56:36 20                  MR. HANAUER:  Okay.  And that's
       21          the position you take.
       22                  MR. CERESNEY:  And from our
       23          perspective, you've had the opportunity to
       24          fully question him on these issues and
05:56:43 25          there's no basis for 30(b)(6).

                                                            294

```
05:56:45   1                    Okay.  If you give us two
           2         minutes, we'll convene and then come
           3         back.  I will have at least one set of
           4         questions.
05:56:54   5                    THE VIDEOGRAPHER:  Going off the
           6         record at 5:56.
           7                    (Whereupon, a recess is taken.)
           8                    THE VIDEOGRAPHER:  Okay.  Back on
           9         the record, 6:07.
06:07:21  10                    CROSS-EXAMINATION
          11   BY MR. CERESNEY:
          12         Q.   Great.  I just have a few questions for
          13   you, Mr. Zagone.
          14              First, in his final questioning of you,
06:07:29  15   Mr. Hanauer asked you about Exhibit RZ-46 and a
          16   text message exchange between you and
          17   Mr. Garlinghouse.
          18              And this text message exchange
          19   referenced letters that had been prepped for
06:07:43  20   Senator Cotton and Van Hollen.
          21              One question:  Did -- did those letters
          22   ever get sent as far as you know?
          23         A.   No.
          24         Q.   So, in other words, no letter, as far as
06:07:55  25   you know, was sent from these senators to Chair
```

295

```
06:08:00   1    Clayton?
           2         A.   As far as I know, no letters were sent.
           3         Q.   And as for the hearing that occurred
           4    which is referenced here, the December 11th
06:08:10   5    hearing when Chair Clayton was to testify before
           6    the Senate, what is your understanding as to
           7    whether any questions were asked during that
           8    hearing based upon any -- were any questions asked
           9    at that hearing which Ripple's lobbyists had
06:08:32  10    discussed with the staff prior?
          11              MR. HANAUER:  Objection.
          12         Objection to form.
          13         A.   Ripple's lobbyists had proposed
          14    questions for that hearing, but to the best of my
06:08:42  15    knowledge, none of them were asked.
          16              MR. CERESNEY:  Okay.  I want to,
          17         then, show you what we'll mark as -- why
          18         don't we mark it as Ripple Exhibit 1,
          19         RZ -- Ripple RZ-1?
06:08:58  20              MR. HANAUER:  How about RZ-47?
          21         There's nothing after that.
          22              MR. CERESNEY:  Okay.  All right,
          23         we'll do RZ-47.  We'll mark it as RZ-47.
          24         And so if we can distribute that.
06:09:27  25              THE REPORTER:  Exhibit RZ-47.
```

                                                          296

06:09:28   1                    (Whereupon, exhibit is presented

           2           and marked SEC Zagone Exhibit RZ-47 for

           3           identification.)

           4                    MR. CERESNEY:  Did you give one

06:09:39   5           to Mr. Hanauer?  Did you give one to

           6           Mr. Hanauer?

           7                    MR. TENREIRO:  Oh.

           8                    MR. HANAUER:  Thank you.

           9                    MR. TENREIRO:  Take as many as

06:09:42  10           you want.

          11   BY MR. CERESNEY:

          12       Q.   Mr. Zagone, take a look at this.  This

          13   is an e-mail dated January 19th, 2017.  It's from

          14   you to Antoinette O'Gorman, Bates number RPLI_SEC

06:09:58  15   0921020 to 1029.  I'll ask you to just take a look

          16   at that e-mail and tell me whether you recognize

          17   this exchange with Ms. O'Gorman.

          18                    (Pause)

          19       A.   Okay.  I've reviewed it.

06:10:46  20       Q.   Okay.  I'm not really -- I'm not going

          21   to focus really on the e-mail exchange except to

          22   reference paragraph 3 where there's a reference to

          23   a March 9th, 2016 response to the Department of

          24   Financial Services, the New York Department of

06:11:07  25   Financial Services.

                                                                 297

06:11:08  1              Actually, just by way of background,
        2   what was Ripple's engagement with the Department
        3   of Financial Services during this period in 2017?
        4        A.   We were -- Ripple was applying -- let me
06:11:20  5   restate that.
        6              XRP II, LLC, a subsidiary of Ripple, was
        7   replying -- or applying to the New York DFS for a
        8   virtual currency license.
        9        Q.   And was that application in 2016?  Is
06:11:34 10   that when the application process occurred?
       11        A.   Correct.
       12        Q.   Did Ripple actually ultimately obtain
       13   that BitLicense?
       14        A.   Yes.
06:11:45 15        Q.   And what is a BitLicense -- what did it
       16   allow Ripple -- XRP II -- actually, let me just
       17   rephrase the last question.
       18              Did XRP II obtain that BitLicense
       19   eventually?
06:11:55 20        A.   Yes.
       21        Q.   And what did the BitLicense allow XRP II
       22   to do in New York State?
       23        A.   To sell virtual currency.
       24        Q.   So I want to just direct you to
06:12:05 25   paragraph 3 here which references a March 9th,

                                                              298

06:12:08  1  2016 response to the DFS.

2          Do you see that?

3     A.   I see that, yes.

4     Q.   And there were three attachments to this

06:12:20  5  e-mail and I want to direct your attention to the

6  attachment that is Bates stamped number 9211025,

7  which appears to be a March 9th, 2016 letter to

8  the DFS.

9          Do you see that?

06:12:35 10     A.   I see that.

11     Q.   And the letter appears to have been

12  written by a lawyer -- lawyer named ███████████

13  from ██████████.

14          Who is ███████████?

06:12:45 15     A.   ███████████ was Ripple's outside

16  counsel that was assisting us with XRP II's

17  BitLicense.

18     Q.   Okay.  And the first sentence of that

19  letter says "This is in response to your letter of

06:12:56 20  February 12th, 2016 to Ryan Zagone."

