# Exhibit 25

1

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF NEW YORK

3

4    SECURITIES AND EXCHANGE        )
     COMMISSION,                    )
5                                   )
                    Plaintiff,      )
6                                   ) Case No.:
             v                      ) 20-Civ-10832(AT)(SN)
7                                   )
     RIPPLE LABS, INC., BRADLEY     )
8    GARLINGHOUSE, and CHRISTIAN    )
     LARSEN,                        )
9                                   )
                    Defendants.     )
10   _____)

11

12

13              HIGHLY CONFIDENTIAL

14         VIDEOTAPED DEPOSITION OF

15              ██████████████

16         Wednesday, August 11, 2021

17

18

19

20

21

22

23

     Reported By:
24   KATHLEEN WILKINS, STENOGRAPHIC REPORTER,
     CSR 10068, RPR-RMR-CRR-CCRR-CLR-CRC
25   JOB No. 210811KWI

2

1            VIDEOTAPED DEPOSITION OF ███████████

2            BE IT REMEMBERED that on Wednesday,

3    August 11, 2021, commencing at the hour of 8:09 a.m.

4    thereof, at Kasowitz Benson, 2029 Century Park East,

5    Suite 2000, Los Angeles, California, before me,

6    Kathleen A. Wilkins, RPR-RMR-CRR-CCRR-CLR-CRC, a

7    Certified Stenographic Shorthand Reporter, in and

8    for the State of California, personally appeared

9    ███████████, a witness in the above-entitled court

10   and cause, who, being by me first duly sworn, was

11   thereupon examined as a witness in said action.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

```
 1                    APPEARANCES OF COUNSEL

 2    FOR THE PLAINTIFF:

 3         SECURITIES AND EXCHANGE COMMISSION
           New York Regional Office
 4         200 Vesey Street, Suite 400
           New York, New York 10281-1022
 5         BY:  DAPHNA WAXMAN, ESQ.
                JORGE G. TENREIRO, ESQ.
 6         Telephone:  (212) 336-0153
           Email:  Waxmand@sec.gov
 7                  tenreiroj@sec.gov

 8    FOR ████████████ :

 9         KASOWITZ BENSON TORRES LLP
           1633 Broadway
10         New York, New York 10019-6799
           BY:  MICHAEL HANIN, ESQ.
11              JONAH M. BLOCK, ESQ.
           Telephone:  (212) 506-1788
12         Email:  Mhanin@kasowitz.com
                   jmblock@kasowitz.com
13
      FOR THE DEFENDANT RIPPLE LABS:
14
           DEBEVOISE & PLIMPTON LLP
15         919 Third Avenue
           New York, New York 10022
16         BY:  LISA ZORNBERG, ESQ.
                MICHAEL J. PISEM, ESQ.
17         Telephone: (212) 909.6947
           Email:  Lzornbeg@debevoise.com
18                 mpisem@debevoise.com

19

20

21

22

23

24

25
```

4

```
1              APPEARANCES OF COUNSEL (Continued)

2   FOR DEFENDANT CHRISTIAN A. LARSEN:

3        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
         2001 K Street, NW
4        Washington, D.C. 20006-1047
         BY:  MEREDITH DEARBORN, ESQ.
5             KRISTINA BUNTING, ESQ.
         Telephone: (628) 432-5117
6        Email: mdearborn@paulweiss.com
                kbunting@paulweiss.com
7
    FOR DEFENDANT BRADLEY GARLINGHOUSE:
8
         CLEARY GOTTLIEB STEEN & HAMILTON
9        2112 Pennsylvania Avenue, NW
         Washington, D.C. 20037
10       BY:  SAM LEVANDER, ESQ.
         Telephone: (212) 225-2951
11       Email:  slevander@cgsh.com

12  ALSO PRESENT:

13       Rashad Hunter, Videographer

14  ZOOM PARTICIPANTS (Via Zoom Videoconference):

15       Ainsley Kerr, ESQ., Securities and Exchange
             Commission; Ladan Stewart, Esq., Nicole
16           Forbes, for the Plaintiff

17       Theodore Galanakis, Esq., Paul, Weiss, Rifkind,
             Wharton & Garrison LLP, for Christian A.
18           Larsen

19       Christopher S. Ford, Esq., Debevoise &
             Plimpton, for Ripple
20
         Alexander Janghorbani, Esq., Cleary Gottlieb
21           Steen & Hamilton LLP, for Bradley
             Garlinghouse
22
         Eliana M. Pfeffer, Esq., Kellogg, Hansen, Todd,
23           Figel & Frederick, PLLC, for Ripple Labs

24       Michael Schulman

25       Eva Sanchez
```

5

```
 1                             INDEX

 2                     INDEX OF EXAMINATIONS

 3      WITNESS:    ██████████              PAGE

 4      Morning Session                         8
        Examination By Ms. Waxman              10
 5      Afternoon Session                     164
        Examination By Ms. Zornberg           229
 6      Examination By Ms. Dearborn           273
        Further Examination By Ms. Waxman     308

 7

 8                     INDEX OF EXHIBITS

 9      EXHIBIT            DESCRIPTION          PAGE

10      Exhibit ██-3    Email from █████████     59
                        with attachment, Bates
11                      stamped GSR00011398
                        through GSR00011405

12
        Exhibit ██ 6    Email from ████████     186
13                      to ██████████, Bates
                        stamped GSR00000294

14
        Exhibit ██ 13   String of e-mails Bates 110
15                      stamped RPLI_SEC 0050808
                        through RPLI_SEC 0050814

16
        Exhibit ██-15   String of e-mails Bates 124
17                      stamped RPLI_SEC 0057021
                        through RPLI_SEC 0057023

18
        Exhibit ██-20   Document Bates stamped   87
19                      GSR0004553 through
                        GSR0004555

20
        Exhibit ██ 22   String of e-mails Bates  97
21                      stamped GSR00009169
                        through GSR00009175

22
        Exhibit ██-23   Email from ████████      79
23                      to Patrick Griffin, et
                        al., Bates stamped
24                      GSR00001999

25
```

[8/11/2021]  ██████████  Dep. Tr. 8.11.2021

6

INDEX OF EXHIBITS (Continued)

EXHIBIT                    DESCRIPTION                    PAGE

Exhibit ██ 24      String of e-mails Bates        117
                   stamped GSR00017355
                   through GSR00017357

Exhibit ██ 25      Email to ███████████,          121
                   Bates stamped GSR00001968

Exhibit ██-27      String of e-mails Bates        103
                   stamped GSR00000356
                   through GSR00000357

Exhibit ██ 29      String of e-mails Bates        105
                   stamped GSR00004966
                   through GSR00004970

Exhibit ██-34      String of e-mails (Not         194
                   Bates stamped)

Exhibit ██ 37      String of e-mails (Not         204
                   Bates stamped)

Exhibit ██-41      String of e-mails Bates        134
                   stamped GSR_003236
                   through GSR_003238

Exhibit ██ 42      String of e-mails Bates        136
                   stamped RPLI_SEC 1029362
                   through RPLI_SEC 1029364

Exhibit ██ 45      String of e-mails Bates        211
                   stamped GSR00008741
                   through GSR00008743

Exhibit ██-49      Document entitled,             224
                   "XRP.USD Liquidation
                   Report," Bates stamped
                   RPLI_SEC 0582440

Exhibit ██ 53      Document entitled,             177
                   "Master Purchase
                   Agreement," Bates stamped
                   RPLI_SEC 0878012 through
                   RPLI_SEC 0878019

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

7

```
1              INDEX OF EXHIBITS (Continued)

2    EXHIBIT              DESCRIPTION            PAGE

3    Exhibit ███-54    Text message dated        209
                       July 7th, 2020, from
4                      ██████████ to Chris
                       Larsen (Not Bates
5                      stamped)

6    Exhibit ███ 57    String of e-mails Bates    23
                       stamped GSR00022738
7                      through GSR00022744

8    Exhibit ███ 60    Document entitled,        221
                       "XRP.USD Liquidation
9                      Report," Bates stamped
                       GSR00025392
10
     Exhibit ███-63    Spreadsheet (not Bates    172
11                     stamped)

12   Exhibit ███ 64    String of e-mails Bates   218
                       stamped RPLI_SEC 0059885
13                     through RPLI_SEC 0059889

14   Exhibit ███ 65    Slack message, Bates      138
                       stamped RPLI_SEC 0303609
15
     Exhibit ███ 66                              183
16
     Exhibit ███ 100   Document entitled,        229
17                     "Market Making
                       Agreement," Bates stamped
18                     RPLI_SEC 0204011 through
                       RPLI SEC 0204019
19
     Exhibit ███ 101   Document entitled,        236
20                     "Memorandum of
                       Understanding," Bates
21                     stamped RPLI_SEC 0136542
                       through RPLI_SEC 0136543
22
     Exhibit ███ 103   Document entitled,        245
23                     ████████████████████
                       ██████," Bates stamped
24                     SEC-LIT-EPROD-001011296
                       through
25                     SEC-LIT-EPROD-001011304
```

[8/11/2021]   ██████████   Dep. Tr. 8.11.2021

8

```
 1    AUGUST 11, 2021                        8:09 A.M.
 2                    P R O C E E D I N G S
 3                    MORNING SESSION
 4            THE VIDEOGRAPHER:  Good morning everyone.
 5    Here begins the videotaped deposition of ████████
 6    ████ testifying in the matter of the Securities and
 7    Exchange Commission versus Ripple Labs, Inc., et al.
 8    Today's date is August 11, 2021.  The time on the
 9    record is 8:09 a.m.  My name is Rashad Hunter, the
10    videographer.  Our court reporter today is
11    Kathleen Wilkins.
12            Counsel, will you please introduce
13    yourselves for the record, and the witness will be
14    sworn.
15            MS. WAXMAN:  My name is Daphna Waxman and
16    I represent the plaintiff, SEC.
17            MR. TENREIRO:  Jorge Tenreiro, plaintiff,
18    SEC.
19            MS. DEARBORN:  Meredith Dearborn for
20    defendant Christian Larsen from Paul Weiss.
21            MS. BUNTING:  Kristina Bunting from Paul
22    Weiss Rifkind Wharton & Garrison on behalf of
23    Christian Larsen.
24            MR. LEVANDER:  Sam Levander from Cleary
25    Gottlieb Steen & Hamilton for defendant
```

1    Brad Garlinghouse.

2            MR. BLOCK:  Johah Block on behalf of the

3    witness, ███████████.

4            (Reporter clarification.)

5            BY MR. PISEM:  Michael Pisem, Debevoise &

6    Plimpton, for Ripple Labs.

7            MS. ZORNBERG:  Lisa Zornberg,

8    Debevoise & Plimpton, for Ripple Labs.

9            MR. HANIN:  Michael Hanin, Kasowitz Benson

10   Torres, for the witness.

11           MS. WAXMAN:  Counsel, do you have any

12   stipulations you'd like to place on the record?

13           MR. HANIN:  No.  No.  Although, I do think

14   we have an agreement as to time today.  And we had

15   agreed on 8:00 to 6:00.  We're starting a little bit

16   late.  I'll have to talk to the witness about how

17   much time beyond 6:00 we have, but that's the

18   general parameter and that's a hard stop.  But I

19   know there's an allocation as between the commission

20   and the other defendants.

21           As to how the time is going to be split,

22   we have no view on that.  Other than that, we're

23   going to stop when we're going to stop.

24           MS. ZORNBERG:  So I'll put a couple

25   stipulations on.  First, as with prior depositions,

```
 1   we're going to take the view that an objection

 2   either by the witness's counsel or by any of the

 3   lawyers for any of the defendants is -- can suffice

 4   to preserve the objection for all of the defendants.

 5           We would also preliminarily designate the

 6   entire transcript as confidential subject to any

 7   designation of particular parts later on as highly

 8   confidential.

 9           In terms of the split, the agreement of

10   the parties is that the SEC has until 3:00 p.m. and

11   then the balance of the day is for the defendants.

12           And we all agree to try to be timely with

13   our breaks to that end.

14           MR. HANIN:  I would add to that.  I

15   don't -- I haven't reviewed the protective order in

16   this case for this purpose, but we would ask that

17   the entire transcript be presumptively highly

18   confidential, from our perspective, until we have

19   the opportunity to review, given what may be the

20   sensitive and proprietary nature of the testimony.

21           MS. WAXMAN:  That's fine.

22                 EXAMINATION BY MS. WAXMAN

23   BY MS. WAXMAN:

24       Q.   Mr. ███, please state your name for the

25   record.
```

1        A.   ████████████

2        Q.   And, Mr. ███ , is there any reason you

3   cannot give truthful testimony today?

4        A.   No.

5        Q.   Would you please tell me your education,

6   beginning with college.

7        A.   I studied at ████ .   I graduated in 1999

8   with a degree in economics.

9        Q.   And after you graduated, can you please

10  tell me about your work history.

11       A.   I joined ████████████ soon after

12  graduating from ███ , and I worked at ████████████

13  until early 2009.

14       Q.   And after ████████████ where did you

15  work?

16       A.   After ████████████ , I moved back to ██████

17  and had some personal investments, but I didn't

18  actually work for any other company.

19       Q.   Have you ever had any employment after

20  leaving ████████████?

21       A.   No.

22       Q.   When did you come to start working at GSR?

23       A.   I started working at GSR in 2013.

24       Q.   Okay.  So in between 2009 and 2013, did

25  you have any employment?

1        A.    No.

2        Q.    And do you currently hold any professional

3    licenses?

4        A.    No.

5        Q.    And are you still working at GSR now?

6        A.    Yes.

7        Q.    And are you, in your individual capacity,

8    registered with any regulatory or organization, such

9    as FINRA?

10              MS. ZORNBERG:  Object to form.

11              THE WITNESS:  Me personally?

12   BY MS. WAXMAN:

13       Q.    In your individual capacity, yes.

14       A.    I don't think so.

15       Q.    Is GSR registered in any capacity with any

16   regulatory authority?

17       A.    I believe there are some GSR entities that

18   are registered with FinCEN.

19       Q.    Okay.  And which ones?

20       A.    I'd have to check.

21              MR. HANIN:  When you say any regulatory

22   authority, do you mean anywhere in the world or --

23   BY MS. WAXMAN:

24       Q.    My question was not limited to regulatory

25   authorities in the United States.

```
 1        A.   Okay.  I mean, we are work -- we've been
 2   working with the MAS in Singapore to be licensed in
 3   Singapore.  But as I'm sure you know, they're a
 4   little bit backed up, so we're waiting -- we're
 5   waiting to hear back from them.
 6        Q.   And when you say "we," who are you talking
 7   about?
 8             MS. ZORNBERG:  Just one moment.  I'm being
 9   told that the Zoom is frozen.
10             MS. WAXMAN:  Let's go off the record.
11   8:14.
12             THE VIDEOGRAPHER:  We're going off the
13   record at 8:14 a.m.
14             (Whereupon, a recess was taken.)
15             THE VIDEOGRAPHER:  We're going back on the
16   record at 8:15 a.m.
17   BY MS. WAXMAN:
18        Q.   So going back to my prior question, you --
19   I asked you when -- you said we've been working to
20   become registered in Singapore, correct?
21        A.   Correct.
22        Q.   And when you say "we," who are you talking
23   about?
24        A.   I believe our Singapore and operating
25   company, GSR Markets PTE Limited is the entity that
```

1    is seeking to be regulated in Singapore.

2         Q.   Okay.  And other than the entity in --

3    that entity that you just named, are any other GSR

4    entities registered with any regulatory authority?

5    Or attempting to become registered?

6         A.   Well, as I --

7              MS. ZORNBERG:  Object to form.

8              You can answer.

9              THE WITNESS:  As I said earlier, some of

10   our operating companies are registered with FinCEN,

11   and I don't recall which ones.  And in addition,

12   we've been starting to engage with regulators here

13   in the U.S. with the aim of bringing GSR's business

14   on shore.  I think I mentioned to you once, right,

15   that we had a meeting with the SEC back in January

16   where we described the activities that GSR does.

17   BY MS. WAXMAN:

18        Q.   And who was present at that meeting?

19        A.   I -- I'd have to check, Daphna, I don't

20   remember.

21        Q.   And --

22        A.   There were a number of people from the

23   SEC, and from our side, the management team, and our

24   counsel.

25        Q.   And what was the purpose of the meeting,

15

1    from your perspective?

2         A.   You know, we've always had the ambition of

3    bringing GSR ████████ to the U.S. and being

4    ████████ in the United States.  And so this was an

5    introductory meeting where we were talking to the -

6    I think it's the markets team at the SEC and

7    describing the different business activities GSR

8    does with the aim of working together to -- I don't

9    want to sound bombastic, but to help them, you know,

10   develop a framework with the understanding that, you

11   know, a lot of the activities in crypto are perhaps

12   new, and the framework just doesn't exist yet.

13        Q.   When you say with the aim of becoming --

14   being ████████, do you mean GSR would be -- become

15   a ████████████ with the Securities and Exchange

16   Commission?

17        A.   We would -- yes.  I think that would be

18   the end goal.

19        Q.   And they would be ████████ as what?

20        A.   That is what is unclear to me, as of

21   today.

22        Q.   But in some ████████ capacity with the

23   commission?

24        A.   That's -- that would be our goal, yes.

25        Q.   Changing topics for a second, did you

1 attend any prep sessions in advance of this

2 deposition today?

3  A. I met with my counsel.

4  Q. And did you meet with any counsel for the

5 individual defendants?

6  A. No.

7  Q. Did you meet with Ripple's counsel?

8  A. No.

9  Q. And how many hours in total did you

10 prepare for this deposition with your counsel?

11  A. Roughly somewhere between five and ten, I

12 would say.

13  Q. Okay.  And other than your counsel, did

14 anyone else attend these sessions?

15  A. No.

16  Q. Okay.  Did you review any documents in

17 connection with that preparation?

18  A. Yes.

19  Q. And about how many documents did you

20 review?

21  A. When you say "how many documents," you

22 mean how many sheets of paper or different emails

23 or ...

24  Q. Did you review emails in connection with

25 your preparation?

1       A.   Yes, I reviewed some emails.

2       Q.   And about how many emails?

3       A.   I would say somewhere -- a dozen or

4  somewhere between one and two dozen.

5       Q.   And other than emails, did you review any

6  other documents?

7       A.   Yes.

8       Q.   What sorts of documents did you review?

9       A.   I recall seeing a transcript of a

10  conversation, I can't remember which messaging

11  service it was, maybe Skype or something like that.

12       Q.   And who was the conversation with or

13  between?

14       A.   Sorry, I'm trying to -- oh, it was between

15  myself and ██████.

16       Q.   Okay.  And what was the substance between

17  yourself and ██████?

18       A.   I believe it was a conversation I had with

19  ██████ when ██████ was working at Ripple, and it had

20  to do with how we were going to be compensated for

21  providing services to ODL.

22       Q.   And what was the date of the conversation?

23       A.   I -- I don't recall.

24       Q.   Had you already started to provide

25  services in connection with ODL to Ripple?

1        A.    I don't think so.

2        Q.    So prior to that time?

3        A.    Correct.

4        Q.    And what specifically were you discussing

5   with respect to the compensation for services in

6   connection with ODL?

7        A.    Maybe I should rephrase.   Maybe

8   compensation wasn't the right term.   But if I

9   remember correctly, I -- I was complaining to ████

10  that the ████████, which we had discussed earlier,

11  was being reduced.

12       Q.    Are you talking about a ████████ or an

13  ███████?

14       A.    I think it was both.

15       Q.    And why were you complaining about that?

16       A.    Well, in order to be able to provide ODL,

17  we need -- services to ODL, we need ██████████████.

18  And with less ███████████████, it was going to make

19  it harder for us.   We were going to have to ██████

20  ████████████████████ in order to be able to provide

21  the service.   And that just wasn't what -- I was

22  under the impression that we had agreed to different

23  terms earlier, and -- verbal negotiation.

24       Q.    And the ████████████ that you're

25  talking about, that's -- the ███████████, that's

19

1      ████ that you would use to convert fiat to a local

2   currency?

3              MS. ZORNBERG:  Object to form.

4              THE WITNESS:  I think you're familiar with

5   how ODL works.  And in some instances we're offering

6   XRP, and in other instances we're bidding for XRP.

7   So you need -- in order to perform this activity,

8   you need to have an inventory of XRP and you need to

9   have an inventory of the relevant fiat.

10  BY MS. WAXMAN:

11      Q.   So in the situations where you need to

12  have the relevant fiat, are you using the ████████

13  ████████████████████████████████ with using

14  traditional payment rails?

15             MS. ZORNBERG:  Object to form.

16             THE WITNESS:  That question wasn't very

17  clear to me.  Sorry.

18  BY MS. WAXMAN:

19      Q.   Thank you for letting me know.  I'll try.

20             So in the situations where you need to

21  provide the local currency, for example, when you're

22  providing Mexican pesos, are you using the ██████

23  ██████ that -- to purchase the Mexican pesos --

24             MS. ZORNBERG:  Object to form.

25  / /

1  BY MS. WAXMAN:

2      Q.   -- that you would offer?

3          MS. ZORNBERG:  Same objection.

4          THE WITNESS:  It's not exactly like that.

5  When we purchase Mexican pesos, by virtue of

6  providing the ODL service, what we're doing is we're

7  selling XRP and we're receiving Mexican pesos.

8  BY MS. WAXMAN:

9      Q.   Are there situations where you are buying

10 XRP and --

11     A.   Yes.

12     Q.   So that occurs -- okay.  So I want to

13 focus on the situations where you are buying the XRP

14 and providing the Mexican pesos.

15         MS. ZORNBERG:  Object to form.

16         THE WITNESS:  Okay.  It's still unclear to

17 me what you're asking, though.  When we're

18 purchasing XRP, we do so with a fiat inventory.

19 That inventory of fiat can -- can be -- appears, if

20 you will, on the exchange from -- we typically send

21 it in from our ██████████.

22 BY MS. WAXMAN:

23     Q.   Yeah.  That's exactly -- so I'm -- my

24 question simply is, do you use the ██████████████

25 that you get from Ripple -- and when I'm talking

1    about the ████████████   I'm talking about the

2    ████ -- to purchase the ████ inventory from the ██

3    ████?

4         A.   We --

5              MS. ZORNBERG:  Object to form.

6              THE WITNESS:  I think we have in the past.

7    BY MS. WAXMAN:

8         Q.   So yes, the answer is yes, you use the

9    ███████████ from Ripple to purchase the ████

10   inventory which you then later exchange for XRP?

11             MR. HANIN:  Object to the form.

12             MS. ZORNBERG:  Yeah.  Object to form.

13             MR. HANIN:  I think he answered that.

14             But if you understand, you can answer.

15             MS. ZORNBERG:  Just add to the objection.

16   You're not fixing the time, you're speaking in

17   present tense.  It's very unclear.

18   BY MS. WAXMAN:

19        Q.   You understand what I -- what the question

20   was?

21        A.   Yes.  The answer is more nuanced because

22   it's not as if we earmark a sum of dollars that only

23   gets exchanged into Mexican pesos.  There is a pool

24   of capital, and depending on the flows, we might

25   have more funding needs in Mexican pesos or in

```
1    Philippine pesos.

2            For us, the way we look at it is we have a

3    bucket of risk that is crypto, which is XRP, which

4    has a volatility, and there's another bucket of risk

5    that is the fiat component.  I'm not as concerned

6    about the FX risk because there's much less

7    volatility.

8            So to answer your question, yes, sometimes

9    that fiat component of the ███████████████ that

10   we receive from Ripple to service ODL oftentimes is

11   used to purchase XRP, but it -- oftentimes it sits

12   unused.  Which particular currency it gets exchanged

13   into is determined by the ODL flows.

14       Q.   So we'll talk a little more about ODL

15   after.  I got a little sidetracked.

16            MR. HANIN:  I think we were talking about

17   documents he reviewed --

18            MS. WAXMAN:  Yes.

19            MR. HANIN:  -- to prepare for his

20   deposition.

21            MS. WAXMAN:  Thank you.

22       Q.   Before this litigation was filed, did you

23   have any meetings or calls with counsel for any

24   party in this litigation?

25       A.   Before the December -- the lawsuit, right?
```

```
 1          Q.   Correct.

 2          A.   Before that, I had an interview with you,

 3     correct?

 4          Q.   Correct.

 5          A.   Yes.

 6          Q.   Did you have any meetings or calls with

 7     counsel for either Mr. Garlinghouse or Mr. Larsen?

 8          A.   No.  Not that I can recall.

 9               MS. WAXMAN:  Exhibit 57, please.

10               (Whereupon, Deposition Exhibit ██-57

11               was marked for identification.)

12     BY MS. WAXMAN:

13          Q.   Mr. ███, I'm showing you what's been

14     marked ██-57, which has the Bates GSR_22738

15     through -744.  It appears to be an email chain from

16     October 2020 that you are on with people from Cleary

17     Gottlieb.  Your lawyer is also copied, and some

18     others.

19               Please take a moment to look at it and let

20     me know when you're done.

21               So this email chain appears to be setting

22     up a call between you and lawyers for

23     Mr. Garlinghouse, correct?

24          A.   Yes.

25          Q.   Okay.  And did you have any reason to
```

1    believe that you didn't have a conversation with

2    Mr. Garlinghouse's lawyers?

3           MS. ZORNBERG:  Object to form.

4           THE WITNESS:  No, I don't have any reason

5    to believe that.

6    BY MS. WAXMAN:

7        Q.   Okay.  And do you recall the conversation

8    that you had?

9        A.   I don't.  And I apologize, I -- 'cause

10   I --

11       Q.   It's fine.

12       A.   -- answered the previous question wrong.

13       Q.   That's why we have documents to refresh

14   your memory.

15           What was the purpose of that conversation

16   or call?

17           MR. HANIN:  Objection.

18           MS. ZORNBERG:  Objection.

19           MR. HANIN:  Yeah.

20           MS. ZORNBERG:  Ms. Waxman's implying that

21   the document does refresh his memory, and that's --

22   you haven't asked the predicate, does it refresh

23   your recollection.

24           THE WITNESS:  I don't recall the

25   conversation, so ...

```
 1    BY MS. WAXMAN:
 2         Q.   Does the document refresh your memory as
 3    to whether or not you had any calls with
 4    Mr. Garlinghouse's counsel?
 5         A.   Unfortunately, it does not.
 6         Q.   Okay.  Did you ever provide
 7    Mr. Garlinghouse's counsel with access to certain --
 8    to information?
 9              MS. ZORNBERG:  Object to form.
10              MR. HANIN:  And when you say "you," do you
11    mean ███████ personally or GSR?  Just because there may
12    be a distinction.
13              MS. WAXMAN:  Well, let's ask --
14              MR. HANIN:  I know ██████ wants to be
15    truthful and accurate and if the questions are --
16    BY MS. WAXMAN:
17         Q.   Did you or anyone else at GSR ever provide
18    Mr. Garlinghouse's counsel with access to certain
19    information?
20              MR. HANIN:  You can answer to the extent
21    you know.
22              MS. ZORNBERG:  Object to form.
23              THE WITNESS:  I mean, I presume so, yes.
24    BY MS. WAXMAN:
25         Q.   Okay.  And when you say you presume so,
```

1    why do you say that?

2         A.   Well, I can see in this email thread that

3    ██████ provided a correction on a spreadsheet, right?

4    The email dated October 15th.

5         Q.   Okay.  And why did he provide that

6    information?

7              MR. HANIN:  Objection.

8              If you know.

9              THE WITNESS:  I mean, I don't remember.

10   But as I'm reading this email thread, I can see that

11   Brad had asked us to clarify some reporting, and

12   ██████ replied saying here's a spreadsheet with the

13   correct data.

14   BY MS. WAXMAN:

15        Q.   And do you have any understanding as to

16   why Mr. Garlinghouse requested that information?

17             MR. LEVANDER:  Objection.

18             (Reporter clarification.)

19             THE WITNESS:  No.

20   BY MS. WAXMAN:

21        Q.   Do you recall any conversations with

22   Mr. Garlinghouse's counsel?

23        A.   I don't, Daphna.

24        Q.   Okay.  Can you tell me generally what

25   services GSR -- I'm finished with that document.

```
1              Can you tell me generally what services
2     GSR provides?
3          A.   In general?
4              MS. ZORNBERG:  Object to form.
5     BY MS. WAXMAN:
6          Q.   From a high level, can you tell me what
7     GSR does?
8          A.   At the core, we're an █████████████
9     firm that specializes in crypto.
10         Q.   And what do you mean by "an ████████
11    ██████ firm"?
12         A.   Most of the trading we do is ████████
13    in nature.
14         Q.   And when you say it's "███████████ in
15    nature," what does that mean?
16         A.   We have engineers and quants who ██████
17    the ██████████ that drive the ███████.  It's not
18    click ████████ like I used to do.
19         Q.   Does the training involve the use of ████?
20         A.   Yes.  ██████ is what -- how people refer to
21    the ██████████.
22         Q.   What is your understanding of a ████?
23         A.   ██████ -- I guess people expect ███████████
24    ████████ to be executed by some form of ██████, but
25    they don't exist.  Humans program █████████.  It's
```

1    ████  And this ████ governs how computers send

2    ████████

3         Q.   And who -- who at GSR is responsible for

4    ████████████  the ████?

5         A.   We have a large team of quants who,

6    depending on what type of trading we're doing, it

7    will be one person or another.

8         Q.   And how do you sell a digital asset using

9    an ████████? I assume it's different than other

10   ways that you could sell a digital asset.

11        MS. ZORNBERG:  Object to form.

12        THE WITNESS:  It's a very strange

13   question.  Most of the trading volume in digital

14   assets to date has been performed on what they call

15   centralized exchanges.  When -- in order to sell an

16   asset, you need to own it.  And typically, you would

17   show an offer.  And if somebody wants to buy that

18   asset, they would lift your offer.

19        Placing the order can be done using a

20   mouse, and the exchange is GUI, or it can be done

21   ████████████████ via the exchange's API.

22   BY MS. WAXMAN:

23        Q.   So the ████████ is connected to the

24   exchange's API?

25        MR. HANIN:  Objection to form.

1          THE WITNESS:  Technically, I don't think

2     that's correct, but the exchange's API allow our

3     computers to send and receive orders to the

4     exchanges.

5     BY MS. WAXMAN:

6          Q.   And those orders, how quickly are they

7     placed on the exchange?

8          MS. ZORNBERG:  Object to form.

9          THE WITNESS:  I'm not the best person to

10    ask that question.  My -- my technical understanding

11    is rather limited.  You know, it's in the fractions

12    of a second, but I wouldn't know how to be more

13    specific.

14    BY MS. WAXMAN:

15         Q.   And -- that's good enough.  Thank you.

16         Are the -- are the ███████ placing

17    trades 24 hours a day?

18         A.   Yes.  That's the goal.

19         Q.   Obviously, today we're going to talk about

20    GSR's relationship with Ripple.

21         When did Ripple's -- GSR's relationship

22    with Ripple begin?

23         A.   I believe it was Q4 of 2013.

24         Q.   Okay.  And -- so about eight years you've

25    had a business relationship with Ripple?

1           A.    Yes.

2           Q.    Okay.  And over those eight years, how

3    much revenue has GSR earned from Ripple?

4                 MR. HANIN:  Objection.

5                 MS. ZORNBERG:  Object to form.

6                 THE WITNESS:  I don't know the exact

7    number, Daphna.

8    BY MS. WAXMAN:

9           Q.    Can you give an approximate range?

10                MR. HANIN:  Objection to form.  And the

11   framing from Ripple, if you know -- I'm not sure

12   what that means, but ...

13                THE WITNESS:  I mean, we've -- it's

14   difficult to answer because, you know, we've been

15   paid for certain services, as I'm sure you know.

16   You've seen the contracts.  But, you know,

17   sometimes, you know, there's -- it's not as simple

18   as a ███████ business.  And -- and so, you know,

19   I wouldn't know how to differentiate fees that we've

20   earned from Ripple and revenue that we've been able

21   to create by taking more proprietary views on risk.

22   BY MS. WAXMAN:

23          Q.    You're not able to extrapolate how much

24   revenue came from programmatic sales of XRP?

25                MS. ZORNBERG:  Objection.

```
1            THE WITNESS:  So -- so the programmatic

2    sales of XRP were one activity, one service that we

3    provided for Ripple.  For that, that was a fee

4    business.  And I think that -- my guess is we

5    probably earned between █  and $█████████ in fees

6    from the programmatic sales that we did on behalf of

7    Ripple.  But that's a guesstimate.

8    BY MS. WAXMAN:

9        Q.   Is that during the entire period or per

10   year?

11       A.   No.  During the time that we were selling

12   XRP on behalf of Ripple.

13       Q.   Okay.  And --

14            MS. ZORNBERG:  Objection.

15   BY MS. WAXMAN:

16       Q.   -- during what time period was that?

17            MS. ZORNBERG:  Okay.

18            THE WITNESS:  I don't recall exactly

19   how -- I don't recall the exact dates.  I'm sorry,

20   Daphna.

21   BY MS. WAXMAN:

22       Q.   Okay.  And you said there were other

23   services that GSR provided for Ripple, correct?

24       A.   Correct.

25       Q.   And what other services?
```

1       A.   So when we first engaged with Ripple in

2   late 2013 or early 2014, we -- it was in the context

3   of providing liquidity to the Ripple Consensus

4   Ledger.

5       Q.   Any other services?

6       A.   So broadly, we started off as providing

7   liquidity on Ripple's Consensus Ledger, then we also

8   did programmatic sales of XRP, and more recently

9   we've been servicing ODL.

10      Q.   Okay.  And the services in connection with

11  ODL, during what period of time did that occur?

12      A.   I should know the answer to that one

13  'cause that was more recent.  I don't remember when

14  we started, but it's ongoing.

15      Q.   Okay.  And approximately how much money

16  did GSR earn from Ripple in connection with the

17  services that it provided related to ODL?

18          MR. HANIN:  Objection to the form.

19          MS. ZORNBERG:  Objection.

20           (Reporter clarification.)

21          MR. HANIN:  One for all.  One objection

22  for all.

23          THE WITNESS:  Is the question how much

24  revenue we've generated from ODL?

25  / /

33

1   BY MS. WAXMAN:

2        Q.   Correct.

3             MS. ZORNBERG:  Same objection that was

4   stated last time.

5             THE WITNESS:  This goes back to my earlier

6   point.  The fees that we've earned from ODL are

7   quantifiable or more easily quantifiable.  But we --

8   we made some risk decisions with regards to ODL

9   which resulted in -- we had to make some trading

10  calls, I guess is what I'm saying, with regards to

11  the positions that we had as a result of our ODL

12  engagement.

13  BY MS. WAXMAN:

14       Q.   Aside from the positions that GSR took in

15  connection -- the trading positions that GSR took in

16  connection with ODL, did you receive any flat fees

17  or variable fees from Ripple?

18            MS. ZORNBERG:  Object to form.

19            THE WITNESS:  For ODL?

20  BY MS. WAXMAN:

21       Q.   For ODL.

22       A.   Yes, we did.  If I remember correctly,

23  there was a flat fee and a variable fee in

24  connection with ODL.

25       Q.   And approximately how much money did GSR

34

1    make from those in connection with the ODL services?

2              MR. HANIN:  Object to the form.

3              THE WITNESS:  I -- I don't recall, Daphna,

4    'cause I don't recall the exact time.  Those

5    variable fees changed over time.

6    BY MS. WAXMAN:

7         Q.   Okay.

8         A.   And -- and I don't remember how many

9    months we were on one or on the other.

10        Q.   During the 2013 -- during the period where

11   Ripple was -- GSR was executing programmatic sales

12   on behalf of Ripple, was Ripple GSR's largest

13   revenue service?

14             MR. HANIN:  Object to form.

15             MS. ZORNBERG:  I heard 2013, but did you

16   withdrawal the reference to 2013?

17             MS. WAXMAN:  Yes.

18        Q.   So the question is:  During the period

19   where Ripple's -- during the period where GSR was

20   executing programmatic sales for Ripple, was Ripple

21   GSR's largest revenue source?

22             MS. ZORNBERG:  Object.

23             MR. HANIN:  Object to form.  It's a

24   difficult question to answer without defining that

25   period.

```
 1              But if you can ...
 2              THE WITNESS:  Yeah.  I -- I don't think I
 3    can answer the question because the period during
 4    which we provided the XRP sales was quite large, and
 5    I don't remember the exact beginning and endpoints.
 6    And I do know that within that time period,
 7    depending on what snapshot of time you take, there
 8    were periods when other of our activities were
 9    providing us with more or less revenue.
10    BY MS. WAXMAN:
11        Q.   Just taking a step back, was Ripple a
12    substantial client for GSR?
13              MS. ZORNBERG:  Object to form.
14              THE WITNESS:  Ripple is a substantial
15    client of GSR's.
16    BY MS. WAXMAN:
17        Q.   And approximately how much revenue does
18    GSR get from the business it had with -- from
19    Ripple?
20              MS. ZORNBERG:  Objection.
21              MR. HANIN:  Object to form.
22              MS. ZORNBERG:  And asked and answered.
23              MR. HANIN:  Without a time period, I don't
24    see how the witness can answer that question.  I'm
25    not trying to be difficult.  I just -- I don't think
```

1    that's an answerable question as asked.

2    BY MS. WAXMAN:

3        Q.   When -- so you said you considered Ripple

4    a substantial client.  Why did you consider them a

5    substantial client?

6        A.   Well, Ripple has always been one of the

7    top digital assets in the crypto space.  Sadly, like

8    me, one of the oldest, who's been around for quite

9    some time, and it's a -- it's not your usual crypto

10   company.

11           You know, it's -- Ripple has a large

12   headquarter and a huge workforce and executives and

13   people -- you know, it's -- I -- I don't know how to

14   say this without sounding silly, but Ripple has

15   always been one of the responsible adults in the

16   space in the sense that, you know, they're --

17   they're a real company with real people and real

18   goals.

19           Unfortunately in the digital asset space,

20   you know, there's -- the standards aren't always so

21   high.

22       Q.   Is Ripple still a customer of GSR's today?

23       A.   Yes.

24           MS. ZORNBERG:  Objection.  Asked and

25   answered.

1    BY MS. WAXMAN:

2         Q.   And what is the nature of the relationship

3    today?

4         A.   We service ODL.

5         Q.   Okay.  And what percentage of GSR's

6    current revenues are attributed to Ripple?

7              MR. HANIN:  Objection.

8              If you can answer.

9              THE WITNESS:  This fiscal year, for

10   example, or ...

11   BY MS. WAXMAN:

12        Q.   Yes.

13        A.   This fiscal year, ODL has been less than

14   ███ percent of GSR's revenue.

15        Q.   And in previous years, has it been more

16   than that?

17        A.   Yes.

18        Q.   And how much more?

19             MR. HANIN:  Object.

20             THE WITNESS:  Which years?

21   BY MS. WAXMAN:

22        Q.   What was the highest percent revenues from

23   Ripple have ever been from GSR?

24             MR. HANIN:  Objection as to time frame.

25             THE WITNESS:  You mean ODL as a fraction

1    of GSR's total revenue?

2    BY MS. WAXMAN:

3        Q.    Yes.

4            MS. ZORNBERG:  Object to form.

5            THE WITNESS:  I'm guesstimating here,

6    Daphna, but, I don't know, somewhere between ██ and

7    ██ percent, perhaps.

8    BY MS. WAXMAN:

9        Q.    Okay.  Earlier you identified three

10   different types of services that GSR provided for

11   Ripple.  The first one you said during 2013 and

12   2014, GSR was providing liquidity to RCL, correct?

13       A.    Correct.

14       Q.    And what is RCL?

15       A.    The Ripple Consensus Ledger.

16       Q.    And what was the liquidity on -- for XRP

17   on the RCL at the time that you started to do that?

18           MS. ZORNBERG:  Objection to form.

19           THE WITNESS:  Can you define -- what do

20   you mean by the liquidity of?

21   BY MS. WAXMAN:

22       Q.    What was the volume of trading for XRP on

23   the Ledger at the time?

24           MS. ZORNBERG:  What time.

25           THE WITNESS:  And when?  Like back in

1    2013?

2    BY MS. WAXMAN:

3        Q.   At the time that you first started to

4    provide services to -- to -- at the time that you

5    started to provide liquidity in XRP on the RCL, what

6    was the liquidity, what was the volume of trading?

7            MS. ZORNBERG:  Objection.  Can you fix a

8    time?

9    BY MS. WAXMAN:

10       Q.   Did you understand the time period that we

11   were just talking about?

12       A.   I -- I understood the question to be in Q4

13   of 2013, when we started.

14       Q.   Okay.  In Q4 of 2013, what was the volume

15   of XRP trading on the Ledger?

16       A.   When you say "XRP trading," just XRP

17   trade -- so trades where XRP was one of the two

18   crosses?  Because on the Consensus Ledger, you could

19   also trade, you know, euros for dollars or . .

20       Q.   I'm just talking about XRP.  Any crosses

21   involving XRP.

22       A.   I mean, I certainly can't remember an

23   exact number from eight years ago.  But I would -- I

24   mean, I can tell you with certainty it was a lot

25   less than what trades today, but I don't remember

1    the exact figures, Daphna.

2         Q.   What was the purpose of -- why did Ripple

3    contract with you to provide these services?

4              MR. HANIN:   Objection.

5              If you know.

6              THE WITNESS:   I mean, they -- we have --

7    we had a market making agreement with Ripple, so

8    they were asking for us to provide liquidity to RCL.

9    BY MS. WAXMAN:

10        Q.   And did you understand that there was

11   limited liquidity at the time?

12             MS. ZORNBERG:   Object to form.

13             THE WITNESS:   I don't know how I would

14   designate -- I mean, what constitutes limited?

15   BY MS. WAXMAN:

16        Q.   Why were you -- strike that.

17             What was the purpose of the market making

18   agreement with Ripple?

19             MR. HANIN:   Objection.   From whose

20   perspective, or are you asking his understanding of

21   the purpose?

22   BY MS. WAXMAN:

23        Q.   What did they tell you about why they

24   wanted you to provide market making services?

25             MS. ZORNBERG:   Object to form.

```
 1              THE WITNESS:  I don't know that they --

 2    the market making agreement has -- had some KPIs

 3    that we were supposed to meet.

 4    BY MS. WAXMAN:

 5         Q.   And what is a KPI?

 6         A.   A key performance indicator.  So is

 7    that -- does that answer your question?

 8         Q.   What I'm trying to understand is, what was

 9    your understanding of your role in connection with

10    the market making agreement?

11         A.   Well, as --

12              MS. ZORNBERG:  Object to form.  "Your"

13    being Mr. ███  or GSR?

14    BY MS. WAXMAN:

15         Q.   Either in your -- what was your

16    understanding of GSR's role in connection with the

17    market making agreement?

18         A.   We were hired as liquidity providers and

19    we were tasked with providing liquidity subject to

20    the KPIs that I mentioned earlier.

21         Q.   And what does it mean to provide liquidity

22    for someone who's not, you know, familiar with how

23    markets work and how trading works?

24              MS. ZORNBERG:  Object to form.

25              THE WITNESS:  I think the idea is to
```

1    provide the necessary conditions for more

2    frictionless trading.

3    BY MS. WAXMAN:

4        Q.    And how do you do that?

5        A.    Typically, you ███████████ between the

6    ███████████.

7        Q.    And how do you do that?

8        A.    I'm sorry?

9        Q.    How do you do that?  How do you reduce the

10   ████████?

11       A.    You show ███████████.

12       Q.    And were there any -- was there anything

13   else that you did in order to provide liquidity

14   under the market making agreement?

15       A.    I'm not sure I understand the question.

16       Q.    What was your understanding of -- why did

17   you want to show ███████████?

18            MS. ZORNBERG:  Object to form.

19            THE WITNESS:  Well, we were -- as I

20   mentioned earlier, our KPIs are that we had to

21   show -- you know, typically there's a maximum████

22   and ███████████.  And so we had to show ██████

23   ████████ so we could meet those conditions.

24   BY MS. WAXMAN:

25       Q.    Was one of the goals of the market making

1    agreement to increase liquidity for XRP on the

2    Ledger?

3         A.   I would guess so, yes.

4         Q.   And was one of the goals of the market

5    maker agreement to increase volume of XRP trading on

6    the Ledger?

7         A.   No.  It doesn't work like that.

8         Q.   And why wasn't it?

9         A.   As a liquidity provider, one cannot

10   guarantee volume.  You can improve the market

11   conditions by ██████████████████████ so that

12   other people can transact and perhaps that may lead

13   to higher volumes, but as a liquidity provider, we

14   can't guarantee volumes because we can't trade with

15   ourselves.

16        Q.   And when you say you wanted to improve --

17   when you talk about improving market conditions,

18   what market conditions are you talking about?

19        A.   I was referring to the ██████████████

20        Q.   And any other market conditions?

21        A.   I'm -- another KPI we typically face is a

22   ████████████████

23        Q.   Was one of the goals of the market making

24   agreement to increase the price of XRP on the

25   Ledger?

1        A.    No.

2        Q.    Why wasn't it?

3              MS. ZORNBERG:  Object to form.

4              MR. HANIN:  Objection.

5              THE WITNESS:  I'm not sure how there could

6    be.

7    BY MS. WAXMAN:

8        Q.    Did Ripple have an interest in increasing

9    the price of XRP?

10             MS. ZORNBERG:  Objection.

11             THE WITNESS:  I have no idea.

12   BY MS. WAXMAN:

13       Q.    The market making agreement that we were

14   just talking about, this wasn't in connection with

15   ODL, correct?

16       A.    This first market making agreement, no.

17   This --

18       Q.    And the market making wasn't in connection

19   with any liquidity that you would provide for any

20   Ripple software product, correct?

21             MS. ZORNBERG:  Objection.

22             THE WITNESS:  I'm sorry, I don't

23   understand the question.

24   BY MS. WAXMAN:

25       Q.    The services that you provided in

Cool

1    BY MS. WAXMAN:

2        Q.   What was your -- so other than providing

3    liquidity on the Ledger, was the agreement related

4    to providing liquidity to anything -- anything else?

5             MS. ZORNBERG:  Objection.

6             THE WITNESS:  To the best of my knowledge,

7    I think it was -- we were providing liquidity on the

8    Ledger.

9    BY MS. WAXMAN:

10       Q.   And did Ripple want to make a market for

11   XRP on the Ledger at the time?

12            MR. HANIN:  Objection.

13            MS. ZORNBERG:  Objection.

14            THE WITNESS:  Did Ripple want to make a

15   market for XRP?  I believe the crosses that we were

16   quoting per the contract had XRP.

17   BY MS. WAXMAN:

18       Q.   So by -- does that mean that you wanted to

19   make a market in XRP by supplying crosses in XRP?

20            MS. ZORNBERG:  Objection.

21            MR. HANIN:  Objection.

22            THE WITNESS:  GSR was -- had a service

23   agreement where we had to make markets on a number

24   of crosses.  Is that what you're referring to?  And

25   some of those crosses had XRP in them.

47

```
1    BY MS. WAXMAN:

2         Q.   Okay.  And the -- who was buying the

3    XRP -- who was trading in the XRP on the Ledger at

4    the time?

5         A.   Who was on the other side of our trades?

6         Q.   Correct.

7         A.   I have no idea.

8         Q.   Were they people who were looking to

9    speculate in XRP?

10             MS. ZORNBERG:  Objection.

11             THE WITNESS:  I have no idea.

12   BY MS. WAXMAN:

13        Q.   Is there any way -- would there have been

14   any way to know who was on the other side of the

15   trades?

16             MS. ZORNBERG:  Object to form.

17             THE WITNESS:  No.  I mean, the -- the

18   Ledger is public, and all the transactions are

19   transparent.  But you just -- what you see on the

20   other end is a wallet address, which is a big string

21   of characters and numbers.  It doesn't -- you don't

22   know who's on the other side, I guess is my point.

23   BY MS. WAXMAN:

24        Q.   Did you have any understanding as to

25   whether people were buying XRP to use it for
```

```
1    goods -- to purchase goods and services at that

2    time?

3              MS. ZORNBERG:  Objection.

4              THE WITNESS:  I don't recall.

5    BY MS. WAXMAN:

6         Q.   The second service you spoke about was

7    programmatic sales, correct?

8         A.   Correct.

9         Q.   And where did the programmatic sales

10   occur?

11        A.   Could you -- I don't -- could you be a bit

12   more specific?

13        Q.   Did you sell XRP programmatically on

14   behalf of Ripple on the Ledger?

15        A.   I think so, yes.

16        Q.   And during what period?

17        A.   I don't recall the dates, Daphna.

18        Q.   Did you sell XRP programmatically on

19   behalf of Ripple on the Ledger at the same time that

20   you were making markets in XRP on the Ledger?

21        A.   I don't recall.

22        Q.   Did you sell XRP programmatically on

23   behalf of Ripple on digital asset trading platforms?

24        A.   Digital asset trading platforms are what

25   we call crypto exchanges.
```

1          Q.   That's my understanding.  Is that your

2     understanding?

3          A.   Yes.

4          Q.   Yes.  So during what period of time did

5     you sell XRP programmatically on behalf of Ripple

6     on -- I'll use the word "exchanges," your word?

7          A.   I don't remember the exact dates, but ...

8          Q.   And is GSR currently selling XRP

9     programmatically on behalf of Ripple on exchanges?

10         A.   No.

11         Q.   And when --

12              MS. ZORNBERG:  Was there an audible

13     response?  Did the reporter get it.

14              THE WITNESS:  No.

15              MS. ZORNBERG:  Okay.  Thank you.

16     BY MS. WAXMAN:

17         Q.   And when did GSR stop selling XRP

18     programmatically on behalf of Ripple on exchanges?

19         A.   I don't remember the exact date, Daphna.

20         Q.   Was it in 2019?

21              MS. ZORNBERG:  Objection.

22              THE WITNESS:  I -- I don't remember.

23     BY MS. WAXMAN:

24         Q.   Why did GSR stop selling XRP

25     programmatically on behalf of Ripple?

50

1          A.   Because we were asked to -- we weren't

2     asked to -- to sell.

3          Q.   Did Ripple direct you to stop selling?

4          A.   Yes.

5          Q.   Okay.  And in addition to the three

6     categories that we spoke about earlier, did GSR ever

7     purchase XRP on behalf of Ripple?

8               MR. HANIN:  Objection to form.

9               THE WITNESS:  When you -- yeah.  When you

10    say "purchase XRP," I mean, in the first activity

11    when we were providing liquidity on the Ledger,

12    we're buying and selling all day.  Sometimes we're

13    buying XRP, sometimes we're selling it.  Is that --

14    BY MS. WAXMAN:

15         Q.   So -- I understand.  Outside of market

16    making, buying and selling, separate from that, did

17    GSR ever purchase XRP on behalf of Ripple?

18         A.   Yes, I believe we did.

19         Q.   Okay.  And during what time period?  Or

20    periods?

21         A.   I -- I recall we -- there were a few

22    instances where we purchased XRP during the XRP

23    sales program.

24         Q.   During the period that you were selling

25    XRP programmatically?

1      A.    Yeah.

2      Q.    Was there any period of time where you

3   were purchasing XRP on behalf of Ripple?

4      A.    Yes.  I think during that time window,

5   there were times when we purchased XRP.

6      Q.    Did you ever purchase XRP in connection

7   with any services related to ODL?

8           MS. ZORNBERG:  Object to form.

9           THE WITNESS:  I don't know that it was in

10   connection with ODL -- well, we purchased XRP on

11   behalf of Ripple in the -- I can't remember when we

12   did it, but it was in the last couple of years, or

13   during the time period when we were servicing ODL.

14   BY MS. WAXMAN:

15      Q.    Those sales that you just spoke about,

16   were they executed [REDACTED]?

17           MS. ZORNBERG:  You said "sales," do you

18   mean purchases?

19           MS. WAXMAN:  Yes.  Thank you.

20      Q.    Those purchases.

21      A.    We -- I think so, yes.  I mean, the vast

22   majority of the trading that we do is programmatic

23   in nature.

24      Q.    So is it fair to call those programmatic

25   buying?

1          A.   I guess so.

2          Q.   Going back to the programmatic sales, at a

3     very high level, what did Ripple direct GSR to

4     achieve from its programmatic sales?

5               MR. HANIN:  Object to form.

6               THE WITNESS:  I'm not sure what you're --

7     what exactly is it you're getting at with that

8     question?

9     BY MS. WAXMAN:

10         Q.   What was the purpose -- strike that.

11              What was Ripple's goal from -- from the

12    programmatic sales?

13              MS. ZORNBERG:  Object.

14              MR. HANIN:  Objection.

15              You can testify as to your understanding,

16    but --

17              THE WITNESS:  I mean, yeah.

18              MR. HANIN:  If you have one.

19              THE WITNESS:  We were tasked with selling

20    XRP.

21    BY MS. WAXMAN:

22         Q.   Ripple wanted to sell XRP for USD?

23              MR. HANIN:  Objection.

24              THE WITNESS:  I'm not sure that I would

25    qualify it as USD, but we were -- we were selling

53

1 XRP.

2 BY MS. WAXMAN:

3   Q. Ripple wanted to sell XRP to generate

4 proceeds for itself?

5     MS. ZORNBERG:  Object to form.

6     THE WITNESS:  I don't know if it was to

7 generate proceeds or for whatever other reason they

8 wanted to sell it.

9 BY MS. WAXMAN:

10   Q. And -- but they wanted to sell it for

11 cash?

12     MS. ZORNBERG:  Object to form.  Asked

13 answered.

14     THE WITNESS:  Again, I don't know that it

15 was just for cash.

16 BY MS. WAXMAN:

17   Q. Did you have -- did they ever tell you any

18 other reason for wanting to sell XRP?

19     MS. ZORNBERG:  Objection.  He hasn't

20 testified to a reason yet.  And object to the term

21 "they," and object to the term "view."

22     THE WITNESS:  It's -- I don't recall

23 having any conversation where Ripple told me why

24 they were selling this XRP.  You know, there are a

25 number of reasons why they might have chosen to do

1    it.

2    BY MS. WAXMAN:

3        Q.   What was your understanding of why they

4    were selling the XRP?

5            MS. ZORNBERG:  Objection.  Asked and

6    answered.

7            THE WITNESS:  Why do I think Ripple was

8    selling the XRP?

9    BY MS. WAXMAN:

10       Q.   What was your understanding?

11       A.   It could have --

12           MS. ZORNBERG:  Objection.  I don't know if

13   you're asking him to speculate.  He's already

14   testified he doesn't have an understanding of

15   Ripple's reasons.  Can you clarify the question?

16   BY MS. WAXMAN:

17       Q.   When Ripple approached you to engage in

18   these -- these services, did you have an

19   understanding of what they wanted you to do?

20       A.   What -- what they wanted us to do is to

21   sell the XRP.  The end goal, whether it was to raise

22   funds or to distribute XRP across the community, I

23   have no way of knowing which one or any other

24   reason.

25       Q.   My question is I think a little bit

```
 1   simpler.  And Ripple wanted either fiat or other

 2   currency in exchange for the XRP, correct?

 3              MR. HANIN:  Objection.

 4              MS. ZORNBERG:  Objection.  And objection

 5   to the commentary that your question is simpler.

 6   You tried to ask this question and have asked it at

 7   least ten times.

 8              THE WITNESS:  Yeah, I'm not sure what

 9   I'm -- if you look at the -- the contract, we

10   received XRP and -- and we returned to them other

11   units of value.  I can't remember what they were.

12   But I don't -- like I say, I don't know what the

13   underlying reason was.  I would just be speculating,

14   like I said, and it could be because they wanted to

15   distribute XRP across the community.

16              This was a new -- like many projects in

17   crypto, everybody is looking for adoption and

18   looking to -- to distribute and create a bigger

19   community.  And -- and so it could have also, you

20   know -- that might have been the overarching reason.

21   It may have changed over time.  I don't know.

22   BY MS. WAXMAN:

23       Q.   Did anyone at Ripple ever tell you that

24   they wanted to distribute the XRP and create a

25   bigger community?
```

1          A.   I can't -- I mean, in general terms, yes.

2     I know that part of the reason why we sold XRP on

3     multiple exchanges was for that reason.

4          Q.   And why did Ripple want to do that?

5               MS. ZORNBERG:  Object to form.

6               THE WITNESS:  I think Ripple wanted to

7     have a larger user base and to be known globally.  I

8     suspect.  I mean ...

9     BY MS. WAXMAN:

10          Q.   Did Ripple want to have a larger trading

11     market for XRP?

12               MS. ZORNBERG:  Objection.

13               THE WITNESS:  What do you mean by "trading

14     market"?  Like --

15     BY MS. WAXMAN:

16          Q.   Did Ripple want more people to buy and

17     sell XRP on exchanges?

18          A.   I don't know what Ripple wanted.  I mean,

19     I -- I -- I presume so.  In the context of, you

20     know, becoming more visible and gaining more

21     adoption.

22          Q.   Did Ripple want to extract as much value

23     from its sales of XRP?

24               MS. ZORNBERG:  Objection.

25               THE WITNESS:  I have no way of knowing.  I

1    mean, the question is a bit unclear to me.

2    BY MS. WAXMAN:

3        Q.   Did Ripple want you to sell XRP for as

4    high as a price as possible?

5            MR. HANIN:  Objection.

6            MS. ZORNBERG:  Object to form.

7            THE WITNESS:  I don't know.  I -- how can

8    I know?

9    BY MS. WAXMAN:

10       Q.   Well, when you sold XRP on Ripple's

11   behalf, were you trying to get a low price or were

12   you trying to get as best a price as possible?

13       A.   GSR --

14           MR. HANIN:  Object to form.

15           THE WITNESS:  GSR always tries to give our

16   clients best execution.  So we were trying to sell

17   the XRP at the best possible price.

18   BY MS. WAXMAN:

19       Q.   Did Ripple direct you to try to sell the

20   XRP at the best possible price?

21           MS. ZORNBERG:  Object to form.

22           THE WITNESS:  I -- I don't know how to

23   answer that question.  How could -- how would -- I

24   don't know that they explicitly -- I don't recall

25   them explicitly telling me you have to get highest

1    possible price for us.

2    BY MS. WAXMAN:

3        Q.   Did Ripple want you -- did Ripple want its

4    sales not to exert a negative -- strike that.

5            Did Ripple want its sales not to have a

6    negative impact on XRP price?

7            MS. ZORNBERG:  Object to form.

8            THE WITNESS:  I -- I presume so, yes.

9    BY MS. WAXMAN:

10       Q.   And did you ever discuss that with anyone

11   at Ripple?

12       A.   Discuss what?  How the sales impacted

13   price?

14       Q.   Did you ever discuss with anyone at Ripple

15   having their desire for their sales not to have a

16   negative impact on price?

17       A.   Yes, I probably did, yes.

18       Q.   Okay.  And when did you discuss that with

19   Ripple?

20       A.   During the course of the programmatic

21   sales, but I don't remember any specific dates.

22       Q.   But that was something that you discussed

23   with Ripple?

24           MS. ZORNBERG:  Objection.

25           THE WITNESS:  The impact of selling on the

59

1    price of XRP?

2    BY MS. WAXMAN:

3        Q.   Yes.

4        A.   Yes.

5        Q.   And did you discuss with people at Ripple

6    their desire not to have their sales have it

7    negatively impact the price of XRP?

8            MS. ZORNBERG:  Object to form.

9            THE WITNESS:  It's the same -- isn't that

10   the same question as the previous one?  I mean, yes,

11   we discussed with Ripple that selling would likely

12   impact the price of XRP.

13   BY MS. WAXMAN:

14       Q.   And how -- and what did you discuss with

15   them about the impact that the sales would have?

16       A.   I don't understand.

17           MS. WAXMAN:  Strike that.

18           Exhibit 20, please.

19           Sorry.  Exhibit 3.

20            (Whereupon, Deposition Exhibit ███ 3

21            was marked for identification.)

22   BY MS. WAXMAN:

23       Q.   Mr. ████, I'm showing you what's been

24   marked as ███-3, which is a document with the Bates

25   GSR_11398 through -11405.  It's an email plus an

60

1    attachment dated November 20th, 2015.  You're

2    copied on the email.  And the name of the attachment

3    is called "XRP Sales Optimization."

4            Just take a moment to look at it and let

5    me know when you're done.

6            MR. HANIN:  Do you have another copy?

7            MR. TENREIRO:  I'm sorry, I ...

8            MR. HANIN:  That's okay.  We can share.

9            MR. TENREIRO:  Here you go.

10           MR. HANIN:  Oh, thank you.

11   BY MS. WAXMAN:

12       Q.   Do you need more time?

13       A.   I've read it.

14       Q.   Okay.  Do you recognize the attachment to

15   the email?

16       A.   Yes.

17       Q.   Did you have any involvement in -- strike

18   that.

19           What is the attachment?

20       A.   The PDF attached to the email?

21       Q.   Yes.

22       A.   Is a discussion on -- it's a suggestion on

23   how we might improve the net execution price of the

24   XRP sales.

25       Q.   And did -- did -- why did you -- did you

1    have any involvement in the preparation of the

2    study?

3        A.   Yes.

4            MR. HANIN:  Objection just to the term

5    "study," but you can answer.

6    BY MS. WAXMAN:

7        Q.   And what was your involvement?

8        A.   I don't recall the specifics.  I don't

9    recall the specifics.

10       Q.   And was the study in connection with your

11   execution of programmatic sales on behalf of Ripple?

12           MR. HANIN:  Same objection.

13           MS. ZORNBERG:  Object to form.

14           THE WITNESS:  I believe so, yes.

15   BY MS. WAXMAN:

16       Q.   And what is your understanding of the term

17   "XRP sales opt -- optimization"?  What does that

18   mean?

19       A.   I think that we were suggesting to Ripple

20   how we might improve the net execution price.

21       Q.   And how did you -- how did you suggest to

22   them how you would do that?

23           MS. ZORNBERG:  Object to form.

24           THE WITNESS:  Do you want me to describe

25   what it says in the PDF?

1    BY MS. WAXMAN:

2         Q.   In your own words, please.   What

3    recommendations did you make in order to improve the

4    execution price for XRP?

5         A.   At a high level, we tried to -- what the

6    PDF discusses are some signals that we could take in

7    that would allow our algorithms to sell XRP at times

8    when the price was more advantageous.

9         Q.   And why did you make that suggestion to

10   Ripple?

11        A.   We were providing an execution service,

12   and we were trying to improve the service we were

13   providing.

14        Q.   Did Ripple tell you that they wanted to

15   improve the net execution prices for XRP?

16             MS. ZORNBERG:  Objection.

17             THE WITNESS:  I don't recall.

18   BY MS. WAXMAN:

19        Q.   Did you recommend that Ripple switch to a

20   more dynamic formula for selling their XRP?

21        A.   In page 3, it says in bold:

22             "We propose switching from a

23             static formula to a dynamic formula

24             that takes into account demand for

25             XRP and new money into the Ripple

1              network."

2              So in that context, I guess I would say

3    yes.

4         Q.   And what does it mean to switch to a

5    dynamic formula?

6         A.   You mean what is the difference between

7    static and dynamic?

8         Q.   No.  What would GSR do by switching to a

9    dynamic formula?

10         A.   Again, rather than use a static amount of

11    supply introduction, we would use signals like new

12    money coming into the Ripple network to determine

13    when we thought it made more sense to add supply.

14         Q.   And would that also mean that as XRP price

15    was rising, you would sell more XRP?

16         A.   Not necessarily.

17         Q.   Why not?

18         A.   What this is describing is calibrating the

19    sales to new capital entering the network, not to

20    any price action.

21         Q.   So if there was new supply entering the

22    network, would you increase the sales?

23         A.   I think that was the general gist of this.

24         Q.   And was Ripple -- did you also suggest

25    ways to reduce any negative pressure on XRP price?

1          A.   Do you mean in this document?

2          Q.   Yes.

3          A.   I'd have -- I'd have to read it much more

4     carefully, but I don't think -- specifically, no.

5     But at a high level, improving the execution price

6     is not very different from trying to reduce the

7     negative pressure on something that you're trying to

8     sell.

9          Q.   Were you suggesting ways to stabilize the

10    XRP price if it was heading in a negative direction?

11              MR. HANIN:  Again --

12              MS. ZORNBERG:  Objection.

13              MR. HANIN:  -- in the document or

14    generally?

15              MS. WAXMAN:  In the document.

16              MS. ZORNBERG:  Objection in that the SEC

17    can point the witness towards anything it's

18    particularly asking about.  And the witness has

19    already indicated that he hasn't taken the time to

20    review it in detail.

21              THE WITNESS:  I don't see that in this

22    document, Daphna.

23    BY MS. WAXMAN:

24         Q.   Okay.  If you go to page 6 of the

25    document, under the subheading "Increase Liquidity."

1      A.   Okay.

2      Q.   Were you recommending that you just

3  increase the buying and selling on the Ledger during

4  the time period?

5      A.   The last sentence reads:

6             "In the past, increased

7             liquidity has resulted in increased

8             market participation and the

9             assumption of more risk by market

10            players - resulting in more XRP

11            buyers."

12            So it's a statement that -- it is what it

13  is.  We're saying that in the past, when we see more

14  liquidity, there seems to be more trading volume.

15  And -- and I'm saying it's possible that more

16  trading volume attracts more market participants.

17      Q.   Did you recommend that Ripple increase the

18  trading volume on the Ledger through the market

19  making?

20      A.   I don't think Ripple --

21          MS. ZORNBERG:  Objection.

22          THE WITNESS:  -- could have any impact on

23  the trading volume, per se.  Right?  Ripple wasn't

24  trading.

25  / /

1    BY MS. WAXMAN:

2         Q.    What conclusions did -- if you

3    see -- strike that.

4              See at page 6, there's a paragraph --

5    subheading called "Conclusions."  Can you read that

6    into the record, please?

7         A.         "Given current levels of money

8                    entering the Ripple network, it is

9                    very difficult to continue selling

10                   XRP at the current pace without

11                   affecting the value of XRP.  By

12                   switching from a static selling

13                   formula to the dynamic one

14                   proposed, and adopting the improved

15                   execution measures outlined, we

16                   believe Ripple Labs can expect at

17                   least a 4 percent better execution

18                   price.  More importantly, we

19                   believe this new selling formula

20                   will have a less detrimental effect

21                   on XRP price so the net cumulative

22                   effect of the daily savings will be

23                   much larger."

24        Q.    So did Ripple agree to move forward with

25    the recommendations that you proposed?

```
 1          A.   I don't think so, no.

 2          Q.   And why don't you think so?

 3          A.   Why they didn't?  I don't know.

 4          Q.   And which specific recommendation did they

 5     not want to move forward with?

 6               MS. ZORNBERG:  Object to form.

 7               THE WITNESS:  I don't think we ever

 8     implemented this dynamic signal as a function of new

 9     money coming in.

10     BY MS. WAXMAN:

11          Q.   Did you --

12          A.   In fact, I know we didn't.

13          Q.   Did you ever implement any other measures

14     to get a better execution price for XRP?

15          A.   I think so.

16          Q.   And what measures?

17          A.   I think, for example, on page 6, under

18     "Improve Execution Price," it talks about adding

19     other crosses.  And if I remember correctly, over

20     time we added more crosses, the same way we added

21     more venues.

22          Q.   Was there anything else you -- other

23     measures that you implemented to improve net

24     execution price for XRP?

25          A.   At a high level, we -- we do a lot of
```

68

 1    execution services, and the quanting that I was

 2    referring to earlier is constantly working on

 3    fine-tuning and improving our ███████ so that we

 4    can provide best execution for all of our clients,

 5    not just Ripple.  So at a high level, it doesn't

 6    stop.  It's a continuous effort.

 7         Q.   With respect to Ripple, and at this time

 8    period, were there any other -- which is at the end

 9    of 2015, were there any other measures that you

10    implemented in connection with improving net

11    execution for XRP?

12         A.   Similarly, back then we didn't have as big

13    of a quant team, but we were always fine-tuning our

14    ███████.  So it is possible that we made changes

15    to the ████ so that we could do a better job for our

16    clients.

17         Q.   And was there any specific change that you

18    recall that was specific to Ripple?

19              MS. ZORNBERG:  Object to form.

20              THE WITNESS:  I don't recall.  I'm sorry.

21    BY MS. WAXMAN:

22         Q.   At the bottom of page 6, it says "Non-2t/s

23    Related Measures."

24              Is this also a recommendation that you've

25    made in connection with your -- in connection with

1    improving the net execution price of XRP?

2            MS. ZORNBERG:  Object to form.

3            THE WITNESS:  No.

4    BY MS. WAXMAN:

5        Q.   Why do you say no?

6        A.   Because these related measures don't

7    relate to net execution price.

8        Q.   Right.  I understand that these measures

9    were not something that you could incorporate as

10   part of an ███████, but my question is, did you

11   also make this recommendation to improve net

12   execution prices?

13           MS. ZORNBERG:  Objection.  Asked and

14   answered.

15           THE WITNESS:  No, it wasn't to improve net

16   execution price.

17   BY MS. WAXMAN:

18       Q.   What was the recommendation that you made

19   under that subheading?

20       A.   In point number 1, we suggest publicizing

21   that Gatehub was operating a new gateway because

22   ███████ had ceased operations.

23           And in point number 2, we're talking about

24   the -- the Ripple desktop client, which is what many

25   people in the community use to access the consensus

1    Ledger.

2         Q.    In point number 1, the second sentence

3    says:

4                    "In our view, the most

5               important factor for improving XRP

6               price is the available money in the

7               RN."

8               RN is Ripple network?

9         A.    Correct.

10        Q.    Then it says:

11                   "As such, any efforts to allow

12              investors/traders to deposit funds

13              in the RN should be pursued."

14              Are you talking about investors in XRP

15   when you talk about available money in the Ripple

16   network?

17        A.    No.  No.  I appreciate it says investors

18   and traders, but I think what -- it would have been

19   more accurate to say market participants.

20        Q.    And when you say "market participants," do

21   you mean people who would buy and sell XRP?

22        A.    Yes.

23        Q.    And why did you think that would lead to a

24   better net execution price for XRP?

25        A.    I didn't say that it was going to lead to

```
 1    a better net execution price.  I said -- here

 2    it's -- the gist of this is different.  The idea

 3    is -- I'm sure you're familiar that Ripple Consensus

 4    Ledger had gateways, and the gateways would allow

 5    market participants to enter and interact with the

 6    Ledger.  So what we're saying here is the more

 7    gateways there are, the more people who can interact

 8    with the Ledger and use Ripple.

 9        Q.    You use the word "investors" and

10    "traders."  Are you saying that investors and

11    traders mean gateways?

12            MS. ZORNBERG:  Object to form.  Misstates

13    the witness's prior testimony.  He said he

14    participated in preparing this document.  He didn't

15    say he wrote it.  You're using the word "you."

16            THE WITNESS:  As I said, I think instead

17    of investors and traders, it should have read

18    "market participants."  This is connected to what we

19    discussed earlier about adoption.  With a new

20    technology, you need to make it available for people

21    to use, and back in -- whenever this was, 2015, I

22    believe, it wasn't easy to access Ripple.  And

23    all -- I think what this statement is getting at is

24    that the more gateways there are, the more people

25    who can actually use Ripple.
```

1   BY MS. WAXMAN:

2        Q.   And are the more gateways and the more

3   people who use Ripple, did you think that would lead

4   to an improved XRP price?

5        A.   In the context that as more users come in

6   and want to use it, as they come in and they

7   purchase XRP, the price will probably react

8   favorably.

9             MS. ZORNBERG:  If I may, just one point of

10  clarification.  The witness testified that the more

11  people who use Ripple.  Can we just clarify, did he

12  mean --

13            MR. TENREIRO:  You can ask him, Lisa.  You

14  can ask him.  He's talking about what he

15  understands.

16            MS. ZORNBERG:  Okay.

17            MR. TENREIRO:  I know you don't like it.

18  You can ask him --

19            MS. ZORNBERG:  It's nicer to clean it up

20  here because if the term "Ripple" is used to

21  describe Ripple Ledger, Ripple network, Ripple Labs

22  the company --

23            MR. TENREIRO:  Lisa --

24            MS. ZORNBERG:  -- I think it's

25  appropriate.

73

```
 1              MR. TENREIRO:  -- stop.

 2         Go on.

 3              MS. ZORNBERG:  Okay.  We can ask later.

 4    I'm sorry you don't want a clear transcript.

 5              MR. TENREIRO:  It's clear.  He sees it as

 6    one thing.  That's -- it's pretty clear.

 7              MS. ZORNBERG:  Disagree.

 8              MR. TENREIRO:  Okay.  Then ask him the

 9    questions.

10              MS. ZORNBERG:  Will do.

11    BY MS. WAXMAN:

12         Q.   How were Ripple's sales targets set?

13              MS. ZORNBERG:  Object to form.

14              THE WITNESS:  Who sets the targets?

15    BY MS. WAXMAN:

16         Q.   Who set them?

17         A.   Ripple sets the targets.

18         Q.   And how were -- and how were they set?

19         A.   I think over time, it hasn't -- you know,

20    I think -- if I remember correctly, in the

21    beginning, the first several weeks or months, we

22    might have -- I think there may have been dollar

23    targets.  And then over time, it moved to be a

24    function of the real ███████████ of XRP.

25         Q.   And were there dollar targets and
```

1    percentage targets, were those used at the same

2    time?

3              MS. ZORNBERG:  Object to form.

4              THE WITNESS:  I don't think so.  I don't

5    recall it being that way.

6    BY MS. WAXMAN:

7        Q.   And -- and how did Ripple determine what

8    percentage to sell on a particular exchange?

9              MR. HANIN:  Objection.

10             THE WITNESS:  You mean on an absolute

11   basis or one exchange relative to another exchange?

12   BY MS. WAXMAN:

13       Q.   Let's start with one exchange relative to

14   another exchange?

15             MS. ZORNBERG:  Objection.  Lack of

16   foundation.

17             THE WITNESS:  I think the sales were a

18   function of the -- of the total trading volume.  So

19   if one exchange had twice as much total trading

20   volume as another exchange, that exchange -- the

21   first exchange would have twice as many sales.

22   BY MS. WAXMAN:

23       Q.   Did they sell the same percentage of XRP

24   on every exchange?

25       A.   No.

1          MS. ZORNBERG:  Object to form.

2          THE WITNESS:  By definition, the amount of

3   XRP that would be sold at any given exchange would

4   be proportional to the total trading volume of XRP

5   on that exchange relative to the rest.

6   BY MS. WAXMAN:

7       Q.   Okay.  Now, going back to something we

8   spoke about earlier, did you ever make a

9   recommendation to Ripple to reduce its sales as a

10  percentage of total trading volume?

11      A.   Yes.

12      Q.   Okay.  And why would you make that

13  recommendation?

14          MS. ZORNBERG:  Object to form.

15          THE WITNESS:  Why would we have

16  recommended Ripple reduce sales?  I presume it would

17  have been during a moment in time when the adverse

18  market conditions.  As I'm sure you're aware of,

19  there's been a lot of volatility in crypto over the

20  years, and times when the market is -- is, you know,

21  very soft and everybody is looking to take risk off,

22  it doesn't make sense to add supply.

23  BY MS. WAXMAN:

24      Q.   Was the recommendation in order for

25  Ripple's sales not to have an impact on XRP price?

1        A.   I'm not really -- that's -- that isn't

2   exactly correct.  You know, when you sell something

3   or you add supply, chances are you are going to

4   impact the price, right?  The opposite is true when

5   you're buying.

6        Q.   But my question is, why would you make

7   that recommendation to Ripple to reduce its sales as

8   a percentage of total trading volume?

9             MS. ZORNBERG:  Object to form and asked

10   and answered.

11             MS. WAXMAN:  I don't think he answered the

12   question.

13             MS. ZORNBERG:  And object to "would."

14             THE WITNESS:  I think there is a --

15   liquidity in crypto has developed over the years.

16   It's still -- compared to traditional finance,

17   there's a lot less liquidity in crypto than there is

18   in traditional finance.  And particularly back in

19   2015 and 2016, when you look at the notional value

20   of Ripple's XRP holdings versus the available

21   liquidity in the market, it just didn't seem like a

22   sensible thing to do to continue selling.  You know,

23   when the market is very weak, it doesn't make sense

24   to be hammering it and adding supply.  It's not

25   constructive.

1    BY MS. WAXMAN:

2         Q.   So would the increased supply have a

3    negative impact on the price?

4         A.   Typically, when you add supply of

5    anything, you know, this is economics 101, right?

6         Q.   So that -- so -- and so you thought that

7    by adding supply into the market, Ripple could

8    negatively impact XRP price?

9              MS. ZORNBERG:  Object to form.

10             THE WITNESS:  I mean, yes.

11   BY MS. WAXMAN:

12        Q.   And when you thought that, you recommended

13   that Ripple reduce its sales as a percentage of

14   total trading volume?

15        A.   Yes.

16        Q.   Did you ever recommend that Ripple pause

17   its XRP sales?

18        A.   Yes.

19        Q.   And did you make that recommendation for

20   the same reason that you made the recommendation to

21   reduce the percentages?

22        A.   In all likelihood.

23        Q.   Did you ever recommend that Ripple

24   increase the percentage of its sales?

25        A.   I don't recall.  It's possible.

```
 1          Q.   And why would you make that

 2   recommendation?

 3               MR. HANIN:  Objection.

 4               THE WITNESS:  If I made it, probably for

 5   the opposite reason.  In a time when there is

 6   increased liquidity and good price action.

 7   BY MS. WAXMAN:

 8          Q.   And would that allow Ripple to extract

 9   more dollars from their sales?

10          A.   If they sell --

11               MS. ZORNBERG:  Object to form.

12               THE WITNESS:  -- one unit of XRP at a

13   higher price, by definition, it will result in

14   higher dollars.

15   BY MS. WAXMAN:

16          Q.   And if there was a higher trading volume

17   and they increased the percentage, would that also

18   allow them to sell more?

19               If the --

20               MS. ZORNBERG:  Object to form.

21               THE WITNESS:  Again, if the sales are a

22   function of trading volumes and trading volumes are

23   higher, then by definition more XRP will be sold, so

24   more dollars will be received.

25   / /
```

79

1    BY MS. WAXMAN:

2        Q.   And did you ever make this recommendation

3    to Ripple?

4            MR. HANIN:   Objection.

5            THE WITNESS:   Which recommendation?

6    BY MS. WAXMAN:

7        Q.   To increase the percentage of its sales.

8        A.   As I said earlier, it's possible.  I don't

9    recall.

10           MS. WAXMAN:   Exhibit 23, please.

11              (Whereupon, Deposition Exhibit ███ 23

12            was marked for identification.)

13           MR. HANIN:   Thank you.

14   BY MS. WAXMAN:

15       Q.   Mr. ████, I'm showing you what's been

16   marked as Exhibit ██ 23, which is a document with

17   the Bates number GSR_1999, and it's an email from

18   you to employees at Ripple and ████████ dated

19   October 11th, 2016.  It's an email chain.

20           Is this an example of a time where you

21   recommended that Ripple increase the percent of its

22   sales in connection with an increase in price in

23   XRP?

24       A.   I'm not sure.  It says:

25              "Bot 2t was adjusted back to

1          ███████████ ."

2          So perhaps --

3      Q.   I want you to focus on the bottom email,

4  the email at 1640.

5      A.   Yeah.

6      Q.   Can you read what you wrote, into the

7  record, in that bottom email?

8      A.   "Good morning all, XRP prices have

9  increased significantly overnight.  We believe it is

10  due to erroneous CoinMarketCap reporting, likely

11  aided by a glitch in Ripple charts.  Since volumes

12  remain strong, and there seems to be significant

13  buying interest, we are increasing 2t's XRP

14  introduction rate in order to extract more USD."

15      Q.   So is this an example of a time where you

16  recommended that Ripple increase the percent of its

17  sales in relation to an increase in XRP price?

18      A.   Well, the reason I was -- as you can see

19  in the beginning of the email, when I say, "Bot t

20  was -- 2t was adjusted back to ██████████," it's

21  possible that the baseline rate was ███, and we had

22  dropped below that ███ because of adverse market

23  conditions.  And then on October 10th at 1640,

24  market conditions are good again, so we bring it

25  back up to the ████████████.  I don't know if

1    we were going above the baseline or just coming back

2    to it.

3         Q.   The -- my understanding is the bottom

4    email occurred, the increase occurred before the top

5    email.  So the top email is from October 11th and

6    the bottom email is on October 10.

7              So first there's an increase, and then

8    going back.

9              MS. ZORNBERG:  Objection.

10             THE WITNESS:  I don't -- I can't -- I

11   don't know.  6:30 p.m. Pacific is 3:30 a.m.

12   BY MS. WAXMAN:

13        Q.   Regardless of whether -- regardless of the

14   starting point, if you were going above baseline or

15   just coming back into it, you were recommending an

16   increase, correct?

17        A.   Correct.

18        Q.   Okay.  And the increase was related to an

19   increase in XRP price?

20             MS. ZORNBERG:  Objection.  Misstates the

21   document.

22             THE WITNESS:  It references volumes and

23   prices.

24   BY MS. WAXMAN:

25        Q.   So in your -- in your own words, after

1    reading this email, why did you make the

2    recommendation to increase the percent?

3              MR. HANIN:  Object.  Same objection.

4              THE WITNESS:  High level, as it says in

5    the email, XRP prices have increased significantly

6    overnight.  Volumes remain strong.  There seems to

7    be significant buying interest.

8              All of these factors point to a recovery

9    in market conditions.

10   BY MS. WAXMAN:

11        Q.   And this would allow Ripple to extract

12   more USD?

13        A.   It would -- if we increase the sales of

14   XRP and the price of XRP has gone up, by definition,

15   the rate of dollars will go up too.

16        Q.   And was that something that Ripple wanted

17   to do?

18              MS. ZORNBERG:  Object to form.

19              THE WITNESS:  When you say "Ripple wanted

20   to do," they wanted to -- can you be a bit more

21   specific?

22   BY MS. WAXMAN:

23        Q.   To extract more USD from its sales of XRP.

24        A.   I'm not sure I would characterize it like

25   that.  This is more us trying to help get a better

83

1    execution price.

2          Q.   So you were trying to extract more USD on

3    behalf of Ripple?

4          A.   We were trying -- yes.  We were trying

5    to -- exactly.

6          Q.   And did Ripple tell you to do that?

7          A.   I think I answered that question earlier.

8    I don't recall them specifically asking me to do

9    that, but it's my understanding that when I am the

10   execution agent, I try to provide our client -- we

11   try to provide our clients with the best possible

12   execution.

13         Q.   That's your function?

14         A.   (Nods head.)

15              MR. HANIN:  Objection.

16   BY MS. WAXMAN:

17         Q.   Have you ever used the term "tactical

18   selling"?

19         A.   I believe so.

20         Q.   And what does that mean?

21         A.   Tactical refers to something that is done

22   in, you know, discrete moments in time.

23         Q.   And what is the purpose of -- of doing

24   trading -- is it trading in discrete moments in

25   time?

84

1          A.    It can refer to anything.  But yeah, I

2     guess it refers to trading in discrete moments in

3     time.

4          Q.    Okay.  And would you ever recommend that

5     Ripple engage in tactical selling of XRP?

6               MS. ZORNBERG:  Object to form.

7               THE WITNESS:  Would I ever recommend or

8     did I ever?

9     BY MS. WAXMAN:

10         Q.    Did you ever recommend that Ripple engage

11    in any tactical selling of its XRP?

12         A.    I don't recall.

13         Q.    And if you did, what would you mean by

14    that?

15              MS. ZORNBERG:  Objection to the

16    speculative nature of the question.

17    BY MS. WAXMAN:

18         Q.    What is the purpose of tactical selling?

19         A.    In general, in a general context, somebody

20    might engage in tactical selling because market

21    conditions have changed, and there's an opportunity

22    to take advantage of the change in the conditions.

23         Q.    So the opportunity would -- you would have

24    an opportunity to extract a higher price from the

25    sales?

85

```
 1        A.   Potentially.  If you were doing a selling
 2   program, yes, that would -- that could be one of the
 3   goals.
 4        Q.   Okay.
 5             MS. WAXMAN:  Exhibit 20, please.
 6             MR. HANIN:  Daphna, we've been going well
 7   over an hour and a half.  Whenever is a good time
 8   for a break.
 9             MS. WAXMAN:  Let's take a break now.
10   We're off the record.
11             THE VIDEOGRAPHER:  We're off the record at
12   9:57 a.m.
13             (Whereupon, a recess was taken.)
14             THE VIDEOGRAPHER:  We're going back on the
15   record at 10:11 a.m.
16   BY MS. WAXMAN:
17        Q.   Mr. ███, I want to circle back to a topic
18   we were talking about, just briefly, the market
19   making in the early period of 2013 and 2014.
20             With respect to the market making
21   activities that GSR conducted at that time on the
22   Ripple consensus network [sic], is it fair to say
23   that on a very basic level, the service that GSR was
24   providing was simply buying and selling XRP?
25             MS. ZORNBERG:  Object to form, and you
```

1    said "Ripple consensus network."

2    BY MS. WAXMAN:

3        Q.   Ripple Consensus Ledger.

4        A.   It wasn't just XRP, though.  As I

5    mentioned earlier, we traded multiple crosses and

6    sometimes those crosses didn't have XRP.

7    BY MS. WAXMAN:

8        Q.   Were you trading XRP -- those other

9    crosses, in the same percent that you were trading

10   XRP?

11       A.   I don't recall.  On a general -- at a high

12   level, if we were trading, let's say, eight crosses,

13   and the balance shifted too much from one side to

14   the other, a way to rebalance our assets might have

15   been by using another cross.  So depending on the

16   day, those ratios could move a lot.

17       Q.   The trading in the other crosses, but were

18   they all related to buying and selling XRP?

19       A.   Not really, because if I remember

20   correctly, you know, we were supposedly to provide

21   liquidity on a number of crosses.  I don't think --

22   I'm not sure that they all had XRP in them, you know

23   what I mean?

24           MS. WAXMAN:  Okay.  Exhibit 20, please.

25   / /

87

```
 1              (Whereupon, Deposition Exhibit ███ 20

 2         was marked for identification.)

 3  BY MS. WAXMAN:

 4       Q.   Mr. Gil, I'm showing you what's been

 5  marked as ███ 20, which is a document with the Bates

 6  GSR4553 through -555.  It's an email string where

 7  you're copied on from September 20th, 2016 and

 8  September 21st, 2016.

 9              Just take a moment to read the email and

10  let me know when you're done.

11              At a very high level, was Ripple directing

12  GSR to purchase XRP, in this email chain?

13       A.   Yes.

14              MS. ZORNBERG:  Objection.

15  BY MS. WAXMAN:

16       Q.   Okay.  And what was the purpose of having

17  GSR purchase XRP?

18              MS. ZORNBERG:  Objection to misstatement

19  of the document.

20              THE WITNESS:  I don't know.  On page -- on

21  the second page, ███████ writes:

22                  "The goal is not price impact

23              but volume."

24              But I don't know what Ripple was thinking.

25  I don't know if what ███████ wrote corresponded to
```

1    what Ripple was thinking.

2    BY MS. WAXMAN:

3        Q.   Okay.  Outside of this document, separate

4    and apart from the document, earlier you -- strike

5    that.

6            Earlier you testified that during the --

7    at the time that GSR was executing programmatic

8    sales, you also purchased XRP on behalf of Ripple.

9        A.   There were times when, yes.

10       Q.   Okay.  And at a very high level, what was

11   the purpose of those -- of the buying?

12           MS. ZORNBERG:  Object to form.

13           THE WITNESS:  At a high level, why was

14   Ripple instructing us to buy XRP?  What was the

15   underlying reason why they wanted to buy it back?

16           MS. WAXMAN:  Correct.

17           MS. ZORNBERG:  And what's the point in

18   time?

19           MS. WAXMAN:  We just established that this

20   was during the period that GSR was engaging in

21   programmatic sales.

22           THE WITNESS:  It's -- yeah.

23           MS. ZORNBERG:  Objection.

24           THE WITNESS:  I can't say with any

25   certainty why Ripple was choosing to buy back at the

1    given moment in time.

2    BY MS. WAXMAN:

3        Q.   Did they tell you what the purpose of the

4    buying was?

5        A.   Not that I can recall.  I mean, I can see

6    what ████████ wrote on that email, but ...

7        Q.   Separate and apart from this email, did

8    you have any understanding why Ripple was directing

9    GSR to buy XRP?

10          MS. ZORNBERG:  Objection.  Do you want to

11    fix a time?

12          MS. WAXMAN:  We're talking about, and I've

13    clarified twice already that we're talking about the

14    period in which GSR was executing programmatic

15    sales.  That hasn't changed from two questions ago.

16    That's the time period.

17          MS. ZORNBERG:  Objection.  I think you

18    need to fix a time based on the witness's response.

19    BY MS. WAXMAN:

20        Q.   Do you understand the question?

21        A.   Yes, Daphna.  And similarly to earlier

22    when I described -- you asked me about why Ripple

23    wanted to sell XRP and I said it could be for any

24    number of reasons.  The same thing applies here.

25    They -- I have no way of knowing why Ripple would

1   want to buy more XRP.  It could be because they have

2   a view on -- it's a proprietary trade, right?

3   They're buying something that they think is going to

4   go up in value.  It could be because they needed

5   more XRP for some other function.  I have no idea.

6        Q.   Did Ripple ever tell you that the purpose

7   of the buying was to stabilize XRP's price?

8        A.   It's possible, yes.

9        Q.   Did you have any conversations in which

10  Ripple relayed that to you?

11       A.   I'm trying to remember.  At a high level,

12  we were -- as I described earlier, there's this big

13  disconnect, right, between the available liquidity

14  in the market and the notional value of XRP

15  outstanding.  And -- and a big part of -- I think an

16  important part of -- of the sales program was to do

17  it in a constructive and measured manner so that it

18  was something that was sustainable over time.

19            We tried to have fair and orderly markets.

20  So, you know, it stands to reason that if -- if

21  there are very adverse market conditions, we would

22  slow down the selling.  At the limit you could say

23  that if the market was in free fall, perhaps it made

24  sense to step in and be a buyer, 'cause you are, you

25  know, a liquidity provider.

1        Q.   And by buying, would you prevent the

2   market from falling further?

3        A.   That would depend on --

4             MS. ZORNBERG:  Objection.

5             THE WITNESS:  It would depend on how much

6   capital you had to buy, obviously.  You know, if --

7   you can step in and bid X amount, but once you've

8   been sold X amount, if there are more sellers, the

9   price will continue going down.

10  BY MS. WAXMAN:

11       Q.   Putting aside whether the buying actually

12  would result in the desired effect, was it the -

13  was the purpose to prevent the market from falling

14  further?

15       A.   It's --

16            MS. ZORNBERG:  Object to form.

17            THE WITNESS:  Like I said, it's possible

18  that that was the objective, but I can't know with

19  any certainty that that's -- any given instant

20  that's why they were doing it.

21  BY MS. WAXMAN:

22       Q.   Did they ever tell you that's why they

23  were doing it at any point in time?

24            MS. ZORNBERG:  Objection.

25            THE WITNESS:  I don't recall.  It's

92

1    possible.

2    BY MS. WAXMAN:

3        Q.   Did you ever recommend that Ripple

4    purchase for that reason?

5        A.   Probably, yes --

6        Q.   Okay.

7        A.   -- because it's --

8        Q.   And did you ever recommend that Ripple

9    purchase XRP in the market in order to increase the

10   price of XRP?

11           MS. ZORNBERG:  Objection.

12           THE WITNESS:  To increase the price of

13   XRP?  That's possible.

14   BY MS. WAXMAN:

15       Q.   Did Ripple ever direct you to purchase in

16   order to increase the price of XRP?

17       A.   I don't recall them -- not the way you

18   phrased it, no.

19       Q.   Do you recall it in any other phrasing?

20           MS. ZORNBERG:  Objection.  I think you

21   have to ask the question.

22           MS. WAXMAN:  I just did.

23           MS. ZORNBERG:  Objection to form.

24           THE WITNESS:  I don't recall Ripple asking

25   me -- asking us to make the price of XRP go up, if

1    that's the question.

2    BY MS. WAXMAN:

3        Q.   Okay.  And do you recall any other -- what

4    reasons did Ripple give you for them -- for wanting

5    to buy XRP?

6        A.   Like I said earlier, I don't think that

7    they gave me any reasons.  We were an execution

8    agent.  We were -- if Ripple said sell, we would

9    sell.  They didn't necessarily have to give us any

10   reasons.

11              THE VIDEOGRAPHER:  You're covering --

12              THE WITNESS:  Oh, I'm sorry.

13   BY MS. WAXMAN:

14       Q.   Did you ever recommend that Ripple

15   purchase XRP in order to create an appearance of an

16   active trading market?

17              MS. ZORNBERG:  Object to form.

18              THE WITNESS:  I don't think so.  No.  I

19   mean, what do you mean when you say "an appearance"?

20   BY MS. WAXMAN:

21       Q.   Did Ripple -- did Ripple ever instruct you

22   to buy XRP in order to increase the number of trades

23   in XRP?

24              MS. ZORNBERG:  Object to form.

25              THE WITNESS:  I don't think so.  I don't

94

1    really understand the question, though.  It's ...

2    BY MS. WAXMAN:

3         Q.   Okay.  That's fair.

4              Going back to the document on the last

5    page, last email, are they recommending -- or are

6    they talking about buying XRP after a Ripple

7    announcement?

8         A.   In point 2, it says:

9                   "Current thinking is that we

10                  should use our full ███████ in

11                  the first 24 hours post

12                  announcement on Thursday."

13             So I -- it is possible, yes.

14        Q.   Okay.  And other than this instance, did

15   Ripple instruct GSR to purchase XRP following

16   certain announcements?

17        A.   I -- I don't recall, Daphna.  It's

18   possible.

19        Q.   And did you have an understanding why they

20   would want to purchase XRP following an

21   announcement?

22        A.   Do I know why specifically?  No, I don't

23   know why.

24        Q.   And would this -- are they referring to a

25   Ripple announcement?

1          MR. HANIN:  Object to form.

2          MS. ZORNBERG:  Object to form.

3          THE WITNESS:  I have no idea.

4    BY MS. WAXMAN:

5       Q.   At the second -- at the top of the page,

6    at the -- your next email, at the very -- at 12:14,

7    at the very end of the email, you say:

8               "I would recommend increasing

9          the buying size in order to improve

10          the chances of having a lasting

11          effect on XRP prices."

12          Is that why you made the recommendation?

13       A.   What recommendation?

14       Q.   Increasing the buying size.

15       A.   So what is the question?

16       Q.   Did you want to increase the buying size

17    in order to have a lasting effect on XRP price?

18          MR. HANIN:  Objection.

19          THE WITNESS:  I think -- I'm guessing, and

20    I -- again, it's speculation because I don't know

21    what was happening on or around September 20th,

22    2016.  But this is -- what we discussed earlier, in

23    a market that is -- I'm guessing that the market had

24    been trading very softly.  When somebody steps in to

25    buy to provide support to the market, what they are

```
1     hoping is to stop this free fall, right?  So to have

2     a lasting effect ...

3     BY MS. WAXMAN:

4          Q.   Okay.  Going to ████████ s email in the

5     middle of the page, she writes, at the very last

6     sentence:

7                     "Just to reiterate following

8               our last call, the goal is not

9               price impact but volume."

10              What did you understand that to mean?

11         A.   I have no idea what I understood it to

12    mean back then, but even now, it's not clear to me.

13    She's saying "the goal is not price impact but

14    volume."  Volume of XRP trading, that particular

15    cross on any given exchange?  I have no idea.

16         Q.   Did she want to increase the volume of XRP

17    trading at the time?

18              MS. ZORNBERG:  Objection.  Asked and

19    answered.

20              THE WITNESS:  Again, I -- all I know is

21    what she wrote here, and I'm not sure what she means

22    when she says "volume," because it could refer to

23    any number of different things.

24    BY MS. WAXMAN:

25         Q.   And what could it refer to?
```

97

```
1          A.   It could be the volume of XRP trading

2     against a particular cross, on a specific exchange,

3     in general.

4          Q.   Could it mean all of those things?

5          A.   And many more.  I mean, it's completely

6     undefined.

7          Q.   Well, other than the two things you

8     mentioned, could it mean anything else?

9               MR. HANIN:  Objection.

10              THE WITNESS:  I mean, I guess I don't

11    understand the question.

12              MS. WAXMAN:  Okay.  Exhibit 22, please.

13                (Whereupon, Deposition Exhibit █ 22

14                 was marked for identification.)

15              THE WITNESS:  Thank you.

16    BY MS. WAXMAN:

17         Q.   Mr. █, I'm showing you what's been

18    marked as Exhibit █ 22 which has the Bates GSR_9169

19    through -9175.  I'm only going to ask you about the

20    very top email on the first page, but feel free to

21    take a look at the entire document.

22                At the very bottom of the email -- first

23    of all, what is this email about?

24         A.   Well, the first sentence -- well, the

25    subject says "Rebate Program," but I mean I haven't
```

1    read the whole thing.  The first sentence says:  "We

2    thought the bug that allowed unfunded offers to be

3    posted had been fixed months ago."

4              I'd have to read the whole email to

5    remember what that bug was.

6         Q.   Were you expressing a concern about XRP

7    price in the email?

8              MS. ZORNBERG:  Object to form.

9              THE WITNESS:  In the second paragraph, I

10   say:

11                   "I am very concerned that the

12                   price of XRP will continue to fall

13                   tomorrow."

14             That kind of implies the price of XRP was

15   on a downward trajectory.

16   BY MS. WAXMAN:

17        Q.   Were you concerned that accumulative

18   selling by Bots 2, 4 and 6 would further depress the

19   price?

20        A.   Yes, in the next sentence I say that.

21                   "Cumulative effect of Bots 2,

22                   4 and 6 are probably took much for

23                   the market to handle right now."

24        Q.   And was Bot 2 related to Ripple's sales?

25        A.   Correct.

```
 1          Q.   And was Bot 4 related to sales by someone

 2     else?

 3          A.   Correct.

 4          Q.   And whose sales?

 5          A.   I believe Bot 4 is Chris Larsen.

 6          Q.   And what about Bot 6, whose sales were

 7     related to that?

 8          A.   I believe that's Rippleworks.

 9          Q.   And did you meet -- as a result of these

10     concerns, did you make a recommendation to Ripple?

11          A.   I mean --

12          MS. ZORNBERG:  Objection to form.  Are you

13     asking him to interpret the email or if he has an

14     independent recollection, asking him to read the

15     email?

16     BY MS. WAXMAN:

17          Q.   In the email, do you make a

18     recommendation?

19          A.   The email says:

20               "As I said to ████

21               yesterday, I think the potential

22               damage from selling now outweighs a

23               positive effect of purchasing the

24               400K tranche in a few weeks."

25               So I guess I am implying that maybe it
```

```
1    doesn't -- that we should -- the sales should be
2    reduced.  It's not very explicit.
3         Q.   Or the sales should be paused?
4         A.   Actually, in the next paragraph, it says:
5                   "As such, we would recommend
6              delaying the XRP sales."
7         Q.   And then at the very bottom, the last
8    sentence says:
9                   "It's important that we
10             establish higher trading prices
11             after all this positive news."
12        A.   Mh-hmm.
13        Q.   What did you mean by that?
14        A.   I think -- I don't mean we in the context
15   of GSR or Ripple or any -- I just mean like the
16   broader "we."  We see higher prices.
17        Q.   Well, it says we established.  When you're
18   talking about "we" -- who are you talking about
19   establishing higher prices?
20        A.   That's what I'm saying.  I'm not saying
21   that we or Ripple or any of us have the ability to
22   establish higher prices.  I think what we're
23   referring to is we, the market as a whole, get to
24   see higher prices.
25        Q.   Are you recommending the buying in order
```

1     to establish higher prices?

2          A.    No, I don't think so.

3          Q.    Well --

4          A.    I think what was -- what should be written

5     there, instead of "we establish" is that "we

6     observe."

7          Q.    Okay.  And why should that have been

8     written instead of "we established"?

9          A.    Because this can lead to

10    misinterpretation.  I wouldn't want anybody to think

11    that we, ourselves, were going to establish some

12    kind of a price.

13         Q.    Why would you care to observe higher

14    trading prices?

15         A.    A lot of the market chatter analysis in

16    crypto is technical analysis, right, where people

17    look at different levels.  And this .006, that's

18    sixth-tenths of a penny, for XRP I think was an

19    important technical level.  You know, support,

20    resistance, those types of things.

21         Q.    So --

22         A.    I get -- what I was trying to say in this

23    last sentence is, we want to have a constructive

24    market for XRP.  That .006 level is an important

25    support level.  So I think it's good for all -- you

102

1       know, it would be good for us to observe that XRP

2       holds that support level.

3              Q.   And important for whom?

4              A.   Like the market ecosystem.  You know, to

5       illustrate this, in crypto, market participants tend

6       to have very short attention spans, and they're very

7       quick to call a digital asset a failed project if

8       the price action isn't what they expected it to be.

9       So that's why -- that's all I'm saying.

10             Q.   And market participants, would that also

11      include people who are buying and selling XRP?

12             A.   Yeah.  Of course.

13             Q.   Are speculators in XRP's price part of the

14      market -- part of whom you would include within the

15      group of market participants?

16                  MR. HANIN:  Objection.

17                  THE WITNESS:  Yes.  Like any market for

18      anything.

19      BY MS. WAXMAN:

20             Q.   Were you specifically talking about XRP

21      speculators when you were talking about --

22             A.   No.

23             Q.   -- when you were referencing people in

24      this email?

25             A.   No, not at all.

103

```
 1              MS. WAXMAN:  Exhibit 27, please.
 2                 (Whereupon, Deposition Exhibit ██ 27
 3              was marked for identification.)
 4  BY MS. WAXMAN:
 5      Q.   Mr. ██, we're showing you what's been
 6  marked as ██ 27, which is a document GSR_356 through
 7  357.  It's an email chain from mid October 2016 that
 8  includes you.
 9              Are you done?
10      A.   Yes.
11      Q.   Going back to the prior email just for one
12  moment, Exhibit 22, the concern that you were
13  talking about in the prior email, was that related
14  to any support in connection with xRapid?
15              MS. ZORNBERG:  Objection.
16              THE WITNESS:  I'm sorry?
17  BY MS. WAXMAN:
18      Q.   The concern that you were talking about in
19  Exhibit 22, did that have anything to do with GSR's
20  support of any Ripple products such as xRapid?
21              MS. ZORNBERG:  Objection.
22              THE WITNESS:  I don't think so, because
23  this is from October 2016, and xRapid -- we didn't
24  start servicing xRapid until a couple years later, I
25  think.
```

1    BY MS. WAXMAN:

2         Q.    Okay.  Now, we can go back to Exhibit 27.

3              Going back to Exhibit 27 and to ████████

4    email at the very back page, is this an example of

5    Ripple directing -- telling GSR that they'd like to

6    increase their XRP sales following an announcement?

7         A.    There's some typos, but I think ██████ is

8    saying -- on the second to last sentence, it says:

9                   "We don't want to depress the

10                  rally but rather capitalize on the

11                  additional volume."

12             (Reporter clarification.)

13             THE WITNESS:  So I guess to answer your

14   question, it sounds like that, yes, they are trying

15   to take advantage of the fact that there are higher

16   volumes.

17   BY MS. WAXMAN:

18        Q.    And were they doing that because they

19   thought they could extract more money from sales at

20   that time?

21        A.    I presume so, because in the next

22   sentence, it says:  "As before, if you see the

23   change" -- but I think she meant chance -- "to take

24   the money -- more money off the table, please do

25   so."

```
 1        Q.    Did you understand what she meant by being

 2   opportunistic?

 3        A.    I have no idea what I thought of when I

 4   read this four -- five years ago.

 5        Q.    Did GSR increase its sales following the

 6   announcement based on Ripple's direction?

 7              MS. ZORNBERG:  Object to form.

 8              THE WITNESS:  I presume we did.  Just from

 9   reading the reply in the email.  I don't --

10   obviously, I don't remember what we did five years

11   ago.

12              MS. WAXMAN:  Exhibit 29, please.

13        Q.    Mr. ██, I'm showing you what's been

14   marked as ██-29, which is an email with the Bates

15   GSR_4966 through -4970.

16                   (Whereupon, Deposition Exhibit ██-29

17                    was marked for identification.)

18              MS. WAXMAN:  Please take a look at it and

19   let me know when you're done.

20              THE WITNESS:  Should I read the whole

21   thing?

22   BY MS. WAXMAN:

23        Q.    Yes.

24              Going back to the prior email, just for

25   one second, Exhibit 27, we were just talking about
```

1   the announcement.

2         Did you understand that based on the

3   instruction from Ripple, was the -- did they

4   understand that it would be a positive announcement

5   for Ripple?

6         MS. ZORNBERG:  Objection to form.

7         THE WITNESS:  I would guess so, yeah.

8   BY MS. WAXMAN:

9      Q.  Okay.  Now --

10      A.  It wouldn't make sense to increase sales

11   if the announcement was negative.

12      Q.  Okay.  Now, going back to Exhibit 29, do

13   you know what the exhibit is about?

14      A.  I'm not certain.  I -- I -- I'm guessing

15   the clue is when Patrick writes at 1454 on the 1st

16   of November:

17           "I'm only seeing positive

18           sentiment on the news:  General

19           feeling seems to be that Ripple is

20           doing well for Chris to take this

21           move."

22         I'm guessing it was that Chris Larsen

23   announced that he was going to become chairman.

24      Q.  So was Ripple talking about the market's

25   reaction to that announcement that Mr. Larsen was

1    stepping down as CEO?

2              MS. ZORNBERG:  Object to form.

3              THE WITNESS:  I suspect that that's what

4    this whole thread is about, yes.

5    BY MS. WAXMAN:

6         Q.   And did -- did Ripple direct --

7    did -- strike that.

8              Did Ripple -- was Ripple concerned that

9    that news would have a negative impact on the

10   market?

11             MS. ZORNBERG:  Object to form.

12             THE WITNESS:  I don't recall, but from

13   reading this thread, it would seem that way.

14   BY MS. WAXMAN:

15        Q.   And did Ripple direct GSR to buy XRP

16   should the announcement cause a decline in your XRP

17   price?

18             MS. ZORNBERG:  Object to form.

19             THE WITNESS:  I mean, you can see Patrick

20   wrote at 1529:

21                  "Please aim to protect the

22             ███    floor.  Continue to operate

23             within ███   increments.  Do not

24             purchase if the price is above the

25             target floor ███ "

1          So it sounds like they were willing to buy

2     back or buy XRP at eight-tenths of a cent.

3     BY MS. WAXMAN:

4          Q.   Is he talking about buying back to

5     maintain a certain price floor?

6          MR. HANIN:  Objection.

7          You understand the question.  To the

8     extent --

9          THE WITNESS:  I mean, he writes here, .008

10    floor.  It's written.

11    BY MS. WAXMAN:

12         Q.   Okay.  Did Ripple ever direct GSR at any

13    other time to purchase in order to maintain a

14    certain price floor for XRP?

15         A.   I don't recall.  It's possible.

16         Q.   And you say "it's possible."  Why do you

17    say that?

18         A.   Over the years, I mean, we discussed

19    earlier there's been periods of enormous volatility.

20    This was probably not the only time when, you know,

21    XRP prices dropped very quickly or in general,

22    market conditions were not favorable.

23         Q.   So I know specifically you don't recall

24    this email, but generally, do you recall other

25    instances in which Ripple directed GSR to purchase

1    XRP in the market when the price of XRP was

2    declining?

3         A.   I don't recall the specific instances.  I

4    do know that -- I think I remember that we purchased

5    more than once, so by definition, there must have

6    been other instances.

7         Q.   And those purchases were at the time that

8    the price was declining?

9         A.   That's what would make sense.  The time

10   when -- the price would decline very rapidly over a

11   short period of time, something like that.

12        Q.   And the purchase -- purpose of the

13   purchases was to stabilize the price?

14        A.   Presumably, yes.

15        Q.   And another purchase -- purpose of the

16   purposes [sic] were to be to maintain a floor for

17   XRP, certain floor?

18            MS. ZORNBERG:  Objection.

19            THE WITNESS:  It's entirely possible but,

20   I mean, I can't confirm it.

21            MS. WAXMAN:  Generally speaking.

22            MS. ZORNBERG:  Object to form.

23            THE WITNESS:  Sometimes -- in this

24   instance, it seems like there was a floor.  It's

25   written here in the comment.  Other instances

110

```
 1    perhaps there wasn't a floor, there wasn't a
 2    technical level, maybe it was they had oversold and
 3    they were looking to buy back.  I -- you know, there
 4    could be other reasons is I guess what I'm trying to
 5    say.
 6                MS. WAXMAN:  Exhibit 13, please.
 7                (Whereupon, Deposition Exhibit █ 13
 8                was marked for identification.)
 9    BY MS. WAXMAN:
10         Q.   Mr. █, I'm showing you what's been
11    marked as █-13, which is a document with the Bates
12    RPLI_SEC 50808 through -50814.
13         A.   Uh-huh.  Should I read the whole thing?
14         Q.   I'm really -- yeah, why don't you quickly
15    read the whole thing, if you don't mind.
16         A.   It's a long one.
17         Q.   Okay.  Who is █
18         A.   █ is a childhood friend of mine who
19    I -- we started GSR together.
20         Q.   Okay.  Was he recommending certain
21    adjustments to the amount of XRP that Ripple would
22    sell in order to stabilize XRP price?
23                MS. ZORNBERG:  Object to form.
24    BY MS. WAXMAN:
25         Q.   I'm talking about the email -- the very
```

111

1   last email?

2       A.   "I would" -- ███ says:

3               "I would recommend staying at

4            2 percent or increasing maximum to

5            two-and-a-half percent if we want

6            to keep stability in the price."

7       I think he was stepping in because I was

8   traveling or something.  I saw earlier.

9       Q.   I should have asked you this earlier, were

10  you Ripple's main contact at GSR?

11      A.   Yes.

12      Q.   And later in the email, did you -- at 6:11

13  on July 15th, did you recommend increasing the

14  amount of Ripple sales due to -- in connection with

15  an increase in XRP prices?

16          MS. ZORNBERG:  Objection.  Misstates the

17  email.

18          THE WITNESS:  No, I don't see that.  The

19  first two paragraphs just talk about what we're

20  seeing in the market.  The last paragraph states:

21              "We will continue to monitor

22           throughout the weekend.  Should

23           prices spike higher, we will

24           increase the percentage for Bot 2t

25           accordingly.  Hopefully, volumes

112

```
 1            will increase too - that would help

 2            us get back on the dollar -- you

 3            know, 110K per week track."

 4   BY MS. WAXMAN:

 5       Q.   Why would you increase the percentage

 6   should the prices spike higher?

 7       A.   Well, it sounds like we were below our --

 8   well, in general terms, why would we increase the

 9   percentage if price spiked higher?  To achieve a

10   better net execution price.

11       Q.   And to extract more from the sales?

12       A.   By definition, we would extract more from

13   the sales by a higher execution price.  And it

14   sounds, from this email, that we were below the 110K

15   per week goal.  And so I guess we were saying if

16   prices pick up, we can take advantage of that so we

17   can get back to the target.

18       Q.   And that was a target that Ripple had set?

19       A.   I presume so.

20       Q.   Going to the very first page of the email,

21   is there a discussion about buying XRP in the

22   market?

23            MS. ZORNBERG:  Objection to form.

24             (Reporter clarification.)

25            MS. ZORNBERG:  Would you like to direct
```

```
 1     the witness to something you're referring to?
 2     BY MS. WAXMAN:
 3          Q.   Going back to -- strike that.
 4               Going back to page 2, in the middle of the
 5     page there's an email from Patrick Griffin.  And he
 6     says:
 7                    "We should lift the bid."
 8               Do you know what he's talking about there?
 9          A.   You don't lift bids.  You hit bids and you
10     lift offers.  So his syntax is wrong.  I think what
11     he was trying to say is we should hit the bid.
12          Q.   And what did he mean by that?
13               MR. HANIN:  Objection.  ███ responded
14     that what he said doesn't make any sense, so I don't
15     think he can predict what he meant by his erroneous
16     email.
17     BY MS. WAXMAN:
18          Q.   What does hit the bid mean?
19          A.   When you bid to buy, you offer to sell.
20     So when somebody is bidding and you hit them, you're
21     selling to them.
22          Q.   Okay.  Going to the very first page at the
23     top, the third email from the top, ███ says:
24                    "Has there been a lot of
25                    chatter and do you think this
```

114

```
 1              points to Ripple buying."
 2              Do you know what --
 3              MS. ZORNBERG:  Sorry.  Can you point out
 4    where you are?
 5              MS. WAXMAN:  I'm at the very top of the
 6    page.
 7              MS. ZORNBERG:  I don't --
 8              MR. HANIN:  I think you mean the second
 9    sentence of the -- it's a confusing page because
10    there are a number of --
11              MS. WAXMAN:  Yeah.  The email that starts
12    at 2055, at 8:55.
13              THE WITNESS:  "We are okay with the credit
14    risk but want to think more about the resting order.
15    Has there been a lot of chatter and do you think
16    this points to Ripple buying?"
17              I suspect she's referring to the bids that
18    she talks about in the email at 4:22 on July 21.
19    And I think -- I have no way of knowing this, but I
20    think what she's getting at is she's saying do you
21    think people in the market think Ripple is the one
22    bidding for this XRP?  That's the only explanation I
23    can ...
24    BY MS. WAXMAN:
25         Q.   Did Ripple want people to know that they
```

115

```
 1    were bidding on XRP in the market?

 2              MR. HANIN:  Objection.

 3              THE WITNESS:  I have -- I have no idea.

 4    BY MS. WAXMAN:

 5         Q.   Did Ripple ever tell you that they wanted

 6    to disguise their -- their selling?

 7              MS. ZORNBERG:  Object to form.

 8              THE WITNESS:  I don't recall.  It's --

 9    it's possible.

10    BY MS. WAXMAN:

11         Q.   Was the ███████████ programmed in a way that

12    would disguise Ripple's trading activities?

13              MS. ZORNBERG:  Objection and object to the

14    word "disguise."

15              THE WITNESS:  No.  The ███████████ was --

16    the ██████████ just cares about finding best

17    execution, finding the best possible price.

18    BY MS. WAXMAN:

19         Q.   Was Ripple making a market in XRP at the

20    same time that it was selling XRP programmatically?

21              MS. ZORNBERG:  Objection.

22              THE WITNESS:  I don't think Ripple was

23    ever making a market in XRP.  Do you mean were we

24    making markets in XRP at the same time as we were

25    selling XRP?
```

1    BY MS. WAXMAN:

2        Q.    Yes.   Thank you.

3        A.    I think the answer to that is yes, because

4    of -- yes.

5        Q.    And why would you be doing both those

6    things at the same time?

7        A.    I would argue they're mutually exclusive.

8    They're different services.   We started providing

9    liquidity, and as the ecosystem grew, that activity

10   lasted for at least three years, I believe, the

11   market making.   And the XRP sales I think started

12   before the first activity ended.   So there was a

13   period of time when there was an overlap.

14       Q.    Was there a reason --

15       A.    They're not -- they're not at odds with

16   each other.

17       Q.    Would there be a reason to engage in both

18   at the same time?

19           MR. HANIN:   Objection.   Speculative.

20           THE WITNESS:   Potentially, yes, I can't --

21   I mean, I don't see why not.

22   BY MS. WAXMAN:

23       Q.    Did the market making activity facilitate

24   the sales activity in any way?

25           MS. ZORNBERG:   Object to form.

```
 1              THE WITNESS:  I don't see the direct link.

 2   I mean, the market making activity facilitated the

 3   development of the ecosystem, right, and there was

 4   more XRP trading interest globally.  And the XRP

 5   sales program sold XRP globally.

 6              So yes, they're connected, but I don't see

 7   the -- is the right term "causality"?

 8              MS. WAXMAN:  Exhibit 24, please.

 9              (Whereupon, Deposition Exhibit ███-24

10              was marked for identification.)

11   BY MS. WAXMAN:

12        Q.   Mr. ███, I'm showing you what's been

13   marked as ███-24, which is a document with the Bates

14   GSR_17355 through -17357.  It's an email chain from

15   October 13th and 14th, 2016.

16              Please just take a moment to look at it

17   and let me know when you're done.

18        A.   Okay.

19        Q.   At the very top email, you talk about --

20   are you talking about how the ████████ is coded,

21   how 2t is coded?

22        A.   You mean the second sentence?

23        Q.   Just in general, but I'm talking about the

24   top email.

25        A.   Mh-hmm.
```

118

1       Q.   Does this email refresh your memory as to

2  whether you were selling XRP and making markets in

3  XRP on behalf of Ripple at the same time?

4       A.   Yes.

5       Q.   And why would you want to do that?

6       MR. HANIN:  Objection.

7       THE WITNESS:  Well, if -- the idea here is

8  the same as earlier about getting the best possible

9  execution price.  If -- if we had been sending sell

10  orders every three seconds to the -- for example, to

11  the Consensus Ledger, other market participants

12  would observe that and it wouldn't take long before

13  those people incorporated those signals into their

14  trading strategies and they try to take advantage of

15  what they've identified as a selling program.

16       So what we did was we had -- our ███████

17  ████████████████████████████████████████

18  ████████████████████████████████████████

19  ███████████████████████████████████

20  ██████████████████████████████████████

21  █████████████████████████████

22  ████████████████████████  And so you

23  protect yourself from people -- you know, they call

24  this front running, right?  You don't want people to

25  front run you.

1          In addition, when you're ██████████████

2    ████████████████████████████████

3    ████████████████████████

4    ████████████████████████          So the

5    net execution price you offer to your customer is

6    better.

7          Q.   So the purpose of disguising the sales

8    would be to get a better net execution price?

9               MR. HANIN:  Objection.

10              MS. ZORNBERG:  Objection.

11              MR. HANIN:  It's the opposite of what he

12   said.

13   BY MS. WAXMAN:

14        Q.   Answer the question, please.

15              MS. ZORNBERG:  Objection.

16   BY MS. WAXMAN:

17        Q.   If you understand the question.

18              MS. ZORNBERG:  Objection.  You're

19   misstating the witness's prior testimony.

20              THE WITNESS:  Sorry, could you rephrase

21   the question again?

22   BY MS. WAXMAN:

23        Q.   I'll ask a different question.

24              So what would be the purpose of disguising

25   Ripple's sales?

```
 1          A.   Well, as I said earlier --

 2               MR. HANIN:  Asked and answered.

 3               Go ahead.

 4               THE WITNESS:  -- I'm trying to avoid being

 5     front run by other market participants.  I -- you

 6     know, I don't want to -- we don't want to put up a

 7     big banner saying this is what we're doing.

 8     BY MS. WAXMAN:

 9          Q.   Did this -- did you sell and make a market

10     in XRP -- did you continue to do this on exchanges

11     as well?

12               MS. ZORNBERG:  Objection.

13               THE WITNESS:  Did we deploy the same type

14     of ███████████ on exchanges?  I believe so.

15     BY MS. WAXMAN:

16          Q.   So it wasn't just limited to the trading

17     that you were doing on the Ledger?

18          A.   Correct.

19          Q.   So you would also try to disguise -- and

20     I'm using your word here from the email -- disguise

21     the sales on exchanges?

22               MS. ZORNBERG:  Objection.

23               THE WITNESS:  Well, on exchanges, it would

24     be for the purpose of improving -- ███████████

25     ██████████████████████████████ would improve the
```

121

```
 1    net execution price for our client.

 2              MS. WAXMAN:  Exhibit 25, please.

 3              (Whereupon, Deposition Exhibit ███-25

 4              was marked for identification.)

 5    BY MS. WAXMAN:

 6         Q.   Showing you what's been marked as ███-25,

 7    which is a document with the Bates GSR_1968.  It's

 8    an email to you from the generic email -- the inbox

 9    ██████.io dated October 14th, 2016.

10              Do you know who sent this email?

11         A.   No.

12         Q.   Could you have sent it to yourself?

13         A.   I doubt it.

14         Q.   And --

15         A.   But it's possible.

16         Q.   And the last paragraph, can you read that

17    into the record?

18         A.        "Please note we sometimes ███

19    ███████████████████████████

20    ███████████████████████████

21    ████████████████████████████

22    ████████████████████

23    █████████████████████████████

24    ███████████████████████████

25    ███████████████████
```

122

1          affecting the price considerably

2          more."

3     Q.   Is this another reason why you employ

4  market making at the same time that you sold XRP

5  programmatically?

6          MS. ZORNBERG:  Objection.

7          THE WITNESS:  Judging from the poor -- not

8  that I'm the world's best writer, but from the way

9  this is written, I suspect that this was ███.  And

10  what he's alluding to might have occurred -- what I

11  think he's alluding to might have occurred during a

12  small window of time.  But in reality, I believe

13  that our -- our share of the total trading volume of

14  XRP has always been rather small.

15          I mean, over time, it has -- it has

16  decreased.  But the -- you know, when -- when XRP

17  trading volumes took off as XRP started getting

18  listed on cryptocurrency exchanges worldwide, if you

19  look at the charts, you can see that the increase is

20  just absolutely staggering.  I don't think we -- he

21  says here:

22              "The percentage introduced

23              would have to be increased by two

24              to five times."

25          That sounds like an exaggeration to me.

1    BY MS. WAXMAN:

2         Q.   Is that an exaggeration for the later

3    periods of time or do you think it's an exaggeration

4    in October 2016?

5         A.   For sure at later periods of time.  But I

6    think even back in October 2016.  It seems like a

7    bit of an exaggeration to me.

8         Q.   Okay.  But did you think that -- would the

9    sales have more of an impact on price if GSR wasn't

10   making a market in XRP at the time that it was

11   selling?

12             MS. ZORNBERG:  Objection.  Do you want to

13   fix a time?

14             THE WITNESS:  I don't think I could make

15   that connection, no.

16             (Reporter clarification.)

17             MS. ZORNBERG:  Objection.  Do you want to

18   fix a time?

19             But then the witness answered.  Thank you.

20   BY MS. WAXMAN:

21        Q.   What is the basis for your understanding

22   that XRP trading volumes took off after listing --

23   listings on exchanges?

24        A.   I think I was just saying that, you know,

25   as crypto -- cryptocurrency exchanges popped up

124

```
 1    worldwide and they decided to list XRP as another

 2    asset that you could trade, the overall trading

 3    volume of XRP exploded.  More people were able to

 4    transact with XRP.  That's all.

 5         Q.   Did Ripple play a role in the increased

 6    availability of -- increased availability of XRP on

 7    exchanges?

 8              MS. ZORNBERG:  Objection.

 9              THE WITNESS:  I don't know.  I don't know.

10              MS. WAXMAN:  Exhibit 15, please.

11              (Whereupon, Deposition Exhibit ██-15

12              was marked for identification.)

13    BY MS. WAXMAN:

14         Q.   Mr. ██ , I'm going to show you what's been

15    marked as ██-15, which is a document with the Bates

16    RPLI_SEC 0057021 through -7023.

17              If you go back to the bottom of page 2,

18    the email from ██████ references a recommendation

19    from you with respect to purchasing XRP over a

20    longer period of time.

21              Do you see that?

22         A.   Mh-hmm.

23         Q.   Why did you -- did you make this

24    recommendation?

25         A.   I mean, I don't recall making it but I
```

125

1    infer that from the -- what she's writing there.

2        Q.   And why would you make that

3    recommendation?

4        A.   Why would I recommend that they buy XRP?

5        Q.   And why did you recommend that they buy

6    XRP consistently over a longer period of time?

7        A.   I'm speculating, because this is five

8    years ago.  But I'm guessing that, you know, the

9    price of XRP was probably in a slump, or had

10   decreased dramatically, and so, okay, well, we've

11   been selling, we're liquidity providers and we want

12   to maintain a fair, orderly market, maybe now that

13   we're down at these lower levels, we should be -- we

14   should be buying.

15       Q.   Would you ever make a recommendation you

16   didn't believe was in your client's best interest?

17            MS. ZORNBERG:  Objection.

18            THE WITNESS:  I really hope not.

19   BY MS. WAXMAN:

20       Q.   And how was the recommendation received by

21   Ripple, this recommendation to consistently buy XRP

22   over a longer period of time?

23            MS. ZORNBERG:  Objection.  Based on what

24   the document is saying, or are you asking if he has

25   an independent recollection?

1    BY MS. WAXMAN:

2         Q.    Previously I think you said you didn't

3    have an independent recollection.

4         A.    I don't have a recollection.  It seems,

5    from this exchange, that -- that they didn't take

6    the recommendation, right?

7         Q.    Do you know whether you instituted a

8    buying program?

9         A.    I'm sorry?

10             MR. HANIN:  Objection to --

11    BY MS. WAXMAN:

12        Q.    Do you know whether you instituted a

13    buying program over a longer period of time on

14    behalf of Ripple?

15             MS. ZORNBERG:  Objection.

16             MR. HANIN:  At what period of time?  For

17    what period of time?

18             THE WITNESS:  Just generally?

19    BY MS. WAXMAN:

20        Q.    Well, following this recommendation.

21        A.    I don't recall, Daphna.

22        Q.    If you go to the first page of the email,

23    the email from Patrick at 9:34, he says:

24                "We saw the price was bid up

25             pretty aggressively.  Fantastic."

127

1             Did you understand that one of Ripple's

2       goals was to increase the price of XRP?

3             A.   No.   I wouldn't say that.   But I'm not

4       surprised to hear that people at Ripple were happy

5       to see the price go up.

6             Q.   And why were you not surprised?

7             A.   Because they have, you know, large sums of

8       XRP in their treasury.

9             Q.   And how much XRP did Ripple have at the

10      time?

11            A.   I don't know.   I don't recall.   I mean,

12      I -- I think it's public information.   I mean ...

13            Q.   And how much -- about how much XRP does

14      Ripple have?

15            MS. ZORNBERG:   Objection.

16            THE WITNESS:   I'm not sure.   I don't know.

17      BY MS. WAXMAN:

18            Q.   One second.

19            You said -- do you know who Miguel Vias

20      is?

21            A.   Yes.

22            Q.   Okay.   And who is Miguel Vias?

23            A.   Miguel Vias was -- I forget the exact

24      title, but he was the head of markets for Ripple

25      during several years, I believe.

128

1        Q.   Okay.  And he started in late 2016?

2        A.   I don't remember the dates, but -- but

3   sounds about right.

4        Q.   Did Ripple continue to direct GSR to buy

5   XRP in the market during the time that Miguel was

6   part of Ripple's XRP markets team?

7             MS. ZORNBERG:  Objection to form.

8             THE WITNESS:  I don't remember.  I don't

9   know.  I don't recall.  It's possible, but I don't

10   know.

11   BY MS. WAXMAN:

12        Q.   Who decided which -- on which exchanges to

13   sell XRP?

14        A.   I think, if I remember correctly, we would

15   propose which exchanges we thought were -- what's

16   the right word here?  Appropriate.  But, of course,

17   the final decision was Ripple's.

18        Q.   And did the number of exchanges that

19   Ripple sold XRP on grow over time?

20        A.   By definition, yes, because it started at

21   zero or one.  But it -- you know, it changed over

22   time.

23        Q.   In 2017, approximately how many platforms

24   did GSR sell XRP on behalf of Ripple?

25        A.   I -- I don't recall, but I'm sure that

1    even between January and December of 2017, that

2    number probably changed quite a bit because I

3    believe 2017 was when this whole thing was the first

4    kind of big explosion in activity.

5         Q.   Did Ripple want to increase the number of

6    platforms that it sold XRP on?

7              MS. ZORNBERG:  Object to form.

8              THE WITNESS:  I -- I mean, generally, I

9    guess so, yes.

10   BY MS. WAXMAN:

11        Q.   Is it fair to say that the more platforms

12   it sold XRP on, the more XRP it could sell?

13        A.   Not really.

14        Q.   Why not?

15        A.   Because I think that by 2017, the -- the

16   amount of XRP that was being sold was a function of

17   the true trading volume that we observed in the

18   market.  Now, that true trading volume resulted in

19   an XRP target sale for any given day.  You could

20   sell all of that XRP on one exchange if you wanted

21   to.  You didn't have to split it up across all the

22   other different venues.

23             But having said that, the fact that the

24   sales target was a function of the total reported

25   trading volume means that if there are more

130

```
1     exchanges, and they're legitimate exchanges, and

2     they get factored into calculating the total trading

3     volume, by definition, it will result in a larger

4     amount of XRP being sold.

5          Q.   Would you ever recommend that Ripple sell

6     all its XRP on one exchange?

7          A.   No.

8               MS. ZORNBERG:  Object to form.

9     BY MS. WAXMAN:

10         Q.   Why not?

11         A.   Most crypto exchanges, to this day,

12    exhibit all sorts of risks, technical, credit risks,

13    et cetera.  So it would be very risky to put

14    everything on any one given exchange.

15              Another reason why you might want to sell

16    across other exchanges is, you know, there might not

17    be sufficient liquidity within any one given

18    exchange if there's a large volume that you're

19    trying to sell.

20         Q.   And if there wasn't sufficient liquidity

21    that would impact the price?

22              MS. ZORNBERG:  Object to form.

23              THE WITNESS:  If you try to sell a large

24    amount of XRP on one exchange that have insufficient

25    liquidity, the price of XRP on that exchange would
```

1    suffer as a result, yes, in all likelihood.

2    BY MS. WAXMAN:

3        Q.   Did you have any understanding of what

4    factors Ripple considered or what Ripple considered

5    when deciding which exchanges to sell XRP on?

6            MS. ZORNBERG:  Object to form.

7            THE WITNESS:  No.  I know the factors that

8    we considered important, but I don't know -- I

9    wasn't part of the internal conversations at Ripple.

10   BY MS. WAXMAN:

11       Q.   Did you ever provide feedback to Ripple on

12   which exchanges to sell XRP on?

13       A.   Yes.

14       Q.   And were there any platforms that you told

15   Ripple not to sell XRP on?

16       A.   In all likelihood, yes.

17       Q.   And why would you recommend not to trade

18   on a particular platform?

19       A.   So it was important for us to -- the sales

20   program was something that was a long-term program,

21   right.  We're trying to maintain fair and orderly

22   markets during this time.  We're trying to introduce

23   a supply that is appropriate, proportional to the

24   trading volume and interest in the market at the

25   time.

```
 1              In 2017, a lot of the exchanges that all

 2    of a sudden popped up grossly inflated the trading

 3    volumes that they reported because they -- I suspect

 4    it's because it was a way for them to attract retail

 5    users.  And so we felt it wasn't -- it didn't make

 6    any sense to use those inflated volumes into

 7    calculating -- into our assessment of what the real

 8    trading volume was of XRP.

 9              Does that make sense?

10         Q.   Did you recommend that Ripple not sell on

11    certain exchanges that had fake volume?

12         A.   Probably did, yes.

13         Q.   Did you take any other actions --

14         A.   And it's not just because they have fake

15    volumes.  In these exchanges, their standards are

16    pretty low.  So, you know, we would operate on

17    exchanges and sometimes you would receive fills

18    three days later.  You know, like I said, crypto is

19    still in its teething phase.

20         Q.   What was the concern specifically related

21    to -- what was the concern related to fake volume?

22    Why wouldn't you want Ripple to sell on an exchange

23    that had fake XRP value?

24         A.   Well, there's two things.  One is if you

25    use the fake volumes to determine total trading
```

```
 1    volume, then you're going to introduce more XRP than

 2    the market can really take because you're not using

 3    real data.  It's fake, by definition.

 4            So we felt it was important that we should

 5    leave those out of our calculation of total trading

 6    volume.

 7            Now, specifically to the exchange, if it's

 8    an exchange that is reporting fake volumes, why do

 9    you trust anything that that exchange is doing.  We

10    could deposit the XRP and they could do, like, what

11    was it, Quadriga, the founder went to India and

12    disappeared?  It's happened before.  So ...

13        Q.   What did you mean by inserting more XRP

14    than the market could take?

15            MS. ZORNBERG:  Object to form.

16            THE WITNESS:  It was our view that the

17    amount of XRP that was -- the appropriate amount of

18    XRP that could be sold on any given day was a

19    function of the total trading volume of XRP.  So if

20    we want to figure out what the correct, true,

21    appropriate number is, we need to be referencing

22    what we think the correct, true total trading volume

23    is.

24            Otherwise, you know, some new exchange

25    pops up and says they trade ten times as much as all
```

134

```
 1    the other exchanges put together.  If we factor that
 2    into our formula, we're now going to be selling ten
 3    times as much XRP.  And, in fact, nothing has
 4    changed.  This is just noise.
 5    BY MS. WAXMAN:
 6         Q.   Were you concerned that the selling would
 7    have an impact on price?
 8              MS. ZORNBERG:  Object to form.
 9              THE WITNESS:  I mean, yes.  I'm tasked
10    with doing a long-term execution program.  And
11    I'm -- yes, I'm trying to achieve the best result
12    for my client.
13    BY MS. WAXMAN:
14         Q.   And when you say the "best result," you're
15    talking about most amount of proceeds?
16         A.   That's one way to measure it, yeah.
17              MS. WAXMAN:  Exhibit 41.
18              (Whereupon, Deposition Exhibit ██ 41
19              was marked for identification.)
20    BY MS. WAXMAN:
21         Q.   Mr. ██, I'm showing you what's been
22    marked as GSR_3236 through 3238.  It's an email
23    chain from January 2019, and you're copied there.
24         A.   Mh-hmm.
25         Q.   At the very first page, you reference
```

135

1    certain exchanges.  Was it your understanding that

2    those exchanges had fake volume?

3         A.   Yes.

4         Q.   And --

5         A.   Mostly fake, as I say.

6         Q.   And did Ripple request that GSR onboard

7    with these exchanges?

8         A.   I don't recall, but from reading my

9    message, they're asking us to integrate with more

10   exchanges.  It seems like they were asking us to

11   have a look, yeah.

12        Q.   Okay.  And did you tell Ripple that you

13   believed that these exchanges potentially have fake

14   volume?

15        A.   I don't recall doing so, but I probably

16   did.

17        Q.   Okay.  And did you recommend that Ripple

18   not sell on those exchanges?

19        A.   Again, I don't recall, but I probably did.

20        Q.   And did they -- how did they receive that

21   recommendation?

22        A.   I don't think we ever sold on any of

23   these.  Perhaps small amount on Bitrue, but I don't

24   think we ever integrated on any of those other

25   exchanges.

136

```
 1              MS. WAXMAN:  Exhibit 42, please.

 2                   (Whereupon, Deposition Exhibit ▌ 42

 3              was marked for identification.)

 4    BY MS. WAXMAN:

 5         Q.   You can leave out 41.  Showing you what's

 6    been -- you can take -- you can leave out

 7    Exhibit 41.  I'm going to reference it.

 8         A.   Oh, okay.

 9         Q.   I'm showing you what's been marked as

10    ▌ 42, which is a document with the Bates RPLI_SEC

11    1029362 through -364, which is an email chain from

12    March 2019.  It appears to provide the list of

13    exchanges that Ripple sold XRP on in 2018 and 2019.

14              Do you see that?

15         A.   Yeah.

16         Q.   Okay.  Using Exhibit 42, did Ripple sell

17    XRP on any of the exchanges you identified in

18    Exhibit 41 that had potentially fake volume?

19         A.   Yes.  And I stand corrected.  I will --

20    it's important to note the relative percentages.

21         Q.   What is important to note about the

22    relative percentages?

23         A.   Well, when you look at Exhibit 41, if you

24    look at the second page and you look at how --

25         Q.   You mean Exhibit 42?
```

137

1        A.    No.  41.

2        Q.    41.  Okay.

3        A.    The second page, you look at those crosses

4    and the distribution of volumes, the reason why all

5    those percentages are different is probably because,

6    in a sense, they're building in their assessment of

7    how much of what happens at Bithumb they think is

8    real.  Am I -- are you following me?

9             For example, they -- we're selling

10   .275 percent of XRP against Korean won at Bithumb,

11   and yet we're doing double that for XRP versus BNB

12   on Binance.

13            Now, the reason why one is twice as large

14   as the other, I suspect, is because I felt like the

15   Binance volumes were more true, more believable,

16   than the ones at Bithumb.  So following that logic,

17   when you look at the distribution of sales, you'll

18   notice that Bitlish is a very, very small number.

19       Q.    So --

20       A.    Bitlish being one of the exchanges that we

21   didn't really trust.

22       Q.    So two things.  Did you sell less XRP on

23   certain exchanges that had potentially fake volume?

24       A.    I think what ended up happening is that we

25   targeted less -- if we had just used the recorded

138

1    volumes from those less trustworthy exchanges, we

2    would have sold much more XRP there than we actually

3    did.

4         Q.   So you calibrated the sales on certain

5    exchanges to account for the fake volume?

6         A.   I would guess so.

7              MS. WAXMAN:  Exhibit 65, please.

8              (Whereupon, Deposition Exhibit ██-65

9              was marked for identification.)

10   BY MS. WAXMAN:

11        Q.   Mr. ██, I'm showing you what's been

12   marked Exhibit ██-65, which is a document with the

13   Bates RPLI_SEC 0303609.  It appears to be a Slack

14   message dated May 1st, 2019.  You are among

15   recipients in the "to" line.  The sender is

16   ████████.io.

17             What is an ████████.io?

18        A.   Head of trading.

19        Q.   And just stepping back, did you use Slack

20   to communicate with anyone at GSR?

21        A.   Yes.

22        Q.   Okay.  And during what period of time did

23   you use Slack to communicate?

24        A.   I -- I -- I don't recall.  When we -- when

25   I personally started using Slack.  I know I was one

139

```
1     of the latest guys at GSR and people weren't very

2     happy with me.

3          Q.   When did anyone at GSR begin to use Slack

4     to communicate with people at Ripple?

5          A.   Oh, with people at Ripple?  I -- we -- I

6     don't know that we used Slack to communicate with

7     people at Ripple very much at all.

8          Q.   Is this --

9          A.   It was not the normal -- perhaps there

10    were some Slack groups, but it's not the normal form

11    of communicating with Ripple.  If there was

12    communications between Ripple and GSR using Slack,

13    it was probably, most of the time, the tech teams

14    coordinating or talking about integrations or stuff

15    like that.  Not so much from Biz Dev.

16         Q.   And how did you -- what was the primary

17    way you communicated with Ripple, people at Ripple?

18         A.   Email.  Phone calls.

19         Q.   And going to the email, did you receive

20    this -- were you on this Slack message?

21         A.   I -- I presume so.  I remember seeing

22    this -- this breakdown of exchanges.

23         Q.   And why did GSR provide this breakdown of

24    information to Ripple?

25         A.   This shows how we viewed the
```

140

 1    trustworthiness, I guess is the best term, of crypto

 2    exchanges as of May 2019.

 3         Q.   And -- and what -- how did you -- what

 4    were Tier 3 exchanges?

 5         A.   The less trustworthy.

 6         Q.   And Ripple sold XRP on these exchanges, in

 7    the Tier 3 exchanges?

 8         A.   It seems like from Exhibit 42, in March,

 9    so a few months prior to this message, it seems like

10    we did sell some XRP on Bitlish, ZBG, and Bitmax,

11    oh, and Bitforex.

12         Q.   How was GSR compensated for executing

13    programmatic -- I'm finished with that document.

14              How was GSR compensated for executing

15    Ripple's programmatic sales?

16         A.   We -- we are -- we keep a ████████████

17    ████████████████████████████████.

18         Q.   Did you keep a small -- did you get that

19    in XRP?

20         A.   No.  I don't think so.

21         Q.   Did you ever receive units of XRP as

22    compensation from Ripple?

23              MS. ZORNBERG:  Object to form.

24              MR. HANIN:  Objection as to time and

25    program --

141

1   BY MS. WAXMAN:

2       Q.   In connection with programmatic sales?

3       A.   I don't recall.  I don't think so, but I

4   don't recall.

5       Q.   Okay.  Did GSR execute sales on -- sales

6   of XRP on behalf of certain -- current or former

7   Ripple employees?

8       A.   Yes.

9       Q.   Which ones?

10      A.   Chris Larsen, Brad Garlinghouse.  I --

11  there was a senior engineer with a -- sound

12  terrible.  I forgot his name.  I think he had a

13  Greek name.

14      Q.   ████████████████?

15      A.   That's it.  █████.

16           Patrick Griffin.  And we -- I think we did

17  a small program for the ex-CFO, Ron Wills.  That's

18  all I can remember right now.

19      Q.   Did GSR also sell for certain -- strike

20  that.

21           So when you -- when you sold for those

22  individuals, was the overall strategy -- sales

23  strategy the same as the strategy for -- that you

24  put in place for Ripple?

25      A.   Generally, yes.

1      Q.    Were there any deviations?

2            MS. ZORNBERG:  Object to form.

3            THE WITNESS:  Yes.

4   BY MS. WAXMAN:

5      Q.    What were they?

6      A.    When we started the XRP sales program back

7   in -- you probably know the exact date, in 2015

8   or '16, I can't remember when exactly it was, we

9   were using the tech stack that we developed starting

10  in 2013.  That tech stack was limited in what it

11  allowed us to do.

12           And so when we -- when we performed the

13  programmatic sales program, we didn't segregate all

14  of the different accounts.  We would sell on behalf

15  of Ripple and Mr. Larsen, for example, and the XRP

16  would -- would be in one pot, it would be

17  distributed to the exchanges where we were selling

18  it.  The proceeds would come back to us, and then we

19  would distribute the proceeds proportionately to

20  however much Ripple and Mr. Larsen was intending to

21  sell.  So the net execution price that they each

22  received was identical.  We didn't favor anybody.

23  It was always the same.

24           In summer of 2017, in Q3 of 2017, we hired

25  a new CTO who started developing a new tech stack

143

1    which was much more powerful and allowed us to

2    segregate accounts.  And as a result, the net

3    execution price was no longer exactly the same for

4    everybody, for obvious reasons.

5        Q.   You could adjust -- you could address --

6    adjust the code for certain individuals?

7        A.   If we wanted to, we could have used

8    different execution ████████ for the different

9    individual accounts.  Now, as I mentioned earlier,

10   the execution ██████ is something that is not

11   just for Ripple.  We do this on behalf of other

12   clients with other digital assets.  And so I guess

13   we provide all of our clients with our best and most

14   up-to-date ████████ at any given moment in time.

15       Q.   So going back to the earlier time period,

16   pre Q3 2017, where everybody had this identical net

17   execution price.

18       A.   Yeah.

19       Q.   I want to make sure I understand.

20            So all of the XRP from Ripple and all of

21   the individuals was commingled in one account?

22       A.   Yes.

23       Q.   And all the proceeds from the sales of all

24   of that XRP was in one account?

25       A.   Yes.

```
 1         Q.   And you distributed the pro -- and how did
 2    you know how much to distribute from the -- to each
 3    individual?
 4         A.   So the different clients had different
 5    sales targets that were all different percentages of
 6    the ███████████████.  So, say, for example,
 7    Ripple was targeting 1 percent, and Mr. Larsen was
 8    targeting 1 percent, then they're both 50/50, and we
 9    would split the proceeds 50/50.  If it was 1 percent
10    and .1 percent, Ripple would get ten-elevenths,
11    Mr. Larsen would get one-eleventh of the proceeds.
12         Q.   And how did -- where did the payouts come
13    from?
14         A.   The payouts, if I remember correctly, came
15    from Bitstamp using RCL.  So we issued Bitstamp IOUs
16    on the Ripple Consensus Ledger.
17         Q.   You would wire -- you would wire proceeds
18    to Bitstamp -- to Bitstamp?
19         A.   No.  It's not -- it's not a wire.  The --
20    Bitstamp would issue an IOU on the Ripple Consensus
21    Ledger for X amount of dollars, which Ripple or
22    Mr. Larsen or whoever could redeem using Bitstamp.
23         Q.   Okay.  Beginning in Q3 2017, where you
24    could -- going back to that -- the IOUs on Bitstamp,
25    during what time period did that happen?
```

1        A.    Honestly, I don't recall most of it.    In

2   fact, for Ripple, I think that's how we did all the

3   payouts.

4        Q.    At some point, did you start sending

5   proceeds to ██████████████████?

6        A.    To ██████████████, for Ripple?

7        Q.    For either Ripple or any of the

8   individuals.

9        A.    I don't think we ever did it for Ripple,

10  no.

11       Q.    Did you send -- at some point did you

12  start sending proceeds for the individuals to -- to

13  a bank account?

14       A.    It's possible, yes.

15       Q.    And which individuals?

16       A.    Honestly, I don't recall, Daphna.

17       Q.    And then going back to Q3 2017 where you

18  had a new tech stack, did that allow you to adjust

19  trading strategies on an individualized basis?

20       A.    To be clear, we hired the new CTO in

21  September of 2017.  It took him about six months for

22  us to be able to start transitioning to the new tech

23  stack.  So we probably only really started using the

24  new tech stack in Q1 of 2018.

25            But to answer your question, yes, with the

146

```
 1    new tech stack, we could run independent ████ for

 2    the different accounts.

 3         Q.   And when you say "independent ████ " you

 4    mean a different ██████ than you were running for

 5    Ripple?

 6         A.   We could have if we wanted to.  We could

 7    have used a different execution ██████.

 8         Q.   And did you use a different execution

 9    ██████ for any of the individuals we just spoke

10    about?

11         A.   I -- I don't think so.  I don't think so.

12    I can't imagine why we would have.

13         Q.   Okay.  Did GSR also sell for certain

14    charities that had a relationship with Ripple?

15         A.   Yeah.

16              MS. ZORNBERG:  Object to form.

17    BY MS. WAXMAN:

18         Q.   And which charities?

19         A.   Rippleworks and ████████████████

20    ████████

21         Q.   And when you sold the XRP for these

22    charities, was the overall strategy -- sales

23    strategy the same as the strategy you had for

24    Ripple?

25         A.   From my point of view, I'm always trying
```

1    to give our clients best execution, so yes, we were

2    trying to give everybody best execution, which is

3    why everybody used the same most up-to-date

4    execution █████████.

5         Q.   And would you also recommend at times that

6    they pause their XRP sales if the market price was

7    declining?

8         A.   Probably, yeah.

9         Q.   And would you also recommend that they

10   reduce their sales if -- if the market price of XRP

11   was declining?

12            MS. ZORNBERG:  Object to form.

13            THE WITNESS:  I -- I probably did tell

14   them, yes, look, I think we're in a -- in a slow

15   period in the market.  Price is very low.  It

16   doesn't make a lot of sense to be selling at these

17   levels.  Probably, yeah.

18   BY MS. WAXMAN:

19        Q.   Did you give these same recommendations to

20   Mr. Larsen?

21            MR. HANIN:  Objection as to which

22   recommendations, but ...

23            THE WITNESS:  You mean my views on market

24   prices?  Probably, yes.

25   / /

BY MS. WAXMAN:

    Q.   Did you try to -- did you -- did you view your role as trying to obtain best execution for Mr. Larsen?

    A.   I think that was one of the main things we were hired for, yes.

    Q.   Did you view your role from -- from Mr. Garlinghouse was to obtain best execution for Mr. Garlinghouse's XRP sales?

    A.   Yes.

    Q.   And did you recommend -- did you make recommendations to Mr. Garlinghouse that he pause sales when the price of XRP was going down?

    A.   I don't recall making those recommendations to Mr. Garlinghouse.

    Q.   Did you make any recommendations to Mr. Garlinghouse regarding his XRP sales?

    A.   I don't -- it's possible.  I don't recall.

    Q.   With respect to Mr. Larsen, did you ever recommend that he increase his sales of XRP at certain points in time?

    A.   Probably.

    Q.   And would you have -- did you make that recommendation for the same reason that you made the recommendation to Ripple?

149

```
 1              MS. DEARBORN:  Object to form.  Vague as
 2    to time.
 3              THE WITNESS:  I mean, to the point where
 4    if the price is depressed, I tell our clients, I
 5    don't think it makes sense to be selling down here.
 6    The flip side of that argument is the market has
 7    spiked higher, there's good liquidity and the price
 8    is two times where it was yesterday.  Probably makes
 9    sense to take advantage of better market conditions.
10    BY MS. WAXMAN:
11        Q.   Did Mr. Larsen direct you to increase
12    sales based on those recommendations?
13              MS. DEARBORN:  Object to form.
14              THE WITNESS:  I wouldn't know whether it
15    was my recommendation or some other reason why he
16    may or may not have done something.  It's impossible
17    for me to know.
18    BY MS. WAXMAN:
19        Q.   Did he direct you to increase sales at
20    certain times?
21              MS. DEARBORN:  Object to form.
22              THE WITNESS:  I don't recall.  It's
23    possible.
24    BY MS. WAXMAN:
25        Q.   Did Mr. Larsen want to extract as much USD
```

1   as possible from his XRP sales?

2              MS. DEARBORN:  Object to form.

3              THE WITNESS:  I have no way of knowing

4    that.

5    BY MS. WAXMAN:

6        Q.   Did Mr. Garlinghouse want to extract as

7    much USD as possible from his XRP sales?

8              MR. LEVANDER:  Object to form.

9              THE WITNESS:  Same thing.  I have no way

10   of knowing that.

11   BY MS. WAXMAN:

12       Q.   But you understood your role to be to get

13   best execution for Mr. Larsen's XRP sales, correct?

14       A.   Mh-hmm.

15       Q.   And you had the same understanding as to

16   your role for Mr. Garlinghouse's XRP sales?

17       A.   If I'm being tasked with a liquidation

18   program, I'm going to give my clients the best

19   possible execution.

20              (Reporter clarification.)

21   BY MS. WAXMAN:

22       Q.   Did you have any understanding who was

23   buying the XRP that you sold on either -- on behalf

24   of either Ripple, Mr. Larsen or Mr. Garlinghouse?

25       A.   No.

1      Q.   Did Ripple care who was buying the XRP --

2           MS. DEARBORN:  Objection.

3           MR. HANIN:  Objection.

4      BY MS. WAXMAN:

5      Q.   -- that you sold on their behalf?

6      A.   I have no way of knowing that.

7      Q.   Did Ripple ever ask you not to sell to

8      certain persons?

9      A.   Not that I can recall, but I'm confused by

10     the questioning, because, as we discussed earlier,

11     we don't know who we're facing off with.

12     Q.   Would there be any way to figure it out?

13          MS. ZORNBERG:  Object to form.

14          THE WITNESS:  For us, no.  Not that I know

15     of.

16     BY MS. WAXMAN:

17     Q.   Did Ripple ever ask you to make sure U.S.

18     persons were not buying XRP from GSR?

19     A.   I think that -- I don't remember the exact

20     details, but I do know that at some point, some

21     moment in time, we stopped selling XRP on exchanges

22     that catered to U.S. persons.

23     Q.   And at what point in time?

24     A.   When did they ask us?

25     Q.   (Nods head.)

1        A.   I don't recall.

2        Q.   And was that on behalf of Ripple?

3        A.   Yes.  I think so.  Yes.

4        Q.   And who told you to stop selling?

5        A.   I don't recall.

6        Q.   I just want to clarify, they told you to

7   stop selling on exchanges that catered to U.S.

8   persons?

9        A.   That's my recollection, yeah.

10        Q.   So did that include U.S. exchanges and

11   foreign exchanges that allowed U.S. users?

12        A.   I think so, yeah.  That's why they

13   would -- that's why I phrased it that way.

14        Q.   Okay.  And sorry if I asked you this.

15   When they told you to stop selling, was that over

16   email or a phone call?

17        A.   I don't recall.

18        Q.   Okay.  And why did they tell you to stop

19   selling to exchanges that catered to U.S. users?

20        A.   I -- I have no idea.  I mean, what was

21   going through their mind.  I mean, I can speculate

22   on -- but --

23            MR. HANIN:  Don't speculate.

24   BY MS. WAXMAN:

25        Q.   I don't want you to speculate.

1          When they told you this, were you still

2     selling XRP programmatically on behalf of Ripple?

3          A.   When they told us to stop selling XRP on

4     exchanges that catered to U.S. persons?  Well, by

5     definition.

6          Q.   So it would have to be during the period

7     of time that you were selling XRP programmatically?

8          A.   I guess so.

9          Q.   Did you -- as a result of that direction,

10     did you stop selling XRP on certain exchanges that

11     catered to U.S. persons?

12          A.   Of course.

13          Q.   And which ones did you stop selling XRP

14     on?

15          A.   I -- I don't recall the exact ones, but I

16     suspect Coinbase would have been one of them, you

17     know -- honestly, I don't recall the different ones.

18     Coinbase is an obvious one.

19          Q.   Did they tell you which exchanges to stop

20     selling on?

21          MS. ZORNBERG:  Objection.  Asked and

22     answered.

23          THE WITNESS:  I don't recall.  It's

24     possible that they told us which specific ones.

25     They probably did.  But I don't recall.

154

BY MS. WAXMAN:

    Q.   Did you have to do any investigation into

which exchanges catered to U.S. persons?

       MR. HANIN:   Objection to the form.  Had to

do it, but ...

       THE WITNESS:   Did GSR have to -- I mean,

we probably did it, but I doubt that -- I mean, we

weren't -- we would not have been the ultimate

arbitrator, right?

BY MS. WAXMAN:

    Q.   Did GSR take any steps to -- to understand

whether certain exchange catered to U.S. users?

    A.   Yes.  I mean, maybe this isn't relevant to

this particular line, but the day immediately after

the SEC filed the lawsuit against Ripple, we looked

at all of our XRP trading activity, GSR's, in

conjunction with selling program, others, ODL, et

cetera, and we ensured that we were no longer

trading XRP on any exchange that catered to U.S.

persons.  So for that exercise, we most certainly

did that research, yeah.

    Q.   Prior to the time that Ripple directed you

to stop selling on exchanges that catered to U.S.

persons, did GSR take any steps to understand

whether certain exchanges did, in fact, cater to

1    U.S. users?

2         A.   We probably did as a normal course of

3    business, of understanding, you know, how the

4    exchanges were developing.

5         Q.   But prior to the time that Ripple told you

6    to stop selling on exchanges that cater to U.S.

7    persons, they never asked you to not sell to U.S.

8    persons, correct?

9              MR. HANIN:  Objection.  And tautological.

10             MS. ZORNBERG:  Yeah.  And can you also

11   just fix the time?  I don't think the witness's

12   testimony is clear as to timing.  The question is

13   making it more unclear.

14   BY MS. WAXMAN:

15        Q.   Did Mr. Garlinghouse ever ask you to make

16   sure not to sell XRP on his behalf to U.S. persons?

17        A.   I don't recall.  It's possible.

18        Q.   What about Mr. Larsen?

19        A.   The same, Daphna.  I'm not sure.

20        Q.   Did Ripple ever instruct you to sell XRP

21   to people who would commit not to resell to US

22   customers?

23             MS. ZORNBERG:  Object to form.

24             THE WITNESS:  I don't recall.  I don't

25   think so.  I don't recall.

156

1   BY MS. WAXMAN:

2        Q.   Same question for Mr. Larsen?

3        A.   Same answer.

4        Q.   Same question for Mr. Garlinghouse?

5        A.   Same answer.

6        Q.   Did you ever have an understanding whether

7   the XRP you sold on a foreign platform entered the

8   United States?

9        A.   The XRP, sorry?

10       Q.   The XRP that GSR sold on foreign

11   platforms, did that -- did you know whether that XRP

12   ever entered the United States?

13            MS. ZORNBERG:  Objection.

14            THE WITNESS:  How do you define XRP

15   entering the United States?

16   BY MS. WAXMAN:

17       Q.   Did you ever know if the XRP that you sold

18   on a foreign platform was sold to a U.S. person?

19            MS. ZORNBERG:  Objection.

20            THE WITNESS:  I have no way of knowing

21   that.

22   BY MS. WAXMAN:

23       Q.   If you wanted to -- could you restrict the

24   XRP you sold from being purchased by a U.S. person?

25       A.   GSR?  No.  Because -- in the sense that we

1    would operate on exchanges that would not allow U.S.

2    persons or entities to onboard, so it's our

3    understanding that if we're trading XRP there, it's

4    not with a U.S. person.  But if we sell XRP to Joe

5    Block on this exchange and Joe Block turns around

6    and withdraws it and sells it to an American, I have

7    no way of controlling that.

8         Q.   When you executed trades on behalf of

9    Ripple, were you restricted in any way as to who you

10   could sell to?

11             MR. HANIN:  Objection.  Vague.  Asked and

12   answered.  But ..

13             THE WITNESS:  It's not -- we didn't work

14   like that.  We were directed as to which exchanges

15   we should sell on.

16   BY MS. WAXMAN:

17        Q.   Did they sell you -- direct you to sell

18   XRP on exchanges within the United States?

19             MS. ZORNBERG:  Objection.

20             THE WITNESS:  I -- I guess so, because

21   Coinbase was one of the exchanges where we sold XRP,

22   right, so ...

23   BY MS. WAXMAN:

24        Q.   Did they direct to you sell XRP on

25   Coinbase?

1       A.   I presume so, I don't --

2       Q.   Did they direct to you sell XRP in U.S.

3   exchanges?

4       A.   It's possible.  I'd have to look at the

5   list of exchanges and -- I guess so.

6       Q.   Do you want to look at the document 42?

7            MR. HANIN:  Are you asking about whether

8   he received a specific direction to trade on an

9   exchange or just --

10           MS. WAXMAN:  No --

11           MR. HANIN:  -- a general direction to

12   trade?

13   BY MS. WAXMAN:

14       Q.   Generally did Ripple instruct GSR to sell

15   XRP on its behalf on U.S. exchanges?

16           MS. ZORNBERG:  Objection.

17           THE WITNESS:  I can see from Exhibit 42 on

18   the list of exchanges, I can see Poloniex, which I

19   don't recall if, back in March of '19, it was a U.S.

20   exchange or not.  I can see Kraken, which I think

21   was a U.S. exchange but I'm not entirely sure.  I

22   don't see Coinbase on this list.

23   BY MS. WAXMAN:

24       Q.   Was Bittrex a U.S. exchange?

25       A.   I don't know, because Bittrex also --

1    remember they spun out their international entity.

2    And I'm not sure if this is referencing Bittrex U.S.

3    or Bittrex International.  It's possible that it's

4    referencing Bittrex International because I think

5    once they spun off the international entity, they

6    pushed all the non-U.S. people to the international

7    entity.

8         Q.   Did they spin -- to your knowledge, when

9    did that happen?

10        A.   I don't recall.

11             MR. HANIN:  Daphna, when we finish this

12   line of questions, is it a good time for a break?

13   We've been, again, going a healthy period of time.

14             MS. WAXMAN:  Sure.

15             MR. HANIN:  Trying to be as --

16             MS. WAXMAN:  Sure.

17             MR. HANIN:  -- accommodating as possible.

18             MS. WAXMAN:  Just two more minutes, if

19   that's okay.

20             MR. HANIN:  Okay.

21   BY MS. WAXMAN:

22        Q.   When you executed trades on behalf of

23   Ripple, were you restricted in the amount of XRP you

24   could sell?

25        A.   I don't understand the question.

160

```
 1        Q.   Could you sell millions of units to one
 2   single buyer?
 3             MS. ZORNBERG:  Objection.
 4             THE WITNESS:  Technically, I guess so.
 5   If -- if there happened to be -- I would never have
 6   known on an exchange if that bid was one buyer or
 7   many buyers, because sometimes they'll stack the
 8   orders at the same price point.  Technically, I
 9   guess.
10   BY MS. WAXMAN:
11        Q.   When you executed trades on behalf of
12   Ripple, were you restricted to sell only to people
13   who would use the XRP as a means to pay for goods
14   and services?
15             MS. ZORNBERG:  Objection.
16             THE WITNESS:  No, I don't think so.
17   BY MS. WAXMAN:
18        Q.   When you executed trades on behalf of
19   Ripple, were you restricted to sell only to people
20   who would use the XRP in a cross-border payment?
21        A.   No.
22        Q.   Were you restricted to selling the XRP to
23   banks?
24        A.   No.
25        Q.   Were you restricted in selling the XRP to
```

1   any financial institution?

2       A.   No.

3       Q.   When you executed trades on behalf of

4   Ripple, were you restricted to selling XRP to money

5   transmitters?

6       A.   No.

7       Q.   Same questions for Mr. Larsen.  When you

8   executed trades on behalf of Mr. Larsen, were you

9   restricted in the amount of XRP you could sell?

10      A.   No.

11      Q.   Were you restricted to sell to -- only to

12  people who would use the XRP to pay for goods or

13  services?

14      A.   No.

15      Q.   Were you restricted to sell only to people

16  who would use it in a cross-border payment?

17      A.   No.

18      Q.   Were you restricted to people who would

19  only sell it to banks or other financial

20  institutions?

21      A.   No.

22      Q.   Were you restricted to people who would

23  only -- were you restricted to sell it to only money

24  transmitters?

25      A.   No.

162

```
 1          Q.   Same questions for Mr. Garlinghouse.

 2          A.   No.

 3          Q.   Were you restricted in the way you could

 4     sell XRP in any way?

 5          A.   No.

 6               MS. WAXMAN:  Let's take a break.

 7               THE WITNESS:  Sorry, you said in any way.

 8     That's very broad.

 9               MR. HANIN:  And subject to the testimony

10     before, I mean ..

11     BY MS. WAXMAN:

12          Q.   I'll just say, when you executed trades on

13     behalf of Mr. Garlinghouse, were you restricted in

14     the amount of XRP you could sell?

15               MR. HANIN:  Objection.

16               THE WITNESS:  Subject to the sales targets

17     that we had, the answer is no, of course.

18     BY MS. WAXMAN:

19          Q.   Were you restricted to only sell to people

20     who would use it as a means to pay for goods and

21     services?

22          A.   No.

23          Q.   Were you restricted to sell only to people

24     who would use it in connection with a cross-border

25     payment?
```

163

1        A.   No.

2        Q.   Were you restricted to sell only to banks

3    or other financial institutions?

4        A.   No.

5        Q.   Were you restricted to only sell to money

6    transmitters?

7        A.   No.

8             MS. WAXMAN:  Let's go off the record.

9             THE VIDEOGRAPHER:  Going off the record at

10   12:08 p.m.

11                (Whereupon, a lunch recess was taken.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

164

```
 1    AUGUST 11, 2021                        1:14 P.M.

 2                    P R O C E E D I N G S

 3                    AFTERNOON SESSION

 4              THE VIDEOGRAPHER:  We're going back on the

 5    record at 1:14 p.m.

 6    BY MS. WAXMAN:

 7         Q.   Mr. ███, where do you currently reside?

 8         A.   In ████████.

 9         Q.   And do you have U.S. citizenship?

10         A.   No.

11         Q.   Do you have a green card?

12         A.   Not anymore.

13         Q.   Throughout the period, the sales of XRP

14    that GSR executed on behalf of Ripple, was that in

15    exchange for consideration?

16              MS. ZORNBERG:  Object to form.

17              THE WITNESS:  What does "consideration"

18    mean?

19    BY MS. WAXMAN:

20         Q.   Something -- was it in exchange for

21    something of value?

22              MS. ZORNBERG:  Objection.

23              MR. HANIN:  Objection.  It's vague,

24    but ...

25    / /
```

1   BY MS. WAXMAN:

2       Q.   Did Ripple sell -- give away the XRP for

3   free?

4            MS. ZORNBERG:  Objection.

5            THE WITNESS:  No.  You're asking -- the

6   XRP sales program was a business activity that GSR

7   performed for -- for Ripple and we were paid a fee

8   for that.

9   BY MS. WAXMAN:

10      Q.   I want to clarify.  I'm talking about

11  Ripple -- I'm talking about what Ripple got in

12  exchange for its selling of XRP.  Was that in -- did

13  Ripple give away the XRP for free?

14           MS. ZORNBERG:  Objection.

15  BY MS. WAXMAN:

16      Q.   It seems like a very obvious question, and

17  a very silly question.  I apologize.  It is a very

18  silly -- a simple question.

19      A.   We never sold XRP for zero.

20      Q.   Okay.  So you would sell it for --

21      A.   From different units of value.

22      Q.   Okay.  And same question for the

23  individuals.  Did you ever give away XRP that the

24  individuals held for free?

25      A.   No.

166

1        Q.   And did you always sell the XRP for

2    individuals for -- for something of value?

3        A.   Yes.

4        Q.   Throughout the period, GSR made efforts on

5    behalf of Ripple to maintain orderly markets for

6    XRP?

7             MS. ZORNBERG:  Object to form.

8             THE WITNESS:  Yes.

9    BY MS. WAXMAN:

10       Q.   And this was at Ripple's direction?

11       A.   Yes.

12       Q.   And what is your understanding of

13   maintaining an orderly market for XRP?

14            MS. ZORNBERG:  Object to form.

15            THE WITNESS:  At a high level, maintaining

16   an orderly market means being, you know -- I think

17   at the extreme, people talk about being the buyer of

18   last resort or the seller of last resort.  The idea

19   is that you reduce the frictions, make it easier for

20   people to enter and exit positions and try and

21   dampen excessive volatility.

22   BY MS. WAXMAN:

23       Q.   Going back to some questions we asked

24   before lunch, I asked you a series of questions

25   about whether or not you were restricted in any way

1      in how you sold XRP on behalf of Ripple and also on

2      behalf of the individuals.

3             Did you ever tell anyone at Ripple that

4      you were restricting Ripple's sales to particular

5      users?

6             MS. ZORNBERG:  Objection.

7             THE WITNESS:  No.  No.

8      BY MS. WAXMAN:

9         Q.   Same question for Mr. Larsen, did you ever

10     tell Mr. Larsen that you were restricting his sales

11     to particular users?

12        A.   No.

13        Q.   And did you ever tell Mr. Garlinghouse

14     that you were restricting his sales to particular

15     users?

16        A.   No.

17        Q.   Were Ripple's efforts publicly known --

18     Ripple's efforts to maintain orderly markets for XRP

19     publicly known, as far as you're concerned?

20            MS. ZORNBERG:  Object to form.

21            MR. HANIN:  Objection.

22            THE WITNESS:  Ripple published a -- I

23     believe a quarterly report where they summarized

24     their activities as way of being transparent.  So if

25     that's what you mean, then yes.

1    BY MS. WAXMAN:

2        Q.   Other than the quarterly report, did

3    Ripple publish any other information regarding its

4    efforts to maintain an orderly market?

5                MR. HANIN:  Objection.  Foundation.

6                MS. ZORNBERG:  Object to form.

7                MR. HANIN:  If you know.

8                THE WITNESS:  I don't recall.

9    BY MS. WAXMAN:

10       Q.   Did you ever discuss with anyone at Ripple

11   XRP's status under the U.S. securities laws?

12       A.   Yes.

13       Q.   And with whom?

14       A.   I don't recall any specific conversation

15   with any specific person, but over the course of

16   eight years, I presume that, you know, the topic

17   came up.

18       Q.   Generally, what did you discuss?

19       A.   As you can probably tell, I'm no legal

20   expert, so I wasn't exactly talking about any legal

21   minutia.  It was -- the type of conversations we

22   would have had were more typically -- well, we think

23   things are going -- from their side, we think things

24   are going well, we're working with the regulators,

25   and we're hoping, you know, that everything is going

169

```
 1    to arrive at a satisfactory -- I don't know, end,

 2    however you want to call it.  But, I -- you know,

 3    we -- I did not have in-depth conversations with

 4    Ripple about any legal merits or the case or

 5    anything like that.

 6         Q.   These discussions that you had, who did

 7    you have them with?

 8              MR. HANIN:  Objection.

 9              THE WITNESS:  Depends on when.

10              (Reporter clarification.)

11              MR. HANIN:  I just objected and said it

12    was -- question had been asked and answered.

13              THE WITNESS:  When do you mean, Daphna?

14    Because depending on the year -- generally, most of

15    my conversations with Ripple were with the person

16    leading the markets team.  And the person who led

17    the markets team for I think the longest time is

18    probably Miguel Vias.  But after Miguel there was

19    Breanne.  Before Miguel, there were others.

20    BY MS. WAXMAN:

21         Q.   When was the first time that you had a

22    discussion with anyone at Ripple regarding XRP

23    status under be the U.S. securities laws?

24         A.   I really don't recall.

25         Q.   Was it prior to Miguel Vias joining
```

170

1    Ripple?

2         A.   I honestly don't recall.  Can you remind

3    me, when did Miguel join Ripple?

4         Q.   My understanding is he joined in

5    November 2016.

6         A.   It's entirely possible, but I have no

7    recollection.  I don't know when I had the first

8    conversation.

9         Q.   Do you have any recollection of any

10   specific conversations with any Ripple employees

11   regarding XRP's status under the U.S. securities

12   laws?

13             MS. ZORNBERG:  Objection.

14             MR. HANIN:  Same objection.

15             THE WITNESS:  No, I don't.  Probably

16   because they wouldn't have had much substance.  It

17   was more of a casual thing, like a ...

18   BY MS. WAXMAN:

19        Q.   Did Ripple ever disclose to GSR that it

20   was being -- under investigation by the SEC?

21             MS. ZORNBERG:  Objection.

22             THE WITNESS:  I don't -- I don't recall.

23   I don't know if Ripple told us or if we saw it in

24   the news.  I really don't know.

25   / /

1   BY MS. WAXMAN:

2       Q.   When did you -- when did you first learn

3   about the SEC's investigation?

4           MS. ZORNBERG:  Objection.  Foundation.

5           THE WITNESS:  I -- I -- years ago.  But I

6   don't know -- I don't have any recollection.  I

7   can't say this particular date.

8   BY MS. WAXMAN:

9       Q.   Were you aware of the SEC's investigation

10  prior to the SEC filing a lawsuit against Ripple?

11      A.   Prior to December of last year?

12      Q.   Yes.

13      A.   Yes.  Yes.

14      Q.   Okay.  And were you aware of the SEC's

15  investigations during the period of time that GSR

16  sold XRP programmatically on behalf of Ripple?

17          MS. ZORNBERG:  Objection.

18          THE WITNESS:  I don't recall if I found

19  out before, during or after we sold XRP

20  programmatically.

21  BY MS. WAXMAN:

22      Q.   Did anyone at Ripple ever tell you that

23  there was a risk that XRP could be deemed a security

24  under U.S. securities laws?

25      A.   I mean, I don't recall.

172

1              MS. WAXMAN:  Exhibit 63.

2                  (Whereupon, Deposition Exhibit █-63

3              was marked for identification.)

4    BY MS. WAXMAN:

5         Q.   Mr. █, I'm showing you what's been

6    marked as Exhibit █-63, which is a screenshot of --

7    and it's information contained in an Excel

8    spreadsheet that GSR produced in response to an SEC

9    subpoena.

10             MS. ZORNBERG:  So is there a reason

11   there's no Bates number on it?

12             MS. WAXMAN:  The Excel spreadsheet doesn't

13   have a Bates on it.

14             MS. ZORNBERG:  Okay.

15             MR. HANIN:  Are you representing that we

16   produced this, GSR produced this?

17             MS. WAXMAN:  Yes.  Yes.  And I can

18   probably pull up the Bates number after.

19        Q.   Do you recognize what's been marked as

20   █ 63?

21        A.   I think this is a spreadsheet -- a

22   printout from a spreadsheet outlining the sales for

23   Bot 2h.

24        Q.   Is this something that GSR put together?

25        A.   I believe so.

173

1       Q.   Is this a summary of trades in Ripple's

2   trading Vibe for 2019?

3       A.   I think that's what it represents, yeah.

4   You can see on the left-hand column, the months in

5   2019, XRP sold, dollar received in exchange.

6   Mh-hmm.

7       Q.   How much XRP did Ripple sell in

8   October 2019?

9       A.   According to this spreadsheet, zero.

10      Q.   And how much did -- how much XRP did

11  Ripple sell programmatically in November 2019?

12      A.   Also zero.

13      Q.   And what about in December 2019?

14      A.   Also zero.

15      Q.   And did Ripple cease its programmatic

16  sales in the beginning of October 2019?

17      A.   From looking at the spreadsheet, one might

18  assume so.  I'm guessing.  I mean, I don't recall us

19  doing anything in 2020.  It's possible, yeah, that's

20  when we stopped.

21      Q.   And why did Ripple stop selling XRP

22  programmatically in September 2019?

23           MS. ZORNBERG:  Objection.

24           THE WITNESS:  I -- I do not recall.  I

25  don't know.

174

1   BY MS. WAXMAN:

2       Q.   Did Ripple ever tell you that the SEC had

3   asked it to stop selling XRP programmatically?

4            MS. ZORNBERG:  Objection.

5            THE WITNESS:  No.  No.  Not that I can

6   recall.

7   BY MS. WAXMAN:

8       Q.   Did Ripple ever provide you with a legal

9   opinion as to XRP's status under the U.S. securities

10  laws?

11      A.   I don't think so.

12      Q.   Did you ever ask Ripple whether they had

13  obtained a legal opinion on XRP status under the

14  U.S. securities laws?

15      A.   I don't remember if I asked it.

16      Q.   Did GSR ever hire an attorney to provide a

17  legal opinion on XRP status under the U.S.

18  securities laws?

19      A.   I don't remember.

20      Q.   Is that something you would remember?

21           MR. HANIN:  Objection.

22           THE WITNESS:  No, I don't remember.  I

23  know we received a legal opinion letter in

24  conjunction with our application for license in

25  Singapore under the MAS, which we discussed earlier.

175

1    I do remember that instance, but I don't remember in

2    the context of U.S.

3    BY MS. WAXMAN:

4        Q.    When you say you received a -- are you

5    talking about a legal opinion as to XRP status under

6    Singapore law?

7        A.    Correct, yeah.

8        Q.    And what prompted GSR to obtain that

9    opinion?  And I want to say, I don't want you to

10   divulge any conversations you've had with your

11   counsel.  So if you can just answer that question

12   without --

13            MR. HANIN:  The question was fair.

14            THE WITNESS:  Part of the application

15   process for licensing under the MAS.

16   BY MS. WAXMAN:

17       Q.    And why did you need to obtain licensing

18   under the MAS?

19            MR. HANIN:  Objection.  Foundation.

20            THE WITNESS:  Because we were looking to

21   become regulated, and the MAS had a framework, and

22   we -- we wanted to opt into it.  This is one of the

23   requirements.

24   BY MS. WAXMAN:

25       Q.    And did GSR engage in any business related

1   to Ripple in Singapore?

2          MS. ZORNBERG:  Objection to form.

3          MR. HANIN:  Objection to the --

4          THE WITNESS:  I don't remember if we've --

5   have we traded XRP on behalf of Ripple through our

6   Singapore operating entity is what you're asking,

7   right?

8   BY MS. WAXMAN:

9      Q.  Yes.

10      A.  I think the answer is yes.

11      Q.  Okay.  And what trading did you do on

12  behalf of Ripple?

13      A.  I -- I think -- and please forgive me if

14  I'm wrong -- but I think that we service ODL from

15  our Singaporean entity.

16      Q.  And when you say you service ODL from your

17  Singapore entity, what's -- what do you mean?

18  What --

19      A.  So in order to service ODL, we trade XRP

20  against Mexican peso, Philippine peso, et cetera, on

21  a number of different exchanges, and we do that from

22  our Singaporean entity.

23          MS. WAXMAN:  Exhibit 53, please.

24      Q.  Mr. ███, I'm showing you what's been

25  marked ██ 53, which is a document with the Bates

177

1    RPLI_SEC 0878012 through -019, which appears to be

2    an agreement titled "Master Purchase Agreement," an

3    executed one.  And it's dated July 3rd, 2020.

4                (Whereupon, Deposition Exhibit ▇ 53

5                was marked for identification.)

6    BY MS. WAXMAN:

7        Q.   Do you recognize what's been marked as

8    Exhibit 53?

9        A.   Yes.

10       Q.   And what is Exhibit 53?

11       A.   The master purchase agreement.

12       Q.   Who is -- if you turn to the last page,

13   it's signed by ▇▇▇▇▇▇▇.  Who is that?

14       A.   ▇▇▇▇▇▇▇▇ is one of our directors.

15       Q.   And were you involved in negotiating this

16   agreement with Ripple?

17       A.   Yes, I think so.

18       Q.   Okay.  And what was the purpose of the

19   agreement?

20       A.   This agreement relates to purchases of XRP

21   that GSR did on behalf of Ripple.

22       Q.   And when did those purchases begin?

23       A.   I -- I don't recall.

24       Q.   Were they in or around December of 2020?

25       A.   I would presume so.  That's the date of

178

1    the agreement signature.

2         Q.   Why did Ripple want GSR to purchase XRP

3    during that time?

4              MS. ZORNBERG:  Objection.

5              MR. HANIN:  Objection.

6              You can give your understanding.

7              THE WITNESS:  I -- again, I -- there are

8    multiple reasons.  I don't know what was going

9    through Ripple's -- they didn't tell me specifically

10   why.

11   BY MS. WAXMAN:

12        Q.   Did you have any discussions with Ripple

13   as to why they would want you to purchase XRP in

14   connection with this agreement?

15        A.   Yes.

16        Q.   What was discussed?

17        A.   I remember at some point during the ODL

18   program -- you know, ODL is supposed to be net

19   neutral XRP, meaning you buy XRP on one exchange but

20   you sell it on the other.

21             At some point during the ODL program, I

22   believe that changed, and the first leg, the

23   origination leg, where the payment processor would

24   purchase the XRP stopped occurring -- it was my

25   understanding, on exchanges.  And the payment

179

 1    processors were purchasing XRP directly from Ripple,

 2    which -- that was how I understood it.  And so if

 3    that happened, XRP would stop being XRP neutral.

 4            You follow, right?

 5        Q.   So that caused an increase in supply of

 6    XRP entering the market?

 7        A.   That would -- exactly.  That would --

 8    whereas ODL was -- was -- call it XRP neutral

 9    equilibrium, as soon as you source XRP in

10    origination leg, you start increasing the supply of

11    XRP.

12        Q.   You said -- did you mean ODL would stop

13    being XRP neutral?

14        A.   Yes.  What word did I say?

15        Q.   The transcript says XRP would stop being

16    XRP neutral.  Did you mean ODL?

17        A.   I meant ODL.  I'm sorry.

18        Q.   So how did that relate to the direction

19    or -- how did that relate to Ripple's ask for you to

20    start buying?

21        A.   Again, it's speculation on my part because

22    I wasn't told, this is why we're doing the buyback

23    program, but --

24            MS. ZORNBERG:  I'm going to object to

25    speculation.

1        MR. HANIN:  Don't speculate.  The -- the

2    initial question was different, but don't speculate.

3    BY MS. WAXMAN:

4        Q.   Based on your experience with Ripple

5    servicing the programmatic sales and servicing the

6    ODL product, what did you understand your role to be

7    in connection with these purchases?

8        MR. HANIN:  Objection.

9        THE WITNESS:  My role is execution agent.

10   BY MS. WAXMAN:

11       Q.   And what did you understand the reason for

12   not -- for the purchases -- what was your

13   understanding?

14       MR. HANIN:  If you have one.

15       THE WITNESS:  Like I said, I -- I don't

16   think Ripple ever told me, you're going to do these

17   purchases for reasons A, B and C.  Similarly is when

18   we were directed to sell, now we were being directed

19   to buy.

20   BY MS. WAXMAN:

21       Q.   What did you believe the purpose was?

22       MS. ZORNBERG:  Objection.

23   BY MS. WAXMAN:

24       Q.   I understand your qualification that you

25   didn't have -- that Ripple didn't tell you.  What

1    did you believe?

2              MS. ZORNBERG:  Objection.

3              THE WITNESS:  I don't -- I'm not sure how

4    I'm supposed to answer that question because I know

5    I'm not supposed to speculate.  I'm trying to be

6    accurate.

7    BY MS. WAXMAN:

8         Q.   I'm not trying -- I'm not asking you to

9    speculate on their -- what they thought.  I'm just

10   asking you about your own belief, your own personal

11   opinion.

12             MS. ZORNBERG:  Objection.

13             MR. HANIN:  If you have an opinion, you

14   can give it.  If you didn't have a view or opinion,

15   you shouldn't speculate.

16             THE WITNESS:  My -- my opinion was that

17   if -- like I said, I wasn't sure, but I was under

18   the impression that ODL was no longer XRP neutral.

19   It was adding supply.  And so this would be a way to

20   counteract that.

21   BY MS. WAXMAN:

22        Q.   Was the additional supply having -- did

23   you understand the additional supply to have a

24   negative impact on XRP's price?

25        A.   At a high level, whenever there is

182

```
 1    incremental supply of any asset, you would expect it
 2    to have an impact on the price.
 3         Q.   And did you understand that the buy -- the
 4    reason for the buying in 2020 was the same reason
 5    that Ripple was directing you to buy in the earlier
 6    time period?
 7              MS. ZORNBERG:  Objection.
 8    BY MS. WAXMAN:
 9         Q.   In terms of how it would affect the price.
10              MS. ZORNBERG:  Objection.
11              THE WITNESS:  I mean, in general terms
12    if -- the same way if you're selling an asset, you
13    expect the price to go down.  If you're buying an
14    asset, chances are the price of the asset will go
15    up.  But ...
16    BY MS. WAXMAN:
17         Q.   Did Ripple ever tell you that it wanted
18    the price of -- that it wanted to use the purchases
19    to increase the price of XRP?
20         A.   No.
21         Q.   Did Ripple want the purchases to create
22    buying pressure?
23              MS. ZORNBERG:  Object to form.
24              THE WITNESS:  No.
25    / /
```

183

BY MS. WAXMAN:

    Q.   Did Ripple want the purchases to stabilize XRP's price?

    A.   Again, I don't know what Ripple wanted. I --

    Q.   Did you ever express any concerns to Ripple about purchasing XRP in connection with this agreement?

    A.   What do you mean by "concerns"?

    Q.   Did you ever tell them not to move forward with purchases?

    A.   I don't think so.

    Q.   Did you ever recommend any alternative action to address the increase in supply of XRP in the market?

    A.   I don't -- I don't recall.

    MS. WAXMAN:  I only have two copies of this document.  I apologize.

    MR. HANIN:  Must be very special.

    MS. WAXMAN:  Can you mark this for me?

    So it's Exhibit 66.

    (Whereupon, Deposition Exhibit ▆ 66 was marked for identification.)

    MS. DEARBORN:  Daphna, can you tell us the Bates number?

184

```
 1              MS. WAXMAN:  RPLI_SEC 0533153 through

 2    -161.

 3         Q.   Mr. Garlinghouse, these are screenshot --

 4    Mr.███, these are screenshots of messages from

 5    Mr. Garlinghouse's cell phone?

 6              MS. ZORNBERG:  Hold on one second.  Before

 7    you start, can we get -- can we get it

 8    electronically?

 9              MR. TENREIRO:  Yeah.  Why don't we -- does

10    she have that electronically?

11              MS. WAXMAN:  No.

12              MR. TENREIRO:  Okay.  Let me send it

13    around, and while I do that, do you want to move on

14    to something else?

15              MS. WAXMAN:  Sure.  Sure.  We can just

16    hold on.

17              THE WITNESS:  This isn't -- this was Brad

18    with somebody else, right?

19              MR. HANIN:  Daphna, is this an exchange

20    involving ███?

21              THE WITNESS:  So no, he's not on the

22    email.  He's not a -- it's not a communication with

23    ███.

24              MR. HANIN:  Okay.

25              MR. TENREIRO:  Let me get it so we can --
```

185

1    yeah.  Let's move on to something else.

2                MS. ZORNBERG:  Thank you.

3                MS. WAXMAN:  We can just -- hold on.

4    Going back to Exhibit 53.

5                THE WITNESS:  Yeah.

6    BY MS. WAXMAN:

7         Q.   If you turn to the second page, section

8    2(b), in middle of the paragraph there's a sentence

9    that says:

10                    "Customer represents and

11                warrants that it has received an

12                opinion from Singapore legal

13                counsel concluding that XRP is not

14                a 'security' as that term is

15                defined in Section 2(1) of the

16                Securities and Futures Act of

17                Singapore."

18                Did -- did GSR request the inclusion of

19    that in the agreement?

20         A.   I don't know.

21         Q.   Who was responsible for negotiating this

22    agreement with Ripple?

23         A.   Do you mean the business terms or the --

24    the legal term -- like --

25         Q.   Who would have negotiated the language in

186

1    this document?

2              MS. ZORNBERG:  Object to form.

3              THE WITNESS:  Counsel, internal or

4    external.

5    BY MS. WAXMAN:

6         Q.   Would anyone at GSR know -- who at GSR

7    would know why that was included?

8         A.   I would ask ███████████.

9         Q.   And who is that?

10        A.   ████ has been an internal legal resource at

11   GSR for a number of years now.

12        Q.   Okay.  Mr. ████, I want to show you what's

13   been previously marked as -- you can put that to the

14   side -- ██-6.

15             (Whereupon, Deposition Exhibit ██ 6

16             was marked for identification.)

17             MS. WAXMAN:  Give me one second.  I'll

18   tell you the Bates.

19             Where is my copy?  ██-6 is an email with

20   the Bates GSR_294.  It's an email from you dated

21   May 31st, 2016, to ████████████@ripple.com.

22   BY MS. WAXMAN:

23        Q.   Mr. ███, did you send this email?

24        A.   I believe so.

25        Q.   Now, the first sentence you've said, I've

187

1    compiled a few ideas regarding our conversation last

2    Friday on the impact of selling programs.

3            Are you talking about the impact of

4    selling programs on XRP price?

5            MS. ZORNBERG:  Object to form.

6            THE WITNESS:  I presume so, yes.

7            MS. WAXMAN:  Okay.  Thank you.

8            MR. TENREIRO:  We should have Exhibit 66.

9    Everyone here should have it?

10           MS. WAXMAN:  Okay.

11           MS. ZORNBERG:  How so?

12           MR. TENREIRO:  By email.

13           MS. ZORNBERG:  I haven't received it.

14   Maybe someone can forward it to me?

15           MR. TENREIRO:  Oh, I didn't send it to

16   you.  Lisa, Meredith, Kristina, Sam and Jonah.

17           MS. ZORNBERG:  Okay.  Received.

18           MR. TENREIRO:  Great.

19   BY MS. WAXMAN:

20       Q.   Okay.  Going back to Exhibit 66, you're

21   not a party to this exchange, but I do want to

22   direct you to the page with the Bates 533158.  My

23   understanding is this is a reference to

24   ███████████████ .

25           Do you know who ███████████████ is?

```
 1        A.    Yes.

 2        Q.    And who is ████████████████?

 3        A.    Ex-colleague, friend.  I've known ████ for

 4   20-odd years.  He works with us at GSR.

 5        Q.    And what is his relationship to GSR?

 6        A.    ████ is the █ in GSR from back in 2013,

 7   because he introduced us to Ripple.  ████ and I did

 8   most of the work, but ████ made the introduction, so

 9   we gave him an initial.  When we wound down the

10   opcos in late '16, ████ stopped being part of GSR,

11   and then he joined years later.

12              ████ was still working at ████████ and

13   worked at another hedge fund, so he wasn't involved

14   in the business like we were.

15        Q.    In July 2020, what was ████████ involvement

16   with GSR?

17        A.    Full-time.

18        Q.    And where did he work?

19        A.    I think it was in Puerto Rico.

20        Q.    And was he involved -- did he have any

21   responsibilities related to Ripple at the time?

22        A.    Not really.  I'm surprised to see his name

23   come up because typically I was the person

24   interacting with Ripple.

25              MR. HANIN:  The name ████ came up.  I
```

189

```
 1    don't know --

 2            THE WITNESS:  I'm not a thousand percent

 3    certain that this is the same ████, but yeah ...

 4    BY MS. WAXMAN:

 5        Q.   Did you ever discuss with ████ the master

 6    purchase agreement or purchasing XRP on behalf of

 7    Ripple?

 8        A.   I don't recall, but we're business

 9    partners.  Probably.

10        Q.   Did you ever discuss with ████ concerns

11    related to purchasing XRP on behalf of Ripple?

12        A.   Again, I don't recall.

13        Q.   The email says, ████ -- the text message

14    says:

15                "████ came back - and after

16                discussing with outside counsel,

17                they mentioned some reg concerns

18                given their SEC inquiry and

19                suggested we may want to explore

20                other ways to do this creatively

21                that is more in line with our

22                current contract - i.e., using

23                derivatives, so, for example, we

24                could sell them puts and then buy

25                XRP in the open market to cover
```

190

```
 1            their short."
 2            Did you ever discuss with ███ using
 3    derivatives?
 4            MS. ZORNBERG:  Okay.  I'm going to object.
 5    Lack of foundation.  You're showing the witness a
 6    document that he's -- a communication he's not part
 7    of, asking him to comment on words that don't even
 8    purport to have been a summary of any communication
 9    with him.  And he's already said he's not even sure
10    if this is ████████████.
11            THE WITNESS:  The short answer is no, I
12    didn't -- I don't remember having a conversation
13    with ████ about using derivatives.
14    BY MS. WAXMAN:
15        Q.   Okay.  Did you ever have a conversation
16    with ████ concerning the master purchase agreement?
17        A.   I don't recall.  It stands to reason I
18    would, because, again, a new contract needs to be
19    discussed, and -- at the management team level,
20    but ...
21        Q.   I don't have any other questions related
22    to that document.
23            And did ████ have any involvement with the
24    purchasing of XRP on Ripple's behalf?
25        A.   Not in any meaningful way.  ████ is not --
```

191

```
 1    the purchases were carried out programmatically.

 2    They would have been done by the same quant trading

 3    team and ops, and ████ is not part of that.

 4         Q.   Which platforms did GSR purchase XRP on in

 5    connection with the agreement?

 6              MS. ZORNBERG:  Object to form.

 7              THE WITNESS:  I don't recall.  It

 8    doesn't -- it doesn't stipulate it here?

 9    BY MS. WAXMAN:

10         Q.   I don't believe so.

11         A.   I don't recall.

12         Q.   Did GSR sell -- purchase XRP on Binance

13    and OKEx on behalf of Ripple?

14         A.   It's entirely possible.  I can't confirm.

15    You mean in the context of the buyback?

16         Q.   Yes.

17         A.   In all likelihood, yes, because Binance is

18    the largest crypto exchange.  It's a natural place

19    for us to go execute the buyback, but I can't

20    confirm because I don't recall.

21         Q.   And would you have recommended -- strike

22    that.

23              Would you have recommended that Ripple

24    purchase on OKEx as well?

25              MS. ZORNBERG:  Object to form.
```

192

```
 1              THE WITNESS:  It's possible.  OKEx also
 2     has significant XRP trading volume.
 3     BY MS. WAXMAN:
 4         Q.   What is the current status of the buyback
 5     program?
 6         A.   As far as I know, it is -- we're not
 7     executing any more XRP purchases, or we haven't in
 8     quite some time.
 9         Q.   And when did you stop buying XRP on behalf
10     of Ripple?
11         A.   I don't recall.
12         Q.   And why did you stop?
13              MS. ZORNBERG:  Objection.
14              THE WITNESS:  They must have told us to
15     stop.
16     BY MS. WAXMAN:
17         Q.   Was it -- at the time that they told you
18     to stop, was there additional supply entering the
19     market from ODL?
20              MS. ZORNBERG:  Objection.
21              THE WITNESS:  I don't -- I don't know and
22     the same way I didn't know at the beginning.
23     BY MS. WAXMAN:
24         Q.   ███████████████████████████████
25     ██████████████
```

[8/11/2021] ████████ Dep. Tr. 8.11.2021

193

1        A.    ███

2              MS. DEARBORN:  Objection.

3    BY MS. WAXMAN:

4        Q.    ████████████████████

5              MS. DEARBORN:  You can answer.  The

6    relevance of this is highly -- it's definitely in

7    dispute and I think this is highly invasive, so

8    let's just take this question and answer.

9    BY MS. WAXMAN:

10       Q.    ██████████████████████

11       A.    ██████████████████████

12       Q.    ██████████████████████

13       A.    ██████████████████████

14   ████████████████████

15       Q.    ████████████████████████

16   ████

17       A.    ████████████████████████

18   ███████████████████████

19   ███████████████████████

20       Q.    ██████████████████████

21   ██████████████████

22              MS. DEARBORN:  Object to form.

23              THE WITNESS:  █████████

24   ████████████████████████

25   ████████████████████████

1   ███████

2   BY MS. WAXMAN:

3       Q.   █████████████████████████████

4   █████████████████████████████████████████

5            MS. DEARBORN:  Object to form.

6            THE WITNESS:  During what time period?

7   BY MS. WAXMAN:

8       Q.   During the entire time period.

9       A.   During --

10           MS. DEARBORN:  Same objection.

11           THE WITNESS:  I -- there were times when

12  we had multiple Bots connected to Mr. Larsen and

13  there were times when we didn't.

14  BY MS. WAXMAN:

15      Q.   And -- okay.

16           MS. WAXMAN:  Exhibit 34, please.

17               (Whereupon, Deposition Exhibit ██ 34

18               was marked for identification.)

19  BY MS. WAXMAN:

20      Q.   Mr. Larsen [sic], I'm showing you what's

21  been marked as ███ 34, which is an email exchange

22  from February 2017.  It's an email exchange, email

23  thread between you and Mr. Larsen.

24           MR. HANIN:  Is there a reason this

25  document has no Bates number?

195

1           MS. WAXMAN:  It was -- the way it was

2   produced and printed, it doesn't have a Bates number

3   on this document, but ...

4           MS. DEARBORN:  Objection.  We did not

5   produce documents without Bates stamps, so . .

6           MS. WAXMAN:  This was produced by GSR.

7           MR. HANIN:  Generally our documents were

8   produced with Bates stamps.  I'm not aware we

9   produced any document that didn't have a Bates

10  stamp, so I --

11          MS. WAXMAN:  I think the way it was loaded

12  may have been a native.  Strike that.  We'll get you

13  a Bates stamp number.

14          MR. TENREIRO:  Sounds like the

15  authenticity --

16              (Reporter clarification.)

17          MR. TENREIRO:  It sounds like your

18  authenticity objections are preserved.  Let's go on

19  and -- go on.

20  BY MS. WAXMAN:

21      Q.   Okay.  If you go to the second page on the

22  back, did Mr. Larsen direct you to -- to buy XRP on

23  February 18th, 2017?

24      A.   You're referring to the last message where

25  Chris says:

196

```
 1              "Hi ███ - on my Bot 4, could

 2         you start buying as long as we're

 3         below .006."

 4    Q.   Yes.

 5    A.   Yeah.

 6    Q.   Why did he direct you to start buying XRP?

 7         MR. HANIN:  Objection.

 8         MS. DEARBORN:  Objection to form.

 9         THE WITNESS:  Because he wanted to buy

10   XRP.

11   BY MS. WAXMAN:

12    Q.   And did you have an understanding why he

13   wanted to buy XRP?

14    A.   I'm afraid not.

15    Q.   Did Mr. Larsen want to buy in order to

16   increase the price of XRP?

17         MR. HANIN:  Objection.

18         MS. DEARBORN:  Objection to form.

19         THE WITNESS:  It's impossible for me to

20   know.

21   BY MS. WAXMAN:

22    Q.   The next email right above says, you say:

23              "We would recommend pausing 6t

24         before reversing 4t, otherwise,

25         they will likely cancel each other
```

1          out."

2                    And 4t is Mr. Larsen's bot?

3     A.    Mh-hmm.

4     Q.    And what is 6t?

5     A.    6t was a Rippleworks bot.

6     Q.    And why did you recommend pausing 6t

7     before re -- before starting to buy in 4t?

8     A.    I -- I don't recall.  This was

9     four-and-a-half years ago.  My guess is at this

10    moment in time, the price of XRP had dropped

11    considerably, and Mr. Larsen wanted to step in and

12    provide -- well, I don't know why.  Either he's

13    buying back something he sold, he's stepping in to

14    provide support for the market.  There are a number

15    of different reasons why Mr. Larsen might want to --

16    to buy it.  But it seems counterintuitive to have

17    one bot selling and the other one buying at the same

18    time.

19    Q.    And when you say he wanted to -- he's

20    stepping in to provide support for the market, are

21    you talking about support for XRP price?

22              MS. ZORNBERG:  Objection.

23              MR. HANIN:  Objection.  Mischaracterizes

24    testimony.  That's not what he said.

25              THE WITNESS:  Mr. Larsen has significant

1    XRP holdings.  He can choose to buy or sell

2    depending on his market --

3    BY MS. WAXMAN:

4        Q.   I just want to understand what you meant

5    when you used the terms "provide support for the

6    market"?

7        A.   I guess I -- I would see his involvement

8    in a similar capacity to ours in the sense that, in

9    a very illiquid market, when there seemed to be

10   dislocations, and supply/demand imbalances.  I don't

11   know what happened on this particular day, but maybe

12   the price of XRP had dropped by 60 percent

13   overnight, and Mr. Larsen is stepping in to buy some

14   XRP because it's the right thing to do.

15       Q.   So when you talk about providing support

16   for the market, you're talking about price support?

17            MS. ZORNBERG:  Objection.

18            MS. DEARBORN:  Objection to form.

19            THE WITNESS:  Not so much price support,

20   but liquidity at a moment when it's needed.

21            MS. WAXMAN:  Just for the record, this

22   document is GSR_1004, has a Bates 1004 and 1005.

23       Q.   Going back to the document, did Mr. Larsen

24   take your recommendation to pause sales in 6t?

25       A.   I have no recollection.  But reading his

199

```
 1    message at 1614, he says:
 2                  "Let's reverse Bot 6 as well."
 3         Q.   Did Mr. Larsen provide trade instructions
 4    for Bot 6t at other times as well?
 5              MS. DEARBORN:  Object to form.
 6              THE WITNESS:  I don't recall.  I don't
 7    think so.  I'm somewhat surprised to see this
 8    exchange.
 9    BY MS. WAXMAN:
10         Q.   Why are you surprised to see the exchange?
11         A.   Because we didn't receive directions from
12    Mr. Larsen that regularly, and 6t was Rippleworks
13    anyway.
14         Q.   Who provided trade instructions for 6t?
15         A.   Rippleworks.
16         Q.   Who from Rippleworks?
17         A.   ███████████
18         Q.   And would he provide those instructions in
19    writing?
20         A.   Yes, I think so.
21         Q.   And would he email those instructions
22    directly to you?
23              MR. HANIN:  Objection.
24              THE WITNESS:  It's entirely possible.
25    / /
```

200

1   BY MS. WAXMAN:

2        Q.   Would those instructions be something that

3   are part of the record?

4             MS. ZORNBERG:  Object to form.

5             MR. HANIN:  Objection.

6             THE WITNESS:  What do you mean?

7   BY MS. WAXMAN:

8        Q.   Strike that.

9             Would you keep a record of instructions

10  that you got from Mr. ███████ in connection with

11  trading in Bot 2?

12            MS. ZORNBERG:  Object to form.

13            MR. HANIN:  Objection.

14            THE WITNESS:  Do we -- we have emails with

15  Mr. █████.  Is that what you're asking?

16  BY MS. WAXMAN:

17       Q.   Yes.

18       A.   Yeah.

19       Q.   You said -- I'm going back to something

20  you said earlier.  You said Mr. Larsen would step in

21  to buy some XRP, quote, because it's the right thing

22  to do.

23            What did you mean by -- by that?

24       A.   Well, from my point of view, if I had a

25  whole bunch of XRP, and I had sold some at higher

1    prices and the price collapsed, I might step in and

2    buy back some of that XRP I had sold.  It's a normal

3    trading decision to make.

4         Q.   How much XRP did Mr. Larsen own, if you

5    know?

6         A.   I don't know.

7         Q.   Did he own a considerable size of XRP?

8              MS. DEARBORN:  Object to form.

9              THE WITNESS:  I believe he did, but I --

10   BY MS. WAXMAN:

11        Q.   Why would he want to increase his position

12   of XRP?

13             MS. DEARBORN:  Object to form.

14             THE WITNESS:  It's not necessarily because

15   he wants to increase his position of XRP.  But he

16   might have a view on price also.

17   BY MS. WAXMAN:

18        Q.   Going to the first page of the document --

19   you're already on -- that page of the document, did

20   Mr. Larsen authorize the use of funds from 6t to

21   purchase XRP in the market?

22             MS. DEARBORN:  Object to form.

23             THE WITNESS:  Not explicitly, but on his

24   message at 1614, he says:

25                  "Let's reverse Bot 6 as well."

1    BY MS. WAXMAN:

2         Q.   And then you write:

3                   "Understood.  We will utilize

4              4t's 40K first, and if XRP price is

5              still below .006, we will engage

6              6t."

7              He doesn't respond and then you confirm --

8    send another email and you write:

9                   "We have exhausted 4T's funds

10             (42,000) and are now switching over

11             to 6t (approximately 100,000)."

12             MR. HANIN:  Objection to the form.  I'm

13   not sure there's a question and I'm not sure he

14   didn't respond, but ...  It is the next email in the

15   chain but it's three days later.

16   BY MS. WAXMAN:

17        Q.   So going back to my initial question, is

18   there any reason to believe that Mr. Larsen didn't

19   authorize the use of funds from 6t to purchase the

20   XRP?

21             MS. DEARBORN:  Object to form.

22             THE WITNESS:  Again, like I said, I don't

23   see him authorizing anything explicitly, but I do

24   see him directing us to reverse Bot 6.

25   / /

203

```
 1    BY MS. WAXMAN:
 2         Q.    And -- but did you start -- okay.  Did you
 3    use funds from 6t to purchase XRP in the market?
 4         A.    I presume so, given what I wrote on the
 5    first email of this thread.
 6         Q.    Would you have done that without seeking
 7    permission from Mr. Larsen?
 8         A.    Well, I should have seeked permission from
 9    Mr. ████.  I don't know if, over the course of the
10    three days between those two emails, that occurred,
11    a separate email or a phone call.
12         Q.    The email that's at 4:39?
13         A.    Yeah.
14         Q.    16 -- 1639, excuse me, you write:
15               Again, "We will utilize 4t's
16               40,000 first, and if XRP price is
17               still below .006 we will engage
18               6t."
19               Did Mr. Larsen want his buying -- strike
20    that.
21               Was Mr. Larsen trying to target a specific
22    XRP floor price?
23               MS. DEARBORN:  Object to form.
24               THE WITNESS:  Well, the last email on this
25    thread, on the 18th of February, he says that he
```

204

```
 1    would like -
 2    BY MS. WAXMAN:
 3         Q.   No.  The first -- I believe that's the
 4    first email.
 5              MR. HANIN:  Let him finish, Daphna.
 6              THE WITNESS:  Did I get it wrong?  You
 7    know what I mean.  The email from the 18th of
 8    February, Chris is saying that as long as the price
 9    is below .006, he would like to be buying XRP.
10              MS. WAXMAN:  Okay.  Exhibit 37.
11              (Whereupon, Deposition Exhibit ██ 37
12              was marked for identification.)
13    BY MS. WAXMAN:
14         Q.   Mr. ██, I'm showing you -- Mr. ██, I'm
15    showing you what's been marked as G -- ██-37, which
16    is a document with the Bates GSR_796.  It's an email
17    chain from December 2017 between you and
18    Chris Larsen.
19              MS. DEARBORN:  Daphna, again, this
20    document doesn't appear to be produced with Bates
21    stamps.
22              MS. WAXMAN:  I just read it in the record.
23    It's GSR_796.
24              MS. DEARBORN:  Thank you.
25    / /
```

1    BY MS. WAXMAN:

2         Q.   Did you send -- strike that.

3              Did you recommend in December 2017 that

4    Mr. Larsen tactically increase XRP sales?

5         A.   Yes.

6         Q.   And what did you mean by "tactically

7    increase sales"?

8         A.   As I said in the email, the market seems

9    very frothy.

10        Q.   What is --

11        A.   Back in December of 2017, if I remember

12   correctly, it was -- we had that huge bull run in --

13   overall in crypto.  I can see in the other message,

14   I reference Korea, this is the famous Kimchi premium

15   that occurred.  There's a lot of retail lead buying

16   interest, particularly in South Korea.  Most digital

17   assets increased in value, and I think just what it

18   says, let's take the opportunity that there's a lot

19   of liquidity and higher prices, to sell some XRP.

20        Q.   When you said there was -- when you were

21   talking about the reference to Korea, you said

22   there's a lot of retail lead buying interest.

23              Are you talking about retail interest in

24   buying XRP?

25        A.   I think there was -- crypto kind of

206

1     exploded in Korea.  That's my understanding.  I'm no

2     expert on South Korea, but most digital assets

3     experienced huge price appreciations.  And those

4     price appreciations were even higher in Korea.  So

5     what ended up happening is that when you normalized

6     for the exchange rate, you would see that crypto

7     prices in Korea are actually 10, 15 in some cases 20

8     or 30 percent higher than outside of Korea.

9          Q.   Is that why you recommended that

10    Mr. Larsen increase sales?

11         A.   That's one of the reasons, yeah.

12         Q.   And would this be an opportunity for

13    Mr. Larsen to extract more USD from his sales?

14         A.   Well, again, if you sell more XRP and the

15    price of XRP is higher, by definition, you will

16    collect more USD or whatever other unit of value.

17         Q.   Did he accept the recommendation?

18         A.   I don't recall.

19         Q.   It says, "Let's try a constructive

20    increase," in the middle of the page.

21              What did you understand that to mean?

22         A.   We would probably increase the -- the

23    sales percentage on the bot.  But I don't recall

24    executing the change or how big it was.  That's why

25    I said I don't recall.

207

1          Q.   Okay.  Were there other instances where

2    you recommended to Mr. Larsen that he tactically

3    increase sales?

4               MS. DEARBORN:  Object to form.

5               THE WITNESS:  In all likelihood, yes.

6    BY MS. WAXMAN:

7          Q.   And when you made that recommendation, did

8    he agree to move forward?

9               MS. DEARBORN:  Object to form.

10              THE WITNESS:  I -- I don't recall.

11   BY MS. WAXMAN:

12         Q.   Did Mr. Larsen often use the term

13   "constructive increase"?

14         A.   Mr. Lars- --

15              MS. DEARBORN:  Object to form.  Sorry, I'm

16   trying to speak up from all the way over here.

17   Object to form.

18              THE WITNESS:  Mr. Larsen used the term

19   "constructive" many -- several times in

20   conversations with me.

21   BY MS. WAXMAN:

22         Q.   What did you understand that to mean?

23         A.   Fair and orderly is one of them.  The

24   other one is in the context of a selling program.

25   We're tasked with adding supply of something that

208

1    has very little liquidity.  If we add supply too

2    quickly, it will become destructive because there

3    isn't enough liquidity to absorb all of the supply.

4    So to me, constructive means the opposite of that.

5    Don't be heavy-handed in the selling.  Be measured

6    in the amount of supply that you're introducing into

7    the market.

8         Q.   Would -- and would that -- you said it

9    will become destructive.  Are you talking about

10   becoming destructive to the price?

11        A.   It will -- exactly.  It will -- if there's

12   very little liquidity and you increase the amount of

13   supply by a huge factor, that risk has to go

14   somewhere, and if there isn't enough liquidity,

15   eventually it will have a very detrimental impact on

16   the price of XRP.

17        Q.   So when -- so Mr. Larsen wanted you to be

18   constructive in terms of XRP price?

19             MS. DEARBORN:  Objection to form.

20             THE WITNESS:  I think what's important --

21   what I internalize is that Mr. Larsen was looking

22   for my guidance or our guidance from being the

23   market experts to introduce a supply of XRP that is

24   commensurate with the liquidity available at the

25   time.  Is that -- is that a word, "commensurate"?

209

```
 1              MR. HANIN:  Commensurate.  Big word,
 2     actually.
 3              MS. WAXMAN:  Your English is excellent.
 4     Better than mine.
 5              Exhibit 45, please.  Oh, wait, Exhibit 54.
 6              (Whereupon, Deposition Exhibit █ 54
 7               was marked for identification.)
 8              MR. TENREIRO:  For the record, this is
 9     Bates Christian Larsen 2177.
10     BY MS. WAXMAN:
11         Q.   Mr. ███, I'm showing you a text message -
12     a document that has -- I'm showing you
13     Exhibit ██ 54.  It's a text message from you to
14     Mr. Larsen dated July 7th, 2020.
15         A.   Mh-hmm.
16              MS. DEARBORN:  And for this, as for all of
17     them, we're taking SEC's representation that this is
18     an authentic copy of the document that was produced.
19     Obviously, we can't check it out right now.
20     BY MS. WAXMAN:
21         Q.   Mr. Larsen -- Mr. ███, can you read the
22     email to the -- into the record?
23         A.   "Good morning, sir.  Just to let you know
24     we were finally able to report your trade to the ███
25     SDR last night (first ever so it took some time to
```

 1    adjust their default parameters)."

 2          Q.   And what trade are you talking about in

 3    the exhibit?

 4          A.   I think this refers to us purchasing some

 5    covered calls from Mr. Larsen.

 6          Q.   And when did you begin to purchase covered

 7    calls on behalf of Mr. Larsen?

 8          A.   I don't recall the exact date.  I suspect

 9    on or around the 7th of July date stamp that we

10    see in there.

11          Q.   And are you currently purchasing covered

12    calls on behalf of Mr. Larsen?

13          A.   No.

14          Q.   And what is the ███ SDR?

15          A.   The ████ is the ████████████████

16    ████████.  The SDR, is it the swap depository

17    something -- I don't remember the exact -- this is

18    where -- again, I'm not expert in this, forgive me

19    if I say something really stupid, but my

20    understanding is that when we did these derivative

21    transactions, we were supposed to report them into

22    the ██████ SDR.

23          Q.   Did Mr. Larsen -- did you execute XRP

24    derivative transactions on behalf of Mr. Larsen?

25                MS. DEARBORN:  Object to form.

211

1          THE WITNESS:  No.  This was -- we did a

2    derivative transaction with Mr. Larsen.

3    BY MS. WAXMAN:

4          Q.   Okay.  And were you reporting it -- the

5    trade on behalf of Mr. Larsen?

6          MS. DEARBORN:  Object to form.

7          MR. HANIN:  Objection.

8          THE WITNESS:  I don't understand the

9    subtleties.  I don't know if we were reporting it

10   for us or for him.  I'm sorry.

11   BY MS. WAXMAN:

12         Q.   And did anyone direct you -- did

13   Mr. Larsen direct you to report the trade?

14         MS. DEARBORN:  Object to form.

15         THE WITNESS:  I don't recall.  I don't

16   know.  I -- no, I don't know.

17         MS. WAXMAN:  Exhibit 45, please.

18          (Whereupon, Deposition Exhibit █ 45

19           was marked for identification.)

20   BY MS. WAXMAN:

21         Q.   Mr. █, I'm showing you what's been

22   marked as █ 45, which is a document with the Bates

23   GSR_8741 through -8743.  It's an email chain from

24   August 15th, 2019.  The subject is "Re:  XRapid

25   market making"?

212

```
 1        A.    I wasn't having my best day.

 2        Q.    Why do you say that?

 3        A.    The tone of the email is not very

 4   professional.

 5        Q.    What is the email about?

 6              MR. HANIN:  Have you read the whole chain?

 7              THE WITNESS:  Yeah.  Yeah.

 8              I'm commenting within the management team.

 9   Well, ████████ has sent us an email pointing out

10   certain things going on in the Bitso order book, and

11   I am discussing it with the management team at GSR.

12   BY MS. WAXMAN:

13        Q.    Is this in connection with services -- is

14   this in connection with GSR's services related to

15   ODL?

16        A.    Yes.

17        Q.    Okay.  And at the top of the page, you

18   write:

19                 "XRP [sic] has been running

20                 for all of two weeks."

21        A.    XRapid --

22        Q.    XRapid.

23        A.    -- which is the old name for ODL.

24        Q.    And does this document refresh your memory

25   as to when you started to provide these services?
```

213

1          A.   I can infer now that we probably started

2     in August of 2019, right?

3          Q.   Is that a reference to when you started to

4     support ODL?  Or xRapid?

5          A.   Well, it seems like we -- I talk here

6     about the fact that we don't have a signed contract

7     in place.  So these orders that ███████ is

8     referencing, technically I don't know if it

9     constitutes us servicing a contract if there's no

10    contract in place.  We might have just -- it would

11    have been testing or, you know, testing the pipes

12    before we actually start providing the service.

13         Q.   Okay.  But going to the email from ██████

14    on the bottom, the second paragraph says:

15              "Given our call yesterday, we

16              wanted to reemphasize the

17              importance of fostering a market

18              environment where destination

19              xRapid XRP markets build up natural

20              liquidity over time.  If these

21              markets are unable to build up

22              actual liquidity over time, the

23              xRapid product [sic] will not be

24              something that Ripple will be able

25              to sustain."

214

```
 1              Did you --
 2              MS. ZORNBERG:  Just for the record, you
 3    misread "project" as product in the last line.
 4              MS. WAXMAN:  Apologies.
 5         Q.   "If these markets are unable to build up
 6    natural liquidity over time, the xRapid project will
 7    not be something that Ripple will be able to
 8    sustain."
 9              Did you ever discuss with Ripple why
10    building natural liquidity was so important?
11         A.   Yes.
12         Q.   And what did you discuss?
13         A.   It's along the lines of what ███████ is
14    referring to here.  My understanding was that as
15    crypto markets continued to pop up and grow and
16    develop and they have more market participants
17    within them, they have more organic liquidity.  And
18    so the need for GSR to step in as a -- call it like
19    a back stop liquidity provider for -- for when these
20    payments are going through will reduce over time.
21              The organic participants in the Mexican
22    Bitso, for example, or Coins.ph in the Philippines,
23    they themselves will perform our role.
24         Q.   So the natural liquidity would come from
25    retail purchasers on the exchanges?
```

215

1          A.   Any market participant on the exchange who

2     may be purchasing or selling for any number of

3     different reasons, yeah.

4          Q.   Was it costly for Ripple to pay GSR to

5     provide liquidity for ODL?

6               MS. ZORNBERG:  Objection.

7               THE WITNESS:  How would you define

8     "costly"?  Like --

9     BY MS. WAXMAN:

10         Q.   Did Ripple ever tell you that it was

11    getting very expensive for them to pay GSR to

12    support ODL?

13              MS. ZORNBERG:  Objection.

14              THE WITNESS:  I don't recall them using

15    those words, no.

16    BY MS. WAXMAN:

17         Q.   Did -- did Ripple ever try to reduce the

18    amount it paid GSR for ODL services?

19         A.   Yes.

20         Q.   Okay.  And did they tell you why they

21    wanted to do that?

22         A.   No.  But -- no.

23         Q.   At the time of this email, were you

24    providing liquidity support in a particular

25    corridor, ODL corridor?

216

1        A.   Well, the email references the Bitso order

2   book, so that would have been the Mexican peso.  But

3   as I said earlier, sounds like we didn't have a

4   contract in place, so technically, I don't think we

5   were delivering a service; probably call this the

6   testing period that occurs before we do anything.

7        Q.   Going to your email at the top, the last

8   paragraph, you say:

9                "Making the changes they asked

10               for probably won't make any

11               difference to the development of

12               natural liquidity at Bitso."

13               What changes were they asking you to make?

14        A.   They were ask -- they -- I think they

15   believed that our -- we were putting up large bits

16   very close to fair value, and they were asking us to

17   back off so that there would be room for other

18   market participants to get in front of us.

19        Q.   And did you think that would create

20   natural liquidity?

21        A.   I'm not the proudest of what I wrote on

22   that last paragraph.  What ████ is saying is true.

23   If -- let me illustrate it this way:  If there's

24   only one tick between bid and offer, right, there's

25   no way anybody can get in the inside, right?  So

217

```
 1    there's no way any organic liquidity or anybody else

 2    is going to step inside and facilitate that payment.

 3    And what he's asking us, he's saying you guys are

 4    too close to the offer, you need to back off so that

 5    other guys can step in.  It make -- what he said

 6    made sense.  Like I said, I don't think I was having

 7    my best day.

 8         Q.   I understand that you -- the

 9    clarification, but your response was:

10                   "If they really want liquidity

11              to improve, they should work with

12              Bitso to get more people trading on

13              the platform"?

14         A.   But that goes along with what I was

15    saying, right, that you need more people to get in

16    between best bid, best offer.  One way of doing that

17    is getting more people to trade on the platform.

18         Q.   And when you say more people, you're

19    talking about retail purchases of XRP?

20                   MR. HANIN:  Objection.  Asked and

21    answered.

22                   THE WITNESS:  It doesn't matter.  It

23    doesn't matter whether they're retail, pro tail

24    [sic], professional, institutional.  You just need

25    more participants.
```

218

```
 1   BY MS. WAXMAN:

 2        Q.   More investors in XRP?

 3             MR. HANIN:  Objection.

 4             MS. ZORNBERG:  Objection.

 5             THE WITNESS:  I don't think it matters

 6   whether they're investors, speculators.  More

 7   participants.

 8             MS. WAXMAN:  Exhibit -- Exhibit 64,

 9   please.

10             (Whereupon, Deposition Exhibit █-64

11             was marked for identification.)

12   BY MS. WAXMAN:

13        Q.   Mr. █, I'm showing you what's been

14   marked as -- it says █64 but it should be █-64, and

15   it has the Bates RPLI_SEC 59885 through -59889.

16   Take a moment to look at it and let me know when

17   you're done.

18             At the bottom of the email on page 1, you

19   say:

20             "I'm still bearish."

21             Are you talking about being bearish on

22   XRP?

23        A.   I -- I don't recall, but I think it was a

24   more general statement, crypto in general.

25        Q.   Okay.  Setting aside the document, were
```

219

```
1    you bearish on XRP at this time?

2              MR. HANIN:  Objection.

3              THE WITNESS:  I have no way to remember.

4    I don't know.

5    BY MS. WAXMAN:

6         Q.   At the top of the email -- you say:

7                   "I'm still bearish."

8              And ████████ asked:

9                   "Any reason why you were still

10        bearish?"

11             First of all, just for the record, what

12   does it mean to be bearish?

13        A.   I think prices are going to go down.

14        Q.   So you're not confident in the success of

15   the asset?

16             MS. ZORNBERG:  Object to form.

17             THE WITNESS:  I think it's more likely

18   that the price of the asset in dollar terms is going

19   to go down rather than up.

20   BY MS. WAXMAN:

21        Q.   Okay.  And so ████████ asked, "Why are you

22   bearish?"  And then you write:

23                  "Pervasive wash trading, lack

24             of adoption, turning 40 this year,

25             quitting smoking and drinking, et
```

220

```
 1              cetera."

 2              Are you talking about XRP?

 3       A.   No.  And that's why when you asked me the

 4   question before, I said I think it's a more general

 5   statement, because when I say "pervasive wash

 6   trading, lack of adoption," I'm referring to the

 7   overall market.  I'm not talking just about XRP.

 8              And, in fact, when you go to the next

 9   sentence, you can see:

10                  "No idea where the floor might

11                  be.  The only thing I'm really

12                  excited about holding is XRP right

13                  now."

14              So I'm actually making a statement that I

15   think the overall market is going to drop, but XRP

16   doesn't look as bad as the overall market.

17       Q.   And why were you -- why did you have that

18   belief that XRP didn't look as bad as the overall

19   market?

20       A.   I don't remember what I was thinking four

21   years ago, but -- three years ago, but I see I

22   wrote:

23                  "Because I expect the ███ deal

24                  to result in more sustainable

25                  buying, especially while they don't
```

221

1          have permission to offer BTC or

2          BCH."

3     Q.    And why would the ▇▇ deal -- why did you

4     expect the ▇▇ deal to result in sustainable buying?

5     A.    If I remember correctly, ▇▇ was launching

6     their own virtual currency exchange, ▇▇ BC, and the

7     only crypto that they were going to offer to their

8     clients at the time was XRP.  So the only

9     transactions that could occur from that would be

10    people coming to buy XRP.

11    Q.    And the ▇▇ deal, that was a deal between

12    Ripple and ▇▇?

13    A.    I think by ▇▇ deal, I mean, ▇▇ launching

14    their virtual currency exchange.  GSR was retained

15    by ▇▇ years ago when they launched the virtual

16    currency exchange, and we were liquidity providers

17    for a certain period of time.

18    Q.    And did ▇▇ enter into an agreement with

19    Ripple to purchase XRP?

20    A.    I don't know.

21    Q.    Did you ever sell XRP on behalf of ▇▇?

22    A.    I don't think so.

23          MS. WAXMAN:  Exhibit 60, please.

24          (Whereupon, Deposition Exhibit ▇▇ 60

25          was marked for identification.)

222

BY MS. WAXMAN:

    Q.   So this is very hard to read.  I
apologize.  This is how it was produced to us.  I'm
showing you what's been marked █ 60, which has the
Bates GSR -25392.

         And is 42t in connection with a specific
individual, trading in 42t?

    A.   Yes.

    Q.   And -- and whose XRP do you sell through
42t?

    A.   I believe it's Brad Garlinghouse.

    Q.   And during 2020, did Mr. Garlinghouse sell
during the period from January until August?

    A.   I think so.  No.  I'm sorry.  You're --
when I look at the middle of the page, I see a
year-to-date.  And it seems like the only -- the
first XRP sales start in August, and there was zero
in January and there's nothing in between, so I
assume that means that there were zero from January
until August.

    Q.   And just taking a step back, do you
recognize what's been marked as █ 60?

    A.   What this actually is?

    Q.   Yeah.

    A.   Yeah.  This is, I think, the daily emails,

223

```
 1    or maybe this was a monthly one because it says

 2    Month To Date, this we would send out to the clients

 3    so they see the progress of the liquidation program.

 4         Q.   Did GSR send daily trade reports for every

 5    trade bot?

 6         A.   I don't know that we did it for all the

 7    clients.

 8         Q.   Did you send Mr. Garlinghouse a daily

 9    trade report for his trades?

10         A.   I don't remember.

11         Q.   Did you send Mr. Larsen a daily trade

12    report?

13         A.   Again, I don't remember.  And it's

14    possible that we did at some moment in and time then

15    we didn't.

16         Q.   If you didn't send it daily, how often

17    would you send information regarding their trading?

18              MR. HANIN:  Objection.

19              If you know.

20              THE WITNESS:  I think -- I know there were

21    dailies, there were monthlies.  I don't think there

22    were weeklies.

23    BY MS. WAXMAN:

24         Q.   I think I have a daily.

25              Did Mr. Garlinghouse tell you to stop
```

224

1    selling XRP in --

2         A.    I don't --

3         Q.    -- in 2020?

4         A.    I don't recall.  If anything, it looks

5    like he told us to start selling XRP in 2020.

6         Q.    And when did he tell you to start selling

7    XRP in 2020?

8         A.    I don't know, but I can see from the

9    report that in August we sold some XRP on behalf of

10   Mr. Garlinghouse.

11        Q.    Did you have any understanding as to why

12   Mr. Garlinghouse didn't execute any trades in the

13   period between January and August 2020?

14            MR. LEVANDER:  Object to form.

15            THE WITNESS:  I don't recall.

16            MS. WAXMAN:  Exhibit 49, please.

17            (Whereupon, Deposition Exhibit ▇ 49

18             was marked for identification.)

19            MR. HANIN:  Daphna, before you get to this

20   document or your next question, it's 2:45.  So to

21   the extent you want to reserve 15 or however much.

22            MR. TENREIRO:  She's going to reserve ten.

23            MS. WAXMAN:  I'm just going to ask about

24   this document.  Then we'll stop.

25            MR. HANIN:  Perfect.

225

1      Q.   Mr. ███, I'm showing you what's been

2    marked as ███-49, which is a document with the Bates

3    RPLI_SEC 0582440.  Again, I -- it's very hard to

4    read, and I apologize.  It was produced to us this

5    way.

6            MR. HANIN:  Not intentionally.

7            MS. WAXMAN:  It wasn't produced by you.

8            MR. HANIN:  And not by us.  Yes, there you

9    go.

10           THE WITNESS:  You can read this one.

11           MR. HANIN:  The last one was.

12   BY MS. WAXMAN:

13     Q.   Is this the daily report --

14     A.   This looks like the daily, yes.

15     Q.   -- that GSR would send to individual

16   clients?

17     A.   Yes.

18     Q.   And is this a copy of the daily report for

19   trading in Mr. Garlinghouse's Bot 42t --

20     A.   I believe so.

21     Q.   -- between October 20th, 2019 and

22   October 21st, 2019?

23     A.   Yes.

24     Q.   And on the left-hand side, there's a

25   column titled "Exchange."  Are these the list of

1   exchanges that GSR sold XRP on on behalf of

2   Mr. Larsen in --

3           A.   Mr. Garlinghouse.

4           Q.   -- Mr. Garlinghouse --

5           A.   Yes.

6           Q.   -- in October 2019?

7           A.   Yes.  Yes.

8           Q.   And it looks like for Bittrex and

9   Coinbase, certain payers have zero volume, and also

10  for Poloniex and Upbit, certain payers have zero

11  volume.

12               Is there any reason why GSR didn't execute

13  sales on those platforms and those payers at this

14  time?

15          A.   I don't remember why we would have traded

16  some crosses but not others within the same

17  exchange.  It's strange.

18          Q.   Did Mr. Garlinghouse ever direct you to

19  sell XRP on certain platforms?

20          A.   I don't recall any specifics, but I don't

21  think Mr. Garlinghouse ever told us not to sell in

22  any particular cross on some exchange, no.

23          Q.   Did Mr. Garlinghouse ever tell you not to

24  sell XRP on platforms that cater to U.S. users?

25          A.   I don't recall.

227

```
 1          Q.   Was the XRP.USD cross available in
 2    platforms outside the United States?
 3          A.   When?  You mean on October 20th?
 4          Q.   Sure.  Well, on October 20, 2019.
 5          A.   Yeah.  I mean, you can see Binance had
 6    a -- well, Binance had a tether cross, USDT.
 7    Bitfinex had a USD cross, right?  Bitstamp XRP.USD.
 8    Houbi, USD.  OKEx and Polo used tether.  Yeah.
 9    There are multiple.
10          Q.   Are you currently selling XRP on behalf of
11    Mr. Garlinghouse?
12          A.   No.
13          Q.   And when did you stop selling XRP on
14    behalf of Mr. Garlinghouse?
15          A.   I don't remember when we stopped selling
16    XRP on behalf of Mr. Garlinghouse, but as I
17    mentioned earlier, within a few days of the SEC's
18    lawsuit, we ensured that we weren't trading XRP on
19    behalf of Americans or exchanges that catered to
20    Americans.
21          Q.   So after the SEC lawsuit, did you stop
22    selling XRP on behalf of Mr. Larsen?
23               MS. ZORNBERG:  Object to form.
24               THE WITNESS:  I can't remember if we were
25    still selling XRP on behalf of Mr. Larsen.  But
```

228

1    if -- but if we were, we would have stopped then.

2    BY MS. WAXMAN:

3        Q.   Are you currently selling XRP on behalf of

4    Mr. Larsen?

5        A.   No.

6        Q.   So your understanding is after the SEC

7    lawsuit, you stopped selling on behalf of any U.S.

8    clients and stopped selling XRP to any U.S.

9    purchasers?

10       A.   And trading XRP on exchanges that catered

11   to U.S. entities or humans.

12       Q.   And why did you do that?

13       A.   Because it didn't feel like it was the

14   right thing to do.  We are -- as I mentioned hours

15   ago, our intention is to bring GSR onshore and be

16   regulated by the regulators in the U.S.  So going

17   against the SEC seemed like not the best way to go

18   about doing that.

19       Q.   And how would continuing to sell XRP be

20   going against the SEC?

21           MS. ZORNBERG:  Objection.

22           THE WITNESS:  I don't know how to answer

23   that question.  But the SEC made it very clear on

24   December 20, whatever it was, that they thought XRP

25   was a security, and that is a clear statement.  And

229

```
 1    if that is the case, then GSR has no business doing
 2    these transactions until we are a registered entity
 3    in the U.S.
 4              MS. WAXMAN:  So it's 2:50 now.  I'm going
 5    to reserve ten minutes after Ms. Zornberg or
 6    individuals' counsels ask questions.  Thank you.
 7              MS. ZORNBERG:  Shall we take a break?
 8              MR. HANIN:  Yes.  Let's take a --
 9              MS. ZORNBERG:  Ten-minute break --
10              MR. HANIN:  Ten minutes is perfect.
11              MS. ZORNBERG:  And start at 3:00.
12              THE VIDEOGRAPHER:  We're going off the
13    record at 2:50 p.m.
14                (Whereupon, a recess was taken.)
15              THE VIDEOGRAPHER:  We're going back on the
16    record at 3:03 p.m.
17                  EXAMINATION BY MS. ZORNBERG
18    BY MS. ZORNBERG:
19        Q.   Mr. ███, good afternoon.  I'm
20    Lisa Zornberg.  I represent Ripple Labs, and I have
21    some questions for you.  Thank you for your
22    endurance today.
23              First, you were asked some questions by
24    the SEC about the original market making agreement
25    between Ripple Labs and GSR.  I'd like to show you
```

230

```
1    what's marked as Exhibit 100.

2              (Whereupon, Deposition Exhibit ██-100

3              was marked for identification.)

4              MS. ZORNBERG:  For the record, it's a

5    document called "Market Making Agreement" entered

6    into as of the 31st of March, 2014, between Ripple

7    Markets, Inc. and GSR, Andorra Private Venture.

8         Q.   Do you see that?

9         A.   Yes.

10        Q.   And I'll just point out that it -- the --

11   at the end, it looks like it's signed on behalf of

12   GSR (Market Maker) by ████████, director.

13             Do you see that?

14        A.   Yes.

15        Q.   Okay.  Is this the initial market making

16   contract that you were referring to in your

17   testimony earlier today between GSR and Ripple?

18        A.   I think so, yes.

19        Q.   Let me direct your attention on the first

20   page of the document to the section at the top

21   called "Recitals."  And there are two recitals.

22   Recital A says that:

23             "Company," which is -- which

24             is Ripple -- "desires to promote

25             liquidity of fiat and
```

1          cryptocurrencies within the Ripple

2          Network (defined below) by engaging

3          market maker to quote binding bid

4          and offer prices for virtual units

5          of value (defined below) within the

6          Ripple Network."

7          Do you see that?

8     A.   Yes.

9     Q.   Do you know -- and -- what -- well, let's

10   just take a look for a moment at the definition for

11   Ripple Network, which is on page 2.  And it's

12   defined as:

13          "The decentralized, open

14          source, global payment network

15          operating on the Ripple protocol."

16          What was your understanding of what the

17   Ripple Network was?  And I guess just --

18    A.   To --

19    Q.   Go ahead, please.

20    A.   Let me start by saying that I'm just a

21   retired oil trader, so I'm not exactly a world

22   eminence in cryptography.  But to me, the Ripple

23   Network and the Ripple Consensus Ledger are

24   interchangeable.

25    Q.   Okay.  So -- and was the Ripple Consensus

232

1    Ledger would also -- later became called the XRP
2    Ledger?
3         A.   I guess so.  I just haven't -- I don't
4    remember hearing that term as often, but yeah.
5         Q.   Okay.  If I refer to it collect -- you
6    know, just as the Ledger, will you understand what
7    I'm referring to?
8         A.   Yes, I think so.
9         Q.   Okay.  So back in 2014, around the time of
10   this agreement, did you view the Ledger as
11   innovative?
12        A.   Yes.
13        Q.   In what ways?
14        A.   I had never come across something like the
15   Ledger.  I remember showing my financial advisor how
16   it worked and creating a wallet and sending XRP and
17   everybody's look of amazement.  It was the first
18   time I had come across something like that.
19        Q.   And were you -- was the -- was the
20   Ledger -- did the Ledger contain a decentralized
21   exchange within it, if you know?
22        A.   The Ledger allowed -- so when we access
23   the Ledger, we were able to send, receive and
24   exchange different units of value.
25        Q.   Include -

```
 1           A.   So in order to -- so you're exchanging

 2     unit of value.  So from that point of view, yes, I

 3     guess it is an exchange.

 4           Q.   And you testified earlier, I believe, that

 5     when you were -- when GSR was retained to provide

 6     market making services on the Ledger, it was for

 7     different crosses, some including XRP and some not?

 8           A.   That's correct.

 9           Q.   Okay.  And is that consistent with the

10     recital that we looked at on page 1 that says that

11     the company desires to promote liquidity of fiat and

12     cryptocurrencies?

13           A.   I think it's the same thing, right?  Fiat

14     would have been dollar, euro, I think there was GBP,

15     there was yen, CNY.  And then virtual

16     cryptocurrencies, there was XRP and Bitcoin.  And so

17     any combination of those different crosses, right?

18           Q.   Yeah.

19                Are you aware -- you testified earlier

20     that the Ledger was public?

21           A.   Yes.

22           Q.   Was it open source?

23           A.   I believe it was.

24           Q.   Are you aware that it was launched before

25     Ripple Labs was formed as a company?
```

234

```
 1          A.   I don't recall.  I don't think -- I'm not
 2     sure if I was aware.
 3          Q.   Okay.  From it's -- from the time you
 4     started working with the Ledger, was it capable of
 5     facilitating cross-border payments?
 6               MS. WAXMAN:  Objection.
 7               THE WITNESS:  I wouldn't say payments, but
 8     it would allow you to exchange euros for yen, for
 9     example, so you could exchange different fiats.
10     BY MS. ZORNBERG:
11          Q.   Okay.  Mr. ███, you testified earlier that
12     your greatest amount of contact with Ripple over the
13     years has been with the markets team.
14               Do you recall that?
15          A.   Yes.
16          Q.   To what extent, if any, have you had
17     contact with Ripple's product team?
18          A.   Very, very little.
19          Q.   Okay.
20          A.   Can you remind me who is on the products
21     team?
22          Q.   I don't -- well, to what extent, if any,
23     did you have communications Asheesh Birla, for
24     example?
25          A.   I -- I think I've met Asheesh in person
```

235

```
 1    for all of three minutes in a -- waiting for an

 2    elevator.

 3         Q.   Okay.  You know that Ripple is a software

 4    company, right?

 5         A.   Yes.

 6         Q.   Would it be fair to say that you were not

 7    kept apprised of all of the efforts by Ripple's

 8    products team to develop software?

 9              MS. WAXMAN:  Objection.

10              THE WITNESS:  No.  I mean ...

11    BY MS. ZORNBERG:

12         Q.   Okay.

13         A.   I mean, would it be fair, yes, I think

14    that's a fair thing to say.

15         Q.   So you -- do you know what product Ripple

16    was developing in 2013?

17              MS. WAXMAN:  Objection.

18              THE WITNESS:  I -- I don't recall, but I

19    can't imagine I would have.

20    BY MS. ZORNBERG:

21         Q.   Okay.  Now, when the SEC questioned you

22    earlier without showing you this document, ███-100, I

23    think you gave your best guess that you started

24    making markets under a contract with Ripple in

25    fourth quarter of 2013.
```

236

1          This agreement is dated as of March 31st,

2     2014.  So just, what is your best recollection,

3     seeing the agreement, as to when GSR first began

4     making markets --

5          MS. WAXMAN:  Objection.

6     BY MS. ZORNBERG:

7          Q.    -- under contract?

8          MS. WAXMAN:  Objection.

9          THE WITNESS:  I think I said that we

10    started either Q4 of '13 or Q1 of '14.  In my mind,

11    I have this November of 2013 date.  That might have

12    been when we submitted our business plan or our

13    business proposal to Ripple.  And, obviously, it

14    seems like we didn't sign any agreement until the

15    31st of March of 2014.  I don't think there was

16    anything before this.

17    BY MS. ZORNBERG:

18         Q.   Okay.  All right.  You can put that aside.

19              Can I have tab 5, the next one?

20              I'm showing you, Mr. ███, Exhibit 101.

21              (Whereupon, Deposition Exhibit ███ 101

22              was marked for identification.)

23    BY MS. ZORNBERG:

24         Q.   Okay.  For the record, Exhibit 101 is

25    entitled "GSR Memorandum of Understanding," and it

1    looks to be an MOU made on December 1, 2018, as the

2    effective date.

3         Do you recognize this document, Mr. ███?

4    A.   Yes.

5    Q.   Okay.  It appears that your signature is

6    on the second page.

7         Did you sign it, electronically or

8    otherwise?

9    A.   That looks like me trying to replicate my

10   signature on DocuSign, yes.

11   Q.   All right.  Is this the MOU that

12   governed -- through which Ripple contracted GSR to

13   provide liquidity services for the testing of the

14   xRapid product?

15        MS. WAXMAN:  Objection.

16        THE WITNESS:  I believe that's exactly

17   what it is.  It's just an MOU.

18   BY MS. ZORNBERG:

19   Q.   Yeah.  And I'll direct your attention to

20   the whereas clauses.  The first one says:

21             "Whereas, GSR is in the

22             business of providing liquidity and

23             programmatic trading services to

24             blockchain companies and token

25             issuers.  Whereas, Ripple has

238

1          launched a new product named xRapid

2          and is seeking the services of GSR

3          to provide liquidity during the

4          testing period of the product."

5          Do you see that?

6     A.   Mh-hmm.

7     Q.   Did GSR, in fact, provide liquidity

8   services for the xRapid product during the test

9   period?

10    A.   I believe so.

11    Q.   Okay.  What is your understanding of the

12   OD -- what the ODL product intended to accomplish?

13   And I'm going to refer to it as ODL.  As you

14   previously said, xRapid later became ODL.

15          But do you have an understanding of what

16   the purpose of the product was?

17    A.   Yes.

18    Q.   What was your -- what's your

19   understanding?

20    A.   My understanding is that ODL is supposed

21   to significantly reduce the time and cost involved

22   in sending FX payments, overseas or from overseas to

23   onshore.  I mean, it doesn't matter.

24    Q.   Okay.  Did you -- do you have a view as to

25   whether the ODL product, when it first came into

239

```
 1    being, had an innovative value to it?
 2              MS. WAXMAN:  Objection.
 3              THE WITNESS:  I think when ODL came about,
 4    and even today, it facilitated the movement, small
 5    amounts of fiat from one currency to another.  And
 6    that is something that, today, you simply cannot do
 7    using the normal banking system.  So it was
 8    innovative then, and in some ways, it still is
 9    today.
10    BY MS. ZORNBERG:
11         Q.   Why is liquidity in XRP important to the
12    functioning of the ODL product?
13              MS. WAXMAN:  Objection.
14              THE WITNESS:  In order for the protocol to
15    work, there needs to be -- if you're sending money
16    from A to B, at A, you buy XRP with the originating
17    currency.  You can then send the XRP to the
18    destination exchange and sell it for the destination
19    local currency.
20    BY MS. ZORNBERG:
21         Q.   That's a very well-hydrated example.
22         A.   But -- so this movement of XRP is -- takes
23    a very short period of time.  You want the price of
24    XRP here in dollars to be as close as possible to
25    the price of XRP here in pesos so that the resulting
```

240

1    effected transaction is as close as possible to the

2    fair value of the dollar max cross.

3              If the bid offer spread on the origination

4    exchange were ten percent wide, when you -- the

5    payment provider purchased the XRP in the

6    origination exchange, they would already be

7    ostensibly 5 percent underwater.  Likewise, if then

8    they send the XRP over here and they sell it for

9    pesos and the best bid is 5 percent below fair

10   value, they could have locked in an FX transaction

11   that was 10 percent off market.

12             So you want both markets to be as tight as

13   possible.  And not just tight, but they need to have

14   sufficient depth, because if this order is too big,

15   maybe the first offer is very close to fair value,

16   but if there are no more offers until 5 percent

17   higher, when you come in to buy the XRP over here,

18   you're going to end up buying the XRP very

19   expensive.

20             Similarly, when you come over here and you

21   try and sell it, you need there to be enough bids,

22   otherwise you're going to work your way all the way

23   down the order book and, again, you're going to be

24   ten percent off market.

25        Q.   So liquidity mattered to ODL?

241

```
 1        A.    Absolutely.

 2        Q.    And a sign of liquidity is a tight spread

 3   between bid and ask?

 4        A.    That's the first one.  But having a take

 5   wide bid offer for no size doesn't help either,

 6   unless you're trying to send pennies at a time,

 7   which is not the case.

 8        Q.    Okay.  Were GSR's market making services

 9   for the ODL product provided for certain corridors

10   where Ripple was first testing and then providing

11   ODL services?

12        A.    I believe so.

13            MS. WAXMAN:  Object.

14   BY MS. ZORNBERG:

15        Q.    And which corridors were those?

16        A.    Mexican peso at Bitso, Philippine pesos at

17   Coins.ph/Pro, AU -- Australian dollars at BTC

18   markets.

19        Q.    Okay.  So in other words, was Ripple

20   looking to contract GSR to provide liquidity where

21   it was most useful to its product?

22            MS. WAXMAN:  Objection.

23            THE WITNESS:  I presume so, yes.  I mean,

24   we weren't -- the ODL contract only covered these

25   exchanges, which my understanding is we're servicing
```

242

1    these rails that the payment providers were using.

2    BY MS. ZORNBERG:

3        Q.    And was the amount of liquidity -- let me

4    rephrase.

5            For GSR, in providing liquidity for the

6    ODL product, was the amount of liquidity needed

7    variable or static?

8        A.    By "amount of liquidity," do you mean the

9    size of the -- the depth that we were providing on

10   any particular order book?

11       Q.    Yes.

12       A.    It -- I mean, it varied.

13       Q.    Okay.  Did it -- and did it vary based on

14   particular -- for particular reasons?

15       A.    When we -- when we provide liquidity on

16   any given exchange, we're placing bids or offers, we

17   don't know when an order resulting from ODL is going

18   to interact with us.  And we don't know sometimes

19   when other market participants in any given exchange

20   might choose to interact with us.

21           You know, there -- there are even worse

22   cases where maybe our price oracles aren't perfectly

23   synced and people take advantage of the fact that

24   we're being slow in the exchange and they arb us

25   out.  It doesn't happen often, but it can happen.

243

```
 1        Q.   So would the amount of liquidity needed

 2   from GSR depend in part on the amount of

 3   transactions customers wanted to put through ODL?

 4            MS. WAXMAN:  Objection.

 5            THE WITNESS:  I can see how there would be

 6   a correlation between the size of the flows that

 7   were coming from ODL and the amount of liquidity we

 8   would have to, quote, unquote, guarantee on these

 9   exchanges.

10   BY MS. ZORNBERG:

11        Q.   Since 2018, have -- have certain -- has

12   liquidity in any of these corridors that you

13   mentioned grown?

14        A.   The -- the organic liquidity at these

15   exchanges has improved since we started.

16        Q.   Can you -- can you flesh that out and

17   describe what you've observed?

18        A.   I think -- you can see it in the data.  In

19   general, most of these -- well, these exchanges that

20   we're referring to, Bitso, Coins.ph, BTC markets, in

21   the last two-and-a-half years have grown in terms of

22   their trading volume.  I don't have access to their

23   user data, but I suspect part of it comes from the

24   fact that they have more users.  They also offer

25   more products.  You know, like so many other things
```

244

1    in the space that are in flux and growing.

2         Q.   How has the organic growth of those

3    corridors affected the need for GSR services?

4              MS. WAXMAN:  Objection.

5              THE WITNESS:  I think that as organic

6    liquidity develops, the need for GSR to be providing

7    the liquidity necessary to ensure, affects

8    transactions at a fair market rate, that need

9    decreases.  And, in fact, I think we've seen it in

10   our data.  We -- we need -- Ripple keeps track of

11   our hit ratio, meaning we tell Ripple how much we

12   traded on this corridor, but then Ripple tells us,

13   well, X percent matched ODL.

14             That X percent over time has been

15   decreasing, I suspect because organic liquidity has

16   been developing in these markets.

17   BY MS. ZORNBERG:

18        Q.   Okay.  Other than Ripple Labs, for

19   approximately how many other clients in the digital

20   asset space has GSR provided liquidity services?

21        A.   Over ████.

22             MS. WAXMAN:  Is there a time period for

23   that?

24             THE WITNESS:  I understood it since 2013,

25   but ...

245

```
 1              MS. ZORNBERG:  That's fine.

 2         Q.   All right.  You've been asked some

 3    questions -- turning now to another subject.  You

 4    were asked some questions by the SEC about the GSR's

 5    services in providing programmatic selling of XRP on

 6    Ripple's behalf.

 7              MS. ZORNBERG:  Let me -- can I have

 8    Exhibit 103?

 9                   (Whereupon, Deposition Exhibit ███ 103

10                   was marked for identification.)

11    BY MS. ZORNBERG:

12         Q.   Okay.  I'm showing you this document.

13              MS. ZORNBERG:  Do you have other copies of

14    it?  Okay.  There you go.

15         Q.   After you've had a moment to look at it,

16    please tell me if you recognize it.

17         A.   I remember it, yeah.

18         Q.   So what is this document, Mr. ███,

19    Exhibit 103, which, just for the record, has a GSR

20    logo on the front page, a ███████████████████

21    ████████████  logo on the front page as well?

22              MS. WAXMAN:  Objection.

23              THE WITNESS:  I believe this was a

24    document that GSR prepared for ████.  I believe what

25    happened was ██████ approached ████ and said, we know
```

246

```
 1    that -- we think GSR's liquidity dating XRP on your
 2    behalf -- I'm summarizing, and we think we can do it
 3    better.  And they prepared an analysis of their
 4    strategy, and they analyzed ours, and they came to
 5    the conclusion that they were going to do it better.
 6    And when we saw their analysis, we rebutted it, I
 7    guess you would say.
 8    BY MS. ZORNBERG:
 9         Q.   Yeah.  Was the -- do you remember the year
10    in which this was sent over?
11         A.   No, I do not.  Are there any clues?
12         Q.   Well, I can represent to you that this
13    was -- this was sent -- this document, Exhibit 103,
14    was sent as an attachment to -- to ███████████
15    and others at GSR on June 11, 2019.
16              MS. WAXMAN:  Object.  And, Lisa, do you
17    have the cover email showing the -- that he actually
18    received this attachment or the email?
19              MS. ZORNBERG:  I don't think we need to
20    designate it.  For the record, if you want, I'll
21    give -- I can give you the Bates number of the cover
22    email.  It's -- it's GSR_14586.
23              THE WITNESS:  On the page that ends 301,
24    first sentence says:
25                   "The migration to our new tech
```

247

```
 1              stack (ETA July 2019) will allow us

 2              to take into account."

 3              So this must have happened prior to that.

 4    BY MS. WAXMAN:

 5         Q.   Okay.  Sometime in 2019?

 6         A.   I mean, maybe it was '18.  It was

 7    definitely before --

 8         Q.   Yeah.  Let me -- let me direct your

 9    attention to page 5 of the document that has GSR --

10    I'll use the GSR Bates stamp.  It's got -91 at the

11    end.  And it's the page that has the header, "GSR

12    Current Liquidation Program."

13              Okay.  Let me direct your attention to the

14    third paragraph down, or the fourth, rather, where

15    GSR's document says:

16              "Although our current

17              execution strategy may not be

18              perfectly optimized, it utilizes

19              aggregation in a non-naive

20              approach, which results in fair

21              pricing for all participants

22              (pareto optimality) and avoids

23              material market impact in the short

24              and long term."

25              Do you see that?
```

248

1          A.   Yes.

2          Q.   Is that an accurate statement?

3          A.   I was hoping you wouldn't ask me that,

4     because I don't -- I'm not sure I understand what

5     pareto optimality means.  I don't think I wrote

6     this.

7          Q.   Okay.  That makes two of us.  But let's

8     focus on the end of the sentence.

9               Do you agree that as of when this was

10    prepared, GSR's execution strategy was one that --

11    to avoid material market impact in the short and

12    long term?

13              MS. WAXMAN:  Objection.

14              THE WITNESS:  Yes.

15    BY MS. ZORNBERG:

16         Q.   Okay.  And then in the next paragraph the

17    document states:

18                   "It is critical that the

19                   participants of the XRP liquidation

20                   program are not competing against

21                   each other."

22              And the following sentence says:

23                   "The priorities are the health

24                   of the ecosystem and minimizing

25                   market impact."

249

1          Do you see that?

2     A.   Yes.

3     Q.   Can you just explain what it means to

4  minimize market impact and why that was GSR's

5  execution strategy?

6          MS. WAXMAN:  Objection.

7          THE WITNESS:  We had several entities

8  looking to liquidate XRP through us.  All these

9  entities have, some of them have bigger, some have

10 smaller amounts, but they all have significant

11 holdings of XRP, which are orders of magnitude

12 larger than the liquidity available in the market.

13          So what I was trying -- what we were

14 trying to say here is that I totally understand how

15 one of these entities might say, well, I want to

16 sell all my XRP tomorrow.  Well, if -- because they

17 don't care about the other entities.  And because we

18 were doing all these XRP sales on behalf of all of

19 these clients, we didn't want to let people -- or

20 have people tripping over themselves and trying to

21 get ahead of the rest.  Had to do it in some kind of

22 a controlled fashion.

23          And having a bird's eye view of all the

24 different interests and being able to push back on

25 some of these requests was a way that we tried to

250

 1    maintain an orderly market and minimize the long

 2    term impact on the price of XRP.

 3              If we -- to put it another way, if we

 4    had -- I don't remember specifics but I'm sure there

 5    were times when some of these clients called, said,

 6    well, you know, price of XRP just went up

 7    30 percent, can we sell all of it?

 8              No, we cannot, there is not enough

 9    liquidity in the market to be able to do that.

10    BY MS. ZORNBERG:

11         Q.   In your experience dealing with

12    Ripple Labs, was Ripple supportive of the strategy

13    of selling in a way that avoided material market

14    impact?

15         A.   Yes.

16              MS. WAXMAN:   Objection.

17    BY MS. ZORNBERG:

18         Q.   Let me ask you to turn the page to page 7,

19    to the page that's titled "Unparalleled Experience."

20    And the next-to-last sentence says:

21                   "Our number one goal is to

22                   create and maintain a constructive

23                   environment for XRP.  Unlike new

24                   competitors, we are not trying to

25                   make a quick profit by selling

251

1           XRP."

2           Do you see that?

3       A.    Yeah.

4       Q.    Did you view that as an accurate statement

5    as of 2019?

6       A.    Yes.  And it's tied to what I was just

7    saying on my previous comment.  We weren't trying to

8    maximize dollar revenues today or this week, but

9    rather create a long-term program that would allow

10   all of these large XRP holders to be able to

11   monetize their position over time in a thoughtful

12   manner.

13      Q.    Was the reference to "new competitors" a

14   reference to █████?

15      A.    In all likelihood, yes.

16      Q.    So what -- what methods did GSR use in

17   programmatically selling XRP on Ripple's behalf and

18   on behalf of other clients, selling XRP on behalf of

19   other clients to minimize the market impact?

20          MS. WAXMAN:  Objection.

21          THE WITNESS:  There's a wide range from

22   trying to -- part of it is trying to gauge what is

23   an appropriate amount of supply.  We discussed this

24   a few times earlier today.  We felt that tying it to

25   the amount of real trading volume was a reasonable

1    way to calibrate it.  Then in terms of how the

2    ████████  actually execute the sales, I'll give

3    you, just to illustrate my point.  If -- if your

4    ████████  just sends XRP to the exchange and as soon

5    as it hits the exchange just goes into the order

6    book and hits a bid and hits a bid and hits a bid

7    and hits a bid, that pattern is -- can be recognized

8    by the market participants.

9              If other market participants recognize the

10   pattern, chances are they will front run you.  If

11   they front run you, you're going to have a lower

12   execution price.

13             Another way where we improved the

14   execution price, as discussed earlier, was by

15   providing ████████████████████████████████

16   ███████████████████████  --

17   BY MS. ZORNBERG:

18       Q.   Right.

19       A.   ██████████████████████████████

20   ████████████

21             A third way in which we improved the net

22   execution price, instead of -- most exchanges have

23   ████████████████████████████████████████

24   ████████████████████████████████

25   ████████████████████████████████████████

253

1 ████████████████████████████████████

2 ███████████████████████████████████████

3 ███

4 ██████████████████████████████

5 ██████████████████████████████████████

6 ██████████████████████████████████████

7 ████████████████████████████████████

8 ███████████████████████████████████████

9 ████████████████████████████████████████

10 █████████████████████████████

11        Q.   Was spreading out sales over various

12 exchanges another way to minimize market impact?

13             MS. WAXMAN:  Objection.

14             THE WITNESS:  Yes.  To the degree that if

15 you try and force too many sales through any one

16 given exchange, you end up with the underlying

17 problem of not enough liquidity.  There's only so

18 many market participants in any given exchange,

19 there's only so much capital they have available to

20 purchase XRP.  So you couldn't route all of the

21 sales to any one given exchange because you would

22 probably end up creating dislocations.

23 BY MS. ZORNBERG:

24        Q.   You were asked some questions by the SEC

25 about Ripple being in favor of an orderly XRP

254

1    market.

2         Do you recall questions along those lines?

3         A.   Yes.

4         Q.   Okay.  To your knowledge, did Ripple ever

5    make any promise to anyone that it, Ripple Labs,

6    would maintain an orderly market in XRP?

7         MS. WAXMAN:  Objection.

8         THE WITNESS:  No.

9    BY MS. ZORNBERG:

10        Q.   So if we could go to a few of the

11   documents that the SEC showed you, the first one I

12   want to call your attention to is -- sorry, just

13   give me one moment.  Okay.  ███-15.

14        Okay.  When the SEC was questioning you,

15   they called your attention only to the August 6th

16   2134, email that's second down from Patrick Griffin

17   where he wrote:

18             "We saw the price was bid up

19             pretty aggressively, fantastic."

20        And the SEC asked you about that sentence.

21        I want to direct you to your response to

22   Mr. Griffin right above it at the top of the email

23   where you wrote:

24             "GSR purchased XRP today, but

25             our purchases started after the

255

```
 1                  first big move."
 2                  Did you see that?
 3        A.    Yeah.
 4        Q.    What does that mean, that the purchases
 5   started after the first big move?
 6        A.    Well, Patrick -- Patrick is saying, we saw
 7   the price go up a lot, and he's basically -- his
 8   question is getting at is, was that because you guys
 9   were buying.  And my reply is, the price was already
10   on the way up by the time we started buying.
11        Q.    All right.  You can put that aside.
12                  MS. ZORNBERG:  Can I have Exhibit 105.
13                  Just one second.  You know what, I don't
14   think we need that exhibit.  We can put it aside.
15        Q.    Can we pull out the SEC exhibit that they
16   showed you, ███-53.  It's the master purchase
17   agreement.
18        A.    Sorry, getting there.  Here we go.
19        Q.    Take your time.
20        A.    Yeah.
21        Q.    Okay.  So you were asked some questions
22   about a period of time in 2020 when ███ executed
23   purchases of XRP on behalf of Ripple.
24                  Do you recall that?
25        A.    Yes.
```

1       Q.   And -- and this exhibit, 53, was the

2   agreement that governed those purchases between GSR

3   and Ripple, right?

4          MS. WAXMAN:  Objection.

5          THE WITNESS:  I believe that's correct,

6   yes.

7   BY MS. ZORNBERG:

8       Q.   Let me -- let me direct your attention for

9   a moment to Section 2 on page 2 of this agreement.

10   And recognizing that I'm sure you did not draft the

11   agreement and that you're -- you're not a lawyer, I

12   do want to direct you to the Section 2A where it

13   says "Execution Parameters."

14         And do you see that it starts with this

15   sentence.  Quote:

16            "The company will ensure" --

17         And actually, let me pause here because

18   company here is defined as GSR Markets PTE. LTD.

19      A.   Yeah.

20      Q.   Okay.  So GSR is the company.  And it

21   says:

22           "The company will ensure

23           orderly markets and avoid undue

24           market impact in relation to any

25           purchases under this agreement,

```
 1                  including by ensuring compliance

 2                  with the following parameters."

 3                  And then it goes on to list some

 4      parameters.

 5                  Do you see that?

 6          A.   Yes.

 7          Q.   Is it fair to say that Ripple and GSR both

 8      wanted those purchases to be conducted in a way that

 9      avoided undue market impact?

10                  MS. WAXMAN:  Objection.

11                  THE WITNESS:  I think so.  Yes.

12      BY MS. ZORNBERG:

13          Q.   Can I ask you to take a look at

14      Exhibit ███ 64.

15                  MS. ZORNBERG:  Can you pull a copy of that

16      for me?

17                  THE WITNESS:  Gosh, had to be the last

18      one.  Sorry.

19      BY MS. ZORNBERG:

20          Q.   Okay.  So this was one of the documents

21      the SEC marked earlier.  I want to direct your

22      attention to the next to last page, which is a

23      June 4, 2018, 12:04 p.m. email from ██████

24      ████████ to you.

25                  Do you see it?
```

258

```
 1        A.   Sorry, I was looking --

 2        Q.   It's the next-to-last page.

 3        A.   Got it.  12:04, yeah.

 4        Q.   Okay.  And I want to direct your attention

 5   to the second paragraph in his email to you which

 6   says:

 7                  "Again, we want to be

 8             sensitive about targeting trading

 9             only against what is real volume.

10             If you see evidence of fake volume,

11             please let us know."

12             Do you see that?

13        A.   Yes.

14        Q.   Did Mr. ██████████, as far as you

15   understand, share your desire to avoid trading on

16   fake volume?

17        A.   Absolutely.

18             MS. WAXMAN:  Objection.

19   BY MS. ZORNBERG:

20        Q.   Do you have any knowledge of Ripple

21   switching from ██████████ to ██████████

22   ████ out of a, you know -- well, let me just pause

23   there.

24             Do you have any information or knowledge

25   that that occurred?
```

1          A.   I know that the subject of fake volumes

2     was a very important one, and we -- GSR and Ripple

3     shared the view that we wanted -- we only cared

4     about real volumes.  And over time, we incorporated

5     whatever information or signals we could find to

6     help us better determine what we thought were real

7     volumes.

8          You mentioned ███████████ going to

9     ██████████.  I don't remember the specifics, but I

10    think ██████████ was the first aggregator, and

11    they came up with some measures of trustworthiness,

12    and we probably used that measure at first.  As

13    other reporting outlets became more sophisticated,

14    we incorporated their information into our

15    determination of what was real.

16         Q.   Do you -- were you ever told that Ripple

17    had switched to -- from ██████████ to

18    ██████████████ because it viewed the latter

19    as being more reliable?

20              MS. WAXMAN:  Objection.

21              THE WITNESS:  I don't remember the

22    specific date, but that was the philosophy by and

23    large, yes.

24    BY MS. ZORNBERG:

25         Q.   Okay.  You were asked some questions by --

260

1    by the -- let me -- let me ask you to pull out

2    ■ 29.

3         A.   If I put them in order, this would go a

4    lot faster.

5              MR. HANIN:  I thought you were actually

6    calling them emails, but you said put them in number

7    order.

8              THE WITNESS:  Is this towards the

9    beginning or the end?

10             MS. ZORNBERG:  I think it was the middle.

11             MR. HANIN:  I put them in numerical order,

12   so I can do it for you.

13             THE WITNESS:  Okay.  I got it.

14             MS. ZORNBERG:  Your lawyer is not helping

15   you at all.

16             MR. HANIN:  I was helping myself.

17   BY MS. ZORNBERG:

18        Q.   All right.  Mr. ■, you were asked about

19   this -- parts of this email by the SEC, and I want

20   to go back over other parts.

21             First of all, just to level set, this is a

22   string of emails from November 2016.  Directing your

23   attention to page 2 of the email -- well, before I

24   direct your attention to certain language, I believe

25   you testified earlier, after looking at the email,

261

1    that you think that the reference to press in this

2    chain was a reference to the news that Chris Larsen

3    had stepped down as CEO to become chairman.

4            And at the bottom of page 2, you had --

5    you had pointed out Patrick Griffin's email at 1454:

6                "I'm only seeing positive

7                sentiment on the news:  General

8                feeling seems to be that Ripple is

9                doing well enough for Chris to take

10               that move."

11           Do you remember being asked about that

12   earlier today?

13       A.   Yeah.

14       Q.   Okay.  And then you were asked a number of

15   questions by the SEC about a reference above it to

16   Patrick Griffin's additional email.  But I want

17   to -- first I want to focus you on your -- what you

18   wrote on November 1st at 10:14 p.m. where you

19   wrote, quote:

20               "I am very surprised that the

21               price is reacting so well.  We will

22               continue to monitor closely as the

23               market continues to digest the

24               news.  I've never been so glad to

25               be wrong on a market call."

262

1          Do you see that?

2     A.   Yeah.

3     Q.   Is it fair to say that any expectation

4     that you had that price in XRP would go down in

5     reaction to the news proved incorrect?

6          MS. WAXMAN:  Objection.

7          THE WITNESS:  I think that's fair to say,

8     yes.

9     BY MS. ZORNBERG:

10    Q.   And to the extent that Patrick Griffin had

11    been preparing for possible purchases of XRP, if --

12    if the news affected price, he too was incorrect?

13         MS. WAXMAN:  Objection.

14         THE WITNESS:  Yes.  Because, as you can

15    see from his message on November 1st at 1529, he's

16    giving us instructions 'cause I guess he's also

17    expecting.

18    BY MS. ZORNBERG:

19    Q.   So Ripple was wrong in that instance, just

20    like you were wrong --

21         MS. WAXMAN:  Objection.

22    BY MS. ZORNBERG:

23    Q.   -- about how news might affect the market?

24         MS. WAXMAN:  Objection.

25         THE WITNESS:  I certainly was wrong.  And

263

1    Patrick, too, yes.

2    BY MS. ZORNBERG:

3        Q.   Okay.  Let me -- and by the way,

4    Ms. Waxman had asked you about Patrick's use of the

5    term "target floor" in that email.

6             Now, the SEC only showed you this one

7    email from November 2016 using the word target --

8    the term "target floor."  They haven't shown you any

9    emails today with similar language after 2016.

10            MS. WAXMAN:  Objection.

11   BY MS. ZORNBERG:

12       Q.   As you sit here today, do you

13   specifically -- do you have any recollection of

14   Ripple discussing target floors in emails with you?

15       A.   No, I don't have any recollection.  Are

16   you asking like when was the last time I thought I

17   heard -- I mean ...

18       Q.   No.  You answered the question.

19            Okay.  I have only one more SEC exhibit

20   for you to dig out, and it's ███-13.

21       A.   Got it.

22       Q.   I'd like to ask you to turn to page 3 of

23   the email, which was not discussed earlier today,

24   though other parts of this chain were.  And I'd like

25   to direct your attention to the July 21, 2016 email

1    that you wrote at 2:52.  It's in the middle of

2    page 3.

3         A.   Yes.

4         Q.   Okay.  And in the email you wrote:

5                   "Although market chatter has

6              been very positive in the 72 hours

7              following the news releases,

8              trading volumes and XRP prices

9              remain stagnant.  Market

10             capitalization rates are almost

11             unchanged from last week, though we

12             have seen a modest increase in

13             CNY."

14             Do you see that?

15        A.   Yes.

16        Q.   What's CNY?

17        A.   Chinese yuan.

18        Q.   All right.  Is this -- the portion of your

19   email that I just read to you, is that another

20   instance where a new release or news releases,

21   however positively received, from your perspective,

22   had -- did not impact trading volumes or XRP prices?

23             MS. WAXMAN:  Objection.

24             THE WITNESS:  That's -- that's what I'm

25   saying in this note, quite clearly, right?  There

1    has -- there has been positive market chatter

2    following news releases.  I don't remember what the

3    releases were.  But trading volumes and XRP prices

4    have not reacted to it.

5            In general, this issue of crypto being a

6    nascent market and having very little liquidity

7    means that there's an enormous amount of noise.  And

8    it's very difficult to point one way or the other.

9    And, you know, sometimes I guess in a more mature

10   market, you would expect, as real news comes to a

11   head, you would expect them to observe the price

12   follow, whereas in crypto, maybe it gets lost in the

13   wash.

14   BY MS. ZORNBERG:

15       Q.   All right.  You can put that document

16   aside.

17            I'd like to go back to a question and

18   answer you were asked by the SEC earlier today just

19   to clarify something.

20            You were asked -- you were asked about the

21   Ledger in gateways, some general questions about

22   that back in 2015.  And you gave an -- you gave an

23   answer, which the transcript will reflect, stating

24   that in 2015, "It wasn't easy to access Ripple and

25   that the more gateways there are, the more people

1    who can use Ripple."

2             That's what we -- on a break, we took from

3    the transcript.  What did you mean by your use of

4    the term "Ripple" in that answer?  What were you

5    referring to that it wasn't easy to access Ripple?

6         A.   You couldn't use the Ripple Network or the

7    Ripple Consensus Ledger.  You had to -- back then,

8    before XRP was listed on other exchanges, whatever,

9    you could transact on the Ripple Consensus Ledger by

10   depositing money into it via a gateway or

11   withdrawing it using a gateway.  So I was referring

12   to the Ripple Network or the Ripple Consensus

13   Ledger.

14        Q.   Okay.  Was the Ledger something that

15   existed separate and apart from Ripple Labs, the

16   software company?

17             MS. WAXMAN:  Objection.  Asked and

18   answered.

19             THE WITNESS:  Yes.

20   BY MS. ZORNBERG:

21        Q.   Mr. ███, is it fair to say that GSR cares

22   about operating its business in a legally compliant

23   manner?

24        A.   Absolutely.

25             MS. WAXMAN:  Objection.

1    BY MS. ZORNBERG:

2        Q.   And you --

3             MS. ZORNBERG:   What's the basis for the

4    objection?

5             MS. WAXMAN:   You're testifying for him.

6             MS. ZORNBERG:   That's not correct and the

7    transcript will reflect what it reflects.

8        Q.   Do you personally care about operating

9    GSR's business in a legally compliant manner?

10       A.   Very much so.

11       Q.   Without disclosing your communications

12   with counsel, has GSR, from time to time, consulted

13   with lawyers to ensure it was operating in a legally

14   compliant manner?

15            MS. WAXMAN:   Objection.

16            THE WITNESS:   Yes.

17   BY MS. ZORNBERG:

18       Q.   You also testified this morning that GSR,

19   whether through its management or its lawyers, had

20   reached out -- had met with the SEC, correct?

21       A.   Yes.

22       Q.   On approximately -- to your knowledge,

23   approximately how many times has GSR reached out to

24   the SEC since -- since GSR came into existence?

25       A.   The instance I described this morning was

268

```
1    the first time where we -- for want to have a better

2    expression, the open kimono thing, this is us, this

3    is what we do.  But I have had conversations with

4    the SEC prior to that, with Daphna last year.

5         Q.   Okay.  And other than the conversation

6    with Daphna last year and your meeting in

7    January 2021 with the SEC, are you aware of whether

8    GSR or its lawyers have reached out through phone,

9    in person or writing to the SEC on other occasions?

10             MS. WAXMAN:  Objection.

11             THE WITNESS:  I believe -- in fact, I hope

12   that the gentleman who we hired at the end of last

13   year, who's the CEO of GSR USA, is engaging with the

14   SEC and other regulators on our behalf and has been

15   doing so on a regular basis over the last eight or

16   nine months.

17   BY MS. ZORNBERG:

18        Q.   Without disclosing any communications

19   you've had with counsel, does GSR have regulatory

20   counsel?

21        A.   Yes.

22        Q.   Who is that?

23        A.   ██████████.

24        Q.   Okay.  Who at ████████████, if you know?

25        A.   ████████ and -- and a gentleman who's ████,
```

269

1    perhaps.

2         Q.   Close enough.  Close enough.

3              MR. HANIN:  ███████████

4    BY MS. ZORNBERG:

5         Q.   Focusing your attention on the period of

6    time before December 22nd, 2020, when the SEC

7    filed the lawsuit against Ripple Labs, has -- had

8    the SEC ever communicated to GSR that it believed

9    GSR was violating U.S. security law?

10        A.   No.

11        Q.   Had the SEC ever communicated, prior to

12   December 22nd, 2020, to GSR that in the SEC's

13   view, XRP was a security?

14             MS. WAXMAN:  Objection.

15             MR. HANIN:  Objection to the foundation,

16   but . .

17             THE WITNESS:  I don't -- I don't recall.

18   I -- I don't recall if it came up.  If it -- if that

19   would have happened, it would have happened during

20   my conversation with Daphna, but I don't recall the

21   details of that conversation.  I do know that if --

22   I mean, it's something I would have remembered if --

23   to be blunt, if the SEC says we don't like this,

24   don't do it, we just won't do it.

25   / /

```
 1   BY MS. ZORNBERG:

 2        Q.   But the SEC never told you to stop --

 3        A.   No.

 4        Q.   -- transactions in XRP, correct?

 5        A.   No.

 6             MS. WAXMAN:  Objection.

 7   BY MS. ZORNBERG:

 8        Q.   And is that true to this day?

 9        A.   I don't believe the XRP [sic] has told us

10   anything.  When we had that meeting in January we

11   told the people from the SEC that we were -- we had

12   stopped trading XRP on behalf of Americans and

13   exchanges that catered to Americans, et cetera.  We

14   were going to continue servicing ODL from our

15   Singapore entity facing off with Ripple's

16   Singaporean entity.  We felt it was important to be

17   up front about that.

18        Q.   In your prior answer, I think you called

19   the SEC XRP --

20             MR. HANIN:  XRP, yeah.

21   BY MS. ZORNBERG:

22        Q.   -- and I think they'll take great umbrage

23   to that.  Do you want to correct that?

24        A.   Yes.

25        Q.   You meant the SEC?
```

1      A.   Did I make the mistake again?

2           MR. HANIN:  This was a different

3      conflation, but no -- yes, obviously, he meant SEC,

4      not XRP.

5           THE WITNESS:  I'm sorry.

6           MS. ZORNBERG:  Feel free to change the

7      agency name, Ms. Waxman.

8           MS. WAXMAN:  We'll take it under

9      advisement.

10     BY MS. ZORNBERG:

11     Q.   Are you aware of jurisdictions outside the

12     United States that have declared that XRP is a

13     virtual currency not regulated by securities laws in

14     those countries?

15          MS. WAXMAN:  Objection.

16          THE WITNESS:  I believe Singapore is one

17     of those.

18     BY MS. ZORNBERG:

19     Q.   Are you aware of any jurisdiction outside

20     the United States that has, as of today, has

21     declared XRP is a security?

22     A.   No.

23          MS. WAXMAN:  Objection.

24     BY MS. ZORNBERG:

25     Q.   You mentioned earlier in your testimony by

1    the SEC that -- and if I get this wrong, please

2    correct me, but I think I heard you to say that part

3    of the meeting with the SEC in January entailed

4    telling them or expressing the view that the

5    regulations are unclear or that the framework

6    doesn't exist yet.

7            MS. WAXMAN:  Objection.

8    BY MS. ZORNBERG:

9        Q.   I don't want to misstate your testimony.

10   But -- so let me just put it this way:  From where

11   you sit operating GSR, do you have a view as to

12   whether the SEC's regulations or view of regulations

13   applicable to crypto exchanges in the digital asset

14   industry have been clear or unclear?

15           MS. WAXMAN:  Objection.

16           THE WITNESS:  I wouldn't know where to

17   draw the line in the sand between clear and unclear,

18   but we always welcome more clarity.

19           MS. ZORNBERG:  Why don't we take a short

20   break, if we could.

21           THE VIDEOGRAPHER:  Going off the record at

22   4:04 p.m.

23              (Whereupon, a recess was taken.)

24           THE VIDEOGRAPHER:  We're going back on the

25   record at 4:14 p.m.

273

1            MS. DEARBORN:  Lisa, do you want to --

2            MS. ZORNBERG:  I have nothing further from

3    Ripple Labs.

4                EXAMINATION BY MS. DEARBORN

5    BY MS. DEARBORN:

6        Q.   Good afternoon, Mr. ███.

7        A.   Good afternoon.

8        Q.   My name is Meredith Dearborn, I represent

9    Chris Larsen.

10           You and I have never met, right?

11       A.   I don't think so.

12       Q.   Okay.  Me neither.

13           So we've talked about a variety of

14   different GSR entities or operations today.  Which

15   GSR entities, to your knowledge, were involved in

16   providing services to Mr. Chris Larsen?

17       A.   I believe GSR Holdings, which is a

18   misnomer, because it's not a holding company, but

19   GSR Holdings historically took care of XRP

20   programmatic liquidations, whereas GSR Markets was

21   the operating company from which we did, for

22   example, ODL, and I believe it's the operating

23   company from which we traded derivatives, so on.

24       Q.   Other than GSR Holdings and GSR Markets,

25   were any other GSR entities involved in providing

274

1    services to Mr. Larsen?

2         A.   I don't think so.

3         Q.   Is the same true of Mr. Garlinghouse?

4         A.   Yes.

5         Q.   And is the same true -- I'm sorry, go

6    ahead.

7         A.   I was just gonna say one more thing.  GSR

8    Markets, when I refer to GSR Markets, the first GSR

9    Markets was incorporated in Hong Kong.  Then we

10   cloned our operating companies in Singapore when the

11   MAS released their legal framework.  And that -- we

12   applied with our Singaporean operating companies,

13   just to be clear.

14        Q.   Thank you for the clarification.

15             And is the same -- is the same answer true

16   as to Ripple, that the only entities to provide

17   services to Ripple were GSR Holdings and GSR Markets

18   and the cloned entities --

19        A.   Whether Hong Kong -- I believe so, yes.

20        Q.   You've anticipated my next question, which

21   is where is GSR Holdings located?

22        A.   The original GSR Holdings was in Hong

23   Kong.  And we cloned it in Singapore, but we -- I

24   don't think we ever actually did anything with it.

25        Q.   Okay.  And where is GSR Markets located?

275

1          A.    Hong Kong and Singapore.

2          Q.    Okay.  Does GSR have computer services --

3     servers that it uses for its business?  And when I

4     speak about GSR, I'll just be speaking about those

5     two entities; is that fair?

6          A.    Holdings and Markets?

7          Q.    Yes, please.

8          A.    Okay.

9          Q.    Okay.  So do those two entities have

10    computer services that they use -- computer servers

11    that they use for their business?

12         A.    Yes.

13         Q.    Where are they located?

14         A.    All over the world.

15         Q.    Okay.  And when did those two entities

16    incorporate in Hong Kong and then in Singapore?

17         A.    In Hong Kong in the first half of 2017.

18         Q.    And when did they -- when were they cloned

19    in Singapore?

20         A.    At some point in 2020, I believe.  It

21    might have been earlier.

22         Q.    Thank you.

23         A.    Might have been 2019.

24         Q.    Thank you.

25               Before 2017, where -- were there any other

276

```
1    entities that provided Mr. Larsen, let's take

2    Mr. Larsen first, Mr. Larsen with services?

3         A.   Yes.  Before 2017, we were incorporated in

4    Andorra.

5         Q.   Where is Andorra?

6         A.   It's on the Pyrenees on the border between

7    Spain and France.

8         Q.   Okay.  It's in Europe?

9         A.   Yes.

10        Q.   Okay.  I had to look it up, actually.

11        A.   Not a lot of people know about it.

12        Q.   Okay.  So from 2013 --

13             (Reporter clarification.)

14             MS. DEARBORN:  2013.

15        Q.   From 2013, which is the start of GSR, I

16   believe you testified, to about 2017, when GSR moved

17   to Hong Kong, were all of the services that GSR

18   provided to Mr. Larsen done from Andorra?

19        A.   From an Andorran entity, yes.

20        Q.   Okay.  And is the same true of

21   Mr. Garlinghouse?

22        A.   Yes.

23        Q.   Okay.  And is the same true of Ripple?

24        A.   Yes.

25        Q.   Now, today, does GSR have any United
```

1    States-based subsidiaries or operations?

2        A.   We have a U.S. opco called GSR USA, I

3    believe.

4        Q.   At any point in time, have any of those

5    United States-based subsidiaries or operations ever

6    been involved in any services provided for

7    Mr. Larsen?

8        A.   No.

9        Q.   Have any of those subsidiaries or

10   operations been involved in providing services to

11   Mr. Garlinghouse?

12       A.   No.

13       Q.   Have any of those services or operations

14   been involved in providing services to Ripple?

15       A.   No.

16       Q.   Sorry, I misspoke.  Subsidiaries or

17   operations, but you understood that to be my

18   question?

19       A.   Understood.

20       Q.   Okay.  Does GSR have any U.S.-based

21   personnel?

22       A.   Today?

23       Q.   Mh-hmm.

24       A.   Yes.

25       Q.   Have any of those personnel been involved

```
 1    in providing services for Mr. Larsen, to your
 2    knowledge?
 3         A.   I don't think so.
 4         Q.   How about for Mr. Garlinghouse?
 5         A.   No.
 6         Q.   Or for Mr. -- or for Ripple?
 7         A.   Now, yes.
 8         Q.   Okay.  And you testified that you were the
 9    primary point of contact for Ripple and for
10    Mr. Larsen and for Mr. Garlinghouse in providing
11    GSR's services.
12              Do I have that right?
13         A.   That's correct.
14         Q.   And you said you live in _____?
15         A.   Yes.
16         Q.   When you were performing services for any
17    of those three clients, from where were you
18    principally located?
19         A.   Typically _____.
20         Q.   Okay.  So we've spoken a little bit about
21    trades that GSR helped to effectuate on the XRP
22    Ledger, right?
23         A.   Yes.
24              MS. WAXMAN:  Objection.
25    / /
```

279

```
 1   BY MS. DEARBORN:

 2        Q.   And we've also spoken about trades that

 3   GSR has helped to effectuate that are based on

 4   exchanges, right?

 5        A.   Yes.

 6             MS. WAXMAN:  Objection.

 7   BY MS. DEARBORN:

 8        Q.   Okay.  I just want to get a sense of the

 9   relative proportion of the trading activity that you

10   have conducted for, let's start with Mr. Larsen,

11   that were conducted on the Ledger versus on

12   exchanges.

13             So as a general matter, what is the --

14   how -- over the period -- over time from 2013 to

15   2019, what -- what -- just give me a sense of the

16   comparative volume of trades that were done on

17   exchanges versus on the Ledger?

18             MS. WAXMAN:  Objection.

19             THE WITNESS:  Since -- since 2013?

20   BY MS. DEARBORN:

21        Q.   Yes, please.

22        A.   Well, 2014, which is I guess when we

23   started, there -- I think there was only the Ledger,

24   so 100 percent of our trading activity was on the

25   Ledger.
```

280

1        By late '16, if I remember, from reading

2    the documents, we were already trading XRP on

3    Poloniex, I think it was.  If I remember correctly,

4    as soon as XRP started to appear on centralized

5    exchanges, the trading volume of XRP off Ledger

6    dwarfed the trading volume of XRP on Ledger, which

7    is also -- it's not specific to Ripple either.  Same

8    thing happened with others.

9        Q.   Yeah.  Is it fair to say that since 2017,

10   the -- all of the trading activity that you have --

11   that GSR has helped to perform for Mr. Larsen has

12   happened off Ledger?

13            MS. WAXMAN:  Objection.

14            THE WITNESS:  I believe so.

15   BY MS. WAXMAN:

16       Q.   And how about for Mr. Garlinghouse?

17       A.   I'm not sure we ever did anything on

18   Ledger for Mr. Garlinghouse.

19       Q.   And how about for Ripple?

20       A.   Similarly to Chris, I don't -- I don't

21   recall really doing anything on Ledger in years.

22       Q.   Okay.  And so since 2017, just so the

23   record is clear, at -- all of the trading activity

24   that you have performed for any of those three

25   clients have been done on cryptocurrency exchanges?

281

1      A.   Yeah.  I mean, yes, with the caveat that

2   we -- I'm sure we probably traded XRP over the

3   counter with somebody, so that didn't happen on an

4   exchange.

5      Q.   Okay.

6      A.   But it's -- we haven't done anything on

7   Ledger, I don't think.

8      Q.   Okay.  So if I revised that question to

9   say since 2017, the vast majority of the trading

10  activity that GSR has performed for any of those

11  three clients, Mr. Larsen, Mr. Garlinghouse or

12  Ripple, has been done on cryptocurrency exchanges --

13     A.   Yes.

14     Q.   -- would that be more accurate?

15     A.   That is correct.

16     Q.   Okay.

17          MS. WAXMAN:  Objection.

18  BY MS. DEARBORN:

19     Q.   So when trading XRP for a client like

20  Mr. Larsen, I believe you testified as to this, but

21  do I have it right that GSR is effectively acting on

22  those clients' behalf?

23          MS. WAXMAN:  Objection.

24          THE WITNESS:  That's my interpretation and

25  I'm their execution agent or whatever term you want

282

1    to -- technical term you would use.

2    BY MS. DEARBORN:

3        Q.   Okay.  So a client could decide to stop

4    trading if the client wanted to and GSR would

5    comply?

6        A.   Of course.

7            MS. WAXMAN:  Objection.

8    BY MS. DEARBORN:

9        Q.   Of course is your answer?

10       A.   Yes.  Of course.

11       Q.   Okay.  Would GSR ever undertake a trade

12   that its client told it not to do?

13       A.   No.

14       Q.   Okay.  Now, we talked a lot about

15   programmatic trading or exchange trading in this

16   deposition, and I just would like to go sort of step

17   by step and figure out exactly what happens in each

18   one of the steps of a programmatic trade.

19           And by the way, just for terminology's

20   sake, would you prefer I use the term programmatic

21   trade or exchange trade or something else?

22       A.   I'm indifferent.

23       Q.   Okay.  Let's just call it an exchange

24   trade, a trade on a cryptocurrency exchange.

25       A.   Mh-hmm.

283

```
 1          Q.   So, first of all, as of -- let's take
 2    year-end 2019.  Is the way that GSR would execute a
 3    trade on a cryptocurrency exchange the same for
 4    Mr. Larsen and Mr. Garlinghouse and Ripple?
 5               MS. WAXMAN:  Objection.
 6               THE WITNESS:  Yes.
 7    BY MS. DEARBORN:
 8          Q.   Okay.  So if I just talk about the
 9    clients, can we assume that I'm talking about all
10    three?
11          A.   The mechanics should be similar, yes.
12          Q.   Okay.  If there is a difference as to any
13    one of those three entities in the tradings and the
14    services that GSR provided, will you just let me
15    know?
16          A.   Yes.
17          Q.   Okay.  So first step, how does GSR come to
18    be in possession of XRP to be traded on the clients'
19    behalf?
20               MS. WAXMAN:  Objection.
21               MS. DEARBORN:  What's the basis for the
22    objection?
23               MS. WAXMAN:  It's a legal question.
24               MS. DEARBORN:  It's definitely not, but
25    okay.
```

284

Q.   How does GSR come -- so does GSR come
to -- somehow come to be in possession of XRP that
belongs to a client?

A.   So the client will send us XRP, we will
receive it in a Ripple wallet.  We'll -- you know --
I'm guessing the next question is going to be and
then where does it go, right?

So we receive it in a Ripple wallet.
Typically --

Q.   Do you mind if I stop you there --

A.   Yeah, go ahead.

Q.   -- so we can talk about this stepwise.

Okay.  What do you mean by a Ripple
wallet?

A.   A wallet that is -- well, it's called a
Ripple wallet but it's basically some software that
allows you to take claim, if you will, or be able to
operate some XRP.  It's a construct on the Ledger.

Q.   And that's a wallet that GSR designates
for receipt of the XRP from the client?

A.   Correct.

Q.   Okay.  Have you heard the terms "cold
wallet" and "hot wallet" before?

A.   Yes.

Q.   What's the difference between the two?

285

1          A.   A cold wallet is not connected to any

2     information system, so it's off-line and ostensibly

3     safer than hot wallets which are more easily hacked.

4          Q.   So when the client first transfers XRP for

5     the purpose of 'SR executing trades with it, is that

6     GSR designated wallet a cold wallet or a hot wallet?

7          A.   It's -- over time, it's changed.  I'm not

8     entirely certain.  I know that we don't like to

9     leave one XRP more than we need to in any hot wallet

10    or in any exchange, because whenever you do so, you

11    open yourself up to the risk of hack or theft.  So

12    all of the superfluous XRP is typically kept in a

13    cold wallet.

14         Q.   Okay.  So when the client sends GSR XRP to

15    a GSR designated wallet, at that moment, who owns

16    the XRP?

17         A.   I think the XRP is still owned by the

18    client.

19         Q.   In fact, does GSR ever take ownership of

20    the XRP through the entire trading process?

21              MS. WAXMAN:  Objection.

22              THE WITNESS:  Not to the best of my

23    knowledge.

24    BY MS. DEARBORN:

25         Q.   Okay.  And if XRP is not sold by GSR, does

1    GSR have to give that XRP back to the clients?

2         A.   Yes.

3         Q.   Okay.  In that circumstance, is there any

4    penalty for failing to sell -- failing to sell the

5    XRP?

6         A.   I --

7              MS. WAXMAN:  Same objection.

8              THE WITNESS:  I don't think so.  I don't

9    think I've seen that.  I don't think we've ever been

10   penalized for it, no.

11   BY MS. DEARBORN:

12        Q.   Okay.  So in order to come into possession

13   of the XRP into the GSR designated wallet for

14   trading, what, if anything, did GSR pay to its

15   clients at that moment?

16             MS. WAXMAN:  Objection.

17             THE WITNESS:  What did we pay our client?

18   BY MS. DEARBORN:

19        Q.   If anything.

20        A.   We didn't pay our clients anything.

21        Q.   Okay.  So GSR paid no interest rate to its

22   clients to come into possession of the XRP to be

23   traded?

24        A.   In the context of the programmatic sales,

25   I don't think we paid any interest, no.

287

1        Q.   And GSR didn't pay a fee to clients to

2    come into possession of the XRP to be sold?

3        A.   No.

4        Q.   Okay.  At this point, when the XRP is in a

5    GSR designated wallet, is GSR on risk in any way for

6    the XRP?

7             MS. WAXMAN:  Objection.

8             MR. HANIN:  If you understand.

9             THE WITNESS:  Do you mean if we were

10   hacked and the XRP disappear, would the risk be

11   ours?  I don't think so.

12   BY MS. DEARBORN:

13       Q.   Okay.

14       A.   No, it would not.

15       Q.   And I think we covered this, but does GSR

16   ever assume risk of being stuck with XRP that it

17   can't sell?

18             MS. WAXMAN:  Objection.

19             THE WITNESS:  I don't understand the

20   question because I don't see the risk.  If we don't

21   sell it, we simply return it.

22   BY MS. DEARBORN:

23       Q.   Right.  It's fair to say that XRP is just

24   passing through GSR's custody?

25             MS. WAXMAN:  Objection.

288

```
 1              THE WITNESS:  The XRP is passing through
 2    our software, yes.  To our ████████ and ..
 3    BY MS. DEARBORN:
 4         Q.   And, again, at this point, does GSR own
 5    the XRP?
 6         A.   I don't think so.
 7         Q.   Okay.  At this point, when the GSR is --
 8    when the XRP is in a GSR designated wallet, could
 9    the client decide that it didn't want to trade its
10    XRP for any other currency at all?
11         A.   Of course.
12         Q.   A client could say, actually, give me back
13    my XRP?
14         A.   Yes.
15         Q.   Okay.  And GSR couldn't refuse at that
16    point, right?
17         A.   No.  I can't imagine, no.
18         Q.   Okay.  Now let's go to the second step.
19              So presumably the XRP has to get to the
20    exchanges somehow, right?
21         A.   Correct.
22         Q.   How does that happen?  How does the XRP
23    get to the exchanges?
24         A.   So exchanges typically have receiving
25    wallets.  They'll have a deposit address.  Typically
```

289

1   they'll have a destination that references our

2   account, and we would send the XRP from the wallet

3   that it was in into the exchanges wallet, and then

4   the exchange would notify us, oh, 100 XRP has

5   arrived.

6          Q.   Okay.  And, at that point, when the XRP is

7   in a receiving address wallet at the exchange, who

8   owns the XRP?

9               MS. WAXMAN:  Objection.

10              THE WITNESS:  I believe -- nothing's

11   changed.  The XRP is still owned by the client.

12   BY MS. DEARBORN:

13         Q.   Right.

14              And in layman's terms, does the client

15   sort of have an account at the exchange or how does

16   it work?

17         A.   No.  The account is ours.  We open up the

18   account.  Oftentimes we have -- the exchanges that

19   support this feature, we're able to create

20   subaccounts so that we don't commingle different

21   clients' funds.

22         Q.   Okay.  And how are buyers matched with

23   sellers at the exchanges?  What happens at the

24   exchange?

25         A.   There -- there is something called a

290

```
 1    matching engine, which I know very little about.
 2    When an offer and a bid cross, a transaction occurs.
 3    I apologize for my ignorance, but --
 4         Q.   I promise you you're less ignorant than
 5    me.
 6         A.   It's -- you know.
 7         Q.   Okay.  I'm sorry, I didn't intend to cut
 8    off your answer.
 9         A.   There's an order book where there are a
10    whole bunch of different offers at different price
11    levels and with different sizes, and same on the bid
12    side.  And when those cross, transactions occur.
13         Q.   Okay.  And in -- what is GSR's role in
14    that process?
15         A.   In the context of the programmatic sales?
16    As described earlier, you know, we will send orders
17    to the exchange that will result in us selling a
18    certain amount of XRP over a certain amount of time.
19    The nature of those orders can change.  Typically
20    there has to be ██████████████████████████████
21    ████████████████████████████████████████████
22    ████████████████████████████████████████████████
23    ██████████████████████████████
24              So -- but by and large, what we do is
25    send -- send, cancel, modify, receive orders that
```

291

1    result in us selling XRP for other units of value.

2         Q.   Got it.  And we've used -- you've used the

3    word "order."  Can you describe what an order is?

4         A.   An order?

5         Q.   Mh-hmm.

6         A.   An instruction to either buy or sell

7    something at a particular price for particular size.

8    Can also be to modify an order, but yeah.

9         Q.   Okay.  So in the context of a situation

10   where a client wanted to sell its XRP on an

11   exchange, would an order be effectively -- would

12   that be an offer price?

13        A.   Correct.

14             MS. WAXMAN:  Objection.

15             THE WITNESS:  You offer to sell.

16   BY MS. DEARBORN:

17        Q.   Okay.  And when is that offer or order

18   accepted?

19        A.   When there's a bid, the opposite order

20   that wants to purchase at least that much size at

21   that price.

22        Q.   Okay.  Now, before an offer is accepted,

23   could a client tell GSR, actually, I don't want to

24   trade this XRP anymore, I'd like it back?

25        A.   Yes.

292

```
 1          Q.   Okay.  And it would be possible to stop
 2    those trades before they happen when -- before a
 3    trade was accepted, before an offer was accepted?
 4          A.   Yes.  As soon as a client says stop,
 5    return the funds, we stop the bots, if you will.
 6          Q.   Okay.  And do the clients have ultimate
 7    discretion in those offers, so if the client wants
 8    to offer less or more, up 'til the point that the
 9    offer is accepted, can the client modify that --
10               MS. WAXMAN:  Objection.
11    BY MS. DEARBORN:
12          Q.   -- that instruction?
13          A.   The client has no bearing over our
14    ████████, which are proprietary in nature.  The
15    client gives us instructions to buy or sell or
16    pause, and we execute that.  But it's one thing to
17    tell us, let's sell 30 basis points of the last 24
18    hours total trading volume, which is a continuous
19    order, and it's another thing, you know, tweak the
20    way the offering ████████ works.  That doesn't
21    happen.
22          Q.   Got it.
23               But before the bid is accepted, could the
24    client modify their -- the amount of XRP, for
25    example, that they wanted to sell?
```

293

1        A.    Yeah, they could -- they could tell us to

2   pause, they could tell us to ratchet up or slow

3   down.  Yeah.

4        Q.    And the bid isn't -- or the sale isn't

5   final, at that point, right?

6             MS. WAXMAN:  Objection.

7             THE WITNESS:  Correct.  The sale is only

8   final when the bid and the offer cross.

9   BY MS. DEARBORN:

10       Q.    Okay.  So why do you say that?

11       A.    Because when -- in crypto, there is

12  instantaneous settlement.  When that bid and offer

13  cross, if we were selling XRP, we no longer have

14  that XRP.  Now we have Bitcoin or dollars or yen or

15  whatever it was that the buyer used to purchase the

16  XRP from us.

17       Q.    Okay.  So just to summarize that, it's

18  accurate to say that a sale that GSR makes on behalf

19  of a client on a third-party exchange, that sale

20  only becomes final after being -- after the offer

21  and the acceptance are matched?

22            MS. WAXMAN:  Objection.  You're calling

23  for him to make some legal conclusion.

24  BY MS. DEARBORN:

25       Q.    You can answer.

294

```
 1          A.   That's my understanding.
 2          Q.   Okay.  And you've been working in this
 3    industry for at least seven years, right?
 4          A.   (Nods head.)
 5          Q.   So you have a -- I'm sorry, you have to
 6    give a verbal answer.
 7          A.   Yes.  Sorry.
 8          Q.   So you have a pretty good understanding of
 9    how the exchanges work, right?
10          A.   I think so.
11          Q.   And you advise clients on their strategies
12    for buying and selling cryptocurrencies on
13    exchanges?
14               MS. WAXMAN:  Objection.
15               THE WITNESS:  At a high level, yes, but
16    I'm not a quant trader.
17    BY MS. DEARBORN:
18          Q.   Okay.  Okay.  How does GSR know when a
19    sale of XRP to a buyer on an exchange has become
20    final?
21               MS. WAXMAN:  Objection.
22               THE WITNESS:  The exchange should send us
23    a fill.  So we're connected to the exchange via an
24    API.  We send buy and sell orders, modify, whatever
25    it is, to the exchange.  My understanding, and I'm
```

295

1    no expert, is that when that bid and that offer

2    cross, and there's a trade, the exchange is supposed

3    to report a fill to us and let us know that our

4    offer has now met a bid, the order has been canceled

5    and now we're in possession of something else.

6    BY MS. DEARBORN:

7         Q.   How do you access the record of that fill,

8    to use your word?

9         A.   I'm sorry, could you be more specific?

10        Q.   Sure.  I mean, do they send you an email

11   or do you log on to your account at the exchange?

12   How do you know?

13        A.   No.  It's via the API.  And -- I think

14   some exchanges might send end-of-day emails, but

15   it's rare.

16        Q.   Okay.  And where, to your knowledge, are

17   those final sales on the exchange recorded?

18             MS. WAXMAN:  Objection.  Lack of

19   foundation.

20             THE WITNESS:  You mean with regards to

21   the -

22             (Reporter clarification.)

23             THE WITNESS:  Do you mean where does the

24   exchange record them or where do we record them?

25   / /

1    BY MS. DEARBORN:

2         Q.   Where does the exchange record them, to

3    your knowledge?

4         A.   I presume that they record it on some

5    server.  They also -- they're supposed to report

6    those trades on a ticker tape.

7         Q.   Got it.  And at what point in this whole

8    process does the client no longer have the ability

9    to stop a trade?

10            MS. WAXMAN:  Objection.

11            THE WITNESS:  After it's occurred.

12   BY MS. DEARBORN:

13        Q.   After the match on the exchange?

14        A.   Yes.  I mean ...

15        Q.   Okay.  When does GSR have the ability to

16   stop a trade, if the answer is any different?

17        A.   We can -- that's a different question.  We

18   can stop a trade whenever we want.  But once the bid

19   and the offer has crossed the trade has occurred and

20   you cannot reverse it.

21        Q.   Okay.  So once -- once that trade has

22   occurred, what happens next?

23        A.   In terms of?

24        Q.   So how -- so let's say there's been a

25   trade between XRP and Mexican pesos on an exchange.

1      A.    Mh-hmm.

2      Q.    How do the Mexican pesos then make their

3  way back to the client, if that's their final

4  destination?

5           MS. WAXMAN:  Objection.

6           THE WITNESS:  If the client wanted their

7  Mexican pesos, they would instruct Bitso, in this

8  case, the Mexican exchange, to withdraw pesos to

9  their account.

10 BY MS. DEARBORN:

11     Q.    Okay.  So we've talked a little bit about

12 the buyers of XRP on these exchanges.  And I believe

13 that you previously testified that GSR has no way of

14 knowing the identity of the buyer of the XRP.

15          Do I have that right?

16     A.    Correct.

17     Q.    Okay.  And so it's possible that that

18 purchaser could reside outside of the United States,

19 right?

20          MS. WAXMAN:  Objection.

21 BY MS. DEARBORN:

22     Q.    Let me rephrase.

23          Is it possible that that purchaser

24 would -- is -- let me rephrase again.

25          Do you have any way of knowing whether or

298

1    not that purchaser is a foreign buyer?

2              MS. WAXMAN:  Objection.

3              THE WITNESS:  I have no way of knowing who

4    is on the other side of the trades, but when we

5    try -- when we trade on exchanges that don't cater

6    to Americans, we do so with the expectation that

7    there are no Americans on the exchange.

8    BY MS. DEARBORN:

9        Q.   Okay.  And on any exchange, regardless of

10   whether it's a -- an exchange that caters to U.S.

11   buyers or not, you would have no way of knowing

12   where the buyer of XRP is located when they're

13   executing a trade on the exchange; is that fair?

14       A.   Correct.

15             MS. WAXMAN:  Objection.

16   BY MS. DEARBORN:

17       Q.   Okay.  And it's possible that the XRP that

18   is sold on those exchanges never makes its way back

19   into United States at all, right?

20             MS. WAXMAN:  Objection.

21             THE WITNESS:  Yes.

22   BY MS. DEARBORN:

23       Q.   Do you have any way of knowing one way or

24   the other?

25             MS. WAXMAN:  Objection.

299

```
 1              THE WITNESS:  No.
 2    BY MS. DEARBORN:
 3         Q.   All right.  If a sale of XRP is done on an
 4    exchange, is that sale recorded on the XRP Ledger?
 5         A.   No.
 6         Q.   That's why it's called an off-ledger
 7    trade?
 8              (Reporter clarification.)
 9              THE WITNESS:  No.
10    BY MS. DEARBORN:
11         Q.   Sorry, I believe the answer to that's why
12    it's called an -- let me ask that question.
13              Is that why it's called an off-ledger
14    trade?
15         A.   Correct.
16         Q.   Okay.  Is an exchange trade validated by
17    any of the nodes on the XRP Ledger?
18         A.   No.
19         Q.   Okay.  And even though the trade is not
20    recorded on the XRP Ledger, do you still consider
21    that exchange trade to be final?
22              MS. WAXMAN:  Objection.
23              THE WITNESS:  Yes, of course.
24    BY MS. DEARBORN:
25         Q.   Okay.  Why?
```

300

1       A.   It couldn't be any other way.   A

2    transaction is a transaction whether it occurs on

3    one exchange or on the Ledger, trade's a trade.

4       Q.   Now, turning to the Ledger for a moment,

5    depending on the circumstances, does the XRP Ledger

6    show transactions that are not sales?

7            MS. WAXMAN:  Objection.

8            THE WITNESS:  The XRP Ledger shows

9    movements.  Yes.

10   BY MS. DEARBORN:

11      Q.   Such as movements between one wallet and

12   another, right?

13      A.   Yes.

14      Q.   Okay.  So -- and that doesn't necessarily

15   mean that the XRP was sold from one buyer to

16   another, right?

17      A.   No.  Correct.

18           MS. WAXMAN:  Objection.

19   BY MS. DEARBORN:

20      Q.   And what are some of the other

21   possibilities involved in a transfer from one wallet

22   to another?

23      A.   I mean, why -- why do these transfers

24   occur?

25      Q.   That's a fair question.  It's a little bit

 1    speculative.

 2              So, you know, for example, would the XRP

 3    Ledger potentially show a transfer between two

 4    wallets on the Ledger that were held by the same

 5    person?

 6              MS. WAXMAN:  Objection.

 7              THE WITNESS:  It could very easily, yeah.

 8    BY MS. DEARBORN:

 9        Q.   Okay.  Or a temporary -- a transfer from

10    one wallet to another that was just a temporary

11    transfer and the recipient would have to give it

12    back?

13              MS. WAXMAN:  Objection.

14              THE WITNESS:  Yes.  I mean, any number of

15    combinations.  It could be the same person,

16    different people.

17    BY MS. DEARBORN:

18        Q.   Okay.  So can you tell from activity on

19    the XRP Ledger whether ownership of XRP has passed

20    from one wallet to another?

21        A.   No.

22        Q.   Okay.  So after GSR started providing

23    market making services to Mr. Larsen on the

24    exchanges, were you generally aware of where

25    physically the exchanges on which those trades took

302

1    place were located?

2               MS. WAXMAN:  Objection.

3               THE WITNESS:  Not really, and it's going

4    to sound strange, but even today, a lot of these

5    well known exchanges, it's unclear where they're

6    located.

7    BY MS. DEARBORN:

8         Q.   Okay.  So I actually am unfortunately

9    going to make you dig through your stack.  If I

10   could bring up ███-42 please, which is an exhibit

11   that Ms. Waxman showed you during her questions.

12        A.   Okay.

13        Q.   Okay.  And Ms. Waxman asked you some

14   questions about the location of the exchanges that

15   are listed here.

16               Do you remember that testimony?

17        A.   I think so.

18        Q.   And she asked specifically whether any of

19   these were U.S.-based exchanges.

20               Do you recall that?

21        A.   Yes, I do.

22        Q.   And one of the exchanges that you

23   mentioned was Poloniex, right?

24        A.   Correct.

25        Q.   And you said that it was a U.S. exchange

303

1    at one point.  Do I have that right?  I don't want

2    to mischaracterize your testimony?

3         A.   Yes.  I said that.

4         Q.   What do -- what did you mean?

5         A.   Well, Poloniex was supposedly founded by a

6    gentleman from somewhere in Upstate New York.  And

7    from dealing with the people in Poloniex over the

8    years, I know their support staff was somewhere in

9    the northeast too.  So it seemed as though Poloniex

10   was operating from the United States, but I don't

11   know that I ever saw the Article of Incorporation or

12   I could confirm that in fact the company was based

13   in the U.S.

14        Q.   Okay.

15        A.   It might have been in one of these

16   Caribbean islands or -- yeah.

17        Q.   So Ms. Waxman asked you to identify the

18   exchanges on this list that were based in the United

19   States.

20             As to the remainder of the exchanges that

21   you didn't identify, to what extent, if at all, is

22   it your understanding that they are located outside

23   of the United States?

24             MS. WAXMAN:  Objection.

25             THE WITNESS:  I -- I think that the rest

1     of the exchanges are located outside of the United

2     States.

3     BY MS. DEARBORN:

4         Q.   Okay.  To the best of your recollection,

5     sort of -- what ballpark percentage, approximately,

6     of Mr. Larsen's trades were executed on foreign

7     exchanges?

8         A.   Over the life of the selling program?

9         Q.   Yes, sir.

10        A.   On a dollar adjusted basis, not number of

11    trades?

12        Q.   We don't need --

13        A.   What matters is the dollars?

14        Q.   Mh-hmm.

15        A.   I would guess higher than ███ percent was

16    done offshore.

17        Q.   Okay.  Is the same true of

18    Mr. Garlinghouse?

19        A.   Yes.  I -- I would imagine it would be

20    similar.

21        Q.   Is the same true for Ripple's programmatic

22    sales?

23        A.   Probably.

24        Q.   Okay.  So is it fair to say that you --

25    that ███ executes cryptocurrency strategies on

305

1   behalf of your clients mostly on non-U.S. exchanges?

2          MS. WAXMAN:  Objection.

3          THE WITNESS:  Yes.  I guess that's fair.

4   BY MS. DEARBORN:

5      Q.   Okay.  And that's been true since the

6   exchanges came online?

7          MS. WAXMAN:  Objection.

8          THE WITNESS:  Yes.  I mean, our -- we've

9   always had a very light footprint in the U.S., and

10  we started trading on Coinbase much later than

11  everybody else.  A lot of our business was driven

12  out of Asia in the earlier years.

13         MS. DEARBORN:  Okay.  If we can take a

14  quick break, I might be fairly close to -- close to

15  wrapping up.  But let me confer and see whether we

16  have anything else.

17         MR. HANIN:  Sure.

18         THE VIDEOGRAPHER:  We're going off the

19  record at 4:50 p.m.

20             (Whereupon, a recess was taken.)

21         THE VIDEOGRAPHER:  We're going back on the

22  record at 5:12 p.m.

23  BY MS. DEARBORN:

24     Q.   Hello.  Just a few -- few more questions

25  for me.

1          So how -- going -- moving back to the

2    process of selling XRP on the cryptocurrency

3    exchanges.

4          A.   Mm-hmm.

5          Q.   So we talked a lot about the order or the

6    bidding process.

7          So how does a potential purchaser of XRP

8    know when an offer to sell XRP has been placed?

9          A.   They will see an offer in the order book.

10          Q.   What's the order book?

11          A.   So the order book is all of the bids and

12    offers for any particular cross.

13          Q.   And is that -- is that a record that the

14    exchange maintains?

15          A.   Well, it's -- yes, in the sense when you

16    log into the exchange, and you click that particular

17    cross, you will see all the best bids and all the

18    best offers.

19          Q.   Okay.

20          A.   And that is called the order book.  So if

21    a new offer pops up, somebody else puts in an offer,

22    you'll see another sell order on the exchange.

23          Q.   Got it.  So just to be clear, the offer

24    book is specific to each exchange, each exchange has

25    a different offer book?

307

```
 1        A.   Order book.

 2        Q.   I'm sorry, thank you, order book.

 3             So each exchange has a different order

 4   book?

 5             MS. WAXMAN:  Objection.

 6             THE WITNESS:  Each exchange has multiple

 7   order books.  Each cross has its own order book.  A

 8   cross would be, for example, XRP against dollars.

 9   BY MS. DEARBORN:

10        Q.   Okay.  But you couldn't look on one

11   exchange's order book and see an offer to sell XRP

12   made on a different exchange, for example?

13             MS. WAXMAN:  Objection.

14             THE WITNESS:  Generally, no, but there are

15   some exchanges that pool liquidity.  So you see an

16   offer on one exchange and, in fact, that offer is

17   occurring on another partner exchange.

18   BY MS. DEARBORN:

19        Q.   Okay.

20        A.   But it's not the norm.

21        Q.   It's not the normal.  Okay.

22             MS. DEARBORN:  I have no further

23   questions.

24             Counsel for Mr. Garlinghouse.

25             MR. LEVANDER:  No questions on behalf of
```

308

```
 1    Mr. Garlinghouse.
 2             MS. ZORNBERG:  And by stipulation of the
 3    parties before now, the SEC has agreed to limit its
 4    rebuttal period to ten minutes.
 5             FURTHER EXAMINATION BY MS. WAXMAN
 6    BY MS. WAXMAN:
 7        Q.   Mr. ███, earlier you explained to
 8    Ms. Dearborn that a sale of XRP is finalized when a
 9    bid is hit, correct?
10        A.   When a bid crosses an offer.
11        Q.   And you were talking about sales in --
12    that GSR executed in relation to Mr. Larsen,
13    correct?
14        A.   I guess so, yes.
15        Q.   But at the time -- at the moment that the
16    bid was crossed, where was Mr. Larsen physically
17    located?
18             MR. HANIN:  Objection.
19             MS. ZORNBERG:  Objection to form.
20             MR. HANIN:  I don't know how he could know
21    that.
22             THE WITNESS:  I have no idea.
23             MS. DEARBORN:  And also misstates the
24    testimony.
25    / /
```

1    BY MS. WAXMAN:

2         Q.   Is it possible that Mr. Larsen was

3    physically located in the United States at the time

4    that the sale of XRP was finalized?

5         A.   I guess so.

6              MS. DEARBORN:  Objection to form.

7    BY MS. WAXMAN:

8         Q.   And at the moment that a sale was

9    finalized on behalf of Ripple, where was Ripple

10   physically located?

11             MS. DEARBORN:  Objection to form.

12             THE WITNESS:  I -- I mean, I guess Ripple

13   has always been located -- I don't know where a

14   company is located.  At their headquarters.

15   BY MS. WAXMAN:

16        Q.   Where is Ripple's headquarters?

17        A.   I believe it's San Francisco.

18        Q.   And did Ripple also maintain offices in

19   New York?

20        A.   Yes, they did.

21        Q.   And at the time that a sale of XRP is

22   finalized -- at the time that the sale of XRP for

23   Mr. Garlinghouse was finalized, where was

24   Mr. Garlinghouse physically located?

25             MR. LEVANDER:  Objection.

310

1              THE WITNESS:  I have no idea.

2    BY MS. WAXMAN:

3        Q.   At times was Mr. Garlinghouse physically

4    located in the United States?

5              MR. HANIN:  Objection.

6              MR. LEVANDER:  Same objection.

7              THE WITNESS:  I presume so, but I have no

8    idea.

9    BY MS. WAXMAN:

10       Q.   Okay.  When Mr. Larsen sells on an

11   exchange, does that mean -- does that sale

12   ultimately need to be reflected on the Ledger?

13             MS. ZORNBERG:  Objection.

14             THE WITNESS:  On the Ripple Consensus

15   Ledger?

16   BY MS. WAXMAN:

17       Q.   Yes.

18       A.   No, it doesn't.

19       Q.   So the sales that occur on centralized

20   exchanges, does the exchange ultimately send the

21   transaction to the Ledger?

22       A.   No.

23             MR. LEVANDER:  Objection.

24             (Reporter clarification.)

25   / /

311

BY MS. WAXMAN:

        Q.   Does -- where does the XRP -- does the XRP

stay in Mr. Larsen's wallet when the sale is

finalized?

                MS. DEARBORN:  Objection to form.

                THE WITNESS:  No.

BY MS. WAXMAN:

        Q.   What happens to the XRP following a sale?

        A.   If -- if we're the ones offering the XRP,

and a buyer comes in and bids through our offer, as

soon as the bid crosses the offer, the XRP leaves

our wallet, goes to the buyer, and we receive

whatever the buyer was using to purchase the XRP.

        Q.   Earlier we were talking about GSR services

in connection with ODL.

                Isn't it true that when GSR provided

liquidity in connection with ODL, GSR had no way of

knowing if -- if the trade was in connection with an

ODL transaction?

        A.   That's correct.

        Q.   And didn't Ripple, after the fact, have to

tell GSR whether the trade had been in support of

ODL?

        A.   That's correct.

        Q.   And some of GSR's trading was, in fact,

312

1    not in support of ODL, correct?

2         A.   In the sense that we traded with other

3    market participants while we were making markets on

4    those exchanges, yes.  That's correct.

5         Q.   And when GSR was selling on behalf of

6    Ripple and Mr. Larsen and Mr. Garlinghouse, GSR was

7    selling continuously using an ██████████ correct?

8         A.   Yes.

9         Q.   And those trades happen 24 hours a day,

10   seven days a week, correct?

11             MS. ZORNBERG:  Object to form.

12             THE WITNESS:  That was the goal.

13   BY MS. WAXMAN:

14        Q.   And if a -- if Ripple or Mr. Larsen or

15   Mr. Garlinghouse wanted to alter their trading or

16   stop their trading, wouldn't it take a bit of time

17   for that change to be incorporated into the

18   ██████████?

19        A.   We have what is effectively a kill switch.

20   Client calls, says stop, we stop.  However long the

21   communication took from the client, whether it was

22   an email or a phone call or ...

23        Q.   Setting aside the kill switch, if a

24   customer wanted to increase or reduce their trading,

25   would it take a bit of time to incorporate that into

```
 1   the [REDACTED]?

 2              MS. ZORNBERG:  Objection.

 3              THE WITNESS:  Do you mean like to adjust

 4   the percentage of the previous -- yeah.  I mean,

 5   it's editing a couple lines of code.  You have to

 6   edit, you have to commit it.

 7   BY MS. WAXMAN:

 8        Q.   And what would you have to do to activate

 9   a kill switch?

10        A.   You should know that nobody lets me touch

11   any buttons, but our quants -- our quants do have

12   kill switches for this very reason.  There are times

13   when -- when you're trading programmatically using

14   code, things can go wrong.  And very quickly, you

15   can start doing thousands and thousands of trades.

16   You need to have something to just turn it off

17   before the damage is too big.

18        Q.   Has GSR ever activated the kill switch for

19   any of the bots related to either Mr. Garlinghouse,

20   Mr. Larsen or Ripple?

21        A.   I'm sure that over the years, you know, if

22   we receive, from Ripple or Mr. Garlinghouse or

23   Mr. Larsen, instructions to stop, we stop as quickly

24   as we can.  So we would, you know, hit the kill

25   switch.
```

314

```
 1            Q.   And going back to an earlier question, was
 2     GSR offering trades via the ████████ 24 hours a
 3     day, seven days a week?
 4               MS. ZORNBERG:  Object to form.
 5               THE WITNESS:  Were we offering trades?  Do
 6     you mean placing offers to sell?
 7     BY MS. WAXMAN:
 8            Q.   Yes.
 9            A.   Yes.
10            Q.   Ms. Zornberg earlier showed you
11     Exhibit 29, if you don't mind pulling that up.  And
12     she pointed out that your prediction regarding the
13     movement of the market was not correct?
14               Do you remember that?
15            A.   I remember her pointing it out, yes.
16            Q.   And she also pointed out something similar
17     with respect to Exhibit 13.
18            A.   Yes.
19            Q.   Do you remember that?
20               Putting aside the accuracy of your
21     prediction, did you still have the hope or
22     expectation that the news that are -- the news that
23     is -- the news that's reflected in the email would
24     have an impact on the XRP market?
25               MS. ZORNBERG:  Objection.
```

1              MR. HANIN:  Objection.

2              THE WITNESS:  I don't understand the

3      question.

4      BY MS. WAXMAN:

5         Q.   Did you believe the news could potentially

6      impact the market?

7         A.   I mean, I -- I presume.  That's why I said

8      what I said on these emails or whatever, yeah.

9         Q.   And also putting aside the accuracy of the

10     prediction, the accuracy of your prediction or the

11     accuracy of a prediction by Ripple, did Ripple

12     believe that the news could have an impact on the

13     XRP market?

14             MS. ZORNBERG:  Objection.

15             MR. HANIN:  If you know.

16             THE WITNESS:  I have no way of knowing

17     what Ripple believed, but I presume so.

18     BY MS. WAXMAN:

19        Q.   Earlier you testified that GSR had

20     operations within the United States, correct?

21        A.   GSR has operations in the United States,

22     yes.

23        Q.   Okay.  And does ██████████████ work

24     for GSR's U.S. operations?

25        A.   Yes.

```
 1        Q.   Did ████ provide services to Ripple in
 2   connection with ODL while he was employed by GSR's
 3   U.S. operations?
 4        A.   He -- he talks -- he coordinates with
 5   Ripple.
 6        Q.   So your testimony earlier to Ms. Dearborn
 7   regarding whether GSR provides services to Ripple
 8   through a U.S. entity is not --
 9        A.   The timing was different there.  I see
10   where you're going with this, but ████ joined us
11   at the end of last year and has been doing a basic
12   support function for ODL.  But I didn't think -- can
13   we go back to the question that I had answered
14   supposedly wrongly.
15        Q.   Well, my question is -- and I just want to
16   do it quickly.
17             MR. HANIN:  You didn't answer any question
18   wrong.  You didn't answer any question wrong.
19   BY MS. WAXMAN:
20        Q.   My question is:  Did the U.S. GSR entity
21   provide any services to Ripple in connection with
22   ODL?
23        A.   Oh, I see.  I see.  I guess --
24             MS. ZORNBERG:  Object to form and maybe
25   fix a time.
```

317

```
 1              THE WITNESS:  To the extent that I believe
 2    ████████ is an employee of GSR USA, and that he has
 3    had some communications with Ripple, I guess that's
 4    correct that GSR USA had been involved.  But really,
 5    the operating company for -- for ODL is GSR Markets.
 6    It's not GSR USA.
 7    BY MS. WAXMAN:
 8         Q.   But does ████████ provide any support to
 9    Ripple in connection with ODL?
10         A.   Basic communications with them, yes.
11              MS. ZORNBERG:  The end of ten minutes.
12              MS. WAXMAN:  I just have two more
13    questions, if that's okay.  I have three questions.
14    I just want to be --
15         Q.   Did the SEC ever communicate to you or
16    anyone else at GSR that XRP was not a security?
17         A.   No.
18         Q.   Did GSR ever call the SEC to inquire about
19    XRP's status under the U.S. securities laws?
20              MR. HANIN:  Objection.
21              THE WITNESS:  Well, I mean, when you say
22    call the SEC, like I would -- there's not a hotline
23    number, right.  But --
24    BY MS. WAXMAN:
25         Q.   There is.
```

318

```
 1          A.   Oh, there is?  Oh.  But --
 2          MS. ZORNBERG:  Objection.
 3          MR. HANIN:  Yeah.  Same objection.  I'm
 4   not aware of a hotline but all right.
 5          MS. ZORNBERG:  I think that testimony
 6   should count as one of your three questions.
 7          THE WITNESS:  When -- when we spoke with
 8   the SEC in January, we -- we tried to be as
 9   transparent as possible in the hope that somebody
10   would give us some guidance.
11   BY MS. WAXMAN:
12          Q.   Were you aware of any agreement between
13   Mr. Larsen and Ripple in which he agreed not to sell
14   XRP during the period of time that Ripple was buying
15   XRP?
16          MS. ZORNBERG:  Objection.
17          THE WITNESS:  No.
18          MS. ZORNBERG:  That was three questions.
19          MS. WAXMAN:  Mr. ███, thank you very much
20   for your time today.  We have no further questions.
21          THE WITNESS:  Thank you, Daphna.
22          THE VIDEOGRAPHER:  That concludes today's
23   deposition.  We're going off the record at 5:27 p.m.
24               (Whereupon, the deposition concluded
25               at 5:27  p.m.)
```

319

CERTIFICATE OF WITNESS

1

2

3

4       I, ███████████, do hereby declare under

5       penalty of perjury that I have read the entire

6       foregoing transcript of my deposition testimony,

7       or the same has been read to me, and certify that

8       it is a true, correct and complete transcript of

9       my testimony given on August 11, 2021, save and

10      except for changes and/or corrections, if any, as

11      indicated by me on the attached Errata Sheet, with

12      the understanding that I offer these changes and/or

13      corrections as if still under oath.

14          _____ I have made corrections to my deposition.

15          _____ I have NOT made any changes to my deposition.

16

17   Signed: ███████████

18

19   Dated this _____ day of _____ of 20____.

20

21

22

23

24

25

320

CERTIFICATE OF REPORTER

I, Kathleen A. Wilkins, Certified

Shorthand Reporter licensed in the State of

California, License No. 10068, hereby certify that

deponent was by me first duly sworn, and the

foregoing testimony was reported by me and was

thereafter transcribed with computer-aided

transcription; that the foregoing is a full,

complete, and true record of proceedings.

I further certify that I am not of counsel

or attorney for either or any of the parties in the

foregoing proceeding and caption named or in any way

interested in the outcome of the cause in said

caption.

The dismantling, unsealing, or unbinding

of the original transcript will render the

reporter's certificates null and void.

In witness whereof, I have hereunto set my

hand this day:  August 13, 2021

_____ Reading and Signing was requested.

_____ Reading and Signing was waived.

\_\_\_x\_\_\_ Reading and Signing was not requested.

_____

KATHLEEN A. WILKINS

CSR 10068, RPR-RMR-CRR-CCRR-CLR-CRC

321

ERRATA SHEET

Deposition of: ███████████
Date taken: AUGUST 11, 2021
Case:  SEC v. RIPPLE LABS, INC., et al.

PAGE  LINE

\_\_\_\_\_ \_\_\_\_\_    CHANGE: _____
            REASON: _____

\_\_\_\_\_ \_\_\_\_\_    CHANGE: _____
            REASON: _____

\_\_\_\_\_ \_\_\_\_\_    CHANGE: _____
            REASON: _____

\_\_\_\_\_ \_\_\_\_\_    CHANGE: _____
            REASON: _____

\_\_\_\_\_ \_\_\_\_\_    CHANGE: _____
            REASON: _____

\_\_\_\_\_ \_\_\_\_\_    CHANGE: _____
            REASON: _____

\_\_\_\_\_ \_\_\_\_\_    CHANGE: _____
            REASON: _____

\_\_\_\_\_ \_\_\_\_\_    CHANGE: _____
            REASON: _____

\_\_\_\_\_ \_\_\_\_\_    CHANGE: _____
            REASON: _____

\_\_\_\_\_ \_\_\_\_\_    CHANGE: _____
            REASON: _____

\_\_\_\_\_ \_\_\_\_\_    CHANGE: _____
            REASON: _____

\_\_\_\_\_ \_\_\_\_\_    CHANGE: _____
            REASON: _____


Signed_____
Dated_____

Transcript Word Index

























[8/11/2021] ██████ Dep. Tr. 8.11.2021

























































