# Exhibit 27

1          IN THE UNITED STATES DISTRICT COURT

2            SOUTHERN DISTRICT OF NEW YORK

3

4    SECURITIES AND EXCHANGE          )
     COMMISSION,                      )
5                                     )
                      Plaintiff,      ) Case No.:
6             v.                      ) 20-Civ-10832(AT)(SN)
                                      )
7    RIPPLE LABS, INC., BRADLEY       )
     GARLINGHOUSE, and CHRISTIAN      )
8    LARSEN,                          )
                                      )
9                      Defendants.    )
     _____)
10

11

12        **CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

13

14              VIDEOTAPED DEPOSITION OF

15              PATRICK WARREN GRIFFIN

16              Tuesday, June 29, 2021

17

18

19

20

21

22

23

     Reported by:
24   BRIDGET LOMBARDOZZI,
     CSR, RMR, CRR, CLR
25   Job No. 210629BLO

                                                        1

1                IN THE UNITED STATES DISTRICT COURT

2                  SOUTHERN DISTRICT OF NEW YORK

3

4    SECURITIES AND EXCHANGE              )
     COMMISSION,                          )
5                                         )
                        Plaintiff,        )  Case No.:
6              v.                         )  20-Civ-10832(AT)(SN)
                                          )
7    RIPPLE LABS, INC., BRADLEY           )
     GARLINGHOUSE, and CHRISTIAN          )
8    LARSEN,                              )
                                          )
9                       Defendants.       )
     _____)

10

11

12

13

14

15       Videotaped deposition of PATRICK WARREN GRIFFIN

16   taken on behalf of Plaintiff, held at the offices of

17   Debevoise & Plimpton, 919 Third Avenue, New York, New

18   York, commencing at 9:07 a.m. and ending at 6:00 p.m.,

19   on Tuesday, June 29, 2021, before Bridget Lombardozzi,

20   CCR, RMR, CRR, CLR, and Notary Public of the States of

21   New York and New Jersey, pursuant to notice.

22

23

24

25

                                                              2

1   A P P E A R A N C E S (Via Remote where indicated):

2

3   For the Plaintiff:

4

5

6           UNITED STATES SECURITIES AND EXCHANGE COMMISSION

7           NEW YORK REGIONAL OFFICE

8           BY:   JORGE G. TENREIRO, ESQUIRE

9               JON DANIELS, ESQUIRE

10          New York Regional Office

11          200 Vesey Street

12          Suite 400

13          New York, New York  10281-1022

14          Telephone:  212.336.1060

15          Email:    tenreiroj@sec.gov

16                    jdaniels@sec.gov

17

18

19

20

21

22

23

24

25

                                                            3

```
 1   A P P E A R A N C E S (Continued):

 2

 3   For Defendant Ripple Labs Inc.:

 4

 5           DEBEVOISE & PLIMPTON LLP

 6           BY:  JENNIFER COWAN, ESQUIRE

 7                ANNA GRESSEL, ESQUIRE

 8                DANIEL JOINER, ESQUIRE (Remote)

 9           919 Third Avenue

10           New York, New York  10022

11           Telephone:  212.909.6000

12           E-Mail:  jcowan@debevoise.com

13                    argressel@debevoise.com

14                    dejoiner@debevoise.com.

15

16                    -and-

17

18           KELLOGG, HANSEN, TODD, FIGEL & FREDERICK PLLC

19           BY:  ALEXANDER J. KING, ESQUIRE (Remote)

20           Sumner Square

21           1615 M Street, N.W.

22           Suite 400

23           Washington, D.C.  20036

24           Telephone:  202.326.7999

25           E-mail:  aking@kellogghansen.com
```

4

```
 1   A P P E A R A N C E S (Continued)

 2

 3   For Defendant Bradley Garlinghouse:

 4

 5           CLEARY GOTTLIEB STEEN & HAMILTON

 6           BY:  MATTHEW C. SOLOMON, ESQUIRE

 7                NICOLE TATZ, ESQUIRE (Remote)

 8                JORGE BONILLA LOPEZ, ESQUIRE (Remote)

 9           2112 Pennsylvania Avenue, NW

10           Washington, D.C.  20037

11           Telephone:  202.974.1500

12           E-mail:  Msolomon@cgsh.com

13                    ntatz@cgsh.com

14                    jbonillalopez@cgsh.com

15

16   For Defendant Christian A. Larsen:

17

18           PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

19           By:  JUSTIN WARD, ESQUIRE

20                CARLY M. LAGROTTERIA, ESQUIRE (Remote)

21           1285 Avenue of the Americas

22           New York, New York  10019-6064

23           Telephone:  212.373.2491

24           E-mail:  jward@paulweiss.com

25                    clagrotteria@paulweiss.com
```

                                                              5

```
 1   A P P E A R A N C E S (Continued):

 2

 3   For the Witness:

 4

 5           KAPLAN HECKER & FINK LLP

 6           BY:  JUSTIN R. HORTON, ESQUIRE

 7               SEAN HECKER, ESQUIRE

 8           350 Fifth Avenue

 9           Suite 7110

10           New York, New York  10018

11           Telephone:  646.889.3906

12           E:mail:  shecker@kaplanhecker.com

13                    jhorton@kaplanhecker.com

14

15   ALSO PRESENT:

16

17           ██████████████, Ripple

18           MATT TURSI, Videographer
             Shereck Video Service
19

20           NICOLE FORBES, SEC

21           KYLE E. CHERMAK, Debevoise Law Clerk

22

23

24

25
                                                        6
```

```
 1                            INDEX

 2    WITNESS                              EXAMINATION

 3    PATRICK WARREN GRIFFIN

 4        BY MR. TENREIRO                       16

 5

 6

 7

 8                           EXHIBITS
      SEC-PG
 9    NUMBER            DESCRIPTION              PAGE

10    Exhibit 2    String of e-mails dated        24

11                 December 21-22, 2020

12                 RPLI_SEC 0336844-47

13

14    Exhibit 4    7/19/13 E-mail from Griffin     47

15                 to ███████, et als

16                 RPLI_SEC 0088242-99

17

18    Exhibit 5    11/30/20 E-mail from Griffin    59

19                 to ██████ with attachment

20                 RPLI_SEC 0012359-68

21

22    Exhibit 6    11/29/13 E-mail from Griffin    61

23                 to Rapoport with attachment

24                 RPLI_SEC 0337666-73

25
```

7

```
 1                          EXHIBITS
      SEC-PG
 2    NUMBER              DESCRIPTION              PAGE

 3    Exhibit 7    5/9/13 E-mail from Griffin        29

 4                 to █████████ with attachment

 5                 RPLI_SEC 0070352-85

 6

 7    Exhibit 8    10/9/13 Message from             118

 8                 Griffin to Birla

 9                 RPLI_SEC 0331323

10

11    Exhibit 9    10/25/13 E-mail from Griffin      86

12                 to ██████████████ w/attachment

13                 NO BATES, 20 pages

14

15    Exhibit 10   11/3/13 Message from             106

16                 Griffin to Larsen

17                 LARSEN-SEC-LIT 00003489

18

19    Exhibit 11   1/16/14 Messages from            122

20                 Griffin to Larsen

21                 NO BATES, 2 pages

22

23    Exhibit 13   5/8/14 Message from Griffin      132

24                 to Larsen, ██████████

25                 RPLI_SEC 0425911
```

8

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
 1                              EXHIBITS
      SEC-PG
 2    NUMBER              DESCRIPTION                PAGE

 3    Exhibit 18   11/30/15 E-mail from Long         140

 4                 to Griffin, Larsen

 5                 RPLI_SEC 0484565

 6

 7    Exhibit 20   1/12/16 Check-In from             168

 8                 Griffin to ████████████

 9                 NO BATES, 1 page

10

11    Exhibit 21   String of e-mails dated           227

12                 April 10, 2016

13                 RPLI_SEC 0205600-02

14

15    Exhibit 22   String of e-mails dated           232

16                 April 10-11, 2016

17                 RPLI_SEC 0307779-82

18

19    Exhibit 24   String of e-mails dated           173

20                 April 14-16, 2016

21                 RPLI_SEC 0038156-57

22

23    Exhibit 27   String of e-mails dated           182

24                 June 4-9, 2016

25                 NO BATES, 3 pages
```

9

```
 1                            EXHIBITS
     SEC-PG
 2   NUMBER              DESCRIPTION                    PAGE

 3   Exhibit 28    String of e-mails dated              244

 4                 June 14-16, 2016

 5                 RPLI_SEC 0348791-92

 6

 7   Exhibit 29    String of e-mails dated              244

 8                 June 14, 2016

 9                 RPLI_SEC 0372426-27

10

11   Exhibit 31    7/21/16 E-mail from Griffin          250

12                 to ███████

13                 SEC-███-RIPPLE 0009285

14

15   Exhibit 38    String of e-mails dated              329

16                 September 13, 2016

17                 RPLI_SEC 0378113-15

18

19   Exhibit 39    12/7/17 E-mail from ████████         311

20                 to Birla with attachment

21                 RPLI_SEC 0376173-76

22

23   Exhibit 40    String of e-mails dated              241

24                 August 5-6, 2016

25                 GSR00014722-24

                                                          10
```

```
 1                              EXHIBITS
     SEC-PG
 2   NUMBER                    DESCRIPTION                PAGE

 3   Exhibit 42   String of e-mails dated               254

 4                August 16, 2016

 5                RPLI_SEC 0057039-40

 6

 7   Exhibit 44   String of e-mails dated               279

 8                January/February 2018

 9                RPLI_SEC 0375653-54

10

11   Exhibit 46   5/2/17 E-mail from ████               299

12                to ████  et als

13                RPLI_SEC 0504481-82

14

15   Exhibit 49   Twitter Tweets December               283

16                16, 2017

17                NO BATES, 5 pages

18

19   Exhibit 50   String of e-mails dated               287

20                December 14-15, 2017

21                RPLI_SEC 0509224-27

22

23   Exhibit 56   String of e-mails dated               306

24                October/November 2016

25                GSR00001264-67
                                                          11
```

```
 1                            EXHIBITS
       SEC-PG
 2     NUMBER              DESCRIPTION                    PAGE

 3     Exhibit 60    String of e-mails dated              238

 4                   November 1, 2016

 5                   GSR00005000-01

 6

 7     Exhibit 65    String of e-mails dated              272

 8                   March/April 2017

 9                   RPLI_SEC 0509599-601

10

11     Exhibit 67    3/28/17 E-mail from Griffin          161

12                   to ███████ w/attachment

13                   RPLI_SEC 0156968-85

14

15     Exhibit 70    String of e-mails dated              324

16                   April 8, 2017

17                   RPLI_SEC 0031476-77

18

19     Exhibit 72    String of e-mails dated              314

20                   April 8, 2017

21                   RPLI_SEC 0352285-87

22

23     Exhibit 76    String of e-mails dated              185

24                   April 2017

25                   RPLI_SEC 0843640-42
```

                                                          12

```
 1                        EXHIBITS

 2    SEC-PG
      NUMBER              DESCRIPTION            PAGE
 3

 4    Exhibit 79   String of e-mails dated        333

 5                 November/December 2017

 6                 RPLI_SEC 0376309-10

 7

 8    Exhibit 80   String of e-mails dated        302

 9                 May 1-2, 2017

10                 RPLI_SEC 0762228-29

11

12    Exhibit 87   String of e-mails dated        293

13                 November 1, 2017

14                 RPLI_SEC 0539698-99

15

16    Exhibit 89   String of e-mails dated        209

17                 November 16, 2017

18                 RPLI_SEC 0395081-82

19

20    Exhibit 95   String of e-mails dated        267

21                 April 2017

22                 RPLI_SEC 0030278-80

23

24

25

                                                  13
```

```
 1                    DEPOSITION SUPPORT INDEX

 2

 3    DIRECTION TO WITNESS NOT TO ANSWER

 4       Page    Line

 5        - -none- -

 6

 7

 8    STIPULATIONS

 9       Page    Line

10       16      18

11

12

13    QUESTIONS MARKED

14       Page    Line

15        - -none- -

16

17

18   REQUEST FOR DOCUMENTS

19       Page    Line

20        - -none- -

21

22

23

24

25
                                                    14
```

```
  1                    -  -  -

  2                 9:07 a.m.

  3              June 29, 2021

  4                    -  -  -

09:07:41  5          THE VIDEOGRAPHER:  We are on

  6        record and the time is approximately 9:07

  7        a.m. in the Eastern time zone.

  8                 Today's date is June 29th, 2021.

  9        This is the video deposition of Patrick

09:07:55 10        Griffin in the matter of Securities and

 11        Exchange Commission versus Ripple Labs,

 12        Inc., et al., No. 10832, in the United

 13        States District Court for the Southern

 14        District of New York.

09:08:11 15                 My name is Matt Tursi, legal

 16        videographer with Gradillas Court

 17        Reporting.  Today we're at the office of

 18        Debevoise & Plimpton located at 919 Third

 19        Avenue, New York, New York 10022.

09:08:28 20                 All appearances will be noted on

 21        the stenographic record.  The court

 22        reporter is Bridget Lombardozzi with

 23        Gradillas Court Reporting.

 24                 Will you please swear in the

09:08:41 25        witness.
```

                                                                    15

```
09:08:41   1                    P A T R I C K   W A R R E N
           2            G R I F F I N, having been duly sworn,
           3            was examined and testified as follows:
           4                         THE WITNESS:  Yes.
09:08:55   5                         THE REPORTER:  Thank you.
           6                         DIRECT-EXAMINATION
           7     BY MR. TENREIRO:
           8         Q.   Okay.  Good morning, please state your
           9     name for the record.
09:08:59  10         A.   Patrick Griffin.
          11         Q.   Mr. Griffin, are you represented by
          12     counsel today?
          13         A.   Yes.
          14         Q.   And who is that?
09:09:04  15         A.   Justin.
          16         Q.   Okay.
          17                    MR. TENREIRO:  Shall we?
          18                    MS. COWAN:  Yes.  We're
          19              designating the transcript and recording
09:09:12  20              of the deposition as confidential pursuant
          21              to the protective order, and per
          22              stipulation, an objection by one attorney
          23              will be taken as an objection preserved
          24              with respect to all parties.
09:09:24  25                    MR. TENREIRO:  Great.
```

16

| | | |
|---|---|---|
| 09:09:26 | 1 | BY MR. TENREIRO: |
| | 2 |     Q.   Mr. Griffin, my name is Jorge Tenreiro. |
| | 3 | I'll be asking questions today on behalf of the |
| | 4 | plaintiff, SEC, in this case. |
| 09:09:34 | 5 |     Mr. Griffin, you gave testimony to the |
| | 6 | SEC in this matter in February of 2020, is that |
| | 7 | correct? |
| | 8 |     A.   Yes. |
| | 9 |     Q.   Okay.  And did you provide truthful |
| 09:09:42 | 10 | testimony to the SEC on that occasion? |
| | 11 |     A.   Yes. |
| | 12 |     Q.   Since that testimony, have you given any |
| | 13 | under -- any other under oath testimony? |
| | 14 |     A.   No. |
| 09:09:49 | 15 |     Q.   Since you've done this before, I'll be |
| | 16 | brief on the rules.  The most important thing is |
| | 17 | that we try not to talk over each other and that |
| | 18 | we wait for each other to complete -- to finish |
| | 19 | speaking before speaking to create a clear -- |
| 09:10:01 | 20 | clear record and that we give verbal answers |
| | 21 | rather than shakes or nods of the head. |
| | 22 |     Throughout the day, I -- you know, |
| | 23 | unless something else is explained, you know, |
| | 24 | please don't tell me the substance of any advice |
| 09:10:15 | 25 | you got from lawyers at any time. |

17

```
09:10:18   1            Is there any reason why you cannot
           2   testify truthfully or accurately today?
           3        A.   No.
           4        Q.   Did you take steps to prepare for
09:10:25   5   today's deposition?
           6        A.   Yes.
           7        Q.   What steps did you take without
           8   discussing the substance of conversation with
           9   lawyers?
09:10:32  10        A.   We -- just that we met with lawyers.
          11        Q.   And how many hours would you say
          12   approximately did you meet?
          13        A.   Six approximately.
          14        Q.   Was this virtually?
09:10:40  15        A.   It was in person.
          16        Q.   In person.
          17            Did it involve reviewing documents?
          18        A.   It did.
          19        Q.   Okay.  Who was present at the session?
09:10:49  20        A.   Everybody here, I believe.
          21        Q.   Okay.  Except for us.
          22        A.   I think there -- I think there were a
          23   few other people, but from Debevoise.  I'm sorry,
          24   yes, the -- yes, okay.
09:11:02  25        Q.   Several lawyers who are here.  You don't
```

18

```
09:11:04   1    necessarily remember exactly who was there --
           2         A.   Correct.
           3         Q.   -- correct?
           4         A.   Correct, yes.
09:11:10   5              MS. COWAN:  For clarity of the
           6         record, counsel for the individual
           7         defendants were not present.
           8              MR. TENREIRO:  Right.  Thank you.
           9    BY MR. TENREIRO:
09:11:16  10         Q.   And, Mr. Griffin, where do you live
          11    today?
          12         A.   I live in California.
          13         Q.   Okay.  Are you a citizen of the United
          14    States?
09:11:23  15         A.   Yes.
          16         Q.   Okay.  And are you employed?
          17         A.   No, not currently.
          18         Q.   When was the last time you were
          19    employed?
09:11:29  20         A.   With Ripple, 2018.
          21         Q.   And how was it that you came to work for
          22    Ripple?
          23         A.   Through an introduction to Chris Larsen.
          24         Q.   By whom?
09:11:40  25         A.   The introduction was through my brother.
```

                                                              19

09:11:44   1        Q.   Okay.  And what was your title at Ripple
           2   when you left Ripple?
           3        A.   Senior vice president of business
           4   development.
09:11:50   5        Q.   What were the time periods for which you
           6   worked for Ripple?
           7        A.   2013 to 2018.
           8        Q.   And what was the title when you first
           9   started at Ripple?
09:12:05  10        A.   Executive vice president, business
          11   development.
          12        Q.   And when you had that title, did you
          13   report to Mr. Larsen?
          14        A.   I did.
09:12:11  15        Q.   At some point in time, did you start
          16   reporting to Mr. Garlinghouse?
          17        A.   Yes.
          18        Q.   When was that time approximately?
          19        A.   2015 or '16.
09:12:21  20        Q.   And why did your reporting structure
          21   change?
          22        A.   It was just a restructuring of the
          23   organization.
          24        Q.   Okay.  While you were at Ripple, were
09:12:31  25   you one of Ripple's most senior executives?

                                                              20

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
09:12:34   1           A.    I was a senior executive, yes.

           2           Q.    You were a senior executive?

           3           A.    Yes.

           4           Q.    Did that change at any time while you

09:12:40   5    were employed?

           6           A.    No.

           7           Q.    Why did you leave Ripple?

           8           A.    I left Ripple -- lots -- changes and I'd

           9    been there for some time and I think it was an

09:12:51  10    appropriate time to leave.

          11           Q.    Would you say you're still on friendly

          12    terms with the company?

          13           A.    Yes.

          14           Q.    And with Mr. Larsen?

09:12:57  15           A.    Yes.

          16           Q.    And with Mr. Garlinghouse?

          17           A.    Yes.

          18           Q.    When you left -- do you have any XRP

          19    today?

09:13:04  20           A.    No.

          21           Q.    Have you ever owned any XRP?

          22           A.    Yes.

          23           Q.    How much -- how many units of XRP did

          24    you own at the -- when you owned most?

09:13:13  25           A.    I -- I don't know the exact number.
```

                                                                    21

| | | |
|---|---|---|
| 09:13:15 | 1 | Q.   And it sounds like -- have you ever sold |
| | 2 | any XRP? |
| | 3 | A.   Yes. |
| | 4 | Q.   So did you sell all the XRP you owned? |
| 09:13:22 | 5 | A.   Yes.   There may be some -- a little bit |
| | 6 | left, but for the most part, yes. |
| | 7 | Q.   How did you sell it? |
| | 8 | A.   I sold it through an exchange and |
| | 9 | through a broker. |
| 09:13:32 | 10 | Q.   What exchange? |
| | 11 | A.   Bitstamp. |
| | 12 | Q.   What broker? |
| | 13 | A.   Through a broker called GSR. |
| | 14 | Q.   Who did you sell it to? |
| 09:13:41 | 15 | A.   I don't know. |
| | 16 | Q.   How much did you sell it for? |
| | 17 | A.   Different prices. |
| | 18 | Q.   How much did you sell it for? |
| | 19 | A.   I don't -- I don't know. |
| 09:13:49 | 20 | Q.   Okay.   I'll represent to you that in |
| | 21 | your testimony, and we can look at it if you want, |
| | 22 | you had said you had sold approximately ███ |
| | 23 | ███████ |
| | 24 | Does that -- that number sound -- does |
| 09:13:58 | 25 | that number sound ballpark accurate? |

22

09:14:01  1        A.   Ballpark.

          2        Q.   Since the testimony till today, do you

          3   recall if you sold any more XRP?

          4        A.   Yes, I have.

09:14:06  5        Q.   Okay.  And ballpark how much?  You know,

          6   for how much?

          7        A.   Ballpark somewhere between ▇ and --

          8   around ▇▇▇▇▇

          9        Q.   Okay.  Before you started working at

09:14:18 10   Ripple, what was your net worth?

         11        A.   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

         12        Q.   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

         13        A.   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

         14        Q.   Okay.  Do you understand that one of the

09:14:34 15   issues in this case is whether XRP is a security

         16   or was sold as a security subject to SEC

         17   regulation?

         18        A.   Yes.

         19        Q.   Are you aware of anyone affiliated with

09:14:43 20   the SEC ever communicating to you that XRP was not

         21   being sold as a security by Ripple?

         22        A.   No.

         23        Q.   Are you aware of anyone affiliated with

         24   the SEC making any similar statement to anyone at

09:14:51 25   Ripple?

                                                              23

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
09:14:52    1         A.    No.

            2                MR. TENREIRO:  Can we take a look

            3          at Exhibit 2, please?

            4                (Whereupon, exhibit is presented

09:14:56    5          and marked SEC Griffin Exhibit PG-2 for

            6          identification.)

            7    BY MR. TENREIRO:

            8         Q.    So I'm going to show you what's been

            9    previously marked as PG-2.

09:15:08   10                MR. TENREIRO:  There's four.

           11          That will be one extra for Sean.  And

           12          Bridget will get e-mailed copies.

           13         Q.    Bates stamped RPLI_SEC 336844.

           14                MR. TENREIRO:  Sorry, we're one

09:15:24   15          short on this side.

           16         Q.    This is a multipage e-mail.  Most of it

           17    is e-mails from Mr. Garlinghouse.  I'm going to

           18    ask you just to focus on the top part, but you can

           19    read whatever you need for context.

09:15:36   20                I'm focused on an e-mail from you to

           21    Mr. Garlinghouse and Mr. Larsen on December 22nd,

           22    2020, "Re:  The SEC's attack on crypto in the

           23    United States."

           24         A.    Uh-huh.

09:15:47   25         Q.    Did you send that e-mail to them?
```

24

```
09:15:51   1                    MR. HORTON:  Counsel, can we have
           2        a minute to --
           3                    MR. TENREIRO:  Oh, sorry.  Sorry.
           4                    (Pause)
09:18:31   5    BY MR. TENREIRO:
           6        Q.   The question is, Mr. Griffin, did you
           7    receive the e-mails from Mr. Garlinghouse?
           8        A.   I received the e-mail December 21st.
           9        Q.   Did you respond with what is shown on
09:18:40  10    this exhibit?
          11        A.   Yes.
          12        Q.   Why did you respond with what is shown
          13    on this exhibit?
          14                    MR. HORTON:  Objection to form.
09:18:51  15                    You can answer.
          16                    THE WITNESS:  Right.
          17        A.   I responded simply to offer unsolicited
          18    opinions.
          19        Q.   When you say "I'm rooting for you," what
09:19:03  20    do you mean by that?
          21        A.   For a positive outcome and a quick
          22    resolution.
          23        Q.   To the SEC litigation?
          24        A.   Yes.
09:19:09  25        Q.   Okay.  Is that still true today, you're
```

25

```
09:19:11    1    still rooting for them?
            2                  MR. HORTON:  Objection to form.
            3                  You can answer.
            4         A.   I'm -- I'm hoping for a resolution.
09:19:20    5         Q.   Okay.  At the part -- at the top of the
            6    e-mail you say "Eth is an ICO.  They started by
            7    selling tokens to raise money."
            8              Do you see that?
            9         A.   I do.
09:19:31   10         Q.   All right.  Didn't Ripple sell XRP to
           11    raise money for its business?
           12                  MR. HORTON:  Objection to form.
           13                  THE REPORTER:  Repeat.
           14         Q.   Didn't Ripple sell tokens, XRP, to raise
09:19:38   15    money for its business?
           16                  MR HORTON:  Objection to form.
           17                  MS. COWAN:  Would you be able to
           18              just slow down a little?  I'm -- I'm
           19              having trouble --
09:19:42   20                  MR. TENREIRO:  Sorry.
           21                  MS. COWAN:  -- catching
           22              everything and I'm sitting across the
           23              table from you.
           24                  MR. TENREIRO:  I'll try.
09:19:50   25                  MS. COWAN:  Thank you.  I
```

                                                                  26

09:19:50    1          appreciate it.

            2                  MR. HORTON:  Assuming my

            3          objection is noted, you can answer the

            4          question.

09:19:54    5      A.   Okay.  Well, I think the premise here is

            6   that Ethereum started by raising -- by selling

            7   tokens before they launched the technology.  And

            8   to initially fund and seed their operation, they

            9   had sold tokens.  I don't remember what the time

09:20:08   10   period was.  It might have been 2013 or '14.  I

           11   don't know -- I think the -- what the period

           12   Ethereum launched.  And so I'm pointing out that

           13   they raised money outside of having any technology

           14   by selling the token.

09:20:21   15          Conversely, Ripple started out by

           16   raising venture capital money against the equity

           17   structures or the traditional venture type --

           18                  THE REPORTER:  Repeat the last

           19          part.

09:20:31   20      A.   Ripple raised money by selling -- by

           21   securing venture capital funding.

           22      Q.   My question is, did Ripple sell XRP to

           23   fund -- to raise money?

           24      A.   Ripple sold XRP.

09:20:44   25                  MS. COWAN:  Objection.

                                                          27

09:20:45   1          Q.    Did Ripple use the money it obtained
           2    from selling XRP in part to fund its business?
           3          A.    Yes.
           4          Q.    Okay.  You next say "I have the Skype
09:20:54   5    history with Vitalik promoting and managing the
           6    initial sale."
           7                Do you see that?
           8          A.    I do.
           9          Q.    Why do you have that Skype history?
09:21:01  10          A.    There was a Skype forum.  I can't
          11    remember what the name of it was.  Better Bitcoin
          12    Business Alliance or something along those lines,
          13    where he was on there talking about a token
          14    offering and selling that.  And I was in that
09:21:24  15    forum.
          16          Q.    Do you still have that Skype?
          17          A.    You know, I -- I looked for it.  I
          18    didn't -- I couldn't pull the history.  I think
          19    that it's probably there, but I don't -- I wasn't
09:21:34  20    able to get it.
          21          Q.    Okay.
          22                MR. TENREIRO:  Let's take a look
          23           at Exhibit -- let's do 7, please, Jon.
          24          Q.    While -- while we get the exhibit,
09:21:44  25    Mr. Griffin, when you started at Ripple back in

                                                                   28

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
09:21:46   1    2013, generally speaking, what were your
           2    responsibilities?
           3         A.   My responsibilities were largely
           4    business development focused.
09:21:54   5         Q.   "Business development" means what?
           6         A.   Securing partnerships and helping to
           7    define the -- the business plan.
           8              (Whereupon, exhibit is presented and
           9    marked SEC Griffin Exhibit PG-7 for
09:22:02  10    identification.)
          11    BY MR. TENREIRO:
          12         Q.   Okay.  Now please take a look at Exhibit
          13    Number 7.
          14              So this is a document which is a
09:22:17  15    one-page e-mail, RPLI_SEC 70352, and attachments.
          16         A.   Okay.
          17         Q.   So focus on the e-mail, Mr. Griffin.
          18    I -- I presume you don't remember sending an
          19    e-mail in May 2013, but I -- I ask you if you have
09:22:34  20    any reason to doubt that you sent this e-mail.
          21         A.   I do not, no.
          22              MS. COWAN:  Do you need time to
          23         look at the document?
          24              THE WITNESS:  Yes.
09:22:41  25              (Pause)
```

29

| | | |
|---|---|---|
| 09:24:34 | 1 | A.   Okay. |
| | 2 | Q.   Okay.  After having browsed through it, |
| | 3 | any reason to doubt that you sent this e-mail in |
| | 4 | this document? |
| 09:24:39 | 5 | A.   No. |
| | 6 | Q.   Who are ███████████ -- I'm |
| | 7 | sorry, who's ████████? |
| | 8 | A.   I -- I recall ██████ was a third-party |
| | 9 | PR agent.  I think he -- that's what his -- his |
| 09:24:59 | 10 | job was. |
| | 11 | Q.   Why was -- sorry. |
| | 12 | A.   Go ahead. |
| | 13 | Q.   Yeah.  Why were you sending it to a PR |
| | 14 | agent? |
| 09:25:05 | 15 | A.   He -- he worked -- he was a contractor. |
| | 16 | He worked for Ripple. |
| | 17 | Q.   I see.  This document appears to be |
| | 18 | entitled "Ripple for Gateway" based on the |
| | 19 | attachment name. |
| 09:25:16 | 20 | A.   Okay. |
| | 21 | Q.   Do you see that? |
| | 22 | A.   Yes. |
| | 23 | Q.   What -- what was the purpose of this |
| | 24 | document? |
| 09:25:23 | 25 | A.   Okay.  Well, first and foremost, I -- I |

30

09:25:26  1    can't remember from May 2013 exactly what -- these

2    documents went through so -- hundreds of

3    iterations, if not thousands, so I can't remember

4    exactly what the purpose of this document was.

09:25:41  5        Q.   When you say "these documents," though,

6    what are you talking about?

7        A.   Documents that explain what it is that

8    Ripple means for different participants in -- in a

9    -- in the exchange -- ecosystem that was being

09:25:59 10   built.

11        Q.   So is it fair to say that in 2013, it's

12   a doc -- document that explained what Ripple means

13   for potential participants in the ecosystem?

14        A.   Yes.

09:26:07 15        Q.   Okay.  And you said the documents went

16   through iterations.

17             Were you involved in the preparation of

18   these iterations in any way?

19        A.   Sometimes, yes; sometimes, no.

09:26:22 20   Sometimes they were given to me from market -- as

21   marketing collateral.  And sometimes I was

22   involved in the creation of it and sometimes it

23   was the marketing team that would work on that and

24   I would work off of it.

09:26:35 25        Q.   Okay.  So if it came to you from the

31

09:26:37  1    marketing team, for example, you might make edits
          2    to it?
          3                    MR. HORTON:  Objection to form.
          4         A.   Yes.
09:26:44  5         Q.   Okay.  And did you distribute these
          6    sorts of documents outside of Ripple?
          7                    MR. HORTON:  Objection to form.
          8         A.   Yes.
          9         Q.   Why?
09:26:55 10         A.   Just going back to my earlier answer,
         11    just to -- to explain what the technology was and
         12    what it meant to different participants in our
         13    ecosystem around the technology.
         14         Q.   And if you -- you know, how -- how many
09:27:07 15    different third parties outside of Ripple did you
         16    send these sorts of documents to?
         17         A.   I don't know.
         18         Q.   Would it be more than ten?
         19         A.   Yes.
09:27:15 20         Q.   Okay.  Would it be more than 100?
         21         A.   Yes.
         22         Q.   Yes.  Okay.
         23              As far as you knew, when you were
         24    sending these documents outside of Ripple, were
09:27:24 25    there con -- were the contents of these documents

                                                                    32

09:27:27  1   truthful?
        2                   MS. COWAN:  Objection.
        3         A.    I just want to make sure we're putting
        4   some parameters around "these documents."
09:27:38  5                   What do you mean -- as far as -- this is
        6   a document for gateways.
        7         Q.    Uh-huh.
        8         A.    So when I look at that, this is a
        9   document for endpoints that would provide onboard
09:27:48 10   and offboard access to the network.  Dozens, maybe
       11   hundred of times we sent that out.
       12         Q.    Okay.
       13         A.    I just want to make sure I'm -- I'm
       14   tracking where --
09:28:02 15         Q.    That's -- that's fair.
       16                   So just focusing on those documents that
       17   you might have sent out that were explaining to,
       18   you know, endpoints/gateways as you describe them
       19   on the network --
09:28:10 20         A.    Uh-huh.
       21         Q.    -- to the extent you -- you sent out
       22   documents to them explaining the technology, were
       23   the contents of the documents truthful --
       24                   MR. HORTON:  Objection.
09:28:20 25         Q.    -- as far as you knew?

                                                              33

```
09:28:20    1                    MR. HORTON:  Objection to form.
            2         A.    As far as I know.
            3         Q.    Have you come to learn of anything since
            4    then that might not have been truthful?
09:28:26    5         A.    No.
            6                    MR. HORTON:  Objection.
            7         Q.    Now, other than gateways, is it fair to
            8    say -- and we can look at them in a minute -- but
            9    is it fair to say that there were other types of
09:28:35   10    potential participants in the ecosystem to whom
           11    you sent these doc -- to whom you sent documents
           12    around 2013 explaining, you know, the ecosystem or
           13    Ripple's ideas around the technology?
           14                    MR. HORTON:  Objection to form.
09:28:48   15         A.    Yes.
           16         Q.    And what were those other types?  So we
           17    talked about gateways, you know, you know, people
           18    provide on -- you know, on and off ramps,
           19    essentially.  What were the other types of, you
09:28:58   20    know, generally groups of persons?
           21                    MR. HORTON:  Objection.
           22          Objection to form.
           23         A.    Well, we would have sent collateral
           24    explaining what Ripple is to a few people.  We
09:29:13   25    would have a document similar to this for
```

                                                              34

09:29:17  1   investors, for example, in Ripple Inc.  Or I think
       2   at the time, it was OpenCoin.  Yeah, OpenCoin.  So
       3   that would have been one group.
       4           We had a document for -- we would have
09:29:32  5   sent this out also to partners who maybe could
       6   utilize the network.  Businesses really.
       7           So I think payment networks, as it says
       8   in the e-mail, who we'd been working with to
       9   identify businesses that could benefit from the --
09:29:49 10   the technology and what the technology offered.
      11           And that was the -- most of the focus.
      12       Q.   All right.  Okay.  If you'd take a look,
      13   please, at page 19 of the deck.  The Bates is
      14   RPLI_SEC --
09:30:02 15       A.   Sorry, which slide?
      16       Q.   19.  And the Bates is 70371.
      17       A.   Okay.
      18       Q.   It says "The Business Model Adoption of
      19   the Ripple Currency."
09:30:16 20           Do you see that?
      21       A.   I do.
      22       Q.   Is that an accurate representation of
      23   OpenCoin's business model at the time --
      24           MR. HORTON:  Objection to form.
09:30:22 25       Q.   -- in May of 2013.

                                                           35

09:30:29  1      A.   Well, I -- I think -- the terminology of

         2   "business model" is, I think, loosely applied

         3   here.  But Ripple certainly stood to gain from the

         4   utilization of the XRP by way of the XRP that it

09:30:43  5   held on balance sheet.  But I think that in 2013,

         6   we had the idea of building a business around

         7   selling software --

         8      Q.   Okay.

         9      A.   -- and software-related services.

09:30:58 10      Q.   Okay.  Is that reflected on this page?

        11           MR. HORTON:  Objection to form.

        12      A.   I don't -- I don't know.

        13      Q.   Okay.  Where it says "OpenCoin will sell

        14   to wholesale MSBs over time to funds itself," do

09:31:12 15   you see that?

        16      A.   Yes.

        17      Q.   What does MSBs mean?

        18      A.   Money services business.

        19      Q.   Okay.  And at the time that you sent

09:31:18 20   this document out to a, you know, PR contractor,

        21   was it an accurate statement of OpenCoin's plan to

        22   sell XRP wholesale MSB over time to fund itself?

        23           MR. HORTON:  Objection to form.

        24      A.   It could have been.

09:31:34 25      Q.   Why were -- do you see a graph that

                                                              36

| | | |
|---|---|---|
| 09:31:37 | 1 | compares the price of bitcoin to U.S. dollars? |
| | 2 | A.   I do. |
| | 3 | Q.   And the little comment bubble discusses |
| | 4 | the price of bitcoin, how it started trading below |
| 09:31:47 | 5 | 5 cents and then spiked to $30. |
| | 6 | Do you see that? |
| | 7 | A.   Uh-huh. |
| | 8 | Q.   What was the purpose of including that |
| | 9 | graph there? |
| 09:31:53 | 10 | MR. HORTON:  Objection to form. |
| | 11 | A.   I can't -- I can't venture a guess as to |
| | 12 | what we were thinking in 2013. |
| | 13 | Q.   Sitting here today, you just don't know |
| | 14 | what the purpose was? |
| 09:32:06 | 15 | A.   No. |
| | 16 | Q.   All right.  Turn to page 30, please, of |
| | 17 | the slide.  The Bates is 70382.  The title is |
| | 18 | "OpenCoin Inc. Regulatory and Legal." |
| | 19 | Do you see that? |
| 09:32:25 | 20 | A.   I do. |
| | 21 | Q.   Do you recall that Perkins Coie had |
| | 22 | advised OpenCoin as to certain regulatory and |
| | 23 | legal issues -- |
| | 24 | MR. HORTON:  Objection -- |
| 09:32:31 | 25 | Q.   -- surrounding its business back in |

37

```
09:32:31   1   2012, 2013?
           2              THE REPORTER:  I'm sorry, repeat
           3          the question, please.
           4              MR. HORTON:  I thought you were
09:32:38   5          at the end of your question.
           6   BY MR. TENREIRO:
           7      Q.   Do you recall that Perkins Coie had
           8   advised OpenCoin Inc. about certain regulatory and
           9   legal issues that might arise relating to its
09:32:47  10   business back in 2012 and 2013?
          11              MR. HORTON:  Objection to form.
          12      A.   Yes.
          13      Q.   Okay.  Is this what that's referring to
          14   on this page?
09:32:54  15              MR. HORTON:  Same objection.
          16      A.   I don't know.
          17      Q.   Okay.  And you were -- is it fair to say
          18   you were familiar with the substance of the
          19   advice?
09:33:07  20              MR. HORTON:  Objection to form;
          21          lack of foundation.
          22      A.   Yes.
          23      Q.   Okay.  Have you read the Perkins Coie
          24   memos?
09:33:13  25      A.   I -- I have read them, but it's a long
```

38

09:33:16 1    memo with -- that covers a lot of -- of different

2    territory.

3         Q.   You're not a lawyer, right?

4         A.   No.

09:33:22 5    Q.   In terms of your educational background,

6    which I skipped, could you just briefly tell me

7    what it was?

8         A.   I attended University of Pennsylvania

9    with a degree in liberal arts.

09:33:33 10              THE REPORTER:  Degree in?

11        A.   Liberal arts.  History.

12        Q.   And that's your entire educational

13   background?

14        A.   Yes.

09:33:37 15   Q.   Okay.  The next page says, if you --

16   please turn to the next page where it says "Key

17   Regulatory Issues and Tactics."

18              The second bullet says "Although

19   currencies are specifically exempt from securities

09:33:57 20   law, virtual currencies such as bitcoin have not

21   received designation as currencies.  As such,"

22   this new -- "As such, is this new currency a

23   security?"

24              And then there's three, I guess, bullet

09:34:09 25   points that say "Will not be sold to users or

39

```
09:34:12   1    investors in the Corporation; Will be given away
           2    for free to users; Will only sell to licensed
           3    wholesale MSBs."
           4         Do you see all of that?
09:34:22   5    A.   Yes.
           6    Q.   Why was -- why were these statements
           7    made in this presentation under "Key Regulatory
           8    Issues and Tactics"?
           9         MR. HORTON:   Objection to form;
09:34:30  10    lack of foundation.
          11    A.   Oh, and by the way, I had a second
          12    degree in Asian studies --
          13    Q.   Okay.
          14    A.   -- from the University of Pennsylvania.
09:34:36  15    So there you go.
          16         I -- I think the first thing to point
          17    out on this is that the -- this document really
          18    ends at Slide 26.
          19    Q.   Uh-huh.
09:34:51  20    A.   And -- okay.  Going back into 2013, I
          21    don't -- I think that there's even page of this
          22    when I was browsing that lists who was in the
          23    company at that point.  I think there was, like,
          24    six people at the company.
09:35:06  25         So there's not a huge amount of
```

                                                                40

09:35:09   1    resources and energy that is available to maintain
           2    these documents and keep them up to speed.  And
           3    that's just kind of the nature of early stage
           4    start-ups.
09:35:21   5          And so the first thing I would point out
           6    is that this is in -- in deep, buried in an
           7    appendix at the end of the presentation.  And that
           8    might have been carried other from previous
           9    presentations and previous presentations before
09:35:33  10    that.  And through all the permutations, it may
          11    have still been in there.
          12          So I think it's important to sort of
          13    call that out being there's only so many resources
          14    that you have when you're a team of whatever we
09:35:46  15    were, six or so.  And -- yeah, I think it's
          16    important context.
          17       Q.    Sure.
          18          Is it fair to say that at some point,
          19    there was a belief or an understanding that to
09:36:00  20    deal with securities laws risks, three ways to
          21    mitigate those risks were to not sell to users or
          22    investors in the corporation, to give away free to
          23    users, and to only sell to licensed wholesale
          24    MSBs?  Even if that was not necessarily the
09:36:17  25    understanding at this point in May 2013, I hear

                                                              41

09:36:20  1   your point that, you know, things changed, there's

2   six of you, but is it fair to say that at some

3   point, that was an understanding?

4              MR. HORTON:  Objection to form.

09:36:25  5              MS. COWAN:  Objection.

6       A.   I don't -- I don't know.  I don't know

7   what was going on in the discussions in the

8   company in 2013.  I can't remember what was top of

9   mind.

09:36:37 10      Q.   Okay.

11      A.   As I -- again, going back to that

12   document, that document covers a lot of ground.

13   This is one of the many recommendations and

14   suggestions that I recall that document speaking

09:36:47 15   to.

16      Q.   And who prepared this document, the

17   presentation we're looking at?

18              MR. HORTON:  Objection to form.

19      A.   I don't know.

09:36:53 20      Q.   If you had prepared it, would you

21   have -- if you had prepared it, would you have

22   written the regulatory parts on your own or would

23   you have asked someone?  You know, what was your

24   practice back then?

09:37:03 25              MR. HORTON:  Objection to form.

                                                        42

09:37:04  1        A.    It's possible.  I don't know if I

       2    authored it or would have authored it.

       3        Q.    Was there someone available to you, you

       4    know, to the extent you were drafting a document

09:37:14  5    to whom you could say, Hey, I need to put some

       6    legal stuff in here.  Could you help out with

       7    that?

       8             MR. HORTON:  Objection to form.

       9        A.    I believe we had outside counsel.  I

09:37:22 10    can't totally remember what the mix of resources

      11    were available to us at the time.

      12        Q.    As time went on, after May of 2013, did

      13    it remain true that XRP was not sold to investors

      14    in Ripple?

09:37:33 15             MR. HORTON:  Objection to form.

      16        A.    In 2013, I'm not sure.

      17        Q.    After 2013, did there come a time when

      18    Ripple sold XRP to equity investors in Ripple?

      19        A.    Yes.

09:37:48 20        Q.    After 2013, did it remain true that XRP

      21    was only given away for free to users?

      22             MR. HORTON:   Objection to form.

      23        A.    No.

      24        Q.    After 2013, did it remain true that

09:38:00 25    Ripple only sold XRP to licensed wholesale money

                                                              43

09:38:04  1    services businesses?
          2              MR. HORTON:  Objection to form.
          3        A.    No, it didn't -- you know, I want to --
          4    no is the answer.  I would also want to point out
09:38:16  5    one other thing here.
          6        Q.    Yes.
          7        A.    2013, a little bit of time machine.
          8    Ripple I believe at that time was the only effort
          9    or project in the sort of blockchain category
09:38:34  10   outside of bitcoin.  And I think there were
          11   several derivatives of bitcoin, but I -- I think
          12   there were only a handful, like five other
          13   projects that were happening.  And the other ones
          14   were all based on the bitcoin system and Ripple
09:38:49  15   was really entirely new.
          16             So there were a lot of questions about
          17   regulations and there was a lot of uncertainty at
          18   the time.  And it was a common discussion point
          19   with anybody that we talked to.  It -- it came up.
09:39:03  20   What -- what's the regulatory status here and
          21   what's going on?  I know there was a lot of
          22   headline risk or questions around bitcoin at
          23   that -- in 2013 and 2012 period.
          24             So I think, you know, there were -- what
09:39:21  25   to focus on and where to focus on, it was just

                                                              44

09:39:24  1    very uncertain and ill-defined as to where the
          2    questions really needed to be asked around
          3    regulations.
          4            So, I mean, when I look at this, I'm
09:39:35  5    not -- I just remember there being -- that being a
          6    period of a lot of uncertainty around what
          7    cryptocurrencies are and what they -- what they
          8    mean and -- and how regulators view them.  And,
          9    again, particularly in the context of the headline
09:39:50 10    risk associated with bitcoin, we were trying to go
         11    and talk to real businesses, in particular money
         12    service businesses, who had questions, who are
         13    regulated businesses themselves and needed to have
         14    some understanding of what this was and questions
09:40:04 15    to ask and how to look at it.
         16            So I think even the -- the memo that was
         17    provided by Perkins Coie or the advice that we
         18    got, I -- I don't think they really clearly had a
         19    full understanding of it as well.  It felt like it
09:40:21 20    was a stake in the ground to sort of start the
         21    process of understanding what -- what the
         22    questions were.
         23       Q.   So just to unpack that a little bit, you
         24    said it was a common discussion point, the
09:40:33 25    regulatory issues or uncertainty with people you

                                                              45

```
09:40:36   1    spoke to?
           2         A.   It -- it came up, yes.  It definitely
           3    came up.
           4         Q.   Would you say frequently?
09:40:40   5         A.   It came up.
           6         Q.   Was Mr. Larsen present at meetings when
           7    that came up?
           8              MR. WARD:  Object to the form.
           9         A.   It's possible.  I don't remember.
09:40:49  10         Q.   But it came up to you?  People asked
          11    you?
          12         A.   Yes.
          13         Q.   Okay.  And what steps did Ripple take to
          14    provide answers about the regulatory uncertainty
09:40:57  15    that was being raised?
          16              MR. HORTON:  Objection to form.
          17         A.   I can't speak to what Ripple did or
          18    didn't do.
          19         Q.   But, you know, what steps did you take?
09:41:04  20              MR. HORTON:  Objection to form.
          21         A.   I think what I -- what I tried to speak
          22    to -- I mean, first, I -- I think documents like
          23    this we spoke to -- sort of caveat emptor was
          24    there's some uncertainty here and this is as best
09:41:25  25    we -- we understand how this space is -- is
```

                                                              46

```
09:41:28   1    moving, the direction this space is moving from a
           2    regulatory perspective.
           3         Q.   What steps, if any, did you observe
           4    others at Ripple taking to provide answers on the
09:41:37   5    regulatory uncertainty questions back in 2013?
           6              MS. COWAN:  Objection.
           7         A.   I -- I can't remember.
           8         Q.   Okay.  What steps did -- if any, did
           9    anyone at Ripple direct you to take in order to
09:41:50  10    provide answers or to find answers?
          11              MS. COWAN:  Objection.
          12         A.   I -- I can't remember.
          13         Q.   Okay.
          14              MR. TENREIRO:  So let's look at
09:41:56  15          No. 4 for a second.
          16              (Whereupon, exhibit is presented
          17           and marked SEC Griffin Exhibit PG-4 for
          18           identification.)
          19    BY MR. TENREIRO:
09:42:00  20         Q.   And while you look at it, I'll just say
          21    for the record it's a one-page e-mail, also with
          22    attachments.  It starts at Bates 88242.
          23              And I just want to -- I just want to
          24    note for the record that I attached one of the two
09:42:23  25    attachments, although it has -- the e-mail has
```

47

```
09:42:24    1   two.

            2           (Pause)

            3       Q.   Okay, Mr. Griffin.  This appears to be

            4   an e-mail from you to someone at ████████ July

09:44:37    5   19th, 2013.

            6           Any reason to believe you did not send

            7   the e-mail?

            8       A.   No.

            9       Q.   Okay.  The title of this presentation --

09:44:46   10   well, the -- the name of the file is "Ripple for

           11   Gateways 7.13," but the first page actually says

           12   "Financial Services."

           13           Do you see that?

           14       A.   I do.

09:44:59   15       Q.   I don't want to get into a comparison

           16   right now to Exhibit 7 page by page, but what I

           17   want to understand, and I think we talked about it

           18   a little, is the difference between the gateways

           19   and the financial services, financial services

09:45:10   20   buckets that we were discussing earlier.

           21           So is ████████ one of those financial

           22   services buckets?  That's my question.

           23               MS. COWAN:  Objection.

           24               MR. HORTON:  Objection.

09:45:18   25       A.   I don't know what ████████ is, how it
```

                                                                    48

09:45:22  1   would be classified.  The document is intended for

       2   the financial services business.  And I think we

       3   would have classified them as ████████ -- as -- as

       4   financial services business.

09:45:32  5        Q.   So financial -- just to be clear,

       6   financial services might be a business that might

       7   have some sort of use for the -- for the XRP

       8   ledger as opposed to being an on -- you know, an

       9   on or off ramp?  Is that the difference?

09:45:44 10        A.   Yes.

      11             MR. HORTON:   Objection to form.

      12        A.   Yes, I believe so.

      13        Q.   And -- okay.

      14             So going to page 19 again where it says

09:45:56 15   "The Business Model," this one is Bates RPLI_SEC

      16   88287.

      17        A.   Okay.

      18        Q.   Do you see that?

      19        A.   I do.

09:46:06 20        Q.   Okay.  You can compare this page if

      21   you'd like, but, you know, again, it says

      22   "Ripple's business model is based on the success

      23   of its native currency.  OpenCoin will keep

      24   between 25 to 30 percent of all currency created.

09:46:20 25   OpenCoin will occasionally sell to wholesale MSBs

                                                              49

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

09:46:24 1    to fund itself."

2              Do you see all that?

3        A.    Uh-huh.

4        Q.    And the reference to currency is to XRP?

09:46:28 5              MR. HORTON:  Objection to form.

6        A.    I believe it is, yes.

7        Q.    Okay.  And so, you know, Exhibit 7 was

8    May of 2013.  Exhibit 4 is in July.

9              Is it fair to say that a couple of

09:46:42 10   months later, in July of 2013, this was still an

11   accurate representation of Ripple's then-current

12   business model?

13             MR. HORTON:  Objection to form.

14       A.    I can't speak to that, to the business

09:46:54 15   model of Ripple.

16       Q.    Do you have any reason to believe that

17   you would have sent out a deck to a third party

18   with inaccurate information?

19             MR. HORTON:  Objection to form.

09:47:05 20      A.    No.

21       Q.    Okay.  Now here -- and here, if you

22   want, you might compare page 19.  Here there's a

23   graph comparing the price of XRP to the U.S.

24   dollar.  On page 19 of Exhibit 7, it was the price

09:47:21 25   of bitcoin to the U.S. dollar.

50

```
09:47:23    1              Why was the change made to the graph?
            2         A.   I don't --
            3              MR. HORTON:   Objection; lack of
            4          foundation.
09:47:28    5              You can answer.
            6         A.   I don't know.
            7         Q.   Okay.  And do you know what the purpose
            8    of the graph was?
            9              MR. HORTON:   Same objection.
09:47:43   10         A.   I don't know.  Again, I'm going to sort
           11    of set context.  This probably would have been the
           12    very first time ████████████ had ever spoken to
           13    anybody about bitcoin, cryptocurrencies or
           14    blockchain, 2013 of July.
09:47:59   15              So I think they -- they probably had --
           16    would have likely had questions about crypt --
           17    what are cryptocurrencies?  How do -- how do they
           18    retain value?  How do they work?  They would have
           19    also had questions about the regulatory
09:48:12   20    considerations.  And so I think that this deck is
           21    more of an attempt at -- as much as to introduce
           22    the space as -- as it is to introduce our -- our
           23    company and what the technology was that we were
           24    offering.
09:48:24   25         Q.   Would they have -- would they have had
```

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

09:48:25   1    questions about how to make money with this
           2    technology?
           3               MR. HORTON:  Objection to form.
           4        A.   It's possible.
09:48:33   5        Q.   Well, as a -- as the head of business
           6    development for Ripple at the time, did people ask
           7    you questions about how can I make money with this
           8    technology?
           9               MR. HORTON:  Objection.
09:48:42  10        A.   They could have asked a -- a range of
          11    questions.  They could have also asked how do we
          12    save money or how do we build new services?  How
          13    do we tap into new markets?  How do we reduce
          14    costs?  I mean, there's -- there's a range of -- a
09:48:57  15    number of options, a number of ways that that
          16    conversation can -- can take place.
          17        Q.   So there's a number of ways in which --
          18    there's a number of ways in which that
          19    conversation can take place, but the conversation
09:49:07  20    is how do we make money essentially?  Is that what
          21    you're saying?
          22               MR. HORTON:  Objection to form.
          23         That's not what his testimony is.
          24        A.   No, that's not what I said.
09:49:14  25        Q.   Okay.  So then I'll have to ask you

                                                              52

```
09:49:15   1    again.  Did people ask you, as the head of

           2    business development for Ripple at the time, how

           3    can I make money with this technology?

           4         A.   They -- along with all the other things

09:49:27   5    that I asked, it may have been one of the -- the

           6    topics of discussion, is how do I make money?

           7    But, again, I think that they would have been more

           8    focused on how do I improve my business?  Because

           9    I think that that was the approach we were taking

09:49:38  10    here.

          11         Q.   Okay.

          12         A.   I think that that's sort of laid out in

          13    the first -- in the e-mail.  That basic story of

          14    ██████████ is to make profits on transfer fees,

09:49:50  15    support prepaid access, and remittance --

          16              THE REPORTER:  Could you please

          17      slow down.  Repeat.

          18         A.   -- accept payment from new markets at no

          19    cost.

09:49:59  20              So, I mean, there's -- there's a

          21    whole -- whole range of different sort of

          22    incentives for why they would want to think about

          23    this and -- yeah.

          24         Q.   So -- so, in other words --

09:50:08  25         A.   Just pros and cons, right.
```

53

```
09:50:10   1          Q.   Okay.  So just so I understand, your
           2     pitch to ██████████ as reflected in the front page
           3     of the e-mail is the different ways for you to
           4     make profits on transfer fees, support prepaid
09:50:20   5     access?  That's what you're setting out here?
           6                    MR. HORTON:  Objection to form.
           7          A.   Again, it sounds like this is probably a
           8     very early meeting, so we're trying to feel them
           9     out.  We're trying to understand where are their
09:50:30  10     priorities, what are they thinking about?  What
          11     are their -- what do they -- what did their boss
          12     tell them to figure out with new technology?  And
          13     so we don't know that and so we're just trying to
          14     put some ideas out, like here, we think we can
09:50:44  15     have a discussion around these different areas
          16     about how our technology can play into your
          17     priorities.  We don't know what your priorities
          18     are yet, so here are some possible areas for
          19     discussion.
09:50:55  20          Q.   All right.  Going back to the graph,
          21     though, on page 19, did third parties that you
          22     spoke to while you were the head of business
          23     development at Ripple around 2013 ask you about
          24     the potential for these digital assets, these new
09:51:11  25     digital assets, to appreciate in value?
```

                                                                    54

```
09:51:13   1                MR. HORTON:  Objection.
           2        Objection to form.
           3        A.   So -- okay.  So 2013, I think at that
           4   point in time, it was very early and the
09:51:32   5   technology that Ripple was -- was in the market
           6   talking about was an open-source technology.
           7             And so I don't yet at that point --
           8   there were -- there had not been a full product
           9   stack built on top of it.  There wasn't really a
09:51:52  10   very clearly defined service.  I think we had sort
          11   of the idea that we could build a business model
          12   like Linux and Red Hat and that kind of
          13   relationship where there's an open-source model --
          14   a business that you can -- you can service.
09:52:06  15             And I think there -- there were
          16   questions about the digital asset.  It's possible.
          17   And to be -- to be honest, what I remember in a
          18   conversation with a company like ███████ is
          19   they didn't really want to spend too much time
09:52:21  20   talking about the cryptocurrency.  They wanted to
          21   understand the technology underneath it because,
          22   again, in 2013, to get in the door, you had to
          23   sort of understand how to talk about bitcoin and
          24   the risks associated with bitcoin in the headlines
09:52:37  25   in order for a substantial company like ███████
```

55

09:52:40  1   to -- to really be willing to have a conversation.

       2        Q.   And so, again, in the context of these

       3   conversations in 2013 where you're trying to

       4   figure out, you know, what did their boss ask them

09:52:50  5   for and what are their questions, what was the

       6   purpose of the graph showing the price of XRP to

       7   U.S. dollars?

       8             MR. HORTON:   Objection to form;

       9        lack of foundation.

09:52:59 10        A.   I think just to show that there -- that

      11   there's value in cryptocurrency.  And -- and,

      12   again, I would say this -- this is a slide that

      13   very well could have just been skipped over where

      14   we were in the meeting where ██████████ may have

09:53:13 15   said let's keep going.  This is not what we're

      16   here to -- we're here to talk about.  Again, going

      17   back to the -- the slide here, the opening e-mail,

      18   there's really no reference to cryptocurrencies at

      19   all if you can --

09:53:26 20        Q.   But there's no -- you have no reason to

      21   doubt this slide was, in fact, attached to the

      22   e-mail, right?

      23        A.   It -- yes.

      24        Q.   Thank you.

09:53:34 25             The next slide, please, on Slide 20, it

                                                              56

09:53:37  1   talks about "OpenCoin is a for-profit corporation,

2   holding all of the XRP."

3          Do you see that?

4     A.   Okay, yes.

09:53:46  5     Q.   The part that "OpenCoin is a for-profit

6   corporation," was that true back then?

7               MR. HORTON:  Objection to form.

8     A.   I don't -- I don't remember what the

9   legal registration of the open -- of OpenCoin was

09:53:57 10   at the time.

11     Q.   Was OpenCoin a business trying to make

12   money back in 2013?

13               MR. HORTON:  Objection to form.

14     A.   Was it a -- I'm sorry, could you repeat

09:54:06 15   that?

16     Q.   To try and make money.

17               MR. HORTON:  Objection.

18     A.   Yes.

19     Q.   Did that change at any time before --

09:54:11 20   between 2013 and when you left?

21     A.   No.

22     Q.   Okay.  And just to be clear for the

23   record, OpenCoin was Ripple back in 2013, right?

24     A.   Yes.

09:54:18 25     Q.   Okay.  In 2013, did OpenCoin hold all of

57

09:54:21  1    the XRP?

2                      MR. HORTON:  Objection to form;

3              lack of foundation.

4         A.   I don't believe so, no.

09:54:27  5    Q.   Why not?

6                      MR. HORTON:  Objection.

7         A.   I don't -- I don't know why not.  I

8    think it was -- there was XRP out in the market.

9         Q.   By 2013, there was XRP out in the

09:54:39 10   market?

11        A.   Yes.  And I know the -- the origin of

12   the company -- or of the technology, the founders

13   had already taken some as well.  So I don't -- so

14   Ripple Inc. did not -- or OpenCoin here did not

09:54:54 15   have all of the XRP, no.

16        Q.   Some of it was in the market, some -- as

17   far as you recall, some of it was in the market,

18   some of it was with some founders?

19        A.   Yes.

09:55:01 20                  MR. HORTON:  Objection to form.

21        Q.   Why doesn't this slide distinguish

22   between the founders and OpenCoin?

23                      MR. HORTON:  Objection to form;

24              lack of foundation.

09:55:09 25        A.   I -- I don't know.

                                                              58

09:55:10  1          Q.   All right.  Let's move on to Exhibit 5.
        2              (Whereupon, exhibit is presented and
        3      marked SEC Griffin Exhibit PG-5 for
        4      identification.)
09:55:16  5      BY MR. TENREIRO:
        6          Q.   While we're pulling that, do you
        7      remember someone by the name of ██████████?
        8          A.   Yes.
        9          Q.   Who is that?
09:55:22 10          A.   Economists at Stanford.  A Board member
       11      of Ripple -- at Ripple.
       12          Q.   How did you come to know her?
       13          A.   I believe it was through Chris Larsen's
       14      connection with Stanford.  He ran into her at
09:55:39 15      conference or knew her and then made some
       16      introductions to us.
       17          Q.   Okay.  Go ahead and take a look at the
       18      exhibit, please.
       19              MR. TENREIRO:  For the record,
09:56:03 20          this is a one-page e-mail with an
       21          attachment from Mr. Griffin to ██████████
       22          November 30th, 2013, RPLI_SEC 12359.
       23              (Pause)
       24      BY MR. TENREIRO:
09:58:38 25          Q.   Mr. Griffin, did you have a conversation

                                                                    59

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

09:58:39    1   with ███████ about the subjects discussed in the

            2   attachment to this e-mail on or around November

            3   30th, 2013?

            4                   MR. HORTON:  Objection to form.

09:58:47    5       A.   I don't remember, but from reading the

            6   e-mail, it looks like I did.

            7       Q.   Okay.  And the title is "Distribution"

            8   -- the title of the slide is "Distribution

            9   Discussion Themes."  The title of the attachment

09:58:59   10   appears to be "XRP Distribution Framework

           11   PowerPoint Presentation."  Is that correct?

           12       A.   Yes.

           13       Q.   Did you --

           14                   MS. COWAN:  I don't think that's

09:59:10   15          what it says.

           16                   THE REPORTER:  I can't hear you.

           17                   MS. COWAN:  Sorry.  I don't

           18          think that's what -- the subject is "XRP

           19          Distribution Themes."

09:59:13   20                   MR. TENREIRO:  The attachment

           21          says "XRP Distribution Framework

           22          PowerPoint Presentation."

           23   BY MR. TENREIRO:

           24       Q.   Did you author these slides?

09:59:20   25       A.   Did I -- excuse me?

                                                              60

09:59:22  1        Q.    Author these slides?

        2             MR. HORTON:  Objection to form.

        3        A.    I don't know.

        4        Q.    Who is Phil Rapoport?

09:59:30  5        A.    Phil Rapoport reported to me.  He worked

        6   on -- he worked at Ripple.

        7        Q.    Okay.

        8             THE REPORTER:  He worked on?  I

        9        can't hear you?

09:59:42 10             THE WITNESS:  He worked at

       11        Ripple.

       12        Q.    All right.  Any reason to believe that

       13   the themes discussed here were not accurate as --

       14   as -- as of the time of this presentation?

09:59:50 15             MR. HORTON:  Objection to form.

       16        A.    I -- I don't know.  I don't have a

       17   reason to believe one way or the other.

       18        Q.    Okay.

       19             MR. TENREIRO:  Let's quickly take

09:59:59 20        a look at No. 6.

       21             (Whereupon, exhibit is presented

       22        and marked SEC Griffin Exhibit PG-6 for

       23        identification.)

       24   BY MR. TENREIRO:

10:00:09 25        Q.    This is a November 29th e-mail from you

                                                        61

| | |
|---|---|
| 10:00:10 | 1 |

to Mr. Rapoport.  See if this refreshes your

2 memory as to whether you drafted it or not.

3          (Pause)

4     A.    Still no.  I don't know if I drafted it

10:00:45 5 or not.

6     Q.    Okay.  Do you see on Exhibit 6 where you

7 say "Before I send this to ████, let me know if

8 anything is missing.  She is working on an e-mail

9 for Chris and a broader distribution thesis and I

10:00:55 10 want to recap our phone call."

11          Did I read that accurately?

12     A.    Yes.

13     Q.    Okay.  So Exhibit 5, if we can turn to

14 the slides, you say on page 2 of the slide, "Goal

10:01:09 15 of Distribution" -- it says "Goal of Distribution:

16 Network growth, Raise funds for Ripple Labs

17 operations."

18          Do you see that?

19     A.    Yes.

10:01:18 20     Q.    Was that accurate, the goal of

21 distribution was to grow the network and to raise

22 funds for Ripple Labs' operations?

23          MR. HORTON:  Objection to form.

24     A.    I think the e-mail -- or what this

10:01:28 25 document is doing is summarizing the conversation

62

```
10:01:30   1    we had with Susan.
           2         Q.   So in the conversation with ███, did
           3    someone at Ripple convey to her that the goal of
           4    the distribution was network growth and to raise
10:01:40   5    funds for Ripple Labs' operations?
           6         A.   Well --
           7              MR. HORTON:  Objection to form.
           8              You can answer.
           9         A.   Okay.  Going -- stepping back, I don't
10:01:47  10    know what Susan -- ███ involvement was at
          11    Ripple at this point.  She may have been outside
          12    the company.  I think she was.  So I think she was
          13    just more interested in -- I think she was looking
          14    at all things bitcoin and cryptocurrencies.  She's
10:02:00  15    a -- a marketplace expert.  I think that's her
          16    field of economics.
          17              And I think she was offering her views
          18    on XRP, Ripple's strategy, and Ripple's holdings
          19    of XRP and how to build a marketplace around
10:02:26  20    cryptocurrencies or really anything.
          21         Q.   Why --
          22         A.   So this would have been capturing a
          23    discussion that we had where we were effectively
          24    going to her to seek out her -- her expertise and
10:02:38  25    her views.  And this would have just basically
```

63

10:02:41  1   been a rehashing of what she had said.  She wasn't

2   working at the company at the time.

3       Q.   Okay.  So your -- your testimony is that

4   the presentation reflects what she had told you?

10:02:52  5       A.   I believe so.

6       Q.   Okay.  Why were you discussing with

7   Ms. Athey her views on XRP, Ripple's strategy and

8   Ripple's holding of XRP and how to build the

9   marketplace around cryptocurrencies?

10:03:12 10              MR. HORTON:  Objection to form.

11              MR. TENREIRO:  What's the

12          objection, Justin?

13              MR. HORTON:  I don't think it's

14          clear that his testimony was that that's

10:03:20 15          the topic of their discussion.  I think he

16          was describing the relationship that they

17          had with her, but you can ask him a

18          question about it.

19              MR. TENREIRO:  Okay.

10:03:26 20   BY MR. TENREIRO:

21       Q.   Please answer.

22       A.   Please ask the question again.

23       Q.   Why were you discussing with █████████

24   her views on XRP, Ripple's strategy and Ripple's

10:03:35 25   holding of XRP and how to build the marketplace in

64

10:03:39   1   cryptocurrencies?

           2           MR. HORTON:  Same objection.

           3      A.   Well, again, I can't remember the

           4   substance of what we talked about with Susan in

10:03:47   5   2013.  I think there -- the technology that we

           6   were working on, there were different components

           7   to it and one of the big components was XRP.  And

           8   so we wanted to -- and it plays a central role in

           9   the system, and Ripple Inc. or OpenCoin at the

10:04:07  10   time had a large holding of it.  And how we sold

          11   it or distributed it or whatever we did with it

          12   had an impact on how ultimately the technology

          13   would be adopted and the ecosystem built out.

          14           So I think it's just one of the many

10:04:22  15   things that we were worried about or trying to

          16   think through and we would have gone to her to get

          17   her ideas or opinions about how to build a healthy

          18   marketplace around something.  And here we wanted

          19   to apply that to the cryptocurrency so we could

10:04:37  20   think through what the different ideas for

          21   distribution of the XRP that Ripple Inc. or

          22   OpenCoin at the time had.

          23      Q.   When you said "It's just one of the many

          24   things that we were worried about or trying to

10:04:52  25   think through and we had gone to her to get her

                                                              65

10:04:55   1    ideas or opinions," who's "we" in that sentence?

           2        A.   Well, me, Phil, I think.  I think it was

           3    something that we were all -- everybody at Ripple

           4    was conscious of and thinking about.

10:05:11   5        Q.   Was one of the things that everybody at

           6    Ripple was conscious of and thinking about was how

           7    to create a market for XRP?

           8             MR. HORTON:  Objection to form.

           9        A.   I wouldn't say how to create a market.

10:05:27  10    Just, you know, we -- again, I think we were

          11    thinking about how to get gateways on the system,

          12    how to connect financial players on the system.  I

          13    mean, even down to the -- at that point, the

          14    distinction between technology and business was

10:05:41  15    actually pretty -- pretty tightly coupled because

          16    there -- it was so new.  And so I was even

          17    thinking and talking about, you know, how to --

          18    how that cryptography system works and how to, you

          19    know, think through different cryptographic

10:05:56  20    solutions, how they apply in business contexts.

          21             We were thinking about, as I said, a lot

          22    of different aspects of this.  And even with the

          23    new technology, there is -- an exchange was built

          24    within it, how the exchange works, how people come

10:06:12  25    into the exchange.

                                                                    66

```
10:06:14   1              So this would have been one of -- one
           2    of -- yeah, one of many things that we were
           3    thinking through and trying to understand.
           4         Q.   "This" being what?  Create -- how to --
10:06:25   5         A.   The XRP that we held and -- sorry.  I'll
           6    let you finish the question.
           7         Q.   No.  The question is you said "this
           8    would have been one of the many things we were
           9    thinking through."
10:06:33  10              And so what is "this" in your answer?
          11         A.   Ripple's holdings of XRP, or, again, I
          12    don't know if it was Ripple or OpenCoin at the
          13    time, but, yeah.
          14         Q.   In 2013, did Ripple -- did you have
10:06:45  15    conversations with others at Ripple about how to
          16    create a market in XRP?  I understand you were
          17    discussing a lot of things, but was one of the
          18    things that you discussed with others at Ripple in
          19    2013 how you could create a market for XRP?
10:07:01  20              MR. HORTON:  Objection to form.
          21         A.   Again, I don't know that it was market.
          22    You're using that -- you're saying "market."  I
          23    don't know if it was market.  I think it was, you
          24    know, how Ripple had a lot of -- had XRP and we
10:07:14  25    were trying to understand how we could sell it or
```

                                                                67

10:07:16   1    move it or distribute it in a way would have

2    created to the value of the overall network and

3    that would promote and help generate more adoption

4    and help to grow the ecosystem around it.

10:07:28   5         Q.   So one of the things you were discussing

6    at Ripple in 2013 was trying to understand how you

7    could sell, move, or distribute XRP to generate

8    more adoption for Ripple's network?

9                   MR. HORTON:  Objection to form.

10:07:47  10         A.   For all -- for the technology

11   underpinning the XRP.

12         Q.   And that would be the XRP ledger?

13         A.   Yeah, it's taken a lot of different

14   names and I think the changes -- there have been

10:07:59  15   changes to the name, but I think at the time it

16   was the Ripple consensus ledger.

17         Q.   Right.  All right.  And is it fair to

18   say that in 2013, Ripple had two goals for its --

19   sorry.  Let me strike that and start again.

10:08:13  20              In the slide that we were looking at

21   where it says "Goal of Distribution," is that

22   distribution of XRP?

23                   MR. HORTON:  Jorge, which exhibit

24        are you talking about?

10:08:22  25                   MR. TENREIRO:  Exhibit 5, page

68

10:08:23  1           RPLI_SEC 16362.

          2           Q.    Where it says "Goal of Distribution," is

          3     that distribution of XRP?

          4                   MR. HORTON:   Objection to form.

10:08:36  5           A.    I don't see "Goal of Distribution."

          6           Q.    I think you're on the wrong page.

          7           A.    I might be.  Oh, sorry.  Okay.  This

          8     page.  Okay.

          9           Q.    Okay.  So "Goal of Distribution," is

10:08:54 10     that distribution of XRP?

         11                   MR. HORTON:   Objection to form;

         12            lack of foundation.

         13           A.    Again, I think going back to what this

         14     document is, it's a recapping of the conversation

10:09:03 15     that we had with ███████.  It was -- again, I don't

         16     believe she was working at the company at the time

         17     or she was offering her views and her opinions.

         18           Q.    So --

         19           A.    We just wanted to make sure we

10:09:14 20     captured -- we understood what she had said and

         21     we're playing it back to her.

         22           Q.    To the extent she had offered a view or

         23     opinion about goal of distribution, though, was

         24     that distribution of what?

10:09:24 25                   MR. HORTON:   Objection to form.

                                                              69

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

10:09:25  1        A.   This would have been distribution of

       2   XRP.

       3        Q.   Okay.  And so she --

       4        A.   You know, actually -- yeah, I believe

10:09:32  5   that's distribution of XRP, yes.

       6        Q.   So as best you recall based on this sort

       7   of contemporaneous recording of what her views

       8   were, two of the goals of distribution of XRP --

       9   let me start again.

10:09:47 10        Whose goals would this be that she was

      11   talking about?

      12             MR. HORTON:  Objection to form.

      13        A.   I -- I don't know.

      14        Q.   Would they be Ripple's goals?

10:09:53 15             MR. HORTON:  Same objection.

      16        A.   Again, it could have been a general

      17   statement about how -- about cryptocurrencies or

      18   anything.  But I believe that's all I can really

      19   say.

10:10:07 20        Q.   How much time in 2013 did you spend in

      21   your job sort of looking for general opinions

      22   about cryptocurrencies as opposed to, you know,

      23   Ripple's cryptocurrency?

      24             MR. HORTON:  Objection to form.

10:10:17 25        A.   I don't know.  It would have been

                                                              70

10:10:18  1    something I would have thought about and sought

2    out.

3         Q.   And --

4         A.   Again, just going back to the premise,

10:10:25  5    there's only bitcoin at this point and a handful

6    of other technologies that utilize bitcoins,

7    underlying blockchain technology.  So this is a

8    totally new green space here.

9         Q.   Let's go on to the next page "Long Term

10:10:47 10    Stages of Ripple."  Just please read it to

11    yourself.

12              (Pause)

13         A.   Okay.

14         Q.   So in "Long Term Stages of Ripple" --

10:11:09 15    the prior page.  So summing up, ██████████

16    explained to you that there could be three faces

17    of value for XRP, is that correct?

18              MR. HORTON:  Objection to form.

19         A.   I don't remember.

10:11:20 20         Q.   Okay.

21         A.   That's what the document shows.  And,

22    again, I don't know -- yeah.

23         Q.   If you flip forward a couple pages to

24    where it says "Overhang Concerns."

10:11:34 25         A.   Uh-huh.

71

10:11:38  1        Q.    Sitting here today, what does "overhang

        2    concerns" mean to you in the context of this slide

        3    or this presentation?

        4              MR. HORTON:  Objection to form.

10:11:48  5        A.    I believe -- overhang would speak to the

        6    fact that -- that OpenCoin had a large holding of

        7    XRP and that represented an overhang of supply.

        8        Q.    And that was a concern as it's -- as

        9    it's explained here on Bullet Point 2?  That could

10:12:09 10    be a concern, rather, for people?

       11              MR. HORTON:  Objection to form.

       12        A.    It -- I think it was something that we

       13    wanted to -- to think through.  I don't --

       14    concerned other people, I don't know.  But it was

10:12:21 15    one of the things we wanted to understand.

       16        Q.    Over the course of the years at your

       17    employment at Ripple, did you come to understand

       18    that third parties, in fact, did have concerns

       19    over Ripple's holdings of XRP?  The amount of

10:12:32 20    Ripple's holdings of XRP?

       21              MR. HORTON:  Objection to form.

       22        A.    Yes.

       23        Q.    Okay.  And what was the source -- how

       24    did you derive that sort of understanding?

10:12:40 25        A.    I think there were -- it was -- it was

                                                              72

10:12:42  1    mostly through -- I want to say cryptocurrency

2    media and forums and Twitter, social media.  I

3    think there was -- there was a -- a contingent of

4    cryptocurrency adopters who I think it's fair to

10:13:09  5    frame them as bitcoin maximalists who really

6    believed that bitcoin was the end all and the be

7    all and anything else needed to be effectively

8    attacked and there was a lot of misinformation

9    that was put out.  And one of those -- one of

10:13:25 10    that -- one of those talking points, if I could

11    say talking points loosely, was that Ripple had a

12    large amount of XRP and Ripple could sell its XRP

13    at any given moment, and that represented an

14    overhang of supply.  And I think that's what it's

10:13:40 15    referring to.

16        Q.   Was one of -- was the XRP escrow in part

17    a response to that sort of overhang concern?

18             MR. HORTON:  Objection to form.

19        A.   Yes.

10:13:49 20        Q.   Okay.  And you're saying that that

21    concern was had by bitcoin maximalists or -- just

22    by them or more broadly by people in the digital

23    asset space?

24             MR. HORTON:  Objection to form.

10:13:59 25        A.   I don't -- I don't know.  I'm just

73

10:14:00  1    loosely characterizing them as that concern coming

2    from that -- that corner of the cryptocurrency

3    market.

4        Q.   What other --

10:14:08  5        A.   And I think it had --

6        Q.   Sorry.

7        A.   -- an outside impact.  It became a

8    talking point that occurred a lot that we had

9    to -- that we spoke to.

10:14:16 10        Q.   What -- what other -- what other things

11   did Ripple do with its business in response to

12   bitcoin maximalists?

13              MR. HORTON:  Objection to form.

14       A.   I don't -- I don't know what Ripple

10:14:29 15   does.

16       Q.   Well, what part -- how -- what

17   percentage of you work -- of your work did you do

18   in response to bitcoin maximalists' view of XRP?

19              MR. HORTON:  Objection to form.

10:14:40 20       A.   I don't know what percentage of my work

21   was -- I had a lot of different responsibilities

22   at Ripple.

23       Q.   Let's go through them just so that we're

24   clear because I've heard you say that a lot.

10:14:50 25              So what -- what are your -- what were

                                                          74

10:14:51  1    your general responsibilities at Ripple?

2         A.   Sure.  And it varied over time.

3         Q.   Please.

4         A.   And, I mean, at the beginning, it was

10:14:58  5    largely focused on securing partnerships, but it

6    was everything and it was other things as well.  I

7    mean, again, we're a small team.  Also involved

8    cleaning the dishes.

9              I mean, I -- and that evolved into

10:15:17 10    helping to establish a sales team around our

11    enterprise software products.  It involved

12    building out an integration team to support the

13    deployment of that software.

14              I also oversaw corporate development

10:15:29 15    efforts to secure acquisitions or sort of

16    inorganic growth strategies.

17              I helped to raise funding for the

18    business in the Series A and B and seed.  And I

19    was also involved in a -- in a -- the spin out of

10:15:54 20    a company or an effort that, which I can't

21    remember what it -- what it's called.  The spring.

22    I don't know what it was called when I -- when I

23    left.  I was there briefly for that.

24         Q.   What about managing Ripple's XRP sales?

10:16:04 25         A.   And -- and the sales of XRP, yes.  XRP

75

10:16:07 1    markets team we had called them.

2          Q.    What was your position in the XRP

3    markets team?

4          A.    I was -- they reported to me.

10:16:16 5    Q.    Who reported to you?  Who was the head

6    of that team?

7          A.    At first it was Phil Rapoport and then

8    it was Miguel Vias.

9          Q.    Right.  Anything else?  Let's finish

10:16:25 10   this exhibit.  I know you probably want to break.

11                   MR. HORTON:  Yeah.  If you've got

12        a few more questions on this exhibit.

13         Q.    Well, first, just anything else -- I

14   mean, you might remember something else.  Anything

10:16:34 15   else that were your responsibilities at Ripple

16   that we didn't cover?

17         A.    No.  I -- no.

18         Q.    I mean --

19         A.    I think that sounds -- sounds like it's

10:16:49 20   about -- it's about it.

21         Q.    Okay.  And earlier I had asked you

22   about -- separate from this exhibit, sort of if

23   you had come to learn over time that there were

24   some concerns out there, let's just say out there,

10:17:01 25   about Ripple's holdings of XRP and you said, you

                                                          76

10:17:03  1   know, Twitter, social media.  And my question,

2   just to close that out, is, is it fair to say at

3   time -- from time to time, you read those forum,

4   like Twitter and social media, and that is how you

10:17:15  5   derived that understanding?

6                MR. HORTON:  Objection to form.

7      A.   Yes.  I believe so, yes.

8      Q.   And now, just to finish on this exhibit

9   real quick, we can go to the next page.  It says

10:17:28  10  "Current Distributions."

11      A.   Okay.

12      Q.   It says "There are ways to increase

13  supply that create a bigger increase in demand."

14         So is that something that ███████

10:17:36  15  explained to you as the head of business

16  development at Ripple, ways to increase supply of

17  XRP that create a bigger increase in demand of

18  XRP?

19                MR. HORTON:  Objection to form.

10:17:44  20      A.   From what I can see here.  I can't -- I

21  don't remember this document; but reading the

22  document, the slide here, it looks that way.

23      Q.   The next page refers to "speculators."

24  It says "We'd prefer to attract speculators who

10:18:02  25  take a long-term view and believe XRP demand will

77

```
10:18:05   1    overwhelm supply as commercial use of the network
           2    increases."
           3              Do you see that?
           4         A.   Yes.
10:18:11   5         Q.   Do you have any reason to believe that
           6    the "we" in that sentence refers to █████████?
           7              MR. HORTON:  Objection to form.
           8         Q.   Let me say it differently:  Who does the
           9    "we" in that statement -- in that sentence refer
10:18:24  10    to?
          11         A.   I don't know.  It's a -- yeah, I
          12    don't -- I don't know.
          13         Q.   Okay.  And the last bullet point says
          14    "If you are holding XRP, you should want RL to
10:18:37  15    retain XRP for business development.  Give
          16    ourselves six months.  Speculators are speculating
          17    on Ripple Labs."
          18              Do you see that?
          19         A.   I do.
10:18:44  20         Q.   Who is "ourselves" in the "give
          21    ourselves six months" sentence?
          22              MR. HORTON:  Objection to form.
          23         A.   Presumably it's Ripple.
          24         Q.   Okay.  And what -- what does it mean
10:18:54  25    here, "Speculators are speculating on Ripple
```

78

```
10:18:57   1   Labs"?
           2                  MR. HORTON:  Objection to form.
           3        A.   I don't know.
           4        Q.   Just sitting here today and reading it,
10:19:02   5   Mr. Griffin, what does that mean to you?  I
           6   understand you don't recall the conversations in
           7   2013, but what does this mean to you today?
           8        A.   Well, I think this means to me -- I
           9   don't know.  I mean, there's -- I'm not sure.
10:19:33  10   And, again, this is me or Phil capturing the
          11   conversation we had with an advisor.  I think she
          12   may have been an advisor at the time or she wasn't
          13   even at the company.
          14        Q.   Okay.  But you don't understand what it
10:19:48  15   means sitting here today, "Speculators are
          16   speculating on Ripple Labs"?
          17                  MR. HORTON:  Objection; asked and
          18     answered.
          19        A.   I don't know because I think it's just
10:20:00  20   capturing a conversation that I had with an
          21   outside advisor or person that was unaffiliated
          22   with the business at the time.
          23        Q.   Did you have a view in 2013 that XRP
          24   speculators could be speculating on Ripple Labs?
10:20:12  25                  MR. HORTON:  Objection to form.
```

79

10:20:17 1    A.   No.

2    Q.   Okay.  Did -- did you hear others at

3  Ripple express a view that speculators in XRP

4  might be speculating on Ripple Labs?

10:20:29 5              MR. HORTON:  Objection to form.

6    A.   I don't remember what others said.

7    Q.   Okay.  Do you understand this sentence

8  to mean that speculators in XRP might be

9  speculating on Ripple Labs?

10:20:35 10             MR. HORTON:  Objection to form.

11   A.   I just -- I understand the sentence.

12   Q.   Okay.  Is that -- is that what it means

13  to you by reading it sitting here today?

14             MR. HORTON:  Objection.

10:20:44 15   A.   I'm sorry, is what -- I'm not following.

16   Q.   Well, it says "speculators."  I want to

17  make sure that -- my question was, does it mean

18  speculators in XRP are speculating on Ripple Labs?

19  Is that what you understand it to mean?

10:20:55 20             MR. HORTON:  Objection to form.

21   A.   As -- as I said, we're capturing a

22  conversation that we had with an outside advisor

23  and so I can't remember what the detail -- what

24  the nuance is there.

10:21:11 25   Q.   Okay.  Last page of the --

80

```
10:21:12    1          A.   I think that --

            2          Q.   Sorry.

            3          A.    -- it speaks very clearly, though,

            4     to -- I think she's speaking to this idea that

10:21:19    5     there's different phases of the market and that

            6     one of the initial phases is speculation and -- or

            7     speculatively valuable.  And she kind of clears --

            8     says here we don't want -- we prefer -- it says --

            9     I don't know if that's Ripple or her idea as an

10:21:33   10     advisor, what her role is.  That's not the

           11     long-term objective.

           12          Q.   But maybe -- maybe I'm just asking a

           13     very confusing question.  My simpler question is

           14     speculators in what?

10:21:44   15               MR. HORTON:  Objection to form.

           16          Q.   Is it speculators in XRP or something

           17     else?  I understand --

           18               MR. HORTON:  Hold on.  I'm going

           19          to object to the question.  You've asked

10:21:52   20          him that question three or four times now.

           21          He's given you his answer.

           22          Q.   What is it speculators on?

           23               MR. HORTON:  No.  Asked and

           24          answered.

10:22:00   25          A.   XRP.
```

                                                                    81

```
10:22:01    1          Q.   Okay.  The last page so we can go on a
            2    break says "XRP Breakdown.  Founders 20 percent.
            3    Ripple Labs 80 percent."  And then it says "RL
            4    Equity 25.  Nonprofit distribution 55."
10:22:18    5              Do you agree with my understanding that
            6    25 and 55 sum up to 80?
            7          A.   Yes.
            8          Q.   Okay.  So do you know why there's a
            9    reference to RL Equity 25 percent here?
10:22:27   10                  MR. HORTON:  Objection to form.
           11          A.   No.  I don't -- I don't remember.  I
           12    don't remember.  I mean, I just -- again, I go
           13    back to context.  It's very early days.  I think
           14    we're trying to understand how all this works and
10:22:47   15    how we're thinking through it all.  So, I -- yeah.
           16    I don't think any of this is set in stone.
           17          Q.   Okay.
           18                  MR. TENREIRO:  Let's go off.  Go
           19             off the record, please.
10:22:56   20                  THE VIDEOGRAPHER:  Going off the
           21             record at 10:22 a.m. Eastern.
           22                  (Whereupon, a recess is taken.)
           23                  THE VIDEOGRAPHER:  We are back on
           24             the record at 10:37 a.m. Eastern.
10:38:06   25    BY MR. TENREIRO:
```

82

10:38:07 1    Q. Mr. Griffin, we were discussing, you

2 know, sort of the 2013 time frame.  I'm

3 paraphrasing an answer you gave me.  I'm not

4 saying exactly, but I think at some point, in

10:38:18 5 substance, you conveyed to me that you don't know

6 what Ripple, the company, was doing in 2013.  You

7 could speak for yourself, is that correct?

8    A. Yes.

9    Q. Who -- who -- who could speak to what

10:38:27 10 Ripple, the company, was doing in 2013?

11      MR. HORTON:  Objection to form.

12    A. I don't know.

13    Q. Is it -- is it Mr. Larsen only?

14      MR. HORTON:  Objection.

10:38:35 15      MS. COWAN:  Objection.

16    A. I don't know.

17    Q. Who knows?  Who would know the answer to

18 that question?

19      MR. HORTON:  Same objection.

10:38:39 20    A. I don't know.

21    Q. There were -- you know, we could go back

22 to the presentation, but I think you pointed out

23 to me there was a small number of people working

24 at -- at -- at Ripple at the time, right?

10:38:49 25    A. Yes.

83

10:38:49   1          Q.   But you're saying you cannot speak to --
           2    as one of its executive vice presidents, cannot
           3    tell me what Ripple, the company, was thinking or
           4    doing in 2013, is that correct?
10:38:58   5                    MR. HORTON:  Objection.
           6          A.   Right.  Ripple, I can't speak to what
           7    Ripple was thinking, Ripple, the company.  I think
           8    it was called OpenCoin at the time.
           9          Q.   Could you speak to what OpenCoin was
10:39:15  10    thinking?
          11                    MR. HORTON:  Same objection.
          12          A.   No.
          13          Q.   Could you speak to what OpenCoin was
          14    doing?
10:39:19  15          A.   No.
          16          Q.   Okay.  Is it fair to say that in 2013,
          17    one of the things you were doing on behalf of
          18    OpenCoin was, you know, trying to develop
          19    business?
10:39:35  20          A.   Yes.
          21          Q.   And that included, for example, you
          22    know, partnerships with third parties?
          23          A.   Yes.
          24          Q.   And that included, for example,
10:39:46  25    potentially selling XRP to third parties?

                                                               84

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

10:39:47  1                    MR. HORTON:  Objection to form.

       2        A.    I'm not sure.  Okay.  We're talking 2013

       3   time period?

       4        Q.    Yes.

10:39:55  5        A.    I think XRP -- I think the context is

       6   very important here.  At that point, I think XRP

       7   was fractions of fractions of pennies.  I don't

       8   know what the price was, but it was as close to

       9   zero as I think you can get.  And the -- the

10:40:11 10   market as measured by volume was -- I think it was

      11   trading in the hundreds of dollars a day, maybe

      12   thousands.  So there really wasn't -- there really

      13   wasn't any place to sell it even if we had wanted

      14   to sell it.  I don't -- I don't remember that

10:40:27 15   being something that we were focused on because

      16   there really wasn't an opportunity for it.  But

      17   I -- that's my memory.

      18        Q.    Separate of what -- separate from

      19   whether you were focused on it, is it -- is it one

10:40:39 20   of the things you might have attempted to do, sell

      21   XRP in 2013?

      22                    MR. HORTON:  Objection to form.

      23        Q.    Even if it was just once.

      24                    MR. HORTON:  Same objection.

10:40:46 25        A.    That was -- in 2013, I -- my

                                                                 85

| | | |
|---|---|---|
| 10:40:49 | 1 | recollection is that I was -- I was pretty focused |
| | 2 | on developing partnerships and trying to |
| | 3 | understand how the technology could be applied in |
| | 4 | the business context. |
| 10:41:00 | 5 | Q.   So let's do Exhibit 9. |
| | 6 | (Whereupon, exhibit is presented and |
| | 7 | marked SEC Griffin Exhibit PG-9 for |
| | 8 | identification.) |
| | 9 | MR. TENREIRO:  This is a one-page |
| 10:41:04 | 10 | e-mail with an attachment called "Ripple |
| | 11 | Primer."  I don't have a Bates.  It's the |
| | 12 | native version that was in the production. |
| | 13 | MS. COWAN:  Can you get us the |
| | 14 | Bates number? |
| 10:41:22 | 15 | MR. TENREIRO:  I probably can't. |
| | 16 | Not sitting here today.  I can get it to |
| | 17 | you after.  It's in the production -- |
| | 18 | MS. GRESSEL:  Is it Ripple |
| | 19 | production? |
| 10:41:28 | 20 | MR. TENREIRO:  No.  It's in the |
| | 21 | production, I believe, from ▮▮▮. |
| | 22 | MS. GRESSEL:  Oh.  And you have |
| | 23 | not reproduced -- |
| | 24 | MR. TENREIRO:  We have. |
| 10:41:32 | 25 | MS. GRESSEL:  -- it to us with |

86

```
10:41:34   1        the Bates ranges?  The SEC has been Bates

           2        stamping all of its production to us.

           3               MR. TENREIRO:  Right.  It's just

           4        that when I printed this one, it

10:41:40   5        printed -- the system printed the native,

           6        which did not have the Bates, as opposed

           7        to printing the image, which does have the

           8        Bates.  It's just how it was printed.

           9               MS. GRESSEL:  But you believe we

10:41:48  10        have a copy that has a Bates stamp from

          11        the SEC?

          12               MR. TENREIRO:  I'm as certain as

          13        I can be that you do, yes.

          14               MS. GRESSEL:  Okay.

10:42:13  15               MR. TENREIRO:  Jon tells me that

          16        it's RPLI_SEC 320778.  Although I'll just

          17        for the record note that what I gave the

          18        witness does not show that number.

          19               MS. COWAN:  I'm sorry, can you --

10:42:22  20               MR. TENREIRO:  320778.

          21               MS. COWAN:  So it is from the

          22        Ripple production, not from the --

          23               MR. TENREIRO:  Well, no.  The one

          24        I printed is not, but apparently it's also

10:42:33  25        in the Ripple production is what Jon just
```

87

10:42:36  1        found.  I printed one that is from the

       2        third party's production and that's why it

       3        printed without a Bates number.  Does that

       4        make sense?

10:43:08  5            MS. COWAN:  If you could also

       6        just get us a Bates number of the copy

       7        that you're using in the deposition.

       8            MR. TENREIRO:  Yeah.

       9            MS. COWAN:  That way we only made

10:43:15 10        any --

      11            MR. TENREIRO:  Yes.  It's ███████

      12        Ripple 3399.

      13            MS. GRESSEL:  You said ██████

      14        Ripple 3399?

10:43:58 15            MR. TENREIRO:  I think so.

      16            While the witness is reading,

      17        I'll just state again if I didn't for the

      18        record, this appears to be an e-mail from

      19        the witness to a number of people at

10:44:33 20        ███████████  and to at least two

      21        Ripple employees on or around October

      22        25th, 2013.

      23            (Pause)

      24            MS. GRESSEL:  Okay.  We're still

10:48:32 25        looking for this on our end, but in the

                                                    88

10:48:33  1          meantime, could you have someone from our

        2          team e-mail us the ███████ version of the

        3          submission?

        4                  MR. TENREIRO:  What Nicole

10:48:40  5          e-mailed should be the one --

        6                  MS. GRESSEL:  It's not.  The

        7          e-mail version isn't stamped either.

        8                  MR. TENREIRO:  No, the e-mail

        9          version is unstamped just like this one.

10:48:47 10          It's not stamped because it's the -- it's

       11          the original native document in color.

       12          The Bates stamped version is -- Jon, can

       13          you pull it maybe and go through that --

       14                  MS. GRESSEL:  Yeah.  I think it

10:48:56 15          would just be helpful.  Thank you.

       16                  MR. TENREIRO:  Okay.

       17  BY MR. TENREIRO:

       18      Q.   Mr. Griffin, having -- having reviewed

       19  the document, do you have any reason to believe

10:49:03 20  you did not send this document on or around

       21  October 25th, 2013?

       22      A.   No.

       23      Q.   And who is -- do you see the cc line

       24  includes ████████████████████.com?

10:49:14 25      A.   Yes.

                                                              89

```
10:49:15   1        Q.   Who is that?

           2        A.   He's the founder of ████████ and I

           3   think he went on to create █████████.

           4             THE REPORTER:  I can't hear you,

10:49:22   5    sir.

           6        A.   I think he went on to create ██████

           7   ██████████.

           8        Q.   What is or was ██████████ in 2013?

           9        A.   I don't -- I don't know.

10:49:32  10        Q.   Well, is -- what is █████████

          11   ████?

          12        A.   They're a digital currency business and

          13   I think they -- they have a range of offerings in

          14   the digital currency world.

10:49:45  15        Q.   What was the purpose of you sending this

          16   presentation to -- or this document, rather, to

          17   ███████ and others at his company?

          18             MR. HORTON:  Objection to form.

          19        A.   I don't remember what we were trying to

10:49:57  20   accomplish with this e-mail.

          21        Q.   Having spent some time reading through

          22   the document, do you have any reason to doubt the

          23   accuracy of its contents?

          24             MR. HORTON:  Objection to form.

10:50:09  25        A.   No.
```

90

10:50:10  1        Q.   Okay.  And you say -- in the cover page,
        2   you say "There are a few areas we can work
        3   together, but as a first step, we want to strike a
        4   deal that includes XRP."
10:50:24  5        Do you see that?
        6        A.   Yes.
        7        Q.   Does that refresh your memory as to
        8   whether, in 2013, on behalf of Ripple, you were
        9   looking for deals that might include sales of XRP?
10:50:38 10             THE REPORTER:  Repeat, please.
       11        Q.   Does that refresh your memory as to
       12   whether, in 2013, on behalf of Ripple, you worked
       13   to secure potential deals that included the sale
       14   of XRP?
10:50:41 15             MR. HORTON:  Objection to form.
       16        A.   I don't -- I don't remember.
       17        Q.   Do you have any reason to doubt that in
       18   2013, one of the things you might have been doing
       19   on behalf of Ripple included seeking to sell its
10:50:55 20   XRP?
       21             MR. HORTON:  Objection to form.
       22        A.   No.
       23        Q.   Okay.  On page 13 of the presentation,
       24   at the bottom it says "Users of the Ripple network
10:51:13 25   are not required to use XRP as a medium of

                                                        91

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

10:51:15  1   exchange or as a store of value."

        2        Do you see that?

        3     A.   I do.

        4     Q.   Is it fair to say around 2013, you know,

10:51:22  5   the XRP ledger or the Ripple consensus ledger, as

        6   it was known, one of the things people could

        7   potentially do on it was sort of exchange

        8   different assets on it?

        9     A.   Yes.

10:51:37 10     Q.   And is it fair to say that if people

      11   wanted to do that, they did not need to use XRP as

      12   a medium of exchange in connection with those

      13   types of transactions as reflected in this

      14   document?

10:51:49 15         MR. HORTON:  Objection to form.

      16     A.   Yes, with the caveat being that there

      17   was a security fee for -- to operate the network.

      18   So any change to the system required that -- that

      19   amount of -- an amount of XRP to be spent.

10:52:10 20     Q.   That de minimis amount of XRP drops was

      21   required and is required to -- for the consensus

      22   ledger to move forward, correct?

      23         MR. HORTON:  Objection to form.

      24     A.   Yes.

10:52:20 25     Q.   Beyond that, is it fair to say that the

92

| | | |
|---|---|---|
| 10:52:22 | 1 | Ripple network is currency agnostic as the |
| | 2 | document reflects? |
| | 3 | A.   So -- yes. |
| | 4 | Q.   And has that fact changed, as far as you |
| 10:52:34 | 5 | know, from 2013 to the present? |
| | 6 | A.   I don't -- I haven't checked in in three |
| | 7 | or four years.  I'm not totally sure where it's at |
| | 8 | today, but as far as I know. |
| | 9 | Q.   By the time you left, was that -- had |
| 10:52:45 | 10 | that changed? |
| | 11 | A.   No. |
| | 12 | Q.   Okay.  Let's go to page -- sorry -- 17. |
| | 13 | It says "About:  Ripple Labs Inc." |
| | 14 | Do you see that? |
| 10:53:00 | 15 | A.   I do. |
| | 16 | Q.   And the next page the, you know, |
| | 17 | contacts are you and Mr. Rapoport? |
| | 18 | A.   Yes. |
| | 19 | Q.   Any recollection as to who drafted this |
| 10:53:07 | 20 | document? |
| | 21 | MR. HORTON:  Objection. |
| | 22 | A.   I don't know who was involved entirely. |
| | 23 | I -- I certainly looked at it in its draft form |
| | 24 | and I know Phil was involved in the drafting of |
| 10:53:20 | 25 | it, too. |

93

10:53:21  1       Q.   Is it fair to say that you and

2    Mr. Rapoport were involved in the preparation of

3    these sorts of documents that we're looking at?

4                 MR. HORTON:   Objection.

10:53:27  5       Q.   Like Exhibit 9.

6                 MR. HORTON:   Objection to form.

7         A.   I can only remember what's directly in

8    front of me because it is.   So we -- we did -- we

9    did -- we were involved -- involved in the

10:53:35 10   drafting of this document.

11        Q.   Okay.   And sitting here today, you don't

12   recall if others might have been involved in the

13   drafting of the document?

14        A.   I don't -- I don't recall.

10:53:44 15       Q.   Okay.   The document says "Ripple Labs is

16   the creator of Ripple."

17             Do you see that?

18        A.   I do.

19        Q.   "Ripple Labs" there is a reference to

10:53:52 20   the company, is that correct?

21                MR. HORTON:   Objection to form.

22        A.   Ripple Labs is -- yes.

23        Q.   And --

24        A.   That's right.

10:54:02 25       Q.   And Ripple is a reference to the Ripple

94

10:54:06   1    consensus ledger, correct?

2         A.    I'm not a hundred percent sure.

3         Q.    Then it -- well, it follows by saying

4    "We developed the protocol and its distributed

10:54:14   5    payment network, and we now work to support and

6    promote its growth."

7         A.    Right.

8         Q.    Do you see that?  Do you see that?

9         A.    I do see that.

10:54:21  10        Q.    Okay.  Is that a reference to the Ripple

11    protocol?

12              MR. HORTON:  Objection to form.

13        A.    I -- just one point of -- of

14    clarification I would want to make on this, which

10:54:37  15    is, you know, the technology was very complicated

16    to explain, which is why I think that this primer

17    was probably drafted in the first place.  And in

18    explaining it, you know, to -- to outsiders, I

19    think sometimes we would just -- in crea -- in

10:55:01  20    trying to explain the relationships of Ripple and

21    the technology versus the founders of the

22    technology, you sort of go a long way to not get

23    very much out of it and try to div -- to sort out

24    all of these nuances about Ripple Inc. being -- or

10:55:18  25    Ripple Labs creating Ripple or the founders of

95

```
10:55:20   1    technology creating Ripple.  To an outsider

           2    reading it, trying to understand what it is,

           3    it's just -- it's a detail that gets lost.

           4             So I don't know if this is a conscious

10:55:29   5    decision or what was going on here to explain

           6    that, but I do -- I do see it.  I don't believe

           7    it's accurate.  But, yeah.

           8        Q.   Why is it not accurate?

           9        A.   As far as I know, Ripple, the

10:55:44  10    technology, was -- was being worked on prior to

          11    the creation of the company.

          12        Q.   And that's -- you're saying that's a

          13    detail that sometimes was a nuance that you didn't

          14    necessarily always explain?

10:55:53  15             MR. HORTON:  Objection to form.

          16        A.   No, I didn't say that.  I just --

          17    it's -- it was a nuance that I think was not

          18    necessarily relevant in a business conversation.

          19    So, like, for example, we talked about that

10:56:06  20    ██████████ discussion.  I don't think we could

          21    ever get to a level of detail where they would

          22    have had a question about something like that.

          23        Q.   And were -- were there ever contexts

          24    later in time after 2013 where that sort of level

10:56:17  25    of detail was something you did want to discuss?
```

10:56:19  1                    MR. HORTON:  Objection to form.

          2          A.   I don't remember.

          3          Q.   Did there come a time while you were

          4     working at Ripple where Ripple made efforts to

10:56:28  5     make statements about, you know, the sequencing in

          6     time about, you know, the creation of the ledger

          7     versus the creation of the company?

          8                    MR. HORTON:  Objection to form.

          9          A.   It wasn't something that we really spent

10:56:38 10     a lot of time thinking about or focused on.

         11          Q.   But my question was, did there come a

         12     time when you were working at the company where

         13     Ripple made efforts to make statements about the

         14     sequencing in time of the creation of the ledger

10:56:49 15     versus the creation of the company?

         16                    MR. HORTON:  Objection to form;

         17          asked and answered.

         18          A.   I don't -- I don't remember.  I don't...

         19          Q.   Okay.  Further down it says "Ripple Labs

10:57:01 20     hopes to make money from XRP if the world finds

         21     the Ripple network useful and broadly adopts the

         22     protocol."

         23               Do you see that?

         24          A.   I do.

10:57:07 25          Q.   Was that statement accurate as of 2013?

                                                                    97

10:57:09   1                    MR. HORTON:  Objection to form.

           2         A.    I can't speak to Ripple Labs, but it

           3   looks accurate.

           4         Q.    Well, to the extent that you and

10:57:19   5   Mr. Rapoport put a statement that you then

           6   distributed outside of Ripple, what work, if any,

           7   did you do to make sure that this was an accurate

           8   representation of Ripple's hopes in 2013?

           9                    MR. HORTON:  Objection to form.

10:57:35  10         A.    Can you ask that again, please?

          11         Q.    To the extent that you and Mr. Rapoport

          12   put a statement in this document that you then

          13   distributed outside of Ripple, what work, if any,

          14   did you do to make sure that this was an accurate

10:57:44  15   representation of Ripple's hopes in 2013?

          16                    MR. HORTON:  Same objection.

          17         A.    I -- I don't even remember drafting

          18   this, so I can't speak to the process of drafting

          19   it.

10:57:55  20         Q.    Generally speaking, outside of the

          21   context of this document, to the extent that you

          22   wanted to understand what Ripple's hopes were

          23   before you made representations to the outside

          24   world about Ripple's hopes in 2013, did you speak

10:58:06  25   to, for example, Mr. Larsen about Ripple's hopes

                                                              98

10:58:08   1    at the time?

2             MR. HORTON:  Objection to form.

3       A.   I would have spoken -- the -- so 2013 is

4    the first time -- first -- my first year at the

10:58:18   5    company.  It took several months to get -- get up

6    to speed on -- on all of this.  I would have

7    talked to different people at different points

8    along that journey.

9       Q.   Okay.  Who were the people along the

10:58:30 10   different points?

11       A.   Well, I would have talked to, for

12   example, Arthur Britto and David Schwartz to get a

13   better understanding of how the technology works.

14   And I would have talked to Chris Larsen about

10:58:48 15   different business partnership ideas, potential

16   investors in Ripple Inc.  It's -- it's a long time

17   ago.  I don't remember what the shape or color of

18   the conversation was --

19       Q.   To the --

10:59:05 20       A.   -- in 2013.

21       Q.   To the extent you wished to gain any

22   understanding about Ripple's hopes about how it

23   was going to make money, who would that

24   conversation have been with --

10:59:15 25             MR. HORTON:  Objection to form.

99

10:59:15  1       Q.   -- in 2013?

       2       A.   It could have been with any -- any of

       3  those people that I just mentioned.

       4       Q.   Britto, Schwartz, and Larsen?

10:59:26  5       A.   Yeah.  Yes.

       6       Q.   Anyone else?

       7       A.   Well, certainly Jed McCaleb as well.

       8       Q.   Okay.  Anyone else?

       9       A.   No.

10:59:34 10       Q.   The next paragraph begins with "100

      11  billion XRP was created with the Ripple protocol."

      12            Do you see that?

      13       A.   Yes.

      14       Q.   Is it true?

10:59:45 15            MR. HORTON:  Objection to form.

      16       A.   I believe so.

      17       Q.   Ripple -- then it says "Ripple Labs

      18  plans to gift 55 billion XRP to charitable

      19  organizations, users, and strategic partners in

10:59:58 20  the ecosystem over time."

      21            Do you see that?

      22       A.   I do.

      23       Q.   As far as you know, was that an accurate

      24  representation of Ripple's then-current plans with

11:00:06 25  respect to XRP?

                                                          100

11:00:08  1                    MR. HORTON:  Objection to form.

          2                    You can answer.

          3          A.   Yes.

          4          Q.   Okay.  Then it says "The company will

11:00:15  5   retain a portion with the hope of creating a

          6   robust and liquid marketplace in order to monetize

          7   its only asset sometime in the future."

          8                    Do you see that?

          9          A.   I do.

11:00:24 10          Q.   As far as you know, is that an accurate

         11   statement of Ripple's plans, then-current plans?

         12                    MR. HORTON:  Objection to form.

         13          A.   Yes.  I think Ripple hoped it could

         14   benefit from an increase of liquidity around XRP

11:00:44 15   and in turn the asset that it held.  And, again,

         16   for context, the market around XRP at that time

         17   was next to -- next to zero.  Volume and price,

         18   virtually nothing.

         19          Q.   All right.  The bottom says "The Ripple

11:00:58 20   protocol is in its infancy."

         21                    Do you see that?

         22          A.   I do.

         23          Q.   Is that true as of October 2013, that

         24   the Ripple protocol was in its infancy?

11:01:08 25                    MR. HORTON:  Objection to form.

                                                             101

```
11:01:09   1        A.    It sounds right.
           2        Q.    Then I'm going to skip a sentence and
           3   then the next sentence says "At Ripple Labs, we
           4   are working on many exciting new applications and
11:01:18   5   the utility of the Ripple network will only grow."
           6        Is that statement true as of October of
           7   2013?
           8            MR. HORTON:  Objection to form.
           9        A.    Sounds -- sounds accurate.
11:01:27  10        Q.    Okay.  One second.
          11            MS. COWAN:  Jorge, could I ask
          12         that you just slow down a little bit in
          13         asking the question?  Because as I said
          14         before, I'm having trouble following.
11:01:41  15            MR. TENREIRO:  I will continue to
          16         try my best.
          17            MS. COWAN:  I appreciate that.
          18         Thank you.
          19            THE REPORTER:  Thank you.
11:01:49  20   BY MR. TENREIRO:
          21        Q.    Mr. Griffin, when you started working at
          22   Ripple, what was the market for XRP like?  You
          23   touched upon it a little bit, but I'd like to talk
          24   a little bit more about that.
11:02:00  25        A.    Okay.
```

                                                                    102

11:02:00  1            MR. HORTON:  Objection to form.

         2            You can answer.

         3      A.   I recall that the market was very small.

         4 I don't recall there was very much of a market.

11:02:12  5      Q.   So -- and you're measuring that by

         6 volume?

         7      A.   By volume and price and everything.  I

         8 don't -- I don't think that there was -- I think

         9 it was sort of aspirational at best that there

11:02:23 10 would ever be a market around XRP.

        11      Q.   Aspirational by whom?

        12      A.   By the founders of the company, by me.

        13      Q.   When were you granted your XRP, by the

        14 way?

11:02:36 15            THE REPORTER:  When were you?

        16      Q.   Granted your XRP?

        17            MR. HORTON:  Objection to form.

        18      A.   I received a grant -- when was I

        19 granted?  I think in 2017.

11:02:44 20      Q.   And I think you said, again, roughly in

        21 2013, maybe the daily volume was in the hundreds

        22 or literally a hundred or a thousand dollars of

        23 XRP?

        24      A.   I don't know the exact number, but

11:02:59 25 that -- that sounds directionally correct.

                                                        103

11:03:03  1          Q.    And -- and the price roughly fractions
         2    of pennies?
         3          A.    Yes, that's what I recall.
         4          Q.    Okay.  And there were a hundred billion
11:03:14  5    units of XRP created, is that correct?
         6                MR. HORTON:  Objection to form.
         7          A.    That's correct.
         8          Q.    Some small amounts are burned for the
         9    operation of the ledger, is that correct?  Was
11:03:26 10    that your understanding in 2013?
        11          A.    Yes.
        12          Q.    At the -- at the price and volume for
        13    XRP in 2013, could that market support
        14    cross-border payments by someone like MoneyGram?
11:03:43 15                MR. HORTON:  Objection to form.
        16          A.    In -- in 2013?
        17          Q.    Yes.
        18          A.    I'm sorry, is the question about the
        19    market dynamics around XRP or --
11:03:53 20          Q.    Yeah.  So the question just was at that
        21    price and volume for XRP in 2013, for the order of
        22    magnitude for those variables.
        23          A.    Okay.
        24                MR. HORTON:  Objection to form.
11:04:04 25                You can answer.

                                                              104

11:04:05  1          A.    Sorry, it's just not a straightforward
          2     question to answer because presumably if there is
          3     a -- the more utilization that maybe is going
          4     across the system, you know, I think that -- I
11:04:17  5     think the theory goes at that time was that the
          6     more volume in price that would -- would accrue to
          7     the system, to XRP.  And so, yeah, I think -- I
          8     think so.  I think the answer is yes.
          9          Q.    So --
11:04:32 10          A.    So not 100 percent of all MoneyGram's
         11     volume on, like -- like, you know, at the snap of
         12     a finger, probably not, but I think there -- there
         13     was a pathway to make that work.
         14          Q.    There was a pathway to make it work in
11:04:44 15     2013?
         16          A.    Possibly.
         17          Q.    Okay.  And if that -- if that pathway
         18     worked, the theory goes -- or at the time was that
         19     more volume and price would accrue to the system?
11:04:58 20          A.    Yes.
         21                MR. HORTON:  Objection to form.
         22          Q.    As far as you know, did Ripple sell XRP
         23     for cross-border payments in 2013?
         24          A.    Not that I know of.
11:05:09 25          Q.    Okay.  Did Ripple take steps starting in

                                                                    105

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

11:05:15   1    2013 to increase the amount of trading in the XRP

2    market?

3                    MR. HORTON:  Objection to form.

4         A.   I don't -- I don't recall.

11:05:28   5         Q.   Did Ripple take steps starting in 2013

6    that increased the amount of trading in the XRP

7    market?

8                    MR. HORTON:  Objection to form.

9         A.   No.

11:05:39  10         Q.   Well, did Ripple sell any XRP in 2013?

11                   MR. HORTON:  Objection.

12        A.   I don't remember.

13        Q.   Okay.

14                   MR. TENREIRO:  Let's look at

11:05:46  15        Exhibit 10 real quick.

16                   (Whereupon, exhibit is presented

17             and marked SEC Griffin Exhibit PG-10 for

18             identification.)

19    BY MR. TENREIRO:

11:06:00  20        Q.   So Exhibit 10 is a text message.  The

21    Bates is Larsen SEC Lit 3489.

22        A.   Okay.

23        Q.   Any reason to believe that you did not

24    send Mr. Larsen this message on or around November

11:06:27  25    the 3rd of 2013?

106

| | | |
|---|---|---|
| 11:06:33 | 1 | MS. COWAN:  Objection to form. |
| | 2 | A.   No. |
| | 3 | Q.   It refers to a charity here in New York. |
| | 4 | Do you see that? |
| 11:06:39 | 5 | A.   I do. |
| | 6 | Q.   What charity was that? |
| | 7 | MR. HORTON:  Objection to form. |
| | 8 | MS. COWAN:  Object to the form. |
| | 9 | A.   I can't remember the name of the |
| 11:06:50 | 10 | charity. ███████████████. |
| | 11 | Q.   Did -- at the end, it says "████████ to |
| | 12 | have this ability at their event." |
| | 13 | A.   Okay. |
| | 14 | Q.   Did you -- did Ripple provide ████████ |
| 11:07:03 | 15 | ███████████ ███████████ XRP? |
| | 16 | MR. HORTON:  Objection to form. |
| | 17 | A.   I don't remember what the amount was. |
| | 18 | Q.   Well, did Ripple provide any XRP to this |
| | 19 | charity? |
| 11:07:10 | 20 | A.   Yes.  Ripple made a donation of XRP to |
| | 21 | the charity. |
| | 22 | MR. WARD:  I couldn't get my |
| | 23 | objection in.  Objection. |
| | 24 | Q.   The reference to "Phil has buyers |
| 11:07:19 | 25 | interested in buying XRP," do you see that? |

107

11:07:23   1        A.   Yes.

2        Q.   Is that separate -- so different from

3   the charity; buyers are one group of people and

4   the charity is something else?

11:07:33   5             MR. HORTON:   Objection to form.

6        A.   It sounds -- it looks that way, but I

7   can't speak to what -- what exactly that means.

8        Q.   Does this refresh your memory as to

9   whether Ripple sold XRP in 2013?

11:07:46  10        A.   No.

11        Q.   Okay.   You say "They are a high-profile

12   organization with market-maker community."

13             Why would you highlight that --

14   highlight that in your text to Mr. Larsen?

11:08:02  15             MR. HORTON:   Objection to form.

16        A.   I can't remember a text message from

17   2013.

18        Q.   Did -- is one of the things you were

19   doing on behalf of Ripple in 2013 trying to

11:08:15  20   identify ways in which you could increase the size

21   of the XRP market?

22             MR. HORTON:   Objection to form.

23        A.   Yes.

24        Q.   And what were the other steps -- any

11:08:30  25   other steps you might have taken to do that?

108

11:08:31  1                    MR. HORTON:  Objection to form.

        2        A.   We may have talked to trading firms

        3   about cryptocurrency.  That's kind of the activity

        4   I have a recollection of doing at that time.

11:08:48  5        Q.   Why did -- well, did Mr. Larsen want to

        6   identify ways in which you could increase the size

        7   of the XRP markets in 2013?

        8                    MR. HORTON:  Objection to form.

        9                    MR. WARD:  Objection to form.

11:09:02 10        A.   I don't know what Chris was focused on.

       11        Q.   Did Ripple want to do that?

       12                    MR. HORTON:  Objection to form.

       13        A.   Same answer.

       14        Q.   So you can --

11:09:12 15                    THE REPORTER:  I didn't hear

       16         that answer.

       17        A.   Same answer.

       18        Q.   Did you want to do that?

       19        A.   Increase the market for XRP?  Yes.

11:09:18 20        Q.   As part of your work for Ripple?

       21        A.   Yes.

       22        Q.   Do you recall if anyone directed you to

       23   do that or this is just something you wanted to do

       24   on your own?

11:09:27 25                    MR. WARD:  Objection to form.

                                                            109

11:09:29  1        A.   I can't -- I don't know how that came

          2   about.

          3        Q.   Okay.  Why did you want to do that?

          4             MR. WARD:  Objection to form.

11:09:43  5             MR. TENREIRO:  What's your

          6        objection?  What's the objection?

          7             MR. WARD:  What's the objection?

          8             MR. TENREIRO:  Yes.

          9             MR. WARD:  I think the witness

11:09:48 10        just testified unless I'm

         11        misunderstanding that he didn't remember.

         12        So I'm not sure how he could remember

         13        why.

         14             MR. TENREIRO:  He remembered --

11:09:55 15        okay.

         16   BY MR. TENREIRO:

         17        Q.   Please answer it.

         18        A.   Please ask the question again.

         19        Q.   Why did you want to do this?

11:10:07 20        A.   To help develop an ecosystem around XRP,

         21   around cryptocurrency.

         22        Q.   And why did you want to do that?

         23        A.   Well, I think if you go -- I believe we

         24   made reference to the previous document that spoke

11:10:21 25   at length about the bridge protocol and how -- how

                                                              110

11:10:23  1    XRP could be utilized to facilitate

2    cross-currency, cross-asset transactions.  To the

3    extent that that idea is possible, it requires

4    there to be a healthy and robust market of trading

11:10:37  5    price discovery for XRP and that requires market

6    participants like market makers to be actively in

7    the system buying and selling and making markets

8    for -- against XRP.

9              So that was kind of part of the -- the

11:10:50 10    value proposition for the whole technology.

11    That -- that's why I was focused on it.

12         Q.   The value proposition for the whole

13    technology, when you say "technology," are you

14    talking about Ripple's technology?

11:11:04 15              MR. HORTON:  Objection to form.

16         A.   I'm talking about the open-source

17    technology, the Ripple consensus ledger, which I

18    think is what it was called in 2013.

19         Q.   Okay.  And so the value proposition was

11:11:14 20    that there be a healthy and robust market of

21    trading price discovery?  Was that part of the

22    value proposition?

23         A.   The value --

24              MR. HORTON:  Objection to form.

11:11:23 25              You can answer.

111

11:11:24   1       A.   The value proposition was to facilitate

       2   seamless transactions from one currency or one

       3   system to another system.  And the more liquid XRP

       4   was within this technology, within this protocol,

11:11:42   5   the more seamless those transactions could occur

       6   both in terms of speed and cost.

       7       Q.   Is it fair to say that throughout your

       8   employment at Ripple, you took steps to increase

       9   the liquidity of the XRP market?

11:11:57  10             MR. HORTON:  Objection to form.

      11       A.   What I -- what I remember in my time at

      12   Ripple is that whatever steps I took, there was no

      13   direct linear cause and effect of anything that I

      14   did to impact -- or anything that we did to impact

11:12:15  15   the market around XRP.

      16       Q.   My question was, is it fair to say that

      17   throughout your employment at Ripple, you took

      18   steps with the hope of increasing the liquidity of

      19   the XRP market?

11:12:28  20             MR. HORTON:  Objection to form.

      21       A.   I -- I don't know what my hope was in

      22   2013.

      23       Q.   Throughout your employment at Ripple,

      24   Mr. Griffin.

11:12:34  25             MR. HORTON:  Same objection.

                                                              112

11:12:38   1      A.    To increase the liquidity around XRP?

        2   Yes.

        3      Q.    Is it fair to say that throughout your

        4   employment at Ripple, others at Ripple took steps

11:12:45   5   with the hope of increasing the liquidity of the

        6   XRP market?

        7            MR. HORTON:   Objection to form.

        8      A.    I can't -- yes.   Yes.

        9      Q.    Is it fair to say that throughout your

11:12:57 10   employment at Ripple, you understood that one of

     11   the company's goals was to create a use for the --

     12   you know, for XRP as a facilitator of

     13   asset-to-asset transactions?

     14            MR. HORTON:   Objection to form.

11:13:18 15      A.    Yes.

     16      Q.    Okay.   Now, earlier we talked about the

     17   hypothetical MoneyGram transaction in 2013.   I

     18   think you said -- I'm going to paraphrase very

     19   generally what you said -- but I think the

11:13:27 20   conversation was something along the lines of it

     21   could have been done in 2013 that you transferred,

     22   you know, from -- value from one asset to another

     23   using the XRP.

     24         Is that fair to say, that that was

11:13:40 25   theoretically possible in 2013?

                                                       113

```
11:13:42   1              MR. HORTON:  Jorge, I'm going to
           2         object to you rephrasing his prior
           3         testimony and asking him to affirm it.
           4         Can you just ask him a question about what
11:13:49   5         he thought in 2013?
           6              MR. TENREIRO:  Yeah.
           7    BY MR. TENREIRO:
           8         Q.   In 2013, you know, could MoneyGram
           9    effect cross-border payments with XRP as the
11:13:55  10    bridge currency?
          11              MR. HORTON:  Objection; asked and
          12         answered.
          13         A.   Yes.
          14         Q.   Okay.  And -- but MoneyGram did not do
11:14:04  15    that in 2013 --
          16              MR. HORTON:  Objection.
          17         Q.   -- is that correct?
          18              MR. HORTON:  Objection to form.
          19         A.   I don't know.
11:14:08  20         Q.   As far as you know, did MoneyGram do
          21    that in 2013?
          22         A.   No.
          23         Q.   Okay.  And in order for, you know, any
          24    company -- I'm using MoneyGram simply as a
11:14:17  25    hypothetical, but in order for any company to
```

                                                            114

11:14:20   1    effect transfers of values in XRP, one

          2    prerequisite -- in a systematic fashion, one

          3    prerequisite was a market for XRP that had higher

          4    volume and higher price than what you had in 2013,

11:14:33   5    correct?

          6              MR. HORTON:  Object.  Objection

          7         to form.

          8         A.   Well, in fact, to use the system,

          9    there's no requirement to use the XRP.  So I think

11:14:41  10    the -- a lot -- the starting place for some of the

         11    conversations we had with payment companies was

         12    more about fiat-to-fiat transfers, so euros to

         13    dollars or rupee to pounds or whatever the

         14    conversation was.

11:15:00  15              And the idea was that if the

         16    technology -- if the volume started moving across

         17    the system and there's a proliferation of

         18    endpoints on the network, that the technology

         19    that's needed within it could start to be utilized

11:15:14  20    without any -- any push.  It's just that -- that

         21    there's sort of the native aspects of the XRP

         22    would stand on its own.

         23         Q.   Right.

         24              And so I understand that to use the

11:15:28  25    system, there's no requirement to use XRP.  I got

                                                             115

11:15:30  1    that part.

        2            But my question was, if someone did want

        3    to use XRP for these sort of transactions, is it

        4    fair to say that -- in any system, if they were

11:15:40  5    going to use it in any systematic fashion as

        6    opposed to theoretically, is it fair to say that

        7    you needed higher volume for XRP trading than you

        8    had in 2013?

        9            MR. HORTON:  Objection to form.

11:15:50 10    A.   No.

        11    Q.   Why not?

        12    A.   XRP could be transferred directly from

        13    one point to another without any volume.

        14    Q.   Transferred from one point to another?

11:15:59 15    A.   Without any trading volume or activity.

        16    Just like bitcoin is traded across the bitcoin

        17    blockchain.  There's no exchange within bitcoin

        18    and you can just transfer bitcoins around.  And

        19    the same is true of XRP.

11:16:09 20    Q.   And did that occur in 2013?

        21            MR. HORTON:  Objection.

        22    A.   I don't know.

        23    Q.   Okay.  Did Ripple sell any XRP so that

        24    that could occur in 2013?

11:16:18 25            MR. HORTON:  Objection to form.

                                                            116

```
11:16:19   1              A.    I don't know.
           2              Q.    As part of your work for Ripple with
           3      respect to hoping to increase the trading in the
           4      XRP market, was one of the things that Ripple did
11:16:31   5      was give away XRP?
           6                    MR. HORTON:  Objection to form.
           7              A.    Yes.
           8              Q.    And for what purpose?  Just to be clear,
           9      did Ripple give away XRP?
11:16:42  10                    MR. HORTON:  Objection to form.
          11              A.    I think, again, just to gen -- to create
          12      and help to create more liquidity around XRP.
          13              Q.    And just to be clear, the reason to --
          14      to create -- help create more liquidity around XRP
11:16:57  15      was what?
          16              A.    Okay.  The more liquidity around XRP,
          17      the more useful the network was for any
          18      participant.  So there's a payment network using
          19      the system and there's cheap spreads that can be
11:17:11  20      facilitated through XRP to any other endpoint.  It
          21      just means that any sort of business can utilize
          22      the system without having to have, you know, a
          23      complicated web of direct pairings but instead
          24      could just go through the XRP, which is native to
11:17:32  25      the system.  So it just sort streamlines the --
```

117

11:17:35  1    the operation of cross asset or cross currency

        2    flows.

        3        Q.    Is it fair to say throughout your --

        4    throughout your employment at Ripple, Ripple

11:17:46  5    desired to make the network more useful?

        6                MR. HORTON:  Objection -- sorry.

        7         Objection to form.

        8        A.    I desired to make the -- the network

        9    more useful.

11:17:59 10        Q.    Were there others at Ripple that shared

       11    that desire, as far as you know, based on your --

       12        A.    I can't --

       13        Q.    -- conversations with your coworkers?

       14        A.    You're asking me to speak to others and

11:18:07 15    I can't speak for other people.

       16        Q.    Do you have any reason to believe that

       17    your desire was contrary to the company's desire?

       18                MR. HORTON:  Objection to form.

       19        A.    No.

11:18:16 20        Q.    Okay.

       21                MR. TENREIRO:  Let's look at

       22         Exhibit 8, please.

       23                (Whereupon, exhibit is presented

       24         and marked SEC Griffin Exhibit PG-8 for

11:18:18 25         identification.)

                                                              118

11:18:19  1    BY MR. TENREIRO:
        2         Q.    So this is a one-page document, RPLI_SEC
        3    331323.
        4              Mr. Griffin, do you see this document
11:19:18  5    appears to reference a give-away program?
        6         A.    Okay.  I do see that.
        7         Q.    Is that give-away program with respect
        8    to XRP?  Is that fair?
        9                   MR. HORTON:  Objection.
11:19:26 10        Objection to form.
       11         A.    I have no idea.  I don't see the
       12    document that this is referring to.
       13         Q.    Do you see your comment where you say "I
       14    like giving XRP to the poor because they don't
11:19:38 15    want it"?
       16         A.    I do see that.
       17         Q.    Okay.  So does that -- just reading this
       18    edit page today, does that refresh your memory as
       19    to whether the give-away program that you're
11:19:46 20    discussing is a give-away program with respect to
       21    XRP?
       22         A.    No --
       23                   MR. HORTON:  Objection to form.
       24                   You can answer.
11:19:51 25        A.    There's no way I can answer this because

                                                              119

11:19:53   1    it's -- this is a comment on a document, on a

2    Google document.  I don't know what the document

3    is that it's referring to.  I have zero context

4    about what this is about.

11:20:03   5         Q.   Was there any other give-away program at

6    Ripple in 2013 other than with respect to XRP?

7              MR. HORTON:  Objection.

8         A.   No.

9         Q.   Okay.  Why did you say you liked giving

11:20:13  10    XRP to the poor because they don't want it?

11             MR. HORTON:  Objection.

12        A.   Same answer I'd give -- which I just

13    gave.  This is referring to a document and it's a

14    collaborative document, it appears, where there's

11:20:22  15    other people in the document.  The document's

16    being changed.  I don't know what the underlying

17    document is.  I can't speak to the comment.

18        Q.   Well, it's your comment, right, as far

19    as what this document reflects?

11:20:33  20        A.   Yes.

21        Q.   Okay.  Then you say "they don't want it,

22    will spend it and buy things they need with it,

23    and then market makers who do want it will buy it

24    on the cheap, plus, we are able to circulate the

11:20:46  25    currency, kind of a win-win all around."

120

11:20:48   1                    Do you see all of that?

           2          A.   I do.

           3          Q.   Okay.  Was circulating the currency a

           4   reference to circulating XRP?

11:20:56   5                    MR. HORTON:  Objection to form.

           6          A.   Again, you're -- you're asking me to com

           7   -- to comment on a comment from a document in

           8   2013.  Is it in 2013?  2013.  I don't -- I

           9   remember working in these Google Docs.  It's

11:21:14  10   constantly changing.  I don't know how many other

          11   people were in this document.  I don't know what

          12   the purpose of this document was.

          13                    Sitting here today, I don't remember

          14   even the give-away program and I -- let alone the

11:21:26  15   document, let alone the comment that begins the

          16   document, all the changes that were happening in

          17   the document.  I -- I don't really have a comment

          18   on this.

          19          Q.   Were there other currencies that Ripple

11:21:35  20   was circulating in 2013 other than XRP?

          21                    MR. HORTON:  Objection to form.

          22          A.   I don't -- I don't know.

          23          Q.   Okay.  Was one of the goals of Ripple's

          24   XRP give-away programs was to give it to people

11:21:49  25   who would then, you know, transfer it in some

                                                                 121

```
11:21:53   1    other way going forward?
           2              MR. HORTON:  Objection to form
           3         and lack of foundation.
           4         A.   I don't know.
11:22:00   5         Q.   Below you say ""For consumers, we need
           6    an easy way to redeem XRP."
           7              MR. HORTON:  Objection.  I don't
           8         think it's clear that that's his comment.
           9              MR. TENREIRO:  Well, fair enough.
11:22:11  10         Q.   It says "For consumers, we need an easy
          11    way to redeem XRP," and then it says "True."
          12         Do you see that?
          13         A.   Okay.  Yes.
          14         Q.   What does "redeem XRP" mean?
11:22:21  15              MR. HORTON:  Objection to --
          16         objection to form; lack of foundation.
          17         A.   I don't know what the comment -- I don't
          18    know if this is my comment or somebody else's
          19    comment.  And I don't know.  I have no idea what
11:22:29  20    that means.
          21         Q.   Okay.
          22              MR. TENREIRO:  Let's look at
          23         Exhibit 11, please.
          24              (Whereupon, exhibit is presented
11:22:33  25         and marked SEC Griffin Exhibit PG-11 for
```

122

```
11:22:33   1            identification.)

           2                   MR. TENREIRO:  This is a two-page

           3            text thread.  It has no Bates and I think

           4            that's because that was how it was

11:22:49   5            produced to us.  You have a copy.

           6                   MS. COWAN:  Who produced this to

           7            you?

           8                   MR. TENREIRO:  One of either

           9            Larsen or Griffin.  I only get these the

11:23:06  10            night before the depo.

          11                   MR. HORTON:  Well, I just -- in

          12            view of that comment, Jorge, I'll just

          13            represent that our productions are Bates

          14            stamped, so this doesn't appear to be from

11:23:15  15            our production.

          16                   MR. TENREIRO:  Right.  And I'll

          17            represent to you that when we get

          18            production at midnight, 24 hours before a

          19            deposition, we have to look at native

11:23:23  20            files which are not actually Bates

          21            stamped.  The images are.  I'm just

          22            explaining to her why it was not Bates

          23            stamped.

          24                   MR. HORTON:  That's -- that's

11:23:28  25            fine.  It wasn't my intention to talk
```

                                                              123

```
11:23:30   1            about this on the record.  You brought it
           2            up.  The reason you're getting productions
           3            when you're getting productions is when
           4            the subpoenas go out.  I don't think we
11:23:35   5            should waste time on this.
           6                    MR. TENREIRO:  I agree.
           7    BY MR. TENREIRO:
           8        Q.   Do you have any reason to doubt that you
           9    sent these messages to Mr. Larsen, Mr. Griffin?
11:23:42  10        A.   No.
          11        Q.   The first page references "We need to
          12    talk about" XR spee -- "XRP spend through yhr
          13    card." I don't know, do you know what "yhr" means?
          14        A.   No.
11:23:55  15        Q.   Maybe it's a typo for the card?
          16                    MR. HORTON:  Objection to form.
          17        Q.   Is that fair?
          18        A.   I have no idea what that is.
          19        Q.   Okay.  You don't know what --
11:24:01  20        A.   I can't venture a guess as to what that
          21    means.
          22        Q.   You do -- do you have any recollection
          23    at all about the ability to spend XRP with a card?
          24        A.   Yes.
11:24:10  25        Q.   Okay.  So what -- is that a reference to
```

124

11:24:12  1   that?

2       A.   Well, I don't know what yhr is.  Is

3   that -- is that your question?

4       Q.   No.

11:24:18  5           MR. WARD:  I wasn't able -- I

6       was just going to object to the form

7       there.  I just couldn't get it in before

8       the answer started.

9           MR. TENREIRO:  Yeah.

11:24:24 10           MR. HORTON:  Jorge, if we could

11       just try to keep the pace a little slower

12       so that we can interject our objections

13       appropriately, he can hear your questions

14       and answer them --

11:24:32 15           MR. TENREIRO:  I think you're --

16       you're interposing your objections even

17       before I finish my questions.  In some

18       cases, it's fine.  Let's keep going.

19           MR. HORTON:  The reason for that

11:24:38 20       is that many of your questions have had

21       more than one question in one.  So when

22       you reach a question mark, I object to the

23       question.  If you're going to do a second

24       question at the same time, it may come

11:24:45 25       before that.  I think if you slow down,

125

```
11:24:45   1            that will happen less.
           2                    THE REPORTER:  If everybody
           3            could slow down, that would be better for
           4            the record.
11:24:52   5   BY MR. TENREIRO:
           6        Q.   Mr. Griffin, what is your memory of the
           7   ability to spend XRP on a card?
           8        A.   Is that we piloted -- I think that we --
           9   we created a pilot of a card and the pilot
11:25:07  10   being -- I think we created, like, a handful,
          11   maybe five or six credit cards.  They were
          12   actually debit cards as I -- as I recall that
          13   could be spent through traditional credit card
          14   rails, meaning ██████████ and ██████, wherein the
11:25:23  15   credit card -- the swiping of the credit card
          16   would facilitate a drawdown of an XRP balance that
          17   in real time could be traded for dollars which
          18   would fund the -- the transaction through the
          19   interchange rails that the credit card network
11:25:38  20   does.
          21                    MR. TENREIRO:  For the record,
          22            this document is Larsen SEC Lit 3499 to
          23            3500.
          24                    MS. COWAN:  Thank you.
11:25:48  25                    MS. GRESSEL:  34 --
```

126

```
11:25:49   1              MR. TENREIRO:  -- 99 to 3500.

           2    BY MR. TENREIRO:

           3         Q.   Okay.  And when you say "we create a

           4    pilot of a card," who is "we"?

11:26:00   5         A.   OpenCoin or Ripple.  I don't know

           6    what -- what it was called at the time.

           7         Q.   How much XRP did Ripple sell to people

           8    using these -- this pilot card?

           9              MR. HORTON:  Objection to form.

11:26:09  10         A.   I -- I don't -- I don't remember that

          11    being even a -- I don't know what you mean.

          12         Q.   Did Ripple sell any XRP to people using

          13    this card?

          14              MR. HORTON:  Objection to form.

11:26:20  15         A.   I don't know.

          16         Q.   Did the card ever go beyond the pilot

          17    stage?

          18         A.   I don't think so.

          19         Q.   Okay.  Was the card one of the things

11:26:31  20    that Ripple was exploring at the time as

          21    potential, you know, uses of this technology?

          22              MR. HORTON:  Objection to form.

          23         A.   I believe so.

          24         Q.   And in the second text, you say "The

11:26:44  25    whole program can really only support about one to
```

                                                              127

11:26:46  1    two K per day of XRP without tanking the price of

          2    XRP."

          3             Do you see that?

          4        A.   Okay.  I do.

11:26:52  5        Q.   Okay.  And why are you texting that to

          6    Mr. Larsen?

          7             MR. WARD:  Objection to form.

          8        A.   I -- I don't know.  I -- I presume we're

          9    talking about the -- the -- the limit that the

11:27:09 10    card can -- that the market, XRP market, can --

         11    can handle.  So, again, this is the beginning of

         12    2014.  The market, as I recall, was still very

         13    small and there was only so much XRP that could be

         14    moved through -- you know, through an open order

11:27:33 15    to facilitate a trade of XRP for dollars or euros

         16    or whatever the card was -- was -- was using to

         17    pay the -- the card networks.  And I think this is

         18    referring to the -- to the -- how robust the XRP

         19    market and liquidity around it was at the time.

11:27:53 20        Q.   So the reference to tanking the price of

         21    XRP is a reference to how robust the XRP market

         22    and liquidity around it was at the time?

         23             MR. HORTON:  Objection to form.

         24        Q.   Is that your testimony?

11:28:01 25             MR. HORTON:  Objection to form.

                                                              128

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
| 11:28:02 | 1  | A.   I just -- it's just a question -- it's              |
|          | 2  | just -- I think I'm just speaking to the available       |
|          | 3  | liquidity for XRP at that time.                          |
|          | 4  | Q.   Is it fair to say --                                |
| 11:28:13 | 5  | A.   So --                                               |
|          | 6  | Q.   Sorry.                                              |
|          | 7  | A.   -- if the liquidity is small, then it               |
|          | 8  | can have an impact on a number of things, price          |
|          | 9  | being one of them.                                       |
| 11:28:21 | 10 | Q.   Is it fair to say that you are concerned            |
|          | 11 | that this credit card program could tank the price       |
|          | 12 | of XRP if it was used for more than about one to         |
|          | 13 | two K per day?                                           |
|          | 14 |            MR. HORTON:  Objection to form.               |
| 11:28:35 | 15 |            MR. WARD:  Objection to form.                 |
|          | 16 | A.   I don't know.                                       |
|          | 17 | Q.   And do you -- let me just make sure I               |
|          | 18 | understand.  The card pilot was so that the user         |
|          | 19 | could -- could essentially spend money, you know,        |
| 11:28:45 | 20 | buy goods and services?                                  |
|          | 21 | A.   Yes.  Wherever ███████ and ███████████ are          |
|          | 22 | accepted.  So, again, this is very early on.  I          |
|          | 23 | mean, this is probably one of the first products         |
|          | 24 | that were built on the cryptocurrency system.  I         |
| 11:29:00 | 25 | mean, it was just a pilot.  And the premise here         |

129

```
11:29:03   1    was that we were -- we were really, I think,
           2    focused on the decentralized exchange capability
           3    within the Ripple consensus ledger.  And as I'm
           4    going through this, what I recall is, in fact, it
11:29:15   5    wasn't just about XRP.  It was the ability to
           6    spend any asset and have it processed against the
           7    dollar based or, you know, traditional fiat
           8    denominated credit card system in real time.
           9         Q.   So just to be clear, did this pilot that
11:29:34  10    -- where you could use a card wherever ██████ and
          11    ████████████ are accepted was not ever, you know,
          12    commercially developed by Ripple?
          13         A.   I think -- I think it may have, in fact,
          14    been ███████.  It was one of the traditional
11:29:47  15    credit card rails.  I'm not sure which one.
          16              I'm sorry, could you ask your question
          17    again?
          18         Q.   Yes.
          19              The pilot, where you could use a card
11:29:55  20    wherever one of the traditional credit card rails
          21    were accepted, it was not ever commercially
          22    developed by Ripple, correct?
          23              MR. HORTON:  Objection to form.
          24         A.   I believe that's correct.  I can't
11:30:03  25    remember how that -- where that went.
```

                                                              130

11:30:08   1          Q.   To the extent that it was not

           2    commercially developed by Ripple, was one of the

           3    reasons a concern that the credit card use could

           4    tank the price of XRP?

11:30:20   5                    MR. HORTON:  Objection to form.

           6          A.   I don't -- I don't remember, but I will

           7    go back to what was interesting -- what was the --

           8    the sort of interesting aspect of the whole system

           9    was that, in fact, it wasn't just about XRP.  I

11:30:32  10    think at the time I recall there was a -- an issue

          11    or a goal on the system, for example.  And so

          12    there was -- you could maintain -- you could carry

          13    a goal balance and draw down against your goal

          14    balance to pay your groceries.

11:30:45  15                 There -- there are a lot of different

          16    sort of use cases built within that.  I don't -- I

          17    think XRP was -- would have been one of them, but

          18    it wasn't the only thing.

          19          Q.   Right.

11:30:54  20                 So -- but my question was, to the extent

          21    Ripple did not commercially develop this product,

          22    was one of the reasons concerns that it could tank

          23    the price of XRP?

          24                    MR. HORTON:  Objection to form.

11:31:04  25          A.   I don't remember what -- even if it was

                                                                  131

```
11:31:07   1   commercially developed, let alone what the reason
           2   was for it not being --
           3        Q.   Okay.
           4        A.   -- developed.
11:31:12   5             MR. TENREIRO:   Let's look at
           6        Exhibit 13, please.
           7             (Whereupon, exhibit is presented
           8        and marked SEC Griffin Exhibit PG-13 for
           9        identification.)
11:31:15  10             MR. TENREIRO:   This is a one-page
          11        e-mail, RPLI_SEC 425911.  It appears to be
          12        an e-mail on or around May 8th, 2014, from
          13        Mr. Griffin to Mr. Larsen and ██████████.
          14   BY MR. TENREIRO:
11:31:48  15        Q.   Mr. Griffin, the subject line is "XRP
          16   injections."
          17             Do you see that?
          18        A.   Just give me one second, please.
          19        Q.   Okay.
11:32:26  20        A.   Okay.
          21        Q.   Okay.  The subject line of the e-mail --
          22   by the way, do you have any reason to believe you
          23   did not send this e-mail on or around May 8th,
          24   2014?
11:32:33  25        A.   No.
```

132

11:32:34  1      Q.    The subject line is "XRP injections."

        2            Do you see that?

        3      A.    I do.

        4      Q.    Who -- or what XRP injections are you

11:32:43  5   referring to here?

        6      A.    I don't know.

        7      Q.    Would it be Ripple's injections of XRP?

        8            MR. HORTON:  Objection to form.

        9      A.    I don't know.

11:32:48 10      Q.    Okay.  You say "What can we do?  I'm

       11   concerned that we lose speculator interest given

       12   that XRP will never rise with someone always ready

       13   to flood the supply any time there is good news."

       14            Do you see that?

11:33:01 15      A.    I do.

       16      Q.    Was your reference to "never rise" a

       17   reference to never rise in price?

       18            MR. HORTON:  Objection to form.

       19      A.    I don't see that there, no.  In fact, I

11:33:14 20   see the following sentence.  It was really focused

       21   on liquidity.

       22      Q.    So was your reference to "will never

       23   rise," will never rise in liquidity?

       24            MR. HORTON:  Objection to form.

11:33:23 25      A.    I can't remember.  That's what my

                                                          133

11:33:26 1    inference would be.

2         Q.   Okay.  "The speculators are good for

3    liquidity and provide 'fumes'" -- in quotes --

4    "for volume and market making."

11:33:35 5         Do you see that?

6         A.   I do.

7         Q.   What do you mean by "'fumes' for volume

8    and market making"?

9         A.   I don't --

11:33:39 10        MR. HORTON:  Objection to form.

11        A.   I don't know.

12        Q.   "Losing them entirely could cause

13   problems for us."

14        Do you see that?

11:33:47 15        A.   I do.

16        Q.   Who is "us"?

17        MR. HORTON:  Objection to form.

18        A.   I think this is referring to liquidity

19   going away and everything we've talked about today

11:33:54 20   in the use cases of the -- in facilitating the

21   cross currency transactions and cross asset

22   transactions and being able to seamlessly move

23   from one payment system to another payment system.

24   I mean, I think that's kind of the vision of the

11:34:09 25   company.  I'm sure you've heard people talking

134

11:34:11  1    about this idea on the internet of value.  None of
        2    that's possible if there's no liquidity in the
        3    system.  And so I believe that it's really just
        4    referring to the larger premise around the value
11:34:23  5    prop -- the value proposition of the technology.
        6         Q.   But just the "us," is that Ripple when
        7    you say "us"?
        8         A.   I don't --
        9              MR. HORTON:  Objection.
11:34:30 10         A.   I don't know.  You've asked me that a
       11    couple of times.
       12              THE REPORTER:  I didn't hear
       13          the -- I can't hear the last part.
       14         A.   I don't know.
11:34:35 15         Q.   Is the "we" Ripple in this e-mail?
       16              MR. HORTON:  Objection to form;
       17          lack of foundation.
       18         A.   I don't know.
       19         Q.   Okay.  Who knows, Mr. Griffin, what you
11:34:43 20    were referring to when you were writing "we" and
       21    "us" in this e-mail?
       22              MR. HORTON:  Objection.
       23          Objection to form.
       24         A.   I don't know from -- what was meant in
11:34:52 25    the e-mail from 2014.

                                                                135

11:34:53  1        Q.   Okay.  "The speculators are good for
          2    liquidity."  Is that speculators in XRP?
          3                MR. HORTON:  Objection to form;
          4         lack of foundation.
11:35:05  5        A.   I don't know.
          6        Q.   What were XRP purchasers speculating on
          7    in 2014, if anything?
          8                MR. HORTON:  Objection to form.
          9        A.   I can't speak to others' motivations.
11:35:16 10        Q.   What was your understanding of what
         11    someone might -- I mean -- let me take a step
         12    back.
         13        At some point, you held XRP as well,
         14    correct?
11:35:24 15        A.   Yes.
         16        Q.   And you requested XRP from the company
         17    as compensation, correct?
         18        A.   Correct.
         19        Q.   What were you hoping would happen to the
11:35:30 20    XRP that you obtained?
         21        A.   More liquidity around XRP.
         22        Q.   For what purpose?
         23        A.   Well, for -- for me personally?
         24        Q.   Yes.
11:35:39 25        A.   I wanted to make money.

                                                           136

11:35:41  1        Q.   So you could sell it -- sorry.

       2        A.   I was hoping that the volume and -- and

       3   price would rise and I could sell it.

       4        Q.   So as a holder of XRP, your hope was

11:35:49  5   that the volume and price would rise.  Is that

       6   fair?

       7        A.   Yes.

       8        Q.   Okay.  Is it fair to say that in 2014

       9   you were concerned that we lose speculator

11:36:05 10   interest because of someone always ready to flood

      11   the supply?

      12             MR. HORTON:  Objection to form.

      13        A.   I don't know.  I don't know what this is

      14   referring to.

11:36:16 15        Q.   Is this referring to the overhang

      16   concern we discussed earlier today?

      17             MR. HORTON:  Objection to form.

      18        He testified that he doesn't remember what

      19        it's referring to.

11:36:22 20        A.   I don't know.

      21        Q.   And the fumes, what does "fumes" mean?

      22             MR. HORTON:  Objection to form.

      23        A.   I also answered that.  I don't -- I

      24   don't remember what that means.

11:36:31 25        Q.   Okay.  Sitting here today, what is your

                                                              137

11:36:34  1    understanding of what that means with respect to

2    volume and market making?

3                    MR. HORTON:   Objection to form.

4         A.   I can't venture a guess as to what that

11:36:40  5    means.

6         Q.   To the extent that you hoped, as a

7    holder of XRP yourself, that XRP would rise in

8    volume and price, what could generate these

9    increases in your mind?

11:36:52 10                    MR. HORTON:   Objection to form.

11        A.   Which increases?

12        Q.   Well, we can take volume and price

13   separately or together.   However you thought about

14   it.

11:37:02 15                    MR. HORTON:   Objection to form.

16        Q.   Let's start with increases in volume.

17   What could increase the volume?

18        A.   I think the utilization of the system

19   and adoption of the technology.   I think trading

11:37:15 20   activity.   Yeah.

21        Q.   And what could increase the price?

22        A.   Well, a fixed supply.   Any mix of those

23   things could have an impact on the price.

24        Q.   "Mix of those things" meaning the fixed

11:37:30 25   supply plus the utilization of the system and

138

11:37:32  1    adoption of the technology and trading activity?

       2         A.   Yes.

       3         Q.   Okay.  And while you were at Ripple, did

       4    Ripple, you know, engage in work that -- to

11:37:40  5    increase the utilization of the system?

       6              MR. HORTON:  Objection to form.

       7         A.   Yes.

       8         Q.   While you were at Ripple, did Ripple

       9    engage in work to increase adoption of the

11:37:50 10    technology?

      11              MR. HORTON:  Objection to form.

      12         A.   I certainly did, yes.

      13         Q.   And just for the record to be clear,

      14    technology meaning?  What technology are we

11:38:02 15    talking about?

      16         A.   It varied at different times.  So I know

      17    in the -- in the very early 2013 period, we would

      18    have been, frankly, putting on more of an

      19    evangel -- evangelist role and saying here's the

11:38:17 20    open-source technology, here's all the benefits it

      21    can use, and we can -- we can point you to

      22    literature about how to integrate to the system.

      23              And in later -- later in my time there,

      24    we would have spoken to fully sort of full-stack

11:38:36 25    products that Ripple Inc. had built on top of the

                                                              139

11:38:38   1   technology that sort of more, I think, succinct --

2   succinctly defined the -- the value proposition

3   and how to integrate to it.

4       Q.   And then while you were at Ripple, did

11:38:51   5   Ripple take steps to increase the trading

6   activity --

7                MR. HORTON:  Objection.

8       Q.   -- with respect to XRP?

9                MR. HORTON:  Objection to form.

11:39:01  10       A.   I -- I can't speak to -- to Ripple.

11       Q.   Did you?

12       A.   To increase the trading activity?  What

13   does that mean?

14       Q.   You said trading activity.  Whatever you

11:39:08  15   meant in your answer.

16       A.   Yes, I think so.  Yes, that makes sense.

17       Q.   All right.

18                MR. TENREIRO:  Let's take a look

19           at Exhibit 18.  This is a little later in

11:39:27  20           time and it's a one-page e-mail.  RPLI_SEC

21           484565.

22                MR. HORTON:  Jorge, I think --

23           we're thinking about taking a break in

24           about ten minutes if that works for you.

11:39:43  25                MR. TENREIRO:  That's great.

140

11:39:43  1          MR. HORTON:  Okay.

2          (Pause)

3     A.   Okay.

4     Q.   Mr. Griffin, who is Monica Long?

11:40:38  5     A.   Well, VP of marketing at Ripple.  I

6  don't know what her role is at this point.

7     Q.   Is it fair to say you know her at least

8  based on your employment at Ripple?

9     A.   Yes.

11:40:49 10     Q.   Okay.  How -- how often would you see or

11  interact with her in connection with your

12  employment?

13     A.   Frequently.

14     Q.   For what purpose or purposes?

11:40:59 15     A.   Just staying coordinated.  We were both

16  on the leadership team.

17     Q.   Is it fair to say that it appears as if

18  she's drafting some sort of note for the Board of

19  Ripple?

11:41:10 20          MR. HORTON:  Objection to form.

21     A.   I don't -- I don't know what -- I can't

22  speak to what she's doing.

23     Q.   Just from reading it, do you understand

24  what she's doing?

11:41:17 25          MR. HORTON:  Do you mean as he

141

```
11:41:20   1              sits here today or does he remember --
           2                   MR. TENREIRO:  Yes, as he sits
           3         here today.
           4         A.   I believe so.  I think so.
11:41:28   5         Q.   Did you come to present to Ripple's
           6    Board on occasion throughout your employment at
           7    Ripple?
           8         A.   I did.
           9         Q.   For what purpose or purposes?
11:41:35  10         A.   To provide updates.
          11         Q.   On?
          12         A.   Partnerships, what's -- what was
          13    happening within the XRP market, investments, how
          14    the sort of -- the financing was going with the
11:41:53  15    business, with venture capital.  Corporate
          16    development updates, possible acquisition targets.
          17         Q.   How often would you say you presented
          18    roughly?
          19         A.   I don't know.  Once or twice a year.
11:42:10  20    It -- it varied depending on what time period
          21    you're talking about.
          22         Q.   Was there any time period where it was
          23    more frequent than once or twice a year?
          24         A.   Sounds about -- where I was the most
11:42:23  25    active, maybe twice a year, sounds like.  I -- I
```

                                                              142

11:42:27  1    really can't remember, though.

       2         Q.   To the extent that you made

       3    presentations, is it fair you spoke at the -- to

       4    the Board?  Is that fair?

11:42:33  5         A.   Yes.

       6         Q.   Okay.  Did you take care in advance of

       7    speaking to the Board to make sure you provided

       8    truthful information to them?

       9              MR. HORTON:  Objection to form.

11:42:44 10         A.   Yes.

      11         Q.   And did you take care to make sure you

      12    provided accurate information to the best of your

      13    ability to the Board?

      14              MR. HORTON:  Objection to form.

11:42:51 15         A.   Yes.

      16         Q.   Okay.  Here Ms. Long references "What's

      17    missing is the clearly articulated case for XRP."

      18              Do you see that?

      19         A.   I do.

11:43:03 20         Q.   Sitting here today, do you agree that in

      21    November of 2015 a clearly articulated case for

      22    XRP was missing?

      23              MR. HORTON:  Objection to form.

      24         A.   I don't -- I don't -- I can't speak to

11:43:15 25    Monica's e-mail.

                                                          143

```
11:43:17   1        Q.   No, right.  I'm not -- just if I ask you
           2   sitting here today, agree or disagree with the
           3   following statement, there was no clearly
           4   articulated case for -- case for XRP in 2015?
11:43:30   5        A.   Oh, I definitely don't read that here.
           6   What I read is -- is a message to the Board and
           7   that perhaps a -- a clear message for the Board, I
           8   mean, I think you view the Board as -- the Board
           9   as people who can advocate for the business and
11:43:44  10   turn -- turn around and talk to it intelligently.
          11   And so I think what -- my read of that is the
          12   Board doesn't have the -- the wherewithal or the
          13   talking points yet to under -- to turn -- turn
          14   around and talk to their network.
11:43:58  15            And I believe the Board is pretty new
          16   in -- I don't think there was a Board in 20 -- at
          17   least there wasn't regular Board meetings in 2013
          18   and '14.  So this is probably a pretty -- pretty
          19   new Board at that point is my vague recollection,
11:44:10  20   but I can't remember.
          21        Q.   Okay.  To the extent that's your reading
          22   of this, do you agree or disagree that in 2014,
          23   the Board did not have a, you know, clear message
          24   that they could then articulate to their people?
11:44:21  25            MR. HORTON:  Objection to form.
```

144

11:44:27  1          A.    I don't know.  I mean, she was the
        2     communications -- she was concerned with
        3     communications presumably, but I can't speak to
        4     what -- what her intention is here or what the
11:44:37  5     Board did or didn't know.
        6          Q.    Later it says "We today released the
        7     first paper in a series to illuminate this case."
        8                Do you see that?
        9          A.    Okay.
11:44:47 10          Q.    What was that paper?  Do you recall that
       11     paper?
       12          A.    No.
       13          Q.    Okay.  Did you have any -- well, then it
       14     says "Today's publication establishes the vision
11:44:55 15     for the internet of value, Ripple and XRP.  It's
       16     geared toward XRP buyers who understand the risks
       17     of the investment and are in it for the long
       18     haul."
       19                Do you see that?
11:45:05 20          A.    Okay.
       21          Q.    Did you have any role in sort of
       22     releasing a paper that establishes the vision for
       23     the internet of value, Ripple and XRP to third
       24     parties?
11:45:12 25                     MR. HORTON:  Objection to form.

                                                              145

11:45:15  1      A.   Outside of the document you're showing
        2   me?  I mean, you just -- you showed me a previous
        3   exhibit where -- I think it was from 2013 where we
        4   sort of laid all that out.
11:45:24  5      Q.   Maybe I should have -- I should have
        6   framed it.  From November of 2015 onwards, did you
        7   have a role in -- in engaging in the sort of
        8   distributions of materials to third parties where
        9   you might be laying out the vision for the
11:45:35 10   internet of value, Ripple and XRP?
       11           MR. HORTON:  Objection to form.
       12      A.   Okay.  Well, in fact, I would have had
       13   less of a role because the marketing communication
       14   function would have been more mature and more
11:45:44 15   established.  And so sort of laying it in silos
       16   would have been clear -- more clearly defined.
       17      Q.   Okay.  So to the -- so just generally,
       18   maybe, it was more a marketing role at this point
       19   and maybe going forward?
11:45:56 20      A.   It's possible.
       21      Q.   Okay.  Did you have any role, though,
       22   from November 2015 on going forward?  Any role at
       23   all?
       24      A.   I don't -- I don't --
11:46:02 25           MR. HORTON:  Object -- objection

                                                          146

11:46:03  1          to form.  Any role at all.

         2          Q.    In distributing information for

         3    materials to third parties where you might be

         4    laying out the vision for the internet of value,

11:46:16  5    Ripple and XRP?

         6                    MR. HORTON:  Objection to form.

         7          A.    I don't remember.

         8                    MR. TENREIRO:  All right.  Why

         9              don't we take a break.

11:46:20 10                    MR. HORTON:  Sure.  Thank you.

        11              Actually, before we go off the record, I

        12              just -- I want to clarify one thing that

        13              is on the record.  Jorge, you made a

        14              comment about productions being made at

11:46:28 15              midnight, 12 hours before the

        16              deposition --

        17                    MR. TENREIRO:  Twenty-four hours.

        18                    MR. HORTON:  Well, I just want

        19              the record to be clear that we made two

11:46:33 20              productions on behalf of Mr. Griffin.

        21              They were made two and four days before

        22              today's deposition.  On Friday, June 25th

        23              and Sunday, June 27th.  Today is Tuesday,

        24              June 29th.

11:46:42 25                    MR. WARD:  We'll have an

                                                              147

11:46:44  1       additional clarification from Mr. Larsen,

2       but we can do that after the break.

3              THE VIDEOGRAPHER:  Going off the

4       record at 11:46 a.m. Eastern.

11:46:50  5            (Whereupon, a recess is taken.)

6            (Record notes Mr. Hecker is now

7       present.)

8              THE VIDEOGRAPHER:  We are back on

9       the record at 12:06 p.m. Eastern.

12:06:54  10             MR. WARD:  Before we resume, I

11       just wanted to make a clarification.  We

12       were discussing earlier Exhibit 11, which

13       was a document -- or I think two text

14       messages produced by Mr. Larsen with

12:07:04  15       terminal Bates numbers 3499 through 3500.

16       There was a statement made when we get

17       production at midnight, 12 hours before a

18       deposition, you have to look at data

19       native files which are not actually Bates

12:07:18  20       stamped.  I just wanted to clarify that

21       Mr. Larsen's most recent production was on

22       June 11th, at which time he represented

23       his document productions were

24       substantially complete.  The particular

12:07:26  25       documents produced -- or, rather,

148

```
12:07:28   1          introduced today as Exhibit 11 were
           2          produced on May 24th, which is 36 days
           3          ago.
           4                    MR. TENREIRO:  Thank you.
12:07:37   5     BY MR. TENREIRO:
           6          Q.   Mr. Griffin, in connection with your
           7     employment at Ripple, does the term "OTC sales"
           8     mean anything to you?
           9          A.   Yes.
12:07:45  10          Q.   What does it mean?
          11          A.   An OTC sale is over-the-counter sale.
          12          Q.   Sale of what?
          13          A.   XRP.
          14          Q.   And why -- what's the reference to over
12:07:55  15     the counter?
          16                    MR. HORTON:  Objection to form.
          17          A.   I think the -- the idea of an O -- what
          18     we -- I would have thought about an OTC as a sale
          19     to a large purchaser of XRP.
12:08:12  20          Q.   And were you -- what was -- what, if
          21     any, was your involvement with OTC sales of XRP
          22     while you were employed at Ripple?
          23          A.   I managed the team that was charged with
          24     that responsibility.
12:08:27  25          Q.   And what -- what did your -- what were
```

149

```
12:08:31  1    your responsibilities in connection with Ripple's

          2    OTC sales of XRP?

          3         A.   My role was to approve -- or provide

          4    updates, I think first and foremost, to the

12:08:54  5    leadership team or to Chris and Brad and the

          6    finance teams about sales of XRP in

          7    over-the-counter markets.

          8         Q.   Did the team that you -- sorry.

          9              Did the team that you -- did the team

12:09:11 10    that you managed, was one of their

         11    responsibilities to identify potential OTC

         12    purchasers of XRP?

         13              MR. HORTON:  Objection to form.

         14         A.   Yes.  Yes, that sounds right.

12:09:24 15         Q.   And was one of their responsibilities to

         16    negotiate the potential purchases of XRP?

         17              MR. HORTON:  Objection to form.

         18         A.   Yes.

         19         Q.   All right.  And is it fair to say that

12:09:37 20    you were also involved, at least as a manager of

         21    that team, in identifying potential OTC purchasers

         22    of XRP?

         23              MR. HORTON:  Objection to form.

         24         A.   Yes.

12:09:52 25         Q.   And is it fair to say that as a manager
```

                                                            150

```
12:09:54   1    of the team, you were also involved, to some

           2    extent at least, in negotiating potential terms of

           3    OTC purchases of XRP?

           4               MR. HORTON:  Same objection.

12:10:04   5        A.   Yes.

           6        Q.   And did there come a time during your

           7    employment at Ripple where you became concerned

           8    that OTC purchases of XRP could be depressing

           9    XRP's price?

12:10:16  10               MR. HORTON:  Objection to form.

          11        A.   I -- I don't remember.

          12        Q.   You don't remember either way is what

          13    you're saying?

          14        A.   I don't remember that being -- that --

12:10:25  15    whether or not that became a concern, but -- OTC

          16    sales affecting the price of XRP.

          17        Q.   And just to be clear, I was asking about

          18    whether it became a concern for you.

          19        A.   That's what I was answering.

12:10:39  20        Q.   Okay.  And the -- the term "programmatic

          21    sales," does that mean anything in the context of

          22    your employment with Ripple?

          23        A.   Yes.

          24        Q.   And what does that mean?

12:10:47  25        A.   The sale of XRP in open order books on
```

151

12:10:50  1    exchanges.

2         Q.    Did you have any role with respect to

3    programmatic sales of XRP while you were employed

4    at Ripple?

12:10:57  5        A.    Yes.

6         Q.    What was your role?

7         A.    Helping to set targets with our -- the

8    brokers we used to sell XRP, coordinating with

9    finance teams to understand the cash needs that we

12:11:11  10   needed as a business, and working to understand

11   sort of the impact that our sales in open order

12   books were having in the market.

13        Q.    So let me take a couple of steps back.

14              Was it the same team of people that were

12:11:27  15   in charge of OTC sales that were in charge of

16   programmatic sales?

17                   MR. HORTON:  Objection to form.

18        A.    It -- it was -- it was in the same team,

19   but the responsibilities were divided between

12:11:41  20   different team members.  And, of course, that

21   changed over the tenure of my seven years there,

22   six years there.

23        Q.    Who were the members of this team that

24   we're discussing?

12:11:53  25        A.    Well, the -- the leaders of those teams

152

| | | |
|---|---|---|
| 12:11:58 | 1 | were Phil Rapoport and then Miguel -- Miguel Vias |
| | 2 | while -- while I was there. |
| | 3 | Q.   And while you were there, you supervised |
| | 4 | either Rapoport or Vias? |
| 12:12:08 | 5 | A.   Yes. |
| | 6 | Q.   Other names that you might remember that |
| | 7 | were members of these teams throughout your |
| | 8 | employment at Ripple? |
| | 9 | MR. HORTON:  Objection.  You said |
| 12:12:16 | 10 | "these teams."  Is there a particular team |
| | 11 | you're asking about? |
| | 12 | MR. TENREIRO:  Sorry. |
| | 13 | Q.   The team.  The markets team. |
| | 14 | A.   Dinuka and ▇▇▇▇ are two others. |
| 12:12:27 | 15 | Q.   ▇▇▇▇▇▇? |
| | 16 | A.   Yes. |
| | 17 | Q.   Any others? |
| | 18 | A.   Not that I can remember right now. |
| | 19 | Q.   Okay.  And -- |
| 12:12:43 | 20 | MR. TENREIRO:  Can I scroll this? |
| | 21 | Can I scroll this?  I can?  Okay.  That's |
| | 22 | okay. |
| | 23 | Q.   You said you were -- one of the things |
| | 24 | the team did was setting targets?  Did you say |
| 12:12:52 | 25 | that? |

153

12:12:52  1          A.   Yes.

        2          Q.   Targets for what?

        3          A.   For what -- so we're -- specifically

        4    we're talking about programmatic sales?

12:13:00  5          Q.   Yes.

        6          A.   The objective of the programmatic sales

        7    was to sell the XRP that we needed to sell with as

        8    little footprint and light-weighted footprint on

        9    the market that we could have.  So that's what we

12:13:21 10    meant by target.  And that was typically measured

       11    against the overall volume in the market.  I think

       12    it was percentage based.

       13          Q.   So you wanted to have as little impact

       14    on the volume as possible?

12:13:33 15               MR. HORTON:  Objection to form.

       16          A.   No, that's not what I said.  Just as

       17    little impact on the market, which I guess there

       18    are several variables that would -- that that

       19    could comprise.

12:13:43 20          Q.   What are those variables?

       21          A.   Price, volume, and, I mean, it could

       22    have other -- the -- the tightness of the spread

       23    between the bid and the ask.  And I think there

       24    are other -- yeah, I think that's sort of the

12:14:14 25    first tier concerns there.  Yeah.

                                                              154

```
12:14:18   1          Q.   Okay.  But when you mentioned
           2     "footprint," is that -- you were talking about the
           3     impact on the market?  Is that sort of
           4     interchangeable?
12:14:24   5                    MR. HORTON:  Objection to form.
           6          A.   Yes.
           7          Q.   Okay.  And in terms of -- I think you
           8     mentioned revenue targets, is that correct, with
           9     respect to programmatic sales?
12:14:33  10                    MR. HORTON:  Objection.  I'm not
          11         sure he said that.
          12         A.   I don't know that I said that.
          13         Q.   Okay.  Were -- was there revenue targets
          14     with respect to programmatic sales?
12:14:39  15                    MR. HORTON:  Objection to form.
          16         A.   I don't know that -- that we had revenue
          17     targets, but we -- we did have cash flow needs.
          18         Q.   Cash flow needs.
          19              And so you had involvement with setting
12:14:48  20     cash flow needs or determining what the cash flow
          21     needs were?
          22                    MR. HORTON:  Objection to form.
          23         A.   No.  I had more of an input on -- well,
          24     I was more charged with executing and also
12:15:00  25     providing feedback on what I thought was
```

155

```
12:15:03   1    reasonable or not reasonable.
           2         Q.    With --
           3         A.    I was one of many voices in the room.
           4         Q.    With respect to cash flow needs you
12:15:10   5    mean?
           6         A.    With respect to cash flow needs derived
           7    from -- cash flow derived from the sale of XRP.
           8         Q.    Okay.  And who -- who -- who set the
           9    cash flow needs derived from programmatic sales?
12:15:28  10              MR. HORTON:  Objection to form.
          11         A.    Typically the finance team.
          12         Q.    Who was on the finance --
          13         A.    Again, it would vary depending on what
          14    time period you're talking about, but, yes, it
12:15:37  15    would include that.
          16         Q.    Who was the finance team?
          17         A.    Also changed -- you're asking me who ran
          18    the finance team or --
          19         Q.    Who was in the finance team when you
12:15:49  20    left Ripple?
          21         A.    Ron Will was the CFO, and prior to Ron
          22    Will, I believe ███████████████.  Yes, sounds
          23    right.
          24         Q.    All right.  Going back to the OTC sales,
12:16:08  25    I think you said OTC sales involved large
```

                                                        156

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
12:16:11   1    purchases, whatever "large" means.  Is that fair?
           2                 MR. HORTON:  Object to form.
           3          A.   Large -- yes, large transactions of XRP.
           4          Q.   Was -- was there a sort of floor for the
12:16:27   5    amount of XRP units, you know, that would be
           6    considered an OTC sale of XRP?
           7                 MR. HORTON:  Objection to form.
           8          A.   It varied depending on the time you're
           9    talking about.
12:16:42  10          Q.   When you left Ripple, what was the
          11    floor?
          12          A.   I don't remember.
          13          Q.   What about when OTC sales of XRP began?
          14          A.   I don't remember.
12:16:51  15          Q.   Is it fair to say that another
          16    difference between Ripple's OTC sales and its
          17    programmatic sales throughout your employment at
          18    Ripple was that, I think as you've mentioned, the
          19    OTC sales were direct transactions between Ripple
12:17:04  20    and the purchaser and the programmatic ones were
          21    through the brokers you mentioned?
          22                 MR. HORTON:  Objection to form.
          23          A.   No.  Sometimes brokers approached us for
          24    large block trades or large trades of XRP,
12:17:19  25    purchases of XRP.
```

157

```
12:17:20   1         Q.   And those were considered OTC or
           2    programmatic?
           3         A.   Those would have been considered OTC.
           4         Q.   Okay.  And which brokers approached you
12:17:27   5    for large block trades of XRP?
           6              MR. HORTON:  Objection to form.
           7         When you say "you," are you referring to
           8         the witness or to the company?
           9              MR. TENREIRO:  I'm referring to
12:17:34  10         whatever he means when he said "us."  Some
          11         brokers approached us.
          12         A.   I was referring to the team, the XRP
          13    markets team.  I don't -- I don't remember the
          14    names of the brokers and who -- who the buyers
12:17:47  15    were at this point.
          16         Q.   And to the extent that brokers
          17    approached the team for large block trades of XRP,
          18    did you have an understanding, as the manager of
          19    the XRP markets team, as to what these brokers
12:18:06  20    wanted the XRP for?
          21              MR. HORTON:  Objection to form.
          22         A.   No.
          23         Q.   Did you have it at that time and just
          24    don't remember, or you never had an understanding?
12:18:15  25              MR. HORTON:  Same objection.
```

158

```
12:18:18   1        A.   I don't -- I don't -- I don't know
           2   what -- why people were buying XRP or what their
           3   reasons were.
           4        Q.   Did you ever ask any XRP purchaser what
12:18:25   5   they were buying XRP for?
           6        A.   I don't remember.
           7        Q.   Did you ever hear anyone at Ripple ask a
           8   potential XRP purchaser what they were buying XRP
           9   for?
12:18:32  10             MR. HORTON:  Objection to form.
          11        A.   I don't remember.
          12        Q.   Did you ever receive instruction from
          13   anyone at Ripple about whether you should or
          14   should not ask a potential XRP purchaser what they
12:18:42  15   were buying XRP for?
          16             MR. HORTON:  Objection to form.
          17        A.   Again, same answer.  I don't remember.
          18        Q.   Did you ever witness anyone at Ripple
          19   instruct anyone else at Ripple about whether they
12:18:56  20   should or should not ask a potential XRP purchaser
          21   what they were buying XRP for?
          22             MR. HORTON:  Objection to form.
          23        A.   No.  I don't remember that.
          24        Q.   Okay.  Did you receive any written
12:19:08  25   guidance from anyone at Ripple about what you
```

159

12:19:12  1    should or should not say when discussing -- when

        2    having conversations with potential XRP

        3    purchasers?

        4                    MR. HORTON:  Objection to form.

12:19:23  5        A.   Same answer.  I don't remember.  No.

        6        Q.   Do you think you'd remember receiving

        7    sort of written guidance from Ripple about what

        8    you could say to potential XRP purchasers?

        9                    MR. HORTON:  Objection to form.

12:19:35 10        A.   No, I don't -- I don't remember.

       11        Q.   Okay.  And did you -- did you,

       12    Mr. Griffin, refer to potential XRP buyers as

       13    Ripple customers typically?

       14                    MR. HORTON:  Objection.

12:19:50 15        A.   I don't -- I don't think so.

       16        Q.   What did you refer them to as?

       17        A.   Buyers.

       18        Q.   Other than buyers.  Did you refer to

       19    them as speculators?

12:20:03 20                    MR. HORTON:  Objection to form.

       21        A.   I don't know.

       22        Q.   Did you refer to them as investors?

       23                    MR. HORTON:  Objection to form.

       24        A.   I don't know.

12:20:11 25        Q.   Okay.  Now, do you remember -- sorry.

                                                              160

```
12:20:18   1            Have you heard the name ████?
           2       A.   Yes.
           3       Q.   And what is ████?
           4       A.   ████████████████████████.
12:20:30   5       Q.   What relationship, if any, did they have
           6    to Ripple?
           7                 MR. HORTON:  Objection to form.
           8       A.    They are an investor -- or at least were
           9    when I was there -- in Ripple Inc.  I don't know
12:20:41  10    if that was OpenCoin or Ripple Inc. or Ripple
          11    Labs, I can't remember, when they invested first
          12    equity in the business.  And then they also
          13    separately purchased XRP in the mid -- I think
          14    they may have even purchased their XRP through a
12:20:57  15    separate fund, separate entity is my -- my
          16    recollection.  I don't know if it was ████ doing
          17    it or one of their subsidiaries.
          18       Q.   What involvement, if any, did you have
          19    with ████ purchase of XRP from Ripple?
12:21:09  20                 MR. HORTON:  Objection to form.
          21       A.   I don't -- I don't remember.  I don't
          22    know if that was me involved -- involved in that
          23    or if that was Phil -- would have been Phil.
          24       Q.   And what understanding, if any, do you
12:21:23  25    have as to why ████ purchased XRP?
```

161

12:21:26  1                    MR. HORTON:  Objection to form.

          2        A.    I don't know.

          3        Q.    We were discussing the OTC purchases, I

          4    think you said there was a size -- you know, the

12:21:40  5    amount of XRP had something to do with whether it

          6    was OTC, is that correct?

          7        A.    That's --

          8                    MR. HORTON:  Objection to form.

          9        A.    That's right.

12:21:48 10        Q.    And could you tell me, you know --

         11        A.    It was also the -- sorry.  Just to

         12    clarify.

         13        Q.    That's all right.

         14        A.    It was also just the means by which it

12:21:54 15    was sold, so if it was a direct communication or

         16    whether it was through an open exchange with an

         17    algorithm or a bot.

         18                    THE REPORTER:  An open exchange

         19        with?  I can't hear you.

12:22:05 20        A.    Whether it was through an open exchange,

         21    which would have been -- with a bot or an

         22    algorithm to sell it, again, with an eye towards

         23    having a light footprint on the market, that would

         24    have been the distinction versus OTC which would

12:22:22 25    have been more of a direct communication with a

                                                              162

12:22:24  1   broker or a purchaser.

2        Q.   And what were the identities of some

3   of -- of the OTC purchasers of XRP while you

4   were -- sorry.  Let me strike that.

12:22:35  5        What were the type of purchasers?

6   Identities, I don't expect you to remember the

7   identities.  But are we talking about, you know,

8   banks? individuals?  You know, what are the

9   categories of persons that bought XRP from Ripple

12:22:46 10   as OTC purchasers while you were at Ripple?

11             MR. HORTON:  Objection to form.

12        A.   What -- there were individuals and

13   investment firms.  So, like, financial

14   institutions.  Brokers.  I recall vaguely there

12:23:14 15   was also mar -- possibly market makers.  I can't

16   remember exactly the composition of who was buying

17   it, but that sounds -- sounds right.

18        Q.   To the extent there were individuals,

19   were -- you know, were these wealthy individuals

12:23:28 20   or sort of -- what -- can you give me a little

21   more about the types of individuals?

22             MR. HORTON:  Objection to form.

23        A.   For the most part, that sounds right,

24   that they were wealthy individuals if they were

12:23:42 25   individuals.

163

```
12:23:43   1        Q.   And does investment firms include, like,
           2   hedge funds and things of that nature?
           3        A.   Right.
           4             MR. HORTON:  Objection to form.
12:23:49   5        Q.   Financial institutions?  What -- what is
           6   that?  Can you give me a little more on what
           7   financial institutions means?
           8        A.   Specifically hedge funds, investment
           9   firms.
12:23:58  10        Q.   And then you said "I recall vaguely
          11   there was also possibly market makers."
          12             Market makers in what markets?
          13        A.   I don't remember.  I think that I would
          14   just group that in the investment firm category.
12:24:15  15        Q.   And how many, if any, of the OTC
          16   purchasers of XRP that you recall use Ripple's
          17   xRapid product?
          18             MR. HORTON:  Objection to form.
          19        A.   I don't know.
12:24:28  20        Q.   Do you know of any?
          21        A.   I can't name anybody.
          22        Q.   Okay.  How many of them -- what -- for
          23   what purposes -- sorry.
          24             To the extent you were involved with OTC
12:24:41  25   sales, did you derive an understanding as to the
```

164

```
12:24:43    1    purposes for which these different OTC purchasers
            2    were purchasing XRP?
            3                 MR. HORTON:  Objection to form.
            4         A.   No.
12:24:51    5         Q.   Did you -- did you come to believe that
            6    they were purchasing XRP to use XRP, for example,
            7    to buy goods and services?
            8                 MR. HORTON:  Objection to form.
            9         A.   I don't know.
12:25:02   10         Q.   Did you understand that they were
           11    investing in XRP?
           12                 MR. HORTON:  Objection to form.
           13         A.   Again, I also don't know.
           14         Q.   And the -- the -- the reasons for the
12:25:10   15    purchase did not come up in your conversations
           16    with any of your OTC purchasers?
           17         A.   It may have.  I mean, I don't -- I don't
           18    know.
           19         Q.   To the extent that it did come up, do
12:25:23   20    you recall the reasons?
           21                 MR. HORTON:  Objection to form.
           22         A.   No.  I don't know.
           23         Q.   Okay.  Sitting here today, what do you
           24    believe the reasons were?
12:25:30   25                 MR. HORTON:  Objection to form;
```

165

12:25:31  1           calls for speculation.

2           A.    Okay.  Well, I imagine longing --

3      holding XRP and taking a long position in

4      cryptocurrencies and XRP.  That's one.  Price and

12:25:49  5      vol -- and volume can go up in the liquidity and

6      that can be a long-term investment.  Lending it

7      out, making fees off of lending could be another.

8               I don't know what kind of instruments or

9      financial derivatives investors are managing in

12:26:11 10      the overall composition of their portfolio, but

11      buying XRP could fit within that.  I don't have

12      the total clear -- I can't speak to why.  But I

13      imagine there's a lot of different investment

14      strategies, for example, that a professional

12:26:24 15      investment firm would employ.

16               So I don't -- I don't know.  Maybe

17      they're also buying it to make markets.  Just --

18      just take the spreads and make a lot of markets on

19      either side of the order book.

12:26:36 20               I could speculate on a number of

21      different reasons why investors would use or want

22      to buy XRP.

23           Q.    Just to be clear, when someone is long

24      in asset, they hope the price goes up, right?

12:26:47 25               MR. HORTON:  Objection to form.

166

12:26:48  1        A.    That's -- what I said was that their

       2    volume price of liquidity.  The overall liquidity.

       3    That rises.

       4        Q.    Okay.  So when someone's -- your --

12:27:00  5    your -- your understanding is that when someone's

       6    long in asset is that their hope is that liquidity

       7    and volume rise?

       8              MR. HORTON:  Objection to form.

       9        A.    Liquidity.

12:27:09 10        Q.    Just liquidity?

      11        A.    I mean, it's a function of volume and

      12    price, yes.

      13        Q.    How -- how is price a function of

      14    liquidity?

12:27:20 15        A.    Well, I -- I would presume that the

      16    price of an asset is tied to the -- the

      17    availability of that asset.  So the higher the

      18    price, the more activity there is.  Same thing can

      19    be said on the other -- in the other direction.

12:27:41 20    If an asset's falling, the more volume there is

      21    typically around it.  So it's more like the

      22    direction of the price and the volatility around

      23    the price can bring activity, which can drive

      24    more -- more volume.

12:27:53 25        Q.    And just in this answer, activity is

                                                              167

12:27:55 1 another word for liquidity?

2   A. Would be just trading, buying and

3 selling it.

4   Q. Is that volume or is that liquidity?

12:28:02 5   A. That's volume.

6   Q. Okay.  But so my question was, how --

7 how was price a function of liquidity?

8   A. Right.  So the movement of price I think

9 is correlated -- and I'm not -- I'm not an expert,

12:28:14 10 but I think it is correlated to the volume of

11 trading activity around that asset.

12   Q. And so are you equating the volume of

13 trading activity with its liquidity?

14     MR. HORTON:  Objection to form.

12:28:27 15   A. Yes.

16   Q. Okay.  Do you understand whether

17 liquidity means the availability of buys and sells

18 on an order book, for example?

19     MR. HORTON:  Objection to form.

12:28:35 20   A. Yes.

21   Q. Okay.

22     MR. TENREIRO:  Let's look at

23   Exhibit 20, please.

24     (Whereupon, exhibit is presented

12:28:46 25   and marked SEC Griffin Exhibit PG-20 for

168

12:28:46  1              identification.)

          2                      MR. TENREIRO:  Can we go off the

          3              record for one second, please?

          4                      THE VIDEOGRAPHER:  Going off the

12:28:52  5              record at 12:28 p.m.

          6                      (Whereupon, a recess is taken.)

          7                      THE VIDEOGRAPHER:  We are back on

          8              the record at 12:30 p.m.

          9    BY MR. TENREIRO:

12:30:32 10        Q.    Mr. Griffin, I've handed you what I've

         11    marked as PG-20.  I'm getting you the Bates number

         12    in a second.  It's an e-mail from you to ████████

         13    on January 12th, 2016.

         14                      MR. TENREIRO:  And the Bates,

12:30:50 15              while you look at it, is ██████ 419.  Thank

         16              you, Jon.

         17        Q.    Mr. Griffin, who is ██████████ ?

         18        A.    He works at ██████.  And I don't know if

         19    he's a founder.  I think he's a senior executive

12:31:14 20    at ██████.

         21        Q.    And in your e-mail you reference "Now

         22    that we have everything in place for the fund," et

         23    cetera.

         24                      What is the reference to "the fund" in

12:31:21 25    your e-mail?

                                                              169

```
12:31:21   1              MR. HORTON:  Objection to form;
           2         lack of foundation.
           3      A.   I don't know.
           4      Q.   Do you know --
12:31:26   5      A.   I don't know if that's --
           6      Q.   Sorry.
           7      A.   -- our fund or -- I don't know what that
           8  is.
           9      Q.   Any reason to believe you did not send
12:31:32  10  him this e-mail?
          11      A.   No.
          12      Q.   Okay.  Do you recall ████ either
          13  launching or potentially launching an -- a fund to
          14  invest in XRP?
12:31:45  15      A.   No.
          16      Q.   Okay.  And your reference to "I want to
          17  catch up with you on what we can do to help secure
          18  ████████ cash flow from the fund this
          19  quarter."
12:31:55  20              Do you see that?
          21      A.   I do.
          22      Q.   And why did you want to do -- or to see
          23  what you could do to help secure ████ -- ███
          24  ████ cash flow from the fund this quarter?
12:32:07  25              MR. HORTON:  Objection to form.
```

                                                                    170

```
12:32:11   1          A.   Well, they had a fund that was involved
           2     in cryptocurrency, the health of cryptocurrency,
           3     and even cryptocurrency companies as I recall.
           4     XRP was one of the things they held in that.
12:32:25   5               And so I know that they were growing
           6     more fund, growing their allocations to crypto --
           7     cryptocurrency projects.  Ripple needs -- has an
           8     ongoing need for cash flow and I think that's
           9     probably what that refers to, is whether or not
12:32:40  10     they wanted to purchase XRP from Ripple.
          11          Q.   Okay.  So you anticipated my question,
          12     but just to be clear, the cash flow was for whom?
          13     For Ripple?
          14          A.   Yes.
12:32:47  15               MR. HORTON:  Objection to form.
          16          Q.   Okay.  And for what was -- what were
          17     the -- what was the purpose of Ripple, you know,
          18     generating that cash flow?
          19               MR. HORTON:  Objection to form.
12:32:55  20          A.   I mean, I -- I can't speak to the needs
          21     of Ripple, but, yeah, to operate the business.
          22          Q.   Okay.  And is it fair to say that at
          23     least as of January 2016, you understood that
          24     there were XRP purchasers investing in XRP?
12:33:15  25               MR. HORTON:  Objection to form.
```

                                                                171

```
12:33:16   1        A.    No.   There were purchasers of XRP.
           2        Q.    And is it fair to say that you -- so you
           3   just did not know why they had purchased XRP?
           4        A.    Sitting here today, I don't -- I don't
12:33:35   5   know the details of what motivated somebody who
           6   was purchasing XRP -- purchasing XRP.
           7        Q.    Sitting here today, though, what was
           8   your belief as to what -- you know, not what --
           9   your actual knowledge of what they -- the reason,
12:33:47  10   but what was your belief?
          11             MR. HORTON:   Objection to form.
          12        A.    You want me to speculate?
          13        Q.    No.   What was your belief?
          14             MR. HORTON:   Objection to form.
12:33:57  15        A.    Sorry.   I don't understand the question.
          16   You're asking me what was my belief about my
          17   belief?
          18        Q.    No, no.   What is -- what was your belief
          19   in 2016 about why, you know, someone like ████
12:34:07  20   was purchasing XRP?
          21             MR. HORTON:   Objection to form;
          22        calls for speculation.
          23        A.    You said sitting here today?   I'm really
          24   not -- I'm just trying to understand what you're
12:34:17  25   asking.
```

172

```
12:34:17   1          Q.   Well, do you -- you don't remember what
           2     your belief was in 2016?
           3          A.   No.
           4               MR. HORTON:   Objection to form.
12:34:22   5          Q.   So what was your belief in 2016?
           6               MR. HORTON:   Objection to form;
           7          asked and answered.
           8               Jorge, I think -- can you ask
           9          this question in an appropriate form?
12:34:33  10          Q.   Can you answer, please?
          11          A.   Same answer.  No, I don't -- I don't
          12     know.
          13          Q.   Okay.
          14               (Whereupon, exhibit is presented
12:34:39  15          and marked SEC Griffin Exhibit PG-24 for
          16          identification.)
          17               MR. TENREIRO:   Let's take a look
          18          at -- one second -- yeah, 24.  This is a
          19          two-page e-mail Ripple -- RPLI_SEC 38156.
12:35:29  20               And for the record, it appears
          21          to be a string of e-mails, the top one
          22          from Mr. Griffin to Mr. Larsen and
          23          Mr. Garlinghouse on April 22nd, 2016.
          24               (Pause)
12:36:06  25     BY MR. TENREIRO:
```

                                                              173

```
12:37:02   1          Q.   Mr. Griffin, do you have any reason to

           2    believe that you did not send this e-mail?

           3          A.   No.

           4          Q.   Okay.  And having looked at it, there's

12:37:09   5    a reference -- and, in fact, a forward -- from

           6    ████████████████.

           7               Do you see that?

           8          A.   I do.

           9          Q.   Do you recall discussing ████████████

12:37:17  10    earlier today?

          11          A.   Yes.

          12          Q.   Just in your own words, what is this

          13    e-mail thread about?

          14               MR. HORTON:  Objection to form.

12:37:25  15          Are you asking about the entire series of

          16          three e-mails or one particular part of

          17          it?

          18               MR. TENREIRO:  Series of e-mails.

          19          A.   It looks like ████████████████ is

12:37:37  20    approaching Ripple to purchase XRP.

          21          Q.   Would this be an example of a potential

          22    OTC purchase of XRP?

          23               MR. HORTON:  Objection to form.

          24          A.   Yes.

12:37:46  25          Q.   Okay.  And in the first paragraph you
```

174

```
12:37:48   1    ask Brad and Chris "Are you OK with the proposal

           2    below for ███████?"

           3              Do you see that?

           4         A.   Yes.

12:37:54   5         Q.   Was there -- before sort of closing an

           6    OTC sale of XRP, did you need approval from

           7    Mr. Larsen and Mr. Garlinghouse?

           8              MR. HORTON:  Objection to form.

           9         A.   I -- I think that varied at different

12:38:11  10    points in time.

          11         Q.   Well, let's start when -- when

          12    Mr. Garlinghouse was not working at the company,

          13    obviously, but when it was just Mr. Larsen there

          14    of the two of them, did you need his approval for

12:38:20  15    OTC sales?

          16              MR. HORTON:  Objection to form.

          17              MS. COWAN:  Objection to form.

          18         A.   Yeah, I can't remember.

          19         Q.   Okay.  Do you recall -- is it fair to

12:38:27  20    say that here you are asking for their approval of

          21    a proposal?

          22         A.   Yes.

          23         Q.   Do you recall other occasions where you

          24    asked for that sort of approval from them?

12:38:34  25              MR. HORTON:  Objection to form.
```

175

12:38:35  1      A.   I can't recite another occasion, no.

 2      Q.   Okay.  And did there come a time -- I

 3   think you said it varied at different point in

 4   times.

12:38:42  5          So is there -- was there a point in time

 6   when you needed to, say, seek approval from

 7   Mr. Garlinghouse for OTC sales?

 8            MR. HORTON:  Objection to form.

 9      A.   I don't -- it -- it may have been that I

12:38:55 10   talked to him.  I don't know that it was -- I'd

11   say yes.  It sounds right.  Yes.

12      Q.   Was it for all of them or just ones that

13   had a certain threshold or a certain term in them?

14   Do you recall?

12:39:07 15            MR. HORTON:  Objection to form.

16      A.   I don't recall, no.

17      Q.   Okay.  And ███████ was potentially

18   purchasing XRP for what purpose?

19            MR. HORTON:  Objection to form.

12:39:17 20      A.   I don't know.

21      Q.   Did he ever communicate to you a

22   purpose?

23      A.   Well, in fact, I think if you look at

24   the e-mail, what I write here is "they've

12:39:35 25   indicated they are making this request from us to

176

12:39:37   1    satisfy a market order, not for a fund."

2                    I -- I believe what that means is

3          they're acting as broker, so there's a third party

4          on the other side of -- of them who is actually

12:39:46   5    making -- providing the proceeds to fulfill and

6          satisfy the transaction.

7                    So I -- that's my understanding of this

8          when I read this e-mail.

9              Q.   So, in other words, to resell the XRP to

12:39:58   10   someone else?

11                   MR. HORTON:  Objection.

12             A.   I don't know -- even know if it's to

13         resell.  Someone just to act as a broker.

14             Q.   So it wasn't for them, in other words?

12:40:06   15                   MR. HORTON:  Objection to form.

16             A.   Not that I recall when I read this

17         e-mail.  That's what it reads to me.

18             Q.   Are there -- were there other occasions

19         where OTC sales involved such types of

12:40:15   20   transactions, sort of a broker?

21                   MR. HORTON:  Objection to form.

22             A.   A broker in the middle of the

23         transaction --

24             Q.   Yeah.

12:40:20   25             A.   -- that doesn't handle the funds, but

177

```
12:40:23    1    just acts as an intermediary to introduce the

            2    buyer and seller?

            3        Q.    Yes.

            4        A.    Yes.

12:40:28    5        Q.    Okay.  Did -- did anyone at Ripple

            6    any -- at any time restrict you from entering into

            7    those sort of transactions for XRP sales?

            8              MR. HORTON:  Objection to form.

            9        A.    I don't remember.

12:40:39   10        Q.    Do you remember -- you're saying you

           11    don't remember either way or you don't remember

           12    that occurring?

           13        A.    I don't remember either way.

           14        Q.    Okay.  In your paragraph you refer to

12:40:48   15    "We want to make a happy customer."

           16              Do you see that?

           17        A.    I do.

           18        Q.    Who are you referring to there?

           19              MR. HORTON:  Objection to form.

12:40:57   20        A.    Well, I -- I believe -- I think this is

           21    sort of a turn of phrase.  Like we want to make a

           22    happy customer, like a happy camper.  That's kind

           23    of my interpretation of that.  And I am talking

           24    about ███████████ and ████.

12:41:14   25        Q.    Okay.  And does this refresh your memory
```

178

```
12:41:18   1    as to whether you, at time to time, referred to,

           2    you know, XRP purchasers as customers of Ripple?

           3              MR. HORTON:  Objection.

           4         Objection to form.

12:41:28   5         A.   I don't think that was something we were

           6    in the custom of doing, no.

           7              THE REPORTER:  I can't hear you,

           8         sir.

           9         A.   I -- I don't -- we were not in the

12:41:35  10    custom of calling purchasers of XRP customers, no.

          11         Q.   Right.  So I wasn't asking about the we,

          12    though.  I think -- I was just asking about you.

          13         A.   No.

          14         Q.   Okay.  All right.  And I think, do you

12:41:58  15    see the reference in the middle of the e-mail from

          16    ██████████████ to you to, sort of, lock-ups and

          17    discounts?  Do you see that?

          18         A.   It's a hard print, but I think so, yes.

          19         Q.   Okay.  Sitting here today, do you recall

12:42:13  20    whether some of Ripple's OTC sales of XRP while

          21    you were at Ripple might have involved lock-up

          22    periods?

          23              MR. HORTON:  Objection to form.

          24         A.   Yes.

12:42:24  25         Q.   What were the purpose or purposes of
```

179

12:42:26  1    those lock-up periods?

2                    MR. HORTON:  Objection to form.

3         A.    I think we -- we were hoping to design

4    a -- terms of the sale to prevent third parties

12:42:42  5    from turning around and just selling their large

6    trades on to the market, into the open market.

7         Q.    When we had discussed the programmatic

8    sales, you generally said, you know, there were

9    some desires to minimize the footprint of X -- of

12:42:57 10    Ripple's XRP sales?

11        A.    Yes.

12        Q.    Is that sort of a similar idea with

13    the -- to the extent lock-ups existed, to minimize

14    the OTC purchasers, the footprint of their resale

12:43:08 15    of XRP?

16                    MR. HORTON:  Objection to form.

17        A.    Yes.

18        Q.    Okay.  And is it fair to say that to the

19    extent such lock-ups existed in the OTC sales

12:43:19 20    agreements, they existed because Ripple understood

21    or expected that the purchasers of XRP in OTC

22    sales might one day resell their XRP?

23                    MR. HORTON:  Objection to form.

24        A.    Yes.

12:43:37 25        Q.    And what was the purpose of the discount

                                                    180

```
12:43:40   1   in price in the OTC sales to the extent they
           2   existed?
           3            MR. HORTON:  Objection to form.
           4        A.   I don't remember.  I think we -- we
12:43:55   5   explored a lot of different pricing models.  So I
           6   don't remember what the rationale was for
           7   discounts and lockups or premiums without lockups
           8   or no discount on premium, reduced lockup.  I
           9   think we were trying to understand what -- what
12:44:10  10   the right approach was.  I don't think it was
          11   really one size fits all.
          12        Q.   To the extent that it was different
          13   approaches for different deals, who made -- who
          14   had the final authority to decide, you know, for
12:44:19  15   this one, we'll do this lockup or no lockup?  Who
          16   had the final authority over those terms?
          17            MR. HORTON:  Objection to form.
          18        A.   I don't remember.
          19        Q.   Did Mr. -- was there a time when
12:44:29  20   Mr. Larsen had final authority over the terms of
          21   OTC -- OTC sales?
          22            MR. HORTON:  Objection to form.
          23            MS. COWAN:  Objection to form.
          24        A.   I don't remember.
12:44:37  25        Q.   Was there a time where Mr. Garlinghouse
```

181

```
12:44:39   1    had final authority over the terms of OTC sales?
           2              MR. HORTON:  Objection to form.
           3        A.   Yes.
           4        Q.   Okay.  One second.
12:45:09   5              MR. TENREIRO:  Okay.  Let's look
           6         at Number 27.
           7              (Whereupon, exhibit is presented
           8         and marked SEC Griffin Exhibit PG-27 for
           9         identification.)
12:45:19  10              MR. TENREIRO:  This is a
          11         three-page e-mail.  I'll get you the Bates
          12         in a second.  It's been marked PG-27.
          13         Here you go.  It appears to be an e-mail
          14         from Mr. Griffin to individuals at ███ and
12:45:33  15         others on or around June 9th, 2016.
          16              MR. HECKER:  Can we take a break?
          17              MR. TENREIRO:  Break for lunch
          18         now?  Just a break?  Go ahead.  Off the
          19         record.
12:45:51  20              THE VIDEOGRAPHER:  Going off the
          21         record at 12:45 p.m.
          22              (Whereupon, a recess is taken.)
          23              THE VIDEOGRAPHER:  We are back on
          24         the record at 12:50 p.m.
12:50:23  25              MR. TENREIRO:  So it's PG-27 and
```

182

```
12:50:26   1              the Bates is ████ Ripple 854.
           2                        (Pause)
           3     BY MR. TENREIRO:
           4         Q.   Mr. Griffin, any reason to think that
12:52:07   5     you did not send this e-mail to these individuals?
           6         A.   No.
           7         Q.   Is it fair to say that, in sum and
           8     substance, there's a discussion about a
           9     restriction on ████ [sic] ability to resell the
12:52:19  10     XRP it might purchase from Ripple?
          11              MR. HECKER:   Objection to form.
          12         A.   I'm sorry, please ask the question
          13     again.
          14         Q.   Yes.
12:52:28  15              Is it fair to say that one of the things
          16     being discussed in this e-mail thread is a
          17     potential restriction on ████ ability to resell
          18     XRP it might purchase from Ripple?
          19         A.   ████?   ████████████?
12:52:43  20         Q.   Yes.
          21         A.   Yes.
          22         Q.   And is it fair to say that that -- at
          23     least as reflected in this e-mail, that
          24     restriction might be tied to the daily volume?  It
12:52:50  25     says 5 percent of daily volume.
```

183

```
12:52:52   1                    MR. HORTON:  Objection to form.
           2         A.   Yes.
           3         Q.   That's daily volume of XRP just to be
           4    clear?
12:52:58   5                    MR. HORTON:  Same objection.
           6         A.   I believe so.
           7         Q.   Okay.  And, again, what were -- what was
           8    the purpose or purposes of, you know, when these
           9    sort of terms were put into the OTC sales
12:53:06  10    contracts?  What were their purpose?
          11                    MR. HORTON:  Objection to form.
          12         A.   The purpose was to prevent a -- a
          13    purchaser from turning around and selling if there
          14    was a discount involved.
12:53:20  15         Q.   And why did Ripple want to prevent that?
          16                    MR. HORTON:  Objection to form.
          17         A.   We didn't -- we wanted -- just the same
          18    reasons what -- as -- that we -- the same
          19    priorities we had when we sold programmatically.
12:53:34  20    We wanted to maintain a lightweight -- light
          21    footprint in the market and we didn't want to have
          22    our over-the-counter sales, or OTC sales,
          23    impacting the market in any way.
          24         Q.   Any other reasons for these, you know,
12:53:48  25    sort of terms and restrictions in an OTC sales
```

184

```
12:53:51    1    contract?
            2         A.    Not that I recall.
            3         Q.    When you were at Ripple, did any of the
            4    OTC sales in which you had any involvement have
12:54:05    5    restrictions other than daily volume-related sales
            6    restrictions?
            7              MR. HORTON:  Objection to form.
            8         A.    Not that I recall.
            9         Q.    Did any of them have restrictions on,
12:54:17   10    for example, who the OTC purchaser could resell
           11    the XRP to?
           12              MR. HORTON:  Objection to form.
           13         A.    It's possible.  I don't recall.
           14         Q.    All right.
12:54:27   15              MR. TENREIRO:  Let's take a look
           16         at Exhibit 76.
           17              (Whereupon, exhibit is presented
           18         and marked SEC Griffin Exhibit PG-76 for
           19         identification.)
12:54:41   20              MR. TENREIRO:  This will be a
           21         e-mail thread with Bates RPLI_SEC 843640.
           22         It's three pages.  It involves
           23         Mr. Griffin, April 19th, 2017.
           24              (Pause)
12:55:34   25    BY MR. TENREIRO:
```

185

12:56:44  1        Q.    Okay.  Mr. Griffin, sitting here today,

2    do you have any reason to believe you did not

3    receive this e-mail from Mr. Garlinghouse?

4        A.    No.

12:56:51  5        Q.    And do you have any reason to believe

6    you did not send this e-mail to someone apparently

7    called ████████ at ████████████.com?

8        A.    No.

9        Q.    Okay.  There you write "Hi, ████.  We

12:57:04 10    encourage buyers of less than 250,000 to go to the

11    open market.  For transactions of this size, we

12    can sell to you at the spot price.  Let us know

13    how much and we will send through the paperwork

14    this afternoon."

12:57:15 15             Do you see that?

16        A.    I do.

17        Q.    Is that a reference to buyers of XRP?

18             MR. HORTON:  Objection to form;

19         lack of foundation.

12:57:22 20        Q.    When you say you "encourage buyers," are

21    you referring to buyers of XRP?

22        A.    Yes.

23        Q.    And is this an accurate statement of

24    what -- whatever Ripple's, you know, approach was

12:57:32 25    with respect to potential buyers less than 250K go

186

12:57:37  1    to the open market?

          2            MR. HORTON:  Objection to form.

          3        A.   Yes.  I think at this point we -- there

          4    was a rate card that we were trying to -- that I

12:57:47  5    think we -- we were using to standardize these

          6    transactions.

          7        Q.   "A rate card" meaning?  Can you explain,

          8    please?

          9        A.   Based on size, what discount or

12:57:57 10    nondiscount or premium a purchaser was -- was

         11    paying.

         12        Q.   And do you remember the tranches of such

         13    discounts?

         14        A.   No.

12:58:06 15            MR. HORTON:  Objection to form.

         16        Q.   What was the purpose of discounts?

         17            MR. HORTON:  Objection to form.

         18        A.   I don't -- I -- I don't even remember if

         19    there were discounts or if it was premiums.

12:58:16 20        Q.   What --

         21        A.   I can't recall.

         22        Q.   Premiums on what?

         23        A.   On the spot price.

         24        Q.   And what would the purpose of the

12:58:23 25    premium be -- premium be?

                                                              187

12:58:23 1                    MR. HORTON:  Objection to form.

2          A.    What would the purpose -- what -- I'm

3     sorry, so you're asking why would -- why would

4     there have been a premium on a -- on a large

12:58:35 5    transaction?

6          Q.    Yes.

7          A.    It's -- we would have been charging --

8     from the perspective of the buyer, presumably it's

9     a convenience.  And from our perspective we wanted

12:58:46 10   to -- again, the same -- same rationale.  We

11    wanted to prevent a purchaser from buying XRP from

12    us and then turning it at -- at a discount or --

13    or a spot and then turning around and selling it

14    immediately and having an impact on -- on the

12:59:02 15   market.

16         Q.    Why didn't you just restrict them from

17    reselling it at all?

18                    MR. HORTON:  Objection to form.

19         A.    I believe it is a form of restriction.

12:59:10 20        Q.    What is a form of restriction?

21         A.    A premium.

22         Q.    How does a premium restrict them?

23         A.    Well, if a -- if a purchaser has

24    purchased it at a high price, a price higher than

12:59:25 25   spot, then turning around and selling it would be

188

```
12:59:27   1   at a loss.
           2       Q.    So, in other words, it restricts them
           3   until the price goes up so they can make up that
           4   premium?
12:59:33   5                MR. HORTON:  Objection to form.
           6       A.    Until -- yes, until they resell it,
           7   yeah.
           8       Q.    But they're able to sell it if they
           9   wanted to, right?  So my question was, why didn't
12:59:41  10   you just legally say you cannot resell your XRP?
          11                MR. HORTON:  Objection to form.
          12       A.    I believe we did do that.  I -- I don't
          13   know what was in the rate card, again, what was
          14   in -- the terms of the rate card, the terms -- I
12:59:52  15   think this is referring to -- I don't know if it
          16   was the last document.  What were the terms of our
          17   transaction agreements.  It changed over time.  I
          18   think that that was definitely the intention, was
          19   to prevent a -- a buyer of XRP, whether they were
13:00:09  20   buying from us at a discount, at a premium.
          21   Typically I recall there being lockup provisions
          22   or restrictions on how quickly or how much a
          23   purchaser was able to liquidate.
          24       Q.    These are all for the -- the footprint
13:00:26  25   purposes we've been discussing?
```

189

13:00:27  1            MR. HORTON:  Objection to form.

       2       A.    Yes.

       3       Q.    You reference "paperwork" that you will

       4  send through.

13:00:34  5            Do you see that in your e-mail?

       6       A.    Yes.

       7       Q.    What was that paperwork?

       8            MR. HORTON:  Objection to form;

       9       lack of foundation.

13:00:43 10       A.    I'm not -- I'm not a hundred percent

      11  sure.

      12       Q.    Okay.  Do you have any memory as to sort

      13  of what sort of documents you might send a

      14  potential purchaser for them to fill out?

13:00:51 15       A.    There may have been a KYC information

      16  that we were requesting for our compliance team

      17  and then there may have been an explicit agreement

      18  that laid out the terms of the transaction.

      19       Q.    Did you --

13:01:07 20       A.    I don't remember.

      21       Q.    Sorry.  Did you ever --

      22       A.    That's what I remember, yeah.

      23       Q.    Did you ever send that document in

      24  connection with potential sales of XRP by Ripple

13:01:16 25  to third parties inquiring as to the purpose of

                                                        190

13:01:22    1    the purchase by that third party?

            2              MR. HORTON:  Objection to form.

            3       A.   Not that I recall.

            4       Q.   Did you ever witness anyone at Ripple

13:01:27    5    doing something like that?

            6              MR. HORTON:  Objection to form.

            7       A.   Same answer.  Not that I recall.

            8       Q.   Okay.  And did you ever receive

            9    instructions from anyone at Ripple about how to

13:01:36   10    handle this type of request?  You know, someone

           11    comes to Ripple and says I want to buy XRP.

           12              MR. HORTON:  Objection to form.

           13       A.   I'm sorry, you're asking if I

           14    remember -- I got distracted.  Can you please ask

13:01:51   15    that again?

           16       Q.   Did you ever receive instructions from

           17    anyone at Ripple about how to handle this type of

           18    request?

           19              MR. HORTON:  Same objection.

13:01:57   20       A.   I don't -- I don't remember, no.

           21       Q.   Okay.

           22              MR. TENREIRO:  Let's take a look

           23         at Exhibit 67.

           24              (Whereupon, exhibit is presented

13:02:03   25         and marked SEC Griffin Exhibit PG-67 for

                                                               191

13:02:03  1          identification.)

          2                  MR. TENREIRO:  So this is --

          3          PG-67 is a three -- actually, sorry, a

          4          six-page e-mail and then an attachment to

13:02:29  5          the e-mail, RPLI_SEC 156968.  It appears

          6          to be from Mr. Griffin on or around March

          7          28, 2017.  It says to individuals

          8          @██████████

          9  BY MR. TENREIRO:

13:02:50 10          Q.   Mr. Griffin, while you review the

         11  e-mail, I'd like to -- to direct your attention to

         12  sort of the series of questions asked at the front

         13  of the e-mail and how they appear to be repeated

         14  in the attachment.  That might help you in terms

13:03:02 15  of your review.

         16          A.   I'm sorry, which questions?

         17          Q.   All right.  So --

         18          A.   The XRP/Ripple questions?

         19          Q.   Yeah.  If you look, for example, at the

13:03:21 20  bottom of the first page --

         21          A.   Okay.

         22          Q.   -- it says "Data Displays &

         23  Disclosures," there's a series of -- of bullet

         24  points there.

13:03:29 25          A.   Yes.

                                                              192

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

13:03:29  1          Q.   If you flip to the first page of the

        2   exhibit, a few pages down, it appears to have

        3   "Data Displays & Disclosures" and then sort of

        4   repeating the bullet points with additional

13:03:42  5   information.  And that goes on for all -- all of

        6   them there, "XRP/Ripple Questions" --

        7          A.   Okay.

        8          Q.   -- et cetera.  But, you know, take a

        9   look.

13:05:46 10          (Pause)

       11               MS. GRESSEL:  Jorge, can we just

       12          ask that PG-67 be circulated by e-mail?

       13               MR. TENREIRO:  Nicole, I don't

       14          know if you heard that, but to the extent

13:09:20 15          you have not been able to, please

       16          circulate PG-67.  Thank you.

       17               Just because of the size, it

       18          might take just a little longer to get

       19          there.

13:09:53 20               THE VIDEOGRAPHER:  She said she

       21          sent it already.

       22               (Pause)

       23   BY MR. TENREIRO:

       24          Q.   And my questions go to III.d but you can

13:13:49 25   keep reviewing it.

                                                              193

```
13:13:50   1              MR. HORTON:  I think if you're
           2         going to ask him questions about the
           3         document, he should review the whole
           4         thing.
13:13:55   5              MR. TENREIRO:  Okay.
           6              (Pause)
           7    A.   So you want me to look at III.d?
           8    Q.   I was going to start with the front --
           9    A.   Okay.
13:16:27  10    Q.   -- just the e-mail.
          11         So, Mr. Griffin, having reviewed this
          12    document, could you tell us who ███████ is or
          13    was in connection with your Ripple work?
          14    A.   ████████ is a subsidiary of ████ or
13:16:40  15    operating company or connected to ████.
          16    Q.   So they were a potential or actual
          17    purchaser of XRP?
          18              MR. HORTON:  Objection to form.
          19    A.   I don't remember.
13:16:48  20    Q.   Do you see the reference from ████████
          21    ██████████ to "Thank you, Patrick.  This is
          22    certainly a step in the right direction, but I'm
          23    not certain it meets the minimum requirements that
          24    we feel investors would want to have in place
13:17:01  25    before committing capital to an XRP-based fund"?
```

                                                            194

```
13:17:04    1        A.    Uh-huh.  Yes.
            2        Q.    Okay.  And do you have an understanding
            3   as to whether ████████ and/or its, you know,
            4   investors were looking to potentially invest in
13:17:14    5   XRP?
            6                 MR. HORTON:  Objection to form.
            7        A.    No.
            8        Q.    Did -- did Ripple want to have people
            9   invest in XRP such as through a fund like this?
13:17:24   10                 MR. HORTON:  Objection to form.
           11        A.    We -- we were interested in having --
           12   finding entities or people that wanted to purchase
           13   XRP.
           14        Q.    Why?
13:17:36   15        A.    Well, for Ripple, it -- that was a -- a
           16   means to generate cash flow for Ripple's business
           17   and to help operate that -- you know, the
           18   business.  It was a way of getting XRP into the
           19   hands of other entities and to circulate the XRP
13:17:51   20   outside of Ripple of -- XRP that Ripple still has
           21   on -- on its balance sheet.
           22        Q.    And do you have any reason to believe
           23   that you did not send the responses to ████████
           24   questions attached that you just reviewed?
13:18:03   25        A.    No.
```

195

13:18:04  1          Q.   Okay.  And where you're --

       2                    MR. HORTON:  Sorry, Jorge, just

       3          to clarify, were you asking if he sent

       4          them or if he wrote them?

13:18:13  5                    MR. TENREIRO:  I just asked if he

       6          sent them.

       7                    MR. HORTON:  Okay.

       8    BY MR. TENREIRO:

       9          Q.   So any reason to believe you did not

13:18:17 10    send these?

      11          A.   No.

      12          Q.   Okay.  Do you know who wrote the

      13    answers?

      14          A.   No.

13:18:23 15          Q.   Would you have had involvement with

      16    writing answers to questions from potential OTC

      17    purchasers of XRP --

      18                    MR. HORTON:  Objection to form.

      19          Q.   -- while you worked at Ripple?

13:18:30 20                    MR. HORTON:  Objection to form.

      21          A.   Yes.

      22          Q.   Having reviewed the answers, do you have

      23    any reason to doubt their accuracy?

      24                    MR. HORTON:  Objection to form.

13:18:41 25          A.   No.

                                                              196

```
13:18:42   1        Q.   Do you have any reason to doubt their
           2   truthfulness?
           3               MR. HORTON:   Objection to form.
           4        A.   No.
13:18:48   5        Q.   Okay.  Is it fair to say, generally
           6   speaking, that, you know, ███████ is asking
           7   questions about XRP and about Ripple?
           8        A.   Yes.
           9        Q.   Okay.  Let's go to the actual -- what
13:19:04  10   appears to be the answers sheet.  On the page that
          11   on top says number "II.  XRP/Ripple Questions."
          12   Question A:  "Who makes XRP distribution and sales
          13   decisions at the company?"
          14               Do you see that?
13:19:20  15        A.   Okay.
          16        Q.   Do you see it?
          17        A.   Yes, I do.
          18        Q.   Okay.  Is it true that as of March 2017,
          19   the XRP sales committee consisted of
13:19:28  20   Mr. Garlinghouse, Mr. Larsen, yourself,
          21   ███████?
          22               MR. HORTON:   Objection to form.
          23        A.   I don't recall.
          24        Q.   Do you have any reason to think that is
13:19:37  25   not true?
```

                                                                197

**GRADILLAS COURT REPORTERS**
(424) 239-2800

13:19:38   1                    MR. HORTON:  Objection to form.

           2         A.   No.

           3         Q.   Further down he asks you, "Is this still

           4    true (from Wikipedia)?  'The Ripple founders

13:19:48   5    created the initial Ripple ledger with 100 billion

           6    XRP.  The founders gifted a for-profit company

           7    called Ripple Labs 80 billion XRP.  Ripple Labs

           8    intends to give away over 50 billion XRP.  The

           9    remainder will be used to fund Ripple Labs

13:20:05  10    operations, which include contributing code to the

          11    open source network and promoting the network.'"

          12              Do you see that question?

          13         A.   Yes.

          14         Q.   The answer appears to say "This is no

13:20:15  15    longer true."

          16              Do you see that?

          17         A.   Yes.

          18         Q.   What part of that was no longer true as

          19    of March 2017?

13:20:23  20                    MR. HORTON:  Objection to form;

          21         lack of foundation.

          22         A.   I don't know.

          23         Q.   Was it true as of March 2017 that Ripple

          24    intended to give away over 50 billion XRP?

13:20:33  25                    MR. HORTON:  Objection to form.

                                                                  198

13:20:36   1          A.   I -- I can't recall.
           2          Q.   Was it true as of March 2017 that Ripple
           3     intended to use some XRP -- proceeds from XRP
           4     sales to fund its business?
13:20:45   5                    MR. HORTON:  Objection to form.
           6          A.   Yes.
           7          Q.   Okay.  If we can turn to the next page,
           8     please, Question d.  The question appears to say
           9     "Where can XRP be held?  Outside of working on a
13:21:01  10     relationship with BitGo, are there any viable
          11     wallets?"  Do you see that?
          12          A.   Yes.
          13          Q.   You list Gatehub -- the answer sheet
          14     lists "GateHub (live)" and then some estimated
13:21:13  15     wallets.
          16                Do you see that?
          17          A.   Yes.
          18          Q.   Is it true that GateHub (live) -- sorry.
          19                Was this the only wallet that was live
13:21:20  20     at that point?
          21                    MR. HORTON:  Objection to form.
          22          Q.   Do you know?
          23          A.   Not that I -- I recall.
          24          Q.   What were the other live ones?
13:21:25  25          A.   I don't -- I don't recall.

                                                              199

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

13:21:26 1   Q. I see. All right. Let's move on to

2 part III, "Investment Thesis." The question is --

3 in the document it asks "to explain the link

4 between the usefulness/value of XRP and the"

13:21:42 5 adopton -- "adoption usage of the Ripple

6 protocol."

7    The response sheet says "There is a

8 strong correlation between the usefulness/value of

9 XRP and the" adopt -- "adoption usage of Ripple's

13:21:56 10 technology."

11    Do you see that?

12   A. Yes.

13   Q. Did you, as a Ripple employee, believe

14 that statement to be true as of March 2017?

13:22:05 15     MR. HORTON: Objection to form.

16   A. Yes.

17   Q. And when you refer to "value of XRP,"

18 what do you mean by "value of XRP" or what does

19 the sheet mean, as far as you understand?

13:22:17 20     MR. HORTON: Objection to form.

21   A. I think it's usefulness.

22   Q. Usefulness/usefulness? It says

23 usefulness/value. So I think I understand the

24 word "usefulness," and I think I understand

13:22:39 25 "value," but I'd like you to explain to me what

200

13:22:41  1   you understand by the word value.

         2              MR. HORTON:  Objection to form.

         3       A.   You want me to define value?

         4       Q.   Yes.

13:22:47  5       A.   Like, dictionary definition of value?

         6       Q.   Your understanding, sir.

         7       A.   Well, my understanding here is that

         8   one -- it's one -- it's sort of a different side

         9   of the same coin.  The more value -- the more

13:23:00 10   valuable, the more useful and vice versa.

        11       Q.   And so there was -- if there's more

        12   adoption of use -- I'm sorry.

        13              There was more adoption of Ripple's

        14   technology, there could be more usefulness to XRP?

13:23:14 15              MR. HORTON:  Objection; form.

        16       A.   I think -- I think the idea is the more

        17   adoption of Ripple's technology, the more useful

        18   XRP could become, which would in turn potentially

        19   drive its value.  It's a working theory.  And then

13:23:34 20   the more valuable it became, the more useful the

        21   technology could become.

        22       Q.   Did Ripple express that working theory

        23   to the market while you were a Ripple employee?

        24              MR. HORTON:  Objection to form.

13:23:45 25       A.   I don't -- I don't know.

                                                              201

13:23:49  1        Q.   Okay.  The next page is Question III.c.

       2    It talks about "Ripple is distributed but not"

       3    centralized "leading investors" -- sorry, "but not

       4    decentralized leading investors to potentially

13:24:09  5    question who can emerge as a bad actor."  How can

       6    -- "How would you combat those fears?"

       7            The answer references "Ripple publicly

       8    lists the validators that it trusts on its site,"

       9    and then there's a website, "which are currently

13:24:24 10    restricted to validators solely managed by

      11    Ripple."

      12            Do you see that?

      13        A.   I do.

      14        Q.   Was it true that as of March 2017, the

13:24:30 15    list of validators that Ripple trusted were only

      16    validators managed by Ripple?

      17            MR. HORTON:  Objection to form.

      18        A.   I don't remember.

      19        Q.   Did you have involvement in seeking to

13:24:42 20    identify other validators that might validate

      21    transactions on the Ripple or XRP ledger?

      22            MR. HORTON:  Objection to form.

      23        A.   Were there other validators on the

      24    network?

13:24:57 25        Q.   No.

                                                      202

13:24:58  1            Did you have involvement in seeking to

        2   identify other validators that might validate

        3   transactions on the XRP ledger?

        4        A.   Yes.

13:25:04  5                 MR. HORTON:  Objection to form.

        6        Q.   What was your involvement?

        7        A.   We spoke to technology vendors about the

        8   requirements and the benefits of running the

        9   validator on the Ripple network.

13:25:18 10        Q.   Why did you do that?

       11        A.   To further decentralize the system.

       12        Q.   Why did you want to further decentralize

       13   the system?

       14        A.   The more decentralized the technology,

13:25:30 15   the more compelling and the more useful it became.

       16   Helped to secure the system as well.

       17        Q.   And the more useful the technology

       18   became -- and that -- is that related to what we

       19   were discussing earlier about the usefulness of

13:25:47 20   XRP itself?

       21                 MR. HORTON:  Objection to form.

       22        A.   I mean, that -- it's all tied in

       23   together, yes.  The more tech -- useful the

       24   technology and the more secure the system, the

13:26:00 25   more valuable, the more useful the native currency

                                                              203

13:26:07  1    that secures the system as well.

2        Q.   And the next question, d, "Can you

3    explain supply/demand dynamics for XRP?"  There's

4    a long answer that I think you read.

13:26:17  5             Was it true that demand for XRP

6    currently, meaning as of March 2017, came from the

7    three types of market participants listed in this

8    sheet?

9             MR. HORTON:   Objection to form.

13:26:30 10    A.   I don't know.

11       Q.   Do you have any reason to doubt that

12    this is true?

13             MR. HORTON:   Objection to form.

14       A.   I don't know.  I don't recall what I

13:26:41 15    felt, what I remember, what the -- what the market

16    dynamics or adoption looked like in 20 -- in March

17    2017.

18       Q.   In March of 2017, was there any demand

19    for XRP coming from any persons engaged in

13:26:55 20    cross-border payments utilizing XRP?

21             MR. HORTON:   Objection to form.

22       A.   Same answer.  Also, I don't recall.

23       Q.   If you flip forward to h, which is, I

24    guess, III.h.  The question there is "How do you

13:27:21 25    measure growth of the Ripple network?  (i.e.,

                                                        204

13:27:24  1    bitcoin's success is demonstrated by wallet

2    growth, transactional volume, price, number of

3    nodes, hash rate, etc.)  Can you provide current

4    and/or projected metrics?"

13:27:36  5             Do you see that question?

6         A.   Yes.

7         Q.   And then there's an answer that talks

8    about off ledger and on ledger.

9             Do you see that?

13:27:45 10        A.   Yes.

11        Q.   Okay.  Was it true that as of March

12   2017, Ripple measured growth of the Ripple network

13   by the measures listed in these pages?

14             MR. HORTON:  Objection to form.

13:28:08 15        A.   I don't know.  This is what's in the

16   document.  I don't know if this is -- I can't

17   speak to how accurate this is.

18        Q.   Right.  So I wasn't -- not necessarily

19   asking you how accurate the -- the numbers here

13:28:21 20   are, but my question was:  Was it true that as of

21   March 2017, Ripple measured the growth of the

22   Ripple network by the measures listed in these

23   pages?

24             MR. HORTON:  Objection to form.

13:28:32 25        A.   Right.  That's -- that's what I mean.  I

205

13:28:34  1    don't know how accurate these metrics were -- are

2    as metrics that Ripple Inc., the company, was

3    using.  Like, I don't know if these were

4    propagated to the rest of the organization, if

13:28:47  5    this was the same metrics that the finance team

6    was tracking or the marketing team.  So it's a --

7    I don't know how to go about answering your

8    question.

9        Q.   Okay.  And on the next page, you know,

13:28:57 10    there's -- on the off ledger metrics, there's 1

11    through 8.  The first one is "Listings on digital

12    asset exchanges."  Then it goes on to the next

13    page, "Market price."

14            Do you see that?

13:29:08 15        A.   I do.

16        Q.   What was the purpose of conveying the

17    18-month high reached on March 25, 2017, as to the

18    XRP price to a potential XRP investor?

19            MR. HORTON:  Objection to form;

13:29:21 20        lack of foundation.

21        A.   I don't know.  It's one of dozens of

22    metrics in here.  It's hard to know what the

23    purpose of that is.

24        Q.   Okay.

13:29:33 25            MR. TENREIRO:  I -- I'm done with

206

13:29:34    1          this one, so do you want to do lunch now?

2                  MR. HORTON:  That would be great.

3          Thanks.

4                  THE VIDEOGRAPHER:  Going off the

13:29:38    5          record at 1:29 p.m. Eastern.

6                  (Whereupon, a luncheon recess is

7          taken.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

207

```
13:29:42    1              A F T E R N O O N   S E S S I O N
            2                    THE VIDEOGRAPHER:  We are back on
            3          the record at 2:15 p.m. Eastern.
            4    BY MR. TENREIRO:
14:15:49    5         Q.   Mr. Griffin, while you were an employee
            6    at Ripple, was one of your hopes that the price of
            7    XRP would increase?
            8         A.   Yes.
            9         Q.   Was it one of your hopes that you could
14:16:02   10    help the price of XRP increasing by increasing
           11    adoption of Ripple's technology?
           12         A.   Help the price of XRP increasing?
           13         Q.   Yeah.  Just one -- was that one of your
           14    hopes?
14:16:16   15         A.   It was one of -- of many, yes.
           16         Q.   Okay.  And was that a hope shared, as
           17    far as you know, by others at Ripple?
           18                    MR. HORTON:  Objection to form.
           19         A.   I don't -- I don't know what others were
14:16:34   20    thinking.
           21                    THE REPORTER:  I can't hear you,
           22          sir.
           23         A.   I don't know what others were thinking.
           24         Q.   Did you ever witness Ripple expressing
14:16:40   25    to the public any desires that increasing adoption
```

                                                                    208

14:16:46  1    of Ripple's technology might increase the value of

       2    XRP?

       3                     MR. HORTON:   Objection to form.

       4         A.    I don't recall any particular instance,

14:16:57  5    no.

       6         Q.    Okay.  Earlier we had been discussing

       7    OTC sales, programmatic sales.

       8              Do you recall that?

       9         A.    Yes.

14:17:02 10         Q.    Okay.  And I had asked you -- I think

      11    I'm sort of -- just to go back a little.

      12              Did there come a time when you,

      13    Mr. Griffin, became, let's say, frustrated at the

      14    effect that Ripple's OTC sales might be having on

14:17:15 15    the XRP markets?

      16         A.    I don't recall.

      17         Q.    All right.

      18                     MR. TENREIRO:   Let's look at

      19              Exhibit 89, which is an e-mail, RPLI_SEC

14:17:29 20              395081.

      21                     (Whereupon, exhibit is presented

      22              and marked SEC Griffin Exhibit PG-89 for

      23              identification.)

      24    BY MR. TENREIRO:

14:17:31 25         Q.    Just the very first top does not appear

                                                              209

14:17:39  1    to include you, but the rest of it appears to be a

2    thread between you and Mr. Garlinghouse on or

3    about November 16, 2017.

4              (Pause)

14:19:42  5    A.   Okay.

6         Q.   Mr. Griffin, other than the very top

7    part of this e-mail exhibit, do you have any

8    reason to believe you did not engage in this

9    e-mail conversation with Mr. Garlinghouse?

14:19:50 10    A.   No.

11         Q.   Okay.  And the subject of yours appears

12   to be "Price."

13         A.   Okay.

14         Q.   Is that correct?

14:19:56 15    A.   Yes.

16         Q.   Having read the exhibit, do you -- can

17   you tell me the price of what?

18         A.   XRP.

19         Q.   Okay.  And the first e-mail is from you

14:20:10 20   on November 16th at the bottom.  You started by

21   saying, "Hi, Brad, I know we are focused on

22   getting the price of XRP up by attracting more

23   interest to it."

24              What did you mean there by "attracting

14:20:23 25   more interest to it"?

210

14:20:30    1          A.    I'm not sure.

            2          Q.    Can you tell me, more interest from

            3   whom?

            4          A.    Presumably buyers of XRP.

14:20:36    5          Q.    And when you say "I know we are focused

            6   on getting the price of XRP up by attracting more

            7   interest to it," is that a true statement of fact

            8   with respect to what Ripple was focused on in

            9   November of 2017?

14:20:48   10                MR. HORTON:   Objection to form.

           11          A.    I -- I'm not sure what -- where Ripple

           12   was at.   I'm not sure.

           13          Q.    Who's the "we" in the sentence?

           14          A.    I don't know.

14:20:59   15          Q.    Later you say "I'm not sure how all

           16   these deals we have in flight."   Is "these deals"

           17   a reference to potential OTC deals for XRP?

           18          A.    I'm not entirely sure.

           19          Q.    Later on, after the sentence that says

14:21:23   20   "Between," there's a sentence that says "Now we

           21   are adding ██████, ███████, and ████ to the

           22   selling side of the equation, with an appetite to

           23   do more, and looking at" 5 percent -- sorry, "at

           24   greater than 5 percent selling pressure at all

14:21:37   25   times."

                                                                    211

14:21:38   1                    Do you see that?

           2          A.    I do.

           3          Q.    Are the ▮▮▮▮▮▮, ▮▮▮▮▮▮▮, and ▮▮▮▮▮

           4    references to potential OTC sales of XRP?

14:21:46   5          A.    I don't think so.

           6          Q.    What are they references to?

           7          A.    I think they're deals that involve an

           8    investment in another third party from Ripple

           9    using XRP.

14:21:58  10          Q.    And so -- and it's a potential that that

          11    third party might then sell the XRP?

          12          A.    That's my reading.

          13          Q.    Now, when you say "greater than 5

          14    percent," are you talking about volume or price?

14:22:09  15          A.    Volume.

          16          Q.    Okay.  So the -- and just to make sure I

          17    understand the sentence, are you explaining that

          18    there could be greater than 5 percent increase in

          19    selling vol -- in volume on the sell side

14:22:24  20    essentially?

          21          A.    I think what I'm saying is that of the

          22    total volume that is trackable, that there could

          23    be a greater than 5 percent additional sale

          24    measured against the total volume that's trading,

14:22:40  25    buying and selling in the market.

                                                              212

14:22:42   1          Q.   But it's additional, right?  That --
           2          A.   I -- I think -- I think so.  I mean,
           3     it's -- it's a nuance that I don't -- I don't know
           4     how I was taking that into account.
14:22:52   5          Q.   When you say "pressure," do you -- are
           6     you referring to pressure on the price?
           7          A.   No.  I -- I think I'm just -- selling
           8     pressure.
           9          Q.   Selling pressure on the market or
14:23:01  10     selling pressure on what?
          11          A.   On the market.
          12          Q.   Okay.  And selling pressure tends to
          13     decrease price in a market, correct?
          14          A.   Yes.
14:23:10  15          Q.   Okay.  The next page you say "I've
          16     noticed (sic) this before (and over the past five
          17     years with Chris) so just restating my concern."
          18               Is it true that over the five years
          19     prior to November of 2017, you were -- had -- you
14:23:26  20     know, had voiced your concern before about this
          21     sort of selling pressure?
          22          A.   It looks like --
          23               MR. HORTON:  Objection to form.
          24          A.   -- that's what I -- I wrote here.
14:23:35  25          Q.   Do you have any reason to doubt that

                                                                    213

14:23:39 1   that was true?

2          A.   No.

3          Q.   Mr. Garlinghouse responds "Whoa!  I was

4   not aware you think things like █████████

14:23:51 5   and █████████ funds might be bad for the XRP

6   ecosystem."

7               Do you see that?

8          A.   I do.

9          Q.   And do you understand what the reference

14:23:57 10   to "XRP ecosystem" is to in that sentence?

11          A.   No, I don't.

12          Q.   Going back to your -- going to your

13   response above, "Yeah, I've never been super

14   excited about the sell-side dynamics (and have

14:24:19 15   been consistent on this point, going back to the

16   █████ conversations)."

17               What are the "█████ conversations"?

18          A.   There was a discussion with █████████,

19   he's a venture capitalist, about launching a

14:24:31 20   cryptocurrency fund that took a position in XRP.

21          Q.   And when did those conversations occur?

22          A.   I -- I don't remember.

23          Q.   When you reference "sell-side dynamics,"

24   can you just explain for me what that means?

14:24:47 25          A.   I think it's the same -- same dynamics

214

```
14:24:50   1    we just talked about around selling pressure.
           2         Q.   And, again, is it fair to say that, you
           3    know, as reflected here, you -- you never -- you
           4    never were that excited about sell-side dynamics
14:24:59   5    while you worked at Ripple?
           6         A.   That's what it says.
           7         Q.   What about Ripple sales?
           8              MR. HORTON:   Objection to form.
           9         A.   What's the question?
14:25:10  10         Q.   Did you have a view about those, you
          11    know, whether those were good or bad for the XRP
          12    market?
          13         A.   I don't know.  I don't -- it's hard
          14    to -- I could see it being good, could see it
14:25:25  15    being bad.
          16         Q.   What were your views on it?
          17         A.   I don't know.
          18         Q.   Okay.  Well, we'll get to this.  Okay.
          19              So you say "May be a time for me to
14:25:32  20    bring up again at this point, so I don't want to
          21    waste time, but at least getting to an
          22    understanding of how much selling pressure is
          23    acceptable will be helpful to make decisions on
          24    some of these opportunities."
14:25:42  25              Do you see that?
```

215

```
14:25:43   1          A.    Yes.
           2          Q.    And I know you did not write the top
           3    part, but it appears like Mr. Garlinghouse is
           4    instructing someone to "print for one on one with
14:25:53   5    PG tomorrow."
           6                Do you see that?
           7          A.    I do.
           8          Q.    Did there come occasions where you had
           9    one on one meetings with Mr. Garlinghouse?
14:26:00  10          A.    Yes.
          11          Q.    As a -- do you know who ███████████ is?
          12          A.    ██████ was Brad's -- was Brad's assistant
          13    at the time.
          14          Q.    As a result of this e-mail and/or a one
14:26:10  15    on one you might have had with Mr. Garlinghouse,
          16    did you come to get an understanding of how much
          17    selling pressure was acceptable?
          18          A.    I can't --
          19                MR. HORTON:  Objection to form.
14:26:21  20                You can answer.
          21          A.    I can't remember.
          22          Q.    Okay.  Then you say "I'm very" -- caps
          23    -- "disappointed by the price response to the ████
          24    news today."
14:26:31  25                Do you see that?
```

                                                           216

14:26:31 1          A.   I do.

        2          Q.   What was the ███ news today?

        3          A.   I don't remember what the partnership

        4    was, but presumably it's a partnership deal that

14:26:39 5   Ripple engaged in with ████████████.

        6          Q.   And why were you disappointed?

        7          A.   I don't know.

        8          Q.   Later you say -- I'm skipping a

        9    sentence.  You say "By contrast, IOTA is up 20

14:26:58 10  percent today and LISK is up 30 percent on

       11    some" -- you know, expletive -- "news.  Meanwhile,

       12     we're already retracing back down to yesterday's

       13    price."

       14               Do you see that?

14:27:07 15        A.   Uh-huh.

       16          Q.   Is it fair to say that you were

       17    disappointed that Ripple's -- that XRP's price had

       18    not gone up as a result of the ███ news that day?

       19               MR. HORTON:  Objection; form.

14:27:24 20        A.   Yes.

       21          Q.   Let's look -- okay.  So, now, in terms

       22    of the programmatic sales, I'm just going to,

       23    again, retrace a little, hopefully not a lot.  I

       24    think you used the word "footprint" earlier and I

14:27:35 25  don't want to put words in your mouth.  But in the

                                                              217

14:27:37    1    context of programmatic sales, what was the

            2    footprint desire that Ripple had?

            3                MR. HORTON:  Objection to form.

            4         A.   I think Ripple wanted a light footprint

14:27:48    5    in the market.

            6         Q.   And does that include all market

            7    variables?  So price, liquidity, volume, or -- or

            8    were there different desires for different

            9    variables?

14:28:03   10         A.   I don't remember how it was parsed, but

           11    I think it was across the board.  We wanted to

           12    have as little detectable presence in the market

           13    as possible.

           14         Q.   And did there come times when you

14:28:16   15    communicated with market makers with respect to

           16    Ripple's programmatic sales?

           17         A.   Yes.  I don't know if it was through me

           18    directly or through people on my team.

           19         Q.   But my question is, did there come a

14:28:30   20    time when you -- you personally communicated, say,

           21    with GSR about Ripple's programmatic sales?

           22         A.   It's possible.  I can't recall.

           23         Q.   Did there come times when Ripple, while

           24    you were an employee, you know, directed a market

14:28:42   25    maker to, let's say, stop sales of XRP?

                                                                218

14:28:44   1                    MR. HORTON:  Objection; form.
           2          A.    It's possible.
           3          Q.    Did there come a time when Ripple, while
           4    you were an employee, directed a market maker to
14:28:55   5    resume sales of XRP?
           6                    MR. HORTON:  Same objection.
           7          A.    Same -- same answer.  It's possible.
           8    Yes.
           9          Q.    With respect to programmatic sales, was
14:29:04  10    there any particular type of purchaser that Ripple
          11    targeted?
          12          A.    In programmatic sales?
          13          Q.    Yes.
          14          A.    No.
14:29:14  15          Q.    Did Ripple limit or re -- sorry, let me
          16    start again.
          17                 Generally speaking, is it fair to say
          18    that Ripple gave some instructions to market
          19    makers about sell parameters for XRP?
14:29:26  20                    MR. HORTON:  Objection to form.
          21          A.    Yes.
          22          Q.    Okay.  And did -- as far as you're
          23    aware, did any of those instructions about sell
          24    parameters restrict the identities of the
14:29:41  25    potential purchasers?

                                                                    219

```
14:29:43   1              MS. COWAN:  Objection.
           2         A.   I don't -- I don't know how to answer
           3    that question.  You're asking me about
           4    programmatic sales?
14:29:49   5         Q.   Yes.
           6         A.   I don't -- I don't -- maybe ask it again
           7    --
           8         Q.   Yeah, sure.
           9         A.   -- because it doesn't make sense to me.
14:29:56  10         Q.   As far as you're aware, did Ripple ever
          11    provide programmatic sales market makers with
          12    instructions meant to restrict the identities of
          13    potential XRP purchasers?
          14              MS. COWAN:  Objection.
14:30:09  15         Q.   So, for example, don't sell to
          16    speculators would be restricting their identity.
          17    Don't sell to people in X country.  Anything like
          18    that?
          19         A.   I think --
14:30:17  20              MS. COWAN:  Same objection.
          21         A.   No.
          22         Q.   Why not?
          23         A.   I think Ripple -- the programmatic sales
          24    was -- was just happening on open order books.
14:30:27  25    Just bids and asks and we were -- they were
```

220

14:30:30   1   placing bids or taking asks.

2          Q.   So open order books means --

3          A.   An open exchange.  Sorry.  You didn't

4   finish that question.

14:30:39   5          Q.   An open exchange meaning anyone who

6   wanted to come to the exchange could buy on the

7   open order books, is that correct?

8                    MS. COWAN:  Objection.

9          A.   Yes.

14:30:48  10          Q.   And is that true regardless of what they

11   intended to do with the XRP?

12                    MS. COWAN:  Objection.

13          A.   I -- presumably.

14          Q.   As far as you're aware, did Ripple

14:30:59  15   restrict the countries into which XRP could be

16   sold?

17          A.   As far as I'm aware, the -- I think --

18   I'm not -- I don't remember.  I think there may

19   have been some period of time where there was more

14:31:14  20   explicit instruction over where to sell versus

21   not, but I don't recall.

22          Q.   The amount of XRP you need to sort of

23   confirm transactions is small, right?

24          A.   Confirm on the system?

14:31:36  25          Q.   Yes.

221

14:31:37   1           A.    So can you ask the question again?

           2           Q.    Yeah.

           3                 What's the amount?  Do you know how much

           4     XRP you need for that?

14:31:44   5           A.    For what?

           6           Q.    To confirm a transaction on the system.

           7     To confirm a transaction on the ledger.

           8           A.    Oh.  I don't know the exact number, but

           9     I think it's measured in, I think, drops and -- I

14:31:57  10     don't even know if that's what it's called at this

          11     point.  But it's fractions of an XRP.  I don't --

          12     I don't remember how far the decimal place it goes

          13     out.

          14           Q.    Does 10 to 20 drops sound roughly

14:32:10  15     correct?

          16           A.    Sounds right.

          17           Q.    Okay.  Did Ripple limit programmatic

          18     sales to those amounts?

          19                 MS. COWAN:  Objection.

14:32:18  20           A.    No.

          21           Q.    Okay.  Were there any -- did Ripple

          22     place any upper bounds on the amounts of XRP units

          23     that could be sold in any particular programmatic

          24     sales transaction?

14:32:31  25           A.    I don't -- I don't know.  Can't recall.

                                                                    222

14:32:34  1        Q.   Did you ever instruct a market maker to
        2   not sell more than a particular amount of units of
        3   XRP on any given programmatic sales?
        4             MS. COWAN:   Objection.
14:32:45  5        A.   Same answer.  I don't recall.
        6        Q.   Did Ripple ever place any upper bounds
        7   on the price on which XRP units could be sold on
        8   these open books with respect -- you know, in
        9   programmatic sales?
14:33:01 10        A.   I can't recall.
       11        Q.   Did you have time -- did you have
       12   concerns from time to time that Ripple's sales
       13   could negatively -- sorry.  Restart.
       14             Did you have concerns from time to time
14:33:14 15   that Ripple's programmatic sales could negatively
       16   impact XRP's price?  You, Mr. Griffin.
       17        A.   Yes.
       18        Q.   And why did you have this concern?
       19        A.   I think it was more just I recall there
14:33:32 20   being some -- there was no data really that
       21   backed -- it was hard to quantify and there wasn't
       22   really a quantifiable reason.  It was just more, I
       23   don't know, I would say feeling of, hey, you know,
       24   the -- more selling than buying can have an
14:33:53 25   impact.

                                                          223

```
14:33:54  1              And so I don't know how -- how mer --
          2    how much merit was in that.  And I think relative
          3    to the overall size of what we were typically
          4    selling at, I don't -- I don't think it was really
14:34:07  5    something that I was losing sleep over.
          6         Q.   Okay.  But to the extent you have
          7    concerns that Ripple's sales could negatively
          8    impact XRP's price, was a concern that they could
          9    cause XRP's price to drop?
14:34:22 10         A.   Sure.  It could cause a lot of things.
         11    But, yes.
         12         Q.   Did you ever have any concerns,
         13    Mr. Griffin, you, that Ripple's programmatic sales
         14    could cause XRP's price to go up too much?
14:34:39 15         A.   I don't -- I don't remember.
         16         Q.   Did you ever -- I'm sorry.
         17              Did you ever witness others at Ripple
         18    expressing concerns that Ripple's programmatic
         19    sales could negatively impact XRP's price?
14:34:54 20         A.   I recall hearing from my team, ████
         21    and -- and Miguel; there was some concern about
         22    how much selling there was happening.
         23         Q.   And did you recall hearing from them
         24    concerns over programmatic sales causing the price
14:35:08 25    to go up too much?
```

224

14:35:11  1      A.   I don't recall.

       2      Q.   Other than ███████ and Miguel, did you

       3  hear concerns about Ripple's programmatic sales

       4  negatively impact XR -- impacting XRP's price from

14:35:21  5  anybody else?

       6      A.   I don't remember.  Just maybe also just

       7  a point of context.  You asked me a lot about

       8  programmatic sales.  This is one -- one area of

       9  focus that I had and it wasn't -- it was not the

14:35:40 10  central -- central area of focus.  And I was also

      11  responsible for all of the partnerships for

      12  Ripple, corporate development.  2017 period I

      13  think we were in -- in the middle of fundraising

      14  or the late 2016, which took up a huge amount of

14:35:56 15  time.  It was existential for the -- for the

      16  business.

      17           And, in addition, I was also

      18  transitioning other sales roles.  There was a lot

      19  of other areas that I was focused on.  So I just

14:36:08 20  want to help set the context around what I do

      21  remember, what I don't remember.

      22      Q.   Okay.  Why -- why was fundraising

      23  existential for the business in 2017?

      24      A.   Well, the -- the company was venture

14:36:20 25  backed so we needed to raise money to meet our

                                                          225

14:36:23    1    cash flow needs.

            2        Q.    But that was particularly acute in 2017?

            3              MR. HORTON:   Object to form.

            4        A.    I don't remember.  As I -- I'm not

14:36:31    5    even sure what -- you're saying 20 -- I'm not sure

            6    exactly what the period of time was around -- it's

            7    existential for any start-up is to raise money and

            8    to be able to go from -- you know, to secure the

            9    cash flow that you need from -- from outside

14:36:44   10    investors to keep the business going.

           11        Q.    Right.

           12              Is it fair to say that the market team

           13    monitored the XRP market on a daily basis?

           14        A.    Yes.

14:36:59   15        Q.    That included monitoring the price and

           16    volume?

           17        A.    I believe so.

           18        Q.    Did they report that data to you on a

           19    daily basis?

14:37:08   20        A.    I'm not sure.  There was a meeting we

           21    had every -- roughly every Friday where we had

           22    a -- sort of a review, a recap, of what -- what

           23    was happening in the markets around XRP.

           24        Q.    And did you independently track the

14:37:21   25    price and/or volume of XRP on a daily basis while

                                                                      226

| | | |
|---|---|---|
| 14:37:24 | 1 | you were a Ripple employee? |
| | 2 | A.   I don't -- I don't remember. |
| | 3 | Q.   Okay. |
| | 4 | MR. TENREIRO:  Let's take a look |
| 14:37:30 | 5 | at Exhibit 21, please.  This is going to |
| | 6 | be a two-page e-mail -- actually three -- |
| | 7 | RPLI_SEC 205600.  E-mail thread on or |
| | 8 | around April 10th, 2016. |
| | 9 | (Whereupon, exhibit is presented |
| 14:37:55 | 10 | and marked SEC Griffin Exhibit PG-21 for |
| | 11 | identification.) |
| | 12 | BY MR. TENREIRO: |
| | 13 | Q.   I'll just note for the record, you -- |
| | 14 | you appear to be copied on an e-mail from |
| 14:37:59 | 15 | Mr. Larsen.  I don't -- I don't see here you |
| | 16 | writing anything.  So you can, of course, read the |
| | 17 | whole e-mail.  I just have a short question. |
| | 18 | (Pause) |
| | 19 | A.   Okay. |
| 14:39:57 | 20 | Q.   Mr. Griffin, any reason to believe you |
| | 21 | were not copied on this thread? |
| | 22 | A.   Certainly.  One second. |
| | 23 | Q.   Go ahead. |
| | 24 | A.   Okay. |
| 14:40:19 | 25 | Q.   Any reason to believe you were not |

227

```
14:40:21   1    copied on this thread?
           2              MS. COWAN:  Objection.
           3         A.   I'm actually not sure where I'm copied
           4    into this thread.
14:40:31   5         Q.   The front page.
           6         A.   I see I'm copied on this one e-mail, but
           7    I'm not sure if that also includes all the other
           8    e-mails below it.  But I see that I'm copied on
           9    one e-mail of all these e-mails.
14:40:41  10         Q.   Okay.  Fair enough.  Just read -- I'm
          11    just going to ask you for what your understanding
          12    is today.
          13         A.   Okay.
          14         Q.   On the front page, it says "I'm working
14:40:49  15    on the analysis of daily price moves at different
          16    Ripple target sell rates."  This is ███████
          17    talking.
          18         A.   Okay.
          19         Q.   "████, I'll connect separately about
14:40:59  20    data I need there."  Over our -- "Overall, our
          21    sales through GSR are done with sophisticated
          22    algorithms that 'drip' into the market, so the
          23    price impact should be marginal."
          24              Do you see all of that?
14:41:09  25         A.   Yes.
```

228

14:41:09  1        Q.   Okay.  Sitting here today, is that

2    consistent with your understanding of how Ripple's

3    programmatic sales were working in a general

4    sense?

14:41:16  5        A.   Through algorithms?  Yes.

6        Q.   Okay.  And GSR was one of the market

7    makers that Ripple employed for programmatic sales

8    with algorithms?

9        A.   Yes.

14:41:29 10        Q.   Okay.  And was one of the reasons to use

11    algorithms so that the price impact was marginal?

12        A.   Yes.

13        Q.   Okay.  Now, by the way, you had

14    mentioned the need -- you know, Ripple is venture

14:41:49 15    backed and the need to, you know, raise funds.

16            If Ripple was venture backed, why did it

17    need to sell XRP?  Was the venture capital

18    sufficient to fund Ripple's operations?

19                 MR. HORTON:  Objection to form.

14:42:03 20        A.   Well, again, I mean, the -- the XRP

21    market was very small.  The volumes and the price

22    were nearly insignificant and there was certainly

23    nothing close to enough there to fund an operation

24    or a business.  And that was probably for several

14:42:21 25    years.  I don't know.  I have a rough memory that

                                                              229

14:42:23  1   at sometime around 2017 that changes, but up until

2   that point, Ripple needed to go and raise money to

3   secure -- secure capital from venture capitalists.

4   Most start-ups in Silicon Valley do.

14:42:38  5        Q.   Sure.  But did -- in addition to that,

6   did Ripple also need to sell XRP?

7        A.   I don't -- I don't remember.  I'm not --

8   I'm not even sure what they could sell.  I

9   think -- I think there were real limitations as

14:42:50 10   far as what was -- what the liquidity was able to

11   support in the XRP market to begin with.

12        Q.   Let's focus on 2017 where I -- is it

13   fair that there was a -- you know, more liquidity

14   in the XRP market at some points in 2017?

14:43:03 15             MR. HORTON:  Objection to form.

16        A.   I don't -- I don't know exactly when,

17   but certainly there was price movement and there

18   was a significant increase in volume at some point

19   in 2017.

14:43:14 20        Q.   To the extent there was concerns with

21   Ripple sales impacting the price of XRP in the

22   market, why didn't Ripple just stop the sales

23   completely?

24        A.   I don't know.

14:43:26 25        Q.   Did you ever discuss that with anyone?

230

14:43:27   1   I think you explained you had some concerns with

2   the negative impact of programmatic sales on the

3   price.

4           What -- did you ever say to someone,

14:43:35   5   hey, just stop the sales?

6       A.   Well, I think your -- the premise of

7   your question states something as fact, which is

8   that Ripple's sales were impacting the market,

9   which I think is a notoriously thorny question to

14:43:47  10   answer.  And I don't think that there was really

11   ever any -- any definitive answer to that, any

12   sort of data that supports that, what Ripple's

13   activities did in the market, what impact it has

14   whatsoever.

14:43:58  15       Q.   Right.  So I think the premise of my

16   question was actually the concern that you might

17   have had, not -- not whether your concern -- I

18   think you yourself said your concern might not

19   have actually had basis in fact.

14:44:10  20           So setting all that as true, I'm just

21   focused on your concern.  If you had that concern,

22   did you ever express to someone at Ripple, given

23   my concern, why don't you just stop XRP sales in

24   toto?

14:44:25  25       A.   I don't remember.

                                                          231

```
14:44:31   1              MR. TENREIRO:  Let's look at
           2         Exhibit 22.
           3              (Whereupon, exhibit is presented
           4         and marked SEC Griffin Exhibit PG-22 for
14:44:35   5         identification.)
           6              MR. TENREIRO:  This will be
           7         another e-mail thread, RPLI_SEC 307779.
           8              (Pause)
           9    BY MR. TENREIRO:
14:45:39  10         Q.   This appears to be an e-mail thread on
          11    or around April 11, 2016.
          12              (Pause)
          13         A.   Okay.
          14         Q.   Mr. Griffin, do you have any reason to
14:47:45  15    believe you did not engage in this e-mail thread
          16    conversation with other Ripple employees?
          17         A.   No.
          18         Q.   And who is ███████████?
          19         A.   He was a -- he was a finance executive
14:47:59  20    that came over from ██████ and I believe ██████ was
          21    VP of finance or CFO for a very brief time.
          22         Q.   Okay.  At the -- at the end of the
          23    exhibit, which is, you know, the first e-mail in
          24    the thread from Mr. Garlinghouse on April 10th, he
14:48:17  25    says "Given the sell off this weekend, I think we
```

232

14:48:21 1  should halt the sales," et cetera.

2          Sitting here today, do you understand

3  this to be referring to XRP?

4      A.  Yes.

14:48:30 5     Q.  Okay.  Further up on page 2, on April

6  10th, he writes, "I would think given how small an

7  amount this is, we would just want to sweep the

8  order book as frequently versus deeply as possible

9  to have maximum impact."

14:48:47 10         Do you see that?

11     A.  Yes.

12     Q.  Is that a reference to the order book

13 for XRP?

14              MS. COWAN:  Objection.

14:48:56 15    A.  I'm not sure.  XRP in what?  I'm not

16 sure.

17     Q.  On order book for XRP?

18     A.  Yes.

19     Q.  Okay.  You say "to have maximum impact."

14:49:06 20         Impact on what?

21     A.  I don't know.

22     Q.  The next sentence says, "For example,

23 right now less than 3,700 moves the XRP price to

24 .008 on Bitstamp.  Here's another idea:  Rather

14:49:26 25 than quietly drip out 40 to 50,000 of bids over

233

14:49:29  1    the next two days, we could place 12 4,000 bids

2    every four hours on Bitstamp.USD.  Only execute

3    the bid if the price is greater than 5 percent

4    below .008, assuming .008 is the target."

14:49:44  5           Do you see that?

6           A.   Yes.

7           Q.   Did there come a time -- did there come

8    times when Ripple had price targets for XRP?

9           A.   I don't recall that, no.

14:49:52 10           Q.   What are you -- what are you suggesting

11    here in your idea that Ripple do?

12                    MR. HORTON:  Objection to form.

13           A.   I -- I'm not even sure.  When I read

14    that, I'm not totally sure I understand that.

14:50:09 15           Q.   Is the suggestion of having maximum

16    impact an example of you trying to minimize

17    Ripple's footprint on the XRP market?

18           A.   Well, I think it's referring to this --

19    when I see this e-mail, the first e-mail from Brad

14:50:21 20    talking about that there was a sell off over the

21    weekend, I think there were in a competitive

22    space.  And there's other cryptocurrencies out

23    there.  And I think that what we're competing for

24    is liquidity and I do think that there are -- all

14:50:39 25    of these things are related to liquidity and

234

14:50:41 1     certainly perception is one of them.  And we

2     want -- we're seeking to compete for developers,

3     other businesses, buyers, sellers.  We're trying

4     to build an ecosystem.

14:50:55 5              And so to the extent that there is a

6     sell off over the weekend, I think we would

7     have -- we -- we, at least at the time, and I

8     don't know, this is 2016, we would have been

9     thinking about -- we would have been worried about

14:51:12 10    not competing, not being able to compete with

11    other cryptocurrencies in the space.

12         Q.   So --

13         A.   So I think that when this says "maximum

14    impact," I think we're trying to say, you know,

14:51:22 15    how do we have a maximum impact on our ability to

16    compete?

17         Q.   So just to make sure I understand,

18    you -- you would be worried about not being able

19    to compete to, for example, attract developers and

14:51:36 20    other businesses?

21         A.   Yes.  Everything.  The whole ecosystem,

22    all the bit players in -- in the cryptocurrency

23    ecosystem.

24         Q.   And is the concern, in other words, that

14:51:46 25    if the price of XRP does not do as well as the

235

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

14:51:50  1    price of other digital assets, that Ripple might

       2    lose its ability to compete --

       3              MR. HORTON:  Objection.

       4         Q.    -- for, you know, all the bit players in

14:52:00  5    the cryptocurrency ecosystem?

       6              MR. HORTON:  Objection to form.

       7         A.    I think that, yes, there is a concern

       8    that there is, you know -- the overall liquidity

       9    picture around cryptocurrency is a reflection of

14:52:16 10    its momentum.  And so whether that momentum is

      11    there or not, I mean, the market is going to show

      12    the -- the real story.  I think that there was,

      13    you know, some focus on liquidity.  It's a -- just

      14    kind of a natural thing to be looking at.

14:52:33 15         Q.    And --

      16         A.    Obviously price is a part of that.

      17         Q.    When you were -- are you -- when you're

      18    referring to "momentum," are you talking about

      19    momentum in price?

14:52:40 20         A.    I'm referring to momentum as -- of

      21    adoption of the whole technology.

      22         Q.    And part -- and price is a part of that?

      23         A.    Yes.

      24         Q.    Okay.  And when you -- you reference or

14:52:48 25    you mention perception in your prior answers,

                                                          236

14:52:51  1    whose perception?

2         A.    Potential adopters.

3         Q.    Market participants?

4         A.    Market participants, adopters, and --

14:53:02  5    yeah.

6         Q.    What about the perception of potential

7    speculators in XRP to the extent Ripple wanted to

8    compete for, as you said, buyers and sellers?

9         A.    I don't know.

14:53:11 10         MR. HORTON:  Objection to form.

11         A.    I don't know.  I can't -- I can't speak

12    to -- speak to speculators or --

13         Q.    Okay.

14         A.    -- what their inputs are.

14:53:18 15         Q.    ██████████ in the e-mail on the front

16    page says "GSR's read was that they are not

17    tipping off market participants, but if they

18    increase the purchase sizes to a few thousand

19    dollars, that would definitely tip off potential

14:53:34 20    sellers."

21              What is he referring to there?

22              MR. HORTON:  Objection to form.

23         A.    I -- I don't know.

24         Q.    Did there come a time when Ripple was

14:53:41 25    concerned that the market perceived that buy

237

14:53:47  1   orders were just Ripple's buy orders?

        2               MR. HORTON:  Objection to form.

        3       A.   Not that I remember.

        4       Q.   While you were a Ripple employee, did

14:53:56  5   Ripple from time to time instruct GSR to buy XRP

        6   in the open market on its behalf?

        7       A.   I can recall that happening and I don't

        8   know if that happened, like, once -- I can recall

        9   it happening once or twice.  I don't know if this

14:54:13 10   is the one or twice.  And I think for the most

       11   part, there were several years where we were on a

       12   near daily basis in the market or out of the

       13   market.  I'm not really sure.  This wasn't like a

       14   big part of anything we really did.  It seems

14:54:32 15   pretty -- pretty insignificant in the grand scheme

       16   of things.

       17       Q.   To the extent you did do it once or

       18   twice, what was the purpose?

       19       A.   I can't recall.

14:54:41 20               MR. TENREIRO:  Let's look at

       21          Exhibit 60.  60, six-zero.

       22               (Whereupon, exhibit is presented

       23          and marked SEC Griffin Exhibit PG-60 for

       24          identification.)

14:55:11 25               MR. TENREIRO:  This will be a

                                                         238

```
14:55:13   1              two-page e-mail, GSR 5000, and it's a
           2              thread in or around November 1st, 2016.
           3                        (Pause)
           4         A.    Okay.
14:56:39   5         Q.    Mr. Griffin, do you have any reason to
           6    believe you did not engage in this back and forth
           7    with GSR?
           8         A.    No.
           9         Q.    And is it fair to say that in around
14:56:47  10    November of 2016, GSR was one of Ripple's
          11    programmatic sales market makers?
          12         A.    Yes.  GSR was one of the market makers.
          13              THE REPORTER:  I didn't hear
          14         that.
14:57:01  15              MR. TENREIRO:  I think he said
          16         GSR was one of the market makers.
          17              THE WITNESS:  Yes.  GSR was one
          18         of the market makers.
          19         Q.    You say "Please aim to protect a .008
14:57:11  20    floor."
          21              Do you see that?
          22         A.    Yes.
          23         Q.    Are you -- are you instructing GSR to
          24    protect a floor in the trading price of XRP?
14:57:28  25         A.    Yes.
```

239

| | | |
|---|---|---|
| 14:57:29 | 1 | Q.   Why? |
| | 2 | A.   I don't know. |
| | 3 | Q.   Did you ever instruct GSR to protect a |
| | 4 | trading ceiling in the price of XRP, to not let |
| 14:57:38 | 5 | the price go above a certain number? |
| | 6 | A.   I can't recall. |
| | 7 | Q.   Did you ever witness anyone at Ripple |
| | 8 | doing that, instructing GSR to not let the price |
| | 9 | of XRP go up above a certain number? |
| 14:57:52 | 10 | A.   I can't recall. |
| | 11 | Q.   If the price of XRP increased over time, |
| | 12 | that would be beneficial financially for Ripple, |
| | 13 | correct? |
| | 14 | A.   Yes. |
| 14:58:00 | 15 | Q.   And for you as a holder of XRP, that |
| | 16 | would be also financially beneficial, correct? |
| | 17 | A.   Yes. |
| | 18 | Q.   Okay.  Any other occasion you can recall |
| | 19 | where you directed GSR to aim to protect a price |
| 14:58:17 | 20 | floor for XRP? |
| | 21 | A.   No. |
| | 22 | MR. TENREIRO:  Let's look at |
| | 23 | Exhibit -- |
| | 24 | A.   I can't recall. |
| 14:58:19 | 25 | Q.   I'm sorry. |

240

14:58:21  1          MR. TENREIRO:  Let's look at
         2      Exhibit 40.
         3          (Whereupon, exhibit is presented
         4      and marked SEC Griffin Exhibit PG-40 for
14:58:22  5      identification.)
         6  BY MR. TENREIRO:
         7      Q.   Before we look at the exhibit, did you
         8  ever give instruction to -- to GSR aimed at
         9  increasing the price of XRP?
14:58:36 10      A.   I can't recall.
        11          MR. TENREIRO:  This will be
        12      another multipage -- multipage e-mail, GSR
        13      14722.  And for the record, it appears to
        14      be a series of e-mails in August of 2016
14:59:13 15      between at least two GSR individuals and
        16      some Ripple employees.
        17          (Pause)
        18      A.   Okay.
        19      Q.   Mr. Griffin, do you have any reason to
15:00:49 20  believe you did not engage in this e-mail thread
        21  with these individuals?
        22      A.   Actually, I don't think I'm on this
        23  e-mail thread apart from that last e-mail.
        24      Q.   The one where you say "Thanks, all.
15:01:04 25  Chris, can you verify if GSR was behind the price

                                                            241

15:01:06  1     moves this morning?"

       2          A.   Right.

       3          Q.   Do you have any reason to believe you

       4     did not somehow respond to these e-mails below?

15:01:15  5          A.   No.

       6               MR. HORTON:   Objection to form.

       7          Q.   Okay.  "The price moves this morning,"

       8     is that a reference to an increase in the price of

       9     XRP?

15:01:25 10          A.   I don't know.

      11          Q.   You follow that question by saying "We

      12     saw the price was bid up pretty aggressively."

      13               Are you referring to the price of XRP

      14     there?

15:01:33 15          A.   Presumably.

      16          Q.   Okay.  And why -- and then you say

      17     "Fantastic."

      18               Why did you say that?

      19          A.   The price went up.

15:01:39 20          Q.   You thought -- did you ever -- did you

      21     ever send them an e-mail like this when the price

      22     went down?

      23          A.   I don't -- I don't know.

      24          Q.   Okay.  And why were you asking GSR if

15:01:50 25     they were behind the price moves that morning?

                                                                242

15:01:56  1        A.   We were trying to understand what was

        2   going on.

        3        Q.   With the price of XRP?

        4        A.   With the whole market.

15:02:02  5        Q.   For what purpose?

        6        A.   I don't know.

        7        Q.   I'm sorry, you don't know why you were

        8   trying to understand what was going on with the

        9   XRP market in 2016?

15:02:17 10        A.   For -- for what purpose?  I'm not sure

       11   I -- I understand your question.  We hold -- we

       12   held XRP.  We were obviously watching what was

       13   going on in the market and wanted to understand

       14   what was going on.

15:02:32 15        Q.   Okay.  Let's set that exhibit aside.

       16             At some point, we discussed giveaways of

       17   XRPs.

       18             Do you recall that?

       19        A.   Yes.

15:02:40 20        Q.   Would you describe those as retail or

       21   institutional transactions in XRP?

       22                  MS. COWAN:  Objection.

       23                  MR. HORTON:  Objection to form.

       24        A.   I'm not sure.  I know giveaways are in

15:02:57 25   2013.  I don't even really think I was very

                                                              243

15:03:00  1    involved with them.  I'm not really sure.

        2        Q.    Did there come a time when Ripple --

        3    Ripple's sales of XRP were focused on

        4    institutional sales over retail sales?

15:03:19  5        A.    I don't remember there being a focus on

        6    retail sales ever, so I'm not sure that I...

        7        Q.    Maybe the word "focus" is the wrong --

        8    was there -- was there a time when the

        9    institutional sales were sort of the predominant

15:03:31 10    types of sales that Ripple was engaging in?

       11                MR. HORTON:  Objection to form.

       12        A.    I'm not sure.

       13        Q.    Okay.  Let's take a look at Exhibits 28

       14    and 29.  And you'll see them but I'm showing them

15:03:52 15    to you together because they appear to be two

       16    sorts of threads in the same e-mails.

       17                So here's 28.  Sorry.

       18                MR. TENREIRO:  And for the

       19            record, this one has the Bates 348791 and

15:04:13 20            then 29 will have the Bates 372426.

       21                (Whereupon, exhibit is presented

       22            and marked SEC Griffin Exhibit PG-28 for

       23            identification.)

       24                (Whereupon, exhibit is presented

15:04:20 25            and marked SEC Griffin Exhibit PG-29 for

                                                            244

15:04:20  1          identification.)

          2              MR. TENREIRO:  Sorry.  Just to

          3          correct something I said.  They appear to

          4          be threads on the same day, June 14th,

15:04:48  5          2016.

          6              (Pause)

          7      A.   Okay.

          8      Q.   Mr. Griffin, focusing first on 28, do

          9  you have any reason to believe you did not engage

15:06:44 10  in this back-and-forth with █████████?

         11      A.   No.

         12      Q.   You ask at the bottom, "During your

         13  conversation with Monica today" -- is that a

         14  reference to Ms. Long?

15:06:52 15      A.   Yes.

         16      Q.   -- "did you discuss a need for XRP

         17  marketing efforts targeting consumers?"

         18          Do you see that?

         19      A.   I do.

15:06:58 20      Q.   What do you mean by "consumers?

         21      A.   I'm not totally sure what that -- what

         22  that means.

         23      Q.   Okay.  He says "Yes, she feels that it's

         24  us reverting to our old model."

15:07:15 25          Does that help you?  Was there an old

                                                          245

```
15:07:18   1   model that Ripple had of targeting consumers?
           2        A.    What jogs my memory is just the several
           3   e-mails later or two e-mails later on -- at
           4   4:16 --
15:07:29   5        Q.    Uh-huh.
           6        A.    -- "retail/Ripple Trade/giveaways."
           7        Q.    And -- right.
           8             So how does that job your memory?  The
           9   reference to "consumers is to retail/Ripple
15:07:37  10   Trade/giveaways"?
          11        A.    Yes.  As a direct to -- to retail value
          12   proposition.  That's kind of what that -- what I'm
          13   reminded of.
          14        Q.    The retail value proposition for what?
15:07:54  15        A.    For payments and cryptocurrencies.
          16        Q.    And so is it fair to say -- here he says
          17   "it is reverting.  Don't you agree?"  Do you see
          18   where ████████ says that?
          19        A.    Yes.
15:08:06  20        Q.    And is it fair to say that at some
          21   point, Ripple was focused on this retail value
          22   proposition, but moved away into an institutional
          23   bridge asset story?
          24             MR. HORTON:  Objection to form.
15:08:20  25        A.    I -- I -- I see that's what █████ wrote.
```

246

15:08:24  1    I'm not exactly sure that's consistent with my
          2    recollection.
          3         Q.   What is your recollection?
          4         A.   I don't -- I think the bridge asset
15:08:33  5    story was always the centerpiece in the through
          6    line of -- of what we've been doing at the company
          7    while I was there.  So -- so the -- that as a
          8    transition is sort of what I'm -- I'm not really
          9    sure I agree with.
15:08:46 10         Q.   Okay.
         11         A.   So whether it was institutional, retail,
         12    as far as where we were focusing our product
         13    efforts and marketing efforts, that may have
         14    changed.
15:08:56 15         Q.   Okay.  You -- he also says "It's a
         16    short-medium term need since banks definitely
         17    won't use digital assets in 2016, perhaps most of
         18    2017."
         19              Do you see that?  It's in that same --
15:09:17 20    same e-mail you pointed --
         21         A.   Yes.
         22         Q.   Oh, okay.
         23         A.   I do see that.
         24         Q.   Okay.  And sitting here today, you know,
15:09:22 25    with 2016 and 2017 having come and gone, do you

                                                                  247

15:09:24  1    know if this statement turned out to be true?

2                        MR. HORTON:   Objection to form.

3         A.   No.

4         Q.   Sorry, is that a you don't know or --

15:09:33  5    A.   I don't know.

6         Q.   Okay.  Okay.  So now in 29, do you see

7    there's a -- a request coming in to -- from Ripple

8    contact form?  Do you see that

9         A.   Yes.

15:09:49 10    Q.   Do you know what that is?

11        A.   No, I don't know.  I don't know what

12   that is.

13        Q.   Do you see the message body says "I

14   would like to get XRP, so please let me know how I

15:10:03 15   can buy it."

16             Do you see that?

17        A.   Okay.

18        Q.   And you -- you said "How do we answer

19   this?"  Do you see that?  On the front page of 29,

15:10:17 20   yeah.

21        A.   Okay.  Yes.

22        Q.   Why were you asking that?

23        A.   Because I wasn't sure.

24        Q.   Okay.  And ██████████ says "I'm talking

15:10:27 25   to ██████" -- who's ████████?

248

```
15:10:29   1        A.   I don't know.
           2        Q.   -- "about assembling a robust 'How to
           3   Get XRP' guide for retail."
           4             Do you see that?
15:10:36   5        A.   Yes.
           6        Q.   Did Ripple prepare a guide about how to
           7   get XRP for retail purchasers around this time?
           8                  MR. HORTON:  Objection to form.
           9        A.   I don't -- I don't remember.  I mean, I
15:10:47  10   can refer to the last e-mail that you showed me,
          11   but that's it.
          12        Q.   Well, further on ████████ says "We
          13   obviously need new demand short-medium term, but
          14   putting out this guide would be counter to our
15:11:00  15   institutional-only story.  Are you okay with
          16   that?"
          17             And you respond, "Yes, I agree we need
          18   to do that.  Have you looped in with marketing?"
          19   Do you see that?
15:11:09  20        A.   Yes.
          21        Q.   Okay.  "I agree we need to do that,"
          22   what does "that" mean -- refer to, rather?
          23        A.   I'm not sure.
          24        Q.   Does it refer to putting out a guide of
15:11:17  25   how to get XRP for retail?
```

249

```
15:11:18    1                    MR. HORTON:  Objection to form.
            2        A.   I'm -- I'm not sure.
            3        Q.   Did there come a time when you approved
            4   a guide of how to get XRP for retail?
15:11:26    5        A.   I don't know.
            6        Q.   Okay.  Further up you ask him to tell
            7   you the outcome of the meeting with marketing.
            8             Do you see that?
            9        A.   Yes.
15:11:43   10        Q.   Did he tell you the outcome of the
           11   meeting?
           12        A.   In the e-mail that you showed me
           13   previously.  That's what I remember after having
           14   just seen it two minutes ago.
15:11:55   15        Q.   Okay.  And what came out -- so out --
           16   out of these e-mail conversations, again, did
           17   there come an XRP guide for retail purchasers?
           18                    MR. HORTON:  Objection to form.
           19                    You can answer.
15:12:05   20        A.   I don't know.
           21        Q.   Okay.
           22                    MR. TENREIRO:  Let's look at
           23          Exhibit 31, please.
           24                    (Whereupon, exhibit is presented
15:12:14   25          and marked SEC Griffin Exhibit PG-31 for
```

                                                              250

```
15:12:14   1              identification.)
           2                      MR. TENREIRO:  31's going to be a
           3              one-page e-mail, SEC█████Ripple 9285.
           4                      MR. HORTON:  Want a break?
15:12:38   5                      THE WITNESS:  We -- we can do
           6              another.
           7                      MR. TENREIRO:  Okay.
           8                      MR. HORTON:  Feel okay?
           9                      THE WITNESS:  Yeah.
15:12:48  10    BY MR. TENREIRO:
          11         Q.    This is an e-mail from you to ██████
          12    █████████ on July 21st, 2016, or at least it appears
          13    to be.
          14              (Pause)
15:13:43  15         Q.    Mr. Griffin, what is ████████?
          16         A.    ████████████████████████████.
          17         Q.    And what relationship, if any, did they
          18    have to Ripple?
          19         A.    At this time, I believe █████ was an
15:13:57  20    investor in Ripple.
          21         Q.    In Ripple Labs Inc.?
          22         A.    I don't know what Rip -- OpenCoin or
          23    Ripple Labs.  I'm not -- I don't remember.
          24         Q.    Do you have any reason to believe you
15:14:08  25    did not send this e-mail to ██████████████?
```

251

15:14:12  1        A.    No.

          2        Q.    In your own words, what is the purpose

          3   of this e-mail?

          4        A.    A recommend -- to secure a

15:14:27  5   recommendation -- or an opinion about a

          6   prospective employee from -- from one of Ripple's

          7   investors who worked with this candidate.

          8        Q.    "Candidate" being ██████████?

          9        A.    Yes.

15:14:40 10        Q.    And was the -- the role that you were

         11   looking to hire for -- to be -- let me start

         12   again.

         13             Were you looking to hire someone who

         14   would be responsible for building the market for

15:14:55 15   XRP?  I'm quoting from your e-mail.  Last sentence

         16   of the first paragraph says "The role will be

         17   responsible for building the market for XRP."

         18             My question is, were you, in fact, in

         19   July 2016, looking to hire someone who would be

15:15:07 20   responsible for building the market for XRP?

         21        A.    To -- to the extent that we could help

         22   do that, yes.

         23        Q.    And did you end up hiring someone for

         24   that role?

15:15:24 25        A.    We did.

                                                            252

```
15:15:25   1          Q.    And was that Miguel Vias?
           2          A.    Yes, it was.
           3          Q.    Okay.  The second paragraph you say --
           4     you describe what █████████ described to you was the
15:15:37   5     work he did.  You say "He described how he
           6     incentivized market makers to bring tight spreads
           7     and deep order books, then leveraged that
           8     liquidity to draw in speculators, which he in turn
           9     leveraged to bring in banks and big agricultural
15:15:49  10     businesses.  He called the market he built a
          11     'wheat product,'" quotes.  "Tactically, it's all
          12     very similar to what we want to build for XRP."
          13               Do you see that?
          14          A.    Yes.
15:16:01  15          Q.    Is that an accurate statement of what
          16     you wanted to do or build for XRP in July of 2016?
          17               MR. HORTON:  Objection to form.
          18          Q.    To the extent, you know -- to the extent
          19     that you could help do that.
15:16:12  20               MR. HORTON:  Same objection.
          21          A.    I -- I'm not sure I remember what my
          22     motives were in 2016 or what my intention was.
          23          Q.    Do you have any reason to doubt that
          24     this is an accurate reflection of those
15:16:24  25     intentions?
```

                                                              253

15:16:25   1                         MR. HORTON:  Objection to form.

           2          A.   No, no reason to doubt.

           3          Q.   Do you have any reason to doubt that

           4   these -- that your intentions with respect to the

15:16:33   5   role were your employer's intentions?

           6                         MR. HORTON:  Object to form.

           7          A.   I can't -- I can't recall.

           8                         MR. TENREIRO:  Do you want to

           9             take a break now?  Let's just go off the

15:16:45  10             record.

          11                         MR. HORTON:  Sure.

          12                         THE VIDEOGRAPHER:  Going off the

          13             record at 3:16 p.m. Eastern.

          14                    (Whereupon, a recess is taken.)

15:33:41  15                         THE VIDEOGRAPHER:  We are back on

          16             the record at 3:33 p.m. Eastern.

          17                    (Whereupon, exhibit is presented

          18             and marked SEC Griffin Exhibit PG-42 for

          19             identification.)

15:33:48  20   BY MR. TENREIRO:

          21          Q.   Mr. Griffin, please take a look at

          22   Exhibit 42, which I'm handing you now.  RPLI_SEC

          23   57039.  It's a two-page e-mail.  It involves you

          24   and █████████ and -- and apparently others.

15:35:09  25                    (Pause)

                                                                    254

15:36:59  1        A.   Okay.

2        Q.   Mr. Griffin, do you have any reason to

3    believe you did not engage in this e-mail

4    exchange?

15:37:04  5        A.   No.

6        Q.   And do you see the reference in the

7    first page to "XRPchat" at the bottom?   "There has

8    been robust discussion activity on the XRPchat"?

9        A.   Yes.

15:37:16 10        Q.   What is XRPchat?

11        A.   XRPchat is a -- is a forum.

12        Q.   Online, publicly available?

13        A.   Yes, online forum.

14        Q.   For what -- is it fair to say that, you

15:37:29 15    know, at least at this point in time, ████████

16    appears to be, you know, reading the discussion

17    activity on the XRPchat threads?

18             MR. HORTON:   Objection to form.

19        A.   It looks like █████ is summarizing the

15:37:45 20    discussions happening inside the online chat

21    forum.

22        Q.   Did you ask him to do that?

23        A.   I don't remember.

24        Q.   Do you know for what purpose he's

15:37:51 25    summarizing those discussions?

255

15:37:52  1                      MR. HORTON:  Object to form.

       2          A.    No.

       3          Q.    Did Ripple -- did you, as part of your

       4    work for Ripple, ever come to understand, you

15:38:02  5    know, who was participating in XRPchat, meaning

       6    what types of persons?

       7          A.    No.

       8                      MR. HORTON:  Objection to form.

       9          Q.    Did you have any reason to believe that

15:38:11 10    it was potential, say, banks that wanted to engage

      11    in cross-border payments?

      12                      MR. HORTON:  Objection to form;

      13          calls for speculation.

      14          A.    I don't know.

15:38:20 15          Q.    My question was not for you to

      16    speculate.  My question was for you to tell me if

      17    you ever had any reason to believe that it was,

      18    say, banks that wanted to engage in cross-border

      19    payments that were engaging in discussions on

15:38:33 20    XRPchat.

      21          A.    I don't know.

      22          Q.    Did you have any reason to believe that

      23    it was potential investors in XRP that were

      24    engaging in conversations on XRPchat?

15:38:45 25                      MR. HORTON:  Objection to form.

                                                                    256

15:38:48  1        A.   I don't -- I'm not sure.  I don't know
        2   who it was that was on there.
        3        Q.   All right.  By the way, are you familiar
        4   with something called "Consensus"?  Sort of a
15:39:04  5   forum, Consensus forum?
        6        A.      There are several Consensus.  There's
        7   the Ethereum Consensus.  The Ethereum Foundation
        8   Consensus, yes.
        9        Q.   Right.
15:39:19 10        And are you familiar with a Consensus, a
       11   sort of digital asset forum, not related to
       12   Ethereum?
       13        A.      There's a conference I think that's
       14   called Consensus, yes.
15:39:30 15        Q.   And did you participate in any Consensus
       16   conference as a Ripple employee?
       17        A.   I -- I think one time I did.
       18        Q.   Do you recall giving a sort of workshop
       19   or Q and A with Mr. Schwartz and ███████████
15:39:42 20   ███████?
       21        A.   Vaguely, yes.
       22        Q.   Okay.  And would that have been while
       23   you were employed at Ripple?
       24        A.   Yes.
15:39:49 25        Q.   Okay.  Was it in 2017?

                                                      257

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

15:39:56  1      A.   I don't -- I don't know what date --
          2  what year it was.
          3      Q.   And can you tell me what the purpose of
          4  that sort of workshop or Q and A session was?
15:40:05  5              MR. HORTON:  Objection to form.
          6      A.   No.
          7      Q.   Did anyone at Ripple ask you to
          8  participate or was it your idea?
          9      A.   I don't know.
15:40:16 10      Q.   Okay.  Back to the exhibit, you say
         11  "Thank you, █████, for the summary."  This is at
         12  the bottom.  "I also noted that there was some
         13  interest in seeing how much of the allocation is
         14  going to the liquidity incentive."
15:40:31 15              Do you see that?
         16      A.   Yes.
         17      Q.   Where you say "I also noted," is it fair
         18  to infer from that that you were also reading the
         19  XRPchat thread?
15:40:39 20      A.   I'm not sure.  He links to it right at
         21  the bottom there.  I might have clicked it and
         22  read it, but that's it.
         23      Q.   And you reference a "liquidity
         24  incentive."  What is the liquidity incentive?
15:40:53 25      A.   I don't have a recollection.

                                                            258

```
15:40:54  1         Q.   Okay.  At the top you say "The thesis as
          2    I understand it is to show a" peer -- "to show a
          3    period of consistent buying from an account that
          4    is known to be a consistent seller."
15:41:06  5              Do you see that?
          6         A.   Yes.
          7         Q.   What thesis are you referring to?
          8         A.   I don't know.  I don't know.
          9         Q.   Where you say "to show," to show to
15:41:22 10    whom?
         11              MS. COWAN:  Objection.
         12         A.   Again, I don't -- I don't know.  This is
         13    an e-mail from almost five years ago.
         14         Q.   Could it be to show to the XRP market?
15:41:31 15              MR. HORTON:  Objection to form.
         16         A.   I'm not sure.
         17         Q.   Okay.  And why would there have been a
         18    thesis to show a period of consistent buying from
         19    an account that's known to be a consistent seller?
15:41:42 20              MS. COWAN:  Objection.
         21         A.   I'm not -- I'm not sure.
         22         Q.   The next sentence says "The intended
         23    impact of the volume is not to move the price, but
         24    rather to provide confidence to the market, which
15:41:58 25    in turn will move the price.  That's my
```

259

15:41:59  1   understanding.  I do not think we should stop

2   buying."

3            Do you see that?

4       A.  I do.

15:42:03  5       Q.  Okay.  And is the "we" referring to

6   Ripple?

7       A.  It must be.

8       Q.  And is it buying -- stop buying XRP?

9       A.  I assume so.

15:42:13 10       Q.  Okay.  Was there a time around August of

11   2016 where Ripple bought XRP in the market to

12   provide confidence to the market?

13            MR. HORTON:  Objection to form.

14       A.  I'm not sure.  I don't remember the --

15:42:30 15   this e-mail or the period around this e-mail,

16   but -- yeah.

17       Q.  Was there a time around August of 2016

18   where Ripple -- you know, just setting aside the

19   e-mail, was there a time around August of 2016

15:42:48 20   where Ripple bought XRP in the market to provide

21   confidence in the XRP market?

22            MR. HORTON:  Objection; asked and

23        answered.

24       A.  I don't -- I don't think so, no.

15:42:59 25       Q.  Was providing confidence in the XRP

260

15:43:01   1    market something that Ripple desired to provide?

2        A.   I think -- there -- there was a set of

3    headwinds that Ripple was up against,

4    misinformation in the marketplace.  When I say

15:43:29   5    "marketplace," I mean the cryptocurrency -- the

6    world of cryptocurrency.  I think I touched on

7    this in the beginning of the -- of the day today

8    that -- about what Ripple was, what Ripple was

9    doing, how Ripple was behaving, how -- who

15:43:50  10    Ripple's clients were, what was real and what

11    wasn't real.

12         And I think, broadly speaking, you can

13    sort of think about -- it's just referred to as a

14    source of fear, uncertainty, and doubt that was

15:44:01  15    being spread around Ripple.  And one of the

16    headwinds that we were up against was that Ripple

17    was actively selling large amounts and flooding

18    the market with its XRP supply.

19         So I -- when I read this, I -- I think

15:44:16  20    that's the closest concern that I think -- that I

21    feel this bumps up against, is an attempt to

22    redress that misinformation about Ripple, about

23    what Ripple was doing and wasn't doing.

24        Q.   Headwinds to what?

15:44:34  25        A.   The growth of the -- of the technology.

261

15:44:37  1   Its adoption, the development of liquidity around

2   XRP.

3        Q.   Headwinds -- if I may just -- I'm sorry.

4             Is head -- is "headwinds" another way of

15:44:47  5   saying that, sort of, obstacles?

6        A.   Obstacles.  But in this case, it's --

7   it's sort of -- I want to say inorganic, almost

8   deliberate, obstacles that had been put up by

9   possible competitors --

15:45:01 10        Q.   Uh-huh.

11        A.   -- to create some uncertainty about what

12   Ripple's -- what -- about Ripple, Ripple's

13   business and its technology, and the technology

14   that we were working on.

15:45:10 15        Q.   What was the misinformation as you

16   understood it?

17        A.   Here the misinformation is that there

18   was -- Ripple had a large supply of XRP that it

19   was flooding the market with.

15:45:22 20        Q.   Hold on a second.  It was true that --

21   that Ripple had a large supply of XRP, right?

22             MR. HORTON:  Objection to form.

23        A.   Yes.

24        Q.   So the -- the misinformation part, just

15:45:29 25   to be clear, was that Ripple was flooding the

262

15:45:31  1    market, at least as you perceived it?

2        A.   Yes.

3        Q.   Okay.  And is it fair to say that while

4    you were an employee of Ripple, Ripple took steps

15:45:39  5    to correct what it believed to be misinformation

6    about Ripple or XRP in the market?

7        A.   Yes.

8        Q.   And why did Ripple do that?

9        A.   To -- to compete.

15:45:49 10        Q.   It's good for its business to correct

11    misinformation about it?  Is that fair?

12             MR. HORTON:  Objection to form.

13        A.   I can't speak to Ripple and Ripple's

14    intentions and motivations, but that sounds right.

15:46:01 15    To be -- to stay competitive and -- and not let

16    misinformation dictate the terms of how we grow

17    our business and in turn how the technology was

18    adopted.

19        Q.   Is it -- is it misinfo -- I'm sorry.

15:46:16 20             Is it misinformation that Ripple was

21    worried about, Mr. Griffin, or is it information

22    that Ripple believed to be negative to the

23    company?

24             MR. HORTON:  Objection to form.

15:46:23 25        A.   What's the -- what's the question?

263

15:46:24 1     Q.   Yes.  Is it misinformation that Ripple

2   was worried about or is it information that Ripple

3   believed to be negative to the company regardless

4   of whether it was misinformation?

15:46:32 5             MR. HORTON:  Objection to form.

6     A.   I'm still not tracking.

7     Q.   The difference between misinformation,

8   I'll define it as information that's not true.

9     A.   Okay.

15:46:41 10     Q.   And information that's negative could be

11   information that's true, but that's not helpful to

12   a company.

13         So was Ripple focused on information

14   that was not true or information that might have

15:46:52 15   been true but was just not good for it?

16             MR. HORTON:  Objection to form.

17     A.   I think what I -- what I'm referring to

18   is information that's not true.  I don't know what

19   Ripple was concerned about, but I think my -- you

15:47:04 20   asked me to sort of interpret this.  That was my

21   interpretation.

22     Q.   "This" meaning the exhibit?

23     A.   Yes.

24     Q.   And your interpretation --

15:47:11 25     A.   "This" is referring to the line around

264

15:47:13  1    "provide confidence" is -- is particularly

2    addressed at correcting misinformation.  So

3    information that is not true about Ripple.

4        Q.   Okay.  And when you encountered

15:47:25  5    information that was not true, you, Mr. Griffin,

6    did you as part of your job for Ripple take steps

7    to try to address or correct misinformation in the

8    market?

9        A.   There's only so much you could do.

15:47:39 10        Q.   I'm sorry?

11        A.   There's only so much anyone could do.

12    So I'm not really -- I have no recollection of

13    anything that I did in particular.

14        Q.   But you did some things, I guess?

15:47:49 15             MR. HORTON:  Objection to form.

16        A.   I'm not -- I don't recall anything in

17    particular.

18        Q.   This e-mail you recall -- I'm sorry.

19             Is this e-mail an example of that?

15:47:58 20        A.   It may -- it may have been.

21        Q.   Was there confusion -- I think you said

22    earlier -- I'm going to paraphrase because I can't

23    scroll up.  I think you said earlier something

24    like there was misinformation about who Ripple's

15:48:10 25    clients were or were not.

                                                              265

15:48:12  1            Is that fair?

      2                 MR. HORTON:  Objection to form.

      3        I don't think that's what he said.

      4        Q.   Was there misinformation about who

15:48:18  5    Ripple's clients were or were not?

      6        A.   I don't think I said that.

      7        Q.   Okay.  I'm asking you.  Was there

      8    misinformation about whose Ripple -- who Ripple's

      9    clients were or were not?

15:48:27 10        A.   I don't remember.  I don't -- it doesn't

     11    sound right, but --

     12        Q.   All right.

     13                 MR. TENREIRO:  Let's go -- let's

     14            go up in the transcript.  If we need to go

15:48:34 15            off the record, that's okay.  I just don't

     16            know how to scroll up, Bridget.  Let's go

     17            off the record one second.

     18                 THE VIDEOGRAPHER:  Going off the

     19            record at 3:48 p.m. Eastern.

15:49:21 20            (Pause)

     21                 THE VIDEOGRAPHER:  Back on the

     22            record at 3:49 p.m. Eastern.

     23    BY MR. TENREIRO:

     24        Q.   Okay.  Mr. Griffin, was there a time

15:49:38 25    when you perceived misinformation about who was

                                                           266

```
15:49:41   1    using XRP and who was not using XRP?
           2              MS. COWAN:  Objection.
           3         A.   I'm -- was there a time when I -- can
           4    you repeat the question?
15:49:50   5         Q.   Yes.
           6              Was there a time when you perceived
           7    misinformation in the market about who was using
           8    XRP?
           9         A.   Per -- can you -- can you try and
15:50:04  10    rephrase the question?  I'm not sure I'm still
          11    understanding.
          12         Q.   While you were an employee at Ripple,
          13    did you come to learn at any time that there might
          14    have been confusion in the market about who was
15:50:14  15    using XRP?
          16              MR. HORTON:  Objection to form.
          17         A.   I don't -- I don't know.  I don't recall
          18    that.
          19              MR. TENREIRO:  Let's look at
15:50:22  20         Exhibit 90 -- one second -- 95.  95.
          21              (Whereupon, exhibit is presented
          22         and marked SEC Griffin Exhibit PG-95 for
          23         identification.)
          24    BY MR. TENREIRO:
15:50:42  25         Q.   Okay.  Here is a thread of e-mails,
```

267

15:50:44 1    RPLI_SEC 30278.

2          (Pause)

3    Q.   Okay, Mr. Griffin, I'm just -- earlier

4    you mentioned that there was some possible

15:53:20 5    competitors that created uncertainty about

6    Ripple's business and its technology and the

7    technology that it was working on.

8          In this e-mail, do you see, you know,

9    misunderstanding about Ripple's business and its

15:53:34 10    technology?

11          MS. COWAN:  Objection.

12          MR. HORTON:  Objection to form.

13     Jorge, do you want to ask him about a

14      particular part of the e-mail?

15:53:41 15          MR. TENREIRO:  Yes.

16    Q.   On the second page, somebody called ███

17   ███ asks "Is XRP being used for ███ and banks in

18    Japan?"

19          Do you see that?

15:53:51 20    A.   Yes.

21    Q.   Do you know what ███ means?

22    A.   I don't know what it stands for.  It's a

23    bank in Japan.  It's a top bank in Japan.

24    Q.   Was the top bank in Japan using XRP?

15:54:06 25    A.   I don't --

268

```
15:54:07   1                 MR. HORTON:  Objection to form.
           2        A.   I don't recall.
           3        Q.   Okay.  And you say "I advocate that we
           4   continue to ignore."
15:54:14   5             Do you see that?
           6        A.   Yes.
           7        Q.   Why did you say that?
           8        A.   Okay.  So ████████████ is who it's
           9   referring to.  I'm not entirely sure I remember.
15:54:32  10   The only thing I remember about ███████████ was that
          11   he had been particularly antagonistic about -- I
          12   think that he launched a bitcoin exchange in Japan
          13   called bitFlyer and had been -- my recollection is
          14   that there were some antag -- some sort of
15:54:54  15   opposition to XRP.
          16        Q.   Okay.
          17        A.   That's it.  That's all -- that's all I
          18   remember.  And so I -- I felt like there was --
          19   my -- my interpretation of this e-mail was to say
15:55:08  20   let's not -- anything we give this guy, he's going
          21   to turn it around and twist it, twist our words,
          22   and use it against us.  And so let's just leave it
          23   at that.  Let's just not respond and point him to
          24   the same information we're providing everybody
15:55:22  25   else.
```

269

```
15:55:22    1        Q.    And did that include the information
            2   ████████████ gave him at the beginning of the thread
            3   in 2017?
            4        A.    I'm not -- I'm not sure.
15:55:29    5              MR. HORTON:  Objection to form.
            6        Q.    Do you see there's -- ██████████ says
            7   "Hi, ██████ and ███████.  Hope you have been well.
            8   Given the recent developments in the XRP market,
            9   we wanted to send over an update below," and then
15:55:41   10   there's some information about month-over-month
           11   and year-to-date change of XRP's price, right?
           12              Do you see that?
           13        A.    Yes.
           14        Q.    Did you send out e-mails like that
15:55:51   15   updating people about XRP's price?
           16              MR. HORTON:  Objection to form.
           17        A.    I -- I feel like this is a -- a broader
           18   update than just the price.  So I would have sent
           19   an e-mail like this out and it's possible.  It
15:56:12   20   feels like it's more of like a -- a broader
           21   communication about what -- recent developments
           22   with XRP.
           23        Q.    What was the purpose of sending out a
           24   communication -- a broader communication about
15:56:23   25   recent developments with XRP?
```

270

15:56:28  1                    MS. COWAN:  Objection.

          2        A.   I think to continue to point to the

          3   growth of this technology and to continue to, I

          4   think, show -- show the momentum of the technology

15:56:52  5   and the adoption of it, and certainly the activity

          6   around XRP is part and parcel to that.

          7        Q.   And the activity around the XRP price,

          8   is that part and parcel to that?

          9                    MR. HORTON:  Objection to form.

15:57:04 10        A.   Yes, it is.

         11        Q.   Okay.  So I guess -- why would

         12   ██████████ or why would Ripple send out

         13   information like this updating the technology to

         14   someone you believe to be sort of antagonistic to

15:57:17 15   you?

         16                    MR. HORTON:  Objection to form.

         17        A.   I -- I can't speak to why ██████ sent an

         18   e-mail out.

         19        Q.   Did you direct him to send out these

15:57:25 20   kinds of updates?

         21        A.   I -- I don't recall.

         22        Q.   Okay.  Let's go back to where we were.

         23                    MR. TENREIRO:  Let's go to

         24        Exhibit 65.

15:57:41 25                    (Whereupon, exhibit is presented

                                                                271

```
15:57:41   1              and marked SEC Griffin Exhibit PG-65 for
           2              identification.)
           3                        MR. TENREIRO:  So this will be
           4              RPLI_SEC 509599.  It's a two-page --
15:57:57   5              two-and-a-little-bit-page e-mail.  It
           6              involves Mr. Griffin and Garlinghouse
           7              around March and April of 2017.
           8                        MR. HECKER:  You want it?  Sorry.
           9                        (Pause)
15:59:47  10         A.   Okay.
          11         Q.   Mr. Griffin, any reason to believe that
          12    this is not an authentic copy of the e-mails it
          13    purports to be?
          14         A.   I don't have any reason to believe that.
15:59:56  15         Q.   Okay.  You refer to -- well, the subject
          16    is "Q2 XRP Plan Update."  And you write to
          17    Mr. Garlinghouse "The goal is to drive XRP
          18    speculative trading volume."
          19              Do you see that?
16:00:11  20         A.   Yes.
          21         Q.   Whose goal are you referring to?
          22         A.   I don't know.
          23         Q.   Why was this the goal?
          24         A.   I don't -- I don't remember.
16:00:23  25         Q.   When you say "speculative trading
```

                                                              272

```
16:00:25    1    volume," can you explain what you mean by
            2    "speculative trading volume"?
            3         A.    Volume from speculators.
            4         Q.    And speculators means people who are
16:00:37    5    speculating on what?
            6         A.    The price.
            7         Q.    Of XRP?
            8         A.    Yes.
            9         Q.    Okay.  And what -- do you have an
16:00:52   10    understanding as to what speculators are betting
           11    on exactly when they're speculating on the price
           12    of XRP?
           13                   MR. HORTON:  Objection to form.
           14         A.    No.
16:01:00   15         Q.    Okay.  And these themes, as you describe
           16    them, include taking on skeptics, demonstrating
           17    technical superiority, and market key technical
           18    features.
           19              Do you see all that?
16:01:17   20         A.    I do.
           21         Q.    Okay.  So these were themes that were
           22    being developed at Ripple around March of 2017 to
           23    drive XRP speculative trading volume?
           24                   MS. COWAN:  Objection.
16:01:29   25         A.    Yeah.  I mean I -- I -- I'm not sure how
```

273

16:01:32  1   much of this was developed and implemented versus

2   proposed.  It's a plan for discussion and then,

3   you know, I think in the top of the e-mail, it

4   sounds like Brad likes the plan, but there's

16:01:47  5   questions about what's achievable and what's not.

6   So I'm not really -- when I look at this, I'm not

7   sure what -- where this ends up.

8        Q.   Right.  These are -- these seems to be

9   plans for this time, right?

16:01:56 10        A.   Plans -- it seems to be, you know --

11   it's always an iterative process.  So it seems to

12   be an iteration of a plan.

13        Q.   The plan for the purpose of driving XRP

14   speculative volume?

16:02:10 15             MR. HECKER:  Objection to form.

16        A.   I'm -- I'm not sure.

17        Q.   On the second page, you say "Out of the

18   gates, marketing is doing customer research to

19   understand speculator motivations."

16:02:22 20             Do you see that?

21        A.   Okay.

22        Q.   Is that true as far as you know, that

23   marketing was doing customer research to

24   understand speculator motivations?

16:02:32 25        A.   I -- I'm not sure.

274

```
16:02:34   1          Q.   Okay.  And I've asked you this a couple
           2    of times today and I'll ask you again:  Does this
           3    refresh your memory as to whether Ripple employees
           4    refer -- referred to buyers of XRP as Ripple's
16:02:45   5    customers?
           6               MR. HORTON:  Objection to form.
           7          A.   I'm not sure.
           8          Q.   Okay.  Then it says "and BD is racing to
           9    get Kraken live for easier XRP buying."
16:03:00  10               What is BD?
          11          A.   Business development.
          12          Q.   That's your group?
          13          A.   It is.
          14          Q.   Okay.  And Kraken is a digitalized
16:03:06  15    trading platform?
          16          A.   Yes.
          17          Q.   What are you explaining that you were
          18    doing here?  So "to get Kraken live," does that
          19    mean to get XRP buying and selling on Kraken?
16:03:16  20          A.   It means getting XRP listed at Kraken
          21    and Kraken integrating into the XRP ledger.
          22          Q.   And the purpose of that was to make XRP
          23    buying easier?
          24          A.   I mean, the purpose of that was to -- I
16:03:30  25    think for the same sort of through line that --
```

275

16:03:34   1   that I've said before, which is to help -- one --
           2   it was one step towards building liquidity for --
           3   around XRP.  I mean, I think this whole discussion
           4   around speculation, when I look at this, it's a Q2
16:03:48   5   plan in.  I recall there being discussion around
           6   spec -- like this speculative trading volume, but
           7   I also recall that it was very clearly bookended
           8   around this -- this quarter period.  And I'm not
           9   really sure how it played out over that quarter
16:04:05  10   or -- or where it went from there.
          11       Q.   Okay.  So just to get back, though, on
          12   the listing, that's one step towards building
          13   liquidity, listing on a -- on a digital asset
          14   platform is a step towards achieving liquidity in
16:04:18  15   the XRP market, is that correct?
          16       A.   Yes.
          17       Q.   And so -- and I think we discussed
          18   building liquidity around the XRP market is
          19   something Ripple desired, is that correct,
16:04:27  20   throughout your employment there?
          21            MR. HORTON:  Objection to form.
          22       A.   Yes.
          23       Q.   And is it fair to say that you, as a
          24   Ripple employee, at various times communicated
16:04:38  25   with exchanges to try to facilitate listing of XRP

                                                                276

16:04:42   1    on those platforms?

           2         A.   Yes.

           3         Q.   Okay.  Let's set this aside and look at

           4    44.

16:04:50   5              Before I show it, in terms of -- in

           6    terms of XRP's price, I think we discussed, but is

           7    it fair to say that a higher XRP price meant

           8    that -- potentially more revenue for Ripple from

           9    selling XRP, all else being equal?

16:05:10  10              MS. COWAN:  Objection.

          11         A.   No.

          12         Q.   Why not?

          13         A.   It was price alone -- as we talked about

          14    in the beginning of the -- of the day, in early

16:05:20  15    2013, 2014, 2015, 2016, through most of 2017, the

          16    price moving really had no ability for -- very

          17    little impact on what Ripple could sell as far

          18    as -- as measured in dollar terms.

          19         Q.   That's because of the lack of liquidity

16:05:40  20    in the market?

          21              MS. COWAN:  I'm sorry?

          22         Q.   That's because of the lack of liquidity

          23    in the market?

          24              MR. HORTON:  Objection to form.

16:05:44  25         A.   That's because of lack of volume in the

                                                               277

16:05:47  1    market and taken together, along with probably a

2    number of other -- other factors, you could call

3    that the liquidity in the market.

4         Q.   All right.  By the end of '17, would you

16:06:00  5    say the market was more -- for XRP was more

6    liquid?

7         A.   On a relative basis, I think it went

8    from hundreds of thousands to a couple million.

9    Something like that.

16:06:10 10         Q.   What about the beginning of 2018?

11         A.   I'm not sure what it -- what it was at.

12         Q.   Okay.  Was the higher price of XRP a

13    benefit for Ripple in terms of, you know, it meant

14    that more money can move across XRP as a bridge

16:06:25 15    currency?

16              MR. HORTON:  Objection to form.

17         A.   Please ask the question again.

18         Q.   So the higher price of XRP was a good

19    thing for Ripple because it meant that XRP could

16:06:38 20    be used to move larger amounts of assets?

21         A.   I -- I don't know where to -- how to

22    answer the question.  You're asking me to answer

23    on behalf of Ripple?  You're saying it was a good

24    thing for Ripple?

16:06:57 25         Q.   Yeah.

278

16:06:59  1          A.   If -- Ripple wasn't moving assets

       2     around.  Maybe ask that question a different way.

       3          Q.   Let's use the exhibit.  Let's use 44.

       4               (Whereupon, exhibit is presented

16:07:12  5          and marked SEC Griffin Exhibit PG-44 for

       6          identification.)

       7               MR. TENREIRO:  This is RPLI_SEC

       8          375653.

       9               (Pause)

16:09:07 10          Q.   Mr. Griffin, do you know who ███████

      11     is?

      12          A.   No.

      13          Q.   And do you have any reason to believe

      14     this is -- you did not engage in this e-mail

16:09:13 15     exchange with him?

      16          A.   No.

      17          Q.   He asks you Question No. 3, on the

      18     second page, he says "Hey" -- I'm sorry.  He says

      19     "Is the price of XRP bad for your banking

16:09:27 20     customers because it makes their transactions more

      21     expensive? I notice it's gone to over $3 now."

      22               MS. COWAN:  I think it says "Is a

      23          high price of XRP bad for your banking

      24          customers..."

16:09:39 25               MR. TENREIRO:  Is a high price,

                                                              279

16:09:40  1         yeah.  High price of XRP.

          2         Q.    And then on the front page, he says "How

          3    does the market price of the crypto impact/relate

          4    to the use of that in ecosystem?  E.G. - if XRP is

16:09:52  5    25 versus $1, does that make transactions by banks

          6    on the XRP network cost more?  In other words, it

          7    can be a bad thing to have a crypto value high if

          8    it then makes tx cost more for banks?"

          9         Do you see all of that?

16:10:06 10         A.    I do.

         11         Q.    Your response, Mr. Griffin, explains

         12    what?

         13             MR. HORTON:  Objection to form.

         14         A.    Do you want me to read the e-mail?

16:10:14 15         Q.    No.  Can you explain it to me, please?

         16         A.    You want me to explain what?

         17         Q.    You know, what -- what did you answer?

         18    Is -- is a higher price for XRP bad for bank

         19    transactions?

16:10:29 20         A.    Reading this, it looks like I said no,

         21    it's not.

         22         Q.    Why not?

         23         A.    Because XRP can be purchased in

         24    fractional amounts.

16:10:40 25         Q.    And is it also because there needs to be

                                                                280

16:10:43  1    enough market cap to service the -- to service the

       2    payments flowing through?  Is that also a reason

       3    why a higher price is a good thing?

       4            MR. HORTON:  Objection to form.

16:10:53  5        That's not -- not what he testified.

       6    What he testified.

       7        A.   I don't -- I don't understand, so I

       8    don't -- I don't know.

       9            MR. TENREIRO:  I'm -- I wasn't

16:11:01 10        saying he testified to that.  I'm simply

      11        asking.

      12        Q.   Is a higher price of XRP better to

      13    service more payments flowing through XRP?

      14            MS. COWAN:  Objection.

16:11:25 15        A.   I -- I don't -- I think it's just a

      16    question of capacity as opposed to the level of

      17    service.  In other words, is it better or worse?

      18    I think it's more of a question of how much can be

      19    serviced at any given moment.

16:11:38 20        Q.   Right.  So --

      21        A.   That's all -- that's all it -- that's

      22    all it's saying, I think.

      23        Q.   And so capacity, just to give examples

      24    with round numbers, so there's a hundred billion

16:11:45 25    units of XRP that's worth a cent, the capacity is

                                                        281

16:11:48  1    a billion dollars --

2         A.   At any one given moment.

3         Q.   At any one given moment.  If there's a

4    hundred billion units and the price is $10, at any

16:11:57  5    one given moment, you can service a trillion

6    dollars, right?

7         A.   Yes.

8         Q.   Okay.  And would -- to the extent that

9    Ripple was in the business of, you know, promoting

16:12:10 10    XRP as a bridge asset for servicing payment flows,

11    would Ripple want there to be more capacity for

12    processing these payment flows at any given

13    moment?

14              MR. HORTON:  Objection to form.

16:12:23 15         A.   I'm sorry, can you rephrase what Ripple

16    is in the business of?

17         Q.   You know, if Ripple wants to promote XRP

18    as a bridge asset, as a bridge currency.

19         A.   Keep going.  If Ripple wants to promote

16:12:36 20    XRP as a bridge asset, then what?

21         Q.   Would Ripple want there to be more

22    capacity for that asset to process more flows at

23    any particular moment?

24              MR. HORTON:  Objection to form.

16:12:47 25         A.   I can't -- you asked me several times to

                                                          282

16:12:49  1    speak on behalf of Ripple and I -- I don't know.

2         Q.   Okay.

3         A.   And I especially don't know at this

4    point when I haven't been at the company for

16:12:58  5    almost four years.

6         Q.   Right.  But I'm asking about the point

7    in time in the e-mail.  So let's try that.

8              In February of 2018, did you,

9    Mr. Griffin, believe that a higher price for XRP

16:13:08 10    could permit your employer to service more

11    capacity of payments flowing through its currency?

12         A.   I'm not sure what I was thinking at that

13    point.  Particularly you're also pointing to a

14    date in time where two days later my son was born,

16:13:25 15    so I'm not sure what was going on in my head.

16         Q.   Okay.  Fair enough.

17              MR. TENREIRO:  Let's go on to

18         Exhibit 49.

19              (Whereupon, exhibit is presented

16:13:32 20         and marked SEC Griffin Exhibit PG-49 for

21         identification.)

22              MR. TENREIRO:  This is a tweet,

23         so there's no Bates.  It appears to be a

24         tweet from December 16, 2017.  And also

16:13:56 25         attached is an article that is referenced

283

```
16:13:58    1            in the tweet.
            2                    MS. COWAN:  It looks to be a
            3            tweet and then several replies.
            4                    MR. TENREIRO:  That's fair.
16:14:16    5                    (Pause)
            6       A.   Okay.
            7       Q.   Mr. Griffin, is ███████████ your Twitter
            8   account?
            9       A.   At one point, yes.
16:16:38   10       Q.   Is it no longer your Twitter account?
           11       A.   I don't have access to it.  I haven't
           12   had access to it since 2018, I think.
           13       Q.   Did you make this tweet, which was in
           14   December of 2017?
16:16:51   15       A.   It looks like it.
           16       Q.   Okay.  Did you -- did there come an
           17   occasion while you were a Ripple employee that the
           18   marketing department suggested that you make
           19   certain tweets?
16:17:06   20       A.   I don't remember --
           21       Q.   Was this --
           22       A.   -- if that happened.
           23       Q.   Sorry?
           24       A.   I don't remember if that happened.
16:17:11   25       Q.   Do you remember if this tweet was
```

                                                            284

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

16:17:12   1    suggested to them by you or if it was just your

2    idea?

3          A.    I -- I don't know.

4             MR. HORTON:   Objection to form.

16:17:17   5          Q.    All right.   Why did you make this tweet?

6          A.    I don't know.   It's interesting?   I'm

7    not sure why.

8          Q.    The article that's referenced in your

9    tweet, generally speaking, talks about █████.

16:17:36 10             What is ████?

11          A.    ████ is a financial services holding

12    company and they own -- I think their primary

13    business is brokerage services of different sizes,

14    based out of Japan and has a global footprint.

16:17:53 15             THE REPORTER:   Based out of

16      Japan?   I can't hear you.

17          A.    And they have a global footprint.

18          Q.    What relationship, if any, did they have

19    with Ripple while you were an employee at Ripple?

16:18:01 20          A.    They were an investor of Ripple and

21    Ripple had a start -- a joint venture start-up

22    with ████.

23          Q.    Okay.   And you're highlighting -- you're

24    tweeting about an article that references the

16:18:16 25    nine-year high in ████ stock price, correct?

285

```
16:18:24   1        A.   Yes.
           2        Q.   Okay.  And the article talks about XRP's
           3   market value, does it not?
           4        A.   Okay.  I see the "XRP's market value now
16:18:50   5   sits not far from $31 billion."
           6        Q.   Okay.
           7        A.   Okay.
           8        Q.   Further below it says "▇▇▇ stake in
           9   Ripple means that the Japanese company shares in
16:18:58  10   this growth, at least as investors see it."
          11             Do you see that?
          12        A.   Yes.
          13        Q.   Do you -- do you agree with an
          14   understanding of investing in Ripple's equity as
16:19:07  15   sharing in the growth of XRP?
          16        A.   I -- I -- I don't know that I can say
          17   that I agree with anything in that letter from
          18   2017.  Their words, not mine.
          19        Q.   Sitting here today, do you understand an
16:19:21  20   investment in Ripple's equity to be an exposure to
          21   the potential growth in price of XRP?
          22             MS. COWAN:  Objection.
          23        A.   I understand an -- an equity stake in
          24   Ripple exposes an equity investor to the ownership
16:19:41  25   of XRP that Ripple maintains.
```

286

16:19:44   1          Q.    Okay.  And what else does the equity

           2   stake in Ripple expose that equity investor to?

           3                 MR. HORTON:  Objection to form.

           4          A.    Well, the rest of Ripple's business,

16:19:59   5   enterprise software services, sales and services.

           6          Q.    And how -- what was the magnitude of

           7   those sales and services?

           8          A.    I think there -- sorry.  I think there

           9   are also a number of investments that Ripple has

16:20:10  10   made across the cryptocurrency space.  I think

          11   there's also exposure to that that's built into

          12   that.  Yeah.

          13          Q.    What was the magnitude of the enterprise

          14   software services and sales for Ripple at the time

16:20:25  15   that you left Ripple?

          16                 MR. HORTON:  Objection to form.

          17          A.    I don't know.

          18          Q.    Could you ballpark it?

          19          A.    No.

16:20:31  20                 MR. TENREIRO:  Let's do Exhibit

          21           50.

          22                 (Whereupon, exhibit is presented

          23            and marked SEC Griffin Exhibit PG-50 for

          24            identification.)

16:20:55  25                 MR. TENREIRO:  So this will be

                                                                287

| | | |
|---|---|---|
| 16:20:56 | 1 | RPLI_SEC 509224.  It's a four-page thread. |
| | 2 | There you go. |
| | 3 | (Pause) |
| | 4 | A.   Okay. |
| 16:24:25 | 5 | Q.   Mr. Griffin, any reason to believe you |
| | 6 | did not engage in this e-mail thread? |
| | 7 | A.   No. |
| | 8 | Q.   Okay.  It appears like ███████ |
| | 9 | shares a story in Nikkei about ████ stock price. |
| 16:24:42 | 10 | Do you see that? |
| | 11 | A.   Yes. |
| | 12 | Q.   For the record, who is ████? |
| | 13 | A.   ████ worked on the business development |
| | 14 | team. |
| 16:24:49 | 15 | Q.   And you respond "Wow, that's quite a |
| | 16 | story!"  Correct? |
| | 17 | A.   Yes. |
| | 18 | Q.   Then you say "This is a great story that |
| | 19 | we could be building a narrative around." |
| 16:25:00 | 20 | Do you see that? |
| | 21 | A.   Okay. |
| | 22 | Q.   What does that mean? |
| | 23 | A.   I don't know. |
| | 24 | Q.   Building a narrative of what? |
| 16:25:04 | 25 | A.   Well, building a narrative wouldn't have |

288

```
16:25:07   1    been my -- my lane.  It was a communication.  That
           2    would have been in the -- in the wheelhouse of the
           3    communications team.
           4         Q.   Did you -- so is it fair to say here
16:25:21   5    that you're sending maybe like a suggestion to the
           6    communications team?
           7         A.   Yes.
           8         Q.   That includes ██████████████?
           9         A.   Yes.
16:25:27  10         Q.   And why would you be sending them a
          11    suggestion?
          12         A.   To -- to look into it.  I mean, I say it
          13    right there.  "Let me know if you think there's a
          14    good angle here for us."
16:25:40  15         Q.   Did anything come of this?
          16         A.   I don't remember.
          17         Q.   What about the tweet?
          18         A.   It's possible.
          19         Q.   Okay.
16:25:45  20         A.   I don't -- I don't know.
          21         Q.   And did you -- is it fair to say you
          22    read this story before you sent them this
          23    suggestion or before you said "that's quite a
          24    story"?
16:25:56  25              MR. HORTON:  Objection to form.
```

                                                              289

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

```
16:25:59   1            A.   I don't -- I don't recall.
           2            Q.   Let me see if I can direct you to the
           3       middle of the second page.  There's a paragraph
           4       that says "XRP is the third largest virtual
16:26:10   5       currency," et cetera.
           6            A.   Okay.
           7            Q.   Do you see that?
           8            A.   I do.
           9            Q.   And do you see the one that says "The
16:26:15  10       issuer is U.S. Ripple"?  Do you see that?
          11            A.   Okay.
          12                 MS. COWAN:  Can I just note that
          13            this is --
          14                 MR. TENREIRO:  Yeah.
16:26:21  15                 MS. COWAN:  It says in the
          16            document that this is a Google-translated
          17            article.
          18                 MR. TENREIRO:  Understood.
          19            A.   I see that.
16:26:28  20            Q.   Did you ask someone to correct that
          21       statement?
          22            A.   Well --
          23                 MR. HORTON:  Objection to form.
          24            A.   I just -- I mean, this is almost
16:26:37  25       impossible to read this e-mail.  I mean, look at
```

290

16:26:39  1    the headline: "▓▓▓ shares ▓▓▓▓▓▓ Ripple

        2    anticipation twisting exceeding market

        3    capitalization total."  This is barely

        4    intelligible, the translation.  So I -- I think

16:26:48  5    that if it was in Japanese, I don't know what it

        6    said in Japanese and if it was correct.  And even

        7    if it did, I don't remember whether or not there

        8    was a correction.  No.

        9         Q.   Just to be clear, you don't read

16:26:59 10    Japanese?

       11         A.   I do not read Japanese, no.

       12         Q.   All right.  But you understood it enough

       13    to say "that's quite a story," is that fair?

       14              MR. HORTON:  Object to form.

16:27:07 15         A.   No, that's not fair.

       16         Q.   So -- so what was the basis of the

       17    "that's quite a story" comment?

       18         A.   Well, I mean, the first thing is, if you

       19    read the rest of the e-mail, there's information

16:27:27 20    in here about -- sorry.  It's confusing because

       21    you just showed me another e-mail with -- that had

       22    all of the -- the tweet with the Nikkei story.

       23    And I think, if I'm right, I think it's the same

       24    author, right?  So I think what you showed me was

16:27:50 25    the official Nikkei translation.  I'm not sure.

                                                           291

16:27:54  1   Maybe somebody can look at it. ████████.   Is

        2   that ███████?   Yeah.   So I think this is

        3   actually the correct Nikkei translation and you're

        4   showing me a translation of a Google document that

16:28:07  5   then -- the document that was in Japanese that's

        6   just thrown into a Google translator.   Also, ████

        7   sat across from me, so she might have just talked

        8   to me and I responded to the thread to get the

        9   communication out to Brad, Ron, and Monica just to

16:28:23 10   share that information with them.

       11        Q.    Are you referring to the tweet we were

       12   looking at with the story in the prior exhibit?

       13        A.    Yes.

       14        Q.    Okay.   So I guess, just to make sure I

16:28:33 15   understand your testimony, when you say here,

       16   "Wow, that's a great story," you might be

       17   referring to the -- that version is what you're

       18   saying?

       19        A.    No, that's not what I'm saying.   The

16:28:43 20   whole story that -- that █████price share --

       21   share was -- that there's activity around ███████

       22   share as news broke that they had an investment at

       23   Ripple, that's -- that's what I'm referring to.

       24   The details -- I don't necessarily know that

16:28:59 25   that's a response to the actual words of the

                                                          292

16:29:01  1    article, let alone this article and the other one.

          2    I'm not really sure.

          3         Q.   All right.

          4              MR. TENREIRO:  Let's take a look

16:29:17  5         at Exhibit 87, please.

          6              (Whereupon, exhibit is presented

          7         and marked SEC Griffin Exhibit PG-87 for

          8         identification.)

          9              MR. HORTON:  Jorge, do you think

16:29:25 10         we'll be at a break point in about ten

         11         minutes?

         12              MR. TENREIRO:  Yep.

         13              MR. HORTON:  Okay.

         14              MR. TENREIRO:  Eighty-seven is a

16:29:31 15         two-page e-mail, RPLI_SEC 539698.

         16              (Pause)

         17         A.   Okay.

         18         Q.   Mr. Griffin, at the top of this e-mail

         19    chain, you say "I'm getting a lot of pressure from

16:31:16 20    Brad to accelerate some of these announcements, so

         21    hoping to get your reaction."

         22              Do you see that?

         23         A.   Uh-huh.

         24         Q.   Any reason to --

16:31:22 25         A.   Yes.

                                                              293

16:31:24  1        Q.   Sorry.

        2             Any reason to believe you did not write

        3   that to Ms. Monica Long around November 1st, 2017?

        4        A.   No.

16:31:29  5        Q.   When you say "some of these

        6   announcements," what are you referring to?

        7        A.   Just reading the e-mail?

        8        Q.   Is it --

        9        A.   I think it's referring to --

16:31:43 10        Q.   Oh, sorry.

       11        A.   -- the bullet points 1 through 6 at the

       12   end.

       13        Q.   When you say in the second page "We're

       14   looking at what we can do to accelerate/prioritize

16:31:53 15   XRP-beneficial announcements," is that it?

       16        A.   I think so.

       17        Q.   How did you --

       18        A.   I'm not sure if it's -- accelerated some

       19   of these announcements.  I don't -- I don't know.

16:32:07 20        Q.   How did you determine in November of

       21   2017 what could potentially be an XRP-beneficial

       22   announcement?

       23             MR. HORTON:  Objection to form.

       24        A.   Well, I think the truth is we didn't

16:32:18 25   know.  I mean, you're asking what the metrics

                                                              294

16:32:22  1   were?

2   Q.   Yeah.   How did you -- I understand you

3   don't know what actually is going to happen in the

4   market, but when you were making decisions, how

16:32:29  5   did you determine whether something could

6   potentially be XRP beneficial?

7             MR. HORTON:   Objection to form.

8   A.   I think anything that showed and spoke

9   to growth and traction, adoption, is what we were

16:32:43 10   focused on.

11   Q.   Adoption of -- of XRP?

12   A.   When I -- the Ripple technology.   XRP is

13   part of that.   So you can't sort of separate them

14   out.   When the Ripple's technology being adopted,

16:32:57 15   that's presumably an onboard to using XRP, whether

16   it's direct or indirect or down the road.   So I --

17   yeah.

18   Q.   Sure.   So -- so just so the words --

19   A.   Like, for example, with Ethereum, smart

16:33:11 20   contracts being adopted might be good for Ethereum

21   because Ethereum sort of powers the system.   It's

22   the same sort of premise here.

23   Q.   Just for the clarity of the record,

24   because the Ethereum blockchain operates in part

16:33:19 25   based on --

295

16:33:22   1                        THE REPORTER:  Slow down.

           2                        MR. TENREIRO:  Yeah.

           3                        THE REPORTER:  Repeat.

           4            Q.    For the clarity of the record, is the

16:33:25   5    reason for that answer because the Ethereum

           6    blockchain, one of its functionalities is smart

           7    contracts?

           8            A.    Yes.

           9            Q.    Okay.  So going back to Ripple for a

16:33:36  10    moment, just to make sure I understood your

          11    answer, an announcement that Ripple's technology

          12    is being adopt -- adopted could be XRP beneficial.

          13    Is that what you're saying?

          14            A.    No, that's not what I'm saying.  I'm

16:33:53  15    saying it could be beneficial to the technology

          16    and our efforts to get -- drive adoption of it.

          17            Q.    Okay.  Fair enough.

          18            A.    Which in turn, yes, of course, that can

          19    be beneficial to XRP.

16:34:04  20            Q.    Okay.  I was just asking when you say

          21    "XRP beneficial," what -- what do you have in

          22    mind?  And I think your answer was things -- one

          23    example could be Ripple's technology being

          24    adopted.

16:34:16  25                        So -- so I'm just trying to make sure I

                                                                            296

16:34:18    1    have a clear record.

2              A.    Yes.

3              Q.    All right.  Is it true that you were

4    getting a lot of pressure from Brad to accelerate

16:34:27    5    some of these announcements?

6              A.    It's what the e-mail says.  I -- I don't

7    remember.

8              Q.    And the reference --

9              A.    There was a lot of pressure happening in

16:34:38   10    a lot of different -- different directions around

11    a lot of different things I was focusing on.  It's

12    possible, yes.

13             Q.    And obviously it's a reference to

14    Mr. Garlinghouse?

16:34:49   15             A.    Yes.

16             Q.    All right.  And do you have any

17    understanding as to why he might have been

18    pressuring you to accelerate some of these

19    announcements?

16:34:58   20                  MR. HORTON:  Objection to form.

21             A.    I don't know what he's thinking, no.

22             Q.    Okay.  And just going back to

23    XRP-beneficial announcements, do you -- back when

24    you were a Ripple employee, did you have any

16:35:14   25    belief either way as to whether the market

297

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

16:35:16   1   understood that increasing adoption of the Ripple
          2   network would be beneficial to XRP?
          3        A.   Did we have an idea of how the adoption
          4   of the network would be beneficial to XRP?
16:35:33   5        Q.   I appreciate you answered that question,
          6   but that was not my question.
          7        A.   Well, what was your question?
          8        Q.   Yeah.
          9             So going back to when you were an
16:35:41  10   employee at Ripple, did you, Mr. Griffin, have a
         11   belief, either way, as to whether the market
         12   understood that increasing adoption of the Ripple
         13   network would be beneficial to XRP?
         14                  MS. COWAN:  Objection.
16:35:52  15        A.   I -- unclear.  It was always unclear.
         16        Q.   It was unclear to you what the sort of
         17   market understood?
         18        A.   Yes.
         19        Q.   Okay.  And did you have an idea of how
16:36:06  20   the adoption of the network would be beneficial to
         21   XRP?  Now to ask the other question.
         22        A.   Yes.
         23        Q.   And what was that idea?
         24        A.   Well, the more activity moving through
16:36:16  25   the network, the more valuable and useful the XRP

298

16:36:22  1    would become.

       2       Q.   Okay.  And "valuable" refers to what

       3    again?

       4               MR. HORTON:  Objection to form.

16:36:28  5       A.   Its usefulness.

       6       Q.   Okay.

       7               MR. TENREIRO:  Let me do 46 real

       8         quick, I think, and then we can take a

       9         break.  Is that okay?

16:36:35 10               THE WITNESS:  Sure.

      11               MR. HORTON:  Yeah.

      12               MR. TENREIRO:  Forty-six is just

      13         a one-page thread, 504481.

      14               (Whereupon, exhibit is presented

16:36:44 15         and marked SEC Griffin Exhibit PG-46 for

      16         identification.)

      17               MR. TENREIRO:  And -- okay.  Go

      18         ahead.

      19               MS. COWAN:  I just want to note

16:37:48 20         for the record that the "To" line on this

      21         document includes a number of e-mail

      22         addresses for people who were not at the

      23         company in 2017.

      24               MR. TENREIRO:  Yeah.

16:37:59 25               MS. COWAN:  I suspect it is

                                                      299

```
16:38:01   1          something having to do with the way the
           2          documents were pulled --
           3                  MR. TENREIRO:  Yeah.  I think we
           4          saw that yesterday, right?
16:38:06   5                  MS. COWAN:  Right.
           6                  MR. TENREIRO:  We'll probably
           7          have to clarify that at some point on the
           8          record, but I -- I agree with you.
           9                  THE WITNESS:  I think Madigan
16:38:11  10          did --
          11                  MR. TENREIRO:  Yeah.  I'm
          12          simply -- you know, I think he was at the
          13          company in May of 2017 --
          14                  MS. COWAN:  No one's disputing
16:38:18  15          that.
          16                  MR. TENREIRO:  -- but I think --
          17          you know my question -- he doesn't even
          18          appear to be on this thread.  So once he's
          19          done, I'll ask the question.
16:39:29  20                  (Pause)
          21                  THE WITNESS:  Okay.
          22      BY MR. TENREIRO:
          23          Q.   Mr. Griffin, did there come a time when
          24      you were employed at Ripple where you came to
16:39:59  25      understand that Ripple employees were confusing
```

300

| | | |
|---|---|---|
| 16:40:01 | 1 | Ripple equity and XRP? |
| | 2 | A.   I don't remember. |
| | 3 | Q.   Okay.  Did you -- did there come a time |
| | 4 | when you were a Ripple employee where you came to |
| 16:40:11 | 5 | understand that market participants were confusing |
| | 6 | Ripple equity and XRP? |
| | 7 | MR. HORTON:  Objection to form. |
| | 8 | A.   I can't recall. |
| | 9 | Q.   Did there come a time when you were a |
| 16:40:21 | 10 | Ripple employee where you gave feedback to |
| | 11 | ███████ about employees confusing -- still |
| | 12 | confusing Ripple equity and XRP? |
| | 13 | MR. HORTON:  Objection to form; |
| | 14 | lack of foundation. |
| 16:40:31 | 15 | A.   I -- I can't recall. |
| | 16 | MR. TENREIRO:  Okay.  Let's take |
| | 17 | the break. |
| | 18 | THE VIDEOGRAPHER:  Going off the |
| | 19 | record at 4:40 p.m. Eastern. |
| 16:40:39 | 20 | (Whereupon, a recess is taken.) |
| | 21 | THE VIDEOGRAPHER:  We are on the |
| | 22 | record at 4:54 p.m. Eastern. |
| | 23 | BY MR. TENREIRO: |
| | 24 | Q.   Okay.  Let's take a look at Exhibit 80, |
| 16:54:21 | 25 | which I'll hand you in one minute. |

301

```
16:54:23   1              (Whereupon, exhibit is presented and
           2      marked SEC Griffin Exhibit PG-80 for
           3      identification.)
           4                   MR. TENREIRO:  It's a two-page
16:54:25   5          e-mail, RPLI_SEC 762228.
           6                   (Pause)
           7                   THE WITNESS:  Okay.
           8      BY MR. TENREIRO:
           9          Q.   Mr. Griffin, it appears that around May
16:56:30  10      1st, 2017, you wrote to Ms. Antoinette O'Gorman an
          11      e-mail that's reflected in this exhibit.  Is that
          12      fair?
          13          A.   Yes.
          14          Q.   Who is Antoinette O'Gorman?
16:56:43  15          A.   Chief compliance officer of Ripple.
          16          Q.   And I think you said in the bottom of
          17      the e-mail "Chris L mentioned this and wanted me
          18      to be sure it was something we had thought
          19      through."
16:57:00  20                   Do you see that?
          21          A.   Yes.
          22          Q.   Is that a reference to Chris Larsen?
          23          A.   Yes.
          24          Q.   Okay.  And what is it that you were
16:57:06  25      talking about here?  Something that he wanted you
```

302

16:57:09  1   to be sure you had thought through?

2              MR. WARD:  Object to the form.

3         A.   You're asking me what -- what my e-mail

4   refers to?

16:57:21  5   Q.   Yes.

6         A.   ICOs.

7         Q.   Is ICOs something that Mr. Larsen had

8   mentioned to you and wanted to be sure you had

9   thought through?

16:57:31 10            MR. WARD:  Object to the form.

11        A.   I -- I -- I can't remember.  I don't

12  remember, no.

13        Q.   Okay.  Do you see the reference in your

14  e-mail to "I think these things might be on some

16:57:54 15  shaky regulatory ground and while we have

16  absolutely nothing to do with them, I just want to

17  be sure we are taking steps to be on the right

18  side of the boulder when it inevitably tips over"?

19             Do you see that?

16:58:05 20  A.   Yes.

21        Q.   Are you referring to -- what are you

22  talking about there, that analogy to a boulder

23  tipping over?

24             MR. WARD:  Object to the form.

16:58:15 25  A.   I'm looking at ICOs.  I think that this

303

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

16:58:19   1   is what this e-mail is talking about.  And the
           2   ICOs raising money on tokens without any
           3   technology or any real offering as -- as a way of
           4   fundraising.  And I think that's what I'm talking
16:58:41   5   about, that that is a relatively new -- I think it
           6   was a new way of raising money and watching these
           7   technologies.  And I think there were a lot of
           8   questions about the regulatory clarity around what
           9   that could be.  And I think that's what I'm
16:59:00  10   talking about with the -- the boulder and it
          11   falling over and --
          12        Q.   Sure.
          13        A.   Right.
          14        Q.   Other than e-mailing Ms. O'Gorman, what
16:59:11  15   steps did you take to make sure you were on the
          16   right side of that boulder?
          17             MR. HORTON:  Objection to form.
          18        A.   So this would -- wouldn't have been --
          19   thinking through regulatory positioning and
16:59:25  20   communication would not have been in my lane at
          21   Ripple in particular at this time.
          22        Q.   Right.  And -- no, and so that's why I
          23   was curious why -- do you know why Mr. Larsen had
          24   mentioned it to you?  Did you ever ask him, you
16:59:36  25   know, this is not my lane, why -- why me?

                                                              304

16:59:38   1                    MR. HORTON:  Objection to form.

           2        A.    I don't even remember the conversation

           3   with Chris or if he had even mentioned it to me.

           4   I guess it says that he did.  I don't -- I don't

16:59:51   5   know.

           6        Q.    Beyond this e-mail exchange with

           7   Ms. O'Gorman, do you recall a conversation about

           8   the subject matter with her?

           9        A.    No.

17:00:01  10        Q.    Beyond the reference to what Mr. Larsen

          11   might have mentioned, do you recall the substance

          12   of your conversations with him about this subject

          13   matter?

          14        A.    No.

17:00:09  15        Q.    Okay.  And other than nonlawyers [sic],

          16   do you recall the substance of conversations with

          17   other Ripple employees about this subject matter?

          18   And let me start again.

          19              Other than lawyers, do you recall the

17:00:21  20   substance of conversation with other Ripple

          21   employees on this subject matter?

          22        A.    Which subject matter?

          23        Q.    You know, the ICOs and the regulatory

          24   ground that they might be on.

17:00:36  25        A.    I remember it being something that was

                                                                    305

17:00:38  1    discussed.  I don't remember who or -- with who

         2    or when that happened.

         3        Q.   Okay.  And do you -- do you recall where

         4    it was discussed?  Was it, like, in Board meetings

17:00:50  5    or group meetings?  Anything like that?

         6        A.   I don't --

         7             MR. HORTON:  Objection to form.

         8        A.   I don't remember.

         9        Q.   All right.

17:01:03 10             MR. TENREIRO:  56, please.  This

        11        will be an e-mail thread, GSR 1264.

        12             (Whereupon, exhibit is presented

        13        and marked SEC Griffin Exhibit PG-56 for

        14        identification.)

17:03:02 15             (Pause)

        16             THE WITNESS:  Okay.

        17    BY MR. TENREIRO:

        18        Q.   Mr. Griffin, do you have any reason to

        19    doubt you wrote this e-mail on November 1st, 2016?

17:04:41 20        A.   No.

        21        Q.   Where you write "For context,

        22    registering with FinCEN is trivial," what are you

        23    referring to there?  Registering as what?

        24        A.   A money service business.

17:04:58 25        Q.   Was Ripple still registered at the time?

                                                                306

17:04:59  1                    MR. HORTON:  Objection to form.

          2        A.   I don't know.

          3        Q.   Was XRP II still registered at the time?

          4                    MR. HORTON:  Same objection.

17:05:05  5        A.   I don't know.

          6        Q.   You say "literally you just fill out a

          7   form online and you're registered, no government

          8   due diligence."

          9             Do you see that?

17:05:12 10        A.   Yes.

         11        Q.   What was the basis of that

         12   understanding?

         13        A.   There's a registration form online.

         14        Q.   And how did you know there was no

17:05:17 15   government due diligence in connection with the

         16   registration?

         17        A.   There's a registration form online.  You

         18   can fill it out and hit submit.  There's no --

         19   nobody over your shoulder, at least at the time,

17:05:34 20   that watched you hit the submit button.

         21        Q.   Okay.  Earlier we talked about work, I

         22   think, with respect to Kraken listing XRP.

         23             Do you recall that?

         24        A.   Okay.

17:05:47 25        Q.   I think you mentioned that perhaps you

                                                              307

17:05:49  1    had some involvement with that, is that correct?

         2         A.   Yes.

         3         Q.   Okay.  And please explain for the record

         4    what work, if any, did Ripple have to do to get --

17:06:04  5    well, let me start again.

         6              Does Ripple have to get Kraken to sort

         7    of be able to interface with the XRP ledger so

         8    that Kraken can list XRP?

         9              MR. HORTON:  Objection to form.

17:06:17 10         A.   I don't remember if they had the

        11    resources or the capability of -- of doing that on

        12    their own or if that was something where engineers

        13    at Ripple with expertise around the Ripple

        14    Consensus Ledger were offering support services to

17:06:34 15    integrate.

        16         Q.   When you said "I don't know if they had

        17    the expertise," you meant Kraken?

        18         A.   Yes.

        19         Q.   So it's possible that Ripple's engineers

17:06:43 20    helped Kraken to interface with the XRP ledger?

        21              MR. HORTON:  Objection to form;

        22     lack of foundation.

        23         A.   I'm not sure.

        24         Q.   Were -- are -- do you know of any

17:06:53 25    digital asset trading platform that listed XRP

                                                              308

17:06:57 1    without Ripple's engineers' helps -- help?

2                    MR. HORTON:  Objection.

3           Objection to form.

4           A.    I do know that that happened more than

17:07:08 5    it didn't.

6           Q.    Okay.  And with respect to validators on

7    Ripple's trusted node list, did there come a time

8    where you were a Ripple employee that Ripple

9    financed the operation of validators by entities

17:07:27 10   on Ripple's trusted node list?

11                    MR. HORTON:  Objection to form.

12          A.    Sorry.  Supported the integration?  What

13   was the --

14          Q.    No.  Let me start again.  I apologize.

17:07:41 15         A.    Okay.

16          Q.    Is -- is it fair that for at least some

17   of the time that you were a Ripple employee, all

18   of the nodes on Ripple's trusted node list were

19   operated by Ripple?

17:07:55 20         A.    I believe in the earliest days, yes.

21          Q.    Did there come a time when Ripple

22   financed or paid for, you know, another party's

23   operating of a node that was on Ripple's trusted

24   node list?

17:08:09 25         A.    I don't know.

309

17:08:09  1     Q.   Okay.  Did you have any involvement in

2  sort of procuring other parties to run nodes on

3  the XRP ledger?

4           MR. HORTON:  Objection to form.

17:08:25  5     A.   I -- I -- I recalled speaking with

6  different vendors about -- I think I mentioned --

7  I said earlier, that I did speak to different

8  technology vendors about the reasons for running

9  the validator and what the incentives were to do

17:08:40 10  so.

11     Q.   And what were the reasons for the

12  incentives to do so that you described to these

13  technology vendors?

14     A.   Okay.  I know that, for example, we

17:08:50 15  talked about -- there were some data providers,

16  data service providers, that wanted to show

17  competence in blockchain and cryptocurrencies.

18  And so running a Ripple validator was one way to

19  do that.  So that would be, from their

17:09:08 20  perspective, a kind of marketing incentive.  But,

21  again, I -- I -- I can't speak to the -- the

22  motivations behind all these other companies, why

23  they ran the validators.

24     Q.   Why they ran validators you said?

17:09:25 25     A.   Yes.

310

17:09:25   1                    MR. TENREIRO:  Can we take a look
           2          at Exhibit 39, please.
           3                    (Whereupon, exhibit is presented
           4          and marked SEC Griffin Exhibit PG-39 for
17:09:30   5          identification.)
           6                    MR. TENREIRO:  And this is going
           7          to be a one-page e-mail, 376173, RPLI_SEC.
           8          And there's also an attachment.
           9                    There you go.
17:09:48  10                    (Pause)
          11   BY MR. TENREIRO:
          12      Q.   Mr. Griffin, do you have any reason to
          13   believe you did not receive this e-mail on
          14   December 7th, 2017?
17:15:21  15      A.   No.
          16      Q.   Did you volunteer to deliver the Ripple
          17   pitch around that time?
          18      A.   I don't remember.
          19      Q.   What -- do you know what the reference
17:15:28  20   of the "Ripple pitch" is?
          21      A.   No.
          22      Q.   Did you deliver a Ripple pitch around
          23   this time?
          24                    MR. HORTON:  Objection to form.
17:15:36  25      A.   I don't even know what this is.

                                                              311

17:15:39  1        Q.    "This" meaning what?

         2        A.    What the Ripple pitch is.

         3        Q.    Okay.  Did you -- did you talk to

         4   Ripple -- for example, to Ripple's new employees

17:15:52  5   about what Ripple would say publicly about the

         6   company?

         7        A.    I don't remember.

         8        Q.    Okay.  Did you talk to members of the

         9   press about Ripple's company from time to time?

17:16:04 10        A.    Maybe.  I -- I remember that did happen.

        11   I'm not sure with what frequency or when.

        12        Q.    And it's fair to say that you spoke to

        13   members of the public at large on occasion about

        14   Ripple, the company?

17:16:19 15        A.    Objection to form.

        16        Q.    For example, in the Consensus -- what

        17   did you call it, forum, in 2017?

        18        A.    Conference.

        19        Q.    Conference.

17:16:28 20        A.    Yes.

        21             MR. HORTON:  Objection to form.

        22        Q.    Just taking a look at the list of

        23   customers on page 1 of the general media training

        24   FAQ, do you see that?

17:16:42 25        A.    Yes.

                                                            312

|          |    |                                                                      |
|----------|----|----------------------------------------------------------------------|
| 17:16:42 | 1  | Q.   That list -- sorry.                                              |
|          | 2  | Do you see the list?                                                  |
|          | 3  | A.   I do.                                                            |
|          | 4  | Q.   Can you tell me which of these were                             |
| 17:16:47 | 5  | using -- if any, were using XRP for cross-border                     |
|          | 6  | payments?                                                             |
|          | 7  | MR. HORTON:  Objection to form.                                       |
|          | 8  | A.   I am not a hundred percent sure.                                 |
|          | 9  | Q.   Can you -- can you tell me if any of                            |
| 17:17:05 | 10 | these were using XRP for cross-border payments in                   |
|          | 11 | December of 2017?                                                     |
|          | 12 | MR. HORTON:  Same objection.                                          |
|          | 13 | A.   I can't recall.                                                  |
|          | 14 | Q.   Okay.  Do you know if any of these                              |
| 17:17:14 | 15 | entities listed here up to this point had ever                       |
|          | 16 | purchased XRP?                                                        |
|          | 17 | MR. HORTON:  Objection to form.                                       |
|          | 18 | A.   I can't recall.                                                  |
|          | 19 | Q.   On the next page towards the bottom                             |
| 17:17:30 | 20 | where it says "Doesn't Ripple own the majority of                    |
|          | 21 | XRP?  How does that work?" do you see that?                          |
|          | 22 | A.   Yes.                                                             |
|          | 23 | Q.   The second bullet point says "We've been                        |
|          | 24 | strong stewards of XRP and our interests are very                    |
| 17:17:40 | 25 | much aligned."                                                        |

313

17:17:41  1          Do you see that?

       2     A.   Yes.

       3     Q.   What does that mean to you sitting here

       4  today?

17:17:53  5     A.   That Ripple, as an XRP owner, has

       6  similar interests with other XRP holders.

       7     Q.   Okay.  And what does -- what does the

       8  "strong stewards" part mean to you, if anything?

       9     A.   With XRP large holdings, Ripple has

17:18:12 10  been -- I'm sorry.  With Ripple's large holdings

      11  of XRP, Ripple has managed the ownership of it and

      12  their distribution or sales of it in as

      13  responsible way as possible.

      14     Q.   Okay.  Let's set that aside and look at

17:18:31 15  Exhibit 72.

      16          (Whereupon, exhibit is presented

      17      and marked SEC Griffin Exhibit PG-72 for

      18      identification.)

      19          MR. TENREIRO:  So this is going

17:18:45 20      to be a chain, RPLI_SEC 352285.

      21          (Pause)

      22  BY MR. TENREIRO:

      23     Q.   Mr. Griffin, at the bottom, there

      24  appears to be an e-mail from you April 8th, 2017.

17:21:30 25          Any reason to believe you did not send

                                                            314

17:21:32  1    that e-mail?

2         A.   No.

3         Q.   Okay.  And who are █████ and █████ at

4    ██████████████████?

17:21:40  5    A.   ████████████████████.  They're the

6    founders -- the founders of ██████████████.

7         Q.   What is that?

8         A.   It's a venture capital fund that

9    invested in largely -- I think blockchain

17:21:56 10   companies.

11        Q.   What relationship, if any, did they have

12   to Ripple while you were an employee there?

13        A.   I believe they invested in Ripple.  I'm

14   not entirely sure.  And I believe they also

17:22:13 15   launched a fund that made investments with XRP, is

16   my recollection.

17        Q.   Okay.  And the subject of the e-mail is

18   "XRP Rally Commentary," right?  The top of the

19   second page.

17:22:35 20   A.   Okay.

21        Q.   Actually, if you -- sir, if you don't

22   mind turning to the second page.

23        A.   Oh, okay.  Okay.

24        Q.   You see where it says "Subject:  XRP

17:22:45 25   Rally Commentary"?

315

17:22:47 1        A.   Yes.

2        Q.   Okay.  Why did you send an e-mail with a

3    commentary on XRP rally?

4        A.   I think it was featuring prominently

17:22:58 5    in -- in the press and media at the time.  And I

6    think at -- at this point, Ripple -- the XRP

7    market cap was the top two or three market cap

8    after bitcoin or after Ethereum or before

9    Ethereum.  I can't remember.

17:23:15 10            So it was followed.  And I think a lot

11   of businesses, investors, venture capital

12   investors, and other entities in this ecosystem

13   were -- were curious to know what was going on.

14   So I think we had a proactive outreach to -- to

17:23:47 15   watching businesses that had influence or were

16   notable and I think we just wanted to give them

17   our color on what was going on.

18       Q.   And just to be clear, "XRP rally" refers

19   to an increase in the price of XRP?

17:24:01 20       A.   Yes.

21       Q.   Okay.  And whose idea was it to send out

22   sort of the -- the proactive outreach?

23       A.   I can't know -- I don't know.

24       Q.   Okay.  And could you give me any

17:24:16 25   ballpark as to how many businesses or, you know,

316

17:24:21  1    persons you sent this e-mail to?

         2              MR. HORTON:  Objection to form.

         3         A.   Ten?  Something like that.  I really

         4    don't know.

17:24:33  5         Q.   Did you direct Mr. Vias to send out a

         6    similar e-mail blast?

         7         A.   I can't remember.

         8         Q.   Okay.  In the e-mail, you start by

         9    noting the change in price of XRP, is that

17:24:45 10    correct?

        11         A.   Yes.

        12         Q.   And, by the way, just if you set the

        13    e-mail aside for a second, it's not in the e-mail,

        14    but in sort of market lingo, when somebody says

17:25:02 15    that an asset is a value play, what does that mean

        16    to you?

        17         A.   I don't know.

        18         Q.   Okay.  Going back to the e-mail now, you

        19    say "Why the rally?" -- it's the second paragraph

17:25:13 20    -- "Ripple, the company that develops the Ripple

        21    Consensus Ledger, continues to sign up banks to

        22    commercially deploy its enterprise blockchain

        23    solution and join its global payments network."

        24              And then I think there's some examples

17:25:27 25    of joining the network, like ███.

                                                                317

17:25:33 1          Do you see that?

2    A.   Yes.

3    Q.   Okay.  Are you explaining to the reader

4  that at least your belief.

17:25:36 5          The rally was because Ripple had

6  developed the Consensus Ledger and continued to

7  sign up banks that commercially deployed its

8  blockchain?

9    A.   I think this was a take on what was

17:25:58 10  certainly contributing to that, although there's

11  no -- it's hard -- hard to point to any

12  quantifiable data, which is sort of what we talked

13  about earlier.

14    Q.   Sure.  Regardless of what I guess maybe

17:26:11 15  some objective, you know, factual reality might

16  be, is it fair to say that it was your belief at

17  the time that you wrote this e-mail that -- you

18  know, that these efforts had at least contributed

19  to the rally?

17:26:29 20          MR. HORTON:  Objection to form.

21    A.   It was my belief that growth of the

22  ecosystem, whether it -- that growth of the

23  ecosystem involved certainly contributed to the --

24  the adoption of the technology and in turn could

17:26:54 25  drive the value around XRP.

318

17:26:58  1          Q.    And contribute, potentially contribute,

2    to a rally?

3          A.    Yes.

4          Q.    Okay.   Now, ████████████ responds to

17:27:06  5    you, you know, generally speaking, he's, I guess,

6    summarizing what he says is a prevailing consensus

7    in the crypto community that XRP is uninvestable.

8    I'm not reading verbatim, but do you see that part

9    of the e-mail in the front page?

17:27:30 10          A.    Was that a question?   Was --

11          Q.    Yeah.   My question was, first, do you

12    see that part of the e-mail in the front page

13    where ████████████ purports to summarize the

14    prevailing consensus in the crypto community that

17:27:42 15    XRP is uninvestable.

16          A.    Okay.

17          Q.    Reading it now, you know, back in April

18    of 2017, did you agree or disagree with him as to

19    what the prevailing consensus in the

17:27:52 20    crypto-investing community was?

21          A.    I don't -- I don't remember what I was

22    thinking then.   I also want to clarify one other

23    point.   You brought this up a couple of times

24    around --

17:28:10 25          Q.    Yeah.

319

17:28:10   1        A.    -- what Ripple could or couldn't do or

           2   what I believe they could or couldn't do --

           3        Q.    Okay.

           4        A.    -- as to the price.  I don't -- I don't

17:28:16   5   think there's any linear line between any activity

           6   that was announced or shared or communicated

           7   around and the price of XRP.  And trying to link

           8   this rally to Ripple's activities or my

           9   activities, I think it's really difficult to

17:28:34  10   establish that with any clear sense -- clear data.

          11        Q.    I'm not talking about data, though.

          12              In the e-mail, aren't you trying to link

          13   the rally to certain activities by Ripple?

          14              MR. HORTON:  Objection to form.

17:28:50  15        A.    I'm not sure.  I'm not sure if it's an

          16   update around what Ripple's doing.  I mean, the

          17   e-mail goes on to talk about all of the

          18   benefits of -- the -- the -- the competitive --

          19   why XRP is more competitive than other

17:29:09  20   cryptocurrencies, the progress of XRP, there's 29

          21   million ledgers closed in five years, no forks,

          22   hundred percent uptime.

          23        Q.    So the e-mail is summarizing your --

          24   your views -- I understand that, you know, your

17:29:21  25   views might not be factually accurate, but is it

                                                                    320

```
17:29:24   1    fair to say that the e-mail is summarizing your
           2    views as to what might explain the XRP rally,
           3    different factors that might explain it?
           4            MR. HORTON:  Objection to form.
17:29:33   5        A.   No.  I think it's just putting color
           6    around why XRP is competitive in this category and
           7    might be attracting more interest.
           8        Q.   Competitive in the category?  What's the
           9    category?
17:29:59  10        A.   Cryptocurrency, blockchain.
          11        Q.   Okay.  Happy to hear more on that point,
          12    but if I could go back to my front page question
          13    about, you know, ███████████ is communicating to
          14    you his view about the prevailing consensus.
17:30:12  15            Do you see that part?
          16        A.   I do.
          17        Q.   Okay.  Other than from ██████████
          18    around April of 2017, did you come to hear of
          19    concern in the crypto investing/trading community
17:30:23  20    about, you know, concerns of Ripple's large
          21    holdings of XRP?  Did you come to hear those
          22    concerns?
          23        A.   Yes.
          24        Q.   Sort of the overhang concern we had
17:30:38  25    discussed?
```

321

17:30:39  1          A.    Right.  Yes.

          2          Q.    Okay.  Do you think that ▮▮▮▮▮▮▮▮

          3    view of the prevailing consensus was -- was

          4    accurate at the time?  So, in other words, do you

17:30:51  5    agree that there was such a prevailing consensus?

          6          A.    No.

          7          Q.    Okay.  And --

          8          A.    Again, his -- his comment here, no, I

          9    don't -- I don't really even under -- fully

17:31:06  10   understand what his comment is.

          11         Q.    Okay.  And at -- at some point, Ripple

          12   decided to crypt -- cryptographically secure its

          13   XRP holdings, correct?

          14         A.    Yes.

17:31:19  15         Q.    And you were an employee of the company

          16   at that time, right?

          17         A.    Yes.

          18         Q.    And who made the decision to do that?

          19         A.    Well, that would have been signed off on

17:31:30  20   by Chris Larsen and Brad Garlinghouse.

          21         Q.    Okay.  And what was your role on -- if

          22   any, with respect to this -- is it fair to call it

          23   XRP escrow?

          24         A.    Yes.

17:31:39  25         Q.    All right.  What was your role, if any,

                                                            322

17:31:40  1    with respect to the XRP escrow?

2         A.   Well, I was -- my team created --

3    drafted several iterations of a proposal about how

4    that would work.  And then I helped present that

17:31:57  5    to a round of stakeholders, including finance

6    teams, compliance teams, who are all sort of

7    required voices before getting a final sign-off.

8         Q.   When you say "stakeholders," are you

9    referring to within Ripple?

17:32:12 10         A.   Yes.

11         Q.   Okay.  So is it fair to say from your

12    answer that part of your role was to think

13    through, you know, potential consequences of the

14    XRP escrow?

17:32:21 15              MR. HORTON:  Objection to form.

16         A.   Yes.

17         Q.   Is it fair to say that part of the

18    exercise for you and your team included, you know,

19    considering risks or benefits or risks or rewards

17:32:33 20    to Ripple of enacting this escrow?

21              MR. HORTON:  Objection to form.

22         A.   Yes.

23         Q.   Was one of the risks you considered

24    that, you know, Ripple would not have access to

17:32:40 25    the XRP it needed to sell to fund its operations?

323

17:32:44  1          A.    Yes.

          2          Q.    And did -- did you come to get

          3    comfortable with that being a risk worth taking?

          4    And I mean you, Mr. Griffin.

17:32:54  5          A.    Yes.

          6          Q.    And how did you do that?  So on the

          7    basis of what, rather?

          8          A.    The amount of XRP that was available to

          9    Ripple out of escrow each month and the amount of

17:33:16 10    XRP that had been held aside.

         11          Q.    So, in other words, that amount -- I

         12    mean, you can't predict the price obviously, but

         13    that amount in theory could be enough to -- to

         14    meet Ripple's needs?  Is that what you mean?

17:33:28 15          A.    Yes.

         16          Q.    Okay.

         17                MR. TENREIRO:  Let's take a look

         18           at Exhibit 70, please.

         19                (Whereupon, exhibit is presented

17:33:31 20           and marked SEC Griffin Exhibit PG-70 for

         21           identification.)

         22                MR. TENREIRO:  Seventy -- here

         23           you go.  Sorry.

         24                So 70 is 31476 is the Bates.

17:34:00 25           Another sort of similar e-mail to the one

                                                            324

17:34:02   1              we just saw which was 72.

           2                       (Pause)

           3                       THE WITNESS:  Okay.

           4     BY MR. TENREIRO:

17:36:10   5         Q.    Mr. Griffin, this appears to be at first

           6     the -- the same sort of XRP rally commentary

           7     e-mail we saw in Exhibit 72.

           8              Would you agree?

           9         A.    Yes.

17:36:20  10         Q.    Okay.  And this is a response from

          11     ██████████████ at ████████, is that fair?

          12         A.    Yes.

          13         Q.    Who is that?

          14         A.    I can't remember.

17:36:30  15         Q.    Do you know if they were XRP holders at

          16     the time?

          17         A.    No, I don't remember.  I don't know if

          18     they were.

          19         Q.    Okay.  Having read the e-mail, is it

17:36:39  20     fair to say that he talks about, you know, the

          21     potential for the XRP escrow?

          22         A.    Yes.

          23         Q.    Okay.  In Exhibit 72, we have seen

          24     ██████████████ view about the prevailing consensus

17:36:53  25     in the crypto community about the overhang.

                                                                    325

17:36:57  1          Does this e-mail refresh your memory

2     that you had heard that issue being raised by more

3     than one participants in XRP markets, you know,

4     the overhang issue?

17:37:11  5                    MR. HORTON:  Objection to form.

6          A.    Which e-mail?

7          Q.    This e-mail, Exhibit 70.

8          A.    I don't -- you just referred to the last

9     e-mail and then you asked me about this e-mail.

17:37:18 10          Q.    Right.

11          A.    So maybe you can ask me again.

12          Q.    Yeah.

13          Does E-mail 70 refer your memory --

14     refresh your memory as to whether you had heard

17:37:25 15     about concerns from XRP market participants about

16     Ripple's large holdings in XRP from more than one

17     person?

18          A.    I don't -- I don't see that in here, so

19     I'm trying to -- so no is the answer.

17:37:45 20          Q.    So he says "Our preliminary views, as

21     shared with you during our call, is that while the

22     escrow-based time release of XRP removes one of

23     the concerns (unpredictability of how and when

24     more XRP is released into the market) for a

17:37:59 25     well-functioning market, the near-term

326

```
17:38:01   1    volatility," et cetera.  So that's what I was
           2    referring to.
           3         A.   Okay.
           4         Q.   So did you hear concerns from more
17:38:08   5    than -- you know, from multiple market
           6    participants about the, you know, amounts of XRP
           7    that Ripple held?
           8         A.   Well, I -- I don't -- I think that this
           9    is a big question about how the XRP is distributed
17:38:22  10    from Ripple's coffers as opposed to the -- and --
          11    and the means by which that could be done to
          12    strengthen XRP versus a concern about XRP --
          13    Ripple holding XRP and dumping it on the market,
          14    so to speak, with the -- this is sort of the
17:38:45  15    overhang language that you used before.
          16         Q.   Got it.
          17              In terms of these concerns about, you
          18    know, how the XRP might be distributed from
          19    Ripple's coffers, did you hear that concern from
17:38:58  20    XRP holders in the market around this time?
          21         A.   I think -- more importantly, I think
          22    that the -- that what they were -- what they're
          23    calling to is the ben -- is the -- the premise and
          24    value proposition of a cryptocurrency and a
17:39:17  25    math-based currency, like bitcoin --
```

327

17:39:19  1                    THE REPORTER:  A the what based?

          2          I'm sorry.

          3          A.   A math-based currency, like bitcoin or

          4     Ethereum or XRP.  And the release or supply or

17:39:27  5     distribution of the -- of the math-based currency

          6     can be programmed and can be written into code.

          7               And I -- I think that that's what this

          8     is more referring to.  That's my interpretation

          9     however many, four, five years on.

17:39:43 10          Q.   Did you ever hear, for example, ███ at

         11     ███ -- let me start again.

         12               Did ███ at ███ ever tell you that, you

         13     know, they would not purchase more XRP until they

         14     had more predictability around the release or

17:40:00 15     supply of this XRP?

         16               MR. HORTON:  Objection to form.

         17          A.   I don't know who ███ is.

         18          Q.   ███ from ███.

         19               MS. COWAN:  I don't think that's

17:40:13 20       his name.

         21          Q.   So did you ever hear someone at ███ tell

         22     you that they were not going to purchase more XRP

         23     until there was more predictability about the

         24     supply or distribution?

17:40:27 25          A.   I don't remember.

                                                              328

```
17:40:30    1              MR. TENREIRO:  Let's do 38,
            2         please.
            3              (Whereupon, exhibit is presented
            4         and marked SEC Griffin Exhibit PG-38 for
17:40:34    5         identification.)
            6              MR. TENREIRO:  Sorry. ████████
            7    ████████, but we'll look at the e-mail.
            8         It's 378113.
            9              (Pause)
17:46:22   10    BY MR. TENREIRO:
           11         Q.   Mr. Griffin, did you -- do you have any
           12    reason to believe you didn't send and receive this
           13    e-mail thread here?
           14         A.   No.
17:46:34   15         Q.   At the bottom, there's an e-mail from
           16    you on September 12, 2016.  And I think you're
           17    purporting to summarize a meeting with ████████
           18    ████████ of ████ in New York, is that correct?
           19         A.   Yes.
17:46:46   20         Q.   Okay.  Do you have any reason to believe
           21    that your summary was not accurate to the best of
           22    your abilities at the time?
           23         A.   No.
           24         Q.   Okay.  Is it fair to say from reading
17:46:55   25    this summary that ████████████ had expressed to you
```

                                                                    329

17:46:59  1    and Mr. Garlinghouse he was not going to plan to

2    purchase more XRP because of certain reasons here

3    that you bullet below?

4         A.   That's -- that's what I'm reading.  I

17:47:10  5    don't -- I don't even remember this meeting.

6         Q.   Do you -- do you have any reason to

7    doubt that meeting took place where such --

8         A.   No.

9         Q.   Do you have any reason to doubt that

17:47:18 10    that meeting took place where such statements were

11    expressed to you by ███████████?

12              MR. HORTON:  Objection to form.

13         A.   No.

14         Q.   Is it fair to say from your reading

17:47:28 15    today that the concerns listed here are largely

16    focused on the distribution of XRP?

17              MR. HORTON:  Objection to form.

18         A.   No.

19         Q.   I think you -- you say "Since the

17:47:43 20    meeting was largely focused on the distribution, I

21    wanted to start there and detail ██████ feedback."

22              Do you see that?

23         A.   Yes, I do.

24         Q.   So the point about predictability, does

17:47:54 25    that have to do with predictability of the supply

330

17:47:56  1    of XRP?

        2         A.   I know that's what it says here, but, I

        3    mean, if you go on to read all the bullet points,

        4    most of it's not about distribution.  So it's a

17:48:06  5    little bit confusing.

        6         Q.   The -- the "Jed settlement" reference,

        7    is that a reference to Mr. McCaleb?

        8         A.   Yes.

        9         Q.   And that doesn't have to do with

17:48:18 10    Mr. McCaleb's distribution of XRP?

       11              MR. HORTON:  Objection to form.

       12         A.   I'm not sure.

       13         Q.   The next one says "Founders and

       14    executive team - Ripple needs to be more

17:48:31 15    transparent about who owns what, when it will be

       16    released, and what liquidation controls are in

       17    place."

       18              Does that have to do with distribution

       19    of XRP?

17:48:48 20         A.   It does have to do with distribution of

       21    XRP, yes.

       22         Q.   And what about "OTC deals - there needs

       23    to be a known rate and an allocation each month"?

       24    Doesn't that have to do with the allocation of

17:48:59 25    XRP?

                                                              331

17:49:00  1   A. Yes, it does.

2   Q. Okay.  Where it says "Escrow - Ripple is

3 a central bank of XRP and should be looking into

4 innovative ways to guarantee distribution with a

17:49:10  5 predictable and public schedule.  Consider moving

6 the companies' XRP into escrow."

7   Does that have to do with the

8 distribution of XRP?

9   A. It does.

17:49:18 10   Q. Do you recall pushing back or expressing

11 distribution with ███████ comment that

12 Ripple is a central bank of XRP?

13     MR. HORTON:  Objection to form.

14   A. I don't -- I don't even remember this

17:49:27 15 meeting, so...

16   Q. So just -- just to be clear, you don't

17 recall that then?

18   A. I do not recall that.

19     MR. HORTON:  Objection; asked and

17:49:35 20  answered.

21   Q. Okay.  Is it fair to say based on the

22 e-mails we've reviewed that certain XRP holder --

23 sorry.  Let me start again.

24    ███████████ was -- or his fund was a

17:49:50 25 holder of XRP at this time, correct?  At the time

17:49:53  1    of this e-mail.

2         A.   I don't know.

3         Q.   Just without the e-mail, do you know

4    whether ██████████ fund held XRP?

17:50:03  5    A.   No.

6         Q.   Okay.  Is it fair to say that you,

7    Mr. Griffin, heard concerns from XRP holders about

8    the predictability of distribution of XRP into the

9    market?

17:50:13 10    A.   Yes.

11        Q.   And that was one of the -- responding to

12   that concern was one of -- one of the impetus for

13   the XRP escrow, correct?

14        A.   Yes.

17:50:21 15    Q.   Was another reason for the XRP escrow to

16   generate a second wave of interest in speculative

17   trading in XRP?

18             MR. HORTON:  Objection to form.

19        A.   I don't -- I don't know.

17:50:33 20    Q.   Okay.

21        A.   I do not know.

22        Q.   Let's look at maybe the last one of the

23   day, 79.  Oh, here you go.

24             (Whereupon, exhibit is presented and

17:50:38 25   marked SEC Griffin Exhibit PG-79 for

333

17:50:38   1    identification.)

2                        MR. TENREIRO:  This is a two-page

3              e-mail, RPLI_SEC 376309, on or around

4              November and December of '17.

17:52:40   5                        (Pause)

6                        THE WITNESS:  Okay.

7    BY MR. TENREIRO:

8         Q.   Mr. Griffin, is -- did you engage in

9    this back and forth e-mail thread that's on

17:52:53  10    Exhibit 79?

11        A.   Yes.

12        Q.   Okay.  At the bottom there appears to be

13   an e-mail from Ms. Monica Long to you,

14   Mr. Garlinghouse, and Mr. Asheesh Birla.

17:53:03  15                        Is that fair?

16        A.   Yes.

17        Q.   Okay.  And she says "Before I close the

18   loop with the leadership team on a plan for the

19   escrow announcement, I'd appreciate any feedback

17:53:12  20    you may have."

21                        Do you see that?

22        A.   Yes.

23        Q.   I think a couple times today you might

24   have used the word "leadership."

17:53:19  25                        Do you know what that's a reference to

334

```
17:53:21   1    or who it refers to, the leadership team?
           2              MR. HORTON:  Objection to form.
           3         Q.   And this is while you were at Ripple.
           4         A.   There's a leadership team that reports
17:53:30   5    to -- that reported to Brad Garlinghouse.  And
           6    that leadership team may have also been present
           7    prior to Brad stepping into the CEO role.  I'm not
           8    sure if it was formerly called the leadership
           9    team.  It involved the -- the heads of each of the
17:53:49  10    departments of Ripple.
          11         Q.   And who were those people?
          12         A.   It -- there was -- it changed a few
          13    times.  But, for example, I think Asheesh, Monica,
          14    and I were on the leadership team, so head of
17:54:10  15    marketing, head of product, me, the head of
          16    engineering, the head of communication -- of
          17    compliance.
          18              I don't remember titles, what their
          19    titles were.  They may have changed.  So, for
17:54:28  20    example, the head of finance at one point was the
          21    VP of finance and then it was the CFO.  VP of --
          22    of HR, effectively people.
          23              So there are names behind all of those
          24    titles.
17:54:42  25         Q.   Sure.
```

335

17:54:42   1        A.   But if you want me -- I can try to
           2   recite them all to you.
           3        Q.   No.  I appreciate it.
           4             To the extent there was a leadership
17:54:48   5   team, were you always on it?
           6        A.   Yes.
           7        Q.   Okay.  And Ms. --
           8        A.   Sorry.  That -- that's actually not
           9   accurate.
17:54:56  10        Q.   Okay.
          11        A.   Towards the end of my time there, I
          12   was -- I was no longer on the leadership team.
          13        Q.   For how long?
          14        A.   Close to a month or two.
17:55:04  15        Q.   A month or two before you left you mean?
          16        A.   Yes.  I was focused on a different
          17   project.
          18        Q.   What was that?
          19        A.   The xPring project.
17:55:19  20             THE REPORTER:  The what?
          21             THE WITNESS:  XPring,
          22        X-P-R-I-N-G.
          23        Q.   All right.  Just for the record, what
          24   was that project?
17:55:23  25        A.   It was an initiative to invest in

                                                              336

17:55:28 1    cryptocurrency initiatives.

2         Q.    Invest in cryptocurrency initiatives,

3    Ripple to invest in cryptocurrency initiatives?

4         A.    Yes, with -- yes.

17:55:40 5         Q.    Okay.  Ms. Monica Long asks for feedback

6    and she lists some bullet points there.  The first

7    one says "Objective is to create a second wave of

8    excitement about the lockup amongst speculators."

9              Do you see that?

17:56:00 10        A.    Okay.  Yes, I see that.

11        Q.    Okay.  Mr. Garlinghouse responds "Sounds

12    good on all points to me."

13              And you respond "Looks very good."

14              Do you see those responses?

17:56:09 15        A.    Yes.

16        Q.    Okay.  Do you agree that the objective

17    of the escrow was to create a second wave of

18    excitement about the lockup among speculators?

19                   MR. HORTON:  Objection.

17:56:18 20                   MR. TENREIRO:  Sorry.  Let me --

21          let me restate that.

22        Q.    Do you agree that the escrow

23    announcement, that the objective was to create a

24    second wave of excitement about the lockup among

17:56:28 25    speculators?

337

17:56:28   1                        MR. HORTON:   Objection to form.

           2          A.   No.

           3          Q.   Why not?

           4          A.   The object -- the objective was to

17:56:33   5   create predictable supply around XRP.

           6          Q.   Was one of the objectives to create a

           7   second wave of excitement?  And I'm talking about

           8   the announcement, not of the escrow itself.  The

           9   announcement of the escrow.

17:56:44  10                        MR. HORTON:   Objection to form.

          11          A.   The announcement would not have been in

          12   my wheelhouse.  In particular, by 2017 -- late

          13   2017, I think the lanes were pretty -- more

          14   well-defined than they had been previously.  So

17:56:56  15   anything communications and marketing-related

          16   would have definitely been the responsibility of

          17   the marketing team.

          18          Q.   Is --

          19          A.   They would have been responsible for

17:57:05  20   setting priorities and the -- and what the

          21   objectives are.

          22          Q.   Is it fair to say that the -- there was

          23   an announcement at some point that there was going

          24   to be an escrow and then it was a different point

17:57:14  25   in time when the escrow was actually implemented?

                                                                     338

17:57:17  1    Do you recall that?

          2         A.    No.

          3         Q.    Okay.

          4         A.    I don't recall.

17:57:21  5         Q.    And --

          6                   THE VIDEOGRAPHER:  You have ten

          7         minutes.

          8                   MR. TENREIRO:  Yeah.  We're

          9         almost done.  Thank you.

17:57:26 10         Q.    I understand the lanes were -- were

         11    separated at this point, but is it fair to say

         12    that you're suggesting ideas to her where you say

         13    "Here's another idea to consider adding:  There

         14    are likely a number of vocal naysayers," et

17:57:39 15    cetera?

         16         A.    I'm -- I'm famous for suggesting a lot

         17    of ideas to a lot of different teams and most of

         18    them didn't go very -- go very far.

         19         Q.    Why were you suggesting this one?  Why

17:57:47 20    were the naysayers important to you?

         21         A.    I -- I don't know.  I was just offering

         22    an idea.

         23         Q.    Ms. Long responds "Love leveraging

         24    influencers," you know, "both the vocal supporters

17:58:02 25    and skeptics," et cetera.  Then she says, a little

                                                                339

17:58:05  1    further down, "Per our thread, we'll build an XRP

2    retail/institutional evangelists list."

3            Do you know what she means by that?

4              MR. HORTON:  Objection to form.

17:58:16  5      A.   I don't know what she means.  I can't

6    speak to what Monica meant.

7      Q.   Just in case she might have explained it

8    to you outside of the context of the e-mail.

9              MR. HORTON:  Same objection.

17:58:29 10      A.   I don't -- I don't know.

11      Q.   You respond "Can you help" -- "Can you

12    help build out a list of vocal supporters and

13    skeptics in Japan and Korea?"

14             Actually, let me start again.

17:58:39 15             You forward this to ▮▮▮▮▮▮▮ and

16    ask her if she can help build out a list of vocal

17    supporters and skeptics in those countries.

18             Do you see that?

19      A.   Yes.

17:58:49 20      Q.   Why did you ask her that?

21      A.   I -- I believe that the marketing and

22    communications team had asked us for a list of XRP

23    skeptics and XRP supporters.  That's the language

24    I'm using here.  And that's what I was doing.

17:59:17 25      Q.   Was the purpose of these lists to -- to

340

17:59:18  1  sort of market the XRP escrow?

2              MR. HORTON:  Objection to form.

3      A.   Again, I don't -- I don't know what

4  the -- what the purpose of the list is.  We're

17:59:30  5  just responding from a request from the marketing

6  team.

7      Q.   Did -- did Ripple come to announce the,

8  you know, establishment of the XRP escrow around

9  December of 2017?

17:59:42  10      A.   I don't remember what the date was.

11      Q.   Did Ripple come to announce the

12  establishment of the escrow at any time without,

13  you know, tying you to any date?

14      A.   Yes.

17:59:51  15      Q.   Okay.  Did that announcement generate

16  excitement amongst XRP speculators?

17              MR. HORTON:  Objection to form.

18      A.   Possible.  I don't know if there's a --

19  there's a one for one cost.

18:00:03  20              MR. TENREIRO:  Okay.  I think

21          we're done unless other counsel have

22          questions.  Go off the record?

23              MS. COWAN:  I don't have any

24          questions.

18:00:08  25              MR. TENREIRO:  No?

341

18:00:09  1                      Thank you, Mr. Griffin.  Off the

          2          record.

          3                      THE VIDEOGRAPHER:  This concludes

          4          the deposition of Patrick Griffin for June

18:00:14  5          29th, 2021.  We are going off the record

          6          at 6 o'clock p.m. Eastern.

          7                      (Whereupon, the deposition

          8          concluded at 6:00 p.m.)

          9

         10

         11

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

                                                                342

1   STATE OF NEW YORK     )

2                         ) ss:

3   COUNTY OF NEW YORK     )

4         I hereby certify that the witness in the

5   foregoing deposition, PATRICK WARREN GRIFFIN, was by me

6   duly sworn to testify to the truth, the whole truth and

7   nothing but the truth, in the within-entitled cause;

8   that said deposition was taken at the time and place

9   herein named; and that the deposition is a true record

10  of the witness's testimony as reported by me, a duly

11  certified shorthand reporter and a disinterested person,

12  and was thereafter transcribed into typewriting by

13  computer.

14        I further certify that I am not interested in

15  the outcome of the said action, nor connected with nor

16  related to any of the parties in said action, nor to

17  their respective counsel.

18        IN WITNESS WHEREOF, I have hereunto set my

19  hand this 1ST day of July, 2021.

20        Reading and Signing was:

21  ___ requested  ___ waived  _X_ not requested.

22

23

24  *Bridget Lombardozzi*

25  BRIDGET LOMBARDOZZI, CSR, RMR, CRR