# Exhibit 65



# XRP TRANSFER REQUEST

April 8, 2019

███████

Ripple Labs Inc.
315 Montgomery St., 2nd Floor
San Francisco, CA  94104

Dear Peter,

Please execute the following transfer of XRP pursuant to the master XRP custody agreement.

Date of transfer:              no later than Wednesday April 10, 2019

████████  XRP wallet address:       ████████████████████████

Number of XRP units to transfer:      ████████

████████
CEO

████████
Controller

www.████████

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                              RPLI_SEC 0265201