Exhibit 67 was filed under seal at ECF 624-67