Exhibit 71 was filed under seal at ECF 624-71