# Exhibit 72 was filed under seal at ECF 624-72