# Exhibit 77

# NY-09875

# *Garlinghouse_Bradley_20200910*

### *9/10/2020 9:03 AM*

**Full-size Transcript**

**Prepared by:**

NY-09875

Thursday, October 8, 2020

1

1    UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3    In the Matter of:     )

4                          ) File No. NY-09875-A

5    RIPPLE LABS, INC.  )

6

7    WITNESS:  Bradley Kent Garlinghouse, Jr.

8    PAGES:    1 through 256

9    PLACE:    Securities and Exchange Commission

10             100 F Street, N.E.

11             Washington, D.C. 20549

12   DATE:     Thursday, September 10, 2020

13

14       The above-entitled matter came on for hearing via

15   Webex, pursuant to notice, at 9:03 a.m.

16

17

18

19

20

21

22

23

24             Diversified Reporting Services, Inc.

25                     (202) 467-9200

2

1     APPEARANCES:

2

3     On behalf of the Securities and Exchange Commission:

4          DAPHNA A. WAXMAN, ESQ.

5          JON DANIELS, ESQ.

6          JORGE TENREIRO, ESQ.

7          JOHN ENRIGHT, ESQ.

8          Securities and Exchange Commission

9          100 F Street, N.E.

10         Washington, D.C.  20549

11         (202) 551-4683

12

13    On behalf of the Witness:

14         MATTHEW C. SOLOMON, ESQ.

15         NICOLE TATZ, ESQ.

16         Cleary Gotlieb

17         2112 Pennsylvania Avenue, N.W.

18         Washington, D.C.  20037

19         (202) 974-1973

20

21

22

23

24

25

3

```
 1    APPEARANCES (CONT.):

 2

 3        ANDREW J. CERESNEY, ESQ.

 4        JOY GUO, ESQ.

 5        JENNIFER R. COWAN, ESQ.

 6        Debevoise & Plimpton

 7        919 Third Avenue

 8        New York, New York 10022

 9        (212) 909-6348

10

11        ██████████, ESQ.

12        Ripple

13        General Counsel

14        315 Montgomery Street

15        San Francisco, California 94104

16        (415) 213-4838

17

18

19

20

21

22

23

24

25
```

4

```
 1                    C O N T E N T S

 2

 3    WITNESS:                          EXAMINATION

 4    Bradley Kent Garlinghouse, Jr.                6

 5

 6    EXHIBITS:     DESCRIPTION              IDENTIFIED
```

```
 7     132    WU_RIPPLE_0007414 - 7416            170

 8     133    MONEYGRAM_SEC_0012111 - 12140       236

 9     134    MONEYGRAM_SEC_0000002 - 0000069     136

10     137    Live_tapes_20200824_Session 1_Update 1   193

11            CNBC

12     141    Live_tapes_20200824_Session 8 Digital    177

13            Ventures Video

14     143    Live_tapes_20200824_Session 10 CNN       189

15            Interview February 17, 2020

16     144    Live_tapes_20200824_Session 11 South     182

17            Korean Interview

18     146    Live_tapes_20200824_Session 14 CNBC Fast  212

19            Money, March 7, 2018

20     148    Screenshot of Bloomberg interview        155

21     158    Live_tapes_20200824_Session 25           174

22     160    Live_tapes_20200824_Session 27           165

23     175    RPLI_SEC 0287878 - 7897                  246

24     176    RPLI_SEC 0099463 - 9490                  248

25     198    RPLI_SEC 0056445 - 446                   214
```

5

1                   C O N T E N T S (CONT.)

2

3      EXHIBITS:      DESCRIPTION                 IDENTIFIED

4        203     RPLI_SEC 0026844                   221

5        221     RPLI_SEC 0069806 - 812             203

6        224     PowerPoint entitled xRapid Deep Dive,   200

7                Q4 1027

8        229     RPLI_SEC 0221467 - 1470            227

9        239     RPLI_SEC 0236083 - 085            205

10       246     Slide Deck                         237

11       254     Background Questionnaire             9

12

13

14

15

16

17

18

19

20

21

22

23

24

25

6

                        P R O C E E D I N G S

1

2          MS. WAXMAN:  We are on record on September

3   10th, 2020 at 9:03 a.m.

4          Mr. Garlinghouse, will you please raise your

5   right hand?

6   Whereupon,

7              BRADLEY KENT GARLINGHOUSE, JR.

8   was called as a witness and, having been first duly

9   sworn, was examined and testified as follows:

10                         EXAMINATION

11         BY MS. WAXMAN:

12     Q    Please state your full name and spell your name

13   for the record.

14     A    Full legal name is Bradley Kent Garlinghouse,

15   Jr., B-r-a-d-l-e-y, K-e-n-t, G-a-r-l-i-n-g-h-o-u-s-e,

16   Jr., J-r.

17     Q    Good morning.

18     A    Good morning.

19     Q    My name is Daphna Waxman and with me are

20   colleagues Jon Daniels, John Enright and Jorge Tenreiro,

21   all of whom are officers of the Commission for the

22   purpose of this proceeding. This is an investigation by

23   the United States Securities & Exchange Commission In the

24   Matter of Ripple Labs, NY-9875.

25              The purpose of the investigation is to

7

1    determine whether there have been violations of the

2    federal securities laws.  However, facts developed in

3    this investigation may constitute violations of other

4    federal or state civil or criminal laws.

5              Prior to the opening of the record, you were

6    provided with a copy of the formal order of investigation

7    in this matter.  It will be available for your

8    examination during the course of this proceeding.

9              Mr. Garlinghouse, have you had an opportunity

10   to review the formal order?

11        A    Yes, I have.

12        Q    Do you have any questions regarding the formal

13   order?

14        A    No, I do not.

15        Q    Prior to the opening of the record, you were

16   also provided a copy of the SEC Form 1662.

17             Mr. Garlinghouse, have you had an opportunity

18   to review the Form 1662?

19        A    Yes, I have.

20        Q    Do you have any questions regarding this

21   notice?

22        A    No, I do not.

23        Q    Mr. Garlinghouse, are you represented by

24   counsel here today?

25        A    I am.

1          MS. WAXMAN:  Would counsel please identify

2     themselves for the record, state who you represent, your

3     firm's name, your location and whether you're

4     participating by video or by phone.

5          MR. SOLOMON:  Sure.  Matthew Solomon from

6     Cleary Gotlieb Steen & Hamilton.  We represent Mr.

7     Garlinghouse in his personal capacity, and Nicole Tatz,

8     T-a-t-z, my colleague from Cleary, is on video here in

9     Washington, D.C.  I am in New York City with Mr.

10    Garlinghouse.

11         MR. CERESNEY:  Andrew Ceresney and my

12    colleagues Joy Guo and Jen Cowan.  I and Joy are in the

13    conference room with Mr. Garlinghouse in New York City.

14    Jen Cowan is in her apartment in New York City.  We are

15    from Debevoise & Plimpton. We represent Ripple, the

16    company, as well as Mr. Garlinghouse personally.

17         And also I'll identify ███████████████

18    ███████████, general counsel of Ripple, is here in the

19    conference room in New York City with Mr. Garlinghouse.

20         MS. WAXMAN:  Is there anyone else who is

21    participating today either by video or by phone?

22         Okay.  And Matt, just to clarify, are you in a

23    conference room in New York City with Mr. Garlinghouse?

24         MR. SOLOMON:  Yes, I am.

25         MS. WAXMAN:  And also with attorneys from

1    Debevoise?

2         MR. SOLOMON:  That's correct, and ███████

3    There are five of us here.

4         MS. WAXMAN:  In New York City?

5         MR. SOLOMON:  Correct.

6         MS. WAXMAN:  In Debevoise's offices?

7         MR. SOLOMON:  No.  We're at Ripple's offices in

8    Chelsea.

9         MS. WAXMAN:  Okay.  Got it.  Thank you.

10        BY MS. WAXMAN:

11    Q    Mr. Garlinghouse, as you may be aware, multiple

12    representation of witnesses by counsel presents a

13    potential conflict of interest, and the Form 1662 states

14    that the Commission will assume that the witness and

15    counsel have discussed and resolved all issues concerning

16    possible conflicts.

17    A    Understood.

18             (SEC Exhibit No. 254 was marked for

19             identification.)

20    Q    I'm going to share my screen and provide you

21    with the background questionnaire which we have marked as

22    Exhibit 254.  I don't have a printed copy because I

23    received it late the other day and we didn't have enough

24    time to send it to the printer.  So give me a minute and

25    I will share it with you, share my screen with you.

10

1      A     Okay.  Sounds good.

2            MR. CERESNEY:  Just give us one moment.  We

3      just want to arrange, make sure that Mr. Garlinghouse has

4      the appropriate copy.

5            MS. WAXMAN:  Sure.

6            MR. CERESNEY:  We have a sealed box.

7            THE WITNESS:  We have not opened this.

8            BY MS. WAXMAN:

9      Q     No, don't open that.  We're not going to open

10     that until the evening.

11           I received -- I don't even remember, maybe it

12     was late yesterday or maybe the day before -- a completed

13     background questionnaire.

14     A     Yes.

15     Q     And I couldn't -- it was too late for us to

16     send to our copier vendor.  It was too late to put it --

17     to prelabel and put it in the binder of exhibits that

18     were -- the exhibits that were sent by PDF.

19     A     No problem.  I will review it on the screen as

20     you share it.

21     Q     Sure.  So I just wanted to clarify where this

22     document fits into the scheme of things.  Do you have a

23     binder of documents that have been prelabeled?

24     A     (Indicating.)

25     Q     Perfect.

1          A     Sorry.  To acknowledge verbally, yes, I do.

2          Q     Okay.  Thank you.

3                Can everyone see my screen?

4          A     Yes.  Well, I can.  I won't speak for everyone.

5          Q     Okay.  So I've been showing you what's been

6     marked as Exhibit 254.  Mr. Garlinghouse, do you

7     recognize what's been marked as 254?  And on the first

8     page, it says Background Questionnaire, and I can scroll

9     down.  It's a total of 12 pages.

10         A     Yes, I do see that.

11         Q     And is this the background questionnaire that

12    you completed?

13         A     Yes, it is.

14         Q     Is everything that you provided accurate in the

15    questionnaire?

16         A     Yes, it is.

17         Q     Do you have any additional -- some of the

18    answers are incomplete.  Do you have any additional

19    information that you want to add today?

20         A     I'm happy to answer any other further questions

21    about it.

22         Q     Okay.  I think we'll hold on for now.  I just

23    wanted to mark it as an exhibit.  And now I'm going to

24    stop sharing my screen.

25                Mr. Garlinghouse, can you just provide me with

12

1    a brief background of your educational history?

2        A    Sure.  For -- starting with undergraduate work,

3    I actually my freshman year went to Georgetown

4    University, transferred to the University of Kansas for

5    my sophomore, junior, senior, graduated from the

6    University of Kansas in 1994 with a bachelor of arts in

7    economics.  I attended Harvard Business School and

8    graduated with my masters in business administration in

9    1997.

10        Q    And can you provide a brief history of your

11    employment since graduating from graduate school?

12        A    Of course.  My first job out of graduate school

13    was with a company called the  Home Network.  I left the

14    Home Network to join an investment group called CMGI

15    Ventures. From there I became CEO of a voice over IP

16    startup called Dialpad.  Dialpad was acquired by Yahoo.

17    I worked at Yahoo for about six years in a range of

18    positions.

19            I left Yahoo in 2008 and joined an investment

20    firm called Silver Lake Partners.  I was at Silver Lake

21    for approximately one year and then joined AOL for about

22    three years.  And then I was CEO of another startup

23    called YouSendIt, changed its name to Hightail, and then

24    I joined Ripple.

25        Q    Okay.  I just want to make sure I got that.

13

1    When did you join the company that merged with -- that

2    was bought by Yahoo?

3         A    I joined Dialpad in 2000.

4         Q    And what was your role?

5         A    CEO.

6         Q    And what was Dialpad's business at the time

7    that you joined?

8         A    Dialpad was an early pioneer in voice over IP

9    technologies.  You can simplistically consider it a

10   precursor to Skype.

11        Q    And when Yahoo acquired Dialpad, did you assume

12   the same role that you had when you joined?

13        A    I'm not sure I understand that question.

14        Q    Well, did your responsibilities change when

15   Yahoo acquired Dialpad?

16        A    Yes.  At Yahoo, I had a broader mandate running

17   their -- well, when I first joined Yahoo, I was

18   responsible for what we called the communication

19   products, which included Dialpad but it also included

20   Yahoo Mail, Yahoo Messenger, some other things I'm sure

21   I'm forgetting, Yahoo Groups.  My career progression at

22   Yahoo ultimately included the Yahoo home page, Flickr.

23   I'm probably forgetting some other things.

24        Q    But generally what were your responsibilities

25   with respect to all those products?

14

1        A        Apologies.  My response -- I was effectively

2    the general manager of the group at Yahoo responsible for

3    those products, from both an operations as well as P&L,

4    profit and loss.

5        Q        Were those products profitable for Yahoo?

6        A        Yes.

7        Q        Were they profitable during your entire time

8    that you were in that role?

9        A        Honestly, I don't know that I remember the

10   first year or two but certainly the last four years.

11       Q        And how did it happen that you left Yahoo and

12   joined Silver Lake Partners?

13       A        Yahoo had had an acquisition offer from

14   Microsoft which, frankly, caused all kinds of turmoil,

15   and myself and a number of other leaders left at that

16   time when Yahoo decided not to take the Microsoft

17   acquisition offer.  And I announced my departure in the

18   summer of 2007 but left in Q1 of 2008.

19       Q        And what role did you take at Silver Lake?

20       A        My title was senior advisor.  I've -- in

21   Silicon Valley parlance, I would have called it

22   entrepreneur in residence.

23       Q        What does that mean?  What were your

24   responsibilities at Silver Lake?

25       A        Silver Lake, as you may know, is a large

15

1    technology, mostly buyouts and -- well, buyouts, and the

2    thesis was that Silver Lake might buy something that I

3    would end up running. So I was an advisor to them, as

4    when I joined they had not done any investments in the

5    Internet space.  And so I was an advisor on a number of

6    deals they were looking at and the thesis was that

7    perhaps they would buy something, I would end up running

8    it.  Ultimately obviously I left to join AOL as part of

9    the team there that spun out of Time-Warner.

10       Q    Did Silver Lake buy any of the deals that you

11   were advising on while you were at Silver Lake?

12       A    Yes.

13       Q    Which one?

14       A    Skype was probably the biggest one.  I mean,

15   advising of course is a loose word so there may have been

16   some other deals they consummated while I was there that

17   I may have had meetings about, but Skype would have been

18   the most consequential one.

19       Q    And what sorts of advisory services did you

20   provide on the Skype deal?

21       A    I was an -- I mean, the Silver Lake team had

22   very few people who had worked in the Internet space, and

23   so I advised them on how my experience with

24   Internet-based business models, whether it's

25   subscriptions, advertising, customer acquisition, even to

16

1    some degree technology and operations.

2        Q    Were there any deals that Silver Lake acquired

3    other than Skype that you advised on?

4        A    I can't recall.

5        Q    How did it happen that you joined AOL?

6        A    A gentleman named ███████████ called me and

7    recruited me to join the team at AOL.

8        Q    And when was that?

9        A    Q4 2008, I believe.

10        Q    And what did he say when he called?

11        A    I don't recall.

12        Q    And what position did you take at AOL?

13        A    My title was president of consumer

14    applications.

15        Q    And what were your responsibilities?

16        A    I was the general manager of a host of

17    different products similar in many ways to the product

18    suite was responsible for at Yahoo.

19        Q    And as manager, what were your general

20    responsibilities?

21        A    I was responsible for -- I was ultimately

22    responsible for product strategy, product development,

23    P&L.

24        Q    Anything else?

25        A    I think that encompasses all of it.

17

1      Q    And when did you leave AOL to join YouSendIt?

2      A    2012.  I think 2012.

3      Q    And why did you leave AOL?

4      A    I was tired of commuting back and forth across

5    the country.

6      Q    Where were you commuting?

7      A    I have spent basically all of the last 23 years

8    in the San Francisco Bay area.  As you may know, AOL is

9    headquartered in New York City.

10      Q    Were there any other reasons that you left AOL

11    besides the commuting issue?

12      A    I probably lost some confidence in the

13    direction the company was going.

14      Q    Why did you lose confidence in the direction of

15    the company?

16      A    Yeah, I think any -- there is a famous Warren

17    Buffett saying that most turnarounds don't turn, and I

18    think in order to pursue a project like AOL at that stage

19    in its revolution, you have to have the confidence and

20    belief that you can turn it around.  And after two and a

21    half years of pursuing that endeavor and traveling across

22    the country at some personal expense, I decided that my

23    time and energy might be best applied somewhere else.

24      Q    When you say -- what are you referring to when

25    you say turn it around?

18

1       A    Well, AOL at that stage of its evolution, you

2   know, as you're probably familiar, America Online, AOL,

3   had started as a dial-up Internet service and its

4   business had -- you know, that part of the business

5   certainly was contracting, and AOL had sought to grow its

6   business in more of a traditional online media framework

7   analogous frankly to Yahoo, I think.

8            And when I described turnaround, I'm thinking

9   about a contracting business in hopes of investing in and

10  growing a new business to yield growth in the overall

11  business.

12      Q    You said earlier that after AOL, you joined

13  YouSendIt as CEO.  Does YouSendIt still exist?

14      A    I actually don't know the answer to that.

15      Q    What was it at the time that you joined?

16      A    YouSendIt was a file management service.  The

17  name described it aptly.  Particularly at that time, it

18  was very difficult to send and manage and share securely

19  large files. Actually, I don't know the service that the

20  SEC uses but I know that you use some service to share

21  files with us.  It would have been similar to that.

22      Q    We use Accellion formerly known as Kiteworks.

23      A    So YouSendIt was a competitor in that space.

24  It was ultimately acquired after I left.  I can't

25  remember by whom right now.

19

1          Q     And how did it happen that you became CEO of

2     that company?

3          A     I was recruited by the board of directors.

4          Q     And what were your responsibilities as CEO of

5     YouSendIt?

6          A     I was responsible for the strategy, operations,

7     profitability, overall success and execution of the

8     company.

9          Q     When you joined YouSendIt, how large a company

10    was it?

11         A     As measured by what?

12         Q     How many employees did it have?

13         A     It had about 200 employees as I recall.

14         Q     Did it have any operating products?

15         A     Yes.  The file sharing product was live.

16         Q     Was it in beta?  Was it commercially -- was it

17    in commercial use?

18         A     It was in commercial use.

19         Q     At the time that you joined was the company

20    generating revenues?

21         A     Yes.

22         Q     And what were the company's revenues

23    approximately?

24         A     I don't remember.  If I were to hazard a guess,

25    somewhere in the $20 million range.

20

1      Q    So was the company profitable?

2      A    No.

3      Q    Why not?

4      A    Because the expenses associated with the

5  operations of the business were larger than the revenues.

6      Q    At any point while you were employed by

7  YouSendIt, did the company become profitable?

8      A    No.

9      Q    Did you have an understanding what were some of

10  the obstacles that YouSendIt faced while you were CEO in

11  terms of profitability?

12      A    Yes.

13      Q    What were they?

14      A    YouSendIt started as what I think would

15  generally be described as a Freemium -- well, a free

16  service to manage files online, which migrated to a

17  Freemium which generally describes using a free product

18  to acquire customers to get customers -- I shouldn't call

19  it customers -- to get users to register that then the

20  company sought to upgrade to a paid product which had

21  more features and capabilities than the free product.

22  And so the company was introducing subscription products

23  layered on top of those free products that, as I

24  described earlier, are often described as a Freemium

25  revenue or Freemium business model.

21

1     Q    So was that an obstacle that the company faced

2  in terms of its profitability at the end of the day?

3     A    Yes.  The costs of operating a Freemium

4  service -- it's free and there's costs associated with

5  it, and the goal of course is to achieve enough scale to

6  sign up enough paid users to more than cover the costs of

7  the Freemium service.

8     Q    While you were CEO of YouSendIt, were you

9  involved in certain strategies to get -- to enable the

10  company to become profitable?

11     A    Yes.

12     Q    What were some of the things that you were

13  involved with that were aimed to earn a profit?

14     A    I would say that there were two macro

15  strategies. One was simply to grow revenue by expanding

16  up-market, meaning going from free to premium consumers

17  to corporate enterprise sales and expanding the book of

18  business around corporations, having things like a site

19  license, again, not that dissimilar to Accellion selling

20  into the SEC.

21        And also the other macro strategy to help

22  achieve profitability would have been to manage costs

23  carefully and grow costs in line with a budget as

24  approved by the board of directors with the goal of

25  achieving a profit.

1     Q     These things that you just described, had you

2   done these in your prior employments at Yahoo and at

3   Dialpad?

4     A     Yes.

5     Q     So did you have experience helping smaller

6   companies grow their business?

7     A     Yes.

8     Q     You said that YouSendIt, while you were there,

9   didn't earn a profit, correct?

10     A     That is correct.

11     Q     When did you leave YouSendIt?

12     A     The fall of 2014.

13     Q     And why did you leave?

14     A     I disagreed with the -- well, we had an offer

15   to acquire the company.  The board decided not to take

16   that offer to sell the company, and I decided that the

17   company would be best to have a CEO who is more excited

18   about the future of the business.

19     Q     Were you not excited about the business at or

20   around the time you left?

21     A     No, I was not.

22     Q     Why not?

23     A     Online file sharing and management is a

24   commodity business with many competitors ranging from, at

25   that time, Box and Dropbox, but certainly bigger players

23

1  like Google and Microsoft have entered that space and

2  made it a commoditized segment with, in my judgment, very

3  difficult to make money.

4      Q    Was there something specific about YouSendIt

5  that was discouraging?  I understand that the business

6  was -- I understand what you just explained with respect

7  to file sharing and some of the obstacles for adoption

8  but is there something specific about YouSendIt that

9  was -- in your words, you weren't excited about?

10     A    No.

11     Q    So it was just related to the company's

12 business and products?

13     A    I believe that -- I believe now and I believed

14 then that the macro market opportunity around file

15 sharing was challenged for small, independent companies

16 given where larger companies like Google and Microsoft

17 were headed.

18     Q    What did you do when you left YouSendIt?

19     A    I drove an Uber.

20     Q    And why did you choose to drive an Uber after

21 YouSendIt despite having a very long professional career

22 before YouSendIt?

23     A    I thought it would be fun.

24     Q    Any other reason?

25     A    I was bored.

24

1          Q     Did you have any other prospects at the time

2     other than, you know, driving an Uber?

3          A     I wasn't looking for a job at that point.

4          Q     Why not?

5          A     I wanted to take a break.

6          Q     Was YouSendIt particularly stressful that you

7     needed a break?  Why did you need a break?

8          A     I felt like I had been doing the Silicon Valley

9     grind for a decade or two and wanted to take some time

10    off.

11         Q     You described it as a grind.  What do you mean?

12         A     I use that term loosely as there was a coffee

13    shop downstairs called The Daily Grind.  I use the term

14    loosely that all of us in our own respective ways show up

15    for work, and I use the term loosely as just a reflection

16    of work commitments.

17         Q     Were you disenchanted with Silicon Valley

18    itself or some of the companies in Silicon Valley?

19         A     Not particularly.

20         Q     And how long did you drive an Uber for?

21         A     Just a month.

22         Q     Why just a month?

23         A     I was doing it for fun and just decided that I

24    had had enough fun.

25         Q     So you stopped on your own?

25

1        A    That's correct.

2        Q    How did it happen that you began your

3    employment with Ripple?

4        A    I received a recruiting call from an outside

5    recruiter asking me if I would be interested in talking

6    to Ripple about a position as COO.

7        Q    Had you heard of the company before that call?

8        A    No.

9        Q    What did the recruiter tell you about the

10   company, if you recall?

11       A    I don't really recall exactly.

12       Q    Did you do any independent research about

13   Ripple at the time?

14       A    Not before taking a meeting with Chris Larsen.

15       Q    And when did you meet with Chris?

16       A    Some sometime at the end of 2014 or beginning

17   of 2015.  I don't remember exactly but I would guess

18   January or February of 2015.

19       Q    And who is Chris Larsen?

20       A    Chris Larsen is one of the cofounders of Ripple

21   and at the time, the CEO of Ripple.

22       Q    And what did Chris tell you at your meeting,

23   your initial meeting with him?

24       A    We spent some time getting to know each other.

25   Despite both of us having done things in Silicon Valley

26

1   in entrepreneurial ways for a couple of decades, we had

2   not met, and he described a vision for what an Internet

3   of value might look like and how Ripple's role in that

4   might be catalyzed and impact the growth of an Internet

5   of value.

6         Q    What did he tell you -- did you understand at

7   the time what he meant by Ripple's role in the Internet

8   of value?

9         A    No.

10        Q    Did you eventually become to learn what he

11  meant?

12        A    I don't know that he or I knew exactly what

13  that could mean or would mean.  I think the nature of

14  entrepreneurial endeavors, particularly in the technology

15  industry, you often have a vision or view of what the

16  future might look like and then you work to build

17  products and services to help catalyze that outcome.

18        Q    At the time that you had this initial

19  conversation or meeting with Chris, did the company have

20  any products?

21        A    Yes.

22        Q    Did you discuss them with Chris?

23        A    I doubt that we did at that meeting.

24        Q    And where did that meeting take place?

25        A    I believe it took place at Ripple's offices.

27

1       Q    And was that in San Francisco?

2       A    Yes.

3       Q    Was anyone else present at the meeting?

4       A    No.  I met some other people as I arrived and

5 departed, but no, that was just a meeting with Chris.

6       Q    And during the meeting, did you discuss the

7 digital token XRP?

8       A    Yes.

9       Q    And what did you discuss about XRP?

10      A    He mentioned it.  I had no idea what he was

11 talking about.

12      Q    Did you have any experience with digital assets

13 or cryptocurrencies before that meeting with Chris?

14      A    Very limited.  I had purchased some bitcoin

15 previously, but I was not familiar with any other digital

16 assets.

17      Q    And so what did he tell you about XRP?

18      A    Well, I didn't understand what he had said.

19 He -- I remember him talking about billions of XRP and

20 thinking -- and not knowing what he was talking about

21 because I had not done much homework before the meeting.

22      Q    Did he say how XRP fit into Ripple's business?

23      A    No.

24      Q    When you left the meeting, did you have any

25 understanding of how XRP fit into Ripple's business?

28

1       A    No.

2       Q    Did you discuss the job of COO with Chris?

3       A    Yes.

4       Q    And did he tell you what your responsibilities

5  would be as COO?

6       A    That first meeting was just an introductory

7  meeting and I don't have a specific recollection of

8  discussing responsibilities of COO.

9       Q    Did you discuss with Chris at the time the

10 company's financial position?

11      A    I don't know.

12      Q    Well, was the company profitable at the time?

13      A    At the point of that meeting, I did not know.

14 With the knowledge I have now, I know the answer to that

15 is no.

16      Q    Did you discuss Ripple with anyone else before

17 you took the job?

18      A    Yes.

19      Q    Who else did you discuss Ripple with?

20      A    To the best of my recollection, I reached out

21 to a number of different friends who I thought would have

22 an interesting insights about the crypto industry.  Most

23 of those people would have been what I think now are

24 referred to as bitcoin maximalists, just because they

25 were early adopters in crypto.  I spoke to a gentleman

29

1   named ███████████   I spoke to a woman named ████████████

2   I'm sure I spoke to other people but it's been a number

3   of years and I can't remember all the specifics.

4        Q     So ultimately, you took the job but why did you

5   decide to take the job at that time?

6        A     I was compelled by the big vision for what

7   Chris had described as an Internet of value and how that

8   might impact society.

9        Q     Was there any other reasons that you decided to

10   take the job?

11        A     Well, I also suppose it's worth noting I had a

12   general view that any time a Silicon Valley company is

13   looking to hire a CEO, it usually means there's something

14   wrong with the company, and the reason why the Board is

15   replacing a CEO or hiring a CEO is because there is

16   something wrong.

17             And so I had made the decision that pursuing a

18   CEO job was not something I wanted to do, and instead

19   finding a compelling opportunity with an interesting

20   company and joining as part of the management team was a

21   more interesting -- where I wanted to spend my time.  In

22   contrast with the AOL experience of trying to turn

23   something around or even the YouSendIt experience of

24   trying to transition a business model as CEO, I felt like

25   joining as a number two or part of the management team

30

1    was where I wanted to spend the next years

2    professionally.

3        Q    Did you think that was a more stable or secure

4    position as opposed to CEO?

5            I'll ask a new question.  Did you think that

6    was a less risky position?

7        A    No.

8        Q    Why not?

9        A    Well, I think any startup at that stage is

10   extremely risky.  The other opportunities I had at that

11   time would have been lower risk than that for sure.

12       Q    And why was the Ripple opportunity a high-risk

13   opportunity for you?

14       A    Well, I think Ripple and almost any startup at

15   that stage which had a series A round of funding done,

16   didn't have clarity on product strategy, didn't have

17   clarity on product market fits, that is always very, very

18   risky.

19       Q    And who told you that Ripple didn't have

20   clarity on strategy or market fit at the time that you

21   joined?

22       A    That's my opinion.

23       Q    Did anyone share that opinion?

24       A    I don't know.

25       Q    And why did you believe that Ripple didn't have

31

1    clarity on strategy or market fit at the time?

2        A    It was an extremely early stage company in a

3    nascent industry and I think any time you're trying to

4    build a company with a suite of products in a new

5    industry, it's very difficult to be able to forecast how

6    that industry will evolve, how customers will engage in

7    products that are enabled by those technologies.

8             So I think it's consistent with my experience

9    of 20 years in Silicon Valley that companies at that

10   stage rarely have clarity about product market fit.  In

11   fact, companies at that state I think at that stage, if

12   they think they do have that clarity, that's probably

13   arrogance versus reality.

14       Q    What industry were you talking about when you

15   said it was a nascent industry?

16       A    I was thinking of the blockchain crypto

17   industry when I said that.

18       Q    And is Ripple in the blockchain crypto

19   industry?

20       A    Yes.

21       Q    At the time that you were considering the

22   position, was it in the crypto blockchain industry?

23       A    Yes.

24       Q    And why was it considered part of the

25   blockchain crypto industry?

32

1          A     I consider it part of the blockchain and crypto

2     industry because the technologies that Ripple uses to

3     solve customer problems are based upon derivatives of

4     the -- based upon and derivatives of blockchain

5     technologies and cryptocurrencies that are digital

6     assets.

7          Q     Are Ripple products based upon technologies

8     that are based upon and derivatives of blockchain

9     technology?

10         A     And digital assets.

11         Q     And at the time, what products did Ripple have?

12         A     There were two -- I'm not sure I would say

13    Ripple had any products.  There was one that you might

14    call a product that was live at the time called Ripple

15    Trade.  And there was a technology that Ripple had

16    developed called Codius.  That would have been the two

17    that I might -- could be called products.

18         Q     And what technology did they use?

19         A     Meaning what products?

20         Q     What technology did Ripple Trade use that was

21    based on blockchain?

22         A     Oh, well, Ripple Trade was a front end for

23    enabling the trading of XRP.  So when you ask what

24    technologies, I mean, I -- you know, I think it was

25    written in Ruby. Certainly would have been JavaScripts as

1    part of that technical stack.   Certainly C++ would have

2    been a technology used within that as well.

3         Q    Right, but what's the interaction between --

4    what's the connection between Ripple Trade and blockchain

5    technology or what's the relationship between Ripple

6    Trade and crypto?

7         A    Ripple Trade I think, in today's parlance,

8    would have been called an early version of Coinbase that

9    allowed the buying and selling of XRP.

10        Q    So you joined Ripple as COO.   When did you join

11   Ripple as COO?

12        A    I think it was April 2015.

13        Q    And as CEO, did you have any direct reports?

14        A    Yes.

15        Q    Who were your direct reports?

16        A    To the best of my recollection, Asheesh Birla,

17   ███████████, Monica Long.   There was a woman who

18   reported to me at the time named ████, and I can't

19   remember her last name.

20        Q    What was her role?

21        A    HR.   I'm certain I'm -- oh, what was his name?

22   █████ -- there were -- I can't recall other people beyond

23   that.

24        Q    And what was Asheesh Birla's role at the time?

25        A    He was vice president of product.

34

```
 1        Q    And Monica Long's role at the time?

 2        A    I believe she was director of communication.

 3        Q    And            ?

 4        A    He was vice president of engineering.

 5        Q    And who did you directly report to?

 6        A    Chris Larsen.

 7        Q    And forgive me if I asked you already.  What

 8   were your roles and responsibilities as COO?

 9        A    I mean, simplistically, I was responsible for

10   the operations of the company.  I certainly spent some of

11   that time in the early days thinking about the company

12   strategy, trying to focus the resources we had in a way

13   that I thought would enable us to sign up customers and

14   to have clarity on what problem we were going to solve

15   for our customers.

16        Q    Were you responsible for P&L at the company?

17        A    I guess I would say no.

18        Q    Why not?

19        A    There wasn't -- well, I think about the P&L is

20   usually somebody who controls both sides of profit and

21   loss and, at that point in my position, I would not have

22   said that I had all the levers of profit and loss.

23        Q    When did you become CEO of Ripple?

24        A    January 1 of 2017.

25        Q    And how did it come that you became CEO?
```

35

1          A      Chris Larsen, who was the CEO prior to me,

2     asked me if I would take on the position of CEO.

