# Exhibit 81

## <u>Chris Larsen - XRP Sales[1] Through GSR By Exchange (2017-2020)[2]</u>

| Exchange | Total USD Proceeds from XRP Sold on Exchange | % of Total USD Value of XRP Sold |
|---|---|---|
| Binance | $36,899,840.55 | 8.13% |
| Bitfinex | $3,336,080.06 | 0.73% |
| BitForex | $6,036,285.31 | 1.33% |
| Bithumb | $86,143,517.51 | 18.98% |
| Bitlish | $49,774.38 | 0.01% |
| BitMart | $912,370.07 | 0.20% |
| AscendEX/BitMax | $237,541.22 | 0.05% |
| Bitrue | $799,291.92 | 0.18% |
| Bitstamp | $16,132,360.79 | 3.56% |
| Coinbene | $1,039,656.58 | 0.23% |
| Coinone | $17,225,561.51 | 3.80% |
| HitBTC | $29,893,876.41 | 6.59% |
| Huobi | $26,808,130.23 | 5.91% |
| HuobiPro | $1,420,206.79 | 0.31% |
| Korbit | $14,050,134.80 | 3.10% |
| OKEx | $33,882,256.33 | 7.47% |
| Upbit | $12,656,853.84 | 2.79% |
| ZB | $12,060,883.77 | 2.66% |
| ZBG | $15,921,763.59 | 3.51% |
| Foreign Exchanges 2017[3] | $79,719,481.00 | 17.57% |
| **Totals from Foreign Exchanges** | **$395,225,866.66** | **87.11%** |
| | | |
| Bittrex | $11,497,379.53 | 2.53% |
| Coinbase | $1,812,898.04 | 0.40% |
| Kraken | $1,809,624.80 | 0.40% |
| Poloniex | $43,345,834.71 | 9.56% |
| **Totals from Other Exchanges** | **$58,465,737.08** | **12.89%** |

---

[1] Prior to 2017, Mr. Larsen's XRP was only sold on foreign exchanges: Bitso, Bitstamp, Gatehub, Mr. Ripple, Rippex, Ripple China, Ripple Fox, RippleTradeJapan, Snapswap, and Tokyo JPY. GSR00000443.

[2] The data comes from the "Daily Sales," sheet of LARSEN-SEC-LIT-00000028 (2019 sales through Q3); the "Copy of EndOfDay.4t sheet" of GSR00000439 (Q42019 and 2020 sales); the "Poloniex sales (Estimate)" sheet of GSR00000443 (4t sales 2017 and before); and the "Daily Summary" sheet of GSR00000442 (2018 sales). In order to avoid burdening the Court with voluminous trading records, the above chart serves as a summary of these records. Mr. Larsen has produced the underlying records to the SEC, and will provide the Court with the underlying records if requested. This table is current as of December 22, 2020, the date this litigation was filed.

[3] In 2017, Mr. Larsen sold on the following foreign exchanges: Bithumb, Bitstamp, Coinone, Gatehub, Gatehub Fifth, Korbit, Mr. Ripple, Rippex, Ripple China, Ripple Fox, and Tokyo JPY. GSR00000443.