# Exhibit 82

## Bradley Garlinghouse – XRP Sales By Exchange (2017-2020)[1]

| Exchange | Total USD Proceeds from XRP Sold on Exchange | % of Total USD Proceeds from XRP Sold |
|---|---|---|
| Binance (sales by GSR) | $16,993,398.01 | 10.35% |
| Bitfinex (sales by GSR) | $1,136,692.63 | 0.69% |
| Bitforex (sales by GSR) | $1,142,106.62 | 0.70% |
| Bithumb (sales by GSR) | $29,361,030.57 | 17.87% |
| Bitlish (sales by GSR) | $19,046.91 | 0.01% |
| BitMart (sales by GSR) | $196,633.01 | 0.12% |
| AscendEX/Bitmax (sales by GSR) | $90,258.83 | 0.05% |
| Bitrue (sales by GSR) | $184,281.88 | 0.11% |
| Bitstamp (2017 self-directed sales) | $42,267,234.73 | 25.73% |
| Bitstamp (2018-2020 sales by GSR) | $11,169,732.80 | 6.80% |
| Coinbene (sales by GSR) | $203,227.55 | 0.12% |
| Coinone (sales by GSR) | $5,902,033.89 | 3.59% |
| HitBTC (sales by GSR) | $11,558,031.87 | 7.04% |
| Huobi (sales by GSR) | $10,864,119.24 | 6.61% |
| Korbit (sales by GSR) | $4,146,192.71 | 2.52% |
| OKEx (sales by GSR) | $11,494,334.25 | 7.00% |
| Upbit (sales by GSR) | $3,662,773.21 | 2.23% |
| ZB (sales by GSR) | $2,754,965.99 | 1.68% |
| ZBG (sales by GSR) | $2,669,652.75 | 1.63% |
| **Totals from Foreign Exchanges** | **$155,815,744.45** | **94.86%** |
| | | |
| Bittrex (sales by GSR) | $3,206,140.92 | 1.95% |
| Coinbase (sales by GSR) | $760,975.60 | 0.46% |
| Kraken (sales by GSR) | $798,000.28 | 0.49% |
| Poloniex (sales by GSR) | $3,679,131.47 | 2.24% |
| **Totals from Other Exchanges** | **$8,444,248.27** | **5.14%** |

---

[1] The sources for the data summarized in this table are the "Request 1" tab of the spreadsheet Bates numbered GARL00000001 (Mr. Garlinghouse's transactions on Bitstamp), the "Daily Sales" tabs of the spreadsheets Bates numbered GARL00000171 and GARL00000170 (GSR's sales of Mr. Garlinghouse's XRP through the end of 2019), and the spreadsheet Bates numbered GARL_Civil_000005 (GSR's sales of Mr. Garlinghouse's XRP during 2020).  In order to avoid burdening the Court with voluminous trading records, the above chart serves as a summary of these records.  Mr. Garlinghouse has produced the underlying records to the SEC, and will provide the Court with the underlying records if requested.  This table is current as of December 22, 2020, the date this litigation was filed.