# Exhibit 87
# was filed under seal at
# ECF 624-87