Exhibit 91 was filed under seal at ECF 624-91