# Exhibit 101

**From:** ███████@gsr.io>
**Sent:** Wednesday, December 2, 2020 2:40 PM
**To:** Brad Garlinghouse <███@ripple.com>
**Cc:** ███████@gsr.io>
**Subject:** Re: 42t instructions

Noted, thank you sir.

> On 2 Dec 2020, at 15:38, Brad Garlinghouse <███@ripple.com> wrote:
>
> Good morning ███
>
> Confirming the same instructions as previous for this most recent tranche. I plan to sell ~7.2m XRP and will send over the balance of 2.2m later today
>
>> On Tue, Aug 11, 2020 at 10:19 AM Brad Garlinghouse <███@ripple.com> wrote:
>> confirmed.
>>
>>> On Tue, Aug 11, 2020 at 10:55 AM ███████@gsr.io> wrote:
>>> Hi Brad,
>>>
>>> We would like to confirm that our instructions as of yesterday, August 10th were to target 5bps for selling bot 42t.
>>>
>>> Regards,
>>> ███
>>>
>>> 
>>> ███@gsr.io
>>> Mobile ███
>>> Skype ███
>>> Telegram ███

CONFIDENTIAL
GSR00021503
RPLI_03493714