# Exhibit 102

| Date | Name | Amount |
|---|---|---|
| 5/9/2013 | ███████████ | $160,000.00 |
| 7/11/2014 | RippleWorks | $604,500.00 |
| 9/25/2014 | ███████████ | $1,772,900.00 |
| 4/27/2015 | RippleWorks | $2,990,700.00 |
| 7/27/2015 | RippleWorks | $3,199,700.00 |
| 8/11/2015 | ███████████ | $1,000.00 |
| 8/12/2015 | ███████████ | $2,500.00 |
| 8/17/2016 | ███████████ | $25,000.00 |
| 8/17/2016 | ███████████ | $25,000.00 |
| 11/17/2016 | ███████████ | $15,000.00 |
| 12/15/2016 | RippleWorks | $82,400.00 |
| 3/31/2017 | RippleWorks | $343,900.00 |
| 5/22/2017 | RippleWorks | $3,959,300.00 |
| 7/8/2017 | ███████████ | $10,000.00 |
| 7/26/2017 | ███████████ | $5,000.00 |
| 9/2/2017 | ███████████ | $5,000.00 |
| 9/21/2017 | ███████████ | $5,000.00 |
| 10/14/2017 | ███████████ | $5,000.00 |
| 10/30/2017 | ███████████ | $3,000.00 |
| 10/30/2017 | ███████████ | $3,000.00 |
| 10/30/2017 | ███████████ | $3,000.00 |
| 10/30/2017 | ███████████ | $3,000.00 |
| 10/30/2017 | ███████████ | $3,000.00 |
| 10/30/2017 | ███████████ | $2,000.00 |
| 11/6/2017 | ███████████ | $2,000.00 |
| 11/30/2017 | RippleWorks | $24,364,333.00 |
| 12/18/2017 | RippleWorks | $7,291,867.00 |
| 12/19/2017 | ███████████ | $23,175.00 |

Highly Confidential

LARSEN-SEC-LIT-00006428

SEC-LIT-EPROD-001382683

RPLI_03545447

| | | |
|---|---|---|
| 12/28/2017 | RippleWorks | $6,171,500.00 |
| **2018** | | |
| 1/11/2018 | | $2,491,199.76 |
| 2/4/2018 | | $10,200,000.00 |
| 3/1/2018 | | $28,000,003.00 |
| 3/5/2018 | | $5,000.00 |
| 5/22/2018 | | $54,250.00 |
| 5/23/2018 | | $4,000,000.00 |
| 5/25/2018 | | $10,000.00 |
| 6/26/2018 | | $1,000,000.00 |
| 8/21/2018 | | $1,397,902.08 |
| 10/16/2018 | | $25,000.00 |
| 10/1/2018 | | $50,100.00 |
| 11/6/2018 | | $5,328,016.67 |
| 11/8/2018 | | $2,000,000.00 |
| 11/9/2018 | | $8,000,000.00 |
| 11/15/2018 | | $25,000.00 |
| 11/15/2018 | | $50,000.00 |
| 11/15/2018 | | $34,700.00 |
| 11/16/2018 | | $75,000.00 |
| 12/19/2018 | | $3,593,360.00 |
| 12/28/2018 | | $94,045.08 |
| 12/31/2018 | | $3,529,870.00 |
| **2019** | | |
| 1/7/2019 | | $12,500.00 |
| 1/9/2019 | | $250,000.00 |
| 2/1/2019 | | $2,500,000.00 |
| 2/12/2019 | | $250,000.00 |
| 2/12/2019 | | $10,000.00 |

Highly Confidential

LARSEN-SEC-LIT-00006429

SEC-LIT-EPROD-001382684

RPLI_03545448

| Date | | Amount |
|---|---|---|
| 2/25/2019 | | $500,000.00 |
| 3/5/2019 | | $600,000.00 |
| 3/14/2019 | | $1,020,835.00 |
| April'2019 | | $25,000,000.00 |
| June'2019 | | $9,500,000.00 |
| 2/7/2019 | | $250,000.00 |
| 3/18/2019 | | $7,876,750.00 |
| 4/26/2019 | | $10,000,000.00 |
| 5/1/2019 | | $12,302,893.33 |
| 5/15/2019 | | $1,097,227.71 |
| 5/16/2019 | | $25,000.00 |
| 5/30/2019 | | $7,931,675.59 |
| 6/18/2019 | | $10,000.00 |
| 7/8/2019 | | $1,000,000.00 |
| 7/12/2019 | | $10,000.00 |
| 7/22/2019 | | $25,000.00 |
| 7/12/2019 | | $10,000,000.00 |
| 8/2/2019 | | $5,000.00 |
| 8/23/2019 | | $10,000,000.00 |
| 9/4/2019 | | $325,000.00 |
| 9/4/2019 | | $280,000.00 |
| 9/10/2019 | | $200,000.00 |
| 926/2019 | | $10,100.00 |
| 10/24/2019 | | $10,000.00 |
| 11/1/2019 | | $125,000.00 |
| 11/7/2019 | | $100,000.00 |
| 11/7/2019 | | $200,000.00 |
| 11/20/2019 | | $500,000.00 |
| 12/12/2019 | | $250,000.00 |

Highly Confidential

LARSEN-SEC-LIT-00006430

SEC-LIT-EPROD-001382685

RPLI_03545449

| | | |
|---|---|---|
| 12/16/2019 | | $10,000,000.00 |
| 12/17/2019 | | $250,000.00 |
| 12/23/2019 | | $500,000.00 |
| 12/31/2019 | | $200,000.00 |
| **2020** | | |
| 1/8/2020 | | $10,000.00 |
| 1/13/2020 | | $10,000,000.00 |
| 1/16/2020 | | $10,000.00 |
| 1/22/2020 | | $1,000,000.00 |
| 1/22/2020 | | $500,000.00 |
| 1/23/2020 | | $500,000.00 |
| 1/31/2020 | | $194,684.84 |
| 2/3/2020 | | $10,000.00 |
| 2/5/2020 | | $100,000.00 |
| 2/6/2020 | | $250,000.00 |
| 2/12/2020 | | $1,000,000.00 |
| | | |
| | | **$247,746,888.06** |

Highly Confidential

LARSEN-SEC-LIT-00006431

SEC-LIT-EPROD-001382686

RPLI_03545450

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Highly Confidential

LARSEN-SEC-LIT-00006432

SEC-LIT-EPROD-001382687

RPLI_03545451

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Highly Confidential

LARSEN-SEC-LIT-00006433

SEC-LIT-EPROD-001382688

RPLI_03545452

|  |  |  |
|--|--|--|
|  |  |  |

Highly Confidential

LARSEN-SEC-LIT-00006434

SEC-LIT-EPROD-001382689

RPLI_03545453