# Exhibit 107

# Delaware

The First State

Page 1

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:*

*"XRP II, LLC", A NEW YORK CORPORATION,*

*WITH AND INTO "RIPPLE MARKETS DE LLC" UNDER THE NAME OF "RIPPLE MARKETS DE LLC", A LIMITED LIABILITY COMPANY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE ON THE THIRD DAY OF DECEMBER, A.D. 2021, AT 11:59 O`CLOCK A.M.*



Jeffrey W. Bullock, Secretary of State

6440887  8100M
SR# 20213970740

Authentication: 204859544
Date: 12-03-21

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 11:59 AM 12/03/2021
FILED 11:59 AM 12/03/2021
SR 20213970740 - File Number 6440887

# CERTIFICATE OF MERGER

## OF

## XRP II, LLC
### (a New York limited liability company)

## WITH AND INTO

## RIPPLE MARKETS DE LLC
### (a Delaware limited liability company)

Pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act:

**FIRST:** The name of the surviving limited liability company is Ripple Markets DE LLC, a Delaware limited liability company (hereinafter referred to as the "*Surviving LLC*").

**SECOND:** The name of the limited liability company being merged into the Surviving LLC is XRP II, LLC, a New York limited liability company (hereinafter referred to as the "*Merged LLC*").

**THIRD:** The agreement and plan of merger has been approved, adopted, certified, executed and acknowledged by both the Surviving LLC and the Merged LLC.

**FOURTH:** The agreement and plan of merger is on file at the address of the Surviving LLC, which is 315 Montgomery St., 2nd Fl, San Francisco, CA 94104 United States.

**FIFTH:** A copy of the agreement and plan of merger will be furnished by the Surviving LLC, on request and without cost, to any member of the Surviving LLC or any member of the Merged LLC immediately prior to the effective time of the merger.

**SIXTH:** The merger shall be effective upon the filing of this Certificate of Merger.

*[Signature Page Follows]*

39573552

IN WITNESS WHEREOF, the Surviving LLC has caused this Certificate of Merger to be executed and delivered by an authorized person this 3rd day of December, 2021.

**RIPPLE MARKETS DE LLC**, a Delaware limited liability company

By: *Siahn Rein*
Name: Siahn Rein
Title: Authorized Person

[Certificate of Merger of XRP II, LLC with and into Ripple Markets DE LLC]