# Exhibit 114

Message

**From:** Monica Long [███@ripple.com]
**on behalf of** Monica Long <███@ripple.com> [███@ripple.com]
**Sent:** 5/4/2018 10:53:22 AM
**To:** Brad Garlinghouse [Brad Garlinghouse <███@ripple.com>]
**Subject:** Re: For review: Xpring Ventures messaging and web copy


Great. We have a 1:1. I'll have print outs.

On Fri, May 4, 2018 at 10:07 AM, Brad Garlinghouse <███@ripple.com> wrote:
> Let's discuss a bit today


On Fri, May 4, 2018 at 2:05 AM, Monica Long <███@ripple.com> wrote:
> Hi Brad,
>
> Here is an updated messaging doc and Q&A. Appreciate your feedback tomorrow if possible.
>
> Thank you,
> Monica

On Wed, May 2, 2018 at 11:01 AM, Monica Long <███@ripple.com> wrote:
> Hi Brad,
>
> As discussed, I appreciate your review of our messaging and web copy for Xpring Ventures as I don't feel 100% sure the guidance we've gotten from the working team is in lock step with your point of view. The docs are as aligned as can be based on my knowledge of what Xpring's all about and needs your POV at this point.
>
> Here is the messaging document.
>
> Here is the website brief.
>
> Key questions I have for you:
>
> - Do we also emphasize building on ILP?
> - Are the use cases at launch: micropayments, virtual goods, marketplaces?
> - Is Xpring's value prop that Ripple is a one-of-a-kind investor in the kind of knowledge and support we can provide to portfolio companies?
> - Can we put a stake in the ground on the size of the fund?
>
> Based on your feedback, we'll rapidly iterate and then provide access to the website on staging and draft announcements for your review.
>
> We're operating on tight timelines this week so appreciate your feedback as soon as you can give it.
>
> Thanks!
> Monica

CONFIDENTIAL                                                                                                                RPLI_SEC 0392750

CONFIDENTIAL

RPLI_SEC 0392751