# Exhibit 116

# XRP is now available on Coinbase



Coinbase  Follow
Feb 28, 2019 · 2 min read



Starting today, Coinbase supports XRP at Coinbase.com and in the Coinbase Android and iOS apps. Coinbase customers can now buy, sell, convert, send, receive, or store XRP. Please note that inbound transfers and many sends require the specification of an XRP destination tag.

RPLI_SEC 1094562

XRP will be available for customers in most jurisdictions, but will not initially be available for residents of the United Kingdom or the state of New York.

XRP is the cryptocurrency used by the XRP ledger, which supports international currency exchange and remittances. The ledger is powered by a network of peer-to-peer servers. All accounts on this network can send or receive XRP to/from each other, while XRP can be used to send underlying fiat currencies between two parties. In this way, XRP can function as a bridge currency in transactions involving different currencies such as US dollars, Japanese yen, Euros, Francs, and others in use on the XRP network.

One of the most common requests we receive from customers is to be able to trade more assets on our platform. With the recent announcement of our new listing process, we anticipate listing more assets over time that meet our standards. We are also investing in new tools to help people understand and explore cryptocurrencies. We launched informational asset pages (see XRP here), as well as a new section of the Coinbase website to answer common questions about crypto.

You can sign up for a Coinbase account here to buy, sell or convert XRP today.

Bitcoin    Coinbase    Cryptocurrency

## Learn more.

Medium is an open platform where 170 million readers come to find insightful and dynamic thinking. Here, expert and undiscovered voices alike dive into the heart of any topic and bring new ideas to the surface. Learn more

## Make Medium yours.

Follow the writers, publications, and topics that matter to you, and you'll see them on your homepage and in your inbox. Explore

## Share your thinking.

If you have a story to tell, knowledge to share, or a perspective to offer — welcome home. It's easy and free to post your thinking on any topic. Write on Medium

About    Help    Legal

RPLI_SEC 1094564