# Exhibit 117

Message

**From:** Miguel Vias [____@ripple.com]
**Sent:** 10/15/2017 4:24:56 PM
**To:** Patrick Griffin [Patrick Griffin ____@ripple.com>]
**Subject:** Re: Weekly Summary 10.13.17

Product wants to better understand Kraken's on-boarding as they are a good alternative for Bitstamp for the xRapid pilots. This is separate to our deal talks with them.

They are looking to hire from outside for ____ role.

On Sun, Oct 15, 2017 at 1:44 PM, Patrick Griffin <____@ripple.com> wrote:
thanks for this. please just give me one bullet for any account you want to call out (vs one bullet for both last week and next week).

Kraken - why are we talking about xRapid integration when we still haven't heard back from them on our proposal?
Moneygram - does filling ____'s role mean hiring someone or assigning to an existing employee?

Patrick



Patrick Griffin
SVP Business Development
Ripple Inc.

On Sat, Oct 14, 2017 at 6:10 PM, Miguel Vias <____@ripple.com> wrote:
**Last Week**

- **Programmatic Sales**
  - ____ - worked on integrating to Kraken and Polo

- **OTC Sales**
  - ____: compliance worked through KYC/AML docs
  - ____: compliance worked through KYC/AML docs

- **xRapid**
  - ____ - executive engagement meeting and verbal yes for phase 2
  - ____ - waiting on signed term sheet
  - ____ - scheduled Money2020 meeting
  - ____ - discussed term sheet
  - ____ - aligned with xVia on how to approach

**Next Week**

- **Programmatic Sales**
  - ____ - finish current integrations

- **OTC Sales**
  - ____: sign MPA and agree on operational logistics
  - ____: sign MPA and agree on operational logistics

- **xRapid**
    - ▮ - finalize phase 2
    - ▮ - Sign term sheet
    - ▮ - loop in Danny for xVia
    - ▮ - evaluate viability with Jess
    - ▮ - follow up discussion and sign term sheet

**HR**

**Escalations**

**Key Deals**

- **Moneygram** - they are going to wait to kick off pilot until they fill ▮ role. In the meantime they will be on-boarding to Bitso and Bitstamp.
- ▮ - verbal yes to the xRapid pilot; need to schedule follow up meeting with ▮ on next steps
- **Kraken** - meeting scheduled with their tech and out product teams to discuss xRapid integration; need to push them on the term sheet
- ▮ - hope to sign agreement this week.
- ▮ - sending them final loan documentation this week.
- **Market makers** - will have initial discussions around lowering rates this upcoming week.

--

Miguel Vias | Head of XRP Markets
▮@ripple.com | www.ripple.com
T. ▮

--

Miguel Vias | Head of XRP Markets
▮@ripple.com | www.ripple.com
T. ▮

CONFIDENTIAL                                                                                                                                                                        RPLI_SEC 0377214