# Exhibit 118

**From:** ███████████████

**To:** ████████ Chris Larsen (owner) ████ @ripple.com Chris Larsen (owner)

**TimeStamp:** 09/27/19 09:19:06 AM

**DateRead:** 09/27/19 09:29:38 AM

---

XRP sale call, join or skip?

Confidential