# Exhibit 119

**From:**                    Chris Larsen (owner)

**To:**                      @ripple.com Chris Larsen (owner)

**TimeStamp:**      09/27/19 09:29:43 AM

**DateDelivered:** 09/27/19 09:29:43 AM

Skip

Confidential

LARSEN-SEC-LIT-00003196