# Exhibit 120

| | |
|---|---|
| **From:** | |
| **To:** | Chris Larsen (owner); @ripple.com Chris Larsen (owner) |
| **TimeStamp:** | 10/04/19 09:05:17 AM |
| **DateRead:** | 10/04/19 09:05:22 AM |

XRP sales call - join or skip?

Confidential

LARSEN-SEC-LIT-00003197