# Exhibit 121

**From:** ▇▇▇▇▇▇ Chris Larsen (owner)
**To:** ▇▇▇▇▇▇▇▇▇▇s@ripple.com Chris Larsen (owner)
**TimeStamp:** 10/04/19 09:05:25 AM
**DateDelivered:** 10/04/19 09:05:26 AM

Skip

Confidential
LARSEN-SEC-LIT-00003198