# Exhibit 122

**From:** ▮▮▮▮▮
**To:** ▮▮▮▮ Chris Larsen (owner) ▮▮@ripple.com Chris Larsen (owner)
**TimeStamp:** 10/10/19 05:31:26 PM
**DateRead:** 10/10/19 05:31:49 PM

XRP Sales call tomorrow, join or skip? ▮▮▮▮▮▮▮

Confidential
LARSEN-SEC-LIT-00003203