# Exhibit 123

**From:** ▮▮▮▮▮ Chris Larsen (owner)
**To:** ▮▮▮▮▮@ripple.com Chris Larsen (owner)
**TimeStamp:** 10/10/19 05:31:53 PM
**DateDelivered:** 10/10/19 05:31:53 PM

Skip

Confidential
LARSEN-SEC-LIT-00003204