# Exhibit 124

**From:** ███████████

**To:** ███████████ Chris Larsen (owner) ███ @ripple.com Chris Larsen (owner)

**TimeStamp:** 01/10/20 09:17:44 AM

**DateRead:** 01/10/20 09:17:58 AM

---

XRP call, join or skip?

Confidential