# Exhibit 125

**From:** ▅▅▅▅▅▅ Chris Larsen (owner)
**To:** ▅▅▅▅▅▅▅▅▅▅ @ripple.com Chris Larsen (owner)
**TimeStamp:** 01/10/20 09:18:01 AM
**DateDelivered:** 01/10/20 09:18:02 AM

Skip

Confidential                                      LARSEN-SEC-LIT-00003242