# Exhibit 126

| | |
|---|---|
| **From:** | |
| **To:** | Chris Larsen (owner) @ripple.com Chris Larsen (owner) |
| **TimeStamp:** | 02/28/20 08:24:54 AM |
| **DateRead:** | 02/28/20 08:25:04 AM |

XRP call, join or skip?

Confidential
LARSEN-SEC-LIT-00003254