# Exhibit 127

**From:** ████████ Chris Larsen (owner)
**To:** ████████████ @ripple.com Chris Larsen (owner)
**TimeStamp:** 02/28/20 08:25:08 AM
**DateDelivered:** 02/28/20 08:25:08 AM

Skip

LARSEN-SEC-LIT-00003255