# Exhibit 128

**From:** ███████████
**To:** ██████████████████ @ripple.com Chris Larsen (owner)
**TimeStamp:** 04/10/20 09:32:21 AM
**DateRead:** 04/10/20 09:32:25 AM

XRP join or skip?

Confidential