# Exhibit 129

**From:** ▮▮▮▮▮▮▮▮ Chris Larsen (owner)
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮s@ripple.com Chris Larsen (owner)
**TimeStamp:** 04/10/20 09:32:29 AM
**DateDelivered:** 04/10/20 09:32:29 AM

Skip

Confidential
LARSEN-SEC-LIT-00003275