# Exhibit 130

**From:** ▮
**To:** ▮ Chris Larsen (owner) ▮@ripple.com Chris Larsen (owner)
**TimeStamp:** 04/16/20 01:37:41 PM
**DateRead:** 04/16/20 01:58:11 PM

Sure, XRP Sales tomorrow, join or skip?

Confidential
LARSEN-SEC-LIT-00003276