# Exhibit 131

**From:** ▮▮▮▮▮▮ Chris Larsen (owner)
**To:** ▮▮▮▮▮▮ @ripple.com Chris Larsen (owner)
**TimeStamp:** 04/16/20 01:58:19 PM
**DateDelivered:** 04/16/20 01:58:19 PM

Skip

Confidential                                                                                         LARSEN-SEC-LIT-00003277