# Exhibit 133

| | |
|---|---|
| **From:** | ███████████ @ripple.com> |
| **Sent:** | Wed, 21 Mar 2018 17:18:57 -0400 (EDT) |
| **To:** | ███████████ |
| **Cc:** | ███████████ @ripple.com>; Miguel Vias <███████ @ripple.com>; Dinuka Samarasinghe <██████ @ripple.com> |
| **Subject:** | Amendment to Master Agreement |
| **Last Modifier Name:** | ███████████ |
| **Creator Name:** | ███████████ |
| **Attachments:** | Amendment One to Programmatic Market Activity Agreement_████_Executed.pdf |

███

Attached is the executed amendment to the master agreement.

███

--
███████████
Revenue Operations Manager | Ripple

███@ripple.com | ripple.com

ripple

CONFIDENTIAL
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

███ 000292
SEC-LIT-EPROD-000786925
RPLI_02051163

## Market Maker and Programmatic Market Making Activity Agreement

This Market Maker and Programmatic Market Activity Agreement (the "Agreement") is made as of March 1, 2018 (the "Effective Date") by and between Ripple Markets ("Ripple"), a California corporation, located at 300 Montgomery Street, 12th Floor, San Francisco, CA 94104, and ███████████████ an LLC corporation ("*Market Maker*").

### 1. Purpose:

Pursuant to the terms and conditions of this Agreement, and for good and valuable consideration, Market Maker agrees to (1) engage in efforts to promote liquidity for the buying and selling of XRP, the asset native to the Ripple Consensus Ledger ("Market Making Activity") and (2) to transact in XRP pursuant to a programmatic schedule ("Programmatic Market Making Activity") provided by Ripple. In return for this Market Making activity, Ripple will compensate Market Maker, as specified below:

### 2. Responsibilities of Market Maker for Market Making and Programmatic Market Activities:

   a. Market Maker is a trading firm that posts two-sided quotes in XRP pairs.

   The purpose of this market making activity is to promote and encourage the liquidity of XRP to support a healthy market.

   b. Additionally, Market Maker agrees facilitate and implement Ripple's Programmatic Market Making Activity.

### 3. Market Making Activity:

The end result of Market Maker's Activity pursuant to the program is anticipated to be a tighter bid-ask spread to buy and sell relevant cryptocurrencies (see "Trading Pairs" below) through XRP order books.

   a. Provided Market Maker can, and will, and at all times comply with all laws, regulations and administrative and judicial orders applicable to its business, Market Maker will maintain the following venues and Trading Pairs both on the Ripple Consensus Ledger and External Digital Asset Exchanges:

| Trading Pairs, Ripple Consensus Ledger | <ul><li>XRP/USD:Bitstamp</li><li>XRP/BTC:Bitstamp</li><li>XRP/JPY:TokyoJPY</li><li>XRP/EUR:Gatehub</li><li>XRP/USD:Gatehub</li><li>XRP/CNY:Ripple China</li><li>XRP/CNY:Ripple Fox</li><li>XRP/ETH:GatehubFifth</li></ul> |
|---|---|

Confidential - 1

CONFIDENTIAL
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

███████ 000293
SEC-LIT-EPROD-000786926

RPLI_02051164

|  |  |
|---|---|
|  | • XRP/BTC:GatehubFifth |
| Trading Pairs, External Digital Asset Exchanges | Bitstamp pairs<br>    XRP/USD<br>    XRP/EUR<br>    XRP/BTC (when supported)<br><br>Kraken pairs<br>    XRP/BTC<br>    XRP/EUR (when supported)<br>    XRP/USD (when supported)<br>    XRP/CAD (when supported) |

Market Maker will not be required to use any Ripple Consensus Ledger location, gateway, exchange or any External Digital Asset Exchange, even if specified in this Agreement or otherwise by the Parties, unless Market Maker can and will comply with all necessary regulations, including any applicable asset control or anti-money laundering laws, rules or regulations.

b. **Future Venues and Pairs.** Market Maker agrees to support subsequent XRP listings at External Digital Asset Exchanges, or off-Ripple Consensus Ledger digital asset exchanges, (including, but not limited to, Kraken, CoinCheck and Bitstamp) as they become available so long as it is operationally viable to do so, and Market Maker can meet all regulatory requirements.

For Market Maker to prepare for new listings support, Ripple agrees to cooperate with Market Maker, and Market Maker commits to providing Ripple a minimum 30 days' notice before committing to any new off ledger XRP listing.

If Market Maker and Ripple agree to withdraw liquidity support for a particular pair on the Ripple Consensus Ledger (listed above) or any External Digital Asset Exchange, Market Maker agrees to support an agreed upon available off ledger XRP pair instead, where possible. If there is no such pair, Market Maker agrees to support the next off ledger pair that becomes available, as long as it is viable and Market Maker can and will comply with all necessary regulations, including any applicable asset control or anti-money laundering laws, rules or regulations, as specified above.

c. **Best Efforts.** Market Maker commits to best efforts and will commit to a time in the market of 60% of ledger closes on Ripple Consensus Ledger and 60% of the time on off ledger exchanges, 7 days a week. Market Maker also commits to a notional size of $3,000 and a width of 4 minimum tick increments or 40 basis points, whichever is wider.

