# Exhibit 135

**Errata Sheet for the Deposition of Christian Larsen**

*SEC v. Ripple Labs Inc., et al.*, No. 20-CV-10832 (AT)(SN) (S.D.N.Y.)
Deposition Taken on September 14, 2021

| Transcript Range | Original Text | Modified Text | Reason |
|---|---|---|---|
| 12:10-11 | on the parties | among the parties | Transcription error |
| 12:14-15 | for the defendants | for any of the defendants | Transcription error |
| 15:4 | ▉▉▉▉ | ▉▉▉▉ | Misspelling |
| 15:7 | Saw | I saw | Transcription error |
| 17:4 | assets.  It is | assets, but it is | Transcription error |
| 19:15 | half of 2018 | half of 8 -- 2018 | Transcription error |
| 20:24 | XRP | XRP's | Transcription error |
| 26:20 | a little further? | a little bit further? | Transcription error |
| 27:23 | to the -- that | to you that | Transcription error |
| 34:16-17 | denied that involved | denied that that involved | Transcription error |
| 38:18 | that this was the SEC's position | that that was the SEC's position | Transcription error |
| 46:12 | No, no no. | No, no, no.  It's not coaching -- | Transcription error |
| 50:1 | and division, | and the vision, | Transcription error |
| 53:4-6 | did you not have the authority to appoint directors to Ripple's board? | you did not have the authority to appoint directors to Ripple's board. | Transcription error |
| 53:19 | could replace | could've replaced | Transcription error |
| 54:25 | exactly. | the exact date. | Transcription error |
| 55:13-14 | Series B, Series C | Series B, and Series C | Transcription error |
| 64:21 | LLC to sell? | LLC sell? | Transcription error |

CONFIDENTIAL

| Transcript Range | Original Text | Modified Text | Reason |
|---|---|---|---|
| 66:2 | Did you -- sorry. | Did you decide? Sorry. | Transcription error |
| 71:8 | Are you asking who is the market makers? | Are you asking who's the market maker? | Transcription error |
| 72:15-16 | So is not impacting | So not impacting | Transcription error |
| 78:1-2 | understanding what CL sales [redacted] percent means? | understanding of what "CL sales ([redacted]%)" means? | Transcription error |
| 84:17 | I don't recall | I can't recall | Transcription error |
| 85:18 | other types | on other types | Transcription error |
| 88:25 | acquire | inquire | Transcription error |
| 89:2-3 | Whether using other platforms that's not their own platform. | Well they're using other platforms. That's not their own platform. | Transcription error |
| 90:5 | as medium of exchange, for store value, | as mediums of exchange, store -- you know for store of value, | Transcription error |
| 90:14 | That's why -- that's in Bitcoin, | That's why -- that's why Bitcoin, | Transcription error |
| 100:9-10 | it's a virtual exchange, existed. The assumption -- you know, it was overseas | it was a virtual exchange. It existed globally; the assumption you know was overseas | Transcription error |
| 101:17-18 | shriveled up and was sold | shriveled up, and then was sold | Transcription error |
| 104:12-13 | I use GSR's, what they | I've used GSR's -- what they | Transcription error |
| 104:21 | directly would | directly have -- would | Transcription error |
| 106:14 | Had an | We had an | Transcription error |
| 109:15 | Well, could be | Well, it could be | Transcription error |
| 109:21 | not have impact | to not have impact | Transcription error |
| 116:12 | [redacted] | [redacted] | Misspelling |
| 118:23 | a GSR | GSR | Transcription error |

CONFIDENTIAL

| Transcript Range | Original Text | Modified Text | Reason |
|---|---|---|---|
| 125:4 | what do you mean? | how do you mean? | Transcription error |
| 125:22 | period the trust | period that the trust | Transcription error |
| 126:3 | market makers' | market maker's | Transcription error |
| 129:15-16 | MR. FLUMENBAUM: I think he's starting in the middle, where it's point 2, not point 1. | MR. FLUMENBAUM: No, I think he's starting in the middle where -- <br><br>THE WITNESS: it's point 2, not point 1. | Transcription error |
| 130:20-21 | Well, a tactic is kind of an execution term, and programmatic being selling is a tactic. | Well, I mean a tactic is kind of an execution term, and programmatic selling is a tactic. | Transcription error |
| 134:7 | variables he's | variables that he's | Transcription error |
| 136:19 | ▇▇▇ | ▇▇▇ | Misspelling |
| 138:8 | LARSEN_NAT_00000 49. | LARSEN_NAT_000000 49. | Transcription error |
| 138:22-23 | native version. | native version, and that's why there's no Bates stamp, right? | Transcription error |
| 141:15 | the covered calls. | covered calls. | Transcription error |
| 142:8 | imposed a | imposed any | Transcription error |
| 142:12 | we're having? | that we're having? | Transcription error |
| 144:21 | concluded was | concluded, that was | Transcription error |
| 145:10 | Could be more specific? | Could you be more specific? | Transcription error |
| 149:5 | store value? | store of value? | Transcription error |
| 158:24 | Yeah. | Yes. | Transcription error |
| 160:13 | applications using blockchain | applications that use blockchain | Transcription error |
| 161:19 | Codius, | and Codius, | Transcription error |
| 161:19 | contacting | contracting | Misspelling |

