# Exhibit 139

    

Home   My Network   Jobs





# Laura Shin

Crypto/blockchain journalist, host of the Unchained podcast, author of The Cryptopians - **I do not respond to messages here**

Talks about #defi, #nfts, #crypto, #bitcoin, and #ethereum

- Unchained Podcast
- Stanford University

New York City Metropolitan Area · Contact info

22,476 followers · 500+ connections

Follow    Message    More

## Featured



Link



How crypto could allow their own boss | Laura S
YouTube
Formerly senior editor at the first main stream jou topic of bitcoin and cryp her talk she...

   Home    My Network    Jobs

+ Follow

**Laura Shin** posted this • 52m

 Do Kwon insists that Terra was a "massive market failure," but not a scam. And...he still wants to build. 🛠

...show more

 7

**Laura Shin** posted this • 1h

  Do Kwon joins Unchained for the first time since Terra's collapse.

🌎 Where is he?

...show more

 35

**Laura Shin** posted this • 2d

 Does being unique mean something can't be classified as a security? Not really, says Peter Van Valkenburgh. "That argument has a lot of vulnerabilities." ❌

...show more

 10                                                                    1 repost

**Laura Shin** posted this • 3d

 🌎 Is Do Kwon 'on the run'? 📢 What does he wish to say to the victims of Terra's collapse? 💸 Where did TFL/LFG funds go?

...show more

 87                                                 10 comments • 2 reposts

Show all activity →

## About

I'm a crypto/blockchain journalist covering Bitcoin, Ethereum, DeFi, NFTs, DAOs, stablecoins, etc.; host of the podcast Unchained; and author of "The Cryptopians: Idealism, Greed, Lies, and the Making of the First Big Cryptocurrency Craze" (PublicAffairs). https://bit.ly/cryptopians

My literary agent is Kirby Kim at Janklow & Nesbit. My film/TV agent is Eric Reid at WME.

During the course of writing my book, my sources and I uncovered who we believe was behind the biggest whodunnit in crypto — the 2016 DAO attack on Ethereum.

   

Home   My Network   Jobs

Formerly a senior editor at Forbes, I was the first mainstream journalist to cover crypto full-time, and my podcasts and videos have had over 30 million downloads and views. I have spoken about cryptocurrency at places such as TEDx San Francisco, the International Monetary Fund, Singularity University and the Oslo Freedom Forum.

I graduated Phi Beta Kappa with Honors from Stanford University and have a master of arts from Columbia University's School of Journalism. Learn more about me:
https://www.laurashin.com/
https://unchainedpodcast.com
https://bit.ly/cryptopians

**Answers to FAQ:**
- For conferences/moderating or speaking engagements, please contact Kirk Myers at Washington Speakers Bureau, via this form: https://www.wsb.com/speakers/laura-shin/.

- For press interviews, please contact Johanna Dickson, senior publicist at PublicAffairs at johanna.dickson@hbgusa.com.

- If you want to sponsor the podcast, email Anthony at sponsorships@unchainedpodcast.com.

If you reach out to me directly with a press or speaking request on LinkedIn or Twitter or my email, I will not respond. Please contact Kirk or Johanna.

I do not advise or invest in crypto projects. Any projects that list me as part of their team or as an advisor are likely scams.

Anyone who reaches out to you with a social media profile that looks like mine and offers you investment opportunities is not me. I'm verified on Twitter, Facebook, and Instagram as @laurashin. Any others claiming to be me are impostors and are not to be trusted.

I do not give investment advice.

**PSA**
I will never ask you for payment in return for coverage. Scammers are impersonating me asking for crypto for coverage. THAT IS NOT ME. Please notify me if you receive messages like these.

## Experience



**Crypto journalist, host of Unchained, author of 'The Cryptopians'**
Unchained Podcast · Self-employed

    

Crypto (http://www.unchainedpodcast.com/ and https://www.youtube.com/c/unchainedpodcast) and am the author of The Cryptopians: Idealism, Greed, Lies, and the Making of the First Big Cryptocurrency Craze (PublicAffairs, February 22, 2022). (https://bit.ly/cryptopians.)

