# Exhibit 148

James Q. Taylor-Copeland (SBN 284743)
james@taylorcopelandlaw.com
**TAYLOR-COPELAND LAW**
501 W. Broadway Suite 800
San Diego, CA 92101
Tel:   619-400-4944

Attorney for Individual and Representative
Plaintiff Ryan Coffey

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN COFFEY, individually and on behalf of all others similarly situated<br><br>     Plaintiff,<br><br>v.<br><br>RIPPLE LABS, INC., a Delaware corporation, XRP II, LLC, a South Carolina limited liability company, BRADELY GARLINGHOUSE, an individual, and DOES 1 through 10, inclusive,<br><br>     Defendants. | Case No. 3:18-cv-3286-PJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br><br>Crtrm:  3<br>Judge:  Hon. Phyllis J. Hamilton |

1

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), named-plaintiff Ryan Coffey ("Plaintiff"), by and through his counsel, voluntarily dismisses without prejudice the above-captioned action (the "Action").[1]  This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment. Plaintiff has not been offered and is not receiving any consideration for dismissing the Action.


Dated:  August 22, 2018                    **TAYLOR-COPELAND LAW**

                                        By:/James Taylor-Copeland
                                           James Q. Taylor-Copeland

                                        Attorney for Lead Plaintiff Ryan Coffey

---

[1] This voluntary dismissal shall not prejudice Plaintiff's right, and Plaintiff hereby expressly reserves his right, to participate in any recovery in the future, if one is obtained.