# Exhibit 149



LOGIN

CREATE A FREE ACCOUNT

**HOME**   **NEWS CENTER**   **BLOG**

Thursday, October 13, 2022

# OKCoin Lists Five New Cryptocurrencies Trading Against USD, BTC and ETH: XRP, Cardano, Stellar, Zcash and 0x

**Share Article**

Expands its licensed exchange to include five new fiat-to-crypto and token-to-token trading pairs

**SAN FRANCISCO (PRWEB) SEPTEMBER 19, 2018**

OKCoin, one of the world's leading digital asset exchanges, today announced it has listed five new popular convertible virtual currencies on its exchange, including XRP, Cardano (ADA), Stellar (XLM), Zcash (ZEC) and 0x (ZRX). US traders and institutional investors in applicable states can now buy and sell these five convertible virtual currencies safely and securely through OKCoin's licensed trading platform. The five new convertible virtual currencies will be paired against fiat (USD), Bitcoin and Ethereum.

Fiat-to-Token Pairs

The five new convertible virtual currencies will be paired against USD and available for trading to California residents. This addition adds to OKCoin's rapidly growing stable of convertible virtual currencies paired against fiat, which also includes Bitcoin, Bitcoin Cash, Ethereum, Ethereum Classic and Litecoin.

Token-to-Token Pairs

The five new convertible virtual currencies will be paired against Bitcoin and Ethereum and available for token-to-token trading in 21 US states.

"We are very pleased to welcome these five new cryptocurrencies and

> As we build out the broadest set of financial products on a globally regulated exchange, we are committed to expanding the trading pairs for our customers, while bringing tokens to the exchange that offer utility, value and demonstrable use cases.

all of the communities that trade them," said Tim Byun, OKCoin USA CEO. "As we build out the broadest set of financial products on a globally regulated exchange, we are committed to expanding the trading pairs for our customers, while bringing tokens to the exchange that offer utility, value and demonstrable use cases. Today's announcement signifies a giant step forward for the entire ecosystem."

XRP
An independent, decentralized digital asset, XRP settles payments in 3-4 seconds and can scale to handle 50,000 transactions per second, which makes it the best digital asset for cross border payments. Ripple, an enterprise blockchain company, uses XRP in one of their products - xRapid - to help banks and payment providers source liquidity on demand.

Cardano (ADA)
Cardano is a decentralised public blockchain and cryptocurrency project and is fully open source. Cardano is developing a smart contract platform which seeks to deliver more advanced features than any protocol previously developed. It is the first blockchain platform to evolve out of a scientific philosophy and a research-first driven approach. The development team consists of a large global collective of expert engineers and researchers.

Lumens (XLM)
Lumens are the native token of Stellar, an open network that allows any currency or asset to be digitally issued, transferred, and exchanged over the internet. The Stellar public ledger has a built-in order book, pathfinding algorithm, and network token that together allow assets to move seamlessly between participants. With investment from payment company Stripe and a partnership with IBM, Stellar is an open-source, decentralized protocol for the transfer of value globally.

Zcash (ZEC)
Zcash is a privacy-protecting, digital currency built on strong science. Transact efficiently and safely with low fees while ensuring digital transactions remain private. Selectively disclose address and transaction information for information sharing, auditing or regulatory compliance.

0x (ZRX)
Enabling the creation of a decentralized exchange, 0x is an open source protocol designed for exchanging any ERC20 token on the Ethereum blockchain in a fast and cost-effective way. The 0x protocol facilitates the exchange of a growing number of Ethereum-based tokens including currencies, game items, and many more digital assets.

About OKCoin
Founded in 2013, OKCoin is one of the world's first and largest regulated digital asset exchanges. OKCoin provides traders and institutions with a fiat-to-token trading platform for digital assets including Bitcoin, Bitcoin Cash, Ethereum, Ethereum Classic, Litecoin, Ripple, Cardano, Stellar, Zcash and 0x. Offering fast trades and industry-leading expertise and support, OKCoin's mission is to help eliminate trade barriers and improve transaction efficiency while complying with the highest regulatory standards in the US and the world. Headquartered in San Francisco, OKCoin has a global footprint with offices around the world to serve its growing community and customer base. For more information, visit http://www.okcoin.com.

# # #

Media Contact
Matt McAllister
Fluid PR & Communications
(510) 229-9707

matt@fluidspeak.com

Share article on social media or email:

    

View article via:

 PDF     PRINT

## Contact Author

**MATT MCALLISTER**

Fluid PR, Inc.
+1 (510) 229-9707
Email >

 **Fluid PR & Communications**
since: 02/2012
*Like >*

  News Center



   

**Questions about a news article you've read?**

**Reach out to the author:** contact and available social following information is listed in the top-right of all news releases.

**Questions about your PRWeb account** or interested in learning more about our news services?

**Call PRWeb:** 1-866-640-6397

 

**CREATE A FREE ACCOUNT**   

©Copyright 1997-2015, Vocus PRW Holdings, LLC. Vocus, PRWeb, and Publicity Wire are trademarks or registered

trademarks of Vocus, Inc. or Vocus PRW Holdings, LLC.