# Exhibit 163

| | |
|---|---|
| **From:** | [REDACTED]@ripple.com> |
| **Sent:** | Saturday, November 03, 2018 10:54 AM |
| **To:** | Brad Garlinghouse |
| **Cc:** | Ryan Zagone; Monica Long |
| **Subject:** | Re: Hinman @ Georgetown |

Noted. We'll draft a question and be ready just in case there is an opp.

> On Nov 3, 2018, at 10:41 AM, Brad Garlinghouse <[REDACTED]@ripple.com> wrote:
>
> I think the more pressure - the more this continues to be raised to the fore for the SEC, the better.
>
>
>> On Sat, Nov 3, 2018 at 10:37 AM, [REDACTED]@ripple.com> wrote:
>> Also - if too many uncertainties - we don't need to plant a question.
>>
>>> On Nov 3, 2018, at 10:02 AM, [REDACTED]@ripple.com> wrote:
>>>
>>> Thanks, Ryan. Stay tuned.
>>>
>>>> On Sat, Nov 3, 2018 at 9:38 AM, Ryan Zagone <[REDACTED]@ripple.com> wrote:
>>>> Thanks so much [REDACTED]! This is very helpful.
>>>>
>>>> I believe at least one of our consultants ([REDACTED]) will be at the event.
>>>> If you have a question in mind, I'm happy to give it to them on Monday for them to be ready if there is a Q&A session.
>>>>
>>>>
>>>>> On Sat, Nov 3, 2018 at 11:43 AM [REDACTED]@ripple.com> wrote:
>>>>> +Monica. Apologies for the delayed response. I spoke with both Monica and Brad yesterday. Ryan - we'll follow up directly with Bloomberg and let her know that we don't have any insight into Hinman's specific comments for this event.
>>>>>
>>>>> The team is looking into whether or not there will be audience Q&A at this event and an opportunity to specifically ask Hinman directly about XRP if he doesn't proactively comment on it. Stay tuned.
>>>>>
>>>>> On the China points below, I spoke with Brad briefly on this yesterday. We've said the majority of this publicly already. Please see HERE and HERE as examples. So, I think fine to address to this audience if you're comfortable with it. I know we chatted at length yesterday but happy to talk through live with you prior to Monday again if needed.
>>>>>
>>>>> Brad/Monica - please feel free to weigh in if I've misrepresented anything here.
>>>>>
>>>>> Thanks,
>>>>> [REDACTED]
>>>>>
>>>>>
>>>>>> On Fri, Nov 2, 2018 at 11:05 AM, Ryan Zagone <[REDACTED]@ripple.com> wrote:

1

CONFIDENTIAL                                                                                                                         RPLI_SEC 0905225

