# Exhibit 166

| | |
|---|---|
| **From:** | Brad Garlinghouse <​█@ripple.com> |
| **Sent:** | Wednesday, December 16, 2015 8:15 PM |
| **To:** | Chris Larsen |
| **Subject:** | Re: Touch Base: XRP Listing |

agree.  I'll stay on it with Patrick.


On Wed, Dec 16, 2015 at 7:50 PM, Chris Larsen <​█@ripple.com> wrote:

> Good that he reached out - we should really try to lock him up before
> he sells.
>
> Chris
>
> Chris Larsen | CEO
> Ripple, Inc.
> █@ripple.com | www.ripple.com
>
> Begin forwarded message:
>
> *From:* Patrick Griffin <​█@ripple.com>
> *Date:* December 16, 2015 at 19:29:07 PST
> *To:* █@bitstamp.net>
> *Cc:* █@bitstamp.net>, █ <
> █@ripple.com>
> *Subject:* *Re: Touch Base: XRP Listing*
>
> Thanks █.  What time works for you tomorrow or Friday?
>
> Patrick
>
> On Tue, Dec 15, 2015 at 12:23 AM, █
> <​█@bitstamp.net>
> wrote:
>
>> Hey Patrick,
>>
>> Thanks for reaching out and sorry for late response.
>>
>> Let's connect sometime this week. What time suits you best?
>>
>> Regards
>>
>>
>> █
>>

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                              RPLI_SEC 0053572

```
>> Bitstamp LIMITED,
>> 5 New Street Square, EC4A 3TW, London, United Kingdom
>>
>> Skype:            | web: www.bitstamp.net
>>
>> *This e-mail and any attachments may contain confidential and/or
>> privileged information and is intended solely for the addressee. Any
>> unauthorized use, review, retransmissions, dissemination, copying or
>> other use of this information by persons or entities other than the
>> intended recipient is strictly prohibited.*
>>
>> On Wed, Dec 2, 2015 at 7:15 PM, Patrick Griffin <patrick@ripple.com>
>> wrote:
>>
>>> Hi    ,
>>> Hope you are doing well.  Looks like things are winding down on the
>>> settlement front which is great to hear.  Chris asked me to reach
>>> out to discuss the possibility of listing XRP on Bitstamp.  We have
>>> a few ideas on how to make this work for everyone.  Do you have some
>>> time to touch base this week to discuss further?
>>>
>>>        can help coordinate calendars, on copy.  Look forward to
>>> reconnecting!
>>>
>>> Best,
>>> Patrick
>>>
>>> --
>>> Patrick Griffin
>>> EVP Business Development | Ripple
>>>                 | ripple.com
>>>
>>>
>>
>
>
> --
> Patrick Griffin
> EVP Business Development | Ripple
>                 | ripple.com
>
>
```

2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY RIPPLE LABS, INC.                                     RPLI_SEC 0053573