21          Do you see that?

22     A.   I see that, yes.

23     Q.   And just for completeness, if you look

24  at the first attachment to this e-mail, which is

06:13:10 25  Bates number 9211022, does that appear to be the

                                                    299

06:13:15  1    letter from February 12th, 2016, from the

2    Department of Financial Services to you?

3         A.   That does, yes.

4         Q.   Okay.  So this response dated March 9th,

06:13:26  5    2016, was in response to an original letter to

6    you?

7         A.   Yes.

8         Q.   Did you participate in drafting this

9    letter, March 9th letter, to the DFS?

06:13:40 10        A.   Yes.  I collected information internally

11   at Ripple and provided it to ███████████ to

12   draft into a letter.

13        Q.   And did you review this letter before it

14   was submitted?

06:13:51 15        A.   Yes.

16        Q.   Okay.  I want to direct your attention

17   to page 2 of the letter and I want to focus on

18   Section D of that letter and, in particular, the

19   second paragraph of Section D.  And I'll just read

06:14:13 20   what it says there.  It says "XRP II and Ripple

21   consider XRP a digital asset, not a currency.  XRP

22   is used within Ripple as a security mechanism and

23   a liquidity tool.  XRP is not intended to be used

24   as a currency."

06:14:26 25             Do you see that?

300

06:14:27    1          A.    I see that, yes.

            2          Q.    What was your understanding of the

            3    meaning of this portion of the letter?

            4          A.    Here we were describing how Ripple --

06:14:37    5                   MR. HANAUER:  Excuse me.  Excuse

            6            me.

            7                   Objection.  Are you instructing

            8            him to decouple what he learned from

            9            counsel in providing that answer?

06:14:47   10                   MR. CERESNEY:  No. I'm asking him

           11            for the meaning of the letter that was

           12            responding to a letter to him that the DFS

           13            wrote and that he reviewed before it was

           14            submitted.  So I'm asking him what the

06:15:00   15            letter means in his understanding.

           16                   MR. HANAUER:  And I would just

           17            note for the same ques -- type of

           18            questions, you were objecting on -- on

           19            privilege grounds when I was asking him.

06:15:07   20                   MR. CERESNEY:  No, I wasn't.  I

           21            beg to differ.  You were asking different

           22            types of questions.

           23                   MR. HANAUER:  We'll -- we'll let

           24            the record speak for itself.

06:15:14   25                   MR. CERESNEY:  You can.  I'm

                                                              301

06:15:14  1            asking him for his interpretation of a

        2            letter that he reviewed in response to a

        3            letter that was written to him by the DFS.

        4   BY MR. CERESNEY:

06:15:23  5        Q.    You can go ahead, Mr. Zagone.

        6        A.    This letter -- this was a time when --

        7   so here we're talking about Ripple's use -- like

        8   the use case of XRP within our product.  We're not

        9   using it -- Ripple's not using XRP as a currency,

06:15:40 10   like to buy your coffee with, but as a tool to

       11   connect currencies more efficiently.

       12            In 2016 the key topic in the market was

       13   bitcoin is used as a currency replacing the U.S.

       14   dollar, and here we're making the point that

06:15:56 15   Ripple's use of XRP is not to replace the U.S.

       16   dollar, but to connect the U.S. dollar to other

       17   currencies more efficiently.

       18        Q.    Were you -- were you intend -- was this

       19   letter intended, as far as you understood this

06:16:07 20   letter, to respond to -- to address the legal

       21   classification of XRP as a currency?

       22        A.    No.  This was about its use case.

       23        Q.    And is this about XRP II's use case

       24   of -- or Ripple's use case of XRP?

06:16:30 25        A.    Yes, this was about how Ripple was using

                                                            302

06:16:32  1    XRP in our product.

2         Q.   And just as a -- as a general matter,

3    are you aware of other XRP holders who had used

4    XRP as a currency during this period?

06:16:47  5         A.   Yes.  Out -- outside of Ripple's use of

6    XRP, there were people, individuals, using XRP as

7    a currency.  It is an open-source technology.  You

8    could access it on an exchange and use it however

9    you'd like.  So as a currency.

06:17:09 10              MR. CERESNEY:  Okay.  I think

11         that is all we have.  No further

12         questions.

13              MR. HANAUER:  No redirect.

14              THE VIDEOGRAPHER:  Anyone else?

06:17:15 15         That's it?

16              Okay.  All right.  This

17    concludes the video deposition of Ryan

18    Zagone.  The time is 6:17 and we're going

19    off the record.

06:17:24 20              (Whereupon, the deposition

21    concluded at 6:17 p.m.)

22

23

24

25

                                                      303

```
1   STATE OF NEW YORK       )
2                           ) ss:
3   COUNTY OF NEW YORK      )
4           I hereby certify that the witness in the
5   foregoing deposition, RYAN ZAGONE was by me duly sworn
6   to testify to the truth, the whole truth and nothing but
7   the truth, in the within-entitled cause; that said
8   deposition was taken at the time and place herein named;
9   and that the deposition is a true record of the
10  witness's testimony as reported by me, a duly certified
11  shorthand reporter and a disinterested person, and was
12  thereafter transcribed into typewriting by computer.
13          I further certify that I am not interested in
14  the outcome of the said action, nor connected with nor
15  related to any of the parties in said action, nor to
16  their respective counsel.
17          IN WITNESS WHEREOF, I have hereunto set my
18  hand this 22nd day of July, 2021.
19          Reading and Signing was:
20  ____ requested    ____ waived   _X_ not requested.
21
22
23  _____
24          BRIDGET LOMBARDOZZI, CSR, RMR, CRR
25
                                                        304
```