3          Q      Did Ripple consider any other candidate other

4     than you for the position of CEO?

5          A      Not that I'm aware of.

6          Q      And why did he ask you to take the position of

7     CEO?

8          A      I would be speculating about his impressions

9     but he wanted to step down from being CEO and so asked me

10    if I would be able to.

11         Q      What was your understanding of why he asked you

12    to be CEO?

13         A      My understanding is that he thought I would be

14    capable of leading the company going forward in a way

15    that would be good for the company, good for

16    shareholders.

17         Q      And did he tell you why he was stepping down?

18         A      I think he -- my impression is he has two young

19    kids, and I think he felt like I might be better suited

20    to lead the company than he was.

21         Q      And why did he think you were better suited

22    than him?

23         A      I would purely be speculating but I think -- my

24    impression of that was in some ways the -- he is more a

25    quiet introvert, very effective at the entrepreneurial

36

1    stage but maybe as the company scales, my leadership

2    style might be better for the company as it grew.

3         Q    You said that was your understanding of why he

4    stepped down and perhaps why you were tapped to be CEO?

5         A    Yes.

6         Q    Did anyone share that understanding -- did you

7    discuss that understanding with anyone else at the

8    company?

9         A    No.

10        Q    What were your responsibilities as CEO?

11        A    I was responsible for all aspects of product,

12   company strategy, execution of that strategy, you know,

13   holistically responsible for the growth and investment in

14   the company.

15        Q    As CEO, were you involved in Ripple's efforts

16   to raise capital from private investors?

17        A    Yes.

18        Q    Were you involved in Ripple's series B or

19   series C?

20        A    Both.

21        Q    And what was your involvement with Ripple's

22   efforts to raise capital from private investors?

23        A    I solicited and participated in numerous

24   meetings with prospective investors and discussed our

25   strategy, discussed our progress, discussed all aspects

37

1    of the business in both the series B and series C

2    financings.

3        Q    As part of your responsibilities as CEO, did

4    you have interactions with Ripple's board of directors?

5        A    Yes.

6        Q    And how often did you interact with the board

7    of directors?

8            MR. SOLOMON:  I'm sorry, Daphna, are we talking

9    about soon after he became CEO, during his whole time

10   period he became CEO?  I just want to make sure the

11   record is clear on, you know --

12           BY MS. WAXMAN:

13       Q    During your tenure as CEO, outside of board

14   meetings, how often did you communicate with board

15   members and, if that changed, please let me know.

16       A    The Ripple board of directors met four times

17   per year.  Let me restate that.  The Ripple board of

18   directors currently meets four times per year.  I don't

19   remember if we met more than that in earlier years.  We

20   may have met five times a year in 2016 but outside of

21   regularly scheduled board members, there was not a lot of

22   communication with the board. I would send regular --

23   well, I intended to send regular email updates to the

24   board about the business.

25       Q    Did you send regular board updates to board

38

1    members?

2         A    Depending on how you define the word regular,

3    the answer is yes.

4         Q    Well, how often did you send updates to the

5    board outside of these regular scheduled meetings?

6         A    My recollection is that I started sending them

7    monthly and at some point that moved to quarterly, is my

8    recollection.

9         Q    And what was the purpose of these

10   communications?

11        A    Just to update stakeholders at the board of

12   directors about what's happening at their company.

13        Q    As CEO, did you have interactions with Ripple's

14   shareholders?

15        A    Yes.

16        Q    And how often do you communicate with Ripple's

17   shareholders?

18        A    The question is pretty broad meaning, you know,

19   my brothers and sisters, as it turns out, are Ripple

20   shareholders and I spoke to them a lot.

21        Q    I can rephrase the question.  How often did you

22   talk or communicate with Ripple shareholders about

23   Ripple?

24        A    Similar to the board of directors, my intention

25   was to send regular or semi-regular updates about the

39

1   status of the company.

2        Q    Did you field individual questions from

3   Ripple's shareholders outside of regular communications

4   or regular updates?

5        A    Yes.

6        Q    How often?

7        A    I would be speculating.  You know, that's a

8   question about my reaction to shareholders.  You know, I

9   get a lot of emails so maybe I got one a day.  I don't

10  really know how to -- without going through and kind of

11  looking at that.

12       Q    Did Ripple hold an investor day?

13       A    Yes.

14       Q    And --

15       A    But to be super precise about language, I think

16  you said an investor day.  We held multiple investor

17  days.

18       Q    When was the first time that Ripple held an

19  event for its investors?

20       A    I don't recall exactly.

21       Q    Did it do it when you were COO?

22       A    I don't recall.

23       Q    Did you hold those events while you were CEO?

24       A    Yes.

25       Q    As CEO, did you participate in any panels,

1    public panels or provide any public interviews?

2         A    Yes.

3         Q    What types of panels or interviews did you

4    participate in?

5         A    Numerous, ranging from banking conferences to

6    crypto conferences to FinTech reporters.   Numerous.

7         Q    When you say numerous, how often did you

8    participate in these?

9         A    I don't know exactly how to quantify that.   I

10   mean, at different times, depending upon what was going

11   on in our business or in the industry, there might be a

12   month where I did a bunch and there might be two or three

13   months where I did almost none.   So it kind of depends

14   upon what time.

15              I suppose if I were trying to just say over the

16   last five and a half years I've been there, on average

17   maybe I've done something once or twice a month.

18        Q    And you said -- did you, as part of your

19   participation on those panels or interviews, did you

20   appear on television at any time?

21        A    Yes.

22        Q    And what programs, what television programs did

23   you appear on?

24        A    I don't know that I can provide an exhaustive

25   list. At various times I was on, you know, programs that

41

1    I doubt -- well, I hadn't heard of like Cheddar, but also

2    well-known programs like CNBC or CNN.

3         Q    What specific program on CNBC did you appear

4    on?

5         A    I don't know.

6         Q    Was it a financial news program?

7         A    My maybe simplistic answer there is I think all

8    of the CNBC's programs are financial programs so, yes.

9         Q    And did you appear on CNN?

10        A    Yes.

11        Q    Did you appear on Bloomberg TV?

12        A    Yes.

13        Q    And what was the purpose of your appearances on

14   all these TV programs or panels?

15        A    I think there is not just one purpose.  You

16   know, I'll identify a couple.  May not be totally

17   inclusive, but educating people about the industry.  As I

18   mentioned earlier in our discussion or testimony, this is

19   a nascent industry. People are learning about it, so

20   educating people about the industry of blockchain and

21   crypto, educating people about Ripple's products and

22   services within that context, discussing global

23   regulatory posture towards crypto and blockchain, those

24   are three topics I certainly would have touched on.

25        Q    Are there other topics that you discussed

42

1    during these panels or interviews?

2         A    For certain there are a myriad.

3         Q    So what was the primary purpose of discussing

4    Ripple's products and services on these panels or TV

5    programs?

6         A    To help the company succeed, to help raise

7    awareness by customers and overall market participants.

8    As I mentioned, it was a very nascent industry and

9    educating people about the industry and what Ripple was

10   trying to do within the industry helped us build the

11   brand of Ripple and increased customer awareness and

12   interests and engagement.

13        Q    You said it raised awareness by market

14   participants. What market participants are you talking

15   about?

16        A    Well, financial institutions as a primary

17   customer, regulators, market makers, you know, anyone

18   interested in the growth and evolution of these markets.

19   Whether it involved Ripple or not, I think it's useful to

20   raise awareness for the industry on these new

21   technologies.

22        Q    Did you want to raise awareness for XRP

23   purchasers?

24        A    I wanted to raise awareness about XRP as a

25   digital asset and how it is and is not similar to other

43

1    digital assets.  As you're probably aware, there is a lot

2    of misinformation in the crypto industry.  Some of it may

3    be innocent misinformation.  Some of it may be not so

4    innocent information.  And so I felt there was value in

5    clarifying and correcting misinformation about XRP.

6        Q    But the question was, to whom did you want

7    to -- the question was, did you want to raise awareness

8    to XRP holders or purchasers?

9        A    I would include them in the category of

10   stakeholders.  And so did I want the industry at large, I

11   would include XRP.  That would be a subset of that super

12   set, I think.

13       Q    What do you mean by the term XRP stakeholders?

14       A    What I think about XRP stakeholders, I think

15   those -- as you're probably aware, XRP is an open source

16   technology and there are a number of different companies

17   doing things in the XRP technology stack, with the XRP

18   Ledger, with XRP as a digital asset.  I think of all of

19   them as XRP stakeholders.

20            Quite frankly, I think of regulators as part of

21   that stakeholder group.  On a global basis, I certainty

22   spent, I don't know, maybe 20 percent of my time talking

23   about and discussing and educating, whether it's central

24   banks, whether it's regulators, about what Ripple was

25   doing, how we used XRP in our technology stack, and so I

44

1    view all of those players as stakeholders.

2         Q    Going back to your participation in panels and

3    interviews, did anyone else at Ripple engage in similar

4    activities?

5         A    Yes.

6         Q    Who else?

7         A    I don't know that I can provide an exhaustive

8    list. Certainly Chris Larsen, David Schwartz, Asheesh

9    Birla, Patrick Griffin would be some names that would

10   have been doing panels and discussions like that also.

11        Q    Beginning in 2017, did their participation rise

12   to the level of your participation in such events?  In

13   other words, were they participating in panels and

14   interviews twice a month like you said you did on

15   average?

16        A    Just to clarify, I don't know exactly what my

17   testimony was.  My intent was to say the average of both

18   panels and press -- as I recall the question before when

19   I said it was a couple of times a month, was referring to

20   that broader definition.  I don't think I did two panels

21   a month.

22             But the new question I think is about the other

23   participants in that did they participate at a similar

24   level, I think, yes.

25        Q    Was there any department at Ripple that kept

45

1    track of how often certain employees participated in

2    public events?

3         A    Yes.  The communications team would have

4    organized and otherwise tracked that.

5         Q    So would they have a list of all the public

6    events that you attended on behalf of Ripple?

7         A    I don't know.

8         Q    How did you know that they tracked, you know,

9    Ripple employees' participation then?

10        A    Because they're the team responsible for making

11   sure people are prepared and organized and coordinating

12   with conference organizers or the press for interviews.

13        Q    When you gave these public remarks or

14   interviews, did anyone -- did you prepare any written

15   materials in advance?

16        A    Yes.

17        Q    And did you prepare the written materials

18   yourself or did someone prepare them for you?

19        A    I apologize.  If I can correct my previous

20   statement, written materials were prepared.  More often

21   than not, I was not the preparer of those but the

22   communications team would typically prepare some sort of

23   briefing document prior to a media or other public event.

24        Q    Would you consider yourself, beginning as of --

25   beginning in 2017, would you consider yourself the

46

1   primary spokesperson for Ripple?

2       A    I certainly would have been an important

3   spokesperson.  Primary is a word that can be interpreted

4   different ways.  To the extent -- I doubt I was the

5   most -- other people did more public speaking and press

6   than I did by virtue of how I chose to prioritize my

7   time, but to the extent primary, as am I the, quote, most

8   important spokesperson for Ripple, probably, yes.

9       Q    So you considered yourself the most important

10  spokesperson for Ripple?

11      A    Yes.

12      Q    And why did you consider yourself the most

13  important spokesperson for Ripple?

14      A    Because I was the CEO.  I am the CEO.

15      Q    And why are you the most important spokesperson

16  as CEO?

17      A    I think most companies -- maybe this is a

18  generalization from my experience.  I think most

19  companies, the CEO is the most important spokesperson,

20  again, not necessarily measured by volume of activity but

21  by their position as CEO, kind of the buck stops there.

22      Q    Is the CEO responsible ultimately for the

23  direction of the company?

24      A    Yes.

25      Q    As CEO, are you the face of Ripple?

47

1          A    I think some would describe that, yeah.

2          Q    Did you believe that you were the face of

3    Ripple as CEO?

4          A    I don't have a clear answer to that.  I think

5    Ripple has multiple people who speak on behalf of Ripple

6    and it kind of depends on which audience we're talking

7    about.  Sometimes Chris Larsen is the face of Ripple as a

8    cofounder and previous CEO.  Sometimes David Schwartz is

9    the face of Ripple for certain audiences.  David

10   Schwartz, who is the chief technology officer, certainly

11   is an important spokesperson and face of Ripple in some

12   contexts.

13         Q    Other than you, David Schwartz and Chris

14   Larsen, would you consider anyone else as being the face

15   of Ripple?

16         A    From my point of view, it depends upon

17   audiences. In some contexts, you know, Asheesh Birla has

18   been the face of Ripple, but I wouldn't expand the list

19   much beyond that.

20         Q    To what audience are you the face of Ripple?

21         A    I mean, to the public.  As the CEO, I think

22   ultimately the buck stops there and so for many people,

23   I'm the face of Ripple.

24         Q    Are you the face of Ripple to individual XRP

25   holders or individual XRP purchasers?

48

1        A    I don't know.

2        Q    You don't know?  Is it your understanding that

3   XRP holders and purchasers look to you as the face of

4   Ripple?

5        A    I don't know.

6        Q    To what audience is David Schwartz the face of

7   Ripple?

8        A    When I commented on that earlier, I was -- in

9   my head, I was thinking about very technology-centric

10  conferences or audiences that are keenly interested in

11  the underlying technology where I think of David as our

12  primary face for those audiences.

13       Q    What is David's standing in the Ripple

14  community and in relation to the audience you just

15  described?

16       A    He is the chief technology officer of Ripple.

17            MR. SOLOMON:  Daphna, it's around 10:20.  I

18  know you had said that you wanted to take a break after

19  one hour.  We started at about 9:04.

20            MS. WAXMAN:  I just want to finish this section

21  and I'm happy to take a break.  Would it be okay if we go

22  about five more minutes?

23            MR. SOLOMON:  Is that okay with you?

24            THE WITNESS:  Yes, that's fine.

25            MR. SOLOMON:  Thank you.

49

1             MS. WAXMAN:  Okay.

2             BY MS. WAXMAN:

3        Q     And what audience do you think Chris Larsen was

4   the public face of Ripple to?

5        A     The public, Silicon Valley.  Chris is a

6   well-known entrepreneur in technology circles,

7   specifically FinTech circles given his experience with

8   E-Loan and Prosper.

9        Q     When you say the public, does that include XRP

10  holders or XRP purchasers in the market?

11       A     Yes, meaning, I think of public as the broadest

12  statement, and so I view that as the super set and an XRP

13  holder or stakeholder would be a part of that subset.

14       Q     And just going back to David's standing, did he

15  have kind of a cult following?

16       A     I have heard some people describe it as that,

17  yes.

18       Q     Is that an accurate description from your

19  understanding?

20       A     I would hesitate to -- yeah, I don't know what

21  a cult following really means.  I don't know what --

22  yeah, I -- I don't have a particular view on that

23  personally.  I think certainly I have heard him described

24  as having a cult following.  Cult is a loaded word, so I

25  don't --

50

1  Q Fair enough.  I'll take it.

2   Was he highly respected among the XRP

3 community?

4  A Yes.

5  Q And was he highly respected at Ripple?

6  A Yes.

7  Q And why was he highly respected?

8  A He's brilliant and insightful.

9  Q And did he play a role in the founding of the

10 company?

11  A To my knowledge, no.  I don't know if that's

12 entirely fair meaning he was certainly in and around the

13 people at the founding of Ripple but, to my

14 understanding, chose not to join as a founder and

15 employee.

16  Q Just a couple more questions and then we'll

17 take a break.

18  A Sure.

19  Q Do you have a Twitter account?

20  A I do.

21  Q And do you use it to post information about

22 Ripple?

23  A Yes.

24  Q And do you post those tweets on your own?

25  A Not always but generally, yes.

51

1          Q    Does someone else have control over your

2   account?

3          A    I enable other people to access my account in

4   some circumstances.

5          Q    And who have you enabled to access your account

6   and under what circumstances?

7          A    Answer that in reverse order.  In the

8   circumstances where I'm either away from a computer or

9   otherwise not available and interested in tweeting

10   something.  And who would include people on the

11   communications team, I think only internally at Ripple.

12   Two people that come to mind with ███████████ and

13   ███████, I think is her last name.

14          Q    And just for the record, can you confirm your

15   Twitter handle?

16          A    BGarlinghouse.

17          Q    And is that the one that you've enabled others

18   to control at certain points?

19          A    Yes.

20          Q    And did you review all of the tweets that came

21   from your account?

22          A    Yes.  I almost always had an opportunity to

23   review tweets before they were posted.

24          Q    Does anyone at Ripple manage other people's

25   Twitter accounts for them?

52

1       A    I don't know.

2       Q    And did you use your Twitter account in the

3  same way that you spoke publicly, to raise awareness for

4  Ripple and its products?

5       A    That would be one way I used my Twitter

6  account, yes.

7       Q    Well, I'll ask a better question.  Why did you

8  tweet and how did you use your Ripple Twitter?

9       A    I used my personal Twitter account, not the

10  Ripple Twitter.  But I used my personal Twitter account

11  to educate, clarify, correct and at times, frankly opine

12  on things that were certainly outside of just Ripple,

13  Ripple's business and Ripple's products.

14       Q    How many followers do you have on your Twitter

15  account?

16       A    Somewhere around 200,000.

17       Q    Did you have a Twitter account before you

18  joined Ripple?

19       A    I did.

20       Q    And how many follows did you have then?

21       A    Fewer than 10,000.

22       Q    Is the number of follows you have connected to

23  your role at Ripple?

24       A    I would be speculating but I think by virtue of

25  the fact that the number of followers has grown so much

53

1    during my tenure at Ripple, I think the answer is yes.

2         Q    And what is ███████████?

3         A    ████████████ is a public relations firm that

4    Ripple had retained for a handful of years.  I can't

5    remember.

6         Q    Did you retain █████?

7         A    Personally or -- I mean, the company retained

8    █████.  I didn't personally retain █████.

9         Q    Did you have any involvement in that --

10        A    Yes.

11        Q    And what was your involvement?

12        A    I knew at least one of the principals at the

13   ███████████ from previous work experience and thought

14   highly of their abilities and so had encouraged the

15   Ripple team to include █████ in our consideration of a

16   new public relations communications firm.

17             MS. WAXMAN:  So it's 10:25.  Let's go off the

18   record.

19             (A brief recess was taken.)

20             MS. WAXMAN:  We are back on the record at

21   10:39.

22             BY MS. WAXMAN:

23        Q    Mr. Garlinghouse, while we were off the record,

24   did you have any conversations with the staff?

25        A    I'm sorry, with whom?

54

1      Q    With any member of the SEC staff.

2      A    No.

3           MS. WAXMAN:  Counsel, will you please confirm?

4           MR. SOLOMON:  Yes.

5           MR. CERESNEY:  Yes.  Just to clarify so that

6      the witness understands, you asked that to make sure the

7      record was clear there were no consultations with staff

8      off the record.

9           THE WITNESS:  Got it.

10          MR. CERESNEY:  Everything was on the record.

11          MS. WAXMAN:  Thank you.

12          THE WITNESS:  Thank you for explaining.

13          BY MS. WAXMAN:

14     Q    What is the XRP Ledger?

15     A    The XRP Ledger is a set of code-written

16     technology that is open source and is what enables XRP to

17     exist.

18     Q    What is XRP?

19     A    XRP is a digital asset.

20     Q    And how much XRP exists?

21     A    Approximately 100 billion units.

22     Q    Can any more XRP ever be created?

23     A    No.

24     Q    How was the initial 100 billion XRP

25     distributed?

1        A    I don't know.  I was not a party to that.  I

2    have information subsequently but I wasn't a part of

3    that.

4        Q    Well, how much XRP did Ripple receive?

5        A    My understanding is that Ripple received 80

6    billion units.

7        Q    And what's the basis for that understanding?

8        A    What I have read and been told.

9        Q    And who told you that?

10       A    I don't know.  To be clear, I'm not disputing

11   that but when I arrived at the company, I can say with

12   much more confidence Ripple had about 64 billion units of

13   XRP.

14       Q    At some point did you come to learn that Ripple

15   had received 80 billion XRP?

16       A    That is what has been shared with me, yes.

17       Q    And do you know who told you that?

18       A    I do not recall.

19       Q    And when did you learn that Ripple had been

20   provided 80 billion XRP?

21       A    I don't recall.

22       Q    And who provided the XRP to Ripple?

23       A    I don't have specific knowledge about that.

24       Q    Do you have any understanding of how Ripple got

25   the 80 billion XRP?

56

1         A    My understanding is that the founders of the

2    XRP Ledger bestowed 80 billion units to Ripple, the

3    company.

4         Q    Ripple has publicly emphasized that the

5    founders of Ripple gifted 80 billion XRP to Ripple.

6    Would you agree with that?

7         A    No.

8         Q    Okay.  Why not?

9         A    I believe the question you asked was if the

10   founders of Ripple gifted 80 billion units.  I think the

11   founders of the XRP Ledger gifted 80 billion units is my

12   understanding to Ripple.  The founders of the XRP Ledger

13   and the founders of Ripple are not the same group of

14   people.

15        Q    Was there any overlap between the founders of

16   Ripple and the creators of the Ledger?

17        A    Yes.

18        Q    And what was the overlap?

19        A    My understanding -- I mean, Jed McCaleb would

20   have been the primary overlap point as a creator in terms

21   of coding of the XRP Ledger and also a cofounder of

22   Ripple.

23        Q    So it's your testimony that the -- who --

24   sorry.  I want to make sure I understand.  Who provided

25   the XRP to Ripple?

57

1          A    I don't know.  I assume Jed McCaleb or Arthur

2     Britto or David Schwartz.

3          Q    So one of those three people provided XRP to

4     Ripple?

5          A    Actually, I don't know.

6          Q    Have you ever asked?

7          A    No.

8          Q    As CEO of Ripple, is that something that you

9     would want to know?

10         A    What I would want to know is how much XRP does

11    Ripple own.  I don't know how the -- the way I think

12    about it is the transaction of moving, as you asked

13    earlier, the 80 billion units to the company, I don't

14    know exactly when the -- I mean, I wasn't here.  I can --

15    and I've never asked. Exactly who actually moved the 80

16    billion units I don't know.

17         Q    Was Chris Larsen involved in providing the 80

18    billion XRP to Ripple?

19         A    I don't know.

20         Q    Have you ever asked him?

21         A    No.

22         Q    Have you ever discussed with anyone Chris

23    Larsen's involvement in providing Ripple 80 billion XRP?

24         A    No.

25         Q    Did Ripple receive XRP as a gift?

58

1       A    That's my understanding.

2       Q    And what is the basis for that understanding?

3       A    What has been shared with me -- you know, what

4   has been shared with me inside the company.

5       Q    By whom?

6       A    I don't recall.

7       Q    Did Chris Larsen share that with you?

8       A    I don't recall.

9       Q    Did Ripple emphasize in public disclosures that

10  it had received XRP as a gift?

11      A    Yes.  Gift -- sorry.  I don't know that the

12  word gift would have been used specifically.  I think

13  certainly we have sought to -- during my tenure at the

14  company, we have sought to educate the industry about

15  when the XRP Ledger was created as contrasted with when

16  Ripple, the company, was founded.

17           MR. SOLOMON:  And I just want to be -- she

18  asked whether Ripple emphasized in its filings.  I just

19  want to make sure that you're answering her question.

20  There may be a difference between emphasized and --

21           MS. WAXMAN:  I'll ask a new question.

22           BY MS. WAXMAN:

23      Q    Did Ripple state that it had received the XRP

24  as a gift?

25      A    I'm actually not aware whether or not the word

59

 1    gift has been used or not.

 2         Q    Okay.  Is it your understanding that Ripple

 3    received XRP as a, quote, unquote, gift?

 4         A    Yes.

 5         Q    And did you discuss with anybody why the XRP

 6    was, quote, unquote, gifted to Ripple?

 7              MR. SOLOMON:  If you can remember, Brad.  It's

 8    a very general question.  You should give a general

 9    answer.

10              THE WITNESS:  No, I don't know.

11              BY MS. WAXMAN:

12         Q    Were there any legal risks that the founders of

13    Ripple wanted to avoid by distributing XRP to Ripple as a

14    gift?

15         A    I don't know.

16         Q    You said that it was important to distinguish

17    the chronology or the timing of when Ripple received the

18    XRP in relation to the founding of the company.

19              Why is that information important?

20              MR. SOLOMON:  I don't think he said important.

21    I think he was just distinguishing.

22              I just want to, instead of repeating back what

23    Mr. Garlinghouse said may or may not be important, it

24    might be better just to ask him his understanding of the

25    difference.  I just want to make sure the

60

1    characterization is equal to the question.  That's all.

2              MS. WAXMAN:  Thank you.  I'll ask a different

3    question.

4              MR. SOLOMON:  Sorry, Daphna.  I'm not trying to

5    be difficult.  I just want to make sure that you're

6    getting an answer.

7              MS. WAXMAN:  That's fine.  Thank you.

8              BY MS. WAXMAN:

9         Q    Did the company want to make known the timing

10   of the gift in relation to when the company was founded?

11        A    Yes.

12        Q    And when I say make known, did the company want

13   to make that known publicly?

14        A    Yes.

15        Q    Why?

16        A    There was incorrect -- as is the case in I

17   believe crypto at large, there was a lot of

18   misinformation.  There are a lot of people championing

19   different versions of their realties.  And I have always

20   felt at Ripple that it is in our best interests to be

21   transparent, to be clear and to correct those that

22   would -- generally speaking, to correct those that share

23   misinformation.

24              In this case, some people have conflated -- one

25   of the challenges has been the conflation of Ripple and

61

1   XRP, and so identifying that the XRP Ledger pre-existed

2   the formation of Ripple, the company, is a clarification

3   that we have sought to make in the market.

4        Q    And why did you want to make that clarification

5   to the market?

6        A    I think any time there is confusion in the

7   market conflating Ripple and XRP, that has not been good

8   for the industry.

9        Q    Can you be a little more specific about what

10  confusion you're talking about?

11       A    I mean, as one example, a frustrating -- in a

12  frustrating way, CoinMarketCap, which has is often, at

13  least historically, been viewed as the source of pricing

14  information for digital assets, listed Ripple instead of

15  listing XRP, and those are two different things.  And so

16  that would be one of many examples of that confusion.

17       Q    So did you believe that people confused the

18  relationship between XRP and Ripple, the company?

19       A    Yes.

20       Q    And why do you think people confused the

21  relationship?

22       A    In part because CoinMarketCap, as the

23  historically most looked-to source of digital asset

24  pricing information, referred to XRP as Ripple.

25       Q    Are there any other reasons why people confused

62

1    the relationship?

2         A    I mean, yes.

3         Q    And what are they?

4              MR. SOLOMON:  I'm not trying to be difficult.

5    You're asking him whether the reasons why all people

6    confuse the relationship?

7              MS. WAXMAN:  Well, I was going to clarify that.

8              MR. SOLOMON:  I think it would be good to --

9              BY MS. WAXMAN:

10        Q    Are you talking about XRP holders?  Did XRP

11   holders confuse the relationship between Ripple and XRP?

12        A    I don't know and can't speak to what any

13   individual XRP holder may or may not have thought.  What

14   I do know is that the industry at large, whether that's

15   reporters, whether that's -- you know, there's

16   certainly -- and to my recollection, actually, one of

17   tweets of years ago, a tweet from me, you know, kind of,

18   hey, let's all just be clear about XRP is an open source

19   digital asset; Ripple is a private company in Silicon

20   Valley.

21             I don't remember if that was actually a tweet

22   but I have some vague recollection of that.  And I think

23   any time there is confusion about that, confusion in a

24   marketplace, that's generally unhealthy.

25        Q    But the question was do you have an

1      understanding whether there was confusion between the

2      relationship between Ripple and XRP by XRP holders?

3          A    And I believe my answer is that I don't feel

4      comfortable speculating about what any individual XRP

5      holder did or did not think.  At large, do I think there

6      is confusion in the industry?  Yes.

7          Q    And when you say industry, does that include

8      XRP holders and XRP purchasers in the secondary market?

9          A    I would expect, yes.

10         Q    Did Ripple contribute in any way to that

11     confusion?

12         A    I hope not.  I think we certainly, during my

13     tenure, have sought to -- what I remember early in my

14     tenure at Ripple, as an example, going to CoinMarketCap

15     and asking them to correct how they characterized XRP.

16         Q    Other than the situation that you described

17     with CoinMarketCap, were there other reasons why there

18     may have been confusion?

19         A    Yes.

20         Q    And what are they?

21         A    I don't know that I can provide a comprehensive

22     explanation for all the confusion.  I think CoinMarketCap

23     is a big one because they were the most prominent.  I

24     think -- and maybe even as evidenced by some of your

25     earlier questions, the fact that, as one example, Jed

64

1    McCaleb was an original coder/architect of the XRP Ledger

2    and also a cofounder of Ripple would be an example.  I

3    don't want to at all suggest that those two data points

4    are a holistic synopsis of why there could be confusion.

5         Q    Did Ripple's holdings of XRP contribute to that

6    confusion?

7         A    I don't know.

8         Q    Did Ripple's statements regarding XRP holdings

9    contribute to the confusion?

10        A    I don't know.

11        Q    Earlier you said that Ripple and XRP are

12   distinct.

13             MR. SOLOMON:  Daphna, you just cut out.  I'm

14   sorry.

15             THE WITNESS:  Oh, yeah.

16             MR. SOLOMON:  It's freezing on the screen here.

17             BY MS. WAXMAN:

18        Q    Why do you believe Ripple and XRP are distinct?

19        A    Ripple is a privately held C Corp. with

20   shareholders that is a company with hundreds of

21   employees.  XRP is an open source, decentralized digital

22   asset not that dissimilar from bitcoin or Ether that are

23   very distinct.

24        Q    With respect to the confusion, at what point

25   was there confusion?  At what point in time?

65

1          A    I think -- it is my opinion that throughout my

2    entire tenure at Ripple there has been confusion.

3          Q    Is there currently confusion?

4          A    I believe -- my opinion is yes.

5          Q    Has Ripple engaged in efforts to try to clarify

6    the relationship?

7          A    Yes.

8          Q    And what has Ripple done?

9          A    I don't know that I could provide an -- I'm

10   unable to provide an exhaustive list.  Certainly in my

11   own public comments, I have been, as part of my

12   testimony, providing -- I apologize.  A truck making some

13   noise in the background here.

14          My own comments in this testimony helping

15   provide clarification when I speak to sometimes

16   prospective -- well, the press, prospective employees,

17   prospective, you name it.  I would say it's an ongoing

18   discussion.

19          Q    By the way, I miss the New York City noise

20   so -- I haven't heard it for a while.

21          What was the timing of the gift in relation to

22   the formation of the company?

23          A    I don't know.

24          Q    I think you testified earlier that the

25   confusion was not good for the industry.  Is that

66

1    correct?

2         A    I don't think confusion in any market is good

3    for an industry.

4         Q    Okay.  Earlier we talked about that 100 billion

5    XRP was created, 80 billion was given to the company by

6    the founders, the XRP creators.  What happened to the

7    remaining 20 billion?

8         A    I don't have a precise answer to that, simply

9    meaning I am aware that some of the founders of the XRP

10   Ledger, they received some of that 20 billion but I don't

11   have specific knowledge about that.

12        Q    Were some of the -- the founders that received

13   some of the XRP, were they -- when you say the founders,

14   who are you talking about?

15        A    The founders of the XRP Ledger I typically

16   refer to as the people who helped code the XRP Ledger,

17   and the three people contributing to the coding of the

18   XRP Ledger, to my knowledge, are Arthur Britto, David

19   Schwartz and Jed McCaleb.

20        Q    Did Chris Larsen receive any of the 100 billion

21   XRP?

22        A    It is my understanding that yes.

23        Q    How much?

24        A    I actually don't know the answer to that.

25        Q    Do you know approximately how much he received?

67

1      A    I believe he received about 7 billion units.

2      Q    Did he receive the XRP in lieu of Ripple stock?

3      A    I don't know.

4      Q    Did you ever discuss with anybody why Chris

5  Larsen had received so much XRP?

6      A    No.

7      Q    Did you ever -- strike that.

8           What is xCurrent?

9      A    XCurrent was the name of a product offering

10  that Ripple brought to market in, I'm guessing, late 2016

11  or the beginning of 2017, and xCurrent was a product that

12  enabled messaging to debit and credit existing pre-funded

13  accounts for financial institutions.

14     Q    When did development of xCurrent begin?

15     A    I don't know exactly.

16     Q    Was it before you joined the company as COO?

17     A    In some context, probably, yes, meaning, you

18  know, how code is contributed to a product over a period

19  of time, you know, some aspects of what came to fruition

20  with xCurrent were -- ideas were germinating prior to my

21  arrival, and certainly we decided to focus on that

22  segment of work that had been going on at Ripple.