Confidential - 2

CONFIDENTIAL
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

000294
SEC-LIT-EPROD-000786927

RPLI_02051165

### 4. Reporting and Access to Records

a. As a condition precedent to ▆▆▆▆ share of the proceeds described in Section 6, ▆▆▆▆ must provide daily reporting of its XRP Programmatic Market Making Activity on business days, not including holidays. Such report shall specify the balance of XRP in the segregated wallet(s) and account(s) (described in Section 5 of this Agreement) and the balance of ▆▆▆▆ proceeds from Programmatic Market Making Activity, broken down by currency, exchange, gateway, and location off the Ripple Consensus Ledger, as applicable.

b. During the term of this Agreement and for one year thereafter, Ripple will have the right to audit and review and copy ▆▆▆▆ records and to inspect the accuracy of the reporting of XRP Programmatic Market Making Activity required under this section.

### 5. Programmatic Market Making Activity

Ripple will maintain a segregated wallet with XRP to be used by Market Maker to transact Programmatic Market Making Activity as outlined in this Agreement. Ripple will fund an XRP amount at its sole discretion, and consistent with the Programmatic Market Making Activity plan, and Market Maker will transact following the Programmatic Market Making Activity plan, as long as the accounts remain funded. The location of this segregated wallet will be communicated to Market Maker, and confirmed by Market Maker, within 10 business days of the Effective Date.

Ripple will provide the Programmatic Market Making Activity Plan to be executed the following month to Market Maker by the end of previous month. Ripple reserves the right to adjust the Programmatic Market Making Activity Plan during the month.

Market Maker will determine the specifics of each transaction that together or separately satisfy the Programmatic Activity Plan. Market Maker will not be required to use any particular exchange, gateway or location off the Ripple Consensus Ledger or any External Digital Asset Exchange, even if specified in this Agreement or otherwise by the Parties, and Market Maker agrees that it can and will comply with all necessary regulations, including any applicable asset control or anti-money laundering laws, rules or regulations that may apply to each transaction.

### 6. Payment

Confidential - 3

CONFIDENTIAL
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

▆▆▆▆000295
SEC-LIT-EPROD-000786928
RPLI_02051166

Ripple may, at any time and in its sole discretion, direct ▮▮▮▮ to remit any portion of or all of the proceeds of ▮▮▮▮ Market Making and Programmatic Market Activity, as such amounts are reported in the then-current daily reporting of XRP Programmatic Market Activity required in Section 4. ▮▮▮▮ shall promptly remit the proceeds to Ripple in a payment method(s) directed by Ripple in its sole discretion, provided that ▮▮▮▮ shall transfer the portion of the proceeds described in the next sentence ("▮▮▮▮ Fee") to a wallet or account of ▮▮▮▮ for its own benefit. For purpose of this Agreement, in exchange for Market Making and Programmatic Market Making Activity, the ▮▮▮▮ Fee is ▮% of the proceeds for the first ▮▮▮▮ programmatically traded in the then-calendar month; ▮% of the amount traded $▮▮▮▮ but less than $▮▮▮▮ in the then-calendar month; and ▮% of the amount traded of $▮▮▮▮ or more in the then-calendar month.

a.

## 7. Reporting

To be entitled to any and all payments from Ripple, Market Maker must provide the following reporting, on a monthly basis and at least 10 calendar days following the end of the calendar month that shows the volume attributable to Market Maker, excluding any and all self-matching volume:

- Aggregated trade activity on RCL gateways;
- Aggregated trade activity on off ledger digital asset exchanges
- Daily reporting of XRP Programmatic Market Making Activity

## 8. Term

The Term of this Agreement shall commence on the first day of the calendar month following the date of this Agreement and shall continue until the earlier of:

a. 12 months;

b. termination by Ripple upon 180 calendar days' notice to Market Maker;

c. upon written notice of termination by a Party if the other Party is in material breach of this Agreement, if the breaching party does not, within ten (10) calendar days after receiving written notice describing an alleged material breach of this Agreement, cure the alleged material breach;

## 9. Compliance with Laws

Each Party shall at all times comply with all laws, regulations, and administrative or judicial orders that are applicable to the operation of its business, this Agreement, and its performance hereunder, including, but not limited to, any applicable asset control or anti-money laundering laws, rules, and regulations. Without limiting the generality of the foregoing, Market Maker shall at all times, and at its own expense, obtain and maintain all necessary certifications, authorizations, licenses, and permits materially necessary to the exercise of its obligations under this Agreement.