3

CONFIDENTIAL

| Transcript Range | Original Text | Modified Text | Reason |
|---|---|---|---|
| 162:8-18 (multiple occasions) | product market fit | product-market fit | Transcription error |
| 162:18 | you found | you've found | Transcription error |
| 163:1-2 | And that's very typical of a tele start-up. | And that's -- that's very typical of a technology start-up. | Transcription error |
| 164:1-2 | They have to -- to narrow a definition, the | I think that's too -- too narrow a definition. The | Transcription error |
| 168:12 | system | ecosystem | Transcription error |
| 169:3 | advisor, used to be | advisor, and used to be | Transcription error |
| 170:19 | called "Ripple"? | called "ripple"? | Transcription error |
| 170:23 | called "Ripple"? | called "ripple"? | Transcription error |
| 171:11 | for Ripple | for ripple | Transcription error |
| 172:23 | that would | that that would | Transcription error |
| 175:4 | Do you have an understanding if those | And do you have an understanding that those | Transcription error |
| 175:18 | billion dollars | billion dollars worth | Transcription error |
| 176:8 | billion dollars? | billion dollars worth? | Transcription error |
| 176:19 | Is that an issuance of XRP? | Is that a reference to issuing XRP? | Transcription error |
| 177:5 | with prepaid access | of prepaid access | Transcription error |
| 177:7 | Became less of a risk | It became less of a risk | Transcription error |
| 179:17 | value different | value is different | Transcription error |
| 183:4 | Bitcoin had | that Bitcoin had | Transcription error |
| 183:11 | exchange, store value, unit | exchange, a store of value, unit | Transcription error |
| 183:12 | account currency that, like fiat currencies, is | account.  A currency, that like fiat currencies, is | Transcription error |

4

CONFIDENTIAL

| Transcript Range | Original Text | Modified Text | Reason |
|---|---|---|---|
| 184:19 | product market fit. | product-market fit. | Transcription error |
| 186:22 | product market fit. | product-market fit. | Transcription error |
| 189:6 | A. Generally, in the tens of millions. | A. Certainly.<br><br>Q. In the tens of millions? | Transcription error |
| 206:4 | Sure there were. | I'm sure there are. | Transcription error |
| 206:17 | it was in the hundreds | it's in the hundreds | Transcription error |
| 208:6 | the system is | that the system is | Transcription error |
| 214:15 | anything | any reason | Transcription error |
| 222:18-19 | you already had | you had already had | Transcription error |
| 223:12 | standard | the standard | Transcription error |
| 224:13 | that's not healthy | that that's not healthy | Transcription error |
| 227:18 | RCL is a reference to Ripple Ledger? | RCL is a reference to the Ripple Ledger, is that right? | Transcription error |
| 231:22 | Enough, Mark, enough. | Enough, Marty, enough. | Transcription error |
| 232:4 | well, going back, will be a major | well, this is going back years, will be a major | Transcription error |
| 232:6 | That, I think, actually | And I think that actually | Transcription error |
| 233:7 | I believe, yes, very much, | I believe yes, very much so, | Transcription error |
| 233:18 | roughly megatons of CO2 | roughly 80 megatons of CO2 | Transcription error |
| 233:19 | using 100 trillion-watt hours | uses 100 trillion watt hours | Transcription error |

5

CONFIDENTIAL

| Transcript Range | Original Text | Modified Text | Reason |
|---|---|---|---|
| 239:16 | court has the same power assertion | court has sustained our assertion | Transcription error |
| 252:3 | privilege | privileged | Transcription error |
| 252:9-12 | MR. SYLVESTER: Sure.<br><br>THE WITNESS: Repeat the question.<br><br>BY MR. SYLVESTER:<br>Q.   From reading | MR. SYLVESTER: Sure.  From reading | Transcription error |
| 256:7 | Certainly | But certainly | Transcription error |
| 257:20 | Larson | Larsen | Misspelling |
| 260:4 | important | importance | Transcription error |
| 266:3 | treasury | Treasury | Miscapitalization |
| 266:22 | treasury | Treasury | Miscapitalization |
| 266:24 | treasury | Treasury | Miscapitalization |
| 267:13 | have been -- amount | have been to a significant amount | Transcription error |
| 267:20 | industry, treasury, FinCEN, | industry, Treasury and FinCEN, | Miscapitalization |
| 268:7 | again give away has become spam. | again giveaways become spammed. | Transcription error |
| 270:16 | I can ask | If I can ask | Transcription error |
| 270:17 | store value | store of value | Transcription error |
| 271:1 | what you mean by "store value." | what you mean about "store of value." | Transcription error |
| 271:14 | store value | store of value | Transcription error |