 



**Forbes**
4 yrs 10 mos

### Senior Editor
Jun 2017 - Feb 2018 · 9 mos
San Francisco Bay Area

I managed Forbes's coverage of crypto assets, Bitcoin, Ethererum, cryptocurrencies, ICOs, tokens and blockchain technology; was the co-lead reporter on the Forbes Fintech 50 list; wrote a magazine cover story on initial coin offerings, and managed and co-wrote a cover package on the crypto rich list.

 

### Contributor
May 2013 - Jun 2017 · 4 yrs 2 mos

I write Bitcoin, blockchain, cryptocurrencies, fintech, personal finance, business and economy stories for Forbes; host the blockchain podcast Unchained; and am a co-lead reporter on the Forbes Fintech 50 list.

Personal finance topics I covered included budgeting, retirement, saving, debt, investing, loans, credit, earning, estate planning, banking, productivity, career, time management, money etiquette, money and relationships, and more. Business and economy topics I covered included everything from the minimum wage to generational financial habits, from Instagram ads to entrepreneurship trends.

I also authored a Forbes ebook, "The Millennial Game Plan: Career and Money Secrets To Succeed In Today's World." http://onforb.es/1l1H0vc To see my stories, go to http://www.forbes.com/sites/laurashin/

 

    

CBS Interactive, SmartPlanet
May 2011 - Jul 2014 · 3 yrs 3 mos

For this global business innovation publication, which shuttered in July 2014, I oversaw all the site's reported features by 25 contributors and doubled



### Senior Editor
LearnVest, Inc.
Apr 2011 - Apr 2013 · 2 yrs 1 mo

I supervised all business and economy news and evergreen personal finance content on the site, including editing the site's 12 multimedia "boot camps."

### Freelance Writer
self-employed
Jul 2001 - Apr 2011 · 9 yrs 10 mos

Write stories on the business, tech, personal finance, environment, energy, arts, fitness, health, travel and other topics. Have written for publications such as The New York Times, The Los Angeles Times, The Wall Street Journal, Fortune, ZDNet, More, The New York Observer, Fast Company, AARP Foundation, The Fiscal Times, Audubon, NYMag.com, Slate, USA Weekend, BlackBook, Saveur, Yoga Journal, Travel + Leisure, The Robb Report, Time Out New York, among others.

Show all 11 experiences →

## Education

### Stanford University
BA, Modern Thought and Literature
1993 - 1997

Activities and societies: The Stanford Daily, Stanford-in-Oxford, Phi Beta Kappa

Majored in an interdisciplinary honors program combining philosophy and literature. Studied abroad at Oxford University. Was active in the Stanford



### Columbia University - Graduate School of Journalism
Master of Arts, science journalism
2007 - 2008

Activities and societies: Earth Institute Student Advisory Council

Completed mid-career journalism program concentrating in science and sustainability.

     Home    My Network    Jobs

**Om Yoga Advanced Yoga Teacher Training**
Issued Dec 2001 · No Expiration Date

**200-hour Yoga Alliance-certified yoga teacher training**
Issued Jan 2001 · No Expiration Date

## Skills

### Journalism

Endorsed by Sree Sreenivasan and 15 others who are highly skilled at this

Endorsed by 7 colleagues at Forbes

99+ endorsements

### Writing

Endorsed by Christopher Taylor and 13 others who are highly skilled at this

Endorsed by 3 colleagues at Forbes

45 endorsements

### Freelance Writing

Endorsed by Christopher Taylor and 13 others who are highly skilled at this

Endorsed by 3 colleagues at Forbes

19 endorsements

Show all 24 skills →

## Recommendations

**Received**   Given

 **Ed Rodriguez** in
Blockchain / FinTech / Mobile, Info Solutions Startup & Strategic Initiative Strategy, Biz Dev and Ops

   Home    My Network    Jobs

in crypto / blockchain. The body of work that she's compiled on a weekly basis over the last ~ 4 years is truly impressive and provides her content with a unique context helpful to anyone wishing to understand one of the most dynamic and world changing economic and technological shifts. No doubt this is a big reason that her podcasts continually tap into the top thought leaders in crypto law, finance and tech. As we end 2020, a public note of gratitude - I've learned a lot listening to Unchained and Unconfirmed.