>>>>>> Copy that on Hinman and the talking points.
>>>>>>
>>>>>> Would you like me to incorporate the China points below (taken from the GR script) or leave that out and just make the comparison to BTC / ETH, showing XRP does not meet the definition of a security?
>>>>>>
>>>>>> The China points below are move aggressive towards the SEC than I have been in public comments. It may be effective for a news headline, but may not be well received by staff. I wanted to ensure my comments don't jeopardize your Friday meetings with Commissioners.
>>>>>>
>>>>>>
>>>>>> Blockchain and digital assets will play an important role in future of payments. Countries are adopting these technologies in a race to become the next global capital of finance.
>>>>>> It is in America's national security and economic interests to be a leader on these technologies. Ripple is the leading company globally in this sector and America's best bet at remaining a leader in payments infrastructure.
>>>>>> However, regulatory uncertainty in the U.S. is jeopardizing Ripple's growth while giving a direct advantage to Chinese-controlled technologies.
>>>>>> Ripple uses a digital asset called XRP to reduce the cost of a payment by 40-70%. XRP was designed in America to be "a better Bitcoin" by being faster and cheaper, without the energy-wasting process of mining. Ripple did not create, nor does it control XRP. Bitcoin, Ethereum and XRP are all decentralized cryptocurrencies.
>>>>>> Despite these similarities, the SEC has only given regulatory clarity to Bitcoin and Ether – both China-controlled technologies – saying they are not securities. The SEC has left American technologies like XRP in limbo, freezing the market. Given the similarities, XRP should also not be considered a security.
>>>>>> In the race to develop the next generation of financial infrastructure, the SEC's decisions have tilted the playing field in favor of China, directly putting America's strongest contender at a disadvantage. We need to keep the competitive playing field level - and the SEC has currently tilted it in favor of these Chinese-controlled technologies.
>>>>>> For the U.S. to remain a global leader in finance, regulators must remove the uncertainty surrounding XRP or risk handing control of blockchain infrastructure to China.
>>>>>>
>>>>>>> On Fri, Nov 2, 2018 at 1:48 PM Brad Garlinghouse <         @ripple.com> wrote:
>>>>>>>
>>>>>>> Hi Ryan,
>>>>>>> Please don't engage Director Hinman directly... but you can / should use the most up to date talking points. Let me or          know if you don't already have that.
>>>>>>>
>>>>>>> I don't want us saying "it's up to the SEC". Rather, we should be emphasizing that (particularly in light of the statements from the SEC on BTC and ETH) it's very clear XRP is more decentralized that either BTC or ETH and that (amongst other evidence) makes it clear that XRP is not a security.
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>> On Fri, Nov 2, 2018 at 9:01 AM, Ryan Zagone <         @ripple.com> wrote:
>>>>>>>>          - please advise on how to handle.
>>>>>>>> Brad - On Monday, I speak at a Georgetown Law / IMF conference on crypto regulation.
>>>>>>>> Hinman has been added to speak right before me, shifting the focus from international issues to US/SEC issues.
>>>>>>>>
>>>>>>>> I can lean in and use the GR talking points about China, international competitiveness and national security that we have used in private DC meetings. That script goes further than the company talking points document which says "we do not believe XRP is a security but it is up to the SEC".
>>>>>>>>
>>>>>>>> Ok with you to lean in more aggressively?
>>>>>>>>

CONFIDENTIAL                                                                                                                                      RPLI_SEC 0905226

>>>>>>>> ---------- Forwarded message ---------
>>>>>>>> From: ▮
>>>>>>>> Date: Fri, Nov 2, 2018 at 11:43 AM
>>>>>>>> Subject: Hinman @ Georgetown
>>>>>>>> To: Ryan Zagone <▮@ripple.com>
>>>>>>>>
>>>>>>>>
>>>>>>>> Hi Ryan,
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> ▮ here.
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> Looking forward to your panel next week at Georgetown. Considering Bill Hinman is right before you and everyone's waiting on an SEC pronouncement re: classification of XRP, do you know if we should be expecting him to make some news?
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> Best,
>>>>>>>>
>>>>>>>> ▮
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> >>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>> ▮
>>>>>>>>
>>>>>>>> Fintech & Regtech Reporter
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> ▮
>>>>>>>>
>>>>>>>> Direct ▮
>>>>>>>>
>>>>>>>> Cell ▮
>>>>>>>>
>>>>>>>> ▮.com
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> --
>>>>>>>> Ryan Zagone
>>>>>>>> Director of Regulatory Relations | Ripple ▮@ripple.com |
>>>>>>>> ripple.com
>>>>>>>>

3

```
>>>>>>>
>>>>>>
>>>>>>
>>>>>> --
>>>>>> Ryan Zagone
>>>>>> Director of Regulatory Relations | Ripple        @ripple.com |
>>>>>> ripple.com
>>>>>>
>>>>>
>>>>
>>>>
>>>> --
>>>> Ryan Zagone
>>>> Director of Regulatory Relations | Ripple        @ripple.com |
>>>> ripple.com
>>>>
>>>
>
```

4

CONFIDENTIAL                                                                                                           RPLI_SEC 0905228