23     Q    Does Ripple ever earn any revenue from

24  xCurrent?

25     A    We have -- the name of the product, xCurrent,

68

1    is not a product we currently use, and so I suppose the

2    answer is no.

3         Q    At any point did Ripple earn any revenues from

4    xCurrent?

5         A    Yes.

6         Q    And during your entire tenure at Ripple, how

7    much revenue did the company earn from xCurrent?

8         A    I don't know.

9         Q    Can you approximate?

10        A    I would -- you know, $10 million, 5 to $10

11    million.

12        Q    Does xCurrent use XRP or the XRP Ledger?

13        A    No.

14        Q    Does it use blockchain technology?

15        A    You know, that's an interesting question in the

16    context of it depends a little bit how you define

17    blockchain technologies.  I recall internally someone

18    saying, well, on a literal basis, I think the answer is

19    no because blockchains by definition are enablers of

20    digital assets and xCurrent wasn't using digital asset.

21        Q    Does xCurrent use ILP?

22        A    I would say it uses a derivative of ILP.

23        Q    And is that derivative of ILP that the product

24    uses a blockchain?

25        A    Well, ILP is not a blockchain and I think as

69

1    I -- my testimony earlier, you know, X current in a

2    literal definition is not a blockchain technology.

3         Q    Under any definition is xCurrent a blockchain

4    technology or does xCurrent use blockchain?

5         A    You know, I think blockchain is becoming -- in

6    my judgment, blockchain has become a heavy marketing term

7    and many companies use it loosely.  IBM talks about using

8    blockchain in their marketing.  Blockchain -- IBM

9    doesn't -- has not developed technology that enables a

10   digital asset and so, again, from a literal definition, I

11   would say that that is false advertising.

12        My point is simply that I think the word

13   blockchain has been used loosely by the industry to

14   describe, you know, derivatives of literal blockchains to

15   solve other problems as, again, IBM talks about they're a

16   blockchain but, again, they don't actually have a digital

17   asset technology.  They just use a set of technologies

18   that I think they generally call Hyperledger.

19        Q    The question is, under any definition, did

20   xCurrent use blockchain technology?

21        A    Yes.

22        Q    How?

23        A    So if the question is under any definition of

24   blockchain, does xCurrent use blockchain technology,

25   under some definitions of blockchain as I was describing,

70

1    some people use blockchain loosely.  When you're talking

2    to a technologist and you say does xCurrent use

3    blockchain, the answer is no.

4        Q    So is it your understanding that xCurrent used

5    blockchain technology?

6        A    No.

7        Q    Did Ripple use the term blockchain loosely to

8    describe its xCurrent product?

9            MR. SOLOMON:  I'm sorry, did Ripple use?  Did

10   Brad? Did anybody at Ripple?  In its company's

11   publications?  I just want to make sure the record is

12   clear what you're asking.

13           BY MS. WAXMAN:

14       Q    Mr. Garlinghouse, do you understand the

15   question?

16       A    No.

17       Q    Did you use the term blockchain loosely to

18   describe the xCurrent product?

19       A    I don't recall specifically.  Perhaps.

20       Q    Did anyone at Ripple use the term blockchain

21   loosely when describing the xCurrent product?

22       A    I'm not aware of any specific examples.

23       Q    Did anyone -- did you ever describe xCurrent as

24   a blockchain technology or as using blockchain

25   technology?

71

```
 1        A    I don't recall.
 2        Q    Did anyone at Ripple describe xCurrent as using
 3   blockchain technology?
 4        A    I don't know.
 5        Q    If they did, would that be false?
 6        A    Again, it depends upon which definition of
 7   blockchain you're using.  As I think I testified earlier,
 8   I think a literal technology definition of what is a
 9   blockchain, the answer would be no.  As I was describing
10   using IBM's material, I think a technologist would argue
11   that what IBM is doing is not actually using blockchain
12   technology.
13        Q    So IBM's use of the term is not accurate in
14   your opinion?
15        A    I think they're using a loose definition.
16        Q    What do you mean by loose?
17        A    I mean I think as we all have experienced,
18   people have used terms and a literal definition -- I
19   mean, again, not to be too cute, but Kleenex is actually
20   a branded product of Kleenex, yet we use it loosely to
21   describe any paper tissue.
22             And by the way, I apologize.  I'm not trying to
23   be argumentative at all.  I'm simply pointing out that
24   the word blockchain in a nascent industry is being used
25   in ways that sometimes aren't actually a blockchain
```

72

1    technology.

2         Q    Is the term being used to generate --

3         A    Did I lose her?

4         Q    -- hype?

5         A    Sorry.  I had a computer glitch there.

6         Q    Sorry.  Are people using the term to generate

7    hype?

8         A    It's my opinion that it is being used loosely

9    in a way for companies and sometimes people to generate

10   interest in the space.  Would I characterize it as hype?

11   You know, that's one interpretation.

12        Q    What is xVia?

13        A    XVia is another branded product in some ways

14   similar to xCurrent, also has been deprecated.  We don't

15   use that name anymore but for a period of time, we sold

16   xVia to customers.

17        Q    And when was xVia commercially deployed to

18   customers?

19        A    Around the same time as xCurrent.

20        Q    And during your entire tenure at Ripple, how

21   much revenue did Ripple learn from xVia?

22        A    I don't know.

23        Q    Approximately?

24        A    I don't know.

25        Q    Was it less than the revenue that it earned

73

1    from xCurrent?

2         A     I would expect, yes.

3         Q     And does xVia use the blockchain technology?

4    And I'm defining blockchain technology under the literal

5    definition.

6         A     No.

7         Q     Did you ever refer to xVia as using blockchain

8    technology?

9         A     I don't know.

10        Q     Same question for anyone else at Ripple.  Did

11   anyone else at Ripple refer to xVia as using blockchain

12   technology?

13        A     I don't know.

14        Q     When you first joined Ripple as COO, how did

15   XRP fit into Ripple's business model?

16        A     I didn't know.

17        Q     At what point did you -- at some point did you

18   come to learn how XRP fit into Ripple's business model?

19        A     I think Ripple's -- as is the case with many

20   technology startups in Silicon Valley, I think that is a

21   journey, not a destination, if you will.  And so

22   understanding how XRP fits into Ripple's business model I

23   think hasn't been a fixed, we know exactly the answer.

24   Instead, it's been part of the journey of, you know,

25   understanding what Ripple looks like in five years is not

74

1    clear to me.

2        Q    So would you say that XRP's relationship with

3    Ripple and its business is evolving?

4        A    Yes.

5        Q    And has it changed since the time that you

6    joined Ripple?

7        A    Yes.

8        Q    And how did it fit into Ripple's business when

9    you joined, recognizing that it has changed and evolved

10   over time?

11       A    I don't know that I had a point of view about

12   how XRP fit into Ripple's business model when I joined.

13   I was very new to the -- well, obviously to the company

14   but I was also new to the industry.  So when I joined,

15   that was part of the let's figure it out.

16       Q    How does XRP fit into Ripple's business today?

17       A    XRP is a digital asset that Ripple owns today

18   somewhere around 55-56 billion units of.  We think about

19   how to make XRP the most trusted, the most liquid and the

20   most useful of digital assets, and we think that by

21   achieving that, that is valuable to Ripple's

22   shareholders.

23       Q    What is XRP's target market or customer?

24       A    I'm not --

25       Q    For Ripple.

1          A     Sorry, say again.

2          Q     Who does Ripple see as its -- as XRP's target

3    customer?

4          A     Today, Ripple's target customer are financial

5    institutions doing cross-border payments.

6          Q     And when did Ripple target that group?

7          A     Well, all the way back to 2015, certainly that

8    was one of a number of different possible market

9    opportunities Ripple was considering pursuing, and so we

10   over time got more and more focused on that specific

11   customer set.

12         Q     Did you have any involvement in Ripple's

13   decision to focus on banks and financial institutions?

14         A     Yes.

15         Q     What was your involvement?

16         A     I would I was the decision-maker.

17         Q     And why did you decide that?

18         A     I believe in a broader business context that

19   focus is paramount and if you want to achieve success,

20   you need to have very good clarity about what problem

21   you're trying to solve and how you're going to solve it.

22   When I joined Ripple, there were a number of different

23   market opportunities that the company was evaluating and

24   I was an advocate and champion of choosing one and going

25   deep in that vertical.

76

1        Q    Why focus specifically on banks and financial
2    institutions?
3        A    I thought the market opportunity, the size of
4    the market and the unique characteristics of technologies
5    that Ripple had in its -- native to its technical stack
6    aligned well with solving a financial institution
7    problems around cross-border payments.
8        Q    What was the growth potential in terms of how
9    much profit the company could earn if it focused on banks
10   or financial institutions?
11       A    I did not know.
12       Q    Was there any other reason that you decided to
13   focus on banks and financial institutions?
14       A    I mean, I suppose I would add it was my opinion
15   joining Ripple that some of the ethos and almost mantra
16   of the crypto industry was kind of an antibank,
17   antigovernment perspective, and it was my thesis that the
18   best way to impact the most people in a positive way with
19   these technologies was to work with the financial
20   institutions, not to circumvent financial institutions.
21   With that in mind, it felt like if you can work with
22   these financial institutions to deploy these technologies
23   in ways that makes them more efficient, that's good for
24   them.  It's good for the industry and good for Ripple.
25       Q    Did Chris Larsen have any role in the decision

77

1   to focus on banks and financial institutions?

2       A    To be fair, I said earlier that it would have

3   been my decision.  The reality is Chris was the CEO at

4   the time.  I would have recommended to him that I would

5   say it ultimately would have been his decision.  I think

6   internally I was certainly known as the person that was

7   championing being focused and specific in what customer

8   segment we're going after.

9       Q    Prior to that decision, was the company focused

10  on several business opportunities related to XRP?

11      A    I'm parsing your question a little bit by

12  saying I don't think they were focused so, no, I guess is

13  the answer to the question.  I think there were multiple

14  different market opportunities.  As you may know, at the

15  time the company referred to itself as Ripple Labs.  I

16  felt that it was important that we not be a lab, just

17  researching and pursuing and testing, but actually to be

18  clear about let's build a product for a clear customer,

19  let's sell that product to a customer and let's get

20  people using these technologies.

21      Q    Earlier we spoke a little bit about Ripple

22  Trade. At the time that you decided to focus on banks and

23  financial institutions, what was the status of Ripple

24  Trade?

25      A    I can't recall.

78

1        Q    Did Ripple decide to shut down Ripple Trade?

2        A    Ripple decided to shut down Ripple Trade as

3    part of a settlement with FinCEN.

4        Q    Were you involved in the decision to shut down

5    Ripple Trade?

6        A    I was involved in executing the decision to

7    shut down Ripple Trade.  I believe that decision predates

8    my arrival at Ripple.

9        Q    Do you know who made that decision?

10       A    I do not.  The CEO, Chris Larsen.

11       Q    Did anyone tell you why the company decided to

12   shut down Ripple Trade?

13       A    Because of a settlement with FinCEN.

14       Q    Was there any other reason that the company

15   decided to shut down Ripple Trade?

16       A    I don't recall.

17       Q    Did you understand there to be any legal risks

18   associated with Ripple Trade?

19       A    In what time period?

20       Q    In or around 2015?

21            MR. CERESNEY:  I assume, Daphna, you're not

22   asking about privileged information here because if he's

23   talking about legal risk, he's probably talking to a

24   lawyer about that.  So I just want to make sure the

25   witness understands --

79

1          MS. WAXMAN:  Thank you.

2          MR. CERESNEY:  -- that when answering that, he

3     should try stay clear of privileged territory.

4          THE WITNESS:  Right.

5          BY MS. WAXMAN:

6     Q     That's correct.  Thank you.  I don't want to --

7     please don't disclose any conversations that would be

8     privileged.  And when I say privileged, conversations

9     where you are receiving advice from -- legal advice from

10    counsel.

11    A     Right.  Thank you for both of those

12    clarifications.

13         Can you repeat the question just so I have it

14    in my head?

15    Q     Sure.  Other than conversations with counsel in

16    which you received legal advice, did you understand or

17    did you have any conversations about whether there were

18    any legal risks associated with Ripple Trade?

19    A     Outside of the conversations with legal

20    counsel, I can't recall.

21    Q     Did you ever discuss Ripple Trade with Chris

22    Larsen?

23    A     I'm certain I did.

24    Q     What did you discuss?

25    A     I'm sure we discussed the efficient wind-down,

80

1    how to stop accepting new customers, how to migrate

2    existing customers, how to deal with customer service

3    inquiries that come in, things like that.  Not that

4    that's all-inclusive but as I testified earlier, I

5    believe the decision to wind down Ripple Trade predates

6    my arrival at Ripple.  I'm not 100 percent sure about

7    that but I viewed one as my -- one of my early projects

8    at Ripple was to wind down Ripple Trade.

9         Q    Earlier you said Ripple Trade was like an early

10   version of Coinbase, correct?

11        A    I think I would have described it as analogous

12   to Coinbase.  I'm not sure I would call it an early

13   version of Coinbase but analogous to Coinbase.

14        Q    So it was a venue for people to buy and sell

15   XRP?

16        A    That is my recollection, yes.

17        Q    And could anyone buy and sell XRP through

18   Ripple Trade?

19        A    I don't know for certain.

20        Q    Did Ripple ever promote Ripple Trade to traders

21   or market makers or people who would speculate in XRP?

22        A    I don't know.

23        Q    Did you ever discuss with anybody the risks of

24   using Ripple Trade to sell XRP to speculators, traders or

25   market makers?

81

1              MR. SOLOMON:  I guess the same qualification in

2      answering again about not getting into sensitive

3      information.

4              THE REPORTER:  I'm sorry, Mr. Solomon.  I could

5      not hear you.  "The same qualification" --

6              MR. SOLOMON:  I apologize.  Subject to the same

7      qualification Mr. Ceresney just gave, Mr. Garlinghouse

8      should not be talking about any privileged communications

9      including communications with others that are not lawyers

10     where legal advice may have been discussed.

11             THE WITNESS:  So my answer is outside of any

12     conversations that involved legal advice, I don't know.

13             BY MS. WAXMAN:

14     Q     Okay.  When you joined Ripple as COO, did

15     Ripple have a plan or a strategy on how to use or

16     distribute its XRP?

17     A     When I joined, I did not know.

18     Q     At any point did you come to learn whether

19     Ripple had a strategy for its XRP?

20     A     Yes.  I probably am -- I mean, sometimes the

21     early stage of a company, calling something a strategy

22     might be generous.  I think Ripple has had the view for a

23     long time, since really inception, that we will have an

24     Internet of value and that having a highly efficient, as

25     measured by speed, as measured by cost, having a highly

82

1      efficient digital asset underlying that Internet of value

2      is important.

3          Q    My question is specifically whether the company

4      had a plan on how to distribute its XRP holdings, and if

5      they did, at what point in time and what was that plan?

6          A    I don't -- I think my testimony was that I

7      don't know that Ripple, like many companies, had -- many

8      starts-ups, has a clear strategy and a clear plan and

9      instead those -- you know, that is a journey.  I think my

10     testimony was I think the strategy from the beginning of

11     the company was in order to enable an Internet of value,

12     you would need the underpinnings from a highly-efficient,

13     measured-by-speeding-cost digital asset, and XRP is,

14     particularly compared to other digital assets, much more

15     efficient.

16              So in that context, that was the strategy of

17     how do we think about XRP, how do we make it very liquid,

18     how do we make it very trusted.

19         Q    What do you mean by make it very liquid?

20         A    In the trading of XRP against other currencies,

21     whether they be fiat or digital.

22         Q    Did the company set to monetize its XRP

23     holdings?

24         A    I'm sorry, I missed part of the question.

25         Q    Did Ripple set out to monetize its XRP

83

1    holdings?

2             MR. SOLOMON:  Can you -- I'm sorry, did they

3    set out at the beginning?  When he joined?  At some point

4    later?  I think if you could unpack that just a bit for

5    him, it would be helpful.

6             Maybe ask him was he aware that there were

7    asset sales -- that there were sales of XRP prior to his

8    joining and what was his awareness of that, which is --

9    and did he come to understand that they had a strategy in

10   terms of XRP sales going forward.

11            I just think it would be helpful to break it

12   down a little bit instead of asking really sweeping

13   question.  Just whether he answers or not, hopefully.

14            MS. WAXMAN:  Appreciate it.

15            BY MS. WAXMAN:

16       Q    I will ask you specific questions about sales

17   but I'm curious to know whether at the outset in 2015 or

18   at any point after the company looked -- and when I say

19   monetize, I meant to make money, to sell XRP into the

20   market.

21       A    When I joined the company in 2015, I was not

22   aware of that.  After joining the company, I became aware

23   that Ripple was selling XRP.

24       Q    And how did you learn that Ripple was selling

25   XRP?

84

1     A    I don't recall specifically but certainly

2   through financial statements, through participation in

3   meetings and just generally getting educated about the

4   company as I was onboarded.

5     Q    And sorry if I asked this but when did you

6   learn that the company was selling XRP?

7     A    I don't recall specifically but shortly after

8   joining.  Certainly in 2015.

9     Q    And you said you learned the company was

10  selling XRP from looking at financial statements?

11    A    I don't recall specifically.  That would have

12  been one example of how I may have learned of that.

13    Q    And at the time that the company was selling

14  XRP, did the company have revenues from any other

15  sources?

16    A    In what time period?

17    Q    At the time that you first learned about those

18  sales.

19    A    I believe, yes.

20    Q    And how much revenue was the company earning

21  from other -- from non-XRP sales?

22    A    I don't recall.

23    Q    At the time that you learned that XRP was

24  selling -- that Ripple was selling XRP, was it your

25  understanding that the company was relying on those

85

1    proceeds to fund its operations?

2        A    No.  The qualifier, I guess I'll proactively

3    offer here, is the company had raised capital as part of

4    a seed round, a series A round, and so the company had

5    money in the bank from a number of resources.

6        Q    At any point while you were at Ripple, did you

7    come to the understanding that it was relying on XRP

8    sales to fund operations?

9        A    Yes.

10       Q    And when was that?

11       A    I think my testimony earlier was I don't recall

12   when exactly but certainly in 2015 or shortly after

13   joining the company.

14       Q    And I just want to make sure I understand and

15   I'll ask a clear question.  When did the company begin to

16   rely on XRP sales to fund its operations?

17       A    Well, I'm not sure we're communicating

18   effectively in that your use of the word rely, I would --

19   what do you mean, rely?

20       Q    Well, could the company operate, pay its bills,

21   if it didn't receive any -- if it didn't sell XRP into

22   the market?

23       A    Yes.

24       Q    And what --

25       A    In which time period would be helpful, but,

86

1   yes, the point being that as many Silicon Valley

2   companies have done, Ripple prior to my arrival and after

3   my arrival had raised venture funding from investors in a

4   seed round and a series A preferred financing and series

5   B preferred financing, and so absent revenue from selling

6   XRP, we would have invested, you know, spent -- we may

7   have spent differently but we would have continued to

8   invest to build products.

9        Q    So this is how I understand it.  I understand

10  it that the company had money coming from private

11  investors.  The company had some revenues from non-XRP

12  products and the company had money from XRP sales.  Is

13  that correct?

14       A    Yes.

15       Q    And how did the money -- my understanding is

16  that revenue from non-XRP products was very small.

17  Earlier you testified it was somewhere, you know, around

18  5 to 10 million for xCurrent and then around 5 million

19  from XRP, is that correct?

20       A    No.  I think I testified that xVia was simply

21  less than 5 to 10 million.  I didn't know how much.

22       Q    Well, in general, how much -- what percentage

23  of Ripple's revenues came from non-XRP products and what

24  percentage of Ripple's revenues came from XRP beginning

25  in 2015?

87

1        A    My recollection from 2015 is that XRP sales

2   would have represented 80 to 90 percent of total revenue.

3        Q    And did that percentage grow over time?

4        A    It would depend on which time period we're

5   discussing but, you know, the number has been around 90,

6   95 percent in the most recent year or two.

7        Q    And how did it happen that the percentage of

8   XRP sales as a proportion of Ripple's revenue grew since

9   2015?

10       A    The amount of XRP grew faster than the other

11  sources of revenue.  The amount of XRP sales grew faster

12  than the other sources of revenue so the percentage grew.

13       Q    How did that -- did you -- did the company sell

14  more XRP in later time periods?

15       A    I don't know the answer to that.  I don't know.

16  But that is a knowable answer.  I just don't know off the

17  top of mind.

18       Q    Is there any document that would refresh your

19  memory?

20       A    Yes.

21       Q    What document?

22       A    A financial statement from any -- 2015, 2016,

23  2017, 2018, 2019.

24       Q    Okay.  So you're not sure what caused the

25  increase in the XRP revenues as a percentage of Ripple's

88

1    total revenues?

2            MR. CERESNEY:  No, I think, Daphna, the

3    confusion here is there are a number of variables

4    involving sales including the price of XRP as well as --

5    confusion in the question and the answer here is I think

6    Mr. Garlinghouse is --

7            THE REPORTER?  I'm sorry.  Could you lean into

8    the microphone?  I'm having difficulty hearing you as

9    well.  I'm sorry.

10           MR. CERESNEY:  Sure.  I was saying that there's

11   a number of dynamics involved in connection with the

12   sales of XRP including the price of XRP as well as the

13   volume that you're selling.  And I think the confusion

14   between some of your questions and answers to Mr.

15   Garlinghouse is he is sort of weighing those different

16   variables in trying to answer your question.  And so

17   maybe if you could phrase the question a little bit more

18   clearly, I think you guys would be on the same page.

19           MS. WAXMAN:  Okay.  Thank you.  I'll try.

20           BY MS. WAXMAN:

21       Q   I understand that XRP's price increased, you

22   know, during the time period from 2015 to 2017 so due to

23   the increase in price, the company's revenues from that,

24   from the sales of XRP would have grown.

25           But independent of that, did XRP sell more XRP

89

```
1    into the market over time?

2              MR. CERESNEY:  When you say more XRP, you mean

3    a higher number, units of XRP?

4              MS. WAXMAN:  Yes.  Yes.

5              THE WITNESS:  And that, as I testified earlier,

6    I don't know.  As Mr. Ceresney has articulated, there's a

7    bunch of inputs that yield the outcome of how many

8    dollars came in. So if the question is did we sell more

9    units of XRP in one year versus another, I would have to

10   look at a financial statement to know the answer to that.

11             BY MS. WAXMAN:

12       Q    Were you involved in the decision to sell XRP?

13       A    In what time period?

14       Q    In any time period.

15       A    Yes.

16       Q    And when were you involved in the decision to

17   sell -- in the decision for Ripple to sell XRP?

18       A    Just to clarify, Ripple was selling XRP prior

19   to my arrival at Ripple.  My decisions -- I was a

20   participant in our posture in the XRP markets, you know,

21   basically since I joined the company, maybe a couple, two

22   or three months after I joined the company through today.

23       Q    So were you involved in the decision to sell

24   XRP into the market from the time you arrived at Ripple?

25       A    Yes.
```

90

1        Q     Okay.

2        A     Or shortly thereafter.  I don't -- as I

3   testified earlier, I don't think when I joined the

4   company, I was aware that Ripple they were selling XRP.

5   After being in the company for a while, I was aware and

6   participated in those discussions.

7        Q     So at some point after you arrived at Ripple,

8   you learned that the company was selling XRP and at some

9   point you were involved in those sales.  And my question,

10  what was your specific involvement?

11       A     My recollection -- and I don't know when

12  exactly this started but we, you know, at some point we

13  had a regular meeting that we called the XRP markets

14  meeting that had a number of different participants in it

15  and I participated in that meeting discussing the state

16  of the XRP markets and Ripple's posture within that as it

17  related to selling XRP.

18       Q     And how often were those meetings?

19       A     At some point they became weekly.

20       Q     Do you recall at what point they became weekly?

21       A     I do not.

22       Q     And who participated in those meetings?

23       A     That list evolves over time.  Certainly myself,

24  Chris Larsen, legal counsel.  Let's see, I think almost

25  always probably the CFO or equivalent if the position may

91

1    not have existed at various points in time.  But those

2    are a handful of the names.

3        Q    Did Chris Larsen participate in those meetings

4    after he stepped down as CEO?

5        A    Yes.

6        Q    Do those meetings still occur today?

7        A    Yes.

8        Q    Does Chris Larsen still participate today?

9        A    On occasion, yes.

10        Q    Does he regularly participate in those

11    meetings?

12        A    I mean, I know it seems like a strange answer

13    but I don't know only because he typically joins by phone

14    and sometimes I don't know if he's on or not.

15        Q    Were there any written materials that you

16    reviewed in connection with those meetings?

17        A    Yes.

18        Q    And what written materials?

19        A    Generally speaking, there was a report sent the

20    night before that would outline kind of an agenda and

21    review the activity in the XRP markets again at large as

22    well as Ripple's participation in them.

23        Q    What was discussed at those meetings?

24        A    Kind of as a general matter there were a lot of

25    meetings, so --

92

1          MR. SOLOMON:  Just the same proviso.  You said

2     there was legal counsel there?

3          THE WITNESS:  Right.

4          MR. SOLOMON:  That's fine if you talk about the

5     nature of the discussions but --

6          THE REPORTER:  I'm sorry, I can't hear you, Mr.

7     Solomon.

8          MR. SOLOMON:  I'm very sorry.  He had mentioned

9     that there was legal counsel involved in these meetings.

10    It's fine to talk about the subject matter of the

11    meetings and general discussion topics of the meetings.

12    I just wanted to caution him that to the extent he

13    remembers getting legal advice during those meetings,

14    just stay away from that topic.

15         THE WITNESS:  I think at the most macro level,

16    there were, you know, simplistically three general agenda

17    items: One, what's going on in the crypto markets at

18    large, what activity we're seeing in the crypto markets,

19    what are the drivers in the crypto markets at large; two,

20    within that context, what's going on with XRP; and three,

21    what is Ripple's posture in terms of selling XRP, how

22    much had been sold, things like that.

23         BY MS. WAXMAN:

24    Q    You said what was going on in terms of XRP.

25    Are you talking about XRP's price or volume in the

1    market?

2        A    Yes, both, and others.

3        Q    What others?

4        A    We might discuss what other companies are doing

5    things in the XRP market, what success they may or may

6    not be having but certainly the volume -- I mean, to the

7    extent our goal, as I mentioned earlier, was to drive

8    liquidity, trust and utility of XRP, we would have

9    thought about all three of those in various ways.

10        Q    Were there any decisions made at that meeting?

11        A    Yes.

12        Q    What decisions were made?

13        A    I mean, there have been hundreds of those

14    meetings in my five and a half years, and so I would

15    hesitate to try to answer that thoroughly.

16        Q    During that meeting, did the company make

17    decisions regarding its selling posture?

18        A    Yes.

19        Q    Who made those decisions?

20        A    There typically would be a recommendation from

21    someone on the team and then, at the end of the day, I

22    would imagine typically we would move forward with that

23    recommendation.  But I suppose at the end of the day,

24    when Chris was CEO, it would have been ultimately his

25    decision and when I became CEO, it ultimately became my

94

1    decision.

2         Q    And what recommendations were provided during

3    the meeting with respect to Ripple's selling posture of

4    XRP?

5         A    I mean, as I mentioned earlier, there literally

6    have been hundreds of those meetings, so if you could

7    maybe more narrowly -- I don't know, literally hundreds

8    of decisions that may have been made and so I don't know

9    how to answer that.

10        Q    During those meetings, did you ever discuss

11   whether to increase Ripple's -- the amount of XRP that

12   Ripple sold into the market?

13        A    Yes.

14        Q    And why would Ripple increase the amount of XRP

15   that it sold into the market?

16        A    To the extent that our goal was to be a non --

17   we wanted to not impact the market and we would

18   definitely have evaluated, to the extent, you know, do we

19   think there is an impact from Ripple in the market, and

20   that might be an input into our posture.

21        Q    When you say impact the market, what are you

22   talking about?

23        A    I'm talking about the XRP market.

24        Q    Are you talking about XRP's price in the

25   market?

95

1          A    I'm talking about the price activity, volume

2     activity.  We wanted to be -- and as you're probably

3     aware, you know, 99.X percent of all XRP trading doesn't

4     involve Ripple and we wanted to make sure that our

5     participation in the market was constructive and not

6     harmful to the market.

7          Q    What do you mean by constructive and not

8     harmful to the market?

9          A    Additive to liquidity and not impacting the

10    price.

11         Q    When you say not impacting the price, are you

12    talking about causing a price decrease?

13         A    Or increase.

14         Q    Or increase.  Why did you not want to impact

15    the price either up or down?

16         A    I think we have always viewed that having a

17    healthy XRP market is important to our ability to build

18    the products we want to build, to have efficient markets.

19    So we did not want to be a -- we did not want to be -- we

20    don't want to be in a position where we're impacting the

21    market.

22         Q    Did Ripple have an interest in seeing the

23    higher XRP price?

24         A    Ripple's goal has been to drive liquidity in

25    the market and solving customer problems.  Does -- I

96

1    mean, and I've said to the SEC previously, I won't shy

2    away from the fact that Ripple owns a lot of XRP and as

3    capitalists, we benefit if the price of XRP goes up.

4         Q    And how does Ripple benefit?

5         A    We own a lot of XRP.  If the price goes up, the

6    value of the assets we own goes up.

7         Q    So Ripple's valuation to its shareholders is

8    increased?

9         A    Well, there's a lot of inputs that impact the

10   valuation to shareholders, but I -- well, I don't know

11   that I can say authoritatively that what you said is

12   true, that -- it would be one of many inputs.

13        Q    If the price of XRP increased and Ripple sold

14   that XRP into the market, could it get more money from

15   its XRP holdings?

16        A    Yes.

17        Q    So is that one benefit of the price going up?

18        A    Yes.

19             By the way, this moment of pause, at some point

20   I need to have a bio break.

21        Q    Okay.

22             MR. SOLOMON:  How much longer did you want to

23   go before lunch?  Did you want to go until about 12:30

24   or --

25             MS. WAXMAN:  That works for me.  Does that work

97

1    for everybody else?

2            THE WITNESS:  If we're going to 12:30, I

3    probably need to take a two-minute break.

4            MR. SOLOMON:  Absolutely.

5            THE WITNESS:  I can go a couple more minutes.

6            MR. SOLOMON:  But did you want to continue for

7    another half an hour before we take the lunch break?

8            MS. WAXMAN:  I would like to if that's okay.

9    So can we take a two-minute break and let him use the

10   rest room and then go back on the record?

11           MR. SOLOMON:  Absolutely.

12           MS. WAXMAN:  Okay.

13           THE WITNESS:  We'll be right back.

14           MS. WAXMAN:  We're off the record at 11:54.

15           (A brief recess was taken.)

16           MS. WAXMAN:  We're back on the record at 12:00

17   p.m.

18           BY MS. WAXMAN:

19       Q   Mr. Garlinghouse, while we were off the record,

20   did you have any substantive conversations with the SEC

21   staff?

22       A   No.

23           MS. WAXMAN:  Counsel, will you please confirm?

24           MR. SOLOMON:  Confirmed.

25           BY MS. WAXMAN:

98

1          Q    I wanted to ask you a little bit about xRapid,

2     what is now known as on-demand liquidity.  I may use

3     these terms interchangeably if that's okay with you.

4          A    Yes, that's fine.  Thank you.

5          Q    And what is xRapid?

6          A    XRapid is a product we, Ripple, brought to

7     market to mitigate the need for financial institutions to

8     pre-fund in a destination currency yet still make

9     payments in real time to those other countries or

10    currencies.

11         Q    When did Ripple start to develop xRapid?

12         A    A little bit like xCurrent, it has been, in one

13    way or another, you know, part of a vision of what we can

14    do to solve payment problems from, frankly, I think,

15    before I was there.  Productizing it was much later and,

16    you know, really probably not actually productized in the

17    market until 2018, I think.

18         Q    Does October/late 2018 sound right?

19         A    Yeah, although I think perhaps we had beta or

20    kind of what we would call alpha or beta tests or

21    customers prior to that, but that sounds right.

22         Q    When did Ripple start to pilot xRapid?

23         A    My pause is only confusion.  I think that's

24    what we were just -- well, I thought I was just answering

25    that question.  Maybe I'm -- when I talk about an alpha

99

```
1    or beta, I'm talking about pilots.  So sometime in 2018
2    would have been when we first started to pilot that.
3         Q    And when was xRapid deployed for commercial
4    use?
5         A    I don't recall exactly but not long after that
6    time period.
7         Q    Was it six months?
8         A    I would guess -- well, if we measure October as
9    the starting point, I would guess it was less than six
10   months.
11        Q    Well, I'll another question.  How long -- how
12   many months was Ripple piloting xRapid?
13        A    I don't recall.
14        Q    Can you walk me through an ODL transaction?
15        A    Sure.  Well, to -- where would you like me to
16   start?
17        Q    From the beginning.  That's always a good
18   place.
19        A    I guess the reason I'm asking, I mean, you
20   know, there is the technical, like here is how an ODL
21   transaction persists versus how we sell to a customer.
22   If we start with how we sell to a customer and then the
23   customer onboards, or do we start with the customer
24   exists, you're holding a dollar and you're getting a peso
25   out of that?
```

100

1        Q      Why don't you start at the very beginning.  I'm

2   not really interested in, you know, the onboarding of

3   customers. I want to understand what your understanding

4   is of the mechanics of an ODL transaction.