Confidential - 4

CONFIDENTIAL
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

▮▮▮▮ 000296
SEC-LIT-EPROD-000786929

RPLI_02051167

### 10. Intellectual Property
Each Party shall retain all right, title and interest in its intellectual property rights, including those held before this Agreement, or they have developed independently of this Agreement.

### 11. Confidentiality
The Parties agree to hold all non-public, proprietary information about their businesses, including but not limited to technology, intellectual property, business plans, strategies, pricing, systems, methods, programs, techniques, etc. in strictest confidence and use it solely to fulfill the Purpose of this Agreement and for no other uses. The precautions taken by the parties shall be at least equivalent in scope and effect to the measures taken by the Party receiving the confidential information to protect its own confidential information of a like or similar nature, but in no case less than a reasonable degree of care. The Parties further agree that the contents of this Agreement constitute Confidential Information and shall be protected as such.

### 12. Limitation of Liability
Except for a breach of confidentiality, to the maximum extent permitted by applicable law, each Party's liability to the other for any breach of this Agreement, and other Party's sole and exclusive remedy, for any cause whatsoever and regardless of the form of action (whether in contract or it tort, including negligence) will be limited to actual, direct damages. In no event will Ripple's Aggregate Liability for any losses and damages arising out of or related to this Agreement exceed the total amount paid to Market Maker in any calendar year. In no event will either party be liable to the other party for any lost profits, loss of business, or other consequential, special, incidental, indirect, exemplary or punitive damages arising out of or related to this Agreement, even if the party has been advised of the possibility of such damages. Market Maker shall defend, indemnify and hold Ripple harmless from any and all claims, liabilities, costs and expenses (including reasonable attorneys' fees) arising out of or related to Market Maker's breach of this Agreement.

### 13. Warranties
Each party represents to the other party that it: (a) is a legal entity duly organized and validly existing under the laws of the jurisdiction in which it is registered or in which its principal office is located, as the case may be; (b) has all necessary power and authority to enter into this Agreement and perform its obligations hereunder; and (c) when executed and delivered by such party, this Agreement will constitute legal, valid and binding obligation of such party that is enforceable in accordance with its terms hereunder.

### 14. Relationship of the Parties
This Agreement will not be construed as creating an agency, partnership, joint venture or any other form of association, for tax purposes or otherwise between the parties and the parties will at all times be and remain independent contractors. Neither party will have the authority to enter into any contract on behalf of the other party or to otherwise bind the other party to any legal obligation.

Confidential - 5

CONFIDENTIAL
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

000297
SEC-LIT-EPROD-000786930
RPLI_02051168

### 15. Assignment

Neither party may assign this Agreement or any right hereunder without the prior written consent of the other Party. Any purported assignment made in violation of this provision will be deemed to be and will be void. Notwithstanding the foregoing, each party shall be entitled to assign this Agreement in its entirety to an affiliate, acquirer or successor entity as the result of a restructuring, merger, or sale of all or a substantial part of its business or assets.

### 16. Entire Agreement

This Agreement shall constitute the entire agreement between the parties with respect to the subject matter hereof and supersedes all prior proposals, negotiations, and other communications between the parties, whether oral, written, electronic or otherwise.

### 17. Severability

If any provision of this Agreement is held to be invalid or unenforceable, the parties agree that such invalidity or unenforceability shall not affect the validity of the remaining provisions of this Agreement and that they shall undertake to negotiate in good faith a substitute valid provision which most closely approximates the intentions and economic effect of the invalid provisions.

### 18. Law and Disputes

   a. Governing Law -- any claim, controversy or dispute arising under or related to this Agreement will be governed by the state of California, without regard to any provision of California law that would require or permit the application of the substantive law of any other jurisdiction.

   b. Informal Dispute Resolution -- At the written request for either party, the parties will attempt to resolve any dispute arising under or relating to this Agreement through the informal means described in this paragraph. Each party will appoint a senior management representative and this representative will furnish the other all non-privileged information with respect to the dispute that the parties believe is germane. The representatives will negotiate in an attempt to resolve the dispute without the necessity of a formal proceeding. A formal proceeding for the resolution of the dispute may not commence until the earlier of (i) the designated representatives conclude that resolution through continued negotiation does not appear likely, or (ii) fourteen calendar days have passed since the initial request to negotiate the dispute was made -- unless this time has been extended by both parties in a writing.

   c. Any dispute arising out of or related to this Agreement which cannot be settled via informal means in accordance with the paragraph above shall be irrevocably submitted to federal court sitting in San Francisco, California.

Confidential - 6

CONFIDENTIAL
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

000298
SEC-LIT-EPROD-000786931

RPLI_02051169

Signatures:

▮  3/21/18
Ripple          Date

▮  3/20/18
                Date

Confidential - 7

CONFIDENTIAL
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

▮ 000299
SEC-LIT-EPROD-000786932

RPLI_02051170