6

CONFIDENTIAL

| Transcript Range | Original Text | Modified Text | Reason |
|---|---|---|---|
| 271:15 | store value | store of value | Transcription error |
| 271:22 | stored value | store of value | Transcription error |
| 271:24 | store value | store of value | Transcription error |
| 272:12 | store value | store of value | Transcription error |
| 272:17 | store value | store of value | Transcription error |
| 272:21 | store value | store of value | Transcription error |
| 275:12 | treasury | Treasury | Miscapitalization |
| 282:22 | XRP status | XRP's status | Transcription error |
| 284:11 | Well, now I'm -- I mean, the | Well, now I'm confused -- I mean, the | Transcription error |
| 286:12 | XRP securities law | XRP's securities law | Transcription error |
| 293:2 | if I read | if I've read | Transcription error |
| 294:7 | would | and would | Transcription error |
| 294:9 | And the notable SEC person | And the -- notable -- the SEC person | Transcription error |
| 295:14 | treasury | Treasury | Miscapitalization |
| 295:24 | treasury | Treasury | Miscapitalization |
| 298:7 | superiority of.  For example, | superiority of, for example, | Transcription error |
| 306:16 | 'particularly Ripple.' | quote particularly Ripple end quote.  Did you see that? | Transcription error |
| 306:18 | the quote | a quote | Transcription error |
| 307:5 | in the exhibit. | in the exhibit or he talked to -- | Transcription error |

7

CONFIDENTIAL

| Transcript Range | Original Text | Modified Text | Reason |
|---|---|---|---|
| 310:4 | under security | of a security | Transcription error |
| 317:6 | I don't know | I didn't know | Transcription error |
| 317:22-23 | if that's just talk. That's just rumors. Is he manipulating us. | if that's just talk, if that's just rumors, is he manipulating us. | Transcription error |
| 318:18 | he is meeting | that he is meeting | Transcription error |
| 320:10 | and the SEC | in the SEC | Transcription error |
| 321:4 | ■■■ | ■■■ | Transcription error |
| 322:18 | here | Ethereum | Transcription error |
| 323:15 | Ethereum | Ether | Transcription error |
| 323:17 | about Ethereum in | about Ether in | Transcription error |
| 335:4 | treasury | Treasury | Miscapitalization |
| 336:6 | and impoverished | and the impoverished | Transcription error |
| 336:14 | No. | Not -- | Transcription error |
| 337:8 | Such an outrageous statement. | So, that's just an outrageous statement. | Transcription error |
| 337:12 | heard from | heard for | Transcription error |
| 338:18 | situation because it was kind of | situation because he was head of | Transcription error |
| 339:11 | Do you have any response? | You have my response. | Transcription error |
| 343:1 | in our order. | in her order. | Transcription error |
| 344:20-21 | MR. FLUMENBAUM: You can answer yes or no, you can answer that question. | MR. CERESNEY: If you can answer yes or no, you can answer that question. | Transcription error |

8

CONFIDENTIAL

| Transcript Range | Original Text | Modified Text | Reason |
|---|---|---|---|
| 346:5 | He sought legal advice. | If he sought legal advice? | Transcription error |
| 348:7-10 | MR. FORD: Andrew, you guys in your first letter said that this was like a last minute case by the Trump administration right at the door. I mean, come on. | MR. TENREIRO: Andrew, you guys in your first letter said that this was like a last minute case by the Trump administration right at the door. I mean, come on. | Transcription error |
| 348:13-14 | MR. FORD: Sure you did. The party administration. | MR. TENREIRO: Sure you did. The party administration. You've -- you said that the party -- | Transcription error |
| 348:17 | MR. FORD: You did, you did. | MR. TENREIRO: You did, you did. | Transcription error |
| 349:3 | We can disagree | We do disagree | Transcription error |
| 351:19 | MR. FLUMENBAUM: You're asking for the | MR. TENREIRO: You're asking for the | Transcription error |
| 353:24 | that you set | that you used set | Transcription error |
| 368:9-10 | characterize that. That would be | characterize that as that would be | Transcription error |
| 368:18 | Yes. Yes. | Yes to the -- yes. | Transcription error |
| 372:14-20 | "While ▮▮▮ is the impetus for these considerations, the underlying premise that a more predictable distribution of XRP is needed to attract institutional investors to XRP is applicable to all investors and users of XRP." | "While ▮▮▮ is the impetus for these considerations, the underlying premise--that a more predictable distribution of XRP is needed to attract institutional investors to XRP--is applicable to all investors and users of XRP." | Transcription error |

CONFIDENTIAL

| Transcript Range | Original Text | Modified Text | Reason |
|---|---|---|---|
| 380:12 | in the volume | on the volume | Transcription error |
| 381:12 | treasury department | Treasury Department | Miscapitalization |
| 386:5 | I don't think | I don't even think | Transcription error |
| 394:5 | email: 1, discussing | email: 1) discussing | Transcription error |
| 395:24 | Assuming there | I'm assuming that | Transcription error |
| 402:19 | that the way | that question the way | Transcription error |
| 402:20 | I can't -- | I can't delineate. | Transcription error |
| 403:7 | That's why he | That's why I | Transcription error |
| 405:3 | notes | nodes | Transcription error |
| 406:18 | coil? | Coil? | Miscapitalization |
| 410:19 | impossible | possible | Transcription error |

[redacted]

Christian Larsen
October 25, 2021