**Caitlin Moriarity**
Instructional Designer, Content Developer, Writer and Editor
June 15, 2016, Caitlin was Laura's client

Laura is not just a fantastic journalist but also a leader in the journalism community. She works hard to help a lot of writers at all levels of their careers, and always has great advice.



**Claire Lambrecht** in
Senior Technology Leader
July 5, 2014, Claire reported directly to Laura

Laura did a phenomenal job of piloting SmartPlanet, whether that involved polishing a profile article or implementing A/B testing to increase retention of our newsletter. This versatility and openness to improvement typify Laura's work. She has big ideas, and perhaps more importantly, has the

Show all 7 received →

## Publications

**Money Hacks: Forbes Stories Of Superstar Savers**
Forbes Media · Dec 2, 2015

Show publication ↗

Half of Americans don't have enough cash on hand for financial emergencies, and almost a third have no retirement savings. Now meet the world's superstar savers. Forbes has compiled stories about ordinary people who have made headlines by accomplishing amazing financial feats, whether that's buying nothing for a whole year or retiring at age 30. Their stories are full of smart spending, saving and investing moves that you can apply to your own life, and you'll see what it takes to commit to good, wealth-building habits—and what to do with the occasional financial slip-up.

The best way to develop successful money habits is to learn by example: Many of these people were heavy spenders and acquired massive amounts of debt before

    

is this: Trade in your consumer impulses for the most valuable thing money can buy—your financial freedom.

### The Millennial Game Plan: Career And Money Secrets To Succeed In Today's World

Forbes Media · May 7, 2014

Show publication

My ebook hit #3 and #5 in career and personal finance ebooks, respectively, on Amazon, and was also selected for special promotion as an Amazon Kindle Big Deal.

Don't let a bad job market spoil your goals. The Millennial Game Plan lays out a vital blueprint for success—no matter the economy. Through the stories of millennials thriving on their terms and the author's tales of her own lessons learned, you'll learn how to forge a career in an awful economy, earn more, finance your own ventures, focus in an age of distraction, make the grad school decision and manage your money. It covers both tried-and-true advice to last a lifetime, plus offers tips on navigating some new opportunities. The best way to succeed is by starting within.

## Languages

**English**
Native or bilingual proficiency

**Indonesian**
Elementary proficiency

**Italian**
Limited working proficiency

Show all 4 languages →

## Organizations

**American Society of Journalists and Authors**
Apr 2013 - Present

## Causes

    Home    My Network    Jobs

## Interests

**Influencers**   Companies   Groups   Schools

 **Adam Grant** 🔗
Organizational psychologist at Wharton, #1 NYT bestselling author of THINK AGAIN, and host of the TED podcast WorkLife
4,921,137 followers

➕ Follow

 **Charles Duhigg** 🔗
Writer at The New Yorker
182,464 followers

➕ Follow

---

Ad  •••
With our hiring tools, the right candidates are only a few clicks away



See how LinkedIn can help

Learn more

---

### People you may know

**Jennifer Thornley**
Operations Lead at Conscious Discipline LLC

Connect

**Felicia LeMaster**
RFP Response Writer at engage2learn

Connect

    Home   My Network   Jobs

Addiction Counselor II

Connect

 **Donald Metcalf**
The Law Office of Donald Metcalf

Connect

 **Tim Youngblood**
Senior Benefits and Contract Specialist

Connect

Chris, learn what hiring managers look for in answers to top interview questions

 Tell me about a time you disagreed with someone.

 Tell me about a time you had to manage conflicting priorities.

 Tell me about a time you had to learn something quickly.

See all questions

Promoted  ...



**FT Business of Sport**
24 Oct | In-person & Digital Summit | Identifying New Growth Opportunities

**$8 per month**
Trust your source. Trust your decisions. Join now for only $8 per month.

Learn more            Learn more

    

Home

My Network

Jobs

| | | | | |
|---|---|---|---|---|
| Community Guidelines | Careers | Marketing Solutions | Questions?<br>Visit our Help Center. | English (English) |
| Privacy & Terms ∨ | Ad Choices | Advertising | Manage your account and privacy<br>Go to your Settings. | |
| Sales Solutions | Mobile | Small Business | | |
| Safety Center | | | | |

LinkedIn Corporation © 2022