5        A      Okay.  Perfect.  Thank you.

6             So if you are holding a dollar, United States

7   dollar, and you would like to transfer that into a

8   Mexican peso, you would sell the dollar on an exchange

9   such as Bitstamp, you would use the dollar to buy an

10  equivalent units of XRP.  You would then be holding XRP.

11  You would then move the XRP across the XRP Ledger to, in

12  this case, Bitso in Mexico.  You would sell the XRP and

13  buy a corresponding number of units of Mexican pesos.

14            By doing those series of steps, you've gone

15  from holding good liquid funds of dollars to good liquid

16  funds of Mexican pesos in a financial institution, a

17  regulated financial institution in Mexico, which then can

18  be moved intra Mexico.

19       Q      By using xRapid, does the customer avoid

20  having, you know, the specific exchanges on the sending

21  exchange and the receiving end, receiving exchange?

22       A      I'm sorry, could you ask the question again?  I

23  didn't --

24       Q      You said there is an exchange -- my

25  understanding is that there is a sending exchange and a

101

1    receiving exchange involved in an ODL transaction.  Is

2    that correct?

3         A    That's correct.

4         Q    Is that your understanding as well?

5         A    Unless you were doing XRP origination, which we

6    do today, that answer is correct.

7         Q    Let me take a step back.  The customer that

8    uses XRP or ODL, what are the costs that are borne by the

9    customer as part of their -- you know, as part of using

10   XRP in connection with xRapid?

11        A    I don't know that I can answer that precisely

12   in that which costs are absorbed by Ripple and which

13   costs are absorbed by a customer isn't -- even that isn't

14   a static thing, so --

15        Q    That's not my question.  The question is, what

16   costs are involved in an ODL transaction?

17        A    Sorry.  Well, you would have the costs

18   associated with funding in a USD account at for, example,

19   Bitstamp.  You would have the exchange costs of Bitstamp

20   going from USD to XRP.  You know, arguably you would have

21   very, very de minimis costs of moving the XRP, and then

22   you would have the costs associated with -- at the

23   terminating exchange, I can't remember your choice of

24   words but at an endpoint exchange of converting the XRP

25   back to fiat, in this case, Mexican peso.

102

1       Q     So there are costs at both exchanges.  Are

2  there any other costs?

3       A     Not that I'm aware.

4       Q     And how is the xRapid rate determined for

5  customers who are using xRapid for cross-border payments?

6             MR. SOLOMON:  What do you mean by xRapid rate?

7             BY MS. WAXMAN:

8       Q     My understanding is that when someone uses

9  xRapid, there is a rate that they're quoted for the

10  transaction.  How is that quoted rate determined?

11      A     The quoted rate is looking at the exchange

12  price between XRP and USD, and XRP and Mexican peso, so

13  that you have a clearing price to go dollar-peso.

14      Q     And is the quoted rate the rate that is

15  provided?

16      A     To my knowledge, yes.

17      Q     Is the quoted rate the same as the executed

18  rate?

19      A     I don't know.

20      Q     Do you know what I'm talking about when I talk

21  about the executed rate?

22      A     I'm assuming you mean the rate that -- as a

23  customer says, I want to send this money, here's a quoted

24  rate and then there's -- okay, the transaction has now

25  completed, there is an executed rate.  That is my

1    assumption of what you mean by that.

2         Q    Right.  So my understanding is a customer at

3    the initiation of a transaction, there is a quoted rate

4    and then the transaction takes three seconds and then

5    there is an actual executed rate.

6         A    Yes.  It would typically take longer than three

7    seconds.  The part on -- moving across the XRP Ledger

8    would take three to four seconds, but you also have the

9    time it takes to do trades on both ends of the exchange

10   which cumulatively would add up to more than three or

11   four seconds.

12        Q    And how is the executed rate determined?

13        A    By adding up the -- just doing the math between

14   here is the actual -- you might have had a -- okay, here

15   is the rate.  The executed rate is just the reality of

16   here is how much it costs to move those funds from point

17   A to point B.

18        Q    And is there ever a difference between the

19   quoted rate and the executed rate?

20        A    I expect, yes.

21        Q    And how often is there a difference between the

22   quoted and executed rate?

23        A    I don't know.

24        Q    What causes the difference between the quoted

25   and the executed rate?

1      A     I suspect fluctuations in the price of or the

2  exchange rate between dollar and XRP and dollar and peso.

3      Q     Does Ripple guarantee the quoted rate for the

4  customer?

5      A     In some cases, I believe, yes.

6      Q     Why do you say in some cases?  What does it

7  depend on?

8      A     A contract.

9      Q     Does Ripple provide -- guarantee the quoted

10  rate for some of its customers?

11      A     To my knowledge, yes.

12      Q     Does it provide a guarantee for all of its

13  customers?

14      A     I don't believe so.

15      Q     Why does Ripple provide that guarantee to its

16  customers?  Granted, I understand it's not all of its

17  customers but some of its customers.

18      A     I'm not sure if it's all of its customers, just

19  to clarify, but why do we do that?  Well, we want to see

20  market adoption and to help customers -- to help mitigate

21  risk for the early participation in this product.

22  Reducing potential barriers to adoption helps customers

23  get enthusiastic about getting involved.

24      Q     How does the -- what is the value proposition

25  for banks and payment providers and other financial

105

1    institutions to use XRP in connection with xRapid?

2         A     The value proposition to financial -- the

3    primary value proposition to financial institutions to

4    use on-demand liquidity, formerly xRapid, is to reduce

5    the need to pre-fund in many, many jurisdictions or many,

6    many currencies around the world and allowing that

7    working capital to not be sitting idle in what are

8    generally referred to as nostro/vostro accounts.

9         Q     Are there any cost savings from using XRP in

10   connection with xRapid?

11        A     Yes.

12        Q     What cost savings?

13             MR. CERESNEY:  Do you mean cost savings from

14   using XRP and xRapid or cost savings from xRapid versus

15   other means?

16             BY MS. WAXMAN:

17        Q     What are the cost savings associated with using

18   XRP as part of the xRapid transaction?

19        A     So maybe just to clarify so we're all on the

20   same page, XRP is in every xRapid or on-demand liquidity

21   transaction.

22        Q     That's my understanding as well.

23        A     Okay.  I guess what I'm not following in your

24   question, I think what I heard you ask is what are the

25   cost savings of using XRP in an xRapid transaction.

1      Q     I mean, since every xRapid transaction involves

2   using XRP, I guess the question is what are the cost

3   savings associated with using xRapid?

4      A     Right.  Okay.  Got it.

5         MR. CERESNEY:  I just want to make sure we're

6   on the same page again.

7         THE WITNESS:  So I think my testimony then is

8   the primary cost savings associated -- in my judgment,

9   the primary cost savings, the primary benefit of

10  financial institutions using xRapid, now known as

11  on-demand liquidity, is mitigating the need to pre-fund

12  and use working capital and to park that capital in many

13  currencies around the world and have that as dormant or

14  idle working capital.

15        BY MS. WAXMAN:

16     Q     Are there any other cost savings from using

17  xRapid other than savings associated with pre-funding?

18     A     Yes.

19     Q     What are they?

20     A     It depends on what currency corridors we're

21  talking about because that would impact the efficiency.

22  For example, we don't prioritize dollar/yen as a currency

23  corridor.  The efficiency in the traditional markets

24  between dollar and yen are pretty good.  By contrast, if

25  you were to pick a less liquid, you know, somewhat -- not

1    totally randomly but somewhat randomly choosing

2    Australian dollar to Philippine peso, that is a less

3    liquid corridor and less efficient corridor, and so the

4    cost savings of using a product like xRapid might be more

5    significant relative to traditional rails.  Rails --

6    traditional steps.

7            As you may know, if you -- today we go from

8    Australian dollar to Philippine peso, you're probably

9    going Australian dollar to U.S. dollar to Philippine

10   peso.  There's more steps involved.  You have more

11   exchange rates involved. There's more fees involved and

12   less efficiency of that corridor is not as good as

13   dollar/yen, to compare it to my earlier contrast.

14           That's a very long-winded way of saying to

15   answer your question depends a lot on which currency pair

16   we're talking about.

17       Q    For some currencies, is it more -- do you have

18   cost -- is it more cost-effective to use xRapid than

19   traditional rails?

20       A    That is my understanding, yes.

21       Q    And are those cost savings related to

22   pre-funding?

23       A    One of the cost savings from xRapid is

24   mitigating the need to pre-fund.

25       Q    And are there cost savings related to FX costs?

108

1      A     Depending upon the corridor, yes.

2      Q     And which corridors provide cost savings?

3      A     I don't have that information at the top of my

4   head.

5      Q     Has Ripple ever quantified the cost savings

6   from using xRapid?

7      A     Yes, Ripple has done analyses associated with

8   the cost savings of using xRapid.

9      Q     And what analyses has Ripple done to quantify

10  the cost savings?

11     A     We have -- I mean, maybe I -- if you could

12  clarify the question only that I can't regurgitate the

13  reports top of mind.

14     Q     How much did Ripple say that customers could

15  save from using xRapid?

16     A     I don't recall exactly what we have said in

17  that regard, but I know that we have published reports

18  with customers and customers have commented about their

19  savings.

20     Q     Has Ripple ever publicly claimed that xRapid

21  saves customers 40 to 70 percent in costs?

22     A     I don't know.  I think that is possible, yes,

23  although I'm not sure that that's something that Ripple

24  claimed but I think it's something that a customer has

25  claimed.

1      Q    Have you ever claimed that xRapid saves

2    customers 40 to 70 percent in costs?

3      A    I don't recall.

4      Q    You said that Ripple has done some analysis

5    related to the amount of cost savings.  Who at Ripple has

6    done this analysis?

7      A    I don't know that there is a single name behind

8    that but certainly a number of groups would be involved

9    in that ranging from marketing, I would imagine sales

10   might have some input in that and finance to make sure

11   that we're -- there is a data team.  I don't know that

12   there is one person, but understanding the efficacy of

13   the product with our customers is obviously important so

14   you have a number of different groups involved.

15     Q    And when do people start -- during what time

16   period did people at Ripple do that analysis?

17     A    Contemporaneously with the launch of those

18   products, of the xRapid product.

19     Q    Did you review the results of that analysis at

20   any point in time?

21     A    I don't recall, but I would imagine I did.

22     Q    And what were the results of the analysis?

23     A    I don't recall.

24     Q    Did the analysis include that xRapid saves

25   customers money?

110

1          A    I believe so.

2          Q    Did it provide a quantifiable amount of cost

3     savings?

4          A    I believe so.

5          Q    And what was that amount?

6          A    I don't know.

7          Q    Was it in the range of 40 to 70 percent?

8          A    I don't recall.

9          Q    And the analysis that was provided, was that

10    written or oral?

11         A    I would imagine that it was written.

12         Q    And was that analysis discussed with other

13    people at Ripple?

14         A    I don't recall.

15         Q    Did that analysis take into account payments

16    that Ripple provided customers in connection with their

17    use of xRapid?

18         A    I don't know.

19         Q    Does Ripple charge any fees for its xRapid

20    product?

21              MR. CERESNEY:  You mean for the actual

22    transactions or do you mean like the software product?

23              BY MS. WAXMAN:

24         Q    I'll ask a different question.

25              Does Ripple receive any revenues from the

111

1    xRapid product?

2        A    I believe that typically in onboarding an

3    xRapid customer, we might have some small onboarding, you

4    know, fees of getting people launched, but relatively de

5    minimis.

6        Q    How does Ripple make money from the xRapid

7    product?

8        A    Well, I mean, as you were just asking, to the

9    extent we are charging fees for integration or what have

10   you, there would be some de minimis amount of revenue

11   there.  Ultimately we think about the value creation of

12   xRapid as driving the liquidity in the XRP markets.

13       Q    I'm not sure I understand your answer.  How

14   does Ripple make money from xRapid, if at all?

15       A    We make de minimis amounts of money from xRapid

16   directly.

17       Q    Does Ripple benefit from xRapid indirectly?

18       A    I don't know.

19       Q    Other than xRapid, does Ripple promote any

20   other product that uses XRP?

21       A    No.  I mean -- no.

22       Q    Is it your testimony that you don't know what

23   other benefits the company gets from its xRapid product?

24           MR. CERESNEY:  Are you talking about current

25   benefits as opposed to future?

112

1          BY MS. WAXMAN:

2     Q    At any time.

3     A    Yes, that is my testimony.

4     Q    Does xRapid -- does use of xRapid increase

5  demand for XRP?

6     A    Not to which I'm aware, no.

7     Q    Why not?

8     A    If you go back to the discussion we had about

9  the mechanics of how an XRP -- an ODL transaction happens

10  through XRP, you're creating demand and supply kind of in

11  lockstep. And so in some manners, it's neutral to supply

12  and demand.

13     Q    Are you talking about on a per-transaction

14  basis?

15     A    Yes.

16     Q    I'm talking overall, was there an understanding

17  that increasing ODL volume would increase demand for XRP?

18     A    No.

19     Q    Did anyone at Ripple understand that an

20  increase in ODL volume would cause an increase in XRP

21  demand?

22     A    Not of which I'm aware.

23          MR. SOLOMON:  Daphna, we're getting close to

24  12:30. I don't know whether this is a good stopping point

25  or --

113

```
1              MS. WAXMAN:  Just a few more minutes.

2              BY MS. WAXMAN:

3         Q    Why did Ripple promote xRapid?  You said it

4    received de minimis revenues from the product itself, but

5    I don't understand why the company would continue to sell

6    and promote the product?

7         A    As I testified earlier, one of the overarching

8    goals for Ripple has been to drive liquidity and trust

9    and utility of XRP.  In this case, xRapid, now known as

10   On-Demand Liquidity, certainly drives the liquidity of

11   XRP and increases liquidity of XRP between Mexican peso

12   and XRP and dollar and XRP, as described.

13             It's my belief that the more we are successful

14   over a long arc of time in driving liquidity of XRP, the

15   better that is in driving value across the XRP ecosystem.

16        Q    When you talk about value, what do you mean?

17        A    Value comes in various shapes and sizes.  You

18   know, the value is in the savings to a customer.  You

19   know, there is value to a xRapid or On-Demand Liquidity

20   customer not needing to pre-fund.  There is -- so, I

21   mean, the holistic view of what derives value.

22        Q    When you talk about value, are you referring to

23   XRP's price in the market?

24        A    That is one factor of what -- price is one

25   measure of value.
```

114

1          Q     What role do market makers play in connection

2    with xRapid?

3          A     One important element of xRapid as we've talked

4    about is liquidity and -- sorry, xRapid or On-Demand

5    Liquidity.  One important aspect is liquidity and to the

6    extent we are trying to send payments through On-Demand

7    Liquidity into another currency using XRP where there

8    isn't liquidity, then we have a problem in solving that

9    customer problem.  We would be challenged to solve that

10   customer problem.

11              Of course the more liquid that currency pair

12   is, the tighter the spread and the tighter the spread,

13   the more efficiency in the pricing to a customer, quote

14   versus execution.  So Ripple has partnered with market

15   makers in a number of different currencies to help make

16   sure as we bring customers on, to make sure that those

17   markets are as liquid as possible and the pricing is as

18   efficient as possible.

19         Q     Do the market makers provide services to

20   tighten spreads?

21         A     That's said very well.

22         Q     And are they tightening spreads on receive

23   exchanges?

24         A     Yes.

25         Q     And did Ripple enter into agreements with

115

1    market makers in connection with these services?

2         A    In connection with which services, On-Demand

3    Liquidity?

4         Q    Yes.

5         A    Yes.

6         Q    And were you involved in negotiating or

7    approving those agreements?

8         A    Was I involved in negotiating those agreements?

9    No. Was I involved in approving those agreements?  Yes.

10        Q    And what were the terms of those agreements?

11        A    I don't know.

12        Q    Did they involve a flat fee for services?

13        A    Some do, yes.

14        Q    Do some involve variable fees?

15        A    Yes.

16        Q    And what are those variable fees?

17        A    I don't know top of mind.

18        Q    Do the market makers stand ready to purchase

19    XRP in exchange for a fiat on receiving exchanges?

20        A    Yes.

21        Q    Is that one of the services that you contract

22    with them for?

23        A    Yes.

24        Q    Is there sufficient liquidity on ODL receive

25    exchanges absent, you know, the presence of market

116

1   makers?

2        A    Depends on which corridor we're talking about,

3   which currency pair we're talking about, but to my

4   knowledge, the most consequential one of those is Mexican

5   peso and no is the answer.

6        Q    So what would happen if market makers were not

7   engaging in these services?

8        A    You wouldn't have the liquidity in the exchange

9   to complete customer -- ODL customer transactions.

10       Q    So xRapid would not function properly?

11       A    Correct.

12       Q    The transaction could not be completed because

13  there would be no person who would be willing to buy XRP

14  in exchange for the local fiat currency?

15       A    Actually, I would not say that.  What you would

16  probably have is very wide spreads, and you would

17  actually reduce the efficiencies of these markets.  And,

18  you know, your question I think was you would have no

19  buyer -- I think what you would find is you would have a

20  buyer at some price but it would actually decrease the

21  efficiency of the market to not have market makers there.

22       Q    Would that result in more costs for Ripple in

23  connection with the xRapid product?  So earlier we talked

24  about the fact that Ripple pays guarantees for certain

25  rates. So would the lack of market makers, you know, make

117

1   the xRapid product more costly for Ripple?

2        A    What it would probably mean is we would just

3   dramatically slow the growth and usage of the products

4   such that the volume was commensurate with the available

5   liquidity. So that would dramatically constrain our

6   ability to grow until liquidity grew more naturally.

7             Liquidity is growing naturally in these

8   markets. The demand for On-Demand Liquidity is growing

9   faster than that and in some cases, as I think we've said

10  publicly and certainly you're aware of, we have actually

11  throttled the demand for On-Demand Liquidity because

12  liquidity in markets is not ready to handle that level of

13  volume.

14       Q    Do you know what I mean when I talk about order

15  flow imbalance?

16       A    Conceptually, yes.

17       Q    Is there an order flow imbalance with XRP ODL

18  order flow?

19       A    I don't know.

20       Q    Is the order flow one-sided?  In other words,

21  are there more people sending money to Mexico than back,

22  you know, than people sending money from Mexico to the

23  United States?

24       A    Is the question whether there is a remittance

25  order flow imbalance between dollar and peso?

118

1       Q     Yes.

2       A     Yes.

3       Q     Does that create any issues for the xRapid

4    product?

5       A     No, not really.

6       Q     Why not?

7       A     What we care about with xRapid product, is

8    there liquidity between Mexican peso and XRP and maybe --

9    in this case, dollar and XRP.

10            MR. SOLOMON:  Daphna, sorry, I'm just going to

11   interject again.  Are you sort of winding up?

12   Otherwise -- I don't have to go too long on an empty

13   stomach without a break.

14            MS. WAXMAN:  No problem.  I have a couple more

15   questions about market makers and then we can take a

16   break.

17            MR. SOLOMON:  Thank you.

18            BY MS. WAXMAN:

19      Q     Did Ripple provide fiat loans to market makers?

20      A     Yes.

21      Q     What was the purpose of the fiat loans?

22      A     To provide working capital -- well, I mean,

23   maybe -- I don't know exactly.

24      Q     Do you have a general understanding of the

25   purpose of the loan?

119

1      A    To provide working capital for them to have

2  liquidity in a market.

3      Q    How does the market maker use the loan?

4      A    I don't know exactly.

5      Q    Is the market maker using the loan to purchase

6  local fiat currency which they could subsequently sell

7  for XRP on the receive end of an ODL transaction?

8      A    I expect, yes.

9      Q    And where does the market maker get the local

10  fiat?

11      A    I don't know.

12      Q    Does it use traditional rails to exchange --

13      A    I --

14      Q    -- to get the local fiat?

15      A    I don't know how they're sourcing the local

16  fiat.

17      Q    Do they use traditional brokers to exchange, to

18  get the local fiat that they're going to sell in exchange

19  for XRP?

20      A    I don't know.

21      Q    Does Ripple loan market makers XRP?

22      A    Yes.

23      Q    And why does it loan XRP to market makers?

24      A    To provide -- I mean, not -- dissimilar than

25  why -- we would provide loans in fiat, provide balance

1    sheet capabilities for market makers to provide liquidity

2    between XRP and fiat currency pairs.

3        Q    Do you have a more specific understanding of

4    the purpose of the XRP loans?

5        A    No.

6        Q    How much does the xRapid product cost Ripple

7    overall?

8        A    I don't know.

9        Q    We spoke about costs related to market makers.

10    We spoke about what costs does it incur related to

11    customers.  We spoke about guarantees, but does Ripple

12    incur any other costs related to xRapid in relation to

13    customers?

14        A    Yes.

15        Q    What costs?

16        A    We employ numerous people that build, support,

17    and otherwise enable On-Demand Liquidity to function, as

18    one example.

19        Q    Sorry.  I'll be more specific.  What does

20    Ripple pay to customers to use xRapid?

21        A    Oh, are you asking about xRapid -- sorry,

22    On-Demand Liquidity incentives?

23        Q    I understand that that's one of the payments or

24    one of the costs associated with xRapid.  Are there other

25    costs other than incentives?

1           A    Well, there's market maker costs.  You know,

2    there's -- you know, I'm trying to think.  There is

3    certainly incentive costs, market maker costs.  I think

4    I'm forgetting what other costs are built into our

5    analysis of how we look at that, but I think that gives

6    you a pretty good picture.

7           Q    Does Ripple provide rebates or guarantees to

8    customers?

9           A    I would lump that into the incentive picture.

10          Q    But are those distinct, the rebates and the

11   incentives?  Are those different payments?

12          A    I guess I maybe just simplistically think about

13   them as, to the extent it's a rebate or incentive, it's a

14   payment to a customer and so I think about them in the

15   same bucket.

16          Q    And are those payments meant to subsidize

17   customers' costs?

18               MR. SOLOMON:  Hey, Daphna, it seems that we've

19   moved off market makers at this point.  I really think it

20   is time we take a break.

21               MS. WAXMAN:  I just want him to answer this

22   question.

23               THE WITNESS:  Go ahead.  Please repeat the

24   question.

25               BY MS. WAXMAN:

1       Q   Are the payments to customers meant to

2  subsidize their costs?

3       A   The payments to customers are meant to

4  incentivize activity on the network, activity -- I think

5  any time you're starting a network, you're trying to have

6  a flywheel start moving and, as I described earlier, the

7  more liquidity going into a market, the tighter the

8  spreads you're going to see exist.

9       Before there is any liquidity, you need to

10  jumpstart that flywheel.  And so, as is the case with

11  many other payment network types of players, Ripple has

12  used incentives to get that flywheel started.

13      Q   Do the incentives play any role in connection

14  with -- play any role in subsidizing costs?

15      A   I mean, I think yes.

16      Q   How?

17      A   Incentives -- well, incentives by definition is

18  an offset to a cost.  And to the extent you're giving

19  someone money -- I guess I'm not -- I certainly don't

20  want to be argumentative.  I'm not tracking the question

21  exactly.

22      MS. WAXMAN:  That's fine.

23      It's 12:44.  Why don't we take a lunch break.

24      Matt, is 45 minutes okay?

25      MR. SOLOMON:  Yes, that would be just fine.

123

1              MS. WAXMAN:  We'll come back at 1:30.  We're

2        off the record.  Thank you.

3              (Whereupon, at 12:44 p.m., a luncheon recess

4        was taken.)

5                   A F T E R N O O N   S E S S I O N

6              MS. WAXMAN:  It's 1:33.  We're back on the

7        record.

8              BY MS. WAXMAN:

9         Q    Mr. Garlinghouse, while we were off the record,

10       did you have any conversations with the SEC staff?

11        A    No.

12             MS. WAXMAN:  Counsel, will you please confirm?

13             MR. CERESNEY:  Yes, we can confirm.

14             MS. WAXMAN:  Counsel, did you want to make a

15       statement on the record?

16             MR. SOLOMON:  Yeah, just a point of

17       clarification. It's not for me to make a statement, Mr.

18       Garlinghouse will.

19             But there were a series of questions and one

20       about confusion between XRP and Ripple, and you asked Mr.

21       Garlinghouse a series of questions over a time about that

22       confusion and I think it might be helpful to you if he

23       just gives you an answer specifying the different time

24       periods, because I think that was left quite ambiguous.

25             And the second thing was because, again, there

1    were very broad questions and he was giving sort of a

2    very general answer was with respect to the ODL product,

3    you were asking about that product's profitability now,

4    and I think that obviously he has a different view of

5    what the profitability may be down the line and I think

6    it would be useful for you to hear just a complete

7    narrative on that so you have a full and accurate answer.

8              So I would like to just give him an opportunity

9    to address those things.  And obviously if you have

10   follow-up questions following that, you should ask him.

11             Go ahead.

12             THE WITNESS:  So I'll do those in reverse

13   order.

14             The way I was interpreting the set of questions

15   about ODL, I think you were asking, well, how do we

16   charge, how does anybody go about creating value around

17   that.  I suppose one of the -- depending on your

18   perspective -- blessings and curses of being in Silicon

19   Valley is you're always thinking about where the world is

20   going and willing to forgo short-term benefit for

21   long-term value creation.

22             When I think about ODL, I don't spend as much

23   time thinking about, hey, how much are we charging on a

24   per customer basis today.  As we discussed, it's de

25   minimis.  What I think about is if we are successful in

1   driving potentially trillions of dollars in cross-border

2   flows through ODL, how we price and how we take advantage

3   of that as a company in years 5 through 10 through 15 I

4   think are very hard to predict and, you know, I think

5   part of the journey of being an entrepreneur in Silicon

6   Valley is letting the journey go.  And if you're in a

7   position of strength, then you're able to monetize that

8   in the future.

9           The best example maybe I can point to, for

10  many, many years Google had zero monetization engine but

11  was the best search engine out there, and obviously it

12  became the de facto search engine of the Internet.  And

13  then they started to monetize that and obviously the rest

14  of the story I don't think I really need to tell.

15          I'll pause on that one and then go to the other

16  I think potential point of confusion.

17          MR. SOLOMON:  Do you have any follow-up

18  questions on that, Ms. Waxman?

19          MS. WAXMAN:  I do not.

20          THE WITNESS:  The second thing I think is worth

21  clarifying because I think maybe I created confusion, I

22  do think without a doubt there has been, historically, an

23  immense amount of confusion between what is Ripple and

24  what is XRP.  I think that has gotten dramatically better

25  over time because Ripple has sought to clarify that

126

1    consistently over a long period of time.  I think it was

2    three -- I used the example of CoinMarketCap and I think

3    it was over three years ago that we were successful in

4    getting them to switch, and they, as an important

5    indicator, have helped clarify that over time.  And I

6    think we're in a much better place today about the

7    understanding of what is Ripple and what is XRP than

8    where we were, you know, five years ago when I joined the

9    company.

10            BY MS. WAXMAN:

11       Q    Okay.  Thank you very much.  I don't have any

12   follow-up questions.

13       A    Okay.

14       Q    Did Western Union pilot xRapid?

15       A    Yes.

16       Q    And when did they pilot xRapid?

17       A    I would guess around two years ago.  By the

18   way, I also, just as a small -- as we talked about

19   earlier how we define pilot versus a beta versus a test,

20   I think are all a little bit amorphous, but for --

21   Western Union definitely did a test of an early version

22   of the xRapid product.

23       Q    Did you get any feedback from Western Union in

24   connection with their test?

25       A    The only feedback I'm aware of is what I read

127

1  publicly.  The CEO of Western Union I believe is on

2  record saying that they -- the usage of what we now call

3  ODL was -- there were not cost savings and it matched

4  their existing -- you know, it was equal to their

5  existing Treasury efficiency.

6       Q    Did you ever learn from anyone from within the

7  company about feedback from Western Union?

8       A    From within Western Union or from within

9  Ripple?

10      Q    Either.  You said that you had heard -- you

11 knew about public feedback that Western Union had made

12 about the pilot.  But my question is, did you hear -- did

13 you have any other -- did you hear about any feedback

14 from Western Union from inside Ripple or directly from

15 Western Union?

16      A    No, I'm not aware that I received any -- I

17 don't recall receiving any feedback.  I think the

18 internal commentary based upon Hikmet, the CEO of Western

19 Union's public, statements, was actually one that felt

20 like, okay, if a beta product of On-Demand Liquidity had

21 matched the Treasury efficiency that they had developed

22 over decades, we actually felt like that was a huge win

23 that he would say we had, you know, that matched what

24 they were already doing so they didn't see -- you know, I

25 viewed that as a very positive statement for us.

128

1      Q    So was it your understanding that they didn't

2  incur any cost savings because the xRapid product matched

3  their already existing efficiencies?

4      A    That's my understanding.

5      Q    Not because using the product was more

6  expensive?

7      A    I'm not sure I'm --

8      Q    Strike that.

9      A    All right.

10     Q    What is MoneyGram?

11     A    MoneyGram is a publicly traded remittance

12 company that competes with, amongst others, Western

13 Union.

14     Q    And what is MoneyGram's relationship to Ripple?

15 Or what is Ripple's relationship to MoneyGram?

16     A    Ripple is an investor in the company.  We are a

17 partner with them in context of On-Demand Liquidity.  I

18 believe we have a board observer seat at the company.

19 Those are a handful of dynamics of the relationship.

20     Q    When did Ripple become an investor in

21 MoneyGram?

22     A    I believe the deal closed in June of last year.

23     Q    Did you have any involvement in that deal, and

24 what was your involvement?

25     A    Yes, I had involvement and I was certainly

129

1   actively involved in getting the deal kind of moving in

2   the macro construct and, during that course, throughout

3   the, you know, a point of contact with the CEO of

4   MoneyGram.

5        Q    Did you negotiate the actual terms of the

6   investment?

7        A    I would say I negotiated the macro construct of

8   the terms but not the actual terms that resulted in the

9   agreement that was ultimately consummated between the

10  companies.

11       Q    Did you approve the final terms of the deal, of

12  the investment?

13       A    Yes.

14       Q    You said that MoneyGram is an ODL partner.  Did

15  Ripple enter into a commercial agreement with MoneyGram

16  to use ODL?

17       A    Yes, I believe so.

18       Q    And did you have any involvement in either

19  negotiating that agreement or approving that agreement?

20       A    Well, I would suspect as -- you know, that

21  partnership -- I mean, I don't know that I called it a

22  partner of ODL or a customer of ODL.  My recollection is

23  that we entered into those deals contemporaneously and I

24  would imagine that they were approved together.

25       Q    When you entered into the deals

130

1    contemporaneously, were they contingent on one another?

2         A    I don't -- I mean, I interpret that question as

3    kind of a legal question of contingency and I don't know

4    the answer.

5         Q    Would Ripple have invested in MoneyGram if it

6    didn't agree to enter into the commercial agreement?

7         A    Probably not.

8         Q    And why not?

9         A    Ripple is not an investment entity.  You know,

10   we're not a Berkshire Hathaway.  And so we think about

11   leveraging our balance sheet in a way to benefit trust,

12   liquidity and utility across XRP.

13        Q    So why was the commercial agreement an

14   important part of the deal with MoneyGram?

15        A    I think, you know, by the time we signed

16   MoneyGram, we had a number of other customers, commercial

17   customers, not test customers, using ODL, but it was also

18   still very much early days.  Having a scaled customer

19   allows us to go to an exchange like Bitso, market makers,

20   and say, hey, we know that we're going to have

21   significant volume and we can start -- I described

22   earlier, you know, part of that entrepreneurial journey

23   is getting the flywheel moving.  And by getting MoneyGram

24   flows, we could actually go to the various participants

25   and know that this isn't hypothetical.  This is real.

131

1       Q    So was it -- in your opinion, did the

2   partnership with MoneyGram and MoneyGram's use of ODL

3   provide evidence of actual use and demand for the xRapid

4   product?

5       A    I think it was certainly evidence of use

6   because they are using it, and I think they've had over a

7   billion dollars of flows.  I suppose -- well, I think it

8   certainly is demonstrative of use.  And as we have scaled

9   it, we certainly have learned in terms of how to scale it

10  efficiently and a way that reduces the incentives over

11  time to frankly all the participants, whether it be

12  MoneyGram or market makers.

13      Q    You said you could take the information that

14  MoneyGram was using ODL and take that back to exchanges.

15  Was this information that was also relevant to XRP

16  holders or XRP purchasers?

17      A    I don't know.

18      Q    Did you publicly comment on Ripple's

19  relationship with MoneyGram, the investment and/or the

20  agreement to use ODL?

21      A    Yes.

22      Q    And why did you comment on it publicly?

23      A    Well, by announcing a named partner like

24  MoneyGram, as you already know, Western Union kind of

25  picks up their ears and says, oh, we should be talking to

1    them.  You know, getting other customers in the Americas

2    signed up, you know, we want to talk about the momentum

3    we have in getting customer usage and demonstrate that

4    the ability to use some of these capabilities are not --

5    have gone beyond just experiments but to enabling real

6    flows.

7        Q    Did you want to create momentum by XRP holders

8    or momentum for people who were looking to buy XRP on the

9    secondary market?

10       A    No.

11       Q    Why not?

12       A    That wasn't my goal.  I don't think we see the

13   relationship between what's going on with ODL and XRP at

14   those two things -- you're asking me to correlate two

15   things I don't see as correlated.

16       Q    Did you think there was a relationship between

17   an increase in ODL use and fluctuations in XRP's price?

18       A    Did I think there is a relationship between

19   fluctuations in XRP and ODL usage, is that the question?

20       Q    I'll ask another question.

21            Did you think that increased demand for xRapid

22   would increase the demand for XRP?

23       A    No.  As we discussed earlier today, that

24   increased demand for XR -- or the usage of ODL is neutral

25   in terms of demand for XRP.

133

1      Q     Right.  We discussed that that's on a

2  per-transaction basis.  But in general, did you

3  understand or did anyone or did you believe that an

4  increase in demand for xRapid would increase the demand

5  for XRP and therefore --

6      A     No.

7      Q     What were the terms of the commercial agreement

8  with MoneyGram, generally?

9      A     Yeah, I mean, we -- I mean, it's been a while.

10  Let's see.  I think we invested I think a total of $50

11  million in two tranches or roughly 20 percent of the

12  company in equity and warrants and got a I think board

13  observer seat and like -- there is no -- and a structure

14  of incentives for usage of ODL that scales based upon

15  volume.

16      Q     When you say the incentives scaled based upon

17  volume, was the incentive structure structured to

18  incentivize more volume up front?

19            When I say up front, I'm talking about at the

20  beginning of the relationship.

21      A     I don't know.  Our general thesis with

22  incentives is to have some incentive to get live quickly

23  and to get things moving as quickly as possible and then

24  to have a declining scale of incentives as volumes grow.

25      Q     And why did you set up the incentive structure

134

1   like that?

2        A    Our goal is typically to get people live as

3   quickly as possible and to get some volume as quickly as

4   possible.  As volumes grow, the flywheel is now moving,

5   and so it allows us to start reduce incentives and

6   ultimately, our expectation is eliminate incentives.

7        Q    Prior to signing on MoneyGram, how much volume

8   was going through xRapid?

9        A    I don't know.

10       Q    What impact did the partnership with MoneyGram

11  have on ODL volume?

12       A    It had a significant increase in ODL volumes.

13       Q    Do you know what percentage MGI's ODL volume is

14  of the total ODL volume?

15       A    I do not.

16       Q    Is it more than 50 percent?

17       A    I think it probably depends on which time

18  period we're talking about.

19       Q    Well, when did MoneyGram begin to use ODL?

20       A    As I mentioned, I believe we signed the deal in

21  June.  I think they went live in August or September.

22  And, you know, material volumes I think started to ramp

23  in late Q4.

24       Q    At the time that MoneyGram's volume peaked,

25  what percentage of ODL volume was MoneyGram transactions?

135

```
 1        A    Certainly it was more than 50 percent.

 2        Q    Was it close to 95 percent or above?

 3        A    I don't know.  I also would point out it

 4   depends how you measure these things, are by notional

 5   value or by number of transactions.  Did they use it for

 6   corporate treasury flows or other customers use it for

 7   lower remittances, and so we think primarily about number

 8   of transactions, not necessarily notional volume.

 9        Q    Under both measures, what was -- how did the

10   volume that MoneyGram contributed compare to the volume

11   from other ODL customers in the aggregate?

12        A    I'm certain that MoneyGram was the majority.

13        Q    I want to ask you to locate the UPS package and

14   if you wouldn't mind, opening it up on camera for me.

15   There should be two binders.  They're both in sealed

16   envelopes.  One is for counsel and one is for you to take

17   a look at.

18        A    There has to be a simple way to open these.

19   Here. Oh, there it is.  This feels like A New Deal.

20        Q    There is no money in there, I promise you that.

21             MR. CERESNEY:  It's just gold.

22             THE WITNESS:  XRP.

23             BY MS. WAXMAN:

24        Q    A lot of private keys.

25             MR. CERESNEY:  Yeah.  Is it a web or go?
```

136

```
 1              BY MS. WAXMAN:

 2       Q    It's certainly suspenseful, isn't it?

 3             Do you have two envelopes, one for Matt, one

 4  for yourself?

 5       A    Just one large envelope so far.

 6       Q    Okay.  Well, then there are probably two

 7  binders in there.

 8       A    Yeah, there are.

 9             MR. CERESNEY:  Are you going to share this on

10  the screen as well?

11             MS. WAXMAN:  I can, sure.  It's a pretty -- you

12  know, the documents are long but I can.

13             MR. CERESNEY:  Why don't you just share the

14  relevant page.

15             MS. WAXMAN:  Okay.  I will once I introduce it

16  on the record.

17             MR. CERESNEY:  That's fine.

18                       (SEC Exhibit No. 134 was marked for

19                        identification.)

20             BY MS. WAXMAN:

21       Q    So I would like you to take a look at Exhibit

22  134. It's a long document.  And I'll direct you to the

23  pages that I'm most interested in and then I'm going to

24  ask you some questions about it.

25             I would like you to take a look at pages 1
```

137

1   through 24, and there are page numbers at the top of the

2   document but there is also page numbers down in the

3   middle.  So I'm talking about the page numbers at the top

4   right.

5        A    Okay.

6        Q    Take a look at pages 1 through 24 and

7   specifically page 3 through 7, and then if you skip over,

8   page 15 through 24.  And take as much time as you need.

9        A    Just so I understand the -- I didn't quite

10  follow which pages.  So page 3 through 7 and 15 through

11  24 is where I should read?

12       Q    Yes.  Those are the pages I'm going to ask you

13  questions on.

14       A    Okay.

15       Q    This is a -- there is some technical

16  information in here, some accounting information.  I'm

17  not going to ask you any technical accounting questions,

18  so any part of that document you can just stipulate over.

19       A    Okay.  I will start reading here.

20       Q    Okay.  And I'll share it on the screen for

21  anyone who wants to read it.

22            MR. CERESNEY:  Thank you.

23            MS. WAXMAN:  If you need me to scroll down --

24  for the people who are reading on the screen, if you need

25  me to scroll, let me know.

138

```
 1              MR. CERESNEY:  If you could go to the next

 2   page.

 3              MS. WAXMAN:  I'm sorry, did you ask me to

 4   scroll down?

 5              MR. CERESNEY:  Yes, please, the next page.  And

 6   now to page 3, which is the next page you're asking

 7   about.

 8              If you can go to the next page.  Go to the next

 9   page.  And if you can go to the next page.

10              MS. WAXMAN:  Do you want me to scroll?

11              MR. CERESNEY:  Yeah, that would be great.

12              BY MS. WAXMAN:

13       Q    Mr. Garlinghouse, let me know when you're done.

14       A    I'm done with the section through -- I'm now

15   reading the sections 15 through 24.

16       Q    Okay.

17       A    As you pointed out, there are some accounting

18   mumbo jumbo.  I -- I think you were okay with me skipping

19   some of that?

20       Q    Yeah.  I don't intend to ask you any questions

21   about the accounting reference in the document.  I

22   really -- I'm going to ask you some questions about pages

23   20 through 24 and then pages 15.

24              MR. CERESNEY:  If you can go to page 15 on the

25   screen, that would be good.  If you can go down, that's
```

139

1    great.

2              MS. WAXMAN:  I don't intend to ask about the

3    bottom.

4              MR. CERESNEY:  25, I guess, the next page?

5              MS. WAXMAN:  Sure.

6              MR. CERESNEY:  Great.

7              MS. WAXMAN:  Do you want it bigger or smaller?

8              MR. CERESNEY:  It's fine.  Yeah, great.

9              THE WITNESS:  I think I have a pretty good

10   review. I might ask to re-review based upon the questions

11   but I think I'm ready.

12             MS. WAXMAN:  Okay.

13             MR. SOLOMON:  Just, before you get started, I

14   just wanted the record to reflect that the complete

15   document is about 68 pages long.  He's taken now maybe 10

16   minutes to review the portions of the document you've

17   asked him to focus on but he has not had an opportunity

18   to review the other 58 or so pages of this document.

19             MS. WAXMAN:  Okay.  I'll just state for the

20   record pages 25 through 68 reference the Ripple master

21   hosted service agreement between Ripple and the company

22   and its various amendments and attachments.  The actual,

23   you know, document itself is 24 pages.  And if it's okay,

24   I'm going to -- would you like me to continue to share my

25   screen or are you okay with copies in the room?

1          MR. CERESNEY:  If you can continue to share the

2     screen, that would be great.

3          MS. WAXMAN:  Okay.

4          BY MS. WAXMAN:

5     Q    So I would like to direct your attention to

6     page 20, the first paragraph.  What does the first

7     paragraph talk about?

8     A    It talks about their costs and how they manage

9     liquidity today.

10    Q    Does it talk about costs incurred by MoneyGram

11    using traditional payments?

12    A    Yes.

13    Q    Traditional payment rails?

14    A    Yes.

15    Q    And is this your understanding based on

16    conversations that you've had about MoneyGram or with

17    MoneyGram of the costs that they incur using traditional

18    payment rails?

19    A    It is incomplete, but yes.

20    Q    What's missing from that?

21    A    The cost of capital.

22    Q    And do you know what the cost of capital is for

23    MoneyGram?

24    A    I do not.

25    Q    But you think that's an additional cost that

141

1    they bear/incur?

2         A    For certain.

3         Q    The second paragraph talks about fees that

4    MoneyGram incurs in connection with their use of the ODL

5    platform.  Is that your understanding?

6         A    Yes.

7         Q    And the fees that are identified, is this your

8    understanding of the fees that MoneyGram incurs in

9    connection with its use of ODL?

10        A    It is my understanding how they have

11   articulated those costs, yes.

12        Q    And is that accurate, those costs?

13        A    I don't know.

14        Q    Do you have any reason to believe that the

15   description of the fees that they incurred is inaccurate?

16        A    I don't have any reason to believe that, no.  I

17   mean, as I commented, you know, if you look at any

18   snapshot in time, it can tell an incomplete story and so

19   what these look like today versus fees look like in two

20   years, I'm thinking more about where the world's going in

21   X years than I am where we are right now.

22        Q    Okay.  But my -- today -- this document is from

23   November 22nd, 2019 and it bears the Bates stamp numbers

24   Moneygram_SEC_2 through 69.  But today, is this an

25   accurate description of MoneyGram's fees?

142

1      A    I have no reason to not believe it's an

2  accurate description as of the date it was written.  Not

3  today.

4      Q    And so what are the category of fees that they

5  outline in the document?

6      A    They outline third-party exchange fees, they

7  outline spread -- they don't call it spreads but they

8  outline spreads. That's what I think the second paragraph

9  on page 20 is, referring to those two fees.

10      Q    And the third paragraph talks about the

11  commercial agreement between Ripple and MoneyGram and

12  payments that MoneyGram is to receive under the contract.

13          Is this description consistent with your

14  understanding of the terms of the commercial agreement

15  with MoneyGram?

16      A    I have no reason to not believe that it's

17  consistent.

18      Q    The fourth paragraph talks about additional

19  fees due to MoneyGram under -- from Ripple under the

20  contract.  It references 110 million in transaction fees.

21          Was this number subsequently reduced at any

22  time?

23      A    I am not sure.

24      Q    The amounts due to MoneyGram under the

25  commercial agreement, does Ripple disclose any of that

143

1    anywhere?

2        A    To whom?

3        Q    Does Ripple publicly disclose the terms of the

4    agreement or any of the payments that it makes to

5    MoneyGram in connection with the commercial agreement?

6        A    As a private company, no.

7        Q    Is there any reason why it doesn't disclose

8    this information?

9            MR. SOLOMON:  Don't answer the question if

10   answering it would reveal any advice you've gotten on the

11   subject from your attorneys.

12           THE WITNESS:  Sorry, if we could go back to --

13   your question is --

14           BY MS. WAXMAN:

15       Q    It's simply why doesn't Ripple disclose the

16   terms of the agreement with MoneyGram?

17       A    Because we're a private company and certainly

18   we would share that with our board of directors, but

19   with -- there is no requirements to share it publicly.

20   And as we build the business, there are lots of things we

21   do that we are not -- you know, that could be used by our

22   competitors to, at this nascent stage, be disruptive to

23   our growth and our strategy.

24       Q    The very last paragraph, it says that Ripple

25   pays transaction fees and that those fees are paid in

144

1    XRP.  Do you see that?

2        A    Yes.

3        Q    Did Ripple place any restrictions on

4    MoneyGram's sales of the XRP that it provided in

5    connection with the transaction fees?

6        A    I believe so.

7        Q    And are these restrictions similar to those

8    placed on financial institutions who purchase XRP at a

9    discount from Ripple?

10       A    I don't know.

11       Q    What restrictions did Ripple place on

12   MoneyGram's sales of that XRP?

13       A    I don't recall specifically.

14       Q    And what is the purpose of placing restrictions

15   on the sales of XRP by MoneyGram?

16       A    It's our intention to make sure that the impact

17   of Ripple's activities -- and I would call MoneyGram an

18   extension of Ripple's activities by virtue of using XRP

19   as an incentive -- that we don't have an impact on the

20   market.  And so by putting restrictions -- when I say the

21   market, I'm referring to the XRP market.  By putting

22   restrictions on their sales, we're mitigating the risk of

23   unexpected impacts on the market through Ripple or its

24   extended players like MoneyGram.

25       Q    And when you say impact to the market, are you

145

1    talking about impact to price and volume?

2        A    Yes.

3        Q    Can you turn now, on the top of page 21, it

4    says, "The following will illustrate the flow of funds

5    for both the traditional foreign exchange utilizing a

6    commercial bank and using the ODL platform, as well as

7    demonstrate the economics of both transactions.  For

8    illustration purposes, both scenarios will assume foreign

9    exchange rates stay constant."

10           This is page 22.  And this is page 23.  These

11   are the two charts.

12           And my understanding is that the two charts are

13   comparing the costs of the same -- how much it costs to

14   send a thousand dollars using traditional payment rails

15   verse the ODL platform.

16       A    I'm sorry, is there a question?

17       Q    Yes.  Based on these two illustrations, does it

18   cost MoneyGram more to use ODL than using traditional

19   payment rails?

20       A    Based upon these illustrations from MoneyGram

21   dated November of last year, I think it clearly

22   demonstrates that their analysis is it costs more.

23       Q    And how much does it cost to send the payment

24   that they use as an example using traditional rails,

25   according to this document?

146

1        A      $17.25 is what they're showing, I think.

2        Q      And how much does it cost --

3        A      Just in the context of -- sorry.  Go ahead.

4        Q      And how much does it cost to send the same

5     transaction using ODL, according to this document?

6        A      $156.75.

7        Q      If you turn to --

8        A      But if I can clarify one thing, I believe you

9     had stated that it was an analysis to moving $1,000.  my

10    reading of this is it's an analysis moving $22,477.

11       Q      Notional USD, okay.  But it's comparing apples

12    to apples?

13       A      No, it's not.

14       Q      No, it's not?  Are they comparing moving the

15    same amounts using traditional payments and moving the

16    same amount using ODL?

17       A      As I had shared earlier, I believe that any

18    analysis of costs is incomplete without understanding the

19    cost of capital.

20       Q      Do you believe the cost benefits from reducing

21    MGI's costs of capital outweighs the difference between

22    the costs on page 22 and 23?

23       A      I think that over the long haul, I'm very

24    confident in that.  If I were to use a little bit of math

25    from the document you shared with me, it says in the

147

1  document that on any given day, they have $120 million of

2  liquidity parked in accounts around the world.  If you

3  assign for, you know, a corporate of their size, a cost

4  of capital of 10 percent, which seems reasonable --

5  probably theirs is more expensive because they have a lot

6  of debt.  They have a debt problem. You know, that costs

7  them $12 million a year to pre-fund all those accounts.

8  $12 million a year is a lot of money and so you divide

9  that across a lot of transactions and there's a lot of

10  cost savings there.

11      Q    You said that you thought the benefits outweigh

12  the differences over the long haul.  What about in

13  November 2019 and what about now?

14      A    Well, I guess the point I was trying to make is

15  I think this is an analysis that's not comparing apples

16  to apples, and that it is incomplete by not understanding

17  the value proposition of not pre-funding accounts.  I

18  think this is showing their analysis based upon last

19  November.  My point in saying the long haul is that

20  certainly the fees you see represented on page 23, at

21  least as identified in the top right corner of page 23,

22  those are fees as of last November and even since that

23  time, the fees involved have reduced.  And I expect they

24  will continue to reduce, and so when I refer to the long

25  haul, I think about the ongoing dynamic.

148

1          Q       Did Ripple itself do the apples-to-apples

2     comparison comparing costs for -- MoneyGram's costs to

3     use traditional rails as opposed to its costs to use ODL?

4          A       I don't know.

5          Q       Did you publicly talk about ODL's ability to

6     reduce MoneyGram's costs?

7          A       I suspect I did.  That's why you're asking.

8          Q       When you --

9          A       I don't recall specifically is my -- I'm sure I

10    spoke publicly about the MoneyGram deal and I do believe

11    that On-Demand Liquidity has potential to significantly

12    reduce the costs associated with cross-border liquidity

13    management and, by extension, payments.

14         Q       You say the potential.  However, did you tell

15    customers that there were actual cost savings by using

16    xRapid or On-Demand Liquidity and at the time that you

17    made the statement, not in the future?

18         A       I don't recall.

19         Q       It is your understanding now sitting here today

20    that ODL provides cost savings to MGI?

21         A       I don't have that information available to me

22    because I don't have MoneyGram -- for example, I don't

23    have MoneyGram's cost of capital.

24         Q       Is it accurate to say that ODL saves MoneyGram

25    money today?

149

1        A     I don't know.

2        Q     Is it accurate to say that ODL saves MoneyGram

3    money as of November 2019?

4        A     I don't know.

5        Q     Did you say that ODL saved MoneyGram money?

6        A     I don't recall.

7        Q     If you turn to page 24, it talks about the

8    terms of the agreement, the commercial agreement and

9    payments that Ripple makes to MoneyGram and it talks

10   about rebate fees and transaction fees.

11            Would ODL be uneconomical for MoneyGram without

12   the payment of the rebate or transaction fee from Ripple?

13       A     I don't know.

14       Q     Based on this diagram and the information in

15   the document, would ODL be uneconomical absent these

16   payments?

17       A     Well, I mean, if you're just asking me to

18   ascertain the math on page 24, then I'm not going to

19   argue with what is printed on the page.  What I'm

20   pointing out, as I have, is that I don't know who did

21   this analysis and what is included in the analysis and my

22   impression is it doesn't include what I testified to this

23   morning.  The most important cost savings I believe was

24   ODL -- formerly known as xRapid -- is the cost savings

25   associated with liquidity management, which is absent

150

1   from this analysis.  Apparently --

2       Q    So when you're talking about cost savings, are

3   you only -- strike that.

4            When you were referring to cost savings, were

5   you only referring to savings resulting from --

6   associated with pre-funding?

7            MR. SOLOMON:  I'm sorry, when referring to cost

8   savings when?  I apologize if I missed it.  You're saying

9   generically when he was talking about cost savings or are

10  you talking about today?  And I apologize.  I may have

11  just missed it.

12           MS. WAXMAN:  No problem.

13           BY MS. WAXMAN:

14      Q    When you spoke about cost savings in connection

15  with ODL, either cost savings by MoneyGram or in general,

16  were you talking about cost savings related to

17  pre-funding or were you talking about additional cost

18  savings from other means?

19      A    When I testified this morning, I think the

20  primary cost savings I think about when I think about ODL

21  is associated with the benefit of the costs associated

22  with pre-funding.

23      Q    Are there costs associated with FX rates,

24  better FX rates?

25           Are there cost savings associated with better

151

1    FX rates?

2         A    I mean, based on what data?  Based upon what

3    MoneyGram has presented, their analysis, the answer -- I

4    think they are saying no.  Is that the question you're

5    asking?

6         Q    Well, just in general, I was asking the

7    question if there are cost savings from, you know, ODL

8    providing better FX rates.

9         A    I think that potential certainly exists.

10        Q    And were you thinking about that when you

11   referenced cost savings in connection with ODL?  Is that

12   what -- did you factor that in to your analysis?

13        A    Which reference of cost savings are you

14   referring to?

15        Q    Okay.  I'll strike that.  We can take a look at

16   some specific references.

17        A    Okay.

18        Q    I want you to turn to page 15 and point you to

19   the third paragraph where -- if you want to read that for

20   a minute, I have a question when you're done.

21        A    Okay.

22        Q    Did you ever discuss with MoneyGram their

23   understanding of their role under the commercial

24   agreement as a, quote, service provider rather than a

25   customer of ODL?

152

1          A    I have no recollection.

2          Q    What service is MoneyGram providing under the

3    agreement according to this document?

4          A    I mean, I guess you're asking me to interpret

5    the document to opine on what service MoneyGram's

6    providing Ripple?

7          Q    Yes.

8          A    Is that the question?

9               I think the document's arguing that it doesn't.

10   I think that's the accounting position they're taking.

11         Q    I'm not talking about the accounting position.

12   I'm just talking generally, did you --

13         A    That whole section is about an accounting

14   treatment.

15         Q    Did you view MoneyGram as a customer of Ripple?

16         A    I view users of On-Demand Liquidity as

17   customers of Ripple.

18         Q    Did MoneyGram ever tell you that they viewed

19   the relationship differently and that they viewed

20   themselves as a service provider?

21         A    Well, my interpretation is they're seeking

22   certain accounting treatments with the SEC and so they're

23   taking a position in terms of how they're doing that.  I

24   think if you looked at Alex Holmes' comments -- and he

25   has spoken at some of our customer events -- he has

153

1   attended as a customer and has represented as a customer.

2        Q    Are you saying MoneyGram's representation to

3   the SEC, the Office of Chief Accountant, are not

4   accurate?

5             MR. CERESNEY:  You know, I'm not going to let

6   him answer that question, Daphna.

7             BY MS. WAXMAN:

8        Q    Did you discuss with MoneyGram whether they

9   understood it was more expensive for them to use ODL?

10       A    No.

11       Q    Did they ever tell you that it was more

12  expensive for them to use ODL?

13       A    They definitely, during the course of

14  discussions, shared that when they think -- when they

15  don't think about the costs of capital, they weren't

16  clear today that there were savings associated with using

17  ODL.

18       Q    So absent factoring the costs of capital, they

19  told you that -- what did they tell you?

20       A    They're not sure it was cost savings.

21       Q    And when did they tell you that?

22            MR. SOLOMON:  I just want to be careful when

23  talking about what did they tell you, when did they tell

24  you that.  I think you should just make clear if you

25  remember having a conversation, who was it with, or if

154

1   you're just having general recollections, not the crux of

2   the conversation.

3          THE WITNESS:  The one conversation I recall

4   because it -- which I found humorous -- is the

5   conversation with Alex Holmes, the CFO, discussing their

6   costs and Alex Holmes asking the CFO for their costs of

7   sending money into Mexico, and his analysis left out the

8   cost of capital.  I asked the CFO what about the cost of

9   capital.  There was a very long, dramatic pause.  I think

10  he felt awkward because he realized, in fact, yes, there

11  is a cost of capital and it wasn't included in his

12  analysis.

13         BY MS. WAXMAN:

14     Q    If you took out the cost of capital, would ODL

15  be more expensive for MoneyGram?

16     A    Based on MoneyGram's analysis as of last

17  November, I think the answer is yes.

18     Q    And based on what Alex Holmes has stated to you

19  or anyone else at MoneyGram, would you have the same

20  answer?

21     A    I don't have a different answer.  Yes, I

22  guess -- yes.

23     Q    And what about if you do include the cost of

24  capital as part of the analysis.  Is ODL still more

25  expensive for MoneyGram than using traditional payment

155

```
1    rails?

2         A    I don't know.

3         Q    Did Alex Holmes ever say anything to you about

4    that?

5         A    I don't recall.

6         Q    Did you ever discuss that with anyone at

7    Ripple?

8         A    Not that I recall.

9         Q    Now, talking about other customers other than

10   MoneyGram, was it -- did those customers incur cost

11   savings from using ODL?

12        A    If I can just clarify the question, you're

13   asking me to opine on the cost savings of other companies

14   in their analysis?

15        Q    Yes, but not to opine but based on your

16   specific conversations that you've had about the subject.

17        A    I don't recall.

18                        (SEC Exhibit No. 148 was marked for

19                         identification.)

20        Q    I would like you to turn to Exhibit 148 in the

21   binder.

22             MR. SOLOMON:  Before we move on, let me just

23   make sure, do you need a quick break, bathroom or coffee

24   or anything like that?  We're an hour and five minutes

25   in.
```

156

```
 1            THE WITNESS:  Maybe do the next exhibit and
 2   take a break, if that works for Daphna?
 3            MR. SOLOMON:  Assuming it doesn't take as long
 4   as the prior document.
 5            (Laughter.)
 6            MR. SOLOMON:  Daphna, do you expect this
 7   exhibit is going to be quicker or do you think it's going
 8   to be another significant amount of questioning?
 9            MS. WAXMAN:  It's only a four-page document.  I
10   think we can get through it fairly quickly.
11            BY MS. WAXMAN:
12       Q    So just for the record, let me explain Exhibit
13   148 to you.  I'm going to stop sharing my screen.  The
14   first page of Exhibit 148 is a screen shot of a video of
15   an interview that you gave on Bloomberg, and at the very
16   top of the page is the HTML website for the YouTube
17   video, and then the next pages is a transcription of the
18   video.
19       A    Okay.
20       Q    Why don't you take a couple of minutes to look
21   at it and let me know when you're done and I could share
22   it on the screen as well if people want me to do that.
23            MR. CERESNEY:  That would be great.  And what
24   was the date of the interview, Daphna?
25            THE WITNESS:  Looks like --
```

157

1          MS. WAXMAN:  I can't read this.

2          THE WITNESS:  It would have been about June or

3    July last summer.

4          MS. WAXMAN:  I can tell you in a second.  It's

5    on the document.  I just can't -- I'll tell you in a

6    moment.  My eyesight is really poor.  It's from June

7    2019.

8          THE WITNESS:  I think I'm ready.

9          MS. WAXMAN:  Okay.  I just need a moment.

10         BY MS. WAXMAN:

11    Q     On page 3 beginning at line 13, you say, "With

12    MoneyGram, we know out of the gates we can actually make

13    their system much more efficient."

14    A     I think the sentence goes on.  An important

15    context is, "And the key reason is today both Western

16    Union and MoneyGram, they pre-fund accounts around the

17    world."

18    Q     In connection with your comments regarding

19    MoneyGram's cost savings, did you ever disclose any of

20    the payments that Ripple provided under the agreements?

21    A     I think on line 5 below, looks like the answer

22    is somewhat yes based upon I'm talking publicly about the

23    investment we made.

24    Q     Do you disclose the -- when you talk about the

25    investment, are you talking about the $50 million

158

1    investment?

2        A    I believe your question was did Ripple disclose

3    any of the payments made to MoneyGram.  I'm pointing out

4    that in this document there is a payment.

5            Did we disclose the incentive payments that are

6    variable based upon performance?  No.  I don't think we

7    had an obligation to do so as a private company.  And

8    obviously as variable payments, they had not been

9    achieved or earned.

10       Q    At the time of the interview?

11       A    Correct.  At the time of the interview or when

12   the deal was signed, which was roughly the same time.

13       Q    I just want to clarify again, did you ever do

14   an overall analysis to determine whether overall costs

15   were reduced by MoneyGram when taking into account

16   pre-funding costs and the increase in transaction costs

17   on a per-transaction basis?

18       A    I don't know.

19            MR. SOLOMON:  She asked you whether you had

20   ever done it.

21            THE WITNESS:  I did not.

22            BY MS. WAXMAN:

23       Q    Did anyone at Ripple do that?

24       A    I don't know.

25       Q    Do you think your comments present an accurate

1    picture of the benefit that MoneyGram receives by using

2    ODL when you don't mention the enormous cost increase

3    that incurs on a per-transaction basis?

4         A    Which enormous cost increase are you referring

5    to?

6         Q    I'm talking about the difference between using

7    traditional payment rails as opposed to ODL?

8         A    As I testified earlier, I haven't seen that

9    analysis.

10        Q    Well, based on the MoneyGram document.

11        A    My testimony is that the MoneyGram document is

12   not comparing apples to apples and so it's an incomplete

13   analysis. So, no, I guess the answer to your question is

14   no, I have not seen that.

15        Q    You described savings associated with ODL as

16   massive.  Are you talking about savings in connection

17   with pre-funding costs?

18        A    I think my testimony this morning and the

19   transcript you're having me read both have, in my

20   judgment, been clear that I'm primarily -- when I think

21   about savings, I'm primarily thinking about the cost of

22   capital associated with reducing the requirements for

23   nostra/vostra accounts.  That's what the transcript says

24   also.

25        Q    If you take a look at Exhibit --

160

1          MR. SOLOMON:  I think we agreed we would take a

2    short break after this exhibit.  We can make it a very

3    short one or we can make this an afternoon break.  I

4    think we might as well take the afternoon break since

5    we're an hour 15 in, Daphna, if that's okay.

6          MS. WAXMAN:  I just want to finish this topic

7    if that's okay with you.

8          MR. SOLOMON:  Well, you just said you wanted to

9    do one more exhibit and we did that exhibit.  I think

10   Brad should be able to use the rest room and have a

11   little bit of a break now so we would like to take a

12   break now.

13         MS. WAXMAN:  Okay.  I'll give you -- how about

14   10 minutes, does that work?

15         MR. SOLOMON:  Sure.  Absolutely.  Thank you

16   very much and appreciate it.

17         MS. WAXMAN:  No problem.  We're off the record

18   at 2:44.

19              (A brief recess was taken.)

20         MS. WAXMAN:  We're back on the record at 2:54.

21         BY MS. WAXMAN:

22      Q    Mr. Garlinghouse, while we were off the record,

23   did you have any conversations with the staff?

24      A    No, I did not.

25         MS. WAXMAN:  Can counsel please confirm.

161

1              MR. SOLOMON:  We confirm that he did not.

2              And Daphna, just noting for the record it's now

3       2:54 and we've been through two of the more than 100

4       documents that we were supplied earlier today, or

5       recently, and our hope is to move through it quickly and

6       I think we can make ourselves available until at or

7       around 6:00 p.m., but we're hoping that that's fine with

8       Mr. Garlinghouse.  So again, whatever we can do to

9       facilitate that, we hope you will do the same and move

10      with deliberate speed.  Thank you.

11             MS. WAXMAN:  We'll try our best.

12             BY MS. WAXMAN:

13      Q    Mr. Garlinghouse, I just want to make sure I

14      understand your testimony.  When you were talking about

15      cost savings associated with xRapid and ODL, were you

16      only talking about cost savings related to pre-funding

17      costs?

18      A    I'm not familiar with which specific time I may

19      have commented about savings you're referring to so I

20      guess I'll -- if you'll point me to that, I can maybe

21      help provide more clarity there.

22      Q    Sure, I definitely can but in general, when you

23      were talking about costs savings related to xRapid and

24      ODL, were you only talking about cost savings due to

25      reducing pre-funding costs?

162

1        A    So I think my testimony this morning and

2    certainly I would reiterate I think that a -- in the

3    transcript here, it says a key reason.  I think this

4    morning I said a primary reason.  I don't know I would go

5    so far as to say that's the only reason.

6            It is my expectation, as I think I've also said

7    in testimony earlier today, that the costs associated

8    with using ODL will continue to reduce as volumes

9    increase, spreads tighten and the fees associated with

10   these products as they scale continue to reduce.  And

11   that is what we have seen and I think -- my understanding

12   is we've shared that information with the SEC.

13       Q    What information are you talking about that

14   you've shared with the SEC?

15       A    I don't -- I probably -- I don't know exactly

16   what has been shared with the SEC so maybe I should stay

17   out of the legal realm of what has been shared.

18       Q    Sure.  Did anyone at Ripple do an analysis of

19   the overall impact of costs by customers using xRapid?

20           MR. CERESNEY:  I thought we covered this

21   earlier today.

22           MS. WAXMAN:  I just --

23           MR. SOLOMON:  Yeah, I think his response was he

24   didn't know what other customers had --

25           MR. CERESNEY:  Yeah, there was that, but then

163

1    there was also --

2         THE WITNESS:  I'm not aware -- I think the

3    question was whether I had done an analysis and I said I

4    hadn't done an analysis, then there was a question of has

5    Ripple done an analysis.  I said I'm not familiar with

6    that.

7         BY MS. WAXMAN:

8         Q    Did Ripple's customers provide information to

9    Ripple about their costs related to ODL and potential --

10   and actual cost savings?

11        MR. CERESNEY:  Just when you say provide

12   information, I just want to make sure, he's already cited

13   public statements and public statements speak for

14   themselves. So do you mean the actual data, like the --

15        MS. WAXMAN:  Yes, thank you.

16        MR. SOLOMON:  Okay.

17        BY MS. WAXMAN:

18        Q    So I'm talking about actual data that you could

19   verify, independently confirm yourself.

20        A    No, I've taken what the -- verbal statements

21   I've seen from existing customers at face value.  To my

22   knowledge, Ripple has not done any verification or

23   oversight on that analysis.

24        Q    Do you know if anyone else at Ripple received

25   actual hard data about costs incurred by customers and

164

1     actual cost savings from using xRapid?

2         A    Not that I can recall.

3         Q    If total costs from using ODL outweighed the

4     benefits, pre-funding benefits, would this present a

5     massive cost savings?

6         A    I want to make sure I understood the question.

7     If the total costs including the benefits associated with

8     pre-funding outweighed ODL's costs, would that be a

9     massive cost savings?  I'm not sure I captured --

10             MR. CERESNEY:  Can you restate the question,

11    Daphna?

12             MS. WAXMAN:  Sure.

13             BY MS. WAXMAN:

14        Q    If the total costs on a per-transaction basis

15    outweighed the pre-funding benefits, does this still

16    present massive cost savings for customers?

17        A    No.  No, based upon the data today, or based

18    upon the data -- well, actually, I don't even really know

19    the answer to that.  The data presented in this MoneyGram

20    analysis last November, if you use that data, then no.

21             I think your question literally -- you're

22    saying a hypothetical question of if the costs here were

23    outweighed, clearly the answer is no.  It's a

24    hypothetical question which I'm not sure is grounded in

25    reality.

165

1          Q     We can move on.  That's okay.

2                At any point in connection with any of your

3     public remarks regarding xRapid, did you make clear that

4     there were other costs associated with using xRapid other

5     than pre-funding costs?

6                MR. CERESNEY:  Wait.  I think the pre-funding

7     costs are not associated with using xRapid.  Pre-funding

8     costs are what you save by using xRapid.

9                THE WITNESS:  Correct.

10               BY MS. WAXMAN:

11         Q     Okay.  Did you ever talk about transaction

12     costs in connection with xRapid?

13         A     I don't know.

14                        (SEC Exhibit No. 160 was marked for

15                        identification.)

16         Q     Okay.  Why don't you turn to Exhibit 160 in the

17     binder.  Actually --

18               MR. CERESNEY:  Which binder?

19               MS. WAXMAN:  That exhibit is not in the third

20     party binder.

21               MR. CERESNEY:  It's not in this one either.

22               MS. WAXMAN:  All right.  I can show the video

23     and share it on screen.

24               MR. SOLOMON:  Can you identify where it's from

25     before you show it to me?

166

1          MS. WAXMAN:  Sure.  It's an interview of Brad

2     on CNN with Julia Chatterley dated September 12th, 2019.

3     If you give me a second, I will pull it up.

4          BY MS. WAXMAN:

5      Q    Okay.  This is an 11-minute video and I'm only

6     going to show a portion of it.  I'm going to show

7     starting from minute 8:30.

8          (Video was played.)

9          THE WITNESS:  Daphna, just so you know, we

10    can't hear anything.

11         BY MS. WAXMAN:

12     Q    Oh, okay.  Thank you very much.

13         Let's see how I can fix that.  Let's try again.

14         (Video was played.)

15         BY MS. WAXMAN:

16     Q    Can you hear it now?

17         MR. CERESNEY:  No.  She's moving in slow

18    motion.

19         MR. SOLOMON:  I like that tie.

20         THE WITNESS:  I feel like I'm wearing the same

21    tie.

22         MS. WAXMAN:  Can you see the screen now?

23         MR. CERESNEY:  We can see the screen but we're

24    not hearing it.

25         MS. WAXMAN:  I think I figured it out.  No

167

1    problem.

2              Can you hear it now?

3              MR. CERESNEY:  No.  I think it's some sort of

4    speed issue.  Again, she's moving very, very slowly.

5    We're not hearing it.

6              MS. WAXMAN:  I have a transcript.  I'll just

7    show you that.

8              MR. CERESNEY:  Okay.

9              MS. WAXMAN:  Okay.  Can you see the --

10             THE WITNESS:  We see that, yes.

11             BY MS. WAXMAN:

12        Q    So this is, at the very top, the YouTube

13   website where I pulled the video.  This is an image of

14   that page and then if I scroll down, it's marked as

15   Exhibit 160, and then if I scroll down, there is a

16   transcript, and I'm going to direct you to minute 8:30

17   which -- I'm going to direct you to page number 9, line

18   19, starting from there.

19             MR. SOLOMON:  Is there any way you can make it

20   a little bit larger?  I'm sorry.

21             MS. WAXMAN:  No, don't apologize.  It's not an

22   ideal situation.

23             THE WITNESS:  Just a little bit.  I'm in denial

24   about my eyesight.

25             MR. SOLOMON:  Oh, there it goes.

168

```
 1              THE WITNESS:  All right.

 2              BY MS. WAXMAN:

 3       Q    I'll just scroll to the right portion.

 4       A    As I start reading at line 19, where would you

 5  like me to read --

 6       Q    Through page 10, line 19.  It just continues a

 7  little more.

 8       A    Okay.

 9       Q    So you say in the interview that MoneyGram has

10  no sweetheart deal with Ripple.

11       A    That's not how I read it actually.

12       Q    Okay.  How do you read it?

13       A    The question I think being asked is associated

14  with what price is MoneyGram buying XRP as part of the

15  ODL flow. When MoneyGram goes to -- and as the documents

16  you've shared with me show -- at Bitstamp, they're buying

17  XRP at the market.

18              This is, again -- you can't see it on the

19  screen right now but I think if you scroll up to the core

20  question, the core question here is, "What price do you

21  sell XRP to to the financial institutions you're dealing

22  with here?  Do you give them a discount and is there a

23  lockup?"

24              So I'm using MoneyGram -- at what price is

25  MoneyGram buying XRP.  They're buying it at the market.
```

169

1        Q    Correct.  I understand that.  But later on you

2   talk about providing discounts to financial institutions

3   who purchase XRP over the counter, correct?

4        A    I seem to -- yes.

5        Q    And you talk about restrictions that Ripple

6   places on the XRP that is purchased?

7        A    Yes.

8        Q    And earlier didn't we talk about XRPs that

9   Ripple provided to MoneyGram as transaction fees?

10        A    Well, it's my opinion they're conflating two

11   unrelated things.  I'm talking about MoneyGram as a buyer

12   of XRP as part of their flows, as part of ODL, to which

13   they don't get a discount and to which there is no sales

14   restriction.

15        Q    I understand your distinction.

16        A    Okay.

17        Q    Did you ever disclose to the market the

18   incentive payments that you provided to MoneyGram?

19        A    I think I was asked my earlier.  I think my

20   testimony was that, no, as a private company, I don't

21   think we are required to do so when we signed the deal as

22   we're incentive payments based upon performance -- well,

23   even if they weren't, I'm not sure that as a private

24   company we had an obligation to do so.

25        Q    Do you think the statement that MoneyGram has

170

 1    no sweetheart deal with Ripple is a little misleading?

 2         A    That's not my statement.  That's not what the

 3    statement says.

 4         Q    You're saying that when MoneyGram moves -- when

 5    MoneyGram purchases XRPs in the market, it's not

 6    purchasing at a discount?

 7         A    I think what I exactly said is when MoneyGram

 8    is moving money from U.S. dollars to Mexican peso,

 9    they're buying at market.  I believe that's a factual

10    statement.

11                        (SEC Exhibit No. 132 was marked for

12                        identification.)

13         Q    Okay.  I'm going to stop sharing my screen.

14              I just want to quickly move on to Exhibit 132.

15    It's one of the blue documents.

16              MR. CERESNEY:  Can you put it on the screen,

17    Daphna?

18              MS. WAXMAN:  Sure.  And before I do that, I'm

19    going to ask you about the middle email and the email --

20    the email at the top of page 2 and the email on page 1 at

21    the top.

22              BY MS. WAXMAN:

23         Q    Can you see the document?

24         A    Now I can, yes.  Thank you.  Okay.

25         Q    If you look at page 2 in the middle of the

171

1    page -- strike that.

2          Do you recall -- the very bottom of page 2

3    talks about a meeting that you participated in with

4    representatives of Western Union in or around May 2018.

5    Do you recall participating in a meeting with Western

6    Union reps then?

7          A    I do not recall.  It would appear further up in

8    the email that it suggests that maybe I came in for like

9    10 minutes and left.

10         Q    I see that.  In the top of page 2, it talks

11   about feedback that they provided to Ripple in connection

12   with the pilot of xRapid.  Is that your understanding as

13   well of the document?

14         A    Yes, that looks like it.

15         Q    And earlier today you had testified that you

16   understood that Western Union did not incur any cost

17   savings because the product had matched efficiencies that

18   were already in place?

19         A    I believe that was my testimony earlier, yes.

20         Q    Did you ever offer to pay -- in number 2, it

21   talks about -- it says that Western Union and Ripple

22   discussed --

23         A    Where are you reading?  Sorry.

24         Q    Top of page 2, number 2.

25         A    My top page is, "However, we discussed how they

172

1    may provide incentives for us to join XRP."

2         Q    Correct.

3         A    I don't know what that means.

4         Q    Did you ever offer to provide Western Union

5    incentives or offer similar arrangement to Western Union

6    like you offered to MoneyGram?

7         A    I am not aware of any specific proposals in

8    that regard.

9         Q    If you turn to the first page, at the very top,

10   from █████████████ dated May 18th, 2018, it says that

11   they believe the cost savings associated with xRapid is,

12   quote, unquote, bogus.  Then they say, which they now

13   openly acknowledge.

14             Did you or anyone at Ripple admit to Western

15   Union that claims of cost savings from xRapid were bogus?

16        A    I think that this is a characterization that

17   they're choosing to make that, as I testified this

18   morning, the tests which we did during a beta test of the

19   product matched the efficiency of their underlying

20   infrastructure, and they're calling that claims of

21   savings were bogus.  I would also go on to say, as I

22   think we went deep on with MoneyGram, I would assert,

23   without full information because this is a limited

24   snippet, that their analysis does not include their own

25   cost of capital associated with the amount of working

173

1    capital they've parked around the world.

2        Q    I'm going to show you another exhibit on the

3    screen now.

4            MR. SOLOMON:  Just to clarify the record on

5    this exhibit, are you on this email chain anywhere?

6            THE WITNESS:  No.

7            MR. SOLOMON:  Anybody ever show this email

8    chain to you?

9            THE WITNESS:  No.

10           MS. WAXMAN:  This email chain has exhibits

11   WU_Ripple_7414 through 6416.

12           MR. SOLOMON:  Daphna, this document is not in

13   the third party binder?

14           MS. WAXMAN:  Yeah.  And I would play the video

15   for you to make it easier but I just can't because of

16   technical difficulties, but I do have a transcript that I

17   can share on the screen.  And I apologize for the delay.

18           BY MS. WAXMAN:

19       Q    Okay.  Can you see my screen?

20       A    Yes.

21       Q    Okay.  So this is a transcript of an interview

22   that you gave on Business News Network on December 14th,

23   2017, and the transcript begins on page 4, and I want to

24   direct your attention to page 2, line 4 through the end

25   of page 3.

174

1                    (SEC Exhibit No. 158 was marked for

2                    identification.)

3          THE REPORTER:  And this is Exhibit 158?

4          MS. WAXMAN:  Correct.  This is Exhibit 158.

5          BY MS. WAXMAN:

6      Q    And I can scroll down when you're done reading

7   the first part.

8      A    Yep, I'm finished with that first page, or

9   what's on the screen.

10          I'm sorry, can you scroll back up there?  Thank

11   you. Okay, I've read through that.

12      Q    So on page 3, line 4, you say, "I'm long XRP,

13   I'm very, very long XRP as a percentage of my personal,

14   you know, balance sheet."

15          What did you mean by long?

16      A    That I was exposed -- I had economic exposure

17   to the underlying asset XRP and was a long-term believer

18   and holder of the potential appreciation of the asset.

19      Q    So you believed that your XRP holdings would

20   potentially increase in price?

21      A    Yes.

22      Q    Did you view your XRP holdings as an

23   investment?

24      A    You know, I'm going to parse the word

25   investment there in that some people consider holding

175

1    dollars an investment.  Some people consider holding the

2    Japanese yen investment.

3            In that context, I consider my holdings in

4    bitcoin an investment and I consider my holdings of XRP

5    something that I have economic interest in and therefore

6    an investment.

7        Q    Did you ever intend to use the XRP that you

8    owned?

9        A    I -- maybe -- I'm certainly not trying to avoid

10   the question.  I have used the XRP I have owned for

11   various payments.

12       Q    You have used the XRP that you owned for

13   payments?

14       A    That's correct.

15       Q    Can you be more specific?

16       A    I've made a payment -- the most recent payment

17   I've made is to Representative Emmer of Minnesota as part

18   of a campaign contribution.

19       Q    Did you receive anything in exchange for that

20   payment?

21       A    I'm not --

22            MR. CERESNEY:  Something in exchange from

23   Representative Emmer, is that what you're asking?

24            BY MS. WAXMAN:

25       Q    Yeah, you said you used it so -- you said you

176

1    used it to make a payment.  Did you get anything in

2    exchange for that payment?

3          MR. CERESNEY:  I think he said he made a

4    contribution to Representative Emmer using XRP.  I think

5    that's what he said.

6          Are you asking whether Representative Emmer

7    gave anything in return?  Is that the question?

8          MS. WAXMAN:  Yes.

9          THE WITNESS:  No.

10         BY MS. WAXMAN:

11    Q    You state in the video that -- and I want to

12    make sure I showed you the right page.  At the time of

13    the interview, did you think XRP was undervalued?

14    A    I have no recollection of what I was thinking

15    at that time.

16    Q    But you believed that XRP presented a good

17    investment opportunity for yourself?

18    A    I think all I'm really saying here is that I'm

19    long XRP.

20    Q    And when you say I'm long XRP, what does that

21    mean?

22         MR. SOLOMON:  I think you just asked him that

23    question, Daphna.

24         BY MS. WAXMAN:

25    Q    Does that mean that you expect XRP's price to

177

1    go up in value?

2              MR. SOLOMON:  You already asked him that

3    question too.

4              THE WITNESS:  I -- I think I'm standing by my

5    statement that I'm long XRP and I don't know -- I don't

6    recall what I was thinking about.  I was answering the

7    question that was being asked by a reporter.

8                        (SEC Exhibit No. 141 was marked for

9                         identification.)

10             BY MS. WAXMAN:

11   Q    I would like you to take a look at Exhibit 141

12   which is an interview from March 2018.  The first page of

13   the exhibit shows the YouTube address where the video is

14   from. And I'll ask you to take a look at page 15, line 3

15   through page 17, line 4.

16   A    Sorry, start at page 15, line 3?

17   Q    Line 3.

18             MR. CERESNEY:  Can you put it up on the screen?

19             MS. WAXMAN:  Yeah.  It may take -- it's proving

20   a little distracting for me, so I apologize.

21             THE WITNESS:  Where am I to read to?  I

22   apologize.

23             BY MS. WAXMAN:

24   Q    Page 15, line 3 through page 17, line 4.

25   A    Okay.

178

1       Q    In March 2018, at the time of this interview,

2   did you believe -- why did you believe that the XRP

3   Ledger was not centralized?

4       A    I mean, a host of reasons.  The way the XRP

5   Ledger works, there isn't one party that can control the

6   XRP Ledger, as an important measure.  I mean, as I'm

7   quoted here, you know, anybody can run a validator.  If

8   Ripple, the company, goes away, XRP is going to keep

9   trading.  So, I mean -- maybe if you could be more

10  precise in the question, I can do a better job of

11  answering.

12      Q    Well, were there any other reasons that you

13  believed that the XRP Ledger was not centralized other

14  than the factors that you previously mentioned?

15      A    I mean, in many ways, XRP is far more

16  decentralized than Ethereum or Bitcoin which the SEC has

17  deemed to be decentralized.  So I -- I guess I don't know

18  exactly -- when I think about decentralized versus

19  centralized, I think about it in the context of can a

20  small number of actors control the underlying technology.

21  And, you know, as you have seen from proof of work

22  technologies like bitcoin and Ether, and even things like

23  a 51 percent attack, which have happened in Ethereum

24  classic anyway, you know, I think you couldn't do that

25  with the XRP Ledger which I think again is demonstrating

179

1    its decentralization.

2        Q    Is that because there are other non-Ripple

3    validators who are validating transactions on the ledger?

4        A    That would be one reason, yes.  Ripple runs a

5    minority of the validators on the -- a dramatic minority

6    of the validators.

7        Q    And at what point did Ripple -- the number of

8    Ripple validators become a minority?

9        A    Years ago.  I don't know exactly when.

10       Q    Does that predate your involvement with Ripple?

11       A    I don't know the answer to that.  It may.  It

12   also -- just getting to the nuts and bolts -- I think you

13   may have touched on this as part of -- well, I don't know

14   what, when, but I think about how the XRP Ledger works,

15   the key attribute is who in the participants on the

16   network choose to listen.

17            And so it just fundamentally is different than

18   how other blockchains have worked.  And so in order for

19   anyone to control the ledger, it's really dependent upon

20   the exchanges as much as anyone as power centers in terms

21   of what they choose to listen to.

22            And so what I don't really understand are the

23   arguments that XRP Ledger is centralized since there is

24   no actor who can control it.

25       Q    Was there a time when Ripple controlled more

180

1   than 50 percent of the validators on the ledger?

2       A    I honestly don't know the answer to that.  I

3   mean, certainly when the original XRP Ledger was created

4   prior to Ripple being created, then I would imagine, you

5   know, that there were -- I don't know how many validators

6   there were.  I would imagine that Jed McCaleb may have

7   controlled all the validators.  I'm not sure.  I'm not

8   sure during my tenure what percentage of the validators

9   we controlled and when that may have gone below 50

10  percent.

11      Q    If Ripple controlled more than 50 percent of

12  the validators for the XRP Ledger, would you consider it

13  centralized?

14      A    I think that really depends.  The way I think

15  about, you know, China controls more than 50 percent of

16  the bitcoin validators, the equivalent validators through

17  mining.  But again, as I said, the SEC considers that

18  decentralized.

19      Q    If you look at page 16, line 11 through 22, you

20  state that one misconception is that Ripple could be

21  successful but XRP would not be successful.

22           Why is that a misconception?

23      A    Well, I mean, as I articulate here, I as CEO of

24  Ripple, am the most interested party in making sure the

25  XRP ecosystem is successful.  It's hard for me to get my

181

```
 1    head around if Ripple is successful and our goal is to
 2    generate liquidity and trust and utility in XRP, those
 3    two things seem to be in opposition.
 4         Q    Did you believe that XRP's success was related
 5    to Ripple's success?
 6         A    I believed and believe that XRP's liquidity
 7    definitely impacts Ripple's success as evidenced by the
 8    analysis you were showing me with MoneyGram, the world
 9    liquidity at the time of the spreads, et cetera.
10              Does that answer the question?
11         Q    Sure.  Did you believe that Ripple's interests
12    were aligned with XRP's holders' interests?
13         A    I mean, the evidence is that that's not always
14    the case.  You made me aware there were some proposals in
15    the open source technology community of the XRP Ledger to
16    make changes to the XRP Ledger which we actually
17    opposed -- we, Ripple, opposed -- that went through
18    anyway.  So I don't know how to think about -- you know,
19    are in general interests -- I think it would be
20    circumstance-dependent.
21         Q    Why do you emphasize Ripple's XRP holdings?
22         A    I'm not sure I characterize it as emphasis, but
23    I'm making the same point that I think in my testimony --
24    I said earlier today which is I'm not going to shy away
25    from the fact that we own a lot of XRP and by extension,
```

182

1    we are very interested parties in the health and the

2    success of the XRP ecosystem.

3         Q    And why is that?

4         A    Because for our -- well, as one example and as

5    we've talked about, for our product to be successful,

6    particularly ODL, the more liquidity in the marketplace,

7    the more efficient the products are.

8         Q    And if Ripple sold XRP into the market at a

9    higher price, would that benefit the company as well?

10        A    You know, Ripple has been I think very

11   consistent and I think I've been very consistent, and our

12   focus is very much a long-term over, you know, many

13   years.  The short-term gyrations of the price of XRP I

14   honestly don't pay a lot of attention to.  They don't

15   have much bearing on the company. And so -- and by the

16   way, I've said that publicly.

17                       (SEC Exhibit No. 144 was marked for

18                        identification.)

19        Q    I would like you to take a look at Exhibit 144,

20   page 14, line 8 through page 15, line 6.

21             MR. CERESNEY:  Can you identify what it is,

22   Daphna?

23             MS. WAXMAN:  Sure.  It's a YouTube video of a

24   press conference that you gave in Korea in March 2018.

25             THE WITNESS:  Yep, I've got it.

183

```
1              BY MS. WAXMAN:
2         Q    Okay.  At the time that you made the statements
3    that I referenced to you in the transcript, did you
4    believe that XRP's value and price was correlated to
5    Ripple's success and news regarding bank adoption of
6    Ripple's non-XRP products?
7         A    I'm sorry, I may have missed the question.
8         Q    Sorry.  I'll repeat it.  I wasn't aware I was
9    sharing my screen so I wanted -- I have a lot of screens
10   going.
11             At the time that you made the statements, did
12   you believe that XRP's value and price was correlated to
13   Ripple's success and news regarding bank adoption of
14   Ripple's non-XRP products?
15        A    Well, I think my answer now and then would --
16   my answer then was no and my answer -- sorry.  My answer
17   then was no and my answer now is no.
18        Q    Well, on line -- the question at the top on
19   line -- beginning on line 10 says, "Does that imply that
20   the expansion or growth of Ripple Net is not correlated
21   to the value of the price of XRP?  And what is your
22   outlook regarding the price of XRP?"
23        A    I'm sorry, I missed the line 10 where you were
24   reading from.  Sorry.  I was on the wrong page.
25             "Does that imply that the expansion or growth
```

184

1    of Ripple Net is not correlated to the value of the price

2    of XRP?"

3         Q    And then --

4         A    Yeah.

5         Q    And then the question goes -- this is a

6    question posed by someone in the audience.  And then the

7    question continues and says, "And what is your outlook

8    regarding the price of XRP?"

9         A    Yes.

10        Q    And then you continue and you say, "I don't

11   forecast the price of XRP.  What I point out is that

12   Ripple is very, very interested in the success and health

13   of the XRP ecosystem and will continue to invest in the

14   XRP ecosystem."

15             What did you mean, continue to invest?

16        A    Well, I think we've discussed a number of

17   examples today.  MoneyGram, market makers, those would

18   all be examples that would come to mind.

19        Q    Then you go on to say, "On the first part of

20   the question, I actually think they're very correlated."

21             And going back to the question, the question

22   is, "What is the expansion of or growth of Ripple Net

23   correlated to the value of the price of XRP?"

24        A    Yeah, when I read this, what is in my head,

25   oftentimes people have accused Ripple of signing people

185

1    up to Ripple Net or what you've described earlier as

2    xCurrent, and that that is not using XRP and they have

3    accused us of being not as transparent about that.

4            I'm trying to be very transparent about that

5    and I've tried to be clear that I think if we get a

6    customer using xCurrent for messaging, the ability to

7    cross-sell or upsell them to ODL is very much possible.

8    And so if we don't get them on xCurrent, the likelihood

9    they're going to cross-selling them to ODL goes way down.

10           So the correlation, which I think when I

11   answered the question, the correlation I didn't think

12   about now is when people join the Ripple network or

13   Ripple Net, they don't have to use XRP.  Ultimately I

14   think the likelihood is -- and we're actually seeing that

15   play out is that -- we're seeing it play out because at

16   the beginning of Ripple Net, nobody used XRP. Today I

17   think roughly 15 to 20 percent of the transactions across

18   Ripple Net go through ODL.  That's the correlation I'm

19   thinking about.

20           To the extent that usage and growth in ODL is

21   good for the XRP ecosystem, that's good for the XRP

22   ecosystem.

23      Q    You said when Ripple Net started out, nobody

24   used ODL.  When did people start to use ODL?

25      A    I think earlier we talked about that and my

1    recollection is we started testing it in 2018, and I

2    think you refreshed my memory that it went live into

3    production in May October.

4        Q    So to ask the question again, at the time did

5    you believe that XRP's value in price was correlated to

6    Ripple's success and news regarding adoption of non-XRP

7    products?

8        A    I think -- well, I don't know exactly what I

9    thought then.  With the benefit of hindsight, I think we

10   have seen that there is not a correlation between the

11   price of XRP and Ripple activity.

12       Q    Well, then you answer the question and you say,

13   "I think they're very correlated."

14       A    Yeah.  I think what I am referring to when I

15   think they're very correlated is the usage of XRP and the

16   usage of Ripple Net.

17            Where I think there is a conflation in the

18   question, when I -- typically I have gotten questions

19   like this in public formats where people are saying, hey,

20   people are using Ripple Net, xCurrent, but they're not

21   using XRP.  And I'm saying that ultimately over time --

22   because again, at the beginning of Ripple Net, there was

23   no ODL product.  There was no way to use XRP.  Our thesis

24   was in kind of betting about where the future is going to

25   go, is like getting customers using Ripple Net, we have

187

1    the opportunity to upset, cross-sell On-Demand Liquidity

2    because banks and financial institutions don't want to

3    pre-fund accounts.  They don't want to put that working

4    capital out there.

5            And so when I think about the correlation, I

6    think of the correlation of Ripple Net to ODL, not -- a

7    non-ODL-using Ripple Net customer over time, there is

8    going to be a correlation there.  And again, we've

9    already seen that grow to 15 to -- plus percent of

10   activity on Ripple Net now is through ODL.

11       Q    If you look at page 15, line 8 through page 15,

12   line 20, you say, "One last thought of this and the price

13   of XRP, if you will.  I'll share with you something I

14   tell the team internally at Ripple.  I spend very little

15   time thinking about the price of XRP over three days or

16   three weeks or even three months.  I think about if we

17   are successful in building out the product of xCurrent

18   and expanding the number of users around xRapid, the

19   price of XRP will take care of itself over a

20   three-to-five-year period.  We're building something that

21   I think can transform a multitrillion dollar problem

22   around how liquidity is managed.  If we are successful in

23   doing that, I feel very optimistic about the future."

24       A    When I read that, I feel very excited because I

25   think my testimony today reflects the same.

188

1      Q    So again, did you, at the time, believe that

2   Ripple's building out xCurrent xVia would have a positive

3   impact on XRP price at the time of this interview?

4           MR. SOLOMON:  Did you say positive impact on

5   XRP price?

6           BY MS. WAXMAN:

7      Q    Well, it says the price of XRP will take care

8   of itself.  What do you mean by that?

9      A    I believe what I mean is the price of XRP is

10  determined by a multitude of factors and price based upon

11  supply and demand, and it will take care of itself over a

12  long arc of time and I don't think about it in the short

13  term.

14     Q    And did you think of XRP -- when you said in

15  the price would take care of itself over a long period of

16  time, did you think of XRP as a long-term investment?

17     A    I don't know -- I was thinking about it in the

18  context of what is good for Ripple is to have a highly

19  liquid, highly trusted digital asset, highly efficient

20  digital asset in XRP and I think that my comments then

21  and my comments today reflect that.

22     Q    And how many customers went from using xCurrent

23  or xVia to use ODL?

24     A    In order of magnitude, 20.  I mean, I think we

25  publicly announced we've done live protection ODL

189

1  transactions with 25 or 26 customers.  I don't know how

2  many of them kind of went through -- some we sold as both

3  xCurrent and xRapid at the same time and some, you know,

4  went along the journey.

5                         (SEC Exhibit No. 143 was marked for

6                         identification.)

7      Q    I would like you to turn to Exhibit 143 which

8  is a transcript of a CNN interview dated February 17th,

9  2020, and I would like you to take a look at page 13,

10  line 21 through page 14, line 10.

11     A    Sorry, page 13 starting at what line?

12     Q    21.  18.

13     A    And you want to finish where?

14     Q    Line 10, page 14.

15     A    Line 10, page 14?

16     Q    Yes.

17     A    Right.  I'm finished.  All right.

18     Q    Did you compare Ripple to Amazon?

19     A    I think I did.

20     Q    And why did you compare Ripple to Amazon?

21     A    I was making a business strategy comparison.

22  When I first was introduced to Amazon, it was just a

23  bookseller and they competed in the one vertical of

24  selling books.  It wasn't called Amazon.  It was called

25  Amazon Books.  And I think Amazon did a phenomenal job of

1    leveraging its strengths to enter into other vertical

2    markets, and I think in many ways when I think about

3    blockchain technologies, there are a number of other use

4    cases beyond cross-border payments.

5         Ripple has decided to focus on cross-border

6    payments.  Part of our underlying technology around kind

7    of native to our tech stack is the XRP Ledger, which is a

8    very efficient technology and could be used in other

9    vertical use cases.  And in that same comparison, books

10   is to Amazon as cross-border payments is to Ripple.

11        Q    On line 10 -- on line 5 on page 14, you say,

12   "We view ourselves as a blockchain infrastructure

13   company, the first vertical we've done is cross-border

14   payments.  We want to make sure we're winning in

15   cross-border payments before we do another vertical, but

16   we will certainty do other verticals leveraging these

17   technologies."

18        That statement is from February 17th, 2020.

19   Does Ripple still plan to pursue other verticals other

20   than cross-border payments?

21        A    Yes.

22        Q    Which ones?

23        A    I don't know.

24        Q    Has it started to pursue other verticals?

25        A    Not in any meaningful way.  We've done research

191

1    and will continue to evaluate insurance, or people pitch

2    us on all kinds of things, trade finance.  I get emails

3    from people outside.  I get people from inside about

4    other vertical opportunities but we've not made any

5    decisions.

6         Q    I want to turn to -- strike that.

7              Does Ripple have any plans to wind down

8    xCurrent or xVia?

9         A    Well, we don't use those product names anymore

10   but -- so we have already wound down use of those product

11   names but not the capabilities that underlie them.

12        Q    I want you to turn to Exhibit 144, which we

13   looked at earlier, which is a transcript of a press

14   conference that you gave in South Korea in March 2018.

15   And I want to direct you to page 24, line 8 through page

16   25, line 2.

17        A    Yes.

18        Q    You're smiling.  Any reason?

19             MR. CERESNEY:  That would get into privilege.

20             THE WITNESS:  Yes.

21             (Laughter.)

22             BY MS. WAXMAN:

23        Q    Okay.  Fair enough.

24             You state, "I almost never use the expression

25   cryptocurrency.  And the reason is today, these aren't

192

1    currencies."

2            Are you talking about XRP?

3        A    I'm making a broad observation and, you know,

4    we had a discussion early this morning about defining

5    blockchain and, you know, when you can actually say

6    blockchain.  Currencies is another word where, as a

7    nonlawyer, when I think about the word currencies, I

8    think about the consumer use case of being able to spend

9    currency.

10           Now, I can use XRP as a consumer currency.  I

11   gave you an example earlier today of it not benefitting

12   but making a contribution to Congressman Emmer's

13   campaign.  In general, though, I think those who claim

14   and believe that cryptocurrencies are going to replace

15   fiat currencies of G20 markets, I don't buy it.  I think

16   the dollar works really, really well.  I think the pound

17   works well.  I think the yen works, euro, et cetera.

18           Now, for purposes of how Ripple is using XRP as

19   an institutional bridge currency, yeah, it's a currency.

20   I think there is, you know, kind of semantic definitional

21   issues in terms of how I, as a layperson, think about the

22   word currencies and how some in the crypto community

23   think cryptocurrencies are going to evolve.

24       Q    So is it your understanding that the use of XRP

25   and xRapid is -- you know, in that context, XRP is a

193

1    currency?

2        A    Yes, I believe in that context, it would fit a

3    classic definition of a currency.

4        Q    And when do you think XRP -- you know, this

5    statement, you say -- I interpret this to mean that

6    you're saying XRP is not a currency.  So when do you view

7    XRP not as a currency?

8        A    As I was just describing, I think those who

9    consider cryptocurrencies to be solving a consumer use

10   case, in G20 markets, the dollar, the euro, the yen, pick

11   your favorite, but I don't really see what problem a

12   digital asset is solving in that context.  So in the

13   consumer kind of parlance, layperson's use of the word

14   currency, I don't think about any cryptocurrency as a

15   currency.  I think as you have seen the way Ripple is

16   using XRP is unequivocally a bridge currency as we

17   discussed through the ODL flows.

18                          (SEC Exhibit No. 137 was marked for

19                          identification.)

20       Q    I would like you to turn to Exhibit 137 which

21   is a video of an interview you gave on CNBC on January

22   19th, 20 -- the date on the exhibit says January 19th,

23   2020 but I believe the interview is from June 2018.

24       A    Okay.

25       Q    And I would like you to take a look at page 3,

194

1    line 21 through page 5, line 3.

2        A    Okay.

3             Okay.

4        Q    On line 11 and 12 you state, "What we have

5    found is that xRapid is saving them between 40 and 70

6    percent compared to their existing tools for managing and

7    spreading liquidity around." Who are you talking about is

8    saving 40 to 70 percent?

9        A    I believe -- my recollection is that one of our

10   customers, could be ▮▮▮▮▮ has spoken publicly about

11   their savings and referenced that number.

12       Q    So is that in reference to savings that ▮▮▮▮▮▮

13   incurred in connection with xRapid?

14       A    I believe that that is what I'm referencing.

15       Q    Did ▮▮▮▮▮ provide you hard data confirming

16   costs that they incurred in connection with xRapid and

17   cost savings from xRapid?

18       A    Not that I'm aware of.

19       Q    Do you know the basis for your statement?

20       A    My recollection is the basis for my statement

21   is observations that were made by the CFO of ▮▮▮▮▮ at

22   the time.

23       Q    If you move up, it's talking about the previous

24   paragraph.  It says, "We launched xRapid, the product we

25   were just talking about.  We launched that as a beta

195

1    product late Q3, early Q4 of last year.  We announced our

2    first pilot customers on xRapid in late Q4.  We announced

3    six more in Q1."

4           Are you referring to cost savings incurred by

5    customers who highlighted xRapid?  Are you talking about

6    cost savings in the aggregate?  Because you don't mention

7    ███████ in the -- I don't see ███████ referenced in

8    relation to your comment.

9       A    You know, I don't -- this is two-plus years

10   ago.  I don't remember specifically what I'm referring

11   to.  My recollection is that that number, 40 to 70

12   percent is coming from the CFO of one of the customers we

13   had worked with.

14      Q    But it sounds like you're referencing cost

15   savings that customers told you about in connection with

16   pilots.  Is that your understanding or reading of the

17   interview?

18      A    My reading is that we found that xRapid can

19   save a customer money and I'm referencing 40 to 70

20   percent.  Where exactly that came from, I don't recall.

21   My recollection, my loose recollection is that there was

22   a CFO of ███████ who spoke publicly about some of the

23   savings they have seen.

24      Q    Did anyone at Ripple do any analysis in

25   connection with ODL pilot and cost savings?

1        A    I don't know.

2        Q    Does the cost savings you cite include any

3   rebates, guarantees or incentive payments that you've

4   provided to ███████ or any other customer that piloted

5   xRapid?

6        A    I don't know.

7        Q    Did you provide rebates, guarantees or

8   incentive payments to ███████ in connection with the

9   pilot?

10       A    I don't recall.

11       Q    Did ███████ ever sign on to xRapid?

12       A    Yes.

13       Q    As a customer?

14       A    Yes.

15       Q    And does Ripple provide payments in the form of

16   rebates, guarantees or incentives in connection with the

17   contract?

18       A    I don't recall.

19       Q    I would like to show you an exhibit from the --

20            MR. SOLOMON:  I'm sorry to interrupt you.  It's

21   a little after 4 o'clock.  This might be a good time for

22   us to take a break.  It could be another short break,

23   right?

24            MS. WAXMAN:  Okay.  How about 10 minutes?

25            MR. SOLOMON:  Thank you.

197

1            MS. WAXMAN:  We're off the record at 4:03.

2            (A brief recess was taken.)

3            MS. WAXMAN:  We're back on the record at 4:15.

4            BY MS. WAXMAN;

5       Q    Mr. Garlinghouse, while we were off the record,

6   did you have any conversations with the staff?

7       A    I did not.

8            MS. WAXMAN:  Will counsel please confirm?

9            MR. SOLOMON:  Confirmed.

10           MS. WAXMAN:  Thank you.

11           BY MS. WAXMAN:

12      Q    If you go back to Exhibit 137 where we were

13  talking about earlier your comment that xRapid saves

14  customers between 40 and 70 percent, when you said that,

15  are you talking about pre-funding costs?  Are you taking

16  pre-funding costs into consideration?

17      A    I don't recall.

18      Q    Okay.  Take a look at Exhibit 143, page 15,

19  line 16. This is from the CNN interview from 2020.

20           Ms. Chatterly says -- the question is, "What's

21  going on with the price of XRP?  And why did Mike

22  Novogratz weigh in on this and suggest it was going to be

23  another bad year in 2020?"

24           And then you say, "You know, I think the short

25  answer is that Mike doesn't fully follow Ripple very

198

```
 1    closely.  There's a lot of things he wasn't -- he wasn't
 2    aware of some of the stuff we're doing with MoneyGram.  I
 3    think, you know, he -- if he watches this, he'll be
 4    surprised to hear that we had 54 million of ODL flows
 5    last week."
 6              Did you think at the time of this interview
 7    that increases in ODL flow had an impact on XRP's price?
 8         A    I think my impression has been the activity on
 9    ODL, to the extent it's -- to the extent I can, as a
10    layperson, nonmathematically identify any correlations
11    between ODL activity and the price of XRP, it's a
12    negative one.
13         Q    Then why did you refer to Ripple -- MoneyGram's
14    ODL volumes in response to that question about XRP's
15    price and Novogratz' comments that price was going to
16    be -- it was going to be another bad year in 2020?
17         A    I don't know what Mike is exactly referencing.
18    I know that -- I recall someone at Ripple ended up
19    speaking to Mike and what I found surprising is he's a
20    shareholder in the company and was largely unaware that
21    we had even signed a deal with MoneyGram.
22              So, you know, I think in my head, what's going
23    on in that conversation is more than just answering the
24    question being asked.  It's more thinking about Mike
25    Novogratz, who likes to talk and pontificate about all
```

199

1    things crypto and, being a shareholder in Ripple, has

2    amazingly little familiarity about what Ripple is doing.

3         Q    If Mike had known about the deal with

4    MoneyGram, do you think he would have a different

5    perception about the direction of XRP's price?

6         A    I don't know.

7         Q    Well, isn't that what you're suggesting when

8    you answer the question?

9         A    What I'm trying to convey is that when I was

10   asked this question, I -- and this is recent enough that

11   I can actually remember -- is that with Mike Novogratz, I

12   was surprised how little he knew about what was going on

13   with Ripple the company.  I can understand why, the way

14   the question was answered, it might convey that.  I think

15   the relationship that Ripple has with Mr. Novogratz is

16   surprisingly complicated given that he's a shareholder.

17        Q    Why reference anything related to Ripple or ODL

18   in connection with the question if Ripple doesn't have an

19   impact on XRP price?

20        A    Well, I think -- I mean, I feel like I can say

21   with some certainty that, as I look back over the last X

22   years, Ripple's ability -- my ability to predict what has

23   impacted the price of XRP is terrible.  I mean, it seems

24   to me that the price of XRP is largely driven by the

25   whims of the crypto markets, traders and frankly, guys

200

 1   like Mike Novogratz who are not -- you know, he's a

 2   trader, not, quote, unquote, an investor and tends to

 3   look for trades and arbitrage.

 4        Q    I would like to show you an exhibit in the

 5   other binder.

 6        A    Okay.

 7                      (SEC Exhibit No. 224 was marked for

 8                      identification.)

 9        Q    If you give me a second, I'll tell you the

10   number. Just one second.  It's Exhibit 224.

11        A    Okay.  I have it open.

12        Q    Why don't you take a look at it for a minute

13   and let me know when you're done.  Please turn to page 36

14   of the presentation.

15        A    Yep, I have it open.

16        Q    What does the slide convey in your opinion?

17   What is on the slide?

18             MR. SOLOMON:  Daphna, do you mind just asking

19   him if he's seen this, if he's -- just some of the

20   predicate questions?  I'm sorry.

21             MS. WAXMAN:  Sure.  Thank you very much.

22             BY MS. WAXMAN:

23        Q    So what is Exhibit 224?

24        A    It appears to be maybe a quarterly deep dive

25   about three years ago, just shy of three years ago, about

201

1    xRapid. So it's before obviously it was in beta or alpha

2    or anything, so it was just kind of a preview of here's

3    where we are, here's where we're going with the product,

4    is my guess.

5         Q    And have you ever seen this document before?

6         A    I don't recall.

7         Q    Have you ever seen any iterations of this

8    document?

9         A    I don't recall.

10        Q    Do you know who prepared this document?

11        A    I do not, no.  No, I don't know.  No.

12        Q    Well, first of all, if you turn to slide 36,

13   the title of the slide says xRapid payment demand can

14   lead to XRP price appreciation.  And there is a -- kind

15   of a visual showing that -- that kind of shows that's --

16   that lends itself to that statement.

17             Do you know, did people at Ripple believe that

18   increased payment demand, increased ODL volume could lead

19   to XRP price appreciation as evidenced by this slide in

20   Exhibit 224?

21        A    It would appear to me that whomever created

22   this slide thought that could potentially happen as the

23   headline says it can lead to price appreciation.  I don't

24   know who created the slide or what they thought they

25   might have hoped would happen, but the slide, as the

202

1    headline says, seems to suggest that it could or can lead

2    to XRP price appreciation.

3        Q    Was that something that people were thinking

4    about at the time, or believed?

5        A    Well, we certainly think about the value in XRP

6    and price is component, but we think about, as we've said

7    multiple times today, around liquidity as a more

8    important factor because that is -- drives the success

9    and the economic efficacy of ODL.

10       Q    But to answer my question, did people at the

11   time believe XRP -- increase in XRP payment demand would

12   lead to an appreciation in XRP price?

13       A    Well, to be fair, as you're pointing out,

14   someone at Ripple clearly did.  So if your question is

15   did someone at Ripple think that someone created this

16   slide, so I suppose someone thought that might -- that

17   was a hypothesis that existed.

18       Q    Was that a belief shared among authorize than

19   one person at Ripple?

20       A    I don't know.  When I have thought about the

21   success of what is now called ODL, and as we have

22   discussed today, I have thought about liquidity first and

23   foremost as a critical component.

24       Q    In Q4 2017, which is -- I understand the date

25   on the PowerPoint, did you believe that xRapid payment

203

1    demand could lead to XRP price appreciation?

2        A    I don't know what I thought in Q4 2017.

3        Q    Did you have any thoughts about how ODL --

4    increased ODL demand could impact XRP price?

5        A    The only thoughts I have is based upon some of

6    the interviews you have refreshed my recollection with

7    during the course of the day today, which seems to -- the

8    interviews certainly seem to suggest that I thought that

9    I was focused on liquidity of the XRP ecosystem first and

10   foremost.

11       Q    And why was liquidity something that you

12   focused on first and foremost?

13       A    Well, as we discussed in the analysis with

14   MoneyGram, liquidity creates tighter spreads.  Tighter

15   spreads creates a more efficient tool for cross-border

16   payments.

17                      (SEC Exhibit No. 221 was marked for

18                       identification.)

19       Q    I would like you to take a look at Exhibit 221.

20       A    Okay.

21       Q    Just take a moment to look at it, to read it

22   over and let me know when you're done.

23       A    Okay.

24       Q    Do you recognize what's been marked as Exhibit

25   221?

204

1        A    I recognize it in concept, not necessarily

2   specificity.

3        Q    What is Exhibit 221?

4        A    It is a blog post on an internal blog we use

5   at -- I'm sorry, an external log we have at Ripple called

6   Insights that we use to comment publicly on various

7   topics.

8        Q    And it says that Asheesh Birla drafted this.

9   Did you review the materials before it was posted

10  publicly?

11       A    Not to my knowledge.

12       Q    On the second page, third paragraph, it talks

13  about cost savings from -- to financial institutions

14  using xRapid and conclusions that the company had come to

15  regarding cost savings from customers piloting xRapid.

16  And it says, "For payments in the critical remittance

17  corridor between the U.S. and Mexico, financial

18  institutions using xRapid saw savings of 40 to 70 percent

19  compared to what they normally pay foreign exchange

20  brokers."

21            This doesn't reference cost savings related to

22  lack of -- cost savings related to pre-funding or not

23  needing to pre-fund.  Did you understand that the 40 to

24  70 percent figure was related to cost savings on a

25  transaction based from transactions?

1          MR. CERESNEY:  I'm sorry, he didn't write this

2     blog post.  Do you mind just repeating the question that

3     you asked him?  I didn't understand.

4          BY MS. WAXMAN:

5     Q    Sure.  The sentence refers to cost savings and

6     it doesn't reference cost savings from pre-funding.  It

7     seems to say cost savings as compared to -- cost savings

8     from FX fees. Is that your understanding as well?

9     A    As I mentioned, I am not the author nor do I

10    recall reading it.  I can only interpret what -- the same

11    thing that I'm reading it now, maybe for the first time.

12    So I don't have a lot to discern other than what's on the

13    piece of paper.

14                    (SEC Exhibit No. 239 was marked for

15                     identification.)

16    Q    Okay.  If you would turn to Exhibit 239.

17    A    Yes, I am there.

18    Q    And just if you wouldn't mind reading it to

19    yourself and let me know when you're finished.

20    A    Okay.

21    Q    In the middle of page 2, you talk about -- the

22    paragraph that begins, "We signed 11 xRapid production

23    customers." It says, "We signed 11 xRapid production

24    customers in 2018 and brought three live in Q4 alone.

25    Early customer results report no wire fees (as opposed to

```
 1    25 to 35 per payment previously), 10 times lower FX

 2    costs, and payments in two minutes."

 3            Did you have an understanding at the time that

 4    you wrote this that xRapid provided 10 times lower FX

 5    costs to customers?

 6        A    I would imagine I had an understanding at the

 7    time of whomever was participating in helping me draft

 8    this had parsed some data.  I have no reason to believe

 9    that that wasn't coming from a grounded place but, you

10    know, I think depending upon what customer we're talking

11    about, FX costs from MoneyGram as the second largest

12    remittance company on the planet.  Might be very, very

13    different for a player like ███████ that is just getting

14    started.

15        Q    Do you know of any analysis regarding lower FX

16    costs that Ripple did?

17        A    I don't off the top of my head, no.

18        Q    We talked about payments that Ripple made to

19    ODL customers under, you know, work orders and previously

20    you mentioned that Ripple paid certain incentives and it

21    also provided -- we saw in the MoneyGram document --

22    rebates.

23            What was the purpose of the rebate?

24        A    I mean, I guess my first question would be

25    which rebate specifically?  As I think I testified
```

207

1    earlier today, I don't really parse rebates versus

2    incentives.  I kind of view it as if there is a flow of

3    funds back to a customer, overall I think of that as an

4    incentive.  But if there is a specific rebate you're

5    wondering about, I would be happy to try to address it.

6         Q    Did the rebates reimburse the customer when the

7    FX cost was worse than spot?

8         A    Without looking at a specific agreement, it

9    would be I think difficult for me to comment on that

10   specifically.

11        Q    If you go back to Exhibit 224, page 28.

12             MR. SOLOMON:  Just so you know, you can keep

13   going but if you're seeing some of us dropping off, there

14   is something going on with WiFi.  As long as you can see

15   Brad, we can hear you but I just wanted to let you know

16   that for the record.  Sorry.

17             MS. WAXMAN:  That's okay.  I got notification

18   that Andrew is no longer in the meeting.  Is he no longer

19   here?

20             THE WITNESS:  He is in the room, just to be

21   clear.

22             MR. CERESNEY:  I am here.  Something is going

23   on with the WiFi.

24             THE WITNESS:  Does that work?

25             MR. CERESNEY:  Yeah.

208

1        THE WITNESS:  That might be the issue.  There.

2   All right.  But we can keep going.

3        BY MS. WAXMAN:

4   Q    So if you turn to Exhibit 224, page 28.

5   A    Yes.

6   Q    So it talks about -- the title of the slide is

7   Ripple to Offer FX Rate Guarantees.  When did Ripple

8   offer rate guarantees?

9   A    I don't recall.

10  Q    Did Ripple offer --

11  A    As a macro observation, the rate guarantees

12  would be something we -- you know, customers might be

13  averse to -- concerned about adopting xRapid because of

14  potential volatility in FX rates which you're seeing in

15  that chart.  And so by removing that risk and getting

16  customers on board and getting kind of that flywheel we

17  talked about earlier this morning going, we were able to

18  get the momentum going which actually also reduces the

19  volatility which means there's fewer needs for rate

20  guarantees.

21  Q    Does this chart show that at certain times, FX

22  costs through xRapid were worse than spot?

23  A    Yes.  It also shows sometimes it's better than

24  spot.

25  Q    Yes.  Would customers use xRapid if Ripple

209

1    didn't provide these rate guarantees?

2        A    Well, I mean, I think, you know, this is a

3    document from 2017 and I think, you know, what we have

4    seen is that as you get going, as customers -- well, as

5    the markets get more mature and my prediction would be if

6    you looked at this same chart today instead of for July

7    2017 through October 2017, but looked at it, you know,

8    today, you would see much less variability --

9            MR. SOLOMON:  I think her question was whether

10   customers would still use xRapid ODL without the rate

11   guarantees.

12           Wasn't that your question, Daphna?

13           MS. WAXMAN:  Yes, it was.  Thank you.

14           THE WITNESS:  My belief and recollection is the

15   answer is yes because we certainly, as we sign up

16   customers, to my -- I do not believe that every customer

17   we sign to xRapid or now ODL has rate guarantees but I

18   don't -- I would have to review all the contracts to know

19   that definitively.

20           BY MS. WAXMAN:

21       Q    So your testimony is they would use the product

22   even though, on certain transactions, they were getting

23   worse rates than spot?

24       A    My testimony is that as this chart shows,

25   there's sometimes they're getting better rates than spot,

210

1    sometimes they're getting worse rates than spot, and I

2    think that anybody customer who would look at the whole,

3    you know, this chart doesn't mathematically show what the

4    net impact is.  I think most customers would look at

5    holistically.

6            I do think in early time, in getting customer

7    adoption and market activity, offering what I'll just

8    call incentives -- rate guarantees, incentives, rebates

9    are all kind of the same bucket for me -- getting them

10   comfortable and moving forward, it would have been the

11   goal at the time.  And as we're able to demonstrate

12   through time that the FX rate is closer to spot,

13   particularly over the holistic view, that that would not

14   be a barrier to adoption.

15       Q    But when the FX rate is worse than spot, Ripple

16   guarantees -- pays them the difference?

17       A    I would have to -- we would have to go contract

18   by contract and I wouldn't know top of mind which ones we

19   have rate guarantees on and which ones we don't.

20       Q    Does Ripple publicly disclose the fact that it

21   provides rate guarantees to customers?

22       A    No.

23       Q    Why not?

24       A    Because we're a private company.  We have no

25   obligation to do so.  I mean, the irony of the question

1   to me is that Ripple is the most transparent company in

2   the crypto space by like an order of magnitude and, you

3   know, I don't think, as a private company, we have any

4   requirement to disclose those details and so we don't.

5        Q    Did you earlier -- did you testify earlier that

6   you were focused as CEO on increasing Ripple's

7   transparency in relation to XRP and Ripple's XRP

8   products?

9        A    You said SEO at the beginning of that question.

10       Q    Sorry, I meant CEO.

11       A    Oh.  Yes, I certainly am a big public advocate

12  of more transparency in the crypto marketplace.

13       Q    Wouldn't the fact that at times the rate

14  through ODL is worse than spot, isn't that valuable

15  information?

16       A    It's also valuable information that sometimes

17  it's better than spot.

18       Q    Did you ever disclose anything about the rates

19  that customers received in connection with ODL?

20       A    I'm not aware that we have any public

21  statements about the rates.  We may share with customers

22  some of those things but I'm not aware that we've made --

23  well, by the way, I shouldn't be so certain of that.  I

24  am not aware.  We may have made statements about some of

25  that somewhere.

212

1      Q    Have you heard of the term slippage?

2      A    I have heard that term.

3      Q    And what does that refer to?

4      A    My layperson's understanding is, you know,

5   maybe spreads and slippage are, in my loose definition,

6   kissing cousins.  I can say that as a Kansan.

7      Q    Thank you but what is your understanding of the

8   term slippage in the context of ODL?

9      A    I think of them as -- slippage as related to

10  spreads and if markets are imbalanced in some way, you

11  might have slippage in bid-ask dynamics in a market.

12  That is my layperson's understanding.

13     Q    We were talking about guarantees that Ripple

14  provides when the FX rate is worse than spot.  Does it

15  also provide guarantees if the implied rate is worse than

16  the executed rate in connection with ODL?

17     A    I am not familiar off the top of my mind with a

18  specific contract on that point.

19                      (SEC Exhibit No. 146 was marked for

20                       identification.)

21     Q    I would like you to turn to Exhibit 146 in the

22  third party binder.

23     A    I'm there.

24     Q    Sorry.  If you could just give me one second.

25          For the record, Exhibit 146 is an interview you

213

1    provided in March 2018 on CNBC, and if you take a look at

2    page 2, line 3 through line 12.

3         A    Line 3 through line 12 on page 3, is that

4    right?

5         Q    Page 2.

6         A    Page 2.  My apologies.

7              MR. CERESNEY:  Page -- I'm sorry.

8              BY MS. WAXMAN:

9         Q    I'm talking about the transcribed pages.

10        A    Okay.  Lines 3 through 12, first paragraph.

11        Q    Yes, correct.  You say, "Early on Ripple, the

12   company, took the point of view of look, how do we use

13   XRP to solve an institutional use case.  Our goal hasn't

14   been to go out and curry favor with speculators.  It's

15   really been to solve a big problem around how payments

16   flow cross-border for banks, for payment providers.

17   We've been very fortunate by focusing on that segment and

18   signing up really over a hundred customers now ranging

19   from some of the largest banks in the world to, you know,

20   small banks."

21             Why do you say that Ripple's goal hasn't been

22   to go out and curry favor with speculators?

23        A    I think particularly during that time per,

24   there was a lot of rampant speculation in the crypto

25   markets.  And, in my judgment, particularly in the ICO

214

1    market, some were aggressively trying to court

2    speculative interests in various digital assets and I

3    think we have tried to clear about -- we're trying to

4    solve an institutional use case.

5              As I think you're seeing through a period of a

6    couple of years of various media transcripts and what

7    have you, I think we've been pretty consistent with how

8    we're approaching that.

9         Q    At any point, did Ripple prioritize initiatives

10   to grow speculative trading in XRP?

11        A    I don't recall any projects to prioritize

12   speculative trading in XRP.

13        Q    In Q2 2017 and Q1 2017, was there discussion

14   amongst Ripple employees to increase speculative trading

15   in XRP?

16        A    I don't recall.

17        Q    Could you turn to the other binder?  I'll let

18   you know what exhibit in a second.  One moment.  Sorry

19   about that.

20        A    No problem.

21                    (SEC Exhibit No. 198 was marked for

22                    identification.)

23        Q    Exhibit 198.

24        A    Okay.

25        Q    What is Exhibit 198?

215

1        A    It appears to be an email from Patrick Griffin

2   to me with the subject line of Q2 XRP plan update.

3        Q    And who is Patrick Griffin?

4        A    Patrick Griffin was employed by Ripple for

5   five-ish years, holding a number of positions in kind of

6   strategy, business development, things like that.  Sales.

7   He ran sales for a while too.

8        Q    Did he report directly to you?

9        A    Not originally.  He ended up reporting to me I

10  guess probably when I became CEO.

11       Q    During this time period in March 2017, did he

12  report directly to you?

13       A    Yes.

14       Q    And does this refresh your memory whether there

15  was an internal priority to broad XRP speculative trading

16  volume in or around that time?

17       A    Based on the first two lines, it appears to me

18  that, yes, he was working on projects to drive XRP

19  speculative trading volume.

20            MR. SOLOMON:  Her question was did it refresh

21  your recollection about people talking inside the company

22  about speculative trading volume of XRP.  I just want you

23  to be precise when you're answering her question and not

24  a --

25            THE WITNESS:  It doesn't actually -- you know,

216

```
 1    I get a lot of emails per day.  I don't recall this
 2    email.  I don't recall XRP speculative trading volume
 3    being a priority for the company.
 4              BY MS. WAXMAN:
 5        Q    Did you ever discuss with anyone at the company
 6    the goal of increasing XRP speculative trading volume?
 7        A    I don't recall.
 8        Q    Was that a priority for the company in 2017?
 9        A    I don't recall.
10        Q    Sorry.  One second.
11              When did Ripple put its XRP holdings into
12    escrow?
13        A    December of 2017, I believe.
14        Q    Did you have any involvement in that decision?
15        A    Yes.
16        Q    What was your involvement?
17        A    I think I was the CEO at the time, yeah.  I was
18    the CEO, so I'm sure ultimately -- I mean, I'm sure there
19    were a series of recommendations made and I'm sure I
20    asked various questions, but ultimately that was my
21    decision.
22        Q    Why did the company decide to put its XRP
23    holdings into escrow?
24        A    From my point of view -- and maybe this is --
25    my recollection, there was a lot of misinformation and
```

1    those who were I think spreading misinformation about

2    Ripple's behavior and potential impact on the XRP market,

3    and it was important to me that we remove that kind of

4    speculation.

5          My viewpoint at the time, I remember saying

6    unit may be in various emails, was that the -- it would

7    not be in our best interests to be bad actors in XRP

8    markets.

9          As certainly we've discussed earlier today, our

10   goal has been and is today to be a constructive actor and

11   not impact the price of XRP one way or another.  So to

12   engage in -- so I never looked at it as, well, we would

13   never aggressively sell XRP anyway, and so putting them

14   in -- putting the XRP in escrow, in a time-sealed escrow,

15   seemed a little bit like, okay, we can do that.  And I

16   think that removed some of the misinformation in the

17   marketplaces.

18        Q    Was that a big decision for Ripple?

19        A    Yeah, for sure.

20        Q    Why?

21        A    Well, you're reducing flexibility of an asset

22   the company owns.  It's valued by, you know, I don't

23   remember what the price at the time was but it certainly

24   was hundreds of millions or more, and if you're locking

25   that up, that's a big decision for the company to make.

218

1        Q    Did the company believe that the escrow

2  announcement or the announcement that it intended to put

3  its holdings into escrow would increase speculative

4  trading in XRP?

5            MR. SOLOMON:  Did you hear the question?

6            THE WITNESS:  Did the company believe that

7  putting --

8            MR. SOLOMON:  Did the company believe.  I just

9  want to make sure --

10           MS. WAXMAN:  I'll ask a new question.

11           BY MS. WAXMAN:

12     Q    Did you believe that the escrow announcement

13  would increase speculative trading in XRP?

14     A    I don't recall.

15     Q    Did anyone at the company have that belief?

16     A    I'm sure that there's some that thought that --

17  had that believe.  I mean, I think others outside of

18  Ripple had that belief.

19     Q    Did you discuss with anyone their beliefs that

20  the escrow announcement would help increase speculative

21  XRP trading?

22     A    I don't recall any specific conversations.

23     Q    Did you believe that the escrow announcement

24  would lead to an increase in XRP price?

25     A    I don't recall.

219

1      Q    Did anyone at the company believe that the

2  escrow announcement would lead to an increase in XRP

3  price?

4      A    I expect there's someone who did, yes.

5      Q    Did you ever discuss that belief with anyone at

6  Ripple?

7      A    I don't recall.  Well, let me restate that.  I

8  don't recall discussing it prior to making the decision.

9  After making the decision, I recall discussing with one

10  particular employee who wanted compensation changes

11  because he felt that it had, I think that's not clear to

12  me.

13      Q    And what employee are you talking about?

14      A    A gentleman named Miguel Viaz.

15      Q    So you discussed the impact of the escrow

16  proposal on XRP's price after -- at what point?

17      A    We discussed his belief about the impact of the

18  escrow on the price of XRP.

19      Q    And are you talking about the announcement that

20  Ripple made regarding its plans to put its XRP holdings

21  in escrow?

22      A    I think that's fundamental to what the actual

23  conversation was because depending upon what you believe,

24  you're going to -- I think he painted a picture that the

25  announcement did affect the price.  I think -- it's been

220

1    a long time but my recollection was that the price of XRP

2    then and continues to be highly correlated with what's

3    going on in the overall crypto market, and the

4    performance tends to be much, much, much more correlated

5    with what the rest of the crypto market is doing as

6    opposed to any particular event happening on behalf of

7    Ripple.

8         Q    Did you have a specific understanding of the

9    impact of the May 2018 announcement about the escrow on

10   XRP's price?

11             MR. SOLOMON:  I'm sorry, did he have a specific

12   what?  I just missed the first part of it.

13             MS. WAXMAN:  Understanding.

14             MR. SOLOMON:  Uh-huh.  Of?

15             MS. WAXMAN:  Of whether the announcement about

16   Ripple's plans related to the escrow had an impact on

17   price, XRP price.

18             THE WITNESS:  It -- sorry.  Now that we've gone

19   through it, the high order question was did I have a

20   perspective on whether the announcement did?

21             BY MS. WAXMAN:

22        Q    Did you have any understanding that the

23   announcement impacted XRP's price?

24        A    I did not.

25                       (SEC Exhibit No. 203 was marked for

221

```
 1                    identification.)
 2      Q    I would like you to take a look at Exhibit 203.
 3      A    Okay, I'm there.
 4      Q    What is -- do you need a minute to look at it?
 5      A    Would you like me to read the whole proposal?
 6      Q    Yeah, if you don't mind.
 7      A    Okay.
 8      Q    Do you recognize what's been marked as Exhibit
 9   203 and the escrow proposal that's referenced in 203?
10      A    Do I recognize it?  No.  Do I acknowledge that
11   it's an email that I received in 2017?  Yes.
12      Q    What is the proposal that's in Exhibit 203?
13      A    It is to lock up the XRP Ledger's escrow
14   feature, 55 billion units of XRP.
15      Q    And did someone send you the proposal?
16      A    Yes.
17      Q    And who sent it to you?
18      A    Patrick Griffin.
19      Q    And do you know who drafted the proposal?
20      A    I do not.
21      Q    On the first page, it talks about the
22   objectives related to the proposal.  It says -- and I'm
23   in the middle of the page on the first page of the
24   attachment.  It says, "Generate at least two times more
25   2017 XRP bookings than currently forecast.  Stimulate
```

222

1    immediate increase in volume and price appreciation.  And

2    accelerate needed liquidity to support payment flows."

3            Did you agree with the objectives that are in

4    the exhibit?

5        A    I have no recollection of whether or not I

6    agreed with the objectives at the time.

7        Q    I apologize if I asked this earlier.  What

8    objective did the company hope to achieve by establishing

9    the escrow?

10       A    The objective I subscribed to as CEO at the

11   time -- CEO, I think -- was removing this kind of

12   overhang that those who were skeptical about what Ripple

13   was doing, those who were skeptical about the XRP market,

14   I felt it was, you know, an unfounded concern that Ripple

15   would ever do things to hurt the XRP market by virtue of

16   our supply or the potential introduction of supply to the

17   XRP market.  So my overarching goal was to remove that

18   what I'll call thud, the misinformation from the broader

19   XRP markets.

20       Q    When you say -- when you use the term skeptics,

21   who are you referring to?

22       A    Those in the crypto community who were not --

23   who had a particular belief about their own projects.  I

24   mean, oftentimes they're -- you know, bitcoin maximalists

25   are an example of people who have generally been skeptics

223

1    of Ripple.

2       Q    Are you talking about speculators who were XRP

3    holders who were purchasing XRP as a speculative

4    investment?

5       A    No.  I'm talking about in the community of

6    people who are very interested in digital assets and

7    blockchain, my experience is that there are those who

8    subscribe -- who are believers -- and I mean that word

9    almost in a religious sense -- in a particular view of

10   how their projects will evolve and impact the world.

11         And particularly for early crypto believers, I

12   think many were very skeptical of Ripple and skeptical of

13   XRP because -- well, one of the reasons is because the

14   crypto community was largely of the mind of how do we

15   down with governments, down with banks.  And Ripple was

16   taking the point of view of, hey, we're going to curry

17   favor with governments and we're going to sell to banks.

18   So when I say skeptics, I'm talking about those

19   communities.

20      Q    Who specifically are you talking about when you

21   refer to skeptics?  I'm not clear.  Is there a specific

22   group of people?

23      A    I'm referring to groups of people -- and I used

24   a couple of examples already.  I'll highlight bitcoin

25   maximalists would be one example of a group of people who

224

1    believed bitcoin would be the only digital asset and all

2    other digital assets would go away.  Those people by

3    definition would be skeptical of what Ripple was doing

4    and skeptical of XRP.

5        Q    Why would people who hold bitcoin have a

6    concern with Ripple's holdings in XRP?

7        A    I mean, part of my answer would be, you know,

8    best to ask them.  I would speculate that my experience

9    is those are people who believe in certain dynamics of

10   how crypto, for example, should be distributed.  So they

11   believe in mining as a more fair way to distribute the

12   rewards of digital assets.

13            So there are a number of reasons why I think

14   Ripple and XRP have been -- had its fair of skeptics.

15   One of them, again, is because we've tended to try to

16   partner with governments and tried to partner with banks,

17   and they were generally antigovernment, antibank.  One is

18   by virtue of the XRP was, you know, pejoratively

19   described as pre-mined versus those like bitcoin and

20   ether that are still being mined, and the supply changes.

21   Those are a handful of reasons.

22            So when I refer to skeptics, those are all

23   examples of communities I think were skeptical.

24       Q    My understanding of the proposal is that the

25   proposal refers to the skeptics as those people who are

1    purchasing XRP as an investment or as -- as an

2    investment.  Is that not your understanding?

3         A    Well, when I use the word skeptics, I'm

4    referring to those communities I was describing to.  The

5    use of skeptics here, you'll have to point me to where

6    it's being used.

7         Q    At the very top of the page under Executive

8    Summary, number 3, it says, "As we look at the reasons

9    why this is the case, the clear message we're getting is

10   that the supply of XRP in the market is too uncertain for

11   speculators to be comfortable being more active."

12             So my question is, did XRP holders, did they

13   have a concern -- were they concerned that Ripple would

14   go ahead and sell the XRP that it had in its possession?

15        A    I would certainly not feel comfortable speaking

16   on behalf of people that I don't know nor understand

17   their motivations for why they may have been holding XRP.

18   Number 3 that you're referencing here to me is not

19   referring to XRP holders.  It might be referring to

20   crypto traders.  But again, I think earlier maybe we were

21   talking past each other, and so I was using the word

22   skeptics.  Here we're talking about speculators and I

23   think my guess -- and I would be speculating myself -- is

24   that the author was referring to crypto speculators, not

25   necessarily just XRP speculators.  As I'm sure you're

226

1    well aware, there is a lot of just pure speculative

2    trading that happens in the crypto markets.

3         Q    And when you refer to skeptics, does that

4    include XRP holders and XRP purchasers on the secondary

5    market?

6              MR. CERESNEY:  When he referred to skeptics

7    here just now?

8              MS. WAXMAN:  Yes, yes, yes.

9              THE WITNESS:  No.  Are we talking past each

10   other?

11             MR. CERESNEY:  I think you are.

12             Go ahead.  Ask the question.

13             THE WITNESS:  Sorry.

14             BY MS. WAXMAN:

15        Q    I think the document speaks for itself.

16             MR. SOLOMON:  Daphna, it's 5:14.  It's been an

17   hour and 10 since the last break.  Could we take another

18   short break since it's getting into the late afternoon

19   here?

20             MS. WAXMAN:  Sure.

21             MR. SOLOMON:  Thank you.

22             MS. WAXMAN:  It's 5:15.  We're off the record.

23             (A brief recess was taken.)

24             MS. WAXMAN:  We're back on the record at 5:28.

25             BY MS. WAXMAN:

227

1      Q    Mr. Garlinghouse, while we were off the record,

2   did you have new conversations with SEC staff?

3      A    No, I did not.

4           MS. WAXMAN:  Counsel, will you please confirm?

5           MR. SOLOMON:  Confirmed.

6                     (SEC Exhibit No. 229 was marked for

7                      identification.)

8           BY MS. WAXMAN:

9      Q    I would like you to take a look at Exhibit 229.

10     A    Okay.

11     Q    Why don't you take a moment to look at it.  Let

12   me know when you're done.

13     A    All right.

14          I'm pretty much done.  I didn't read all of my

15   original email.  I just read Antoinette's email.

16     Q    That's fine.  I'm just going to ask you about

17   her email.  Who is Antoinette O'Gorman?

18     A    Antoinette was at the company when I joined and

19   shortly after I joined, got promoted to chief compliance

20   officer and left the company in the spring of 2018.

21     Q    And what was her role while she was at the

22   company?

23     A    Chief compliance officer.

24     Q    So did she send this email after she left the

25   company?

228

1      A    Yes.

2      Q    And do you recall receiving this email at the

3  time?

4      A    Vaguely, yes.

5      Q    And what do you recall about it?

6      A    I remember thinking that Antoinette -- a little

7  bit of context.  When Antoinette left, she rented a

8  Sprinter van and was doing a walkabout across the United

9  States and occasionally sending photos from her various

10 stops.  So I remember thinking that I was intrigued that

11 she had taken the time to write it and send more photos.

12     Q    With regard to the substance of the email and

13 her comments on it -- strike that.

14          What is she commenting on in the email?

15     A    Well, she's commenting on a lot.

16          MR. CERESNEY:  I think she means what is she

17 responding to?

18          THE WITNESS:  Oh.  She -- is that --

19          BY MS. WAXMAN:

20     Q    Yes.  Thank you, Andrew.

21          What is she responding to?

22     A    She's responding -- one of the things that I

23 have done with some regular cadence was sending out to

24 Ripple investors, Ripple shareholders, a kind of -- I

25 think for a while we might have sent monthly and then we

229

1    switched to sending quarterly kind of updates about how

2    their company was doing.  So she's replying to that email

3    from Q2 of 2018.

4         Q    So did you send a quarterly update to Ripple's

5    shareholders?  Is that the first email in the chain?

6         A    Yes.

7         Q    The update, did you write that yourself?

8         A    I would call myself the editor, not the author.

9    But I certainly reviewed it in its entirety.

10        Q    And are you responsible for everything that was

11   sent in the email?

12        A    As the CEO of the company, I would say yes.  As

13   I said, did I draft the email?  No.  But I'm not trying

14   to shy away from -- it was sent on my email account.

15        Q    Why is she sending you this email?

16        A    I would be speculating about why she sent the

17   email. My speculation is she's well-intended and intends

18   to be constructive and I think her intentions are good.

19        Q    Did she express a concern that some of the

20   statements in your email were not accurate?

21        A    I mean, I'm not sure that I would use the words

22   that she's expressing there are not accurate.  Her word

23   choice was sloppy.

24        Q    In the email, she says -- in the second

25   paragraph, she says, "I can't figure out why we continue

230

1    to say things like 'xRapid is alleviating institutions'

2    pre-funding needs so they can instead put that working

3    capital to use in other ways.'"

4         She's quoting you.  She's quoting a sentence

5    from your email, earlier email.

6         A     Yes.

7         Q     And then she says, "xRapid users must pre-fund

8    their accounts on the outbound exchange."

9         Is that true?

10        A     Today, no.  At the time it was written, at the

11   time she wrote it, I understand her point.  I think she

12   misses the point of where we were at the time and where

13   we're going.

14        If you only pre-fund it one exchange -- today

15   let's pick -- I'll make up a fictional Bank of Waxman.

16   You would pre-fund it 10, 20, depending on the size of

17   the bank, 30 different destination currencies, and you

18   would have that dormant capital at all of those different

19   currencies, all these different banks that have the

20   overhead associated with that.

21        If you're only pre-funding at a digital asset

22   exchange to one account, that's much more efficient use

23   of capital in how that is managed than if you're doing it

24   20 or 30.

25        Q     So just going back to the initial question, so

231

1  her statement that xRapid users must pre-fund their

2  accounts on the outbound exchange, was that true at the

3  time?

4       A    Yes, that would have been true at the time that

5  an xRapid user -- I mean, well, as we went through with

6  the MoneyGram diagrams earlier today, they showed that

7  they onboarded to Bitstamp, right?  So the benefit is,

8  again, that they, instead of pre-funding at multiple

9  banks with longer durations, they can do that in more --

10  for many different destinations with one account.

11          Today that is not true and, again, when we

12  think about where the world goes, through XRP

13  origination, customers don't onboard at a sending

14  exchange because they are buying the XRP from us which

15  reduces costs and improves the efficiency with those

16  customers.

17       Q    So if that's -- her statement, though, was

18  true, why do you say that xRapid was alleviating

19  institutions' pre-funding needs?

20       A    So for pre-funding, I guess if I'm going to be

21  super crisp and precise, needs is a plural so maybe --

22  what she is saying is xRapid's alleviated institutions'

23  pre-funding need. That would not be true because you

24  would say, well, there might still might be a singular.

25  The needs is you need to -- using the Bank of Waxman as

232

1    the hypothetical example, across many accounts versus

2    one.

3        Q    Today you said xRapid customers don't need to

4    pre-fund their accounts on outbound exchanges.  Is that

5    your testimony?

6        A    We have a number of customers live today,

7    meaning in Q3 of 2020, that use XRP origination and

8    therefore they can -- they no longer need to worry about

9    onboarding or origination of XRP purchases because they

10   can purchase the XRP from us.

11       Q    What about on the outbound exchange?

12       A    They don't have an outbound -- I mean, using

13   MoneyGram as an example, they don't have to have an

14   account at Bitso.

15       Q    Right, because they're selling the XRP.

16       A    Correct.

17       Q    Did you ever discuss Antoinnette's email with

18   anyone else at Ripple?

19       A    No.  I mean, as you can tell from the email

20   chain, despite Antoinnette's request, I forwarded it to

21   Monica.  Her team is typically the author of the

22   underlying email and I thought it was useful for her to

23   see some feedback.

24       Q    Other than forwarding it, did you discuss

25   Antoinnette's statements about pre-funding?

233

1        A    Not that I can recall.

2        Q    In the following paragraph, Antoinette writes,

3   "It's unclear (to me, at least) how pilot users save that

4   much in fees when we waived most of the fees for pilots

5   and supplemented the cryptocurrency conversion cost if it

6   went against the pilot user."

7             Is she right to question whether there are cost

8   savings for xRapid pilot customers?

9        A    You know, I have a lot of fondness for

10  Antoinette as our chief compliance officer.  I would not

11  hire her as our CFO.  So if I'm getting analysis from

12  our -- I'm getting financial analysis from our former

13  chief compliance officer, I'm not going to put as much

14  weight in that as the people that are currently employed

15  and trained to make those analyses and evaluations.

16       Q    Did you ever discuss with Ripple's CFO whether

17  ODL pilot customers experienced cost savings at or around

18  the time of this email or at any time?

19       A    I don't have any specific recollection at or

20  around the time of this email.  Did I ever discuss with

21  our CFO things like cost savings from ODL?  I'm sure that

22  I did at some point.

23       Q    And who was the CFO that you had those

24  discussions with?

25       A    Just to be clear, I don't have a specific

234

```
 1    recollection of a specific conversation.  I also

 2    realize -- I'm certain that at some point over the course

 3    of the last two or three years that the CFO, Ron Will,

 4    and I would have discussed various analyses that are

 5    being done or otherwise about something like this.

 6         Q    We've spoken a lot today about the potential

 7    benefit to customers for using ODL and we've spoken about

 8    statements that you've made regarding specific cost

 9    savings from using ODL at the time.  I know you've said

10    that you understood there was a potential for cost

11    savings but I think some of the statements referred to

12    actual cost savings.

13              Do you have any specific recollection of

14    conversations that you had analyzing specific costs

15    related to ODL for users or specific cost savings to ODL

16    users?

17         A    I don't have any specific recollections.  I

18    mean, just because we're having this email open, I'm

19    presuming that ███████████   the founder of ███████

20    ███  is quoted accurately and we're not putting words in

21    his mouth about his view of cost efficiency of xRapid.  I

22    would not conflate MoneyGram's analysis as the second

23    largest remittance company on the planet to someone like

24    ███████████  or other players and the potential cost

25    savings they might see.
```

235

1        Q    How is it that you don't have a specific

2   understanding of the specific cost savings related to

3   ODL?

4             MR. CERESNEY:  I think he has testified about

5   his understanding.  I don't think he lacks an

6   understanding of the specific cost savings.

7             MR. SOLOMON:  I think what he's saying is he

8   doesn't have a -- if you have a document to show him or

9   an email to show him, that's fine but in terms of a

10  memory test about conversations he's had, it's not fair

11  to ask him about that. He said in general he had an

12  understanding and he's articulated what his general

13  understanding was.  Specific issues tied to the

14  document --

15            MS. WAXMAN:  I'm sorry.  I don't think the

16  reporter can hear you, nor can I.

17            MR. SOLOMON:  You asked him very general

18  questions. If you have a specific document you want to

19  point him to about a conversation he had or a question

20  about a specific customer or a specific point in time,

21  you can ask him, but asking him a very general question

22  about whether he's had any discussions about cost

23  savings, I think he's told you of course he has over

24  time, but he can't catalog those for you sitting here

25  today in September 2020.

236

```
 1            BY MS. WAXMAN:

 2       Q    Does Ripple anticipate that it will cease

 3  paying customers rebates, guarantees and incentives any

 4  time soon?

 5       A    I think that will be corridor-specific as we

 6  see various corridors achieve liquidity and kind of the

 7  various flywheel dynamics we have discussed today but,

 8  you know, we have already seen those incentives decrease

 9  over the past 6 to 12 months significantly.

10       Q    And how have you seen the incentives decrease?

11       A    Well, we've restructured contracts with market

12  makers to decrease the costs to market makers.  We have

13  continued to improve the efficiency of -- because of

14  those contracts being more efficient in what we're paying

15  them but also what they're doing, the spreads have

16  tightened.  I think in some cases we've renegotiated

17  contracts with exchanges to provide discounts and so

18  we -- and we will continue to do those things and we will

19  continue, I expect, to see those costs decrease.

20                      (SEC Exhibit No. 133 was marked for

21                       identification.)

22       Q    I would like to show you what's been marked as

23  Exhibit 133 in the third party document binder.

24       A    Okay.  I'm there.

25       Q    Why don't you take a look at it.  Let me know
```

237

1    when you're done.

2         A    Just for my clarification, I think this is a

3    Ripple document and not a third party document, right?

4         Q    Well, the document was not produced by Ripple.

5    It was produced by MoneyGram.  I don't believe it was

6    part of Ripple's production.

7         A    Okay.  July 2019.

8                   (SEC Exhibit No. 246 was marked for

9                    identification.)

10              MR. CERESNEY:  Just to let the record be clear,

11   Exhibit 246 looks to be -- has the same title on the

12   front, Scaling Global Liquidity for xRapid, except it's

13   dated June 2019 and this one is dated July 2019.  I don't

14   know.  I haven't compared that but it looks to be a

15   similar deck.

16              THE WITNESS:  Yeah.

17              MR. CERESNEY:  And that one was produced by

18   Ripple.

19              MS. WAXMAN:  Yes, I have compared them.

20   They're not the same deck.  The Exhibit 133 has

21   additional slides in it that are not included in Exhibit

22   246.

23              MR. CERESNEY:  Okay.  Obviously we produced

24   documents pursuant to agreed certain terms, et cetera.  I

25   just don't want the implication to be that Ripple didn't

238

1    produce documents that it was required to.

2              MS. WAXMAN:  No problem.

3              THE WITNESS:  Okay.  I've looked through it

4    loosely. I'm happy to comment.

5              BY MS. WAXMAN:

6         Q    So do you recognize what's been marked as

7    Exhibit 133?

8         A    I recognize it not in specificity, but in macro

9    concept.

10        Q    And what is this Exhibit 133?  Why was this --

11   was this document created by someone at Ripple?

12        A    Yes.

13        Q    And what's the subject of the document?

14        A    Scaling global liquidity for xRapid, what we

15   now call On-Demand Liquidity.

16        Q    And do you have any understanding why this

17   document was provided to MoneyGram?

18        A    I don't.  If I were to speculate, I would

19   imagine they were concerned about ODL's ability to

20   support growing volumes and they probably wanted to

21   understand how we intended to be able to deliver on that.

22        Q    And how would Ripple support growth in volumes

23   on ODL by MoneyGram?

24        A    By partnering with a set of market makers.

25        Q    Now, if you turn to page 25 or slide 25.

239

```
 1        A    Are they numbered?

 2             MR. SOLOMON:  Yeah, very faint numbers.

 3             THE WITNESS:  I see it.  Sorry.  Okay.

 4             BY MS. WAXMAN:

 5        Q    Earlier we talked about ODL order flow

 6   imbalance. And does this slide also reference

 7   one-directional ODL order flow imbalance?

 8        A    I would not use the word imbalance.  It shows

 9   one-directional flow.

10        Q    And how do market makers redirect the flow?

11        A    I'm not sure I understand the question you're

12   asking.  How do market makers redirect which flow?

13        Q    Well, my understanding is there's a lot of XRP.

14   The market maker has fiat and they use the fiat to

15   purchase XRP so they have a lot of XRP.  So what do they

16   do with that XRP?

17        A    I would be speculating to answer.  I would have

18   to ask them exactly how they're measuring that on the

19   Treasury side for themselves.  They could be using

20   bitcoin, they could be using traditional rails, they

21   could be using -- they could be moving that XRP.

22        Q    But did you have an understanding that market

23   makers were using traditional payment rails on the back

24   end in order to support functioning of the ODL product

25   for users?
```

240

1      A    Well, the function of the ODL product is a

2   distinction that I would not make.  In order to increase

3   our ability to scale more quickly, we had partnered with

4   market makers who are providing liquidity.  Those market

5   makers, their business is -- you know, they make money by

6   doing that. Some market makers may be participating in

7   some of these exchanges with whom we have no relationship

8   whatsoever.

9           How they manage their own treasury and balance

10  sheets, I would be speculating as to how they're doing

11  that.

12     Q    Well, the slide says, "With one-directional

13  flow, our market makers leverage their prime brokerage

14  and banking relationships to ensure working capital being

15  available on xRapid exchanges."

16     A    Yes.  I read the same.

17     Q    So someone at Ripple who drafted this

18  understood that market makers were using traditional

19  rails in order to support ODL flow, is that correct?

20     A    I mean, you're putting words into that person's

21  mouth about using traditional rails.  What I read is

22  they're leveraging prime brokerage and banking

23  relationships, which could be debt relationships.  They

24  could be going to a local banking relationship in Mexico.

25          I mean, there's any number of things so it's

241

1    hard for me to know -- I think in my opinion, your

2    interpretation is different than what the words on the

3    page say to me.

4         Q    Well, if you look at the image --

5         A    I'm not --

6         Q    -- it shows dollars being converted to Mexican

7    pesos.

8         A    Yep.

9         Q    And isn't International FCStone a traditional

10   rail entity?

11        A    I have no idea what International FCStone is.

12        Q    Is it an FX broker?

13        A    I have no idea what International FCStone is.

14        Q    Wasn't traditional -- the movement of money on

15   traditional rails needed for ODL to work?

16        A    The movement of money in traditional rails is

17   needed to accelerate the volume that ODL can handle.

18        Q    Was it needed to support MGI's volume?

19        A    MGIs or any, you know, significant increase in

20   volume.

21        Q    Did Ripple ever disclose the role that market

22   makers play and their use of, you know, traditional

23   payment roles on the back end to support the ODL product?

24        A    I believe I have spoken publicly and I think

25   even some of the things that you shared with me today

242

1    that we work with market makers around the world.

2        Q    Does it disclose that it provides fiat loans to

3    market makers?

4             MR. CERESNEY:  Sorry, does --

5             BY MS. WAXMAN:

6        Q    Does Ripple disclose that it provides fiat

7    loans to market makers in connection with ODL?

8        A    I'm not aware of any -- as a private company --

9    dynamic -- I mean, we certainly aren't misleading the

10   market, and so I think we disclose that we work with

11   market makers, we disclose customers, as evidenced here.

12   They work market makers and they are part of the solution

13   set of what enables ODL to grow more rapidly as natural

14   liquidity grows in the market.

15       Q    You said that you disclose that you work with

16   market makers.  Do you disclose the actual payments that

17   you make to market makers in exchange for their services

18   in connection with ODL?

19       A    I would highly doubt that we have publicly

20   shared the contracts we have with market makers and the

21   details of those.

22       Q    Does Ripple subsidize the costs incurred by

23   market makers related to this FX trading using

24   traditional rails in connection with ODL?

25       A    Does Ripple -- if I may parse that question

243

1    into does Ripple subsidize market makers -- subsidized is

2    an interesting word there.  Ripple pays market makers and

3    could that be viewed as subsidizing something, I suppose

4    one could choose to characterize it that way.

5        Q    What would happen if -- was it your testimony

6    that if market makers were not doing these things, ODL

7    couldn't support large volumes?  Is that your testimony?

8        A    I believe my testimony was we wouldn't be able

9    to scale ODL as quickly and support larger volumes.

10       Q    Do you ever disclose publicly that the role of

11   the mark maker is critical to supporting, you know, rapid

12   expansion -- large expansion of ODL?

13       A    I believe we have disclosed -- I know that I

14   have spoken publicly about the fact that we partner with

15   market makers as part of our business operations.

16       Q    But you don't disclose that you pay them lots

17   of money in connection with ODL?

18       A    I honestly don't know what we have disclosed.

19   I would be highly -- I think my testimony earlier was I

20   would be highly doubtful that we have shared the

21   specifics of any contracts we have with a market maker.

22       Q    If you stopped paying market makers and they

23   stopped facilitating the role that we discussed in

24   connection with ODL, would that impact the ODL product?

25       A    Yes.

244

1      Q    And how would it impact the product?

2           I think you answered this but I'll ask it

3      again.

4           MR. SOLOMON:  And I'm sorry, you built two ifs

5      in there.  I want to make sure you're answering this.  I

6      don't care what the answer is, I just want to make sure

7      you're answering appropriately.

8           You said if they stopped paying market makers

9      and if the market makers stop paying market participants?

10          BY MS. WAXMAN:

11     Q    If Ripple stopped paying market makers, how

12     would that impact the ODL product?

13          MR. CERESNEY:  Yeah, let's take it --

14          THE WITNESS:  I don't --

15          MR. CERESNEY:  And just to be clear, this is

16     like right now as opposed to down the road, right?

17          THE WITNESS:  Right.

18          MS. WAXMAN:  Yes.

19          THE WITNESS:  So my honest answer there is I

20     don't know.  I know, I actually have argued even

21     internally we're paying market makers to do what market

22     makers do.  They make markets.  And so the question is if

23     we exited the insensitive to market makers, would they

24     actually leave?

25          Now, what my guess is is that they couldn't

245

1    leave but they would not guarantee as tight a spread as

2    our contracts would require.  So then in a -- over time,

3    this is what we will do is we will -- you know, there is

4    a natural liquidity that it has grown and continues to

5    grow.  I mean, frankly, go back to when I joined Ripple,

6    the amount of liquidity in the crypto markets was tiny,

7    and today it's by many measures quite large.

8             So natural liquidity continues to grow.  Market

9    makers participate in these markets because they want to

10   make money; they're profit-motivated actors.  And to the

11   extent they see opportunities to make money, they will do

12   that.

13            Arguably we have helped accelerate their

14   participation in certain corridors and certain currency

15   pairs because we wanted to make sure that we could

16   support the MoneyGrams and other customers of ODL.

17            So to answer your hypothetical, if market

18   makers -- if we stopped incentivizing -- entering

19   contracts with market makers, what would happen to the

20   ODL product?  I don't know.

21            BY MS. WAXMAN:

22       Q    Would it have an impact on the acceleration of

23   the ODL product?

24       A    I don't know.

25       Q    Would that have an impact on XRP's price?

246

```
1         A    I don't know.
2              MR. SOLOMON:  Would what have an impact, if --
3              BY MS. WAXMAN:
4         Q    If market makers no longer supported the ODL
5    product.
6         A    I don't think that is knowable.
7                        (SEC Exhibit No. 175 was marked for
8                        identification.)
9         Q    I would like to take a look at Exhibit 175.
10             MR. SOLOMON:  Can we pause for a minute and
11   just maybe very quickly go off the record, just a reality
12   check? Because it's 6 o'clock.
13             MS. WAXMAN:  We're off the record at 6 o'clock.
14             (A discussion was held off the record.)
15             (A brief recess was taken.)
16             MS. WAXMAN:  We're back on the record at 6:07.
17             BY MS. WAXMAN:
18        Q    Mr. Garlinghouse, while we were off the record,
19   did you have any substantive conversations with the
20   staff?
21        A    I did not.
22             MS. WAXMAN:  Counsel, will you confirm?
23             MR. SOLOMON:  Yes, confirmed.
24             BY MS. WAXMAN:
25        Q    I would like you to turn to Exhibit 175.
```

247

1      A    Okay.  I have it open.

2      Q    Do you need a moment to take a look at it?

3      A    Would you like me to read the whole thing?

4      Q    No.  Do you recognize what's been marked as

5  Exhibit 175?

6      A    I recognize it only in context of preparation

7  for my testimony today.

8      Q    Have you seen Exhibit 175 before?

9      A    Not to my knowledge.

10     Q    So you only saw it in connection with

11 preparation for testimony?

12     A    That's correct.

13     Q    Did you discuss with anyone the existence of --

14 well, strike that.

15          What is Exhibit 175?

16     A    Exhibit 175 is a legal analysis and

17 recommendations regarding NewCoin, which is a predecessor

18 name to XRP as my understanding.

19     Q    And who prepared the legal analysis?

20     A    It was prepared by Perkins Coie and

21 specifically Dax Hansen and Naomi Sheffield.

22     Q    And are those individuals lawyers?

23          MR. SOLOMON:  Do you know?

24          THE WITNESS:  I do know that Dax Hansen --

25 well, to my knowledge, Dax Hansen is a lawyer.  I do not

248

1    know about Naomi Sheffield.

2         BY MS. WAXMAN:

3    Q    And what is contain in Exhibit 175?

4    A    My understanding from preparation on this is

5    it's a legal analysis covering a whole bunch of

6    recommendations.  By memory, I think it was around 10

7    different recommendations about how what is now known as

8    Ripple should engage based upon the usage of NewCoin or I

9    guess context of NewCoin.

10        Q    Did you have any discussions with anybody

11   regarding the recommendations in the memo, what's been

12   marked as 175?

13        MR. CERESNEY:  That's a yes or no or I don't

14   recall.

15        BY MS. WAXMAN:

16        Q    Other than conversations with counsel,

17   obviously.

18        A    Other than conversations with counsel, I don't

19   recall.

20             (SEC Exhibit No. 176 was marked for

21             identification.)

22        Q    Can you turn to Exhibit 176?

23        A    Yes, it's open.

24        Q    Do you recognize what's been mark as Exhibit

25   176?

249

```
1        A    Only insofar as what I did in preparation for
2    this testimony.
3        Q    Have you ever seen Exhibit 176 before prepping
4    for testimony?
5        A    No.  To my knowledge, no.
6        Q    Were you aware of the existence of Exhibit 176?
7        A    I was aware that outside lawyers had done
8    various analyses but I was not aware of any specificity
9    to that.
10       Q    Were you aware that there was an October 2012
11   legal memo from Perkins Coie --
12       A    No.
13       Q    -- regarding Ripple credits?
14       A    No.
15       Q    I don't want to find out any legal advice but
16   when did you learn again about the existence of the
17   October 2012 memo?
18       A    In preparation for this testimony.
19       Q    You've referenced publicly that you believe XRP
20   is not a security, is that correct?
21       A    That is correct.
22       Q    Do you still have that belief?
23       A    As a nonlawyer, layperson, judgment and I think
24   educated about business, yes, it's my opinion that XRP,
25   since it doesn't represent ownership in Ripple, doesn't
```

1   give anyone rights and title to Ripple governance rights.

2   And I think, again, as a layperson, if Ripple decided to

3   shut down tomorrow XRP trades at I think somewhere around

4   200 exchanges around the world and XRP would continue to

5   trade.

6        Q    I believe you've stated previously that one of

7   the reasons XRP is in your opinion not a security is

8   because XRP has utility.  Is that correct?

9        A    I may have said that, yes.  I don't recall a

10  specific time saying that certainly -- I suppose I may

11  have said that.  I don't know.

12       Q    Well, is that one of the reasons why you

13  believe XRP is not a security?

14       A    I mean, as a nonlawyer, you're asking me kind

15  of -- you know, the reason why we're spending time

16  together is because people smarter than me from around

17  the law have interpretations.  I'm making interpretation

18  based upon my view and the kind of key reasons are the

19  two that I highlighted up front.

20            There was a speech, as I recall, from Director

21  Hinman about utility.  I can't remember exactly.  Or

22  maybe it was a published list of criteria, that utility

23  was a factor but that's not necessarily one that I think

24  I frequently highlight.

25       Q    When I use the term utility, do you know what

251

1    I'm talking about?

2        A    I believe you're referencing a use case beyond

3    just speculative trading.

4        Q    Did XRP have a use case?

5        A    In what time period?

6        Q    In 2017.

7        A    I suppose it depends on who the user was, who

8    the buyer, who -- what they were doing with it.

9        Q    Were you aware of any -- were any users -- were

10   any customers using XRP for cross-border payments in

11   2017?

12       A    By Ripple?  No.

13       Q    By Ripple customers.

14       A    Maybe the subtle point I'm making is that there

15   is a vast number of people, companies using XRP.  I

16   obviously can't speak on behalf of all of them.

17            Ripple was not using XRP in any production

18   products in at least the majority of 2017.

19       Q    So in 2017, Ripple's sales of XRP, who were

20   they targeted to?

21       A    I mean, I would -- I would need to see who were

22   the buyers of XRP in 2017 from Ripple.

23       Q    You just said that there were no actual users

24   of XRP for cross-border payments in 2017, so were the

25   sole purchasers of XRP that Ripple sold speculators?

252

1          THE REPORTER:  I'm sorry, I didn't understand.

2     "Were the sole purchasers of XRP ever" --

3          BY MS. WAXMAN:

4     Q     Were the people that Ripple was selling XRP to

5     using the XRP or were they buying for investment?

6     A     I don't want to speak on behalf of -- I don't

7     know who you're referencing specifically.  I don't have a

8     list of who those buyers were and if I did, I'm not sure

9     I would want to speculate on how they were using it.

10    Q     But based on what you just said, you said in

11    2017, no one was using XRP in connection with ODL or any

12    Ripple-promoted product.

13    A     In 2017, Ripple was not using XRP in production

14    for cross-border payment flows.

15    Q     So were Ripple's sales -- who was Ripple

16    selling XRP to if they weren't selling to users?

17    A     I don't have that information at my fingertips.

18    Q     Do you have any understanding who Ripple was

19    selling XRP to in 2017?

20    A     My loose viewpoint without specific information

21    in front of me would be that OTC sales would have been

22    to, you know, kind of bulk purchasers, you know, people

23    we have onboarded to an entity called XRP II but, I mean,

24    2017 was years ago and I'm not familiar with -- it's been

25    too long since I can recall who those purchasers were in

253

1   2017.

2        Q    The sales through XRP II, were those to people

3   who were going to use XRP or were those sales to XRP

4   investors?

5        A    I don't know who those buyers were and if I did

6   have it in front of me, I would probably be hesitant to

7   speculate on exactly what they were choosing to do with

8   the XRP once they received it.

9        Q    But you do know that nobody was using XRP for

10  cross-border payments before 2018 and the introduction of

11  xRapid?

12       A    I do not know that.  I know that Ripple was not

13  using XRP for cross-border payments prior to roughly that

14  time period.

15            MS. WAXMAN:  Okay.  I don't have any further

16  questions.  I don't think anyone from the SEC has any

17  further questions, but I want to provide counsel with an

18  opportunity to make any clarifying statements or to ask

19  any questions.

20            MR. SOLOMON:  No.  Thank you very much for the

21  opportunity but no, thanks.  No more questions.

22            BY MS. WAXMAN:

23       Q    Mr. Garlinghouse, thank you very much for

24  participating in today's testimony and thank you for

25  participating by Webex.

254

1          We don't have any further questions.  If we do,

2     we will reach out to your counsel.

3          A     Thank you very much.

4               MS. WAXMAN:  It's 6:20.  We're off the record.

5               (Whereupon, at 6:20 p.m., the examination was

6     concluded.)

7                              *  *  *  *  *

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

255

1                    PROOFREADER'S CERTIFICATE

2

3    In The Matter of:   RIPPLE LABS, INC.

4    Witness:            Bradley Kent Garlinghouse, Jr.

5    File Number:        NY-09875-A

6    Date:               Thursday, September 10, 2020

7    Location:           New York, NY

8

9         This is to certify that I, Maria E. Paulsen,

10   (the undersigned), do hereby certify that the foregoing

11   transcript is a complete, true and accurate transcription

12   of all matters contained on the recorded proceedings of

13   the investigative testimony.

14

15   _____        _____

16   (Proofreader's Name)         (Date)

17

18

19

20

21

22

23

24

25

256

```
1                    CERTIFICATE OF REPORTER

2    UNITED STATES OF AMERICA      ) ss.:

3    THE COMMONWEALTH OF VIRGINIA  )

4            I, MARY GRACE CASTLEBERRY, RPR, the officer

5    before whom the foregoing deposition was taken, do hereby

6    certify that the witness whose testimony appears in the

7    foregoing deposition was duly sworn by me; that the

8    testimony of said witness was taken by me to the best of

9    my ability and thereafter reduced to typewriting under my

10   direction; that I am neither counsel for, related to, nor

11   employed by any of the parties for the action in which

12   this deposition was taken, and further that I am not a

13   relative or employee of any attorney or counsel employed

14   by the parties thereto, nor financially or otherwise

15   interested in the outcome of the action.

16

17           _____

18           Notary Public in and for

19           The Commonwealth of Virginia

20           My commission expires: 07/31/2023

21

22

23

24

25
```

Transcript Word Index







































































